# EXHIBIT A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2011 through May 31, 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| U.S. Proceedings/Matters | 4.5 | $4,387.50 |
| Case Administration | 5.1 | $1,096.50 |
| Fee and Employment Applications | 33.8 | $17,976.00 |
| Analysis of Canadian Law | 43.3 | $35,567.50 |
| Intercompany Analysis | 58.4 | $49,596.50 |
| Canadian CCAA Proceedings/Matters | 136.9 | $105,470.50 |
| Asset Dispositions | 1.0 | $975.00 |
| Supplier Issues | 0.8 | $780.00 |
| Canadian Sec. 18.6 Proceedings/Matters | 14.5 | $10,054.50 |
| Litigation | 92.7 | $61,681.50 |
| **TOTAL** | 391.0 | $287,585.50 |

11998367.2

ASSET DISPOSITIONS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 06/05/2011 | review circulated joint notice of sale; review materials relating to IP sales process; | 1.0 | 975.00 | 10636623 |

CASE ADMINISTRATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Hassoun | Zeina | 02/05/2011 | Review of court docket; download recently filed pleadings; court calendar hearing agenda and deadlines; forward same to W. Gray, A. Bauer and T. Martin | 0.7 | 150.50 | 10622294 |
| Hassoun | Zeina | 04/05/2011 | Office conference with W. Gray regarding review and sort attorney working files; review and sort same | 0.9 | 193.50 | 10625220 |
| Hassoun | Zeina | 09/05/2011 | Review of court docket; forward updated docket to attorneys | 0.2 | 43.00 | 10630752 |
| Hassoun | Zeina | 12/05/2011 | Review of court docket; court calendar deadlines and hearing dates; forward same to attorneys. | 0.6 | 129.00 | 10638576 |
| Hassoun | Zeina | 16/05/2011 | Review of court docket; forward update to attorneys | 0.1 | 21.50 | 10643162 |
| Hassoun | Zeina | 25/05/2011 | Review of court docket; forward update to attorneys; review Hearing Agenda; court calendar multiple deadlines and hearing dates; | 1.2 | 258.00 | 10656304 |
| Hassoun | Zeina | 26/05/2011 | Review of court docket; court calendar various deadlines and hearing dates | 1.4 | 301.00 | 10658010 |

CASE ADMINISTRATION

SUPPLIER ISSUES

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 04/05/2011 | review account information for upcoming approval application; email correspondence with Torys team relating to same; 0.8 | 0.8 | 780.00 | 10630487 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| De Cicco | Natasha | 19/05/2011 | reviewing time entries re Torys fee application; | 0.7 | 430.50 | 10649660 |
| DeMarinis | Tony | 27/05/2011 | preparations for interim account approval, and discussion/emails with Torys team regarding same; | 0.9 | 877.50 | 10660725 |
| DeMarinis | Tony | 24/05/2011 | review and preparation of account materials for fee approval application; | 1.8 | 1,755.00 | 10662723 |
| DeMarinis | Tony | 26/05/2011 | account arrangements regarding approval requirements, and discussion/emails with Torys team relating to same; | 0.8 | 780.00 | 10664724 |
| Gray | William | 04/05/2011 | Work on fee applications | 0.3 | 255.00 | 10624889 |
| Gray | William | 10/05/2011 | Work on quarterly fee application | 0.5 | 425.00 | 10634086 |
| Gray | William | 11/05/2011 | Work on fee application | 0.6 | 510.00 | 10637320 |
| Gray | William | 17/05/2011 | Work on Nortel fee application | 1.5 | 1,275.00 | 10663215 |
| Gray | William | 31/05/2011 | Review fee application | 0.6 | 510.00 | 10665142 |
| Bauer | Alison D. | 10/05/2011 | conference T. Martin and W. Gray re fee application (.1); conference T. Martin (.1); emails team (.1) | 0.3 | 210.00 | 10633571 |
| Bauer | Alison D. | 12/05/2011 | Conference T. Martin (.1); follow up with team (.1) | 0.2 | 140.00 | 10637915 |
| Bauer | Alison D. | 13/05/2011 | T. Martin emails | 0.1 | 70.00 | 10641237 |
| Bauer | Alison D. | 16/05/2011 | Conference T. Martin (.2); emails to and from N. DeCiccio (.1) | 0.3 | 210.00 | 10644412 |
| Bauer | Alison D. | 23/05/2011 | review and comment up on Fee application (.5); conference T. Martin (.2) | 0.7 | 490.00 | 10652715 |
| Bauer | Alison D. | 26/05/2011 | Conferences T. Martin (.2); review fee application and exhibits (.5); conference Z. Hassoun on exhibits (.1) | 0.8 | 560.00 | 10658143 |
| Bauer | Alison D. | 27/05/2011 | Conference T. Martin | 0.1 | 70.00 | 10659241 |
| Martin | Timothy | 13/05/2011 | E-mails to attorneys re: time entries | 0.6 | 261.00 | 10638043 |
| Martin | Timothy | 19/05/2011 | E-mail to finance re: time entries (0.1); reviewing time entries (1.0); e-mail to M. Frazer re: time entries (.2) | 1.3 | 565.50 | 10649184 |
| Martin | Timothy | 20/05/2011 | Drafting fee application (1.6); reviewing docket entries (1.5) | 3.1 | 1,348.50 | 10650721 |
| Martin | Timothy | 23/05/2011 | Revising monthly fee application | 0.1 | 43.50 | 10653023 |
| Martin | Timothy | 24/05/2011 | Work with accounting re: time entries and reviewing same (1.3); phone call with T. DeMarinis re: time entries and write-offs (0.1); attention to dockets (.8) | 2.2 | 957.00 | 10655979 |
| Martin | Timothy | 23/05/2011 | Revising monthly fee application (1.6); phone calls and e-mail correspondence with attorneys re: time entries (.8); drafting quarterly fee application (1.0); reviewing docket (.6) | 4.2 | 1,827.00 | 10656447 |
| Martin | Timothy | 26/05/2011 | Finalizing second monthly fee application (3.5); finalizing quarterly fee application (0.5) | 4.0 | 1,740.00 | 10659035 |
| Martin | Timothy | 27/05/2011 | Drafting quarterly fee application (1.3); filing monthly and quarterly fee application (2.0); phone call with A. Cordo (0.1); revising Exhibit A (0.6); reviewing docket re: filed documents (0.2) | 4.2 | 1,827.00 | 10668308 |
| Hassoun | Zeina | 04/05/2011 | Office conference with W. Gray and T. Martin | 1.8 | 387.00 | 10626053 |

FEE AND EMPLOYMENT APPLICATIONS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| | | | regarding compensation reimbursement; review of court docket and professionals fee applications | | | |
| Hassoun | Zeina | 23/05/2011 | Review of April 2011 time entries (0.1); correction to same (0.1) | 0.2 | 43.00 | 10653031 |
| Hassoun | Zeina | 26/05/2011 | Office conference with A. Bauer regarding revisions to time entries (0.1) review, break-down, categorize and revise time entries for Torys Second Fee Application (1.6); office conference with T. Martin regarding revisions (0.1); prepare revisions in PDF f ormat and forward to T. Martin (0.1) | 1.9 | 408.50 | 10657442 |

LITIGATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 02/05/2011 | meeting to discuss court proceedings; preparing for court attendance; | 3.0 | 1,995.00 | 10621920 |
| Gray | Andrew | 03/05/2011 | attending at chambers appointment and reporting on same; preparing court documents; | 4.5 | 2,992.50 | 10623551 |
| Gray | Andrew | 04/05/2011 | discussing court materials and telephone conferences and e-mail correspondence regarding court documents; | 1.5 | 997.50 | 10625997 |
| Gray | Andrew | 05/05/2011 | e-mail and telephone conferences regarding court proceedings; | 1.5 | 997.50 | 10627322 |
| Gray | Andrew | 06/05/2011 | researching issues for court materials; telephone conferences and email regarding court proceedings; | 2.6 | 1,729.00 | 10629290 |
| Gray | Andrew | 08/05/2011 | researching legal and factual issues for court materials; | 1.0 | 665.00 | 10629455 |
| Gray | Andrew | 10/05/2011 | conference call with counsel regarding court materials and process; research regarding court materials; | 1.3 | 864.50 | 10633304 |
| Gray | Andrew | 11/05/2011 | researching for preparation of court materials and reviewing correspondence regarding same; | 3.9 | 2,593.50 | 10636142 |
| Gray | Andrew | 16/05/2011 | drafting court materials and e-mail correspondence regarding same; | 3.7 | 2,460.50 | 10643073 |
| Gray | Andrew | 14/05/2011 | researching legal issues for court materials; | 1.2 | 798.00 | 10643290 |
| Gray | Andrew | 13/05/2011 | reviewing correspondence and other matters relating to court proceedings; researching and drafting court materials; | 3.6 | 2,394.00 | 10643779 |
| Gray | Andrew | 17/05/2011 | telephone call with counsel; e-mail correspondence regarding same; working on researching and drafting court documents; | 3.7 | 2,460.50 | 10645740 |
| Gray | Andrew | 18/05/2011 | drafting and revising court materials and discussions regarding court materials and court process; | 5.9 | 3,923.50 | 10647714 |
| Gray | Andrew | 19/05/2011 | preparing court materials and communications with counsel regarding same; | 6.9 | 4,588.50 | 10651841 |
| Gray | Andrew | 23/05/2011 | conference call and correspondence with counsel regarding upcoming court proceedings; | 3.8 | 2,527.00 | 10652311 |
| Gray | Andrew | 20/05/2011 | preparing court materials and telephone conferences and e-mail regarding same; | 4.5 | 2,992.50 | 10652443 |
| Gray | Andrew | 24/05/2011 | meeting with Scott Bomhof and Molly Reynolds (0.2); participating in conference calls (2.4); e-mail correspondence regarding court process (0.7); preparing court materials (0.5); conducting legal research (2.8); | 6.6 | 4,389.00 | 10653735 |
| Gray | Andrew | 25/05/2011 | researching legal issues (2.9); drafting court materials (1.2); telephone conferences (1.0) and email correspondence regarding court process (0.5) | 6.6 | 4,389.00 | 10656319 |
| Gray | Andrew | 26/05/2011 | telephone calls regarding court materials and process (1.5); email correspondence regarding same (0.4); drafting court materials (3.2); | 5.1 | 3,391.50 | 10657458 |
| Gray | Andrew | 27/05/2011 | researching legal issues for court materials (1.9); meeting regarding legal research (0.3); drafting court materials (3.6); e-mail correspondence regarding court process and | 6.1 | 4,056.50 | 10660848 |

LITIGATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 30/05/2011 | materials (0.3); drafting and revising court documents (3.9); email correspondence regarding same (0.7); telephone conferences and meetings regarding court documents (2.3); | 6.9 | 4,588.50 | 10661904 |
| Gray | Andrew | 31/05/2011 | reviewing court filings (1.0): e-mail correspondence regarding court filings (0.8); telephone conferences regarding court filings (3.5); researching and drafting court materials (3.2); | 8.5 | 5,652.50 | 10663544 |
| Flaherty | Patrick | 16/05/2011 | emails from and to Natasha De Cicco; | 0.3 | 235.50 | 10645753 |

ANALYSIS OF CANADIAN LAW

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 03/05/2011 | research regarding Canadian legal issues; | 1.5 | 1,177.50 | 10625575 |
| Bomhof | Scott A. | 06/05/2011 | research regarding Canadian legal issues; | 2.3 | 1,805.50 | 10629590 |
| Bomhof | Scott A. | 09/05/2011 | research regarding Canadian legal issues; | 1.7 | 1,334.50 | 10631649 |
| Bomhof | Scott A. | 10/05/2011 | research regarding Canadian legal issues; | 1.9 | 1,491.50 | 10634574 |
| Bomhof | Scott A. | 12/05/2011 | research regarding Canadian legal issues; | 1.9 | 1,491.50 | 10638828 |
| Bomhof | Scott A. | 13/05/2011 | Research regarding Canadian legal issues; | 2.5 | 1,962.50 | 10644256 |
| Bomhof | Scott A. | 16/05/2011 | research regarding Canadian legal issues; | 3.0 | 2,355.00 | 10645237 |
| Bomhof | Scott A. | 17/05/2011 | research regarding Canadian legal issues; | 1.0 | 785.00 | 10645316 |
| Bomhof | Scott A. | 19/05/2011 | research regarding Canadian legal issues; | 2.0 | 1,570.00 | 10653162 |
| Bomhof | Scott A. | 24/05/2011 | research regarding Canadian legal issues; | 4.2 | 3,297.00 | 10655714 |
| Bomhof | Scott A. | 25/05/2011 | research regarding Canadian legal issues; | 1.5 | 1,177.50 | 10658989 |
| Bomhof | Scott A. | 26/05/2011 | research regarding Canadian legal issues; | 3.5 | 2,747.50 | 10661972 |
| Bomhof | Scott A. | 27/05/2011 | research regarding Canadian legal issues; | 2.0 | 1,570.00 | 10662686 |
| Bomhof | Scott A. | 28/05/2011 | research regarding Canadian legal issues (June 7 motion regarding judicial determination versus arbitration); | 4.5 | 3,532.50 | 10662846 |
| Bomhof | Scott A. | 31/05/2011 | research regarding Canadian legal issues; | 1.5 | 1,177.50 | 10663392 |
| DeMarinis | Tony | 20/05/2011 | consideration of legal issues raised in EMEA objections under Canadian law; | 2.0 | 1,950.00 | 10657617 |
| DeMarinis | Tony | 24/05/2011 | consideration of evidentiary and jurisdictional matters in relation to June 7 inter-company allocation protocol hearing; | 2.0 | 1,950.00 | 10662401 |
| DeMarinis | Tony | 23/05/2011 | emails between Torys and Cleary regarding oppression remedy (0.1); review and consideration of law relating to same (2.0); | 2.1 | 2,047.50 | 10663795 |
| DeMarinis | Tony | 13/05/2011 | review of cross-border protocol, and analysis of jurisdictional considerations; | 2.2 | 2,145.00 | 10664327 |

ANALYSIS OF CANADIAN LAW

INTERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 11/05/2011 | reviewing CCAA debtors proposed motion and allocation protocol; reviewing letter from Hebert Smith regarding allocation protocol; preparing for June 7 allocation protocol hearing; | 5.1 | 4,003.50 | 10636365 |
| Bomhof | Scott A. | 12/05/2011 | preparing for June 7 motion regarding allocation protocol; | 1.5 | 1,177.50 | 10637537 |
| Bomhof | Scott A. | 23/05/2011 | attending status update conference call with J. Ray and Cleary; | 1.4 | 1,099.00 | 10653996 |
| Bomhof | Scott A. | 25/05/2011 | reviewing materials filed in mediation regarding allocation issues; | 1.0 | 785.00 | 10657416 |
| De Cicco | Natasha | 02/05/2011 | attend client dinner with A. Gray, N. De Cicco, T. DeMarinis and J. Bromley of Cleary; | 2.0 | 1,230.00 | 10634588 |
| De Cicco | Natasha | 15/05/2011 | preparing to draft and drafting factum re allocation protocol(6.0); conducting research re same(2.1); | 8.1 | 4,981.50 | 10648573 |
| De Cicco | Natasha | 11/05/2011 | reading Monitor's comments on draft Allocation Protocol; | 0.5 | 307.50 | 10649185 |
| De Cicco | Natasha | 12/05/2011 | office conference with Scott Bomhof and Andrew Gray re research re factum; | 0.5 | 307.50 | 10649270 |
| De Cicco | Natasha | 16/05/2011 | drafting and revising draft factum re motion re allocation protocol; | 2.5 | 1,537.50 | 10649927 |
| DeMarinis | Tony | 02/05/2011 | consideration of timeline and process issues for U.S. inter-company allocation motion; discussions amongst Jim Bromley, UCC Canadian and U.S. counsel, and Torys team regarding inter-company allocations issues and process; | 3.0 | 2,925.00 | 10628263 |
| DeMarinis | Tony | 04/05/2011 | review of IFSA in connection with proposed protocol; consideration of potential issues of other parties in re same in preparation for replies to be filed by May 19; | 2.3 | 2,242.50 | 10631715 |
| DeMarinis | Tony | 05/05/2011 | emails amongst U.S. Debtor and UCC counsel; consideration of evidentiary matters in relation to U.S. Debtor motion to be heard June 7; review and analysis of related issue; | 2.3 | 2,242.50 | 10633327 |
| DeMarinis | Tony | 09/05/2011 | correspondence and calls with Cleary Gottlieb and representatives of UCC; analysis regarding EMEA claims and inter-company allocation arguments; review of correspondence from EMEA counsel; consideration of issues raised in same; | 3.8 | 3,705.00 | 10637879 |
| DeMarinis | Tony | 10/05/2011 | review of Herbert Smith correspondence relating to inter-company issues; consideration and analysis of Canadian legal issues related to same; reading background company materials; | 3.5 | 3,412.50 | 10641846 |
| DeMarinis | Tony | 11/05/2011 | correspondence from Joe Pasquariello regarding proposed court protocol to resolve inter-company allocation issues; review and consideration of same; emails with Cleary Gottlieb; consideration of sequencing and timing of resolution process; review of juris dictional matters; | 3.7 | 3,607.50 | 10642969 |
| DeMarinis | Tony | 12/05/2011 | consideration of evidentiary matters and | 2.5 | 2,437.50 | 10645776 |

INTERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 16/05/2011 | preparations for upcoming motion on inter-company allocation resolution protocol; responding to email correspondence from Fraser Milner requesting dialogue on inter-company allocation protocol; review comments from Canadian representatives and prepare for discussion with UCC counsel; review cross-border protocol and consider process issues; | 2.3 | 2,242.50 | 10648529 |
| DeMarinis | Tony | 17/05/2011 | emails with Andrew Gray regarding evidentiary matters relating to motion for inter-company allocation protocol, and expert testimony, and reference rules; | 0.7 | 682.50 | 10651953 |
| DeMarinis | Tony | 26/05/2011 | consideration of issues relating to EMEA objection and arbitration motion (1.3); consideration of UCC input on same (0.7); emails amongst Torys team regarding EMEA objection and motion (0.3); review proposed protocol from Monitor's counsel (0.2); emails and consideration of input from Monitor's counsel (0.5); consideration of appeal and process issues for resolution of inter-company issues (0.6); | 3.6 | 3,510.00 | 10663649 |
| DeMarinis | Tony | 13/05/2011 | review correspondence between EMEA and U.S. counsel to U.S. debtors (0.2); review historic information regarding EMEA (1.4); | 1.6 | 1,560.00 | 10664160 |
| DeMarinis | Tony | 23/05/2011 | emails amongst Torys and Cleary regarding EMEA materials; (0.2) review further revisions to factum for allocation protocol hearing (0.3); emails amongst Torys team regarding same (0.1); | 0.6 | 585.00 | 10664485 |
| Gray | William | 02/05/2011 | Review court hearings regarding auction procedure; Review issues regarding Canadian filings for litigation proceeding | 1.2 | 1,020.00 | 10623163 |
| Gray | William | 04/05/2011 | Review filings regarding competing claims | 0.8 | 680.00 | 10625205 |
| Gray | William | 06/05/2011 | Review court update; Review litigation issues | 1.0 | 850.00 | 10629814 |
| Gray | William | 09/05/2011 | Review dockets; Work on proceed allocation issues | 1.3 | 1,105.00 | 10633548 |
| Gray | William | 31/05/2011 | Review issues relating to UK administrator filings regarding arbitration versus mediation proceedings in US courts | 1.6 | 1,360.00 | 10665209 |

INTERCOMPANY ANALYSIS

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 02/05/2011 | preparing for May 3rd motions regarding scheduling for allocation protocol, interim distribution from HWT and bondholder funding; | 2.5 | 1,962.50 | 10621810 |
| Bomhof | Scott A. | 03/05/2011 | attend motions before Mr. Justice Morawetz regarding interim distribution from HW trust, bondholders funding, scheduling for allocation protocol; | 3.0 | 2,355.00 | 10625499 |
| Bomhof | Scott A. | 05/05/2011 | telephone call with Cleary (H. Zobel) regarding legal issues to be addressed at motion to approve allocation protocol and arrange telephone call with Ogilvy to discuss same; | 1.4 | 1,099.00 | 10626975 |
| Bomhof | Scott A. | 04/05/2011 | preparing materials for allocation protocol motion and research arbitration issues raised by counsel to EAMA debtors; | 4.5 | 3,532.50 | 10627983 |
| Bomhof | Scott A. | 06/05/2011 | various telephone calls with Cleary, Ogilvy (A. Mark) and Fraser Milner regarding allocation protocol motion; | 1.5 | 1,177.50 | 10629693 |
| Bomhof | Scott A. | 09/05/2011 | participating in status conference call with Cleary and J. Ray (1.1); participating in UCC/US debtor conference call with Cleary, Aiken and Fraser Milner (1.0); | 2.1 | 1,648.50 | 10631665 |
| Bomhof | Scott A. | 10/05/2011 | preparing factum for motion to settle allocation protocol; | 2.1 | 1,648.50 | 10633949 |
| Bomhof | Scott A. | 18/05/2011 | preparing materials for approval of allocation protocol (.7); telephone call with Cleary, Fraser Milner and Aiken to discuss Nortel Canada proposal regarding revised allocation protocol (4.2); | 4.9 | 3,846.50 | 10646743 |
| Bomhof | Scott A. | 19/05/2011 | reviewing materials filed by noteholders group, UK pension trustee and EMEA debtors regarding allocation protocol; | 4.5 | 3,532.50 | 10652812 |
| Bomhof | Scott A. | 23/05/2011 | attending conference call with Cleary, Aiken and Fraser Milner to discuss allocation protocol issues; | 2.1 | 1,648.50 | 10653807 |
| Bomhof | Scott A. | 24/05/2011 | telephone call with Fraser Milner and telephone call with Cleary regarding comments on EAMA position regarding allocation protocol; | 2.5 | 1,962.50 | 10656648 |
| Bomhof | Scott A. | 25/05/2011 | various telephone calls with Fraser Milner and Cleary regarding allocation protocol motion and reviewing materials filed for June 7 hearing; | 3.5 | 2,747.50 | 10658202 |
| Bomhof | Scott A. | 26/05/2011 | preparing materials for June 7 motion regarding allocation protocol and various telephone calls with Cleary and FMC to discuss same; | 5.5 | 4,317.50 | 10661890 |
| Bomhof | Scott A. | 27/05/2011 | reviewing EAMA materials for June 7 hearing and preparing reply materials; | 3.2 | 2,512.00 | 10661901 |
| Bomhof | Scott A. | 30/05/2011 | reviewing materials for June 7 motion and preparing factum and reply materials and discussing same with FMC and Cleary; | 7.0 | 5,495.00 | 10662942 |
| Bomhof | Scott A. | 31/05/2011 | reviewing CCAA materials served by EMEA and various telephone calls with Cleary, Fraser and FMC regarding same and preparing reply materials and factum (3.5); reviewing Cheng affidavit and preparing for call with NY law | 6.0 | 4,710.00 | 10663463 |

CANADIAN CCAA PROCEEDINGS/MATTERS

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| | | | expert (1.0); reviewing Ogilvy motion for allocation protocol and materials filed by Ad Hoc Bondholders, Bank of NY and discussing same with counsel for UCC (1.5); | | | |
| De Cicco | Natasha | 02/05/2011 | preparing for and attending motion re approval of Google bidding procedures(4.2); reading motion record and Monitor's 63rd report re same(1.0); office conference with Tony DeMarinis and Scott Bomhof re same(0.5); | 5.7 | 3,505.50 | 10622560 |
| De Cicco | Natasha | 04/05/2011 | meeting with Scott Bomhof and Andrew Gray re factum, research and other considerations in respect of the June 7, 2011 cross-border motion; | 1.5 | 922.50 | 10627498 |
| De Cicco | Natasha | 10/05/2011 | conference call Fraser Milner and Andrew Gray re motion returnable June 7, 2011 re allocation protocol and factum(1.2); email correspondence re same(0.3); | 1.5 | 922.50 | 10633560 |
| De Cicco | Natasha | 17/05/2011 | drafting, revising and proof reading revised draft of factum re motion re allocation protocol(5.4); email exchanges with Scott Bomhof and Andrew Gray re same(0.5); | 5.9 | 3,628.50 | 10649322 |
| De Cicco | Natasha | 19/05/2011 | reviewing draft factum re motion re allocation protocol(1.0); office conference with Scott Bomhof and Andrew Gray re same(0.5); all hands conference call re Monitor's comments on proposed allocation protocol(1.1); reading objections filed re US motion re allocation protocol(0.5); internal email correspondence re same(0.3); | 3.4 | 2,091.00 | 10649619 |
| De Cicco | Natasha | 25/05/2011 | reading EMEA reply materials re motion to approve allocation protocol returnable June 7, 2011; | 1.8 | 1,107.00 | 10657975 |
| De Cicco | Natasha | 26/05/2011 | preparing for call and participating in conference call with Canadian counsel to the UCC re comments on draft factum re motion to approve allocation protocol returnable on June 7, 2011; | 2.3 | 1,414.50 | 10658145 |
| De Cicco | Natasha | 25/05/2011 | reading draft factum re motion to approve allocation protocol returnable June 7, 2011; | 1.0 | 615.00 | 10659033 |
| De Cicco | Natasha | 25/05/2011 | attending to matters re fee application; | 0.4 | 246.00 | 10659134 |
| Reynolds | Molly | 20/05/2011 | reviewing factum for June 7 motion; | 0.8 | 308.00 | 10648428 |
| Reynolds | Molly | 19/05/2011 | meeting and emailing Andrew Gray, Scott Bomhof, Natasha di Ciccio; | 1.0 | 385.00 | 10650245 |
| Reynolds | Molly | 21/05/2011 | reviewing motion materials; | 4.0 | 1,540.00 | 10650610 |
| Reynolds | Molly | 23/05/2011 | corresponding with Andrew Gray re legal research; | 0.3 | 115.50 | 10653012 |
| Reynolds | Molly | 24/05/2011 | meeting with Andrew Gray and Scott Bomhof; | 1.2 | 462.00 | 10653974 |
| Reynolds | Molly | 25/05/2011 | reviewing emails and corresponding with Natasha Di Ciccio; | 0.2 | 77.00 | 10656355 |
| Reynolds | Molly | 26/05/2011 | conducting legal research regarding arbitration clauses; | 2.1 | 808.50 | 10657364 |
| Reynolds | Molly | 27/05/2011 | conducting legal research regarding arbitration clauses; | 0.9 | 346.50 | 10658328 |

CANADIAN CCAA PROCEEDINGS/MATTERS

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Reynolds | Molly | 30/05/2011 | researching law on settlement privilege; | 4.4 | 1,694.00 | 10662323 |
| Reynolds | Molly | 31/05/2011 | corresponding with Andrew Gray re legal research; | 0.1 | 38.50 | 10663605 |
| DeMarinis | Tony | 02/05/2011 | correspondence and preparations for this morning's court hearing; report from Natasha De Cicco; telephone call with Alex McFarlane; email correspondence amongst Cleary Gottlieb and Torys teams; review court docket in re bondholder chambers appointment; e mails regarding same; review this morning's issued orders; preparations for tomorrow's chambers session in re U.S. debtor motion, bondholder funding, & HWT; consideration of timeline and jurisdictional matters; emails and discussions among Torys, Cleary G ottlieb and UCC teams; review Kester affidavit and Mills correspondence served on counsel; | 3.2 | 3,120.00 | 10626579 |
| DeMarinis | Tony | 03/05/2011 | attendance at court chambers session on case management in re U.S. debtors allocation motion, HWT, and bondholder funding motion; email correspondence and discussions with Cleary Gottlieb, UCC representatives, and Torys team; consideration of timeline; | 3.8 | 3,705.00 | 10629724 |
| DeMarinis | Tony | 04/05/2011 | review circulated HWT interim distribution order; review Monitor's report in re EMEA claims and process; | 0.6 | 585.00 | 10631586 |
| DeMarinis | Tony | 06/05/2011 | preparations regarding inter-company allocation motion and anticipated issues relating to same; discussion with Scott Bomhof relating to same; email correspondence amongst UCC and U.S. Debtor counsel; conference call between UCC, U.S. Debtor and Canadian Debtor counsel regarding procedural matters; planning and consideration relating to same; | 3.2 | 3,120.00 | 10635303 |
| DeMarinis | Tony | 16/05/2011 | review draft motion materials from Cleary Gottlieb regarding approval of Nortel Israel agreement; review exhibits and background materials, and consider proposed Ogilvy Renault Canadian filing; reference prior approval orders; | 1.5 | 1,462.50 | 10650033 |
| DeMarinis | Tony | 17/05/2011 | email correspondence with Cleary, Ogilvy Renault and Torys team regarding filing arrangements in Canada in re Israel agreement (0.3); contingent filing preparations, and search for background information (0.7); review materials forwarded by Cleary in re I srael agreement; (0.8); | 1.8 | 1,755.00 | 10652403 |
| DeMarinis | Tony | 17/05/2011 | email correspondence with Fraser Milner and Torys team regarding requested conference call with UCC counsel and issues raised on same (0.3); review comments received from Goodmans on proposed protocol, and consider issues raised by UCC counsel (0.6); revi ew IFSA | 1.7 | 1,657.50 | 10653115 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| | | | (0.6); emails with Cleary regarding UCC input (0.2); | | | |
| DeMarinis | Tony | 18/05/2011 | review allocation protocol and Canadian comments in preparation for discussion with UCC representatives (0.3); participate in conference call among Cleary, Torys and UCC counsel regarding same (0.8); discussions and email exchanges with Torys team (0.4); email exchange among Torys and Cleary regarding Israel agreement filing (0.2); review supplementary motion record served today by Ogilvy Renault in re environmental motion (0.3); review initial draft of factum for June 7 motion and consider legal argument s (0.9); consider evidentiary process for protocol (0.6); review 66th monitor's report as filed (0.2); | 3.7 | 3,607.50 | 10653531 |
| DeMarinis | Tony | 19/05/2011 | 35873-2002: (N1600) email exchanges amongst Cleary, Torys and UCC counsel to coordinate call with Canadian team today on June 7 motion (0.2); preparation for call, and related discussions and emails (0.6); consider Ontario law expert for motion, and email s on same (0.4); review draft factum from Torys team, and revisions to same (0.5); review Cleary's proposed revisions to allocation protocol, and comments from UCC counsel on same (0.3); email exchanges among Torys team on June 7 motion preparations (0.3) ; conference call amongst counsel to Canadian debtors, Monitor, UCC and U.S. debtor regarding allocation protocol (0.9); review and consider filed submissions of the informal noteholders group, and email exchanges relating to same (0.5); preliminary revi ew of U.K. pension submissions (0.4); | 4.1 | 3,997.50 | 10655947 |
| DeMarinis | Tony | 27/05/2011 | review motion records served by Canadian debtor counsel in re June 7 motions (0.3); review revised draft factum regarding U.S. debtor's June 7 motion on allocation process (0.4); emails amongst Torys and Cleary teams (0.3); consider issues regarding reply materials for June 7 motion (0.4); | 1.4 | 1,365.00 | 10660674 |
| DeMarinis | Tony | 24/05/2011 | emails amongst Torys and UCC counsel regarding June 7 hearing (0.2); emails amongst Torys and Cleary regarding factum (0.1); discussions and emails with Torys team regarding June 7 hearing (0.5); assessment of EMEA's legal position, and review of file mat erials in relation to same (1.7); | 2.5 | 2,437.50 | 10661544 |
| DeMarinis | Tony | 25/05/2011 | review revisions to draft factum (0.2); review proceeding and corporate information and documents in conjunction with consideration of legal arguments (3.1); | 3.3 | 3,217.50 | 10664127 |

CANADIAN CCAA PROCEEDINGS/MATTERS

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 30/05/2011 | review motion record served by MOE (0.2); review mark-up from UCC counsel with comments on draft factum, and various email exchanges amongst same and Torys team (0.6); consideration of evidentiary issues and procedures in relation to June 7 hearing (1.8); | 2.6 | 2,535.00 | 10664212 |
| DeMarinis | Tony | 31/05/2011 | conference call with client team to coordinate current activities (0.6); telephone calls with UCC counsel regarding June 7 hearing and materials (0.7); conference call with counsel to Canadian debtors, U.S. debtors, Monitor and UCC regarding June 7 hearin g (0.7); review revised draft protocol (0.3); discussions and emails with Torys team to coordinate activities in re June 7 hearing (1.0); review Canadian debtors draft motion for June 7 (0.2); review draft correspondence to service list regarding revised form of protocol, and emails and discussions regarding same (0.5); detailed review of EMEA cross-motion for June 7, and consideration of issues and response (1.6); conference call with Cleary regarding same (0.4); telephone call with Ogilvy Renault regar ding same (0.3); conference call with Fraser Milner regarding same (0.5); review Mellon factum (0.2); review Canadian debtors motion as served (0.3); various emails with Cleary, Fraser Milner and Torys team on June 7 preparations, and consideration of rel ated issues (1.0); review revised draft factum (0.2); consider evidentiary issues (0.4); | 8.7 | 8,482.50 | 10664657 |

CANADIAN SEC. 18.6 PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 09/05/2011 | reviewing and providing comments on s.18.6 motion materials regarding recognition of US bid procedures order regarding Ranger Inc. | 0.7 | 549.50 | 10631374 |
| Bomhof | Scott A. | 19/05/2011 | telephone call with J. Stam and reviewing and providing comments on 18.6 motion to recognize U.S. Iceberg bid procedures order; | 1.3 | 1,020.50 | 10652930 |
| Bomhof | Scott A. | 24/05/2011 | preparing scheduling documents for motion to recognize US bid procedures order regarding patents and arranging for service and filing of same; | 1.0 | 785.00 | 10655625 |
| Bomhof | Scott A. | 25/05/2011 | confirming court book for recognition of US bid procedures order regarding patents; | 0.3 | 235.50 | 10658441 |
| De Cicco | Natasha | 06/05/2011 | conference call with Scott Bomhof and Emily Bussigel (Cleary) re motion for recognition order re: US bidding procedures(0.3); preparing to draft and drafting motion record re same(3.2); | 3.5 | 2,152.50 | 10630434 |
| De Cicco | Natasha | 09/05/2011 | revising and proof reading draft motion record re recognition of US bidding procedures order; | 1.0 | 615.00 | 10630993 |
| De Cicco | Natasha | 10/05/2011 | reviewing Emily Bussigel's (Cleary) comments on the draft motion record re recognition of US bidding procedures(0.7); email exchanges re same(0.2); | 0.9 | 553.50 | 10633288 |
| De Cicco | Natasha | 19/05/2011 | finalizing draft motion record re recognition of US Bidding Procedures(0.7); preparing Commercial List Request Form and cover letter re same(0.4); | 1.1 | 676.50 | 10649047 |
| De Cicco | Natasha | 18/05/2011 | reviewing Google's comments on draft motion record returnable June 7, 2011 re recognition of US Bidding Procedures Order(0.3); email correspondence with Cleary and Ogilvy Renault re same(0.2); | 0.5 | 307.50 | 10649387 |
| De Cicco | Natasha | 11/05/2011 | revising and proof reading revisions to draft motion records re recognition of US Bidding Procedures Order; | 0.5 | 307.50 | 10649852 |
| De Cicco | Natasha | 20/05/2011 | revising draft motion record re recognition of Ranger Inc. US Bidding Procedures Order (0.2); email correspondence with Emily Bussigel (Cleary) re same (0.1); | 0.3 | 184.50 | 10658334 |
| De Cicco | Natasha | 25/05/2011 | revising draft motion record re recognition of Ranger Inc. US Bidding Procedures Order (0.8); email exchanges with Emily Bussigel (Cleary) re same (0.2); attending to service of same (0.6); | 1.8 | 1,107.00 | 10658873 |
| DeMarinis | Tony | 03/05/2011 | emails regarding ancillary proceedings and sales order; review materials and consider same; | 1.4 | 1,365.00 | 10628696 |
| DeMarinis | Tony | 25/05/2011 | review of materials in re recognition order for U.S. bidding procedures; | 0.2 | 195.00 | 10663608 |

CANADIAN SEC. 18.6 PROCEEDINGS/MATTERS

U.S. PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 20/05/2011 | review and consideration of U.S. objection materials filed by EMEA debtors; | 1.3 | 1,267.50 | 10658528 |
| DeMarinis | Tony | 27/05/2011 | review draft materials from Cleary regarding EMEA parties' motion to file under seal, and consider related issues; | 0.8 | 780.00 | 10660409 |
| DeMarinis | Tony | 25/05/2011 | review motion materials filed in U.S. proceedings and related documents; | 1.2 | 1,170.00 | 10663997 |
| DeMarinis | Tony | 31/05/2011 | review current draft reply of U.S. debtors prepared by Cleary in re EMEA materials (0.5); review Cleary's draft preliminary statement (0.3); | 0.8 | 780.00 | 10664265 |
| DeMarinis | Tony | 30/05/2011 | review draft reply forwarded by Cleary; | 0.4 | 390.00 | 10664536 |

U.S. PROCEEDINGS/MATTERS