# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2011 through May 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Research | Westlaw/Quicklaw | $1,152.89 |
| Duplicating/Printing | In Office | $1,375.20 |
| Court Fees | Filing of Motion | $130.99 |
| Travel | Taxi | $61.89 |
| Meals | | $2,492.23 |
| Library Costs | | $183.28 |
| Process Server | | $47.55 |
| Word Processing | | $24.00 |
| Telephone | | $14.35 |
| **Grand Total Expenses** | | $5,482.38 |

11998367.2

**Duplicating/Printing**

| | | |
|---|---|---|
| 04/05/2011 | 70 | Copies |
| 04/05/2011 | 0.2 | Copies |
| 09/05/2011 | 0.4 | Copies |
| 20/05/2011 | 107.2 | Copies |
| 24/05/2011 | 0.2 | Copies |
| 25/05/2011 | 0.4 | Copies |
| 25/05/2011 | 42.3 | Copies |
| 26/05/2011 | 3.4 | Copies |
| 27/05/2011 | 9.3 | Copies |
| 26/05/2011 | 6.6 | Duplicating |
| 02/05/2011 | 32.5 | Laser Printing |
| 02/05/2011 | 21.1 | Laser Printing |
| 02/05/2011 | 0.3 | Laser Printing |
| 03/05/2011 | 0.4 | Laser Printing |
| 03/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 1.3 | Laser Printing |
| 04/05/2011 | 27.5 | Laser Printing |
| 04/05/2011 | 0.3 | Laser Printing |
| 04/05/2011 | 174.8 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |
| 04/05/2011 | 0.1 | Laser Printing |

| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.2 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.2 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 04/05/2011 | 0.1 Laser Printing |
| 06/05/2011 | 4.7 Laser Printing |
| 06/05/2011 | 0.8 Laser Printing |
| 06/05/2011 | 3.9 Laser Printing |
| 06/05/2011 | 10.1 Laser Printing |
| 09/05/2011 | 2.8 Laser Printing |
| 09/05/2011 | 3.2 Laser Printing |
| 10/05/2011 | 1.2 Laser Printing |
| 10/05/2011 | 1.2 Laser Printing |
| 11/05/2011 | 4.9 Laser Printing |
| 11/05/2011 | 8.1 Laser Printing |
| 12/05/2011 | 4.5 Laser Printing |
| 12/05/2011 | 22.7 Laser Printing |
| 12/05/2011 | 0.7 Laser Printing |
| 12/05/2011 | 0.2 Laser Printing |
| 12/05/2011 | 0.3 Laser Printing |
| 12/05/2011 | 0.5 Laser Printing |
| 15/05/2011 | 7.9 Laser Printing |
| 16/05/2011 | 3.8 Laser Printing |
| 16/05/2011 | 1.9 Laser Printing |
| 16/05/2011 | 5.7 Laser Printing |
| 17/05/2011 | 4.2 Laser Printing |
| 17/05/2011 | 2.1 Laser Printing |
| 18/05/2011 | 10.6 Laser Printing |

| Date | Amount | Description |
|---|---|---|
| 18/05/2011 | 37.6 | Laser Printing |
| 19/05/2011 | 3.4 | Laser Printing |
| 19/05/2011 | 3.1 | Laser Printing |
| 19/05/2011 | 6.7 | Laser Printing |
| 19/05/2011 | 17 | Laser Printing |
| 19/05/2011 | 13.4 | Laser Printing |
| 20/05/2011 | 1.2 | Laser Printing |
| 20/05/2011 | 142.7 | Laser Printing |
| 20/05/2011 | 2.1 | Laser Printing |
| 20/05/2011 | 0.4 | Laser Printing |
| 20/05/2011 | 1.1 | Laser Printing |
| 20/05/2011 | 5.4 | Laser Printing |
| 20/05/2011 | 141.7 | Laser Printing |
| 20/05/2011 | 10.2 | Laser Printing |
| 23/05/2011 | 1.4 | Laser Printing |
| 24/05/2011 | 1.5 | Laser Printing |
| 24/05/2011 | 139.4 | Laser Printing |
| 24/05/2011 | 9.9 | Laser Printing |
| 24/05/2011 | 11.3 | Laser Printing |
| 25/05/2011 | 1.4 | Laser Printing |
| 25/05/2011 | 15.8 | Laser Printing |
| 25/05/2011 | 11.1 | Laser Printing |
| 25/05/2011 | 1.4 | Laser Printing |
| 26/05/2011 | 17.7 | Laser Printing |
| 26/05/2011 | 3.6 | Laser Printing |
| 26/05/2011 | 3.9 | Laser Printing |
| 26/05/2011 | 0.1 | Laser Printing |
| 26/05/2011 | 0.9 | Laser Printing |
| 26/05/2011 | 7.1 | Laser Printing |
| 26/05/2011 | 2.1 | Laser Printing |
| 26/05/2011 | 5.9 | Laser Printing |
| 26/05/2011 | 1.4 | Laser Printing |
| 26/05/2011 | 0.5 | Laser Printing |
| 26/05/2011 | 0.1 | Laser Printing |
| 26/05/2011 | 0.4 | Laser Printing |
| 27/05/2011 | 14.8 | Laser Printing |
| 27/05/2011 | 11.3 | Laser Printing |
| 27/05/2011 | 27.7 | Laser Printing |
| 27/05/2011 | 22.1 | Laser Printing |
| 30/05/2011 | 1.7 | Laser Printing |
| 31/05/2011 | 8.4 | Laser Printing |
| 31/05/2011 | 3.1 | Laser Printing |
| 31/05/2011 | 12.7 | Laser Printing |
| 31/05/2011 | 8.9 | Laser Printing |
| 31/05/2011 | 8.4 | Laser Printing |
| 06/05/2011 | 0 | Laser Printing-Colour |
| 20/05/2011 | 5 | Laser Printing-Colour |
| 09/05/2011 | 6.34 | Binding Charges |
| 26/05/2011 | 10.66 | Exhibit Tabs |
| **Total** | **$ 1,375.20** | |

**OnlineResearch**

| Date | Amount | Description |
|---|---|---|
| 04/05/2011 | 222.02 | On Line Research Charges - Quicklaw |
| 17/05/2011 | 6.35 | On Line Research Charges - Quicklaw |
| 04/05/2011 | 211.85 | On Line Research Charges -WestlaweCarswell Incl. |

| | | |
|---|---|---|
| 04/05/2011 | 67.62 | On Line Research Charges -WestlaweCarswell Incl. |
| 04/05/2011 | 89.28 | On Line Research Charges -WestlaweCarswell Incl. |
| 15/05/2011 | 163.77 | On Line Research Charges -WestlaweCarswell Incl. |
| 17/05/2011 | 88.75 | On Line Research Charges -WestlaweCarswell Incl. |
| 20/05/2011 | 25.89 | On Line Research Charges -WestlaweCarswell Incl. |
| 24/05/2011 | 123.62 | On Line Research Charges -WestlaweCarswell Incl. |
| 26/05/2011 | 25.89 | On Line Research Charges -WestlaweCarswell Incl. |
| 30/05/2011 | 127.85 | On Line Research Charges -WestlaweCarswell Incl. |
| **Total** | **1152.89** | |

**Library costs**

| | | |
|---|---|---|
| 05/05/2011 | 183.28 | Library Costs |
| **Total** | **183.28** | |

**Taxi & Travel**

| | | |
|---|---|---|
| 12/04/2011 | 31.04 | Car Service - UTOG |
| 03/05/2011 | 30.85 | Taxi & Travel |
| **Total** | **61.89** | |

**Meals**

| | | |
|---|---|---|
| 02/05/2011 | 2492.23 | Meals |
| **Total** | **$ 2,492.23** | |

**Telephone Calls**

| | | |
|---|---|---|
| 25/04/2011 | 4.83 | Telephone Call |
| 10/05/2011 | 6.56 | Telephone Call |
| 17/05/2011 | 0.05 | Telephone Call |
| 26/05/2011 | 0.03 | Telephone |
| 31/05/2011 | 2.88 | Telephone Call |
| **Total** | **$ 14.35** | |

**Miscellaneous**

| | | |
|---|---|---|
| 28/04/2011 | 130.99 | motion |
| 25/05/2011 | 10.57 | delivering letter to Commercial List enclosing |
| 22/05/2011 | 24 | Word Processing client billing for w/e |
| 26/05/2011 | 36.98 | filing motion record (returnable June 7, 2011) |
| **Total** | **$ 202.54** | |

**Grand Total**     **$    5,482.38**