**CERTIFICATE OF SERVICE**

        I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Objection to the Motion of Robert Horne, James Young, and the *Ad Hoc* Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan to Compel Discovery from the Nortel Debtors** was caused to be made on July 5, 2011, in the manner indicated upon the entities identified below.

Dated: July 5, 2011

                                      */s/ Alissa T. Gazze*
                                     Alissa T. Gazze (No. 5338)

**Via Hand Delivery**

Blank Rome, LLP
Bonnie Glantz Fatell
Jane Ann Bee
1201 N. Market St., Suite 800
Wilmington, DE 19801

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705

Mary F. Caloway Esq.
Mona A. Parikh
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801

Thomas P. Tinker. Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

**Via Overnight Mail**

Bernstein, Shur, Sawyer & Nelson
Robert J. Keach
Paul McDonald
Daniel J. Murphy
100 Middle St.
PO Box 9729
Portland, ME 04104

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036

3098764.3