**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------X
                                                      :
                                                      :      Chapter 11
                                                      :
In re                                                 :
                                                      :      Case No. 09-10138 (KG)
                                                      :
Nortel Networks Inc., et al., ¹                       :
                                                      :      Jointly Administered
                                    Debtors.          :
                                                      :
                                                      :
------------------------------------------------------------X
```

**DECLARATION OF JULIE GRAFFAM KAPLAN**
**IN SUPPORT OF DEBTORS' OBJECTION TO THE**
**MOTION OF ROBERT HORNE, JAMES YOUNG,**
**AND THE *AD HOC* GROUP OF BENEFICIARIES OF**
**THE NORTEL NETWORKS U.S.DEFERRED COMPENSATION**
**PLAN TO COMPEL DISCOVERY FROM THE NORTEL DEBTORS**

I, Julie Graffam Kaplan, declare under penalty of perjury as follows:

1.      I am the Human Resources Leader for Nortel Networks Inc. ("NNI"), which

position I have held since December of 2010.  I joined NNI in September of 1998 and held the

position of Director, Human Resources Operations prior to my promotion to Human Resources

Leader.  My current job responsibilities include supervising the Human Resources function for

Nortel Business Services and assisting in the wind down of NNI.  Prior to taking my position at

NNI, I was employed by Bay Networks (which was acquired by NNI in 1998) as the

Compensation Program Manager.

2.      I submit this declaration in support of the Debtors' Objection to the Motion of

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Robert Horne, James Young and the *Ad Hoc* Group of Beneficiaries of the Nortel Networks U.S.

Deferred Compensation Plan (the "Beneficiaries") to Compel Discovery from the Nortel

Debtors.  Except as otherwise indicated, all facts set forth in this declaration are based upon my

personal knowledge, information supplied to me by other employees of the Debtors or their

affiliates and professionals retained by the Debtors, or learned from my review of relevant

documents or upon my opinion based on my experience and knowledge of the Debtors'

operations.

3.      Nortel[2] has a corporate procedure (the "Procedure"), attached hereto as Exhibit A,

which prevents the company from sharing employees' personal information with third parties.

Specifically, the Procedure provides that "[Nortel] do[es] not share Personal Information with

third parties, other than as provided in this [Procedure] or as authorized by the [employee]."

Procedure at § 5.2, Security(5).  Personal Information is defined in the Procedure as "data that

identifies, or is capable of identifying, a specific individual."  Procedure at § 3.3.  The Debtors

interpret the terms of the Procedure to protect the employee information sought by the

Beneficiaries from the discovery process unless the Debtors were required by court order to

disclose the information.

4.      Some version of the Procedure has been in place since at least October 2002, and

Nortel employees have relied upon the Procedure, and Nortel's compliance therewith, to protect

their personal information.  Even though not explicitly stated in the Procedure, it is the Debtors'

view and it is my view as Human Resources Leader that the Debtors' employees understood and

expected that their compensation information would also be kept private.  The employees have

---

[2]      "Nortel" is used herein to refer to the Debtors, their non-Debtor parents and their subsidiaries and affiliates. Nortel consists of Nortel Networks Corporation ("NNC"), the ultimate parent company; Nortel Networks Limited, NNC's principal Canadian operating subsidiary; NNI, the principal U.S. operating subsidiary and over 140 affiliates around the world.

an interest in protecting the confidentiality of their personal information, especially with regard

to sensitive information such as benefits and compensation.

[*Remainder of the page left intentionally blank.*]

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct to the best of my knowledge, information and belief.

Dated: June 29, 2011
       Windham, New Hampshire

_Julie Graffam Kaplan_
Julie Graffam Kaplan