Exhibit A

Procedure

Corporate Procedure No. 802.20 – Privacy and Data Protection – August 12, 2009





**Corporate Procedure
No. 802.20**

| Date issued | Subject |
|---|---|
| August 12, 2009 | |
| Replaces issue dated | **PRIVACY AND DATA PROTECTION** |
| March 11, 2005 | |
| Next review date | |
| August 12, 2012 | |
| **This Corporate Procedure ("Procedure") shall be followed by Nortel Networks Corporation ("NNC") and its subsidiaries and other controlled businesses globally, whether incorporated or unincorporated (collectively, "Nortel").** ||

**1.0    Purpose**

1.1    This Procedure provides the requirements to safeguard the collection, use, storage and dissemination of Personal Information in order to protect the rights of Data Subjects and be compliant with privacy and data protection laws.  To this end, Nortel has developed appropriate standards and practices based on the Principles identified in this Procedure that reflect legal requirements.

1.2    Data protection and privacy legislation is still being written in some countries and in a state of flux in others; therefore, in the event legislated requirements are more stringent than the requirements of this Procedure, they shall take precedence.

**2.0    Interpretation**

Responsibility for the application, interpretation and adherence of this Procedure rests with the Chief Privacy Officer, Nortel.

**3.0    Definitions**

Corporate Procedure No. 802.20 – Privacy and Data Protection – August 12, 2009

3.1 "Chief Privacy Officer" (CPO) means an individual assigned by Nortel who is responsible for Corporate Compliance with privacy and data protection legislation, developing and implementing corporate policies and procedures, auditing process for compliance and providing appropriate awareness programs.

3.2 "Data Subjects" mean individuals whose Personal Information is processed by Nortel.

3.3 "Personal Information" means data that identifies, or is capable of identifying, a specific individual.

3.4 "Principles" mean the principles of privacy and data protection identified in section 5.2 of this Procedure.

**4.0 Responsibility**

The Chief Privacy Officer shall be responsible for:

(a) developing a privacy and data protection reporting and escalation structure, including the handling of privacy and data protection issues, and training and support for the designated employees which is appropriate to their allocated responsibility;

(b) monitoring applicable privacy and data protection legislation and developing a privacy and data protection audit structure in order to identify and undertake any steps which are necessary to achieve and maintain compliance with applicable legislative requirements;

(c) providing corporate guidance, including the identification, development, implementation and maintenance of appropriate corporate privacy and data protection procedures and practices pursuant to Corporate Policy 800.29 – Privacy and Data Protection;

(d) establishing corporate-wide privacy and data protection awareness and training initiatives in coordination with Corporate Compliance and Ethics to help ensure that employees are aware of Nortel's commitment to privacy and data protection, the rights which they may have in relation to their Personal Information and their responsibilities in their own handling of Personal Information;

(e) responding to enquiries or complaints regarding Nortel's privacy and data protection practices and coordinating with Corporate Compliance and Ethics to investigate complaints and implement any corrective measures; and

Corporate Procedure No. 802.20 – Privacy and Data Protection – August 12, 2009

    (f)    ensuring third parties to whom Nortel discloses Personal Information are subject to appropriate contractual safeguards to provide adequate protection of that Personal Information.

**5.0**    **Process**

5.1    General

    (a)    This Procedure applies to Personal Information in any form, including electronic or hard copy records, in any location including an employee's home and stored or transmitted by any equipment or device, including computing or network equipment or storage media owned by another company, or owned personally by an employee, contractor or agent working on behalf of Nortel.

    (b)    Failure to comply with this Procedure may result in disciplinary action, up to and including termination of employment.

5.2    Principles of Privacy and Data Protection

Nortel respects the privacy of its employees, customers and business partners and is committed to maintaining a high standard of data protection. To ensure that a consistent approach to data protection and privacy is adopted throughout Nortel operations worldwide, Nortel has established the following Principles of privacy and data protection, which may be remembered using the acronym "**OARS**" (Openness, Accuracy, Relevancy, Security). Nortel is committed to abiding by these Principles, as well as the requirements of applicable local laws, in the operation of its business.

**Openness**

    1.    We provide clear and comprehensive information about our data protection and privacy practices.

    2.    We obtain a Data Subject's consent to process, display or disseminate Personal Information, where required or appropriate.

    3.    We give Data Subjects access to their Nortel-collected Personal Information, where required or appropriate.

**Accuracy**

    1.    We validate the Personal Information we hold to ensure it is

        accurate and, where necessary, up-to-date.

2. Data Subjects may amend, update or supplement any of their own inaccurate Personal Information.

**Relevancy**

1. We collect and use Personal Information to perform valid business-related tasks such as contract or workforce administration or because the information is required by law or in response to external regulatory and law enforcement investigations or internal investigations.

2. We delete or destroy, by secure means, information no longer required for any valid business purpose and which local law does not require us to retain.

**Security**

1. We protect Personal Information from unauthorized disclosure, access, storage or use.

2. We only transfer Personal Information across national boundaries where a transfer is necessary for a valid business or legal purpose and where adequate security measures can be maintained to protect it.

3. Where we provide Personal Information to business partners or contractors, we require them to provide a similar level of protection for Personal Information in their possession or under their control.

4. We limit access to Personal Information within Nortel to only those individuals who have a legitimate business need-to-know.

5. We do not share Personal Information with third parties, other than as provided in this Procedure or as authorized by the Data Subject.

6. Personal Information is stored in a way that helps ensure against unlawful or unauthorized access.

5.3    Obtaining Further Information

    Nortel's Chief Privacy Officer is ultimately responsible for privacy and data protection compliance. Individuals may contact the Chief Privacy Officer, HR Shared Services or Corporate Compliance and Ethics with any

Corporate Procedure No. 802.20 – Privacy and Data Protection – August 12, 2009

enquiry or complaint about privacy and data protection, who will respond in a timely manner to any enquiry received.

5.4   Exceptions

Nortel will apply the Principles consistently across its business operations. Nortel reserves the right to rely on those exceptions to national privacy and data protection requirements set out in applicable legislation.  For example, in order to protect the interests of Nortel and its employees, Nortel may rely on the exception to data protection requirements afforded by national legislation in circumstances where data protection would otherwise hinder the investigation or detection of a criminal offence.

**6.0   Reference Documents**

Corporate Policy 200.05 - Corporate Security
Corporate Policy 800.29 - Privacy and Data Protection

Corporate Procedure 205.04 - Protection of Confidential Information
Corporate Procedure 206.01 - Systems Security
Corporate Procedure 252.01 – Worldwide Records Management Program
Corporate Procedure 901.05 – Network Data (Recording and Use)

**7.0   Review**

This Procedure shall be reviewed every three years, or earlier, as required.


End of Document


Approved by:   Raul Tellez
               Director, Compliance and
               Chief Privacy Officer