## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                    :

*In re*                             :

Nortel Networks Inc., *et al.,* [1]       :

                Debtors.  :

                    :
---------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

## DECLARATION OF TAMARA J. BRITT IN SUPPORT OF DEBTORS' OBJECTION TO THE MOTION OF ROBERT HORNE, JAMES YOUNG, AND THE *AD HOC* GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN TO COMPEL DISCOVERY FROM THE NORTEL DEBTORS

I, Tamara J. Britt, do hereby declare as follows:

1.      I am an associate at the firm of Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), which maintains an office for the practice of law, among other places, at One Liberty Plaza, New York, New York 10006. I am an attorney at law admitted to practice before the courts of the State of New York and the United States District Courts for the District of New Jersey. I am admitted *pro hac vice* in the above-captioned proceeding. I submit this declaration in support of the Debtors' Objection to the Motion of Robert Horne, James Young,

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan to Compel Discovery form the Nortel Debtors (the "Objection")[2].

2.      Following the Debtors' service of their responses and objections to the Requests and Interrogatories, I participated in several meet and confer discussions with counsel to the Beneficiaries.  On a few of those discussions, we informed counsel to the Beneficiaries that the Debtors would amend their responses to the Interrogatories at a later date.  For example, on April 28, 2011, during one such call, my colleague, Jane Kim, informed counsel to the Beneficiaries that the Debtors planned to amend their responses to the Interrogatories following the completion of their production of the spreadsheets requested by the Beneficiaries listing the Debtors' employees who were eligible and ineligible to participate in the Plan and their compensation information.  We again confirmed the Debtors' intention to amend the responses to the Interrogatories during a meet and confer with counsel to the Beneficiaries I participated in with Lisa Schweitzer on May 10, 2011.

3.      Attached as Exhibit A hereto is a true and correct copy of a letter dated May 6, 2011, from me to Daniel Murphy, counsel to the Beneficiaries, which references the Debtors' intention to amend their responses to the Interrogatories at a later date.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on July 5, 2011.

TAMARA J. BRITT

---

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.