**EXHIBIT A**

**Letter Dated May 6, 2011 from Tamara J. Britt to Daniel J. Murphy**

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| WASHINGTON, DC | ONE LIBERTY PLAZA | FRANKFURT |
| PARIS | NEW YORK, NY 10006-1470 | COLOGNE |
| | (212) 225-2000 | ROME |
| BRUSSELS | FACSIMILE (212) 225-3999 | MILAN |
| LONDON | WWW.CLEARYGOTTLIEB.COM | HONG KONG |
| | Writer's Direct Dial +1 212 225 2895 | |
| MOSCOW | E-Mail: tbritt@cgsh.com | BEIJING |

May 6, 2011

Daniel J. Murphy, Esq.
Bernstein Shur
100 Middle Street
PO Box 9729
Portland, ME  04104-5029

Dear Dan:

      Enclosed please find a sixth production of documents, including the corresponding cover letter and encrypted CDs.  I am also writing to clarify the Debtors' Responses to the First Set of Interrogatories dated March 18, 2011 ("Responses to Interrogatories").

      The Debtors would like to revise the total target compensation thresholds listed in the Responses to Interrogatories.  First, the amounts that were originally listed in the Responses to Interrogatories correspond to fiscal year and not Plan Year.  Second, the Debtors have determined during the course of diligencing this issue that, the threshold was not raised during certain years when there were layoffs and/or freezes on salary increases.  To that end, the total target compensation threshold for each **Plan Year** from 2000 through 2009 was as follows:

      2000: **$145,200**

      2001: **$152,400**

      2002: **$160,800**

      2003: **$169,800**

      2004: **$174,000**

      2005: **$174,000**

      2006: **$174,000**

Daniel J. Murphy, Esq., p. 2

       2007: **$174,000**

       2008: **$180,000**

       2009: **$180,000**

       Please note we will provide a formal clarification in a subsequent amendment of the Responses to Interrogatories. Please feel free to call me if you have any questions or if you would like to discuss.

                                        Sincerely,

                                        Tamara J. Britt

Enclosures