## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NORTEL NETWORKS INC., et al., | : Case No. Case No. 09-10138 (KG) |
| Debtor. | : |

### NOTICE OF WITHDRAWAL OF
### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
### TO BE REMOVED FROM SERVICE LISTS

Ciardi, Ciardi & Astin hereby withdraws the *Notice of Withdrawal of Appearance and Request to be Removed from Service Lists* [Docket No. 5802], filed on June 24, 2011. The request was filed in error.

Dated: July 6, 2011

CIARDI CIARDI & ASTIN

_____
Daniel K. Astin (No. 4086)
Joseph J. McMahon, Jr. (No. 4819)
919 N. Market Street, Suite 700
Wilmington, Delaware 19801
Tel: (302) 658-1100
Fax: (302) 658-1300
dastin@ciardilaw.com
jmcmahon@ciardilaw.com

*Attorneys for SNMP Research International, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM SERVICE LISTS

PLEASE TAKE NOTICE that Ciardi Ciardi & Astin hereby withdraws its appearance as counsel for SNMP Research International, LLC in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that Ciardi Ciardi & Astin hereby requests they be removed from all mailing and ECF notice lists.

Dated: June 23, 2011
Wilmington, Delaware

CIARDI CIARDI & ASTIN

Daniel K. Astin (No. 4068)
Joseph J. McMahon, Jr. (No. 4819)
919 N. Market Street, Suite 700
Wilmington, DE 19801
Tel: (302) 658-1100
Fax: (302) 658-1300
dastin@ciardilaw.com
jmcmahon@ciardilaw.com

*Attorneys for SNMP Research International, Inc.*

DOCKET NO. 5802
DT. FILED 6/24/11