IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NORTEL NETWORKS INC., et al., | : Case No. Case No. 09-10138 (KG) |
| Debtor. | : |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF ALL PAPERS

PLEASE TAKE NOTICE that Creditor SNMP Research International, Inc. ("SNMPRI"), by and through its undersigned counsel, pursuant to Bankruptcy Rule 2002 and Section 102(1) of the Bankruptcy Code, requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the offices set forth below:

Daniel K. Astin (No. 4068)
Joseph J. McMahon, Jr. (No. 4819)
Ciardi Ciardi & Astin
919 N. Market Street, Suite 700
Wilmington, Delaware 19801
Tel: (302) 658-1100
Fax: (302) 658-1300 facsimile
dastin@ciardilaw.com
jmcmahon@ciardilaw.com

Rick A. Steinberg, Esquire
Ciardi Ciardi & Asitn
100 Church Street, 8th Floor
New York, NY 10007
Tel: (646) 485-0605
Fax: (646) 688-4385
rsteinberg@ciardilaw.com

Mark H. Ralston, Esquire
Ciardi Ciardi & Astin
2603 Oak Lawn Avenue
Suite 200
Dallas, Texas 75219
Tel: (214) 295-6416
Fax: (214) 602-1250
mralston@ciardilaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed hand

delivery, mail, telephone, telex, or otherwise which affects the Debtors or the property of the Debtors.

PLEASE TAKE FURTHER NOTICE that SNMPRI does not intend this Notice of Appearance or any later appearance, pleading or claim to waive: (1) its right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to this case; or (2) any other rights, claims, actions, defenses, set-offs, or recoupments to which it is or may be entitled under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: July 6, 2011
Wilmington, Delaware

CIARDI CIARDI & ASTIN

Daniel K. Astin (No. 4068)
Joseph J. McMahon, Jr. (No. 4819)
919 N. Market Street, Suite 700
Wilmington, Delaware 19801
Tel: (302) 658-1100
Fax: (302) 658-1300 facsimile
dastin@ciardilaw.com
jmcmahon@ciardilaw.com

-and-

Rick A. Steinberg, Esquire
100 Church Street, 8th Floor
New York, NY 10007
Tel: (646) 485-0605
Fax: (646) 688-4385
rsteinberg@ciardilaw.com

-and-

Mark H. Ralston, Esquire
2603 Oak Lawn Avenue
Suite 200
Dallas, Texas 75219
Tel: (214) 295-6416
Fax: (214) 602-1250
mralston@ciardilaw.com

*Counsel for SNMP Research International, Inc.*