**SIGNED** for and on behalf of **Nortel** )
**GmbH** (in administration) by Christopher ) ............................................
Hill as Joint Administrator (acting as agent ) Christopher Hill
and without personal liability) in the )
presence of: )

Witness signature
............................................ )
Name: JAN CORDELL )
Address: 1 MORE LONDON PLACE )
LONDON SE1 2AF

**SIGNED** by Alan Bloom ) ........................................
                                                   ) Alan Bloom

in his own capacity and on behalf of the Joint )
Administrators without personal liability and
solely for the purpose of obtaining the benefit
of the provisions of this Agreement expressed
to be conferred on or given to the Joint
Administrators in the presence of:

Witness signature

................W. Graham................ )
Name:   WYLMA GRAHAM )
Address: )

        Ernst & Young LLP
        1 More London Place
        London
        SE1 2AF

Signed by **MAÎTRE COSME ROGEAU**, acting in the capacity of *Mandataire Liquidateur* of **NORTEL NETWORKS S.A. (IN ADMINISTRATION AND LIQUIDATION JUDICIARE)**, without personal liability and solely for the purpose of obtaining the benefit of the provisions of this Agreement expressed to be conferred on or given to the French Liquidator:

By _____
Name: Maître Cosme Rogeau
Title: *Mandataire Liquidateur*

In the presence of:
Witness signature

Name:
Address:

AASEEN SHARMA
FOWLER
PARTNER, FTPA
1BU AVENUE FOCH
75116 PARIS
(FRANCE)

**SIGNED** for and on behalf of **NORTEL NETWORKS S.A. (IN ADMINISTRATION AND LIQUIDATION JUDICIARE)** by **MAÎTRE COSME ROGEAU** as *Mandataire Liquidateur* (acting as agent and without personal liability) in the presence of:
Witness signature

Name:
Address:

) MAÎTRE COSME ROGEAU
)
)
)
)
)
)
)

AASEEN SHARMA FOWLER
PARTNER, FTPA
1BU AVENUE FOCH
75116 PARIS (FRANCE)

Execution Version

## EXHIBIT A – EMEA Sellers

Nortel Networks UK Limited (in administration)
Nortel Networks S.A. (in administration and *liquidation judiciaire*)
Nortel Networks (Ireland) Limited (in administration)
Nortel Networks France S.A.S. (in administration)
Nortel GmbH (in administration)

## EXHIBIT B – Other Sellers

NN Applications Management Solutions Inc.
Nortel Altsystems, Inc. (previously "Alteon Networks, Inc.")
CoreTek, Inc.
Qtera Corporation
Xros, Inc.

| | |
|---|---|
| IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED<br><br>AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION *et al*. | Court File No:  09-CL-7950 |
| | ***ONTARIO*<br>SUPERIOR COURT OF JUSTICE<br>(COMMERCIAL LIST)**<br><br>Proceeding commenced at Toronto |
| | **SEVENTY-FIRST REPORT OF THE MONITOR<br>DATED JULY 6, 2011** |
| | **GOODMANS LLP**<br>Barristers & Solicitors<br>Bay Adelaide Centre<br>333 Bay Street, Suite 3400<br>Toronto, ON  M5H 2S7<br><br>Jay A. Carfagnini  (LSUC#: 222936)<br>Joseph Pasquariello (LSUC# 37389C)<br>Christopher G. Armstrong (LSUC# 55148B)<br><br>Tel: 416.979.2211<br>Fax: 416.979.1234<br><br>Lawyers for the Monitor, Ernst & Young Inc. |