# EXHIBIT B
# LICENSE-RELATED OBJECTIONS[1]

| D.I. | Objecting Party | Treatment of Licenses |
|---|---|---|
| 5585 - Objection<br><br>5584 - Election | AT&T[2] | All contracts listed on Exhibit A to AT&T's objection and election are included on Schedule A to the Acknowledgement |
| 5587 - Election | Broadcom[3] | The one contract listed in Broadcom's election is included on Schedule A to the Acknowledgement |
| 5513 - Objection<br><br>5607 - Election | EADS | The one contract listed in EADS' objection and election is included on Section 2.1.1(a) of the Sellers Disclosure Schedule |
| 5525 - Response<br><br>5600 - Election | Hewlett-Packard | The following agreements listed in the HP response are included on Schedule A of the Acknowledgement:<br>• License Agreement, made and entered into on September 14, 1977, between Northern Telecom Limited and Hewlett-Packard<br>• Operating Agreement, dated August 8, 1983, between Northern Telecom Inc. and Hewlett-Packard Company<br>• Master Agreement #MA-02-006, effective May 5, 2003, among Nortel Networks Inc., Hewlett-Packard Company and Hewlett-Packard Development Company, LP[4]<br><br>The following agreement listed in the HP response was added to Section 2.1.1(a) of the Sellers Disclosure Schedule:<br>• Patent License Agreement, dated September 11, 1987 between Hewlett-Packard Company and Northern Telecom Limited |

---

[1] In addition to the Responses listed below, Nokia filed License Related Responses in both the U.S. [D.I.s 5526, 5610] and Canadian Proceedings. No Debtor is a party to the four agreements listed in Nokia's Responses. While the Debtors understand that the Canadian Debtors are working with Nokia to resolve the responses, the Debtors believe no relief is warranted in this Court and reserve all rights to oppose the Nokia Responses.

[2] AT&T has filed a similar objection in the Canadian Proceedings.

[3] Broadcom has filed a similar objection in the Canadian Proceedings.

[4] In its Response, Hewlett-Packard specifically listed an amendment and two project statements related to this Master Agreement. These ancillary agreements are covered by the paragraph two of the Acknowledgement as amendments or supplements to an agreement listed on Schedule A of the Acknowledgement.

| D.I. | Objecting Party | Treatment of Licenses |
|---|---|---|
| 5614 - Response and Election | Hitachi[5] | The following agreement is listed on Section 2.1.1(a) of the Sellers Disclosure Schedule:<br>• Settlement Agreement and Patent Cross-License, dated April 1, 1995<br><br>The reference to Hitachi's Transition Services Agreement in Section 2.1.1(a) of the Sellers Disclosure Schedule was edited as follows:<br>• Transition Services Agreement, **as amended and extended** |
| 5612 - Election | IBM[6] | The two contracts listed in IBM's election are included on Schedule A to the Acknowledgement |
| 5616 - Objection and Election | Motorola Solutions[7] | The one agreement listed in Motorola Solution's objection and election is included on Schedule A to the Acknowledgement |
| 5617 - Objection<br><br>5618 - Election | Qwest/Embarq | The thirteen agreements listed in Qwest's objection and election are included on Schedule A to the Acknowledgement |
| 5613 - Objection and Election | Verizon[8] | The eleven agreements listed in Verizon's objection and election are included on Schedule A to the Acknowledgement |

---

[5] Hitachi has filed a similar objection in the Canadian Proceedings.

[6] IBM has filed a similar objection in the Canadian Proceedings.

[7] Motorola Solutions has filed a similar objection in the Canadian Proceedings.

[8] Verizon has filed a similar objection in the Canadian Proceedings.