**EXHIBIT C**
**STANDARDS RESPONSES**

| D.I. | Objecting Party |
|---|---|
| 5658 | AT&T |
| 5828 | Hewlett-Packard (joinder to D.I. 5658 and 5665)[1] |
| 5816 | Institute of Electrical and Electronics Engineers, Inc. |
| 5616 | Motorola Solutions Inc. (joinder to D.I. 5526) |
| 5526, 5665 | Nokia[2] |
| 5677 | Qwest (joinder to D.I. 5658) |
| 5687 | Sprint/Nextel (joinder to D.I. 5658) |
| 5668 | Verizon (joinder to D.I. 5658) |

---

[1] After the objection deadline, Hewlett-Packard filed an amendment to its Response to join AT&T's and Nokia's Standards Responses. The Debtors reserve all rights to argue that Hewlett-Packard's amendment is untimely.

[2] Nokia has filed a similar objection in the Canadian Proceedings.