# EXHIBIT D
# OTHER RESPONSES

| D.I. | Objecting Party | Nature of Response |
|---|---|---|
| 5655 | EADS | Seeks comfort with respect to certain agreements to which no Debtors are a party |
| 5654 | Hewlett-Packard | Seeks additional language added to the Sale Order that the Debtors believe to be inaccurate and/or superfluous |
| 5651 | Motorola Mobility Inc. | Seeks additional language clarifying the ability of Motorola Mobility to assert defenses to claims made by the Purchaser or any successor to the Purchaser[1] |
| 5652 | Oracle | Reserves Oracle's rights to object to the assumption and assignment of any Oracle agreements, the associated cure amounts and the accuracy of contract descriptions[2] |
| 5619 | Thomas & Betts | Seeks comfort with respect to agreements between Thomas & Betts and Nortel, but fails to identify any specific agreements with the Debtors that could be affected by the Sale |

---

[1] Although the Debtors believe that such language is unnecessary, the Sellers and the Purchaser have agreed to include the following language in the U.S. Sale Order, which moots the Response of Motorola Mobility:

> For the avoidance of doubt, nothing herein shall impair Motorola Mobility Inc.'s right to assert affirmative defenses with respect to the Assets in any lawsuit or other proceedings filed by the Purchaser, or any successor thereof, which rights are preserved to the fullest extent permitted by law, nor shall any right of the Purchaser or any successor thereof under applicable nonbankruptcy law to respond to any such affirmative defenses be impaired by the "free and clear" determinations contained in this Order.

[2] The Sellers and the Purchaser have informed Oracle that the Sale Agreement does not contemplate the assumption and assignment of any Oracle agreements to the Purchaser.