IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| NORTEL NETWORKS, INC., et al., | ) Case No. 09-10138 (KG) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## WITHDRAWAL OF MOTION OF ACS CABLE SYSTEMS, INC. FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE CLAIM

On April 12, 2010, ACS Cable Systems, Inc., on behalf of itself and its affiliate Alaska Communications Systems Holdings, Inc. (collectively, "ACS") filed a Motion for Allowance and Immediate Payment of Administrative Claim (the "Administrative Claim Motion") (Docket No. 2857). Pursuant to the settlement between ACS and the Debtors approved by this Court's March 9, 2011 Order (Docket No. 5087), ACS hereby withdraws the Administrative Claim Motion with prejudice.

Dated: July 6, 2011    Respectfully submitted,

ASHBY & GEDDES, P.A.

_/s/ Gregory A. Taylor_
Gregory A. Taylor (#4008)
Benjamin W. Keenan (#4724)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
gtaylor@ashby-geddes.com
bkeenan@ashby-geddes.com

-and-

{00534096;v1}    1

BIRCH, HORTON, BITTNER
& CHEROT, P.C.

James H. Lister (admitted pro hac vice)
1155 Connecticut Ave., N.W., Suite 1200
Washington, D.C. 20036
Telephone: (202) 862-8368
Facsimile: (202) 659-1027
jlister@dc.bhb.com

Co-counsel for ACS Cable Systems, Inc.