## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2011, a copy of the foregoing Withdrawal of Motion for Allowance and Immediate Payment of Administrative Claim was forwarded by first class mail to:

Megan Flemming-Delacruz, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

_____
Gregory A. Taylor (#4008)

{G:\505553\518\00028612.DOC}