IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
In re : Chapter 11
: 
Nortel Networks Inc., et al.,[1] : Case No. 09-10138 (KG)
: 
        Debtors. : Jointly Administered
: 
---------------------------------------------------------------X

## NOTICE OF SETTLEMENT OF CERTAIN PREPETITION CLAIMS AGAINST THE DEBTORS

      **WHEREAS**, on August 30, 2010, the Debtors filed a Motion for an Order Authorizing and Approving Settlement Procedures to Settle Certain Prepetition Claims (D.I. 3842) (the "Motion"); and

      **WHEREAS**, on September 16, 2010, the Court approved the Motion and entered an Order (the "Order") Authorizing and Approving Settlement Procedures to Settle Certain Prepetition Claims (D.I. 3953) permitting the Debtors, *inter alia*, to settle on no or limited advance notice certain smaller prepetition claims against the Debtors ("Limited Notice Claims' Settlements").

      **PLEASE TAKE NOTICE** that, pursuant to paragraph 2(i) of the Order, the Debtors hereby file the Settlement Notice attached as Exhibit A, listing the Proofs of Claims (as defined in the Motion) settled in the Limited Notice Claims' Settlements finalized to date and the allowed amount of such Limited Notice Claims' Settlements.

*[Remainder of page left intentionally blank.]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: July 6, 2011
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Deborah M. Buell (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*