EXHIBIT A

**(i)    Proofs of Claim**[1]

| Claim Number | Claimant |
|---|---|
| 1487 | California State Teachers' Retirement System |
| 1674 | Meadow Brook Office, LLC |
| 634 | Sprint Nextel Corporation |
| 714 | Sprint Nextel Corporation |
| 898 | Sprint Nextel Corporation |
| 1087 | Sprint Nextel Corporation |
| 1507 | Gateway Associates, Ltd. |
| 1951 | Technology Center Associates, L.P. |
| 5779 | Tomorrow 35 Century, LP |
| 3267 | Omega Corporate Center, L.P. |
| 1488 | Duke Realty Ohio |
| 1490 | Duke Realty Ohio |
| 1416 | I&G Direct Real Estate 18, LP |
| 4261 | Duesenberg Investment Company |
| 1812 | East Camelback Road, Inc. |
| 2059 | East Camelback Road, Inc. |
| 7210 | SVG Advisors Inc. |
| 1036 | SVG Advisors Inc. |
| 7202 | SVG Advisors Inc. |
| 6300 | United States Debt Recovery V, LP |
| 3548 | Sheehan Phinney Bass + Green PA |
| 3202 | Hines Riverfront Plaza LP |
| 3203 | Hines Riverfront Plaza LP |
| 3721 | Gilmore Global Logistics Services, Inc. |
| 3722 | Gilmore Global Logistics Services, Inc. |
| 294 | Liquidity Solutions, Inc. |

**(ii)    Allowed Amount of Limited Notice Claims' Settlements to Date**

$2,898,101.02

---

[1] Includes Proofs of Claim disallowed in full pursuant to the Limited Notice Claims' Settlements.