<u>EXHIBIT A</u>

**(i)      Counterparties to Avoidance Claims**

Accuver Americas, Inc. (f/k/a WirelessLogix & Couei)
Ace Technologies
ADC Telecommunications Sales, Inc.
ADP Pleasanton National Service Center, Inc.
Allen Systems Group, Inc.
Alliance for Telecommunications Industry Solutions
AMC Technology, LLC
AMCC Sales Corporation
AMI Semiconductor, Inc.
Axxion Group Corporation
Berryman Transfer and Storage Company
Business Institute for Political Analysis
Camiant, Inc.
Carlin Systems Inc
CDMA Development Group, Inc.
Cognizant Technology Solutions US Corporation
CommScope, Inc.
Continental Resources Inc
Creative Associates
Demand Wave Solutions, Inc.
DivX, Inc.
First Advantage Background Services
Furukawa America, Inc.
Gilmore Global Logistics Services, Inc.
Hon Hai Precision Ind. Co., Ltd.
Industrial Electric Wire & Cable Inc.
Intel Americas, Inc.
Judge Technical Services, Inc.
Level 3 Communications, LLC
Market Probe, Incorporated
Net Optics, Inc.
PC Connection, Inc.
Peopleclick Inc
Radisys Corporation
Radvision Inc.
Ramsey Electronics LLC
Rapid Sheet Metal Inc
Ronco Communications & Electronics
Rosenberger CDS, LLC f/k/a CDS DataComm Inc.
Sabic Innovative Plastics US LLC
Salary.com, Inc.
Shingijutsu USA Corporation

Source Direct LLC
Spirent
Springwell Capital Partners LLC
SS8 Networks, Inc.
STR Software Co
StreamWIDE, Inc.
Telect Inc.
Trailblazer Studios NC, Inc.
Versant Corporation
Volt Information Sciences, Inc.
Voxify , Inc.
Worldata Infocenter Inc
ZyXEL Communications, Inc.

**(ii)     Cash Amount of Limited Notice Avoidance Settlements to Date**

$1,856,396.60