**CERTIFICATE OF SERVICE**

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Settlement of Certain Avoidance Claims** was caused to be made on July 6, 2011, in the manner indicated upon the entities identified on the attached service list.

Date:  July 6, 2011                                      */s/ Ann C. Cordo*
                                                           Ann C. Cordo (No. 4817)

4359283.1