IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.*[1], | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on July 6, 2011, I did cause to be served copies of the foregoing **CONDITIONAL NOTICE OF ELECTION, PURSUANT TO 11 U.S.C. § 365(n)(1)(B) TO RETAIN INTELLECTUAL PROPERTY RIGHTS LICENSED TO LENOVO BY THE DEBTORS; AND CONDITIONAL LIMITED OBJECTION OF LENOVO (SINGAPORE) PTE. LTD. TO MOTION FOR SALE OF DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES AND JOINT NOTICE OF (I) SALE OF PATENTS SUBJECT TO CERTAIN PATENT LICENSES AND (II) REJECTION OF CERTAIN PATENT LICENSES** on the parties listed and in the manner indicated on the attached service list.

DATED: July 6, 2011

                                                        /s/ Christopher D. Loizides
                                          Christopher D. Loizides (No. 3968)
                                          LOIZIDES, P.A.
                                          1225 King Street, Suite 800
                                          Wilmington, DE 19801
                                          Telephone:  (302) 654-0248
                                          Facsimile:   (302) 654-0728
                                          E-mail:       loizides@loizides.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). The Debtors' ultimate corporate parent, Nortel Networks Corporation, Nortel Networks, Inc.'s direct corporate parent, Nortel Networks Limited, and certain of their Canadian affiliates filed an application with the Ontario Superior Court of Justice under the Companies' Creditors Arrangement Act (Canada) seeking relief from their creditors.

## SERVICE LIST

## VIA FACSIMILE

James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Fax:    (212) 225-3999
*Co-Counsel to the U.S. Debtors*

Derek C. Abbott, Esquire
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19801
Fax:    (302) 658-3989
*Co-Counsel to the U.S. Debtors*

Philip Mindlin, Esquire
Adam O. Emmerich, Esquire
Benjamin M. Roth, Esquire
WACHTELL LIPTON ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Fax:    (212) 403-2000
*Co-Counsel to Ranger Inc.*

Michael Rotsztain, Esquire
Adam Slavens, Esquire
TORYS LLP
79 Wellington Street West, Suite 3000
Box 270, TD Centre
Toronto, Ontario M5K 1N2 CANADA
Fax:    (416) 865-7380
*Co-Counsel to Ranger Inc.*

Fred Hodara, Esquire
Stephen Kuhn, Esquire
Kenneth Davis, Esquire
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Fax:    (212) 872-1002
*Co-Counsel to the Committee*

Christopher M. Samis, Esquire
RICHARDS LAYTON & FINGER PA
920 N. King Street
Wilmington, DE 19801
Fax:   (302) 651-7701
*Co-Counsel to the Committee*

Roland Hlawaty, Esquire
MILBANK TWEED HADLEY & CcCLOY
One Chase Manhattan Plaza
New York, NY 10006
Fax:   (212) 822-5735
*Counsel to the Bondholder Group*

Jennifer Stam, Esquire
OGILVY RENAULT LLP
Royal Bank Plaza, South Tower, Suite 3800
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA
Fax:   (416) 216-3930
*Counsel to the Canadian Debtors*

Sharon Hamilton, Esquire
ERNST & YOUNG
222 Bay Street
Toronto, Ontario M5K 1J7
CANADA
Fax:   (416) 932-3300
*Monitor*

Jay Carfagnini, Esquire
Joseph Pasquariello, Esquire
GOODMANS LLP
Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario M5H2S7
CANADA
Fax:   (416) 979-1234
*Counsel to the Monitor*

Patrick Tinker, Esquire
OFFICE OF THE U.S. TRUSTEE
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801
Fax:   (302) 573-6497