**EXHIBIT "A"**

| CASE | ADVERSARY CASE NO. |
|---|---|
| Nortel Networks Inc. *et al.* v. Kinnarps Project Solutions LLC | 10-55914 |
| Nortel Networks Inc. *et al.* v. Spellbound Media & Advertising | 10-55922 |
| Nortel Networks Inc. *et al.* v. Cupola Teleservices Ltd | 10-55925 |
| Nortel Networks Inc. *et al.* v. McCann-Erickson Worldwide, Inc. *et al.* | 10-55937 |
| Nortel Networks (CALA) Inc. v. Wind Telecom, S.A. | 10-55939 |
| Nortel Networks, Inc. *et al.* v. Telmar Network Technology, Inc. *et al.* | 11-50021 |
| Nortel Networks (CALA) Inc. *et al.* v. Anixter Inc. *et al.* | 11-50193 |
| Nortel Networks Inc. v. SCI Brockville Corp. d/b/a BreconRidge Corporation | 11-50195 |
| Nortel Networks (CALA) Inc. v. Thomas & Betts Manufacturing, Inc. *et al.* | 11-50203 |
| Nortel Networks (CALA) Inc. et al. v. Hewlett-Packard Company *et al.* | 11-50207 |