## **CERTIFICATE OF SERVICE**

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on July 11, 2011 at 9:30 a.m. (ET)** was caused to be made on July 7, 2011, in the manner indicated upon the parties identified in the attached service lists.

Dated:  July 7, 2011

                                                                            */s/ Alissa T. Gazze*
                                                               Alissa T. Gazze (No. 5338)