**Via Fax**

Robert J. Keach
Paul McDonald
Daniel J. Murphy
BERNSTEIN, SHUR, SAWYER & NELSON
100 Middle Street
Portland, ME 04104-5029
Fax: 207-774-1127

Lee Harrington    (Corning)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Fax: 617-345-1300

David M. Fournier
PEPPER HAMILTON LLP
1313 N. Market Street
Wilmington, Delaware 19801-1709
Fax: 302-421-8390

G. Larry Engel
Pamela Pasti
Kristin A. Hiensch
ANDMORRISON
& FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Fax: 415-268-7522

Michael Stolarski
Richard M. Bendix
Maria A. Diakoumakis
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606
Fax: 312-876-1155

4346741.1

Eric Lopez Schnabel
Robert W. Mallard
DORSEY & WHITNEY LLP
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Fax: 302-425-7177

Michael Lindsay
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Fax: 612-340-2868

James Grudus
AT&T Services, Inc.
One AT&T Way
Bedminster, NJ 07921
Fax: 832-213-0157

John C. Weitnauer
William S. Sugden
Alston & Bird
One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309
Fax: 404-881-7777

Craig A. Damast  (BT America)
Proskauer Rose LLP
11 Times Square
New York, New York 10036-8299
Fax: 212-969-2900

**Via Overnight Mail**

Deborah Miller, Esq.
Lesley Kothe
Oracle America, Inc.
500 Oracle Parkway
Redwood City, California 94065