**Wave 7 Service List**
**Via Fax**

Global Broadcast News
Attn: Anuj Garg
Express Trade Tower, Plot No 15-16
Sector 16A
Firm City
Noida, Utlar Pradesh  201 301
India
Fax: 91 0120-4324106

Kinnarps Project Solutions LLC
4th Floor Albwardy Building
PO Box 111727
Dubai
United Arab Emirates
Fax: 971-4-359-5502

Spellbound Media & Advertising
P.O. Box 12022
Dubai
United Arab Emirates
Fax: 971-4-341-2229

Cupola Teleservices Ltd
Ground & First Floor
Building # 8
PO Box 500220
Dubai Outsource Zone
United Arab Emirates
Fax: 971-4-366-2002

Patrick W. Carothers
THORP REED & ARMSTRONG, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, Pennsylvania 15219
Fax: 412-394-2555
**(Counsel to Wind Telecom)**

Vedder Price P.C.
Michael L. Schein
Joseph A. Strubbe
1633 Broadway
New York, NY 10019
Fax: 212-407-7799
**(Counsel for Telmar)**

Thomas Macauley
Macauley LLC
300 Delaware Ave., Ste 760
Wilmington, DE 19801
Fax: 302-654-4362
**(Counsel for Telmar)**

Drinker Biddle & Reath LLP
Robert Malone
500 Campus Dr.
Florham Park, NJ 07932
Fax: 973-360-9831
**(Counsel for SCI)**

Brett Fallon
Carl Kunz
Courtney Bookout
MORRIS JAMES LLP
500 Delaware Ave., Ste 1500
Wilmington, DE 19899
Fax: 302-571-1750
**(Counsel for Thomas & Betts)**

David Crapo
Gibbons P.C.
One Gateway Center
Newark, NJ 07102
Fax: 973-596-0545
**(Counsel for HP)**

Natahsa Songonuga
Gibbons P.C.
1000 N. West St.
Wilmington, DE 19801
Fax: 302-295-4876
**(Counsel for HP)**

David A. Nill
Woodbury & Kesler, P.C.
265 East 100 South, Suite 300
Salt Lake City, Utah 84111
Fax: 801-359-2320
**(Counsel for Ferrari)**

Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
Fax: 614-719-4663
**(Counsel for Cable News, Time, and Turner)**

Robert Kolodney
Kane Kessler, P.C.
1350 Avenue of the Americas
New York, NY 10019
Fax: 212-245-3009
**(Counsel for Kaboom)**

Maria Milano
Riddell Williams P.S.
1001 Fourth Ave., Ste 4500
Seattle, WA 98154
Fax: 206-389-1708
**(Counsel for Microsoft)**

Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue
P.O. Box 25046
Wilmington, DE 19801
Fax: 302-652-1111
**(Counsel for McCann-Erickson Worldwide, Inc., McCann Relationship Marketing, and Wahlstrom)**

Katherine L. Mayer
McCarter & English, LLP
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
Fax: 302-984-6399
**(Counsel for Ferrari)**

Stephen M. Miller
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Fax: 302-571-1750
**(Counsel for Getty)**

Christopher Loizides
Loizides, P.A.
1225 King St.
Suite 800
Wilmington, DE 19801
Fax: 302-654-0728
**(Counsel for Federal Express)**

Jeremy Ryan
R. Stephen McNeill
Potter Anderson & Corroon LLP
1313 N Market St.
Wilmington, DE 19801
Fax: 302-658-1192
**(Counsel for International Data Group)**

Michael David Debaecke
Blank Rome LLP
1201 Market St.
Suite 800
Wilmington, DE 19899
Fax: 302-425-6464
**(Counsel for Cable News)**

Jami Nimeroff
Brown Stone Nimeroff LLC
901 N. Market St., Ste 1300
Wilmington, DE 19801
Fax: 302-351-2744
**(Counsel for Microsoft)**

Evelyn Metzler
Pepper Hamilton LLP
1313 Market St.
Wilmington, DE 19801
Fax: 302-421-8390
**(Counsel for MediaMind)**

**Via Overnight Mail**

Anixter de Mexico, SA de CV
Av. Viveros de Atizapan No. 123-A
Col. Viveros de la Loma
Tlalnepantla, Edo. C.P. 54080
Mexico

Attn: Jody Rogers
Deluxe Entertainment Services
Group, Inc.
c/o Filmcore Distribution
2130 North Hollywood Way
Burbank, CA  91505

Attn: Stephen Wagner
Principal Executive
Deluxe Entertainment Services
Group, Inc.
c/o Filmcore Distribution of San Francisco
500 Sansome Street
Floor 7
San Francisco, CA  94111-3223

Deluxe Entertainment Services
Group, Inc.
Corporation Service Company
2730 Gateway Oaks Drive
Suite 100
Sacramento, CA  95833

Deluxe Entertainment Services
Group, Inc.
1377 North Serrano Avenue
Hollywood, CA  95833

Attn: Amy Lyngos
Ear to Ear
1660 9th Street
Santa Monica, CA  90404

Attn: Mitchell Heicklen
Owner
Pro Camera Rental & Supply
1405 Minnesota Street
San Francisco, CA  94107-3519

John McGleenan
President
One Union Recording Studios
One Union Street
Suite 240
San Francisco, CA  94111-1223

Kristin Stinnet
President
Stars Model Management
23 Grant Avenue
4th Floor
San Francisco, CA  94108-5846

Stars Model Management
c/o Colin C. Claxon
790 Mission Avenue
San Rafael, CA  94901

Attn: Gerry Swartz
Team Services Corp.
Main Office
901 West Alameda Avenue
Suite 100
Burbank, CA  91506

Attn: John Cowles
NO B.S. Couriers Inc.
P.O. Box 411291
San Francisco, CA  94141

Jeffrey J. McLain
McLain Photo
308 S. 6th St. E, Apt A
Missoula, MT  59801

Attn: Manu Mathew
Registered Agent
Visual IQ, Inc.
75 Second Avenue
Suite 330
Needham, MA  02494

Attn:  Katleen DeClaire-Aden, CEO
Mark Fink, Mng Dir & VP
Wahlstrom Group, LLC
800 Connecticut Avenue
Norwalk, CT  06854-1641

Attn:  Krystyna Rushton, Finance Dept.
Stacey Hafers
Vibrant Media Inc.
565 Fifth Avenue
15th Floor
New York, NY  10017

Vibrant Media Inc.
c/o Incorporating Services Ltd
3500 South DuPont Highway
Dover, DE  19901

Attn: Officer, Managing or General Agent
Vibrant Media Inc.
75 Hawthorne Street
#2000
San Francisco, CA  94105-3919

c/o Victor Zvirzdys
ImageSource, Inc.
Corporate Headquarters
612 5th Avenue SW
Olympia, WA  98501-8216

Attn:  Paul Adamson
ImageSource, Inc.
National Registered Agent, Inc.
1875 Michelle Drive
Suite 100
Irvine, CA  92606

Attn: Officer, Managing or General Agent
ImageSource, Inc.
6 Nickerson St.
Suite 220
Seattle, WA  98109

Marsh USA Inc.
2 Monument Square
Suite 600
Portland, ME 04101-4097

4346783.1