NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| 3G AMERICAS LLC<br>CHRIS PEARSON<br>1750-112TH AVE. NE #B220<br>BELLEVUE, WA 98004 | Claim Number: 1308-01<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $8,035.72 |
|---|---|---|

| 3G AMERICAS LLC<br>CHRIS PEARSON<br>1750-112TH AVE. NE #B220<br>BELLEVUE, WA 98004 | Claim Number: 1308-02<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $618.13 |
|---|---|---|

| 485 LEXINGTON OWNER LLC<br>STEMPEL BENNETT ET AL<br>675 THRID AVE - 31ST FLOOR<br>NEW YORK, NY 10017 | Claim Number: 4855<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6980<br>Claim out of balance |
|---|---|

| ADMINISTRATIVE | Claimed: | $58,075.71 |
|---|---|---|
| UNSECURED | Claimed: | $62,433.55 |
| TOTAL | Claimed: | $62,433.55 |

| A TELECOM TELEINFORMATICA LTDA<br>SCS Q 07 BLOCO A<br>SALA 822<br>ED PATIO SAU PEDRO, RJ 70307-902<br>BRAZIL | Claim Number: 2664<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $6,960.00 | Scheduled: | $6,960.00 |
|---|---|---|---|---|

| A-1 TELECOMMUNICATIONS LLC<br>PO BOX 366<br>LIBERTYTOWN, MD 21762 | Claim Number: 97<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $4,743.50 | Scheduled: | $615.00 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

A-1 TELECOMMUNICATIONS LLC
PO BOX 366
LIBERTYTOWN, MD 21762

Claim Number: 212
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $432.50 | | |
|---|---|---|---|---|

A-1 TELECOMMUNICATIONS LLC
PO BOX 366
LIBERTYTOWN, MD 21762

Claim Number: 1670
Claim Date: 08/10/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $8,230.00 | | |
|---|---|---|---|---|

A.T. KEARNEY, INC.
ATTN: TRISH BRIM, OFFICE MANAGER
16000 N. DALLAS PARKWAY, STE 850
DALLAS, TX 75248

Claim Number: 1843
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $369,996.00 | Scheduled: | $369,996.00 |
|---|---|---|---|---|

AAA SOUND SERVICE LTD
295 MT READ BLVD
ROCHESTER, NY 14611

Claim Number: 2370
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $450.00 | Scheduled: | $540.00 |
|---|---|---|---|---|

AASTRA TELECOM INC
155 SNOW BLVD
CONCORD, ON L4K 4N9
CANADA

Claim Number: 2400
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $2,544.60 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| AASTRA TELECOM INC<br>155 SNOW BOULEVARD<br>CONCORD, ON L4K 4N9<br>CANADA | | Claim Number: 2402<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,523.26 | Scheduled: | $2,329.50 | | |
| AASTRA TELECOM U.S., INC.<br>155 SNOW BLVD.<br>CONCORD, ON L4K 4N9<br>CANADA | | Claim Number: 2401<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | | | |
| UNSECURED | Claimed: | $2,370.99 | | | Allowed: | $2,370.99 |
| AASTRA TELECOM U.S., INC.<br>155 SNOW BLVD.<br>CONCORD, ON L4K 4N9<br>CANADA | | Claim Number: 2403<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | | | |
| UNSECURED | Claimed: | $2,523.26 | | | | |
| AAVID THERMALLOY, LLC<br>70 COMMERCIAL STREET<br>CONCORD, NH 03301 | | Claim Number: 6049<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $1,300.00 | | | | |
| ABELLA, OSCAR I.<br>1513 HARRINGTON DR.<br>PLANO, TX 75075 | | Claim Number: 4714<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $56,459.20 | | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

ABELLA, TONI C.
1513 HARRINGTON DR.
PLANO, TX 75075

Claim Number: 4720
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $60,028.80 |
|---|---|---|

ABERNATHY, COLLEEN C.
2946 PARKWOOD RD
SNELLVILLE, GA 30039-4412

Claim Number: 1893
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $54,876.00 |
|---|---|---|

ABIDI, SALMAN
6208 SUMMERWOOD LN
ALPHARETTA, GA 30005-3502

Claim Number: 2314
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,848.78 | Scheduled: | $44,798.77 |

ABIDI, SALMAN
3060 BENT CREEK TER
ALPHARETTA, GA 30005-8703

Claim Number: 2315
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $4,535.58 |
|---|---|---|

ABO-MAHMOOD, MOHAMMED
1811 BAKER RIDGE RD
SHERMAN, TX 75090

Claim Number: 2600
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $19,223.09 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

ABO-MAHMOOD, MOHAMMED
1811 BAKER RIDGE RD
SHERMAN, TX 75090

Claim Number: 2601
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $7,177.45 | Scheduled: | $7,177.45 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,045.64 | Scheduled: | $12,045.64 |

ABORO, PEREARI
430 BUCKINGHAM RD APT 1224
RICHARDSON, TX 75081-5762

Claim Number: 3523
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $4,807.70 |
|---|---|---|

ABULGUBEIN, KHAMIS
4109 FURNEAUX LN
CARROLLTON, TX 75007-1524

Claim Number: 967
Claim Date: 04/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $7,169.14 |
|---|---|---|

ACCELINK TECHNOLOGIES CO LTD
88 YOUKEYUAN ROAD, HONGSHAN DISTRICT
WUHAN, 430074
CHINA

Claim Number: 5993
Claim Date: 10/16/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $15,908.00 | Scheduled: | $4,815.00 |
|---|---|---|---|---|

ACCELINK TECHNOLOGIES CO LTD
88 YOUKEYUAN ROAD HONGSHAN DISTRICT
WUHAN, 430074
CHINA

Claim Number: 5994
Claim Date: 10/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $15,908.00 |
|---|---|---|

NORTEL NETWORKS INC.                                                                                                    Date: 06/23/2011
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| ACCESSOTRONIK | Claim Number: 3089 | | | | | |
| 9305 TRANS CANADA HIGHWAY | Claim Date: 09/17/2009 | | | | | |
| ST LAURENT, QC H4S 1V3 | Debtor: NORTEL NETWORKS INC. | | | | | |
| CANADA | Comments: EXPUNGED | | | | | |
| | DOCKET: 4053 (09/30/2010) | | | | | |

| ADMINISTRATIVE | Claimed: | $8,780.62 | | | | |

---

| ACCTON TECHNOLOGY CORPORATION | Claim Number: 728 | | | | | |
| NO. 1 CREATION ROAD III | Claim Date: 03/27/2009 | | | | | |
| SCIENCE-BASED INDUSTRIAL PARK | Debtor: NORTEL NETWORKS INC. | | | | | |
| HSINCHU, 30077 | | | | | | |
| TAIWAN, R.O.C. | | | | | | |

| UNSECURED | Claimed: | $372,690.70 | Scheduled: | $354,975.08 DISP | | |

---

| ACCULOGIC INC | Claim Number: 2394 | | | | | |
| 175 RIVIERA DR | Claim Date: 09/01/2009 | | | | | |
| MARKHAM, ON L3R 5J6 | Debtor: NORTEL NETWORKS INC. | | | | | |
| CANADA | Comments: ALLOWED | | | | | |
| | DOCKET: 4779 (01/31/2011) | | | | | |

| UNSECURED | Claimed: | $998.68 | | | Allowed: | $998.68 |

---

| ACCULOGIC INC | Claim Number: 2873 | | | | | |
| 175 RIVIERA DR | Claim Date: 09/01/2009 | | | | | |
| MARKHAM, ON L3R 5J6 | Debtor: NORTEL NETWORKS INC. | | | | | |
| CANADA | Comments: EXPUNGED | | | | | |
| | DOCKET: 4779 (01/31/2011) | | | | | |

| ADMINISTRATIVE | Claimed: | $39,986.00 | | | | |

---

| ACCULOGIC INC. | Claim Number: 2395 | | | | | |
| 175 RIVIERA DRIVE | Claim Date: 08/31/2009 | | | | | |
| MARKHAM, ON L3R 5J6 | Debtor: NORTEL NETWORKS INC. | | | | | |
| CANADA | Comments: EXPUNGED | | | | | |
| | DOCKET: 4779 (01/31/2011) | | | | | |

| ADMINISTRATIVE | Claimed: | $18,487.68 | | | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| ACCULOGIC, INC.<br>175 RIVIERA DRIVE<br>MARKHAM, ON L3R 5J6<br>CANADA | Claim Number: 657<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |

| UNSECURED | Claimed: | $40,984.68 | Scheduled: | $40,984.68 DISP | Allowed: | $40,984.68 |

| ACCURATE SCREW MACHINE CORP.<br>10 AUDREY PLACE<br>FAIRFIELD, NJ 07004 | Claim Number: 211<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |

| UNSECURED | Claimed: | $2,793.00 |

| ACE AMERICAN INSURANCE COMPANY AND OTHER<br>MEMBERS OF THE ACE GROUP OF COMPANIES<br>436 WALNUT STREET WA02J<br>PHILADELPHIA, PA 19106 | Claim Number: 4001<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7056 |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| ACE AMERICAN INSURANCE COMPANY AND OTHER<br>MEMBERS OF THE ACE GROUP OF COMPANIES<br>436 WALNUT STREET WA02J<br>PHILADELPHIA, PA 19106 | Claim Number: 6513<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7056 |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| ACE AMERICAN INSURANCE COMPANY AND OTHER | Claim Number: 7056 |
| MEMBERS OF THE ACE GROUP OF COMPANIES | Claim Date: 02/01/2010 |
| 436 WALNUT STREET WA02J | Debtor: NORTEL NETWORKS INC. |
| PHILADELPHIA, PA 19106 | Comments: |
| | amends claim 4001 & 6513 |

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ACE TECHNOLOGIES CORP | Claim Number: 3558 |
| 156 BL 6L 727-4, KOJANDONG | Claim Date: 09/24/2009 |
| INCHEON, 405-310 | Debtor: NORTEL NETWORKS INC. |
| KOREA | Comments: EXPUNGED |
| | DOCKET: 4053 (09/30/2010) |

| UNSECURED | Claimed: | $5,300.00 | Scheduled: | $0.00 UNLIQ |

---

| ACE TECHNOLOGIES CORP | Claim Number: 3563 |
| 156BL 6L 727-4, KOJANDONG | Claim Date: 09/24/2009 |
| INCHEON, 405-310 | Debtor: NORTEL NETWORKS INC. |
| KOREA | Comments: EXPUNGED |
| | DOCKET: 4053 (09/30/2010) |

| ADMINISTRATIVE | Claimed: | $5,300.00 |

---

| ACE TECHNOLOGIES CORP | Claim Number: 3564 |
| 156B 5L 727-4, KONJAN-DONG, | Claim Date: 09/24/2009 |
| INCHEON, 405-310 | Debtor: NORTEL NETWORKS INC. |
| KOREA | Comments: EXPUNGED |
| | DOCKET: 2320 (01/21/2010) |

| UNSECURED | Claimed: | $5,300.00 |

---

| ACS CABLE SYSTEMS, INC | Claim Number: 7207 |
| ASHBY & GEDDES, P.A. | Claim Date: 04/12/2010 |
| GREGORY A. TAYLOR/ BENJAMIN W. KEENAN | Debtor: NORTEL NETWORKS INC. |
| 500 DELWARE AVE, 8TH FL P.O. BOX 1150 | Comments: ALLOWED |
| WILMINGTON, DE 19899 | DOCKET: 5087 (03/09/2011) |

| ADMINISTRATIVE | Claimed: | $1,105,055.50 | Allowed: | $300,000.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

AD, YOUSSEF
1324 KENTSHIRE CIR
PLANO, TX 75025

Claim Number: 7304
Claim Date: 06/18/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $33,663.84 |
| --- | --- | --- |

ADAMS, DEBRA K.
5225 HICKORY RIDGE RD.
LEBANON, TN 37087

Claim Number: 7438
Claim Date: 09/27/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| --- | --- | --- |
| TOTAL | Claimed: | $9,927.30   UNLIQ |

ADC TELECOMMUNICATIONS INC
PO BOX 1101
MINNEAPOLIS, MN 55440-1101

Claim Number: 5556
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 5239 (04/11/2011)

| UNSECURED | Claimed: | $55,175.12 | Scheduled: | $51,616.52 |
| --- | --- | --- | --- | --- |

ADEPTRON TECHNOLOGIES CORPORATION
1402 STARTOP ROAD
OTTAWA, ON K1B 4V7
CANADA

Claim Number: 5936
Claim Date: 10/09/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $28,690.00 | Scheduled: | $28,690.00 |
| --- | --- | --- | --- | --- |

ADEPTRON TECHNOLOGIES CORPORATION
ATTN: SUDESH MEHTA
96 STEELCASE ROAD WEST
MARKHAM, ON L3R 3J9
CANADA

Claim Number: 5937
Claim Date: 10/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $28,690.00 |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

ADEX CORPORATION
MARC D. FREEDMAN, ESQ.
FREEDMAN & GERSTEN, LLP
777 TERRACE AVENUE, 5TH FLOOR
HASBROUCK HEIGHTS, NJ 07604

Claim Number: 5350
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $718,475.43 |
|-----------|----------|-------------|

ADOM, PRINCE F.
3651 SMOKE TREE TRL
EULESS, TX 76040

Claim Number: 1581
Claim Date: 07/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| UNSECURED | Claimed: | $86,813.07 |
|-----------|----------|------------|

ADP NATIONAL ACCT SERVICES
PRO BUSINESS, INC.
MONETTE DAY
4125 HOPYARD RD
PLEASANTON, CA 94588

Claim Number: 695
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $116,398.69 |
|-----------|----------|-------------|

ADVANTECH CORP
38 TESLA SUITE 100
IRVINE, CA 92618

Claim Number: 2495
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $26,343.48 | Scheduled: | $18,760.10 DISP |
|-----------|----------|------------|------------|-----------------|

ADVANTECH CORPORATION
ATTN PETER KIM
38 TESLA
STE 100
IRVINE, CA 92618

Claim Number: 2496
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $26,343.48 |
|----------------|----------|------------|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| AFFILIATES OF VERIZON COMMUNICATIONS INC | Claim Number: 5521 |
| DARRYL S. LADDIN, ESQ. | Claim Date: 09/30/2009 |
| ARNALL GOLDEN GREGORY LLP | Debtor: NORTEL NETWORKS INC. |
| 171 17TH STREET NW, SUITE 2100 | |
| ATLANTA, GA 30363-1031 | |

| SECURED | Claimed: | $11,207,760.90 |
| --- | --- | --- |

| AHTEN, TRACY | Claim Number: 4742 |
| 1409 GLASTONBURY DR. | Claim Date: 09/29/2009 |
| PLANO, TX 75075 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $7,408.56 |
| --- | --- | --- |

| AHTEN, TRACY S. | Claim Number: 4743 |
| 1409 GLASTONBURY DR | Claim Date: 09/29/2009 |
| PLANO, TX 75075 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $7,408.56 | Scheduled: | $7,408.56 |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $7,103.26 |

| AIG INSURANCE CO. OF CANADA, ET AL | Claim Number: 3931 |
| COMMERCIAL INS. BANKRUPTCY COLLECTIONS | Claim Date: 09/28/2009 |
| MICHELLE A. LEVITT, AUTHORIZED REP. | Debtor: NORTEL NETWORKS INC. |
| 175 WATER STREET, 18TH FLOOR | Comments: WITHDRAWN |
| NEW YORK, NY 10038 | DOCKET: 3032 (05/21/2010) |

| SECURED | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| AIKEN, JERRY L. | Claim Number: 3788 |
| 8536 CARRIAGE WOODS LN. | Claim Date: 09/25/2009 |
| ROUGEMONT, NC 27572 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $224,863.14 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| AIRSPAN NETWORKS INC.<br>777 YAMATO RD., SUITE 310<br>BOCA RATON, FL 33431 | Claim Number: 404<br>Claim Date: 02/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
| UNSECURED | Claimed: | $1,916,683.21 |
| AIRSPAN NETWORKS INC.<br>777 YAMATO RD., SUITE 310<br>BOCA RATON, FL 33431 | Claim Number: 1575<br>Claim Date: 07/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
| ADMINISTRATIVE | Claimed: | $149,958.68 |
| UNSECURED | Claimed: | $1,712,278.81 |
| AIRSPAN NETWORKS, INC.<br>777 YAMATO ROAD, SUITE 310<br>BOCA RATON, FL 33431 | Claim Number: 1569<br>Claim Date: 07/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
| ADMINISTRATIVE | Claimed: | $149,958.68 |
| UNSECURED | Claimed: | $1,712,278.81 |
| AIRSPAN NETWORKS, INC.<br>777 YAMATO ROAD SUITE 310<br>BOCA RATON, FL 33431 | Claim Number: 4083<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
| ADMINISTRATIVE | Claimed: | $147,488.48 |
| UNSECURED | Claimed: | $1,684,090.25 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| AIRVANA, INC.<br>CHRISTOPHER J. PANOS, ESQ.<br>CRAIG & MACAULEY PC<br>FEDERAL RESERVE BLDG, 600 ATLANTIC AVE.<br>BOSTON, MA 02210 | | Claim Number: 3719<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3042 (05/24/2010) |

| UNSECURED | Claimed: | $38,248,461.01 |

---

| AJILON LLC<br>175 BROADHOLLOW ROAD<br>MELVILLE, NY 11747 | | Claim Number: 829<br>Claim Date: 03/31/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $562,573.75 |

---

| AJILON LLC<br>175 BROADHOLLOW ROAD<br>MELVILLE, NY 11747 | | Claim Number: 830<br>Claim Date: 03/31/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $42,240.00 |

---

| AKAI, CARL<br>1040 LUCY LANE<br>ALLEN, TX 75013 | | Claim Number: 1842<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $51,480.00 |

---

| AKIN, MARJORIE<br>4436 EDMONDSON AVE<br>DALLAS, TX 75205 | | Claim Number: 5745<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $1,210.48 |
| UNSECURED | Claimed: | $32,353.00 | Scheduled: | $42,063.36 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| AL-DAYAA, HANI<br>72 OLD STAGE ROAD<br>CHELMSFORD, MA 01824 | | Claim Number: 1281<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $31,852.25 | | | |

| | | | | | |
|---|---|---|---|---|---|
| AL-DAYAA, HANI<br>72 OLD STAGE ROAD<br>CHELMSFORD, MA 01824 | | Claim Number: 2206<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,266.69 |
| UNSECURED | Claimed: | $31,852.25 | Scheduled: | $29,806.48 |

| | | | | | |
|---|---|---|---|---|---|
| ALDHIZER, WILLIAM R.<br>1619 OLD HUNDRED ROAD<br>MIDLOTHIAN, VA 23114 | | Claim Number: 3085<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $14,072.76 | | | |

| | | | | | |
|---|---|---|---|---|---|
| ALDINE INDEPENDENT SCHOOL DISTRICT<br>TAX OFFICE<br>14909 ALDINE WESTFIELD RD.<br>HOUSTON, TX 77032 | | Claim Number: 921<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4475 (12/03/2010) | | | |

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $2,050.87   UNLIQ | | | |

| | | | | | |
|---|---|---|---|---|---|
| ALDINE INDEPENDENT SCHOOL DISTRICT<br>TAX OFFICE<br>14909 ALDINE WESTFIELD RD.<br>HOUSTON, TX 77032 | | Claim Number: 971<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $2,050.87   UNLIQ | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| ALDINE INDEPENDENT SCHOOL DISTRICT<br>TAX OFFICE<br>14909 ALDINE WESTFIELD RD.<br>HOUSTON, TX 77032 | | Claim Number: 2858<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| SECURED | Claimed: | $2,050.87 |
| ALFORD, MARIANNE P.<br>1520 BROKEN BOW TRAIL<br>CARROLLTON, TX 75007 | | Claim Number: 7677<br>Claim Date: 04/01/2011<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $11,167.00   UNLIQ |
| UNSECURED | Claimed: | $1,015.88   UNLIQ |
| ALFRED WILLIAMS & CO<br>1813 CAPITAL BLVD<br>RALEIGH, NC 27604 | | Claim Number: 530<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) |
| UNSECURED | Claimed: | $54,133.57 |
| ALIMOGLU, FEVZI<br>40 BRATTLE ST APT 5<br>ARLINGTON, MA 02476-4349 | | Claim Number: 5618<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $28,161.79 |
| ALLAN, JAY WALTER<br>21912 BARBADOS<br>MISSION VIEJO, CA 92692 | | Claim Number: 62<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $5,076.71 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

ALLEN SYSTEMS GROUP INC
1333 THIRD AVENUE SOUTH
NAPLES, FL 34102

Claim Number: 2007
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $361.69 |
|---|---|---|

ALMS, MICHAEL
4944 ELM ISLAND CIRCLE
WATERFORD, WI 53185

Claim Number: 3784
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $79,638.00 |
|---|---|---|

ALMS, MICHAEL
4944 ELM ISLAND CIRCLE
WATERFORD, WI 53185

Claim Number: 3785
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $107,648.83 |
|---|---|---|

ALMS, MICHAEL
4944 ELM ISLAND CIRCLE
WATERFORD, WI 53185

Claim Number: 6110
Claim Date: 11/09/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $443,167.20 |
|---|---|---|

ALONSO, BLANCA
409 WASHINGTON AVE APT 2B
BROOKLYN, NY 11238-1828

Claim Number: 5985
Claim Date: 10/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $1,195.45 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| ALPEROVICH, ZHANNA<br>3109 PRESTON MEADOW DR<br>PLANO, TX 75093 | | Claim Number: 7300<br>Claim Date: 06/17/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $72,636.04 | | |

---

| ALPHA NETWORKS INC.<br>C/O JOON M. KHANG, ESQ.<br>KHANG & KHANG LLP<br>1901 AVENUE OF THE STARS, #200<br>LOS ANGELES, CA 90067 | | Claim Number: 4473-01<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5625 (06/07/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $107,844.16 | Allowed: | $107,844.16 |

---

| ALPHA NETWORKS INC.<br>C/O JOON M. KHANG, ESQ.<br>KHANG & KHANG LLP<br>1901 AVENUE OF THE STARS, #200<br>LOS ANGELES, CA 90067 | | Claim Number: 4473-02<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $52,330.30 | Allowed: | $52,330.30 |

---

| ALSHABOUT, NADIM<br>1431 GARDENIA ST.<br>IRVING, TX 75063 | | Claim Number: 1092<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $123,360.59 | | |

---

| ALSHABOUT, NADIM<br>1431 GARDENIA ST.<br>IRVING, TX 75063 | | Claim Number: 1106<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $56,408.73 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| ALSTON, VIOLET L<br>PO BOX 1442<br>PITTSBORO, NC 27312 | Claim Number: 5943<br>Claim Date: 10/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $12,850.73   UNLIQ |

---

| ALSTON, VIOLET L.<br>P.O. BOX 1442<br>PITTSBORO, NC 27312 | Claim Number: 2563<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $46,808.04 |

---

| ALTERNATE COMMUNICATIONS INTERNATIONAL<br>LTD<br>509B CENTRE ST SW<br>HIGH RIVER, AB T1V 2C2<br>CANADA | Claim Number: 180<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|
| UNSECURED          Claimed: | $153,151.75 |

---

| ALTERNATE COMMUNICATIONS INTERNATIONAL<br>LTD<br>509B CENTRE ST SW<br>HIGH RIVER, AB T1V 2C2<br>CANADA | Claim Number: 265<br>Claim Date: 02/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|
| UNSECURED          Claimed: | $123,140.09 |

---

| ALTERNATE COMMUNICATIONS INTERNATIONAL<br>LTD<br>509B CENTRE ST SW<br>HIGH RIVER, AB T1V 2C2<br>CANADA | Claim Number: 1274<br>Claim Date: 06/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5089 (03/09/2011) |
|---|---|
| UNSECURED          Claimed: | $123,140.09 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| ALTMAN, RICHARD SCOTT<br>9612 POST MILL PLACE<br>RALEIGH, NC 27615 | Claim Number: 6122<br>Claim Date: 11/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $102,773.36 | |
|---|---|---|---|

| ALVAREZ & MARSAL BUSINESS CONSULTING LLC<br>600 LEXINGTON AVE - 6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 489<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $41,568.75 | Scheduled: | $41,568.75 |
|---|---|---|---|---|

| ALVAREZ, CARLOS<br>10122 SAGEROYAL LANE<br>HOUSTON, TX 77089 | Claim Number: 3003<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $28,633.60 | |
|---|---|---|---|

| ALVAREZ, EDUARDO E.<br>1331 SEATTLE SLEW LN<br>CARY, NC 27519-5409 | Claim Number: 6202<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| PRIORITY | | | Scheduled: | $6,979.26 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $32,690.74 |

| AMERICAN FURUKAWA, INC.<br>ATTN: DAVID NOBLE<br>47677 GALLEON DRIVE<br>PLYMOUTH, MI 48170 | Claim Number: 4543<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3589 (07/13/2010) | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $117,300.00 | |
|---|---|---|---|

NORTEL NETWORKS INC.                                                                          Date: 06/23/2011
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| AMERICANS FOR TAX REFORM<br>722 12TH ST NW FL 4<br>WASHINGTON, DC 200053966 | Claim Number: 5830<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| UNSECURED | Claimed: | $30,000.00 | Scheduled: | $30,000.00 |

---

| AMERICANS FOR TAX REFORM<br>C/O JANE FRAZER<br>722 12TH ST NW 4TH FLOOR<br>WASHINGTON, DC 20005 | Claim Number: 5831<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |

| ADMINISTRATIVE | Claimed: | $30,000.00 |

---

| AMERSHEK, THOMAS D.<br>15 W. HYLAND DR.<br>NEW RINGGOLD, PA 17960 | Claim Number: 981<br>Claim Date: 04/20/2009<br>Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $40,538.47 |

---

| AMOSS, GEORGE B<br>P.O. BOX 13<br>MENDEN HALL, PA 19357 | Claim Number: 4458<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $457,710.65 | Scheduled: | $0.00 UNLIQ |

---

| AMPHENOL<br>AMPHENOL PRINTED CIRCUITS<br>91 NORTHEASTERN BLVD<br>NASHUA, NH 03062-3141 | Claim Number: 2930<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |

| UNSECURED | Claimed: | $5,828.74 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| AMPHENOL CORPORATION | Claim Number: 5499 |
| C/O MOSES & SINGER LLP | Claim Date: 09/30/2009 |
| ATTN: ALAN KOLOD | Debtor: NORTEL NETWORKS INC. |
| THE CHRYSLER BLDG, 405 LEXINGTON AVENUE | |
| NEW YORK, NY 10174-1299 | |

| ADMINISTRATIVE | Claimed: | $84,061.54 | UNLIQ |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $1,174,975.42 | UNLIQ |

---

| AMPHENOL CORPORATION | Claim Number: 5500 |
| C/O MOSES & SINGER LLP | Claim Date: 09/30/2009 |
| ATTN: ALAN KOLOD | Debtor: NORTEL NETWORKS INC. |
| THE CHRYSLER BLDG, 405 LEXINGTON AVENUE | Comments: DOCKET: 4163 (10/14/2010) |
| NEW YORK, NY 10174-1299 | |

| ADMINISTRATIVE | Claimed: | $64,009.49 |

---

| AMPHENOL CORPORATION | Claim Number: 5501 |
| C/O MOSES & SINGER LLP | Claim Date: 09/30/2009 |
| ATTN: ALAN KOLOD | Debtor: NORTEL NETWORKS INC. |
| THE CHRYSLER BLDG, 405 LEXINGTON AVENUE | Comments: DOCKET: 4163 (10/14/2010) |
| NEW YORK, NY 10174-1299 | |

| ADMINISTRATIVE | Claimed: | $84,061.54 |

---

| AMPHENOL CORPORATION | Claim Number: 5503 |
| C/O MOSES & SINGER LLP | Claim Date: 09/30/2009 |
| ATTN: ALAN KOLOD | Debtor: NORTEL NETWORKS INC. |
| THE CHRYSLER BLDG, 405 LEXINGTON AVENUE | |
| NEW YORK, NY 10174-1299 | |

| ADMINISTRATIVE | Claimed: | $64,009.49 | UNLIQ |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $141,163.05 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| AMPHENOL INTERCONNECT PRODUCTS CORP<br>C/O MOSES & SINGER LLP<br>ATTN ALAN KOLOD<br>THE CHRYSLER BLDG, 405 LEXINGTON AVENUE<br>NEW YORK, NY 10174-1299 | Claim Number: 5506<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4163 (10/14/2010) | |

| UNSECURED | Claimed: | $50,283.39   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| AMPHENOL PRINTED CIRCUITS<br>C/O MOSES & SINGER LLP<br>ATTN: ALAN KOLOD<br>THE CHRYSLER BLDG, 405 LEXINGTON AVENUE<br>NEW YORK, NY 10174-1299 | Claim Number: 5504<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4163 (10/14/2010)<br>Amends claim 2930 | |

| UNSECURED | Claimed: | $5,828.74   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| AMPHENOL TECHNICAL PRODUCTS INT'L<br>C/O MOSES & SINGER LLP<br>ATTN: ALAN KOLOD<br>THE CHRYSLER BLDG, 405 LEXINGTON AVENUE<br>NEW YORK, NY 10174-1299 | Claim Number: 5502<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4163 (10/14/2010) | |

| ADMINISTRATIVE | Claimed: | $84,061.54   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| AMPHENOL TECHNICAL PRODUCTS INT'L<br>C/O MOSES & SINGER LLP<br>ATTN: ALAN KOLOD<br>THE CHRYSLER BLDG, 405 LEXINGTON AVENUE<br>NEW YORK, NY 10174-1299 | Claim Number: 5505<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4163 (10/14/2010) | |

| ADMINISTRATIVE | Claimed: | $84,061.54   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1,118,863.29   UNLIQ |

| | | |
|---|---|---|
| AMREP VENDOR INSPECTION SERVICE PTE<br>10031 PINES BOULEVARD, SUITE 213<br>PEMBROKE PINES, FL 33024 | Claim Number: 6197<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) | |

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $3,260.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| AMREP VENDOR INSPECTION SERVICE PTE LTD.<br>10031 PINES BOULEVARD<br>STE. 213<br>PEMBROKE PINES, FL 33024 | | Claim Number: 6199<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | | |
| ADMINISTRATIVE | Claimed: | $3,260.00 | | | |
| ANDERS, DEBORAH<br>2025 EAKLE DRIVE<br>ROCK HILL, SC 29732 | | Claim Number: 1920<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $17,307.69 | | | |
| ANDERSON GORECKI & MANARAS LLP<br>PO BOX 553<br>CARLISLE, MA 01741 | | Claim Number: 2818<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | | |
| ADMINISTRATIVE | Claimed: | $31,161.53 | | | |
| ANDERSON GORECKI & MANARAS LLP<br>33 NAGOG PARK<br>ACTON, MA 01720-3421 | | Claim Number: 2819<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED | Claimed: | $47,896.77 | | Allowed: | $47,896.77 |
| ANDERSON, DEBRA<br>102 BELTON DRIVE<br>HICKORY CREEK, TX 75065 | | Claim Number: 2499<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $3,305.43 | Scheduled:<br>Scheduled: | $3,305.43<br>$44,713.80 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| ANDERSON, DEBRA J.<br>102 BELTON DRIVE<br>HICKORY CREEK, TX 75065 | Claim Number: 2500<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|

| ANDERSON, JOHN P., JR.<br>107 DEERWOOD CT<br>CHAPEL HILL, NC 27517 | Claim Number: 1530<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $28,167.36 |
|---|---|---|

| ANDERSON, JULIE<br>212 BOG HILL LN<br>CARY, NC 27519 | Claim Number: 7500<br>Claim Date: 11/16/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $36,050.00  UNLIQ |

| ANDERSON, KELLY<br>1514 MANHATTAN AVE<br>HERMOSA BEACH, CA 90254 | Claim Number: 1755<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 514 |
|---|---|

| UNSECURED | Claimed: | $76,907.79 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| ANDERSON, RONALD H.<br>1606 NAVARRO CT<br>ALLEN, TX 75013 | Claim Number: 3313<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $90,990.72 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| ANDERSON, STUART<br>225 CROSS ST<br>BELMONT, MA 02478 | | Claim Number: 888<br>Claim Date: 04/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $182,486.00 |
|---|---|---|

| ANDERSON, STUART<br>225 CROSS ST<br>BELMONT, MA 02478 | | Claim Number: 7690<br>Claim Date: 04/06/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $119,147.51 |
|---|---|---|

| ANDEVICES INC<br>2933 BAYVIEW DRIVE<br>FREMONT, CA 94538-6520 | | Claim Number: 766<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) |
|---|---|---|

| UNSECURED | Claimed: | $36,800.00 |
|---|---|---|

| ANDRASSY, FRANK<br>1529 SHADOWOOD LANE<br>RALEIGH, NC 27612 | | Claim Number: 7170<br>Claim Date: 03/29/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $96,920.00 |
|---|---|---|

| ANDUX, ALBERT<br>9304 MIRANDA DR.<br>RALEIGH, NC 27617 | | Claim Number: 533<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $89,468.60 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

ANDUX, ALBERT
9304 MIRANDA DR
RALEIGH, NC 27617

Claim Number: 534
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments:
No Signature

| UNSECURED | Claimed: | $5,200.00 |
|---|---|---|

ANDUX, ALBERT
9304 MIRANDA DR
RALEIGH, NC 27617

Claim Number: 535
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments:
No Signature

| UNSECURED | Claimed: | $251,558.64 |
|---|---|---|

ANGOSS SOFTWARE
111 GEORGE STREET SUITE 200
TORONTO, ON M5A 2N4
CANADA

Claim Number: 5905
Claim Date: 10/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $6,000.00 | Scheduled: | $6,000.00 |
|---|---|---|---|---|

ANIXTER INC
C/O JON VIGANO
SCHIFF HARDIN LLP
233 S. WACKER DRIVE, SUITE 6600
CHICAGO, IL 60606

Claim Number: 4639
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $4,042,609.64 |
|---|---|---|

ANSELMO, LORENA
606 CANDLEWOOD TRAIL
MURPHY, TX 75094

Claim Number: 1311
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $35,251.50 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

AON CONSULTING
WILLIAM GRUBBS
1100 REYNOLDS BLVD.
WINSTON SALEM, NC 27105

Claim Number: 1387
Claim Date: 06/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $8,390.00 | Scheduled: | $1,000.00 | Allowed: | $5,890.00 |
|---|---|---|---|---|---|---|

APANI NETWORKS
1800 E IMPERIAL HIGHWAY, SUITE 210
BREA, CA 92821

Claim Number: 3589
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $5,683.33 |
|---|---|---|

APANI NETWORKS
1800 EAST IMPERIAL HIGHWAY
SUITE 210
BREA, CA 92821

Claim Number: 3590
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4049 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $5,683.33 |
|---|---|---|

APOLLO TELECOM (PVT) LTD
C/O HEAD OFFICE--MAJ. SYED ATAULLAH SHAH
PLOT # 44, ST. # 11
SECTOR 1-9/2
ISLAMABAD,
PAKISTAN

Claim Number: 4623
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| ADMINISTRATIVE | Claimed: | $2,300,000.00 |
|---|---|---|

APPELL, MARTIN
12002 BROWNING LN
DALLAS, TX 75230

Claim Number: 5930
Claim Date: 10/08/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 2762

| UNSECURED | Claimed: | $71,827.72 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| APPLIED SIMULATION TECHNOLOGY INC<br>2025 GATEWAY PLACE, SUITE 318<br>SAN JOSE, CA 95110-1008 | | Claim Number: 2452<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
| ADMINISTRATIVE | Claimed: | $3,097.50 | | | |
| APRIMO, INC.<br>ATTN: GEORGE LAWRENCE<br>900 EAST 96TH STREET<br>SUITE 400<br>INDIANAPOLIS, IN 46240 | | Claim Number: 3108<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED | Claimed: | $4,785.33 | | | |
| AR GRAY & ASSOCIATES<br>265 HYMUS BOULEVARD<br>POINT CLARE, QC H9R 1G6<br>CANADA | | Claim Number: 7572<br>Claim Date: 01/18/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $6,850.00 | Scheduled: | $6,850.00 | |
| AR GRAY & ASSOCIATES<br>29 HANSEN<br>BEACONSFIELD<br>BEACONSFIELD, QC H9W 5P4<br>CANADA | | Claim Number: 7573<br>Claim Date: 01/18/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $6,850.00 | | | |
| ARAMARK UNIFORM AND CAREER<br>APPAREL, LLC (MEANS SERVICES, INC.)<br>ATTN : KURT ZIMMERMAN<br>115 NORTH 1ST STREET, SUITE 201<br>BURBANK, CA 91502 | | Claim Number: 5380<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4762 (01/26/2011) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

ARELLANO, ALICIA
6206 FIREFLY DRIVE
SAN JOSE, CA 95120

Claim Number: 7434
Claim Date: 09/27/2010
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,033.85 | | |

ARKANSAS AUDITOR OF STATE
ATTN: ROB SCOTT, ADMINISTRATOR
UNCLAIMED PROPERTY DIVISION
1401 WEST CAPITOL AVENUE, SUITE 325
LITTLE ROCK, AR 72201

Claim Number: 2886
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | | | Allowed: | $100.00 |

ARMOUDIAN, ANTRANIK G.
P.O. BOX 938
MOUNDS, OK 74047

Claim Number: 7278
Claim Date: 06/07/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $101,313.75 |

ARNOLD-BERRY, LINDA L
18 THE FAIRWAY
WOODSTOCK, GA 30188

Claim Number: 4598
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $133,554.95 |

ARNOLD-BERRY, LINDA L.
18 THE FAIRWAY
WOODSTOCK, GA 30188-2200

Claim Number: 158
Claim Date: 02/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $332,662.34 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| ARNOLD-BERRY, LINDA L.<br>18 THE FAIRWAY<br>WOODSTOCK, GA 30188 | Claim Number: 4597<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 158. |
| --- | --- |

| PRIORITY | Claimed: | $133,554.95 | | | | |
| UNSECURED | | | Scheduled: | $47,692.30 | | |

---

| ARTZER-OWENS, GAIL<br>711 SHERMAN STREET<br>GOODLAND, KS 67735 | Claim Number: 5893<br>Claim Date: 10/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| --- | --- |

| ADMINISTRATIVE | Claimed: | $276,553.60 | | | | |

---

| ASCENTIUM CORPORATION<br>JONATHAN BUCHTER, TREASURER<br>10500 NE 8TH STREET, SUITE 1300<br>BELLEVUE, WA 98004 | Claim Number: 5917<br>Claim Date: 10/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4163 (10/14/2010) |
| --- | --- |

| UNSECURED | Claimed: | $19,172.00 | Scheduled: | $15,556.00 | Allowed: | $15,556.00 |

---

| ASEMOTA, CHARLES<br>1606 WAGON WHEEL DRIVE<br>ALLEN, TX 75002 | Claim Number: 978<br>Claim Date: 04/20/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

| UNSECURED | Claimed: | $48,538.00 | | | | |

---

| ASHBY, ROBERT L.<br>11985 HWY. 641 SOUTH<br>HOLLADAY, TN 38341 | Claim Number: 1066<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

| PRIORITY | Claimed: | $91,134.56 | | | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| ASHCRAFT, RICHARD D. | Claim Number: 7312 |
| 6417 ROSEBUD DR. | Claim Date: 06/24/2010 |
| ROWLETT, TX 75089 | Debtor: NORTEL NETWORKS INC. |

UNSECURED          Claimed:          $27,280.88

---

| ASHRAFI, BASHIR | Claim Number: 5622 |
| 7 AUTUMN LEAF DR # 9 | Claim Date: 09/30/2009 |
| NASHUA, NH 03060 | Debtor: NORTEL NETWORKS INC. |

UNSECURED          Claimed:          $25,322.04

---

| ASIRI, ADBDUL-JABBAR & GUYLUINE LAVOIE | Claim Number: 2852 |
| 37 CHIMO DR. | Claim Date: 09/11/2009 |
| KANATA, ON K2L 1A3 | Debtor: NORTEL NETWORKS INC. |
| CANADA | Comments: EXPUNGED |
| | DOCKET: 2626 (03/03/2010) |

ADMINISTRATIVE          Claimed:          $81,174.23

---

| ASM CAPITAL | Claim Number: 1559 |
| 7600 JERICHO TURNPIKE, SUITE 302 | Claim Date: 07/13/2009 |
| WOODBURY, NY 11797 | Debtor: NORTEL NETWORKS INC. |
| | Comments: DOCKET: 5623 (06/07/2011) |

UNSECURED          Claimed:          $15,333.00

---

| ASM CAPITAL AS PURCHASER OF DAITO | Claim Number: 3835 |
| PRECISION, INC. | Claim Date: 09/21/2009 |
| 7600 JERICHO TURNPIKE, SUITE 302 | Debtor: NORTEL NETWORKS INC. |
| WOODBURY, NY 11797 | Comments: DOCKET: 5623 (06/07/2011) |

UNSECURED          Claimed:          $66,762.00

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: MERCURY COMPUTER SYSTEMS INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 110<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | | |
| UNSECURED    Claimed:    $369,600.00 | | | Allowed: | $184,800.00 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: SIPERA SYSTEMS, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 220<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED    Claimed:    $80,567.00 | Scheduled: | $80,567.00 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: LAYNE COMMUNICATIONS<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 339<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED    Claimed:    $180,479.26 | | | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: CALL, JENSEN & FERRELL<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 396<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED    Claimed:    $151,055.13 | | | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: GLOBAL IP SOLUTIONS, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 415<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED    Claimed:    $80,000.00 | | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

ASM CAPITAL III, L.P.
TRANSFEROR: GLOBAL IP SOLUTIONS, INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 468
Claim Date: 03/05/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $411,928.30 | | |

ASM CAPITAL III, L.P.
TRANSFEROR: BERRYMAN TRANSFER & STORAGE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 618
Claim Date: 03/04/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $71,364.91 | Scheduled: | $85,235.69 |

ASM CAPITAL III, L.P.
TRANSFEROR: SEAL CONSULTING, INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 744
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $5,053,631.49 | | |

ASM CAPITAL III, L.P.
TRANSFEROR: TELCORDIA TECHNOLOGIES, INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 764
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4779 (01/31/2011)

---

| UNSECURED | Claimed: | $514,154.45 | | |

ASM CAPITAL III, L.P.
TRANSFEROR: TELCORDIA TECHNOLOGIES, INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 950
Claim Date: 04/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4779 (01/31/2011)

---

| UNSECURED | Claimed: | $65,525.00 | | |

NORTEL NETWORKS INC.                                                                    Date: 06/23/2011
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

ASM CAPITAL III, L.P.                          Claim Number: 1055
TRANSFEROR: IAN MARTIN LIMITED AND IAN         Claim Date: 04/29/2009
MARTIN TECHNOLOGY STAFFING INC                 Debtor: NORTEL NETWORKS INC.
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

| UNSECURED | Claimed: | $969,679.55 |
|---|---|---|

ASM CAPITAL III, L.P.                          Claim Number: 1356
TRANSFEROR: CALIFORNIA SOFTWARE LABORATO       Claim Date: 06/15/2009
7600 JERICHO TURNPIKE SUITE 302                Debtor: NORTEL NETWORKS INC.
WOODBURY, NY 11797

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $992,155.46 |

ASM CAPITAL III, L.P.                          Claim Number: 1359
TRANSFEROR: CARLSON MARKETING CANADA LTD       Claim Date: 06/15/2009
7600 JERICHO TURNPIKE SUITE 302                Debtor: NORTEL NETWORKS INC.
WOODBURY, NY 11797

| UNSECURED | Claimed: | $617,237.04 |
|---|---|---|

ASM CAPITAL III, L.P.                          Claim Number: 1378
TRANSFEROR: MERCURY COMPUTER SYSTEMS INC       Claim Date: 06/17/2009
7600 JERICHO TURNPIKE SUITE 302                Debtor: NORTEL NETWORKS INC.
WOODBURY, NY 11797

| ADMINISTRATIVE | Claimed: | $184,800.00 |
|---|---|---|

ASM CAPITAL III, L.P.                          Claim Number: 1393
TRANSFEROR: PITNEY BOWES MGMT SERVICES         Claim Date: 06/16/2009
7600 JERICHO TURNPIKE SUITE 302                Debtor: NORTEL NETWORKS INC.
WOODBURY, NY 11797

| UNSECURED | Claimed: | $137,646.80 | Scheduled: | $56,045.37 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

ASM CAPITAL III, L.P.
TRANSFEROR: STRENGTH TEK FITNESS &
WELLNESS
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1835
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $123,676.34 |
|---|---|---|

---

ASM CAPITAL III, L.P.
TRANSFEROR: DAITO PRECISION INC
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3836
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4758 (01/25/2011)

| UNSECURED | Claimed: | $27,750.00 |
|---|---|---|

---

ASM CAPITAL III, L.P.
TRANSFEROR: AMERICAN FURUKAWA, INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 4531
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $117,300.00 |
|---|---|---|

---

ASM CAPITAL III, L.P.
TRANSFEROR: DEKA IMMOBILIEN INVESTMENT
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 4819
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5453 (05/20/2011)

| ADMINISTRATIVE | Claimed: | $0.00 | Allowed: | $817.48 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,442,150.80 | Allowed: | $2,400,076.00 |

---

ASM CAPITAL III, L.P.
TRANSFEROR: EION INC
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 5660
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $427,281.25 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: WESTON SOLUTIONS, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 5829<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2689 | | | |
| UNSECURED | Claimed: | $410,139.09 | Scheduled: | $351,698.50 | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ASP TECHNOLOGIES, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 91<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $10,186.13 | Scheduled: | $10,186.13 | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ASP TECHNOLOGIES, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 176<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $2,849.32 | | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ACCESSIBLE SYSTEMS<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 213<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $20,803.35 | Scheduled: | $20,803.35 | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: GOOGLE, INC.<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 453<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $220,721.84 | Scheduled: | $59,292.35 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: ARBOR INDUSTRIES U.S.A., INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 478<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $2,664.59 | Scheduled: | $2,664.59 |
|---|---|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: KAISER ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 516<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $59,091.49 | Scheduled: | $56,044.00 |
|---|---|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: NETFORMX, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 561<br>Claim Date: 03/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4758 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $32,266.74 |
|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: HARRIS INTERACTIVE<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 678-01<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $93,200.00 | Scheduled: | $93,150.00 |
|---|---|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: HARRIS INTERACTIVE<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 678-02<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $31,000.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: TAKE ONE PRODUCTIONS, LTD.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 887<br>Claim Date: 04/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) |

| UNSECURED | Claimed: | $46,762.19 |
| --- | --- | --- |

| ASM CAPITAL, L.P.<br>TRANSFEROR: TELOGY, LLC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 904<br>Claim Date: 04/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |

| SECURED | Claimed: | $0.00 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $2,805.62 | Scheduled: | $2,672.00 | Allowed: | $2,805.62 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: FORD & HARRISON LLP<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 905<br>Claim Date: 04/07/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $36,674.66 | Scheduled: | $25,293.65 |
| --- | --- | --- | --- | --- |

| ASM CAPITAL, L.P.<br>TRANSFEROR: QUASAR INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 968<br>Claim Date: 04/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |

| UNSECURED | Claimed: | $81,180.00 |
| --- | --- | --- |

| ASM CAPITAL, L.P.<br>TRANSFEROR: QUASAR, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1009<br>Claim Date: 04/24/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $85,500.00 | Scheduled: | $36,720.00 |
| --- | --- | --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: WELLS FARGO BANK, N.A.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1082<br>Claim Date: 04/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3798 (08/18/2010) | | | | |
| UNSECURED            Claimed: | $380,121.95 | | | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: WELLS FARGO BANK, N.A.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1518<br>Claim Date: 07/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5624 (06/07/2011) | | | | |
| UNSECURED            Claimed: | $380,121.95 | | | Allowed: | $366,201.35 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: SILICON MECHANICS, INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1661<br>Claim Date: 07/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | | | |
| UNSECURED            Claimed: | $67,440.00 | | | Allowed: | $65,631.00 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: QUARRY INTEGRATED<br>COMMUNICAT<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1734<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | | |
| ADMINISTRATIVE         Claimed: | $35,450.00 | | | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: QUARRY INTEGRATED<br>COMMUNICAT<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1735<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5089 (03/09/2011) | | | | |
| UNSECURED            Claimed: | $35,450.00 | Scheduled: | $35,450.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

ASM CAPITAL, L.P.
TRANSFEROR: KEYTECH USA, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1821
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $8,015.00 | Scheduled: | $8,015.00 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: KEYTECH USA, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1822
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $8,015.00 | | |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: KIRK CONSULTING GROUP INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1829
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,500.00 | Scheduled: | $2,500.00 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: ACADEMIC BENCHMARKS
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1991
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $8,000.00 | | |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: ACADEMIC BENCHMARKS INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1992
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $8,000.00 | Scheduled: | $8,000.00 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

ASM CAPITAL, L.P.
TRANSFEROR: PRIMO MICROPHONES, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 2074
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $6,274.80 | | | | | |
|---|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: NETFORMX, INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 2198
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

---

| ADMINISTRATIVE | Claimed: | $32,266.74 | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $32,266.74  DISP | | | |

ASM CAPITAL, L.P.
TRANSFEROR: NEWBURY NETWORKS, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 2429
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $60,375.00 | Scheduled: | $63,393.75 | | | |
|---|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: DANNEMANN SIEMSEN BIGLER & I
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3157
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

---

| UNSECURED | Claimed: | $4,310.88 | | | | Allowed: | $3,348.45 |
|---|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: WMS VISION INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3573
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

---

| UNSECURED | Claimed: | $31,374.13 | | | | | |
|---|---|---|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

ASM CAPITAL, L.P.
TRANSFEROR: PARAGON COMMUNICATIONS
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3845
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $12,571.07 | Scheduled: | $12,571.07 | | |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: ACME PACKET INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 4455
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $472,812.00 | | | Allowed: | $390,006.00 |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: AMERICAN FURUKAWA, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 4544
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $51,000.00 | | | | |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: TTI
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 5044
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $574,660.04 | | | | |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: KK TECHNOLOGIES INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 5601
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $100,632.00 | Scheduled: | $133,392.00 | Allowed: | $100,632.00 |
|---|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: KK TECHNOLOGIES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 5602<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE      Claimed: | $32,760.00 | | Allowed: | $32,760.00 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: FREEDOM CAD SERVICES INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 7114<br>Claim Date: 02/22/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED      Claimed: | $92,180.00 | | | |

| ASM CAPITAL, L.P.<br>TRANSFEROR: ADEX CORPORATION<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 7149<br>Claim Date: 03/15/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED      Claimed: | $305,181.93 | | | |

| ASSUMPTION PARISH<br>SALES AND USE TAX DEPARTMENT<br>P.O. DRAWER 920<br>NAPOLEONVILLE, LA 70390 | Claim Number: 1833<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | | |
|---|---|---|---|---|
| PRIORITY      Claimed: | $10,000.00 | Scheduled: | $0.00 UNLIQ | |

| ASSURANCE TECHNOLOGY CORP<br>303 LITTLETON ROAD<br>CHELMSFORD, MA 01824-3311 | Claim Number: 2069<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED      Claimed: | $10,000.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| ASTEC AMERICA INC | Claim Number: 3552 |
| 5810 VAN ALLEN WAY | Claim Date: 09/24/2009 |
| CARLSBAD, CA 92008 | Debtor: NORTEL NETWORKS INC. |

| SECURED | Claimed: | $132,939.52 | | |
| UNSECURED | | | Scheduled: | $84,567.98 |

---

| ASTEC AMERICA INC | Claim Number: 3555 |
| VON BRIESEN & ROPER | Claim Date: 09/24/2009 |
| C/O RANDALL CROCKER | Debtor: NORTEL NETWORKS INC. |
| 411 E. WISCONSIN AVE., SUITE 700 | |
| MILWAUKEE, WI 53202 | |

| ADMINISTRATIVE | Claimed: | $8,542.31 |

---

| ASTOR, MARK B | Claim Number: 4406 |
| 1318 YOUNG AVE. | Claim Date: 09/28/2009 |
| MARYVILLE, TN 37801 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $27,410.65 | Scheduled: | $0.00 UNLIQ |

---

| AT&T | Claim Number: 6057 |
| ATTN: JAMES GRUDUS, ESQ. | Claim Date: 10/26/2009 |
| AT&T INC. | Debtor: NORTEL NETWORKS INC. |
| ONE AT&T WAY, ROOM 3A218 | Comments: |
| BEDMINSTER, NJ 07921 | Amends claim 539 |

| UNSECURED | Claimed: | $17,047.15 |

---

| AT&T CORP, ET AL | Claim Number: 5351 |
| ATTN: JAMES W. GRUDUS, ESQ. | Claim Date: 09/30/2009 |
| ONE AT&T WAY, ROOM 3A218 | Debtor: NORTEL NETWORKS INC. |
| BEDMINSTER, NJ 07921 | |

| UNSECURED | Claimed: | $16,125.25   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| AT&T CORP.<br>ATTORNEY: JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 384<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $35,287.45 |
| AT&T CORP.<br>ATTORNEY: JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 7620<br>Claim Date: 02/28/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $16,781.56 |
| AT&T INC.<br>AT&T ATTORNEY: JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 539<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6057 |
| UNSECURED | Claimed: | $16,988.55 |
| AT4 WIRELESS, S.A.<br>MS. LAURA LUQUE CABEZAS<br>PTA. C/. SEVERO OCHOA, 2.<br>CAMPANILLAS, MALAGA, 29590<br>SPAIN | | Claim Number: 1015<br>Claim Date: 04/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| UNSECURED | Claimed: | $33,631.50 |
| AT4 WIRELESS, S.A.<br>ATTN: MS. LAURA LUQUE CABEZAS<br>PTA. C./SEVERO OCHOA 2<br>CAMPANILLAS<br>MALAGA, 29590<br>SPAIN | | Claim Number: 3075<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $33,631.50 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

ATDI, INC.
1420 BEVERLY ROAD
STE 140
MCLEAN, VA 22101

Claim Number: 2461
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

---

ADMINISTRATIVE        Claimed:            $10,680.60

---

ATMOS ENERGY/MID-TEX DIVISION
ATTN: BANKRUPTCY GROUP
ATMOS ENERGY CORPORATION
P.O. BOX 650205
DALLAS, TX 75265-0205

Claim Number: 189
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED             Claimed:            $155.00

---

ATT MOBILITY LLC
C/O B-LINE, LLC
MS 550
PO BOX 91121
SEATTLE, WA 98111-9221

Claim Number: 6146
Claim Date: 11/13/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED             Claimed:            $13.91

---

ATWOOD, LISA
4631 BARNARD ST
SIMI VALLEY, CA 93063

Claim Number: 2363
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY              Claimed:            $94,429.98

---

AUCOIN, CAROL
6 MAPLEWOOD ROAD
MEDFIELD, MA 02052

Claim Number: 5957
Claim Date: 10/13/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED             Claimed:            $11,664.80

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

AUDIOCODES, LTD
AUDIOCODES, INC., SUCCESSOR BY MERGER TO
NUREA, INC., MOSHE GELLER VP FINANCE
AUDIOCODES INC, 27 WORLD'S FAIR DR
SOMERSET, NJ 08873

Claim Number: 5589
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $606,770.76   UNLIQ |
| --- | --- | --- |

AURITAS LLC
4907 INTERNATIONAL PKWY, SUITE 1051
SANFORD, FL 32771

Claim Number: 614
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

---

| PRIORITY | Claimed: | $21,000.00 |
| --- | --- | --- |

AUTOMOTIVE RENTALS INC.
ATTN: R. MOYER
9000 MIDLANTIC DRIVE, PO BOX 5039
MT. LAUREL, NJ 08054

Claim Number: 3936
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 5047 (03/02/2011)

---

| UNSECURED | Claimed: | $294,336.23 | Scheduled: | $104,639.48 |
| --- | --- | --- | --- | --- |

AUTOMOTIVE RENTALS, INC.
C/O JOHN V. FIORELLA, ESQUIRE
ARCHER & GREINER, PC
ONE CENTENNIAL SQUARE
HADDONFIELD, NJ 08033

Claim Number: 552
Claim Date: 03/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

---

| ADMINISTRATIVE | Claimed: | $74,366.82 |
| --- | --- | --- |

AUTOMOTIVE RENTALS, INC.
ATTN: RICH MOYER
9000 MIDLANTIC DRIVE
MT. LAUREL, NJ 08054

Claim Number: 4669
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 5048 (03/02/2011)

---

| ADMINISTRATIVE | Claimed: | $74,366.82 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| AUTOMOTIVE RENTALS, INC.<br>ATTN: RICHARD E. MOYER<br>4001 LEADENHALL ROAD,<br>PO BOX 5039<br>MOUNT LAUREL, NJ 08054-7555 | Claim Number: 7605<br>Claim Date: 02/21/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5128 (03/21/2011) |
|---|---|

UNSECURED          Claimed:          $101,988.12

---

| AUTOMOTIVE RENTALS, INC.<br>ATTN: RICHARD MOYER<br>4001 LEADENHALL RD.,<br>MOUNT LAUREL, NJ 08054 | Claim Number: 7606<br>Claim Date: 02/21/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5129 (03/21/2011) |
|---|---|

ADMINISTRATIVE          Claimed:          $12,516.30

---

| AV METRO INC.<br>5401 ETTA BURKE CT.<br>RALEIGH, NC 27606 | Claim Number: 173<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

UNSECURED          Claimed:          $26,555.00          Scheduled:          $26,555.00

---

| AVANEX CORPORATION<br>WINSTON & STRAWN LLP<br>DAVID A HONIG - BRAIAN Y LEE<br>101 CALIFORNIA STREET<br>SAN FRANCISCO, CA 94111 | Claim Number: 629<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 670 (04/27/2009) |
|---|---|

ADMINISTRATIVE          Claimed:          $34,112.00

---

| AVATECH SOLUTIONS, INC.<br>10715 RED RUN BLVD., SUITE 101<br>OWINGS MILLS, MD 21117 | Claim Number: 481<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) |
|---|---|

UNSECURED          Claimed:          $3,365.00

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

AVCON
AVCON INC
PO BOX 4793
CARY, NC 27519-4793

Claim Number: 2135
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

---

| UNSECURED | Claimed: | $414.13 |
|-----------|----------|---------|

AVCON, INC.
PO BOX 4793
CARY, NC 27519

Claim Number: 2134
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

---

| ADMINISTRATIVE | Claimed: | $414.13 |
|----------------|----------|---------|

AVERY, BARBARA A
411 PLAZA DR
GARNER, NC 27529

Claim Number: 1914
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|----------------|----------|---------------|

AVERY, CINDI K
2526 BUSINESS CENTER DR APT 1114
PEARLAND, TX 77584-2437

Claim Number: 4318
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|----------------|----------|---------------|

AVERY, KAREN
4945 CHATSWORTH LN
SUWANEE, GA 30024-1384

Claim Number: 7117
Claim Date: 02/22/2010
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $27,983.50 |
|----------------|----------|------------|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| AVNET, INC.<br>5400 PRAIRIE STONE PKWY<br>HOFFMAN EST, IL 60192-3721 | Claim Number: 503<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $14,984.77 | Allowed: | $9,163.77 |

| AXXION GROUP CORPORATION<br>CARLOS ORTEGA<br>1855 NORTHWESTERN DRIVE<br>EL PASO, TX 79912 | Claim Number: 7799<br>Claim Date: 06/21/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED          Claimed: | $57,000.00 |

| AZIZ, FOUAD<br>110 CITADEL CREST CIRCLE NW<br>CALGARY, AB T3G 4G3<br>CANADA | Claim Number: 2666<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $24.34   UNLIQ |

| BABB, LISA I<br>8425 CATSKILL CT<br>PLANO, TX 75025-4212 | Claim Number: 1452<br>Claim Date: 06/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED          Claimed: | $37,173.46 |

| BABU, AMBILI<br>3276 BRITTANY CT<br>SAN JOSE, CA 95135-1062 | Claim Number: 1070<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|
| UNSECURED          Claimed: | $18,408.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| BABU, AMBILI<br>3276 BRITTANY CT<br>SAN JOSE, CA 95135-1062 | | Claim Number: 3333<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $18,408.00 | | | |

---

| BABU, AMBILI<br>3276 BRITTANY CT<br>SAN JOSE, CA 95135-1062 | | Claim Number: 3334<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $6,384.23 | |
| UNSECURED | Claimed: | $7,458.00 | Scheduled: | $12,026.83 | |

---

| BACCHIOCHI, GERRY<br>120 MEADOWSTONE CIRCLE<br>RINGGOLD, GA 30736 | | Claim Number: 3625<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $20,321.59 | Scheduled: | $0.00 UNLIQ | |

---

| BACKSHALL, DONALD<br>10200 ROADSTEAD WAY W<br>RALEIGH, NC 27613 | | Claim Number: 3023<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $63,398.02 | | | |

---

| BAGETAKOS, GEORGE<br>143 E CORNELL AVE<br>FRESNO, CA 93704-5203 | | Claim Number: 1884<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $715,134.69 | | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

BAGETAKOS, GEORGE
1971 COLVIN RUN DRIVE
HENDERSON, NV 89052

Claim Number: 1885
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $715,134.69 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

BAGETAKOS, GEORGE
1971 COLVIN RUN DRIVE
HENDERSON, NV 89052

Claim Number: 4436
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $87,167.99 |
|---|---|---|

BAGETAKOS, GEORGE
143 E CORNELL AVE
FRESNO, CA 93704-5203

Claim Number: 4437
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $87,167.99 |
|---|---|---|

BAGETAKOS, GEORGE T.
143 E CORNELL AVE
FRESNO, CA 93704-5203

Claim Number: 25
Claim Date: 01/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

---

| UNSECURED | Claimed: | $715,134.69 |
|---|---|---|

BAGLEY, JAMES
41 BRENTON ST.
REVERE, MA 02151

Claim Number: 1504
Claim Date: 07/09/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $15,843.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

BAILEY, JOEL S
2020 RUBICON LANE
WAKE FOREST, NC 27587

Claim Number: 3637
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $161,088.88  UNLIQ | Scheduled: | $0.00  UNLIQ |

BAILEY, JOEL SIDNEY
2020 RUBICON LANE
WAKE FOREST, NC 27587

Claim Number: 3638
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $161,088.88  UNLIQ |

BAILS, RICHARD
3317 CHANTILLY DR
PLANO, TX 75025

Claim Number: 1372
Claim Date: 06/16/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $31,000.00 |
| TOTAL | Claimed: | $31,000.00 |

BAKER, DAVID
1729 FALMOUTH DR.
PLANO, TX 75025

Claim Number: 5476
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $52,341.83 |

BAKER, DEBRA L.
2816 DUNNOTTAR AVE
HENDESON, NV 89044-0245

Claim Number: 289
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $108,365.89 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| BAKER, DONELSON, BEARMAN, CALDWELL & | Claim Number: 1168 |
| BERKOWITZ, P.C. | Claim Date: 05/14/2009 |
| BLAIR B. EVANS | Debtor: NORTEL NETWORKS INC. |
| 165 MADISON AVENUE, STE 2000 | |
| MEMPHIS, TN 38103 | |

---

| UNSECURED | Claimed: | $21,138.48 | Scheduled: | $5,985.63 |

| BAKER, DONELSON, BEARMAN, CALDWELL & | Claim Number: 1181 |
| BERKOWITZ, P.C. | Claim Date: 05/07/2009 |
| ATTN: BLAIR B. EVANS | Debtor: NORTEL NETWORKS INC. |
| 165 MADISON AVENUE, STE 2000 | Comments: EXPUNGED |
| MEMPHIS, TN 38103 | DOCKET: 2320 (01/21/2010) |

---

| UNSECURED | Claimed: | $21,138.48 |

| BAKER, MELINDA P. | Claim Number: 7593 |
| 701 BENNINGTON DRIVE | Claim Date: 02/07/2011 |
| RALEIGH, NC 27615 | Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $97,552.58 |

| BAKER, RICHARD T. | Claim Number: 7437 |
| 1030 KENDALL FARMS DRIVE | Claim Date: 09/27/2010 |
| HENDERSONVILLE, TN 37075 | Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | Claimed: | $10,950.00  UNLIQ |
| UNSECURED | Claimed: | $22,650.00  UNLIQ |

| BAKER, VINCENT J. | Claim Number: 5625 |
| 204 FORKS OF BUFFALO DR. | Claim Date: 09/30/2009 |
| AMHERST, VA 24521 | Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | Claimed: | $18,175.20 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| BALDWIN FB<br>ATTN DAVID BALDWIN<br>2420 SUNNYSTONE WAY<br>RALEIGH, NC 27613-6082 | Claim Number: 2463<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $191,850.00 |
|---|---|---|

---

| BALDWIN, ROBERT SHAW<br>970 VILLAGE GREEN DR APT 424<br>ALLEN, TX 75013-3751 | Claim Number: 1907<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $18,923.00 |
|---|---|---|

---

| BALL, MARTIN A<br>5713 CLOVERWOOD DR<br>BRENTWOOD, TN 37027 | Claim Number: 3808<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $252,104.15 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| BANDROWCZAK, STEVEN<br>6 LOCH LN<br>GREENWICH, CT 06830-3024 | Claim Number: 2686<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

---

| BANDROWCZAK, STEVEN<br>4001 E. CHAPEL HILL-NELSON HWY<br>P.O. BOX 13010<br>RESEARCH TRIANGLE PARK, NC 27709-3010 | Claim Number: 2687<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $9,315.49 UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

BANDROWCZAK, STEVEN
4001 E. CHAPEL HILL-NELSON HYW
P.O. BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

Claim Number: 2688
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $83,484.00 | Scheduled: | $35,890.43 UNLIQ |
| --- | --- | --- | --- | --- |

BANK OF AMERICA
100 FEDERAL ST. , MAILCODE M15-100-09-04
BOSTON, MA 02110

Claim Number: 5378
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

---

| UNSECURED | Claimed: | $14,416.66 |
| --- | --- | --- |

BANK OF NEW YORK MELLON, THE, AS
INDENTURE TRUSTEE
ATTN: MICHAEL J. RIELA, LATHAM &
WATKINS LLP. 885 THIRD AVENUE
NEW YORK, NY 10022

Claim Number: 3971
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $1,155,508,420.14   UNLIQ |
| --- | --- | --- |

BANK OF NEW YORK MELLON, THE, AS
INDENTURE TRUSTEE, LATHAM & WATKINS LLP
ATTN ROBERT J ROSENBERG, MICHAEL J RIELA
885 THIRD AVENUE
NEW YORK, NY 10022

Claim Number: 3972
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $2,785,241,840.28   UNLIQ |
| --- | --- | --- |

BANKS, ROSLYN
2730 OAK TRL
CARROLLTON, TX 75007

Claim Number: 5474
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

---

| PRIORITY | Claimed: | $437.64 | Scheduled: | $437.64 |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $27,734.83 | Scheduled: | $25,750.19 |
| TOTAL | Claimed: | $27,734.83 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| BANKS, ROSLYN<br>2730 OAK TRAIL<br>CARROLLTON, TX 75007 | Claim Number: 5910<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $27,734.83 |
|---|---|---|

| BARANANO, ILDEFONSO<br>4118 MONTGOMERY ST<br>OAKLAND, CA 94611 | Claim Number: 2534<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $4,765.57 | Scheduled: | $4,765.57 UNLIQ |
|---|---|---|---|---|

| BARBARA DAMLOS, ESQ.<br>PACIFIC GAS AND ELECTRIC COMPANY<br>LAW DEPT.<br>PO BOX 7442<br>SAN FRANCISCO, CA 94120-7442 | Claim Number: 2837<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| BARBER, EILEEN  B.<br>7270 MAXWELL ROAD<br>SODUS, NY 14551-9352 | Claim Number: 114<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $16,728.34 |
|---|---|---|

| BARBER-MOYE, DARNELL<br>8715 CRESTGATE CIRCLE<br>ORLANDO, FL 32819 | Claim Number: 4166<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $212,135.06 | Scheduled: | $212,135.06 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

BARBER-MOYE, DARNELL
8715 CRESTGATE CIRCLE
ORLANDO, FL 32819

Claim Number: 4167
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $12,552.40 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

BARHAM, RHONDA
5128 LINKSLAND DRIVE
HOLLY SPRINGS, NC 27540

Claim Number: 4186
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $5,729.83 | Scheduled: | $5,729.83 |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $15,104.60 | Scheduled: | $13,269.66 |

BARHAM, RHONDA
5128 LINKSLAND DR
HOLLY SPRINGS, NC 27540

Claim Number: 4187
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $20,834.43 |
| --- | --- | --- |

BARIAHTARIS, ROBERT
3344 POTTHAST CT
RALEIGH, NC 27616

Claim Number: 7699
Claim Date: 04/11/2011
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $10,950.00   CONT |
| --- | --- | --- |

BARIAMTARIS, ROBERT
3344 POTTHAST CT
RALEIGH, NC 27616

Claim Number: 7651
Claim Date: 03/18/2011
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $10,950.00   CONT |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

BARIL, NOEL F
PO BOX 5321
MASSENA, NY 136625321

Claim Number: 2568
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $377,711.10 |
|---|---|---|

BARIL, NOEL F.
PO BOX 5321
MESSENA, NY 136625321

Claim Number: 2567
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $377,711.11 |
|---|---|---|

BARKEL, THOMAS J.
360 E SOUTH WATER ST APT 3811
CHICAGO, IL 60601-4149

Claim Number: 4811
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $38,458.00 |
|---|---|---|

BARKER, BRYCE M. JR.
1323 RIDGE RD
RALEIGH, NC 27607

Claim Number: 7480
Claim Date: 11/01/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $28,000.00   UNLIQ |
|---|---|---|

BARLOW, CATHERINE
4 CRAIGLEITH CRT
COLLINGWOOD, ON
CANADA

Claim Number: 3011
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

BARNES & THORNBURG LLP
ATTN: JENNIFER A. KIMBALL
ONE N. WACKER DRIVE
SUITE 4400
CHICAGO, IL 60606

Claim Number: 5326
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $67,470.94 |
|---|---|---|

BARNES, DEBBIE
425 W. WEST STREET
SOUTHPORT, NC 28461

Claim Number: 29
Claim Date: 01/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| PRIORITY | Claimed: | $204,240.88 |
|---|---|---|

BARNES, DEBBIE
425 W WEST STREET
SOUTHPORT, NC 28461

Claim Number: 4147
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 23.

| PRIORITY | Claimed: | $207,039.82 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $126,692.36 |

BARNES, DEBBIE
425 W. WEST STREET
SOUTHPORT, NC 28461

Claim Number: 4148
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $207,039.82 |
|---|---|---|

BARNES, WILLIAM
5765 BOZEMAN DR APT 2114
PLANO, TX 75024-5618

Claim Number: 4159
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $106,893.09 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $106,893.09 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| BARNETT, CAROL<br>4601 IVYLEAF LANE<br>MCKINNEY, TX 75070 | | Claim Number: 300<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| UNSECURED | Claimed: | $0.00  UNDET | | | |

| BARNETT, WILLARD<br>4601 IVYLEAF LANE<br>MCKINNEY, TX 75070 | | Claim Number: 305<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| UNSECURED | Claimed: | $0.00  UNDET | | | |

| BARNHILL, SHERRIL A.<br>108 CAYMUS COURT<br>CARY, NC 27519 | | Claim Number: 2183<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |

---

| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | | |

| BARNHILL, SHERRIL, A.<br>108 CAYMUS CT<br>CARY, NC 27519 | | Claim Number: 2184<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| PRIORITY | Claimed: | $8,014.77 | Scheduled: | $8,014.77 |
| UNSECURED | Claimed: | $2,182.36 | Scheduled: | $2,182.36 |

| BARRAN, DANIEL<br>2616 N. E. 27TH TERRACE<br>FT. LAUDERDALE, FL 33306 | | Claim Number: 5385<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| PRIORITY | Claimed: | $20,178.04 | | |
| UNSECURED | Claimed: | $48,418.17 | Scheduled: | $28,240.13  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

BARRETT, JAMES P.
71 BRADLEY AVE
HAVERHILL, MA 01832-3402

Claim Number: 1115
Claim Date: 05/06/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $37,774.20 | | | |

BARTLETT, ELLEN
3929 BOSQUE DR.
PLANO, TX 75074-3841

Claim Number: 282
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | | | Scheduled: | $450.00 |
| UNSECURED | Claimed: | $17,882.36 | Scheduled: | $8,112.39 |

BARTON, WILLIAM C.
2135 N. FRONTIER LN.
FRANKTOWN, CO 80116

Claim Number: 944
Claim Date: 04/14/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $238,669.00 | | |

BARTOSZEWICZ, JAMES
5606 ESTATE LANE
PLANO, TX 75094

Claim Number: 3824
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $184,726.83 | | |

BASU, KALYAN
3605 SAGE BRUSH TRL
PLANO, TX 75023

Claim Number: 4435
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $16,605.50 | Scheduled: | $16,605.56 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

BATTACC LIMITEE (LTEE)
139 DEVON ROAD, UNIT 8
BRAMPTON, ON L6T 5L8
CANADA

Claim Number: 4549
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

---

| ADMINISTRATIVE | Claimed: | $1,401.55 |
| --- | --- | --- |

BAUTISTA, MARC
7813 AQUA VISTA DRIVE
PLANO, TX 75025

Claim Number: 1624
Claim Date: 07/30/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $47,509.20 |
| --- | --- | --- |

BAXTER, TIMOTHY
404 WHISPERWOOD DR
CARY, NC 27518

Claim Number: 3208
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $4,798.87 |
| --- | --- | --- |

BAYNO, FRANK
3509 LA COSTA WAY
RALEIGH, NC 27610

Claim Number: 1941
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $10,566.90 |
| --- | --- | --- |

BAYNO, FRANK
3509 LACOSTA WAY
RALEIGH, NC 27610

Claim Number: 1942
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $8,575.63 | Scheduled: | $8,575.63 UNLIQ |
| --- | --- | --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

BCE, INC.
ATTN: MR. LYNTON RONALD WILSON
OXFORD TOWER
130 ADELAIDE STREET WEST, SUITE 2212
TORONTO, ON M5H 3P5
CANADA

Claim Number: 3739
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

BDO SEIDMAN, LLP
ATTN: LAURENCE W. GOLDBERG
4035 PREMIER DR., SUITE 333
HIGH POINT, NC 27265-8143

Claim Number: 1254
Claim Date: 06/01/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,980.24 | Scheduled: | $2,980.24 |
|---|---|---|---|---|

---

BEACH, ELIZABETH
4 THOREAU DR
CHELMSFORD, MA 01824

Claim Number: 3754
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $38,813.35 |
|---|---|---|

---

BEACH, ELIZABETH
4 THOREAU DR
CHELMSFORD, MA 01824

Claim Number: 3755
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| UNSECURED | Claimed: | $38,813.35 |
|---|---|---|

---

BEACH, ELIZABETH
4 THOREAU DR
CHELMSFORD, MA 01824

Claim Number: 3756
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| UNSECURED | Claimed: | $38,813.35 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| BEACH, ELIZABETH<br>4 THOREAU DR<br>CHELMSFORD, MA 01824 | Claim Number: 3757<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $38,813.35 | Scheduled: | $38,813.35 |
|---|---|---|---|---|

| BEAL BANK NEVADA<br>C/O JESSE MOORE & GREG HESSE<br>1445 ROSS AVE. STE. 3700<br>DALLAS, TX 75202 | Claim Number: 5354<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
|---|---|

| SECURED | Claimed: | $55,300,276.47 |
|---|---|---|

| BECKHAM, DALE R.<br>2194 JOHNSON RD<br>CANYON LAKE, TX 78133-3187 | Claim Number: 652<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|

| BEELINE.COM, INC.<br>ATTN: JENNY LEE<br>1 INDEPENDENT DRIVE<br>SUITE 2500<br>JACKSONVILLE, FL 32202 | Claim Number: 5659<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $3,495,814.11 |
|---|---|---|

| BELANGER, MICHAEL<br>2549 GREEN OAK DRIVE<br>CARROLLTON, TX 75010 | Claim Number: 6728<br>Claim Date: 01/15/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $84,201.88 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| BELL ALIANT REGIONAL COMMUNICATIONS, LTD | Claim Number: 4288 |
|---|---|
| TRANSFEROR: INNOVATIA INC | Claim Date: 09/28/2009 |
| ATTN: EVAN J. KIPNES | Debtor: NORTEL NETWORKS INC. |
| 6 S, MARITIME CENTRE, 1505 BARRINGTON ST | |
| HALIFAX, NS B3J 2W3 | |
| CANADA | |

| UNSECURED | Claimed: | $506,235.56 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| BELL MICROPRODUCTS CANADA-TENEX DATA ULC | Claim Number: 3615 |
|---|---|
| ROBERT S MCWHORTER ESQ | Claim Date: 09/24/2009 |
| NOSSAMAN LLP | Debtor: NORTEL NETWORKS INC. |
| 915 L STREET SUITE 1000 | Comments: EXPUNGED |
| SACRAMENTO, CA 95814 | DOCKET: 4163 (10/14/2010) |

| ADMINISTRATIVE | Claimed: | $61,290.00 |
|---|---|---|

---

| BELL MICROPRODUCTS CANADA-TENEX DATA ULC | Claim Number: 3617 |
|---|---|
| ROBERT S MCWHORTER, ESQ | Claim Date: 09/24/2009 |
| NOSSAMAN LLP | Debtor: NORTEL NETWORKS INC. |
| 915 L STREET, SUITE 1000 | Comments: EXPUNGED |
| SACRAMENTO, CA 95814 | DOCKET: 4163 (10/14/2010) |

| ADMINISTRATIVE | Claimed: | $61,290.00 |
|---|---|---|
| UNSECURED | Claimed: | $608,614.19 |

---

| BELL MICROPRODUCTS CANADA-TENEX DATA ULC | Claim Number: 5467 |
|---|---|
| ATTN: ROBERT S. MCWHORTER, ESQ. | Claim Date: 09/30/2009 |
| NOSSAMAN LLP | Debtor: NORTEL NETWORKS INC. |
| 915 L STREET, SUITE 1000 | Comments: |
| SACRAMENTO, CA 95814 | Amends claim 1432 |

| ADMINISTRATIVE | Claimed: | $61,290.00 |
|---|---|---|
| UNSECURED | Claimed: | $608,614.19 |

---

| BELL MICROPRODUCTS CANADA-TENEX DATA ULC | Claim Number: 5468 |
|---|---|
| ATTN : ROBERT S. MCWHORTER, ESQ. | Claim Date: 09/30/2009 |
| NOSSAMAN LLP | Debtor: NORTEL NETWORKS INC. |
| 915 L STREET, SUITE 1000 | Comments: |
| SACRAMENTO, CA 95814 | Amends claim 1433 |

| ADMINISTRATIVE | Claimed: | $61,290.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| BELL MICROPRODUCTS CANADA-TENEX DATA ULC | Claim Number: 7206 |
| C/O ROBERT S MCWHORTER, ESQ | Claim Date: 04/14/2010 |
| NOSSAMAN LLP | Debtor: NORTEL NETWORKS INC. |
| 915 L STREET, SUITE 1000 | |
| SACRAMENTO, CA 95814 | |

| UNSECURED | Claimed: | $331,065.09 |

---

| BELL MICROPRODUCTS, INC. | Claim Number: 1432 |
| ROBERT S. MCWHORTER, ESQ. | Claim Date: 06/29/2009 |
| NOSSAMAN LLP | Debtor: NORTEL NETWORKS INC. |
| 915 L STREET, SUITE 1000 | Comments: EXPUNGED |
| SACRAMENTO, CA 95814 | DOCKET: 4163 (10/14/2010) |

| ADMINISTRATIVE | Claimed: | $61,290.00 |
| UNSECURED | Claimed: | $528,809.98 |

---

| BELL MICROPRODUCTS, INC. | Claim Number: 1433 |
| ROBERT S. MCWHORTER, ESQ. | Claim Date: 06/29/2009 |
| NOSSAMAN LLP | Debtor: NORTEL NETWORKS INC. |
| 915 L STREET, SUITE 1000 | Comments: EXPUNGED |
| SACRAMENTO, CA 95814 | DOCKET: 4163 (10/14/2010) |

| ADMINISTRATIVE | Claimed: | $61,290.00 |

---

| BELLAMY, DEBRA | Claim Number: 7383 |
| 1721 SAGAMORE CT | Claim Date: 08/16/2010 |
| RALEIGH, NC 27604 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $23,088.00   UNLIQ |

---

| BELLOWS, RAY | Claim Number: 3667 |
| 2502 LARKIN DR. | Claim Date: 09/24/2009 |
| SUN CITY CENTER, FL 33573 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $38,364.17 | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| BELMARES, NANCY J.<br>1816 BOSCOBEL ST<br>NASHVILLE, TN 37206 | | Claim Number: 7436<br>Claim Date: 09/27/2010<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $820.80   UNLIQ |

| | | |
|---|---|---|
| BENFIELD, KEITH R.<br>10012 KILNSTONE LANE<br>RALEIGH, NC 27613 | | Claim Number: 2375<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $45,125.00 |

| | | |
|---|---|---|
| BENNEFELD, BRIAN<br>4705 W. ELGIN ST.<br>BROKEN ARROW, OK 74012 | | Claim Number: 7249<br>Claim Date: 05/04/2010<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $49,210.73 |

| | | |
|---|---|---|
| BENNETT, PATRICIA<br>57 FERNWOOD AVE.<br>OAKDALE, NY 11769 | | Claim Number: 6173<br>Claim Date: 12/03/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,552.01 |

| | | |
|---|---|---|
| BENNETT, PATRICIA<br>57 FERNWOOD AVE.<br>OAKDALE, NY 11769 | | Claim Number: 6178<br>Claim Date: 12/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $15,552.01 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

BENNETT, STEVEN E.
37052 CHESTNUT ST.
NEWARK, CA 94560

Claim Number: 7580
Claim Date: 01/24/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $398,313.97 |
|---|---|---|

BENNETT, SUZAN
142 CASTLE HILL RD
WINDHAM, NH 03087

Claim Number: 4516
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $7,614.00 |

BENNETT, SUZAN
142 CASTLE HILL RD
WINDHAM, NH 03087

Claim Number: 4517
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $18,564.00 |
|---|---|---|

BENSON, ALBERT W.
195 GALLUP ROAD
SPENCERPORT, NY 14559

Claim Number: 28
Claim Date: 01/23/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $59,926.02 |
|---|---|---|

BENTIVEGNA, KAREN U.
17 IVY LEAGUE LANE
STONY BROOK, NY 11790

Claim Number: 7003
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $68,400.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

BENTON COUNY TAX COLLECTOR
215 E CENTRAL ROOM 101
BENTONVILLE, AR 72712

Claim Number: 2494
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| PRIORITY | Claimed: | $35.88 |
|---|---|---|

BERG, KEN
5925 178TH STREET SE
SNOHOMISH, WA 98296

Claim Number: 7201
Claim Date: 04/12/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $47,539.42 |
|---|---|---|

BERGLUND, JOSEPH
1121 GORDON OAKS DR
PLANO, TX 75023-2038

Claim Number: 3461
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $6,683.04 |
|---|---|---|

BERKEMEYER ATTORNEYS & COUNSELORS
EDIFICIO JACARANDA 4TO PISO
BENJAMIN CONSTANT 835
ASUNCION,
PARAGUAY

Claim Number: 5775-01
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)

| UNSECURED | Claimed: | $1,702.00 |
|---|---|---|

BERKEMEYER ATTORNEYS & COUNSELORS
EDIFICIO JACARANDA 4TO PISO
BENJAMIN CONSTANT 835
ASUNCION,
PARAGUAY

Claim Number: 5775-02
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)

| UNSECURED | Claimed: | $518.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| BERKEMEYER ATTORNEYS & COUNSELORS<br>BENJAMIN CONSTAT 835 JACARANDA BLDG<br>ASUNCION,<br>PARAGUAY | | Claim Number: 5776<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| ADMINISTRATIVE | Claimed: | $2,220.00 | | |
| BERNAL, ERNIE<br>3124 SHETLAND CT.<br>FAIRFIELD, CA 94533 | | Claim Number: 2749<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $18,813.82 | | |
| BERRY, BIRGIT<br>165 SLY FOX WAY<br>SEDALIA, CO 80135 | | Claim Number: 3979<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $39,288.10 | Scheduled: | $39,288.10 |
| BERRY, JOYCE<br>PO BOX 2784<br>LEBANON, TN 37088 | | Claim Number: 7672<br>Claim Date: 03/29/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00   UNLIQ<br>$45,946.91   UNLIQ | | |
| BERTEAU, KAREN J<br>8328 BARBER OAK DR<br>PLANO, TX 75025 | | Claim Number: 2530<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $1,595.62 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | |
|---|---|---|
| BERTEIG CONSULTING INC<br>14774 WOODBINE AVE<br>GORMLEY, ON L0H 1G0<br>CANADA | Claim Number: 4716<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |

| UNSECURED | Claimed: | $37,523.41 |
|---|---|---|

| | | |
|---|---|---|
| BETTA, CARL<br>50 EAST ROAD<br>UNIT 7E<br>DELRAY BEACH, FL 33483 | Claim Number: 3069<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $734.21 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $734.21 UNLIQ |

| | | |
|---|---|---|
| BEXAR COUNTY<br>C/O DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | Claim Number: 184<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2642 (03/05/2010) | |

| SECURED | Claimed: | $4,650.34 UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| BHAT, SUNIL<br>8236, NOVARO DR.<br>PLANO, TX 75025 | Claim Number: 353<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |

| UNSECURED | Claimed: | $4,320.13 |
|---|---|---|

| | | |
|---|---|---|
| BIARD, JAMES<br>3525 MT. PROSPECT CIRCLE<br>RALEIGH, NC 27614 | Claim Number: 4188<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $570,381.32 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

BIARD, JAMES
3525 MOUNT PROSPECT CIRCLE
RALEIGH, NC 27614

Claim Number: 4191
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,806.13 | | |
| UNSECURED | | | Scheduled: | $3,806.13 UNLIQ |

---

BIARD, JAMES A.
3525 MOUNT PROSPECT CIR
RALEIGH, NC 27614

Claim Number: 4190
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $450.00 |
| UNSECURED | Claimed: | $306,843.31 | Scheduled: | $317,793.31 |

---

BICKHAM, JEFF D
3560 COUNTY ROAD 2338
DOUGLASSVIL, TX 75560

Claim Number: 4056
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,368.67 | Scheduled: | $7,602.54 |
| UNSECURED | | | Scheduled: | $766.13 |

---

BICKHAM, JEFF D.
3560 CR 2338
DOUGLASSVILLE, TX 75560

Claim Number: 202
Claim Date: 02/06/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,835.40 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

BIEGHLER, BRET
3329 SAN PATRICIO DRIVE
PLANO, TX 75025

Claim Number: 3579
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

BIERSBACH, MELISSA
6901 DELAMATER RD.
DERBY, NY 14047

Claim Number: 6207
Claim Date: 12/09/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:          $24,712.00

BIG TIME
BIG TIME AUDIO
170 MULBERRY BEND
JONESBOROUGH, TN 37659

Claim Number: 3158
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

---

UNSECURED          Claimed:          $1,170.00

BIG TIME AUDIO
170 MULBERRY BEND
JONESBOROUGH, TN 37659

Claim Number: 3159
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:          $770.00          Scheduled:          $1,170.00

BIGGERS, TRACY
1779 MT ZION RD
ASHLAND CITY, TN 37015

Claim Number: 7465
Claim Date: 10/12/2010
Debtor: NORTEL NETWORKS INC.

---

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 UNLIQ |
| UNSECURED | Claimed: | $11.52 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| BIGHAM, KENNETH<br>1310 KILMORY DR<br>CARY, NC 27511 | | Claim Number: 1178<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $29,091.90 | | | |
| BILL, LAWRENCE M.<br>4816 ST SIMONS TER<br>WAXHAW, NC 28173-6823 | | Claim Number: 1316<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $62,979.24 | | | |
| BILL, LAWRENCE M.<br>4816 ST SIMONS TER<br>WAXHAW, NC 28173-6823 | | Claim Number: 2032<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $62,979.24 | | | |
| BILL, LAWRENCE M.<br>4816 ST SIMONS TER<br>WAXHAW, NC 28173-6823 | | Claim Number: 2033<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $62,979.24 | | | |
| BINGAMAN, PETER<br>47 INDIAN HILL ROAD<br>WILTON, CT 06897 | | Claim Number: 4205<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,823.90 | | | |
| UNSECURED | | | Scheduled: | $88,038.41 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| BINNER, SCOTT E.<br>2505 JAKIN WAY<br>SUWANEE, GA 30024 | | Claim Number: 5481<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 2320 (01/21/2010) | | | |
| PRIORITY | Claimed: | $100,814.47 | | | |
| BINNER, SCOTT E.<br>2505 JAKIN WAY NW<br>SUWANEE, GA 30024 | | Claim Number: 5482<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $100,814.47 | | | |
| UNSECURED | | | Scheduled: | $86,060.80 | |
| BIRD, THOMAS<br>1325 INDIAN WOOD DR.<br>BROOKFIELD, WI 53005 | | Claim Number: 1068<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $14,856.80 | | | |
| BISCHOFF, MANFRED, DR.<br>PRINZENWEG 7<br>STARNBERG, 82319<br>GERMANY | | Claim Number: 2138<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | | |
| BISCHOFF, MANFRED, DR.<br>PRINZENWEG 7<br>STARNBERG, 82319<br>GERMANY | | Claim Number: 3422<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| BISHOP, CORDELL M<br>836 ALTAIRE WALK<br>PALO ALTO, CA 94303 | | Claim Number: 7416<br>Claim Date: 09/13/2010<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $8,534.28 |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $22,357.00 |

| | | |
|---|---|---|
| BISSLAND, RICHARD G.<br>77 CRANBERRY RUN<br>SOUTHAMPTON, NJ 08088 | | Claim Number: 5970<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $100,000.00 |

| | | |
|---|---|---|
| BLACKLEY, BETSY R.<br>1666 SUITT'S STORE ROAD<br>FRANKLINTON, NC 27525 | | Claim Number: 2171<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $14,422.28 |

| | | |
|---|---|---|
| BLACKLEY, KAREN<br>3165 TOM HUNT RD.<br>OXFORD, NC 27565 | | Claim Number: 6307<br>Claim Date: 12/18/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $51,694.82 |

| | | |
|---|---|---|
| BLAIR CONSULTING<br>2250 COTTONWOOD CT.<br>MIDLOTHIAN, TX 76065 | | Claim Number: 1549<br>Claim Date: 07/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $13,699.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| BLAIR PLEASANT DBA COMMFUSION<br>1510 MISTY CLOUD PLACE<br>SANTA ROSA, CA 95409 | | Claim Number: 2592<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
| ADMINISTRATIVE | Claimed: | $10,000.00 | | |
| BLAIR PLEASANT DBA COMMFUSION<br>1510 MISTY CLOUD PLACE<br>SANTA ROSA, CA 95409 | | Claim Number: 2594<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
| ADMINISTRATIVE | Claimed: | $2,995.00 | | |
| BLAIR, LAWERNCE<br>2495 AQUASANTA<br>TUSTIN, CA 92782 | | Claim Number: 4334<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
| UNSECURED | Claimed: | $16,954.12 | Scheduled: | $496.61  UNLIQ |
| BLAIR, LAWRENCE<br>2495 AQUASANTA<br>TUSTIN, CA 92782 | | Claim Number: 4333<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $16,954.12 | | |
| BLANCHARD, JAMES J<br>500 EIGHTH STREET, NW<br>WASHINGTON, DC 20004 | | Claim Number: 3964<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| BLANK, JOSEPH JOHN III | Claim Number: 7501 |
| 6018 SHERWOOD COURT | Claim Date: 11/22/2010 |
| NASHVILLE, TN 37215 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $40,965.53 |

---

| BLANK, JOSEPH JOHN III | Claim Number: 7660 |
| 6018 SHERWOOD COURT | Claim Date: 03/22/2011 |
| NASHVILLE, TN 37215 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $48,089.97 |

---

| BLANKENSHIP, CURTIS | Claim Number: 2150 |
| 15611 TRAILS END DR | Claim Date: 08/24/2009 |
| DALLAS, TX 75248 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $20,179.94   UNDET |

---

| BLANKENSHIP, CURTIS | Claim Number: 2151 |
| 15611 TRAILS END DR | Claim Date: 08/24/2009 |
| DALLAS, TX 75248 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $20,179.74 |

---

| BLANKENSHIP, CURTIS M. | Claim Number: 1180 |
| 15611 TRAILS END DR. | Claim Date: 05/15/2009 |
| DALLAS, TX 75248 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2324 (01/21/2010) |

| UNSECURED | Claimed: | $20,179.74 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| BLANKENSHIP, CURTIS M.<br>15611 TRAILS END DR.<br>DALLAS, TX 75248 | Claim Number: 2952<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | |
| UNSECURED          Claimed: | $20,179.74 | |
| BLANKENSHIP, CURTIS M.<br>15611 TRAILS END DR.<br>DALLAS, TX 75248 | Claim Number: 2954<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | |
| UNSECURED          Claimed: | $20,179.74 | |
| BLANKENSHIP, RICHARD L.<br>1841 BEARBERRY CIR APT 202<br>LUTZ, FL 33559-8774 | Claim Number: 7285<br>Claim Date: 06/03/2010<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $10,950.00<br>$37,050.01 | |
| BLANKENSHIP, STEPHANIE<br>1530 VIA CAMPO AUREO<br>SAN JOSE, CA 95120 | Claim Number: 6310<br>Claim Date: 12/18/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE          Claimed: | $3,529.40 | |
| BLANKENSHIP, STEPHANIE<br>1530 VIA CAMPO AUREO<br>SAN JOSE, CA 95120 | Claim Number: 6311<br>Claim Date: 12/18/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $3,529.40 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

BLANKENSHIP, STEPHANIE
1530 VIA CAMPO AUREO
SAN JOSE, CA 95120

Claim Number: 7081
Claim Date: 02/08/2010
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $8,432.37 |
|---|---|---|

BLASIAK, MARK
115 WOODCREST PL
VENETIA, PA 15367

Claim Number: 1425
Claim Date: 06/26/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $49,107.69 |
|---|---|---|

BLISS, RALPH F.
249 ASTLE STREET
TEWKSBURY, MA 01876

Claim Number: 6619
Claim Date: 01/07/2010
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $2,057.90 |
|---|---|---|
| UNSECURED | Claimed: | $28,810.60 |

BODDIE, ROBIN
9415 PANTHER CREEK PKWY APT 818
FRISCO, TX 75035-1114

Claim Number: 733
Claim Date: 03/27/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $24,739.78 |
|---|---|---|

BODEN, JOHN
1000 S. WELLINGTON POINT RD.
MCKINNEY, TX 75070

Claim Number: 4553
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $55,461.88 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

BODEN, JOHN
1000 S. WELLINGTON PT. ROAD
MCKINNEY, TX 75070

Claim Number: 4554
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $55,461.88 |
| --- | --- | --- |

BOGGESS, ANITA F.
4214 GREENPOINT ST.
LAS VEGAS, NV 89147

Claim Number: 671
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $45,602.50 |
| --- | --- | --- |

BOISVERT, DAVID
18824 PARK GROVE LN.
DALLAS, TX 75287

Claim Number: 302
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $44,942.00 |
| --- | --- | --- |

BOISVERT, DAVID
18824 APRK GROVE LN
DALLAS, TX 75287

Claim Number: 3409
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $48,391.00 | Scheduled: | $44,942.30 |
| --- | --- | --- | --- | --- |

BOLAND, ROBERT D
1237 IROQUOIS DR
BATAVIA, IL 60510

Claim Number: 4776
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY UNSECURED | Claimed: | $348,695.00 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| BOLAND, ROBERT D.<br>1237 IROQUOIS DR.<br>BATAVIA, IL 60510 | | Claim Number: 487<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $348,695.00 | | | |

| BOLAND, THOMAS L<br>11651 SOUTHWEST 140TH LOOP<br>DUNNELLON, FL 34432 | | Claim Number: 1916<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,831.52 | | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ | |

| BOLAND, THOMAS L.<br>11651 SW 140TH LOOP<br>DUNNELLON, FL 34432 | | Claim Number: 1915<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,831.52 | | | |

| BOLING, EDWARD<br>7312 MIDCREST CT<br>MCKINNEY, TX 75070 | | Claim Number: 1327<br>Claim Date: 06/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $41,793.23 | | | |

| BOLING, EDWARD<br>7312 MIDCREST CT<br>MCKINNEY, TX 75070 | | Claim Number: 3415<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends Claim 1327. | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $41,793.23 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

BOLING, EDWARD D.
7312 MIDCREST COURT
MCKINNEY, TX 75070

Claim Number: 7394
Claim Date: 08/27/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLE DUPLICATE OF 3415
Amends claim 1327

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $41,793.23 | |

---

BOLLI, HANS
65 LATOUR WAY
GREER, SC 29650-4553

Claim Number: 3458
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $79,588.25 | Scheduled: | $0.00 UNLIQ |

---

BONACORDA, ANTHONY
1246 CONNETQUOT AVE
CENTRAL ISLIP, NY 11722

Claim Number: 94
Claim Date: 01/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $7,922.07 |
| UNSECURED | Claimed: | $19,962.00 | Scheduled: | $8,599.49 |

---

BONAMI, MARIO
BRIAN ANDERSON, CORPORATE ATTORNEY
BELDEN, INC.
7733 FORSYTH BOULEVARD, SUITE 800
SAINT LOUIS, MO 63105

Claim Number: 3539
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 1370

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $8,487.74 |

---

BORIS, RICHARD A.
5208 BARTONS ENCLAVE LN.
RALEIGH, NC 27613

Claim Number: 7240
Claim Date: 04/30/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
| UNSECURED | Claimed: | $45,050.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| BORISON, KENNETH<br>100 TABSCOTT LN<br>CHAPEL HILL, NC 27514 | Claim Number: 3876<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $59,711.89 |
|---|---|---|

| | | |
|---|---|---|
| BORQUE, NORMAND<br>BRIAN ANDERSON, ATTORNEY<br>BELDEN, INC.<br>7733 FORSYTH BOULEVARD, SUITE 800<br>ST. LOUIS, MO 63105 | Claim Number: 3531<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 1370 | |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $67,864.81 |

| | | |
|---|---|---|
| BORSTOCK, JAMES<br>3295 FIFTH ST<br>OCEANSIDE, NY 11572 | Claim Number: 1836<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $54,958.82 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| BOSCH, ROBERT & DONNA<br>N77 W16219 COUNTRYSIDE DRIVE<br>MENOMONEE FALLS, WI 53051 | Claim Number: 398<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $93,585.57 |
|---|---|---|

| | | |
|---|---|---|
| BOSTELMANN, ORLYN<br>1209 OAKMONT<br>RICHARDSON, TX 75081 | Claim Number: 3215<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $47,626.86 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | | | | |
|---|---|---|---|---|---|
| BOTHWELL, GW<br>7171 EAST PARADISE CANYON RD<br>PARADISE VALLEY, AZ 85253 | | Claim Number: 3499<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $166,761.24 | Scheduled: | $17,615.00 UNLIQ | |

---

BOUDREAU, WILLIAM R.
8149 STOCKHOLM ST.
BROOKSVILLE, FL 34613

Claim Number: 4805
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $59,000.00 |

---

BOULDER LOGIC LLC
4678 LEE HILL DRIVE
BOULDER, CO 80302

Claim Number: 1218
Claim Date: 05/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,502.28 |

---

BOULDER LOGIC LLC
ATTENTION: PRESIDENT
4678 LEE HILL DR.
BOULDER, CO 80302

Claim Number: 2060
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,502.28 |

---

BOURGEDIS, GEORGE H. JR.
8713 SILVERTHORNE DR.
RALEIGH, NC 27612

Claim Number: 7792
Claim Date: 06/13/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $16,121.04 |
| UNSECURED | Claimed: | $17,192.40 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| BOURLAND, DEBORAH<br>1806 MEADOWCOVE DRIVE<br>RICHARDSON, TX 75081 | | Claim Number: 2417<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | | |
| PRIORITY | Claimed: | $108,451.73 | | | |
| UNSECURED | Claimed: | $108,451.73 | Scheduled: | $0.00 UNLIQ | |
| TOTAL | Claimed: | $108,451.73 | | | |
| BOURLAND, DEBORAH ANN<br>1806 MEADOWCOVE<br>RICHARDSON, TX 75081 | | Claim Number: 2418<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $108,451.73 | | | |
| BOVENIZER, WILLIAM<br>11 BOLLAND CRESCENT<br>AJAX, ONTARIO, L1S 3G8<br>CANADA | | Claim Number: 311<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $321,090.00 | | | |
| BOVENIZER, WILLIAM<br>11 BOLLAND CRESCENT<br>AJAX, ON L1S 3G8<br>CANADA | | Claim Number: 4005<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $6,939.00 | | | |
| BOVENIZER, WILLIAM<br>11 BOLLAND CRESCENT<br>AJAX, ON L1S 3G8<br>CANADA | | Claim Number: 4006<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $27,000.88 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| BOVINETTE, JOHN D. | Claim Number: 4562 |
| 15 S. LAKEWOOD CT. | Claim Date: 09/29/2009 |
| SOUTH ELGIN, IL 60177 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $30,270.80 |
| --- | --- | --- |

| BOWBEER, TERI | Claim Number: 2933 |
| 65 GREG CT | Claim Date: 09/14/2009 |
| ALAMO, CA 94507-2841 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2619 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| --- | --- | --- |

| BOWYER, KEVIN E | Claim Number: 2482 |
| 2900 MCKINNON ST APT 2301 | Claim Date: 08/31/2009 |
| DALLAS, TX 75201-1082 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $246,584.32 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

| BOYD CORPORATION | Claim Number: 1736 |
| ATTN: ANJELA NAND | Claim Date: 08/17/2009 |
| 600 SOUTH MCCLURE ROAD | Debtor: NORTEL NETWORKS INC. |
| MODESTO, CA 95357 | Comments: EXPUNGED |
| | DOCKET: 4256 (11/08/2010) |

| UNSECURED | Claimed: | $63,422.40 |
| --- | --- | --- |

| BOYD, ELIZABETH | Claim Number: 3373 |
| 1706 WOODOAK DR | Claim Date: 09/21/2009 |
| RICHARDSON, TX 75082 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $53,287.00 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| BOYD, JUDY L. | Claim Number: 7417 |
| 2032 LUCILLE ST. | Claim Date: 09/14/2010 |
| LEBANON, TN 37087 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $1,065.00   UNLIQ |

| BOYD, MELVIN E. | Claim Number: 7657 |
| 8205 N CREEK RUN | Claim Date: 03/21/2011 |
| RALEIGH, NC 27613 | Debtor: NORTEL NETWORKS INC. |

---

| ADMINISTRATIVE | Claimed: | $272,703.21 |

| BRACKIN, DIANN | Claim Number: 304 |
| 217 STEAMBOAT DRIVE | Claim Date: 02/17/2009 |
| COPPELL, TX 75019 | Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $15,899.56 |

| BRACKIN, DIANN | Claim Number: 4180 |
| 217 STEAMBOAT DRIVE | Claim Date: 09/28/2009 |
| COPPELL, TX 75019 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2320 (01/21/2010) |

| UNSECURED | Claimed: | $15,899.56 |

| BRADEE, WILLIAM F. | Claim Number: 465 |
| 4605 SUNDANCE DR | Claim Date: 03/04/2009 |
| PLANO, TX 75024-3888 | Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | Claimed: | $2,309.31 |
| UNSECURED | Claimed: | $43,876.79 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| BRADFORD, WANDA<br>8132 GRAND CANYON DRIVE<br>PLANO, TX 75025 | Claim Number: 3882<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $9,462.46 |
|---|---|---|

---

| BRADLEY, JOYCE<br>3306 TOLER RD<br>ROWLETT, TX 75089 | Claim Number: 7556<br>Claim Date: 01/10/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $89,071.86 |
|---|---|---|

---

| BRADSHAW, CHARLES W., JR.<br>3319 MEADOW WOOD DRIVE<br>RICHARDSON, TX 75082 | Claim Number: 1644<br>Claim Date: 08/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $18,052.93 |
|---|---|---|
| UNSECURED | Claimed: | $87,160.21 |
| TOTAL | Claimed: | $87,160.21 |

---

| BRAHMANANDAM, SHRIRAM<br>1231, REMBRANDT DRIVE<br>SUNNYVALE, CA 94087 | Claim Number: 5382<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $14,033.65 |
|---|---|---|

---

| BRANDON, PAUL<br>5 HORATIO LANE<br>GATES, NY 14624 | Claim Number: 2157<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $21,440.07 |
|---|---|---|
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $10,490.07 |
| TOTAL | Claimed: | $10,950.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| BRANDON, PAUL M. | Claim Number: 2156 |
| 5 HORATIO LANE | Claim Date: 08/24/2009 |
| ROCHESTER, NY 14624 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2619 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| BRANDT, KENNETH R. | Claim Number: 694 |
| 10262 HALAWA DRIVE | Claim Date: 03/23/2009 |
| HUNTINGTON BEACH, CA 92646 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $26,115.65 |

---

| BRANT, H. PAUL | Claim Number: 3748 |
| 4919 SHALLOWBROOK TRAIL | Claim Date: 09/25/2009 |
| RALEIGH, NC 27616-7838 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $585,128.91 | Scheduled: | $0.00 UNLIQ |

---

| BRE/ONE BOSTON L.L.C | Claim Number: 1337 |
| C/O DOUGLAS B. ROSNER, ESQ. | Claim Date: 06/12/2009 |
| GOULSTON & STORRS, P.C. | Debtor: NORTEL NETWORKS INC. |
| 400 ATLANTIC AVENUE | |
| BOSTON, MA 02110-3333 | |

| UNSECURED | Claimed: | $1,898,213.16 |

---

| BREAKFIELD, CHARLES | Claim Number: 4595 |
| 5610 CLIFF HAVEN DRIVE | Claim Date: 09/29/2009 |
| DALLAS, TX 75236 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $39,314.45 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

BREAKFIELD, CHARLES
5610 CLIFF HAVEN DRIVE
DALLAS, TX 75236

Claim Number: 4596
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $39,314.45 |
|---|---|---|

BRENNION, JAMES
533 BIGELOW STREET
MARLBOROUGH, MA 01752

Claim Number: 7104
Claim Date: 02/16/2010
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $55,534.82 |
|---|---|---|

BRENNTAG GREAT LAKES, LLC
C/O RICHARD FERRELL
TAFT STETTINIUS & HOLLISTER LLP
425 WALNUT STREET, SUITE 1800
CINCINNATI, OH 45202

Claim Number: 4605
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3033 (05/21/2010)

---

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

BRENT, RAYMOND A.
170 BARROW DOWNS
ALPHARETTA, GA 30004

Claim Number: 4257
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $128,679.01 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

BREWER, DAVID J.
9075 OLD KEITH BRIDGE RD
GAINESVILLE, GA 30506

Claim Number: 113
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $56,892.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

BRIARD, ERNIE
5 PROMENADE AVE
OTTAWA, ON K2E-DX4
CANADA

Claim Number: 4713
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $40,493.42 |
|---|---|---|

BRIDENSTINE, ANN
5924 CROSSPOINT LN
BRENTWOOD, TN 37027

Claim Number: 3977
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $16,521.97 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $72,977.34 | Scheduled: | $83,927.34 |

BRIDENSTINE, ANN M
5924 CROSS POINTE LN
BRENTWOOD, TN 37027

Claim Number: 3976
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $16,954.42 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $72,977.34 | | |

BRIDGES, CHARLES R.
5408 HUNTER HOLLOW DRIVE
RALEIGH, NC 27606

Claim Number: 2929
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $41,477.31 | Scheduled: | $52,427.31 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| BRIDGES, CHARLES ROGERS<br>5408 HUNTER HOLLOW DRIVE<br>RALEIGH, NC 27606 | Claim Number: 15<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $40,565.00 |

---

| BRIDGEWATER, BENNYFER<br>18625 MIDWAY ROAD, # 1416A<br>DALLAS, TX 75287 | Claim Number: 1317<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $15,708.64 |

---

| BRISTOL, SHARMILA<br>104 HORNE CREEK COURT<br>CARY, NC 27519 | Claim Number: 1441<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $41,952.00 |

---

| BROADCOM CORPORATION<br>5300 CALIFORNIA AVENUE<br>IRVINE, CA 92617 | Claim Number: 1381<br>Claim Date: 06/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $39,376.92 |

---

| BROCKMANN & COMPANY<br>C/O PETER BROCKMANN<br>11 LIBERTY DR<br>NORTHBOROUGH, MA 01532 | Claim Number: 111<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $12,500.00 | Scheduled: | $12,500.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| BRODY, GEORGE<br>204 HIGH CANYON CRT<br>RICHARDSON, TX 75080 | Claim Number: 3659<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $176,913.30 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| BROOKS, KELLY<br>1200 CHIPPER LANE<br>WAKE FOREST, NC 27587 | Claim Number: 4606<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $54,366.90 |
|---|---|---|

| BROOKS, SUSAN W.<br>31 WINSLOW AVE., #2<br>SOMERVILLE, MA 02144 | Claim Number: 169<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | | | Scheduled: | $3,730.09 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,599.90 | Scheduled: | $17,135.85 |

| BROOM, JAMES<br>807 NORTHAMPTON DR<br>CARY, NC 27513 | Claim Number: 3691<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $41,262.30 |

| BROUGH, CHARLES L.<br>1220 N. WEST ST.<br>NAPERVILLE, IL 60563 | Claim Number: 587<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $23,575.98 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| BROWER, KOLLEN<br>1206 MORROW LANE<br>ALLEN, TX 75002 | Claim Number: 325<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $97,168.53 |
|---|---|---|

| BROWER, KOLLEN<br>1206 MORROW LANE<br>ALLEN, TX 75002 | Claim Number: 418<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $57,053.56 |
|---|---|---|

| BROWN, ARTHUR<br>NORTEL EMPLOYEE # 1555528<br>395 MACMILLER RD<br>MORRISVILLE, VT 05661 | Claim Number: 7392<br>Claim Date: 08/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7315 |
|---|---|

| UNSECURED | Claimed: | $67,056.99 |
|---|---|---|

| BROWN, BRIAN<br>1241 NEW JERSEY AVE N.W.<br>WASHINGTON, DC 20001 | Claim Number: 2440<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $822.79 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $822.79  UNLIQ |

| BROWN, BRIAN R.<br>1241 NEW JERSEY AVE NW<br>WASHINGTON, DC 20001 | Claim Number: 2439<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

BROWN, JUSTIN
451 JUNIPERO ST
PLEASANTON, CA 945667619

Claim Number: 3372
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

BROWN, LARRY
2635 HIGHLAND PASS
ALPHARETTA, GA 30004

Claim Number: 3146
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

BROWN, MICHAEL
1146 GLENBROOK DRIVE
FRANKLIN, TN 37064

Claim Number: 3769
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $2,493.52 | Scheduled: | $2,493.52 |
|---|---|---|---|---|

BROWN, PAMELA
17550 SUNTIME ST
P C BEACH, FL 32413-2022

Claim Number: 4253
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $379,926.00 |
|---|---|---|

BROWN, ROBERT ELLIS
CAE, INC.
8585 COTE-DE-LIESSE
SAINT-LAURENT, QC H4T 1G6
CANADA

Claim Number: 3914
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| BROWN, SHELIA A.<br>2003 CARNATION DRIVE<br>DURHAM, NC 27703 | Claim Number: 7451<br>Claim Date: 10/04/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| UNSECURED | Claimed: | $41,894.96 |
|---|---|---|

| BROWN, TIM<br>1637 PRESCOTT CIRCLE<br>FLOWER MOUND, TX 75028 | Claim Number: 5935<br>Claim Date: 10/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| UNSECURED | Claimed: | $11,203.85 |
|---|---|---|

| BROWN, WALTER J.<br>3600 IRONSTONE DR.<br>PLANO, TX 75074 | Claim Number: 148<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| PRIORITY | Claimed: | $3,500.75 |
|---|---|---|
| UNSECURED | Claimed: | $63,876.95 |

| BROWNE, STEPHEN V<br>4823 SPYGLASS DR<br>DALLAS, TX 75287 | Claim Number: 2449<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

---

| PRIORITY | Claimed: | $178,119.90 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

| BROWNE, STEPHEN V<br>4823 SPYGLASS DR<br>DALLAS, TX 75287 | Claim Number: 2450<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

---

| ADMINISTRATIVE | Claimed: | $178,119.90 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| BROWNE, STEPHEN V.<br>4823 SPYGLASS DRIVE<br>DALLAS, TX 75287 | | Claim Number: 3886<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $139,502.23 | | | |
| BRUNER, JOHN<br>3401 HORSESHOE BEND<br>RALEIGH, NC 27613 | | Claim Number: 6219<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $47,094.01 | | | |
| BRYAN, PAUL<br>1221 NEWBERRY DRIVE<br>ALLEN, TX 75013 | | Claim Number: 4430<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $26,195.26 | Scheduled: | $0.00 UNLIQ | |
| BRYAN, STEVE<br>406 KINSEY STREET<br>RALEIGH, NC 27603 | | Claim Number: 525<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $24,803.52 | | | |
| BRYANT, ALAN<br>262 N 7TH ST<br>SURF CITY, NJ 08008-5205 | | Claim Number: 3248<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $4,222.46 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

BRYANT, ALAN
11417 DUNLEITH DRIVE
RALEIGH, NC 27614

Claim Number: 3309
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $123,106.18 | Scheduled: | $134,056.18 | |

BSI SUB, INC
C/O BLUESOCKET INC
10 NORTH AVENUE
BURLINGTON, MA 01803

Claim Number: 5047
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4698 (01/11/2011)

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | | | | Allowed: | $325,000.00 |
| UNSECURED | Claimed: | $4,050,000.00  UNLIQ | | | |

BT AMERICAS, INC
2160 EAST GRAND AVENUE
ATTN: NEIL HOBBS
EL SEGUNDO, CA 90245

Claim Number: 3006
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5624 (06/07/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,192.61 | Scheduled: | $7,980.00 |

BT AMERICAS, INC.
2160 EAST GRAND AVENUE
ATTN: NEIL HOBBS
EL SEGUNDO, CA 90245

Claim Number: 3007
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $75,254.55 |

BUBEL, GLENN A
904 TABITHA LANE
OLD HICKORY, TN 37138

Claim Number: 1826
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $145,181.12 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| BUBEL, GLENN A.<br>904 TABITHA LN<br>OLD HICKORY, TN 37138-2359 | Claim Number: 1827<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| BUCKSER, RENAE<br>2530 CANYON LAKES DR<br>SAN RAMON, CA 94582-4931 | Claim Number: 6475<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $78,662.50 | | |
|---|---|---|---|---|

| BUDIHARDJO, PETER<br>103 LOCHFIELD DRIVE<br>CARY, NC 27518 | Claim Number: 3673<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $136,224.14 | Scheduled: | $99,525.75 UNLIQ |
|---|---|---|---|---|

| BUDIHARDJO, PETER S<br>103 LOCHFIELD DRIVE<br>CARY, NC 27518 | Claim Number: 3675<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $114,230.74 | Scheduled: | $114,230.74 |
|---|---|---|---|---|

| BUDIHARDJO, PETER S.<br>103 LOCHFIELD DRIVE<br>CARY, NC 27518 | Claim Number: 341<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $101,821.38 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| BUENAVENTURA, YVELISSE<br>2056 SHERRY LYNNE DR<br>GARNER, NC 27529 | | Claim Number: 5799<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | |
| BULENGO, RAYMOND C.<br>748 HERITAGE WAY<br>WESTON, FL 33326 | | Claim Number: 66<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7574<br>Claim out of balance | |
| PRIORITY | Claimed: | $483,866.70 | |
| SECURED | Claimed: | $483,866.70 | |
| TOTAL | Claimed: | $483,866.70 | |
| BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE<br>WATERBURY, CT 06704 | | Claim Number: 1423<br>Claim Date: 06/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |
| UNSECURED | Claimed: | $34,223.10 | |
| BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT 06704 | | Claim Number: 3120<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $34,223.10 | |
| BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT 06704 | | Claim Number: 3121<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | |
| PRIORITY | Claimed: | $34,223.10 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT 06704 | | Claim Number: 3122<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | | |
| PRIORITY | Claimed: | $34,223.10 | | | |
| BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT 06704 | | Claim Number: 3123<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $34,223.10 | | | |
| BURKE, ROBERT<br>1003 WINDSOR DRIVE<br>MCKINNEY, TX 75070 | | Claim Number: 3700<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $333,010.14 | Scheduled: | $0.00 UNLIQ | |
| BURKE, ROBERT E.<br>1003 WINDSOR DRIVE<br>MCKINNEY, TX 75070 | | Claim Number: 457<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $443,138.70   UNLIQ | | | |
| BURKERT, WILLIAM K<br>104 KHALSA CT.<br>DURHAM, NC 27713 | | Claim Number: 3283<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $100,000.00 | Scheduled: | $0.00 UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| BURKERT, WILLIAM K<br>104 KHALSA CT.<br>DURHAM, NC 27713 | Claim Number: 3284<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $100,000.00 |
|---|---|---|

| BURKEY, MARTHA<br>104 MEADOWSTONE CT.<br>CARY, NC 27513 | Claim Number: 217<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $60,662.27 |
|---|---|---|

| BURNS, BILLY<br>6409 ANTHONY LANE<br>SACHSE, TX 75048 | Claim Number: 2426<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $49,772.16 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| BURWELL, SCOTT A<br>8633 BAYBRIDGE WYND<br>RALEIGH, NC 27613 | Claim Number: 4034<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $4,056.30 |
|---|---|---|

| BURWELL, SCOTT A.<br>8633 BAYBRIDGE WYND<br>RALEIGH, NC 27613 | Claim Number: 1391<br>Claim Date: 06/19/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $73,256.83 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| BUSCH, JAMES<br>3713 MULBERRY LN<br>BEDFORD, TX 76021 | | Claim Number: 4496<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $100,600.87 | Scheduled: | $0.00 UNLIQ | |
| BUSHNELL, ROGER<br>101 MAYBANK COURT<br>DURHAM, NC 27713 | | Claim Number: 3633<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $73,200.79 | Scheduled: | $65,886.70 UNLIQ | |
| BUSTILLO, ADAM D<br>611 LONE RIDGE WAY<br>MURPHY, TX 75094 | | Claim Number: 4281<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $12,949.08 | Scheduled:<br>Scheduled: | $7,540.72<br>$4,386.06 | |
| BUTTERMORE, THOMAS N., JR.<br>10111 INVERNESS MAIN ST UNIT 402<br>ENGLEWOOD, CO 80112-5726 | | Claim Number: 1265<br>Claim Date: 06/03/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$110,885.11 | Scheduled: | $120,962.31 | |
| C-MARK CORP<br>10515 MARKISON ROAD<br>DALLAS, TX 75238 | | Claim Number: 1373<br>Claim Date: 06/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $992,966.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| C. MARK CORP.<br>10515 MARKISON ROAD<br>DALLAS, TX 75238 | | Claim Number: 3733<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | | |
| ADMINISTRATIVE | Claimed: | $95,030.00 | | | |
| CABIBI, FRANCIS<br>160 FISHER CT<br>CALIMESA, CA 92320-1216 | | Claim Number: 60<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $43,236.00 | | | |
| CABIBI, FRANCIS J.<br>160 FISHER CT<br>CALIMESA, CA 92320-1216 | | Claim Number: 3131<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $36,037.76 | | | |
| CABIBI, FRANCIS J.<br>160 FISHER CT<br>CALIMESA, CA 92320-1216 | | Claim Number: 3132<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | | | Scheduled: | $7,627.50 | |
| UNSECURED | Claimed: | $36,037.76 | Scheduled: | $28,410.26 | |
| CABLEVISION LIGHTPATH INC<br>PO BOX 360111<br>PITTSBURGH, PA 15251-6111 | | Claim Number: 6143<br>Claim Date: 11/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $1,187.24 | Scheduled: | $2,622.40 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| CABOT, GERRY<br>5452 GOLDEN CURRANT WAY<br>PARKER, CO 80134 | Claim Number: 377<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $2,997.69 |

---

| CABRAL, ROBERT<br>33 HICKORY LANE<br>HUDSON, MA 01749 | Claim Number: 7154<br>Claim Date: 03/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends Claim 3140 |
|---|---|

| PRIORITY | Claimed: | $147,179.77 |
|---|---|---|

---

| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA 01749 | Claim Number: 464<br>Claim Date: 03/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| UNSECURED | Claimed: | $147,179.77   UNLIQ |
|---|---|---|

---

| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA 01749 | Claim Number: 5984<br>Claim Date: 10/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 713 |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $38,363.04 |

---

| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA 01749 | Claim Number: 7155<br>Claim Date: 03/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends Claim 3139 |
|---|---|

| PRIORITY | Claimed: | $38,363.04 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA 01749 | | Claim Number: 7156<br>Claim Date: 03/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7156<br>Amends Claim 713 | | | |
| PRIORITY | Claimed: | $38,363.04 | | | |
| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA 01749 | | Claim Number: 7157<br>Claim Date: 03/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Asserts amending claim no. 464 filed on 3/4/2009 | | | |
| PRIORITY | Claimed: | $147,179.77 | | | |
| CAFFREY, RAYMOND F.<br>791 NONAVILLE RD<br>MT JULIET, TN 37122 | | Claim Number: 7621<br>Claim Date: 02/28/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$60,329.34 | | | |
| CAFFRY, JOHN W<br>PO BOX 1139<br>BRISTOL, RI 02809-0903 | | Claim Number: 4507<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $663,387.38 | Scheduled: | $0.00 UNLIQ | |
| CAGIANNOS, ELIAS<br>87 WOODLAND RD<br>MADISON, NJ 07940 | | Claim Number: 44<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $273,191.56 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| CAIN-MURPHY, MARY<br>8320 LAKEWOOD DR<br>RALEIGH, NC 27613 | | Claim Number: 7548<br>Claim Date: 12/30/2010<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
| UNSECURED | Claimed: | $33,050.00 | UNLIQ |

| | | |
|---|---|---|
| CALHOUN, RANDY<br>3420 FM 1461<br>MCKINNEY, TX 75071 | | Claim Number: 7642<br>Claim Date: 03/14/2011<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $118,546.82 |

| | | |
|---|---|---|
| CALHOUN, RANDY<br>3420 FM 1461<br>MCKINNEY, TX 75071 | | Claim Number: 7643<br>Claim Date: 03/14/2011<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $88,892.94 |

| | | |
|---|---|---|
| CALHOUN, RANDY<br>3420 FM 1461<br>MCKINNEY, TX 75071 | | Claim Number: 7647<br>Claim Date: 03/15/2011<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $17,355.06 |

| | | |
|---|---|---|
| CALIAN TECHNOLOGY SERVICES<br>2 BEAVERBROOK ROAD<br>KANATA, ON K2K 1L1<br>CANADA | | Claim Number: 3008-01<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Additional amt CDN$16,773.33 |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $84,858.43 | Scheduled: | $62,536.33 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| CALIAN TECHNOLOGY SERVICES<br>2 BEAVERBROOK ROAD<br>KANATA, ON K2K 1L1<br>CANADA | | Claim Number: 3008-02<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Additional amt CDN$16,773.33 | | |
| UNSECURED | Claimed: | $13,422.02 | | |
| CALIFORNIA STATE TEACHERS' RET. SYSTEM<br>DAVID B. AARONSON, DRINKER BIDDLE REATH<br>ONE LOGAN SQUARE, 18TH & CHERRY STREETS<br>PHILADELPHIA, PA 19103-2933 | | Claim Number: 1487<br>Claim Date: 07/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $103,656.34 | Allowed: | $56,783.00 |
| CALKINS, DAVID E.<br>300 NORTHVIEW DR<br>RICHARDSON, TX 75080 | | Claim Number: 41<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,810.21 |
| UNSECURED | Claimed: | $12,628.00 | Scheduled: | $14,186.96 |

| | | | | |
|---|---|---|---|---|
| CALLANAN, RICHARD P<br>29 SYCAMORE LN<br>RIDGEFIELD, CT 06877 | | Claim Number: 3384<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $49,565.24 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

| | | | | |
|---|---|---|---|---|
| CALLANAN, RICHARD P.<br>29 SYCAMORE LANE<br>RIDGEFIELD, CT 06877 | | Claim Number: 330<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $35,607.64 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| CAMIANT, INC.<br>200 NICKERSON ROAD, 2ND FLOOR<br>MARLBOROUGH, MA 01752 | | Claim Number: 1691<br>Claim Date: 08/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $9,943.22 | Scheduled: | $9,943.22 |
| CAMPBELL CREEK, LTD.<br>TIMOTHY R. DUNN, CFO<br>5601 GRANITE PARKWAY, SUITE 800<br>DALLAS, TX 75024 | | Claim Number: 1936<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $431,414.60 | | |
| CAMPBELL, MICHAEL<br>10200 INDEPENDENCE PKWY APT 1922<br>PLANO, TX 75025-8243 | | Claim Number: 6038<br>Claim Date: 10/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2775 | | |
| UNSECURED | Claimed: | $85,588.86 | | |
| CAMPBELL, STEPHEN<br>12805 OAK FALLS DR<br>ALPHARETTA, GA 30009 | | Claim Number: 2178<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $6,896.16 | | |
| CAMPBELL, TERRENCE S<br>9417 KOUPELA DRIVE<br>RALEIGH, NC 27615 | | Claim Number: 3711<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $26,345.24 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| CANADIAN RED CROSS<br>170 METCALFE STREET<br>OTTAWA, ON K2P 2P2<br>CANADA | Claim Number: 7357<br>Claim Date: 07/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>CLAIM AMOUNT IS 29,000 IN CANADIAN CURRENCY. | | | |
| UNSECURED | Claimed: | $23,205.80 | Scheduled: | $29,000.00 |

| | | |
|---|---|---|
| CANAL VIEW PROPERTIES III, LLC<br>WOODS OVIATT GILMAN LLP<br>ATTN: PAUL S. GROSCHADL, ESQ.<br>700 CROSSROADS BLD.; 2 STATE STREET<br>ROCHESTER, NY 14614 | Claim Number: 1694<br>Claim Date: 08/13/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE | Claimed: | $10,129.33 |
| UNSECURED | Claimed: | $276,378.99 |

| | | | | |
|---|---|---|---|---|
| CANTWELL SR, JAMES J<br>2524 HEATH PL<br>RESTON, VA 20191 | Claim Number: 5965<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $0.00  UNDET | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

| | | |
|---|---|---|
| CANTWELL, JR, JAMES J<br>2524 HEATH PL<br>RESTON, VA 20191 | Claim Number: 5968<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET |

| | | |
|---|---|---|
| CAO, NHAN T.<br>93 OAK STREET<br>DEER PARK, NY 11729 | Claim Number: 5624<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $34,185.60 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| CAO, TIMOTHY<br>1472 MIWOK PL.<br>MORGAN HILL, CA 95037 | | Claim Number: 303<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $7,022.91 |
| UNSECURED | Claimed: | $11,783.70 | Scheduled: | $4,559.39 |

| | | | | |
|---|---|---|---|---|
| CAPITOL SOLUTIONS GOV'T RELATIONS<br>1455 PENNSYLVANIA AVE NW STE 400<br>WASHINGTON, DC 200041017 | | Claim Number: 262<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,750.00 | | |

| | | | | |
|---|---|---|---|---|
| CAPITOL SOLUTIONS GOV'T RELATIONS<br>CONSULTANTS LLC<br>1455 PENNSYLVANIA AVE. #400<br>WASHINGTON, DC 20004 | | Claim Number: 5470<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claims 262 and 1860 | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,750.00 | Scheduled: | $33,750.00 |

| | | | | |
|---|---|---|---|---|
| CAPORUSSO, DEBRA-JANE<br>4 FIELDHOUSE AVE<br>EAST SETAUKET, NY 11733 | | Claim Number: 7047<br>Claim Date: 02/02/2010<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $60,380.32 | | |

| | | | | |
|---|---|---|---|---|
| CARDO, MARY-BETH<br>113 SYCAMORE RIDGE LANE<br>HOLLY SPRINGS, NC 27540 | | Claim Number: 7658<br>Claim Date: 03/21/2011<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,312.61 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

CAREY, DENNIS
1179 ROSEWOOD DRIVE
ATLANTA, GA 30306

Claim Number: 5534
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,151,730.00   UNLIQ |

CAREY, RAYMOND J.
820 HEDGCOXE RD
PLANO, TX 75025

Claim Number: 7674
Claim Date: 03/31/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $40,309.92 |

CARLIN, SONJA
89 PAMPLONA
ALISO VIEJO, CA 92656

Claim Number: 47
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $167,889.90 |

CARLSON, MICHAEL
5540 RIVERWOOD LN
SAVAGE, MN 55378-4401

Claim Number: 3781
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $60,367.00 |

CARLSON, MICHAEL A.
5540 RIVERWOOD LANE
SAVAGE, MN 55378-4401

Claim Number: 3780
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| CAROLINA TELEPHONE AND TELEGRAPH COMPANY LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 844<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | | |
| UNSECURED          Claimed: | $131.08 | | | |
| CAROLINA TELEPHONE AND TELEGRAPH COMPANY LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 1089<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | | |
| SECURED          Claimed: | $131.08 | | | |
| CAROLINA TELEPHONE AND TELEGRAPH COMPANY LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5704<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 3799 (08/18/2010) | | | |
| UNSECURED          Claimed: | $131.08 | | Allowed: | $131.08 |
| CAROLINA TELEPHONE AND TELEGRAPH COMPANY LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5731<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | | |
| UNSECURED          Claimed: | $131.08   UNLIQ | | | |
| CARPENTER, DAVID<br>4 HAGWAGON CIR<br>WESTFORD, MA 01886 | Claim Number: 7160<br>Claim Date: 03/22/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $10,950.00<br>$30,097.29 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

CARPENTER, EARL EDWARD III
2028 BAPTIST ROAD
DURHAM, NC 27703

Claim Number: 7354
Claim Date: 07/22/2010
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:          $71,670.64

CARR LLP
670 FOUNDERS SQUARE
900 JACKSON STREET
DALLAS, TX 75202

Claim Number: 2748
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:          $6,837.30

CARR, STEVEN M.
37 BRAMS HILL DR.
MAHWAH, NJ 07430

Claim Number: 1516
Claim Date: 07/10/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:          $43,160.76

CARRILLO, OMAR
1430 COMANCHE DR
ALLEN, TX 75013

Claim Number: 1449
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY          Claimed:          $10,000.00

CARRION, MARIBEL
302 HIGHGROVE DR.
CHAPEL HILL, NC 27516

Claim Number: 281
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY          Claimed:          $15,195.32

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| CARROLL, CHARLES<br>36 KAILEYS WAY<br>GROTON, MA 01450 | | Claim Number: 2222<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $32,511.20 |
|---|---|---|

| | | |
|---|---|---|
| CARROLL, CHARLES<br>36 KAILEYS WAY<br>GROTON, MA 01450 | | Claim Number: 2223<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |

| UNSECURED | Claimed: | $32,511.20 |
|---|---|---|

| | | |
|---|---|---|
| CARROLL, CHARLES<br>36 KAILEYS WAY<br>GROTON, MA 01450 | | Claim Number: 2224<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |

| PRIORITY | | | Scheduled: | $5,866.71 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $32,511.20 | Scheduled: | $26,287.13 |

| | | |
|---|---|---|
| CARROLL, CHARLES<br>36 KAILEYS WAY<br>GROTON, MA 01450 | | Claim Number: 2225<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |

| UNSECURED | Claimed: | $32,511.20 |
|---|---|---|

| | | |
|---|---|---|
| CARROLL, CHARLES N.<br>36 KAILEYS WAY<br>GROTON, MA 01450 | | Claim Number: 207<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |

| UNSECURED | Claimed: | $36,921.20 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | |
|---|---|---|
| CARROLL, CHARLES N.<br>36 KAILEYS WAY<br>GROTON, MA 01450 | | Claim Number: 2221<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |

| UNSECURED | Claimed: | $32,511.20 |
|---|---|---|

| CARROLL, RODNEY<br>363 PREAKNESS PLACE<br>VAN ALSTYNE, TX 75495 | | Claim Number: 4016<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $68,900.00 |
|---|---|---|

| CARTER, JULIE<br>1495 23RD STREET SW<br>NAPLES, FL 34117 | | Claim Number: 1848<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $32,598.08 | Scheduled: | $32,598.08 |
|---|---|---|---|---|

| CARTER, JULIE<br>1495 23 ST SW<br>NAPLES, FL 34117 | | Claim Number: 1849<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $32,598.08 |
|---|---|---|

| CARTER, KIMBERLY<br>5812 LEWIS STREET<br>DALLAS, TX 75206 | | Claim Number: 6099<br>Claim Date: 11/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $48,181.14 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| CARTER-MAGUIRE, MELANIE<br>PO BOX 1068<br>WHITE STONE, VA 22578 | | Claim Number: 4561<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $97,020.00 | | | |

| CASEY, JAMES<br>2617 SODA SPRINGS DRIVE<br>MCKINNEY, TX 75071 | | Claim Number: 2833<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| PRIORITY | Claimed: | $7,396.56 | Scheduled: | $7,396.56 | |
| UNSECURED | Claimed: | $5,310.45 | Scheduled: | $5,310.45 | |

| CASON, TAMMY L.<br>10442 COLLINGHAM DR.<br>FAIRFAX, VA 22032 | | Claim Number: 6131<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| ADMINISTRATIVE | Claimed: | $30,049.26 | | | |

| CASSIDY, PETER<br>6206 BELLE RIVE DRIV<br>BRENTWOOD, TN 37027 | | Claim Number: 3270<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $16,681.49 | Scheduled: | $16,681.49 UNLIQ | |

| CASSIDY, PETER A<br>6206 BELLE RIVE DRIV<br>BRENTWOOD, TN 37027 | | Claim Number: 3269<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $47,482.08 | Scheduled: | $0.00 UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| CASTAGNOLI, MARISA | Claim Number: 4007 |
| 515 GRAPE ST | Claim Date: 09/25/2009 |
| DENVER, CO 80220 | Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $0.00   UNDET |

---

| CASTAGNOLI, MARISA | Claim Number: 4013 |
| 515 GRAPE ST | Claim Date: 09/25/2009 |
| DENVER, CO 80220 | Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $74,638.35 |

---

| CATER TIME VENDING & DISTRIBUTING, INC. | Claim Number: 1952 |
| 430 E US HWY 69 | Claim Date: 08/21/2009 |
| CLAYCOMO, MO 64119 | Debtor: NORTEL NETWORKS INC. |
| | Comments: DOCKET: 4758 (01/25/2011) |

---

| ADMINISTRATIVE | Claimed: | $33.14 |
| UNSECURED | Claimed: | $587.61 |

---

| CATERPILLAR INC. | Claim Number: 4797 |
| BRIAN K. LEWALLEN, CORPORATE COUNSEL | Claim Date: 09/29/2009 |
| 100 N.E. ADAMS STREET | Debtor: NORTEL NETWORKS INC. |
| PEORIA, IL 61629-6485 | Comments: WITHDRAWN |
| | DOCKET: 2993 (05/13/2010) |

---

| UNSECURED | Claimed: | $0.00   UNDET |

---

| CATES, MARK R. | Claim Number: 2926 |
| 3101 STONEHURST CT | Claim Date: 09/14/2009 |
| EL DORADO HILLS, CA 95762 | Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $46,511.96 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| CAVASSO, BLAINE<br>3704 ARBOR VISTA DR.<br>PLANO, TX 75093 | | Claim Number: 1122<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $51,064.42 | | |
| CAVASSO, DANA<br>3704 ARBOR VISTA DR.<br>PLANO, TX 75093 | | Claim Number: 476<br>Claim Date: 03/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| PRIORITY | Claimed: | $89,846.56 | | |
| CAVASSO, DANA<br>3704 ARBOR VISTA DR.<br>PLANO, TX 75093 | | Claim Number: 1121<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $89,846.56 | | |
| CBL DATA RECOVERY TECHNOLOGIES INC<br>590 ALDEN RD. UNIT # 105<br>MARKHAM, ON L3R 8N2<br>CANADA | | Claim Number: 1831<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $1,320.00 | Scheduled: | $1,320.00 |
| CBL DATA RECOVERY TECHNOLOGIES INC.<br>590 ALDEN ROAD, UNIT 105<br>MARKHAM, ON L3R 8N2<br>CANADA | | Claim Number: 1832<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| ADMINISTRATIVE | Claimed: | $1,320.00   UNDET | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

CCPIT PATENT AND TRADEMARK LAW
10 F OCEAN PLAZA
BEIJING, 100031
CHINA

Claim Number: 2605
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,118.33 | Scheduled: | $0.00 UNLIQ |

CDS DATACOMM INC.
1100 PROFESSIONAL DR. STE 100
PLANO, TX 75074

Claim Number: 84
Claim Date: 01/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $45,693.31 | Scheduled: | $45,308.81 |

CDS DATACOMM INC.
1100 PROFESSIONAL DR. STE 100
PLANO, TX 75074

Claim Number: 6076
Claim Date: 10/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $45,693.31 |

CDS DATACOMM INC.
1100 PROFESSIONAL DR. STE 100
PLANO, TX 75074

Claim Number: 6077
Claim Date: 10/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $45,693.31 |

CDW
ATTN VIDA KRUG
200 N. MILWAUKEE AVE
VERNON HILLS, IL 60061

Claim Number: 188
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,732.70 | | |
| UNSECURED | Claimed: | $25,373.71 | Scheduled: | $52,533.05 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| CENTRAL TELEPHONE COMPANY - NORTH CAROLINA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5689<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ | |
| CENTRAL TELEPHONE COMPANY NEVADA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 843<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |
| UNSECURED          Claimed: | $4,197.93 | |
| CENTRAL TELEPHONE COMPANY NEVADA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5706<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | |
| UNSECURED          Claimed: | $4,197.93   UNLIQ | |
| CENTRAL TELEPHONE COMPANY NEVADA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5733<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $4,197.93   UNLIQ | |
| CENTRAL TELEPHONE COMPANY OF TEXAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5695<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| CENTRAL TELEPHONE COMPANY OF TEXAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | | Claim Number: 5722<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | |
| CENTRAL TELEPHONE COMPANY OF VIRGINIA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | | Claim Number: 5697<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | |
| CENTRAL TELEPHONE COMPANY OF VIRGINIA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | | Claim Number: 5724<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | |
| CENTRAL TELEPHONE COMPANY-NORTH CAROLINA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | | Claim Number: 5716<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | |
| CERTIFICATION CONSULTING SERVICES<br>163 W. 1525 N.<br>OREM, UT 84057 | | Claim Number: 142<br>Claim Date: 02/03/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $3,167.50 | Scheduled: | $1,975.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| CHADWICK, STEPHEN A. | Claim Number: 1027 |
| 2400 E PRAIRIE CREEK DR | Claim Date: 04/27/2009 |
| RICHARDSON, TX 75080 | Debtor: NORTEL NETWORKS INC. |

---

| ADMINISTRATIVE | Claimed: | $89,000.00 |
|---|---|---|

| CHALEMELA, DEEPIKA | Claim Number: 4712 |
| 2916 WATERFORD DR | Claim Date: 09/29/2009 |
| IRVING, TX 75063-3192 | Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $39,090.87 | Scheduled: | $39,090.87 |
|---|---|---|---|---|

| CHAMBERS, JOSEPH T | Claim Number: 3431 |
| 8637 OVERLAND DR | Claim Date: 09/22/2009 |
| FT WORTH, TX 76179 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2626 (03/03/2010) |

---

| ADMINISTRATIVE | Claimed: | $55,000.00   UNLIQ |
|---|---|---|

| CHAMBERS, JOSEPH T. | Claim Number: 6007 |
| 8637 OVERLAND DR. | Claim Date: 10/19/2009 |
| FORT WORTH, TX 76179 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | Amends claim 3430. |

---

| PRIORITY | Claimed: | $55,000.00   UNLIQ |
|---|---|---|

| CHAN, KA WAI | Claim Number: 1711 |
| 311 SHADY VALLEY COURT | Claim Date: 08/17/2009 |
| SAN RAMON, CA 94582 | Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | Claimed: | $31,809.12 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| CHAN, KA WAI<br>311 SHADY VALLEY COURT<br>SAN RAMON, CA 94582 | Claim Number: 1762<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE        Claimed: | $31,809.12 | |
| CHAN, KWEI SAN<br>1845 FEDERAL AVE., APT. 303<br>LOS ANGELES, CA 90025 | Claim Number: 2256<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED        Claimed: | $59,775.90 | |
| CHAN, KWEI SAN<br>1845 FEDERAL AVE., APT. 303<br>LOS ANGELES, CA 90025 | Claim Number: 2706<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY        Claimed: | $78,593.93 | |
| CHAN, KWEI SAN<br>1845 FEDERAL AVE., APT. 303<br>LOS ANGELES, CA 90025 | Claim Number: 2707<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY        Claimed: | $123,169.76 | |
| CHAN, KWEI SAN<br>1845 FEDERAL AVE., APT. 303<br>LOS ANGELES, CA 90025 | Claim Number: 3849<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2341. | |
| PRIORITY        Claimed: | $11,373.22 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| CHAN, KWEISAN<br>1845 FEDERAL AVE APT 303<br>LOS ANGELES, CA 90025-6089 | Claim Number: 2341<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| UNSECURED | Claimed: | $11,373.22 |
|---|---|---|

| CHANDLER, MELANIE L.<br>801 HOLT GROVE CT.<br>NASHVILLE, TN 37211 | Claim Number: 7445<br>Claim Date: 10/01/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $6,384.90 |

| CHANDRAMOULI, DEVAKI<br>2729 RASPBERRY CT<br>PLANO, TX 75074 | Claim Number: 1247<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 1333 |
|---|---|

| ADMINISTRATIVE | Claimed: | $25,425.00 |
|---|---|---|

| CHANDRAMOULI, DEVAKI<br>2729 RASPBERRY ST<br>PLANO, TX 75074 | Claim Number: 1333<br>Claim Date: 06/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $25,425.00 |
|---|---|---|

| CHANDRAN, CLARENCE J<br>JOHN D. BURNS, ESQ.<br>WILLIAMS MULLEN<br>P.O. BOX 1000<br>RALEIGH, NC 27602-1000 | Claim Number: 5653<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6291 |
|---|---|

| UNSECURED | Claimed: | $3,602,489.52 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| CHANDRAN, CLARENCE J<br># 4998 10TH LINE ERIN<br>RR # 5<br>GEORGETOWN, ON L7G 4S8<br>CANADA | Claim Number: 6291<br>Claim Date: 12/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 5653 |
|---|---|

| UNSECURED | Claimed: | $5,153,641.53 | | |
|---|---|---|---|---|

| CHANG, DAI PENG<br>660 OAKDALE DR.<br>PLANO, TX 75025 | Claim Number: 170<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $31,730.77 | Scheduled: | $6,707.32 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $25,446.51 |

| CHANG, KUO-LI<br>41049 PAJARO DR<br>FREMONT, CA 94539 | Claim Number: 3316<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $6,387.21 | Scheduled: | $6,387.21 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,324.43 | Scheduled: | $9,324.43 |

| CHANG, KUO-LI<br>41049 PAJARO DRIVE<br>FREMONT, CA 94539 | Claim Number: 3317<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $15,711.64 |
|---|---|---|

| CHANG, RAYMOND<br>3301 NORTH STAR RD<br>APT 118<br>RICHARDSON, TX 75082 | Claim Number: 5770<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $19,646.01 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| CHANG, TONY<br>621 WATER OAK<br>PLANO, TX 75025 | | Claim Number: 2829<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |

| PRIORITY<br>UNSECURED | Claimed: | $41,824.63 | Scheduled: | $41,824.63 UNLIQ | | |

---

| CHANG, YUAN-SHEN<br>4340 PHYLLIS LN<br>PLANO, TX 75074 | | Claim Number: 1176<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |

| PRIORITY | Claimed: | $2,234.11 | | | | |
| UNSECURED | Claimed: | $37,979.96 | | | | |

---

| CHANNEL INTELLIGENCE, INC.<br>1180 CELEBRATION BLVD., SUITE 101<br>CELEBRATION, FL 34747 | | Claim Number: 804<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4163 (10/14/2010) | | | | |

| UNSECURED | Claimed: | $93,427.13 | Scheduled: | $61,845.00 | Allowed: | $61,845.00 |

---

| CHAPMAN, JAMES L<br>PO BOX 1111<br>CREEDMOOR, NC 27522 | | Claim Number: 2727<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | | |

| ADMINISTRATIVE | Claimed: | $149,000.00 | | | | |

---

| CHAPPELL, TOMMA<br>575 ELLESMERE WAY<br>BUFORD, GA 30518 | | Claim Number: 5319<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | | | |

| UNSECURED | Claimed: | $64,200.93 | | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| CHAPPELL, TOMMA C.<br>575 ELLESMERE WAY<br>SUGAR HILL, GA 30518 | | Claim Number: 1580<br>Claim Date: 07/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 4814 |
|---|---|---|
| PRIORITY | Claimed: | $71,267.23 |
| CHAPPELL, TOMMA C.<br>575 ELLESMERE WAY<br>SUGAR HILL, GA 30518 | | Claim Number: 1870<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $71,267.23 |
| CHAPPELL, TOMMA C.<br>575 ELLESMERE WAY<br>SUGAR HILL, GA 30518 | | Claim Number: 2625<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $71,267.23 |
| CHAPPELL, TOMMA C.<br>575 ELLESMERE WAY<br>SUGAR HILL, GA 30518 | | Claim Number: 3763<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $71,267.23 |
| CHAPPELL, TOMMA C.<br>575 ELLESMERE WAY<br>BUFORD, GA 30518 | | Claim Number: 4814<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $64,200.93 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| CHARLOTTE MECKLENBURG COUNTY NC TAX COLLECTOR<br>MECKLENBURG COUNTY GOVERNMENT<br>700 EAST STONEWALL ST. PO BOX 31457<br>CHARLOTTE, NC 28231 | Claim Number: 6023-01<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3502 (07/09/2010) | |
| ADMINISTRATIVE          Claimed: | $476.97 | |
| CHARLOTTE MECKLENBURG COUNTY NC TAX COLLECTOR<br>MECKLENBURG COUNTY GOVERNMENT<br>700 EAST STONEWALL ST. PO BOX 31457<br>CHARLOTTE, NC 28231 | Claim Number: 6023-02<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4128 (10/11/2010) | |
| ADMINISTRATIVE          Claimed: | $0.00   UNLIQ | |
| CHARLOTTE MECKLENBURG COUNTY NC TAX COLLECTOR<br>MECKLENBURG COUNTY GOVERNMENT<br>700 EAST STONEWALL ST. PO BOX 31457<br>CHARLOTTE, NC 28231 | Claim Number: 7360<br>Claim Date: 07/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4128 (10/11/2010) | |
| ADMINISTRATIVE          Claimed: | $27.64 | |
| CHAU, JOSEPH<br>4 CAMELOT RD<br>WINDHAM, NH 03087 | Claim Number: 92<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $42,116.56 | |
| CHAVEZ, AURELIA<br>4204 LAVACA DRIVE<br>PLANO, TX 75074 | Claim Number: 95<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $63,004.67 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| CHAWLA, TEJMOHAN<br>405 JASLIE DR<br>CARY, NC 27518 | Claim Number: 6047<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $39,506.00 |
|---|---|---|

| CHEN, JIANYONG<br>4649 CHAPEL CREEK DR.<br>PLANO, TX 75024 | Claim Number: 1067<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $53,572.26 |
|---|---|---|

| CHEN, WAN<br>4124 SILVERTHORNE STREET<br>RICHARDSON, TX 75082 | Claim Number: 3867<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $20,368.76 |
|---|---|---|

| CHEN, XIAOPING<br>3312 GRAND MESA DRIVE<br>PLANO, TX 75025 | Claim Number: 3884<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $15,265.25 | Scheduled: | $7,287.54 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $5,889.71 |

| CHENEY, FRANKLIN K., JR.<br>3716 KOOMEN LN<br>RALEIGH, NC 27606 | Claim Number: 5644<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $65,625.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

CHEUNG, PAULINUS
6605 MISTY HOLLOW DR
PLANO, TX 75024

Claim Number: 6390
Claim Date: 12/23/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $103,607.96 |
|---|---|---|

CHIAMVIMONVAT, PATRA
815 RIVERSIDE DRIVE
LOS ALTOS, CA 94024

Claim Number: 6303
Claim Date: 12/18/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $72,271.20 |
|---|---|---|

CHILDERS, RUSSELL
5296 UNION CR
FLOWERY BRANCH, GA 30542

Claim Number: 3496
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim amount is 231.01 per month

---

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

CHILDERS, RUSSELL
5296 UNION CR
FLOWERY BRANCH, GA 30542

Claim Number: 3551
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

---

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

CHILDRESS, ROBERT
110 CAVE STREET
LURAY, VA 22835

Claim Number: 5802
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $64,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| CHILDS, MICHAEL & JEFFREY MARTINEZ<br>2644 MARSTON HTS<br>COLORADO SPGS, CO 80920-5115 | | Claim Number: 5848<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $5,000.00 | Scheduled: | $0.00 UNLIQ | |
| CHILDS, MIKE & MARTINEZ, JEFFREY<br>2644 MARSTON HTS<br>COLORADO SPGS, CO 80920-5115 | | Claim Number: 5847<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $5,000.00 | | | |
| CHIMA, MANMOHAN<br>4041 LASER LANE<br>PLANO, TX 75023 | | Claim Number: 4247<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | | |
| UNSECURED | Claimed: | $262,927.15 | Scheduled: | $145,541.04 UNLIQ | |
| TOTAL | Claimed: | $145,541.04 | | | |
| CHIMA, MANMOHAN<br>4041 LASER LANE<br>PLANO, TX 75023 | | Claim Number: 4358<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>$569.42 per month. | | | |
| UNSECURED | Claimed: | $569.42 UNLIQ | Scheduled: | $0.00 UNLIQ | |
| CHIMA, MANMOHAN S.<br>4041 LASER LANE<br>PLANO, TX 75023 | | Claim Number: 4248<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| CHINA PATENT AGENT (H.K.) LTD.<br>22/F, GREAT EAGLE CENTRE<br>23 HARBOUR ROAD<br>WANCHAI,<br>HONG KONG | | Claim Number: 1112<br>Claim Date: 05/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
| UNSECURED | Claimed: | $1,454.30 | Scheduled: | $73.30 |
| CHINA PATENT AGENT (H.K.) LTD.<br>22/F, GREAT EAGLE CENTRE<br>23 HARBOUR ROAD<br>WANCHAI,<br>HONG KONG | | Claim Number: 7091<br>Claim Date: 02/09/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | | |
| ADMINISTRATIVE | Claimed: | $36,400.30 | | |
| CHINA PATENT AGENT H K LTD<br>22/F GREAT EAGLE CENTRE<br>23 HARBOUR ROAD<br>WANCHAI<br>HONG KONG,<br>CHINA | | Claim Number: 2624<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
| ADMINISTRATIVE | Claimed: | $36,400.30 | | |
| CHINA PATENT AGENT H.K. LTD.<br>22/F, GREAT EAGLE CENTRE, 23 HARBOUR RD<br>WANCHAI<br>HONG KONG,<br>CHINA | | Claim Number: 2623<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $36,400.30 | Scheduled: | $0.00  UNLIQ |
| CHINA PATENT AGENT H.K. LTD.<br>22/F, GREAT EAGLE CENTRE<br>23 HARBOUR ROAD<br>WANCHAI,<br>HONG KONG | | Claim Number: 6609<br>Claim Date: 01/06/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | | |
| ADMINISTRATIVE | Claimed: | $36,400.30 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

CHINA PATENT AGENT H.K. LTD.
22/F, GREAT EAGLE CENTRE
23 HARBOUR ROAD
WANCHAI,
HONG KONG

Claim Number: 6610
Claim Date: 01/06/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| UNSECURED | Claimed: | $36,400.30 |
| --- | --- | --- |

---

CHINA PATENT AGENT H.K. LTD.
22/F, GREAT EAGLE CENTRE
23 HARBOUR RD
WANCHAI,
HONG KONG

Claim Number: 7090
Claim Date: 02/09/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| UNSECURED | Claimed: | $36,400.30 |
| --- | --- | --- |

---

CHINA TELECOM (AMERICAS) CORPORATION
SUITE 201, 607 HERNDON PARKWAY
HERNDON, VA 20170

Claim Number: 582
Claim Date: 03/13/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $14,957.72 |
| --- | --- | --- |

---

CHIRACHANCHAI, SUVANEE
2921 SHASTA DR.
PLANO, TX 75025

Claim Number: 790
Claim Date: 04/01/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $51,775.08 |
| --- | --- | --- |

---

CHIRACHANCHAI, SUVANEE
2921 SHASTA DR.
PLANO, TX 75025

Claim Number: 989
Claim Date: 04/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $18,754.00 |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| CHIRACHANCHAI, SUVANEE | Claim Number: 6766 |
| 2921 SHASTA DR. | Claim Date: 01/19/2010 |
| PLANO, TX 75025 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $28,697.79 |

---

| CHIRACHANCHAI, SUVANEE | Claim Number: 6775 |
| 2921 SHASTA DR. | Claim Date: 01/19/2010 |
| PLANO, TX 75025 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $10,197.00 |

---

| CHISHOLM, ELAINE | Claim Number: 7034 |
| 3370 NE 190TH ST | Claim Date: 01/29/2010 |
| # 1012 | Debtor: NORTEL NETWORKS INC. |
| AVENTURA, FL 33180 | |

| UNSECURED | Claimed: | $55,033.00   CONT |

---

CHIU, YEI-FANG
6820 PENTRIDGE DRIVE
PLANO, TX 75024

Claim Number: 3163
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $311.17 | Scheduled: | $311.17 |
| SECURED | Claimed: | $311.17 | | |
| UNSECURED | Claimed: | $25,558.07 | Scheduled: | $25,558.07 |
| TOTAL | Claimed: | $25,869.24 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

CHONG, BAK L.
19070 BROOKVIEW DR
SARATOGA, CA 95070

Claim Number: 3795
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

---

CHONG, BAK L.
19070 BROOKVIEW DR
SARATOGA, CA 95070

Claim Number: 3797
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

---

CHONG, BAK L.
19070 BROOKVIEW DR
SARATOGA, CA 95070

Claim Number: 3799
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

---

CHONG, BAK L.
19070 BROOKVIEW DR
SARATOGA, CA 95070

Claim Number: 3801
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

---

CHOPRA, MAYANK
2733 CAMERON BAY DRIVE
LEWISVILLE, TX 75056

Claim Number: 3318
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $32,561.28 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| CHOPRA, MOHIT<br>1113 BRIDGEWAY LANE<br>ALLEN, TX 75013 | Claim Number: 2783<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $32,391.66 |
|---|---|---|

| CHRISTIAN, PAUL LESLIE<br>3233 WOODVIEW COURT<br>THOUSAND OAKS, CA 91362 | Claim Number: 4385<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $254,208.17 |
|---|---|---|

| CHRISTMANN, DUSTIN<br>1805 CLOVER CREEK DR<br>LONGMONT, CO 80503-7579 | Claim Number: 3612<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,493.42 | Scheduled: | $33,443.42 |

| CHRISTNER, TIMOTHY A.<br>355 JUNCTION TRACK<br>ROSWELL, GA 30075 | Claim Number: 7791<br>Claim Date: 06/13/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $61,511.02 |
|---|---|---|

| CHRISTOPHER, RAYMOND O.<br>118 BUTLER AVENUE<br>WAKEFIELD, MA 01880 | Claim Number: 565<br>Claim Date: 03/12/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $26,527.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| CHRONOWIC, PETER
323 HOGANS VALLEY WAY
CARY, NC 27513 | Claim Number: 5792
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $298,505.00 |

---

CHUBB INSURANCE CO OF CANADA
C/O EDWARD C DOLAN
HOGAN & HARTSON, LLP
555 13TH STREET NW
WASHINGTON, DC 20004

Claim Number: 5043
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $529,046.55   UNLIQ |

---

CHUCK DRAKE OF PWCS EDU
8217 SUNSET DRIVE
MANASSAS, VA 20110-3813

Claim Number: 6941
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $500.00 |

---

CHUNG, KAM-YEE
726 INVERNESS WAY
SUNNYVALE, CA 94087

Claim Number: 2244
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $21,561.41 |

---

CHWEDCZUK, DAREK
10890 KIMBALL CREST DRIVE
ALPHARETTA, GA 30022

Claim Number: 7549
Claim Date: 01/03/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $28,555.40 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

CICCARELLI, LAWRENCE
4000 VETERANS MEMORIAL HIGHWAY
BOHEMIA, NY 11716

Claim Number: 2182
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $20,224.23 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $20,224.23 UNLIQ |

---

CINCINNATI BELL TELEPHONE
221 E. 4TH STREET
ML347-200
CINCINNATI, OH 45202

Claim Number: 425
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $614.24

---

CINCINNATI BELL WIRELESS
221 E. 4TH SRREET
ML347-200
CINCINNATI, OH 45202

Claim Number: 491
Claim Date: 02/18/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $28.28

---

CIRCUITS CMR LTD
850 SELKIRK
POINTE-CLAIRE, QC N9R 3S3
CANADA

Claim Number: 5839
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

ADMINISTRATIVE          Claimed:          $1,144.50

---

CIRILLO, ROBERT
216 JAMES MADISON PL
HILLSBOROUGH, NC 27278

Claim Number: 2559
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $51,854.24

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>WELTMAN, WEINBERG & REIS, CO.<br>175 S. THIRD ST., SUITE 900<br>COLUMBUS, OH 43215 | Claim Number: 107<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4779 (01/31/2011) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $799,270.29 |

| | | |
|---|---|---|
| CITRIX SYSTEMS INC.<br>C/O LUIS GRULLON<br>851 W. CYPRESS CREEK RD.<br>FORT LAUDERDALE, FL 33309 | Claim Number: 743<br>Claim Date: 03/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $45,087.00 |

| | | |
|---|---|---|
| CITRIX SYSTEMS, INC.<br>ATTN: CORPORATE COUNSEL<br>4988 GREAT AMERICA PARKWAY<br>SANTA CLARA, CA 95054 | Claim Number: 6772<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC. | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $427,253.40  UNLIQ | Scheduled: | $31,111.00 |

| | | |
|---|---|---|
| CITY AND COUNTY OF DENVER/ TREASURY<br>ATTN: KAREN KATROS, BANKRUPTCY ANALYST<br>MCNICHOLS CIVIC CENTER BUILDING<br>144 W COLFAX AVE, ROOM 384<br>DENVER, CO 80202-5391 | Claim Number: 1528<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5109 (03/14/2011) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $67,296.30 |
| SECURED | Claimed: | $48,050.08 |
| TOTAL | Claimed: | $67,296.30 |

| | | |
|---|---|---|
| CITY AND COUNTY OF DENVER/ TREASURY<br>ATTN: KAREN KATROS, BANKRUPTCY ANALYST<br>201 W. COLFAX AVENUE, DEPARTMENT 1001<br>DENVER, CO 80202 | Claim Number: 7562<br>Claim Date: 01/12/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,238.11 |
| SECURED | Claimed: | $4,238.11 |
| TOTAL | Claimed: | $4,238.11 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| CITY CHEMICAL PRP GROUP (WINTER PARK FL)<br>C/O ROGER W. SIMS, ESQ.<br>GROUP LEGAL COUNSEL<br>PO BOX 1526<br>ORLANDO, FL 32812 | Claim Number: 5946<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | | |
| SECURED          Claimed: | $150,000.00   UNLIQ | | | |
| UNSECURED       Claimed: | $0.00   UNLIQ | | Allowed: | $125,000.00 |
| CITY OF COLORADO SPRINGS SALES TAX<br>DIVISION, COLORADO SPRINGS CITY<br>ATTORNEY'S OFFICE, KENNETH HODGES, ESQ.<br>30 S. NEVADA, STE 501<br>COLORADO SPRINGS, CO 80903 | Claim Number: 7298<br>Claim Date: 06/15/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM 6042 | | | |
| PRIORITY          Claimed: | $2,286.47 | | | |
| CITY OF COLORADO SPRINGS SALES TAX DIV<br>EMILY WILSON, ESQ<br>COLORADO SPRINGS CITY ATTORNEY'S OFFICE<br>30 S. NEVADA, STE 501<br>COLORADO SPRINGS, CO 80903 | Claim Number: 1697<br>Claim Date: 08/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3860 (09/02/2010) | | | |
| PRIORITY          Claimed: | $66,715.80 | | | |
| CITY OF COLORADO SPRINGS SALES TAX DIV<br>ATTN: EMILY WILSON, ESQ.<br>COLORADO SPRINGS CITY ATTORNEY'S OFFICE<br>30 S NEVADA STE 501<br>COLORADO SPRINGS, CO 80903 | Claim Number: 6042<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3860 (09/02/2010) | | | |
| PRIORITY          Claimed: | $6,822.35 | | | |
| CITY OF GRAPEVINE<br>ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | Claim Number: 7403<br>Claim Date: 09/07/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4657 (12/28/2010) | | | |
| SECURED          Claimed: | $152.42 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| CITY OF KANSAS CITY, MISSOURI<br>REVENUE DIVISION<br>MARK RHUEMS<br>414 EAST 12TH STREET, SUITE 201W<br>KANSAS CITY, MO 64106 | Claim Number: 667<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $19,735.44 |
|---|---|---|

| | | |
|---|---|---|
| CITY OF KANSAS CITY, MISSOURI<br>REVENUE DIVISION<br>MARK RHUEMS<br>414 EAST 12TH STREET, SUITE 201W<br>KANSAS CITY, MO 64106 | Claim Number: 747<br>Claim Date: 03/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | |

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $19,735.44 |

| | | |
|---|---|---|
| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY 11201 | Claim Number: 1002<br>Claim Date: 04/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3773 (08/11/2010) | |

| PRIORITY | Claimed: | $275,330.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| CITY OF RICHARDSON<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 124<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4697 (01/11/2011) | |

| SECURED | Claimed: | $1,736,847.18   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| CITY OF RICHARDSON<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 1059<br>Claim Date: 04/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4697 (01/11/2011) | |

| SECURED | Claimed: | $868,423.59   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| CITY OF SANTA CLARA<br>MUNICIPAL SERVICES<br>1500 WARBURTON AVE<br>SANTA CLARA, CA 95050 | Claim Number: 490<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |

| UNSECURED | Claimed: | $347,982.20 | | | |
|---|---|---|---|---|---|

| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: DPS TELECOM<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | Claim Number: 89<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |

| UNSECURED | Claimed: | $28,410.00 | Scheduled: | $23,070.00 | |
|---|---|---|---|---|---|

| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: INTRANSIT TECHNOLOGIES CORP.<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | Claim Number: 241<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | | | |

| UNSECURED | Claimed: | $3,826.43 | | Allowed: | $2,949.43 |
|---|---|---|---|---|---|

| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: WAKEFIELD THERMAL SOLUTIONS,<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | Claim Number: 320<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |

| UNSECURED | Claimed: | $4,350.00 | Scheduled: | $4,350.00 | |
|---|---|---|---|---|---|

| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: INTAX, INC.<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | Claim Number: 1404<br>Claim Date: 06/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | | | |

| UNSECURED | Claimed: | $11,844.75 | | Allowed: | $9,549.75 |
|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: LTC INTERNATIONAL INC<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | Claim Number: 2800<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $32,078.85 | Scheduled: | $32,078.85 |
|---|---|---|---|---|

| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: SELTECH ELECTRONICS INC.<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | Claim Number: 3109<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $10,927.50 | Scheduled: | $4,650.00 |
|---|---|---|---|---|

| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: BIG MOON MARKETING<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | Claim Number: 5781<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $1,050.00 |
|---|---|---|

| CLAIMS RECOVERY GROUP, LLC<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | Claim Number: 6381<br>Claim Date: 12/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2020 |
|---|---|

| UNSECURED | Claimed: | $3,187.50 |
|---|---|---|

| CLAIMS RECOVERY GROUP, LLC<br>AS ASSIGNEE OF PRECISE POWER SERVICE<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | Claim Number: 7590<br>Claim Date: 02/07/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 943 |
|---|---|

| UNSECURED | Claimed: | $3,812.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| CLARK, CALVIN C.<br>11061 MORGAN DRIVE<br>LAVON, TX 75166 | Claim Number: 1091<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $52,886.80 |
|---|---|---|

| CLARK, DOUGLAS G.<br>APT. 1904, 330 SPADINA RD.<br>TORONTO, ON M5R 2V9<br>CANADA | Claim Number: 474<br>Claim Date: 03/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2809 (03/29/2010) |
|---|---|

| PRIORITY | Claimed: | $131,000.00   UNLIQ |
|---|---|---|

| CLARK, DOUGLAS G.<br>1529 ELLIS HOLLOW ROAD<br>ITHACA, NY 14850 | Claim Number: 3731<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $632,338.38 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| CLARK-SELLERS, KATHRYN<br>3005 LATTYES LANE<br>RALEIGH, NC 27613 | Claim Number: 3441<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $88,632.10 |

| CLARK-SELLERS, KATHRYN LEE<br>3005 LATTYES LANE<br>RALEIGH, NC 27613 | Claim Number: 3435<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $134,606.97 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| CLARK-SELLERS, KATHRYN LEE<br>3005 LATTYES LANE<br>RALEIGH, NC 27613 | | Claim Number: 3440<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $99,582.10 | | |
| CLARY, CRAIG<br>701 LEGACY DRIVE APT # 2214<br>PLANO, TX 75023 | | Claim Number: 3953<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $6,285.70 | | |
| CLARY, CRAIG<br>701 LEGACY DR APT 2214<br>PLANO, TX 75023 | | Claim Number: 3954<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $6,285.70 | Scheduled: | $6,285.70 UNLIQ |
| CLAUSEN, LISA J.<br>6719 ST JOHNS CT.<br>RALEIGH, NC 27616 | | Claim Number: 7391<br>Claim Date: 08/23/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $14,261.54 | | |
| CLAUSSENIUS, RANDALL<br>4860 PROCTOR ROAD<br>CASTRO VALLEY, CA 94546 | | Claim Number: 4499<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $78,752.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

CLEGHORN, JOHN
31ST FLOOR, SUITE 3115, SOUTH TOWER
ROYAL BANK PLAZA
200 BAY STREET
TORONTO, ON M5J 2J5
CANADA

Claim Number: 4758
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

CLEMENS, DAVID H.
2958 ROCKY RIDGE LOOP
CANYON LAKE, TX 78133

Claim Number: 906
Claim Date: 04/07/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $30,992.78 |
|---|---|---|

---

CLEMONS, THOMAS S.
3808 WALWORTH ROAD
MARION, NY 14505

Claim Number: 1171
Claim Date: 05/15/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $24,120.00 |
|---|---|---|
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $13,170.00 |
| TOTAL | Claimed: | $10,950.00 |

---

CLEMONS, THOMAS S.
3808 WALWORTH ROAD
MARION, NY 14505

Claim Number: 1172
Claim Date: 05/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

CLICK COMMERCE INC
DBA REQUISITE TECHNOLOGY, INC.
C/O MIK GIBLIN OR D LIVINGSTON
3600 W. LAKE AVENUE
GLENVIEW, IL 60026

Claim Number: 3485
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $77,475.00 | Scheduled: | $1,350.00 DISP |
|---|---|---|---|---|

CLICK COMMERCE, INC
C/O MIKE GIBLIN
3600 W. LAKE AVENUE
ATLANTA, GA 30339-8426

Claim Number: 3484
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $77,475.00 |
|---|---|---|

CLIFTON, CRAIG
4517 W 140TH ST
LEAWOOD, KS 66224

Claim Number: 4136
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $52,278.00 |
|---|---|---|

CLINE, BARRY
603 MODENA DR.
CARY, NC 27513

Claim Number: 166
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $57,389.25 |
|---|---|---|

CLINE, BARRY
603 MODENA DR.
CARY, NC 27513

Claim Number: 167
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $3,634.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| CLINE, GLEN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 3640<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
| CLINE, GLEN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 3650<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
| CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 3639<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $36,501.58 |
| CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 3647<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| UNSECURED | Claimed: | $36,501.58 |
| CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 3648<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

CLINE, GLENN B.
602 CHAFFEE DRIVE
ARLINGTON, TX 76006

Claim Number: 3649
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $36,501.58 |

---

CLINGER, LINDA C
3918 RAVINES DR.
ALLENDALE, MI 49401

Claim Number: 37
Claim Date: 01/23/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,404.00 |
| UNSECURED | Claimed: | $14,880.00 |

---

CLINKARD, JUDITH
1909 KINGS ISLE DR
PLANO, TX 75093

Claim Number: 4002
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $495,036.88 |

---

CLINKARD, JUDITH M
1909 KINGS ISLE DR.
PLANO, TX 75093

Claim Number: 4008
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $495,036.88 | Scheduled: | $0.00 UNLIQ |

---

CLOUSE, GARY
250 PIT ROAD
CORDOVA, AL 35550

Claim Number: 6847
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 4126

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $39,787.26 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| CLOUSE, GARY<br>250 PIT ROAD<br>CORDOVA, AL 35550 | | Claim Number: 6848<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4132 | | | |
| PRIORITY | Claimed: | $6,347.60 | | | |
| CMP AMS<br>90 BEVIER ST<br>BINGHAMTON, NY 13904-1020 | | Claim Number: 6708<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4163 (10/14/2010) | | | |
| UNSECURED | Claimed: | $41,632.50 | | Allowed: | $41,632.50 |
| COAKLEY, BILLY W. SR.<br>573 VERONICA ROAD<br>GEORGETOWN, SC 29440 | | Claim Number: 2884<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $7,666.00 | | | |
| COAKLEY, BILLY W. SR.<br>301 OXFORD STREET<br>GEORGETOWN, SC 29440 | | Claim Number: 2885<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | | |
| PRIORITY | Claimed: | $7,666.00 | | | |
| UNSECURED | Claimed: | $7,666.00 | | | |
| TOTAL | Claimed: | $7,666.00 | | | |
| COBB, KERRI S.<br>2721 DUNBAR DRIVE<br>MCKINNEY, TX 75070 | | Claim Number: 7541<br>Claim Date: 12/28/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $43,349.35 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

COCA-COLA COMPANY, THE
ATTN: JOE JOHNSON, NAT 2008
P.O. BOX 1734
ATLANTA, GA 30313

Claim Number: 1334
Claim Date: 06/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4401 (11/23/2010)

| UNSECURED | Claimed: | $90,200.00 | Allowed: | $75,000.00 |

---

COLE, JAMES
C/O BELDEN, INC.
ATTN: BRIAN ANDERSON, CORPORATE ATTORNEY
7733 FORSYTH BOULEVARD, SUITE 800
SAINT LOUIS, MO 63105

Claim Number: 3530
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $13,379.15 |

---

COLE, JAMES W.
1148 MIDWAY DRIVE
RICHARDSON, TX 75081

Claim Number: 4468
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $103,416.96 |

---

COLE, JANIE W.
11000 EAGLEROCK DR
RALEIGH, NC 27613

Claim Number: 7547
Claim Date: 12/30/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $47,776.00 |

---

COLEMAN, STEPHEN M.
7000 KRISTI DRIVE
GARNER, NC 27529

Claim Number: 7281
Claim Date: 06/08/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $63,808.18 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| COLLA, SERGIO<br>310 OAKBERRY WAY<br>SAN JOSE, CA 95123-5122 | | Claim Number: 2290<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $27,649.41 | | | |
| COLLA, SERGIO<br>310 OAKBERRY WAY<br>SAN JOSE, CA 95123-5122 | | Claim Number: 2291<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $27,649.41 | Scheduled: | $27,649.41 | |
| COLLEVECCHIO ENTERPRISES, INC.<br>DBA CREATIVE ASSOCIATES<br>8540 COLONNADE CENTER DR. S # 106<br>RALEIGH, NC 27615 | | Claim Number: 2<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | | |
| UNSECURED | Claimed: | $245,536.30 | | | |
| COLLINS, ROBBIE D<br>2432 GEORGETOWN DRIVE<br>CARROLLTON, TX 75006 | | Claim Number: 3205<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | | | Scheduled: | $4,601.66 | |
| UNSECURED | Claimed: | $32,335.99 | Scheduled: | $27,734.33 | |
| COLLINS, TOMEKA<br>113 VISTA BROOKE DRIVE<br>MORRISVILLE, NC 27560 | | Claim Number: 7255<br>Claim Date: 05/13/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $34,374.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

COLON, MARIA
2958 FAVERSHAM PL
RALEIGH, NC 27604

Claim Number: 4218
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $23,837.17 | | |
| --- | --- | --- | --- | --- |

COLONIAL GAS COMPANY D/B/A KEYSPAN
ENERGY DELIVERY NEW ENGLAND
ELISA M. PUGLIESE, ESQ.
175 E. OLD COUNTRY ROAD
HICKSVILLE, NY 11801

Claim Number: 616
Claim Date: 02/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $3,043.48 | | |
| --- | --- | --- | --- | --- |

COLONTONIO, MARY ELLEN
POB 603, FAIRY ISLAND
MAHOPAC, NY 10541

Claim Number: 246
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $88,419.72 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $64,738.78 |

COLTON, JAY
U.S. EQUAL EMPLOYMENT OPPOR. COMMISSION
33 WHITEHALL STREET, 5TH FL
NEW YORK, NY 10004

Claim Number: 1139
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 2855 (04/08/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| --- | --- | --- | --- | --- |

COLTON, JAY
90 BROOKDALE PLACE
NEWTOWN, PA 18940

Claim Number: 2619
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $28,270.10 | Scheduled: | $0.00  UNLIQ |
| --- | --- | --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| COLTON, JAY<br>90 BROOKDALE OL.<br>NEWTOWN, PA 18940 | Claim Number: 2620<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | |

| ADMINISTRATIVE | Claimed: | $28,270.10 |
|---|---|---|

| | | |
|---|---|---|
| COMBAT NETWORKS INC.<br>236 WESTBROOK ROAD<br>OTTAWA, ON K0A 1L0<br>CANADA | Claim Number: 1888<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $2,184.45 |
|---|---|---|

| | | |
|---|---|---|
| COMED<br>ATTN: BANKRUPTCY SECTION/REVENUE MGMT<br>2100 SWIFT DRIVE<br>OAK BROOK, IL 60523 | Claim Number: 116<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) | |

| UNSECURED | Claimed: | $884.11 |
|---|---|---|

| | | |
|---|---|---|
| COMMERCIAL ENERGY OF MONTANA, INC.<br>C/ O FRED JACKSON<br>7767 OAKPORT STREET, SUITE 525<br>OAKLAND, CA 94621 | Claim Number: 3864<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $16,340.77 |
|---|---|---|

| | | |
|---|---|---|
| COMMFUSION<br>1510 MISTY CLOUD PLACE<br>SANTA ROSA, CA 95409-4337 | Claim Number: 2591<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $10,000.00 | Scheduled: | $12,995.00 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

COMMFUSION LLC
BLAIR PLEASANT
1510 MISTY CLOUD PLACE
SANTA ROSA, CA 95409

Claim Number: 454
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $2,995.00 |
|---|---|---|

COMMODITY COMPONENTS INTERNATIONAL INC.
TAMMY WILE
100 SUMMIT ST.
PEABODY, MA 01960

Claim Number: 1816
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $1,362.71 |
|---|---|---|

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF REVENUE
PO BOX 9564
BOSTON, MA 02114-9564

Claim Number: 1136
Claim Date: 05/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| PRIORITY | Claimed: | $25,000.00 |
|---|---|---|

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF REVENUE
P.O. BOX 9564
BOSTON, MA 02114-9564

Claim Number: 1685
Claim Date: 08/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| PRIORITY | Claimed: | $10,000.00 |
|---|---|---|

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF REVENUE
PO BOX 9564
BOSTON, MA 02114-9564

Claim Number: 3027
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| PRIORITY | Claimed: | $50,173.47 |
|---|---|---|
| UNSECURED | Claimed: | $10,054.68 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | | Claim Number: 6306<br>Claim Date: 12/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $39,209.50<br>$10,054.68 | | |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | | Claim Number: 7237<br>Claim Date: 04/28/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends Claim 6306 | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $4,441.09<br>$7,283.05 | Scheduled: | $260.00 |
| COMPASS<br>COMPASS LEXECON<br>332 SOUTH MICHIGAN AVE<br>CHICAGO, IL 60604-4397 | | Claim Number: 5045<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5624 (06/07/2011) | | |
| UNSECURED | Claimed: | $52,496.40 | | |
| COMPTON, BARRY<br>13105 POWELL RD<br>WAKE FOREST, NC 27587 | | Claim Number: 3628<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $5,796.81 | | |
| COMPTON, BARRY<br>13105 POWELL RD<br>WAKE FOREST, NC 27587 | | Claim Number: 3629<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $49,111.02 | Scheduled: | $49,111.02 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| COMPTROLLER OF MARYLAND<br>301 WEST PRESTON ST. ROOM 410<br>BALTIMORE, MD 21201 | | Claim Number: 1081<br>Claim Date: 04/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3050 (05/24/2010) | | | |
| PRIORITY | Claimed: | $3,374.00 | | | |
| UNSECURED | Claimed: | $517.00 | | | |
| COMPUTER ASSOCIATES INTERNATIONAL, INC<br>ATTENTION: ROBERT AUSTEN, 5TH FLOOR<br>ONE COMPUTER ASSOCIATES PLAZA<br>ISLANDIA, NY 11749 | | Claim Number: 1954<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED | Claimed: | $6,845.00 | | | |
| COMPUTER SCIENCES CORPORATION<br>C/ O DLA PIPER LLP (US)<br>ATTN: RICHARD M. KREMEN<br>6225 SMITH AVENUE<br>BALTIMORE, MD 21209 | | Claim Number: 3944<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $1,568,658.99 | | | |
| COMPUWARE CORPORATION<br>ATTN: ELLEN JUDD<br>ONE CAMPUS MARTIUS<br>DETROIT, MI 48226 | | Claim Number: 536<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $1,770.59 | Scheduled: | $1,770.59 | |
| COMSTOCK, DOUGLAS R.<br>9401 N MANOR DR<br>ZEBULON, NC 27597 | | Claim Number: 2034<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $5,876.93 | | | |
| UNSECURED | | | Scheduled: | $5,876.93 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| CONCENTRIX CORP<br>3750 MONROE AVE<br>PITTSFORD, NY 14534 | Claim Number: 331<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $39,000.00 | Scheduled: | $52,225.56 |
|---|---|---|---|---|

| CONDUCTIVE CIRCUITS INC<br>360 STATE ST<br>GARNER, IA 504381237 | Claim Number: 2708<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $14,270.00 | Scheduled: | $14,270.00 |
|---|---|---|---|---|

| CONDUCTIVE CIRCUITS, INC<br>360 STATE STREET<br>GARNER, IA 50438 | Claim Number: 2709<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3781 (08/12/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $14,270.00 |
|---|---|---|

| CONKLIN, JOHN<br>1104 NW SPRUCE RIDGE DR<br>STUART, FL 349949516 | Claim Number: 7270<br>Claim Date: 06/01/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $61,850.10 |
|---|---|---|

| CONLEY ROSE, P.C.<br>ATTN: RODNEY B. CARROLL<br>5601 GRANITE PARKWAY, SUITE 750<br>PLANO, TX 75024 | Claim Number: 1571<br>Claim Date: 07/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $43,626.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| CONLEY, DOUGLAS<br>BRIAN ANDERSON, CORPORATE ATTORNEY<br>BELDEN, INC.<br>7733 FORSYTH BOULEVARD, SUITE 800<br>SAINT LOUIS, MO 63105 | Claim Number: 3538<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 1370 |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $7,651.34 |

| CONNECTICUT DEPT OF REVENUE SERVICES<br>C&E DIVISION, BANKRUPTCY SECTION<br>25 SIGOURNEY STREET<br>HARTFORD, CT 06106-5032 | Claim Number: 1636<br>Claim Date: 08/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
|---|---|

| PRIORITY | Claimed: | $2,089.65 |

| CONNOR, DANIEL J.<br>13282 TORRINGTON DRIVE<br>FRISCO, TX 75035 | Claim Number: 7714<br>Claim Date: 04/21/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $365,284.32 |

| CONNOR, DAVID<br>5035 CHOWEN AVENUE SOUTH<br>MINNEAPOLIS, MN 55410 | Claim Number: 3301<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| CONOLY, STEVE F.<br>5410 THAYER DRIVE<br>RALEIGH, NC 27612 | Claim Number: 3053<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $57,002.93 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

CONTEXT CAPTIAL GROUP
C/O JEFFREY B. ROSE
TISHLER & WALD, LTD.
200 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

Claim Number: 5532
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $164,485.00 |
|---|---|---|

CONTINENTAL RESOURCES INC
175 MIDDLESEX TPKE, PO BOX 9137
BEDFORD, MA 01730-9137

Claim Number: 1743
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

---

| UNSECURED | Claimed: | $14,641.90 |
|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: SYMMETRICOM INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 35
Claim Date: 01/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5089 (03/09/2011)

---

| UNSECURED | Claimed: | $549,547.50 | Scheduled: | $469,513.32 | Allowed: | $469,513.32 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: DANET GMBH
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 424
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $56,813.06 |
|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: SVA-BIZSPHERE
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 555
Claim Date: 03/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

---

| UNSECURED | Claimed: | $136,267.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: SVA BIZSPHERE ENTWICKLUNGS U
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2487
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $136,267.00 | Scheduled: | $136,267.00 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: SQUIRE SANDERS & DEMPSEY LLP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3303
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $192,602.87 |
|---|---|---|

---

CONTRERAS, KARLA
3809 SAN JACINTO
UNIT #C
DALLAS, TX 75204

Claim Number: 5774
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $4,307.69 | Scheduled: | $4,038.48 |
|---|---|---|---|---|

---

COOK, CASEY
3709 FAULKNER DRIVE
ROWLETT, TX 75088

Claim Number: 2823
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $26,817.84 |
|---|---|---|

---

COOK, JAMES
4009 GREENFIELD DR
RICHARDSON, TX 75082

Claim Number: 3841
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $30,423.47 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

COOK, JASON
408 CREPE MYRTLE LANE
PLANO, TX 75094

Claim Number: 1093
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $77,270.36 |

COOK, JERRY ALLEN
212 OVERLOOK DRIVE
WOODSTOCK, GA 30188

Claim Number: 7635
Claim Date: 03/10/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $13,767.32 |

COOK, WAYNA MICHELLE
118 JUDSON DRIVE
HENDERSONVILLE, TN 37075

Claim Number: 7413
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $12,739.00   UNLIQ |

COOMANS, JEFF
7012 HAWAII KAI DR. UNIT 1304
HONOLULU, HI 96825

Claim Number: 1163
Claim Date: 05/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $16,516.93 |

COOPER, CHARLES ALLEN
5064 NE BELLVILLE RD
PINETTA, FL 32350

Claim Number: 6227
Claim Date: 12/14/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $97,167.84 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| COOPER, DONNA L.<br>5133 GRANDALE DRIVE<br>DURHAM, NC 27713 | | Claim Number: 7493<br>Claim Date: 11/15/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $37,128.96 | | | |
| COPELAND, JEFFERY<br>4436 GOODMAN ROAD<br>ADAMS, TN 37010 | | Claim Number: 6055<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $61,312.41 | | | |
| COPELAND, JEFFERY<br>4436 GOODMAN ROAD<br>ADAMS, TN 37010 | | Claim Number: 7722<br>Claim Date: 05/02/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $87,323.61 | | | |
| COPPOCK, JEFFREY S<br>2133 BLUFFS DRIVE<br>LIVERMORE, CA 94551 | | Claim Number: 2767<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $4,311.85 | Scheduled: | $4,311.85 | |
| UNSECURED | Claimed: | $21,590.44 | Scheduled: | $21,590.44 | |
| COQUELIN, VALERIE<br>9422 ERIE CT<br>DALLAS, TX 75218 | | Claim Number: 4580<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $19,734.29 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| CORE BROOKFIELD LAKES, LLC<br>18000 WEST SARAH LANE, STE 250<br>BROOKFIELD, WI 53045 | | Claim Number: 5868<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2349 | | | |
| UNSECURED | Claimed: | $86,653.06 | | | |
| CORN, DAVID H.<br>3514 CANNADY MILL RD<br>KITTRELL, NC 27544 | | Claim Number: 5764<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $85,280.00 | | | |
| CORONA, RONALD<br>2714 TOWNBLUFF DR.<br>PLANO, TX 75075 | | Claim Number: 237<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | | | | Scheduled: | $7,268.74 |
| UNSECURED | Claimed: | $18,406.30 | | Scheduled: | $11,374.68 |
| CORPENING, STEPHEN K.<br>1102 JENNIES CREEK RD.<br>KERMIT, WV 25674 | | Claim Number: 1034<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $57,438.66 | | | |
| CORRE OPPORTUNITIES FUND LP<br>AS ASSIGNEE OF SASKEN COMMUNICATION<br>1370 AVENUE OF THE AMERICAS 29TH FL<br>NEW YORK, NY 10019 | | Claim Number: 7454<br>Claim Date: 10/07/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $17,200.00 | | | |
| UNSECURED | Claimed: | $8,600.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| CORRE OPPORTUNITIES FUND LP<br>AS ASSIGNEE OF SASKEN COMMUNICATION<br>1370 AVENUE OF THE AMERICAS 29TH FL<br>NEW YORK, NY 10019 | Claim Number: 7455<br>Claim Date: 10/07/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) | | | |
|---|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $17,200.00 | | |
|---|---|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: MINDWAVE RESEARCH, INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 724<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $42,760.00 | | |
|---|---|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ACTUA<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 1141<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $50,000.00 | Scheduled: | $50,000.00 |
|---|---|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: BLUE HERON MICRO OPPORTUNITI<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2745<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $38,919.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: SASKEN COMMUNICATION<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2793<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7454 | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $27,339.00 | Scheduled: | $25,800.00 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CELLSITE INDUSTRIES,INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4852
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $30,211.59 | Scheduled: | $13,298.59 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GLOBALWARE SOLUTIONS
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 5740
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $118,757.33 |
|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GLOBALWARE SOLUTIONS
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 5811
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $35,047.53 | Scheduled: | $32,251.17 DISP |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: ANDREW, LLC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 5904
Claim Date: 10/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 793 (05/28/2009)

| ADMINISTRATIVE | Claimed: | $80,171.60 | | | Allowed: | $80,171.60 |
|---|---|---|---|---|---|---|

---

CORREIA, FRANK
21 SACHEM ROAD
BRISTOL, RI 02809

Claim Number: 2443
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $17,556.60 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

CORREIA, FRANK
21 SACHEM RD
BRISTOL, RI 02809

Claim Number: 2444
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $17,556.60 | Scheduled: | $13,951.76 UNLIQ |
|---|---|---|---|---|

COTE, GERARD
BRIAN ANDERSON, CORPORATE ATTORNEY
BELDEN, INC.
7733 FORSYTH BOULEVARD, SUITE 800
SAINT LOUIS, MO 63105

Claim Number: 3537
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 1370

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $9,262.32 |

COTTON, RODNEY
18500 VON KARMAN 11TH FLOOR
IRVINE, CA 92612

Claim Number: 3262
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $38,309.95 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $38,309.95 UNLIQ |

COUCH, SHARLENE SUITT
6525 BATTLEFORD DRIVE
RALEIGH, NC 27613

Claim Number: 716
Claim Date: 03/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| PRIORITY | Claimed: | $83,113.60 |
|---|---|---|

COUCH, SHARLENE SUITT
6525 BATTLEFORD DRIVE
RALEIGH, NC 27613

Claim Number: 717
Claim Date: 03/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| PRIORITY | Claimed: | $8,182.54 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| COUNTY OF FAIRFAX<br>OFFICE OF THE COUNTY ATTORNEY<br>12000 GOVERNMENT CENTER PARKWAY<br>SUITE 549<br>FAIRFAX, VA 22035 | | Claim Number: 1510<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>Claim out of balance | | |
| PRIORITY | Claimed: | $15,113.05 | | |
| SECURED | Claimed: | $15,113.05 | | |
| TOTAL | Claimed: | $15,113.05 | | |
| COUNTY OF FAIRFAX<br>FAIRFAX COUNTY<br>OFFICE OF THE COUNTY ATTORNEY<br>12000 GOVERNMENT CENTER PARKWAY, STE 549<br>FAIRFAX, VA 22035 | | Claim Number: 6100<br>Claim Date: 11/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>Amends claim 1510 | | |
| UNSECURED | Claimed: | $0.00 | | |
| COUNTY OF SANTA CLARA<br>TAX COLLECTOR - TAX COLLECTIONS DIVISION<br>COUNTY GOVT CENTER, EAST WING<br>70 WEST HEDDING STREET<br>SAN JOSE, CA 95110 | | Claim Number: 1409<br>Claim Date: 06/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4808 (02/03/2011) | | |
| PRIORITY | Claimed: | $449,059.96 | | |
| COURRIER SLR (9010-8523QC INC)<br>3095 DAGENAIS O.<br>LAVAL, QC H7P 1T8<br>CANADA | | Claim Number: 3137<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| ADMINISTRATIVE | Claimed: | $379.00 | | |
| COUTURE, DENNIS L<br>7104 RIVER BIRCH DR<br>RALEIGH, NC 27613 | | Claim Number: 4181<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $5,312.42 | Scheduled: | $5,312.42 |
| UNSECURED | Claimed: | $154,206.91 | Scheduled: | $64,791.91 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| COVEY, NIEL<br>333 108TH AVENUE<br>NETOWER 333, SUITE 2000<br>BELLEVUE, WA 98004 | | Claim Number: 2308<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $487,223.32 | Scheduled: | $366,757.26 UNLIQ |
| COVEY, NIEL<br>333 108TH AVENUE<br>NETOWER 333, SUITE 2000<br>BELLEVUE, WA 98004 | | Claim Number: 2309<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $2,268.93 | Scheduled: | $1,896.52 UNLIQ |
| COVEY, NIEL A.<br>23314 SE 13 CT<br>SAMMAMISH, WA 98075 | | Claim Number: 26<br>Claim Date: 01/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $371,524.91 | | |
| COVEY, NIEL A.<br>23314 SE 13 CT<br>SAMMAMISH, WA 98075 | | Claim Number: 945<br>Claim Date: 04/15/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $168,857.07 UNLIQ | | |
| COVEY, NIEL A.<br>23314 SE 13 CT<br>SAMMAMISH, WA 98075 | | Claim Number: 7172<br>Claim Date: 03/29/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $461,000.00 UNLIQ | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

COWEN, JAMES D.
3851 OLD WEAVER TRAIL
CREEDMOOR, NC 27522

Claim Number: 3036
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $75,692.31 | Scheduled: | $75,692.31 |

COWIE, GRAEME
10235 S. KLEINBROOK WAY
HIGHLANDS RANCH, CO 80126

Claim Number: 80
Claim Date: 01/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,069.40 |

COWIE, GRAEME
10235 S. KLEINBROOK WAY
HIGHLANDS RANCH, CO 80126

Claim Number: 81
Claim Date: 01/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $6,271.45 |
| UNSECURED | Claimed: | $21,051.05 | Scheduled: | $14,767.11 |

COX BUSINESS
ATTN: TISHA WILES
401 N 117TH ST
OMAHA, NE 68154

Claim Number: 382
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $103.51 |

COX COMMUNICATIONS, INC.
C/O WARGO & FRENCH, LLP
WINDY HILLMAN
1170 PEACHTREE STREET, SUITE 2020
ATLANTA, GA 30309

Claim Number: 4642
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,977,892.36 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| COX, JEFFREY<br>45 WEST PINE STREET<br>AUBURNDALE, MA 02466 | Claim Number: 7364<br>Claim Date: 07/29/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 2910 | |

| PRIORITY | Claimed: | $56,690.00 |
|---|---|---|

| | | |
|---|---|---|
| COZART, STEVEN<br>P O BOX 830058<br>RICHARDSON, TX 75083 | Claim Number: 6797<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $219,336.78 |
|---|---|---|

| | | |
|---|---|---|
| COZART, WILLIAM DAVID<br>108 COMBS COURT<br>WENDELL, NC 27591 | Claim Number: 7378<br>Claim Date: 08/09/2010<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $43,159.54 |
|---|---|---|

| | | |
|---|---|---|
| COZYN, MARTIN A.<br>2104 COUNTRY HILL LN<br>LOS ANGELES, CA 900496822 | Claim Number: 405<br>Claim Date: 02/25/2009<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $996,372.40 | Scheduled: | $168,346.20 |

| | | |
|---|---|---|
| CRAIG, J A<br>111 ECHO DRIVE<br>APT 502<br>OTTAWA, K1S5K8<br>CANADA | Claim Number: 4308<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $946,457.21 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| CRAMER, CARL<br>106 PITCHSTONE CV<br>GEORGETOWN, TX 786286939 | | Claim Number: 1838<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $72,820.36 |
| CRAMER, CARL R<br>106 PITCHSTONE CV<br>GEORGETOWN, TX 786286939 | | Claim Number: 1840<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| PRIORITY | Claimed: | $72,820.36 |
| CRAMER, CARL R.<br>106 PITCH STONE COVE<br>GEORGETOWN, TX 78628 | | Claim Number: 1839<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $72,820.36 |
| CRAMER, CARL R.<br>106 PITCH STONE COVE<br>GEORGETOWN, TX 78628 | | Claim Number: 1841<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $72,820.36 |
| CRANE, MICHAEL<br>2821 CRESTSCENE TRAIL<br>RALEIGH, NC 27603 | | Claim Number: 7600<br>Claim Date: 02/10/2011<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $9,829.86 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| CRAWFORD, BLAKE | Claim Number: 7039 |
| 1231 RIDGEWAY DR. | Claim Date: 01/29/2010 |
| RICHARDSON, TX 75080 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $32,210.74 |

---

| CREAMER, BOYCE HARRY, JR. | Claim Number: 1175 |
| 27 GATE 11 | Claim Date: 05/15/2009 |
| CALABASH, NC 284672621 | Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $81,268.35 |

---

| CREDITOR LIQUIDITY, L.P. | Claim Number: 1140 |
| TRANSFEROR: APTO SOLUTIONS INC | Claim Date: 05/11/2009 |
| 200 BUSINESS PARK DRIVE, STE 200 | Debtor: NORTEL NETWORKS INC. |
| ARMONK, NY 10504 | Comments: EXPUNGED |
| | DOCKET: 4163 (10/14/2010) |

| SECURED | Claimed: | $1,264.00 |

---

| CRISLER, CHARLA | Claim Number: 434 |
| 3 WOODY CREST CIRCLE | Claim Date: 03/02/2009 |
| FAIRVIEW, TX 75069 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2324 (01/21/2010) |

| PRIORITY | Claimed: | $341,333.87 |

---

| CRISLER, CHARLA | Claim Number: 4071 |
| #3 WOODY CREST CIRCLE | Claim Date: 09/28/2009 |
| FAIRVIEW, TX 75069 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | Amends claim 434. |

| PRIORITY | Claimed: | $341,334.90 | | |
| UNSECURED | | | Scheduled: | $341,334.90 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| CRITICAL POWER RESOURCE LLC<br>5868 FARINGDON PL #A<br>RALEIGH, NC 276093931 | Claim Number: 3457<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $495.16 | Scheduled: | $495.16 |
|---|---|---|---|---|

| CROCKER, JAMES G.<br>PARADIGM WORKS, INC.<br>300 BRICKSTONE SQUARE<br>SUITE 104<br>ANDOVER, MA 01810 | Claim Number: 765<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $273,500.00 |
|---|---|---|

| CROSS, MARY<br>P.O. BOX 24871<br>NASHVILLE, TN 37202-4871 | Claim Number: 5460<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $97,786.88 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| CROSSON, KEN<br>10605 EVERGREEN CHASE WAY<br>RALEIGH, NC 27613 | Claim Number: 4409<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $179,029.94 |
|---|---|---|

| CROUSE, CIMARRON<br>15 HIGHLAND RD<br>WESTPORT, CT 06880 | Claim Number: 3575<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $11,754.17 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

CROWELL & MORING LLP
C/O JAMES J. REGAN, ESQ.
1001 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20004-2595

Claim Number: 3490
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,033,082.11 | Scheduled: | $87,521.26 | |

CROWL, JOHN
10851 MASTIN DRIVE SUITE 800
OVERLAND PARK, KS 66210

Claim Number: 2841
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $59,770.91 | | | |
| UNSECURED | | | Scheduled: | $59,770.91 UNLIQ | |

CROWL, JOHN C.
13921 GARNETT ST
OVERLAND PARK, KS 66221

Claim Number: 2840
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $25,265.82 | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | |

CT LIEN SOLUTIONS
PO BOX 200824
HOUSTON, TX 77216

Claim Number: 518
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | | | |

CTS ELECTRONIC COMPONENTS, INC.
2375 CABOT DR
LISLE, IL 60532-3631

Claim Number: 998
Claim Date: 04/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8,185.00 | Scheduled: | $2,300.00 | Allowed: | $2,300.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| CULOTTI, PETER L. | Claim Number: 256 |
| 44225 BRISTOW CIRCLE | Claim Date: 02/11/2009 |
| ASHBURN, VA 20147 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $58,562.50 | | |
|---|---|---|---|---|

| CULVER, JOHN K. | Claim Number: 277 |
| 3007 BROWNSBORO VISTA DRIVE | Claim Date: 02/13/2009 |
| LOUISVILLE, KY 40242 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | | | Scheduled: | $7,484.28 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $38,476.14 | Scheduled: | $30,379.41 |

| CUMBERLAND COUNTY HOSPITAL SYSTEM | Claim Number: 5328 |
| PO BOX 788 | Claim Date: 09/30/2009 |
| FAYETTEVILLE, NC 28302 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 5089 (03/09/2011) |

| UNSECURED | Claimed: | $75,238.27 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| CUMBERLAND COUNTY HOSPITAL SYSTEM | Claim Number: 5950 |
| PO BOX 788 | Claim Date: 09/30/2009 |
| FAYETTEVILLE, NC 28302 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 3218 (06/24/2010) |

| UNSECURED | Claimed: | $75,238.27 |
|---|---|---|

| CUMBERLAND COUNTY HOSPITAL SYSTEM, INC. | Claim Number: 6041 |
| ATTN: LEGAL SERVICES | Claim Date: 09/30/2009 |
| PO BOX 2000 | Debtor: NORTEL NETWORKS INC. |
| FAYETTEVILLE, NC 28302 | Comments: EXPUNGED |
| | DOCKET: 3218 (06/24/2010) |

| ADMINISTRATIVE | Claimed: | $75,238.27 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| CUMBERLAND COUNTY HOSPITAL SYSTEM,INC<br>ATTN: LEGAL SERVICES<br>PO BOX 2000<br>FAYETTEVILLE, NC 28302 | Claim Number: 5327<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | |
| ADMINISTRATIVE          Claimed: | $75,238.27 | |
| CUMMING, CARMAN DANIEL (DAN)<br>407 MISTY MEADOW DR.<br>ALLEN, TX 75013 | Claim Number: 813<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED             Claimed: | $75,246.63 | |
| CUMMINGS, CHAPPELLE<br>113 SANDERS DR<br>HUNTSVILLE, AL 35811 | Claim Number: 2019<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE          Claimed: | $12,963.20 | |
| CUMMINGS, JOSEPH<br>35 CRYSTAL PLACE<br>LEVITTOWN, PA 19057 | Claim Number: 3786<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE          Claimed: | $18,000.00 | |
| CURLEY, DONNA<br>216 RANGEWAY ROAD # 173<br>NORTH BILLERICA, MA 01862 | Claim Number: 3004<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED             Claimed: | $48,750.91 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| CURMON, JACQUELYN N<br>7584 SILVER VIEW LANE<br>RALEIGH, NC 27613 | Claim Number: 6044<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $2,128.60 | Scheduled: | $2,128.60 |
| UNSECURED | Claimed: | $24,456.20 | Scheduled: | $24,456.20 |

| CURMON, JACQUELYN N<br>7584 SILVER VIEW LANE<br>RALEIGH, NC 27613 | Claim Number: 6045<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| CURRLIN, GEORGE<br>37 PINE RIDGE DRIVE<br>SMITHTOWN, NY 11787 | Claim Number: 7177<br>Claim Date: 03/29/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $13,074.52 |

| CURTIS STRAUSS LLC<br>527 GREAT ROAD<br>LITTLETON, MA 01460-1208 | Claim Number: 6887<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $42,067.50 | Scheduled: | $42,067.50 |

| CURTIS, CHRIS L.<br>4113 ENGLISH IVY DR.<br>MCKINNEY, TX 75070 | Claim Number: 1062<br>Claim Date: 04/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $11,216.66 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| CURTIS, DENNIS<br>13501 E 92ND ST. N<br>OWASSO, OK 74055 | Claim Number: 4090<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $39,946.44 | Scheduled: | $39,946.44 |
|---|---|---|---|---|

---

| CUYAHOGA COUNTY TREASURER<br>1219 ONTARIO ST., ROOM 112<br>CLEVELAND, OH 44113-1697 | Claim Number: 6645<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
|---|---|

| PRIORITY | Claimed: | $0.00  UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

---

| CVJETKOVIC, MAURICIO<br>19701 E COUNTRY CLUB DR #5<br>106<br>AVENTURA, FL 33180 | Claim Number: 2802<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $19,073.10 | Scheduled: | $19,073.10 UNLIQ |
|---|---|---|---|---|

---

| D SCOTT HEMINGWAY<br>HEMINGWAY & HANSEN LLP<br>BANK ONE CENTER SUITE 2500<br>DALLAS, TX 75201 | Claim Number: 2240<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
|---|---|

| UNSECURED | Claimed: | $37,077.68 |
|---|---|---|

---

| D'AMICO, SUSAN BETH<br>101 BIRCH GLEN CT.<br>CARY, NC 27513 | Claim Number: 4120<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

D'AMOUR, BARRY
1001 KELTON COTTAGE WAY
MORRISVILLE, NC 27560

Claim Number: 2927
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $340,273.83 | Scheduled: | $340,273.83 UNLIQ |
|---|---|---|---|---|

D'AMOUR, BARRY L
1001 KELTON COTTAGE WAY
MORRISVILLE, NC 27560

Claim Number: 5330
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $484,713.94 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

D'SOUZA, RUSSEL
425 GRANT AVE.
APT 32
PALO ALTO, CA 94306

Claim Number: 6134
Claim Date: 11/16/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $11,948.67 |
|---|---|---|

DABIR, GEETHA
20590 MANOR DR
SARATOGA, CA 95070

Claim Number: 2769
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $1,519.54 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,675.00 | Scheduled: | $1,519.54 UNLIQ |

DABRAL, AJAY
7009 CLOVERHAVEN WAY
PLANO, TX 75074

Claim Number: 102
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $20,249.09 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| DABRAL, AJAY<br>7009 CLOVERHAVEN WAY<br>PLANO, TX 75074 | Claim Number: 283<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $23,624.00 |
|---|---|---|

| DACA 2010L, LP<br>TRANSFEROR: FDR FORENSIC DATA RECOVERY<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 2397<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011)<br>CLAIM AMOUNT IS 40,483.57 CANADIAN |
|---|---|

| UNSECURED | Claimed: | $32,394.95 |
|---|---|---|

| DACA 2010L, LP<br>TRANSFEROR: NEXTHOP TECHNOLOGIES INC<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 6643<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $19,675.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| DAGG, DAVID A. - PATENT ATTORNE<br>44 CHAPIN RD<br>NEWTON CENTRE, MA 02459 | Claim Number: 5376<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $7,709.00 | Scheduled: | $1,500.00 |
|---|---|---|---|---|

| DAHAN, BARUK<br>6 CHURCH MOUNT<br>LONDON, N2-0RP<br>UK | Claim Number: 3345<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $250,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| DAHAN, BARUK | Claim Number: 3346 |
| 6 CHURCH MOUNT | Claim Date: 09/21/2009 |
| HAMPSTEAD GARDEN SUBURB | Debtor: NORTEL NETWORKS INC. |
| LONDON, N2ORP | |
| UNITED KINGDOM | |

| UNSECURED | Claimed: | $250,000.00 | Scheduled: | $0.00 UNLIQ |

---

| DAI, DIANA | Claim Number: 3024 |
| 2604 LOFTSMOOR LN | Claim Date: 09/15/2009 |
| PLANO, TX 75025 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $9,306.00 |

---

| DALEY, JANE E. | Claim Number: 1465 |
| 7717 E. SOARING EAGLE WAY | Claim Date: 07/06/2009 |
| SCOTTSDALE, AZ 85266 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $9,911.01 |

---

| DALEY, JANE E. | Claim Number: 1484 |
| 7717 E. SOARING EAGLE WAY | Claim Date: 07/06/2009 |
| SCOTTSDALE, AZ 85266 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $41,420.82 |

---

| DALLAS COUNTY | Claim Number: 122 |
| ELIZABETH WELLER | Claim Date: 02/02/2009 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Debtor: NORTEL NETWORKS INC. |
| 2323 BRYAN STREET SUITE 1600 | Comments: EXPUNGED |
| DALLAS, TX 75201 | DOCKET: 2563 (02/26/2010) |

| SECURED | Claimed: | $1,824,444.38 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 509<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3592 (07/14/2010) | | | |
| SECURED | Claimed: | $1,412,298.36   UNLIQ | | | |
| DALTON, JENNIFER<br>7270 MAXWELL RD<br>SODUS, NY 14551-9352 | | Claim Number: 3737<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $10,800.00 | | | |
| DANE, EUGENE<br>1505 ELM ST<br>#1101<br>DALLAS, TX 75201 | | Claim Number: 6221<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $75,073.58 | | | |
| DANFORTH, JEFFREY H<br>25132 FORTITUDE TER<br>CHANTILLY, VA 201526052 | | Claim Number: 4036<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $48,719.27 | Scheduled:<br>Scheduled: | $6,779.28<br>$28,618.69 | |
| DANG, HUNG<br>1410 NORMANDY LANE<br>ALLEN, TX 75002 | | Claim Number: 2369<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $31,555.74 | Scheduled: | $31,555.74 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

DANIEL, BOBBY
2045 ENGLEWOOD DR.
APEX, NC 27539

Claim Number: 224
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $3,994.72 |
| UNSECURED | Claimed: | $60,888.64 |

---

DANIEL, BOBBY
2045 ENGLEWOOD DR.
APEX, NC 27539

Claim Number: 225
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $3,805.54 |

---

DANIEL, RICHARD
P.O. BOX 4276
CARY, NC 27519

Claim Number: 27
Claim Date: 01/22/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $44,700.24 |

---

DANIEL, RICHARD A.
P.O. BOX 4276
CARY, NC 27519

Claim Number: 31
Claim Date: 01/23/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $9,017.48 |

---

DANIELS, TANYA
2676 BERMAN ROAD
NORTH AURORA, IL 60542

Claim Number: 2821
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| DAO, TUYEN T.<br>6545 WESTWAY DR<br>THE COLONY, TX 75056 | | Claim Number: 4348<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |

---

| ADMINISTRATIVE | Claimed: | $20,032.22 | | |

| DAO, TUYEN T.<br>6545 WESTWAY DR<br>THE COLONY, TX 75056 | | Claim Number: 4349<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |

---

| ADMINISTRATIVE | Claimed: | $46,586.56 | | |

| DARDEN, KAREN<br>2705 RIDGEVIEW LN<br>GARLAND, TX 75044 | | Claim Number: 119<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |

---

| UNSECURED | Claimed: | $20,977.44 | | |

| DARDEN, KAREN<br>2705 RIDGEVIEW LANE<br>GARLAND, TX 75044 | | Claim Number: 4054<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |

---

| PRIORITY | | | Scheduled: | $2,247.80 |
| UNSECURED | Claimed: | $34,191.79 | Scheduled: | $31,943.99 |

| DARTE, SUZANNE<br>3613 DOWNING CIR<br>DEER PARK, TX 77536 | | Claim Number: 2531<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. | | |

---

| UNSECURED | Claimed: | $35,495.36 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

DAS, JAYA V
11712 BROADFIELD CT.
RALEIGH, NC 27617

Claim Number: 7725
Claim Date: 05/02/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $20,002.51 | | |
|---|---|---|---|---|

DAS, PRABIR
6307 WIND RIDER WAY
COLUMBIA, MD 21045

Claim Number: 4366
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| UNSECURED | Claimed: | $195,571.50 | Scheduled: | $133,287.04 UNLIQ |
|---|---|---|---|---|
| TOTAL | Claimed: | $133,287.04 | | |

DAS, PRABIR
6307 WIND RIDER WAY
COLUMBIA, MD 21045

Claim Number: 4367
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $195,571.50 | | |
|---|---|---|---|---|

DASILVA, MARIA IZABEL
200 LESLIE DR APT 601
HALLANDALE, FL 33009

Claim Number: 4019
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $5,463.81   UNLIQ | | |
|---|---|---|---|---|

DASSANI, JAGDISH D.
5317 WOOD VALLEY DRIVE
RALEIGH, NC 27613

Claim Number: 144
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $154,398.12 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| DATA CONNECTION LTD<br>BROOKER, D<br>100 CHURCH ST.<br>ENFIELD, EN2 6BQ<br>UNITED KINGDOM | Claim Number: 900<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | |

| UNSECURED | Claimed: | $30,000.00 |
|---|---|---|

| | | |
|---|---|---|
| DATA CONNECTION LTD<br>BROOKER, D<br>100 CHURCH ST.<br>ENFIELD, EN2 6BQ<br>UNITED KINGDOM | Claim Number: 902<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $11,250.00 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| DATA GROUP OF COMPANIES, THE<br>9195 TORBRAM ROAD<br>BRAMPTON, ON L6S 6H2<br>CANADA | Claim Number: 4347<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $1,339.84 | Scheduled: | $1,339.84 |
|---|---|---|---|---|

| | | |
|---|---|---|
| DATA GROUP OF COMPANIES, THE<br>80 AMBASSADOR DR<br>MISSISSAUGA, ON L5T 2Y9<br>CANADA | Claim Number: 4387<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | |

| ADMINISTRATIVE | Claimed: | $3,602.22 |
|---|---|---|

| | | |
|---|---|---|
| DATA GROUP OF COMPANIES, THE<br>80 AMBASSADOR DR<br>MISSISSAUGA, ON L5T 2Y9<br>CANADA | Claim Number: 4388<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | |

| ADMINISTRATIVE | Claimed: | $1,339.84 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| DATA-COM TELECOMMUNICATIONS<br>354 ROUTE 206 SOUTH<br>FLANDERS, NJ 07836 | Claim Number: 172<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | | |
| UNSECURED          Claimed: | $9,687.50 | | | | |
| DATA-COM TELECOMMUNICATIONS<br>354 ROUTE 206 SOUTH<br>FLANDERS, NJ 07836 | Claim Number: 1456<br>Claim Date: 07/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | | | |
| UNSECURED          Claimed: | $9,687.50 | | | Allowed: | $8,687.50 |
| DAUTENHAHN, DAVID<br>13913 HAYES<br>OVERLAND PARK, KS 66221 | Claim Number: 665<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| PRIORITY          Claimed: | $780,116.59 | | | | |
| DAVIES, GORDON ALLAN<br>1039 CEDAR ROAD BLVD<br>OAKVILLE, ON L6J 2C2<br>CANADA | Claim Number: 6286<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED          Claimed: | $0.00   UNDET | | | | |
| DAVIES, J.D.M<br>942 BEST CIRCLE<br>NEW MARKET, ON L3X 2K9<br>CANADA | Claim Number: 4744<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED          Claimed: | $93,199.08 | Scheduled: | $93,199.08 UNLIQ | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

DAVIES, J.D.M
942 BEST CIRCLE
NEW MARKET, ON L3X 2K9
CANADA

Claim Number: 4745
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $547,290.30 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

DAVILA, PRISCILLA C.
2302 TUCKER ROAD
HARLINGEN, TX 78552

Claim Number: 7524
Claim Date: 12/20/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $25,076.93 | | |
|---|---|---|---|---|

DAVIS, ANDREA
7003 CHARDONAY CT
SMYRNA, TN 37167

Claim Number: 7577
Claim Date: 01/24/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,455.05 UNLIQ | | |

DAVIS, BRIAN P
101 ATLANTIC AVE
SPRING LAKE, NJ 07762

Claim Number: 4842
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,463,331.43 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

DAVIS, BRIAN P
101 ATLANTIC AVE
SPRING LAKE, NJ 07762

Claim Number: 4843
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,413,331.43 | | |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| DAVIS, JAMES | | Claim Number: 4763 | | |
|---|---|---|---|---|
| 1213 BALMIRAL DR | | Claim Date: 09/29/2009 | | |
| CARY, NC 27511 | | Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $28,486.14 | Scheduled: | $28,486.14 |
|---|---|---|---|---|

| DAVIS, JOYCE G. | | Claim Number: 53 | | |
|---|---|---|---|---|
| 501 ORCHID LIGHTS CT | | Claim Date: 01/26/2009 | | |
| GRIFFIN, GA 302237264 | | Debtor: NORTEL NETWORKS INC. | | |

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $26,231.34 | | |

| DAVIS, MARK | | Claim Number: 5497 | | |
|---|---|---|---|---|
| 4760 HAMPTONS DR | | Claim Date: 09/30/2009 | | |
| ALPHARETTA, GA 30004 | | Debtor: NORTEL NETWORKS INC. | | |

| PRIORITY | Claimed: | $649.61  UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $649.61  UNLIQ |

| DAVIS, PATRICK | | Claim Number: 3869 | | |
|---|---|---|---|---|
| 4010 EAST CHAPEL HILL- NELSON HWY. | | Claim Date: 09/25/2009 | | |
| RESEARCH TRIANGLE PARK, NC 27709 | | Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $92,606.28 | Scheduled: | $78,383.83  UNLIQ |
|---|---|---|---|---|

| DAVIS, RAYMOND A. | | Claim Number: 1368 | | |
|---|---|---|---|---|
| 15 SKYLARK COURT | | Claim Date: 06/15/2009 | | |
| NEW BRITAIN, CT 06053 | | Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $106,500.00 | | |
|---|---|---|---|---|

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

DAVIS, ROBERT
1032 FEDERAL HOUSE AVE
WAKE FOREST, NC 24587

Claim Number: 1700
Claim Date: 08/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $82,024.00 |

---

DAVISON, JANE C
138 STELLA CT.
MORRISVILLE, NC 27560

Claim Number: 7317
Claim Date: 06/29/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00  UNLIQ |
| UNSECURED | Claimed: | $72,514.00  UNLIQ |

---

DAVY, ERRINGTON
1501 NW 108 AVE APT 329
PLANTATION, FL 33322

Claim Number: 4794
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLE DUPLICATE OF 7513

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $32,586.55 | | |
| UNSECURED | | | Scheduled: | $32,586.55  UNLIQ |

---

DAVY, ERRINGTON
1501 NW 108 AVE APT 329
PLANTATION, FL 33322

Claim Number: 4795
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLE DUPLICATE OF 7514

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $195,866.90 | Scheduled: | $192,545.43  UNLIQ |

---

DAWBER, CHRISTOPHER
BRIAN ANDERSON, CORPORATE ATTORNEY
BELDEN, INC.
7733 FORSYTH BOULEVARD, SUITE 800
SAINT LOUIS, MO 63105

Claim Number: 3536
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 1370

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $6,494.22 |

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| DAWDA, KIRIT D<br>173 FAIRMEADOW WAY<br>MILPITAS, CA 95035 | | Claim Number: 5048<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $6,262.92 | Scheduled: | $6,262.97 | | |
| UNSECURED | Claimed: | $12,165.08 | Scheduled: | $12,167.37 | | |

| DAY, BEVERLY S.<br>54 FLAT RIVER CHURCH RD.<br>ROXBORO, NC 27574 | | Claim Number: 3115<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $7,553.80 | Scheduled: | $7,553.80 | | |
| UNSECURED | Claimed: | $22,987.76 | Scheduled: | $22,987.76 | | |

| DC TECHNOLOGY, INC.<br>PO BOX 240994<br>CHARLOTTE, NC 28224 | | Claim Number: 106<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $37,671.18 | Scheduled: | $37,457.00 | Allowed: | $37,457.00 |

| DE ALMEIDA, HYACINTH G.<br>1428 WESTMONT DR<br>ALLEN, TX 75013 | | Claim Number: 7703<br>Claim Date: 04/14/2011<br>Debtor: NORTEL NETWORKS INC. | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | | |
| UNSECURED | Claimed: | $102,699.00 | | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| DE ALMEIDA, HYACINTH G.<br>1428 WESTMONT DR<br>ALLEN, TX 75013 | | Claim Number: 7704<br>Claim Date: 04/14/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $300,000.00   UNLIQ |

---

| DE LOS ANGELES<br>867 BLOSSOM DR<br>SANTA CLARA, CA 95050 | | Claim Number: 3169<br>Claim Date: 09/19/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| DEALMEIDA, HYACINTH<br>1428 WESTMONT DR<br>ALLEN, TX 75013 | | Claim Number: 7663<br>Claim Date: 03/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7670<br>Amends claim 7670 |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $107,942.00 |

---

| DEALMEIDA, HYACINTH<br>1428 WESTMONT DR<br>ALLEN, TX 75013 | | Claim Number: 7670<br>Claim Date: 03/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 0 |
|---|---|---|
| UNSECURED | Claimed: | $1,000,000.00   UNLIQ |

---

| DEAN, BILL<br>9090 BARON WAY<br>SALINE, MI 48176 | | Claim Number: 2608<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| DEAN, WILLIAM<br>6516 ELKHURST DRIVE<br>PLANO, TX 75023 | | Claim Number: 3015<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $16,859.92 | | |
| DEBOER, DONALD<br>1701 LANDON LN<br>MCKINNEY, TX 75071-7662 | | Claim Number: 3113<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $45,889.16 | | |
| DEBORD, DENNIS<br>13000 BELLFORD CT<br>RALEIGH, NC 27614 | | Claim Number: 2868<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $60,000.00 | | |
| DEBRUN, THOMAS E<br>516 PARISHGATE CIR<br>FUQUAY-VARINA, NC 27526 | | Claim Number: 3619<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $129,717.73 | Scheduled: | $0.00 UNLIQ |
| DECKER, JAMES D III<br>2332 INVERNESS CIRCLE<br>JAMISON, PA 18929 | | Claim Number: 42<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $192,684.78 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | | | |
|---|---|---|---|---|
| DECKER, STEVEN
6608 MISSION RIDGE
MCKINNEY, TX 75071 | | Claim Number: 7196
Claim Date: 04/09/2010
Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $57,427.97 | | |
|---|---|---|---|---|
| DEES COMMUNICATIONS CORPORATION
1800 NE 44TH ST STE 240
RENTON, WA 98056-1697 | | Claim Number: 781
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $5,972.80 | Scheduled: | $5,972.80 |
|---|---|---|---|---|
| DEGREE CONTROLS, INC
18 MEADOWBROOK DRIVE
MILFORD, NH 03055 | | Claim Number: 153
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $3,735.00 | Scheduled: | $3,735.00 |
|---|---|---|---|---|
| DEL PRIORE, ROBERT P
10110 AVENT RIDGE DR.
COLLIERVILLE, TN 38017 | | Claim Number: 3651
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $87,727.47 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|
| DELISSIO, ANTHONY
15 GRACE DRIVE
OLD BRIDGE, NJ 08857 | | Claim Number: 4023
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010) | | |

| ADMINISTRATIVE | Claimed: | $28,807.12 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | |
|---|---|---|---|
| DELL MARKETING, L.P.<br>811 BARTON SPRINGS RD STE 811<br>AUSTIN, TX 78704-1166 | | Claim Number: 834<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE | Claimed: | $32,343.17 | |
| UNSECURED | Claimed: | $89,950.53 | |
| DELL MARKETING, L.P.<br>811 BARTON SPRINGS RD STE 811<br>AUSTIN, TX 78704-1166 | | Claim Number: 899<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
| PRIORITY | Claimed: | $32,343.17 | |
| UNSECURED | Claimed: | $89,950.53 | |
| DELL MARKETING, L.P.<br>811 BARTON SPRINGS RD STE 811<br>AUSTIN, TX 78704-1166 | | Claim Number: 1583<br>Claim Date: 07/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 899. | |
| ADMINISTRATIVE | Claimed: | $11,684.54 | |
| UNSECURED | Claimed: | $86,874.35 | |
| DELLER, JILL J.<br>2303 LAKESIDE DRIVE<br>ARLINGTON, TX 76013 | | Claim Number: 260<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | |
| PRIORITY | Claimed: | $2,674.00 | |
| SECURED | Claimed: | $44,594.00 | |
| TOTAL | Claimed: | $44,594.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| DELOITTE & TOUCHE LLP<br>2200 ROSS AVE., SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 975<br>Claim Date: 04/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 1793 (10/30/2009) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,478.00 | | |

---

| DELORENZI, ALBERT<br>4412 CREEKMEADOW DR<br>DALLAS, TX 752876809 | Claim Number: 5913<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $614,141.68 | Scheduled: | $0.00 UNLIQ |

---

| DELTA ENERGY SYSTEMS (SWEDEN) AB<br>BOX 3096<br>VAXJO, SE-350 33<br>SWEDEN | Claim Number: 1434<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,136.00 | | |

---

| DELTA NETWORKS INC.<br>DELTA PRODUCTS CORP. FREMONT OFFICE<br>YAO CHOU/SENIOR VICE PRESIDENT<br>4405 CUSHING PARKWAY<br>FREMONT, CA 94538 | Claim Number: 1035<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,227.28 | | |

---

| DELTA NETWORKS INC.<br>DELTA PRODUCTS CORP. FREMONT OFFICE<br>YAO CHOU/SENIOR VICE PRESIDENT<br>4405 CUSHING PARKWAY<br>FREMONT, CA 94538 | Claim Number: 1065<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,227.28 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| DELTA NETWORKS INTERNATIONAL LTD-MACAO COMMERCIAL OFFSHORE - VICTOR CHENG/PRES. FLAT Q, 17/F., EDIFICIO CENTRO COM. CHENG FENG, 336-342 ALAMEDA DR. CARLOS D'ASSUMPCAO, MACAO | Claim Number: 269 Claim Date: 02/13/2009 Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $28,512.40 | |
| DELTA NETWORKS, INC. VICTOR CHENG / PRESIDENT 186 RUEY KUANG ROAD NEIHU TAIPEI, 11491 TAIWAN, R.O.C. | Claim Number: 270 Claim Date: 02/13/2009 Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $52,993.76 | |
| DELTA PRODUCTS CORP 4405 CUSHING PARKWAY FREMONT, CA 94538-6475 | Claim Number: 5457 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $21,680.00 | |
| DELTA PRODUCTS CORP ATTN: CHARLENE TING 4405 CUSHING PARKWAY FREMONT, CA 94538 | Claim Number: 5458 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 5089 (03/09/2011) | |
| ADMINISTRATIVE          Claimed: | $21,680.00 | |
| DELUCCA, JAMES 7700 SWEETGATE LN DENTON, TX 76208-7631 | Claim Number: 4037 Claim Date: 09/28/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE          Claimed: | $26,289.31 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

DELUCCA, JAMES
7700 SWEETGATE LANE
DENTON, TX 76208

Claim Number: 4044
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $26,289.31 | |

---

DELZER, MARCI
5016 VILLAGE LAWN DR
RALEIGH, NC 27613

Claim Number: 7470
Claim Date: 10/19/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
| UNSECURED | Claimed: | $26,550.00 | UNLIQ |

---

DEMANTY, JOY
428 AVENIDA ABETOS
SAN JOSE, CA 95123

Claim Number: 1712
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $46,689.32 |

---

DEMANTY, JOY
428 AVENIDA ABETOS
SAN JOSE, CA 95123

Claim Number: 1713
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $46,689.32 |

---

DEMEL, ERNEST
SOUTH BROOKLYN LEGAL SERVICES
ATTN: GARY STONE
105 COURT STREET, 3RD FLOOR
BROOKLYN, NY 11201

Claim Number: 4643
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4160 (10/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,924,557.70 | Allowed: | $125,000.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

DENEEN, JEFFREY
7514 KINGS MOUNTAIN RD
VESTAVIA HLS, AL 352422593

Claim Number: 361
Claim Date: 02/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $117,879.12 | | |
|---|---|---|---|---|

DENEEN, JEFFREY
7514 KINGS MOUNTAIN RD
VESTAVIA HLS, AL 35242-2593

Claim Number: 1961
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $101,041.28 | Scheduled: | $101,041.28 |
|---|---|---|---|---|

DENEEN, JEFFREY
7514 KINGS MOUNTAIN RD
VESTAVIA HLS, AL 35242-2593

Claim Number: 1962
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $18,114.86 UNLIQ |
|---|---|---|---|---|

DENEEN, JEFFREY
7514 KINGS MOUNTAIN RD
VESTAVIA HLS, AL 35242-2593

Claim Number: 1963
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $101,041.28 | | |
|---|---|---|---|---|

DENEEN, JEFFREY
7514 KINGS MOUNTAIN RD
VESTAVIA HLS, AL 35242-2593

Claim Number: 1964
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $18,114.86 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| DENG, HUI<br>1820 RICE CT.<br>ALLEN, TX 75013 | | | Claim Number: 351<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|---|

| PRIORITY | Claimed: | $11,021.89 | Scheduled: | $1,975.03 |
| UNSECURED | | | Scheduled: | $9,046.86 |

| DENNING, LINDA<br>6 CROSSWINDS EST DR<br>PITTSBORO, NC 27312 | | | Claim Number: 4647<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|---|

| UNSECURED | Claimed: | $74,034.84 |
|---|---|---|

| DENT, ANDREW<br>5033 NW 121 DR<br>CORAL SPRINGS, FL 33076 | | | Claim Number: 7355<br>Claim Date: 07/26/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|---|

| UNSECURED | Claimed: | $85,334.51 |
|---|---|---|

| DEPARTMENT OF REVENUE<br>STATE OF MISSOURI<br>BOX 475<br>JEFFERSON CITY, MO 65105 | | | Claim Number: 751<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|---|

| PRIORITY | Claimed: | $1,386.96 |
| UNSECURED | Claimed: | $22,788.67 |

| DEPARTMENT OF THE TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | | Claim Number: 250<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2322 (01/21/2010) |
|---|---|---|---|

| PRIORITY | Claimed: | $15,032,552.67 | UNDET |
| UNSECURED | Claimed: | $10,000.00 | UNDET |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Claim Number: 1226
Claim Date: 05/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2322 (01/21/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $35,000.00 | |
| UNSECURED | Claimed: | $136,918.00 | |

---

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Claim Number: 1935
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2322 (01/21/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,967,386,218.82 | |
| UNSECURED | Claimed: | $49,264,612.00 | |

---

DEPEW, BRUCE
516 NANTAHALA DR
DURHAM, NC 27713

Claim Number: 2633
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,051.10 | Scheduled: | $7,051.10 |
| UNSECURED | Claimed: | $20,591.95 | Scheduled: | $20,591.95 |

---

DEROSAS, RAMON
146 TRAINCROFT NW
MEDFORD, MA 02155

Claim Number: 996
Claim Date: 04/22/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,601.40 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

DERRY, LEE
1144 GILBERT
DOWNERS GROVE, IL 60515

Claim Number: 3904
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $10,779.85 | | |
|---|---|---|---|---|

DERRY, LEE
1144 GILBERT
DOWNERS GROVE, IL 60515

Claim Number: 3905
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $10,779.85 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

DEVLIN, TERENCE
790 REGISTRY LANE
ATLANTA, GA 30342

Claim Number: 3429
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $5,573.95 | | |
|---|---|---|---|---|

DEWART, JOHN
17 BYRSONIMA CT
SOUTH
HOMOSASSA, FL 34446

Claim Number: 3210
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $507,285.00 | | |

DHOKIA, ANILA
10613 RIVER FOREST DRIVE
RALEIGH, NC 27614

Claim Number: 4607
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $56,748.42 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | |
|---|---|---|
| DHONDT, LUC<br>GROENSTRAAT 11<br>9820 MERELBEKE,<br>BELGIUM | | Claim Number: 1331<br>Claim Date: 06/11/2009<br>Debtor: NORTEL NETWORKS INC. |

PRIORITY          Claimed:          $120,858.71

---

| | | |
|---|---|---|
| DHONDT, LUC<br>GROENSTRAAT 11<br>9820 MERELBEKE,<br>BELGIUM | | Claim Number: 5932<br>Claim Date: 10/08/2009<br>Debtor: NORTEL NETWORKS INC. |

UNSECURED          Claimed:          $61,538.10

---

DIAMOND, JEFF
6517 25TH AVE NE, UNIT #D
SEATTLE, WA 98115

Claim Number: 5424
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY          Claimed:          $2,910.35

---

DIBURRO, LAWRENCE
9 GLENWOOD CIRCLE
HAVERHILL, MA 01830

Claim Number: 3185
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

ADMINISTRATIVE          Claimed:          $80,632.00

---

DIBURRO, LAWRENCE
600 TECHNOLOGY PARK
BILLERICA, MA 01821

Claim Number: 3186
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $80,632.00          Scheduled:          $61,509.18 UNLIQ

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| DIETZ, JEFFREY B.<br>10 ORCHARD PARK DRIVE<br>READING, MA 01867 | Claim Number: 1541<br>Claim Date: 07/15/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $24,653.50 |
|---|---|---|

| DIGI KEY CORP<br>701 BROOKS AVENUE SOUTH<br>THIEF RIVER FALLS, MN 56701-0677 | Claim Number: 2376<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $580.72 | Scheduled: | $4,011.09 |
|---|---|---|---|---|

| DIGI-KEY CORPORATION<br>PO BOX 677<br>THIEF RIVER FALLS, MN 56701 | Claim Number: 2377<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4758 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $703.52 |
|---|---|---|

| DIGICOM, INC<br>829 TOWLSTON RD<br>MC LEAN, VA 22102 | Claim Number: 261<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $8,703.98 |
|---|---|---|

| DIGIKEY<br>DIGI KEY CORP<br>PO BOX 250<br>THIEF RIVER FALLS, MN 56701-0250 | Claim Number: 2378<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $5,201.44 | Allowed: | $1,816.43 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

DIMILLO, LYNETTE
1919 BALTIMORE DR.
ALLEN, TX 75002

Claim Number: 1609
Claim Date: 07/27/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $40,865.00 |
| --- | --- | --- |

DINH, HA K.
517 WYOMING DR
MURPHY, TX 75094

Claim Number: 983
Claim Date: 04/20/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $27,542.31 |
| --- | --- | --- |

DISANTO, DONALD A.
3017 REEVES RD
WILLOUGHBY, OH 44094

Claim Number: 7063
Claim Date: 02/01/2010
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 5846. Claim is for 10,304.40 per year priority.

---

| PRIORITY | Claimed: | $0.00 |
| --- | --- | --- |

DISNEY, JESSICA
1032 SOUZA DRIVE
EL DORADO HILLS, CA 95762

Claim Number: 2235
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| --- | --- | --- |

DJOKO, SURNJANI
5411 LINCOLNSHIRE DR.
RICHARDSON, TX 75082

Claim Number: 1246
Claim Date: 05/26/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $10,950.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $17,415.62 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

DLA PIPER LLP (US)
C/O RICHARD M KREMEN
THE MARBURY BUILDING
6225 SMITH AVENUE
BALTIMORE, MD 21209-3600

Claim Number: 3468
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $14,463.14 | | |
|-----------|----------|------------|--|--|

DOAN, THUY
10709 SPYGLASS HILL
ROWLETT, TX 75089

Claim Number: 6069
Claim Date: 10/29/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $45,073.49 |
|----------|----------|------------|
| UNSECURED | Claimed: | $45,073.49 |
| TOTAL | Claimed: | $45,073.49 |

DOAN, VINCENT T.
2805 WALES CT
GRAND PRAIRIE, TX 75052

Claim Number: 3861
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $7,237.20 | Scheduled: | $7,237.20 |
|----------|----------|-----------|------------|-----------|
| UNSECURED | Claimed: | $2,410.99 | Scheduled: | $2,410.99 |

DOBYNS, NORMAN
PO BOX 47
WEEMS, VA 22576

Claim Number: 2457
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $85,269.00  UNLIQ |
|-----------|----------|--------------|------------|-------------------|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

DOBYNS, NORMAN L.
PO BOX 47
WEEMS, VA 22576

Claim Number: 823
Claim Date: 04/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

DOBYNS, NORMAN L.
PO BOX 47
WEEMS, VA 22576

Claim Number: 2458
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

DOBYNS, NORMAN L.
PO BOX 47
WEEMS, VA 22576

Claim Number: 2459
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $85,269.00 |
|---|---|---|

DOBYNS, NORMAN L.
PO BOX 47
WEEMS, VA 22576

Claim Number: 2460
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $85,269.00 |
|---|---|---|

DOCULINK INTERNATIONAL INC
120 HERZBERG ROAD
OTTAWA, ON K2K-3B7
CANADA

Claim Number: 4650
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 5565 (06/02/2011)

| UNSECURED | Claimed: | $402,504.25 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| DOCULINK INTERNATIONAL INC. | Claim Number: 4518 |
| 120 HERZBERG RD | Claim Date: 09/29/2009 |
| OTTAWA, ON K2K 3B7 | Debtor: NORTEL NETWORKS INC. |
| CANADA | Comments: WITHDRAWN |
| | DOCKET: 5565 (06/02/2011) |

ADMINISTRATIVE          Claimed:          $21,885.57

---

| DOCULINK INTERNATIONAL INC. | Claim Number: 4784 |
| 120 HERZBERG RD | Claim Date: 09/29/2009 |
| OTTAWA, ON K2K 3B7 | Debtor: NORTEL NETWORKS INC. |
| CANADA | |

UNSECURED          Claimed:          $17,215.21

---

| DOCULINK INTERNATIONAL INC. | Claim Number: 4785 |
| 120 HERZBERG RD | Claim Date: 09/29/2009 |
| OTTAWA, ON K2K 3B7 | Debtor: NORTEL NETWORKS INC. |
| CANADA | |

UNSECURED          Claimed:          $7,299.29

---

| DOCULINK INTERNATIONAL INC. | Claim Number: 4786 |
| 120 HERZBERG RD | Claim Date: 09/29/2009 |
| OTTAWA, ON K2K 3B7 | Debtor: NORTEL NETWORKS INC. |
| CANADA | Comments: WITHDRAWN |
| | DOCKET: 5565 (06/02/2011) |

ADMINISTRATIVE          Claimed:          $7,291.79

---

| DOCULINK INTERNATIONAL INC. | Claim Number: 4787 |
| 120 HERZBERG RD | Claim Date: 09/29/2009 |
| OTTAWA, ON K2K 3B7 | Debtor: NORTEL NETWORKS INC. |
| CANADA | Comments: WITHDRAWN |
| | DOCKET: 5565 (06/02/2011) |

ADMINISTRATIVE          Claimed:          $3,644.87

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

DODD, ANNA
1310 CORELAND DR. APT 219
MADISON, TN 37115

Claim Number: 6162
Claim Date: 11/30/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $35,000.00 |
|---|---|---|

DODD, RANDY
14009 HAYES
OVERLAND PARK, KS 66221

Claim Number: 3
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $375,120.39 |
|---|---|---|

DOERK, MICHAEL
15922 WINDY MEADOW DR
DALLAS, TX 75248

Claim Number: 2763
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $50,008.88 | Scheduled: | $50,008.88 |
| TOTAL | Claimed: | $50,008.88 | | |

DOHNER, ROY F
33711 BRIGANTINE DR
MONARCH BEACH, CA 92629

Claim Number: 3424
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

DOHNER, ROY F
33711 BRIGANTINE DR
DANA POINT, CA 92629

Claim Number: 3426
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $181,904.93 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

DOMINO, ANTHONY
4124 STAGWOOD DRIVE
RALEIGH, NC 27613

Claim Number: 199
Claim Date: 02/06/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $7,214.24 |
| UNSECURED | Claimed: | $15,165.38 | Scheduled: | $21,139.59 |

DONDERO, A. MICHAEL
213 WASHINGTON ST.
LEOMINSTER, MA 01453

Claim Number: 1339
Claim Date: 06/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6124

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,439.71 |

DONDERO, A. MICHAEL
213 WASHINGTON ST.
LEOMINSTER, MA 01453

Claim Number: 1340
Claim Date: 06/12/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $18,665.98 |

DONNELLY, DANIEL
675 WOOD VALLEY TRACE
ROSWELL, GA 30076

Claim Number: 3397
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,544.08 |

DONNELLY, DORIS
1001 SUTERLAND RD
CARY, NC 27511

Claim Number: 6629
Claim Date: 01/08/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $100,363.90 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

DONOGHUE, ADRIAN
119 MOSSGROVE TRAIL
WILLOWDALE, ON M2L 2W4
CANADA

Claim Number: 2968
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

DONOGHUE, ADRIAN
119 MOSSGROVE TRAIL
WILLOWDALE, ON M2L2W4
CANADA

Claim Number: 2970
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $111,637.89 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

DONOGHUE, ADRIAN
119 MOSSGROVE TRAIL
WILLOWDALE, ON M2L 2W4
CANADA

Claim Number: 2971
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

DONOVAN, WILLIAM
4001 E. CHAPEL HILL-NELSON HWY
P.O. BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

Claim Number: 7075
Claim Date: 02/05/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $390,000.00 |
|---|---|---|

DOOLEY, KEVIN
6 LINDEN ST
CHELMSFORD, MA 01824

Claim Number: 7136
Claim Date: 03/08/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 3141

| UNSECURED | Claimed: | $34,708.08 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| DOOLEY, KEVIN WALTER<br>6 LINDEN ST<br>CHELMSFORD, MA 01824 | | Claim Number: 3142<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
|---|---|---|---|

---

| ADMINISTRATIVE | Claimed: | $34,708.08 | |
|---|---|---|---|

| DORR, ALAN M<br>2603 WOODSIDE CIRCLE<br>MCKINNEY, TX 75070 | | Claim Number: 1948<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|

---

| UNSECURED | Claimed: | $168,088.80 | |
|---|---|---|---|

| DORR, ALAN M.<br>2603 WOODSIDE CIRCLE<br>MCKINNEY, TX 75070 | | Claim Number: 1947<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
|---|---|---|---|

---

| ADMINISTRATIVE | Claimed: | $168,088.80 | |
|---|---|---|---|

| DOTY, MICHAEL<br>182 STARK LN.<br>SHERMAN, TX 75090 | | Claim Number: 7527<br>Claim Date: 12/20/2010<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|

---

| PRIORITY | Claimed: | $10,950.00   UNLIQ | |
|---|---|---|---|
| UNSECURED | Claimed: | $16,515.00   UNLIQ | |

| DOVER MASTER FUND II, L.P.<br>TRANSFEROR: ACS CABLE SYSTEMS, INC.<br>C/O LONGACRE MANAGEMENT, LLC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 6135<br>Claim Date: 11/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5087 (03/09/2011) | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $8,410,111.00   UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $1,750,000.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| DOWNER, J A HANSEN<br>119 GOODMAN DRIVE<br>KANATA, ON K2W IC7<br>CANADA | Claim Number: 2125<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNDET | |
|---|---|---|---|

---

| DOWNING, DAVID<br>PO BOX 13010<br>4001 E. CHAPEL HILL-NELSON HWY<br>RESEARCH TRIANGLE PARK, NC 27709-3010 | Claim Number: 4618<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| PRIORITY | Claimed: | $4,470.22 | |
|---|---|---|---|
| UNSECURED | | Scheduled: | $3,776.27  UNLIQ |

---

| DOWNING, DAVID<br>PO BOX 13010<br>4001 E. CHAPEL HILL-NELSON HWY<br>RESEARCH TRIANGLE PARK, NC 27709-3010 | Claim Number: 4619<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| PRIORITY | Claimed: | $24,543.21 | |
|---|---|---|---|
| UNSECURED | | Scheduled: | $19,417.55  UNLIQ |

---

| DOXEY, EVELYN N<br>741 GENERAL GEORGE PATTON RD<br>NASHVILLE, TN 37221 | Claim Number: 5454<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $103,451.93  CONT | |
|---|---|---|---|

---

| DOXEY, EVELYN N.<br>741 GENERAL GEORGE PATTON RD.<br>NASHVILLE, TN 37221 | Claim Number: 7402<br>Claim Date: 09/07/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $103,451.93 | |
|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| DOYLE, RICHARD F<br>531 FOX CHASE RD.<br>WIRTZ, VA 24184 | Claim Number: 2356<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |

UNSECURED          Claimed:          $1,998.58  UNLIQ          Scheduled:          $0.00  UNLIQ

---

| DRAKAGE, MARK<br>1321 APACHE LN<br>APEX, NC 27502 | Claim Number: 937<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. |

UNSECURED          Claimed:          $90,375.52

---

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 4547-05
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $4,359.43

---

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON CORPORATION
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 5633-05
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $158,486.38

---

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 5636-05
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $450,046.41

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 5638-05
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

ADMINISTRATIVE          Claimed:          $515,779.88

---

DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 4547-04
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $16,347.87

---

DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
TRANSFEROR: WISTRON CORPORATION
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 5633-04
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $594,323.92

---

DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 5636-04
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $1,687,674.03

---

DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 5638-04
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

ADMINISTRATIVE          Claimed:          $1,934,174.54

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| DTEL NETWORK SOLUTIONS INC<br>10-1642 EAST GEORGIA ST<br>VANCOUVER, BC V5L 2B2<br>CANADA | Claim Number: 2141<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $25,500.00 | | | | |
|---|---|---|---|---|---|---|

| DUARTE DESIGN INC<br>161 EAST EVELYN AVE<br>MOUNTAIN VIEW, CA 94041-1510 | Claim Number: 4389<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $141,833.00 | Scheduled: | $141,833.00 | | |
|---|---|---|---|---|---|---|

| DUESENBERG INVESTMENT COMPANY<br>LOCKBOX 8318, PO BOX 511318<br>LOS ANGELES, CA 90051-7873 | Claim Number: 4261<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $66,268.24 | Scheduled: | $0.00 UNLIQ | Allowed: | $44,996.58 |
|---|---|---|---|---|---|---|

| DUFFY, BRIAN J.<br>3613 WATERWAY BLVD<br>ISLE OF PALMS, SC 29451 | Claim Number: 239<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $9,847.32 | Scheduled: | $6,026.34 | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,923.66 | Scheduled: | $3,804.45 | | |

| DUKE ENERGY CAROLINAS<br>P.O. BOX 1006<br>EC03T<br>CHARLOTTE, NC 28201 | Claim Number: 185<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 211 (02/03/2009) |
|---|---|

| UNSECURED | Claimed: | $200,395.33 | | | | |
|---|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

DUKE REALTY OHIO
C/O DUKE REALTY CORPORATION
ATTN: LISA STARCEVICH
6133 N. RIVER ROAD, SUITE 200
ROSEMONT, IL 60018

Claim Number: 1488
Claim Date: 07/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $56,422.44 | | | Allowed: | $46,420.44 |
|---|---|---|---|---|---|---|

DUKE REALTY OHIO
C/O DUKE REALTY CORPORATION
ATTN: LISA STARCEVICH
6133 N. RIVER ROAD, SUITE 200
ROSEMONT, IL 60018

Claim Number: 1490
Claim Date: 07/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $52,415.34 |
|---|---|---|

---

DUN & BRADSTREET
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
PO BOX 5126
TIMONIUM, MD 21094

Claim Number: 505
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $152,895.18 | Scheduled: | $115,500.00 | Allowed: | $136,822.00 |
|---|---|---|---|---|---|---|

DUN & BRADSTREET
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
PO BOX 5126
TIMONIUM, MD 21094

Claim Number: 7406
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5782 (06/21/2011)
Amends claim 505

| PRIORITY | Claimed: | $131,477.97 |
|---|---|---|
| UNSECURED | Claimed: | $42,469.21 |

DUNN, MICHAEL H.
916 POINTVIEW CIRCLE
MOUNT JULIET, TN 37122

Claim Number: 2294
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| DUONG, ANDREW<br>300 11TH AVE APT 207<br>SEATTLE, WA 98122-5315 | | Claim Number: 218<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $21,829.25 |
| DUONG, ANDREW<br>506 STRETFORD LANE<br>ALLEN, TX 75002 | | Claim Number: 3102<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $15,625.15 |
| DUONG, ANDREW<br>506 STRETFORD LANE<br>ALLEN, TX 75002 | | Claim Number: 3103<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $21,829.25 |
| DUONG, SON K<br>383 SAN MARINO<br>IRVINE, CA 926140217 | | Claim Number: 3379<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>claim amount is 463.31/month |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| DURAMOULD PLASTICS INC.<br>1950 BOUNDARY RD<br>WHITBY, ON L1N 8P8<br>CANADA | | Claim Number: 3635<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| ADMINISTRATIVE | Claimed: | $73,000.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

DURHAM COUNTY TAX COLLECTOR
PO BOX 3397
DURHAM, NC 27702

Claim Number: 2093
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| PRIORITY | Claimed: | $323,544.62 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

DURKEE, MR. PETER
24251 S CENTRAL POINT RD
CANBY, OR 97013

Claim Number: 919
Claim Date: 04/13/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $28,019.29 |
| TOTAL | Claimed: | $28,019.29 |

DV DIE CUTTING INC
45 PRINCE STREET
DANVERS, MA 01923-1437

Claim Number: 2373
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $565.00 | Scheduled: | $565.00 |
|---|---|---|---|---|

DYER, F R
5 FOXGLOVE PLACE
OTTAWA, ON K2R 1B2
CANADA

Claim Number: 4422
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

DYER, TIMOTHY
35846 OSPREY LN
EUSTIS, FL 32736

Claim Number: 5496
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $40,000.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| DYKSTRA, JOHN W.<br>725 TIMBER LANE<br>SHOREVIEW, MN 55126 | Claim Number: 567<br>Claim Date: 03/12/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $7,892.00 |
| UNSECURED | Claimed: | $48,000.00 |

---

| DYNATOOL INDUSTRIES INC<br>3540 ST PATRICK<br>MONTREAL, QC H4E 1A2<br>CANADA | Claim Number: 1946<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $13,020.00 |

---

| DYNDIKOVA, YULIA<br>253 VINEYARD DR<br>SAN JOSE, CA 95119 | Claim Number: 5054<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $26,383.28 |

---

| E.I. DU PONT DE NEMOURS & COMPANY<br>ATTN: SUSAN F. HERR<br>DUPONT LEGAL, D-8052-2<br>1007 MARKET STREET<br>WILMINGTON, DE 19898 | Claim Number: 5514<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3937 (09/13/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| EAST CAMELBACK ROAD, INC.<br>C/O ROBERT N. BRIER, ESQ.<br>2400 EAST ARIZONA BILTMORE CIRCLE<br>SUITE 1300<br>PHOENIX, AZ 85016-2115 | Claim Number: 1812<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $244,203.60 | Allowed: | $220,020.86 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| EAST CAMELBACK ROAD, INC. | Claim Number: 2059 |
| C/O ROBERT N. BRIER, ESQ. | Claim Date: 08/24/2009 |
| 2400 EAST ARIZONA BILTMORE CIRCLE, | Debtor: NORTEL NETWORKS INC. |
| SUITE 1300 | Comments: EXPUNGED |
| PHOENIX, AZ 85016-2115 | DOCKET: 2320 (01/21/2010) |

| UNSECURED | Claimed: | $244,203.60 |

---

| EASYLINK SERVICES INTERNATIONAL CORP. | Claim Number: 1056 |
| 33 KNIGHTSBRIDGE ROAD | Claim Date: 04/29/2009 |
| PISCATAWAY, NJ 08854 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 4163 (10/14/2010) |

| UNSECURED | Claimed: | $910.00 | Allowed: | $530.00 |

---

| EATON CORPORATION | Claim Number: 3491 |
| ATTN: GLOBAL TRADE CREDIT | Claim Date: 09/23/2009 |
| 1111 SUPERIOR AVENUE | Debtor: NORTEL NETWORKS INC. |
| CLEVELAND, OH 44114 | |

| UNSECURED | Claimed: | $8,826.38 | Scheduled: | $8,485.76 |

---

| EATON, THOMAS | Claim Number: 2273 |
| 9208 TOWN GATE LANE | Claim Date: 08/28/2009 |
| BETHESDA, MD 20817 | Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| ECHARD, JR., ALFRED A. | Claim Number: 3906 |
| 2923 GLEN ECHO COURT | Claim Date: 09/25/2009 |
| HIGH POINT, NC 27265 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $24,530.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

EDHOLM, PHILIP
9921 LONGVIEW LANE
PLEASANTON, CA 94588

Claim Number: 4114
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $249,763.44 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

EDHOLM, PHILIP K.
9921 LONGVIEW LANE
PLEASANTON, CA 94538

Claim Number: 4113
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

EDWARDS II, CLYDE L.
5241 LAKE EDGE DR
HOLLY SPRIN, NC 27540

Claim Number: 4076
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $69,276.30 | Scheduled: | $69,276.30 |
|---|---|---|---|---|

EDWARDS, A CHRIS
2033 W MCDERMOTT DR STE 320
ALLEN, TX 75013-4675

Claim Number: 5605
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $76,800.00 |
|---|---|---|

EDWARDS, CLYDE LEE
5241 LAKE EDGE DR.
HOLLY SPRINGS, NC 27540

Claim Number: 342
Claim Date: 02/18/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $73,681.82 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| EDWIN, FADI<br>6011 LYTHAM DRIVE<br>DALLAS, TX 75252 | Claim Number: 1900<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $100,000.00 |
|---|---|---|

---

| EGERMAN, KEVIN A.<br>2905 DEAN PARKWAY # 102<br>MINNEAPOLIS, MN 55416 | Claim Number: 2576<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

| EION INC<br>320 MARCH ROAD<br>SUITE 500<br>OTTAWA, ON K2K 2E3<br>CANADA | Claim Number: 5661<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $427,281.25 |
|---|---|---|

---

| EION INC<br>320 MARCH ROAD<br>OTTAWA, ON K2K 2E3<br>CANADA | Claim Number: 5662<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
|---|---|

| UNSECURED | Claimed: | $427,281.25 |
|---|---|---|

---

| EION INC<br>320 MARCH ROAD SUITE 500<br>OTTAWA, ON K2K 2E3<br>CANADA | Claim Number: 5663<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $427,281.25 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| EION INC<br>320 MARCH ROAD<br>SUITE 500<br>OTTAWA, ON K2K 2E3<br>CANADA | | Claim Number: 5783<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | | | |
| ADMINISTRATIVE | Claimed: | $427,281.25 | | | |
| EION INC<br>320 MARCH ROAD<br>OTTAWA, ON K2K 2E3<br>CANADA | | Claim Number: 5784<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | | |
| UNSECURED | Claimed: | $427,281.25 | Scheduled: | $417,660.42 | |
| EISLER, MARK<br>1413 BEAVER RUN RD<br>GREENSBURG, PA 15601 | | Claim Number: 233<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $114,426.29 | | | |
| EISLER, MARK<br>1413 BEAVER RUN RD<br>GREENSBURG, PA 15601 | | Claim Number: 3761<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $16,301.37 | Scheduled: | $0.00 UNLIQ | |
| ELECTRO RENT CORPORATION<br>C/O JEFFREY KURTZMAN, ESQUIRE<br>KLEHR HARRISON HARVEY BRANZBURG & ELLERS<br>260 S BROAD STREET<br>PHILADELPHIA, PA 19102 | | Claim Number: 159<br>Claim Date: 02/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4403 (11/23/2010) | | | |
| UNSECURED | Claimed: | $36,235.00 | | Allowed: | $8,237.80 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| ELECTRONIC ENVIRONMENTS CORPORATION<br>C/O JANICE RONAN<br>410 FOREST STREET<br>MARLBOROUGH, MA 01752 | Claim Number: 1804<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $6,240.61 | | | |
| ELECTRONIC ENVIRONMENTS CORPORATION<br>410 FOREST STREET<br>MARLBOROUGH, MA 01752 | Claim Number: 1805-01<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) | | | | |
| UNSECURED | Claimed: | $222.27 | Scheduled: | $0.00 UNLIQ | |
| ELECTRONIC ENVIRONMENTS CORPORATION<br>410 FOREST STREET<br>MARLBOROUGH, MA 01752 | Claim Number: 1805-02<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) | | | | |
| UNSECURED | Claimed: | $6,018.34 | | | |
| ELLERMAN, MARK<br>505 QUAIL CREEK BLVD<br>WYLIE, TX 75098 | Claim Number: 1406<br>Claim Date: 06/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $33,750.00 | | | |
| ELLIOTT, GILBERT O<br>3376 SE FAIRWAY OAKS TRAIL<br>STUART, FL 34997 | Claim Number: 4841<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $52,986.65 | Scheduled: | $0.00 UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

ELLIS, STEVEN
705 HACKBERRY RIDGE DR
MCKINNEY, TX 75070

Claim Number: 2357
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $81,103.32 |
| --- | --- | --- |

ELTEK VALERE, INC.
CHRISTOPHER J. HORVAY/GOULD & RATNER LLP
222 N. LASALLE ST., SUITE 800
CHICAGO, IL 60601

Claim Number: 7516
Claim Date: 12/16/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $150,383.53 |
| --- | --- | --- |

ELY, RICHARD J.
9 MINUTEMAN LANE
SUDBURY, MA 01776

Claim Number: 1250
Claim Date: 05/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $43,229.95 |
| --- | --- | --- |

EMBARQ COMMUNICATIONS, INC
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5698
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3791 (08/17/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

EMBARQ FLORIDA, INC
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5705
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $1,195.20 | Allowed: | $1,195.20 |
| --- | --- | --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| EMBARQ FLORIDA, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5732<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $1,195.20   UNLIQ | |
| EMBARQ FLORIDA, INC.<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 841<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
| UNSECURED          Claimed: | $1,195.20 | |
| EMBARQ FLORIDA, INC.<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 1088<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
| SECURED          Claimed: | $1,195.20 | |
| EMBARQ MANAGEMENT COMPANY<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5681<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3792 (08/17/2010) | |
| UNSECURED          Claimed: | $292,301.92   UNLIQ | |
| EMBARQ MID-ATLANTIC MANAGEMENT SERVICES<br>CO.<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5699<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| EMBARQ MIDWEST MANAGEMENT SERVICES CO<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5700<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| EMBARQ MINNESOTA INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5685<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| EMBARQ MISSOURI, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5686<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| EMBARQ PAYPHONE SERVICES, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5701<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| EMBARQ PRODUCTS, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5702<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| EMBRY, SHARON V.<br>1538 HICKORY ST.<br>NICEVILLE, FL 32578 | | Claim Number: 7495<br>Claim Date: 11/15/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $24,605.92   UNLIQ |

| EMBURY, JEFFERY D.<br>625 TRAIL LAKE DR.<br>RICHARDSON, TX 75081 | | Claim Number: 179<br>Claim Date: 02/12/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $6,467.00 |
|---|---|---|
| UNSECURED | Claimed: | $21,020.00 |

| EMC CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 617<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 1078 |
|---|---|---|

| PRIORITY | Claimed: | $42,225.28 |
|---|---|---|
| UNSECURED | Claimed: | $427,399.28 |

| EMC CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 4396<br>TIMONIUM, MD 21094 | | Claim Number: 1078<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7251<br>also amended by 7254 |
|---|---|---|

| PRIORITY | Claimed: | $128,355.02 |
|---|---|---|
| UNSECURED | Claimed: | $270,709.54 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

EMC CORPORATION
C/O RMS
PO BOX 5126
TIMONIUM, MD 21094

Claim Number: 1079
Claim Date: 05/01/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $70,560.00 | |

EMC CORPORATION
C/O RMS BANKRUPTCY SERVICES
PO BOX 5126
TIMONIUM, MD 21094

Claim Number: 6949
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $667,547.12 | |

EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
PO BOX 5126
TIMONIUM, MD 21094

Claim Number: 7251
Claim Date: 05/04/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends Claim 1078

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $53,484.90 | | |
| UNSECURED | Claimed: | $275,170.21 | Scheduled: | $142,956.38 |

EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
PO BOX 5126
TIMONIUM, MD 21094

Claim Number: 7254
Claim Date: 05/13/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLE DUPLICATE OF 7251
Amends claim no. 1078

| | | |
|---|---|---|
| PRIORITY | Claimed: | $53,484.90 |
| UNSECURED | Claimed: | $275,170.21 |

EMERSON NETWORK POWER
EMBEDDED COMPUTING INC (EMERSON)
2900 SOUTH DIABLO WAY
TEMPE, AZ 85282

Claim Number: 3553
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| SECURED | Claimed: | $245,546.64 |
| UNSECURED | Claimed: | $1,438,904.86 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

EMERSON NETWORK POWER
EMBEDDED COMPUTING INC (EMERSON)
VON BRIESEN & ROPER, C/O RANDALL CROCKER
411 E. WISCONSIN AVE., SUITE 700
MILWAUKEE, WI 53202

Claim Number: 3556
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

---

ADMINISTRATIVE          Claimed:          $222,220.15

---

EMERSON NETWORK POWER, ENERGY SYSTEMS
NORTH AMERICA INC (EMERSON)
1122 F. STREET
LORAIN, OH 44052

Claim Number: 3554
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED               Claimed:          $355,196.38

---

EMERSON NETWORK POWER, ENERGY SYSTEMS
NORTH AMERICA INC (EMERSON)
VON BRIESEN & ROPER, C/O RANDALL CROCKER
411 E. WISCONSIN AVE., SUITE 700
MILWAUKEE, WI 53202

Claim Number: 3557
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

---

ADMINISTRATIVE          Claimed:          $29,837.25

---

EMERY, SEAN
4742 GREENWOOD DR
ALLISON PARK, PA 15101

Claim Number: 7078
Claim Date: 02/05/2010
Debtor: NORTEL NETWORKS INC.

---

UNSECURED               Claimed:          $38,423.09

---

EMPLOYMENT DEVELOPMENT DEPARTMENT
BANKRUPTCY GROUP MIC 92E
PO BOX 826880
SACRAMENTO, CA 94280-0001

Claim Number: 1560
Claim Date: 07/10/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY                Claimed:          $372,789.28

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO, CA 94280-0001 | Claim Number: 1561<br>Claim Date: 07/10/2009<br>Debtor: NORTEL NETWORKS INC. |

| SECURED | Claimed: | $372,789.28 |

---

| EMPOWERED NETWORKS INC<br>1315 PICKERING PARKWAY<br>SUITE 200<br>PICKERING, ON L1V 7G5<br>CANADA | Claim Number: 4641<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |

| ADMINISTRATIVE | Claimed: | $5,903.12 |

---

| ENGWER, DARWIN<br>5417 NW 150TH PL<br>PORTLAND, OR 97229 | Claim Number: 1476<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $45,654.30 |

---

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>CARSON L. OWEN, SENIOR TRIAL ATTORNEY<br>1407 UNION AVENUE, SUITE 901<br>MEMPHIS, TN 38104 | Claim Number: 1299<br>Claim Date: 06/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3086 (05/28/2010) |

| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| EQUAL EMPLOYMENT OPPURTUNITY COMMISSION<br>ATTN: MALI KIGASARI, INVESTIGATOR<br>350 THE EMBARCADERO, SUITE 500<br>SAN FRANCISCO, CA 94105 | Claim Number: 6702<br>Claim Date: 01/13/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3847 (08/27/2010) |

| UNSECURED | Claimed: | $547,954.60 |

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| EQUIPTO ELECTRONICS CORP<br>351 WOODLAWN AVE<br>AURORA, IL 60506-9988 | Claim Number: 2638<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4163 (10/14/2010) |
|---|---|

| UNSECURED | Claimed: | $1,184.06 | Scheduled: | $61.96 |
|---|---|---|---|---|

| ERKEL, ENIS<br>TURK TELEKOM, AKATLAR MAHALLESI<br>CEBECI CAD. NO: 10<br>ETILER<br>ISTANBUL, 34335<br>TURKEY | Claim Number: 627<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6091 |
|---|---|

| PRIORITY | Claimed: | $441,080.12 |
|---|---|---|

| ERKEL, ENIS<br>TURK TELEKOM, AKATLAR MAHALLESI<br>CEBECI CAD. NO: 10<br>ETILER<br>ISTANBUL, 34335<br>TURKEY | Claim Number: 2478<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6092 |
|---|---|

| PRIORITY | Claimed: | $53,124.39 |
|---|---|---|

| ERKEL, ENIS<br>TURK TELEKOM, AKATLAR MAHALLESI<br>CEBECI CAD. NO: 10<br>ETILER<br>ISTANBUL, 34335<br>TURKEY | Claim Number: 6091<br>Claim Date: 11/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7676<br>Amends claim 627 |
|---|---|

| PRIORITY | Claimed: | $588,822.48 |
|---|---|---|

| ERKEL, ENIS<br>TURK TELEKOM, AKATLAR MAHALLESI<br>CEBECI CAD. NO: 10<br>ETILER<br>ISTANBUL, 34335<br>TURKEY | Claim Number: 6092<br>Claim Date: 11/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2478 |
|---|---|

| PRIORITY | Claimed: | $336,812.34 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| ERKEL, ENIS<br>FATMAKADIN SOK. MARMARA<br>APT. NO: 14/29<br>SUADIYE<br>ISTANBUL,<br>TURKEY | | Claim Number: 7676<br>Claim Date: 03/31/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 627 and 6091 | | | |
| PRIORITY | Claimed: | $668,221.43 | | | |
| ESTATE OF JOHN DEREK MANSELL DAVIES<br>C/O GERALD K. GIMMEL, PERSONAL REP.<br>4 PROFESSIONAL DR., SUITE 145<br>GAITHERSBURG, MD 20879 | | Claim Number: 7720<br>Claim Date: 04/28/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $248,000.00 | | | |
| ESTRADA, SARA S<br>7831 GLORIA LAKE AVE<br>SAN DIEGO, CA 92119 | | Claim Number: 2808<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $35,000.00 | | | |
| ESTRIDGE, WINSTON S.<br>5620 TEMPLIN WAY<br>PLANO, TX 75093 | | Claim Number: 4134<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $1,204,634.13 | Scheduled: | $0.00 UNLIQ | |
| ETELEMETRY, INC.<br>1475 N SCOTTSDALE RD STE 200<br>SCOTTSDALE, AZ 85257-3538 | | Claim Number: 253<br>Claim Date: 02/10/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $14,246.87 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

ETHINGTON, ALVIN M.
252 SHAWNEE RUN
TAYLORSVILLE, KY 40071

Claim Number: 234
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.

| | | | Scheduled: | $8,473.08 |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $24,769.20 | Scheduled: | $16,543.81 |

EUBANKS, GAYLA
1193 ADAMS MOUNTAIN RD
STEM, NC 27581

Claim Number: 2587
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

EVANS, DANIEL B.
11908 FAIRLIE PLACE
RALEIGH, NC 27613

Claim Number: 7793
Claim Date: 06/13/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $88,256.66 |

EVANS, DEBORAH J.
5919 WESTMINSTER
BENTON, AR 72019

Claim Number: 3610
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $53,589.95 |
|---|---|---|

EVANS, TERRY
16104 XANDER STREET
ACCOKEEK, MD 20607

Claim Number: 2334
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $8,354.90 | Scheduled: | $8,354.90 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,873.71 | Scheduled: | $4,873.71 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

EVERSMEYER, CLAUDIA
8601 BRAEWOOD BAY DR
LITTLE ELM, TX 750684403

Claim Number: 4368
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $62,213.87 | Scheduled: | $62,213.87 UNLIQ | |
|---|---|---|---|---|---|

EVERSMEYER, CLAUDIA
8601 BRAEWOOD BAY DR
LITTLE ELM, TX 750684403

Claim Number: 4370
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $4,187.53 | Scheduled: | $4,187.53 UNLIQ | |
|---|---|---|---|---|---|

EVERSMEYER. CLAUDIA
8601 BRAEWOOD BAY DR
LITTLE ELM, TX 75068-4403

Claim Number: 4369
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $62,213.87 | | | |
|---|---|---|---|---|---|

EXCELIGHT COMMUNICATIONS, INC.
MICHAEL G. WILSON
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074

Claim Number: 628
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 565 (04/06/2009)

| ADMINISTRATIVE | Claimed: | $13,663.30 | | Allowed: | $13,663.30 |
|---|---|---|---|---|---|

EXCELIGHT COMMUNICATIONS, INC.
MICHAEL G. WILSON-HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074

Claim Number: 661
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| ADMINISTRATIVE | Claimed: | $13,663.30 | | | |
|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| EXCELIGHT COMMUNICATIONS, INC.<br>ATTN: CHRIS FINCH, CREDIT MGR.<br>PO BOX 13445, 78 ALEXANDER DR.<br>RTP, NC 27709 | Claim Number: 811<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $158,494.30 | | |

| EXPORT DEVELOPMENT CANADA<br>ATTN: STÉPHANE LUPIEN<br>151 O'CONNOR STREET<br>OTTAWA, ON K1A 1K3<br>CANADA | Claim Number: 3948<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $98,957,440.74 UNLIQ |

| FABER, RUSSELL<br>7-26 RICHARD STREET<br>FAIR LAWN, NJ 07410 | Claim Number: 4459<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $11,453.88 | | |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: STR SOFTWARE COMPANY<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 318<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,725.00 | Scheduled: | $1,725.00 |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: KONTRON MODULAR COMPUTERS<br>GM<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 710<br>Claim Date: 03/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $85,467.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: KONET CORP.(2)
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 742-01
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)

| UNSECURED | Claimed: | $33,415.20 |
|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: KONET CORP.(2)
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 742-02
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)

| UNSECURED | Claimed: | $50,122.80 |
|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: PANGEA3 LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1603
Claim Date: 07/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,050.00 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: NORTH CAROLINA STATE UNIV.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2993
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $74,244.98 |
|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: BECKER MEISEL LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3937
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $2,096.23 | Allowed: | $2,096.23 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | |
|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: HON HAI PRECISION INDUSTRY C<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 4721-01<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $178,566.99 | | | | | | |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: THOMSON FINANCIAL LLC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 4759<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $62,782.63 | | | | | | |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: INJENTEK INJECT ENGINEERING<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 6813<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4163 (10/14/2010) |

| UNSECURED | Claimed: | $5,420.14 | Scheduled: | $5,420.14 | Allowed: | $5,420.14 |
|---|---|---|---|---|---|---|

| | |
|---|---|
| FANNIN CAD<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 121<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3591 (07/14/2010) |

| SECURED | Claimed: | $6,195.06  UNLIQ | | | | | | |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| FANNIN CAD<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 1058<br>Claim Date: 04/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3590 (07/14/2010) |

| SECURED | Claimed: | $4,296.80  UNLIQ | | | | | | |
|---|---|---|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

FARAG, MOUNIR E
3125 STONECREST DR
CUMMING, GA 300411142

Claim Number: 4047
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY
UNSECURED          Claimed:              $9,839.17
                                                    Scheduled:          $9,839.17

---

FARMER, ANGELIQUE
5601 FLOWERWOOD LANE
MCKINNEY, TX 75070

Claim Number: 3692
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:             $24,659.11

---

FARMER, CECIL GREGORY
621 A ST., N.E.
WASHINGTON, DC 20002

Claim Number: 1118
Claim Date: 05/07/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:            $723,054.69

---

FARMER, RUSSELL E.
5716 HENRY COOK BLVD APT 11307
PLANO, TX 75024-4563

Claim Number: 734
Claim Date: 03/27/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:             $42,770.56

---

FARRANTO, PETER
1716 WITHMERE WAY
ATLANTA, GA 30338

Claim Number: 5607
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 383

PRIORITY
UNSECURED          Claimed:             $89,491.12
                                                    Scheduled:       $63,620.02 UNLIQ

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

FAUROTE, JOSEPH H.
1802 DREW LN
RICHARDSON, TX 75082-4822

Claim Number: 1160
Claim Date: 05/12/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $47,343.75 |

FAWCETT, ERIC
102 CHAPARRAL COURT
CARY, NC 27513

Claim Number: 108
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,426.14 |
| UNSECURED | Claimed: | $0.02 |

FAWCETT, ERIC
102 CHAPARRAL COURT
CARY, NC 27513

Claim Number: 109
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $44,116.10 |

FAWN, JANIS L
213 HARBOR DRIVE SOUTH
VENICE, FL 34285

Claim Number: 5941
Claim Date: 10/09/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,121.87 | Scheduled: | $0.00 UNLIQ |

FAWN, JANIS L
213 HARBOR DRIVE SOUTH
VENICE, FL 34285

Claim Number: 5942
Claim Date: 10/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $12,121.87 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| FCS NORTH AMERICA, INC<br>1430 GLENCOE DRIVE<br>ARCADIA, CA 91006 | Claim Number: 1217<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $142,615.74 | Scheduled: | $19,750.00 |
|---|---|---|---|---|

| FDR FORENSIC DATA RECOVERY INC<br>612 VIEW STREET<br>SUITE 410<br>VICTORIA, BC V8W 1J5<br>CANADA | Claim Number: 2412<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $32,394.95 |
|---|---|---|

| FEDEX FREIGHT INC. FKA<br>FEDEX FREIGHT EAST & FEDEX FREIGHT WEST<br>PO BOX 840<br>HARRISON, AR 72602-0840 | Claim Number: 1601<br>Claim Date: 07/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $885.28 |
|---|---|---|

| FELIX, AVONDA<br>6510 ROSEBUD DR<br>ROWLETT, TX 75089 | Claim Number: 1179<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $25,778.63 |
|---|---|---|

| FELLI, PHILIPPE<br>BRIAN ANDERSON, CORPORATE ATTORNEY<br>BELDEN, INC.<br>7733 FORSYTH BOULEVARD, SUITE 800<br>SAINT LOUIS, MO 63105 | Claim Number: 3535<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 1370 |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $36,034.03 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| FENTRESS, BRANDON<br>1004 WESTWOOD DR.<br>RALEIGH, NC 27607 | | Claim Number: 4704<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $43,074.96 | |
| FENTRESS, BRANDON DUKE<br>1004 WESTWOOD DR.<br>RALEIGH, NC 27607 | | Claim Number: 4715<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |
| FERNANDES, DEAN<br>76 ALEXANDRIA DR<br>MANALAPAN, NJ 07726 | | Claim Number: 3507<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $50,000.00 | |
| FERNANDES, DEAN<br>76 ALEXANDRIA DR<br>MANALAPAN, NJ 07726 | | Claim Number: 3508<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $89,579.29 | |
| FERNANDES, DEAN<br>76 ALEXANDRIA DRIVE<br>ENGLISHTOWN, NJ 07726 | | Claim Number: 3509<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $78,629.29 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

FERNANDES, DEAN
76 ALEXANDRIA DR
MANALAPAN, NJ 07726

Claim Number: 3516
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $39,050.00 |

---

FERRELA, CHRISTOPHER J.
2 CREEK ROAD
WHITEHOUSE STATION, NJ 08889

Claim Number: 7682
Claim Date: 04/04/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $7,497.25 |

---

FETTERMAN, ROGER L
415 REX AVENUE
JACKSON, CA 95642

Claim Number: 2327
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $522.08   UNLIQ |

---

FETTERMAN, ROGER L.
233 WALNUT ST APT 2
JACKSON, CA 95642-2200

Claim Number: 2326
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $522.08   UNLIQ |

---

FIELDS, O'DELL M.
19342 GRAND COLONY CT
KATY, TX 77449-4565

Claim Number: 140
Claim Date: 02/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $65,000.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

FILLMORE RILEY BARRISTERS
SOLICITORS & TRADE-MARK AGENTS
ATTN: PETER DAVEY
1700 COMMODITY EXCHANGE TOWER
WINNIPEG, MB R3C 3Z3
CANADA

Claim Number: 4411
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $641.81 |
|---|---|---|

---

FINCH, ALBERT
2154 VILLAGE CREST DR
GARLAND, TX 75044-7138

Claim Number: 1901
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $60,807.74 | Scheduled: | $60,807.74 |
|---|---|---|---|---|

---

FINCH, ALBERT F
2309 PEMBROKE ST.
GARLAND, TX 75040

Claim Number: 1902
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $60,807.74 |
|---|---|---|

---

FINCH, ALBERT F.
2154 VILLAGE CREST DR
GARLAND, TX 75044-7138

Claim Number: 210
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $37,140.60   UNLIQ |
|---|---|---|

---

FINERTY, EDMUND
417 NORTHSIDE DR
CHAPEL HILL, NC 27516

Claim Number: 3520
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $52,617.07 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

FINISAR CORPORATION
1389 MOFFETT PARK DRIVE
SUNNYVALE, CA 94089

Claim Number: 6181
Claim Date: 11/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $167,016.00 | Scheduled: | $85,664.00 | Allowed: | $85,644.00 |
|---|---|---|---|---|---|---|

FINK, BRAD
25129 NE 47 CT
REDMOND, WA 98053

Claim Number: 757
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $1,623.75 |
|---|---|---|
| UNSECURED | Claimed: | $56,831.25 |

FINK, BRAD
25129 NE 47 CT
REDMOND, WA 98053

Claim Number: 758
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $28,578.00 |
|---|---|---|

FINK, BRAD
25129 NE 47 CT
REDMOND, WA 98053

Claim Number: 759
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $15,951.31 |
|---|---|---|

FINK, BRAD
25129 NE 47 CT
REDMOND, WA 98053

Claim Number: 760
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $7,633.80 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| FINNEGAN HENDERSON FARABOW GARRETT<br>901 NEW YORK AVE NW<br>WASHINGTON, DC 20001-4413 | Claim Number: 2070<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,702.83 | Scheduled: | $3,855.68 |

| FINNEGAN LLP<br>901 NEW YORK AVE NW<br>WASHINGTON, DC 20001-4413 | Claim Number: 1563<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $27,702.83 |

| FISCHER & COMPANY<br>ATTN: CHRIS JOYNER, EXEC V.P.<br>TWO GALLERIA TOWER<br>13455 NOEL R., STE 1900<br>DALLAS, TX 75240 | Claim Number: 3492<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| UNSECURED | Claimed: | $155,994.21 |

| FISHBEIN, SHELDON<br>20226 STAGG ST.<br>WINNETKA, CA 91306-2515 | Claim Number: 249<br>Claim Date: 02/12/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $2,792.40 |
| UNSECURED | Claimed: | $11,578.20 | Scheduled: | $17,226.34 |

| FISHMAN, ROBERT<br>5270 SYCAMORE AVENUE<br>BRONX, NY 10471 | Claim Number: 6138<br>Claim Date: 11/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7717<br>Amends claim 1680 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,000,000.00  UNLIQ | Scheduled: | $0.00  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| FITZGERALD, DAVID A.<br>8216 INVERSTONE LN.<br>RALEIGH, NC 27606 | | Claim Number: 7482<br>Claim Date: 11/05/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00  UNLIQ | | | |
| UNSECURED | Claimed: | $18,050.00  UNLIQ | | | |
| FITZGERALD, EDMUND<br>3434 WOODMONT BLVD<br>NASHVILLE, TN 37215 | | Claim Number: 4748<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | | |
| UNSECURED | Claimed: | $2,681,085.00 | | | |
| FITZGERALD, EDMUND<br>3434 WOODMONT BLVD<br>NASHVILLE, TN 37215 | | Claim Number: 5641<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $3,041,751.00 | Scheduled: | $374,787.00 UNLIQ | |
| FITZGERALD, LISA<br>C/O SOREN E. GISLESON, ESQ.<br>HERMAN, HERMAN, KATZ & COTLAR<br>820 O'KEEFE AVENUE<br>NEW ORLEANS, LA 70130 | | Claim Number: 1341<br>Claim Date: 06/12/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $500,000.00 | | Allowed: | $400,000.00 |
| FITZPATRICK, JAMES<br>304 FORSYTHE LN<br>DEKALB, IL 60115-2342 | | Claim Number: 4377<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $77,947.65 | | | |
| UNSECURED | | | Scheduled: | $77,947.65 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

FITZPATRICK, JAMES HARRY
304 FORSYTHE LN
DEKALB, IL 60115-2342

Claim Number: 4376
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

FLAGLER DEVELOPMENT COMPANY
4601 TOUCHTON RD E STE 3200
JACKSONVILLE, FL 32246-4485

Claim Number: 3417
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $92,908.44 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

FLAHERTY, LAUREN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE ST STE 400
WILMINGTON, DE 19801

Claim Number: 6275
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,217,483.00 |

FLANAGAN, MAUREEN
1330 2ND STREET
WEST BABYLON, NY 11704

Claim Number: 4718
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $24,301.22 |
|---|---|---|

FLANAGAN, THOMAS P
56 HAINAULT RD
FOXROCK
DUBLIN, 18
IRELAND

Claim Number: 2973
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $43,435.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| FLANAGAN, THOMAS P<br>56 HAINAULT RD<br>FOXROCK<br>DUBLIN IRELAND, 18<br>IRELAND | | Claim Number: 2974<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $123.97 | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

| | | |
|---|---|---|
| FLANAGAN, THOMAS P<br>56 HAINAULT RD<br>FOXROCK<br>DUBLIN IRELAND, 18<br>IRL | | Claim Number: 2975<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $123.97 |

| | | |
|---|---|---|
| FLESCHER, JAMES T.<br>5505 13TH AVENUE SOUTH<br>MINNEAPOLIS, MN 55417 | | Claim Number: 2913<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $356.85 UNLIQ |

| | | |
|---|---|---|
| FLESHER, CHRIS<br>3100 VICENTE ST #302<br>SAN FRANCISCO, CA 94116 | | Claim Number: 3153<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $9,443.94 |

| | | |
|---|---|---|
| FLEXTRONICS AMERICA LLC<br>C/O FLEXTRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | | Claim Number: 4869<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) |
| ADMINISTRATIVE | Claimed: | $11,918,347.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| FLEXTRONICS AMERICA LLC<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4883<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $191,709,400.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $157,716,451.00   UNLIQ |

---

| FLEXTRONICS CORPORATION<br>C/O FLEXTRONICS INTERNATIONAL<br>ATTN : MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4859<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $24,795,601.00 |
|---|---|---|

---

| FLEXTRONICS CORPORATION<br>C/O FLEXTRONICS INTERNATIONAL<br>ATTN : MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4873<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $204,586,654.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $403,613,812.00   UNLIQ |

---

| FLEXTRONICS EMS CANADA INC.<br>C/O FLEXTRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4886<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $179,791,053.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $122,980,316.00   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| FLEXTRONICS INTERNATIONAL EUROPE B.V.<br>C/O FLEXTRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4868<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) |
|---|---|
| ADMINISTRATIVE          Claimed: | $10,663,450.00 |

| FLEXTRONICS INTERNATIONAL EUROPE B.V.<br>C/O FLEXTRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4882<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) |
|---|---|
| ADMINISTRATIVE          Claimed: | $190,454,503.00   UNLIQ |
| UNSECURED               Claimed: | $143,847,696.00   UNLIQ |

| FLEXTRONICS INTERNATIONAL LATIN AMERICA<br>(L) LTD C/O FLEXTRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4864<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) |
|---|---|
| ADMINISTRATIVE          Claimed: | $637,596.00 |

| FLEXTRONICS INTERNATIONAL USA INC<br>C/O FLEXTRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4866<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) |
|---|---|
| ADMINISTRATIVE          Claimed: | $9,427.00 |

| FLEXTRONICS INTERNATIONAL USA INC<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4880<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) |
|---|---|
| ADMINISTRATIVE          Claimed: | $179,791,053.00   UNLIQ |
| UNSECURED               Claimed: | $122,988,273.00   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| FLEXTRONICS INTN'L LATIN AMERICA (L) LTD<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4881<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE          Claimed: | $180,428,649.00   UNLIQ | |
| UNSECURED               Claimed: | $132,270,048.00   UNLIQ | |
| FLEXTRONICS LOGISTICS USA INC<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4875<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE          Claimed: | $1,195,872.00 | |
| FLEXTRONICS LOGISTICS USA INC<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4877<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE          Claimed: | $180,986,925.00   UNLIQ | |
| UNSECURED               Claimed: | $124,653,356.00   UNLIQ | |
| FLEXTRONICS SALES & MARKETING NORTH ASIA<br>(L) LTD, C/O FLEXTRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4862<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE          Claimed: | $331,437.00 | |
| FLEXTRONICS SALES & MRKTG N.ASIA (L) LTD<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4876<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE          Claimed: | $180,122,490.00   UNLIQ | |
| UNSECURED               Claimed: | $123,615,872.00   UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| FLEXTRONICS TECHNOLOGY (PENANG) SDN BHD<br>C/O FLEXTRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4863<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE          Claimed: | $46,351.00 | |
| FLEXTRONICS TECHNOLOGY(PENANG)SDN BHD<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4878<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE          Claimed: | $179,837,404.00   UNLIQ | |
| UNSECURED          Claimed: | $123,746,125.00   UNLIQ | |
| FLEXTRONICS TELECOM SYSTEMS LTD<br>C/O FLEXTRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4860<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE          Claimed: | $204,586,654.00   UNLIQ | |
| UNSECURED          Claimed: | $403,613,812.00   UNLIQ | |
| FLEXTRONICS TELECOM SYSTEMS LTD<br>C/O FLEXTRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4871<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE          Claimed: | $24,795,601.00 | |
| FLORES, GERARDO<br>1141 BROOKHILL WAY<br>CARY, NC 27519 | Claim Number: 1631<br>Claim Date: 07/31/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $39,448.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| FLORES, GERARDO<br>1141 BROOKHILL WAY<br>GID # 5040031<br>CARY, NC 27519 | Claim Number: 1862<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $47,335.87 |
|---|---|---|

| FLORIDA POWER & LIGHT COMPANY<br>C/O RACHEL BUDKE, ESQ.<br>700 UNIVERSE BLVD.<br>JUNO BEACH, FL 33408 | Claim Number: 4528<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| FLORY, JOHN<br>6345 CORDING CT<br>COLORADO SPGS, CO 80922-2145 | Claim Number: 2042<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $47,966.00  UNLIQ |
|---|---|---|

| FLYNN, HAROLD<br>8430 CANYON CROSSING<br>LANTANA, TX 76226 | Claim Number: 3174<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $67,470.14 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| FLYNN, HAROLD DIXON<br>8430 CANYON XING<br>ARGYLE, TX 76226 | Claim Number: 3173<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

FLYNN, LAWRENCE M.
909 WATERCRESS DRIVE
NAPERVILLE, IL 60540

Claim Number: 4362
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $198,214.03 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

FLYNN, LAWRENCE M.
909 WATERCRESS DRIVE
NAPERVILLE, IL 60540

Claim Number: 4363
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $198,214.03 |
|---|---|---|

FOCHT, RONALD D.
7700 HOLLY HEIGHT LN
RALEIGH, NC 27615

Claim Number: 2027
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $25,000.00 | Scheduled: | $6,759.15 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $25,060.27 |

FOGLIA, JUDY
6516 CRESTMOOR LANE
SACHSE, TX 75048

Claim Number: 4709
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | | | Scheduled: | $1,972.51 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $26,039.39 | Scheduled: | $22,052.47 |

FONTAINE, MICHEL J
BOX 2636
N. HATLEY, ON J0B2C0
CANADA

Claim Number: 2365
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $36,622.94 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

FORBIS, STANLEY
309 YARROW CT
GRAND PRAIRIE, TX 75052

Claim Number: 607
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

FORBIS, STANLEY
309 YARROW CT
GRAND PRAIRIE, TX 75052

Claim Number: 608
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $14,500.00 |
|---|---|---|

FORD, CATHY
3289 LEAH CT
LEBANON, TN 37087

Claim Number: 7429
Claim Date: 09/21/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $6,229.00   UNLIQ |

FOREST NETWORKS LLC
P.O. BOX 320341
BOSTON, MA 02132

Claim Number: 63
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $36,780.00 |
|---|---|---|

FORFELLOW, HENRY J.
99 MARTIN ST
KING CITY, ON L7B 1J3
CANADA

Claim Number: 1966
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

FORTIER, L. YVES
OGILVY RENAULT
SUITE 500-1 PLACE VILLE MARIE
MONTREAL, QC H3B 1R1
CANADA

Claim Number: 5392
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

FORTUNE, ANTHONY W.
900 WILLIE RD.
MONTICELLO, FL 32344

Claim Number: 1256
Claim Date: 06/01/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $23,452.80 |
|---|---|---|

FOULOIS, MARA
10910 BELMONT BLVD
LORTON, VA 22079

Claim Number: 4199
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 400.

| PRIORITY | Claimed: | $151,716.31 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

FOULOIS, MARA E.
10910 BELMONT BLVD.
MASON NECK, VA 22079

Claim Number: 4195
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

FOULOIS, MARA E.
10910 BELMONT BLVD.
MASON NECK, VA 22079

Claim Number: 4198
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| FOUNDATION CSSSSL<br>911 MONTEEDES PIONNIERS<br>TERREBONNE, QC J6V 2H2<br>CANADA | Claim Number: 2657<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $30,000.00 |
|---|---|---|

---

| FOXCONN<br>ATTN: ANDY BURNS<br>PRAHA CITY CENTRE, KLIMENTSKA - 46<br>110 02 PRAHA 1<br><br>CZECH REPUBLIC | Claim Number: 7384<br>Claim Date: 08/16/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $8,290.23 |
|---|---|---|

---

| FPL FIBERNET LLC<br>C/O RACHEL BUDKE, ESQ.<br>700 UNIVERSE BLVD.<br>JUNO BEACH, FL 33408 | Claim Number: 4529<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| FRADETTE, MAURICE<br>36 GLENWOOD RD<br>WEST HARTFORD, CT 06107 | Claim Number: 3442<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $4,398.10 | Scheduled: | $4,398.10 UNLIQ |
|---|---|---|---|---|

---

| FRADETTE, MAURICE J<br>36 GLENWOOD RD<br>WEST HARTFORD, CT 06107 | Claim Number: 3443<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $117,057.11 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| FRADETTE, MAURICE J.<br>36 GLENWOOD ROAD<br>WEST HARTFORD, CT 06107 | | Claim Number: 21<br>Claim Date: 01/21/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $3,694.52 |
| FRADETTE, MAURICE J.<br>36 GLENWOOD ROAD<br>WEST HARTFORD, CT 06107 | | Claim Number: 264<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $103,833.59 |
| FRAME, DAVID<br>633 RAFORD HILL LN<br>RICHARDSON, TX 75081 | | Claim Number: 20<br>Claim Date: 01/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
| UNSECURED | Claimed: | $125,353.10 |
| FRAME, DAVID<br>633 RAFORD HILL LN<br>RICHARDSON, TX 75081 | | Claim Number: 4600<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $21,674.51 |
| FRAME, DAVID<br>633 RAFORD HILL LN<br>RICHARDSON, TX 75081 | | Claim Number: 7049<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4601 |
| UNSECURED | Claimed: | $15,748.94 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| FRAME, DAVID J<br>633 RAFORD HILL LANE<br>RICHARDSON, TX 75081 | Claim Number: 4599<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 20. |
|---|---|

| UNSECURED | Claimed: | $114,805.44 | Scheduled: | $114,805.44 |
|---|---|---|---|---|

| FRAME, ROBERT MG<br>1527 KINGS CROSSING<br>ST MOUNTAIN, GA 30087 | Claim Number: 3826<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $1,029,899.15 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>FRANCHISE TAX BOARD<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 4292<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7529 |
|---|---|

| PRIORITY | Claimed: | $120,845,854.00 |
|---|---|---|
| SECURED | Claimed: | $113,955.89 |
| UNSECURED | Claimed: | $16,046,205.11 |

| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 7529<br>Claim Date: 12/21/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 4292 |
|---|---|

| SECURED | Claimed: | $437,866.52 |
|---|---|---|

| FRANCIS, PATRICIA P<br>8218 SUMMER PLACE DRIVE<br>AUSTIN, TX 78759 | Claim Number: 1974<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $1,040.50 | Scheduled: | $1,040.50 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| FRANCIS, PATRICIA P.<br>8218 SUMMER PLACE DRIVE<br>AUSTIN, TX 78759 | Claim Number: 1981<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,040.50 |
|---|---|---|

---

| FRAZIER, SHANNON<br>1017 SHANNON COURT<br>RALEIGH, NC 27603 | Claim Number: 5645<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $35,624.00 |
|---|---|---|
| UNSECURED | Claimed: | $35,624.00 |
| TOTAL | Claimed: | $35,624.00 |

---

| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1282<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $14,872.50 |
|---|---|---|

---

| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1284<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $11,450.00 |
|---|---|---|

---

| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1285<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $32,175.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1286<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|
| UNSECURED          Claimed: | $21,195.00 |

---

| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1287<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|
| UNSECURED          Claimed: | $2,080.00 |

---

| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1288<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|
| UNSECURED          Claimed: | $22,400.00 |

---

| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1289<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|
| UNSECURED          Claimed: | $5,020.00 |

---

| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1290<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|
| UNSECURED          Claimed: | $6,000.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1291<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED          Claimed: | $16,280.00 | |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1292<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED          Claimed: | $400.00 | |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1293<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED          Claimed: | $6,700.00 | |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1294<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED          Claimed: | $1,460.00 | |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1295<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED          Claimed: | $3,000.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1296<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,035.00 | | |

---

| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1297<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,880.00 | | |

---

| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1283<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,452.00 | | |

---

| FREEMAN DECORATING SERVICES, INC.<br>ATTN: MARY OSWALD<br>1600 VICEROY; SUITE 100<br>DALLAS, TX 75235 | Claim Number: 828<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $195.19 | | |

---

| FREEMAN, TERRANCE<br>26 CONCORD DRIVE<br>HOLTSVILLE, NY 11742 | Claim Number: 187<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $300,000.00 | Allowed: | $34,656.92 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

FRENCH, CARRIE
2 CAMBRIDGE CT
FAIRHOPE, AL 36532

Claim Number: 7596
Claim Date: 02/08/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $78,302.78 |

---

FREY, MICHAEL SCOTT
107 THORESBY COURT
CARY, NC 27519

Claim Number: 7667
Claim Date: 03/28/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7683
amends claim 7603

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,612.00 |

---

FREY, MICHAEL SCOTT
107 THORESBY COURT
CARY, NC 27519

Claim Number: 7683
Claim Date: 04/04/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $4,765.00 |

---

FRIEDBERG, MAREK
7808 ALDERWOOD
PLANO, TX 75025

Claim Number: 5818
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,725.22 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| FROST, INGGIT<br>4817 MONTEVISTA LN<br>MCKINNEY, TX 75070 | Claim Number: 226<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $46,825.80 | | |
|---|---|---|---|---|

| FRY'S ELECTRONICS, INC.<br>ATTN: LEGAL DEPT<br>600 EAST BROKAW ROAD<br>SAN JOSE, CA 95112 | Claim Number: 2880<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4758 (01/25/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,181.52 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,706.44 | Scheduled: | $3,887.96 |

| FRYDACH, RONALD J<br>101 FOX BRIAR LANE<br>CARY, NC 27518 | Claim Number: 2583<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $49,306.10 |
|---|---|---|

| FRYDACH, RONALD J<br>101 FOX BRIAR LANE<br>CARY, NC 27518 | Claim Number: 2584<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $49,306.10 |
|---|---|---|
| UNSECURED | Claimed: | $49,306.10 |
| TOTAL | Claimed: | $49,306.10 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| FULCRUM DISTRESS OPPORTUNITIES FUND I LP<br>TRANSFEROR: RICHARDSON, PAMELA<br>111 CONGRESS AVENUE<br>SUITE 2550<br>AUSTIN, TX 78701 | | Claim Number: 494<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4553 (12/07/2010) | | | |
| UNSECURED | Claimed: | $1,095,970.00 | | Allowed: | $325,000.00 |
| FULCRUM DISTRESS OPPORTUNITIES FUND I LP<br>TRANSFEROR: JAMES R LONG<br>111 CONGRESS AVENUE<br>SUITE 2550<br>AUSTIN, TX 78701 | | Claim Number: 3528<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $497,851.37 | Scheduled: | $497,851.37 UNLIQ | |
| FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST SUITE 1113<br>ATLANTA, GA 30303 | | Claim Number: 428<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3822 (08/24/2010) | | | |
| PRIORITY | Claimed: | $13,692.16  UNLIQ | | | |
| FURMANIAK, DARIUSZ<br>131 LONGCHAMP LN<br>CARY, NC 27519 | | Claim Number: 4033<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $41,400.00 | | | |
| FURNESS, REBECCA<br>6116 FAIRLONG RUN NW<br>ACWORTH, GA 30101-8416 | | Claim Number: 5972<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $29,414.15 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| FURNESS, REBECCA | | Claim Number: 5973 |
| REBECCA (FURNESS) BOYCE | | Claim Date: 10/13/2009 |
| 6116 FAIRLONG RUN | | Debtor: NORTEL NETWORKS INC. |
| ACWORTH, GA 30101 | | Comments: EXPUNGED |
| | | DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $29,414.15 |

---

| FURNESS, REBECCA | | Claim Number: 5974 |
| 727 ELKMONT DRIVE NE | | Claim Date: 10/13/2009 |
| ATLANTA, GA 30306 | | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $29,414.15 | | | |
| UNSECURED | | | Scheduled: | $29,414.15 |

---

| FURNESS, REBECCA | | Claim Number: 5975 |
| 6116 FAIRLONG RUN | | Claim Date: 10/13/2009 |
| ACWORTH, GA 30101 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $29,414.15 |

---

| FURNESS, REBECCA | | Claim Number: 5976 |
| 6116 FAIRLONG RUN | | Claim Date: 10/13/2009 |
| ACWORTH, GA 30101 | | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $29,414.15 |

---

| FURNESS, REBECCA | | Claim Number: 5977 |
| 6116 FAIRLONG RUN | | Claim Date: 10/13/2009 |
| ACWORTH, GA 30101 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $29,414.15 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| FURNESS, REBECCA<br>727 ELKMONT DRIVE NE<br>ATLANTA, GA 30306 | | Claim Number: 5978<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- | --- |
| PRIORITY | Claimed: | $29,414.15 |
| FURNESS, REBECCA<br>6116 FAIR LONG RUN<br>ACWORTH, GA 30101 | | Claim Number: 5979<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $29,414.15 |
| FUSION TRADE, INC.<br>206 ANDOVER STREET<br>ANDOVER, MA 01810 | | Claim Number: 326<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| UNSECURED | Claimed: | $33,696.00 |
| FUTURE TELECOM INC<br>PO BOX 852728<br>MESQUITE, TX 75185 | | Claim Number: 6149<br>Claim Date: 11/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) |
| UNSECURED | Claimed: | $10,864.57 |
| FUTURE TELECOM, INC.<br>PO BOX 852728<br>MESQUITE, TX 75185 | | Claim Number: 6148<br>Claim Date: 11/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) |
| ADMINISTRATIVE | Claimed: | $10,864.57 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

FUTURESIGHT PIER INC
335 APPLEBROOK DR
CHAGRIN FALLS, OH 44022-2529

Claim Number: 1795
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $14,250.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

GADSDEN, PHILIP
4452 TREETOPS CIRCLE
MANLIUS, NY 13104

Claim Number: 5590
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $16,466.83 | Scheduled: | $16,466.83 UNLIQ |
|---|---|---|---|---|

GAGLIONE, SEBASTIAN F.
22 OLDE WOODE ROAD
SALEM, NH 03079

Claim Number: 1807
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

GAGNON, JEAN PAUL
934 PARADIS
QUEBEC, QC G1V 2T6
CANADA

Claim Number: 3668
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

GAGNON, JEAN PAUL
2292 AVENUE CHAUVEAU, APT. 17
QUEBEC, QC G2C 0J9
CANADA

Claim Number: 3669
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $195,557.00 | Scheduled: | $195,557.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | |
|---|---|---|---|
| GAGNON, JEAN PAUL<br>934 PARADIS<br>QUEBEC, QC G1V 2T6<br>CANADA | | Claim Number: 3670<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |
| GAGNON, JEAN PAUL<br>2292 AVENUE CHAUVEAU, APT. 17<br>QUEBEC, QC G2C 0J9<br>CANADA | | Claim Number: 3671<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $36,090.45 | |
| GALLARDO, FRANK<br>8405 E HAMPDEN AVENUE APRTME<br>DENVER, CO 80231 | | Claim Number: 3290<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $9,614.00 | |
| GALLARDO, FRANK<br>8405 E HAMPDEN AVENUE APRTME<br>DENVER, CO 80231 | | Claim Number: 3291<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | |
| PRIORITY | Claimed: | $9,614.00 | |
| UNSECURED | Claimed: | $9,614.00 | |
| TOTAL | Claimed: | $9,614.00 | |
| GALLARDO, FRANK<br>8205 S. POPULAR WAY APT 103<br>CENTENNIAL, CO 80112 | | Claim Number: 3292<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | |
| PRIORITY | Claimed: | $9,614.00 | |
| UNSECURED | Claimed: | $9,614.00 | |
| TOTAL | Claimed: | $9,614.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| GALLARDO, FRANK<br>8205 POPLAR WAY # 103<br>CENTENNIAL, CO 80112 | Claim Number: 3437<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $9,614.00 | | |
| GALLARDO, FRANK<br>1034 MARGATE CT #C<br>STERLING, VA 20164-5209 | Claim Number: 3438<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5499 (05/27/2011) | | | |
| PRIORITY | Claimed: | $9,614.00 | | |
| UNSECURED | Claimed: | $9,614.00 | | |
| TOTAL | Claimed: | $9,614.00 | | |
| GALLARDO, FRANK<br>8405 E HAMPDEN AVENUE APRTME<br>DENVER, CO 80231 | Claim Number: 3439<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
| PRIORITY | Claimed: | $9,614.00 | | |
| UNSECURED | Claimed: | $9,614.00 | | |
| TOTAL | Claimed: | $9,614.00 | | |
| GALLARDO, WILFRIDO<br>166 W. PLUM ST.<br>BRENTWOOD, NY 11717 | Claim Number: 242<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $11,019.96 | Scheduled: | $8,409.57 |
| UNSECURED | | | Scheduled: | $6,825.83 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| GAMACHE, YVAN<br>BRIAN ANDERSON, CORPORATE ATTORNEY<br>BELDEN, INC.<br>7733 FORSYTH BOULEVARD, SUITE 800<br>SAINT LOUIS, MO 63105 | | Claim Number: 3534<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 1370 | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $8,301.42 | | |
| GAMEWAY, JOHN<br>1057 COUNTY LINE CHURCH RD<br>WHITESBORO, TX 76273-7117 | | Claim Number: 2888<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | |
| GANAPATHIRAMAN, SUJATHA<br>8114 SUMMERHOUSE DRIVE WEST<br>DUBLIN, OH 43016 | | Claim Number: 7351<br>Claim Date: 07/19/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $12,307.68 | | |
| GANAPATHY, AKILA<br>903 NORTH YORK CT.<br>APEX, NC 27502 | | Claim Number: 5809<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $52,469.12 | | |
| GANGULY, SUPRIYA<br>2122 HANEY LANE<br>VIENNA, VA 22182 | | Claim Number: 5736<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $80,761.34 | Scheduled: | $80,761.34 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

GANNON, CELESTE
4 GARY ST.,
ERVING, MA 01344

Claim Number: 7496
Claim Date: 11/15/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $20,254.00   UNLIQ |
|---|---|---|

GANNON, MATT
4232 GLEN SUMMITT CT
APEX, NC 27539-7950

Claim Number: 1599
Claim Date: 07/24/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $15,120.15 |
|---|---|---|
| UNSECURED | Claimed: | $35,020.75 |

GANNON, MATT
108 BIRCH CREEK DRIVE
FUQUAY-VARINA, NC 27526

Claim Number: 2383
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $42,000.00 |
|---|---|---|

GAO, LANYUN
4405 BELVEDERE DR.
PLANO, TX 75093

Claim Number: 2573
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $35,510.28 | Scheduled: | $4,515.67 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $12,535.39 |

GAO, LANYUN
4405 BELVEDERE DR.
PLANO, TX 75093-698

Claim Number: 2574
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $35,510.28 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

GARBIS, FRANK
18295 CANFIELD PLACE
SAN DIEGO, CA 92128

Claim Number: 3252
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $16,950.24 | Scheduled: | $16,950.24 UNLIQ |
|---|---|---|---|---|

GARBIS, MARINO F
18295 CANFIELD PL
SAN DIEGO, CA 92128

Claim Number: 3253
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $128,831.39 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

GARCIA-MALDONADO, ROSA C.
6656 LURAIS DR.
LAKE WORTH, FL 33463

Claim Number: 1126
Claim Date: 05/07/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $40,711.18 |
|---|---|---|

GARDENER, WILLIAM KENNETH
15 ENNISMORE MEWS
LONDON, SW7 1AP
UNITED KINGDOM

Claim Number: 5359
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $3,401,143.00 |
|---|---|---|

GARITO, NICOLA
19164 NE 44TH COURT
SAMMAMISH, WA 98074

Claim Number: 3299
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $11,765.32   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

GARITO, NICOLA
19164 NE 44TH COURT
SAMMAMISH, WA 98074

Claim Number: 3300
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $11,765.32 | Scheduled: | $11,765.32 UNLIQ | | |

GARLICK, HARRISON & MARKISON
1901 SURREY HILL DRIVE
AUSTIN, TX 78746

Claim Number: 5884
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $45,462.65 | | | Allowed: | $45,462.65 |

GARNER, CHRISTOPHER
155 WEDGEWOOD DRIVE
HAUPPAUGE, NY 11788

Claim Number: 3383
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $25,000.04 | | | | |

GARNER, JAMIE
880 STARK LN
SHERMAN, TX 75090

Claim Number: 7560
Claim Date: 01/10/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $6,923.08 UNLIQ | | | | |

GARNICA, KEVIN THOMAS
120 LINCOLNSHIRE LANE
SPRINGBORO, OH 45066

Claim Number: 32
Claim Date: 01/23/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $169,508.46 | | | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| GAROS, JOHAN K.<br>6708 TOWN BLUFF DRIVE<br>DALLAS, TX 75248 | Claim Number: 340<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

| PRIORITY | Claimed: | $10,950.00 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $10,878.48 | | |

| GARRAMONE, MICHAEL ALBERT<br>6404 OTHELLO PLACE<br>DALLAS, TX 75252 | Claim Number: 214<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

| PRIORITY | | | Scheduled: | $7,493.49 |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $16,231.59 | Scheduled: | $8,052.45 |

| GARRETT, JUDITH<br>32 1/2 WEST PINE ST<br>PLAISTOW, NH 03865 | Claim Number: 200<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

| PRIORITY | | | Scheduled: | $6,628.44 |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $15,123.00 | Scheduled: | $4,092.73 |

| GARRICK, LYNN J.<br>32535 GREEN BEND CT<br>MAGNOLIA, TX 77354-6858 | Claim Number: 198<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

| PRIORITY | Claimed: | $32,292.71 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| GARRISON, JOHN E.<br>5828 MORNING GLORY LANE<br>PLANO, TX 75093 | Claim Number: 615<br>Claim Date: 03/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $35,950.95 | | |
|---|---|---|---|---|

| GASIKOWSKI, WILLIAM<br>2112 BRABANT DR.<br>PLANO, TX 75025 | Claim Number: 594<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $70,204.01 | | |
|---|---|---|---|---|

| GATEWAY ASSOCIATES, LTD.<br>C/O THE BOYER COMPANY<br>90 SOUTH 400 WEST, SUITE 200<br>SALT LAKE CITY, UT 84101 | Claim Number: 1507<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $51,101.82 | Allowed: | $41,516.82 |
|---|---|---|---|---|

| GATLA, SRIMANI<br>48988 MANNA GRASS TER<br>FREMONT, CA 94539-8414 | Claim Number: 3561<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $7,495.35 |
| SECURED | Claimed: | $7,495.35 | | |
| UNSECURED | Claimed: | $9,512.35 | Scheduled: | $9,512.35 |
| TOTAL | Claimed: | $17,007.70 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

GATLA, SRIMANI REDDY
48988 MANNA GRASS TER
FREMONT, CA 945398414

Claim Number: 354
Claim Date: 02/20/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $18,472.84 |
|---|---|---|

GATLA, SRIMANI REDDY
48988 MANNA GRASS TER
FREMONT, CA 94539-8414

Claim Number: 3641
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $6,057.70 |

GATLIN-WILSON, ASHLEY
413 WHISPERFIELD
MURPHY, TX 75094

Claim Number: 14
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $3,720.92 |
|---|---|---|
| UNSECURED | Claimed: | $21,506.70 |

GE FANUC INTELLIGENT PLATFORMS
ATTN: NATHAN B. SMITH, ESQ.
2500 AUSTIN DRIVE
CHARLOTTESVILLE, VA 22911

Claim Number: 5356
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $235,980.00 |
|---|---|---|

GE FANUC INTELLIGENT PLATFORMS
ATTN: NATHAN B. SMITH, ESQ.
2500 AUSTIN DRIVE
CHARLOTTESVILLE, VA 22911

Claim Number: 7077
Claim Date: 02/05/2010
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $548,496.64 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

GEARHART, KYLE
34 TYLER TRAIL
HILTON, NY 14468

Claim Number: 4291
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | Scheduled: | $5,849.53 |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $21,468.80 | Scheduled: | $15,619.27 |

---

GELL, NANCY F.
102 ROCK SPRING COURT
CARRBORO, NC 27510

Claim Number: 7544
Claim Date: 12/28/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $55,367.15 |
|---|---|---|

---

GELO, DONALD
1956 WILTON CIRCLE
RALEIGH, NC 27615

Claim Number: 291
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $37,442.32 |

---

GENBAND, INC.
C/O DAVID G GAMBLE
WICK PHILLIPS, LLP
2100 ROSS AVENUE, SUITE 950
DALLAS, TX 75201

Claim Number: 1637
Claim Date: 08/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $332,382.64 |
|---|---|---|

---

GENCARELLI, LOUIS A. JR.
6 STRATTON DRIVE
WESTBOROUGH, MA 01581

Claim Number: 3393
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $26,221.86 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| GENERAL ELECTRIC CAPITAL CORP<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | | Claim Number: 624<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | | |
| UNSECURED | Claimed: | $33,289.08   CONT | | | |
| GENERAL ELECTRIC CAPITAL CORP<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | | Claim Number: 625<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $1,472.60   CONT | | | |
| GENESIS BUILDING LTD<br>BEACON PLACE 6055 ROCKSIDE WOODS<br>INDEPENDENCE, OH 44131 | | Claim Number: 2817<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $71,523.41 | Scheduled: | $0.00 UNLIQ | |
| GENTLEMAN, JEANNINE<br>3 PRINCETON ST.<br>PEABODY, MA 01960 | | Claim Number: 333<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $23,731.02 | | | |
| GEOFFROY<br>ATTN: MARTIN GEOFFROY<br>877 ANDRE MATHIEU<br>BOUCHERVILLE, QC J4B 8N9<br>CANADA | | Claim Number: 4217<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| ADMINISTRATIVE | Claimed: | $3,000.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| GEOMANT KFT.<br>F.A.O. ROBERT SIMON<br>MARTANVOLGY UT 17<br>BUDAPEST, 1124<br>HUNGARY | | Claim Number: 1166<br>Claim Date: 05/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | |
| UNSECURED | Claimed: | $9,466.00 | Allowed: | $2,848.00 |
| GEPPI, LEIGH ANNE<br>132 BLUE RIBBON TRAIL<br>CHRISTIANA, TN 37037 | | Claim Number: 7557<br>Claim Date: 01/10/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00   UNLIQ | | |
| UNSECURED | Claimed: | $324.35   UNLIQ | | |
| GERAGHTY, JAMES<br>19 HICKORY DR<br>AMHERST, NH 03031 | | Claim Number: 6009<br>Claim Date: 10/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $21,876.03 | | |
| GERBEC, FRANK<br>260 GUELPH ST.<br>POB 74062<br>GEORGETOWN, ON L7G 5L1<br>CANADA | | Claim Number: 1379<br>Claim Date: 06/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6097 | | |
| PRIORITY | Claimed: | $45,856.00 | | |
| UNSECURED | Claimed: | $11,743.00 | | |
| GERVITZ, GARY<br>36 CYPRESS CT.<br>TROPHY CLUB, TX 76262 | | Claim Number: 1873<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $4,001.42 | | |
| UNSECURED | Claimed: | $10,713.02 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| GERVITZ, GARY<br>36 CYPRESS CT.<br>TROPHY CLUB, TX 76262 | | Claim Number: 1874<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4,001.42 | | | |
| UNSECURED | Claimed: | $10,713.02 | | | |
| GERVITZ, GARY<br>36 CYPRESS CT.<br>TROPHY CLUB, TX 76262 | | Claim Number: 1876<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $4,001.42 | | | |
| UNSECURED | Claimed: | $10,713.02 | | | |
| GERVITZ, GARY<br>36 CYPRESS CT.<br>TROPHY CLUB, TX 76262 | | Claim Number: 1877<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $4,001.42 | Scheduled: | $4,001.42 | |
| UNSECURED | Claimed: | $10,713.02 | Scheduled: | $10,710.12 | |
| GERVITZ, GARY ALAN<br>36 CYPRESS COURT<br>TROPHY CLUB, TX 76262 | | Claim Number: 43<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | | |
| UNSECURED | Claimed: | $14,714.44 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| GERVITZ, GARY ALAN<br>36 CYPRESS COURT<br>TROPHY CLUB, TX 76262 | Claim Number: 1875<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $4,001.42 |
|---|---|---|
| UNSECURED | Claimed: | $10,713.02 |

| GFI, A DIVISION OF THOMAS & BETTS<br>MANUFACTURING INC.<br>C/O BRETT D FALLON ESQ, MORRIS JAMES LLP<br>500 DELAWARE AVENUE<br>WILMINGTON, DE 19801 | Claim Number: 3830<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $40,951.30 |
|---|---|---|
| UNSECURED | Claimed: | $1,050,439.37 |

| GFI, A DIVISION OF THOMAS & BETTS<br>MANUFACTURING INC.<br>C/O BRETT D FALLON ESQ, MORRIS JAMES LLP<br>500 DELAWARE AVENUE<br>WILMINGTON, DE 19801 | Claim Number: 3834-01<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $35,162.30 |
|---|---|---|

| GFI, A DIVISION OF THOMAS & BETTS<br>MANUFACTURING INC.<br>C/O BRETT D FALLON ESQ, MORRIS JAMES LLP<br>500 DELAWARE AVENUE<br>WILMINGTON, DE 19801 | Claim Number: 3834-02<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,789.00 |
|---|---|---|

| GHIONE, RICH<br>202 CALVERT DRIVE #111<br>CUPERTINO, CA 95014-3707 | Claim Number: 50<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $6,500.00 | Scheduled: | $7,747.49 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $3,333.79 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

GHODGAONKAR, KIRAN
199 ANAHEIM TERRACE
SUNNYVALE, CA 94086

Claim Number: 5921
Claim Date: 10/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $42,547.07 |
|---|---|---|

GIANI, ANITA M
129 ELVA AVE
PASS CHRISTIAN, MS 395714809

Claim Number: 1891
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $403.65   UNLIQ |
|---|---|---|

GIANI, ANITA M.
129 ELVA DRIVE
PASS CHRISTIAN, MS 39571

Claim Number: 1890
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $403.65   UNLIQ |
|---|---|---|

GIBSON TECHNOLOGIES
3100 WOODCREEK DR
DOWNERS GROVE, IL 60515-5427

Claim Number: 3608
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $45,325.00 | Scheduled: | $45,325.00 |
|---|---|---|---|---|

GIBSON, ROBERT JOHN
308 HALLS MILL DRIVE
CARY, NC 27519

Claim Number: 5852
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $53,295.74 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| GIGA TRON ASSOC LTD<br>968 ST LAURENT BLVD<br>OTTAWA, ON K1K 3B3<br>CANADA | | Claim Number: 3343<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| ADMINISTRATIVE | Claimed: | $4,016.25 |
| GIGLIOTTI, THOMAS A<br>2520 PENNYSHIRE LANE<br>RALEIGH, NC 27606 | | Claim Number: 7188<br>Claim Date: 04/05/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7615<br>Revises claim no. 1471 |
| PRIORITY | Claimed: | $63,060.21 |
| GIGLIOTTI, THOMAS A.<br>2520 PENNYSHIRE LANE<br>RALEIGH, NC 27606 | | Claim Number: 1471<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 71 |
| PRIORITY | Claimed: | $44,127.53 |
| GIGLIOTTI, THOMAS A.<br>2520 PENNYSHIRE LANE<br>RALEIGH, NC 27606 | | Claim Number: 7615<br>Claim Date: 02/25/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7188 |
| UNSECURED | Claimed: | $73,371.77 |
| GILBERTSON, WAYNE<br>34 WEDGEWOOD DRIVE<br>HAWTHORN WOODS, IL 60047-7552 | | Claim Number: 1025<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $34,709.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| GILBERTSON, WAYNE<br>34 WEDGEWOOD DRIVE<br>HAWTHORN WOODS, IL 60047-7552 | Claim Number: 1072<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $34,709.00 |

---

| GILES, DANIEL G.<br>708 HAWTHORN RIDGE DR.<br>WHITSETT, NC 27377 | Claim Number: 2649<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $96,400.69 |

---

| GILES, DANIEL G.<br>708 HAWTHORN RIDGE DR.<br>WHITSETT, NC 27377 | Claim Number: 2650<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $96,400.69 |

---

| GILES, DANIEL G.<br>708 HAWTHORN RIDGE DR<br>WHITSETT, NC 27377 | Claim Number: 2651<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $96,400.69 |

---

| GILL, GUY D.<br>1015 LONSDALE COURT<br>ALPHARETTA, GA 30022 | Claim Number: 132<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $118,192.28 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| GILL, GUY D.<br>1015 LONSDALE COURT<br>ALPHARETTA, GA 30022 | | Claim Number: 4263<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $124,243.86 | Scheduled: | $0.00 UNLIQ | |
| GILLESPIE, DONALD L<br>PO BOX 293<br>CARTHAGE, MO 64836 | | Claim Number: 3016<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $397,257.53 | Scheduled: | $0.00 UNLIQ | |
| GILLIS, PATRICIA<br>38 OAK STREET<br>HUDSON, MA 01749 | | Claim Number: 3654<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $23,414.40 | | | |
| GILLIS, PATRICIA<br>38 OAK STREET<br>HUDSON, MA 01749 | | Claim Number: 3655<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
| PRIORITY | Claimed: | $23,414.40 | | | |
| GILLIS, PATRICIA<br>38 OAK STREET<br>HUDSON, MA 01749 | | Claim Number: 3656<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
| PRIORITY | Claimed: | $23,414.40 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| GILLIS, PATRICIA<br>38 OAK STREET<br>HUDSON, MA 01749 | | Claim Number: 3657<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $23,414.40 | | |
| GILLIS, PATRICIA<br>38 OAK STREET<br>HUDSON, MA 01749 | | Claim Number: 3658<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $20,791.92 | | |
| GILMORE GLOBAL LOGISTICS SERVICES INC<br>101 SOUTHCENTER COURT, SUITE 100- E<br>MORRISVILLE, NC 27560 | | Claim Number: 3721<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $589,872.29 | Allowed: | $464,872.29 |
| GILMORE GLOBAL LOGISTICS SERVICES INC<br>101 SOUTHCENTER COURT,<br>STE. 100-E<br>MORRISVILLE, NC 27560 | | Claim Number: 3722<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $3,502.19 | Allowed: | $3,502.19 |
| GINTEL<br>1601 N PALM AVE SUITE 304 D<br>PEMBROKE PINES, FL 33026 | | Claim Number: 5939<br>Claim Date: 10/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| ADMINISTRATIVE | Claimed: | $17,200.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| GLASS, DAVID J.<br>2313 LACEWOOD DRIVE<br>GARLAND, TX 75044-5527 | | Claim Number: 7563<br>Claim Date: 01/13/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $46,999.70 | | | |
| GLEASON, STEVEN<br>6 KINGS CROSSING CT<br>SAINT LOUIS, MO 63129 | | Claim Number: 2752<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $158,096.75 | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | |
| GLEASON, STEVEN<br>6 KINGS CROSSING CT<br>ST LOUIS, MO 63129 | | Claim Number: 4149<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $8,601.52 | | | |
| GLEASON, STEVEN P<br>6 KINGS CROSSING COURT<br>ST LOUIS, MO 63129 | | Claim Number: 1687<br>Claim Date: 08/13/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $137,767.32 | | | |
| GLOBAL CROSSING CONFERENCING<br>DEPARTMENT 518<br>DENVER, CO 80291-0518 | | Claim Number: 2671<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $42,161.97 | Scheduled: | $11,773.78 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| GLOBAL CROSSING CONFERENCING<br>DEPT 518<br>DENVER, CO 80291-0518 | Claim Number: 2672<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $823.64 | | |
| GLOBAL ELECTRIC<br>GLOBAL ELECTRIC ELECTRONICS<br>2710 WECK DRIVE<br>DURHAM, NC 27713 | Claim Number: 5432<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $39,555.15 | Scheduled: | $388,290.37 |
| GLOBAL ELECTRIC ELECTRONIC<br>220 JOHN STREET<br>BARRIE, ON L4N 2L2<br>CANADA | Claim Number: 3030<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $696,886.69 | | |
| GLOBAL IP SOLUTIONS, INC.<br>1600 AMPHITHEATRE PKWY<br>MOUNTAIN VIEW, CA 94043-1351 | Claim Number: 1336<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
| UNSECURED | Claimed: | $411,928.30 | | |
| GLOBALWARE SOLUTIONS<br>200 WARD HILL AVENUE<br>HAVERHILL, MA 01835 | Claim Number: 5810<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | | |
| ADMINISTRATIVE | Claimed: | $35,047.53 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| GLYMPH, STEVEN W<br>1401 DIXIE TRAIL<br>RALEIGH, NC 27607 | | Claim Number: 3263<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $7,045.24 | | |
| UNSECURED | Claimed: | $8,562.54 | Scheduled: | $12,467.30 | | |
| GNB INDUSTRIAL POWER - A DIVISION OF<br>EXIDE TECHNOLOGIES<br>3950 SUSSEX AVENUE<br>AURORA, IL 60504-7932 | | Claim Number: 267<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | | | |
| UNSECURED | Claimed: | $67,992.00 | | | Allowed: | $62,992.00 |
| GOFORTH, OONA M<br>700 N MAIN ST, PO BOX 234<br>FARMLAND, IN 47340 | | Claim Number: 3587<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ | Allowed: | $3,191.00 |
| GOINS, PETRA<br>2982 MARLOW LANE<br>RICHARDSON, TX 75082 | | Claim Number: 2690<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| PRIORITY | Claimed: | $15,749.41 | Scheduled: | $5,060.96 | | |
| UNSECURED | Claimed: | $2,388.08 | Scheduled: | $10,632.11 | | |
| GOINS, PETRA B.<br>2982 MARLOW LANE<br>RICHARDSON, TX 75082 | | Claim Number: 51<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| PRIORITY | Claimed: | $7,505.38 | | | | |
| UNSECURED | Claimed: | $25,245.37 | | | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

GOLDER
GOLDER ASSOCIATES INC
3730 CHAMBLEE TUCKER ROAD
ATLANTA, GA 30341

Claim Number: 3264
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $23,043.65 | | $11,315.39 |

GOLF CLUB OF GEORGIA, INC.
1 GOLF CLUB DRIVE
ALPHARETTA, GA 30005-7426

Claim Number: 4316
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $2,062.57 |

GOLF GEORGIA
GOLF CLUB OF GEORGIA
1 GOLF CLUB DRIVE
ALPHARETTA, GA 30005-7426

Claim Number: 4317
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| | Claimed: | | Allowed: | |
|---|---|---|---|---|
| UNSECURED | | $2,062.57 | | $776.68 |

GOMBOS, IMRE M
6830 LANCASTER CR
CUMMING, GA 30040

Claim Number: 3510
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $56,488.14 | | $0.00 UNLIQ |

GOOCH, SHARON
3621 PAGE RD
MORRISVILLE, NC 27560

Claim Number: 2343
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| UNSECURED | | $40,542.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| GOODBAR, ROBERT L JR.<br>2809 BUTNER ST<br>DURHAM, NC 27704 | Claim Number: 2227<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE          Claimed: | $198.27  UNLIQ | | |
| GOODIN, VICKIE<br>104 POLLY PLACE<br>CLAYTON, NC 27520 | Claim Number: 7744<br>Claim Date: 05/31/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED          Claimed: | $35,386.86 | | |
| GOODMAN-PROCKNOW, DEBRA<br>3185 STONEHURST DRIVE<br>EL DORADO HILLS, CA 95762 | Claim Number: 7424<br>Claim Date: 09/20/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED          Claimed: | $43,008.00 | | |
| GOODWIN, DREW<br>2552 BLUEBONNET DRIVE<br>RICHARDSON, TX 75082 | Claim Number: 5597<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY          Claimed:<br>UNSECURED | $5,240.00 | Scheduled: | $0.00  UNLIQ |
| GOOSE, KEVIN N.<br>2500 SILVER SPUR CT<br>HERNDON, VA 20171-2927 | Claim Number: 3708<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED          Claimed: | $154,722.84 | Scheduled: | $0.00  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| GORDON, DOUGLAS S.<br>3904 SADDLEHEAD DRIVE<br>PLANO, TX 75075 | Claim Number: 2104<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | |
| ADMINISTRATIVE          Claimed: | $0.00   UNDET | |
| GORDON, DOUGLAS S.<br>3904 SADDLEHEAD DRIVE<br>PLANO, TX 75075 | Claim Number: 2106<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | |
| ADMINISTRATIVE          Claimed: | $0.00   UNDET | |
| GORDON, DOUGLAS S.<br>3904 SADDLEHEAD DRIVE<br>PLANO, TX 75075 | Claim Number: 2108<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | |
| ADMINISTRATIVE          Claimed: | $0.00   UNDET | |
| GORHUM, JAMES WAYNE<br>2752 BANEBERRY CT.<br>HIGHLANDS RANCH, CO 80129 | Claim Number: 7235<br>Claim Date: 04/26/2010<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $71,918.00 | |
| GOTTLIEB, PAMELA A.<br>12079 NW 50TH DRIVE<br>CORAL SPRINGS, FL 33076 | Claim Number: 4534<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE          Claimed: | $334,560.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| GOTTLIEB, PAMELA A.<br>12079 NW 50TH DRIVE<br>CORAL SPRINGS, FL 33076 | Claim Number: 4535<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $10,968.25 | | |
|---|---|---|---|---|

| GOTTLIEB, PAMELA A.<br>12079 NW 50TH DRIVE<br>CORAL SPRINGS, FL 33076 | Claim Number: 4537<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $159.10 | Scheduled: | $159.10 UNLIQ |
|---|---|---|---|---|

| GOTTLIEB, PAMELA A.<br>12079 NW 50TH DRIVE<br>CORAL SPRINGS, FL 33076 | Claim Number: 4538<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $30,000.00  UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| GOTTLIEB, PAMELA A.<br>12079 NW 50TH DRIVE<br>CORAL SPRINGS, FL 33076 | Claim Number: 4539<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

| GOTTLIEB, PAMELA A.<br>12079 NW 50TH DRIVE<br>CORAL SPRINGS, FL 33076 | Claim Number: 4541<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | | |
|---|---|---|---|
| GOTTLIEB, PAMELA A.<br>12079 NW 50TH DRIVE<br>CORAL SPRINGS, FL 33076 | | Claim Number: 4542<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | |

| ADMINISTRATIVE | Claimed: | $0.00  UNDET | |
|---|---|---|---|

GOTTWALD, JOHN
25 AUTUMN LANE
READING, MA 01867

Claim Number: 7128
Claim Date: 02/25/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $23,201.72 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $16,569.15  UNLIQ |

GOUDSMIT, JAC
C/O JEFFREY B. ROSE
TISHLER & WALD, LTD.
200 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

Claim Number: 5529
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $395.00 |
|---|---|---|

GOULET, ROY
25 LAKEHURST COURT
DURHAM, NC 27713

Claim Number: 4602
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| PRIORITY | Claimed: | $8,874.65 |
|---|---|---|
| UNSECURED | Claimed: | $38,840.00 |

GOULET, ROY
25 LAKEHURST COURT
DURHAM, NC 27713

Claim Number: 4603
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $47,714.65 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| GOWIN, VINOD<br>8208 MANATEE CT<br>RALEIGH, NC 27616 | | Claim Number: 5813<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| SECURED | Claimed: | $50,908.19 | | | |
| GOWIN, VINOD<br>8208 MANATEE CT.<br>RALEIGH, NC 27616 | | Claim Number: 5815<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | | |
| SECURED | Claimed: | $50,908.19 | | | |
| GOWIN, VINOD N.<br>8208 MANATEE CT<br>RALEIGH, NC 27616 | | Claim Number: 5814<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | | |
| SECURED | Claimed: | $50,908.19 | | | |
| GOYETTE, PATRICIA C<br>351 GARDNER LANE<br>DOVER, AR 72837 | | Claim Number: 4467<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $36,339.89 | Scheduled: | $0.00 UNLIQ | |
| GRABOWSKI, EDWARD<br>516 LYNDENBURY DR<br>APEX, NC 27502 | | Claim Number: 2691<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $516.85 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| GRABOWSKI, EDWARD<br>516 LYNDENBURY DR<br>APEX, NC 27502 | Claim Number: 2692<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $72,358.50 |
|---|---|---|

| GRACE, SAMUEL J.<br>2964 COVE TRACE<br>CHARLOTTESVILLE, VA 22911 | Claim Number: 1556<br>Claim Date: 07/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $146,199.69 |
|---|---|---|

| GRAHAM, ROBERT<br>PO BOX 9096<br>RANCHO SANTA FE, CA 92067 | Claim Number: 4355<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim for 1,571.25 monthly. |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| GRAHAM, ROBERT<br>PO BOX 9096<br>RANCHO SANTA FE, CA 92067 | Claim Number: 4360<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $132,570.08 | Scheduled: | $132,570.08 UNLIQ |
|---|---|---|---|---|

| GRAHAM, ROBERT M.<br>P.O. BOX 9096<br>RANCHO SANTA FE, CA 92067 | Claim Number: 4354<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim for 1,158.47 monthly. |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| GRAINGER, BRIAN<br>6648 S MARION ST<br>CENTENNIAL, CO 80121 | | Claim Number: 690<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| UNSECURED | Claimed: | $44,118.00 | | |
| GRAINGER, BRIAN<br>6648 S MARION ST<br>CENTENNIAL, CO 80121 | | Claim Number: 4567<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $44,118.00 | | |
| GRAINGER, BRIAN<br>6648 S. MARION STREET<br>CENTENNIAL, CO 80121 | | Claim Number: 4568<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 690. | | |
| UNSECURED | Claimed: | $47,511.44 | Scheduled: | $47,511.44 |
| GRAINGER, WESLEY<br>28119 CARMEL VALLEY<br>BOERNE, TX 78015-4858 | | Claim Number: 3226<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $49,996.76 | | |
| GRAMAN, ROGER A.<br>204 FAISON RD.<br>CHAPEL HILL, NC 27517 | | Claim Number: 7425<br>Claim Date: 09/20/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $68,425.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| GRANDMONT CONSULTING INC<br>1350 ERINDALE CRESCENT<br>LONDON, ON N5X 1V9<br>CANADA | | Claim Number: 4139<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4758 (01/25/2011) | | | |
| UNSECURED | Claimed: | $10,320.00 | | | |
| GRANGER, KATHERINE<br>1201 CHICKERING WAY LN.<br>KNOXVILLE, TN 37923 | | Claim Number: 7655<br>Claim Date: 03/21/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $25,897.64 | | | |
| GRANT, DAVID<br>205 REEDHAM WAY<br>RALEIGH, NC 27615 | | Claim Number: 3986<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $330,868.72 | Scheduled: | $0.00 UNLIQ | |
| GRANT, DAVID<br>205 REEDHAM WAY<br>RALEIGH, NC 27615 | | Claim Number: 3987<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $315,868.47 | Scheduled: | $315,868.47 UNLIQ | |
| GRANT, SIDNEY BEAUSOLEIL<br>2720 SYLVAN WAY<br>MCKINNEY, TX 75070 | | Claim Number: 7361<br>Claim Date: 07/27/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 UNLIQ | | | |
| UNSECURED | Claimed: | $90,588.00 UNLIQ | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| GRAPEVINE-COLLEYVILLE INDEPENDENT SCHOOL DISTRICT - ATTN: ELIZABETH BANDA CALVO PERDUE, BRANDON, FIELDER, COLLINS & MOTT P.O. BOX 13430 ARLINGTON, TX 76094-0430 | Claim Number: 7404 Claim Date: 09/07/2010 Debtor: NORTEL NETWORKS INC. |

| SECURED | Claimed: | $4,750.74 |

| GRASBY, ROBERT 3077 HILARY DR SAN JOSE, CA 95124 | Claim Number: 1374 Claim Date: 06/17/2009 Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $27,136.30 |

| GRASBY, ROBERT 3077 HILARY DR SAN JOSE, CA 95124 | Claim Number: 1375 Claim Date: 06/17/2009 Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $8,134.30 |

| GRASBY, ROBERT 3077 HILARY DR SAN JOSE, CA 95124 | Claim Number: 1376 Claim Date: 06/17/2009 Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $50,486.14 |

| GRASBY, ROBERT 3077 HILARY DR SAN JOSE, CA 95124 | Claim Number: 1377 Claim Date: 06/17/2009 Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $3,447.30 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| GRAY, STEVEN J.<br>317-411 W. MORGAN ST.<br>RALEIGH, NC 27601 | | Claim Number: 7578<br>Claim Date: 01/24/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>To be determined but not less than $33,500 based on expected terminatio |

| PRIORITY | Claimed: | $10,950.00  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $22,550.00  UNLIQ |

| | | |
|---|---|---|
| GRAY-PRESTON, CARROLL<br>101 HALLEY'S CT<br>MORRISVILLE, NC 27560 | | Claim Number: 77<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $77,177.25 |
|---|---|---|

| | | |
|---|---|---|
| GRAY-PRESTON, CARROLL<br>101 HALLEY'S CT<br>MORRISVILLE, NC 27560 | | Claim Number: 78<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $141,908.54 |
|---|---|---|

| | | |
|---|---|---|
| GRAYBAR<br>JULES KRIEGER<br>FINANCIAL MANAGER<br>425 CAYUGA ROAD, SUITE 100<br>CHEEKTOWAGA, NY 14225 | | Claim Number: 1911<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $1,802.12 |
|---|---|---|

| | | |
|---|---|---|
| GRAYBAR ELECTRIC<br>4601 CAMBRIDGE ROAD<br>FORT WORTH, TX 76155 | | Claim Number: 3165<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |

| SECURED | Claimed: | $54,609.20 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $28,682.49 DISP |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

GRAYBAR ELECTRIC CO INC
425 CAYUGA ROAD
CHEEKTOWAGA, NY 14225-1946

Claim Number: 1912
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,802.12 | Scheduled: | $1,750.53 DISP |
| --- | --- | --- | --- | --- |

GRAYBAR ELECTRIC COMPANY, INC.
STEVENS & LEE, P.C. - JOHN D. DEMMY
1105 NORTH MARKET STREET, 7TH FLOOR
WILMINGTON, DE 19801

Claim Number: 2270
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 1545 (09/24/2009)

| ADMINISTRATIVE | Claimed: | $5,815.37 | | | Allowed: | $839.63 |
| --- | --- | --- | --- | --- | --- | --- |

GREEN, JAMES A.
PO BOX 1470
JEFFERSON, NC 28640

Claim Number: 7306
Claim Date: 06/21/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $84,441.58 |
| --- | --- | --- |

GREEN, QUEENA S
7132 GREAT LAUREL DRIVE
RALEIGH, NC 27616

Claim Number: 6591
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,269.02 | Scheduled: | $8,096.46 |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $2,172.56 |

GREEN, ROBERT J
3016 LAKESIDE VIEW COURT
CARY, NC 27513

Claim Number: 3152
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | | | Scheduled: | $7,098.54 |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $31,362.99 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| GREEN, STEPHANIE<br>1274 COUNTY ROAD 4205<br>BONHAM, TX 75418 | Claim Number: 7269<br>Claim Date: 05/28/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $33,802.10 |
|---|---|---|

---

| GREEN, WILLIAM & MARILYN<br>1106 BOSTON HOLLOW RD<br>ASHLAND CITY, TN 37015 | Claim Number: 7338<br>Claim Date: 07/07/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

---

| GREENBERG TURNER<br>401 BAY STREET, SUITE 3000<br>TORONTO, ON M5H 2Y4<br>CANADA | Claim Number: 5546<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $11,609.17 |
|---|---|---|

---

| GREENBERG TURNER<br>401 BAY STREET, SUITE 3000<br>TORONTO, ON M5H 2Y4<br>CANADA | Claim Number: 7295<br>Claim Date: 06/15/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $6,981.98 |
|---|---|---|

---

| GREENE, STUART<br>14678 VILLAGE GLEN CIRCLE<br>TAMPA, FL 33618 | Claim Number: 4306<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $148,839.39 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

GREER, DEBORAH A.
1609 WRENWOOD WAY
MOUNT JULIET, TN 37122

Claim Number: 7626
Claim Date: 03/03/2011
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00  UNLIQ | |
| UNSECURED | Claimed: | $41,928.00  UNLIQ | |

---

GRELCK, KENNETH
117 TARKINGTON CT.
MORRISVILLE, NC 27560

Claim Number: 698
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $501,018.61 |

---

GRELCK, KENNETH
117 TARKINGTON CT.
MORRISVILLE, NC 27560

Claim Number: 2658
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $50,365.06 |

---

GRELCK, KENNETH
117 TARKINGTON CT.
MORRISVILLE, NC 27560

Claim Number: 2659
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $463,792.20 | Scheduled: | $474,742.40 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

GRELCK, KENNETH
117 TARKINGTON CT.
MORRISVILLE, NC 27560

Claim Number: 2660
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $10,402.75  UNLIQ |
|---|---|---|---|---|

GRELCK, KENNETH
117 TARKINGTON CT.
MORRISVILLE, NC 27560

Claim Number: 2661
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $22,305.46  UNLIQ |
|---|---|---|---|---|

GRELCK, KENNETH
117 TARKINGTON CT
MORRISVILLE, NC 27560

Claim Number: 2662
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $28,005.87 |
|---|---|---|

GRELCK, KENNETH
117 TARKINGTON CT.
MORRISVILLE, NC 27560

Claim Number: 2663
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $72,422.09 |
|---|---|---|

GREVE, DANIEL
2221 LAKESIDE BLVD
RICHARDSON, TX 75082-4305

Claim Number: 2923
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $6,155.11 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| GRIFFIN, JIM L.<br>112 CROSSWIND DR.<br>CARY, NC 27513 | | Claim Number: 7520<br>Claim Date: 12/20/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $10,950.00  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $6,050.00  UNLIQ |

| GRIFFIN, KIMBERLY<br>8701 DONNINGTON DR.<br>RALEIGH, NC 27615 | | Claim Number: 574<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|---|

| UNSECURED | Claimed: | $48,794.00 |
|---|---|---|

| GRIFFIN, KIMBERLY<br>8701 DONNINGTON DR.<br>RALEIGH, NC 27615 | | Claim Number: 575<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|---|

| PRIORITY | Claimed: | $5,796.89 |
|---|---|---|

| GRIFFIN, KIMBERLY<br>8701 DONNINGTON DR.<br>RALEIGH, NC 27615 | | Claim Number: 576<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $118,373.44 |
|---|---|---|

| GRIFFIN, KIMBERLY<br>8701 DONNINGTON DR.<br>RALEIGH, NC 27615 | | Claim Number: 577<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $3,365.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| GRIFFIN, KIMBERLY<br>8701 DONNINGTON DR.<br>RALEIGH, NC 27615 | | Claim Number: 3577<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 574. | | |
| UNSECURED | Claimed: | $49,129.58 | Scheduled: | $49,129.58 |
| GRIFFIN, LARNA E.<br>8212 MUIRFIELD DRIVE<br>FUQUAY VARINA, NC 27526 | | Claim Number: 581<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $457.03 | | |
| GRIGG, THOMAS JR<br>3724 WOODLAWN CT<br>BUFORD, GA 30519-4616 | | Claim Number: 6285<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $18,665.03 | | |
| GRISHAM, KIMBERLEE<br>309 JENNIFER LANE<br>ROSELLE, IL 60172 | | Claim Number: 3335<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| GRONWALL, TERYL<br>5853 JOE BEAR DRIVE<br>HONEOYE, NY 14471 | | Claim Number: 3517<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $74,351.91 | Scheduled: | $74,351.91  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

GRONWALL, TERYL R
5853 JOE BEAR DRIVE
HONEOYE, NY 14471-9523

Claim Number: 3519
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $157,510.86 | Scheduled: | $0.00 UNLIQ | |
|---|---|---|---|---|---|

GROOT INDUSTRIES, INC.
C/O CHRISTOPHER COMBEST, ATTORNEY
QUARLES & BRADY LLP
300 N. LASALLE STREET, SUITE 4000
CHICAGO, IL 60654

Claim Number: 4526
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00  UNLIQ | | Allowed: | $600.00 |
|---|---|---|---|---|---|

GROSSO, STEPHEN
44 HUCKLEBERRY RD
HOPKINTON, MA 01748

Claim Number: 4525
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,866.57 | Scheduled: | $2,866.57 UNLIQ | |
|---|---|---|---|---|---|

GROTE, CHARLES R
5627 S. QUATAR CT.
CENTENNIAL, CO 80015

Claim Number: 8
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $36,718.08 |

GROTE, CHARLES R
5627 S. QUATAR CT.
CENTENNIAL, CO 80015

Claim Number: 9
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,939.36 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

GROTE, CHARLES R
5627 S. QUATAR CT.
CENTENNIAL, CO 80015

Claim Number: 10
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $7,944.68 |
|---|---|---|

GROTE, CHARLES R.
5627 S. QUATAR CT.
CENTENNIAL, CO 80015

Claim Number: 93
Claim Date: 01/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $3,574.80 |
|---|---|---|

GROTE, CHARLES R.
5627 S. QUATAR CT.
CENTENNIAL, CO 80015

Claim Number: 278
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $1,904.94 |
|---|---|---|

GROTH, LOUISE
1127 LINCOLN COURT
SAN JOSE, CA 95125

Claim Number: 1524
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $7,523.90 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,764.00 | Scheduled: | $22,937.63 |

GTCI
701 MAPLE CREEK DR
FAIRVIEW, TX 750690140

Claim Number: 101
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $27,757.24 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $27,757.24 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| GU, JIONG<br>601 COMANCHE DR<br>ALLEN, TX 75013 | | Claim Number: 275<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $28,016.46 | | | |
| GU, JIONG<br>601 COMANCHE DR<br>ALLEN, TX 75013 | | Claim Number: 389<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $6,725.89 |
| UNSECURED | Claimed: | $17,066.46 | Scheduled: | $18,602.19 |
| GUANGDONG NORTEL TELECOMM. EQUIP. CO.LTD<br>ATTN: MAY CAI, IN-HOUSE COUNSEL<br>RONGLI INDUSTRIAL PARK, LIUHENG ROAD,<br>RONGGUI, SHUNDE DISTRICT<br>GUANGDONG, 528306<br>CHINA | | Claim Number: 3545<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $3,927,622.44 | | | |
| GUANGDONG NORTEL TELECOMM. EQUIP.CO. LTD<br>ATN : MAY CAI, IN-HOUSE COUNSEL<br>RONGLI INDUSTRIAL PARK, LIUHENG ROAD,<br>RONGGUI SHUNDE DISTRICT<br>FOSHAN CITY, GUANGDONG, 528306<br>CHINA | | Claim Number: 3962<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $3,927,622.44 | | | |
| UNSECURED | Claimed: | $8,533,449.86 | | | |
| GUANGDONG NORTEL TELECOMM. EQUIP.CO. LTD<br>ATN : MAY CAI, IN-HOUSE COUNSEL<br>RONGLI INDUSTRIAL PARK, LIUHENG ROAD,<br>RONGGUI SHUNDE DISTRICT<br>FOSHAN CITY, GUANGDONG, 528306<br>CHINA | | Claim Number: 3963<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $10,057,644.05 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

GUENDEL, HERBERT W.
1319 DEANS DR.
HUNTSVILLE, AL 35802

Claim Number: 4573
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

GUERIN
GUERIN & RODRIGUEZ LLP
5 MOUNT ROYAL AVE
MARLBOROUGH, MA 01752

Claim Number: 2992
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $87,498.63 |
|---|---|---|

GUERIN & RODRIGUEZ LLP
5 MT ROYAL AVE
MARLBORO, MA 01752

Claim Number: 2979
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $87,498.63 |
|---|---|---|

GUERIN & RODRIGUEZ LLP
5 MOUNT ROYAL AVE
MARLBOROUGH, MA 01752

Claim Number: 3005
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $87,498.63 | Scheduled: | $30,052.00 |
|---|---|---|---|---|

GUETING, JAN BERND
VON-HOLTE-STRASSE 75
MUENSTER, D-48167
GERMANY

Claim Number: 2507
Claim Date: 09/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| PRIORITY | Claimed: | $104,754.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| GUNDECHA, CHAND<br>11309 RIDGEGATE DRIVE<br>RALEIGH, NC 27617 | Claim Number: 2629<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $24,296.87 | | |
| UNSECURED | Claimed: | $24,296.87 | Scheduled: | $19,832.58 UNLIQ |
| TOTAL | Claimed: | $24,296.87 | | |

---

| GUNDECHA, CHANDRAKANT (CHAND)<br>11309 RIDGEGATE DR<br>RALEIGH, NC 27617 | Claim Number: 133<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $18,244.26 |
| SECURED | Claimed: | $36,000.00 |
| TOTAL | Claimed: | $18,244.26 |

---

| GUNDUZHAN, EMRE<br>5212 ACACIA AVE<br>BETHESDA, MD 20814 | Claim Number: 1272<br>Claim Date: 06/04/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $13,339.00 | | |
| UNSECURED | Claimed: | $21,412.00 | Scheduled: | $32,361.56 |

---

| GUREVITCH, MORRIS<br>17890 ABERDEEN WAY<br>BOCA RATON, FL 33496 | Claim Number: 1483<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $199,687.02 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

GUREVITCH, MORRIS
17890 ABERDEEN WAY
BOCA RATON, FL 33496

Claim Number: 4131
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $235,000.00 |
|----------|----------|-------------|

GUTIERREZ, JORGE
6309 KIT CREEK RD.
MORRISVILLE, NC 27560

Claim Number: 644
Claim Date: 03/19/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | | | Scheduled: | $3,132.66 |
|----------|----------|-------------|------------|-----------|
| UNSECURED | Claimed: | $21,914.40 | Scheduled: | $19,300.47 |

HACKER, COLLEEN
3024 WYNTREE COURT
MATTHEWS, NC 28104

Claim Number: 7395
Claim Date: 08/30/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
|----------|----------|------------|-------|
| UNSECURED | Claimed: | $19,672.75 | UNLIQ |

HACKNEY, JOEL
315 MEADOWMONT LANE
CHAPEL HILL, NC 27517

Claim Number: 4278
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $55,388.55 |
|----------|----------|-------------|

HADDOCK, DONALD D.
1424 OPAL CT
RALEIGH, NC 27615

Claim Number: 2467
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $170,794.80 |
|----------------|----------|-------------|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| HADFIELD, BRIAN<br>859 N SILVER FOX DR<br>GRANTSVILLE, UT 840298052 | | Claim Number: 3887<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $19,375.00 |
| HAFEEZ, IMRAN<br>604 SAINT GEORGE<br>RICHARDSON, TX 75081 | | Claim Number: 4405<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $51,329.19 |
| HAGEMEYER NORTH AMERICA INC<br>PO BOX 404753<br>ATLANTA, GA 30384-4753 | | Claim Number: 5987<br>Claim Date: 10/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5089 (03/09/2011) |
| UNSECURED | Claimed: | $20,365.85 |
| HAGGARD, CARY<br>601 EAST 20TH ST.<br>APT. 6E<br>NEW YORK, NY 10010 | | Claim Number: 2889<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $31,849.99 |
| HAGGBLADE, TED<br>3812 PILOT DR<br>PLANO, TX 75025 | | Claim Number: 3221<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. |

PRIORITY          Claimed:          $190,801.87
UNSECURED                                              Scheduled:                    $0.00 UNLIQ

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| HAIN CAPITAL HOLDINGS, LCC<br>TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | Claim Number: 1950<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED            Claimed: | $747,603.76 | | |

---

| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | Claim Number: 293<br>Claim Date: 02/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED            Claimed: | $608,549.21 | | |

---

| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: THORPE, MACK, JR.<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | Claim Number: 831<br>Claim Date: 03/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4552 (12/07/2010) | | |
|---|---|---|---|
| UNSECURED            Claimed: | $1,441,417.90 | Allowed: | $115,000.00 |

---

| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: WEBSLINGERZ, INC.<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | Claim Number: 1080<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED            Claimed: | $85,000.00 | | |

---

| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: TESTING HOUSE DE MEXICO S DE<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | Claim Number: 2268<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 1199 (07/28/2009) | | |
|---|---|---|---|
| ADMINISTRATIVE            Claimed: | $66,390.00 | Allowed: | $66,390.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: TESTING HOUSE DE MEXICO S DE<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | | Claim Number: 2269<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 1199 (07/28/2009) | | | | | |
| SECURED | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $171,080.00 | Scheduled: | $168,430.00 | | Allowed: | $171,080.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: BALDWIN FB<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | | Claim Number: 2464<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | | | | |
| UNSECURED | Claimed: | $191,850.00 | Scheduled: | $191,850.00 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: AIRSPAN NETWORKS INC.<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 3470<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | | | |
| ADMINISTRATIVE | Claimed: | $147,488.48 | | | | | |
| UNSECURED | Claimed: | $1,684,090.25 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: CALLIDUS SOFTWARE<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | | Claim Number: 4098<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | | | | |
| ADMINISTRATIVE | Claimed: | $400,528.64 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: SYSELOG SA<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | | Claim Number: 4902<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4554 (12/07/2010) | | | | | |
| UNSECURED | Claimed: | $4,291,036.92 | | | | Allowed: | $750,000.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: INDUSPAC RTP<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 335<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $41,529.86 | |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: INDUSPAC RTP<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 336<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $9,040.84 | |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: INDUSPAC RTP<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 337<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $8,979.42 | |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: INDUSPAC RTP<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 338<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $306,714.03 | |
| HALE, DAVID<br>3104 PRESTONWOOD DR<br>PLANO, TX 750938855 | Claim Number: 7142<br>Claim Date: 03/10/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 4174 | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $6,248.06<br>$39,088.22 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| HALE, JR., ROBERT LEE<br>174 MONTIBELLO DRIVE<br>MOORESVILLE, NC 28117 | | Claim Number: 4060<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- | --- |

| UNSECURED | Claimed: | $3,371.38 |
| --- | --- | --- |

| HALE, MITCHELL E.<br>34 LISA BETH CIRCLE<br>DOVER, NH 03820 | | Claim Number: 7199<br>Claim Date: 04/12/2010<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- | --- |

| UNSECURED | Claimed: | $43,853.44 |
| --- | --- | --- |

| HALKETT, PHILIP<br>1939 BOWKER PLACE<br>VICTORIA, BC V8R 6N1<br>CANADA | | Claim Number: 2854<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| --- | --- | --- |

| ADMINISTRATIVE | Claimed: | $10,782.70 |
| --- | --- | --- |

| HALKETT, PHILIP<br>1939 BOWKER PLACE<br>VICTORIA, BC V8R 6N1<br>CANADA | | Claim Number: 2855<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| --- | --- | --- |

| UNSECURED | Claimed: | $2,688.67 |
| --- | --- | --- |

| HALL, SCOTT A.<br>606 O'PHELAN LN<br>GARLAND, TX 75044 | | Claim Number: 1858<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- | --- |

| PRIORITY | Claimed: | $6,362.50 | Scheduled: | $6,362.50 |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $518.78 | Scheduled: | $518.78 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| HALLORAN, ROBERT J.<br>PO BOX 876<br>SALEM, NH 03079-0876 | Claim Number: 2202<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

---

| HAMILTON COUNTY TREASURER<br>33 N. 9TH STREET, STE. 112<br>NOBLESVILLE, IN 46060 | Claim Number: 2005<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4467 (12/03/2010) |
|---|---|

| PRIORITY | Claimed: | $1,255.32 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| HAMILTON, CHARLES<br>2005 SUNDAY SILENCE<br>GREENBRIER, TN 37073 | Claim Number: 7538<br>Claim Date: 12/28/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $6,232.09 |
| TOTAL | Claimed: | $17,182.09 |

---

| HAMILTON, MARK<br>2201 LAKESIDE BLVD<br>RICHARDSON, TX 75082-4399 | Claim Number: 4137<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $2,894.80 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2,894.80 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

HAMOUDA, JOSEPH
10636 E ACACIA DR
SCOTTSDALE, AZ 85255

Claim Number: 1782
Claim Date: 08/18/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $34,692.00 |
|---|---|---|

HAMRICK, EILEEN C.
4125 LASSITER ROAD
WAKE FOREST, NC 27587-8478

Claim Number: 7739
Claim Date: 05/23/2011
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $1,978.00 |
|---|---|---|
| UNSECURED | Claimed: | $29,035.00 |

HANIG, HARMON
PO BOX 1103
LAFAYETTE, CA 94549-1103

Claim Number: 3376
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $6,553.94 |
|---|---|---|

HANIG, HARMON L.
PO BOX 1103
LAFAYETTE, CA 94549

Claim Number: 1733
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

---

| UNSECURED | Claimed: | $6,553.94 |
|---|---|---|

HANKEL, MARK
600 TECHNOLOGY PARK
BILLERICA, MA 01821

Claim Number: 3315
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $196,830.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $22,225.18 UNLIQ |

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| HANKEL, MARK<br>600 TECHNOLOGY PARK<br>BILLERICA, MA 01821 | | Claim Number: 4806<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
| PRIORITY | Claimed: | $196,830.00 | | | |
| HANKEL, MARK C<br>8 FOX HOLLOW<br>PLAISTOW, NH 03865 | | Claim Number: 3314<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $22,225.18 | | | |
| HANKEL, MARK C.<br>8 FOX HOLLOW LANE<br>PLAISTOW, NH 03865 | | Claim Number: 4807<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
| PRIORITY | Claimed: | $22,225.18 | | | |
| HANLON, BRION R.<br>2728 WELBORN ST # 316<br>DALLAS, TX 75219 | | Claim Number: 7137<br>Claim Date: 03/08/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $35,613.04 | | | |
| HANNAH, DAVID C<br>405 SKULLEY DR<br>ALPHARETTA, GA 30004 | | Claim Number: 4398<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $796,026.52 | Scheduled: | $0.00 UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| HANSEN, MARK<br>1400 OUSLEY DRIVE<br>GILROY, CA 95020 | | Claim Number: 1270<br>Claim Date: 06/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | |
| UNSECURED | Claimed: | $80,555.00 | | | |
| HANSEN, MARK J.<br>1400 OUSLEY DRIVE<br>GILROY, CA 95020-3727 | | Claim Number: 1800<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $80,555.16 | | | |
| HARBISON, SANDRA<br>5816 STRATFORD LANE<br>THE COLONY, TX 75056 | | Claim Number: 2067<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $2,022.44 | | | |
| HARBISON, SANDRA<br>5816 STRATFORD LANE<br>THE COLONY, TX 75056 | | Claim Number: 2068<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $2,022.44 | Scheduled: | $2,022.44 | |
| HARDEN, III, JAMES E.<br>1460 CHINOOK COURT<br>LILBURN, GA 30047-7437 | | Claim Number: 723<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | | |
| UNSECURED | Claimed: | $105,669.55 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| HARDEN, JAMES E., III<br>1460 CHINOOK COURT<br>LILBURN, GA 30047-7437 | | Claim Number: 1396<br>Claim Date: 06/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
| PRIORITY | Claimed: | $105,699.55 | | |
| TOTAL | Claimed: | $105,669.55 | | |
| HARDEN, JAMES III<br>1460 CHINOOK CT<br>LILBURN, GA 30047-7437 | | Claim Number: 4212<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $8,445.05 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |
| HARDY, BRIAN<br>10935 PARKER VISTA PLACE<br>PARKER, CO 80138 | | Claim Number: 7721<br>Claim Date: 04/28/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00   UNLIQ | | |
| UNSECURED | Claimed: | $21,983.94   UNLIQ | | |
| HARDY, SHARON H.<br>1006 GWENDOLYN DR<br>LEBANON, TN 37087-8478 | | Claim Number: 7499<br>Claim Date: 11/15/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00   UNLIQ | | |
| UNSECURED | Claimed: | $7,250.00   UNLIQ | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| HARKER, KENNETH R. JR<br>4111 MORRISON ROAD<br>NASHVILLE, IN 47448 | Claim Number: 4267<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $385,045.08 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| HARPER, JAMES JR<br>101 CHERTSEY CT<br>CARY, NC 27519 | Claim Number: 2731<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $333,121.32 |

| HARPER, JAMES JR<br>101 CHERTSEY CT<br>CARY, NC 27519 | Claim Number: 2732<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $1,197.53 UNLIQ |
|---|---|---|---|---|

| HARPER, KERRIE<br>9312 CUTRIGHT DR<br>RALEIGH, NC 27617 | Claim Number: 6783<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $45,575.75 |
|---|---|---|

| HARPER, WILLIAM D. JR.<br>4017 BROWN PL<br>RALEIGH, NC 27604 | Claim Number: 7400<br>Claim Date: 09/07/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $52,238.01 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | |
|---|---|---|
| HARR, ROSHAN M.<br>14341 MIRANDA WAY<br>LOS ALTOS HILLS, CA 94022 | Claim Number: 4447<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |

| ADMINISTRATIVE | Claimed: | $34,909.56 |
|---|---|---|

| | | |
|---|---|---|
| HARRIS COUNTY, ET AL<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 135<br>Claim Date: 02/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | |

| SECURED | Claimed: | $4,395.96  UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| HARRIS COUNTY, ET AL<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 206<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | |

| SECURED | Claimed: | $4,395.96  UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| HARRIS STRATEX NETWORKS OPERATING CORP.<br>HARRIS STRATEX NETWORKS, INC.<br>ATTN: LEGAL DEPARTMENT<br>637 DAVIS DRIVE<br>MORRISVILLE, NC 27560 | Claim Number: 991<br>Claim Date: 04/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | |

| UNSECURED | Claimed: | $413,055.21 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| HARRIS STRATEX NETWORKS OPERATING CORP.<br>ATTN: LEGAL DEPARTMENT<br>HARRIS STRATEX NETWORKS, INC.<br>637 DAVIS DRIVE<br>MORRISVILLE, NC 27560 | Claim Number: 2631<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $421,395.21 | Scheduled: | $59,862.60 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| HARRIS, KAREN<br>157 BEAVERBROOK CT<br>DANVILLE, VA 24541 | | Claim Number: 3912<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $22,644.00 |
| HARRIS, KAREN K.<br>157 BEAVERBROOK CT.<br>DANVILLE, VA 24541 | | Claim Number: 3913<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $22,644.00 |
| HARRIS, TIMOTHY<br>308 PINE NUT LANE<br>APEX, NC 27502 | | Claim Number: 4407<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $45,173.60 |
| HART, CHERYL<br>5806 COX FARM ESTATE<br>PARKER, TX 75002 | | Claim Number: 6487<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $42,000.00 |
| HART, RICHARD<br>35 RIDGE BROOK DRIVE<br>STAMFORD, CT 06903 | | Claim Number: 1802<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $14,611.81 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| HART, RICHARD D.<br>35 RIDGE BROOK DRIVE<br>STAMFORD, CT 06903 | Claim Number: 99<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $14,610.94 |

---

| HARTE HANKS INC<br>HARTE HANKS<br>9980 HUENNEKENS STREET<br>SAN DIEGO, CA 92121-2917 | Claim Number: 1769<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $37,000.00 | Scheduled: | $37,000.00 |

---

| HARTE-HANKS MARKET INTELLIGENCE INC<br>9980 HUENNEKENS STREET SUITE 100<br>SAN DIEGO, CA 92121 | Claim Number: 1768<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |

| ADMINISTRATIVE | Claimed: | $37,000.00 |
| UNSECURED | | | Scheduled: | $1,500.00 |

---

| HARTE-HANKS, INC. AND ITS AFFILIATED<br>COMPANIES., C/O SAUL EWING LLP<br>ATTENTION: JOYCE A. KUHNS, ESQUIRE<br>500 E. PRATT STREET<br>BALTIMORE, MD 21202 | Claim Number: 6947<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4779 (01/31/2011) |

| UNSECURED | Claimed: | $39,270.76 |

---

| HARTMAN, JAMES<br>18627 ROBLEDA CT<br>SAN DIEGO, CA 92128 | Claim Number: 2703<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $11,000.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| HARTMAN, PAUL L.<br>106 N 4TH AVE # 201<br>ANN ARBOR, MI 48104-1402 | | Claim Number: 1191<br>Claim Date: 05/18/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $703.86 |

| | | |
|---|---|---|
| HARTTER, WILLIAM<br>11 NEWCOMB DR<br>HILTON, NY 14468 | | Claim Number: 2862<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $21,159.00 |
|---|---|---|

| | | |
|---|---|---|
| HARTTER, WILLIAM<br>11 NEWCOMB DR<br>HILTON, NY 14468 | | Claim Number: 7546<br>Claim Date: 12/29/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2861 |

| UNSECURED | Claimed: | $21,159.00 |
|---|---|---|

| | | |
|---|---|---|
| HASKINS, RANDY<br>4008 FIESTA ROAD<br>DURHAM, NC 27703 | | Claim Number: 7189<br>Claim Date: 04/05/2010<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $93,405.00 |
|---|---|---|

| | | |
|---|---|---|
| HAUGHEY, KAREN D.<br>3024 OAKSIDE CIR.<br>ALPHARETTA, GA 30004 | | Claim Number: 7628<br>Claim Date: 03/04/2011<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $11,695.95 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| HAVERKAMP, LAWRENCE C<br>PO BOX 2497<br>OREGON CITY, OR 97045-0211 | Claim Number: 2143<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $3,641.00  UNLIQ | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

| HAVERKAMP, LAWRENCE C.<br>PO BOX 2497<br>OREGON CITY, OR 97045 | Claim Number: 2112<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,641.00  UNLIQ |

---

| HAVERKAMP, LAWRENCE C.<br>PO BOX 2497<br>OREGON CITY, OR 97045 | Claim Number: 2142<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,641.00  UNLIQ |

---

| HAVERKAMP, LAWRENCE C.<br>PO BOX 2497<br>OREGON CITY, OR 97045 | Claim Number: 2145<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,641.00  UNLIQ |

---

| HAWKEN, DONALD<br>88 MAGNOLIA LANE<br>WELLAND, ON L3B 6H9<br>CANADA | Claim Number: 3448<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | | | | |
|---|---|---|---|---|---|
| HAWKEN, DONALD<br>88 MAGNOLIA LANE<br>WELLAND, ON L3B 6H9<br>CANADA | | Claim Number: 3449<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $94,571.97 | Scheduled: | $0.00 UNLIQ | |
| HAWKINS, CHETLEY<br>65 BLUE JAY<br>IRVINE, CA 92604 | | Claim Number: 5756<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $90,370.33 | | | |
| HAWKINS, JOHN<br>1088 GEORGE BOYD ROAD<br>ASHLAND CITY, TN 37015 | | Claim Number: 7619<br>Claim Date: 02/28/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00   UNLIQ | | | |
| UNSECURED | Claimed: | $46,634.91   UNLIQ | | | |
| HAY, JENNIFER<br>3205 FANNIN LANE<br>SOUTHLAKE, TX 76092 | | Claim Number: 4799<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $11,262.61 | | | |
| UNSECURED | Claimed: | $26,426.91 | | | |
| HAYDOCK, JOSEPH<br>613 ARCHIE PL<br>SYCAMORE, IL 60178-1626 | | Claim Number: 2187<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $60,000.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | | | |
|---|---|---|---|---|
| HAYES, MICHAEL P.<br>128 AMESBURY LANE<br>CARY, NC 27511 | | Claim Number: 7180<br>Claim Date: 04/01/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7318 | | |

---

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $86,731.78 | | |

| HAYES, MICHAEL P.<br>128 AMESBURY LANE<br>CARY, NC 27511 | | Claim Number: 7318<br>Claim Date: 07/01/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7180 | | |

---

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $67,250.36 | | |

| HAYES, MONSON<br>13500 N RANCHO VISTOSO BLVD APT 522<br>TUCSON, AZ 857555967 | | Claim Number: 3493<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |

---

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $101,907.00 | Scheduled: | $101,907.00 UNLIQ |

| HAYNES AND BOONE, LLP<br>ATTN: STEPHEN M. PEZANOSKY, PARTNER<br>2323 VICTORY AVENUE, SUITE 700<br>DALLAS, TX 75219 | | Claim Number: 391<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |

---

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $41,880.54 | Scheduled: | $472.50 |

| HAYNES, JOSEPH<br>10533 DORCHESTER WAY<br>WOODSTOCK, MD 21163 | | Claim Number: 323<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |

---

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $117,402.61 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

HAYNES, JOSEPH
10533 DORCHESTER WAY
WOODSTOCK, MD 21163

Claim Number: 4143
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY UNSECURED | Claimed: | $116,403.29  UNLIQ | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

HAYNES, JOSEPH
10533 DORCHESTER WAY
WOODSTOCK, MD 21163

Claim Number: 4233
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

ADMINISTRATIVE          Claimed:              $116,403.29  UNLIQ

HAYNES, JOSEPH
10533 DORCHESTER WAY
WOODSTOCK, MD 21163

Claim Number: 4482
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY               Claimed:              $122,728.16  UNLIQ

HAYNES, JOSEPH G. JR
10533 DORCHESTER WAY
WOODSTOCK, MD 21163

Claim Number: 4483
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

ADMINISTRATIVE          Claimed:              $122,728.16  UNLIQ

HAYNES, MICHELLE J
5921 WHITE PINE DR
MCKINNEY, TX 75070

Claim Number: 2149
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

ADMINISTRATIVE          Claimed:              $40,105.37

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | |
|---|---|---|
| HAYNES, MICHELLE J<br>5921 WHITE PINE DR<br>MCKINNEY, TX 75070 | | Claim Number: 2165<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $40,105.37 |
|---|---|---|

| | | |
|---|---|---|
| HAYNES, MICHELLE J<br>5921 WHITE PINE DR<br>MCKINNEY, TX 75070 | | Claim Number: 2168<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $40,105.37 |
|---|---|---|

| | | |
|---|---|---|
| HAYNES, STEPHEN<br>10709 CAHILL RD<br>RALEIGH, NC 27614 | | Claim Number: 2169<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| HAYNES, WENDY<br>1350 PARKER ROAD<br>WYLIE, TX 75098 | | Claim Number: 4386<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $24,903.90 |
|---|---|---|

| | | |
|---|---|---|
| HAYWARD, DONALD<br>41 SANTA ROSA CIRCLE<br>WYLIE, TX 75098 | | Claim Number: 1566<br>Claim Date: 07/20/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $48,876.66 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| HEARN, JOHN MARK<br>1556 WATERSIDE CT<br>DALLAS, TX 75218 | | Claim Number: 3483<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $18,846.00 |

| | | |
|---|---|---|
| HEARN, JOHN MARK<br>1556 WATERSIDE CT<br>DALLAS, TX 75218 | | Claim Number: 5377<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $18,846.00 |

| | | |
|---|---|---|
| HEDRICH, NORMAN<br>4901 EAST VIEW COURT<br>MCKINNEY, TX 75070 | | Claim Number: 762<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $59,494.84 |

| | | |
|---|---|---|
| HEDRICK, RANDY R.<br>201 WHITE SPRINGS CIRCLE<br>RALEIGH, NC 27615 | | Claim Number: 203<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $258,440.00 |

| | | |
|---|---|---|
| HEIGHT, JOY<br>4200 MOUNTAIN BRANCH DRIVE<br>WAKE FOREST, NC 27587 | | Claim Number: 7452<br>Claim Date: 10/07/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7568 |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14,699.23 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| HEIGHT, JOY<br>4200 MOUNTAIN BRANCH DRIVE<br>WAKE FOREST, NC 27587 | | Claim Number: 7568<br>Claim Date: 01/18/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7452 | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $6,826.08 |

| | | | |
|---|---|---|---|
| HELEIN & MARASHLIAN, LLC<br>1420 SPRING HILL RD STE 205<br>MCLEAN, VA 22102-3038 | | Claim Number: 1796<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5089 (03/09/2011) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $28,309.39 |

| | | | |
|---|---|---|---|
| HELEIN & MARASHLIAN, LLC<br>1420 SPRINGHILL RD., STE. 205<br>MCLEAN, VA 22102 | | Claim Number: 1797<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $28,309.39 | | |
| UNSECURED | | | Scheduled: | $4,609.51 |

| | | | |
|---|---|---|---|
| HELLER, ROBERT<br>916 WESTMORELAND BLVD<br>KNOXVILLE, TN 37919 | | Claim Number: 2447<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $100,000.00 |

| | | | |
|---|---|---|---|
| HELLMAN, JEANNE<br>1003 NAPA PL<br>APEX, NC 27502 | | Claim Number: 2718<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

HELLMAN, JEANNE
1003 NAPA PL
APEX, NC 27502

Claim Number: 2720
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
| --- | --- | --- |

HELMS, DAVID J.
312 RAVENWOOD LN APT C
LAFAYETTE, IN 47909-0809

Claim Number: 2288
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $3,950.07 |
| --- | --- | --- |

HELMS, JAMES
5018 WINEBERRY DR
DURHAM, NC 27713

Claim Number: 6322
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $46,950.00 |
| --- | --- | --- |

HELMSMAN MANAGEMENT SERVICES, LLC
C/O CHOATE, HALL & STEWART LLP
ATTN: DOUGLAS R. GOODING, ESQ.
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

Claim Number: 5664
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

| SECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |
| UNSECURED | Claimed: | $0.00   UNLIQ |

HEMINGWAY & HANSEN LLP
D. SCOTT HEMINGWAY
COMERICA BANK TOWER SUITE 2500
1717 MAIN STREET
DALLAS, TX 75201

Claim Number: 2239
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

---

| UNSECURED | Claimed: | $27,593.18 | Scheduled: | $12,216.78 | Allowed: | $27,593.18 |
| --- | --- | --- | --- | --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | | | | |
|---|---|---|---|---|---|
| HEMINGWAY & HANSEN LLP<br>1717 MAIN STREET, SUITE 2500<br>DALLAS, TX 75201 | | Claim Number: 2242<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | | |
| UNSECURED | Claimed: | $37,077.68  UNLIQ | Scheduled: | $0.00 UNLIQ | |

| | | | | | |
|---|---|---|---|---|---|
| HEMINGWAY & HANSEN, LLP<br>D. SCOTT HEMINGWAY<br>COMERICA BANK TOWER, SUITE 2500<br>1717 MAIN STREET<br>DALLAS, TX 75201 | | Claim Number: 2241<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | | |
| UNSECURED | Claimed: | $37,077.68 | | | |

| | | | | | |
|---|---|---|---|---|---|
| HEMINGWAY, D. SCOTT<br>HEMINGWAY & HANSEN, LLP<br>COMERICA BANK TOWER, STE. 2500<br>1717 MAIN ST.<br>DALLAS, TX 75201 | | Claim Number: 2238<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | | |
| ADMINISTRATIVE | Claimed: | $37,077.68 | | | |

| | | | | | |
|---|---|---|---|---|---|
| HEMMERLE, LISA<br>205 ARVO LANE<br>CARY, NC 27513 | | Claim Number: 6112<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $80,969.97 | | | |

| | | | | | |
|---|---|---|---|---|---|
| HEMPEL, KAREN<br>10851 MASTIN DRIVE<br>SUITE 800<br>OVERLAND PARK, KS 66210 | | Claim Number: 5785<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $25,302.92 | Scheduled: | $25,302.92 UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

HENDERSON ELECTRIC INC
18427 W MCNICHOLS
DETROIT, MI 48219-4113

Claim Number: 2857
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $373,668.69 | Scheduled: | $121,529.02 |

HENDERSON, MARGARET
1416 BERKLEY ROAD
ALLEN, TX 75002

Claim Number: 3594
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $24,851.09 |

HENDERSON, NEAL
312 BURGWIN WRIGHT WAY
CARY, NC 27519

Claim Number: 1437
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $108,782.26 |
| UNSECURED | Claimed: | $119,007.99 |

HENDERSON, NEAL
312 BURGWIN WRIGHT WAY
CARY, NC 27519

Claim Number: 1532
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $119,007.99 |

HENINGTON, MARK
7015 HELSEM WAY
DALLAS, TX 75230

Claim Number: 362
Claim Date: 02/20/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $76,143.41 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | |
|---|---|---|---|
| HENNEBERGER, JOSEPH M. | | Claim Number: 1236 | |
| 236 SHADY HILL DR. | | Claim Date: 05/26/2009 | |
| RICHARDSON, TX 75080 | | Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $10,950.00 | |
|---|---|---|---|
| UNSECURED | Claimed: | $70,017.85 | |

| HENNESSY, AILEEN | | Claim Number: 7152 | |
|---|---|---|---|
| 3520 NEIMAN ROAD | | Claim Date: 03/18/2010 | |
| PLANO, TX 75025 | | Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $42,384.59 | |
|---|---|---|---|

| HENRICKSON, ANDREW B | | Claim Number: 2842 | |
|---|---|---|---|
| 27A COLONIAL PKWY | | Claim Date: 09/11/2009 | |
| PITTSFORD, NY 14534 | | Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $65,494.61 | |
|---|---|---|---|

| HEO, JOON | | Claim Number: 7325 | |
|---|---|---|---|
| 1409 CALLAWAY DR. | | Claim Date: 07/06/2010 | |
| PLANO, TX 75075 | | Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $28,490.00 | |
|---|---|---|---|

| HERBISON, DANIEL A. | | Claim Number: 7640 | |
|---|---|---|---|
| 284010 HWY 47 | | Claim Date: 03/14/2011 | |
| CHARLOTTE, TN 37036 | | Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $16,024.65 | UNLIQ |

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

HERMAN, RON
7308 BECKINGTON DR.
FRISCO, TX 75035

Claim Number: 1243
Claim Date: 05/26/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $52,612.50 | | |

HERNANDEZ, THOMAS G.
2859 SHADY GROVE RD.
SUNSET, SC 29685

Claim Number: 2919
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $8,125.55 |
| UNSECURED | Claimed: | $24,169.33 | Scheduled: | $16,043.78 |

HERR, CHRIS
3527 32ND WAY NW
OLYMPIA, WA 98502

Claim Number: 2547
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $35,356.70 | | |

HERR, SCOTT A.
2413 PRIMROSE DR
RICHARDSON, TX 75082

Claim Number: 4224
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $6,497.03 |
| UNSECURED | Claimed: | $40,458.24 | Scheduled: | $33,961.21 |

HERRAGE, JOSEPH
4302 SPRINGHILL
ESTATES DRIVE
PARKER, TX 75002

Claim Number: 4408
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $289,343.25 | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

HERRAGE, ROBERT
110 N. CARRIAGE HOUSE WAY
WYLIE, TX 75098

Claim Number: 2420
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:              $68,240.16

HERRAGE, ROBERT
110 N. CARRIAGE HOUSE WAY
WYLIE, TX 75098

Claim Number: 2421
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY            Claimed:              $115,194.44

HERRICK, WILLIAM
307 KING CHARLES CIRCLE
SUMMERVILLE, SC 29485

Claim Number: 1853
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:              $16,309.15

HERZOG, JANET
2000 CASTLEBURG DRIVE
APEX, NC 27523

Claim Number: 4809
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:              $69,730.85

HESCH, DR. MORITZ, ATTORNEY-AT-LAW
FRESHFIELDS BRUCKHAUS DERINGER
ALSTERARKADEN 27
HAMBURG, D-20354
GERMANY

Claim Number: 1681
Claim Date: 08/12/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:              $236,750.00

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

HESLOP, MICHAEL
8404 W. 127TH CIR
OVERLAND PARK, KS 66213

Claim Number: 19
Claim Date: 01/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $77,363.00 | | | | | |
| UNSECURED | Claimed: | $0.11 | | | | | |

HESLOP, MICHAEL
8404 W. 127TH CIR
OVERLAND PARK, KS 66213

Claim Number: 7233
Claim Date: 04/26/2010
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 2542

| | | |
|---|---|---|
| PRIORITY | Claimed: | $132,074.13 |

HETZEL, BRADLEY D.
1017 STALLINGS GLEN RD.
RALEIGH, NC 27603

Claim Number: 46
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $245,587.62 |

HEWITT ASSOCIATES LLC
100 HALF DAY RD
LINCOLNSHIRE, IL 60069-3242

Claim Number: 2518
Claim Date: 09/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5089 (03/09/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $405,559.00 | Scheduled: | $365,621.00 | Allowed: | $365,621.00 |

HEWITT, EARL S
208 FOX BRIAR LN
CARY, NC 27511

Claim Number: 4077
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $59,129.64 | Scheduled: | $0.00 UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | |
|---|---|
| HEWLETT PACKARD COMPANY<br>RAMONA S NEAL, SR COUNSEL, HP COMPANY<br>11307 CHINDEN BLVD<br>MS 314<br>BOISE, ID 83714 | Claim Number: 1050<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Address changed per Counsel's request on 7/24/09 |

| ADMINISTRATIVE | Claimed: | $316,346.72 |
|---|---|---|

| | |
|---|---|
| HEWLETT PACKARD FINANCIAL SERV<br>ATTN: LAWRENCE KOVACS<br>420 MOUNTAIN AVENUE<br>MURRAY HILL, NJ 07974 | Claim Number: 4264<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $120,072.46 |
|---|---|---|

| | |
|---|---|
| HEWLETT PACKARD FINANCIAL SERVICES CO<br>ATTN: LAWRENCE KOVACS<br>420 MOUNTAIN AVENUE<br>MURRAY HILL, NJ 07974 | Claim Number: 4169<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3798 (08/18/2010) |

| UNSECURED | Claimed: | $120,072.46 |
|---|---|---|

| | |
|---|---|
| HEWLETT-PACKARD COMPANY<br>12610 PARK PLAZA DR #100<br>CERRITOS, CA 90703-9361 | Claim Number: 1597<br>Claim Date: 07/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3798 (08/18/2010) |

| UNSECURED | Claimed: | $1,693,274.98 |
|---|---|---|

| | |
|---|---|
| HEWLETT-PACKARD COMPANY<br>ATTN: KEN HIGMAN<br>2125 E KATELLA AVENUE # 400<br>ANAHEIM, CA 92806 | Claim Number: 2264<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3798 (08/18/2010) |

| UNSECURED | Claimed: | $1,284,946.31 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| HEWLETT-PACKARD COMPANY<br>ATTN: KEN HIGMAN<br>2125 E KATELLA AVENUE # 400<br>ANAHEIM, CA 92806 | Claim Number: 5928<br>Claim Date: 10/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1597 |
|---|---|

| UNSECURED | Claimed: | $1,284,946.31 |
|---|---|---|

| HICE, JAN<br>2109 MILL RD APT 324<br>ALEXANDRIA, VA 22314-5324 | Claim Number: 730<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $12,041.05 |
|---|---|---|

| HICKERSON, TAMI<br>531 BLUFF VIEW DRIVE<br>PEGRAM, TN 37143 | Claim Number: 7554<br>Claim Date: 01/07/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $15,130.17   UNLIQ |

| HICKEY,KENNETH<br>5 WARD FARM CIRCLE<br>FRAMINGHAM, MA 01701 | Claim Number: 2360<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $71,834.00 |

| HICKS, TONY M.<br>1331 EDMONTON DR.<br>LEWISVILLE, TX 75077 | Claim Number: 48<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $107,117.04 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| HIFN, INC. | | |
|---|---|---|
| 48720 KATO RD | | Claim Number: 1229 |
| FREMONT, CA 945387312 | | Claim Date: 05/01/2009 |
| | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: DOCKET: 5623 (06/07/2011) |

---

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

| HIFN, INC. | | |
|---|---|---|
| 48720 KATO RD | | Claim Number: 1230 |
| FREMONT, CA 945387312 | | Claim Date: 05/01/2009 |
| | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 4256 (11/08/2010) |

---

| ADMINISTRATIVE | Claimed: | $50,000.00 |
|---|---|---|

| HIGGINS, MORRIS W. | | |
|---|---|---|
| 600 TALIA CIRCLE | | Claim Number: 308 |
| FAIRVIEW, TX 75069 | | Claim Date: 02/17/2009 |
| | | Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $561,600.00 |
|---|---|---|

| HIGHWOODS REALTY LIMITED PARTNERSHIP | | |
|---|---|---|
| FKA HIGHWOODS FORSYTH LP | | Claim Number: 4608 |
| 2200 CENTURY PARKWAY, SUITE 800 | | Claim Date: 09/29/2009 |
| ATLANTA, GA 30345 | | Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $59,447.37 |
|---|---|---|

| HILBIG, DAVID | | |
|---|---|---|
| 1420 FARINGDON DR. | | Claim Number: 808 |
| PLANO, TX 75075 | | Claim Date: 04/02/2009 |
| | | Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | Claimed: | $16,694.99 |
|---|---|---|
| UNSECURED | Claimed: | $256,032.34 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| HILL, ROOSEVELT<br>2617 CHADBOURNE DRIVE<br>PLANO, TX 75023 | Claim Number: 4611<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $32,424.92 | Scheduled: | $32,424.92 |
|---|---|---|---|---|

| HILLIS JENKINS, RUTH<br>1811 BLAIR BLVD<br>NASHVILLE, TN 37212 | Claim Number: 3775<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $74,209.59   CONT |
|---|---|---|

| HINDLE, JOHN J<br>35 ETON COURT<br>ETON AVE<br>LONDON, NW33HJ<br>UNITED KINGDOM | Claim Number: 3935<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $164,473.98 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| HINES RIVERFRONT PLAZA LP<br>C/O HUNTON & WILLIAMS<br>ATTN TARA L. ELGIE<br>951 EAST BYRD STREET<br>RICHMOND, VA 23219 | Claim Number: 3202<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $16,569.91 | Allowed: | $9,369.91 |
|---|---|---|---|---|

| HINES RIVERFRONT PLAZA LP<br>C/O HUNTON & WILLIAMS<br>ATTN TARA L ELGIE<br>951 EAST BYRD ST<br>RICHMOND, VA 23219-4052 | Claim Number: 3203<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $129,332.94 | Allowed: | $129,332.94 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| HINSON, NANCY C.<br>192 BRODIE PRIVETTE ROAD<br>ZEBULON, NC 27597 | | Claim Number: 7389<br>Claim Date: 08/20/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $10,950.00  UNLIQ | | |
| UNSECURED | Claimed: | $14,665.00  UNLIQ | | |

---

| HINZ, LORNE<br>7309 LOUGHEED PLAZA<br>PLANO, TX 75025 | | Claim Number: 3957<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $133,008.31 | Scheduled: | $0.00  UNLIQ |

---

| HINZ, LORNE<br>7309 LOUGHEED PLAZA<br>PLANO, TX 75025 | | Claim Number: 3959<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6012 | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $63,264.52 | Scheduled: | $51,090.54 UNLIQ |

---

| HINZ, LORNE<br>7309 LOUGHEED PLAZA<br>PLANO, TX 75025 | | Claim Number: 6012<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 3959. | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $51,090.54  UNDET | | |

---

| HINZ, LORNE C<br>7309 LOUGHEED PLAZA<br>PLANO, TX 75025 | | Claim Number: 3956<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $42,799.93 | Scheduled: | $42,799.93 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| HINZ, LORNE C.<br>7309 LOUGHEED PLAZA<br>PLANO, TX 75025 | Claim Number: 6011<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 3958. |
|---|---|

| UNSECURED | Claimed: | $1,162.96 | | |
|---|---|---|---|---|

| HIRSCH, DUANE<br>130 OAK CURVE<br>BURNSVILLE, MN 55306-5515 | Claim Number: 1970<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $184,411.02 | | |
|---|---|---|---|---|

| HIRSCH, DUANE J.<br>130 OAK CURVE<br>BURNSVILLE, MN 55306 | Claim Number: 1969<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $32,939.20 | | |
|---|---|---|---|---|

| HISCOCK & BARCLAY LLP<br>ONE PARK PLACE<br>300 S STATE STREET<br>SYRACUSE, NY 13202 | Claim Number: 3547<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $3,145.27 | Scheduled: | $1,341.27 |
|---|---|---|---|---|

| HISCOE, DAVID<br>3448 BRADLEY PLACE<br>RALEIGH, NC 27607 | Claim Number: 4048<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $79,742.88 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

HIX, JAMES G.
2709 SAFARI CIR
PLANO, TX 75025

Claim Number: 3505
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $135,377.88 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

HIX, JAMES G.
2709 SAFARI CIR
PLANO, TX 75025

Claim Number: 4803
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $135,377.88 |
|---|---|---|

HOADLEY, JOHN
4413 GLENSHIRE COURT
MCKINNEY, TX 75070

Claim Number: 1075
Claim Date: 05/01/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $220,000.00 |
|---|---|---|

HOADLEY, JOHN
4413 GLENSHIRE COURT
MCKINNEY, TX 75070

Claim Number: 1096
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $54,328.00 |
|---|---|---|

HOADLEY, JOHN
4413 GLENSHIRE COURT
MCKINNEY, TX 75070

Claim Number: 1649
Claim Date: 08/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $34,539.49 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | | | | |
|---|---|---|---|---|---|
| HOADLEY, JOHN<br>4413 GLENSHIRE COURT<br>MCKINNEY, TX 75070 | | Claim Number: 5823<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $507.96 | Scheduled: | $503.73  UNLIQ |
|---|---|---|---|---|

| HOANG, VINH<br>2200 STACIA CT<br>PLANO, TX 75025 | Claim Number: 3187<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $51,756.68  UNDET | Scheduled: | $44,102.27 |
|---|---|---|---|---|

| HOBBY, LAURIE A.<br>521 DES MOINES DR<br>HERMITAGE, TN 37076 | Claim Number: 7487<br>Claim Date: 11/12/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $12,644.25  UNLIQ |

| HODGES, JOSEPH T. JR.<br>4415 HEIDI PLACE<br>MIDLOTHIAN, VA 23112 | Claim Number: 2471<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $861.24  UNLIQ |
|---|---|---|

| HODGES, JOSEPH T. JR.<br>4415 HEIDI PLACE<br>MIDLOTHIAN, VA 23112 | Claim Number: 2473<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $26,293.44  UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| HODGES, JOSEPH T. JR.<br>4415 HEIDI PLACE<br>MIDLOTHIAN, VA 23112 | Claim Number: 2474<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $26,293.44  UNLIQ | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

| HODGES, WANDA B.<br>922 WOODRUFF ROAD<br>SELMA, NC 27576 | Claim Number: 7370<br>Claim Date: 08/02/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $37,550.00  UNLIQ |

---

| HOFF, RONALD<br>405 KELLY RIDGE DR<br>APEX, NC 27502 | Claim Number: 5983<br>Claim Date: 10/15/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $43,080.90 |
|---|---|---|

---

| HOFF, RONALD<br>405 KELLY RIDGE DR<br>APEX, NC 27502 | Claim Number: 6083<br>Claim Date: 11/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $43,080.90 |
|---|---|---|

---

| HOFFMAN, JASON<br>10828 SCAMADELLA ST.<br>LAS VEGAS, NV 89141 | Claim Number: 1187<br>Claim Date: 05/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $21,799.62 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| HOFFMAN, WILLIAM A JR<br>340 ROCK RIDGE PL<br>ESCONDIDO, CA 92027 | Claim Number: 1453<br>Claim Date: 06/30/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $26,608.40 |

---

| HOFFMEISTER, JEFFREY M.<br>900 THORNBERRY DR.<br>MCKINNEY, TX 75071 | Claim Number: 889<br>Claim Date: 04/09/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $31,615.98 |

---

| HOGAN, BRIAN<br>YUKON LANE<br>CHAPEL HILL, NC 27514 | Claim Number: 4350<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| HOLLAND, ANTHONY E.<br>309 SARABANDE DRIVE<br>CARY, NC 27513 | Claim Number: 593<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $27,752.48 |
| UNSECURED | | | Scheduled: | $29,320.38 |

---

| HOLLIDAY-MOSLEY, ANNETTE<br>5121 LONG NECK COURT<br>RALEIGH, NC 27604 | Claim Number: 7204<br>Claim Date: 04/13/2010<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $31,361.47 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

HOLLIMAN, CHARA E.
3520 ROUNDWOOD FOREST DRIVE
ANTIOCH, TN 37013

Claim Number: 7566
Claim Date: 01/14/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $12,032.54   UNLIQ |

HOLLOMAN, BESSIE J.
473 EWING DRIVE
NASHVILLE, TN 37207

Claim Number: 7460
Claim Date: 10/12/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $1,490.00   UNLIQ |

HOLMES, KIM
2765 73RD AVE SE
MERCER ISLAND, WA 98040-2629

Claim Number: 6031
Claim Date: 10/21/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

HOLMES, KIM
106 HUDGINS RD
EVA, AL 35621-9143

Claim Number: 6114
Claim Date: 10/16/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $58,330.00 |

HOLMES, MARY
2765 73RD AVE SE
MERCER ISLAND, WA 98040-2629

Claim Number: 6034
Claim Date: 10/21/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

HOLT, MICHAEL
8236 CLARKS BRANCH DRIVE
RALEIGH, NC 27613

Claim Number: 7365
Claim Date: 07/30/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $32,873.94 |

---

HOLTON, RACHELLE
1070 DOAK DRIVE
PEGRAM, TN 37143

Claim Number: 7411
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00  UNLIQ |
| UNSECURED | Claimed: | $199.00  UNLIQ |

---

HOLTZ, CLIFF
5851 S COLORADO BLVD
GREENWOOD VLG, CO 80121-1903

Claim Number: 2627
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $775,551.44 |

---

HOLTZ, CLIFF
5851 S COLORADO BLVD
GREENWOOD VLG, CO 80121-1903

Claim Number: 2628
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $775,551.44 | | |
| UNSECURED | | | Scheduled: | $703,365.83 |

---

HOMAYOUN, FEREIDOUN
2805 COVEY PLACE
PLANO, TX 75093

Claim Number: 3504
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $192,612.57 | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| HOME INSURANCE COMPANY IN LIQUIDATION, THE - KAREN TISDELL 55 SOUTH COMMERCIAL STREET MANCHESTER, NH 03101 | Claim Number: 1305 Claim Date: 06/08/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 3218 (06/24/2010) | |

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| | | |
|---|---|---|
| HOMMES, HERBERT SIEFEN 17 BERGISCH GLADBACH, 51467 GERMANY | Claim Number: 4778 Claim Date: 09/29/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 3219 (06/24/2010) | |

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| HON HAI PRECISION INDUSTRY CO 1688 RICHARD AVE SANTA CLARA, CA 95050 | Claim Number: 4721 Claim Date: 09/29/2009 Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $209,440.64 |
|---|---|---|

| | | |
|---|---|---|
| HOOD, MARY M. 114 MALDON DR. CARY, NC 27513 | Claim Number: 1665 Claim Date: 08/10/2009 Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $104,259.43 |
|---|---|---|

| | | |
|---|---|---|
| HOOPER, WAYNE 1530 LAKE KOINONIA DRIVE WOODSTOCK, GA 30189 | Claim Number: 7570 Claim Date: 01/18/2011 Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $64,479.58 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| HOPF, BRIAN<br>1081 SILVERLEAF DR.<br>YOUNGSVILLE, NC 27596 | | Claim Number: 3482<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 245. | | |
| UNSECURED | Claimed: | $60,689.69 | Scheduled: | $61,081.24 |
| HOPF, BRIAN A<br>1081 SILVER LEAF DR.<br>YOUNGSVILLE, NC 27596 | | Claim Number: 245<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $69,083.94 | | |
| HORNE, ROBERT<br>10015 HIGH FALLS POINTE<br>ALPHARETTA, GA 30022 | | Claim Number: 138<br>Claim Date: 02/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 3486 | | |
| PRIORITY | Claimed: | $181,043.02 | | |
| HORNE, ROBERT<br>10015 HIGH FALLS POINTE<br>ALPHARETTA, GA 30022 | | Claim Number: 3486<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 138. | | |
| UNSECURED | Claimed: | $184,723.14 | Scheduled: | $181,123.14 UNLIQ |
| HORNE, ROBERT<br>10015 HIGH FALLS POINTE<br>ALPHARETTA, GA 30022 | | Claim Number: 3487<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $184,723.14 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

HORNE, ROBERT
10015 HIGH FALLS POINTE
ALPHARETTA, GA 30022

Claim Number: 3488
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $95,416.24 | | |
|---|---|---|---|---|

HORNE, ROBERT
10015 HIGH FALLS POINTE
ALPHARETTA, GA 30022

Claim Number: 3511
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $95,416.24 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

HOROWITZ, STEVEN
5908 ST. AGNES DRIVE
PLANO, TX 75093

Claim Number: 3526
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $107,546.33 | Scheduled: | $114,730.82 |

HOROWITZ, STEVEN
5908 ST. AGNES DRIVE
PLANO, TX 75093

Claim Number: 3527
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $99,167.60  UNLIQ | Scheduled: | $71,457.58 UNLIQ |
|---|---|---|---|---|

HOROWITZ, STEVEN
5908 ST AGNES DR
PLANO, TX 75093

Claim Number: 4286
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $106,670.95 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

HORWATH, SHARON
211 BRANDYWINE DR.
OLD HICKORY, TN 37138

Claim Number: 2477
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

HOSKINS, GEORGE B.
204 CHESTER STEPHENS RD.
FRANKLIN, TN 37067

Claim Number: 7505
Claim Date: 11/29/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $36,799.00 UNLIQ |

HOU, SREY
13306 CARTHAGE LANE
DALLAS, TX 75243

Claim Number: 5461
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | | | Scheduled: | $4,651.91 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,769.23 | Scheduled: | $4,194.26 |

HOUGHTON, JOSEPH W
11 CHEMIN ALBERT
VAL DES MONTS
QUEBEC, J8N5H5
CANADA

Claim Number: 3569
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $22,182.94 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

HOUSE, PAUL
237 RELEASE CIRCLE
RALEIGH, NC 27615

Claim Number: 3096
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $332,307.72 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| HOUSE, PAUL<br>237 RELEASE CIRCLE<br>RALEIGH, NC 27615 | Claim Number: 4491<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $1,689.60 | Scheduled: | $1,689.60 UNLIQ |
|---|---|---|---|---|

| HOUSE, PAUL<br>237 RELEASE CIRCLE<br>RALEIGH, NC 27615 | Claim Number: 4510<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $36,923.07 | Scheduled: | $36,923.07 |
|---|---|---|---|---|

| HOWARD-SHANKS, STACY<br>2002 DRAKE<br>RICHARDSON, TX 75081 | Claim Number: 3241<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $12,354.40 |
|---|---|---|
| UNSECURED | Claimed: | $26,225.40 |
| TOTAL | Claimed: | $26,225.40 |

| HOWELL, MICHAEL J.<br>1205 W. YAKIMA AVE<br>SELAH, WA 98942 | Claim Number: 127<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $360,721.11 |
|---|---|---|

| HOWELL, MICHAEL J.<br>1205 W. YAKIMA AVE<br>SELAH, WA 98942 | Claim Number: 128<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $257,478.39 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

HOY, GREGORY J.
430 HIGHLAND OAKS CIRCLE
SOUTHLAKE, TX 76092

Claim Number: 541
Claim Date: 03/10/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY            Claimed:            $28,575.25

HRUSKA, ROBERT
9116 DOUBLEBIT DR.
RALEIGH, NC 27615

Claim Number: 1628
Claim Date: 07/31/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED           Claimed:            $49,915.35

HSIEH, PEN
4 ATWOOD LANE
ANDOVER, MA 01810-6404

Claim Number: 5477
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED           Claimed:            $52,326.38

HUANG, JOHNNY
16189 LOFTY TRAIL DRIVE
SAN DIEGO, CA 92127-2046

Claim Number: 2175
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

ADMINISTRATIVE      Claimed:            $0.00   UNDET

HUANG, XIAOYAN
2 HIGATE ROAD
CHELMSFORD, MA 01824

Claim Number: 4073
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED           Claimed:            $32,695.28

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| HUB PROPERTIES TRUST<br>255 WASHINGTON ST STE 300<br>NEWTON, MA 02458-1634 | Claim Number: 6834<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| SECURED | Claimed: | $75,000.00 | |
| UNSECURED | Claimed: | $685,381.46 | |

---

| HUBER SUHNER<br>HUBER & SUHNER INC<br>19 THOMPSON DRIVE<br>ESSEX JUNCTION, VT 05452-3408 | Claim Number: 2486<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $17,969.75 | Allowed: | $580.24 |

---

| HUBERT SUHNER, INC.<br>SEAN THOMAS<br>19 THOMPSON DR.<br>ESSEX JUNCTION, VT 05452 | Claim Number: 2485<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $17,969.75 | |

---

| HUBOI, PETER<br>522 S. 13TH ST.<br>SAN JOSE, CA 95112 | Claim Number: 4519<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1592. | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,068.97 | |
| UNSECURED | Claimed: | $81,662.25 | Scheduled: | $80,204.00 |

---

| HUDDLESTON BOLEN, LLP<br>ATTN: JANET SMITH HOLBROOK<br>P.O. BOX 2185<br>HUNTINGTON, WV 25722 | Claim Number: 3080<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,987.50 | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

HUDDLESTON BOLEN, LLP
ATTN: JANET SMITH HOLBROOK
P.O. BOX 2185
HUNTINGTON, WV 25722

Claim Number: 4552
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,987.50 | Scheduled: | $1,325.00 |
|---|---|---|---|---|

HUDSON, DESMOND F
82 BLACKHILL ROAD
PLAINFIELD, NH 03781

Claim Number: 3817
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,011,300.12 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

HUGHES, DEAN W
1335 WEST 13TH AVE
BROOMFIELD, CO 80020

Claim Number: 2544
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $8,110.40 | Scheduled: | $5,877.22 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2,233.18 |

HUGHES, PAUL
66 LUDLOW ST.
STATEN ISLAND, NY 10312

Claim Number: 1988
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

HUGHES, PAUL
66 LUDLOW ST.
STATEN ISLAND, NY 10312

Claim Number: 1990
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| TOTAL | Claimed: | $0.00 UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| HULL, GREGORY<br>815 NW GAME CREEK<br>LEES SUMMIT, MO 64081 | | Claim Number: 4746<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $23,856.00 | | | |
| HUMPHRESS, JOHN W.<br>956 MOSSVINE DR<br>PLANO, TX 75023 | | Claim Number: 6111<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| ADMINISTRATIVE | Claimed: | $65,000.00 | | | |
| HUNSBERGER, ROBERT H<br>5829 155TH AVE. SE<br>BELLEVUE, WA 98006 | | Claim Number: 5456<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $39,779.18 | Scheduled: | $0.00 UNLIQ | |
| HUNT, SHIRLEY<br>427 MASSACHUSETTS AVE<br>ST. CLOUD, FL 34769 | | Claim Number: 6145<br>Claim Date: 11/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| ADMINISTRATIVE | Claimed: | $9,807.69 | | | |
| HUNT, STEPHEN<br>5880 HERSHINGER CLOSE<br>DULUTH, GA 30097 | | Claim Number: 3632<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $301,238.28 | Scheduled: | $0.00 UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

HUNTON & WILLIAMS LLP
ATTN: LINDSAY K. BIGGS, ESQ
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219

Claim Number: 4793
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5782 (06/21/2011)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $65,530.59 | | $3,718.74 | | $17,775.66 |

---

HURLBERT, ROYDELL S
2387 AMES ROAD
CORTLAND, NY 13045

Claim Number: 4524
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| UNSECURED | | $92,759.33 |

---

HURST, SHAWN
13038 COBBLE STONE
AUBREY, TX 76227

Claim Number: 7183
Claim Date: 04/02/2010
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| UNSECURED | | $30,577.90 |

---

HYDRO ONE TELECOM INC.
65 KELFIELD STREET
REXDALE, ON M9W 5A3
CANADA

Claim Number: 6147
Claim Date: 11/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $5,829.34 |

---

I&G DIRECT REAL ESTATE 18, LP
ROBERT L. STRILER, ESQ.
MCCARTHY, LEONARD & KAEMMERER, LC
400 S. WOODS MILL RD, SUITE 250
CHESTERFIELD, MO 63017

Claim Number: 1416
Claim Date: 06/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| | Claimed: | | | Allowed: | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNDET | | |
| PRIORITY | Claimed: | $155,928.50 | UNDET | | |
| UNSECURED | | | | | $155,928.50 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| IACOVIELLO, VINCE<br>20 BROADVIEW AVE.<br>MADISON, NJ 07940 | | Claim Number: 1<br>Claim Date: 01/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| PRIORITY | Claimed: | $241,334.62 | | |
| UNSECURED | Claimed: | $241,334.62 | | |
| TOTAL | Claimed: | $241,334.62 | | |
| IACOVIELLO, VINCE<br>20 BROADVIEW AVE.<br>MADISON, NJ 07940 | | Claim Number: 1633<br>Claim Date: 08/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7581 | | |
| PRIORITY | Claimed: | $241,334.62 | | |
| IACOVIELLO, VINCE<br>20 BROADVIEW AVE.<br>MADISON, NJ 07940 | | Claim Number: 1634<br>Claim Date: 08/03/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $14,691.88 | | |
| IACOVIELLO, VINCE<br>20 BROADVIEW AVE.<br>MADISON, NJ 07940 | | Claim Number: 7581<br>Claim Date: 01/25/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1633 | | |
| PRIORITY | Claimed: | $380,961.67 | | |
| IBISKA TELECOM INC<br>130 ALBERT STREET<br>OTTAWA, ON K1P 5G4<br>CANADA | | Claim Number: 2999<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $51,191.61 | Scheduled: | $51,191.61 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| IBM CANADA LTD<br>ATTN: PARUL E. FIRESTONE<br>3600 STEELERS AVENUE EAST<br>MARKHAM, ON L3R 9Z7<br>CANADA | Claim Number: 5419-01<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $576,343.04 UNLIQ |

---

| IBM CANADA LTD<br>ATTN: PARUL E. FIRESTONE<br>3600 STEELERS AVENUE EAST<br>MARKHAM, ON L3R 9Z7<br>CANADA | Claim Number: 5419-02<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim amount for 15,693,604.78 CDN. |
|---|---|

| UNSECURED | Claimed: | $12,558,022.54 |
|---|---|---|

---

| IBM CORPORATION<br>C/O B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | Claim Number: 192<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3952 (09/16/2010) |
|---|---|

| PRIORITY | Claimed: | $96,688.50 |
|---|---|---|
| UNSECURED | Claimed: | $5,532,811.81 |

---

| IBM CREDIT<br>C/O B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | Claim Number: 191<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $9,961.60 |
|---|---|---|
| UNSECURED | Claimed: | $78,267.60 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| IBM GLOBAL SERVICES (CHINA) CO. LTD<br>ATTN: R.S. STAHEL<br>1503 LBJ FREEWAY, 3RD FLOOR<br>DALLAS, TX 75234 | | Claim Number: 5418<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| SECURED | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $979,260.91  UNLIQ | |
| IBRAHIM, TAREK F.<br>224 HUDSON ST., # 4B<br>HOBOKEN, NJ 07030 | | Claim Number: 1554<br>Claim Date: 07/16/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $250,468.46 | |
| IBRAHIM, TAREK F.<br>224 HUDSON ST., # 4B<br>HOBOKEN, NJ 07030 | | Claim Number: 1555<br>Claim Date: 07/16/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $418,699.74 | |
| IDRISSI, YAHYA<br>2501 WINDSOR PLACE<br>PLANO, TX 75075 | | Claim Number: 3851<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $37,364.00 | |
| IEEE<br>445 HOES LANE<br>PISCATAWAY, NJ 08854 | | Claim Number: 1602<br>Claim Date: 07/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) | |
| UNSECURED | Claimed: | $6,600.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| IJAMES, EUGENIA PARHAM<br>1020 LAKE SHORE DR<br>WENDELL, NC 27591 | Claim Number: 2153<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

ADMINISTRATIVE        Claimed:                    $0.00   UNDET

---

| IL ENVIRONMENTAL PROTECTION AGENCY<br>DIVISION OF LEGAL COUNSEL # 21<br>1021 NORTH GRAND AVE. EAST<br>SPRINGFIELD, IL 62794 | Claim Number: 4265<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

UNSECURED        Claimed:                    $2,959.88

---

| ILLINOIS DEPARTMENT OF REVENUE<br>100 WEST RANDOLPH STREET, LEVEL 7-425<br>CHICAGO, IL 60601 | Claim Number: 832<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

PRIORITY        Claimed:                    $8,968.00

---

| ILUSHIN, VLADIMIR F.<br>5904 MOSSBROOK TRL<br>DALLAS, TX 75252-3206 | Claim Number: 147<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

PRIORITY        Claimed:              $43,000.00
UNSECURED                                          Scheduled:          $33,120.00

---

| ILX GROUP PLC<br>GEORGE HOUSE, PRINCES COURT<br>BEAM HEATH WAY, NANTWICH<br>CHESHIRE, CW5 6GD<br>UNITED KINGDOM | Claim Number: 1474<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

UNSECURED        Claimed:                    $6,395.99

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| IMA CONSULTING<br>3 CHRISTY DR STE 100<br>CHADDS FORD, PA 19317-9663 | Claim Number: 1235<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $18,484.29 |
|---|---|---|

| IMPULSE TECHNOLOGIES<br>920 GANA COURT<br>MISSISSAUGA, ON L5S 1Z4<br>CANADA | Claim Number: 3591<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $105,569.92 | | Allowed: | $105,569.92 |
|---|---|---|---|---|---|

| INFORMA SUPPORT SERVICES, INC.<br>101 ARTHUR ANDERSEN PARKWAY, SUITE 100<br>SARASOTA, FL 34232 | Claim Number: 7106<br>Claim Date: 02/16/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $1,000.00 |
|---|---|---|

| INFOSYS TECHNOLOGIES LTD.<br>PLOT NO 45 & 46 ELECTRONICS<br>CITY HOSUR ROAD<br>BANGALORE, KA 560100<br>INDIA | Claim Number: 3072<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $4,317,330.39 |
|---|---|---|

| INGATE SYSTEMS INC.<br>7 FARLEY ROAD<br>HOLLIS, NH 03049-5916 | Claim Number: 1872<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $20,514.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| INGATE SYSTEMS, INC<br>7 FARLEY ROAD<br>HOLLIS, NH 03049 | Claim Number: 65<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | |
| UNSECURED          Claimed: | $19,064.00 | |
| INGRAM MICRO CHILE S.A.<br>AV. EL ROSAL 4765<br>HUECHURABA<br>SANTIAGO,<br>CHILE | Claim Number: 6123<br>Claim Date: 11/13/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE          Claimed: | $11,443.16 | |
| INGRAM, ROBERT ALEXANDER<br>GLAXOSMITHKLINE PLCC<br>5 MOORE DRIVE, MAIL DROP #50.2032<br>RESEARCH TRIANGLE PARK, NC 27709 | Claim Number: 5894<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $0.00    UNDET | |
| INMAN, BECKY<br>5523 MORNINGSIDE AVE<br>DALLAS, TX 75206 | Claim Number: 3219<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $30,432.00 | |
| INNINGS TELECOM EUROPE LTD<br>ITEL HOUSE, SANDPIPER COURT<br>CHESTER BUSINESS PARK<br>CHESTER, CH4 9QU<br>UNITED KINGDOM | Claim Number: 4449<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | |
| ADMINISTRATIVE          Claimed: | $33,308.54 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | |
|---|---|---|
| INNINGS TELECOM EUROPE LTD<br>ITEL HOUSE, SANDPIPER COURT<br>CHESTER BUSINESS PARK<br>CHESTER, CH4 9QU<br>UNITED KINGDOM | Claim Number: 4451<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | |

| ADMINISTRATIVE | Claimed: | $432.00 |
|---|---|---|

| | | |
|---|---|---|
| INNINGS TELECOM EUROPE LTD<br>ITEL HOUSE, SANDPIPER COURT<br>CHESTER BUSINESS PARK<br>CHESTER, CH4 9QU<br>UK | Claim Number: 4453<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | |

| ADMINISTRATIVE | Claimed: | $6,174.00 |
|---|---|---|

| | | |
|---|---|---|
| INNODATA ISOGEN INC<br>3 UNIVERSITY PLZ<br>HACKENSACK, NJ 07601-6208 | Claim Number: 2784<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $325,420.43 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| INNOVATIONAL IP SOLUTIONS, LLC<br>19328 89TH AVE NE<br>BOTHELL, WA 98011 | Claim Number: 130<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |

| UNSECURED | Claimed: | $7,523.75 |
|---|---|---|

| | | |
|---|---|---|
| INNOVATIONAL IP SOLUTIONS, LLC<br>DAVE DEUTSCHMAN<br>19328 89TH AVE NE<br>BOTHELL, WA 98011 | Claim Number: 1764<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC. | |

| ADMINISTRATIVE | Claimed: | $8,905.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

INNOVATIVE SYSTEMS LLC
1000 INNOVATIVE DRIVE
MITCHELL, SD 57301

Claim Number: 444
Claim Date: 03/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5089 (03/09/2011)

---

| UNSECURED | Claimed: | $360,160.00 | | |
|---|---|---|---|---|

INROADS, INC
ATTN: JILL HATCH
10 SOUTH BROADWAY SUITE 300
SAINT LOUIS, MO 63102

Claim Number: 1010
Claim Date: 04/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4779 (01/31/2011)

---

| UNSECURED | Claimed: | $75,200.00 | Allowed: | $75,200.00 |
|---|---|---|---|---|

INSIGHT
ATTN: CREDIT DEPT.
3480 LOTUS DR
PLANO, TX 75075

Claim Number: 3832
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $183,436.15 | | |
|---|---|---|---|---|

INTECH GROUP, INC., THE
305 EXTON COMMONS
EXTON, PA 19341

Claim Number: 6982
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)
amends claim 3469

---

| UNSECURED | Claimed: | $32,475.00 | | |
|---|---|---|---|---|

INTELLIGRAPHICS, INC
1401 N. CENTRAL EXPRESSWAY # 320
RICHARDSON, TX 75080

Claim Number: 980
Claim Date: 04/20/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $1,625.00 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| INTERNATIONAL BUSINESS MACHINES CORP<br>ATTN: B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | Claim Number: 5420<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 192. | | | |
|---|---|---|---|---|

| SECURED | Claimed: | $0.00 UNLIQ | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $51,609,381.14 UNLIQ | | | |

| INTERNATIONAL TELECOMMUNICATION UNION<br>PLACE DES NATIONS<br>GENEVA 20, 1211<br>SWITZERLAND | Claim Number: 2087<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
|---|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $26,703.06 | | | |
|---|---|---|---|---|---|

| INTERSYSTEMS<br>INTERSYSTEMS HOUSE<br>WINDSOR, SL4 6BB<br>UNITED KINGDOM | Claim Number: 1949<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4163 (10/14/2010) | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $33,229.88 | Scheduled: | $0.00 UNLIQ | Allowed: | $31,680.00 |
|---|---|---|---|---|---|---|

| INTOTO INC<br>C/O KELL C. MERCER<br>BROWN MCCARROLL, LLP<br>111 CONGRESS AVENUE, SUITE 1400<br>AUSTIN, TX 78701 | Claim Number: 5441<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $200,507.93 | Scheduled: | $0.00 UNLIQ | Allowed: | $83,147.93 |
|---|---|---|---|---|---|---|

| INTRANSIT TECHNOLOGIES CORP<br>PO BOX 3020<br>SAN CLEMENTE, CA 92674-3020 | Claim Number: 2606<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $2,949.43 | Scheduled: | $2,949.43 | |
|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| INVENTORY MANAGEMENT PARTNERS, LLC<br>ATTN: GREGORY TASHJIAN, MEMBER<br>15 UNION STREET, 2ND FLOOR<br>LAWRENCE, MA 01840 | Claim Number: 560<br>Claim Date: 03/12/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $68,955.00 | Scheduled: | $68,955.00 |
|---|---|---|---|---|

| IRISH, DIANNA<br>235 ATRIUM CT<br>WARNER ROBINS, GA 31088-5600 | Claim Number: 5555<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $6,290.40 |
|---|---|---|
| UNSECURED | Claimed: | $82,694.40 |

| IRISH, DIANNA L<br>235 ATRIUM CT<br>WARNER ROBINS, GA 31088-5600 | Claim Number: 5552<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $242.19 |
|---|---|---|
| UNSECURED | Claimed: | $11,811.13 |

| IRISH, DIANNA L<br>5600 BABCOCK RD - 6103<br>SAN ANTONIO, TX 78240 | Claim Number: 5553<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $1,738.36 |
|---|---|---|
| UNSECURED | Claimed: | $116,469.70 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

IRISH, DIANNA L
5600 BABCOCK RD - 6103
SAN ANTONIO, TX 78240

Claim Number: 5554
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $840.00 |
| UNSECURED | Claimed: | $8,240.32 |

---

IRISH, DIANNA L.
5600 BABCOCK RD - 6103
SAN ANTONIO, TX 78240

Claim Number: 5551
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $13.76 |
| UNSECURED | Claimed: | $845.93 |

---

IRON MOUNTAIN INFORMATION MANAGEMENT INC
JOSEPH P CORRIGAN, ESQ
IRON MOUNTAIN INFORMATION MANAGEMENT INC
745 ATLANTIC AVENUE 10TH FLOOR
BOSTON, MA 02111

Claim Number: 5428
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $47,125.00 |
| UNSECURED | Claimed: | $85,093.05 |

---

IRVINE COMPANY LLC, THE
FINLAYSON & WILLIAMS LLP
15615 ALTON PARKWAY, SUITE 250
IRVINE, CA 92618

Claim Number: 6365
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $587,436.37 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| IRVING ISD<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 123<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3593 (07/14/2010) |
|---|---|

| SECURED | Claimed: | $275.42  UNLIQ |
|---|---|---|

---

| IRVING ISD<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 508<br>Claim Date: 03/03/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 5 (07/14/2010) |
|---|---|

| SECURED | Claimed: | $48.00  UNLIQ |
|---|---|---|

---

| ISHEE, VICTORIA L.<br>4903 TWIN BRANCHES W<br>ATLANTA, GA 30338 | Claim Number: 1783<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $127,860.95 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

| ISTAR CTL NORTH GLENVILLE RICHARDSON LLC<br>350 N. SAINT PAUL ST.<br>DALLAS, TX 75201-4240 | Claim Number: 5334<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

| ITAAS, INC<br>SONJUI L KUMAR, ESQ<br>1117 PERIMETER CENTER WEST, # W311<br>ATLANTA, GA 30338 | Claim Number: 3466<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $18,330.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| ITAAS, INC.<br>C/O SONJUI L. KUMAR<br>KUMAR PATHAK, LLC<br>1117 PERIMETER CENTER WEST, SUITE W311<br>ATLANTA, GA 30338 | Claim Number: 1479<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | |
| PRIORITY          Claimed: | $18,330.00 | |
| ITC NETWORKS SRL<br>VAL MANDEL, P.C.<br>80 WALL STREET, SUITE 1115<br>NEW YORK, NY 10005 | Claim Number: 427<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |
| UNSECURED          Claimed: | $6,322,787.20 | |
| ITC NETWORKS SRL<br>VAL MANDEL, P.C.<br>80 WALL STREET, SUITE 1115<br>NEW YORK, NY 10005 | Claim Number: 738<br>Claim Date: 03/18/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $3,336,230.97 | |
| ITEL HOUSE (INNINGS TELECOM EUROPE LTD)<br>SANDPIPER COURT<br>CHESTER BUSINESS PARK<br>CHESTER, CH4 9QU<br>UNITED KINGDOM | Claim Number: 4392<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $447,543.00 | |
| ITEL HOUSE (INNINGS TELECOM EUROPE LTD)<br>SANDPIPER COURT<br>CHESTER BUSINESS PARK<br>CHESTER, CH4 9QU<br>UNITED KINGDOM | Claim Number: 4393<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $9,369.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| ITEL HOUSE (INNINGS TELECOM EUROPE LTD) | Claim Number: 4394 | |
| SANDPIPER COURT | Claim Date: 09/28/2009 | |
| CHESTER BUSINESS PARK | Debtor: NORTEL NETWORKS INC. | |
| CHESTER, CH4 9QU | | |
| UNITED KINGDOM | | |

| UNSECURED | Claimed: | $352,565.80 |
|---|---|---|

| | | |
|---|---|---|
| ITEL HOUSE (INNINGS TELECOM EUROPE LTD) | Claim Number: 4448 | |
| SANDPIPER COURT | Claim Date: 09/28/2009 | |
| CHESTER BUSINESS PARK | Debtor: NORTEL NETWORKS INC. | |
| CHESTER, CH4 9QU | | |
| UNITED KINGDOM | | |

| UNSECURED | Claimed: | $33,308.54 |
|---|---|---|

| | | |
|---|---|---|
| ITEL HOUSE (INNINGS TELECOM EUROPE LTD) | Claim Number: 4450 | |
| SANDPIPER COURT | Claim Date: 09/28/2009 | |
| CHESTER BUSINESS PARK | Debtor: NORTEL NETWORKS INC. | |
| CHESTER, CH4 9QU | | |
| UNITED KINGDOM | | |

| UNSECURED | Claimed: | $432.00 |
|---|---|---|

| | | |
|---|---|---|
| ITEL HOUSE (INNINGS TELECOM EUROPE LTD) | Claim Number: 4452 | |
| SANDPIPER COURT | Claim Date: 09/28/2009 | |
| CHESTER BUSINESS PARK | Debtor: NORTEL NETWORKS INC. | |
| CHESTER, CH4 9QU | | |
| UNITED KINGDOM | | |

| UNSECURED | Claimed: | $6,174.00 |
|---|---|---|

| | | |
|---|---|---|
| ITOH INTERNATIONAL PATENT OFFICE | Claim Number: 2678 | |
| 32ND FL YEBISU GARDEN PL TOWER | Claim Date: 09/08/2009 | |
| 20-3 EBISU 4-CHOME, SHIBUYA-KU | Debtor: NORTEL NETWORKS INC. | |
| TOKYO, 150-6032 | Comments: | |
| JAPAN | Claimed Amount is JPY 422,500 | |

| UNSECURED | Claimed: | $4,743.41 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| ITOH INTERNATIONAL PATENT OFFICE<br>32ND FL. YEBISU GARDEN PLACE TOWER<br>20-3 EBISU, 4-CHOME<br>SHIBUYA-KU<br>TOKYO, 150-6032<br>JAPAN | | Claim Number: 2679<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
| ADMINISTRATIVE | Claimed: | $4,743.41 | | |
| IVEY, DONALD M.<br>1203 PINKERTON LANE<br>ALLEN, TX 75002 | | Claim Number: 359<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | | | Scheduled: | $7,867.08 |
| UNSECURED | Claimed: | $7,701.92 | Scheduled: | $142.91 |
| IZONGATE, INC.<br>PO BOX 240<br>113 FAIRFIELD WAY, SUITE 206<br>BLOOMINGDALE, IL 60108-0240 | | Claim Number: 1273<br>Claim Date: 06/04/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $67,000.00 | Scheduled: | $67,000.00 |
| JABIL CIRCUIT<br>C/O HOLLAND & KNIGHT<br>ATTN: KEITH S. SHOTZBERGER<br>100 NORTH TAMPA STREET, SUITE 4100<br>TAMPA, FL 33602 | | Claim Number: 4532<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $13,735,295.53 | | |
| JABIL CIRCUIT<br>C/O HOLLAND & KNIGHT<br>ATTN: KEITH S. SHOTZBERGER, ESQ.<br>100 NORTH TAMPA STREET, SUITE 4100<br>TAMPA, FL 33602 | | Claim Number: 7373<br>Claim Date: 08/05/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $3,704,182.36 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

JACKSON LEWIS LLP
ATTN: ANNE KRUPMAN
ONE NORTH BROADWAY
WHITE PLAINS, NY 10601

Claim Number: 3200
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5089 (03/09/2011)

| UNSECURED | Claimed: | $138,108.57 | Allowed: | $129,916.09 |
|---|---|---|---|---|

---

JACKSON, JONATHAN S.
822 2ND ST NW
HICKORY, NC 28601

Claim Number: 7687
Claim Date: 04/04/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $44,485.81 |
|---|---|---|

---

JACKSON, TOM
8817 FALCON CREST DR
MCKINNEY, TX 75070

Claim Number: 3183
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $35,765.14 |
|---|---|---|

---

JAHANI, FARSHIDEH
194 FAIRWAY LANE
GLENWOOD SPRINGS, CO 81601

Claim Number: 6185
Claim Date: 12/04/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $10,000.00 |
|---|---|---|

---

JAHANI, FARSHIDEH
194 FAIRWAY LANE
GLENWOOD SPRINGS, CO 81601

Claim Number: 6187
Claim Date: 12/04/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $125,000.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| JAIN, SANJAY<br>73 PEABODY ST.<br>MIDDLETON, MA 01949 | Claim Number: 13<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $43,500.00 |
|---|---|---|

| | | |
|---|---|---|
| JAMES, LAWRENCE<br>832 WIGGINGTON RD<br>LYNCHBURG, VA 24502-4634 | Claim Number: 2830<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |

| PRIORITY | Claimed: | $21,900.00 |
|---|---|---|
| UNSECURED | Claimed: | $111,380.08 |

| | | |
|---|---|---|
| JAMES, LAWRENCE<br>140 PRIVATE ROAD 1500A<br>MORGAN, TX 76671 | Claim Number: 2831<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $21,900.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $111,380.08 | Scheduled: | $65,686.57 |

| | | |
|---|---|---|
| JAMES, LAWRENCE<br>140 PRIVATE ROAD 1500A<br>MORGAN, TX 76671 | Claim Number: 2967<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | |

| PRIORITY | Claimed: | $21,900.00 |
|---|---|---|
| UNSECURED | Claimed: | $111,380.08 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| JAMES, LAWRENCE J. | | Claim Number: 151 |
| 832 WIGGINGTON RD | | Claim Date: 02/02/2009 |
| LYNCHBURG, VA 24502-4634 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2563 (02/26/2010) |

| PRIORITY | Claimed: | $24,920.95 |
| UNSECURED | Claimed: | $70,483.35 |

| JAMES, LAWRENCE J. | | Claim Number: 2832 |
| 140 PRIVATE ROAD 1500A | | Claim Date: 09/11/2009 |
| MORGAN, TX 76671 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2320 (01/21/2010) |

| PRIORITY | Claimed: | $21,900.00 |
| UNSECURED | Claimed: | $111,380.08 |

| JAMES, LAWRENCE J. | | Claim Number: 2938 |
| 140 PRIVATE ROAD 1500A | | Claim Date: 09/14/2009 |
| MORGAN, TX 76671 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2320 (01/21/2010) |

| PRIORITY | Claimed: | $21,900.00 |
| UNSECURED | Claimed: | $111,380.08 |

| JAMES, WILLIAM | | Claim Number: 1710 |
| 4095 OBERLIN WAY | | Claim Date: 08/14/2009 |
| ADDISON, TX 75001 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $35,653.85 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| JAMOUSSI, BILEL<br>7 JARED CIRCLE<br>NASHUA, NH 03063 | | Claim Number: 2433<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $71,478.06 | Scheduled: | $0.00 UNLIQ | |
| JAMOUSSI, BILEL<br>7 JARED CIRCLE<br>NASHUA, NH 03063 | | Claim Number: 2434<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $68,327.00 | | | |
| JAMOUSSI, BILEL<br>7 JARED CIRCLE<br>NASHUA, NH 03063 | | Claim Number: 2435<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $68,327.00 | | | |
| JAMOUSSI, BILEL<br>7 JARED CIRCLE<br>NASHUA, NH 03063 | | Claim Number: 2502<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $74,462.45 | Scheduled: | $74,462.45 UNLIQ | |
| JAMOUSSI, BILEL<br>7 JARED CIRCLE<br>NASHUA, NH 03063 | | Claim Number: 2503<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $74,462.45 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| JAMOUSSI, BILEL<br>7 JARED CIRCLE<br>NASHUA, NH 03063 | | Claim Number: 2504<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $71,478.06 |
| JANECZEK, ANTHONY<br>1 INDIGO LANE<br>WESTFORD, MA 01886 | | Claim Number: 4123<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $42,802.73 |
| JANUSIS, CHARLES<br>247 WESTFORD RD<br>TYNGSBORO, MA 01879-2504 | | Claim Number: 7308<br>Claim Date: 06/21/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM 3853 |
| PRIORITY | Claimed: | $56,834.61 |
| JAVA, LAWRENCE ALERRE<br>204 HARDWOOD RIDGE COURT<br>CLAYTON, NC 27520-9405 | | Claim Number: 3603<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $95,211.20 |
| JAY, WILLIAM E.<br>5308 MANORWOOD DRIVE<br>SARASOTA, FL 34235 | | Claim Number: 3331<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

JDS UNIPHASE CORPORATION
430 N MCCARTHY BLVD
MILPITAS, CA 95035

Claim Number: 5548
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $653,932.00 |
| --- | --- | --- |

JDS UNIPHASE CORPORATION
430 N MCCARTHY BLVD
MILPITAS, CA 95035

Claim Number: 5549
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $3,009,690.00 |
| --- | --- | --- |

JDS UNIPHASE CORPORATION
430 N MCCARTHY BLVD
SAN FRANCISCO, CA 95035

Claim Number: 5550
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $9,330.00 |
| --- | --- | --- |

JENNINGS, JEAN
410 BROOKHAVEN TRIAL
SMYRNA, TN 37167

Claim Number: 7302
Claim Date: 06/18/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7652

| UNSECURED | Claimed: | $67,652.17 |
| --- | --- | --- |

JENNINGS, JEAN
410 BROOKHAVEN TRAIL
SMYRNA, TN 37167

Claim Number: 7652
Claim Date: 03/18/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 7302

| PRIORITY | Claimed: | $10,950.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $56,702.17 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

JERSEY CENTRAL POWER & LIGHT
A FIRSTENERGY COMPANY
331 NEWMAN SPRINGS RD
BUILDING THREE
RED BANK, NJ 07701

Claim Number: 182
Claim Date: 01/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,659.44 |
|---|---|---|

JESIONEK, ANDRZEJ
8140 STONE RIDGE DR
PLANO, TX 75025

Claim Number: 1170
Claim Date: 05/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $39,835.32 |
|---|---|---|

JIANG, XUEMING
4308 HELSTON RD
PLANO, TX 75024

Claim Number: 5849
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| PRIORITY | Claimed: | $38,753.00 |
|---|---|---|
| UNSECURED | Claimed: | $37,716.83 |

JOANNOU, DION
2839 NE 24TH PLACE
FORT LAUDERDALE, FL 33305

Claim Number: 3567
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $240,000.00 |
|---|---|---|

JOANNOU, DION
2839 NE 24TH PLACE
FORT LAUDERDALE, FL 33305

Claim Number: 3568
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $229,050.00 | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

JOANNOU, DION
2839 NE 24TH PLACE
FORT LAUDERDALE, FL 33305

Claim Number: 3723
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $58,550.00 | Scheduled: | $69,500.00 |

JOANNOU, DION
2839 N. E. 24TH PLACE
FORT LAUDERDALE, FL 33305

Claim Number: 3724
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $69,500.00 |

JOHNE-MANTHEY, BIRGITT
FORMER MANTHEY, W.
PUCKLERSTR. 21A
BERLIN, 14195
GERMANY

Claim Number: 3772
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

JOHNSON CONTROLS, INC.
2215 YORK ROAD
DRAKE PLAZA, SUITE 110
OAK BROOK, IL 60523

Claim Number: 5508
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,300,030.75 |

JOHNSON, DONALD
2512 DANDELION LN
ROWLETT, TX 75089

Claim Number: 7335
Claim Date: 07/06/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $48,746.82 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

JOHNSON, EDDIE S. JR.
349 JUNIPER CH. RD.
FOUR OAKS, NC 27524

Claim Number: 7310
Claim Date: 06/18/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $53,302.24 |
|---|---|---|

JOHNSON, GLENDA F.
1103 DOVE BROOK DRIVE
ALLEN, TX 75002

Claim Number: 1515
Claim Date: 07/10/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $43,151.50 |
|---|---|---|

JOHNSON, JACK
7123 AZALEA LN
DALLAS, TX 75230

Claim Number: 2051
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $224,673.79  UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

JOHNSON, KEITH
2230 BENT CREEK MANOR
ALPHARETTA, GA 30005

Claim Number: 3879
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $23,100.00 |
|---|---|---|
| UNSECURED | Claimed: | $134,883.00 |

JOHNSON, KENNETH
14425 MAPLE
OVERLAND PARK, KS 66223

Claim Number: 2306
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $245,839.14 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | | |
|---|---|---|---|
| JOHNSON, KENNETH<br>10851 MASTIN DRIVE, SUITE 800<br>OVERLAND PARK, KS 66210 | | Claim Number: 2307<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $377,940.42 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $377,940.42 UNLIQ |

---

| | | |
|---|---|---|
| JOHNSON, LINDA M<br>5210 REDWOOD RD<br>DURHAM, NC 27704 | | Claim Number: 7016<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| | | |
|---|---|---|
| JOHNSON, MONTE E<br>64 GATEWAY DR<br>POOLER, GA 31322 | | Claim Number: 2158<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $416.25 UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| JOHNSON, ROBERT<br>808 E. CONCORD LN.<br>ALLEN, TX 75002 | | Claim Number: 1314<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $21,850.00 |
|---|---|---|

---

| | | |
|---|---|---|
| JOHNSON, RONNIE<br>568 CRANBORN CT.<br>PICKERINGTON, OH 43147 | | Claim Number: 1389<br>Claim Date: 06/19/2009<br>Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $10,880.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| JOLLY, GEORGE A.<br>38 ROSS RD<br>OGDENSBURG, NY 13669-3162 | | Claim Number: 87<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $19,080.06 | Scheduled:<br>Scheduled: | $7,769.99<br>$12,857.55 |

| JONES, ANN J.<br>PO BOX 294<br>BIG ISLAND, VA 24526 | | Claim Number: 1517<br>Claim Date: 07/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $30,000.00 | | |

| JONES, ANN J.<br>PO BOX 294<br>BIG ISLAND, VA 24526 | | Claim Number: 3794<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

| JONES, DONNA<br>101 CUPOLA CHASE WAY<br>CARY, NC 27519 | | Claim Number: 4302<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $843.70<br>$49,591.30 | Scheduled:<br>Scheduled: | $843.70<br>$49,591.30 |

| JONES, EUGENE W.<br>405 PLEASANT VALLEY RD.<br>ALFRED STATION, NY 14803 | | Claim Number: 1565<br>Claim Date: 07/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $26,319.06 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

JONES, LAWRENCE D.
1659 HONFLEUR DRIVE
SUNNYVALE, CA 94087

Claim Number: 4351
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $561.32  UNLIQ | | |
|---|---|---|---|---|

JONES, LOUIS JR.
3504 'MALLEY CT.
PLANO, TX 75023

Claim Number: 3574
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $120,193.17 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

JONES, MAIJA
1501 NOBLE CREEK LANE
RALEIGH, NC 27610

Claim Number: 5762
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $19,200.00 |
|---|---|---|

JONES, STEPHEN G.
516 GROSVENOR DRIVE
RALEIGH, NC 27615

Claim Number: 638
Claim Date: 03/18/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $454,147.41 |

JONES, TINITA
102 BARRINGTON OVERLOOK DR
DURHAM, NC 27703

Claim Number: 2815
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.
Comments:
This claim amends previously filed claim 669.

---

| UNSECURED | Claimed: | $17,571.82 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

JONES, TINITA
102 BARRINGTON OVERLOOK DR
DURHAM, NC 27703

Claim Number: 2816
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $1,710.00 |
|---|---|---|

JONES, TINITA M
102 BARRINGTON OVERLOOK DR.
DURHAM, NC 27703

Claim Number: 2814
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.
Comments:
This claim amends previously filed claim 1338.

---

| PRIORITY | Claimed: | $19,279.00 |
|---|---|---|

JONES, VIRGINIA M.
3050 CROOKED STICK DR.
CUMMING, GA 30041

Claim Number: 276
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,998.58 |

JONNADA, NAVEEN
4016 HEARTHLIGHT CT
PLANO, TX 75024

Claim Number: 6367
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $21,992.38 |
|---|---|---|

JOSEPH, SONIA
2232 HOMESTEAD LN
PLANO, TX 75025-5524

Claim Number: 319
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $20,451.60 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $20,454.98 |

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| JOY, DANIEL<br>15 STEARNS AVE<br>MEDFORD, MA 02155 | | Claim Number: 6108<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1052 | | | |
| PRIORITY | Claimed: | $1,634.62 | | | |
| UNSECURED | Claimed: | $9,807.69 | | | |
| JPMORGAN CHASE VASTERA PROFESSIONAL<br>SERVICES, INC., ATTN: DAVID J WARAGER<br>VP & ASST. GN COUNSEL<br>1 CHASE MANHATTAN PLAZA, 25TH FLOOR<br>NEW YORK, NY 10005-1401 | | Claim Number: 5566<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5624 (06/07/2011) | | | |
| UNSECURED | Claimed: | $450,000.00   UNLIQ | Allowed: | $503,386.78 | |
| JUDAH, WILLIAM A.<br>1733 TAKELA FOREST SE<br>FAIRMOUNT, GA 30139-2379 | | Claim Number: 7258<br>Claim Date: 05/17/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $16,258.26 | | | |
| JULIANO, FRANK<br>2829 SOMBRERO CR<br>SAN RAMON, CA 94583 | | Claim Number: 4833<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | | |
| JUNG, ERIKA F.<br>4311 NE 20TH AV<br>OAKLAND PARK, FL 33308 | | Claim Number: 360<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $32,399.16 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| JUNIEL, LINDA M.<br>770 EMERALD SOUND BLVD.<br>OAK POINT, TX 75068 | Claim Number: 7521<br>Claim Date: 12/20/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $5,627.62 |

---

| JUST, TERESA<br>719 NO. 400 W.<br>CENTERVILLE, UT 84014 | Claim Number: 284<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $7,649.86 |

---

| KAAWALOA, SAMUEL K<br>PO BOX 433<br>ELIZABETH, CO 80107 | Claim Number: 3181<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |

---

| KADI, SERGIO<br>17550 SUNTIME ST<br>P C BEACH, FL 32413-2022 | Claim Number: 4252<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $16,867.00 | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

| KADI, SERGIO<br>107 EAGLE SWOOP CT<br>CARY, NC 27513 | Claim Number: 7144<br>Claim Date: 03/11/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $49,565.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| KAEPPLEIN, MARK<br>11 PALMER STREET<br>ARLINGTON, MA 02474 | | Claim Number: 4508<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $1,320.09 |
| UNSECURED | Claimed: | $3,131.54 | Scheduled: | $12,761.45 |
| KAEPPLEIN, MARK<br>11 PALMER STREET<br>ARLINGTON, MA 02474 | | Claim Number: 4509<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $1,263.18 | | |
| UNSECURED | Claimed: | $100.00 | | |
| KAFAEI, NAVID<br>14862 DANEWAY<br>FRISCO, TX 75035 | | Claim Number: 2062<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | | | Scheduled: | $7,140.26 |
| UNSECURED | Claimed: | $7,140.26 | Scheduled: | $855.88 |
| KAISER, PATRICK<br>1900 NEW HAVEN ROAD<br>GRAPEVINE, TX 76051 | | Claim Number: 2950<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $14,318.79 | | |
| UNSECURED | Claimed: | $47,682.20 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| KAISER, PATRICK<br>1900 NEW HAVEN ROAD<br>GRAPEVINE, TX 76051 | | Claim Number: 2988<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
| PRIORITY | Claimed: | $14,318.79 | | | |
| UNSECURED | Claimed: | $47,682.20 | Scheduled: | $54,900.50 | |
| KAISER, PATRICK A<br>1900 NEW HAVEN RD<br>GRAPEVINE, TX 76051 | | Claim Number: 2951<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $62,000.99 | | | |
| KAISER, PATRICK A.<br>1900 NEW HAVEN RD<br>GRAPEVINE, TX 76051 | | Claim Number: 2987<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $62,000.99 | | | |
| KAKADIA, VIJAY<br>600 S ABEL ST UNIT 318<br>MILPITAS, CA 95035-8691 | | Claim Number: 2540<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $16,124.05 | | | |
| KAKOU, JACOB T<br>302 AFFINITY LANE<br>CARY, NC 27519 | | Claim Number: 7303<br>Claim Date: 06/18/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7275 | | | |
| UNSECURED | Claimed: | $58,070.81 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| KALFA, JOHN<br>75 JOHNSON PL.<br>WOODMERE, NY 11598 | Claim Number: 3073<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $21,408.74 | Scheduled: | $0.00 UNLIQ |

---

| KALFA, JOHN P.<br>75 JOHNSON PL<br>WOODMERE, NY 11598 | Claim Number: 257<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $173,032.26 |

---

| KALLAM, MICHELLE L.<br>12416 VILLAGE PINES LANE<br>RALEIGH, NC 276148893 | Claim Number: 449<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $12,076.40 |

---

| KALSEY, DAVID<br>7270 LYNE BAY DR.<br>ROSEVILLE, CA 95747 | Claim Number: 922<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $52,199.00 |

---

| KALSEY, DAVID<br>7270 LYNE BAY DR.<br>ROSEVILLE, CA 95747 | Claim Number: 923<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $2,505.55 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| KALSI, VISHAL<br>4387 LAIRD CIRCLE<br>SANTA CLARA, CA 95054 | Claim Number: 1486<br>Claim Date: 07/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|

| PRIORITY | Claimed: | $25,143.90 | |
|---|---|---|---|

---

| KAMER, BRADLEY S.<br>3051 EASY GOER LN<br>GREENBRIER, TN 37073 | Claim Number: 7408<br>Claim Date: 09/13/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| PRIORITY | Claimed: | $10,950.00  UNLIQ | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,510.50  UNLIQ | |

---

| KAMO, RAMNIK<br>4004 E. CHAPEL-HILL NELSON HWY<br>DAVIS DRIVE<br>RESEARCH TRIANGLE PARK, NC 27709 | Claim Number: 4512<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| PRIORITY | Claimed: | $96,936.24  CONT | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $57,738.42  CONT | Scheduled: | $76.94  UNLIQ |

---

| KAMO, RAMNIK<br>217 WALCOTT WAY<br>CARY, NC 27519 | Claim Number: 4513<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $154,674.66  CONT | |
|---|---|---|---|

---

| KANATEK TECHNOLOGIES<br>KTI KANATEK TECHNOLOGIES INC<br>535 LEGGET DRIVE SUITE 400<br>KANATA, ON K2K 3B8<br>CANADA | Claim Number: 4747<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $12,585.47 | Scheduled: | $11,113.00 |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| KAO, FRANK<br>4849 FRANKFORD RD APT 433<br>DALLAS, TX 75287 | | Claim Number: 2275<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $11,236.86 |
| KAO, FRANK<br>4219 LAVACA TRL<br>CARROLLTON, TX 75010 | | Claim Number: 2276<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $11,236.86 |
| KAO, IUE-FANG H<br>19785 VIEWRIDGE DRIVE<br>SARATOGA, CA 95070 | | Claim Number: 5436<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| UNSECURED | Claimed: | $39,516.93 |
| KAO, IUE-FANG H.<br>19785 VIEWRIDGE DR.<br>SARATOGA, CA 95070 | | Claim Number: 4093<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $39,516.93 |
| KAPIL, HARI<br>232 HERITAGE ISLE<br>DE WINTON, AB T0L 0X0<br>CANADA | | Claim Number: 3276<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $7,160.75 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| KAPIL, VIVEK<br>2712 MERLIN DRIVE<br>LEWISVILLE, TX 75056 | | Claim Number: 4443<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | | |
| PRIORITY | Claimed: | $2,283.00 | | | |
| SECURED | Claimed: | $2,283.00 | | | |
| UNSECURED | | | Scheduled: | $171,928.02 UNLIQ | |
| TOTAL | Claimed: | $2,153.60 | | | |
| KARIA, ARVINDKUMAR<br>3517 LAKEBROOK DR<br>PLANO, TX 75093 | | Claim Number: 4835<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $106,722.37 | Scheduled: | $98,967.87 UNLIQ | |
| KARIA, ARVINDKUMAR J<br>3517 LAKEBROOK DR<br>PLANO, TX 75093 | | Claim Number: 4834<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $3,358.95 | Scheduled: | $3,358.95 | |
| UNSECURED | Claimed: | $41,918.71 | Scheduled: | $41,918.71 | |
| KASHANIAN, ALI<br>3909 - NEVADA CT<br>MCKINNEY, TX 75070 | | Claim Number: 6471<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $23,048.08 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

KASHUL, WILLIAM N
701 NORTH DEE ROAD
PARK RIDGE, IL 60068

Claim Number: 5479
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $164,457.03 | Scheduled: | $0.00 UNLIQ | |

KASPER, JAMES E. (0206746)
219 REMINGTON AVE
GALLATIN, TN 37066

Claim Number: 7327
Claim Date: 07/06/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $47,176.80 |

KASPER, JOHN
305 HIGHLANDS BLUFF
CARY, NC 27518

Claim Number: 3683
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $36,974.00 |

KASPER, KENNETH W.
20927 N SANSOM DR
MARICOPA, AZ 85238

Claim Number: 2215
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $8,705.31 |
| UNSECURED | Claimed: | $30,290.00 | Scheduled: | $15,981.70 |

KAUFMAN, AMY
6228 FOXFIELD CT
WINDERMERE, FL 34786-5319

Claim Number: 7551
Claim Date: 01/03/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $4,162.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| KAYE, DOUGLAS J.<br>631 BELMONT CREST DR.<br>MARIETTA, GA 30067 | Claim Number: 2089<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $450.00 |
| UNSECURED | Claimed: | $408,748.37 | Scheduled: | $279,511.60 |

---

| KAZIMIERSKI, WLODZIMIERZ<br>7782 GEORGETOWN CHASE<br>ROSWELL, GA 30075 | Claim Number: 7119<br>Claim Date: 02/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7102 | |
|---|---|---|
| UNSECURED | Claimed: | $87,746.00 |

---

| KAZIMIERSKI, WLODZIMIERZ<br>7782 GEORGETOWN CHASE<br>ROSWELL, GA 30075 | Claim Number: 7226<br>Claim Date: 04/22/2010<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| UNSECURED | Claimed: | $76,908.32 |

---

| KAZIMIERSKI, WLODZIMIERZ<br>7782 GEORGETOWN CHASE<br>ROSWELL, GA 30075 | Claim Number: 7228<br>Claim Date: 04/22/2010<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| UNSECURED | Claimed: | $360,773.26 |

---

| KEANE, NOEL<br>7 ASHBROOK<br>BALLYMOE<br>COUNTY GALWAY,<br>IRELAND | Claim Number: 1808<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| PRIORITY | Claimed: | $108,000.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| KEANE, NOEL<br>7 ASHBROOK<br>BALLYMOE<br>COUNTY GALWAY,<br>IRELAND | Claim Number: 1809<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $108,000.00 |
|---|---|---|

---

| KEARLEY, DEREK<br>18 ORDWAY LN<br>KINGSTON, NH 03848-3574 | Claim Number: 4506<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $35,193.56 |

---

| KEARNEY, GARY<br>3304 SAN SIMEON WAY<br>PLANO, TX 75023 | Claim Number: 4185<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $4,292.70 |
|---|---|---|

---

| KEATES, ROB<br>10519 138 ST NW<br>EDMONTON, AB T5N 2J5<br>CANADA | Claim Number: 137<br>Claim Date: 02/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7629 |
|---|---|

| UNSECURED | Claimed: | $104,779.50 |
|---|---|---|

---

| KEATES, ROB<br>10519 138 ST NW<br>EDMONTON, AB, T5N 2J5<br>CANADA | Claim Number: 7629<br>Claim Date: 03/07/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 137 |
|---|---|

| PRIORITY | Claimed: | $205,092.33 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

KEEGAN, SUSAN M.
8 QUAIL RIDGE DRIVE
FLEMINGTON, NJ 08822

Claim Number: 4515
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

KEEGAN, SUSAN M.
8 QUAIL RIDGE DRIVE
FLEMINGTON, NJ 08822

Claim Number: 7085
Claim Date: 02/08/2010
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $74,355.77 |
|---|---|---|

KELLEY, MATT
106 WILD BROOK COURT
CARY, NC 27519

Claim Number: 2484
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $55,308.93 |
|---|---|---|
| UNSECURED | Claimed: | $55,308.93 |
| TOTAL | Claimed: | $55,308.93 |

KELLY JR, WILLIAM M
5217 TROUTMAN LANE
RALEIGH, NC 27613

Claim Number: 3009
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,792.52 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $43,966.08 | Scheduled: | $47,442.10 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

KELLY SERVICES, INC.
999 W BIG BEAVER ROAD
TROY, MI 48084

Claim Number: 623
Claim Date: 03/10/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $7,319.20 | Scheduled: | $3,680.00 |
|---|---|---|---|---|

KELLY, HAROLD
6428 BRANDYWINE RD
RALEIGH, NC 27607

Claim Number: 1241
Claim Date: 05/26/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $79,524.99 |
|---|---|---|

KELLY, MICHAEL F.
204 GLEN ABBEY DRIVE
CARY, NC 27513

Claim Number: 3753
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00  UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,498.00  UNLIQ | Scheduled: | $0.00 UNLIQ |

KELLY, WILLIAM P
14 COHASSET LANE
CHERRY HILL, NJ 08003

Claim Number: 3399
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6064
claim amount is 234.32/month

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

KELLY, WILLIAM P
14 COHASSET LANE
CHERRY HILL, NJ 08003

Claim Number: 6064
Claim Date: 10/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 3399

| UNSECURED | Claimed: | $35,966.35 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| KEMPFFER, MARY B.<br>309 BURNT PINE CT<br>APEX, NC 27502 | Claim Number: 1731<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $680.78  UNLIQ | | |
|---|---|---|---|---|

| KENEDI, ROBERT<br>11726 NIGHT HERON DR<br>NAPLES, FL 34119-8888 | Claim Number: 3837<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $102,157.96 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| KENNEDY, LOUISE<br>3512 SCENIC CT.<br>DENVILLE, NJ 07834 | Claim Number: 2621<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

| KENNEDY, SCOTT<br>13523 W SOLA DRIVE<br>SUN CITY WEST, AZ 85375 | Claim Number: 2243<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $5,962.91 | Scheduled: | $2,337.81 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,826.90 | Scheduled: | $30,259.42 |

| KENNEY, KAREN B.<br>3229 ALPHAWOOD DR<br>APEX, NC 27539-6814 | Claim Number: 3525<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $43,761.22 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

KENT, SHANNON E.
32170 CALLE BALAREZA
TEMECULA, CA 92592

Claim Number: 348
Claim Date: 02/19/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $34,912.00 | Scheduled: | $42,461.55 |

KETSLER, JOSEPH
7617 WAASLAND DRIVE
PLANO, TX 75025

Claim Number: 3451
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $58,818.72 |
|---|---|---|

KETTERER, DAVID
101 BAYWOOD PLACE
CHAPEL HILL, NC 27516

Claim Number: 2071
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $81,429.56 |
|---|---|---|

KEYLOR, STEPHEN W.
19 HILLSIDE AVE
STONEHAM, MA 02180

Claim Number: 951
Claim Date: 04/15/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $43,860.00 |
|---|---|---|

KEYSPAN GAS EAST CORP DBA NATIONAL GRID
ELISA M. PUGLIESE, ESQ.
175 E. OLD COUNTRY ROAD
HICKSVILLE, NY 11801

Claim Number: 663
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $4,131.64 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

KGP LOGISTICS, INC. AS SUCCESSOR-IN-
INTEREST TO EMBARQ LOGISTICS
ATTN: ANTHONY J. CARUSO
3305 HIGHWAY 60 W.
FARIBAULT, MN 55021

Claim Number: 1596
Claim Date: 07/24/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $35,876.19 |
| --- | --- | --- |

KHADBAI, AZIZ
5816 MORNING GLORY LANE
PLANO, TX 75093

Claim Number: 4232
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 833.

| UNSECURED | Claimed: | $452,647.17 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

KHAN, AMNA
2 BAYFIELD
IRVINE, CA 92614-7907

Claim Number: 709
Claim Date: 03/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $5,780.00   UNLIQ |
| --- | --- | --- |

KHAN, AMNA
2 BAYFIELD
IRVINE, CA 92614-7907

Claim Number: 1174
Claim Date: 05/15/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,890.00   UNLIQ |
| --- | --- | --- |

KHAN, MUHAMMAD
804 LOTUS DR
RICHARDSON, TX 75081-5196

Claim Number: 2419
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $23,123.98 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| KHAWAR, ABDUL<br>11103 EMPIRE LAKES DRIVE<br>RALEIGH, NC 27617 | | Claim Number: 4258<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | |
| UNSECURED | Claimed: | $793,591.85 | | | |
| KHAWAR, ABDUL<br>11103 EMPIRE LAKES DRIVE<br>RALEIGH, NC 27617 | | Claim Number: 4815<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 4258 | | | |
| UNSECURED | Claimed: | $798,414.64 | Scheduled: | $0.00 UNLIQ | |
| KIEU, KIM<br>4108 RYAN LN<br>RICHARDSON, TX 75082 | | Claim Number: 280<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | | | Scheduled: | $7,765.21 | |
| UNSECURED | Claimed: | $11,465.25 | Scheduled: | $3,695.13 | |
| KILLION, MARY<br>42 FAWN CT<br>LUMBERTON, NJ 08048-4286 | | Claim Number: 3900<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $5,907.96 | Scheduled: | $5,907.96 | |
| UNSECURED | Claimed: | $10,010.52 | Scheduled: | $10,010.52 | |
| KILLION, MARY L.<br>42 FAWN CT<br>LUMBERTON, NJ 08048-4286 | | Claim Number: 155<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $16,183.75 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

KILLION, MARY L.
5813 CRESTWOOD CIRCLE W.
NORTH RICHLAND HILLS, TX 76180

Claim Number: 3888
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $15,918.48 |
| --- | --- | --- |

KILLION, MARY L.
5813 CRESTWOOD CIR W.
NORTH RICHLAND HILLS, TX 76180

Claim Number: 3889
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $802.76 |
| --- | --- | --- |

KIM, ETHAN K.
2102 CASTLEBURG DR.
APEX, NC 27523

Claim Number: 7307
Claim Date: 06/21/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $18,238.43 |

KINAMON, ROBERT
21515 N E 143RD PL
WOODINVILLE, WA 98072

Claim Number: 1825
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $150,908.52 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

KING COUNTY TREASURY OPERATIONS
KING COUNTY ADMINISTRATION BLDG
500 FOURTH AVENUE, ROOM #600
SEATTLE, WA 98104-2387

Claim Number: 810
Claim Date: 04/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| SECURED | Claimed: | $2,852.30  UNLIQ |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| KING, BARBARA<br>9809 LA CIENEGA STREET<br>LAS VEGAS, NV 89183 | | Claim Number: 3592<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | | $95,377.74 | | |
| | | | $0.00 UNLIQ | |

| | | | |
|---|---|---|---|
| KING, BARBARA J.<br>9809 LA CIENEGA ST.<br>LAS VEGAS, NV 89183 | | Claim Number: 343<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | Claimed: | |
|---|---|---|
| PRIORITY | | $510,353.81 |

| | | | |
|---|---|---|---|
| KING, BARBARA J.<br>9809 LA CIENEGA STREET<br>LAS VEGAS, NV 89183 | | Claim Number: 3593<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $39,963.08 | | $3,162.00 |
| UNSECURED | | | Scheduled: | $23,933.90 |

| | | | |
|---|---|---|---|
| KING, CANDICE<br>4807 PIN OAK PARK APT 82<br>HOUSTON, TX 770812213 | | Claim Number: 175<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | Claimed: | |
|---|---|---|
| UNSECURED | | $53,000.00 |

| | | | |
|---|---|---|---|
| KING, JAMES R. JR.<br>4133 SETTLEMENT DR.<br>DURHAM, NC 27713-9153 | | Claim Number: 7668<br>Claim Date: 03/28/2011<br>Debtor: NORTEL NETWORKS INC. | |

| | Claimed: | |
|---|---|---|
| UNSECURED | | $73,309.62 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| KING, KATRINA<br>7435 BENT TRAIL<br>MANSFIELD, TX 76063 | Claim Number: 103<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $1,436.92 |
| UNSECURED | Claimed: | $30,893.78 |

---

| KING, RAYMOND L<br>795 MARLIN<br>BAYOU VISTA, TX 77563-2611 | Claim Number: 1714<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $132,000.00 |

---

| KING, RAYMOND LOUIS<br>795 MARLIN ST.<br>BAYOU VISTA, TX 77563-2611 | Claim Number: 1715<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $132,000.00 |

---

| KING, VIRGINIA N<br>9517 HIGHLAND VIEW DRIVE<br>DALLAS, TX 75238 | Claim Number: 2712<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| KINGSBURY, DANIEL E<br>221 SADDLEBROOK<br>GARLAND, TX 75044-4642 | Claim Number: 2101<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $6,548.40 | Scheduled: | $6,548.40 |
| UNSECURED | Claimed: | $31,245.96 | Scheduled: | $31,245.96 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| KINGSLEY, SUSAN E.<br>507 MONTEREY BLVD.<br>HERMOSA BEACH, CA 90254 | Claim Number: 7420<br>Claim Date: 09/16/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $18,500.00   UNLIQ |

---

| KINNEBREW, BILLY E.<br>988 DENNIS CIRCLE<br>IDAHO FALLS, ID 83401 | Claim Number: 16<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|

| UNSECURED | Claimed: | $809.20 |

---

| KINNEY, JAMES B<br>PO BOX 3165<br>INUVIK, NT X0E OTO<br>CANADA | Claim Number: 3238<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $236,854.41 |

---

| KINNEY, JAMES B.<br>PO BOX 3165<br>INUVIK, NT XOE OTO<br>CANADA | Claim Number: 3237<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $334,022.24 |

---

| KIRCHNER, KAREN<br>530 FOXFIELD LANE<br>MATTHEWS, NC 28105 | Claim Number: 2943<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $20,000.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| KIRK, CAROLYN S<br>411 OCEANVIEW AVE<br>PALM HARBOR, FL 34683 | | Claim Number: 3634<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $52,904.08 | Scheduled: | $0.00 UNLIQ |

| | | | | |
|---|---|---|---|---|
| KIRN, JOHN<br>1063 WARBY TRAIL<br>NEWMARKET, ON L3X 3H6<br>CANADA | | Claim Number: 2090<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $80,750.32 | Scheduled: | $80,750.32 |

| | | | | |
|---|---|---|---|---|
| KIRN, JOHN<br>1063 WARBY TRAIL<br>NEWMARKET, ON L3X 3H6<br>CANADA | | Claim Number: 2091<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $80,750.32 | | |

| | | | | |
|---|---|---|---|---|
| KITCHENS, MICHELLE<br>6626 S. CROCKER WAY<br>LITTLETON, CO 80120 | | Claim Number: 5452<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $35,769.23 | | |

| | | | | |
|---|---|---|---|---|
| KLAMMER, DALE N.<br>11044 TERRACE RD. NE<br>MINNEAPOLIS, MN 55434 | | Claim Number: 2698<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

KLEBSCH, MICHAEL B
350 TAYLOR AVE B-12
CAPE CANAVERAL, FL 32920

Claim Number: 5332
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $159,829.52 | Scheduled: | $7,244.52 |
| UNSECURED | | | Scheduled: | $29,777.82 |

---

KLEBSCH, MICHAEL B
350 TAYLOR AVE B-12
CAPE CANAVERAL, FL 32920

Claim Number: 5435
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $27,984.88 |

---

KNAPP, WILLIAM
506 DEKEMONT LANE
BRENTWOOD, TN 37027

Claim Number: 4475
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $21,782.60  UNLIQ | Scheduled: | $16,697.40 UNLIQ |

---

KNIGHT, DANNY L.
3204 GREYFIELD WAY
MONROE, GA 306566451

Claim Number: 49
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $6,906.78 |
| UNSECURED | Claimed: | $27,405.15 | Scheduled: | $31,852.12 |

---

KNIGHT, PAUL
39 NORTH HANCOCK ST.
LEXINGTON, MA 02420

Claim Number: 735
Claim Date: 03/27/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $41,956.34 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| KNIGHT, STACY R.<br>4505 SUDBURY COURT<br>SUWANEE, GA 30024 | | Claim Number: 7612<br>Claim Date: 02/22/2011<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $82,494.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| KNUDSEN, PAUL<br>801 SADDLEBROOK DRIVE<br>LUCAS, TX 75002 | | Claim Number: 3194<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $264,712.87 | | | |
| UNSECURED | | | Scheduled: | $264,712.87 UNLIQ | |

| | | | | | |
|---|---|---|---|---|---|
| KNUDSEN, PAUL<br>801 SADDLEBROOK DRIVE<br>LUCAS, TX 75002 | | Claim Number: 3197<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $500,000.00   UNLIQ | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | |

| | | | | | |
|---|---|---|---|---|---|
| KO, DAVID<br>920 BROOKLINE WAY<br>ALPHARETTA, GA 30022 | | Claim Number: 3116<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $37,408.40 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| KO, DAVID<br>920 BROOKLINE WAY<br>ALPHARETTA, GA 30022 | | Claim Number: 3117<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $37,408.40 | | |
| KO, DAVID<br>920 BROOKLINE WAY<br>ALPHARETTA, GA 30022 | | Claim Number: 3118<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $4,009.88 | Scheduled: | $29,419.46 UNLIQ |
| KO, DAVID<br>920 BROOKLINE WAY<br>ALPHARETTA, GA 30022 | | Claim Number: 3119<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $4,009.88 | | |
| KOCH, STEPHEN<br>1404 JUNIPER STREET<br>POINT PLEASANT, NJ 08742 | | Claim Number: 4724<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $14,691.87 | | |
| KOEHLER, DONALD E<br>158 BEAR HILL ROAD, UNIT 103<br>CUMBERLAND, RI 02864 | | Claim Number: 1177<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
| PRIORITY | Claimed: | $93,596.15 | | |
| UNSECURED | Claimed: | $93,596.15 | | |
| TOTAL | Claimed: | $93,596.15 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| KOHNHORST, BART<br>5724 CEDAR GROVE CIRCLE<br>PLANO, TX 75093 | | Claim Number: 794<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

---

| SECURED | Claimed: | $47,207.43 |
|---|---|---|

| KOLMAN, ELIZABETH<br>2907 FOXCREEK DR<br>RICHARDSON, TX 75082 | | Claim Number: 5796<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

---

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $13,277.00 |

| KONET CORP.<br>PO BOX 366243<br>SAN JUAN, PR 00936 | | Claim Number: 1462<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) |
|---|---|---|

---

| UNSECURED | Claimed: | $33,415.20 |
|---|---|---|

| KOTHARI, PRIYADARSHINI<br>1438 PEBBLE CREEK DR.<br>COPPELL, TX 75019 | | Claim Number: 524<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

---

| UNSECURED | Claimed: | $5,576.92 |
|---|---|---|

| KOTLIAR, MICHAEL<br>205 GLENMORE ROAD<br>CHAPEL HILL, NC 27516 | | Claim Number: 1100<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

---

| UNSECURED | Claimed: | $48,265.56 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | |
|---|---|---|
| KOUNG, CHING-CHUN<br>3058 BLACKFIELD DRIVE<br>RICHARDSON, TX 75082 | Claim Number: 2110<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |

| ADMINISTRATIVE | Claimed: | $38,209.00 |
|---|---|---|

| | | |
|---|---|---|
| KOUNG, CHING-CHUN<br>3058 BLACKFIELD DRIVE<br>RICHARDSON, TX 75082 | Claim Number: 2111<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $38,209.00 |
|---|---|---|

| | | |
|---|---|---|
| KRAFT FOODS GLOBAL INC<br>JOHN J VERSCAJ<br>THREE LAKES DRIVE (NF594)<br>NORTHFIELD, IL 60093 | Claim Number: 3980<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3824 (08/24/2010) | |

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| | | |
|---|---|---|
| KREIGER, JERRY L.<br>318 MINT SPRING CIRCLE<br>BRENTWOOD, TN 37027 | Claim Number: 3857<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $172,300.24 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| KRIGER, SIDNEY A.<br>25 LARCH RD<br>NEWTON, MA 02468 | Claim Number: 5340<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $70,632.66 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| KRIGER, SIDNEY A. | Claim Number: 5341 |
| 25 LARCH RD | Claim Date: 09/30/2009 |
| NEWTON, MA 02468 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $2,338.74 |
| UNSECURED | Claimed: | $985.20 |

| KROL, EDWARD J. | Claim Number: 935 |
| 2 TORONTO | Claim Date: 04/13/2009 |
| ALISO VIEJO, CA 92656 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $846.46 |

| KROL, EDWARD J. | Claim Number: 940 |
| 2 TORONTO | Claim Date: 04/13/2009 |
| ALISO VIEJO, CA 92656 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $25,393.92 |

| KROLL ONTRACK INC. | Claim Number: 6141 |
| ATTN: TAMMY DUNLAP | Claim Date: 11/19/2009 |
| 9023 COLUMBINE ROAD | Debtor: NORTEL NETWORKS INC. |
| EDEN PRAIRIE, MN 55347 | Comments: ALLOWED |
| | DOCKET: 5623 (06/07/2011) |

| UNSECURED | Claimed: | $53,660.45 | Scheduled: | $30,215.45 | Allowed: | $53,660.45 |

| KROPUENSKE, GARY | Claim Number: 942 |
| 569 CIRCLE DRIVE | Claim Date: 04/13/2009 |
| FAIRMOUNT, IN 46928 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $31,640.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| KUBINA, GREG<br>38750 ADCOCK DR.<br>FREMONT, CA 94536 | | Claim Number: 7227<br>Claim Date: 04/22/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $66,458.00 |
|---|---|---|

| KUBITSCHEK, LEO<br>10070 TIMBERSTONE RD.<br>ALPHARETTA, GA 30022 | | Claim Number: 4798<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1551 |
|---|---|---|

| UNSECURED | Claimed: | $79,486.22 |
|---|---|---|

| KUCZYNSKI, ROBERT<br>150 BAYVIEW DR<br>NORTH HERO, VT 05474 | | Claim Number: 632<br>Claim Date: 03/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|---|

| UNSECURED | Claimed: | $11,201.00   UNLIQ |
|---|---|---|

| KUEHNE & NAGEL, INC.<br>10205 NW 108TH AVENUE<br>SUITE 11<br>MEDLEY, FL 33178 | | Claim Number: 3945<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $51,904.25 |
|---|---|---|
| UNSECURED | Claimed: | $51,904.25 |
| TOTAL | Claimed: | $51,904.25 |

| KUHN, MATTHEW<br>11 PINEY POINT<br>WHISPERING PINES, NC 28327 | | Claim Number: 5494<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $50,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| KUMARAN SYSTEMS, INC.<br>701 EVANS AVENUE<br>SUITE 509<br>TORONTO, ON M9C 1A3<br>CANADA | | Claim Number: 3044<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | |
|---|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $142,044.00 | | |
|---|---|---|---|---|

| KUO, CATHY<br>1509 ANGLEBLUFF LANE<br>PLANO, TX 75093 | | Claim Number: 3803<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $35,261.37 | | |
|---|---|---|---|---|

| KUO, CATHY L<br>1509 ANGLEBLUFF LN<br>PLANO, TX 75093 | | Claim Number: 3804<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $35,261.37 | Scheduled: | $6,473.24 |
|---|---|---|---|---|
| SECURED | Claimed: | $35,261.37 | | |
| UNSECURED | | | Scheduled: | $28,788.14 |
| TOTAL | Claimed: | $35,261.37 | | |

| KUO, JILL HSIU-CHING<br>3512 MATAGORDA SPRINGS DR.<br>PLANO, TX 75025 | | Claim Number: 1781<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| PRIORITY | | | Scheduled: | $3,609.72 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,648.06 | Scheduled: | $13,038.34 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| KURTZ, DAVID L. JR.<br>3202 WAXHAW-MARVIN ROAD<br>WAXHAW, NC 28173 | | Claim Number: 6962<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $76,549.32 |
| UNSECURED | Claimed: | $76,549.32 |
| TOTAL | Claimed: | $76,549.32 |

---

| KURZAWSKI, BETTYE<br>PO BOX 41<br>JAMESTOWN, CA 95327 | | Claim Number: 5858<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| KUTAC, GARY E.<br>1552 SAN SABA DR.<br>DALLAS, TX 75218 | | Claim Number: 168<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|---|
| PRIORITY | Claimed: | $10,000.00 |
| UNSECURED | Claimed: | $10,274.71 |

---

| KUTAC, GARY E.<br>1552 SAN SABA DR.<br>DALLAS, TX 75218 | | Claim Number: 3843<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 168. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $9,478.09 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

KWON, NAURRY
3629B  36TH AVE S
SEATTLE, WA 98144

Claim Number: 5620
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $1,285.58 |
|---|---|---|

KWON, NAURRY
3629B  36TH AVE S
SEATTLE, WA 98144

Claim Number: 5621
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $20,188.49 |

L.A. COUNTY TREASURER AND TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054-0110

Claim Number: 1325
Claim Date: 06/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4398 (11/23/2010)

| PRIORITY | Claimed: | $39,939.88 |
|---|---|---|

LA CHAPELLE, DONNA
23 SIROS
LAGUNA NIGUEL, CA 92677

Claim Number: 5422
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $304,517.00 |
|---|---|---|

LA CHAPELLE, DONNA
23 SIROS
LAGUNA NIGUEL, CA 92677

Claim Number: 5423
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $304,517.00 |
|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| LABADAN, RENATO<br>7800 SEVEN LOCKS RD<br>BETHESDA, MD 20817 | Claim Number: 6696<br>Claim Date: 01/13/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $32,324.66 | Scheduled: | $32,324.66 UNLIQ |
|---|---|---|---|---|

| LABADAN, RENATO<br>PSC 502, BOX 1<br>DPO, AP 96515 | Claim Number: 6697<br>Claim Date: 01/13/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $32,324.66 |
|---|---|---|

| LABORE, RICHARD H.<br>15775 KNAPP SHORE<br>KENT, NY 14477 | Claim Number: 3792<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $46,858.47 |
|---|---|---|

| LACERTE, RICHARD<br>PO BOX 641087<br>SAN JOSE, CA 95164-1087 | Claim Number: 2180<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,467.58 | Scheduled: | $20,417.58 UNLIQ |

| LACERTE, RICHARD<br>PO BOX 641087<br>SAN JOSE, CA 95164-1087 | Claim Number: 2181<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $55,728.98 | Scheduled: | $66,678.98 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| LAFARGUE, PATRICK<br>5307 HARBURY COVE<br>SUWANEE, GA 30024 | | Claim Number: 3712<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $75,762.03 | Scheduled: | $0.00 UNLIQ | |

| LAFAURIE, CESAR<br>101 WILLOWCREEK BLVD<br>SWEETWATER, TN 37874 | | Claim Number: 4403<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $50,826.40 | Scheduled: | $50,826.40 UNLIQ | |

| LAFAURIE, CESAR<br>101 WILLOWCREEK BLVD<br>SWEETWATER, TN 37874 | | Claim Number: 4404<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $124,287.75 | Scheduled: | $0.00 UNLIQ | |

| LAFLEUR, STEPHEN PAUL<br>11119 PAGEWYNNE DR<br>FRISCO, TX 75035 | | Claim Number: 2063<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 UNLIQ | | | |
| UNSECURED | Claimed: | $19,286.47 UNLIQ | Scheduled: | $30,236.47 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| LAFLEUR, STEPHEN PAUL<br>11119 PAGEWYNNE DR<br>FRISCO, TX 75035 | | Claim Number: 2064<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $30,236.47 | | | |
| LAGIOS, GREGORY<br>22 DEER RUN DRIVE<br>FREEDOM, NH 03836 | | Claim Number: 2292<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $31,654.29 | Scheduled: | $31,654.29 UNLIQ | |
| LAGIOS, GREGORY<br>22 DEER RUN DRIVE<br>FREEDOM, NH 03836 | | Claim Number: 2293<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $388,127.60 | Scheduled: | $388,127.60 UNLIQ | |
| LAGIOS, GREGORY S.<br>22 DEER RUN DRIVE<br>FREEDOM, NH 03836 | | Claim Number: 296<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $381,192.80 | | | |
| LAGIOS, GREGORY S.<br>22 DEER RUN DRIVE<br>FREEDOM, NH 03836 | | Claim Number: 1390<br>Claim Date: 06/19/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $35,118.05 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| LAKSHMINARAYAN, SANKARAN<br>9815 AUTRY FALLS DR<br>ALPHARETTA, GA 30022 | Claim Number: 3770<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $120,913.89 | | |
|---|---|---|---|---|

| LAMARQUE, JESSIE<br>15607 FOX MEADOW LANE<br>FRISCO, TX 75035 | Claim Number: 2014<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $35,941.50 | Scheduled: | $3,888.18 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $32,053.32 |

| LAMBERT, BOBBIE<br>320 FOLEY DRIVE<br>GARNER, NC 27529 | Claim Number: 2096<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $58,646.25 | Scheduled: | $69,596.20 |

| LAMBERT, DAVID A<br>P.O. BOX 549<br>ARROYO SECO, NM 87514 | Claim Number: 3630<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $385,769.87 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| LAMBERT, MICHAEL K<br>10413 S HIGHLAND CIRCLE<br>OLATHE, KS 66061 | Claim Number: 5738<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $602,469.23 |
|---|---|---|

NORTEL NETWORKS INC.                                                                      Date: 06/23/2011
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

LAMBERT, MICHAEL K.                   Claim Number: 3895
10413 S. HIGHLAND CIRCLE              Claim Date: 09/25/2009
OLATHE, KS 66061                      Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $608,020.75 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

LANCASTER, KENNETH F                  Claim Number: 7374
4116 BATTLE FIELD DRIVE               Claim Date: 08/09/2010
GARNER, NC 27529                      Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $23,184.26 |
|---|---|---|

LANCASTER, TERRI L                    Claim Number: 4244
4101 WILL ROGERS DRIVE                Claim Date: 09/28/2009
SAN JOSE, CA 95117                    Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $7,297.49 | Scheduled: | $7,297.49 |
| UNSECURED | Claimed: | $23,736.92 | Scheduled: | $23,736.92 |

LANDRY, ROSARIO                       Claim Number: 7359
103 TRAILVIEW DRIVE                   Claim Date: 07/26/2010
CARY, NC 27513                        Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $317,903.72 |
|---|---|---|

LANE, W.M.                            Claim Number: 881
9375 HAMILTON CIR                     Claim Date: 04/09/2009
WASHINGTON, MI 48094-3947             Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $56,719.52 |
|---|---|---|

NORTEL NETWORKS INC.                                                                                    Date: 06/23/2011
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

LANE, W.M.                          Claim Number: 882
9375 HAMILTON CIR                   Claim Date: 04/09/2009
WASHINGTON, MI 48094-3947           Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:              $47,267.82
---
LANGEN, WILLIAM F.                  Claim Number: 7271
21 CHERRY ST.                       Claim Date: 06/01/2010
LEOMINSTER, MA 01453                Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:              $25,945.78
---
LANNOM, ANGELA                      Claim Number: 7595
320 WATERS AVENUE                   Claim Date: 02/08/2011
WATERTOWN, TN 37184                 Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:              $47,583.19   UNLIQ
---
LARA, ENRIQUE                       Claim Number: 1221
17042 WESTGROVE DR.                 Claim Date: 05/22/2009
ADDISON, TX 75001                   Debtor: NORTEL NETWORKS INC.

---

PRIORITY           Claimed:              $27,500.00
---
LARKIN, WILLIAM T.                  Claim Number: 7632
2410 PRIMOSE DR.                    Claim Date: 03/07/2011
RICHARDSON, TX 75082                Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:              $113,470.87
---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| LASALLE, WILLIAM<br>4001 E. CHAPEL HILL-NELSON HWY<br>PO BOX 13010<br>RESEARCH TRIANGLE PARK, NC 27709-3010 | | Claim Number: 4249<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $357.31 | Scheduled: | $304.66 UNLIQ | |
| LASALLE, WILLIAM<br>109 TRELLINGWOOD DRIVE<br>MORRISVILLE, NC 27560 | | Claim Number: 5840<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $449,702.00 | | | |
| LASITTER, CAROL M<br>204 CRESTLEIGH ST<br>ROLESVILLE, NC 27571 | | Claim Number: 2957<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $8,484.41<br>$2,849.99 | Scheduled:<br>Scheduled: | $8,484.41<br>$2,849.99 | |
| LASKIN, LEE<br>863 NEVADA AVE<br>SAN JOSE, CA 95125 | | Claim Number: 4130<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $139,563.00 | Scheduled: | $112,677.80 UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| LAU, ROSS B<br>76 CEDAR ST<br>APT 402<br>SEATTLE, WA 98121 | Claim Number: 3432<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $356,814.55 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| LAU, STEPHEN<br>982 SANDALRIDGE CT<br>MILPITAS, CA 95035 | Claim Number: 3363<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $131,931.72 | Scheduled: | $131,931.72 UNLIQ |
|---|---|---|---|---|

| LAUZON, ROBERT<br>2600 WOODSIDE CIRCLE<br>MCKINNEY, TX 75070 | Claim Number: 86<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | | | Scheduled: | $6,479.40 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40,235.00 | Scheduled: | $34,083.93 |

| LAVIOLA, GINA M.<br>108 SUNSET PLACE<br>HENDERSONVILLE, TN 37075 | Claim Number: 7502<br>Claim Date: 11/22/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $3,820.80 UNLIQ |
|---|---|---|

| LAWRENCE, JOHN M<br>1809 JASMINE TRAIL<br>SAVANNAH, TX 76227 | Claim Number: 3282<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $36,019.89 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| LAYNE, SAMUEL<br>9317 W. 139TH ST<br>OVERLAND PARK, KS 66221 | Claim Number: 4469<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $15,644.66 | | |
| UNSECURED | | | Scheduled: | $15,644.66 UNLIQ |

| LAYNE, SAMUEL<br>9317 W. 139TH ST<br>OVERLAND PARK, KS 66221 | Claim Number: 4470<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $133,495.26 | | |

| LAYNE, SAMUEL<br>9317 W 139TH STREET<br>OVERLAND PARK, KS 66221 | Claim Number: 4471<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $63,389.00 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

| LAZCANO, SANTIAGO<br>716 WOODED CREEK LN<br>MCKINNEY, TX 75071 | Claim Number: 1865<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $23,227.44 | Scheduled: | $7,408.63 |
| UNSECURED | | | Scheduled: | $13,822.17 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| LE, DANIEL N.<br>3452 BRIARGROVE LANE<br>DALLAS, TX 75287-6000 | Claim Number: 2845<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $18,436.06 | Scheduled: | $8,024.13 |
| UNSECURED | | | Scheduled: | $8,057.87 |

---

| LE, JOHN Q.<br>4417 KELLY DR.<br>RICHARDSON, TX 75082 | Claim Number: 3782<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| LEAFE, BRIAN<br>7 ASHBROOK DRIVE<br>HAMPTON, NH 03842-1002 | Claim Number: 2915<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| LECHNER, KIM<br>1776 OAK SPRINGS DR<br>SALT LAKE CITY, UT 84108-3314 | Claim Number: 4816<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 452 |
|---|---|

| PRIORITY | Claimed: | $342,172.39 |
| UNSECURED | Claimed: | $87,622.21 |

---

| LEE, CATHY<br>2001 RED OAK LN<br>CLAYTON, NC 27520 | Claim Number: 5632<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $30,877.83 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| LEE, CATHY L<br>2001 RED OAK LN<br>CLAYTON, NC 27520 | | Claim Number: 5631<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $30,877.83 | Scheduled: | $2,176.52 | |
| UNSECURED | | | Scheduled: | $28,701.31 | |
| LEE, CHARLES H JR<br>1103 CR 3470<br>HAWKINS, TX 75765 | | Claim Number: 3578<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $156,723.00 | Scheduled: | $0.00 UNLIQ | |
| LEE, GREG<br>2221 ALL SAINTS LANE<br>PLANO, TX 75025 | | Claim Number: 221<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $17,000.00 | | | |
| LEE, KENNETH G.<br>3904 OLD COACH ROAD<br>RALEIGH, NC 27616 | | Claim Number: 7343<br>Claim Date: 07/12/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $9,105.76 | | | |
| LEE, LAUREN<br>3332 LANGSTON DR.<br>PLANO, TX 75025 | | Claim Number: 1161<br>Claim Date: 05/12/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $7,153.50 | |
| UNSECURED | Claimed: | $81,258.46 | Scheduled: | $4,615.68 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| LEE, ROBERT C<br>27870 MOUNT RAINIER<br>WAY<br>YORBA LINDA, CA 92887 | | Claim Number: 5629<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|

| SECURED | Claimed: | $0.00   UNDET | |
|---|---|---|---|

| LEE, ROBERT CHARLES<br>27870 MT. RAINIER WAY<br>YORBA LINDA, CA 92887 | | Claim Number: 5630<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |
|---|---|---|---|

| LEE, TIMOTHY<br>710 WAKEHURST DR<br>CARY, NC 27519 | | Claim Number: 6158<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|

| UNSECURED | Claimed: | $69,262.00 | |
|---|---|---|---|

| LEE, YOWCHYI A<br>6821 MYRTLE BEACH<br>PLANO, TX 75093 | | Claim Number: 3162<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|

| PRIORITY | Claimed: | $7,759.42 | Scheduled: | $7,759.42 |
|---|---|---|---|---|

| LEE, YU-TEN<br>949 MARLINTON COURT<br>SAN JOSE, CA 95120 | | Claim Number: 4027<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $56,624.00 | |
|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

LEFFERT, PAUL E.
14651 S BOND ST
OLATHE, KS 66062

Claim Number: 4206
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $2,600.00  UNLIQ | | |
|---|---|---|---|---|

LEGASPY, AMERICA
3010 COUNTY ROAD 2639
CADDO MILLS, TX 75135-7467

Claim Number: 3164
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $4,454.53 | Scheduled: | $4,454.53 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,161.80 | Scheduled: | $12,161.80 |

LEGER, ANTHONY
9409 STONE MOUNTAIN ROAD
RALEIGH, NC 27613

Claim Number: 6682
Claim Date: 01/11/2010
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $81,282.95 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $53,466.86  UNLIQ |

LEGER, ANTHONY M
9409 STONE MOUNTAIN ROAD
RALEIGH, NC 27613

Claim Number: 1041
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $55,266.06 | | |
|---|---|---|---|---|

LEGGETT, TERRY
5320 WEST HARBOR
VILLAGE DR. UNIT 402
VERO BEACH, FL 32967

Claim Number: 4364
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $1,130,362.97 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| LEGGETT, TERRY<br>5320 WEST HARBOR<br>VILLAGE DR. UNIT 402<br>VERO BEACH, FL 32967 | Claim Number: 6052<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS INC. |

---

| ADMINISTRATIVE | Claimed: | $535,000.00 |

---

| LEGGETT, TERRY J.<br>5320 WEST HARBOR VILLAGE DRIVE<br>UNIT 402<br>VERO BEACH, FL 32967 | Claim Number: 4365<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| LEGNANTE, KRISTI<br>1153 MOORES POND ROAD<br>YOUNGSVILLE, NC 27596 | Claim Number: 7309<br>Claim Date: 06/22/2010<br>Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $29,095.00 |

---

| LENZ, JAMES D.<br>5444 N. LARIAT DRIVE<br>CASTLE ROCK, CO 80108 | Claim Number: 3046<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | Claimed: | $7,425.60 |

---

| LENZ, JAMES D.<br>5444 N. LARIAT DRIVE<br>CASTLE ROCK, CO 80108 | Claim Number: 3047<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | Claimed: | $50,122.80 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

LEONARD, BRIAN ALAN
1030 CHASEWOOD TRAIL
ALPHARETTA, GA 30005

Claim Number: 288
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY          Claimed:          $115,117.68

LEONARD, RUSSELL
818 POTOSI ST APT 1
FARMINGTON, MO 63640-3332

Claim Number: 6136
Claim Date: 11/17/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY          Claimed:          $19,260.22

LEONPACHER, PATRICK
324 GRAND OAKS DR.
NICEVILLE, FL 32578

Claim Number: 6214
Claim Date: 12/11/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:          $25,629.69

LERNER, MARK S
411 AZALEA WY
LOS ALTOS, CA 94022

Claim Number: 6204
Claim Date: 12/08/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:          $68,580.04

LEU, YUH L
1624 BROADMOOR DRIVE
ALLEN, TX 75002

Claim Number: 7055
Claim Date: 02/01/2010
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:          $28,093.60

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

LEUTERITZ, MARK
14 BUCKTHORN
IRVINE, CA 92604

Claim Number: 2348
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $41,104.00 |
|---|---|---|

---

LEVEL 3 COMMUNICATIONS LLC
ATTN: KIM BARTLETT
1025 ELDORADO BLVD.
BROOMFIELD, CO 80021

Claim Number: 1652
Claim Date: 08/07/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $16,361.11 |
|---|---|---|

---

LEVEL 3 ENHANCED SERVICES, LLC
LEVEL 3 COMMUNICATIONS, LLC
ATTN: KIM BARLETT
1025 ELDORADO BLVD.
BROOMFIELD, CO 80021

Claim Number: 1653
Claim Date: 08/07/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $16,057.66 |
|---|---|---|

---

LEVY
LEVY RESTAURANTS
7994 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

Claim Number: 2635
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $7,182.43 |
|---|---|---|

---

LEWIS, JONATHAN
35 ALMA AVE
BELMONT, MA 02478

Claim Number: 6014
Claim Date: 10/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| LEWIS, PATRICK B. | Claim Number: 67 |
| 7009 S. NETHERLAND WAY | Claim Date: 01/26/2009 |
| AURORA, CO 80016 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $75,036.00 |

---

| LEXIS NEXIS CANADA INC | Claim Number: 7083 |
| 123 COMMERCE VALLEY DRIVE EAST | Claim Date: 02/08/2010 |
| SUITE 700 | Debtor: NORTEL NETWORKS INC. |
| MARKHAM, ON L3T 7W8 | |
| CANADA | |

| UNSECURED | Claimed: | $1,396.28 |

---

| LEXISNEXIS A DIVISION OF REED ELSEVIER | Claim Number: 745 |
| KIM CRAMER | Claim Date: 03/24/2009 |
| 9443 SPRINGBORO PIKE | Debtor: NORTEL NETWORKS INC. |
| MIAMISBURG, OH 45342 | |

| UNSECURED | Claimed: | $13,186.04 |

---

| LEXISNEXIS A DIVISION OF REED ELSEVIER | Claim Number: 746-01 |
| KIM CRAMER | Claim Date: 03/24/2009 |
| 9443 SPRINGBORO PIKE | Debtor: NORTEL NETWORKS INC. |
| MIAMISBURG, OH 45342 | Comments: DOCKET: 5625 (06/07/2011) |

| UNSECURED | Claimed: | $1,772.30 |

---

| LEXISNEXIS A DIVISION OF REED ELSEVIER | Claim Number: 746-02 |
| KIM CRAMER | Claim Date: 03/24/2009 |
| 9443 SPRINGBORO PIKE | Debtor: NORTEL NETWORKS INC. |
| MIAMISBURG, OH 45342 | Comments: DOCKET: 5625 (06/07/2011) |

| UNSECURED | Claimed: | $768.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| LG-NORTEL CO. LTD.<br>C/O DAVID SOON YOUB KWON<br>7TH, 8TH FLOOR, GS TOWER 679<br>YOKSAM-DONG, KANGNAM-GU<br>SEOUL, 135-985<br>KOREA | Claim Number: 3473<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE        Claimed: | $69,696.00 | |

| | | |
|---|---|---|
| LG-NORTEL CO. LTD.<br>C/O DAVID SOON YOUB KWON<br>7TH, 8TH FLOOR, GS TOWER 679<br>YOKSAM-DONG, KANGNAM-GU<br>SEOUL, 135-985<br>KOREA | Claim Number: 3474<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE        Claimed: | $57,180.00 | |

| | | |
|---|---|---|
| LG-NORTEL CO. LTD.<br>C/O DAVID SOON YOUB KWON<br>7TH, 8TH FLOOR, GS TOWER 679<br>YOKSAM-DONG, KANGNAM-GU<br>SEOUL, 135-985<br>KOREA | Claim Number: 3475<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE        Claimed: | $2,150.46 | |

| | | | |
|---|---|---|---|
| LG-NORTEL CO. LTD.<br>C/O DAVID SOON YOUB KWON<br>7TH, 8TH FLOOR, GS TOWER 679<br>YOKSAM-DONG, KANGNAM-GU<br>SEOUL, 135-985<br>KOREA | Claim Number: 3476<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE        Claimed: | $129,026.46 | | |
| UNSECURED        Claimed: | $924,173.06 | Scheduled: | $1,053,199.52 DISP |

| | | | |
|---|---|---|---|
| LI, BIN<br>4751 SAN LUCAS WAY<br>SAN JOSE, CA 95135 | Claim Number: 5832<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY        Claimed: | $0.00   UNDET | Scheduled: | $6,602.01 |
| UNSECURED | | Scheduled: | $4,089.31 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| LI, BIN<br>4751 SAN LUCAS WAY<br>SAN JOSE, CA 95135 | | Claim Number: 5833<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | |
| LI, HAIYAN<br>1022 CORVETTE DR<br>SAN JOSE, CA 95129-2903 | | Claim Number: 4094<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $4,224.48 | Scheduled: | $4,224.48 |
| LI, JENNY Z<br>1750 HALFORD AVE # 204<br>SANTA CLARA, CA 95051 | | Claim Number: 5041<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| LI, JENNY Z.<br>1750 HALFORD AVE # 204<br>SANTA CLARA, CA 95051 | | Claim Number: 5841<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $41,005.62 | | |
| LI, WUJUN<br>15 HAZELNUT ST<br>ACTON, MA 01720-4149 | | Claim Number: 5469<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $27,730.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| LI, XUEWEN<br>102 MANOR GARDEN WAY<br>CARY, NC 27513 | Claim Number: 205<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $11,111.83 | | |
|---|---|---|---|---|

| LIAO, TUAN<br>209 GLENMORE RD<br>CHAPEL HILL, NC 27516 | Claim Number: 4108<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $62,582.04 | Scheduled: | $61,644.24 |
|---|---|---|---|---|

| LIAW, JERJIANN<br>10610 PINEWALK FOREST CIRCLE<br>ALPHARETTA, GA 30022 | Claim Number: 656<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $34,892.32 | | |
|---|---|---|---|---|

| LIBERTY MUTUAL INSURANCE COMPANY<br>C/O CHOATE, HALL & STEWART LLP<br>ATTN: DOUGLAS R. GOODING, ESQ.<br>TWO INTERNATIONAL PLACE<br>BOSTON, MA 02110 | Claim Number: 5665<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

| LIGHT READING/HEAVY READING<br>240 W 35TH ST FL 8<br>NEW YORK, NY 10001-2506 | Claim Number: 572<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7732 |
|---|---|

| UNSECURED | Claimed: | $69,262.50 | Scheduled: | $69,262.50 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| LIGON, KEITH D<br>1313 COVEY RISE LANE<br>FUQUAY VARINA, NC 27526 | Claim Number: 5438<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $48,910.92 |
|---|---|---|

---

| LIGON, KEITH D<br>1313 COVEY RISE LANE<br>FUQUAY VARINA, NC 27526 | Claim Number: 5440<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $48,910.92 |
|---|---|---|

---

| LILLARD, CARLA A.<br>P.O. BOX 1727<br>MADISON, TN 37116-1727 | Claim Number: 7494<br>Claim Date: 11/15/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $4,965.30   UNLIQ |

---

| LIMERICK, CURTIS P.<br>508 SAGINAW COURT<br>ALLEN, TX 75013 | Claim Number: 7583<br>Claim Date: 01/28/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $57,507.36 |

---

| LINCOLN, AGNES V<br>206 HAWK LANE<br>OAKTOWN, IN 47561 | Claim Number: 5434<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

LIND, DAVID
140 CALADO AVE.
CAMPBELL, CA 95008

Claim Number: 222
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $58,670.02 | | | | | |

LINEAGE POWER CORPORATION
601 SHILOH ROAD
PLANO, TX 75074

Claim Number: 2305
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

---

| UNSECURED | Claimed: | $31,199.48 | Scheduled: | $2,429.60 UNLIQ | Allowed: | $21,845.40 |

LINEX TECHNOLOGIES, INC.
C/O KENNETH R. HARTMANN, ESQ.
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 PONCE DE LEON, 9TH FLOOR
CORAL GABLES, FL 33134

Claim Number: 5517
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6137

---

| UNSECURED | Claimed: | $3,500,000.00   UNLIQ | | | | | |

LINEX TECHNOLOGIES, INC.
C/O KENNETH R. HARTMANN, ESQ.
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 PONCE DE LEON, 9TH FLOOR
CORAL GABLES, FL 33134

Claim Number: 6137
Claim Date: 11/18/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 5517

---

| UNSECURED | Claimed: | $3,500,000.00   UNLIQ | | | | | |

LINVILL, ELAINE N
C/O EDGAR B. LINVILL III
1720 BURNT MILL RD
CHERRY HILL, NJ 08003-3535

Claim Number: 4479
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $79,391.90 | | | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| LIONBRIDGE<br>1050 WINTER ST<br>WALTHAM, MA 02451 | Claim Number: 1223<br>Claim Date: 05/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $700.35 | |

| LIONBRIDGE<br>1050 WINTER ST<br>WALTHAM, MA 02451 | Claim Number: 1224<br>Claim Date: 05/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $18,330.00 | |

| LIPSCHUTZ, JOYCE S<br>7209 MANOR OAKS DR<br>RALEIGH, NC 27615 | Claim Number: 3666<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $312,858.97 | Scheduled: $0.00 UNLIQ |

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: EXHIBIT SURVEYS INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 96<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $155,577.00 | Scheduled: $64,507.00 |

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SYMON COMMUNICATIONS INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 294<br>Claim Date: 02/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $261,688.56 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SANT CORPORATION, THE
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 956
Claim Date: 04/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $22,350.00 |
|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: METROPOLITAN TULSA
INVESTMENTS LLC
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1632
Claim Date: 07/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $56,502.75 |
|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: VIRTUAL CONSOLE, LLC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1773
Claim Date: 08/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4758 (01/25/2011)

| ADMINISTRATIVE | Claimed: | $2,149.00 |
|---|---|---|
| UNSECURED | Claimed: | $949.00 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: INGATE SYSTEMS INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1871
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $17,904.00 | Scheduled: | $17,904.00 | Allowed: | $17,904.00 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PUCAN TRADING
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1921
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $856.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PUCAN TRADING<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1922<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $856.00 | | |

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BEHRINGER HARVARD TIC MGMT.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 4223<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $140,257.57 | | |

| | | | | |
|---|---|---|---|---|
| LITSAS, JOHN N<br>1000 RAVENSCAR DRIVE<br>RALEIGH, NC 27615 | | Claim Number: 2782<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,814.99 | Scheduled: | $6,814.99 |
| UNSECURED | Claimed: | $12,177.70 | Scheduled: | $12,177.70 |

| | | | | |
|---|---|---|---|---|
| LIU, WEIHUA<br>26 CLARENDON ST # 2L<br>MALDEN, MA 02148 | | Claim Number: 7636<br>Claim Date: 03/11/2011<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,028.00 | | |

| | | | | |
|---|---|---|---|---|
| LIZAK, EDWARD A.<br>18311 MOSSY GLEN COURT<br>FORT MYERS, FL 33908 | | Claim Number: 3546<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $79,923.28 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

LJUBICICH, ANTHONY
22 SNIFFEN ROAD
ARMONK, NY 10504

Claim Number: 4220
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $82,984.66 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

LLANES, RODOLFO
7961 NW 113 PLACE
ISLAND OF DORAL
MIAMI, FL 33178

Claim Number: 5445
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $83,848.26 |
|---|---|---|

LLOYD, BARRY
39 CLOVER HILL CIRCLE
TYNGSBOROUGH, MA 01879

Claim Number: 347
Claim Date: 02/19/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $30,813.56 |
|---|---|---|

LLOYD, MARK W.
291 FIRE TOWER DR.
ROUGEMONT, NC 27572

Claim Number: 6124
Claim Date: 11/16/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $59,400.00 |
|---|---|---|

LO, DIANA
1513 ADOLFO DRIVE
SAN JOSE, CA 95131

Claim Number: 3688
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $12,867.62 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

LOBRUTTO, ROSS
1164 EAGLES WATCH TRAIL
WINTER SPRINGS, FL 32708

Claim Number: 5413
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY          Claimed:          $12,809.57  UNLIQ

---

LOCKHART, LEWIS
4001 E CHAPEL HILL-NELSON HWY
PO BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

Claim Number: 3970
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

---

PRIORITY          Claimed:          $91,623.78

---

LOCKHART, LEWIS
4001 E. CHAPEL HILL - NELSON HWY
PO BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

Claim Number: 4556
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY          Claimed:          $91,623.78
UNSECURED                                          Scheduled:          $91,623.78 UNLIQ

---

LOCKLEAR, DANIEL
1020 BRIARDALE COURT
FAIRVIEW, TX 75069

Claim Number: 1651
Claim Date: 08/06/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY          Claimed:          $10,950.00
UNSECURED         Claimed:          $88,725.31

---

LOCKWOOD, MICHAEL D
5501 STONEHENGE DRIVE
RICHARDSON, TX 75082

Claim Number: 1481
Claim Date: 07/06/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED         Claimed:          $243,147.97

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| LOCKWOOD, MICHAEL D.<br>5501 STONEHENGE DR.<br>RICHARDSON, TX 75082 | | Claim Number: 550<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $53,070.00 | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| LOEN, ERIK<br>1105 273RD PLACE SE<br>SAMMAMISH, WA 98075 | | Claim Number: 2255<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6415<br>Claim out of balance | | | |

| PRIORITY | Claimed: | $9,873.80 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $8,347.85  UNLIQ | |
| TOTAL | Claimed: | $8,161.21 | | | |

| | | | | | |
|---|---|---|---|---|---|
| LOEN, ERIK R.<br>1105 273RD PL SE<br>SAMMAMISH, WA 98075 | | Claim Number: 6416<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 332 and 2255 | | | |

| ADMINISTRATIVE | Claimed: | $10,229.62 | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| LOFTIN-HAYES, MARY GRACE<br>4309 HORSESHOE BEND<br>MATTHEWS, NC 28104 | | Claim Number: 870<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $127,251.21 | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| LOG ME IN, INC.<br>ATTN: PATRICK MURPHY<br>500 UNICORN PARK DRIVE<br>WOBURN, MA 01801 | | Claim Number: 5992<br>Claim Date: 10/16/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $10,931.51 | | | |
|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

LONG ISLAND LIGHTING COMPANY DBA LIPA
ELISA M PUGLIESE, ESQ.
175 E. OLD COUNTRY ROAD
HICKSVILLE, NY 11801

Claim Number: 504
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $81,915.51 |
|---|---|---|

LONG, ANDREW
1104 BAYFIELD DRIVE
RALEIGH, NC 27606

Claim Number: 2532
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7313

---

| UNSECURED | Claimed: | $114,929.93 |
|---|---|---|

LONG, ANDREW
1104 BAYFIELD DRIVE
RALEIGH, NC 27606

Claim Number: 7313
Claim Date: 06/24/2010
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 2532

---

| UNSECURED | Claimed: | $163,853.06 |
|---|---|---|

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: GRANDMONT CONSULTING INC
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 4140
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4758 (01/25/2011)

---

| UNSECURED | Claimed: | $14,620.00 | Scheduled: | $14,620.00 |
|---|---|---|---|---|

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: COLLEVECCHIO ENTERPRISES, IN
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 7148
Claim Date: 03/12/2010
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $248,942.30 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

LONGAKER, DAVID
1446 Q ST NW
WASHINGTON, DC 20009

Claim Number: 4045
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $6,408.93 |
| --- | --- | --- |

LONGAKER, DAVID J
1446 Q ST. NW
WASHINGTON, DC 20009

Claim Number: 4046
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $202,393.52 |
| --- | --- | --- |

LONGAKER, DAVID J.
1446 Q ST. NW
WASHINGTON, DC 20009

Claim Number: 248
Claim Date: 02/12/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $135,003.25 |
| --- | --- | --- |

LOONEY, ROBERT J
3600 HOODS HILL RD
NASHVILLE, TN 37215-2023

Claim Number: 5426
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $129,334.50 |
| --- | --- | --- |

LOONEY, ROBERT J
3429 BENHAM AVE
NASHVILLE, TN 37215

Claim Number: 5560
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $129,334.50 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| LOPEZ, RICARDO<br>C5 CALLE 6<br>BAYAMON, PR 00959-8140 | | Claim Number: 2299<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $43,290.00 | | |
| LOPEZ, ROBERTO<br>919 CEDARVALE CT<br>DALLAS, TX 75217 | | Claim Number: 5537<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $160,978.36 | Scheduled: | $64,547.31 |
| LORENZO, CHRISTOPHE<br>3502 NORWOOD CIRCLE<br>RICHARDSON, TX 75082 | | Claim Number: 3854<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $72,702.98 | | |
| LOS ANGELES COUNTY TREASURER & TAX<br>COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | | Claim Number: 7450<br>Claim Date: 10/06/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1325 | | |
| SECURED | Claimed: | $5,540.30 | | |
| LOTOCHINSKI, EUGENE B<br>879 CURTISWOOD LANE<br>NASHVILLE, TN 37204 | | Claim Number: 3662<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $356,747.02 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| LOUISVILLE METRO REVENUE COMMISSION<br>PO BOX 35410<br>617 W JEFFERSON ST<br>LOUISVILLE, KY 40232-5410 | | Claim Number: 609<br>Claim Date: 03/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $450.42 | | | |
| LOUISVILLE METRO REVENUE COMMISSION<br>PO BOX 35410<br>617 W JEFFERSON ST<br>LOUISVILLE, KY 40232-5410 | | Claim Number: 692<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
| PRIORITY | Claimed: | $450.42 | | | |
| LOVING, LEONIE J.<br>695 SAINT IVES DRIVE<br>ATHENS, GA 30606 | | Claim Number: 6008<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | | |
| LOWE, NEVILLE P<br>3003 CAMBRIDGE HILL DRIVE<br>DACULA, GA 30019 | | Claim Number: 4025<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $155,019.69 | Scheduled: | $0.00  UNLIQ | |
| LOWE, RICHARD<br>2221 LAKESIDE BLVD<br>RICHARDSON, TX 75082-4399 | | Claim Number: 3388<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $676,406.79 | Scheduled: | $4,661.24  UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| LOWE, TONYA<br>4905 SPRINGWOOD DR<br>RALEIGH, NC 27613 | Claim Number: 3259<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $396,500.94 |

---

| LU, HONGFENG<br>3429 DANBURY LN<br>PLANO, TX 75074 | Claim Number: 356<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | | | Scheduled: | $130.85 |
| SECURED | Claimed: | $24,230.78 | | |
| UNSECURED | | | Scheduled: | $24,099.90 |

---

| LU, HONGFENG<br>3429 DANBURY LN<br>PLANO, TX 75074 | Claim Number: 357<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $79,823.04 |

---

| LUCENTE, EDWARD<br>6350 SW 107TH ST.<br>MIAMI, FL 33156 | Claim Number: 2955<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $260,000.00 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| LUCENTE, EDWARD<br>2029 BRENT PL<br>PALM HARBOR, FL 346832801 | Claim Number: 2956<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |

| ADMINISTRATIVE | Claimed: | $260,000.00 | | |

---

| LUCKINBILL, CHARLES R<br>25371 SOUTH 676 RD<br>GROVE, OK 74344 | Claim Number: 2425<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| PRIORITY | Claimed: | $211,751.97 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

| LUCKINBILL, CHARLES R.<br>25371 S. 676 ROAD<br>GROVE, OK 74344 | Claim Number: 707<br>Claim Date: 03/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | | |

| PRIORITY | Claimed: | $211,751.97 | | |

---

| LUGAR, BRENDA W.<br>2105 LITTLE ROGERS ROAD<br>DURHAM, NC 27704 | Claim Number: 455<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| PRIORITY | Claimed: | $1,139.65 | Scheduled: | $450.00 |
| UNSECURED | Claimed: | $41,873.68 | Scheduled: | $37,804.63 |

---

| LUKAS, YVONNE<br>6909 SHORECREST DR.<br>ROWLETT, TX 75089 | Claim Number: 1132<br>Claim Date: 05/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $23,070.44 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| LUKER, OLIVER | Claim Number: 7644 |
|---|---|
| 312 BLACKWELL ST # 200 | Claim Date: 03/14/2011 |
| DURHAM, NC 27701 | Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $67,640.99 |
|---|---|---|

| LUO, JIANJUN | Claim Number: 712 |
|---|---|
| 2813 LAKEFIELD DR. | Claim Date: 03/25/2009 |
| WYLIE, TX 75098 | Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $41,897.60 |
|---|---|---|

| LUTHI & CO LAW OFFICES | Claim Number: 5844 |
|---|---|
| AMERICA HOUSE PO BOX 33113 | Claim Date: 10/02/2009 |
| 35 SHAUL HAMELECH BLVD | Debtor: NORTEL NETWORKS INC. |
| TEL AVIV, 64927 | Comments: DOCKET: 5623 (06/07/2011) |
| ISRAEL | THE CLAIM AMOUNT IS 3684.23 EURO. |

---

| UNSECURED | Claimed: | $4,858.03 |
|---|---|---|

| LUTHI & CO LAW OFFICES | Claim Number: 5845 |
|---|---|
| AMERICA HOUSE PO BOX 33113 | Claim Date: 10/02/2009 |
| 35 SHAUL HAMELECH BLVD | Debtor: NORTEL NETWORKS INC. |
| TEL AVIV, 64927 | Comments: EXPUNGED |
| ISRAEL | DOCKET: 3799 (08/18/2010) |

---

| ADMINISTRATIVE | Claimed: | $4,858.03 |
|---|---|---|

| LUTZ, PAUL M. | Claim Number: 719 |
|---|---|
| 4738 JOBE TRAIL | Claim Date: 03/27/2009 |
| NOLENSVILLE, TN 37135 | Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $25,532.76 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

LYELL, MIKE
2034 GLENDWICK LN
GARLAND, TX 75040

Claim Number: 3503
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $33,672.06 |
|---|---|---|

LYNCH, MICHAEL J.
108 BRENTWOOD COURT
ALLEN, TX 75013

Claim Number: 1482
Claim Date: 07/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $48,623.20 |
|---|---|---|

LYNX PHOTO NETWORKS
13 HAMELAHA STREET
ROSH-HAAYIN, 48091
ISRAEL

Claim Number: 2997
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,165.00 | Scheduled: | $1,082.50 |
|---|---|---|---|---|

LYNX UK LIMITED
UNIT 1, TOWERGATE INDUSTRIAL PARK
COLEBROOK WAY
ANDOVER HANTS, SP10 3BB
GREAT BRITAIN

Claim Number: 2995
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $14,618.75 |
|---|---|---|

M. SCOTT JOHNSON & ASSOCIATES
D/B/A WEST VIRGINIA INSURANCE AGENCY
130 BROOKSHIRE LANE
BECKLEY, WV 25801

Claim Number: 5339
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $48,092.36 | Allowed: | $20,000.00 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| M1 PROFESSIONAL SERVICES INC<br>PO BOX 1032<br>COOKSTOWN, ON L0L 1L0<br>CANADA | Claim Number: 2380<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED    Claimed: | $50,271.95 | Scheduled: | $44,458.06 |
| M1 PROFESSIONAL SERVICES INC<br>PO BOX 1032<br>COOKSTOWN, ON L0L 1L0<br>CANADA | Claim Number: 2381<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| ADMINISTRATIVE    Claimed: | $50,271.95 | | |
| MA, CHEN CHEN<br>7921 CONSTITUTION DR.<br>PLANO, TX 75025 | Claim Number: 442<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| UNSECURED    Claimed: | $52,673.25 | | |
| MA, CHEN-CHEN<br>7921 CONSTITUTION DR<br>PLANO, TX 75025 | Claim Number: 4424<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY    Claimed:<br>UNSECURED    Claimed: | $11,230.10<br>$41,443.15 | | |
| MACAPULAY, SALLY<br>1736 SEVILLE WAY<br>MILPITAS, CA 95036 | Claim Number: 7443<br>Claim Date: 09/28/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED    Claimed: | $24,249.55 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

MACAPULAY, SALLY Y.
1736 SEVILLE WAY
SAN JOSE, CA 95131

Claim Number: 7440
Claim Date: 09/27/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $24,249.55 | | | |
|---|---|---|---|---|---|

MACDONALD, JOHN
C/O TERRY V. MACDONALD
6025 WELLESLEY WAY
BRENTWOOD, TN 37027

Claim Number: 4574
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $98,407.22 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

MACDONALD, JOHN
C/O TERRY V. MACDONALD
6025 WELLESLEY WAY
BRENTWOOD, TN 37027

Claim Number: 4576
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $98,407.22 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

MACDONALD, TERRY V.
6025 WELLESLEY WAY
BRENTWOOD, TN 37027

Claim Number: 4575
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

MACDONALD, TERRY V.
6025 WELLESLEY WAY
BRENTWOOD, TN 37027

Claim Number: 4577
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

MACKEY, DANIEL
41 TRUMAN DRIVE
RANDOLPH, MA 02368

Claim Number: 3351
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

---

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | |

MACKEY, SUSAN
565 FREESTONE DRIVE
ALLEN, TX 75002-4119

Claim Number: 4754
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $52,878.49 | | |

MACLAREN, PETER
1496 WEST HILL ROAD
WARREN, VT 05674

Claim Number: 4431
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $88,362.91 | Scheduled: | $0.00 UNLIQ |

MACLAREN, PETER
1496 WEST HILL ROAD
WARREN, VT 05674

Claim Number: 4432
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $775,979.96 | Scheduled: | $775,979.96 UNLIQ |

MADI, HAMID
4605 SPRINGERLY LN
RALEIGH, NC 27612-4923

Claim Number: 3265
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,000.00 |
| UNSECURED | Claimed: | $11,000.00 |
| TOTAL | Claimed: | $11,000.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| MADI, HAMID | | Claim Number: 7385 |
| 4605 SPRINGERLY LANE | | Claim Date: 08/18/2010 |
| RALEIGH, NC 27612 | | Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | Claimed: | $11,500.00 |

| MADSEN, CLINT | | Claim Number: 3370 |
| 2212 MAUMELLE DRIVE | | Claim Date: 09/21/2009 |
| PLANO, TX 75023 | | Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $26,365.02 |

| MAGERS, DEBORAH LYNN | | Claim Number: 2589 |
| 142 WESTCHESTER WAY | | Claim Date: 09/03/2009 |
| BATTLE CREEK, MI 49015 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2625 (03/03/2010) |

---

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| MAGINLEY, RONALD | | Claim Number: 3328 |
| 621 JOHN CLOSE | | Claim Date: 09/21/2009 |
| MURPHY, TX 75094 | | Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | | | Scheduled: | $4,471.99 |
| UNSECURED | Claimed: | $20,521.97 | Scheduled: | $28,501.51 |

| MAHONEY, JOHN A | | Claim Number: 5806 |
| 822 LAKE EVALYN DRIVE | | Claim Date: 10/01/2009 |
| CELEBRATION, FL 34747 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2625 (03/03/2010) |

---

| ADMINISTRATIVE | Claimed: | $8,945.82 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

MAHONEY, JOHN A.
822 LAKE EVALYN DR
PO BOX 470218
CELEBRATION, FL 34747-0218

Claim Number: 5805
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $8,945.82 | Scheduled: | $0.00 UNLIQ |
|-----------|----------|-----------|------------|-------------|

MAHONEY, SUZANNE C.
62 CRYSTAL ST
HAVERHILL, MA 01832

Claim Number: 2086
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $272.99 UNLIQ |
|----------------|----------|---------------|

MAJUMDAR, ABHIJIT
2600 E RENNER RD APT 290
RICHARDSON, TX 75082-3494

Claim Number: 3515
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $10,000.00 |
|----------------|----------|------------|

MALCOLM, BARRY L
1140 LONE OAK LN SW
ORONOCO, MN 55960

Claim Number: 387
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $1,542.85 UNLIQ |
|----------|----------|-----------------|

MALZAHN, MARK J.
1013 TIMBERLINE LN
ALLEN, TX 75002

Claim Number: 2008
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $94,861.20 |
|----------|----------|------------|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| MANARAS, JOHN<br>99 COLBOURNE CRESCENT<br>BROOKLINE, MA 02445-4571 | | Claim Number: 1859<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $6,837.46 | Scheduled: | $6,837.46 UNLIQ | |
| MAND, M G<br>618 BERWICK ROAD<br>WILMINGTON, DE 19803-2204 | | Claim Number: 4158<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $828,013.47 | Scheduled: | $0.00 UNLIQ | |
| MAND, M G<br>618 BERWICK ROAD<br>WILMINGTON, DE 19803-2204 | | Claim Number: 7074<br>Claim Date: 02/05/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | |
| MANGUM, DAVID<br>3088 WALTERS RD<br>CREEDMOOR, NC 27522 | | Claim Number: 3627<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | |
| MANGUM, DAVID R<br>3088 WALTERS RD<br>CREEDMOOR, NC 27522 | | Claim Number: 3626<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | | |
| PRIORITY | Claimed: | $13,840.00 | Scheduled: | $7,463.55 | |
| UNSECURED | Claimed: | $13,840.00 | Scheduled: | $6,733.94 | |
| TOTAL | Claimed: | $13,840.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

MANITIUS, JERZY
12412 SHALLOWFORD DR
RALEIGH, NC 27614

Claim Number: 3416
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $113,072.89 |
| --- | --- | --- |

MANITIUS, JERZY
12412 SHALLOWFORD DR
RALEIGH, NC 27614

Claim Number: 4609
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $56,609.50 |
| --- | --- | --- |

MANLEY, JAMES P.
851 GREENSIDE DR APT 4116
RICHARDSON, TX 75080-1160

Claim Number: 39
Claim Date: 01/23/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $61,174.88 |

MANLEY, JOHN P
2290 BOWMAN ROAD
OTTAWA, ON K1H 6V6
CANADA

Claim Number: 5331
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

MANN, CHARLES R
329 KYFIELDS
WEAVERVILLE, NC 28787

Claim Number: 3955
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $86,567.25 | Scheduled: | $0.00  UNLIQ |
| --- | --- | --- | --- | --- |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| MANN, WENDY B.<br>2114 CLARET LN<br>MORRISVILLE, NC 27560-6892 | Claim Number: 5387<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
|---|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $80,753.40 | | |
|---|---|---|---|---|

---

| MANNO, MICHAEL A.<br>325 CHICORY LN<br>BUFFALO GROVE, IL 60089-1836 | Claim Number: 994<br>Claim Date: 04/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $38,585.17 | | |

---

| MAR, JUNG<br>355 ALDENSHIRE PL<br>ATLANTA, GA 30350 | Claim Number: 5767<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $120,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| MARCANO, PEDRO<br>51 MASSACHUSSETTS AV<br>WALPOLE, MA 02081 | Claim Number: 4254<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| PRIORITY | | | Scheduled: | $985.63 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $62,346.50 | Scheduled: | $10,397.06 |

---

| MARCANTI, LARRY<br>16 MONROE CT<br>ALLEN, TX 75002 | Claim Number: 4780<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $75,418.24 | | |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| MARDIROSIAN, PAUL<br>600 TECHNOLOGY PARK<br>BILLERICA, MA 01821 | Claim Number: 5863<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $10,334.86  UNLIQ |
|---|---|---|---|---|

| MARGHOOB, SHAMAHRUKH B.<br>25394 SEQUOIAWOOD WAY<br>LAKE FOREST, CA 92630-6478 | Claim Number: 3765<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $9,516.77 |
|---|---|---|

| MARGHOOB, SHAMAHRUKH B.<br>25394 SEQUOIAWOOD WAY<br>LAKE FOREST, CA 92630-6478 | Claim Number: 3767<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $9,516.77 |
|---|---|---|

| MARITZ CANADA INC<br>6900 MARITZ DRIVE<br>MISSISSAUGA, ONTARIO, L5W 1L8<br>CANADA | Claim Number: 268<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $133,500.00 |
|---|---|---|

| MARITZ CANADA INC<br>6900 MARITZ DRIVE<br>MISSISSAUGA, ONTARIO, L5W 1L8<br>CANADA | Claim Number: 379<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $133,500.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| MARK, RAYMOND<br>1 RIVER PL APT 1406<br>NEW YORK, NY 10036-4370 | Claim Number: 1173<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |
| PRIORITY | Claimed: | $113,160.07 |
| MARK, RAYMOND<br>1 RIVER PLACE, APT 1406<br>NEW YORK, NY 10036 | Claim Number: 5903<br>Claim Date: 10/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7565<br>Amends claims 1173 and 2516. | |
| PRIORITY | Claimed: | $120,697.42 |
| MARK, RAYMOND<br>1 RIVER PLACE APT. 1406<br>NEW YORK, NY 10036 | Claim Number: 7565<br>Claim Date: 01/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 5903 | |
| PRIORITY | Claimed: | $137,268.00 |
| MARKETSOURCE, INC.<br>ATTN: JESSICA SEARS<br>11700 GREAT OAKS WAY<br>ALPHARETTA, GA 30041 | Claim Number: 1369<br>Claim Date: 06/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |
| UNSECURED | Claimed: | $1,966,984.39 |
| MARKETSOURCE, INC.<br>950 17TH ST STE 2400<br>DENVER, CO 80202-2822 | Claim Number: 5443<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4758 (01/25/2011) | |
| UNSECURED | Claimed: | $1,966,984.39 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

MARKOWSKI, PHYLLIS
33 IVY HILL ROAD
OAKDALE, NY 11769

Claim Number: 4558
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $29,461.00 | | |

MAROULIS, EFSTATHIOS
2430 VICTORY PARK LN APT 2701
DALLAS, TX 75219-7608

Claim Number: 5450
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $34,298.84 | Scheduled: | $34,298.84 |
| TOTAL | Claimed: | $34,298.84 | | |

MAROULIS, EFSTATHIOS
9686 AVALON DRIVE
FRISCO, TX 75035

Claim Number: 5451
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $34,298.84 | | |

MARPLE, LYNN
2409 LAWNMEADOW DRIVE
RICHARDSON, TX 75080

Claim Number: 83
Claim Date: 01/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $450.00 |
| UNSECURED | Claimed: | $19,600.78 | Scheduled: | $32,457.41 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

MARSHALL, KEITH
1350 OLD LYSTRA RD
CHAPEL HILL, NC 27517-9170

Claim Number: 73
Claim Date: 01/27/2009
Debtor: NORTEL NETWORKS INC.

| | | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $690.29 |
| SECURED | Claimed: | $36,224.00 | | |
| UNSECURED | | | Scheduled: | $34,374.54 |

---

MARSONIA, RAJPRIYA
400 CAPELLAN ST.
WAKE FOREST, NC 27587

Claim Number: 6115
Claim Date: 11/10/2009
Debtor: NORTEL NETWORKS INC.

ADMINISTRATIVE    Claimed:    $11,076.96

---

MARTIN, CHRISTOPHER
1220 HUNTSMAN DR.
DURHAM, NC 27713

Claim Number: 3580
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED    Claimed:    $72,886.82    Scheduled:    $72,886.82

---

MARTIN, DOUGLAS
480 SILVER SPRING RD
RIDGEFIELD, CT 06877

Claim Number: 33
Claim Date: 01/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

UNSECURED    Claimed:    $6,852.76  UNLIQ

---

MARTIN, DOUGLAS G
480 SILVER SPRING RD
RIDGEFIELD, CT 06877

Claim Number: 3827
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED    Claimed:    $894,911.77    Scheduled:    $0.00  UNLIQ

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

MARTIN, EDLENE
8005 CHADBOURNE CT
RALEIGH, NC 27613

Claim Number: 4259
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 18.

| UNSECURED | Claimed: | $69,267.21 | Scheduled: | $69,267.21 |
|---|---|---|---|---|

MARTIN, EDLENE PASS
8005 CHADBOURNE CT
RALEIGH, NC 27613

Claim Number: 18
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $68,808.00 |
| UNSECURED | Claimed: | $18,000.00 |

MARTIN, JACQUELINE
15737 STONEBRIDGE DRIVE
FRISCO, TX 75035

Claim Number: 4088
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| SECURED | Claimed: | $22,733.08 |
|---|---|---|

MARTIN, ROBERT H
6301 WESTWIND DR
GREENSBORO, NC 22410

Claim Number: 3020
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| MARTIN, WADE<br>4058 BARBER MILL RD<br>CLAYTON, NC 27520 | Claim Number: 3454<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $55,005.57 | Scheduled: | $55,005.57 |
|---|---|---|---|---|

| MARYAK, JENIFER<br>10720 DUNHILL TER<br>RALEIGH, NC 27615 | Claim Number: 1983<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $4,026.26 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $96,530.03 | Scheduled: | $100,556.29 |

| MARYAK, JENIFER<br>10720 DUNHILL TER<br>RALEIGH, NC 27615 | Claim Number: 1985<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $53,098.76 | Scheduled: | $53,098.76 UNLIQ |
|---|---|---|---|---|

| MASSACHUSETTS MATERIALS RESEARCH<br>1500 CENTURY DRIVE<br>WEST BOYLSTON, MA 01583-2115 | Claim Number: 1738<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $5,087.50 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| MASSACHUSETTS MATERIALS RESEARCH INC<br>1500 CENTURY DRIVE<br>WEST BOYLSTON, MA 01583-2115 | Claim Number: 1737<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,087.50 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | |
|---|---|---|
| MASSENGILL, TERRY<br>126 KERRI DR<br>GARNER, NC 27529 | Claim Number: 7576<br>Claim Date: 01/24/2011<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $263,092.00 |
|---|---|---|

| | | |
|---|---|---|
| MATHENY, SCOTT<br>155 BAY DR.<br>HENDERSONVILLE, TN 37075 | Claim Number: 803<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |

| PRIORITY | Claimed: | $14,809.84 |
|---|---|---|

| | | |
|---|---|---|
| MATHENY, SCOTT<br>155 BAY DR<br>HENDERSONVILLE, TN 37075 | Claim Number: 1955<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $18,613.49 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $15,140.91 UNLIQ |

| | | |
|---|---|---|
| MATHENY, SCOTT<br>155 BAY DR.<br>HENDERSONVILLE, TN 37075 | Claim Number: 1956<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |

| ADMINISTRATIVE | Claimed: | $18,613.49 |
|---|---|---|

| | | |
|---|---|---|
| MATHENY, SCOTT<br>155 BAY DR.<br>HENDERSONVILLE, TN 37075 | Claim Number: 1957<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |

| ADMINISTRATIVE | Claimed: | $58,273.60 |
|---|---|---|

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

MATHENY, SCOTT
155 BAY DR
HENDERSONVILLE, TN 37075

Claim Number: 1958
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $58,273.60 | | |
|----------|----------|------------|-----------|------------------|
| UNSECURED | | | Scheduled: | $57,496.60 UNLIQ |

---

MATHIEU, RUDY
C/O JEFFREY B. ROSE
TISHLER & WALD, LTD.
200 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

Claim Number: 5524
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $575,168.00 |
|-----------|----------|-------------|

---

MATHUR, RITESH
9610 CLIFFSIDE DRIVE
IRVING, TX 75063

Claim Number: 3975
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $450.00 | Scheduled: | $450.00 |
|----------|----------|---------|-----------|---------|
| UNSECURED | Claimed: | $23,434.89 | Scheduled: | $23,434.89 |

---

MAUNG, ZAW
4012 DUCLAIR DRIVE
MCKINNEY, TX 75070

Claim Number: 1457
Claim Date: 07/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $17,271.92 |
|-----------|----------|------------|

---

MAY, JENNIFER
1326 HOOVER ST #10
MENLO PARK, CA 94025

Claim Number: 5749
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $15,174.26 |
|----------------|----------|------------|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

MAY, JENNIFER
1326 HOOVER ST #10
MENLO PARK, CA 94025

Claim Number: 5750
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $15,174.26 | Scheduled: | $15,174.26 UNLIQ |
|---|---|---|---|---|

MAY, THOMAS O.
14034 CROSSTOWN BLVD. NW
ANDOVER, MN 55304

Claim Number: 314
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $388.72  UNLIQ |
|---|---|---|

MAYE, CLEVON J
1106 MAPLE AVE
APEX, NC 27502

Claim Number: 6986
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $600,000.00 |
|---|---|---|

MAYE, CLEVON J
1106 MAPLE AVE
APEX, NC 27502

Claim Number: 6987
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS INC.

---

| SECURED | Claimed: | $600,000.00 |
|---|---|---|

MBA SOLLICITORS R/S VIRGINIE BOUET
4 AVENUE VAN DYCK
PARIS, 75008
FRANCE

Claim Number: 5449
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $3,472.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | |
|---|---|---|
| MBA SOLLICITORS R/S VIRGINIE BOUET<br>4 AVENUE VAN DYCK<br>PARIS, 75008<br>FRANCE | Claim Number: 5803<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | |

| UNSECURED | Claimed: | $3,472.00 |
|---|---|---|

---

| | | |
|---|---|---|
| MCCAAN ERICKSON PUERTORICO<br>JOSE E. COLON SANTANA<br>315 COLL & TOSTE<br>SAN JUAN, PR 00918<br>PUERTO RICO | Claim Number: 1698<br>Claim Date: 08/10/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $10,279.70 |
|---|---|---|

---

| | | |
|---|---|---|
| MCCABE, KATHLEEN D<br>2868 COUNTRY LN<br>ELLICOTT CITY, MD 21042 | Claim Number: 4817<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $235,233.00 |
|---|---|---|

---

| | | |
|---|---|---|
| MCCABE, KATHLEEN D<br>2868 COUNTRY LN<br>ELLICOTT CITY, MD 21042 | Claim Number: 4818<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |

| ADMINISTRATIVE | Claimed: | $235,233.00 |
|---|---|---|

---

| | | |
|---|---|---|
| MCCABE, ROBERT A<br>2009 MISSION RD<br>EDMOND, OK 73034 | Claim Number: 4820<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $49,233.62 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| MCCABE, ROBERT A.<br>2009 MISSION RD<br>EDMOND, OK 73034 | | Claim Number: 605<br>Claim Date: 03/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $68,923.08 |
| MCCABE, ROBERT A.<br>2009 MISSION RD<br>EDMOND, OK 73034 | | Claim Number: 606<br>Claim Date: 03/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $39,172.00 |
| MCCALLUM, RUSSELL L.<br>103 CEDARPOST DRIVE<br>CARY, NC 27513 | | Claim Number: 129<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $66,733.81 |
| MCCALLUM, RUSSELL L.<br>103 CEDARPOST DRIVE<br>CARY, NC 27513 | | Claim Number: 161<br>Claim Date: 02/04/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $237,772.42 |
| MCCANN-ERICKSON<br>ATTN: MIKE CORDOVA<br>600 BATTERY STREET<br>SAN FRANCISCO, CA 94111 | | Claim Number: 3718<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $2,058,790.95 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| MCCARTY, MONTY | | Claim Number: 5958 |
| 43 N ASHLYN DR | | Claim Date: 10/13/2009 |
| CLAYTON, NC 27527 | | Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $24,164.92 |

| MCCLELLAND, BRUCE | | Claim Number: 3347 |
| 2010 LAKE SHORE LANDING | | Claim Date: 09/21/2009 |
| ALPHARETTA, GA 30005 | | Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | Claimed: | $1,175.23 | | |
| UNSECURED | | | Scheduled: | $1,037.74 UNLIQ |

| MCCLELLAND, BRUCE | | Claim Number: 3348 |
| 2010 LAKE SHORE LANDING | | Claim Date: 09/21/2009 |
| ALPHARETTA, GA 30005 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2625 (03/03/2010) |

---

| ADMINISTRATIVE | Claimed: | $1,175.23 |

| MCCLURE, GARY C. | | Claim Number: 2455 |
| 9213 HUNTERBORO DR | | Claim Date: 08/31/2009 |
| BRENTWOOD, TN 37027 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2619 (03/03/2010) |

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

| MCCORMICK, RICHARD D. | | Claim Number: 3720 |
| 2045 EAST ALAMEDA AVENUE | | Claim Date: 09/24/2009 |
| DENVER, CO 80209 | | Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $0.00 UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

MCCORMICK, STANFORD
PO BOX 954
JOHNSONVILLE, SC 29555-0954

Claim Number: 4502
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $101,641.61 |
|---|---|---|

MCCOY, ALTON
144 ROAN DRIVE
GARNER, NC 27529

Claim Number: 4500
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $2,797.70 |
|---|---|---|

MCCOY, ALTON
144 ROAN DRIVE
GARNER, NC 27529

Claim Number: 4501
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $38,595.59 | Scheduled: | $38,595.59 |
|---|---|---|---|---|

MCCOY, GEORGE
1977 SLEEPYHOLLOW
OLATHE, KS 66062

Claim Number: 1197
Claim Date: 05/18/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $41,811.89 |
|---|---|---|

MCCOY, GEORGE
1977 SLEEPYHOLLOW
OLATHE, KS 66062

Claim Number: 1239
Claim Date: 05/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

---

| PRIORITY | Claimed: | $41,811.89 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

MCCOY, LAWRENCE W.
321 CHAPARRAL DRIVE
RICHARDSON, TX 75080

Claim Number: 349
Claim Date: 02/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $46,584.22 |
|---|---|---|

MCCOY, LAWRENCE W.
321 CHAPARRAL DRIVE
RICHARDSON, TX 75080

Claim Number: 654
Claim Date: 03/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 349

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $35,634.22 |

MCCOY, LEONARD D
4218 HIGH STAR LANE
DALLAS, TX 75287

Claim Number: 4227
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $317,285.12 |
|---|---|---|

MCCOY, LEONARD D.
4218 HIGH STAR LANE
DALLAS, TX 75287

Claim Number: 3749
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $317,285.12 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

MCCRANEY, STEVEN
106 TRELLINGWOOD DRIVE
MORRISVILLE, NC 27560

Claim Number: 2991
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $117,100.37 |
|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| MCCRAY, MICHAEL<br>40080 E. 88TH AVENUE<br>BENNETT, CO 80102 | | Claim Number: 6200<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | |
| MCCUNE, BRIAN<br>1638 MATTHEWS AVE<br>VANCOUVER, BC V6J 2T2<br>CANADA | | Claim Number: 2685<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $21,081.38 | Scheduled: | $21,081.38  UNLIQ |
| MCCUNE, BRIAN W.<br>1638 MATTHEWS AVE<br>VANCOUVER, BC V6J 2T2<br>CANADA | | Claim Number: 2684<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $21,081.38 | | |
| MCDANAL, JOHN D.<br>3512 NAPOLEON CT<br>PLANO, TX 75023 | | Claim Number: 7379<br>Claim Date: 08/09/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $25,564.49 | | |
| MCDONALD COUNTY TELEPHONE COMPANY<br>PO BOX 207<br>PINEVILLE, MO 64856-0207 | | Claim Number: 7232<br>Claim Date: 04/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5089 (03/09/2011) | | |
| UNSECURED | Claimed: | $99.01 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| MCDONALD, NORA<br>2318 CRESTVIEW LN<br>ROWLETT, TX 75088 | | Claim Number: 3952<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4,986.32 | Scheduled: | $4,986.36 | |
| UNSECURED | Claimed: | $9,581.36 | Scheduled: | $9,581.32 | |

---

| MCDOUGALL, RON<br>11 ROYAL TROON CRES.<br>MARKHAM, ON L6C 2A6<br>CANADA | | Claim Number: 2416<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $120,590.94 |

---

| MCDOUGALL, RON<br>11 ROYAL TROON CRES.<br>MARKHAM, ON L6C 2A6<br>CANADA | | Claim Number: 2522<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $120,590.94 |

---

| MCEVILLA, KATIE<br>3019 MONROE<br>BELLWOOD, IL 60104 | | Claim Number: 2480<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| MCFARLAND, DANA<br>7026 APEX BARBECUE ROAD<br>APEX, NC 27502 | | Claim Number: 1033<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $328,826.57 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| MCGEE, GERALDINE M.<br>124 BURT STREET<br>APT. 25<br>TECUMSEH, MI 49286-1172 | Claim Number: 2891<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $55.34   UNLIQ |
|---|---|---|

| MCGEE-SMITH ANALYTICS<br>87 HORACE GREELEY RD<br>AMHERST, NH 30311612 | Claim Number: 230<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| PRIORITY | Claimed: | $2,200.00 |
|---|---|---|

| MCGEE-SMITH ANALYTICS, LLC<br>87 HORACE GREELEY RD<br>AMHERST, NH 30311612 | Claim Number: 1740<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| UNSECURED | Claimed: | $2,200.00 | Allowed: | $2,200.00 |
|---|---|---|---|---|

| MCGONAGLE, NANCY S<br>35 LIP LIP LANE<br>NORDLAND, WA 98358 | Claim Number: 4320<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00   UNLIQ |
|---|---|---|---|---|

| MCGONAGLE, NANCY S<br>35 LIP LIP LANE<br>NORDLAND, WA 98358 | Claim Number: 4322<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $51,225.72 |
|---|---|---|
| UNSECURED | Claimed: | $51,225.72 |
| TOTAL | Claimed: | $51,225.72 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

MCGONAGLE, NANCY S
35 LIP LIP LANE
NORDLAND, WA 98358

Claim Number: 4323
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $48,412.00 | | |
|---|---|---|---|---|

MCGOVERN, JAMES
3505 MAPLELEAF LANE
RICHARDSON, TX 75082

Claim Number: 4015
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $31,617.45 | | |
|---|---|---|---|---|

MCGRATH RENT CORP DBA TRS-RENTELCO
PO BOX 619260
1830 WEST AIRFIELD DR
DFW AIRPORT, TX 75261

Claim Number: 3170
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $58,229.42 | Scheduled: | $25,704.77 |
|---|---|---|---|---|

MCGREGOR, DOUGLAS
2083 COUNTY ROAD 13
PICTON, ON K0K 2T0
CANADA

Claim Number: 4734
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $39,674.19 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

MCGREGOR, DOUGLAS
2083 COUNTY ROAD 13
PICTON, ON K0K 2T0
CANADA

Claim Number: 5635
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

---

| UNSECURED | Claimed: | $39,674.19 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | |
|---|---|---|
| MCGRIL, JAMES P.<br>775 GATEWAY DR SE APT 916<br>LEESBURG, VA 20175-4041 | Claim Number: 6189<br>Claim Date: 12/04/2009<br>Debtor: NORTEL NETWORKS INC. | |

ADMINISTRATIVE        Claimed:                    $0.00

---

| | | |
|---|---|---|
| MCHAN, BARRY<br>224 E. 52ND ST. APT 15<br>NEW YORK, NY 10022 | Claim Number: 2345<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | |

UNSECURED          Claimed:                $124,395.60

---

| | | |
|---|---|---|
| MCKENNA LONG & ALDRIDGE LLP<br>1900 K STREET NW, SUITE 100<br>WASHINGTON, DC 20006 | Claim Number: 4722<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | |

UNSECURED          Claimed:        $17,640.74  UNLIQ        Scheduled:        $55,077.14

---

| | | |
|---|---|---|
| MCKENNA LONG & ALDRIDGE LLP<br>1900 K STREET NW, SUITE 100<br>WASHINGTON, DC 20006 | Claim Number: 4723<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4185 (10/22/2010) | |

UNSECURED          Claimed:        $75,526.10  UNLIQ

---

| | | |
|---|---|---|
| MCKENZY, STEVEN<br>414 SO. SEMINOLE AVE<br>FORT MEADE, FL 33841 | Claim Number: 1925<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |

ADMINISTRATIVE        Claimed:                    $0.00  UNDET

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| MCKEVITT, THOMAS J., JR.<br>11104 E. CAROL AVE.<br>SCOTTSDALE, AZ 85259 | Claim Number: 3039<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
| ADMINISTRATIVE          Claimed: | $33,014.00 | |
| MCKINNEY, KIMBERLY<br>639 W. 110TH STREET<br>LOS ANGELES, CA 90044 | Claim Number: 3042<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
| ADMINISTRATIVE          Claimed: | $4,747.20 | |
| MCKINZIE, PHYLLIS A.<br>2306 HONEYSUCKLE DR<br>RICHARDSON, TX 75082-4399 | Claim Number: 6788<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $27,826.56 | |
| MCKISSACK, ROCHELLE<br>1205 ROSEBANK AVE<br>NASHVILLE, TN 37206 | Claim Number: 7423<br>Claim Date: 09/17/2010<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $10,950.00   UNLIQ<br>$2,316.40   UNLIQ | |
| MCLARENS CANADA<br>600 ALDEN RD., SUITE 600<br>MARKHAM, ON L3R 0E7<br>CANADA | Claim Number: 7290<br>Claim Date: 06/14/2010<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE          Claimed: | $6,710.20 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

MCLAUGHLIN, JAMES
3198 PARKWOOD BLVD APT 14054
FRISCO, TX 75034-9536

Claim Number: 2636
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $6,894.42 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

MCLAUGHLIN, JAMES
7815 MCCALLUM BLVD APT 18104
DALLAS, TX 75252

Claim Number: 2776
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $8,665.92 |
|---|---|---|

MCLAUGHLIN, ROBERT
602 WILMES DRIVE
AUSTIN, TX 78752

Claim Number: 2230
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $32,562.28 | Scheduled: | $32,477.05 UNLIQ |
|---|---|---|---|---|

MCLAUGHLIN, ROBERT
602 WILMES DR.
AUSTIN, TX 78752

Claim Number: 2231
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $32,562.28 |
|---|---|---|

MCLAUGHLIN, ROBERT C.
602 WILMES DR.
AUSTIN, TX 78752

Claim Number: 788
Claim Date: 03/31/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $32,462.69 |
|---|---|---|
| UNSECURED | Claimed: | $32,462.69 |
| TOTAL | Claimed: | $32,462.69 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

MCLEAN, LORI
614 WEST MAIN ST
APT 201
DURHAM, NC 27701

Claim Number: 5542
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $18,656.76  UNLIQ |
|---|---|---|---|---|

MCLEAN, LORI SUSAN
614 W. MAIN STREET
APT 201
DURHAM, NC 27701

Claim Number: 5543
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $18,656.76 |
|---|---|---|

MCMAHAN, KEVIN
931 KINGWOOD CIRCLE
HIGHLAND VILLAGE, TX 75077

Claim Number: 4456
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $2,367.70 | | |
| UNSECURED | | | Scheduled: | $22,748.00 |

MCMAHON, GAYLE
2020 GRAND PRIX DRIVE
ATLANTA, GA 30345

Claim Number: 1627
Claim Date: 07/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $16,285.80 |
|---|---|---|

MCMAHON, LAURIE
281 STONEWOOD AVE
GREECE, NY 14616

Claim Number: 2453
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

MCMANIS FAULKNER, A PROFESSIONAL CORP.
50 W. SAN FERNANDO STREET, 10TH FLOOR
SAN JOSE, CA 95113

Claim Number: 355
Claim Date: 02/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $528.50 | Scheduled: | $528.50 |
|---|---|---|---|---|

MCMANUS, THOMAS K
710 ASH CREEK CT
ROSWELL, GA 30075

Claim Number: 3572
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $207,881.08 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

MCMANUS, THOMAS K
710 ASH CREEK CT
ROSWELL, GA 30075

Claim Number: 5778
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $207,881.08 |
|---|---|---|

MCMASTER CARR
MCMASTER CARR SUPPLY CO
PO BOX 740100
ATLANTA, GA 30374-0100

Claim Number: 3278
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $5,169.02 |
|---|---|---|

MCNITT, STEVE
3441 SUNDANCE DR
GAINESVILLE, GA 30506

Claim Number: 274
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 72

| PRIORITY | Claimed: | $254,261.26 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| MCPHERSON, GEOFFREY L.<br>541 CAROLYN LANE<br>GALLATIN, TN 37066 | Claim Number: 1148<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $20,308.80 |
|---|---|---|

---

| MCPHERSON, MICHAEL D.<br>14111 VANCE JACKSON RD APT 9201<br>SAN ANTONIO, TX 78249-1998 | Claim Number: 848<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $59,543.42 |
|---|---|---|

---

| MCPHERSON, RODERICK<br>406 PASEO DE LA CONCHA<br>REDONDO BEACH, CA 90277-6285 | Claim Number: 3501<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $589,928.61 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| MCPHERSON, RODERICK<br>406 PASEO DE LA CONCHA<br>REDONDO BEACH, CA 90277 | Claim Number: 4564<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $788,333.06 |
|---|---|---|

---

| MCRITCHIE, MICHAEL J.<br>109 FALCON CREEK DR.<br>MCKINNEY, TX 75070 | Claim Number: 7555<br>Claim Date: 01/10/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $70,239.07 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

MCWALTERS, MICHAEL
POB 338
ALVISO, CA 95002

Claim Number: 7348
Claim Date: 07/15/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $865,458.00 | | | | |
|---|---|---|---|---|---|---|

MEAD, JOHN
4655 GREAT AMERICA PARKWAY
SANTA CLARA, CA 95054

Claim Number: 4230
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $249,361.68  UNLIQ | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $249,361.68  UNLIQ | | |

MEADOW BROOK OFFICE, LLC
SAGE M. SIGLER, ESQ., ALSTON & BIRD, LLP
1201 W. PEACHTREE STREET
ATLANTA, GA 30309-3424

Claim Number: 1674
Claim Date: 08/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $152,369.28  UNLIQ | | | Allowed: | $152,369.28 |
|---|---|---|---|---|---|---|

MEADOWS, BARBARA L.
1436 NORWOOD CREST CT.
RALEIGH, NC 27614

Claim Number: 120
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $48,249.72 | Scheduled: | $5,394.26 |
|---|---|---|---|---|
| SECURED | Claimed: | $48,249.72 | | |
| UNSECURED | | | Scheduled: | $23,604.09 |
| TOTAL | Claimed: | $48,249.72 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| MEADWESTVACO CORP.<br>C/O THOMPSON HINE LLP<br>ATTN: JONATHAN S. HAWKINS, ESQ.<br>P.O. BOX 8801<br>DAYTON, OH 45401-8801 | Claim Number: 5518<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3848 (08/27/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| MECHATRONIC LTD<br>88 DIGENI AKRITA AVENUE<br>NICOSIA, CY 1061<br>CYPRUS | Claim Number: 6155<br>Claim Date: 11/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $37,800.00 |
|---|---|---|

---

| MEDIATEC PUBLISHING, INC.<br>ATTN: VINCE CZARNOWSKI<br>111 E. WACKER DRIVE, SUITE 1290<br>CHICAGO, IL 60601 | Claim Number: 423<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $3,750.00 | Scheduled: | $3,750.00 |
|---|---|---|---|---|

---

| MEDLIN, RANDY W.<br>5711 THOM RD<br>MEBANE, NC 27302-9267 | Claim Number: 495<br>Claim Date: 02/26/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $162.59 UNLIQ |
|---|---|---|

---

| MEDLIN, RANDY W.<br>4406 BRACADA DRIVE<br>DURHAM, NC 27705 | Claim Number: 2200<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
|---|---|

| ADMINISTRATIVE | Claimed: | $162.59 UNLIQ |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| MEDLIN, RANDY W.<br>5711 THOM RD<br>MEBANE, NC 27302-9267 | | Claim Number: 2237<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | |
| UNSECURED | Claimed: | $162.59  UNLIQ | |
| MEDNAX SERVICES, INC.<br>F/K/A PEDIATRIX MEDICAL GROUP, INC.<br>C/O CHARLES W. THROCKMORTON, ESQ.<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLES, FL 33134 | | Claim Number: 5520<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| SECURED | Claimed: | $166,020.00 | |
| MEDNAX SERVICES, INC.<br>F/K/A PEDIATRIX MEDICAL GROUP, INC.<br>C/O CHARLES W. THROCKMORTON, ESQ.<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLE, FL 33134 | | Claim Number: 6096<br>Claim Date: 11/03/2009<br>Debtor: NORTEL NETWORKS INC. | |
| SECURED | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $0.00  UNLIQ | |
| MEEHAN, BRIAN W.<br>8841 BRAEBURN LOOP<br>YAKIMA, WA 98903 | | Claim Number: 2947<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $39,810.92 | |
| UNSECURED | | | Scheduled: $0.00 UNLIQ |
| MEHROTRA, ASHISH<br>4316 CUTTER SPRINGS CT.<br>PLANO, TX 75024 | | Claim Number: 422<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $5,640.30 | |
| UNSECURED | Claimed: | $40,337.46 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

MEHROTRA, PRASHANT
215 QUEENS LN
MOUNTAINSIDE, NJ 07092

Claim Number: 6486
Claim Date: 12/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY UNSECURED | Claimed: | $18,691.12 | Scheduled: | $14,490.16 UNLIQ | |
|---|---|---|---|---|---|

MEI, HELENA
4462 TERRA BRAVA PLACE
SAN JOSE, CA 95121

Claim Number: 2811
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

MELANSON, LEO
53 ADAMS ST.
WESTBOROUGH, MA 01581

Claim Number: 2296
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $50,769.12 |
|---|---|---|

MELANSON, LEO
53 ADAMS ST.
WESTBOROUGH, MA 01581

Claim Number: 2297
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

MENARD, INC.
ATTN. THERON BERG - CORP. COUNSEL
5101 MENARD DRIVE
EAU CLAIRE, WI 54703

Claim Number: 4555
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $140,000.00 | Scheduled: | $0.00 UNLIQ | Allowed: | $95,000.00 |
|---|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| MENDEZ, GERARDO<br>APARTADO 368<br>ALAJUELA,<br>COSTA RICA | | Claim Number: 3890<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | | |
| PRIORITY | Claimed: | $14,805.00  UNLIQ | | | |
| SECURED | Claimed: | $14,805.00  UNLIQ | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | |
| TOTAL | Claimed: | $14,805.00 | | | |
| MENDEZ, GERARDO<br>APARTADO # 368- 4050<br>ALAJUELA,<br>COSTA RICA | | Claim Number: 3891<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $14,805.00  UNLIQ | | | |
| MENDEZ, ROSITA<br>30479 EXPLORER'S TRAIL<br>DE SOTO, KS 66018 | | Claim Number: 4495<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $7,138.00 | | | |
| MENDONCA, TIMOTHY<br>490 FOREST PARK RD<br>OLDSMAR, FL 34677 | | Claim Number: 4068<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $24,000.00 | | | |
| UNSECURED | | | Scheduled: | $23,689.44 UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| MENDONCA, TIMOTHY<br>490 FOREST PART RD<br>OLDSMAR, FL 34677 | Claim Number: 4069<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $47,000.00 | Scheduled: | $0.00 UNLIQ |

---

| MENESES, KAREN<br>10850 FOX GLEND DRIVE<br>BOCA RATON, FL 33428 | Claim Number: 1127<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $19,631.73 |

---

| MERA NETWORKS INC.<br>15 WERTHEIM CRT SUITE 303<br>RICHMOND HILL, ON L4B 3H7<br>CANADA | Claim Number: 545<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $43,707.92 |

---

| MERA NN<br>12 SOVETSKY STREET<br>NIZHNY NOVGOROD, 603086<br>RUSSIA | Claim Number: 544<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $466,345.11 |

---

| MERCURE, JIM<br>210 CELLARS WAY<br>WALLAE, NC 284662360 | Claim Number: 2118<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $4,262.53 | Scheduled: | $4,184.33 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| MERCURE, JIM<br>210 CELLARS WAY<br>WALLACE, NC 28466 | | Claim Number: 2119<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | | |
| MERCURE, JIM<br>210 CELLARS WAY<br>WALLACE, NC 28466 | | Claim Number: 2173<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | | |
| MERCURE, JIM<br>210 CELLARS WAY<br>WALLACE, NC 284662360 | | Claim Number: 2174<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $24,789.90 | Scheduled: | $24,187.66 UNLIQ | |
| MERRILL COMMUNICATIONS<br>BROOKFIELD PLACE<br>161 BAY STREET, 24TH FLOOR<br>PO BOX 506<br>TORONTO, ON M5J 2S1<br>CANADA | | Claim Number: 1732<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
| UNSECURED | Claimed: | $19,622.82 | | | |
| MERRILL III, ALBERT<br>316 PONFIELD ROAD WEST<br>FORREST HILL, MD 21050 | | Claim Number: 2990<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | | |
| UNSECURED | Claimed: | $7,259.39 | Scheduled: | $3,787.81 UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | | | |
|---|---|---|---|---|
| MERRILL, ALBERT III (DECEASED)<br>JOANNE MERRILL<br>316 PONFIELD RD W<br>FOREST HILL, MD 20150 | | Claim Number: 1431<br>Claim Date: 06/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $3,787.81 | | |

| | | | | |
|---|---|---|---|---|
| MERRILL, ALBERT III (DECEASED)<br>JOANNE MERRILL<br>316 PONFIELD RD W<br>FOREST HILL, MD 20150 | | Claim Number: 2989<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $7,259.39 | | |

| | | | | |
|---|---|---|---|---|
| MERRILL, DANA<br>11421 PACESFERRY DR.<br>RALEIGH, NC 27614 | | Claim Number: 5794<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $51,669.44 | Scheduled: | $51,669.44 |

| | | | | |
|---|---|---|---|---|
| MERRILLS, ROY<br>10401 MANLY<br>CHAPEL HILL, NC 27517 | | Claim Number: 171<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| PRIORITY | Claimed: | $180,000.00  UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| MERRILLS, ROY<br>10401 MANLY<br>CHAPEL HILL, NC 27517 | | Claim Number: 527<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $180,000.00  UNLIQ | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| MERRILLS, ROY<br>10401 MANLY<br>CHAPEL HILL, NC 27517 | | Claim Number: 3736<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|

| UNSECURED | Claimed: | $705,588.94 | Scheduled: | $0.00 UNLIQ | |
|---|---|---|---|---|---|

| MERRITT, CLARENCE<br>3551 WYNTERSET DRIVE<br>SNELLVILLE, GA 30039 | | Claim Number: 3311<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|

| UNSECURED | Claimed: | $43,307.69 | |
|---|---|---|---|

| MERRITT, CLARENCE S.<br>3551 WYNTERSET DRIVE<br>SNELLVILLE, GA 30039 | | Claim Number: 3312<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | |
|---|---|---|---|

| MERRITT, GREGORY S.<br>2711 CREEK RUN COURT<br>CHAPEL HILL, NC 27514 | | Claim Number: 134<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|

| UNSECURED | Claimed: | $20,284.98 | |
|---|---|---|---|

| MERTELY, MELISSA<br>1110 GLENMONT CT.<br>ALLEN, TX 75013 | | Claim Number: 7678<br>Claim Date: 04/04/2011<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $29,192.35 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

MESSER, KRYSTN
80 DOE COURT
APEX, NC 27523-8400

Claim Number: 3522
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $47,457.68 | | |

METCALF, BRANDON
PO BOX 2941
WIMBERLEY, TX 78676-7841

Claim Number: 3293
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $36,384.61 | | |

METCALF, BRANDON
PO BOX 2941
WIMBERLEY, TX 78676-7841

Claim Number: 3294
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,384.61 | Scheduled: | $36,384.61 |

METIA SOLUTIONS INC
10220 NE POINTS DR STE 200
KIRKLAND, WA 980337864

Claim Number: 1823
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,043.00 | | |

METROPOLITAN GOVERNMENT TRUSTEE
METROPOLITAN DEPARTMENT OF LAW
POST OFFICE BOX 196300
NASHVILLE, TN 37219-6300

Claim Number: 6593
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,255.10 |
| SECURED | Claimed: | $3,255.10 |
| TOTAL | Claimed: | $3,255.10 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| MIAMI-DADE COUNTY TAX COLLECTOR<br>MIAMI-DADE COUNTY BANKRUPTCY UNIT<br>140 WEST FLAGLER STREET, SUITE 1403<br>MIAMI, FL 33130 | | Claim Number: 1298<br>Claim Date: 06/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $267.01 | UNLIQ |

| | | |
|---|---|---|
| MICHAEL, CHRISTINA<br>4372 PACES POINT CIR SE<br>SMYRNA, GA 30080 | | Claim Number: 6192<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $24,132.45 |

| | | |
|---|---|---|
| MICHAELS, TESA<br>2333 WELSH TAVERN WAY<br>WAKE FOREST, NC 27587 | | Claim Number: 697<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $52,800.00 |

| | | |
|---|---|---|
| MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>DEBORAH B WALDMEIR, ASST. ATTY. GENERAL<br>3030 W GRAND BLVD-CADILLAC PL STE 10-200<br>DETROIT, MI 48202 | | Claim Number: 863<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3803 (08/19/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,752.00 |

| | | |
|---|---|---|
| MICKENS, DELBERT J.<br>1985 SHILOH DR.<br>CASTLE ROCK, CO 80104 | | Claim Number: 1546<br>Claim Date: 07/16/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $95,252.94 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| MICRON OPTICS INC<br>1852 CENTURY PLACE NE<br>ATLANTA, GA 30345-4305 | Claim Number: 2792<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $11,220.00 | |
|---|---|---|---|

---

| MIKAYELYAN, VAGHARSHAK<br>22484 RIVERSIDE DR #2<br>CUPERTINO, CA 95014 | Claim Number: 4511<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $33,020.00 | |
|---|---|---|---|

---

| MILFORD, JOHN S<br>4516 SPYGLASS DR<br>LITTLE RIVER, SC 29566 | Claim Number: 2154<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| PRIORITY | | | Scheduled: | $7,004.86 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $50,890.00 | Scheduled: | $34,490.47 |

---

| MILFORD, JOHN S<br>4516 SPYGLASS DR<br>LITTLE RIVER, SC 29566 | Claim Number: 2155<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $41,495.33 | |
|---|---|---|---|

---

| MILLER, CLYDE<br>1680 CENTER GROVE CHURCH ROAD<br>MONCURE, NC 27559 | Claim Number: 4124<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| PRIORITY | Claimed: | $18,823.86 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $18,823.86 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| MILLER, CLYDE E<br>1680 CENTER GROVE CHURCH RD<br>MONCURE, NC 27559 | | Claim Number: 4032<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $481,284.84 | Scheduled: | $0.00 UNLIQ | |

| | | | | | |
|---|---|---|---|---|---|
| MILLER, CLYDE E.<br>1680 CENTER GROVE CHURCH ROAD<br>MONCURE, NC 27559 | | Claim Number: 98<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $18,594.67 |

| | | | |
|---|---|---|---|
| MILLER, CLYDE E.<br>1680 CENTER GROVE CHURCH ROAD<br>MONCURE, NC 27559 | | Claim Number: 592<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $770,140.00 |

| | | | |
|---|---|---|---|
| MILLER, CLYDE E.<br>1680 CENTER GROVE CHURCH ROAD<br>MONCURE, NC 27559 | | Claim Number: 4121<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $135,000.00 |

| | | | |
|---|---|---|---|
| MILLER, JAMES E.<br>1208 W. CRESCENT AVE<br>REDLANDS, CA 92373 | | Claim Number: 1757<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | | | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $11,520.00 | Scheduled:<br>Scheduled: | $8,031.19<br>$3,799.64 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

MILLER, JANET
19278 PARKVIEW RD.
CASTRO VALLEY, CA 94546

Claim Number: 292
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $40,818.78 | Scheduled: | $8,316.93 |
| UNSECURED | | | Scheduled: | $28,068.79 |

---

MILLER, JASON
1107 OCEAN PARK BLVD
APT. D
SANTA MONICA, CA 90405

Claim Number: 1234
Claim Date: 05/26/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED        Claimed:        $27,692.29

---

MILLER, KAREN
11924 SYCAMORE GROVE LN.
RALEIGH, NC 27614

Claim Number: 240
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY        Claimed:        $33,744.00

---

MILLER, KYLE
P.O. BOX 702921
DALLAS, TX 75370

Claim Number: 2549
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

ADMINISTRATIVE        Claimed:        $7,360.00

---

MILLER, LOIS
1800 SNOW WIND DRIVE
RALEIGH, NC 27615-2613

Claim Number: 4014
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED        Claimed:        $63,229.57

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| MILLER, LOIS S. | | Claim Number: 345 |
| 1800 SNOW WIND DRIVE | | Claim Date: 02/18/2009 |
| RALEIGH, NC 27615-2613 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2563 (02/26/2010) |

| UNSECURED | Claimed: | $66,087.82 |

---

| MILLER, ROBERT ANDREW | | Claim Number: 2185 |
| 23611 N VALLEY RD | | Claim Date: 08/25/2009 |
| LAKE ZURICH, IL 60047 | | Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $32,183.68 |

---

| MILLER, TERRENCE | | Claim Number: 6910 |
| 38565 PIGGOTT BOTTOM RD | | Claim Date: 01/25/2010 |
| HAMILTON, VA 20158-9463 | | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $309,500.00 |
| UNSECURED | Claimed: | $327,769.00 |

---

| MILLIGAN, PATRICK | | Claim Number: 4118 |
| 2609 PELICAN BAY DR. | | Claim Date: 09/28/2009 |
| PLANO, TX 75093 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $61,115.38 |

---

| MILLIGAN, PATRICK | | Claim Number: 4226 |
| 2609 PELICAN BAY DR. | | Claim Date: 09/28/2009 |
| PLANO, TX 75093 | | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $201,874.81 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| MILLS, ALINA<br>352 INDIAN BRANCH DR<br>MORRISVILLE, NC 27560 | | Claim Number: 7519<br>Claim Date: 12/17/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00  UNLIQ | | | |
| UNSECURED | Claimed: | $4,750.00  UNLIQ | | | |
| MILLS, CLEAYTON<br>942 CR 2100<br>IVANHOE, TX 75447 | | Claim Number: 5463<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ | |
| MILLS, CLEAYTON J.<br>942 CR 2100<br>IVANHOE, TX 75447 | | Claim Number: 5464<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $150,000.00 | | | |
| MILLS-NICHOLS, LISA<br>676 MONROE TPKE<br>MONROE, CT 06468-2308 | | Claim Number: 3199<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $300.02  UNLIQ | | | |
| MILTON, DONNA CHRISTINE<br>227 PROSPECTORS LANE<br>BILLINGS, MT 59105 | | Claim Number: 316<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $18,000.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| MINI-CIRCUITS<br>PO BOX 350165<br>BROOKLYN, NY 11235-0003 | Claim Number: 1886<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) | |
| UNSECURED          Claimed: | $388.05 | |
| MINI-CIRCUITS<br>13 NEPTUNE AVE.<br>BROOKLYN, NY 11235-0003 | Claim Number: 1887<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | |
| ADMINISTRATIVE          Claimed: | $388.05 | |
| MIR3 INC<br>3398 CARMEL MTN RD, SUITE 120<br>SAN DIEGO, CA 92121-1044 | Claim Number: 7489<br>Claim Date: 11/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) | |
| UNSECURED          Claimed: | $1,432.50 | |
| MIR3 INC<br>3398 CARMEL MOUNTAIN ROAD, SUITE 120<br>SAN DIEGO, CA 92121 | Claim Number: 7490<br>Claim Date: 11/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) | |
| ADMINISTRATIVE          Claimed: | $1,432.50 | |
| MIR3 INC<br>3398 CARMEL MTN RD, SUITE 120<br>SAN DIEGO, CA 92121-1044 | Claim Number: 7491<br>Claim Date: 11/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) | |
| UNSECURED          Claimed: | $1,424.69 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| MIR3 INC<br>3398 CARMEL MOUNTAIN ROAD, STE 120<br>SAN DIEGO, CA 92121 | Claim Number: 7492<br>Claim Date: 11/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) | |
| ADMINISTRATIVE        Claimed: | $1,424.69 | |
| MIRABAL, ROSANNA<br>9103 NW 81ST CT<br>TAMARAC, FL 33321-1505 | Claim Number: 5927<br>Claim Date: 10/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | |
| ADMINISTRATIVE        Claimed: | $0.00   UNDET | |
| MISIAK, TOM<br>1227 NIGHTINGALE RD<br>WAXHAW, NC 28173-6948 | Claim Number: 5612<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY        Claimed: | $46,662.50 | |
| MISSINI, DENNIS<br>616 RUSSETWOOD LANE<br>POWDER SPRINGS, GA 30127 | Claim Number: 11<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED        Claimed: | $103,436.00 | |
| MISSINI, DENNIS<br>616 RUSSETWOOD LANE<br>POWDER SPRINGS, GA 30127 | Claim Number: 105<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |
| UNSECURED        Claimed: | $103,436.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| MISSINI, DENNIS<br>616 RUSSETWOOD LANE<br>POWDER SPRINGS, GA 30127 | Claim Number: 2746<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $132,726.65 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $132,726.65  UNLIQ |

---

| MITA, SADAHISA<br>2934 CUSTER DR.<br>SAN JOSE, CA 95124 | Claim Number: 2396<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

---

| MITA, SADAHISA<br>2934 CUSTER DR.<br>SAN JOSE, CA 95124 | Claim Number: 2413<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $7,608.62 |

---

| MITA, SADAHISA<br>2934 CUSTER DR.<br>SAN JOSE, CA 95124 | Claim Number: 2414<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $7,608.62 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| MITA, SADAHISA<br>2934 CUSTER DR.<br>SAN JOSE, CA 95124 | | Claim Number: 2415<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$7,608.62 | | | |
| MIZERK, THOMAS<br>1220 FOXDALE DR.<br>ADDISON, IL 60101 | | Claim Number: 7040<br>Claim Date: 01/29/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $50,000.00 | | | |
| MIZERK, THOMAS E<br>1220 FOXDALE DR<br>ADDISON, IL 60101 | | Claim Number: 2136<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $57,403.64 | | | |
| MIZERK, THOMAS E<br>1220 FOXDALE DR<br>ADDISON, IL 60101 | | Claim Number: 7044<br>Claim Date: 01/29/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | | |
| MLCOCH, SANDRA<br>416 RIDGEVIEW TRAIL<br>MCKINNEY, TX 75071 | | Claim Number: 90<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$9,435.00 | Scheduled:<br>Scheduled: | $6,872.98<br>$13,889.53 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| MOBILE COUNTY LICENSE COMMISSIONER<br>ATTN: MISSTY C. GRAY, ESQ.<br>P.O. BOX 210<br>MOBILE, AL 36601 | Claim Number: 1233<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3943 (09/15/2010) | |
| --- | --- | --- |

| PRIORITY | Claimed: | $249.29 | | |
| --- | --- | --- | --- | --- |

---

| MOBILENET SERVICES, INC<br>ATTN: RICHARD GRANT, PRESIDENT<br>18 MORGAN, SUITE 200<br>IRVINE, CA 92614 | Claim Number: 1593<br>Claim Date: 07/24/2009<br>Debtor: NORTEL NETWORKS INC. | |
| --- | --- | --- |

| UNSECURED | Claimed: | $615,914.25 | Scheduled: | $324,090.00 |
| --- | --- | --- | --- | --- |

---

| MOBILENET SERVICES, INC<br>ATTN: RICHARD GRANT<br>18 MORGAN, SUITE 200<br>IRVINE, CA 92614 | Claim Number: 1594<br>Claim Date: 07/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | |
| --- | --- | --- |

| ADMINISTRATIVE | Claimed: | $614,914.25 | | |
| --- | --- | --- | --- | --- |

---

| MOFFITT, GARY<br>630 CANYON COURT<br>WESTMINSTER, MD 21158 | Claim Number: 1309<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC. | |
| --- | --- | --- |

| UNSECURED | Claimed: | $35,495.16 | | |
| --- | --- | --- | --- | --- |

---

| MOLDREM, JILL P.<br>123 STANWICK DRIVE<br>FRANKLIN, TN 37067 | Claim Number: 7537<br>Claim Date: 12/28/2010<br>Debtor: NORTEL NETWORKS INC. | |
| --- | --- | --- |

| PRIORITY | Claimed: | $10,950.00  UNLIQ | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $21,801.06  UNLIQ | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

MOLEX
ATTN : MIKE FRITZ
2222 WELLINGTON COURT
LISLE, IL 60532

Claim Number: 5465
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1675

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,967.84 | | |
| UNSECURED | Claimed: | $1,600.00 | Scheduled: | $10,890.00 |

---

MOLEX INC
ATTN: MIKE FRITZ
2222 WELLINGTON COURT
LISLE, IL 60532

Claim Number: 1766
Claim Date: 08/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,967.84 |

---

MOLLOY, JOHN
1491 SEQUOIA AVE
SAN BRUNO, CA 94066-2646

Claim Number: 3524
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $29,286.00 |

---

MONAHAN, MARY
7 1/2 CONDICT ST.
MORRIS PLAINS, NJ 07950

Claim Number: 7121
Claim Date: 02/23/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $20,880.00 |

---

MONARCH MASTER FUNDING LTD
TRANSFEROR: RIVERSIDE CLAIMS LLC
C/O MONARCH ALTERNATIVE CAPITAL LP
535 MADISON AVENUE, 26TH FLOOR
NEW YORK, NY 10022

Claim Number: 392
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7076

| | | |
|---|---|---|
| UNSECURED | Claimed: | $479,290.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | |
|---|---|---|---|
| MONARCH MASTER FUNDING LTD<br>TRANSFEROR: RIVERSIDE CLAIMS LLC<br>C/O MONARCH ALTERNATIVE CAPITAL LP<br>535 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 7076<br>Claim Date: 02/05/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Replaces claim 6820 and Amends claim 392 | | |
| ADMINISTRATIVE         Claimed: | $479,290.00 | | |
| MONDOR, DAN<br>3650 NEWPORT BAY DRIVE<br>ALPHARETTA, GA 30005 | Claim Number: 152<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| PRIORITY         Claimed: | $33,139.85 | | |
| MONDOR, DAN<br>3650 NEWPORT BAY DRIVE<br>ALPHARETTA, GA 30005 | Claim Number: 3663<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 152. | | |
| PRIORITY<br>UNSECURED         Claimed: | $33,153.91 | Scheduled: | $33,153.91  UNLIQ |
| MONDOR, DAN<br>3650 NEWPORT BAY DRIVE<br>ALPHARETTA, GA 30005 | Claim Number: 3664<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 767. | | |
| PRIORITY<br>UNSECURED         Claimed: | $294,127.43 | Scheduled: | $0.00  UNLIQ |
| MONETTE, MADELEINE<br>2 CHARLTON ST # 11K<br>NEW YORK, NY 10014 | Claim Number: 2126<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | | |
| ADMINISTRATIVE         Claimed: | $520.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

MONETTE, MADELEINE
2 CHARLTON STREET, APT 11K
NEW YORK, NY 10014

Claim Number: 2127
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

---

| UNSECURED | Claimed: | $520.00 |
|---|---|---|

MONGA, INDERMOHAN
1211 PARKINSON AVE
PALO ALTO, CA 94301-3451

Claim Number: 3337
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $54,363.82 |
|---|---|---|

MONGA, INDERMOHAN
239 SEALE AVE
PALO ALTO, CA 94301-3732

Claim Number: 3338
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $54,363.82 |
|---|---|---|

MONGA, INDERMOHAN
239 SEALE AVE
PALO ALTO, CA 94301-3732

Claim Number: 3339
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $61,676.00 |
|---|---|---|

MONGA, INDERMOHAN S
239 SEALE AVE
PALO ALTO, CA 94301-3732

Claim Number: 3340
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $61,676.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

MONGA, INDERMOHAN S.
239 SEALE AVE
PALO ALTO, CA 94301-3732

Claim Number: 941
Claim Date: 04/13/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $52,608.00 |
|----------|----------|------------|

MONGOLD, MARGOT DAVIS
12530 HIALEAH WAY
NORTH POTOMAC, MD 20878

Claim Number: 6419
Claim Date: 12/24/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|----------------|----------|-------------|

MONK, APRIL J
449 ASHLEY PL
MURPHY, TX 75094

Claim Number: 7200
Claim Date: 04/12/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $39,865.84 |
|-----------|----------|------------|

MONOTYPE IMAGING INC
500 UNICORN PARK DRIVE
WOBURN, MA 01801

Claim Number: 2265
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $39,580.50 | Scheduled: | $0.00 UNLIQ |
|-----------|----------|------------|------------|-------------|

MONTELONGO, ROY
2836 MILO WAY
LAS VEGAS, NV 89102

Claim Number: 3099
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|----------|----------|------------|
| UNSECURED | Claimed: | $15,779.20 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| MONTGOMERY, GEORGE<br>9808 ST ANNES DR<br>PLANO, TX 75025 | | Claim Number: 4283<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $353,964.19 | Scheduled: | $353,964.19 UNLIQ |
|---|---|---|---|---|

| MONTGOMERY, GEORGE G<br>9808 ST ANNES DRIVE<br>PLANO, TX 75025 | | Claim Number: 157<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $11,774.48 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $715,488.57 | | |

| MONTGOMERY, GEORGE G<br>9808 ST ANNES DR<br>PLANO, TX 75025 | | Claim Number: 4273<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 157 | | |
|---|---|---|---|---|

| PRIORITY | | | Scheduled: | $2,212.36 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $278,858.42 | Scheduled: | $42,253.74 |

| MONTGOMERY, KISHA<br>12817 DOVE FIELD LN<br>BALCH SPRINGS, TX 75180 | | Claim Number: 64<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $9,004.02 | | |
|---|---|---|---|---|

| MONTGOMERY, KISHA<br>12817 DOVE FIELD LN<br>BALCH SPRIN, TX 75180 | | Claim Number: 2445<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $6,549.21 | Scheduled: | $6,549.21 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,047.76 | Scheduled: | $5,047.76 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| MONTGOMERY, KISHA<br>12817 DOVE FIELD LN<br>BALCH SPRINGS, TX 75180 | Claim Number: 2446<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |

| ADMINISTRATIVE | Claimed: | $11,596.98 | | |

---

| MOORE, BROOKE D<br>10 CHAMBERS LANE<br>OAKLAND, CA 94611 | Claim Number: 3500<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| PRIORITY | Claimed: | $0.00  UNDET | | |

---

| MOORE, CARL<br>1909 KINGS ISLE DR.<br>PLANO, TX 75093 | Claim Number: 4009<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $27,371.09 | Scheduled: | $0.00 UNLIQ |

---

| MOORE, CARL L<br>1909 KINGS ISLE DR<br>PLANO, TX 75093 | Claim Number: 4003<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |

| ADMINISTRATIVE | Claimed: | $27,371.09 | | |

---

| MOORE, JOSEPHINE<br>1700 BOARDMAN AVE<br>WEST PALM BEACH, FL 33407 | Claim Number: 5912<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |

| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| MOORE, KERRY<br>7304 EDGEWOOD DRIVE<br>PLANO, TX 75025 | | Claim Number: 4465<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $78,244.00 | | |
| MOORE, VICKI S<br>5 BUNKER HILL<br>RICHARDSON, TX 75080 | | Claim Number: 3743<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $2,673.03 | Scheduled: | $0.00 UNLIQ |
| MOORE, VICKI S.<br>5 BUNKER HILL<br>RICHARDSON, TX 75080 | | Claim Number: 3742<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $2,673.03 | | |
| MOORE, WENDELL C.<br>170 WESTBURY LANE<br>ALPHARETTA, GA 30005 | | Claim Number: 5473<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $78,026.58 | | |
| MOPPIN, MARK<br>28078 N. AZ HWY 188 #29<br>ROOSEVELT, AZ 85545 | | Claim Number: 4162<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $36,510.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| MORAN, GAYLE<br>2347 ASHLEY PARK BLVD.<br>PLANO, TX 75074 | | Claim Number: 2615<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,845.91 | Scheduled: | $3,845.91 | |
| UNSECURED | Claimed: | $16,923.30 | Scheduled: | $16,923.30 | |

| MORAN, GAYLE<br>2347 ASHLEY PARK BLVD.<br>PLANO, TX 75074 | | Claim Number: 2616<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $3,845.91 | |
| UNSECURED | Claimed: | $16,923.30 | |

| MORAN, GAYLE<br>2347 ASHLEY PARK BLVD.<br>PLANO, TX 75074 | | Claim Number: 2634<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $3,845.91 | |
| UNSECURED | Claimed: | $16,923.30 | |

| MORAN, GAYLE<br>2347 ASHLEY PARK BLVD,<br>PLANO, TX 75074 | | Claim Number: 2641<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $3,845.91 | |
| UNSECURED | Claimed: | $16,923.30 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| MORDECAI, WILLIAM S. | Claim Number: 7340 |
| 33563 S. SPRING BAY ROAD | Claim Date: 07/08/2010 |
| DE TOUR VILLAGE, MI 49725 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $120,000.00 |

---

| MOREE, MONTESCUE D. | Claim Number: 7645 |
| 3112 MILLS LAKE WYND | Claim Date: 03/15/2011 |
| HOLLY SPRINGS, NC 27540 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $109,995.00 |

---

| MORENO, LETICIA | Claim Number: 193 |
| 428 MCGINNIS RD | Claim Date: 01/30/2009 |
| COWPENS, SC 29341 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $6,030.25 |

---

| MORENO, RICHARD | Claim Number: 3870 |
| 910 CENTURY PARK | Claim Date: 09/25/2009 |
| GARLAND, TX 75040 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $33,779.82 |

---

| MORFE, CLAUDIO | Claim Number: 4560 |
| 112 NEWBRIDGE ROAD | Claim Date: 09/29/2009 |
| SUDBURY, MA 01776 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $13,892.14 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

MORFE, CLAUDIO
112 NEWBRIDGE ROAD
SUDBURY, MA 01776

Claim Number: 4732
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $2,593.04 |
|---|---|---|

MORGAN, MELINDA L.
21 GREEN VIEW CIRCLE
RICHARDSON, TX 75081

Claim Number: 737
Claim Date: 03/27/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $26,587.68 |
|---|---|---|

MORRIS, STEVEN
13045 TOWNFIELD DRIVE
RALEIGH, NC 27614

Claim Number: 4335
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7726

---

| UNSECURED | Claimed: | $40,086.87 |
|---|---|---|

MORRIS, STEVEN
13045 TOWNFIELD DR
RALEIGH, NC 27614

Claim Number: 4336
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

---

| UNSECURED | Claimed: | $40,086.87 |
|---|---|---|

MORRIS, STEVEN
13045 TOWNFIELD DR
RALEIGH, NC 27614

Claim Number: 7726
Claim Date: 05/04/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 4335

---

| UNSECURED | Claimed: | $31,922.02 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| MORRIS, TIMOTHY B.<br>2126 ESTES PARK DRIVE<br>ALLEN, TX 75013 | | Claim Number: 2824<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,459.43 | | |

| | | | | |
|---|---|---|---|---|
| MORRISETTE PAPER CO INC<br>PO BOX 651591<br>CHARLOTTE, NC 28265-1591 | | Claim Number: 5649<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $951.40 | Scheduled: | $951.40 |

| | | | | |
|---|---|---|---|---|
| MORRISON, MARION<br>1221 SPRUCE DRIVE<br>ZEBULON, NC 27597 | | Claim Number: 522<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $104.56 | | |
| SECURED | Claimed: | $0.00 | | |

| | | | | |
|---|---|---|---|---|
| MORRISON, PAUL<br>C/O DAVID PLUFKA<br>KEEFE & GRIFFITHS, P.C.<br>10 SOUTH BROADWAY, STE 500<br>ST. LOUIS, MO 63012 | | Claim Number: 5867<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| | | | | |
|---|---|---|---|---|
| MORRISON, ROBERT<br>300 MAYODAN DRIVE<br>CARY, NC 27511 | | Claim Number: 873<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $26,025.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

MOSCA, MICHELE
115 CHATHAM FOREST DRIVE
PITTSBORO, NC 27312

Claim Number: 6472
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1038

| PRIORITY | Claimed: | $1,923.06 | Scheduled: | $2,317.07 |
|---|---|---|---|---|

MOSELEY, ROBERT J.
PO BOX 600278
DALLAS, TX 75360-0278

Claim Number: 954
Claim Date: 04/16/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $68,273.56 |
|---|---|---|

MOSS, CAROLYN H
4631 MEADOW CLUB DR.
SUWANEE, GA 30024

Claim Number: 6287
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $6,904.73 |
|---|---|---|

MOSS, DONALD
PO BOX 537
CREEDMOOR, NC 27522

Claim Number: 5866
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $52,988.55 | Scheduled: | $52,988.55 |
|---|---|---|---|---|

MOSS, JOHN
945 CROFTER PASS
ALPHARETTA, GA 30022

Claim Number: 3394
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $45,107.68 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| MOSS, WANDA G.<br>P.O. BOX 2343<br>SMYRNA, TN 37167 | | Claim Number: 7481<br>Claim Date: 11/04/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00   UNLIQ | | | |
| UNSECURED | Claimed: | $390.42   UNLIQ | | | |
| MOSTYN III, WILLIAM T.<br>555 INDIAN CREEK DRIVE<br>TROHPY CLUB, TX 76262-5655 | | Claim Number: 4183<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $33,860.21 | | | |
| MOSTYN III, WILLIAM T.<br>555 INDIAN CREEK DRIVE<br>TROPHY CLUB, TX 76262-5655 | | Claim Number: 5923<br>Claim Date: 10/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $33,860.21 | | | |
| MOSTYN, WILLIAM<br>555 INDIAN CREEK DR<br>TROPHY CLUB, TX 76262 | | Claim Number: 4184<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $33,860.21 | Scheduled: | $33,860.21 | |
| MOSTYN, WILLIAM<br>555 INDIAN CREEK DR<br>TROPHY CLUB, TX 76262 | | Claim Number: 5922<br>Claim Date: 10/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | | |
| UNSECURED | Claimed: | $33,860.21 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | |
|---|---|---|
| MOTON, GARY L.<br>3319 HILLPARK LANE<br>CARROLLTON, TX 75007 | | Claim Number: 815<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $9,168.41 |
|---|---|---|

| | | |
|---|---|---|
| MOTOR CITY ELECTRIC TECHNOLOGIES, INC.<br>9440 GRINNELL ST.<br>DETROIT, MI 48213-1151 | | Claim Number: 622<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |

| UNSECURED | Claimed: | $373,668.69 |
|---|---|---|

| | | |
|---|---|---|
| MOTOROLA, INC.<br>WILMAN HARROLD ALLEN & DIXON, LLP<br>C/O JONATHAN W. YOUNG, MARY OLSON<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 5395<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5155 (03/23/2011) |

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| | | |
|---|---|---|
| MOTT, ROBERT<br>5113 OLDE SOUTH RD<br>RALEIGH, NC 27606 | | Claim Number: 5874<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $63,609.00 |
|---|---|---|

| | | |
|---|---|---|
| MOULTON, ROBERT F<br>592 7TH ST.<br>LAKE OSWEGO, OR 97034 | | Claim Number: 4241<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $55,130.13 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

MOUNT, JOE
1500 KINDER WAY
ROCKWALL, TX 75032

Claim Number: 573
Claim Date: 03/13/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $96,022.62 |

---

MOURSY, WANDA M.
5217 TRACKWAY DR.
KNIGHTDALE, NC 27545

Claim Number: 7641
Claim Date: 03/14/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $38,438.00 |

---

MOVING SOLUTIONS
MOVING SOLUTIONS INC
927 WRIGLEY WAY
MILPITAS, CA 95035-5407

Claim Number: 4332
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,859.91 | | |
| UNSECURED | | | Scheduled: | $7,719.82 |

---

MOVING SOLUTIONS, INC.
927 WRIGLEY WAY
SANTA CLARA, CA 95053

Claim Number: 4379
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,859.91 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

MOYANO, VICENTE
988 NW 110TH AVENUE
CORAL SPRINGS, FL 33071

Claim Number: 5329
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $108,800.81 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

MOYSE, PETER
234 CHERRY LANE
FLORAL PARK, NY 11001

Claim Number: 1114
Claim Date: 05/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $81,850.74 |
| --- | --- | --- |

MRV COMMUNICATIONS, INC.
20415 NORDHOFF STREET
CHATSWORTH, CA 91311-6112

Claim Number: 3049-01
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)

| UNSECURED | Claimed: | $7,307.91 |
| --- | --- | --- |

MRV COMMUNICATIONS, INC.
20415 NORDHOFF STREET
CHATSWORTH, CA 91311-6112

Claim Number: 3049-02
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)

| UNSECURED | Claimed: | $1,797.00 |
| --- | --- | --- |

MRV COMMUNICATIONS, INC.
20415 NORDHOFF STREET
CHATSWORTH, CA 91311-6112

Claim Number: 3051
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $14,069.00 | Scheduled: | $14,069.00 |
| --- | --- | --- | --- | --- |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| MTS ALLSTREAM INC<br>200 WELLINGTON STREET W<br>SUITE 1200<br>TORONTO, ON M5V 3G2<br>CANADA | | Claim Number: 3418<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| UNSECURED | Claimed: | $6,191.16 |
| MTS ALLSTREAM INC<br>1730 MCGILLIVRAY BLVD<br>BOX 6666 BW100R<br>WINNIPEG, MB R3C 3V6<br>CANADA | | Claim Number: 3419<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| UNSECURED | Claimed: | $140,493.25 |
| MULANGU, FABRICE<br>3708 WILLOW CREEK TRL<br>MCKINNEY, TX 75071 | | Claim Number: 4769<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| MULLANEY, KEVIN<br>214 TRIMBLE AVE<br>CARY, NC 27511 | | Claim Number: 1595<br>Claim Date: 07/24/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $63,861.79 |
| MUNCK CARTER LLP<br>600 BANNER PLACE<br>12770 COIT ROAD<br>DALLAS, TX 75251 | | Claim Number: 7472<br>Claim Date: 10/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2432 |
| UNSECURED | Claimed: | $130,268.07 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | | | |
|---|---|---|---|---|
| MUNSON, GEORGE<br>4000 VETERANS MEMORIAL HIGHWAY<br>BOHEMIA, NY 11716 | Claim Number: 2322<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| PRIORITY | Claimed: | $7,643.50 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $7,643.50 UNLIQ |

| | | | | |
|---|---|---|---|---|
| MURASH, BARRY<br>PMB 16788<br>2885 SANFORD AVE SW # 16788<br>GRANDVILLE, MI 49418-1342 | Claim Number: 4279<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7552<br>amends 802 | | | |

| PRIORITY | Claimed: | $192,892.61 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| MURASHIGE, DAVID<br>2221 LAKESIDE BLVD<br>RICHARDSON, TX 75082-4399 | Claim Number: 4839<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| PRIORITY | Claimed: | $4,967.21 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $4,893.77 UNLIQ |

| | | | | |
|---|---|---|---|---|
| MURASHIGE, DAVID<br>2221 LAKESIDE BLVD.<br>RICHARDSON, TX 75082-4339 | Claim Number: 4840<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| PRIORITY | Claimed: | $14,290.65 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $11,352.34 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

MURPHY III, EDGAR
204 BARRINGTON OVERLOOK DR.
DURHAM, NC 27703

Claim Number: 286
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $74,142.21 |
| --- | --- | --- |

MURPHY, EDGAR III
204 BARRINGTON OVERLOOK DR
DURHAM, NC 27703

Claim Number: 145
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $279,404.86   UNLIQ |
| --- | --- | --- |

MURPHY, EDGAR III
204 BARRINGTON OVERLOOK DR
DURHAM, NC 27703

Claim Number: 146
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| PRIORITY | Claimed: | $10,950.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $63,192.21 |

MURPHY, JOHN
3518 KINGBARD
SAN ANTONIO, TX 78230

Claim Number: 2364
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $331.11 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $331.11  UNLIQ |

MURPHY, PETER
5555 GROVE POINT RD
ALPHARETTA, GA 30022

Claim Number: 34
Claim Date: 01/23/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $109,005.50 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| MURUGESAN, HAMSA<br>13144 THORNTON DR<br>FRISCO, TX 75035 | Claim Number: 2469<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $14,423.10 |

---

| MUSEUM OF NATURE AND SCIENCE<br>PO BOX 151469<br>DALLAS, TX 75315 | Claim Number: 869<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5089 (03/09/2011) |

| UNSECURED | Claimed: | $5,000.00 |

---

| MUSKIEWICZ, STEPHEN<br>4 BEAN RD.<br>MERRIMACK, NH 03054-3049 | Claim Number: 7276<br>Claim Date: 06/07/2010<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $30,670.68 |

---

| MUSTANG TECHNOLOGIES INC<br>4030 COTE VERTU, SUITE 100<br>ST-LAURENT, QB H4R 1V4<br>CANADA | Claim Number: 2585<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |

| ADMINISTRATIVE | Claimed: | $7,148.94 |

---

| MUTS, SERGE<br>3722 FRASER ST., NE<br>ROCKFORD, MI 49341 | Claim Number: 3076<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | | | | |
|---|---|---|---|---|---|
| MYCOM INTERNATIONAL<br>4TH FLOOR THAMES CENTRAL<br>90 HATFIELD ROAD<br>SLOUGH, SL1 1QE<br>UNITED KINGDOM | | Claim Number: 1864<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) | | | |

---

| UNSECURED | Claimed: | $1,179.84 |
|---|---|---|

---

| | | |
|---|---|---|
| NAGARAJ, KESAVAMURTHY<br>4201 WARMINSTER DRIVE<br>PLANO, TX 75093 | | Claim Number: 3729-01<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |

---

| ADMINISTRATIVE | Claimed: | $13,500.00 |
|---|---|---|

---

| | | |
|---|---|---|
| NAGARAJ, KESAVAMURTHY<br>4201 WARMINSTER DRIVE<br>PLANO, TX 75093 | | Claim Number: 3729-02<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |

---

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| NAKAMURA, TETSUYUKI<br>100 ROSE VALLEY WOODS DR<br>CARY, NC 27513-2737 | | Claim Number: 258<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $7,306.07 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,357.82 | Scheduled: | $14,909.19 |

---

| | | |
|---|---|---|
| NAKAMURA, TETSUYUKI<br>105 SANDY HOOK WAY<br>CARY, NC 27513 | | Claim Number: 259<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | Claimed: | $2,242.35 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| NAKKALA, VENKATESH<br>1415 FAIRFAX WOODS DR<br>APEX, NC 27502 | | Claim Number: 1519<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $40,718.90 |

| | | |
|---|---|---|
| NAM, HYEJIN<br>1709 COVENTRY LN<br>ALLEN, TX 75002 | | Claim Number: 7650<br>Claim Date: 03/17/2011<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $5,405.77 |

| | | |
|---|---|---|
| NANCE, JIM<br>1204 DAME SUSAN LANE<br>LEWISVILLE, TX 75056 | | Claim Number: 5804<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $29,368.24 |

| | | |
|---|---|---|
| NANCE, JIM<br>1204 DAME SUSAN LANE<br>LEWISVILLE, TX 75056 | | Claim Number: 6082<br>Claim Date: 11/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1531 |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $29,368.24 |

| | | |
|---|---|---|
| NANCE, MANLY<br>182 WOODBERRY RD SW<br>MEADOWS DAN, VA 24120-3682 | | Claim Number: 3566<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $63,388.93 | Scheduled: | $63,388.93 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| NANCE, MANLY S.<br>182 WOODBERRY RD SW<br>MEADOWS DAN, VA 24120-3682 | Claim Number: 52<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $63,388.92 |

---

| NANCE, MANLY S.<br>182 WOODBERRY RD SW<br>MEADOWS DAN, VA 24120-3682 | Claim Number: 3565<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $63,388.92 |

---

| NAPIER-WILSON, DIANNE<br>14538 WOOD ROAD<br>ALPHARETTA, GA 30004 | Claim Number: 4571<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $941,642.21 |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

| NAPIER-WILSON, DIANNE<br>14538 WOOD ROAD<br>ALPHARETTA, GA 30004 | Claim Number: 5909<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $941,642.21 |

---

| NAPIER-WILSON, DIANNE<br>14538 WOOD ROAD<br>ALPHARETTA, GA 30004 | Claim Number: 6637<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $941,642.21 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| NAPIER-WILSON, DIANNE<br>14538 WOOD ROAD<br>ALPHARETTA, GA 30004 | Claim Number: 6638<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

ADMINISTRATIVE    Claimed:        $941,642.21

---

| NAPOLITANO, ORNELLA<br>1938 35TH STREET, NW<br>WASHINGTON, DC, DC 20007 | Claim Number: 3172<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

PRIORITY        Claimed:        $104,692.84
UNSECURED                                    Scheduled:            $0.00  UNLIQ

---

| NAQVI, JAFFAR<br>2909 BENCHMARK DR<br>PLANO, TX 75023 | Claim Number: 2366<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

UNSECURED    Claimed:        $24,751.72        Scheduled:        $24,751.72

---

| NARAYANAN, RAVI KUMAR<br>2912 MONTELL CT<br>PLANO, TX 75025 | Claim Number: 4018<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

PRIORITY        Claimed:        $10,950.00
UNSECURED    Claimed:        $34,404.53

---

| NASH, DALE<br>600 TECHNOLOGY PARK<br>BILLERICA, MA 01821 | Claim Number: 4299<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

PRIORITY        Claimed:        $15,076.87

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

NATARAJAN, GOVINDARAJAN T
7416 ANGEL FIRE DR
PLANO, TX 75025

Claim Number: 7386
Claim Date: 08/19/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 6095

| PRIORITY | Claimed: | $60,728.84 |
| --- | --- | --- |

---

NATHANSON
NATHANSON AND COMPANY
10 MINUTE MAN HILL
WESTPORT, CT 06880

Claim Number: 2801
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $419,832.00 |
| --- | --- | --- |

---

NATIONAL ENVELOPE CORPORATION
ATTN: VALERIE SKRIVANEK
3211 INTERNET BLVD, STE 200
FRISCO, TX 75034

Claim Number: 812
Claim Date: 04/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $7,059.93 | | Allowed: | $3,128.40 |
| --- | --- | --- | --- | --- | --- |

---

NATIONAL GRID-MASSACHUSETTS
PO BOX 1005
WOBURN, MA 01807-0005

Claim Number: 2346
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $214,646.39 |
| --- | --- | --- |

---

NATIONAL INTEGRATED SYSTEMS INC.
47676 GALLEON DR
PLYMOUTH, MI 48170-2467

Claim Number: 181
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $8,269.10 | Scheduled: | $4,707.00 |
| --- | --- | --- | --- | --- |

---

Epiq Bankruptcy Solutions, LLC

Page: 545

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| NATIUK, EDWARD<br>6143 NW 124 DR<br>CORAL SPRINGS, FL 33076 | | Claim Number: 3329<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $14,530.00 | | | |
| NATIUK, EDWARD<br>6143 NW 124TH DRIVE<br>CORAL SPRINGS, FL 33076 | | Claim Number: 3330<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $14,530.00 | Scheduled: | $11,299.29 UNLIQ | |
| NATIVIDAD, EMILIO, JR.<br>3508 ASH LANE<br>MCKINNEY, TX 75070 | | Claim Number: 669<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $34,975.20 | | | |
| NAVARRO, DOLORES P.<br>5068 ALUM ROCK AVENUE<br>SAN JOSE, CA 95127 | | Claim Number: 2406<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | |
| NAZARETH, DESIRE<br>823 TERRASTONE PLACE<br>CARY, NC 27519 | | Claim Number: 6029<br>Claim Date: 10/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $26,390.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| NEAL & HARWELL PLC<br>150 FOURTH AVE NORTH<br>NASHVILLE, TN 37219-2498 | Claim Number: 2082<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | | |
|---|---|---|---|---|---|
| UNSECURED        Claimed: | $4,975.00 | Scheduled: | $0.00 UNLIQ | Allowed: | $4,975.00 |

| NEAL & HARWELL, PLC<br>GERALD D. NEENAN, ESQ.<br>150 FOURTH AVENUE NORTH, SUITE 200<br>NASHVILLE, TN 37219 | Claim Number: 2046<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) |
|---|---|
| ADMINISTRATIVE        Claimed: | $355.00 |

| NEBRASKA DEPARTMENT OF REVENUE<br>P.O. BOX 94818<br>ATTN: BANKRUPTCY UNIT<br>LINCOLN, NE 68509-4818 | Claim Number: 1760<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|
| PRIORITY        Claimed:<br>UNSECURED        Claimed: | $1,896,734.00<br>$168,140.00 |

| NEBRASKA DEPARTMENT OF REVENUE<br>ATTN: BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN, NE 68509-4818 | Claim Number: 2358<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
|---|---|
| PRIORITY        Claimed: | $13,848.12 |

| NEBRASKA DEPARTMENT OF REVENUE<br>ATTN: BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN, NE 68509-4818 | Claim Number: 2359<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4158 (10/14/2010) |
|---|---|
| PRIORITY        Claimed:<br>UNSECURED        Claimed: | $184.20<br>$27.69 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| NEBRASKA DEPARTMENT OF REVENUE<br>ATTN: BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN, NE 68509-4818 | Claim Number: 2825<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
|---|---|

| PRIORITY | Claimed: | $11,126,483.84 |
|---|---|---|

| NEC ELECTRONICS AMERICA, INC.<br>ATTN: ALISON LEE<br>2880 SCOTT BLVD. M/S SC1401<br>SANTA CLARA, CA 95050 | Claim Number: 3933<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $42,847.50 |
|---|---|---|

| NEFF, WENDELL ALLEN<br>C/O JEFFREY B. ROSE<br>TISHLER & WALD, LTD.<br>200 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | Claim Number: 5525<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $178,669.00 |
|---|---|---|

| NEI<br>3501 E. PLANO PARKWAY<br>PLANO, TX 75074 | Claim Number: 1463<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $18,765.00 |
|---|---|---|

| NELSON, BILL<br>24 WESTCOTT DRIVE<br>HOPKINTON, MA 01748 | Claim Number: 2647<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | | | Scheduled: | $450.00 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $809,813.30 | Scheduled: | $809,819.30 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

NELSON, CLEO F
10313 YORK LANE
BLOOMINGTON, MN 55431

Claim Number: 3601
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $185,376.00 | | |
|---|---|---|---|---|

NELSON, WILLIAM
24 WESTCOTT DRIVE
HOPKINTON, MA 01748

Claim Number: 2693
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $809,813.30 | Scheduled: | $4,600.95 UNLIQ |
|---|---|---|---|---|

NELSON, WILLIAM K.
24 WESCOTT DRIVE
HOPKINTON, MA 01748

Claim Number: 537
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $809,000.00 | | |
|---|---|---|---|---|

NEMERTES RESEARCH
19225 BLACKHAWK PARKWAY
MOKENA, IL 60448

Claim Number: 61
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

---

| UNSECURED | Claimed: | $1,200.73 | | |
|---|---|---|---|---|

NEMKO USA INC
802 NORTH KEALY
LEWISVILLE, TX 75057-6469

Claim Number: 2501
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $3,750.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

NEOPHOTONICS CORPORATION
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: CARREN SHULMAN
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112

Claim Number: 1157
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $179,840.00 |
| --- | --- | --- |

NEOPHOTONICS CORPORATION
ATTN: JD FAY
2911 ZANKER ROAD
SAN JOSE, CA 95134

Claim Number: 4910
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $599,600.00 |
| --- | --- | --- |

NETIQ CORP
1233 WEST LOOP SOUTH, SUITE 810
ATTN: CREDIT DEPT
HOUSTON, TX 77027

Claim Number: 1702
Claim Date: 08/14/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $441,288.52 |
| --- | --- | --- |

NETIQ CORPORATION
1233 WEST LOOP SOUTH, SUITE 810
ATTN: CREDIT DEPARTMENT
HOUSTON, TX 77027

Claim Number: 297
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

---

| UNSECURED | Claimed: | $528,354.94 |
| --- | --- | --- |

NETWORK ENGINEERING
NETWORK ENGINEERING
3010 LBJ FREEWAY SUITE 350
DALLAS, TX 75234-2714

Claim Number: 3831
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $625,152.95 | Scheduled: | $5,416.00 |
| --- | --- | --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| NETWORK EQUIPMENT TECHNOLOGIES, INC.<br>6900 PASEO PADRE PARKWAY<br>FREMONT, CA 94555 | Claim Number: 1695<br>Claim Date: 08/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $13,987.31 | Allowed: | $8,632.92 |
|---|---|---|---|---|

| NEUMEISTER JR., ROBERT M.<br>2729 SILVER CLOUD DR.<br>PARK CITY, UT 84060 | Claim Number: 1659<br>Claim Date: 07/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $229.54  UNLIQ |
|---|---|---|

| NEUMEISTER, ROBERT M<br>2729 SILVER CLOUD DR<br>PARK CITY, UT 84060 | Claim Number: 3179<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $40,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| NEW BOSTON 175 CAPITAL LLC<br>60 STATE STREET, SUITE 1500<br>BOSTON, MA 02109-1803 | Claim Number: 3665<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $39,224.73 |
|---|---|---|

| NEW HORIZONS<br>5400 S. MIAMI BLVD<br>SUITE 140<br>DURHAM, NC 27703-8465 | Claim Number: 1909<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,254.14 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | | | | |
|---|---|---|---|---|---|
| NEW HORIZONS<br>5400 S MIAMI BLVD STE 140<br>DURHAM, NC 277038465 | | Claim Number: 1910<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED | Claimed: | $3,254.14 | | Allowed: | $2,000.00 |

| | | |
|---|---|---|
| NEW HORIZONS<br>901 COPE INDUSTRIAL WAY<br>PALMER, AK 99645-6739 | | Claim Number: 3481<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $78,212.82 |

| | | |
|---|---|---|
| NEW HORIZONS TELECOM INC<br>901 COPE INDUSTRIAL WAY<br>PALMER, AK 99645-6739 | | Claim Number: 3478<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
| UNSECURED | Claimed: | $78,212.82 |

| | | |
|---|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPCTY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 1662<br>Claim Date: 08/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2915 (04/22/2010) |
| PRIORITY | Claimed: | $526.54 |
| UNSECURED | Claimed: | $306.34 |

| | | |
|---|---|---|
| NEWFIELD WIRELESS, INC<br>2855 TELEGRAPH AVENUE STE 600<br>BERKELEY, CA 94705 | | Claim Number: 2441<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| ADMINISTRATIVE | Claimed: | $3,572.25 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| NEWMAN, ROBERT M.<br>4816 W. 162ND ST.<br>STILWELL, KS 66085 | | Claim Number: 7288<br>Claim Date: 06/10/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $54,935.76 | | |
|---|---|---|---|---|

| NEWTON JR, PERCY M<br>3940 THREE CHIMNEYS LANE<br>CUMMING, GA 30041-6998 | | Claim Number: 4307<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $208,377.96 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| NFUSION GROUP, LLC<br>CARMENT HENDERSON, CONTROLLER<br>5000 PLAZA ON THE LAKE<br>SUITE 200<br>AUSTIN, TX 78746 | | Claim Number: 5353<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ | | |
| UNSECURED | Claimed: | $112,404.00  UNLIQ | | |

| NG, ALEXANDER<br>5739 DESERET TRAIL<br>DALLAS, TX 75252 | | Claim Number: 682<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $48,807.68 | | |
|---|---|---|---|---|

| NG, ALEXANDER<br>5739 DESERET TRAIL<br>DALLAS, TX 75252 | | Claim Number: 1905<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $48,807.68 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| NG, ALEXANDER<br>5739 DESERET TRAIL<br>DALLAS, TX 75252 | | Claim Number: 1906<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $48,807.68 |
| NG, ALEXANDER<br>5739 DESERET TRAIL<br>DALLAS, TX 75252 | | Claim Number: 1917<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $48,807.68 |
| NG, ALEXANDER<br>5739 DESERET TRAIL<br>DALLAS, TX 75252 | | Claim Number: 1918<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| PRIORITY | Claimed: | $48,807.68 |
| NG, ALEXANDER<br>5739 DESERET TRAIL<br>DALLAS, TX 75252 | | Claim Number: 1927<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| PRIORITY | Claimed: | $48,807.68 |
| NG, ALEXANDER<br>5739 DESERET TRAIL<br>DALLAS, TX 75252 | | Claim Number: 1928<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $48,807.68 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| NG, CHI CHIU<br>22 F, HENG TIEN MANSION<br>2, TAI FUNG AVE<br>TAIKOO SHING,<br>HONG KONG, SAR | | Claim Number: 770<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $6,733.55 | | | |
| NG, KENNY W.<br>52 BRIARWOOD DRIVE<br>HUNTINGTON, NY 11743 | | Claim Number: 846<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $32,785.45 | | | |
| NG, MAN-FAI<br>3713 MOUNT PLEASANT LN<br>PLANO, TX 75025 | | Claim Number: 4324<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $28,789.47 | Scheduled: | $30,421.62 UNLIQ | |
| NG, SCARLETTE<br>2100 COOLIDGE DRIVE<br>SANTA CLARA, CA 95051 | | Claim Number: 4095<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $31,981.80 | | | |
| NGO, MANH<br>1742 GRAND TETON DR.<br>MILPITAS, CA 95035 | | Claim Number: 3385<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $44,263.51 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| NGUYEN, CANH TAN<br>2026 CAMPERDOWN WAY<br>SAN JOSE, CA 95121 | | Claim Number: 6193<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $34,929.00 | | | |
| NGUYEN, HOANG-NGA<br>829 BABOCK CT<br>RALEIGH, NC 27609 | | Claim Number: 2754<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $49,197.80 | | | |
| NGUYEN, KHOA VAN<br>2505 APPALACHIA DR<br>GARLAND, TX 75044 | | Claim Number: 2694<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $26,646.03 | Scheduled:<br>Scheduled: | $805.90<br>$22,375.87 | |
| NGUYEN, LAN<br>563 MAPLE AVE<br>MILPITAS, CA 95035 | | Claim Number: 6399<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $14,120.00 | | | |
| NGUYEN, LINH T<br>5240 KATHRYN DR<br>GRAND PRAIRIE, TX 75052 | | Claim Number: 5860<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $7,432.33 | Scheduled:<br>Scheduled: | $7,432.33<br>$8,740.01 | |

NORTEL NETWORKS INC.                                                              Date: 06/23/2011
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

NGUYEN, LINH T                          Claim Number: 5861
5240 KATHRYN DR                         Claim Date: 10/05/2009
GRAND PRAIRIE, TX 75052                 Debtor: NORTEL NETWORKS INC.

---

ADMINISTRATIVE          Claimed:              $0.00   UNDET
NGUYEN, LONG                            Claim Number: 5760
2961 CRYSTAL SPRINGS LN                 Claim Date: 10/01/2009
RICHARDSON, TX 75082                    Debtor: NORTEL NETWORKS INC.
                                        Comments: EXPUNGED
                                        DOCKET: 2619 (03/03/2010)

---

ADMINISTRATIVE          Claimed:           $100,000.00
NGUYEN, LONG                            Claim Number: 5761
2961 CRYSTAL SPRINGS LANE               Claim Date: 10/01/2009
RICHARDSON, TX 75082                    Debtor: NORTEL NETWORKS INC.

---

PRIORITY                Claimed:           $100,000.00
NGUYEN, NGA B.                          Claim Number: 7585
8406 TRAIL LAKE DR.                     Claim Date: 01/31/2011
ROWLETT, TX 75088                       Debtor: NORTEL NETWORKS INC.

---

PRIORITY                Claimed:            $10,950.00
UNSECURED               Claimed:            $44,965.53
NGUYEN, TAN                             Claim Number: 6174
3809 HIBBS ST                           Claim Date: 12/03/2009
PLANO, TX 75025                         Debtor: NORTEL NETWORKS INC.

---

ADMINISTRATIVE          Claimed:            $10,871.00

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| NGUYEN, THUY | Claim Number: 3613 |
| 5337 OLVER AVE S | Claim Date: 09/24/2009 |
| MINNEAPOLIS, MN 554191054 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | Claim out of balance |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $16,362.82 | Scheduled: | $16,362.82 |
| TOTAL | Claimed: | $16,362.82 | | |

---

| NIBBY, CHESTER JR. | Claim Number: 2843 |
| 183 BRIDGE ST | Claim Date: 09/11/2009 |
| BEVERLY, MA 01915 | Debtor: NORTEL NETWORKS INC. |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $82.52 | Scheduled: | $82.52 |
| UNSECURED | Claimed: | $31,282.98 | Scheduled: | $31,282.98 |

---

| NICHOLAS, DANIEL J. | Claim Number: 244 |
| 5711 CARELL AVE | Claim Date: 02/09/2009 |
| AGOURA HILLS, CA 91301 | Debtor: NORTEL NETWORKS INC. |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,230.77 | Scheduled: | $4,230.75 |

---

| NICHOLS, JOHN W. | Claim Number: 7484 |
| 11825 N. EXETER WAY | Claim Date: 11/05/2010 |
| RALEIGH, NC 27613 | Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $57,076.92 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| NICKLIS, STEPHEN G<br>101 RUSHING BREEZE CT<br>APEX, NC 27502 | | Claim Number: 5050<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $9,807.62 |
| NIELSON, DAVID D<br>504 S HORIZON CIRCLE<br>SIOUX FALLS, SD 57106 | | Claim Number: 4313<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $375,154.02 |
| NIELSON, DAVID D<br>504 S HORIZON CIRCLE<br>SIOUX FALLS, SD 57106 | | Claim Number: 4314<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $205,480.27 |
| NIELSON, DAVID D<br>504 S HORIZON CIRCLE<br>SIOUX FALLS, SD 57106 | | Claim Number: 4315<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $1,176.62 |
| NIMMALA, PREETI<br>4016 HEARTLIGHT CT<br>PLANO, TX 75024 | | Claim Number: 6366<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $25,913.46 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

NISKALA, KEITH
4 SHELLEY DR
LONDONDERRY, NH 03053

Claim Number: 3643
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $29,359.35 |
|---|---|---|

NISKALA, KEITH
4 SHELLEY DRIVE
LONDONDERRY, NH 03053

Claim Number: 3644
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $29,359.35 |
|---|---|---|

NITHYANANDAN, VANGAL
312 W MEADOWS LN
DANVILLE, CA 94506-1335

Claim Number: 4290
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $25,921.28 |
|---|---|---|

NORMAN, GLEN
40425 CHAPEL WAY, # 307
FREMONT, CA 94538

Claim Number: 7584
Claim Date: 01/28/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $52,050.00  UNLIQ |

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5137
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| PRIORITY | Claimed: | $0.00  UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

NORTEL GMBH, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7778
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $5,341,266.56 | UNLIQ |

---

NORTEL NETORKS S.R.O., ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7782
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $1,814,052.63 | UNLIQ |

---

NORTEL NETWORK BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5059
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS (AUSTRIA) GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4996
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

NORTEL NETWORKS (AUSTRIA) GMBH, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7755
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $1,812,693.88 | UNLIQ |

---

NORTEL NETWORKS (IRELAND) LIMITED
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7774
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $291,169,949.90 | UNLIQ |

---

NORTEL NETWORKS (IRELAND) LIMITED ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5089
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4970
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

NORTEL NETWORKS AB, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7779
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $1,500,000.00 | UNLIQ |

---

NORTEL NETWORKS AG, ET AL
HERBERT SMITH LLP
ATTN: STEPHEN GALE/KEVIN LLOYD
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 7752
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $5,600,000.00 | UNLIQ |

---

NORTEL NETWORKS AG, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5273
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AS, ET AL
ATTN: STEPHEN GALE/KEVIN LLOYD
HERBERT SMITH LLP, EXCHANGE HOUSE
PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 7762
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $614,231.00 | UNLIQ |

NORTEL NETWORKS INC.                                                                    Date: 06/23/2011
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| NORTEL NETWORKS AS, ET AL. | | Claim Number: 5258 |
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Debtor: NORTEL NETWORKS INC. |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: DOCKET: 5588 (06/03/2011) |
| LONDON, EC2A 2HS | | |
| UNITED KINGDOM | | |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS BV, ET AL | | Claim Number: 7780 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | | Claim Date: 06/03/2011 |
| ATTN: EDWIN J. HARRON | | Debtor: NORTEL NETWORKS INC. |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | | |
| WILMINGTON, DE 19801 | | |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $24,670,097.67 UNLIQ |

---

| NORTEL NETWORKS ENGINEERING SVC KFT | | Claim Number: 5191 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | | Debtor: NORTEL NETWORKS INC. |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | | Comments: DOCKET: 5588 (06/03/2011) |
| WILMINGTON, DE 19801 | | |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS ENGINEERING SVC KFT,ETAL | | Claim Number: 7756 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | | Claim Date: 06/03/2011 |
| ATTN: EDWIN J. HARRON | | Debtor: NORTEL NETWORKS INC. |
| 1000 WEST ST., 17TH FL - BRANDYWINE BLDG | | |
| WILMINGTON, DE 19801 | | |

| PRIORITY | Claimed: | $0.00 UNDET |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $1,100,000.00 UNDET |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

NORTEL NETWORKS FRANCE S.A.S, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7765
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $673,116.78 | UNLIQ |

---

NORTEL NETWORKS FRANCE SAS ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5074
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5020
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA, S.A., ETAL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7787
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $33,303,067.63 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| NORTEL NETWORKS INTERNATIONAL INC.<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST., 17TH FL - BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 7776<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $389,997,164.67 | UNLIQ |

---

| NORTEL NETWORKS INTL FINANCE &HOLDING BV<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5161<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| NORTEL NETWORKS NETAS<br>TELEKOMUNIKASYON A.S.<br>ALEMDAG CADDESI NO. 171<br>UMRANIYE<br>ISTANBUL, 34768<br>TURKEY | Claim Number: 2875<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $87,760.50 |
|---|---|---|

---

| NORTEL NETWORKS NETAS<br>TELEKOMUNIKASYON A.S.<br>ALEMDAG CADDESI NO. 171<br>UMRANIYE<br>ISTANBUL, 34768<br>TURKEY | Claim Number: 2877<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $14,261,663.01 |
|---|---|---|

---

NORTEL NETWORKS INC.                                                                                          Date: 06/23/2011
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| NORTEL NETWORKS NV, ET AL | Claim Number: 7781 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | Claim Date: 06/03/2011 |
| ATTN: EDWIN J. HARRON | Debtor: NORTEL NETWORKS INC. |
| 1000 WEST ST., 17TH FL - BRANDYWINE BLDG | |
| WILMINGTON, DE 19801 | |

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $11,763,470.58 | UNLIQ |

---

| NORTEL NETWORKS NV, ET AL. | Claim Number: 5176 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | Debtor: NORTEL NETWORKS INC. |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | Comments: DOCKET: 5588 (06/03/2011) |
| WILMINGTON, DE 19801 | |

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| NORTEL NETWORKS OPTICAL | Claim Number: 5318 |
| COMPONENTS LTD, ET AL. | Claim Date: 09/30/2009 |
| MAIDENHEAD OFFICE PARK, WESTACOTT WAY | Debtor: NORTEL NETWORKS INC. |
| MAIDENHEAD | Comments: DOCKET: 5588 (06/03/2011) |
| BERKSHIRE, SL6 3QH | |
| UNITED KINGDOM | |

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| NORTEL NETWORKS OPTICAL COMPONENTS LTD | Claim Number: 7772 |
| HERBERT SMITH LLP | Claim Date: 06/03/2011 |
| ATTN: STEPHEN GALE / KVIN LLOYD | Debtor: NORTEL NETWORKS INC. |
| EXCHANGE HOUSE, PRIMROSE STREET | |
| LONDON, EC2A 2HS | |
| UNITED KINGDOM | |

| PRIORITY | Claimed: | $0.00 | UNDET |
| SECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

NORTEL NETWORKS OY ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4948
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS OY, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL- BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7753
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $67,946.00 | UNLIQ |

---

NORTEL NETWORKS POLSKA SP ZOO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4930
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS POLSKA SP ZOO ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7754
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $9,700,000.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| NORTEL NETWORKS PORTUGAL S.A., ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST., 17TH FL - BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 7751<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $4,626,914.08 | UNLIQ |

---

| NORTEL NETWORKS PORTUGAL SA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5005<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) |
|---|---|

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| NORTEL NETWORKS ROMANIA SRL, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST 17TH FL THE BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 5206<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) |
|---|---|

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| NORTEL NETWORKS ROMANIA SRL, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 7783<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $127,000.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

NORTEL NETWORKS SA (FRENCH LIQUIDATORS)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7784
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $473,400,776.91 | UNLIQ |

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4923
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS SA, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7785
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $473,400,776.91 | UNLIQ |

NORTEL NETWORKS SLOVENSKO SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5035
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| NORTEL NETWORKS SLOVENSKO SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST., 17TH FL - BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 7750<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $1,100,000.00 | UNLIQ |
| NORTEL NETWORKS SO. AFRICA (PROPRIETARY)<br>LIMITED, ET AL<br>HERBERT SMITH-STEPHEN GALE / KEVIN LLOYD<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 7773<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $0.00 | UNDET |
| SECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |
| NORTEL NETWORKS SOUTH AFRICA<br>(PROPRIETARY) LTD ET AL - HERBERT SMITH<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 5288<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) | | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| NORTEL NETWORKS SPA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4981<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) | | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| NORTEL NETWORKS SPA, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 7775<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $42,895,855.09   UNLIQ |

| NORTEL NETWORKS SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5101<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) |
|---|---|

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS UK LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5122<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) |
|---|---|

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS UK LTD<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST., 17TH FL - BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 7786<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $19,918,960.35   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| NORTEL NETWORKS UK PENSION TRUST LTD ET AL, ATTN: DAVID DAVIES, CHAIRMAN WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | | Claim Number: 5573 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. | |
| SECURED | Claimed: | $0.00  UNLIQ | |
| NORTEL TELECOM INTERNATIONAL LTD ET AL HERBERT SMITH LLP ATTN: STEPHEN GALE & JOHN OGILVIE EXCHANGE HOUSE, PRIMROSE STREET LONDON, EC2A 2HS UNITED KINGDOM | | Claim Number: 5303 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: DOCKET: 5588 (06/03/2011) | |
| PRIORITY | Claimed: | $0.00  UNLIQ | |
| SECURED | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $0.00  UNLIQ | |
| NORTEMAN, NANCY L. 102 MONUMENT ST, # 2 MEDFORD, MA 02155 | | Claim Number: 2319 Claim Date: 08/28/2009 Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $76,356.00 | |
| NORTH CAROLINA DEPARTMENT OF REVENUE ANGELA C. FOUNTAIN BANKRUPTCY MANAGER COLLECTIONS EXAMINATION DIVISION PO BOX 1168 RALEIGH, NC 27602-1168 | | Claim Number: 5949 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $0.00 | |
| SECURED | Claimed: | $0.00 | |
| UNSECURED | Claimed: | $3,165.42 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| NORTHERN TELECOM FRANCE SA, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | | Claim Number: 5228<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| NORTHERN TELECOM FRANCE SA, ET AL.<br>FTPA<br>ATTN: RAJEEV SHARMA FOKKER/EDOUARD FABRE<br>1 BIS AVENUE FOCH<br>PARIS, 75116<br>FRANCE | | Claim Number: 7777<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $0.00 | UNDET |
| SECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |
| NORTHERN TELECOM PCN LIMITED, ET AL<br>HERBERT SMITH LLP / KEVIN LLOYD<br>EXCHANGE HOUSE<br>PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | | Claim Number: 7771<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $17,964.73 | UNLIQ |
| NORTHWESTERN UNIVERSITY<br>ATTN: SUSAN WUORINEN ESQ<br>C/O OFFICE OF GENERAL COUNSEL<br>633 CLARK ST<br>EVANSTON, IL 60208 | | Claim Number: 4026<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3138 (06/04/2010) | |
| UNSECURED | Claimed: | $0.00 | UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

NOVATIONS GROUP, INC
10 GUEST ST. SUITE 300
BOSTON, MA 02135

Claim Number: 1192
Claim Date: 05/18/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $3,610.00 |
|---|---|---|

NOY, ANA
10202 SW 158TH CT
MIAMI, FL 33196

Claim Number: 1845
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $27,306.15 |
|---|---|---|

NOY, ANA
10202 SW 158TH CT
MIAMI, FL 33196

Claim Number: 1994
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $8,980.04 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $8,980.04 UNLIQ |

NOY, ANA M
10202 SW 158 CT
MIAMI, FL 33196

Claim Number: 1846
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $27,306.15 |
|---|---|---|

NOY, ANA M.
10202 SW 158 CT
MIAMI, FL 33196

Claim Number: 1995
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $9,027.77 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC<br>TIM STEVENSON<br>ONE WAYSIDE RD<br>BURLINGTON, MA 01803-4609 | Claim Number: 3266<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4779 (01/31/2011) |

| UNSECURED | Claimed: | $961,637.94 |
|---|---|---|

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC.<br>ATTN: TIM STEVENSON<br>ONE WAYSIDE ROAD<br>BURLINGTON, MA 01803 | Claim Number: 3308<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |

| ADMINISTRATIVE | Claimed: | $143,523.60 |
|---|---|---|

| | |
|---|---|
| NUI SOLUTIONS<br>18N269 NORTHWIND LANE<br>DUNDEE, IL 60118 | Claim Number: 1525<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $42,060.31 | Scheduled: | $42,060.31 |
|---|---|---|---|---|

| | |
|---|---|
| NUI SOLUTIONS<br>18N269 NORTHWIND LANE<br>DUNDEE, IL 60118 | Claim Number: 1526<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |

| ADMINISTRATIVE | Claimed: | $42,060.31 |
|---|---|---|

| | |
|---|---|
| NUNN, RANDALL H.<br>601 NW 7TH AVE<br>MINERAL WELLS, TX 76067 | Claim Number: 3695<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $2,200.36 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| NYC DEPT. OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY 11201 | | Claim Number: 1345<br>Claim Date: 04/21/2009<br>Debtor: QTERA CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 3773 (08/11/2010) |
| PRIORITY | Claimed: | $275,330.00   UNLIQ |
| O'BOYLE, MICHAEL J.<br>408 TIRRELL HILL ROAD<br>GOFFSTOWN, NH 03045 | | Claim Number: 117<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $46,800.90 |
| O'CONNELL, DAVID<br>PO BOX 460334<br>GARLAND, TX 75046-0334 | | Claim Number: 1445<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $19,200.00   UNLIQ |
| O'CONNELL, DAVID<br>PO BOX 461263<br>GARLAND, TX 75046-1263 | | Claim Number: 2958<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $77,000.00   UNLIQ |
| O'HARA, ROBERT J.<br>11316 DUNLEITH DRIVE<br>RALEIGH, NC 27614 | | Claim Number: 1629<br>Claim Date: 07/31/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,135.38 |
| UNSECURED | Claimed: | $52,836.24 | Scheduled: | $56,969.45 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| O'HARA, ROBERT J.<br>11316 DUNLEITH DRIVE<br>RALEIGH, NC 27614 | | Claim Number: 4178<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $14,144.84 |
|---|---|---|

---

| O'TOOL, ANDREW PAUL<br>1130 CALISTOGA WAY<br>SAN MARCOS, CA 92078 | | Claim Number: 7287<br>Claim Date: 06/10/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $51,923.08 |
|---|---|---|

---

| O.O.O. NORTEL NETWORKS, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | | Claim Number: 5243<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| OBENAUS, SABINE<br>AUGUST-BEBEL-STR. 69<br>ELSTERWERDA, 04910<br>GERMANY | | Claim Number: 5999<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| OBJECTIVITY INC<br>640 WEST CALIFORNIA AVE<br>SUNNYVALE, CA 94086-2486 | | Claim Number: 3472<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $40,867.20 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

OBRYON & SCHNABEL
6221 S CLAIBORNE AVE #631
NEW ORLEANS, LA 701254142

Claim Number: 4028
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $208.50 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

OCKELMANN, GREGORY
1203 LAKE VISTA LN
RICHARDSON, TX 75080

Claim Number: 1276
Claim Date: 06/05/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $36,861.92 |
|---|---|---|

OCLARO (NORTH AMERICA), INC.
F/K/A AVANEX CORPORATION
ATTN: JERRY TURIN
40919 ENCYCLOPEDIA CIRCLE
FREMONT, CA 94538

Claim Number: 4685
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $177,805.00 |
|---|---|---|

OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC
ATTN: GEORGE W. SHUSTER, JR.
WILMER CUTLER PICKERING HALE & DORE LLP
60 STATE STREET
BOSTON, MA 02109

Claim Number: 4653
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $769,328.00 |
|---|---|---|

OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC
ATTN: JERRY TURIN
2584 JUNCTION AVENUE
SAN JOSE, CA 95134

Claim Number: 4684
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $769,328.00 |
|---|---|---|
| UNSECURED | Claimed: | $99,084.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| OFS FITEL DENMARK APS<br>C/O FITEL, LLC<br>ATTN: JANA KAPLAN<br>2000 NORTHEAST EXPRESSWAY, SUITE 2H02<br>NORCROSS, GA 30071 | Claim Number: 3949<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4163 (10/14/2010) |
|---|---|

| UNSECURED | Claimed: | $6,272.00 | Scheduled: | $35,700.00 | | |
|---|---|---|---|---|---|---|

| OFS FITEL, LLC<br>ATTN: JANA KAPLAN<br>2000 NORTHEAST EXPRESSWAY SUITE 2H 02<br>NORCROSS, GA 30071 | Claim Number: 3950<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5624 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $98,572.12 | | | Allowed: | $98,138.41 |
|---|---|---|---|---|---|---|

| OFS FITEL, LLC<br>ATTN: JANA KAPLAN<br>2000 NORTHEAST EXPRESSWAY SUITE 2H 02<br>NORCROSS, GA 30071 | Claim Number: 3951<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $57,904.62 | | | | |
|---|---|---|---|---|---|---|

| OGLETREE DEAKINS<br>ATTN: MARSHA PHILLIPS<br>P.O. BOX 167<br>GREENVILLE, SC 29602 | Claim Number: 3243<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $36,562.50 | | | | |
|---|---|---|---|---|---|---|

| OLDFATHER, DAVID<br>7216 SAGE MEADOW WAY<br>PLANO, TX 75024 | Claim Number: 3133<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $29,440.00 | | | | |
|---|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| OLSON, MICHAEL J<br>10584 PRAIRIE LAKES DR<br>EDEN PRAIRIE, MN 55344 | Claim Number: 6021<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 755. |
|---|---|

| UNSECURED | Claimed: | $155,312.26 |
|---|---|---|

| OMEGA CORPORATECENTER L.P.<br>ELEVEN PARKWAY CENTER, SUITE 300<br>PITTSBURGH, PA 15520 | Claim Number: 3267<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $110,802.50 | Scheduled: | $0.00 UNLIQ | Allowed: | $83,503.20 |
|---|---|---|---|---|---|---|

| OMEGA CORPORATECENTER L.P.<br>ELEVEN PARKWAY CENTER, SUITE 300<br>PITTSBURGH, PA 15520 | Claim Number: 3268<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $24,302.99 | | | Allowed: | $24,302.99 |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $24,302.99 | | | | |
| TOTAL | Claimed: | $24,302.99 | | | | $0.00 |

| OMERAGIC, MERIMA<br>18 MIDDLESEX RD<br>MERRIMACK, NH 03054 | Claim Number: 5885<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $8,908.17 |
|---|---|---|

| OMNITURE, INC.<br>BRENT D. WRIDE<br>RAY QUINNEY & NEBEKER PC<br>PO BOX 45385<br>SALT LAKE CITY, UT 84145-0385 | Claim Number: 1252<br>Claim Date: 05/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $47,042.19 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| ONE CAPITAL MALL INVESTORS, L.P.<br>HEFNER, STARK & MAROIS, LLP<br>ATTN: THOMAS P. GRIFFIN, JR.<br>2150 RIVER PLAZA DRIVE, STE. 450<br>SACRAMENTO, CA 95833 | Claim Number: 1440<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | Claimed: | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,747.43 | | |
| UNSECURED | Claimed: | $27,234.21 | | |

| | | | | |
|---|---|---|---|---|
| ONPROCESS TECHNOLOGY, INC.<br>200 HOMER AVE.<br>ASHLAND, MA 01721 | Claim Number: 254<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $188,004.58 | Scheduled: | $79,124.00 |

| | | | | |
|---|---|---|---|---|
| OPEN TERRACE ASSOCIATES LLC<br>2851 CHARLEVOIX DRIVE<br>SE, SUITE 325<br>GRAND RAPIDS, MI 49546-7092 | Claim Number: 2959<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,995.20 | Scheduled: | $0.00 UNLIQ |

| | | | | |
|---|---|---|---|---|
| OPERATIV INC.<br>331 SOMERSET ST. W. SUITE 3<br>OTTAWA, ON K2P 0J8<br>CANADA | Claim Number: 4494<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |

| | Claimed: | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $12,836.24 | | |

| | | | | |
|---|---|---|---|---|
| OPSWAT, INC.<br>640 2ND ST, 2ND FL<br>SAN FRANCISCO, CA 94107 | Claim Number: 1355<br>Claim Date: 06/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,375.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OPTIME CONSULTING INC<br>2225 N COMMERCE PARKWAY<br>SUITE # 5<br>WESTON, FL 33326 | | Claim Number: 1600<br>Claim Date: 07/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | | | | |
| UNSECURED | Claimed: | $10,590.00 | Scheduled: | $590.00 | Allowed: | | $590.00 |
| ORACLE USA, INC.<br>C/O BUCHALTER NEMER, P. C.<br>ATTN: SHAWN CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105 | | Claim Number: 3947-01<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) | | | | | |
| UNSECURED | Claimed: | $162,814.97 | | | | | |
| ORACLE USA, INC.<br>C/O BUCHALTER NEMER, P. C.<br>ATTN: SHAWN CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105 | | Claim Number: 3947-02<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) | | | | | |
| UNSECURED | Claimed: | $20,764.80 | | | | | |
| ORANGE COUNTY TREASURER<br>TAX COLLECTOR<br>ATTN: BANKRUPTCY UNIT<br>PO BOX 1438<br>SANTA ANA, CA 92703 | | Claim Number: 626<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC. | | | | | |
| PRIORITY | Claimed: | $137.07 | | | | | |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>CHRISS W. STREET<br>ATTN: BANKRUPTCY UNIT<br>PO BOX 1438<br>SANTA ANA, CA 92702-1438 | | Claim Number: 7405<br>Claim Date: 09/13/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4656 (12/28/2010) | | | | | |
| ADMINISTRATIVE | Claimed: | $2,117.18   UNLIQ | | | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| ORDER, KIM<br>15 DANE CIRCLE<br>TYNGSBORO, MA 01879 | | Claim Number: 232<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $89,172.41 | Scheduled: | $64,654.46 |
| ORDONEZ, JR., TEO<br>10 ELIOT CIRCLE<br>SALINAS, CA 93906 | | Claim Number: 5906<br>Claim Date: 10/06/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $27,285.02 | | |
| ORGAN, WALTER<br>11 HARBOR COVE<br>SLIDELL, LA 70458 | | Claim Number: 2700<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $26,344.32   UNLIQ | | |
| ORGAN, WALTER<br>11 HARBOR COVE<br>SLIDELL, LA 70458 | | Claim Number: 2701<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $26,344.32   UNLIQ | | |
| ORTT, ROBERT<br>10912 QUEBEC AVENUE N.<br>CHAMPLIN, MN 55316 | | Claim Number: 3897<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $96,037.63 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| OSTASZEWSKI, JOHN | Claim Number: 958 |
| 1933 CAMBORNE CRESCENT | Claim Date: 04/16/2009 |
| OTTAWA, ON K1H 7B6 | Debtor: NORTEL NETWORKS INC. |
| CANADA | |

---

| UNSECURED | Claimed: | $14,390.00 |

| OTIS, KIRK | Claim Number: 7680 |
| PO BOX 25-1193 | Claim Date: 04/04/2011 |
| PLANO, TX 75025-1193 | Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $47,010.00 |

| OTTAWA DRAGON BOAT RACE FESTIVAL | Claim Number: 4341 |
| 34 407 LAURIER AVENUE WEST | Claim Date: 09/28/2009 |
| OTTAWA, ON K1R 7Y7 | Debtor: NORTEL NETWORKS INC. |
| CANADA | Comments: EXPUNGED |
| | DOCKET: 4053 (09/30/2010) |

---

| UNSECURED | Claimed: | $30,000.00 |

| OTTAWA DRAGON BOAT RACE FESTIVAL | Claim Number: 4382 |
| 34 407 LAURIER AVENUE WEST | Claim Date: 09/28/2009 |
| OTTAWA, ON K1R 7Y7 | Debtor: NORTEL NETWORKS INC. |
| CANADA | Comments: EXPUNGED |
| | DOCKET: 4053 (09/30/2010) |

---

| ADMINISTRATIVE | Claimed: | $30,000.00 |

| OVELLETTE, PAUL | Claim Number: 7712 |
| 55 ROBINHOOD RD | Claim Date: 04/19/2011 |
| NASHUA, NH 03062 | Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $61,040.94 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| OWEN, ARLENE<br>4001 E. CHAPEL HILL-NELSON HWY<br>P.O. BOX 13010<br>RESEARCH TRIANGLE PARK, NC 27709-3010 | Claim Number: 5483<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $13,291.85 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,376.09 | Scheduled: | $30,667.94 UNLIQ |

---

| OWENS, WILLIAM A<br>C/O EDWIN K SATO<br>BUCKNELL STEHLIK SATO & STUBNER, LLP<br>2003 WESTERN AVENUE, SUITE 400<br>SEATTLE, WA 98121 | Claim Number: 5600<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| OWENS, WILLIAM A.<br>C/O EDWIN K. SATO<br>BUCKNELL STEHLIK SATO & STUBNER, LLP<br>2003 WESTERN AVENUE, #400<br>SEATTLE, WA 98121 | Claim Number: 703<br>Claim Date: 03/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $2,179,606.00 |
|---|---|---|

---

| OWENS, WILLIAM A.<br>C/O EDWIN K. SATO<br>BUCKNELL STEHLIK SATO & STUBNER, LLP<br>2003 WESTERN AVENUE, # 400<br>SEATTLE, WA 98121 | Claim Number: 2506<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $2,278,679.00 |
|---|---|---|

---

| OWINGS, JOHN<br>8237 TREEMONT PL<br>FRISCO, TX 75034 | Claim Number: 3255<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6856 |
|---|---|

| UNSECURED | Claimed: | $367,500.00 | Scheduled: | $367,500.00 |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| OWINGS, JOHN<br>8237 TREEMONT PL<br>FRISCO, TX 75034 | | Claim Number: 3256<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $367,500.00 | Scheduled: | $0.00 UNLIQ |
| OWINGS, JOHN<br>8237 TREEMONT PL<br>FRISCO, TX 75034 | | Claim Number: 3382<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $3,881.49 | Scheduled: | $3,881.49 UNLIQ |
| OWINGS, JOHN R.<br>8237 TREEMONT PLACE<br>FRISCO, TX 75034 | | Claim Number: 513<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $312,500.00 | | |
| OWINGS, JOHN R.<br>8237 TREEMONT PLACE<br>FRISCO, TX 75034 | | Claim Number: 6856<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 3255 | | |
| UNSECURED | Claimed: | $367,500.00 | | |
| PACIFIC CARRIAGE LIMITED<br>NIKKI SHONE<br>GENERAL COUNSEL/COMMERCIAL DIRECTOR<br>PO BOX 5340<br>WELLINGTON,<br>NEW ZEALAND | | Claim Number: 2654<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2948 (05/04/2010) | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

PACIFIC ELECTRICAL
PACIFIC ELECTRICAL CONTRACTORS
PO BOX 1430
MEDFORD, OR 97501

Claim Number: 1753
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $632.31 | | Allowed: | $632.31 |

PAFILIS, VASSILIS
4511 AVEBURY DRIVE
PLANO, TX 75024

Claim Number: 2780
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $41,018.56 |

PAGORIA, RICHARD
1325 ROSEWOOD CT.
WINSTON SALEM, NC 27103

Claim Number: 2285
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $431.79   UNLIQ |

PAIGE, MICHAEL
6521 OLD STONE FENCE ROAD
FAIRFAX STATION, VA 22039

Claim Number: 2041
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $16,974.96   UNLIQ | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | |

PAILA, CHAKRAVARTHY
116 GLEN RIDGE DR
MURPHY, TX 75094

Claim Number: 5475
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $29,232.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| PALANIVELU, VENKATASUBRAMANIAM<br>3848 KIMBROUGH LN<br>PLANO, TX 75025-3868 | Claim Number: 1439<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| SECURED | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $36,888.00 | | |
| TOTAL | Claimed: | $47,838.00 | | |
| PALANIVELU, VENKATASUBRAMANIAM<br>3848 KIMBROUGH LN<br>PLANO, TX 75025-3868 | Claim Number: 1705<br>Claim Date: 08/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1439 | | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $65,172.00 | | |
| PALMER, CAROLYN<br>3171 WINDING LAKE DR<br>GAINESVILLE, GA 30504 | Claim Number: 2097<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 3604 | | | |
| UNSECURED | Claimed: | $14,138.17 | | |
| PALMER, CAROLYN G<br>3171 WINDING LAKE DR<br>GAINESVILLE, GA 30504 | Claim Number: 2099<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $215,477.09 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| PALMER, CAROLYN G.<br>3171 WINDING LAKE DRIVE<br>GAINESVILLE, GA 30504 | Claim Number: 390<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $1,696.67  UNLIQ |
| TOTAL | Claimed: | $226,181.61  UNLIQ |

---

| PALMER, GARY<br>3131 WINDING LAKE DR<br>GAINESVILLE, GA 30504 | Claim Number: 2098<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $75,101.12 | Scheduled: | $0.00  UNLIQ |

---

| PALMER, GARY<br>3131 WINDING LAKE DR<br>GAINESVILLE, GA 30504 | Claim Number: 4256<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 315. |
|---|---|

| UNSECURED | Claimed: | $127,473.87 |

---

| PALMER, GARY S.<br>3171 WINDING LAKE DRIVE<br>GAINESVILLE, GA 30504 | Claim Number: 315<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 4256 |
|---|---|

| PRIORITY | Claimed: | $1,014.88  UNLIQ |
| UNSECURED | Claimed: | $78,145.76  UNLIQ |

---

| PALOS, JOE<br>3204 WESTGATE LANE<br>RICHARDSON, TX 75082 | Claim Number: 7257<br>Claim Date: 05/17/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $45,052.21 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

PANDYA, VAISHALI
3037 SUMMER HILL CT
SAN JOSE, CA 95148

Claim Number: 251
Claim Date: 02/10/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $48,000.00 | | |

---

PANDYA, VAISHALI
3037 SUMMERHILL CT
SAN JOSE, CA 95148

Claim Number: 2760
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $48,557.73 | Scheduled: | $48,557.73 |

---

PANGAIA PARTNERS, LLC
C/O FORMAN HOLT ELAIDES & RAVIN LLC
80 ROUTE 4 EAST, SUITE 290
PARAMUS, NJ 07652

Claim Number: 5355
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $122,256.25 | | |
| UNSECURED | | | Scheduled: | $76,904.00 |

---

PANGIA, MICHAEL
2210 BLACK HEATH TRACE
ALPHARETTA, GA 30005

Claim Number: 4058
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100,384.05 | Scheduled: | $0.00 UNLIQ |

---

PANGIA, MICHAEL
2210 BLACK HEATH TRACE
ALPHARETTA, GA 30005

Claim Number: 4072
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,142.70 | Scheduled: | $8,500.27 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

PANKO, JOHN S.
3623 COURTLAND DRIVE
DURHAM, NC 27707

Claim Number: 7798
Claim Date: 06/20/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7736

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $58,440.00 | | |

---

PANNALA, NAVEEN REDDY
800 W RENNER RD APT 218
RICHARDSON, TX 75080-1030

Claim Number: 6531
Claim Date: 12/31/2009
Debtor: NORTEL NETWORKS INC.

| | | | Scheduled: | $6,882.96 |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $20,335.20 | Scheduled: | $13,452.24 |

---

PAOLETTI, MICHAEL
9211 CALABRIA DR
# 119
RALEIGH, NC 27617

Claim Number: 7569
Claim Date: 01/18/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7673

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $107,692.27 | | |

---

PAOLETTI, MICHAEL
9211 CALABRIA DR UNIT 119
RALEIGH, NC 27617

Claim Number: 7673
Claim Date: 03/30/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 7569

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $107,692.27 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

PAPANTONIS, BASIL
515 BIRCHINGTON CLOSE
ALPHARETTA, GA 30022

Claim Number: 819
Claim Date: 04/03/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $122,703.00 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| PAPANTONIS, BASIL<br>515 BIRCHINGTON CLOSE<br>ALPHARETTA, GA 30022 | | Claim Number: 821<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $239,668.00 |
|---|---|---|

---

| PAPANTONIS, BASIL<br>515 BIRCHINGTON CLOSE<br>ALPHARETTA, GA 30022 | | Claim Number: 4779<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7571 |
|---|---|---|

| PRIORITY | Claimed: | $333,214.00 |
|---|---|---|

---

| PAPANTONIS, BASIL<br>515 BIRCHINGTON CLOSE<br>ALPHARETTA, GA 30022 | | Claim Number: 7571<br>Claim Date: 01/18/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4779 |
|---|---|---|

| PRIORITY | Claimed: | $430,256.73 |
|---|---|---|

---

| PAPPAS, NICHOLAS<br>21 LISAND DRIVE<br>FAIRPORT, NY 14450 | | Claim Number: 7746<br>Claim Date: 06/01/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $63,872.00   UNLIQ |

---

| PAPROCKI, GERALD<br>110 SILVER FOX CT<br>CARY, NC 27511 | | Claim Number: 6156<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $6,789.99 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,973.10 | Scheduled: | $18,133.09 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

PARISH, SAUNDERS D
532 WOODSIDE DRIVE
HIDEAWAY, TX 75771

Claim Number: 2704
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $382.74  UNLIQ |
|---|---|---|

PARISH, SAUNDERS D
532 WOODSIDE DR
LINDALE, TX 75771

Claim Number: 2705
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

---

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $45,928.80 | Scheduled: | $0.00  UNLIQ |

PARISH, SAUNDERS D
532 WOODSIDE DRIVE
HIDEAWAY, TX 75771

Claim Number: 4304
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

PARISH, SAUNDERS D
532 WOODSIDE DRIVE
LINDALE, TX 75771

Claim Number: 4305
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $47,250.47 |
|---|---|---|

PARK, EDWARD N. III
817 WATER HICKORY DR.
CARY, NC 27519

Claim Number: 139
Claim Date: 02/03/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | | | Scheduled: | $7,421.16 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $35,052.30 | Scheduled: | $27,981.69 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| PARK, EDWARD N. III | Claim Number: 141 |
| 817 WATER HICKORY DR. | Claim Date: 02/03/2009 |
| CARY, NC 27519 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $1,494.30 |

---

| PARKER HANNIFIN CORPORATION | Claim Number: 1110 |
| 6035 PARKLAND BLVD. | Claim Date: 05/04/2009 |
| CLEVELAND, OH 44124 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $1,840.00 |
| UNSECURED | Claimed: | $8,858.60 |

---

| PARKER, JOHN KEVIN | Claim Number: 1240 |
| 903 SPRING BROOK DR | Claim Date: 05/26/2009 |
| ALLEN, TX 75002-2304 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $49,521.45 |

---

| PARKER, KATHERINE | Claim Number: 6677 |
| 1111 SUNRISE DR | Claim Date: 01/11/2010 |
| ALLEN, TX 75002 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $39,996.00 |

---

| PARKER, LARUE T. | Claim Number: 1040 |
| 349 ALPINE DRIVE | Claim Date: 04/27/2009 |
| MONCURE, NC 27559 | Debtor: NORTEL NETWORKS INC. |
| | Comments: POSSIBLY AMENDED BY 6682 |

| UNSECURED | Claimed: | $46,824.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| PARKER, TIMOTHY<br>730 SUGAR PINE RD<br>SCOTTS VALLEY, CA 95066 | Claim Number: 2283<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $15,081.29 | Scheduled: | $15,081.29 UNLIQ |
|---|---|---|---|---|

| PARKER, TIMOTHY<br>730 SUGAR PINE RD.<br>SCOTTS VALLEY, CA 95066 | Claim Number: 2284<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $42,411.66 |
|---|---|---|

| PARL, JOYCE<br>390 WAVERLY DR.<br>MUNDELEIN, IL 60060 | Claim Number: 5493<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

| PARRI, SAM<br>4613 DALROCK DR.<br>PLANO, TX 75204 | Claim Number: 6152<br>Claim Date: 11/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $40,000.00 |
|---|---|---|

| PATEL, GIRISHKUMAR<br>3905 JEFFERSON CIRCLE<br>PLANO, TX 75023 | Claim Number: 334<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $83,788.26 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| PATEL, GIRISHKUMAR<br>3905 JEFFERSON CIR<br>PLANO, TX 75023 | Claim Number: 3681<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $83,787.15 | Scheduled: | $83,787.15  UNLIQ |
|---|---|---|---|---|

---

| PATEL, JAGDISH<br>4413 LAIRD CIRCLE<br>SANTA CLARA, CA 95054 | Claim Number: 7236<br>Claim Date: 04/27/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $24,035.14 | Scheduled: | $23,659.70  UNLIQ |
|---|---|---|---|---|

---

| PATEL, KIRITKUMAR<br>2329 WOOTEN PLACE<br>CUSTER CREEK ESTATES<br>PLANO, TX 75025 | Claim Number: 441<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $38,251.00 |
|---|---|---|

---

| PATEL, KIRITKUMAR<br>2329 WOOTEN PLACE<br>CUSTER CREEK ESTATES<br>PLANO, TX 75025 | Claim Number: 2483<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $14,232.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,408.00 | Scheduled: | $35,358.08 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| PATEL, KIRITKUMAR<br>2329 WOOTEN PLACE<br>CUSTER CREEK ESTATES<br>PLANO, TX 75025 | | Claim Number: 2517<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $14,232.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,408.00 | | |

| PATEL, KISHOR A<br>2918 OAK POINT DR<br>GARLAND, TX 75044 | | Claim Number: 3717<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| PRIORITY | | | Scheduled: | $6,516.68 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,948.99 | Scheduled: | $9,432.31 |

| PATEL, SAURIN<br>2613 SAGEHILL DR<br>FT WORTH, TX 76123 | | Claim Number: 3423<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $31,134.01 | | |
| TOTAL | Claimed: | $31,134.01 | | |

| PATNER, JAMES R.<br>166 MEADOW FLOWER CIRCLE<br>BELLEFONTE, PA 16823 | | Claim Number: 3768<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $779,991.21 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

PATTEN, STEPHANIE C.
158 ELAM CT.
NEW HILL, NC 27562

Claim Number: 1329
Claim Date: 06/11/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:              $23,082.34

PATTERSON, CARROL
2616 ALEXA CT
PLANO, TX 75075

Claim Number: 1514
Claim Date: 07/10/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:              $49,091.52

PATTERSON, MAUREEN T.
111 ISLE OF VENICE DR
FORT LAUDERDALE, FL 33301

Claim Number: 1103
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY           Claimed:              $267,231.80

PATTON BOGGS LLP
ATTN NANCY WASKOW, COLLECTION MANAGER
2550 M STREET NW
WASHINGTON, DC 20037

Claim Number: 3156
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

---

UNSECURED          Claimed:              $23,925.78

PAUL, CLINTON
174 HILLCREST DR
BARRINGTON, IL 60010

Claim Number: 1012
Claim Date: 04/24/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:              $63,442.51

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | |
|---|---|---|
| PAUL, KAREN<br>273 ASTOR DRIVE<br>SAYVILLE, NY 11782 | | Claim Number: 5478<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $38,328.16 |
|---|---|---|

| | | |
|---|---|---|
| PAULK, PATRICIA<br>PO BOX 801433<br>SANTA CLARITA, CA 91380-1433 | | Claim Number: 6816<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $12,525.38 |
|---|---|---|

| | | |
|---|---|---|
| PAULUS, PATRICK<br>107 AVALON CT<br>KINGSLAND, GA 31548 | | Claim Number: 3273<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 38. |

| UNSECURED | Claimed: | $99,588.38 | Scheduled: | $99,588.38 |
|---|---|---|---|---|

| | | |
|---|---|---|
| PAULUS, PATRICK J<br>107 AVALON CT<br>KINGSLAND, GA 31548 | | Claim Number: 38<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |

| UNSECURED | Claimed: | $120,170.24 |
|---|---|---|

| | | |
|---|---|---|
| PAVLIC, TERESA<br>813 GENFORD COURT<br>RALEIGH, NC 27609 | | Claim Number: 56<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $35,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| PAVLIC, TERESA<br>813 GENFORD COURT<br>RALEIGH, NC 27609 | | Claim Number: 183<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $35,000.00 | | |

| PAVLIC, TERESA<br>813 GENFORD COURT<br>RALEIGH, NC 27609 | | Claim Number: 2121<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $36,125.00 | | |

| PAVLIC, TERESA H<br>813 GENFORD COURT<br>RALEIGH, NC 27609 | | Claim Number: 2120<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $8,075.19 |
| SECURED | Claimed: | $8,075.00 | | |
| UNSECURED | Claimed: | $28,125.00 | Scheduled: | $28,125.62 |
| TOTAL | Claimed: | $36,125.00 | | |

| PAVLIS, PETER J.<br>101 CRANBORN PLACE<br>HILLSBOROUGH, NC 27278 | | Claim Number: 1537<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $41,062.87 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

PAWELK, BRUCE
10 SW 4TH ST
YOUNG AMERICA, MN 55397

Claim Number: 4844
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $48,716.00 |
| --- | --- | --- |

---

PAYLOR, TONYA
615 OXFORD DRIVE
WYLIE, TX 75098

Claim Number: 7685
Claim Date: 04/04/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $3,006.64 |

---

PAYNE, BARBARA N
5006 REDVINE WAY
CHATTANOONA, TN 37343

Claim Number: 7381
Claim Date: 08/16/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 UNLIQ |
| --- | --- | --- |
| UNSECURED | Claimed: | $49,050.00 UNLIQ |

---

PAYNE, PAUL S
4911 CHATHAM WALK
GAINESVILLE, GA 30504

Claim Number: 3961
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $166,018.76 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

---

PDX, INC
101 JIM WRIGHT FREEWAY
SUITE 200
FORT WORTH, TX 76108-2253

Claim Number: 2598
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $10,000.00 |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

PDX, INC
101 JIM WRIGHT FREEWAY
SUITE 200
FORT WORTH, TX 76108-2253

Claim Number: 2599
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | $10,000.00 |
|---|---|---|

PEAVEY, WILLIAM L., JR.
1521 W. RALEIGH STREET
SILER CITY, NC 27344

Claim Number: 1323
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $53,571.35 |
|---|---|---|

PEDDI, RAJYALAKSHMI
3480 GRANADA AVE APT 145
SANTA CLARA, CA 95051-3414

Claim Number: 5751
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $11,038.45 |
|---|---|---|

PEDDI, RAJYALAKSHMI
1000 ESCALON AVE APT A1002
SUNNYVALE, CA 940855105

Claim Number: 5752
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $5,177.52 |
|---|---|---|---|---|
| SECURED | Claimed: | $5,177.52 | | |
| UNSECURED | Claimed: | $88.45 | Scheduled: | $5,860.93 |
| TOTAL | Claimed: | $11,038.45 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

PEDDI, RAJYALAKSHMI
1000 ESCALON AVE APT #A1002
SUNNYVALE, CA 94085

Claim Number: 5753
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $11,038.45 | |

---

PEDRAZA, RAUL
4960 SW 5 CT
MARGATE, FL 33068

Claim Number: 7399
Claim Date: 09/07/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
| UNSECURED | Claimed: | $12,550.00 | UNLIQ |

---

PEIRETTI, DANIEL
1475 KITE CT
WESTON, FL 33327

Claim Number: 5786
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |

---

PELL, SHELIA A.
301 FOREST RETREAT RD
HENDERSONVILLE, TN 37075

Claim Number: 7464
Claim Date: 10/12/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
| UNSECURED | Claimed: | $40,602.68 | UNLIQ |

---

PELLEGRINI, GINA
100 LOCKE WOODS ROAD
RALEIGH, NC 27603

Claim Number: 1022
Claim Date: 04/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $21,398.93 | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 827<br>Claim Date: 03/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |
| PRIORITY          Claimed:<br>UNSECURED       Claimed: | $379,989.62<br>$3,687.75 | |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 1676<br>Claim Date: 08/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4751 (01/25/2011) | |
| PRIORITY          Claimed:<br>UNSECURED       Claimed: | $151,747.62<br>$626.16 | |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 1696<br>Claim Date: 08/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| PRIORITY          Claimed:<br>UNSECURED       Claimed: | $151,747.62<br>$626.16 | |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 7453<br>Claim Date: 10/07/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4751 (01/25/2011) | |
| PRIORITY          Claimed:<br>UNSECURED       Claimed: | $5,624.62<br>$454.87 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | Claim Number: 7518 Claim Date: 12/17/2010 Debtor: NORTEL NETWORKS INC. Comments: WITHDRAWN DOCKET: 4751 (01/25/2011) |
|---|---|

| PRIORITY | Claimed: | $918,501.62 |
| UNSECURED | Claimed: | $17,146.87 |

| PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | Claim Number: 7535 Claim Date: 12/23/2010 Debtor: NORTEL NETWORKS INC. Comments: WITHDRAWN DOCKET: 4904 (02/08/2011) |
|---|---|

| PRIORITY | Claimed: | $912,896.62 |
| UNSECURED | Claimed: | $8,301.87 |

| PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | Claim Number: 7558 Claim Date: 01/10/2011 Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $912,896.62 |
| UNSECURED | Claimed: | $8,301.87 |

| PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | Claim Number: 7559 Claim Date: 01/10/2011 Debtor: NORTEL NETWORKS INC. Comments: WITHDRAWN DOCKET: 4904 (02/08/2011) |
|---|---|

| PRIORITY | Claimed: | $918,501.62 |
| UNSECURED | Claimed: | $17,146.87 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

PENNY, BRETT
1020 THREE RIVERS DRIVE
PROSPER, TX 75078

Claim Number: 2164
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $22,566.14 |
|---|---|---|

---

PENSION BENEFIT GUARANTY CORPORATION
ATTN: VICENTE MATIAS MURRELL, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4735-01
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |
|---|---|---|

---

PEOPLECLICK, INC.
TWO HANNOVER SQ 7TH FL
RALEIGH, NC 27601

Claim Number: 1063
Claim Date: 04/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $69,923.00 |
|---|---|---|

---

PEREZ, MARK J.
1239 CASA MARCIA PLACE
FREMONT, CA 94539-3635

Claim Number: 1324
Claim Date: 06/09/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $30,009.33 |
|---|---|---|

---

PEROT SYSTEMS CORPORATION
ATTN: VICKI TROGDON
PETROT SYSTEMS, LEGAL DEPARTMENT
2300 WEST PLANO PARKWAY
PLANO, TX 75075

Claim Number: 5394
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| SECURED | Claimed: | $656,093.62   UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $294,997.93 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| PERRINO, NICHOLAS J. | Claim Number: 761 |
| 1165 BANYON COURT | Claim Date: 03/30/2009 |
| NAPERVILLE, IL 60540 | Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $21,923.00 | | |
| PERRY, MARY | | Claim Number: 3357 | | |
| 1019 SOUTH MAIN ST | | Claim Date: 09/21/2009 | | |
| FUQUAY VARI, NC 27526 | | Debtor: NORTEL NETWORKS INC. | | |

---

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $102,107.32 |
| PERRY, MARY ELLEN | | Claim Number: 635 | | |
| 1019 S. MAIN STREET | | Claim Date: 03/18/2009 | | |
| FUQUAY VARINA, NC 27526 | | Debtor: NORTEL NETWORKS INC. | | |

---

| SECURED | Claimed: | $269,227.00 |
| PERRY, SHIHDAR | | Claim Number: 5596 |
| 129 ROSEWALL LN | | Claim Date: 09/30/2009 |
| CARY, NC 27511 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: |
| | | Amends claim 2115. |

---

| UNSECURED | Claimed: | $86,050.00 |
| PERRY, SHIHDAR LIU | | Claim Number: 643 |
| 129 ROSEWALL LANE | | Claim Date: 03/19/2009 |
| CARY, NC 27511 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2324 (01/21/2010) |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $40,769.25 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

PERRY, SHIHDAR LIU
129 ROSEWALL LANE
CARY, NC 27511

Claim Number: 2114
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $86,050.00 |
|---|---|---|

PERSECHINO, DINO
5 HAWTHORNE ROAD
SHREWSBURY, MA 01545

Claim Number: 6389
Claim Date: 12/23/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 718

| UNSECURED | Claimed: | $81,980.77 |
|---|---|---|

PERSHWITZ, EDWARD
2421 TROPHY DR
PLANO, TX 75025

Claim Number: 6952
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $44,430.64 |
|---|---|---|

PERVASIVE SOFTWARE
12365-B RIATA TRACE PARKWAY
AUSTIN, TX 78727

Claim Number: 413
Claim Date: 02/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $24,960.00 |
|---|---|---|

PERVASIVE SOFTWARE INC
12365-B RIATA TRACE PARKWAY
AUSTIN, TX 78727

Claim Number: 1574
Claim Date: 07/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $2,400.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| PESTANA, HENRY<br>695 SPINNAKER<br>WESTON, FL 33326 | | Claim Number: 17<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $49,645.85 | | | |
| PETERS, MICHAEL ALFRED<br>7201 NORTHERN LIGHTS COURT<br>PLANO, TX 75074 | | Claim Number: 7689<br>Claim Date: 04/05/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $43,492.33 | | | |
| PETERS, NORMAN<br>3513 ENCLAVE TRL<br>PLANO, TX 75074 | | Claim Number: 3506<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $218,915.55 | Scheduled: | $0.00 UNLIQ | |
| PETERS, NORMAN<br>3513 ENCLAVE TRL<br>PLANO, TX 75074 | | Claim Number: 4590<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ | |
| PETERS, NORMAN<br>3513 ENCLAVE TRL<br>PLANO, TX 75074 | | Claim Number: 6070<br>Claim Date: 10/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $218,915.55 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

PETERS, SCOTT C.
5520 CLAIRE ROSE LN NW
ATLANTA, GA 30327-4829

Claim Number: 2191
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $14,100.00 |
| UNSECURED | Claimed: | $811,660.00 |

---

PETERSON, DONALD K
3064 RUNDELAC RD
ANNAPOLIS, MD 21403-1322

Claim Number: 1923
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNLIQ |

---

PETERSON, JEFFREY
7 SCOTCH PINE LAKE
EAST SETAUKET, NY 11733

Claim Number: 1589
Claim Date: 07/23/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $65,190.00 |

---

PETERSON, JEFFREY
7 SCOTCH PINE LAKE
EAST SETAUKET, NY 11733

Claim Number: 1590
Claim Date: 07/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $65,190.00 |

---

PETERSON, JEFFREY
7 SCOTCH PINE LANE
EAST SETAUKET, NY 11733

Claim Number: 2303
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,036.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

PETERSON, JEFFREY
7 SCOTCH PINES LANE
E. SETAUKET, NY 11733

Claim Number: 2304
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $7,036.00 |
|---|---|---|

PETERSON, KAREN C.
335 HADLEY DRIVE
TRUMBULL, CT 06611

Claim Number: 1643
Claim Date: 08/05/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $38,308.98 |
|---|---|---|

PETERSON, MENDEL L
11489 OBERLAND RD
SANDY, UT 84092-7142

Claim Number: 3822
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $884,778.39 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

PEZZULLO, WILLIAM
117 STERLING RIDGE WAY
CARY, NC 27519

Claim Number: 5
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $15,024.50 |
|---|---|---|
| UNSECURED | Claimed: | $63,304.21 |

PEZZULLO, WILLIAM
117 STERLING RIDGE WAY
CARY, NC 27519

Claim Number: 3413
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $5,500.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

PEZZULLO, WILLIAM V.
117 STERLING RIDGE WAY
CARY, NC 27519

Claim Number: 3404
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $5,506.82 |
|---|---|---|

PHAM, JOHN
1509 WEATHERED WOOD LN
GARLAND, TX 75040

Claim Number: 2279
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $33,000.00 |
|---|---|---|

PHAM, KEVIN
1011 WELLINGTON LN
MURPHY, TX 75094

Claim Number: 1932
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $42,000.00 |
|---|---|---|

PHAM, TAM P.
1903 BARCLAY PLACE
RICHARDSON, TX 75081

Claim Number: 3716
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $40,340.34 |
|---|---|---|

PHAN, DUONG
15 DEL PRADO DR
CAMPBELL, CA 95008-1820

Claim Number: 298
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY                                          Scheduled:        $8,800.25
UNSECURED    Claimed:        $8,802.00

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

PHIFER, MARK P.
5421 DEN HEIDER WAY
RALEIGH, NC 27606

Claim Number: 3045
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $95,600.24 |
|---|---|---|

PHILLIPS, ALLAN
861 HILL ST.
WHITINSVILLE, MA 01588

Claim Number: 672
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $57,545.69 |
|---|---|---|

PHILLIPS, DOUGLASS M
6200 WYCKHURST CT.
RALEIGH, NC 27609

Claim Number: 1320
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $296,353.80 |
|---|---|---|

PHILLIPS, ERIC C.
609 SARAH LAWRENCE CT
RALEIGH, NC 27609

Claim Number: 1648
Claim Date: 08/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $83,550.32 |
|---|---|---|

PHILLIPS, JESSICA
1013 ANDIRON LN
RALEIGH, NC 27614

Claim Number: 3621
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $53,633.69 | Scheduled: | $53,633.69 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| PHILLIPS, JOANNE H.<br>1648 LAKESTONE VILLAGE LANE<br>FUQUAY VARINA, NC 27526 | | Claim Number: 22<br>Claim Date: 01/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $44,799.61 | | |
| PHILLIPS, LILLIAN<br>5127 CHALET LANE<br>DALLAS, TX 75232 | | Claim Number: 3279<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| PHOENIX TELECOM SOLUTIONS, INC.<br>1513 E MCFADDEN AVE<br>SANTA ANA, CA 92705-4307 | | Claim Number: 76-01<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5625 (06/07/2011) | | |
| UNSECURED | Claimed: | $57,451.39 | Allowed: | $57,451.39 |
| PHOENIX TELECOM SOLUTIONS, INC.<br>1513 E MCFADDEN AVE<br>SANTA ANA, CA 92705-4307 | | Claim Number: 76-02<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) | | |
| UNSECURED | Claimed: | $11,900.00 | Allowed: | $11,900.00 |
| PIASENTIN, RICHARD<br>345 RED OSIER RD<br>WATERLOO, ON N2V2V8<br>CANADA | | Claim Number: 1152<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $275,000.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| PIATT, JEFFERY W.<br>816 HOLT GROVE CT.<br>NASHVILLE, TN 37211 | | Claim Number: 7422<br>Claim Date: 09/17/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $11,818.85   UNLIQ |

---

| PICCARRETO, JOSEPH A<br>12 BRENTFIELD CIRCLE<br>ROCHESTER, NY 14617 | | Claim Number: 2228<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $46,440.00 |

---

| PICCARRETO, JOSEPH A<br>12 BRENTFIELD CIRCLE<br>ROCHESTER, NY 14617 | | Claim Number: 2229<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $46,440.00 |

---

| PIERANNUNZI, KEN<br>2285 PRICKLY PEAR WALK<br>LAWRENCEVILLE, GA 30043-6344 | | Claim Number: 55<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $11,819.70 |

---

| PIERANNUNZI, KEN<br>2285 PRICKLY PEAR WALK<br>LAWRENCEVILLE, GA 30043 | | Claim Number: 3702<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $35,806.29 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | |
|---|---|---|---|
| PIERCE, LINDA<br>11054 COUNTY RD. 2464<br>TERRELL, TX 75160 | | Claim Number: 7<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $7,125.72 | |
| UNSECURED | Claimed: | $40,365.72 | |
| PIERCE, MATTHEW<br>153 EAST 43RD ST<br>APT 4B<br>NEW YORK, NY 10017 | | Claim Number: 3829<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $25,576.93 | |
| PIETRZAK, ANDREW<br>6 PECONIC LANE<br>SELDEN, NY 11784 | | Claim Number: 6975<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $13,456.12 | |
| PILCH, DONNA<br>BOX 4616<br>CARY, NC 27519 | | Claim Number: 580<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $10,267.65 | |
| PILLMAN, EDWARD J<br>5203 STONE ARBOR CT.<br>DALLAS, TX 75287 | | Claim Number: 3571<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $1,017,917.33 | Scheduled: $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

PILLOW, TIMOTHY
575 LOVE HENRY COURT
SOUTHLAKE, TX 76092

Claim Number: 4327
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $254,664.64 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

PILLOW, TIMOTHY
575 LOVE HENRY COURT
SOUTHLAKE, TX 76092

Claim Number: 4328
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $124,953.15 | Scheduled: | $84,913.69 UNLIQ |
|---|---|---|---|---|

PILSWORTH, JANE
E13934 COMPTON RD.
LA FARGE, WI 54639

Claim Number: 1195
Claim Date: 05/18/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $25,784.32 |
|---|---|---|

PINEVIEW ASSOCIATES
C/O CIMINELLI DEVELOPMENT CO., INC.
350 ESSJAY ROAD, SUITE 101
WILLIAMSVILLE, NY 14221

Claim Number: 1562
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $43,655.01 |
|---|---|---|

PINO, JOSEPH A., SR.
3 CHERYL ANN CT
BERLIN, NJ 08009

Claim Number: 3177
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $91,520.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| PINO, JOSEPH A., SR.<br>3 CHERYL ANN CT<br>BERLIN, NJ 08009 | | Claim Number: 3178<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $91,520.00 | | |

| | | | | |
|---|---|---|---|---|
| PIPER, ROBERT M.<br>116 EDEN GLEN DRIVE<br>HOLLY SPRINGS, NC 27540 | | Claim Number: 1614<br>Claim Date: 07/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $66,809.42 | | |

| | | | | |
|---|---|---|---|---|
| PIRACHA, ANWAR A.<br>2001 LUNENBURG DRIVE<br>ALLEN, TX 75013 | | Claim Number: 4168<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | | | Scheduled: | $6,826.75 |
| SECURED | Claimed: | $6,826.75 | | |
| UNSECURED | Claimed: | $10,062.11 | Scheduled: | $10,062.11 |

| | | | | |
|---|---|---|---|---|
| PIRIH, ANTHONY M.<br>900 ANDERSON DRIVE<br>GREEN OAKS, IL 60048 | | Claim Number: 12<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $349,213.03 | Scheduled: | $565.38 |
| UNSECURED | | | Scheduled: | $222,703.85 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| PISKE, GREGORY<br>1112 SEMINOLE<br>RICHARDSON, TX 75080 | | Claim Number: 3518<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $70,017.85 | Scheduled: | $77,232.26 |

| PLASTINA, FRANCO<br>306 POND BLUFF WAY<br>CARY, NC 27513 | | Claim Number: 7219<br>Claim Date: 04/19/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,065.63 | | |
| UNSECURED | | | Scheduled: | $10,065.63 UNLIQ |

| PLATT, DANIEL<br>112 MISTY RIDGE RD<br>DURHAM, NC 27712-9299 | | Claim Number: 7401<br>Claim Date: 09/07/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $49,510.25 | | |

| PLOPPER, DAVE<br>21 FAIRWOOD DRIVE<br>HILTON, NY 14468-1003 | | Claim Number: 1810<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

| PLOPPER, DAVID<br>21 FAIRWOOD DR<br>HILTON, NY 14468 | | Claim Number: 1811<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $35,996.92 | Scheduled: | $8,829.51 |
| SECURED | Claimed: | $8,829.51 | | |
| UNSECURED | Claimed: | $27,167.41 | Scheduled: | $27,167.41 |
| TOTAL | Claimed: | $35,996.92 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| POINDEXTER, SARAH<br>8620 ANCHOR ON LANIER CT<br>GAINESVILLE, GA 30506-6785 | Claim Number: 327<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| PRIORITY | Claimed: | $7,793.62 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| POINDEXTER, SARAH<br>8620 ANCHOR ON LANIER CT<br>GAINESVILLE, GA 30506-6785 | Claim Number: 2197<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |

| ADMINISTRATIVE | Claimed: | $7,817.07 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| POINDEXTER, SARAH J.<br>8620 ANCHOR ON LANIER CT<br>GAINESVILLE, GA 30506-6785 | Claim Number: 2196<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| PRIORITY | Claimed: | $7,817.07 | |
|---|---|---|---|
| UNSECURED | | Scheduled: | $7,817.07 |

| | | | |
|---|---|---|---|
| POLITZ, JOHN B.<br>211 HILL ST.<br>FARMERSVILLE, TX 75442 | Claim Number: 6748<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC. | | |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| POLYCOM, INC.<br>C/O BIALSON, BERGEN & SCWAB<br>ATTN: PATRICK COSTELLO<br>2600 EL CAMINO REAL, SUITE 300<br>PALO ALTO, CA 94306 | Claim Number: 1154<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| ADMINISTRATIVE | Claimed: | $1,203,597.46 | |
|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

POLYCOM, INC.
C/O BIALSON, BERGEN & SCWAB
ATTN: PATRICK COSTELLO
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA 94306

Claim Number: 1155
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $1,203,597.46 |
| UNSECURED | Claimed: | $397,827.38 |

---

PONNUSAMY, SHANMUGASUNDARA
28 COUNTRY CLUB DR APT-H
CORAM, NY 11727

Claim Number: 7175
Claim Date: 03/29/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $31,049.98 |

---

POORMON, MELISSA
8321 TIMBER CREST DR., APT. # 301
RALEIGH, NC 27617

Claim Number: 7794
Claim Date: 06/13/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $19,141.05 |

---

POPE, VALERIE
416 HILL RD
NASHVILLE, TN 37220

Claim Number: 7508
Claim Date: 12/03/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
| UNSECURED | Claimed: | $14,624.85 | UNLIQ |

---

POST, LYNDA
2616 MOSSVINE DR
CARROLLTON, TX 75007

Claim Number: 2644
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $37,780.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

POTEET, MICHAEL
12839 PARAPET WAY
OAK HILL, VA 20171

Claim Number: 6715
Claim Date: 01/15/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $9,860.06 |
|---|---|---|

POTTS, KELLIE
953 BAY DR.
OLD HICKORY, TN 37138

Claim Number: 7414
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $9,680.00 |
|---|---|---|

POUGH, KEVIN
36272 CONGRESS ROAD
FARMINGTON HILLS, MI 48335

Claim Number: 6642
Claim Date: 01/08/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $12,519.23 |
|---|---|---|

POUSSARD, LEONARD
567 TREMONT STREET
# 23
BOSTON, MA 02118

Claim Number: 2321
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 586.

| UNSECURED | Claimed: | $44,805.99 | Scheduled: | $44,805.99 |
|---|---|---|---|---|

POUSSON, BART P.
1413 STARPOINT LANE
WYLIE, TX 75098

Claim Number: 3576
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $31,230.78 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| POWELL, WILLIAM<br>1106 HUNTSMAN DR<br>DURHAM, NC 27713 | | Claim Number: 4214<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |

PRIORITY        Claimed:              $4,777.63
UNSECURED     Claimed:            $49,518.98

| | | |
|---|---|---|
| POWERSOURCE 21 LLC<br>P.O. BOX 248<br>PITTSBORO, NC 27312 | | Claim Number: 585<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. |

UNSECURED     Claimed:              $2,900.00

| | | |
|---|---|---|
| POWERSOURCE 21 LLC<br>P.O. BOX 248<br>PITTSBORO, NC 27312 | | Claim Number: 604<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. |

UNSECURED     Claimed:              $1,436.00        Scheduled:              $4,336.00

| | | |
|---|---|---|
| PRAKASH, MYSORE<br>5212 LAKECREEK CT<br>PLANO, TX 75093 | | Claim Number: 197<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC. |

PRIORITY        Claimed:            $88,598.56

| | | |
|---|---|---|
| PRAKASH, MYSORE<br>5212 LAKECREEK CT<br>PLANO, TX 75093 | | Claim Number: 2398<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC. |

PRIORITY        Claimed:              $6,109.75

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| PRAKASH, MYSORE<br>5212 LAKE CREEK CT<br>PLANO, TX 75093 | Claim Number: 2399<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $104,398.82 | Scheduled: | $0.00 UNLIQ |
| PRASAD, RUCHI<br>4213 ROCKINGHAM WAY<br>PLANO, TX 75093 | Claim Number: 344<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 4826 | | | |
| PRIORITY | Claimed: | $264,000.00 | | |
| PRASAD, RUCHI<br>4213 ROCKINGHAM WAY<br>PLANO, TX 75093 | Claim Number: 4824<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $2,799.56 | Scheduled: | $2,799.56 UNLIQ |
| PRASAD, RUCHI<br>4213 ROCKINGHAM WAY<br>PLANO, TX 75093 | Claim Number: 4825<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $2,799.56 | | |
| PRASAD, RUCHI<br>4213 ROCKINGHAM WAY<br>PLANO, TX 75093 | Claim Number: 4826<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $239,423.16 | Scheduled:<br>Scheduled: | $1,334.70<br>$238,088.46 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| PRASAD, RUCHI<br>4213 ROCKINGHAM WAY<br>PLANO, TX 75093 | | Claim Number: 4827<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $239,423.16 |
| PRASAD, RUCHI<br>4213 ROCKINGHAM WAY<br>PLANO, TX 75093 | | Claim Number: 4828<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $4,906.06 |
| PRASAD, RUCHI<br>4213 ROCKINGHAM WAY<br>PLANO, TX 75093 | | Claim Number: 4829<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $4,906.06 |
| PRASAD, RUCHI<br>4213 ROCKINGHAM WAY<br>PLANO, TX 75093 | | Claim Number: 4830<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $5,233.42 |
| PRASAD, RUCHI<br>4213 ROCKINGHAM WAY<br>PLANO, TX 75093 | | Claim Number: 4831<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $5,233.42 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

PRAYSNER, PAT
1405 SALADO DR
ALLEN, TX 750131120

Claim Number: 3811
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $129,482.69 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

PRECISION COMMUNICATION SERVICES CORP.
C/O VEDDER PRICE P.C.
ATTN: MICHAEL L. SCHEIN, ESQ.
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019

Claim Number: 4908
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| SECURED | Claimed: | $176,162.40 |
|---|---|---|

PRECISION COMMUNICATION SERVICES, INC.
C/O VEDDER PRICE P.C.
ATTN: MICHAEL L. SCHEIN, ESQ.
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019

Claim Number: 4909
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| SECURED | Claimed: | $172,941.88 |
|---|---|---|

PRESNELL, KRISTIN
6925 BANYON DRIVE
PLANO, TX 75023

Claim Number: 3902
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $15,347.50 | Scheduled: | $3,002.71 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $12,343.42 |

PRESNELL, KRISTIN
6925 BANYON DRIVE
PLANO, TX 75023

Claim Number: 3903
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $15,347.50 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | | | |
|---|---|---|---|---|
| PRESTON, ANDREW<br>101 HALLEYS COURT<br>MORRISVILLE, NC 27560 | | Claim Number: 321<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $6,680.77 |
| UNSECURED | Claimed: | $26,896.14 | Scheduled: | $18,934.63 |

| | | | | |
|---|---|---|---|---|
| PRICEWATERHOUSECOOPERS LLP<br>ATTN: LISA MILLMAN<br>PO BOX 182<br>ROYAL TRUST TOWER, SUITE 3000<br>TORONTO, ON M5K 1G8<br>CANADA | | Claim Number: 5384<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claimed amount is CAD 14,500. | | |
| UNSECURED | Claimed: | $11,602.90 | Scheduled: | $14,500.00 |

| | | | | |
|---|---|---|---|---|
| PRICKETT, CARL A<br>6121 BATTLEFORD DR<br>RALEIGH, NC 27612 | | Claim Number: 5522<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $138,539.28 | | |

| | | | | |
|---|---|---|---|---|
| PRIEST, MARK<br>9541 BELLS VALLEY DRIVE<br>RALEIGH, NC 27617 | | Claim Number: 420<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $6,005.60 | | |
| UNSECURED | Claimed: | $45,756.96 | | |

| | | | | |
|---|---|---|---|---|
| PRIMO MICROPHONES INC<br>1805 COUCH DRIVE<br>MCKINNEY, TX 75069 | | Claim Number: 2077<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $6,274.80 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| PRIMO MICROPHONES INC<br>PO BOX 1570<br>MCKINNEY, TX 75070 | Claim Number: 2079<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,274.80 | Scheduled: | $3,915.80 |

| PRIMO MICROPHONES, INC.<br>PO BOX 1570<br>MCKINNEY, TX 75070 | Claim Number: 2076<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,274.80 |

| PRIMO MICROPHONES, INC.<br>PO BOX 1570<br>MCKINNEY, TX 75070 | Claim Number: 2078<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,274.80 |

| PRIMO MICROPHONES, INC.<br>PO BOX 1570<br>MCKINNEY, TX 75070 | Claim Number: 2080<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,274.80 |

| PRITCHARD, ALAN W.<br>1423 LUCKENBACH DRIVE<br>ALLEN, TX 75013 | Claim Number: 1610<br>Claim Date: 07/27/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| UNSECURED | Claimed: | $285,916.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| PRO CONNECT<br>PO BOX 852764<br>RICHARDSON, TX 75085 | | Claim Number: 2094<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | | |
| ADMINISTRATIVE | Claimed: | $5,373.88 | | | |
| PRO CONNECT<br>PO BOX 852764<br>RICHARDSON, TX 75085 | | Claim Number: 2249<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | | |
| ADMINISTRATIVE | Claimed: | $5,373.88 | | | |
| PRO CONNECT TECHNOLOGY<br>P.O. BOX 852764<br>RICHARDSON, TX 75085 | | Claim Number: 2065<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $5,373.88 | | | |
| PRO CONNECT TECHNOLOGY<br>PO BOX 852764<br>RICHARDSON, TX 750852764 | | Claim Number: 2250<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $5,373.88 | Scheduled: | $5,373.88 | |
| PROCTOR, VICKI L.<br>1165 ADAMSON BRANCH RD<br>LIBERTY, TN 37095-4336 | | Claim Number: 2863<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

PROMAX CONSULTING SERVICES, INC.
PO BOX 121503
WEST MELBOURNE, FL 32912-1503

Claim Number: 156
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $12,000.00 |
|---|---|---|

PROTIVITI
2613 CAMINO RAMON # 3
SAN RAMON, CA 94583-9128

Claim Number: 621
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $23,064.23 |
|---|---|---|

PROVOST, CURTIS M.
3608 MCCREARY ROAD
PARKER, TX 75002-6906

Claim Number: 1468
Claim Date: 07/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $38,038.46 |
|---|---|---|

PUBLIC SERVICE COMPANY OF N.CAROLINA INC
D/B/A PSNC ENERGY - M/C C-222 BANKRUPTCY
220 OPERATION WAY
CAYCE, SC 29033-3701

Claim Number: 3494
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $31,837.61 |
|---|---|---|

PULASKI COUNTY TREASURER
PO BOX 8101
LITTLE ROCK, AR 72203-8101

Claim Number: 2387
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| PRIORITY | Claimed: | $400.79 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| PULASKI COUNTY TREASURER<br>PO BOX 430<br>LITTLE ROCK, AR 72203-8101 | Claim Number: 7135<br>Claim Date: 03/08/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3954 (09/16/2010) |
|---|---|
| PRIORITY            Claimed: | $400.80 |
| PULLEY, BETTE J<br>24 LONGVIEW TERRACE<br>KENNEBUNK, ME 04043 | Claim Number: 5918<br>Claim Date: 10/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claimant asserts a claim amount of $2,737.08 per year |
| UNSECURED            Claimed: | $0.00   UNLIQ |
| PULLEY, BETTE J<br>24 LONGVIEW TERRACE<br>KENNEBUNK, ME 04043 | Claim Number: 5919<br>Claim Date: 10/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE            Claimed: | $0.00   UNDET |
| PULLIN, FRED<br>2906 YORKSHIRE CT<br>SOUTHLAKE, TX 76092 | Claim Number: 5961<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED            Claimed: | $33,099.95 |
| PUND, CAROLYN B<br>3255 TREBOL LN<br>SAN JOSE, CA 95148 | Claim Number: 3623<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE            Claimed: | $3,105.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

PUND, CAROLYN B.
3255 TREBOL LN
SAN JOSE, CA 95148

Claim Number: 5855
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $48,076.25 |
|---|---|---|

PUND, CAROLYN BAJARIN
3255 TREBOL LN
SAN JOSE, CA 95148

Claim Number: 3624
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 5854

| PRIORITY | Claimed: | $0.00  UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

PUND, CAROLYN BAJARIN
3255 TREBOL LN
SAN JOSE, CA 95148

Claim Number: 5854
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $48,076.25 | Scheduled: | $3,105.00 |
|---|---|---|---|---|

PUTNAM, KENNETH
39 WYMAN TRAIL
MOULTONBOROUGH, NH 03254

Claim Number: 5931
Claim Date: 10/08/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 721

| UNSECURED | Claimed: | $38,164.32 |
|---|---|---|

PYLE, MARK
3918 COMPTON DR
RICHARDSON, TX 75082

Claim Number: 6177
Claim Date: 12/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $104,551.67 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | |
|---|---|---|
| PYLON ELECTRONICS INC<br>147 COLONNADE RD<br>OTTAWA, ON K2E 7L9<br>CANADA | Claim Number: 2128<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |

| ADMINISTRATIVE | Claimed: | $3,473.74 |
|---|---|---|

| | | |
|---|---|---|
| QUASAR INC.<br>108 WILEY HILLS TRAIL<br>WOODSTOCK, GA 30188 | Claim Number: 45<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |

| UNSECURED | Claimed: | $92,134.25 |
|---|---|---|

| | | |
|---|---|---|
| QUEENS BALLPARK COMPANY, L.L.C.<br>ATTN: GENERAL COUNSEL<br>CITI FIELD<br>FLUSHING, NY 11368 | Claim Number: 6673<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC. | |

| ADMINISTRATIVE | Claimed: | $536,874.96 |
|---|---|---|

| | | |
|---|---|---|
| QUEENS BALLPARK COMPANY, L.L.C.<br>ATTN: GENERAL COUNSEL<br>CITI FIELD<br>FLUSHING, NY 11368 | Claim Number: 6709<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $6,898,294.20 |
|---|---|---|

| | | |
|---|---|---|
| QUESTIONMARK CORPORATION<br>535 CONNECTICUT AVE, SUITE 100<br>NORWALK, CT 06854 | Claim Number: 740<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $800.00 | Scheduled: | $600.00 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| QUICK, JANET<br>11103 MAPLE ST.<br>CLEVELAND, TX 77328 | | Claim Number: 229<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|---|
| PRIORITY | Claimed: | $2,990.48 |
| UNSECURED | Claimed: | $25,419.08 |
| TOTAL | Claimed: | $25,419.08 |

| QUICK, JANET<br>11103 MAPLE ST.<br>CLEVELAND, TX 77328 | | Claim Number: 2839<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $2,990.48 |
| UNSECURED | Claimed: | $22,428.60 |

| QUICK, JOHN<br>11103 MAPLE STREET<br>CLEVELAND, TX 77328-6847 | | Claim Number: 2838<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $2,982.87 |
| UNSECURED | Claimed: | $22,371.53 |

| QUICK, JOHN T.<br>11103 MAPLE ST.<br>CLEVELAND, TX 77328 | | Claim Number: 231<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|---|
| PRIORITY | Claimed: | $2,982.87 |
| UNSECURED | Claimed: | $25,354.40 |
| TOTAL | Claimed: | $25,354.40 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| QUIHUIS, ANTHONY PHILIP | Claim Number: 7649 |
|---|---|
| 10100 LOGSDON LANE | Claim Date: 03/17/2011 |
| RALEIGH, NC 27615 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $58,903.00   UNLIQ |

---

| QUON, JULIE | Claim Number: 7511 |
|---|---|
| 310 COMMANDER LANE | Claim Date: 12/13/2010 |
| REDWOOD CITY, CA 94065 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $47,050.00   UNLIQ |

---

| QWEST COMMUNICATION COMPANY, LLC | Claim Number: 4789 |
|---|---|
| C/O KURT F. GWYNNE & J.C. FALGOWSKI, ESQ | Claim Date: 09/29/2009 |
| REED SMITH LLP | Debtor: NORTEL NETWORKS INC. |
| 1201 N. MARKET ST., SUITE 1500 | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 4779 (01/31/2011) |

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| QWEST COMMUNICATIONS COMPANY, LLC | Claim Number: 75 |
|---|---|
| ATTN: JANE FREY | Claim Date: 02/06/2009 |
| 1801 CALIFORNIA ST RM 900 | Debtor: NORTEL NETWORKS INC. |
| DENVER, CO 80202-2658 | |

| UNSECURED | Claimed: | $20,110.84 |
|---|---|---|

---

| QWEST COMMUNICATIONS INTERNATIONAL, INC. | Claim Number: 4791 |
|---|---|
| C/O KURT F GWYNNE & J.C. FALGOWSKI, ESK | Claim Date: 09/29/2009 |
| REED SMITH LLP | Debtor: NORTEL NETWORKS INC. |
| 1201 N. MARKET STREET, SUITE 1500 | Comments: EXPUNGED |
| WILMINGTON,, DE 19801 | DOCKET: 4779 (01/31/2011) |

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| QWEST CORPORATION | Claim Number: 85 |
| ATTN: JANE FREY | Claim Date: 01/29/2009 |
| 1801 CALIFORNIA ST RM 900 | Debtor: NORTEL NETWORKS INC. |
| DENVER, CO 80202-2658 | |

---

| UNSECURED | Claimed: | $9,165.71 |

---

| QWEST CORPORATION | Claim Number: 4788 |
| C/O KURT F GWYNNE & J.C. FALGOWSKI, ESQ. | Claim Date: 09/29/2009 |
| REED SMITH LLP | Debtor: NORTEL NETWORKS INC. |
| 1201 N. MARKET ST. SUITE 1500 | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 4779 (01/31/2011) |

---

| SECURED | Claimed: | $0.00  UNLIQ |

---

| QWEST GOVERNMENT SERVICES, INC. | Claim Number: 4792 |
| C/O KURT F GWYNNE & J.C. FALGOWSKI, ESK | Claim Date: 09/29/2009 |
| REED SMITH LLP | Debtor: NORTEL NETWORKS INC. |
| 1201 N. MARKET STREET, SUITE 1500 | Comments: EXPUNGED |
| WILMINGTON,, DE 19801 | DOCKET: 4779 (01/31/2011) |

---

| SECURED | Claimed: | $0.00  UNLIQ |

---

| QWEST SERVICES CORPORATION | Claim Number: 4790 |
| C/O KURT F. GWYNNE & J.C. FALGOWSKI, ESQ | Claim Date: 09/29/2009 |
| REED SMITH LLP | Debtor: NORTEL NETWORKS INC. |
| 1201 N. MARKET STREET, SUITE 1500 | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 4779 (01/31/2011) |

---

| SECURED | Claimed: | $0.00  UNLIQ |

---

| R.I. DIVISION OF TAXATION | Claim Number: 741 |
| ONE CAPITOL HILL | Claim Date: 03/17/2009 |
| PROVIDENCE, RI 02908 | Debtor: NORTEL NETWORKS INC. |
| | Comments: WITHDRAWN |
| | DOCKET: 4339 (11/16/2010) |

---

| PRIORITY | Claimed: | $500.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| RABON, LYNN M<br>1226 MELISSA DRIVE<br>ROANOKE, TX 76262 | Claim Number: 3325<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $24,516.00 | Scheduled: | $2,109.47 |
| UNSECURED | Claimed: | $24,516.00 | Scheduled: | $22,406.53 |
| TOTAL | Claimed: | $24,516.00 | | |

---

| RACZYNSKI, MARK<br>5590 TOURNAMENT DRIVE<br>HAYMARKET, VA 20169 | Claim Number: 4172<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $48,353.00 | Scheduled: | $33,440.02 UNLIQ |

---

| RADIO FREQUENCY SYSTEMS<br>200 PONDVIEW DR<br>MERIDEN, CT 06450 | Claim Number: 112<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $99,957.49 | |

---

| RADIO FREQUENCY SYSTEMS<br>PETER HOLEWINSKI, GLOBAL CREDIT HEAD<br>ALCATEL-LUCENT<br>600 MOUNTAIN AVENUE 6E210<br>MURRAY HILL, NJ 07974 | Claim Number: 3776<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,482,259.49 | |

---

| RADIO FREQUENCY SYSTEMS<br>ATTN: PETER HOLEWINSKI, GLOBAL HEAD OF<br>CREDIT, ALCATEL LUCENT<br>600 MOUNTAIN AVE<br>MURRAY HILL, NJ 07974 | Claim Number: 4135<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,800.00 | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| RADISYS CORPORATION<br>PO BOX 952420<br>SAINT LOUIS, MO 63195 | | Claim Number: 3735<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7194 |
| UNSECURED | Claimed: | $264,589.40 |
| RADISYS CORPORATION<br>P.O. BOX 952420<br>ST. LOUIS, MO 63195 | | Claim Number: 7194<br>Claim Date: 04/09/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim no. 3735 |
| UNSECURED | Claimed: | $214,058.43 |
| RAFAEL CAMPO ASOCIADOS LTDA<br>INDUSTRIAL PROPERTY<br>CALLE 113 NO-7-21 TORRE A OF. 508<br>BOGOTA,<br>COLOMBIA | | Claim Number: 964<br>Claim Date: 04/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $1,185.00 |
| RAFAEL, ROSE R<br>3390 BROOKFIELD DR.<br>LAS VEGAS, NV 89120 | | Claim Number: 2131<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $80,000.00 |
| RAGSDALE, JAMES S<br>70 W. CYPRESS ROAD<br>LAKE WORTH, FL 33467 | | Claim Number: 2717<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $64,000.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

RAHA, DWIJADAS
4112 CITY OF OAKS WYND
RALEIGH, NC 27612

Claim Number: 3710
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $93,704.76 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

RAHEVAR, RAVINDRASINH
555 E WASHINGTON AVENUE, APT # 2007W
SUNNYVALE, CA 94086

Claim Number: 4589
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $25,325.16 |
|---|---|---|

RAILEY, CHRISTOPHER
5490 LANDSEER WAY
CUMMING, GA 30040

Claim Number: 255
Claim Date: 02/11/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $48,937.62 |
|---|---|---|

RALEIGH RADIOLOGY ASSOCIATES
PO BOX 12408
ROANOKE, VA 24025-2408

Claim Number: 1619
Claim Date: 07/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,650.00 | Scheduled: | $2,650.00 |
|---|---|---|---|---|

RAMAMURTHY, VENKATRAMAN
1711 ADDISON LN
JOHNS CREEK, GA 30005-5000

Claim Number: 5466
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $2,383.33 |

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | |
|---|---|---|
| RAMOS, LETICIA C<br>2800 PLAZA DEL AMO UNIT # 478<br>TORRANCE, CA 90503 | | Claim Number: 6585<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $14,044.80 |
|---|---|---|

| | | |
|---|---|---|
| RANADE, MILIND<br>3908 CELADINE DRIVE<br>PLANO, TX 75093 | | Claim Number: 1557<br>Claim Date: 07/17/2009<br>Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $36,740.11 |
|---|---|---|

| | | |
|---|---|---|
| RAND TECHNOLOGY INC<br>15225 ALTON PARKWAY, SUITE 100<br>IRVINE, CA 92618-2351 | | Claim Number: 3559<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4779 (01/31/2011) |

---

| UNSECURED | Claimed: | $38,591.00 |
|---|---|---|

| | | |
|---|---|---|
| RAND TECHNOLOGY INC<br>15225 ALTON PARKWAY #100<br>IRVINE, CA 92618-2351 | | Claim Number: 3560<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |

---

| ADMINISTRATIVE | Claimed: | $38,591.00 |
|---|---|---|

| | | |
|---|---|---|
| RANKIN, THOMAS<br>2005 STERLING SILVER DR.<br>APEX, NC 27502 | | Claim Number: 131<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | Claimed: | $70,208.19 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| RASMUSON, SCOTT<br>702 WINTERWOOD CT<br>GARLAND, TX 75044 | Claim Number: 3584<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| SECURED | Claimed: | $25,194.23 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,656.77 UNLIQ |

| RAU, MARK W.<br>5408 ESTATE LANE<br>PLANO, TX 75094 | Claim Number: 2931<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $137,504.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| RAUBOLT, TONY<br>26824 KOERBER<br>SAINT CLAIR SHORES, MI 48081 | Claim Number: 3778<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $50,300.00 | | |

| RAUBOLT, TONY<br>26824 KOERBER<br>SAINT CLAIR SHORES, MI 48081 | Claim Number: 3965<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $105,246.43 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| RAUBOLT, TONY<br>26824 KOERBER<br>SAINT CLAIR SHORES, MI 48081 | Claim Number: 3983<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $57,050.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| RAUBOLT, TONY<br>26824 KOERBER<br>SAINT CLAIR SHORES, MI 48081 | | Claim Number: 3984<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $57,050.00 | | |
| RAVENSWOOD SYSTEMS INC.<br>35 LEXINGTON ST.<br>BURLINGTON, MA 01803 | | Claim Number: 1031<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $38,989.04 | Scheduled: | $10,500.00 |
| RAYBARMAN, BAPPADITYA (ROBERT)<br>3208 TEAROSE DR.<br>RICHARDSON, TX 75082 | | Claim Number: 1039<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $13,615.40 | | |
| RAYMOND, ROBERT<br>PO BOX 3312<br>WEST MCLEAN, VA 22103 | | Claim Number: 3818<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $45,042.05 | Scheduled: | $0.00 UNLIQ |
| RAYMOND, ROBERT<br>PO BOX 3312<br>WEST MCLEAN, VA 22103 | | Claim Number: 3819<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $45,042.05 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

RAYNOR, CECIL
1508 BRIARWOOD PL.
RALEIGH, NC 27614

Claim Number: 3868
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $157,681.12 | Scheduled: | $157,681.12 UNLIQ |
|---|---|---|---|---|

RAYNOR, CECIL D.
1508 BRIARWOOD PL.
RALEIGH, NC 27614

Claim Number: 3877
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $301,683.25 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

RAZZAQUE, MD
374 WINDING RIVER CIR APT 104
MEMPHIS, TN 38120-2905

Claim Number: 4486
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $20,102.53 |
|---|---|---|

RAZZAQUE, MD
1101 EASTVIEW CIRCLE
RICHARDSON, TX 75081

Claim Number: 4487
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $20,102.53 |
|---|---|---|

RCOMM RADIO INC.
6560 HWY #34
VANKLEEK HILL, ON K0B 1R0
CANADA

Claim Number: 1386
Claim Date: 06/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $43,497.72 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| RCOMM RADIO INC.<br>6560 HWY #34<br>VANKLEEK HILL, ON K0B 1R0<br>CANADA | | Claim Number: 1934<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| ADMINISTRATIVE | Claimed: | $43,497.72 | | | |
| REA, JEFFERY<br>1808 LORRAINE AVENUE<br>ALLEN, TX 75002 | | Claim Number: 4337<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $36,126.77 | Scheduled: | $0.00 UNLIQ | |
| REA, JEFFERY<br>1808 LORRAINE AVENUE<br>ALLEN, TX 75002 | | Claim Number: 4380<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $36,126.77 | | | |
| REAL TIME MONITORS<br>REAL TIME MONITORS INC<br>711 S CARSON, SUITE 4<br>CARSON CITY, NV 89701-5292 | | Claim Number: 2869<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4163 (10/14/2010) | | | |
| UNSECURED | Claimed: | $144,000.00 | | Allowed: | $144,000.00 |
| REAL TIME MONITORS, INC.<br>711 S CARSON STE 4<br>CARSON CITY, NV 89701 | | Claim Number: 2870<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | | |
| ADMINISTRATIVE | Claimed: | $140,000.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| REAVES, JAMES E.<br>8909 WELLSLEY WAY<br>RALEIGH, NC 27613 | | Claim Number: 820<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $53,269.20 |
|---|---|---|

| REBELSKY, RENATE<br>KNIEBISWEG 2<br>NUFRINGEN, D-71154<br>GERMANY | | Claim Number: 4412<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|---|

| UNSECURED | Claimed: | $15,052.80 |
|---|---|---|

| RECKSON OPERATING PARTNERSHIP L.P.<br>C/O STEMPEL BENNETT, ET AL<br>675 THIRD AVENUE - 31ST FLOOR<br>NEW YORK, NY 10017 | | Claim Number: 5040<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $3,652.57 |

| RECLAIM CANADA<br>70 UNIVERSITY AVENUE<br>SUITE 800<br>TORONTO, ON M5J 2M4<br>CANADA | | Claim Number: 1801<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $14,823.70 |
|---|---|---|

| RECTOR, JENNIFER COX<br>8208 WEST CHASE COURT<br>NASHVILLE, TN 37221 | | Claim Number: 154<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | | | Scheduled: | $5,341.91 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,000.00 | Scheduled: | $28,280.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| RED HAT, INC.<br>ATTN: P. WATROUS<br>1801 VARSITY DRIVE<br>RALEIGH, NC 27606 | | Claim Number: 3942<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4256 (11/08/2010) | | | |
| UNSECURED | Claimed: | $19,792.59 | Scheduled: | $207.29 | |
| REDAPT SYSTEMS, INC.<br>12226 134TH CT NE BLDG D<br>REDMOND, WA 98052 | | Claim Number: 1064<br>Claim Date: 04/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $17,300.17 | Scheduled: | $9,345.00 | |
| REDDISH, RICHARD<br>2126 PALERMO COURT<br>ORANGE, CA 92867 | | Claim Number: 201<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $17,819.48 | | | |
| REDDISH, RICHARD<br>2126 PALERMO COURT<br>ORANGE, CA 92867 | | Claim Number: 215<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $588.85 | | | |
| REDDISH, RICHARD<br>2126 PALERMO COURT<br>ORANGE, CA 92867 | | Claim Number: 517<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | | |
| PRIORITY | Claimed: | $17,819.48 | | | |

NORTEL NETWORKS INC.                                                                                  Date: 06/23/2011
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| REDISH, PAUL | Claim Number: 1144 |
| 4511 OUTLOOK DRIVE | Claim Date: 05/11/2009 |
| MARIETTA, GA 30066 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $112,481.52 |

---

| REECE, BRADLEY V. | Claim Number: 7617 |
| 1023 BALL PARK RD | Claim Date: 02/28/2011 |
| THOMASVILLE, NC 27360 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $37,304.65   UNLIQ |

---

| REED SMITH LLP | Claim Number: 370 |
| 225 5TH AVE STE 1200 | Claim Date: 02/23/2009 |
| PITTSBURGH, PA 152222716 | Debtor: NORTEL NETWORKS INC. |
| | Comments: DOCKET: 5623 (06/07/2011) |

| UNSECURED | Claimed: | $2,060.10 |

---

| REED, CHRISTOPHER | Claim Number: 6279 |
| 2608 N. MAIN STE B #146 | Claim Date: 12/15/2009 |
| BELTON, TX 76513 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $7,376.48 |
| UNSECURED | Claimed: | $5,121.91 | Scheduled: | $8,695.42 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

REEVES-HALL, ANDREW
THE CROW'S NEST
19 LYNCH HILL PARK
WHITCHURCH
HAMPSHIRE, RG28 7NF
UNITED KINGDOM

Claim Number: 3092
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments:
The amount is 8679.04 UK.

| UNSECURED | Claimed: | $12,676.61 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

REEVES-HALL, ANDREW
THE CROW'S NEST
19 LYNCH HILL PARK
WHITCHURCH
HAMPSHIRE, RG28 7NF
UNITED KINGDOM

Claim Number: 3093
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments:
The claim amount is 8679.04 UK pounds.

| ADMINISTRATIVE | Claimed: | $12,676.61 |
|---|---|---|

REGAN, PHILIP & RITA
719 SOUTHWINDS DR.
BRYN MAWR, PA 19010-2069

Claim Number: 3598
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $15,853.00 |
|---|---|---|

REID, ALAN B.
2900 SHADYWOOD LANE
PLANO, TX 75023

Claim Number: 1017
Claim Date: 04/23/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $14,971.22 |
|---|---|---|

REID, DOUGLAS M
C/O JAMES J TANCREDI, ESQ
DAY PITNEY LLP
242 TRUMBULL STREET
HARTFORD, CT 06103

Claim Number: 5427
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $312,578.73 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| REID, RICHARD G<br>12601 BELLSTONE LANE<br>RALEIGH, NC 27614 | Claim Number: 4610<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $996,905.17 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| REIDELBERGER, FRANKLIN P.<br>2404 HIGHLAND DR.<br>PALATINE, IL 60067 | Claim Number: 3055<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $17,082.45 |
|---|---|---|

| REIFF, CRAIG A.<br>36 APRIL DRIVE<br>LITCHFIELD, NH 03052 | Claim Number: 346<br>Claim Date: 02/19/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $41,680.03 |
|---|---|---|

| REINKE, KARL<br>1665 EBERHARD STREET<br>SANTA CLARA, CA 95050-4013 | Claim Number: 933<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $51,974.01 |
|---|---|---|

| REINKE, KARL<br>1665 EBERHARD STREET<br>SANTA CLARA, CA 95050-4013 | Claim Number: 1820<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
|---|---|

| UNSECURED | Claimed: | $51,974.01 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

REIST, LARRY
5948 CARNEGIE LANE
PLANO, TX 75093

Claim Number: 3090
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $248,538.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

REIST, LARRY
5948 CARNEGIE LANE
PLANO, TX 75093

Claim Number: 3091
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $248,538.00 |
|---|---|---|

REL COMM INC
250 CUMBERLAND ST
STE 214
ROCHESTER, NY 14605-2801

Claim Number: 2061
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $4,064.00 |
|---|---|---|

REMFRY & SAGAR
ATTORNEYS AT LAW
REMFRY HOUSE AT THE MILLENNIUM PLAZA
SECTOR - 27, GURGAON - 122 002
NEW DELHI,
INDIA

Claim Number: 6153
Claim Date: 11/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $1,729.00 | | Allowed: | $1,729.00 |
|---|---|---|---|---|---|

RENBARGER, STEVEN
1421 SPENCER ST
GRINNELL, IA 50112

Claim Number: 1303
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $35,343.23 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

RENBARGER, STEVEN
1421 SPENCER ST
GRINNELL, IA 50112

Claim Number: 1770
Claim Date: 08/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

RENUART, JACQUELINE
1621 MEADSTON DR
DURHAM, NC 27712

Claim Number: 4255
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $2,068.38 | Scheduled: | $2,068.38 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $28,115.53 | Scheduled: | $30,183.91 |

REPASS, KATHLEEN AGNES
60 LOCUST AVENUE
SAN RAFAEL, CA 94901

Claim Number: 2529
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

RERATE LIMITED INC.
3340 N.E. 190 ST., #909
MIAMI, FL 33180

Claim Number: 3083
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $59,500.00 |
|---|---|---|

RESSNER, MICHAEL P
5909 APPLEGARTH LANE
RALEIGH, NC 27614

Claim Number: 2744
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $583,306.08 UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| REVELWOOD INC<br>14 WALSH DR<br>PARSIPPANY, NJ 07054 | | Claim Number: 2603-01<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) |
| UNSECURED | Claimed: | $10,710.24 |
| REVELWOOD INC<br>14 WALSH DR<br>PARSIPPANY, NJ 07054 | | Claim Number: 2603-02<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) |
| UNSECURED | Claimed: | $3,570.08 |
| REVELWOOD INCORPORATED<br>14 WALSH DR. STE 303<br>PARSIPPANY, NJ 07054 | | Claim Number: 2604<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| ADMINISTRATIVE | Claimed: | $14,280.32 |
| REVIERE, LESA R.<br>204 IRONWOODS DRIVE<br>CHAPEL HILL, NC 27516 | | Claim Number: 7504<br>Claim Date: 11/22/2010<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $9,050.00   UNLIQ |
| REXROAD, MICHAEL<br>5244 LINWICK DR.<br>FUQUAY VARINA, NC 27526 | | Claim Number: 7329<br>Claim Date: 07/06/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $62,884.61 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

REXROAD, MICHAEL
5244 LINWICK DR.
FUQUAY VARINA, NC 27526

Claim Number: 7330
Claim Date: 07/06/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $188,535.00 |
|---|---|---|

REYES, JORGE M.
1408 TIMARRON LN.
MCKINNEY, TX 75070

Claim Number: 1904
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $210,000.00 |
|---|---|---|

REYNOLDS, JACK Q
25064 HATTON ROAD
CARMEL, CA 93923-8365

Claim Number: 4330
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

RFMW LTD
90 GREAT OAKS BLVD
SUITE 107
SAN JOSE, CA 95119-1314

Claim Number: 2311
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $1,333.36 |
|---|---|---|

RFMW, LTD.
90 GREAT OAKS BLVD, STE 107
SAN JOSE, CA 95119

Claim Number: 2310
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $1,333.36 |
|---|---|---|

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

RHEA, STEPHANIE
1701 W. BRIDLE DR.
ROGERS, AR 72758

Claim Number: 7461
Claim Date: 10/12/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00  UNLIQ | |
| UNSECURED | Claimed: | $6,050.00  UNLIQ | |

---

RHODES, BONNIE J.
19 FERNVILLE RD.
MORRIS PLAINS, NJ 07950

Claim Number: 2513
Claim Date: 09/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

ADMINISTRATIVE       Claimed:              $0.00

---

RHODES, PATRICK A.
41200 ENGLISH YEW PLACE
LEESBURG, VA 20175-8702

Claim Number: 3124
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $304,972.22

---

RHODES, PATRICK A.
41200 ENGLISH YEW PLACE
LEESBURG, VA 20175-8702

Claim Number: 3125
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

UNSECURED          Claimed:          $304,972.22

---

RHODES, PATRICK A.
41200 ENGLISH YEW PLACE
LEESBURG, VA 20175-8702

Claim Number: 3128
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

UNSECURED     Claimed:     $304,972.22     Scheduled:     $0.00 UNLIQ

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA 20175-8072 | | Claim Number: 3129<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $304,972.22 | | |
| RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA 20175-8072 | | Claim Number: 3130<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $304,972.22 | | |
| RHYNES, VINCENT E.<br>513 W 159TH ST<br>GARDENA, CA 90248-2411 | | Claim Number: 901<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| RICCITELLI, ROBERT<br>3678 DEER TRAIL DRIVE<br>DANVILLE, CA 94506<br>UNITED STATES | | Claim Number: 2189<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $577,978.05 | Scheduled: | $0.00 UNLIQ |
| RICCITELLI, ROBERT<br>3678 DEER TRAIL DRIVE<br>DANVILLE, CA 94506<br>UNITED STATES | | Claim Number: 5349<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $577,978.05 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| RICE, ALAN J.<br>1075 NW 121ST LN<br>CORAL SPRINGS, FL 33071-5006 | Claim Number: 2351<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $48,549.99 |

| | | |
|---|---|---|
| RICHARD BLAND COLLEGE<br>11301 JOHNSON ROAD<br>PETERSBURG, VA 23805-7100 | Claim Number: 2024<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) | |

| UNSECURED | Claimed: | $1,729.38 |
|---|---|---|

| | | |
|---|---|---|
| RICHARDS, CHRISTINA<br>3935 WYCLIFF AVE<br>DALLAS, TX 75219 | Claim Number: 6160<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS INC. | |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| RICHARDSON INDEPENDENT SCHOOL DISTRICT<br>C/O ELIZABETH BANDA<br>PERDUE BRANDON FIELDER COLLINS &MOTT LLP<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | Claim Number: 186<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |

| SECURED | Claimed: | $4,301,878.41 |
|---|---|---|

| | | |
|---|---|---|
| RICHARDSON INDEPENDENT SCHOOL DISTRICT<br>C/O ELIZABETH BANDA<br>PERDUE BRANDON FIELDER COLLINS &MOTT LLP<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | Claim Number: 1660<br>Claim Date: 07/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4291 (11/09/2010) | |

| SECURED | Claimed: | $2,770,713.70 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| RICHARDSON INDEPENDENT SCHOOL DISTRICT<br>C/O ELIZABETH BANDA<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | | Claim Number: 5995<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3002 (05/17/2010) | | | |
| PRIORITY<br>SECURED | Claimed: | $2,266,344.14 | Scheduled: | $0.00 UNLIQ | |
| RICHARDSON INDEPENDENT SCHOOL DISTRICT<br>C/O ELIZABETH BANDA<br>PERDUE BRANDON FIELDER COLLINS & MOTT<br>P.O. BOX 13430<br>ARLINGTON, TX 76094 | | Claim Number: 7211<br>Claim Date: 04/13/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5122 (03/18/2011) | | | |
| ADMINISTRATIVE<br>SECURED | Claimed:<br>Claimed: | $2,492,978.54<br>$0.00 | | | |
| RICHARDSON, JACK E.<br>7405 BRADFORD PEAR DRIVE<br>IRVING, TX 75063 | | Claim Number: 597<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | | |
| UNSECURED | Claimed: | $78,615.00 | | | |
| RICHARDSON, ROBERT J<br>5081 GALLATREE LN<br>NORCROSS, GA 30092 | | Claim Number: 4727<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $233,364.80 | Scheduled: | $0.00 UNLIQ | |
| RICHARDSON, STELLA<br>6137 S. RIVERBEND DR.<br>NASHVILLE, TN 37221 | | Claim Number: 7218<br>Claim Date: 04/19/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $52,411.64 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| RICKS, RICHARD C.<br>2751 MARSHALL LAKE DR.<br>OAKTON, VA 22124 | Claim Number: 1023<br>Claim Date: 04/23/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $422,173.43 |

---

| RIGHT MANAGEMENT INC<br>ATTN: HENRY J JAFFE & JAMES C CARIGNAN<br>PEPPER HAMILTON LLP<br>1313 N MARKET ST, STE 5100 PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 1543<br>Claim Date: 07/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |

| UNSECURED | Claimed: | $1,376,654.00 |

---

| RIGHT MANAGEMENT INC.<br>HENRY JAFFE, ESQ.<br>PEPPER HAMILTON LLP<br>HERCULES PLAZA, STE 5100<br>WILMINGTON, DE 19899-1709 | Claim Number: 3201<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1543. |

| UNSECURED | Claimed: | $1,371,800.00   UNLIQ |

---

| RIGHT MANAGEMENT, INC.<br>C/O PEPPER HAMILTON LLP<br>ATTN: HENRY J. JAFFE & JAMES C. CARIGNAN<br>1311 N. MARKET ST., SUITE 5100<br>WILMINGTON, DE 19899-1709 | Claim Number: 1248<br>Claim Date: 05/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |

| UNSECURED | Claimed: | $1,376,654.00 |

---

| RIGHTMIRE, JAMES<br>620 DOGWOOD RD<br>WEST PALM BEACH, FL 33409 | Claim Number: 2569<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $226.38   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

RIKER, DANZIG, SCHERER, HYLAND &
PERRETTI LLP
ATTN: J. ALEK KRESS
ONE SPEEDWELL AVENUE
MORRISTOWN, NJ 07962-1981

Claim Number: 5510
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,915.32 |
| UNSECURED | Claimed: | $22,972.67 |

---

RIKHI, KUSHAL V
3474 BUTCHER DR
SANTA CLARA, CA 95051

Claim Number: 3411
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $28,652.48 |

---

RIMAGE CORP
7725 WASHINGTON AVE S
MINNEAPOLIS, MN 55439

Claim Number: 3645
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,548.87 | Scheduled: | $0.00 UNLIQ |

---

RIMAGE CORPORATION
7725 WASHINGTON AVENUE SOUTH
MINNEAPOLIS, MN 55439

Claim Number: 3646
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,548.87 |

---

RING, BRIAN
910 NORWOOD LANE
APEX, NC 27502

Claim Number: 7347
Claim Date: 07/15/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $53,707.28 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| RISNER, RENEA L.<br>1063 FAWN TRAIL<br>KINGSTON SPRINGS, TN 37082 | | Claim Number: 7415<br>Claim Date: 09/13/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00  UNLIQ | | |
| UNSECURED | Claimed: | $23,050.00  UNLIQ | | |

| RITCHIE, ROBERT FRASER<br>328 NOAH TRL<br>ALLEN, TX 75013-6415 | | Claim Number: 3707<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $87,179.15 | | |

| RITSON, ROBERT A.<br>9709 SPRING DRIVE<br>FRISCO, TX 75035 | | Claim Number: 82<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $9,547.08 | | |
| UNSECURED | Claimed: | $23,198.50 | | |

| RITZ, CHARLES<br>9501 HANGING ROCK RD.<br>RALEIGH, NC 27613 | | Claim Number: 1744<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $36,405.80 | Scheduled: | $47,355.80 |

NORTEL NETWORKS INC.                                                                                          Date: 06/23/2011
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| RIVERA, DAVID R.<br>34 GENESEE ST<br>HICKSVILLE, NY 11801 | Claim Number: 1722<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |

| ADMINISTRATIVE | Claimed: | $22,800.18 | | |

---

| RIVERA, DAVID R.<br>34 GENESEE STREET<br>HICKSVILLE, NY 11801-4642 | Claim Number: 1723<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $448.80 |
| SECURED | Claimed: | $448.80 | | |
| UNSECURED | Claimed: | $22,351.38 | Scheduled: | $12,671.86 |
| TOTAL | Claimed: | $22,800.18 | | |

---

| RIZO, NELSON E.<br>319 DACIAN AVE.<br>DURHAM, NC 27701 | Claim Number: 7284<br>Claim Date: 06/02/2010<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $51,573.76 | | |

---

| RIZOPOULOS, MELANIE<br>51 PAULS PATH<br>CORAM, NY 11727 | Claim Number: 776<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $28,236.00 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| ROBERT, LYNN<br>225 HIGHLAND RD<br>RYE, NY 10580-1833 | | Claim Number: 4887<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $213,741.88 | |
| ROBERT, LYNN<br>2 EVE LN<br>RYE, NY 105804114 | | Claim Number: 4888<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $213,741.88 | |
| ROBERTS, CRAIG<br>505 W SHORE DR<br>RICHARDSON, TX 75080-5008 | | Claim Number: 196<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $131,588.14 | |
| ROBERTS, DWAYNE<br>C/O JEFFREY B. ROSE<br>TISHLER & WALD, LTD.<br>200 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | | Claim Number: 5530<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $395.00 | |
| ROBINSON, JACQUELINE<br>3933 LOST CREEK DR<br>PLANO, TX 75074 | | Claim Number: 2670<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $7,264.72 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $31,325.73 | Scheduled: | $35,378.66 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

ROBINSON, JACQUELINE B.
3933 LOST CREEK DR.
PLANO, TX 75074

Claim Number: 40
Claim Date: 01/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 0

| UNSECURED | Claimed: | $84,551.45 |
|---|---|---|

ROBINSON, JACQUELINE B.
3933 LOST CREEK DR.
PLANO, TX 75074

Claim Number: 74
Claim Date: 01/27/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $42,275.73 |
|---|---|---|

ROBINSON, JACQUELINE B.
3933 LOST CREEK DR.
PLANO, TX 75074

Claim Number: 2669
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $42,275.73 |
|---|---|---|

ROBITAILLE, STANLEY L.
4835 OXFORD DRIVE
SARASOTA, FL 34242

Claim Number: 2204
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7332

| UNSECURED | Claimed: | $319,176.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

ROBSON, ROBERT
1013 MANOR GLEN WAY
RALEIGH, NC 27615

Claim Number: 4401
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 461

| UNSECURED | Claimed: | $146,023.30 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| ROC SOFTWARE LP<br>3305 NORTHLAND DR<br>AUSTIN, TX 78731 | Claim Number: 1837<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $1,614.00 | Scheduled: | $1,614.00 DISP |
| ROCHESTER INSTITUTE OF TECHNOLOGY<br>SPONSORED PROGRAMS ACCOUNTING<br>7 LOMB MEMORIAL DR<br>ROCHESTER, NY 14623 | Claim Number: 1190<br>Claim Date: 05/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $5,000.00 | Scheduled: | $5,000.00 |
| ROCK, HELEN<br>108 CHADMORE DR<br>CARY, NC 27518 | Claim Number: 7266<br>Claim Date: 05/24/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $12,119.39 | | |
| UNSECURED | Claimed: | $44,337.33 | | |
| ROCKNESS EDUCATION SERVICES, INC.<br>8424 BALD EAGLE LANE<br>WILMINGTON, NC 28411 | Claim Number: 149<br>Claim Date: 02/12/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $5,595.66 | Scheduled: | $5,595.66 |
| RODELY, JOSEPH E.<br>3109 FELBRIGG DRIVE<br>RALEIGH, NC 27615 | Claim Number: 7187<br>Claim Date: 04/05/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $59,736.67 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| RODENFELS, CHARLES T<br>2 CADILLAC PLACE<br>PALM COAST, FL 32137 | Claim Number: 3406<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,524.00 | Scheduled: | $0.00 UNLIQ |

| RODRIGUEZ, ABELARDO<br>113 RETON CT<br>CARY, NC 27513 | Claim Number: 2336<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $50,447.00 | Scheduled: | $148.75 |
| UNSECURED | | | Scheduled: | $38,407.81 |

| RODRIGUEZ, ABELARDO B.<br>113 RETON CT<br>CARY, NC 27513 | Claim Number: 219<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
|---|---|---|
| PRIORITY | Claimed: | $50,447.00 |

| RODRIGUEZ, JOSEPH<br>1734 MAPLE LEAF DRIVE<br>WYLIE, TX 75098 | Claim Number: 1220<br>Claim Date: 05/21/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| PRIORITY | Claimed: | $2,930.96 |
| UNSECURED | Claimed: | $19,051.24 |

| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | Claim Number: 6258<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| ROETEN, GREGG<br>7114 BLUE GRASS ROAD<br>DURHAM, NC 27703 | | Claim Number: 271<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | | | Scheduled: | $7,434.44 |
| UNSECURED | Claimed: | $20,952.00 | Scheduled: | $6,882.43 |
| ROGERS, BERTHA<br>203 BATHGATE LANE<br>CARY, NC 27513 | | Claim Number: 306<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| SECURED | Claimed: | $80,000.00 | | |
| ROGERS, STEVEN<br>1350 BEVERLY RD.<br>SUITE 115-329<br>MCLEAN, VA 22101 | | Claim Number: 4796<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $97,539.28 | Scheduled: | $0.00 UNLIQ |
| ROGNLIE, ERIC L<br>151 NORTH BAY DR<br>BULLARD, TX 75757 | | Claim Number: 3460<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $36,686.89 | Scheduled: | $0.00 UNLIQ |
| ROLLINGS, LINDA K.<br>4545 RED BARK CT.<br>ANTIOCH, TN 37013 | | Claim Number: 7432<br>Claim Date: 09/23/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00   UNLIQ | | |
| UNSECURED | Claimed: | $14,050.00   UNLIQ | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

ROMAN, PETE
329 MADISON AVE
HASBROUCK HEIGHTS, NJ 07604

Claim Number: 2579
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNDET |

ROOT, KAREN E.
14 UPSTONE DRIVE
NASHUA, NH 03063

Claim Number: 7396
Claim Date: 08/30/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
| UNSECURED | Claimed: | $16,844.68 | UNLIQ |

ROSE, MICHAEL
2615 MERLIN DRIVE
LEWISVILLE, TX 75056

Claim Number: 2602
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $39,373.35 |

ROSE, RICHARD M.
17 THERESA BLVD.
WAPPINGERS FALLS, NY 12590

Claim Number: 227
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7587

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,429.22 |

ROSE, RICHARD M.
17 THERESA BLVD.
WAPPINGERS FALLS, NY 12590

Claim Number: 228
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $83,920.72 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| ROSE, RICHARD M.<br>17 THERESA BLVD.<br>WAPPINGERS FALLS, NY 12590 | | Claim Number: 7587<br>Claim Date: 02/02/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7633<br>amends claim 227 | | | |
| PRIORITY | Claimed: | $147,735.63 | | | |
| ROSE, RICHARD M.<br>17 THERESA BLVD.<br>WAPPINGERS FALLS, NY 12590 | | Claim Number: 7633<br>Claim Date: 03/09/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7587 | | | |
| PRIORITY | Claimed: | $163,194.84 | | | |
| ROSS, ERIC<br>508 THARPS LANE<br>RALEIGH, NC 27614 | | Claim Number: 3713<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $1,740,462.94 | Scheduled: | $0.00 UNLIQ | |
| ROSSI, RYAN<br>109 APPLEWOOD LN<br>SLIPPERY ROCK, PA 16057-2901 | | Claim Number: 5431<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $235,885.50 | | | |
| ROTH, JOHN A.<br>993673 MONO-ADJALA TOWN LINE<br>ORANGEVILLE, ON L9W 2Z2<br>CANADA | | Claim Number: 6172<br>Claim Date: 12/01/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $1,000,000,000.00   UNLIQ | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

ROTHFARB, ALLAN
15624 BERNARDO CENTER DR APT 3602
SAN DIEGO, CA 92127-1866

Claim Number: 4520
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $23,468.94 |
|---|---|---|

ROVIRA, ALBA
10553 MENDOCINO LN
BOCA RATON, FL 33428-1209

Claim Number: 1505
Claim Date: 07/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

---

| UNSECURED | Claimed: | $20,272.00 |
|---|---|---|

ROVIRA, ALBA
1604 SE SHELBURNIE WAY
PORT ST LUCIE, FL 34952-6054

Claim Number: 1506
Claim Date: 07/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $20,272.00 |
|---|---|---|

ROVIRA, ALBA
1604 SE SHELBURNIE WAY
PORT ST LUCIE, FL 349526054

Claim Number: 2730
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $20,272.00 |
|---|---|---|

ROWAN, JAMES W.
2805 FOXCREEK DR.
RICHARDSON, TX 75082

Claim Number: 243
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | | | Scheduled: | $7,135.96 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,336.40 | Scheduled: | $31,385.84 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

ROWAN, LYNN P.
25 WESTVIEW RD.
BROOKLINE, NH 03033

Claim Number: 7707
Claim Date: 04/15/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $55,384.56 |

ROWE, CHARLES
C/O JEFFREY B. ROSE
TISHLER & WALD, LTD.
200 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

Claim Number: 5526
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $219,556.00 |

ROWEN, AMELIA A
4073 TRINIDAD WAY
NAPLES, FL 34119

Claim Number: 2710
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

ROYAL, MARK
5610 EXETER DR
RICHARDSON, TX 75082

Claim Number: 381
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,757.92 |
| UNSECURED | Claimed: | $17,450.00 | Scheduled: | $16,188.19 |

ROYER, MARTHA
11022 FERNALD AVE
DALLAS, TX 75218

Claim Number: 1938
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $13,173.90 |

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| ROYER, MARTHA<br>11022 FERNALD AVE<br>DALLAS, TX 75218 | | Claim Number: 1940<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $13,173.90 |

| ROYER, MARTHA L.<br>11022 FERNALD AVE.<br>DALLAS, TX 75218 | | Claim Number: 1937<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $24,123.90 |
|---|---|---|

| ROYER, MARTHA L.<br>11022 FERNALD AVE.<br>DALLAS, TX 75218 | | Claim Number: 1939<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $24,123.90 |
|---|---|---|

| RUFF, GEOFFREY E<br>1029 RED BRICK ROAD<br>GARNER, NC 27529 | | Claim Number: 6973<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $47,572.60 |
|---|---|---|

| RUSSO PECK, MARIANNE<br>31 BAY 38TH STREET<br>BROOKLYN, NY 11214 | | Claim Number: 4904<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $14,959.92 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

RYAN, RONALD D
7609 CALCUTTA RUN DR
LEANDER, TX 78645-4564

Claim Number: 6503
Claim Date: 12/29/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:          $70,837.52

---

SACRAMENTO COUNTY TAX COLLECTOR
ATTN: BANKRUPTCY
700 H STREET, ROOM 1710
SACRAMENTO, CA 95814

Claim Number: 739
Claim Date: 03/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

---

PRIORITY          Claimed:          $77.01

---

SACRAMENTO COUNTY TAX COLLECTOR
ATTN: BANKRUPTCY
700 H STREET, ROOM 1710
SACRAMENTO, CA 95814

Claim Number: 2267
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 2708 (03/15/2010)

---

PRIORITY          Claimed:          $92.82

---

SAENZ, DANIEL R
10006 ASHEBORO ST
FRISCO, TX 75035

Claim Number: 7168
Claim Date: 03/26/2010
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:          $36,637.47

---

SAFE RECORDS CENTER LLC D/B/A
ARCHIVES USA
JENNIFER R. HOOVER, ESQ.
222 DELAWARE AVENUE, SUITE 801
WILMINGTON, DE 19801

Claim Number: 1253
Claim Date: 05/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 1722 (10/26/2009)

---

ADMINISTRATIVE          Claimed:          $31,754.62   UNLIQ

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | | | |
|---|---|---|---|---|
| SAFFELL, CHARLES<br>39897 CHARLES TOWN PIKE<br>HAMILTON, VA 20158 | | Claim Number: 2510<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $28,041.32 | Scheduled: | $25,276.36 UNLIQ |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| SAIFEE, BENAZEER<br>99 MEROKE LN<br>EAST ISLIP, NY 11730 | | Claim Number: 7099<br>Claim Date: 02/11/2010<br>Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $23,675.47 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| SALB, RALPH<br>4216 249TH CT SE<br>ISSAQUAH, WA 98029 | | Claim Number: 104<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |

| PRIORITY | Claimed: | $77,929.45 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| SALB, RALPH<br>4216 249TH COURT SE<br>ISSAQUAH, WA 98029 | | Claim Number: 4439<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $16,842.76 | Scheduled: | $80,316.52 UNLIQ |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| SALB, RALPH<br>4216 249TH COURT SE<br>ISSAQUAH, WA 98029 | | Claim Number: 4441<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $7,032.98 | Scheduled: | $248.56 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

SALEH, OSSAMA A.
6617 BATTLEFORD DR
RALEIGH, NC 27613

Claim Number: 1778
Claim Date: 08/18/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,620.80 | Scheduled: | $4,620.80 |

SALIBI, CAMILLE
6811 N WOODRIDGE DR
PARKLAND, FL 33067

Claim Number: 2132
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | |

SALIBI, CAMILLE
6811 N WOODRIDGE DR
PARKLAND, FL 33067

Claim Number: 2133
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $358,803.12 | | |
| UNSECURED | Claimed: | $358,803.12 | Scheduled: | $0.00  UNLIQ |
| TOTAL | Claimed: | $358,803.12 | | |

SALTSMAN, ALTON
5205 THE DYKE
RALEIGH, NC 27606

Claim Number: 7197
Claim Date: 04/09/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $68,388.00 |

SAMARRAIE, MOHAMED AL
PO BOX 45030
LAVAL, QC H7Y 2H2
CANADA

Claim Number: 165
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $233.75 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

SAMPER, DONNA
1512 LIATRIS LN
RALEIGH, NC 27613

Claim Number: 6502
Claim Date: 12/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $76,681.66 | | |
|---|---|---|---|---|

SAMUEL, JOSEPH
102 BATHGATE LANE
CARY, NC 27513

Claim Number: 1165
Claim Date: 05/13/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $269,670.98 | | |
|---|---|---|---|---|

SAMUEL, JOSEPH
102 BATHGATE LANE
CARY, NC 27513

Claim Number: 3304
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $198,510.44 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

SANDERS, JEFFREY W.
4902 CLAY DR.
ROWLETT, TX 75088

Claim Number: 2613
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

SANDERSON, GARY
9004 OLD HICKORY ROAD
TYLER, TX 75703

Claim Number: 2978
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $233,080.87 UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

SANDERSON, GARY LYNN
9004 OLD HICKORY RD
TYLER, TX 75703

Claim Number: 2977
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $233,080.87  UNLIQ |
|---|---|---|

SANDILANDS, PHILLIP EDWARD
1002 REDBUD DRIVE
ALLEN, TX 75002

Claim Number: 6019
Claim Date: 10/19/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $22,965.82 |

SANKS, YVONNE M.
105 WEST HWY 54, SUITE 265
DURHAM, NC 27713

Claim Number: 174
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $84,999.46 |
|---|---|---|

SANMINA - SCI CORPORATION AND ITS AFF.
C/O KLEE TUCHIN BOGDANOFF & STERN LLP
ATTN DAVID FIDLER
1999 AVENUE OF THE STARS, 39TH FL
LOS ANGELES, CA 90067

Claim Number: 4454
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $2,606,176.81   UNDET |
|---|---|---|

SANMINA-SCI CORPORATION
AND ITS AFFILIATES, ATTN: DAVID A FIDLER
C/O KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA 90067

Claim Number: 4644
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $2,606,176.81 |
|---|---|---|
| SECURED | Claimed: | $2,300,000.00 |
| UNSECURED | Claimed: | $15,818,764.87 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

SANT CORPORATION, THE
ATTN: MARK CLAVER
10260 ALLIANCE ROAD
CINCINNATI, OH 45242

Claim Number: 957
Claim Date: 04/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

---

| UNSECURED | Claimed: | $23,368.75 |
|---|---|---|

SAP AMERICA, INC.
C/O BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQUIRE
6 N. BROAD STREET, SUITE 100
WOODBURY, NJ 08096

Claim Number: 5650
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $138,967.28 |
|---|---|---|

SAP BUSINESS OBJECTS
C/O BROWN & CONNERY LLP
ATTN: DONALD K. LUDMAN, ESQUIRE
6 N. BROAD STREET, SUITE 100
WOODBURY, NJ 08096

Claim Number: 5651
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $161,586.00 |
|---|---|---|

SARMIENTO, CLAUDIA
4947 EVERGLADE COURT
SANTA ROSA, CA 95409

Claim Number: 7598
Claim Date: 02/09/2011
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $32,000.00 |
|---|---|---|

SAS INSTITUTE INC
ATTN: HOWARD BROWNE
SAS CAMPUS DRIVE
CARY, NC 27512-8000

Claim Number: 2803
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $89,700.00 | Scheduled: | $51,000.00 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| SASKEN COMMUNICATION TECHNOLOGIES LTD<br>139/25 DOMLUR RING ROAD<br>BANGALORE, 560071<br>INDIA | Claim Number: 2874<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $27,339.00 |
|---|---|---|

---

| SATTAR, AAMIR<br>PO BOX 831333<br>RICHARDSON, TX 75083 | Claim Number: 6056<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 4579 |
|---|---|

| UNSECURED | Claimed: | $91,938.47 |
|---|---|---|

---

| SAUCIER, MADAME GUYLAINE<br>1000 DE LA GAUCHETIERE STREET WEST<br>SUITE 2500<br>MONTREAL, QC H3B 0A2<br>CANADA | Claim Number: 5414<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| SAVAGE, RICHIE<br>909 KNOTTS HILL PLACE<br>KNIGHTDALE, NC 27545 | Claim Number: 3425<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $55,000.00 |
|---|---|---|

---

| SAVAGE, RUSSELL III<br>4007 NUNN ROAD<br>HUNTSVILLE, AL 35802 | Claim Number: 3321<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $18,750.00 | Scheduled: | $18,750.00 |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

SAVARESE, PATRICK
2705 VILLAGE DR
BREWSTER, NY 10509-1326

Claim Number: 591
Claim Date: 03/16/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $17,160.75 |
|---|---|---|

SAWYER, NICOLE
4536 COTTENDALE DR.
DURHAM, NC 27703

Claim Number: 7363
Claim Date: 07/29/2010
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $13,046.17 |
|---|---|---|

SAYWELL, JOHN G.
1716 HARVEST GLEN DRIVE
ALLEN, TX 75002

Claim Number: 1898
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $57,166.00 |
|---|---|---|

SBC GLOBAL SERVICES
JAMES GRUDUS, ESQ.
AT&T INC.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 71
Claim Date: 01/27/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $132,375.81 |
|---|---|---|

SBC INTERNET SERVICES, INC
JAMES GRUDUS, ESQ.
AT&T INC.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 69
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 2889 (04/15/2010)

| UNSECURED | Claimed: | $4,370.63 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| SBC LONG DISTANCE, LLC<br>JAMES GRUDUS, ESQ.<br>AT&T INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 70<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed:          $4.13 | | |
| SCHAUER, SCOTT<br>1337 FOUR WINDS DRIVE<br>RALEIGH, NC 27615 | Claim Number: 1469<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed:          $6,127.99 | | |
| SCHAUER, SCOTT<br>1337 FOUR WINDS DRIVE<br>RALEIGH, NC 27615 | Claim Number: 1470<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed:          $91,323.14 | | |
| SCHAUER, SCOTT<br>1337 FOUR WINDS DR<br>RALEIGH, NC 27615 | Claim Number: 3048<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed:          $109,964.17 | | |
| SCHECTER, ROGER<br>3 BLACKBERRY RD<br>NASHVILLE, TN 37215 | Claim Number: 3746<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed:          $77,111.43          Scheduled:          $77,111.43 UNLIQ | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| SCHECTER, ROGER A.<br>3 BLACKBERRY RD<br>NASHVILLE, TN 37215 | | Claim Number: 3744<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| UNSECURED | Claimed: | $451,314.36 | Scheduled: | $0.00  UNLIQ |

| SCHEER, JOHN<br>5736 CHADWICK LN<br>BRENTWOOD, TN 37027 | | Claim Number: 352<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | Claimed: | $31,101.35 |

| SCHEER, JOHN<br>5736 CHADWICK LN<br>BRENTWOOD, TN 37027 | | Claim Number: 3444<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY<br>UNSECURED | Claimed: | $30,583.55 | Scheduled: | $30,583.55  UNLIQ |

| SCHERFF, MELANIE<br>4713 EDINBURGH DR<br>CARLSBAD, CA 92010 | | Claim Number: 5827<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $29,035.00 |

| SCHILLING, STEVEN L.<br>6324 WAKE FALLS DR<br>WAKE FOREST, NC 27587 | | Claim Number: 3477<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |

---

| UNSECURED | Claimed: | $1,026,473.71 | Scheduled: | $0.00  UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| SCHILTZ, ROBERT A. JR.<br>8 PETERS LN<br>BEDFORD, NY 10506 | | Claim Number: 5627<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $4,156.94 |
| SCHLESSEL, KAREN H.<br>15 CAMEO COURT<br>CHERRY HILL, NJ 08003 | | Claim Number: 5342<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $69,959.62 |
| SCHMAL, KAREN L.<br>26 MONTROSE AVE<br>WAKEFIELD, MA 01880 | | Claim Number: 7742<br>Claim Date: 05/31/2011<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $22,707.68 |
| SCHMAL, KAREN L.<br>26 MONTROSE AVE<br>WAKEFIELD, MA 01880 | | Claim Number: 7743<br>Claim Date: 05/31/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $22,708.00 |
| SCHMEHL, EDWARD<br>515 RUSSELL PARK<br>SAN ANTONIO, TX 78260 | | Claim Number: 5953<br>Claim Date: 10/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $13,286.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

SCHMELZEL, JOHN
2607 OLD MILL LANE
ROLLING MEADOWS, IL 60008

Claim Number: 6046
Claim Date: 10/26/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $209,393.43 |

SCHMIDT, FRANZA
2010 LAKE SHORE LANDING
ALPHARETTA, GA 30005

Claim Number: 3349
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $18,530.45 |

SCHOFIELD, BONNIE G.
4588 TANGLEWOOD DR.
PEGRAM, TN 37143

Claim Number: 7410
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,296.00   UNLIQ |

SCHOFIELD, BRUCE
15 FARWELL ROAD
TYNGSBORO, MA 01879

Claim Number: 378
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $34,672.56 |
| UNSECURED | Claimed: | $16,860.98 |

SCHOLNICK, DAVID
4 PICKWICK ROAD
MARBLEHEAD, MA 01945

Claim Number: 6191
Claim Date: 12/07/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $20,000.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| SCHOOLEY, RUSSELL<br>1603 CLEARMEADOW DRIVE<br>ALLEN, TX 75002 | Claim Number: 4175<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 3320. |
|---|---|

| PRIORITY | Claimed: | $14,018.13 |
| UNSECURED | Claimed: | $46,247.17 |

---

| SCHUDDE, THOMAS<br>5897 PADDOCK COURT<br>CANANDAIGUA, NY 14424 | Claim Number: 7241<br>Claim Date: 05/03/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $91,784.16 |

---

| SCHUSTER, JAC<br>2804 DUNBAR DRIVE<br>MCKINNEY, TX 75070 | Claim Number: 7272<br>Claim Date: 06/01/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $25,665.42 |

---

| SCHWANTES, ROGER A.<br>C/ O HARWELL, HOWARD, HYNE, GABBERT &<br>MANNER, P. C., ATTN: TRACY M. LUJAN<br>315 DEADERICK STREET, SUITE 1800<br>NASHVILLE, TN 37238 | Claim Number: 3940<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $413,508.17 |

---

| SCHWARTZ, JEAN-LUC<br>ALLMENDWEG 4<br>ZELL, 77736<br>GERMANY | Claim Number: 2556<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| SCHWARTZ, SUSAN FOX<br>6726 SAWMILL ROAD<br>DALLAS, TX 75252 | | Claim Number: 6028<br>Claim Date: 10/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claims 1591 and 2193 |
| UNSECURED | Claimed: | $30,212.00 |
| SCHWEM, KURT<br>1350 BENEDICT CT.<br>PLEASANTON, CA 94566 | | Claim Number: 3078<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $55,266.78 |
| SCHWEM, KURT<br>1350 BENEDICT CT.<br>PLEASANTON, CA 94566 | | Claim Number: 3079<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $55,266.78 |
| SCOTT, FLOY E.<br>13297 MINK LANE<br>CARMEL, IN 46074 | | Claim Number: 7613<br>Claim Date: 02/22/2011<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $4,711.90 |
| SCOTT, FRED<br>C/O JEFFREY B. ROSE<br>TISHLER & WALD, LTD.<br>200 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | | Claim Number: 5528<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $9,889.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

SCOTT, JEFFREY
123 MOONLIGHT DR.
MURPHY, TX 75094

Claim Number: 1300
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $40,573.74 | | |
|---|---|---|---|---|

SCOTT, JEFFREY
123 MOONLIGHT DR.
MURPHY, TX 75094

Claim Number: 1301
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $40,573.74 | | |
|---|---|---|---|---|

SCOTT, MARLENE L
2759 GALE AVE
LONG BEACH, CA 90810

Claim Number: 3805
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $57,451.50 | | |
|---|---|---|---|---|

SEAMAN, HAROLD
118 W CODA CIR
DELRAY BEACH, FL 33444-3630

Claim Number: 3967
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $43,513.02 | Scheduled: | $54,463.02 UNLIQ |

SEAMAN, HAROLD
118 W CODA CIR
DELRAY BEACH, FL 33444-3630

Claim Number: 3978
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $11,549.61 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

SEAMAN, HAROLD E
118 W CODA CIR
DELRAY BEACH, FL 33444-3630

Claim Number: 6
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $139,081.79 | | |
|---|---|---|---|---|

SEARLES, STEVE
19119 STREAM CROSSING C
LEESBURG, VA 20176

Claim Number: 4164
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $450.00 | Scheduled: | $450.00 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $247,546.22 | Scheduled: | $247,546.22 |

SEARLES, STEVE
19119 STREAM CROSSING CT.
LEESBURG, VA 20176

Claim Number: 4165
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $83,055.34 | Scheduled: | $83,055.34  UNLIQ |
|---|---|---|---|---|

SEARLES, STEVE
19119 STREAM CROSSING CT.
LEESBURG, VA 20176

Claim Number: 4289
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,998.23 | Scheduled: | $1,998.23  UNLIQ |
|---|---|---|---|---|

SECURITAS SECURITY SERVICES USA
2 CAMPUS DR
PARSIPPANY, NJ 07950

Claim Number: 999
Claim Date: 04/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5782 (06/21/2011)

| UNSECURED | Claimed: | $824,348.53 | Scheduled: | $174,624.94 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| SEDIN, S.A.<br>PO BOX 6211<br>GENEVA 6, CH 1211<br>SWITZERLAND | Claim Number: 2409<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | |

ADMINISTRATIVE    Claimed:         $710.69

| | | |
|---|---|---|
| SEID, GUY A.<br>1420 W. MCDERMOTT DRIVE<br>APT 938<br>ALLEN, TX 75013 | Claim Number: 892<br>Claim Date: 04/10/2009<br>Debtor: NORTEL NETWORKS INC. | |

UNSECURED    Claimed:         $49,943.00

| | | |
|---|---|---|
| SEITZ, DENNIS W<br>5200 LINNADINE WAY<br>NORCROSS, GA 30092 | Claim Number: 5446<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |

UNSECURED    Claimed:         $276,480.00    Scheduled:         $0.00 UNLIQ

| | | |
|---|---|---|
| SELBREDE, KENT<br>4716 ANGEL FIRE DR<br>RICHARDSON, TX 75082 | Claim Number: 806<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS INC. | |

UNSECURED    Claimed:         $1,293.92

| | | |
|---|---|---|
| SELIGSON, JOHN<br>330 ESATTO PLACE<br>EL DORADO HILLS, CA 95762 | Claim Number: 4282<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 1060 | |

UNSECURED    Claimed:         $157,031.55    Scheduled:    $157,031.55 UNLIQ

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

SELISKER, MARK R
4620 WHITE CHAPEL WAY
RALEIGH, NC 27615

Claim Number: 3495
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $231,163.04 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

SEMET, ROBERT J
209 ASBURY RD
EGG HARBOR TOWNSH, NJ 08234

Claim Number: 1719
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SEMET, ROBERT J.
209 ASBURY ROAD
EGG HARBOR TWP, NJ 08234

Claim Number: 1718
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

SENA TECHNOLOGIES INC
3150 ALMADEN EXPY STE 233
SAN JOSE, CA 95118-1250

Claim Number: 2492
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

---

| UNSECURED | Claimed: | $4,082.81 |
|---|---|---|

SENA TECHNOLOGIES, INC.
3150 ALMADEN EXPY
SUITE 238
SAN JOSE, CA 95118-1250

Claim Number: 2491
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $4,082.81 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | | | |
|---|---|---|---|---|
| SENNA, STEVEN A.<br>29 WESTRIDGE DR.<br>BOLTON, CT 06043 | | Claim Number: 789<br>Claim Date: 04/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |

---

| PRIORITY | Claimed: | $27,490.97 | | |
|---|---|---|---|---|
| SEPULVEDA (CIRILO), ELLEN<br>1045 E GREEN STREET<br>PASADENA, CA 91106 | | Claim Number: 2116<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |

---

| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|
| SERAFINI, EDUARDO ACOSTA<br>60 TADMUCK RD<br>WESTFORD, MA 01886 | | Claim Number: 1523<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |

---

| PRIORITY | Claimed: | $16,276.68 | | |
|---|---|---|---|---|
| SEZER, ORAL<br>3724 SWAN LAKE FM RD<br>APEX, NC 27539 | | Claim Number: 1729<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |

---

| ADMINISTRATIVE | Claimed: | $100,000.00 | | |
|---|---|---|---|---|
| SEZER, ORAL T<br>3724 SUNLAKE FARMS RD<br>APEX, NC 27539 | | Claim Number: 1728<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |

---

| UNSECURED | Claimed: | $100,000.00 | Scheduled: | $0.00   UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

SEZER, ORAL T.
3424 SUNLAKE FARMS RD.
APEX, NC 27539

Claim Number: 2272
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $150,121.00 |
|---|---|---|

SGROI, PAUL
4663 PINECREST TER
EDEN, NY 14057

Claim Number: 3816
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $23,971.04 |
|---|---|---|

SHABOUT, AZMEENA VIRANI
1431 GARDENIA ST.
IRVING, TX 75063

Claim Number: 1105
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $82,897.10 |
|---|---|---|

SHACT, NEAL
C/O JEFFREY B. ROSE
TISHLER & WALD, LTD.
200 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

Claim Number: 5527
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $592,950.00 |
|---|---|---|

SHAH, KETAN
108 NATCHEZ CT
CARY, NC 27519-9535

Claim Number: 3217
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $3,166.47 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| SHAH, KETAN<br>108 NATCHEZ CT<br>CARY, NC 27519-9535 | | Claim Number: 3391<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $42,337.09 | | | |
| SHAH, RAJIV<br>2308 HIGH COUNTRY WY<br>PLANO, TX 75025 | | Claim Number: 4591<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $14,950.00 | Scheduled: | $699.71 | |
| UNSECURED | Claimed: | $17,527.40 | Scheduled: | $27,777.69 | |
| SHAIKH, RAOUF A.<br>22756 HIGHCREST CIR<br>ASHBURN, VA 201486952 | | Claim Number: 849<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $51,398.00 | | | |
| UNSECURED | Claimed: | $19,615.83 | | | |
| SHANBHAG, RAJ<br>639 LONSDALE AVE<br>FREMONT, CA 94539 | | Claim Number: 2213<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $58,749.65 | Scheduled: | $59,303.94 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

SHANBHAG, RAJ
639 LONSDALE AVE
FREMONT, CA 96539

Claim Number: 2214
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $58,749.65 |
|---|---|---|

---

SHANK, EDWARD
8769 W. TUCKEY LN.
GLENDALE, AZ 85305

Claim Number: 3489
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $38,316.00 |
|---|---|---|

---

SHANKS, JAMES
BRIAN ANDERSON, CORPORATE ATTORNEY
BELDEN, INC.
7733 FORSYTH BOULEVARD, SUITE 800
SAINT LOUIS, MO 63105

Claim Number: 3533
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 1370

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,721.68 |

---

SHAPPELL, MICHAEL J
5785 SEVEN OAKS PKWY
ALPHARETTA, GA 30005

Claim Number: 3018
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $869.99 |
|---|---|---|

---

SHAPPELL, MICHAEL J.
5785 SEVEN OAKS PKWY
ALPHARETTA, GA 30005

Claim Number: 1146
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $85,176.61 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| SHARED TECHNOLOGIES INC<br>580 VIRGINIA DR STE 141<br>FT WASHINGTON, PA 19034-2723 | Claim Number: 6687<br>Claim Date: 01/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $19,158.37 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| SHARED TECHNOLOGIES INC.<br>1405 S BELTLINE ROAD<br>COPPELL, TX 75019 | Claim Number: 2431<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $33,411.78 | | |
|---|---|---|---|---|

| SHAREE JOPLIN<br>1253 VZ COUNTY ROAD 1412<br>VAN, TX 75790-3177 | Claim Number: 7745<br>Claim Date: 05/31/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4461 | | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $51,907.83 | | |

| SHARMA, JAG MOHAN<br>113 COUNCIL GAP COURT<br>CARY, NC 27513 | Claim Number: 4311<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $100,000.00  UNLIQ | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| SHARMA, JAG MOHAN<br>113 COUNCIL GAP COURT<br>CARY, NC 27513 | Claim Number: 4312<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $179,633.05 | Scheduled: | $174,479.11  UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

SHARP, JAMES E.
3215 STONY CREEK CT
LEWIS CENTER, OH 43035

Claim Number: 2865
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

ADMINISTRATIVE        Claimed:              $5,438.78

SHAVER, ALLEN DAVID
5939 MARTIN HILLS LN
HILLSBOROUGH, NC 27278

Claim Number: 7341
Claim Date: 07/09/2010
Debtor: NORTEL NETWORKS INC.

---

UNSECURED        Claimed:              $73,796.18

SHAW, DARRELL K.
20 BUCKY ST.
EUHARLEE, GA 30145

Claim Number: 1071
Claim Date: 05/01/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED        Claimed:              $53,416.58

SHAW, DARRELL K.
20 BUCKY ST.
EUHARLEE, GA 30145

Claim Number: 4079
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

ADMINISTRATIVE        Claimed:              $53,416.58

SHAW, DARRELL K.
20 BUCKY ST.
EUHARLEE, GA 30145

Claim Number: 4110
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

---

UNSECURED        Claimed:              $0.00   UNDET

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | | |
|---|---|---|---|---|---|---|
| SHAW, DARRELL K.<br>20 BUCKY ST.<br>EUHARLEE, GA 30145 | | Claim Number: 4434<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $53,416.58 | | | | |
| SHEA, JOHN L. III<br>5203 TWIGHT DR<br>FRISCO, TX 75035-7007 | | Claim Number: 4<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| PRIORITY | Claimed: | $1,545.82 | Scheduled: | $450.00 | | |
| UNSECURED | Claimed: | $12,772.73 | Scheduled: | $13,868.77 | | |
| SHEARMAN & STERLING LLP<br>ATTN: WILLIAM J.F. ROLL, III ESQ. &<br>SOLOMON J. NOH, ESQ.<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022-6069 | | Claim Number: 3111<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $1,361.93 | Scheduled: | $9,512.22 | | |
| SHEEHAN PHINNEY BASS + GREEN PA<br>BRUCE A. HARWOOD<br>1000 ELM STREET<br>P.O. BOX 3701<br>MANCHESTER, NH 03105-3701 | | Claim Number: 3548<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>Amends claim 826. | | | | |
| UNSECURED | Claimed: | $290,309.75 | | | Allowed: | $101,520.00 |
| SHEEHAN, FLOR B.<br>1302 NORTHPARK DRIVE<br>RICHARDSON, TX 75081 | | Claim Number: 7800<br>Claim Date: 06/21/2011<br>Debtor: NORTEL NETWORKS INC. | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | | |
| UNSECURED | Claimed: | $20,480.77 | | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| SHEFFEY, RICKIE A. | Claim Number: 7299 |
| 1923 THORNBERRY DR. | Claim Date: 06/17/2010 |
| MELISSA, TX 75454-3021 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $59,875.64 |

| SHEKOKAR, PRAVEEN | Claim Number: 2353 |
| 3521 WILLETT PL. | Claim Date: 08/31/2009 |
| SANTA CLARA, CA 95051 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $43,200.00 |

| SHELBY COUNTY PROPERTY TAX COMMISSIONER | Claim Number: 1699 |
| ATTN: DON ARMSTRONG | Claim Date: 08/11/2009 |
| PO BOX 1298 | Debtor: NORTEL NETWORKS INC. |
| COLUMBIANA, AL 35051 | Comments: WITHDRAWN |
| | DOCKET: 3944 (09/15/2010) |

| PRIORITY | Claimed: | $444.22 |
| SECURED | Claimed: | $444.22 |
| TOTAL | Claimed: | $444.22 |

| SHEPHERD, FRANK J. | Claim Number: 2029 |
| 2426-1 SHIPS MECHANIC ROW | Claim Date: 08/24/2009 |
| GALVESTON, TX 77550 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $41,597.38 |
| UNSECURED | Claimed: | $12,643.60 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

SHEPHERD, FRANK J.
2426-1 SHIPS MECHANIC ROW
GALVESTON, TX 77550

Claim Number: 5491
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $515,719.24 | |

SHEPPARD, JOHN E.
4808 WOOD VALLEY DRIVE
RALEIGH, NC 27613-6334

Claim Number: 619
Claim Date: 03/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $70,424.62 |
| UNSECURED | Claimed: | $3,570.93 |

SHEPPARD, JOHN E.
4808 WOOD VALLEY DRIVE
RALEIGH, NC 27613-6334

Claim Number: 620
Claim Date: 03/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $39,105.53 |

SHEPPARD, JOHN E.
4808 WOOD VALLEY DRIVE
RALEIGH, NC 27613-6334

Claim Number: 3106
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $39,105.53 |

SHEPPARD, JOHN E.
4808 WOOD VALLEY DRIVE
RALEIGH, NC 27613-6334

Claim Number: 3107
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $70,424.62 | | |
| UNSECURED | Claimed: | $1,889.98 | Scheduled: | $72,314.60 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

SHERALI, RAY
72 WISTERIA LANE
APEX, NC 27523

Claim Number: 1310
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $149,748.43 |
|---|---|---|

SHI, ZHIMIN
10 VALLEY RD
LEXINGTON, MA 02421

Claim Number: 5591
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $41,227.58 |
|---|---|---|

SHIELDS, BRIAN
1800 PARK RIDGE WAY
RALEIGH, NC 27614-9040

Claim Number: 1422
Claim Date: 06/26/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $56,667.12 |
|---|---|---|

SHIELDS, CAROLYN M.
11461 PURPLE BEECH DRIVE
RESTON, VA 20191

Claim Number: 7238
Claim Date: 04/29/2010
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $39,170.00   UNLIQ |

SHIH, YUHSIANG
3262 ORLANDO RD.
PASADENA, CA 91107

Claim Number: 1137
Claim Date: 05/08/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $36,898.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

SHIRALLIE, KAMYAR
5350 PEBBLETREE WAY
SAN JOSE, CA 95111

Claim Number: 4127
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $19,400.00 |
|---|---|---|

SHORE, KEVIN
8222 CRABTREE DRIVE
AUSTIN, TX 78750

Claim Number: 647
Claim Date: 03/19/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $17,354.61 |
|---|---|---|

SHORT, BRIAN
215 JULIET CR
CARY, NC 27513

Claim Number: 7733
Claim Date: 05/10/2011
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $17,788.00 |
|---|---|---|

SHORT, BRIAN
215 JULIET CR
CARY, NC 27513

Claim Number: 7734
Claim Date: 05/10/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $7,403.00 |
|---|---|---|

SHREWSBURY, MARK C.
2903 BELLE AVE
ROANOKE, VA 24012

Claim Number: 595
Claim Date: 03/16/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $34,300.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

SICILIANO, ROBERT A
3 LINK COURT
NEW CITY, NY 10956

Claim Number: 5925
Claim Date: 10/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $70,000.00 |
|---|---|---|

---

SICOTTE, LUC P
1933 PEMBROKE LANE
MCKINNEY, TX 75070

Claim Number: 4074
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $132,813.01 |
|---|---|---|

---

SICOTTE, LUC P.
1933 PEMBROKE LANE
MCKINNEY, TX 75070

Claim Number: 1076
Claim Date: 05/01/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $129,179.50 |
|---|---|---|

---

SIEMENS ENTERPRISE COMMUNICATIONS, INC.
5500 BROKEN SOUND BLVD
BOCA RATON, FL 33487-3502

Claim Number: 2557
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $117,719.78 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC
ASSIGNEE & ATTORNEY-IN-FACT FOR
WHITNEY BLAKE CO., ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 402
Claim Date: 02/24/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $870.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SIGARTO, SAMUEL<br>1509 LIATRIS LANE<br>RALEIGH, NC 27613 | | Claim Number: 2581<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $3,958.42 | Scheduled: | $3,779.32 UNLIQ | | | |
| SIGARTO, SAMUEL<br>1509 LIATRIS LANE<br>RALEIGH, NC 27613 | | Claim Number: 2582<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | | | |
| ADMINISTRATIVE | Claimed: | $3,958.42 | | | | | |
| SIGLER, RICHARD W.<br>212 TRAILVIEW DRIVE<br>CARY, NC 27513 | | Claim Number: 7162<br>Claim Date: 03/23/2010<br>Debtor: NORTEL NETWORKS INC. | | | | | |
| UNSECURED | Claimed: | $46,575.90 | | | | | |
| SIGNIANT CORP<br>515 LEGGET DRIVE<br>OTTAWA, ON K2K 3G4<br>CANADA | | Claim Number: 2328<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | | | | |
| UNSECURED | Claimed: | $66,810.87 | Scheduled: | $25,372.32 | Allowed: | $64,290.87 | |
| SIKDAR, ASIR<br>634 CAYUGA CT.<br>SAN JOSE, CA 95123 | | Claim Number: 929<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. | | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$17,094.14 | | | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| SILVERNALE, ROBERT<br>94 ELM STREET<br>GOFFSTOWN, NH 03045 | | Claim Number: 1018<br>Claim Date: 04/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $11,430.00 | | |
| UNSECURED | Claimed: | $51,045.00 | | |
| SILVERNALE, ROBERT<br>94 ELM STREET<br>GOFFSTOWN, NH 03045 | | Claim Number: 2652<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $49,139.10 | Scheduled: | $49,139.10 |
| SILVERNALE, ROBERT<br>94 ELM STREET<br>GOFFSTOWN, NH 03045 | | Claim Number: 2653<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
| PRIORITY | Claimed: | $11,430.76 | | |
| UNSECURED | Claimed: | $11,430.76 | Scheduled: | $11,430.76  UNLIQ |
| TOTAL | Claimed: | $11,430.76 | | |
| SIMBOL TEST SYSTEMS<br>616 RUE AUGUSTE MONDOUX<br>GATINEAU, QC, J9J 3K3<br>CANADA | | Claim Number: 350<br>Claim Date: 02/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| UNSECURED | Claimed: | $88,250.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

SIMCLAR INTERCONNECT TECHNOLOGIES
1784 STANLEY AVE
DAYTON, OH 45404

Claim Number: 6944
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $54,972.00 | | |
|---|---|---|---|---|

SIMCO ELECTRONICS
1178 BORDEAUX DR
SUNNYVALE, CA 94089

Claim Number: 1183
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $8,856.00 | Scheduled: | $8,856.00 |
|---|---|---|---|---|

SIMCOE, MITCHELL
1085 TIMBERLINE PLACE
ALPHARETTA, GA 30005

Claim Number: 5646
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $5,002.18 | | |
|---|---|---|---|---|

SIMMONS, EDGAR B.
218 S BAY DRIVE
BULLARD, TX 75757-8939

Claim Number: 3682
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $107,217.83 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

SIMPLESOFT, INC.
257 CASTRO STREET, SUITE 220
MOUNTAIN VIEW, CA 94041

Claim Number: 729
Claim Date: 03/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $36,573.13 | Scheduled: | $32,373.13 | Allowed: | $32,373.13 |
|---|---|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

SIMPSON, JA'NELLE
163 SOMERSET DR
REIDSVILLE, NC 273208050

Claim Number: 2626
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,611.54 | Scheduled: | $6,611.54 |
| UNSECURED | Claimed: | $2,803.83 | Scheduled: | $2,803.83 |

SIMS, MARK C
2161 APPLETON CIR
LAWRENCEVILLE, GA 30043

Claim Number: 2030
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY          Claimed:          $34,402.30   UNLIQ

SINGER, DONNA
218 FAIRFIELD DRIVE EAST
HOLBROOK, NY 11741

Claim Number: 6078
Claim Date: 10/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4779 (01/31/2011)

---

PRIORITY          Claimed:          $616.00

SINGH, INDERPAL
5406 WELLINGTON DR
RICHARDSON, TX 75082

Claim Number: 5795
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:          $23,826.94

SINNETT, WILLIAM G
139 KENTEAGA ROAD
TODD, NC 28684

Claim Number: 4416
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:          $256,413.82

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

SINNETT, WILLIAM G
139 KENTEAGA RD.
TODD, NC 28684

Claim Number: 4417
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,707.34 | Scheduled: | $4,707.34 |
| UNSECURED | Claimed: | $63,831.10 | Scheduled: | $63,831.10 |

SINYOR, ELLIS
3571 N 55 AVENUE
HOLLYWOOD, FL 33021

Claim Number: 3838
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $244,033.95 | Scheduled: | $0.00 UNLIQ |

SKILLSOFT CORPORATION
ATTN: GREG PORTO
107 NORTHEASTERN BLVD.
NASHUA, NH 03062

Claim Number: 4522
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $21,438.90 |

SKINNER, GREGORY A.
4018 PALM PLACE
WESTON, FL 33331

Claim Number: 4750
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $145,961.53 |

SKINNER, JOHN R.
4156 LAKE WILSON RD
WILSON, NC 27896

Claim Number: 7088
Claim Date: 02/08/2010
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $237,124.80 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

SKIPPER, THEODORE
1133 SECRETARIAT DR
GRAND PRAIRIE, TX 75052

Claim Number: 4488
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,331.20 | | |

SKIPPER, THEODORE
1133 SECRETARIAT DR
GRAND PRAIRIE, TX 75052

Claim Number: 4490
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,331.20 | | |

SKIPPER, THEODORE J
1133 SECRETARIAT DR
GRAND PRAIRIE, TX 75052

Claim Number: 4489
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,331.20 | | |

SLATER & MATSIL LLP
17950 PRESTON RD SUITE 1000
DALLAS, TX 75252

Claim Number: 2630
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,319.04 | Scheduled: | $0.00 UNLIQ |

SLEDGE, KAREN
2221 LAKESIDE BLVD
RICHARDSON, TX 75082-4399

Claim Number: 4837
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,585.44 | | |
| UNSECURED | | | Scheduled: | $3,920.88 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| SMEENK, HARRY G.<br>808 LAKEWOOD DRIVE<br>MCKINNEY, TX 75070 | Claim Number: 4565<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $10,197.55 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| SMILEY, KATHLEEN<br>159 GIFFIN ROAD<br>LOS ALTOS, CA 94022 | Claim Number: 3968<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,768.67 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,403.00 | Scheduled: | $25,265.34 |

| SMITH III, ADRIAN D.<br>PO BOX 325<br>NEW HILL, NC 27562 | Claim Number: 6104<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $59,115.26 |
|---|---|---|

| SMITH III, ADRIAN D.<br>PO BOX 325<br>NEW HILL, NC 27562 | Claim Number: 6105<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $59,115.26 |
|---|---|---|

| SMITH, ALDEN W.<br>4 MOUNTAIN AVENUE<br>AYER, MA 01432 | Claim Number: 3844<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $53,820.52 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

SMITH, CONNIE
3544 INTERLAKEN DR
PLANO, TX 75075

Claim Number: 2009
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $18,144.24 |
|---|---|---|

SMITH, CONNIE
3544 INTERLAKEN DR
PLANO, TX 75075

Claim Number: 2010
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $18,144.24 |
|---|---|---|

SMITH, DARRYL
7414 SAND PINE DR
ROWLETT, TX 75089

Claim Number: 2682
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $23,530.56 |
|---|---|---|

SMITH, DARRYL D
7414 SAND PINE DRIVE
ROWLETT, TX 75089

Claim Number: 2683
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $7,089.01 | Scheduled: | $7,089.01 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,441.55 | Scheduled: | $16,441.55 |

SMITH, DEBRA A
124 WEST 112TH ST
APT#4A
NEW YORK, NY 10026

Claim Number: 2146
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

SMITH, GREGORY A.
371 KYLE ROAD
CROWNSVILLE, MD 21032

Claim Number: 835
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $18,664.00 | Scheduled: | $8,278.85 |
| UNSECURED | | | Scheduled: | $9,350.77 |

SMITH, JAMES E.
2285 BRIARWOOD TRAIL
CUMMING, GA 30041

Claim Number: 7664
Claim Date: 03/28/2011
Debtor: NORTEL NETWORKS INC.

---

UNSECURED       Claimed:       $107,153.60

SMITH, JAMES R.
P.O. BOX 487
MURPHYS, CA 95247-0487

Claim Number: 307
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY       Claimed:       $13,938.00

SMITH, LISA L.
1 GLORIA TERRACE
DERRY, NH 03038

Claim Number: 5888
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

ADMINISTRATIVE       Claimed:       $10,816.88

SMITH, LISA L.
1 GLORIA TERRACE
DERRY, NH 03038

Claim Number: 5889
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

ADMINISTRATIVE       Claimed:       $10,816.88

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

SMITH, MELINDA A.
2390 KITTYHAWK DR.
FRISCO, TX 75034

Claim Number: 4771
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
| --- | --- | --- |

SMITH, PATRICIA MUMLEY
42792 SYKES TERRACE
SOUTH RIDING, VA 20152

Claim Number: 7176
Claim Date: 03/29/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $40,323.27 |
| --- | --- | --- |

SMITH, ROBERT PAUL
3408 STALLION CT
RALEIGH, NC 27613

Claim Number: 4062
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $78,989.20 |

SMITH, ROBIN L.
3226 PARKHURST LN.
RICHARDSON, TX 75082

Claim Number: 885
Claim Date: 04/09/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $89,563.66 |
| --- | --- | --- |

SNIDER, KRISTI
213 LIBERTY DR
WYLIE, TX 75098

Claim Number: 309
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $6,153.00 | Scheduled: | $6,460.68 |
| --- | --- | --- | --- | --- |

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

SNMP RESEARCH INTERNATIONAL INC
C/O CIARDI CIARDI & ASTIN
ATTN: CARL D. NETT
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 7471
Claim Date: 10/19/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7740
Amends claim 4625

| UNSECURED | Claimed: | $1,517,038.00  UNLIQ |

---

SNMP RESEARCH INTERNATIONAL, INC
C/O CIARDI CIARDI & ASTIN
ATTN: MARY AUGUSTINE
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 4625
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7471
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $22,281.00 |

---

SNMP RESEARCH INTERNATIONAL, INC.
CIARDI CIARDI & ASTIN
ATTN: JOSEPH MCMAHON, ESQ.
919 N. MARKET STREET, STE. 700
WILMINGTON, DE 19801

Claim Number: 7740
Claim Date: 05/26/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7471

| UNSECURED | Claimed: | $5,370,594.00 |

---

SOBRATO ORGANIZATION, THE
10600 NORTH DE ANZA BOULEVARD, NO. 200
CUPERTINO, CA 95014

Claim Number: 1461
Claim Date: 06/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $4,944,113.75 |

---

SODEXHO INC. & AFFILIATES
4880 PAYSPHERE CIRCLE
CHICAGO, IL 60674

Claim Number: 5558
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5624 (06/07/2011)

| UNSECURED | Claimed: | $21,208.79 | Scheduled: | $7,973.91 | Allowed: | $16,790.24 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| SODEXO CANADA LTD.<br>3350 SOUTH SERVICES ROAD<br>BURLINGTON, ON L7N 3H6<br>CANADA | Claim Number: 5744<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5624 (06/07/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $8,538.78 |
|---|---|---|

| SOFTWARE IMPRESSIONS LLC<br>51 SAWYER ROAD<br>SUITE 510<br>WALTHAM, MA 02453 | Claim Number: 6075<br>Claim Date: 10/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $49,795.00 |
|---|---|---|

| SOLUTION SOURCES PROGRAMMING, INC.<br>1600 N 4TH ST<br>SAN JOSE, CA 95112 | Claim Number: 1279<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $26,000.00 |
|---|---|---|

| SOOGOOR, UMAKANTH<br>1119 WATERFORD WAY<br>ALLEN, TX 75013 | Claim Number: 3512<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $26,000.00 |
|---|---|---|

| SORENSEN, CRAIG<br>3203 WATERPARK DR.<br>WYLIE, TX 75098 | Claim Number: 7622<br>Claim Date: 02/28/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $39,767.24 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

SOROKA, STEPHEN
9 MARGARET LANE
BILLERICA, MA 01821

Claim Number: 6325
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $59,012.00 | | |
|-----------|----------|------------|--|--|

SOURCEDIRECT
4555 EXCEL PARKWAY
ADDISON, TX 75001

Claim Number: 3934
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $4,634.96 | Scheduled: | $0.00  UNLIQ |
|-----------|----------|-----------|------------|--------------|

SOWARDS, ALAN
103 LINDENTHAL CT
CARY, NC 27513

Claim Number: 235
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 72

| PRIORITY | Claimed: | $136,000.00 | | |
|----------|----------|-------------|--|--|

SOWARDS, ALAN
103 LINDENTHAL CT
CARY, NC 27513

Claim Number: 7253
Claim Date: 05/10/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim no. 235

| PRIORITY | Claimed: | $203,844.06 | | |
|----------|----------|-------------|--|--|

SOWLES, JOHN W
520 SUMMIT ROAD
WATSONVILLE, CA 95076

Claim Number: 5608
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $6,496.76 | Scheduled: | $6,496.76 |
|-----------|----------|-----------|------------|-----------|
| UNSECURED | Claimed: | $40,169.38 | Scheduled: | $40,169.38 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

SOWLES, JOHN W
520 SUMMIT ROAD
WATSONVILLE, CA 95076

Claim Number: 5609
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | | |
|---|---|---|---|---|---|

SPARKLE POWER INC
1000 ROCK AVE
SAN JOSE, CA 95131-1610

Claim Number: 1883
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $5,880.00 | Scheduled: | $5,880.00 | |
|---|---|---|---|---|---|

SPARKLE POWER INC.
1000 ROCK AVE.
SAN JOSE, CA 95131-1610

Claim Number: 1882
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| ADMINISTRATIVE | Claimed: | $5,880.00 | | | |
|---|---|---|---|---|---|

SPEAR 1 PRODUCTION INC
14881 QUORUM DRIVE
DALLAS, TX 75254

Claim Number: 2980
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5089 (03/09/2011)

| UNSECURED | Claimed: | $68,565.18 | Scheduled: | $38,362.75 | Allowed: | $56,454.34 |
|---|---|---|---|---|---|---|

SPEARS, EVA M.
326 TERESA DR.
ROLESVILLE, NC 27571

Claim Number: 984
Claim Date: 04/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $23,782.90 | | | |
|---|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

SPILLANE, DONALD
106 PURPLE SAGE CT.
CARY, NC 27513

Claim Number: 6965
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $69,038.25 |
|---|---|---|

SPIRIDE, ANDREEA
3408 HORSESHOE DR
PLANO, TX 75074

Claim Number: 3689
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $24,650.00 |
|---|---|---|

SPIRIDE, GHEORGHE
3408 HORSESHOE DR.
PLANO, TX 75074

Claim Number: 6316
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $28,649.00 |
|---|---|---|

SPRADLEY, SUSAN
2 DORSET PLACE
DALLAS, TX 75229

Claim Number: 4527
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $67,011.67 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $67,011.67 UNLIQ |

SPRINGWELL CAPITAL PARTNERS LLC
SIX LANDMARK SQUARE
4TH FLOOR
STAMFORD, CT 06901-2701

Claim Number: 5899
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4703 (01/11/2011)

| UNSECURED | Claimed: | $2,292.14 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| SPRINT NEXTEL<br>SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT.<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | Claim Number: 634<br>Claim Date: 03/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED | | | |
| UNSECURED          Claimed: | $394,266.38 | | | |
| SPRINT NEXTEL<br>SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT.<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | Claim Number: 714<br>Claim Date: 03/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED | | | |
| UNSECURED          Claimed: | $403,783.96 | | | |
| SPRINT NEXTEL<br>SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT.<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | Claim Number: 898<br>Claim Date: 04/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED | | | |
| UNSECURED          Claimed: | $404,224.97 | | | |
| SPRINT NEXTEL<br>SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT.<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | Claim Number: 1087<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | | |
| UNSECURED          Claimed: | $406,692.95 | | Allowed: | $398,250.00 |
| SPRINT NEXTEL CORPORATION<br>ATTN: JULIETTE MORROW CAMPBELL<br>10002 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 7010<br>Claim Date: 01/27/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5067 (03/04/2011) | | | |
| ADMINISTRATIVE          Claimed: | $25,139.91   UNLIQ | | Allowed: | $25,139.91 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

SRIDARAN, JAYANTHI
6924 THREE BRIDGES CIRCLE
RALEIGH, NC 27613

Claim Number: 7486
Claim Date: 11/12/2010
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ | | |
| UNSECURED | Claimed: | $44,050.00   UNLIQ | | |

SRIMANI, GATLA
48988 MANNA GRASS TERRACE
FREMONT, CA 94539

Claim Number: 3642
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $17,007.70 | |

SRINIVASAN, SEKAR
1809 EAGLE GLEN DR
ROSEVILLE, CA 95661-4025

Claim Number: 3582
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 546.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,328.48 | Scheduled: | $5,328.48 |
| UNSECURED | Claimed: | $28,584.62 | Scheduled: | $28,584.62 |

SS8 NETWORKS
SS8 NETWORKS INC
750 TASMAN DRIVE
MILPITAS, CA 95035

Claim Number: 5883
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $104,316.26 | |

SS8, NETWORKS INC.
ATTN: DAVID GUTIERREZ
750 TASMAN DR
MILPITAS, CA 95035

Claim Number: 5882
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $104,316.26 | |

---

NORTEL NETWORKS INC.

Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

ST LOUIS COUNTY
COLLECTOR OF REVENUE
41 S CENTRAL AVENUE
CLAYTON, MO 63105

Claim Number: 393
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

---

| PRIORITY | Claimed: | $409.43 |
| --- | --- | --- |

---

ST. PAUL PROPERTIES, INC.
C/O JOSEPH M. VANLEUVEN
DAVIS WRIGHT TREMAINE LLP
1300 SW 5TH AVENUE, SUITE 2300
PORTLAND, OR 97232

Claim Number: 1788
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $89,252.00 |
| --- | --- | --- |

---

STACY, MARK
475 N. MARTINGALE ROAD
SCHAUMBURG, IL 60173

Claim Number: 5484
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $5,269.00 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $3,979.81  UNLIQ |

---

STACY, MARK
895 E SCHIRRA DR
PALATINE, IL 60074

Claim Number: 5485
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

---

| PRIORITY | Claimed: | $5,269.00 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

STACY, MARK
895 E. SCHIRRA DR
PALATINE, IL 60074

Claim Number: 5486
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $5,269.00 |
| --- | --- | --- |

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| STACY, MARK<br>895 E. SCHINNA DR.<br>PALATINE, IL 60174 | | Claim Number: 5487<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $14,437.87 | | | |
| UNSECURED | | | Scheduled: | $10,858.41  UNLIQ | |
| STACY, MARK<br>895 E SCHIRRA DR<br>PALATINE, IL 60074 | | Claim Number: 5489<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $14,437.87 | | | |
| STACY, MARK<br>895 E SCHIRRA DR<br>PALATINE, IL 60074 | | Claim Number: 5567<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $13,311.03 | | | |
| STANDEL JR, RICHARD<br>8231 BAY COLONY DR<br>APT # 303<br>NAPLES, FL 34108 | | Claim Number: 3820<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $676,950.08 | | | |
| STANDEL JR, RICHARD R<br>8231 BAY COLONY DR  APT. 303<br>NAPLES, FL 34108 | | Claim Number: 3821<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $734,079.07 | Scheduled: | $0.00  UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

STANDEL JR., RICHARD R.
8231 BAY COLONY DR
APT. 303
NAPLES, FL 34108

Claim Number: 3607
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $683,190.05 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

STANDEL, JR., RICHARD
8231 BAY COLONY DR.
APT. #303
NAPLES, FL 34108

Claim Number: 3606
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $676,950.08 | Scheduled: | $676,950.08 UNLIQ |
|---|---|---|---|---|

STANELLE, RALPH J.
244 HOLLYBERRY CT
ROSWELL, GA 30076-1213

Claim Number: 948
Claim Date: 04/15/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $115,689.79   UNLIQ |
|---|---|---|

STANLEY SUPPLY & SERVICES
335 WILLOW STREET
NORTH ANDOVER, MA 01845

Claim Number: 2012
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,103.65 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

STAPLES INC & SUBSIDIARIES
STAPLES CONTRACT AND COMMERCIAL
ATTN: LATONYA BLACKWELL
300 ARBOR LAKE DRIVE
COLUMBIA, SC 29223

Claim Number: 451
Claim Date: 03/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $55,206.90 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| STARLING, LARRY E<br>1030 ALICE SPRINGS CIR<br>SPRING HILL, TN 371748548 | Claim Number: 2996<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $68,079.00 |
|---|---|---|

| STATE BOARD OF EQUALIZATION<br>SPECIAL OPERATIONS BRANCH, MIC:55<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0055 | Claim Number: 1641<br>Claim Date: 08/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4399 (11/23/2010) |
|---|---|

| PRIORITY | Claimed: | $2,020,878.41 |
|---|---|---|
| UNSECURED | Claimed: | $312,865.35 |

| STATE BOARD OF EQUALIZATION<br>ENVIRONMENTAL FEE DIVISION<br>SPECIAL OPERATIONS BRANCH, MIC:55<br>PO BOX 942879<br>SACRAMENTO, CA 94279 | Claim Number: 7448<br>Claim Date: 10/05/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1641 |
|---|---|

| PRIORITY | Claimed: | $1,673,720.96 |
|---|---|---|
| UNSECURED | Claimed: | $180,763.48 |

| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Claim Number: 1511<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) |
|---|---|

| PRIORITY | Claimed: | $239.34 |
|---|---|---|

| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Claim Number: 7132<br>Claim Date: 03/02/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends Claim 1511. |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

STATE OF HAWAII, DEPARTMENT OF TAXATION
HAWAII STATE TAX COLLECTOR
ATTN: BANKRUPTCY UNIT (EL)
PO BOX 259
HONOLULU, HI 96809

Claim Number: 1430
Claim Date: 06/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4176 (10/19/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

STATE OF IOWA
ATTN: BANKRUPTCY UNIT
P.O. BOX 10471
DES MOINES, IA 50306

Claim Number: 7602
Claim Date: 02/17/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4910 (02/09/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $31,317.25 |
| UNSECURED | Claimed: | $288.00 |

---

STATE OF MICHIGAN DEPARTMENT OF TREASURY
C/O DEBORAH B. WALDMEIR ASST. ATTY. GEN.
CADILLAC PLACE, STE. 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

Claim Number: 7242
Claim Date: 05/03/2010
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3771 (08/11/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $77,974.87 | UNLIQ |

---

STATE OF MICHIGAN, DEPT. OF TREASURY
DEBORAH B. WALDMEIR
CADILLAC PLACE, STE 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

Claim Number: 995
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3803 (08/19/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,199.17 |

---

STATE OF MICHIGAN, DEPT. OF TREASURY
BILL SCHUETTE, ATTORNEY GENERAL
CADILLAC PLACE, STE 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

Claim Number: 7719
Claim Date: 04/27/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5190 (03/31/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,486,114.81 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08695 | | Claim Number: 1084<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $171,000.00   UNLIQ |
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08695 | | Claim Number: 1085<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $25,000.00   UNLIQ |
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08695 | | Claim Number: 1228<br>Claim Date: 04/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $31,307.23 |
| STATE OF NEW JERSEY, THE<br>DIVISION OF EMPLOYER ACCOUNTS<br>PO BOX 379<br>TRENTON, NJ 08625-0379 | | Claim Number: 7048<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4400 (11/23/2010) |
| ADMINISTRATIVE | Claimed: | $2,250.00 |
| STATE STREET BANK & TRUST COMPANY<br>ATTN: PAUL DESHARNAIS / BRIAN PORT<br>1776 HERITAGE DRIVE<br>NO. QUINCY, MA 02171 | | Claim Number: 4847<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| ADMINISTRATIVE | Claimed: | $46,832.57 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| STAUDAHER, STEVEN<br>10 LORING WAY<br>STERLING, MA 01564 | | Claim Number: 2774<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $42,519.00 | Scheduled: | $38,296.80 |
|---|---|---|---|---|

| STEIN, CRAIG F.<br>312 LORI DRIVE<br>BENICIA, CA 94510 | | Claim Number: 1814<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $39,803.67 | | |
|---|---|---|---|---|

| STEINMAN, JEFFREY<br>2721 HALIFAX CT.<br>MCKINNEY, TX 75070 | | Claim Number: 3390<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $6,012.45 | Scheduled: | $4,933.55 UNLIQ |
|---|---|---|---|---|

| STEINMAN, JEFFREY<br>2721 HALIFAX CT<br>MCKINNEY, TX 75070 | | Claim Number: 3395<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $90,804.45 | | |
|---|---|---|---|---|

| STEINMETZ, GEORGE J., III<br>7506 WOODBRIDGE PLACE<br>GARLAND, TX 75044 | | Claim Number: 982<br>Claim Date: 04/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $70,625.00 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| STEPHEN GOULD CORP<br>45541 NORTHPORT LOOP WEST<br>FREMONT, CA 94538-6458 | Claim Number: 2778<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
| UNSECURED          Claimed: | $495.34 | Scheduled: | $495.34 | |
| STEPHEN GOULD CORPORATION<br>35 S JEFFERSON ROAD<br>WHIPPANY, NJ 07981 | Claim Number: 2777<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
| ADMINISTRATIVE          Claimed: | $495.34 | | | |
| STEPHENS, BARRY G<br>2064 WILLSUITT RD<br>CREEDMOOR, NC 27522 | Claim Number: 3298<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |
| ADMINISTRATIVE          Claimed: | $5,490.21 | | | |
| STEPHENS, MICHAEL<br>5611 NOB HILL RD<br>DURHAM, NC 27704 | Claim Number: 2324<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1621. | | | |
| UNSECURED          Claimed: | $97,981.35 | | | |
| STEPHENS, MICHAEL AVERY<br>5611 NOB HILL RD<br>DURHAM, NC 27704 | Claim Number: 1621<br>Claim Date: 07/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | | |
| PRIORITY          Claimed: | $72,600.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| STEPHENSON, ANGELA<br>1300 CHAMPION FOREST CT.<br>WHEATON, IL 60187 | Claim Number: 3883<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,015.73 | | |
| UNSECURED | | | Scheduled: | $2,015.73  UNLIQ |

---

| STEPP, FLOYD<br>1126 COUNTRY CLUB LN<br>ZEBULON, NC 27597 | Claim Number: 2337<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 290. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $59,891.19 | Scheduled: | $59,891.19 |

---

| STEPP, FLOYD P<br>1126 COUNTRY CLUB LANE<br>ZEBULON, NC 27597 | Claim Number: 290<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $59,968.95 | |

---

| STERN, DAVID W<br>1510 OREGON STREET<br>BERKELEY, CA 94703 | Claim Number: 1973<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $42,000.00 | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

| STERN, DAVID W.<br>1510 OREGON ST<br>BERKELEY, CA 94703 | Claim Number: 1972<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $42,000.00 | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

STERNS, BRENDA
16200 W. 76TH AVE
ARVADA, CO 80007

Claim Number: 7213
Claim Date: 04/16/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $46,498.83 |

STIGLITZ, ANTHONY
856 SHADYLAWN RD
CHAPEL HILL, NC 27514

Claim Number: 3459
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $62,233.12 |

STMICROELECTRONICS, INC.
2501 N HARWOOD ST STE 1800
DALLAS, TX 75201-1613

Claim Number: 5557
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,905,079.00 |

STOKES, DEBORAH R.
400 SMITH ROAD
MAYSVILLE, NC 28555

Claim Number: 4477
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,059.00 |

STONE, GEORGE
41 LOUISE DR.
HOLLIS, NH 03049

Claim Number: 3059
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $42,452.39 | Scheduled: | $41,688.48 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

STRANGE, GRAHAM P
4960 BRIDGEHAMPTON BLVD
SARASOTA, FL 34238

Claim Number: 3427
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $237,891.32 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

STRASSBURGER, RAYMOND
2805 PINE HOLLOW RD
OAKTON, VA 22124

Claim Number: 3392
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $68,213.34 | Scheduled: | $68,213.34 UNLIQ |
|---|---|---|---|---|

STRASSBURGER, RAYMOND L.
2805 PINE HOLLOW RD
OAKTON, VA 22124

Claim Number: 3541
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $19,351.72 UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

STRAYHORN, ROY
4004 CAPUL ST.
DURHAM, NC 27703

Claim Number: 7485
Claim Date: 11/08/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $56,812.50 | | |
|---|---|---|---|---|

STRENGTH TEK FITNESS & WELLNESS
CONSULTANTS
707 HIGHLAND AVENUE
OTTAWA, ON K2A 2K5
CANADA

Claim Number: 1834
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $123,676.34 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| STRICKLAND, SCOTT<br>3421 CHERRY LANE<br>RALEIGH, NC 27607 | | Claim Number: 160<br>Claim Date: 02/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $136,556.50 |
| TOTAL | Claimed: | $136,556.50 |
| STROMMENGER, HOLLY<br>503 E 6TH<br>LA CROSSE, KS 67548 | | Claim Number: 3789<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $53,449.98 |
| STRONG, CHRISTINA<br>3912 OAK PARK RD<br>RALEIGH, NC 27612 | | Claim Number: 6215<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $14,519.64 |
| STUDEBAKER, LAUREN<br>208 WOODS DRIVE<br>PLYMOUTH MEETING, PA 19462 | | Claim Number: 5343<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| STUDEBAKER, LAUREN<br>208 WOODS DRIVE<br>PLYMOUTH MEETING, PA 19462 | | Claim Number: 5346<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

STUDEBAKER, LAUREN
208 WOODS DRIVE
PLYMOUTH MEETING, PA 19462

Claim Number: 5347
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $78,779.64 |
|---|---|---|

STUKEL, MARK A.
14601 HOWE DR
LEAWOOD, KS 66224

Claim Number: 1277
Claim Date: 06/05/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $37,203.92 |
|---|---|---|

SULLIVAN, PATRICK
29664 57TH PL. SO.
AUBURN, WA 98001

Claim Number: 807
Claim Date: 04/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $23,000.00 |
|---|---|---|

SULLIVAN, TIMOTHY P.
170 RED HILL RD
MIDDLETOWN, NJ 07748

Claim Number: 4911
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $95,340.32 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

SUMETHASORN, NATEE
5305 COACHMAN COURT
PLANO, TX 75023

Claim Number: 4751
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $33,453.97 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| SUN MICROSYSTEMS INC<br>BIALSON, BERGEN & SCHWAB<br>ATTN: LAWRENCE SCHWAB/THOMAS M GAA<br>2600 EL CAMINO REAL SUITE 300<br>PALO ALTO, CA 94306 | | Claim Number: 5425<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $903,722.44   UNLIQ |
| UNSECURED | Claimed: | $18,035,538.27   UNLIQ |
| SUN MICROSYSTEMS OF CANADA INC<br>C/O BIALSON, BERGEN & SCHWAB<br>ATTN: LAWRENCE SCHWAB/THOMAS M. GAA<br>2600 EL CAMINO REAL, SUITE 300<br>PALO ALTO, CA 94306 | | Claim Number: 5515<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE | Claimed: | $903,722.44   UNLIQ |
| UNSECURED | Claimed: | $18,035,538.27   UNLIQ |
| SUN MICROSYSTEMS, INC<br>C/O BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | | Claim Number: 5046<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE | Claimed: | $903,722.44 |
| SUN MICROSYSTEMS, INC<br>C/O BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | | Claim Number: 5430<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE | Claimed: | $903,722.44 |
| SUN, YUMIN<br>3952 KIMBROUGH LANE<br>PLANO, TX 75025 | | Claim Number: 223<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| PRIORITY | Claimed: | $27,284.59 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| SUN, YUMIN<br>3952 KIMBROUGH LN<br>PLANO, TX 75025 | | Claim Number: 4423<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $27,284.59 | Scheduled: | $22,487.06 |
| SUNRISE CONTRACTING SERVICES, LLC<br>4603 HILLSBOROUGH RD STE H<br>DURHAM, NC 27705 | | Claim Number: 596<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) | | |
| UNSECURED | Claimed: | $38,414.17 | | |
| SUNSET LAND CO., LLC<br>C/O EDWARD J. TREDINNICK, ESQ.<br>GREENE RADOVSKY MALONEY SHARE & HENNIGH<br>LLP., FOUR EMBARCADERO CENTER, 40TH FL<br>SAN FRANCISCO, CA 94111 | | Claim Number: 6289<br>Claim Date: 12/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $11,570.99<br>$1,074,454.00 | | |
| SUPERCLICK NETWORK INC<br>10222 BOUL ST-MICHEL SUITE 300<br>MONTREAL-NORD, QC H1H 5H1<br>CANADA | | Claim Number: 2006<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $22,062.50 | Scheduled: | $22,062.50 |
| SURA, PIYUSH, N.<br>5229 LEVERING MILL ROAD<br>APEX, NC 27539 | | Claim Number: 6675<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $88,176.16 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| SVG ADVISERS INC.<br>PATRICK J. POTTER<br>2300 N STREET, NW<br>WASHINGTON, DC 20037 | Claim Number: 1036<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $127,057.00   UNLIQ |
|---|---|---|

| SVG ADVISERS INC.<br>PATRICK J. POTTER<br>2300 N STREET, NW<br>WASHINGTON, DC 20037 | Claim Number: 1083<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $127,057.00 |
|---|---|---|

| SVG ADVISERS INC.<br>PATRICK J. POTTER<br>2300 N STREET, NW<br>WASHINGTON, DC 20037 | Claim Number: 7202<br>Claim Date: 04/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>Amends Claims 1036 and 1083 |
|---|---|

| UNSECURED | Claimed: | $124,124.00 |
|---|---|---|

| SVG ADVISERS INC.<br>PATRICK J. POTTER<br>2300 N STREET, NW<br>WASHINGTON, DC 20037 | Claim Number: 7210<br>Claim Date: 04/13/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>Amends claim nos. 1036 and 1083 |
|---|---|

| UNSECURED | Claimed: | $124,124.00 | Allowed: | $83,258.00 |
|---|---|---|---|---|

| SWANSON, THOMAS H.<br>8820 FOGGY BOTTOM DRIVE<br>RALEIGH, NC 27613 | Claim Number: 7735<br>Claim Date: 05/17/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $27,649.54 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

SWANSON, WILLIAM C
12046 RIDGEVIEW LN
PARKER, CO 801387141

Claim Number: 4040
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY UNSECURED | Claimed: | $65,339.47 | Scheduled: | $0.00 UNLIQ |

---

SWANSON, WILLIAM C.
12046 RIDGEVIEW LANE
PARKER, CO 80138

Claim Number: 1550
Claim Date: 07/16/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 421.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $231,209.63 |

---

SWIFT, KAREN S.
822 HAWTHORNE DRIVE
ALLEN, TX 75002

Claim Number: 2920
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $31,393.00 |

---

SYBASE INC.
561 VIRGINIA ROAD
CONCORD, MA 01742

Claim Number: 7122
Claim Date: 02/24/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends Claim 6819

| | | |
|---|---|---|
| UNSECURED | Claimed: | $115,136.10 |

---

SYMMETRICOM INC
2300 ORCHARD PARKWAY
SAN JOSE, CA 95131

Claim Number: 36
Claim Date: 01/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,182.60 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

SYNROD, STEPHEN A.
1222 LOCHNESS LN.
GARLAND, TX 75044

Claim Number: 7079
Claim Date: 02/05/2010
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:          $34,957.53

---

SYSTEMS & SOFTWARE SERVICES
522 SOUTH NORTHWEST HIGHWAY
BARRINGTON, IL 60011

Claim Number: 2261
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

---

UNSECURED          Claimed:          $1,377.80

---

SZAFRANSKI, KENNETH
2429 W CHESTNUT RD
MEQUON, WI 53092-3107

Claim Number: 1689
Claim Date: 08/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7265

---

UNSECURED          Claimed:          $47,539.92

---

SZAFRANSKI, KENNETH
2429 W CHESTNUT RD
MEQUON, WI 53092-3107

Claim Number: 7265
Claim Date: 05/24/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim no. 1689

PRIORITY          Claimed:          $10,950.00
UNSECURED          Claimed:          $36,864.66

---

SZASZ, DAVID
12 SHERMAN RD
CHESTNUT HILL, MA 02467

Claim Number: 1427
Claim Date: 06/26/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:          $5,576.92

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| T-METRICS, INC.<br>4430 STUART ANDREW BLVD<br>CHARLOTTE, NC 28217 | | Claim Number: 936<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED | Claimed: | $12,038.00 | Scheduled: | $12,038.00 | |
| T-MOBILE USA INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 496<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $296.03 | | | |
| T-MOBILE USA INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 497<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $941.08 | | | |
| T-MOBILE USA INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 498<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $250.77 | | | |
| T-MOBILE USA INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 499<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $764.90 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

T-MOBILE USA INC.
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 500
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $57.14 |
|---|---|---|

T-MOBILE USA INC.
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 501
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $401.01 |
|---|---|---|

T-MOBILE USA INC.
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 502
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $223.25 |
|---|---|---|

T-SYSTEMS NORTH AMERICA, INC.
P.O. BOX 13392
NEWARK, NJ 07101-3392

Claim Number: 3104
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $7,135.48 |
|---|---|---|

T3 ENERGY SERVICES,INC.
ATTN : RICHARD SAFIER
7135 ARDMORE ST.
HOUSTON, TX 77054

Claim Number: 5462
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3936 (09/13/2010)

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

TA, QUAN
112 PRINCE WILLIAM LANE
CARY, NC 27511

Claim Number: 5908
Claim Date: 10/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7388

| UNSECURED | Claimed: | $55,000.00 |
|---|---|---|

TA, QUAN
112 PRINCE WILLIAM LANE
CARY, NC 27511

Claim Number: 7388
Claim Date: 08/20/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $15,505.48 |
|---|---|---|

TALX CORPORATION
11432 LACKLAND RD
SAINT LOUIS, MO 63146

Claim Number: 506-01
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)

| UNSECURED | Claimed: | $4,785.02 | Scheduled: | $4,999.98 |
|---|---|---|---|---|

TALX CORPORATION
11432 LACKLAND RD
SAINT LOUIS, MO 63146

Claim Number: 506-02
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)

| UNSECURED | Claimed: | $967.74 |
|---|---|---|

TAN, DANIEL SHUSEN
1333 W CAMPBELL RD # 264
RICHARDSON, TX 75080-2815

Claim Number: 3685
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $20,677.63 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

TAN-ATICHAT, EDDIE
46879 CRAWFORD ST
FREMONT, CA 94539

Claim Number: 7561
Claim Date: 01/11/2011
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $65,702.69 |
|---|---|---|

TANDBERG CANADA, INC.
C/O SHANNON E. HOFF, ESQ
POYNER SPRUILL LLP
301 SOUTH COLLEGE STREET, SUITE 2300
CHARLOTTE, NC 28202

Claim Number: 5324
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

---

| UNSECURED | Claimed: | $96,366.39 |
|---|---|---|

TANDBERG, INC.
C/O SHANNON E. HOFF, ESQ.
POYNER SPRUILL LLP
301 S. COLLEGE ST, SUITE 2300
CHARLOTTE, NC 28202

Claim Number: 1646
Claim Date: 08/06/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $297,650.76 |
|---|---|---|

TANDBERG, INC.
C/O SHANNON E. HOFF, ESQ
POYNER SPRUILL LLP
301 SOUTH COLLEGE STREET, SUITE 2300
CHARLOTTE, NC 28202

Claim Number: 5325
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

---

| UNSECURED | Claimed: | $297,650.76 |
|---|---|---|

TANG, RONG
3612 BRIARCLIFF DR.
PLANO, TX 75025

Claim Number: 2911
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $3,793.98 |
|---|---|---|
| UNSECURED | Claimed: | $30,779.57 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| TANNOR PARTNERS CREDIT FUND II, LP<br>TRANSFEROR: THEBIGWORD<br>200 BUSINESS PARK DRIVE, SUITE 200<br>ARMONK, NY 10504 | Claim Number: 897<br>Claim Date: 04/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | | |
| UNSECURED          Claimed: | $2,717.97 | | Allowed: | $2,039.23 |
| TANNOR PARTNERS CREDIT FUND II, LP AS<br>ASSIGNEE OF " THE BIG WORD "<br>200 BUSINESS PARK DRIVE, SUITE 200<br>ARMONK, NY 10504 | Claim Number: 7466<br>Claim Date: 10/13/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED          Claimed: | $2,717.97 | | | |
| TANNOR PARTNERS CREDIT FUND II, LP AS<br>ASSIGNEE OF "TELESOFT "<br>200 BUSINESS PARK DRIVE, SUITE 200<br>ARMONK, NY 10504 | Claim Number: 7467<br>Claim Date: 10/13/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 3428 | | | |
| UNSECURED          Claimed: | $17,517.00 | | | |
| TARDIFF, THOMAS D.<br>5133 NORTH LARIAT DRIVE<br>CASTLE ROCK, CO 80108-9326 | Claim Number: 1520<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY          Claimed: | $9,832.84 | | | |
| TARDIFF, THOMAS D.<br>5133 NORTH LARIAT DRIVE<br>CASTLE ROCK, CO 80108-9326 | Claim Number: 1521<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY          Claimed: | $61,455.25 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| TARIQ, MASOOD<br>12325 RICHMOND RUN DRIVE<br>RALEIGH, NC 27614 | Claim Number: 5647<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $507,601.98 | Scheduled: | $507,601.98 UNLIQ |
|---|---|---|---|---|

| TARIQ, MASOOD<br>12325 RICHMOND RUN DRIVE<br>RALEIGH, NC 27614-6413 | Claim Number: 5648<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $1,921,389.10 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| TARLAMIS, ALEXANDER<br>1030 NW 126TH AVE<br>SUNRISE, FL 333236305 | Claim Number: 263<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $231,661.94 |
|---|---|---|

| TARLAMIS, ALEXANDER<br>1030 126TH AVE<br>SUNRISE, FL 33233 | Claim Number: 2218<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $231,661.94 |
|---|---|---|

| TARLAMIS, ALEXANDER<br>1030 126TH AVE<br>SUNRISE, FL 33323 | Claim Number: 3859<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $231,661.94 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| TASKER, HAROLD<br>1950 ELM TREE ROAD<br>ELM GROVE, WI 53122 | Claim Number: 473<br>Claim Date: 03/05/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| PRIORITY | Claimed: | $7,197.07 | | |
| UNSECURED | Claimed: | $42,724.14 | | |

---

| TATA AMERICA INTERNATIONAL CORPORATION<br>D/B/A TCS AMERICA<br>TCS AMERICA, ATTN: SATYA S HEDGE, ESQ<br>101 PARK AVENUE, 26TH FLOOR<br>NEW YORK, NY 10178 | Claim Number: 3974<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $1,255,824.00 | Allowed: | $1,242,824.00 |

---

| TATA CONSULTANCY SERVICES LIMITED<br>ATTN: SATYA S HEGDE, ESQ<br>101 PARK AVENUE, 26TH FLOOR<br>NEW YORK, NY 10178 | Claim Number: 3973<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $3,507,825.44 | | |

---

| TAVARES, ANTONIO CESAR<br>2329 FELICIA DR.<br>PLANO, TX 75074 | Claim Number: 477<br>Claim Date: 03/05/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $18,588.46 | | |

---

| TAYLOE, GORDON B.<br>C/O W. GREER MCCREEDY, II, ESQ.<br>403 BOUSH STREET, SUITE 300<br>NORFOLK, VA 23510 | Claim Number: 7662<br>Claim Date: 03/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 3938 | | |
|---|---|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $20,715.00 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| TAYLOR, AUDREY<br>4333 ANGELINA DR<br>PLANO, TX 75074 | | Claim Number: 2514<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $6,235.38 | Scheduled: | $6,235.38 |
| UNSECURED | Claimed: | $14,880.39 | Scheduled: | $14,880.39 |
| TAYLOR, BRIAN P.<br>16 PINESTRAW WAY<br>DURHAM, NC 27713 | | Claim Number: 7324<br>Claim Date: 07/06/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $36,903.89 | | |
| TAYLOR, INA C.<br>106 WILLOWCROFT COURT<br>GARNER, NC 27529 | | Claim Number: 7715<br>Claim Date: 04/21/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $82,287.50 | | |
| TAYLOR, KENNETH<br>9401 SHADOW OAK WAY<br>RALEIGH, NC 27615 | | Claim Number: 3463<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $62,426.29 | Scheduled: | $62,426.29 UNLIQ |
| TAYLOR, KEVIN<br>2456 NE 27TH AVE<br>FT. LAUDERDALE, FL 33305 | | Claim Number: 2058<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $13,751.97 | | |
| UNSECURED | | | Scheduled: | $13,751.97 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| TBG INSURANCE SERVICES, INC.<br>ATTN: MICHAEL GLICKMAN<br>100 N. SEPULVEDA BLVD. SUITE 500<br>EL SEGUNDO, CA 90245 | Claim Number: 4523<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) | |
| UNSECURED          Claimed: | $42,930.15 | |
| TEASLEY, CLIFF<br>6815 WILEY MANGUM RD<br>BAHAMA, NC 27503 | Claim Number: 2122<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | |
| ADMINISTRATIVE          Claimed: | $0.00   UNDET | |
| TECHNISCHE UNIVERSITAT ILMENAU<br>OLIVER AWEY RECHTSAINT<br>EHIANBURGSTRAPE 29<br>ILMENAU, D-98693<br>GERMANY | Claim Number: 2609<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| ADMINISTRATIVE          Claimed: | $40,000.00 | |
| TECHNOLOGY CENTER ASSOCIATES, L.P.<br>C/O DOUGLAS J. HANNOY<br>FEIWELL & HANNOY, P.C.<br>251 N. ILLINOIS STREET, SUITE 1700<br>INDIANAPOLIS, IN 46204 | Claim Number: 1951<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | |
| SECURED          Claimed:<br>UNSECURED | $55,426.30 | Allowed:          $55,426.30 |
| TECHNOLOGY PARK V LIMITED PARTNERSHIP<br>JENNIFER V. DORAN, ESQ.<br>HINCKLEY, ALLEN & SNYDER LLP<br>28 STATE STREET<br>BOSTON, MA 02109-1775 | Claim Number: 649<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $2,764,873.26 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC<br>20883 STEVENS CREEK BLVD STE 100<br>CUPERTINO, CA 95014-2196 | Claim Number: 5519<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2924 (04/28/2010) | |
| UNSECURED | Claimed: | $0.00 UNLIQ |
| TEKNOWLOGIC DOMINICANA C POR A<br>AV. 27 DE FEBRERO, ESQ., ABRAHAM LINCOLN<br>UNICENTRO PLAZA SUITE 25B<br>SANTO DOMINGO DN, 10127<br>DOMINICAN REPUBLIC | Claim Number: 7277<br>Claim Date: 06/07/2010<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $24,360.00 |
| TEKSYSTEMS, INC<br>ATTN: MATT HUDSON<br>7437 RACE ROAD<br>HANOVER, MD 21076 | Claim Number: 4612<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $880,398.15 |
| UNSECURED | Claimed: | $868,663.66 |
| TEKSYSTEMS, INC.<br>ATTN: MATT HUDSON<br>7437 RACE RD.<br>HANOVER, MD 21076 | Claim Number: 1158<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |
| UNSECURED | Claimed: | $1,738,599.07 |
| TEKVIZION LABS<br>275 W CAMPBELL RD STE 215<br>RICHARDSON, TX 75080-8001 | Claim Number: 446<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| UNSECURED | Claimed: | $35,900.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

TELCHEMY INC
SUITE 280
2905 PREMIERE PARKWAY
DULUTH, GA 30097

Claim Number: 2525
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $49,342.80 | Scheduled: | $20,000.00 |

---

TELE COMMUNICATION CONTRACTOR S A
VIA PORRAS NO. 65 SAN FRANCISCO
PANAMA,
PANAMA

Claim Number: 6167
Claim Date: 11/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,866.00 |

---

TELE COMMUNICATION CONTRACTOR S A
VIA PORRAS NO. 65 SAN FRANCISCO
PANAMA,
PANAMA

Claim Number: 6169
Claim Date: 11/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,211.19 |

---

TELE COMMUNICATION CONTRACTOR S A
VIA PORRAS NO. 65 SAN FRANCISCO
PANAMA,
PANAMA

Claim Number: 6171
Claim Date: 11/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,020.00 |

---

TELEFONICA USA, INC
1111 BRICKELL AVE
10TH FLOOR
MIAMI, FL 33131

Claim Number: 2216
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $231,704.21 | Scheduled: | $100,380.50 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| TELEFONICA USA, INC.<br>ATTNETION: JOANNA ROMANO<br>1111 BRICKELL AVENUE - 10TH FLOOR<br>MIAMI, FL 33131 | Claim Number: 407<br>Claim Date: 02/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |

| UNSECURED | Claimed: | $145,713.65 |
|---|---|---|

| | | |
|---|---|---|
| TELEFONICA USA, INC.<br>ATTENTION: JOANNA ROMANO<br>1111 BRICKELL AVENUE - 10TH FLOOR<br>MIAMI, FL 33131 | Claim Number: 1863<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |

| UNSECURED | Claimed: | $231,704.21 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| TELEMATIC COMMUNICATIONS PTY LTD<br>T/AS ADVATEL<br>133 MORAY STREET<br>SOUTH MELBOURNE<br>VICTORIA, 3205<br>AUSTRALIA | Claim Number: 462<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | | |
| UNSECURED | Claimed: | $3,896.00 | Allowed: | $1,342.00 |

| | |
|---|---|
| TELENET MARKETING SOLUTIONS<br>1915 NEW JIMMY DANIEL ROAD<br>BOGART, GA 30622 | Claim Number: 1392<br>Claim Date: 06/16/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $73,050.00 | Scheduled: | $73,050.00 |
|---|---|---|---|---|

| | |
|---|---|
| TELLABS NORTH AMERICA<br>F/K/A/ TELLABS OPERATIONS INC.<br>1415 DIEHL ROAD<br>NAPERVILLE, IL 60563 | Claim Number: 4726<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $47,169.60 | Allowed: | $47,169.60 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| TELLEZ, RAUL<br>6927 TREERIDGE DRIVE<br>CINCINNATI, OH 45244 | Claim Number: 3398<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $1,418.67 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,418.67 UNLIQ |

| TELSTRAT<br>ATTN: JENNIFER SLACK<br>6900 K AVENUE<br>PLANO, TX 75074 | Claim Number: 4396<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,434.00 |
|---|---|---|

| TELTRONICS, INC.<br>2511 CORPORATE WAY<br>PALMETTO, FL 342218478 | Claim Number: 417<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $1,636.33 |
|---|---|---|

| TEMPLETON, MIKE A.<br>6405 FIELD CREST<br>SACHSE, TX 75048 | Claim Number: 521<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $59,503.44 |
|---|---|---|

| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 1000<br>Claim Date: 04/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $512,855.00 |
|---|---|---|
| TOTAL | Claimed: | $812,855.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 1086<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4326 (11/15/2010) |
|---|---|

| PRIORITY | Claimed: | $512,855.00 |
|---|---|---|

---

| TENNESSEE DEPARTMENT OF REVENUE<br>WILBUR E. HOOKS, DELEGATE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 5895<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4324 (11/15/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $512,855.00 |
|---|---|---|

---

| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 7203<br>Claim Date: 04/12/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $61,640.37 |
|---|---|---|

---

| TENNESSEE DEPT. OF REVENUE<br>ATTN WILBUR E. HOOKS, DIRECTOR<br>C/O ATTORNERY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 6072<br>Claim Date: 10/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4332 (11/15/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $513,355.00 |
|---|---|---|

---

| TENNESSEE DEPT. OF REVENUE<br>ATTN WILBUR E. HOOKS, DIRECTOR<br>C/O ATTORNERY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 6073<br>Claim Date: 10/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4329 (11/15/2010) |
|---|---|

| PRIORITY | Claimed: | $670,154.73 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| TENNETI, SURYA PRAKASH<br>97 ORION RD<br>PISCATAWAY, NJ 08854-5412 | Claim Number: 3176<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
| ADMINISTRATIVE        Claimed: | $54,500.00 | |
| TENNETI, SURYA PRAKASH<br>828 PRIMROSE CT<br>BELLE MEAD, NJ 08502-6436 | Claim Number: 3296<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
| ADMINISTRATIVE        Claimed: | $27,250.00 | |
| TERNEUS, MARINA<br>1429 FAIRWAY RIDGE DRIVE<br>RALEIGH, NC 27606 | Claim Number: 4070<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED        Claimed: | $100,428.00 | |
| TERREMARK WORLDWIDE<br>C/O DIANE KATSULIS<br>DIRECTOR OF LEGAL AFFAIRS<br>222 W. LAS COLINAS BLVD<br>IRVING, TX 75039 | Claim Number: 3909<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE        Claimed:<br>UNSECURED        Claimed: | $217,026.54<br>$222,773.63 | |
| TESSY, LEITH<br>7/F & 8/F GS KANGNAM TOWER 679<br>YOKSAM-DONG, KANGNAM-KU<br>SEOUL, GYEONGGI-DO, 135-985<br>KOREA | Claim Number: 4755<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7294 | |
| PRIORITY        Claimed:<br>UNSECURED | $7,835.25  UNLIQ | Scheduled:        $6,710.35  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| TESSY, LEITH<br>8/F GS KANGNAM TOWER 679<br>YOKSAM-DONG, KANGNAM-G4<br>SEOUL, 135-985<br>KOREA | Claim Number: 4756<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
| ADMINISTRATIVE        Claimed: | $7,835.25 | |
| TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC, H4S 1R7<br>CANADA | Claim Number: 285<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| UNSECURED        Claimed: | $72,942.87 | |
| TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC, H4S 1R7<br>CANADA | Claim Number: 2786<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| ADMINISTRATIVE        Claimed: | $72,942.87 | |
| TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC, H4S 1R7<br>CANADA | Claim Number: 2788<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| ADMINISTRATIVE        Claimed: | $72,942.87 | |
| TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC, H4S 1R7<br>CANADA | Claim Number: 2791<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| ADMINISTRATIVE        Claimed: | $72,942.87 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>OFFICE OF THE ATTORNEY GENERAL<br>COLLECTION DIVISION - BANKRUPTCY SECTION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | Claim Number: 7702<br>Claim Date: 04/13/2011<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE       Claimed:       $141,369.93 | | |
| TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY- COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | Claim Number: 1572<br>Claim Date: 07/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | |
| PRIORITY       Claimed:       $1,309,300.61 | | |
| TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY- COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | Claim Number: 1578<br>Claim Date: 07/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7147 | |
| PRIORITY       Claimed:       $1,309,300.61 | | |
| TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY- COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | Claim Number: 7113<br>Claim Date: 02/19/2010<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE       Claimed:       $277,192.08 | | |
| TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY- COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | Claim Number: 7147<br>Claim Date: 03/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1578. | |
| PRIORITY       Claimed:       $5,838,967.02 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | | |
|---|---|---|---|---|---|---|
| TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL<br>OFFICE OF THE ATTORNEY GENERAL<br>COLLECTION DIVISION - BANKRUPTCY SECTION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | Claim Number: 7705<br>Claim Date: 04/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>May amend claim 7113 | | | | | |
| **ADMINISTRATIVE** Claimed: | $2,193,167.64 | | | | | |
| TEXAS STADIUM CORPORATION<br>1 COWBOYS PKWY<br>IRVING, TX 75063-4924 | Claim Number: 456<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | | | | |
| **UNSECURED** Claimed: | $54,952.27 | | | Allowed: | | $39,570.91 |
| TEXAS WORKFORCE COMMISSION<br>JOHN MOORE<br>REGULATORY INTEGRITY DIVISION<br>101 E 15TH STREET ROOM 556<br>AUSTIN, TX 78778-0001 | Claim Number: 7301<br>Claim Date: 06/18/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4358 (11/19/2010) | | | | | |
| **ADMINISTRATIVE** Claimed: | $1,105.30  UNLIQ | | | | | |
| THELOOSEN, HENDRIKUS<br>162 WATERTON<br>WILLIAMSBURG, VA 23188 | Claim Number: 3705<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | | | |
| **UNSECURED** Claimed: | $5,324.04 | Scheduled: | $0.00  UNLIQ | | | |
| THERMOTRON<br>291 KOLLEN PARK DRIVE<br>HOLLAND, MI 49423 | Claim Number: 2695<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | | | |
| **UNSECURED** Claimed: | $8,332.32 | Scheduled: | $8,332.32 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| THERMOTRON INDUSTRIES<br>291 KOLLEN PARK DRIVE<br>HOLLAND, MI 49423 | Claim Number: 2747<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $8,332.32 |
|---|---|---|

---

| THIBODEAUX, DAVID<br>504 LADDINGFORD LN.<br>LEAGUE CITY, TX 77573 | Claim Number: 2028<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $24,999.98 |
|---|---|---|

---

| THILBERG, RONALD<br>101 LEATHER LEAF LN<br>LEBANON, OH 45036 | Claim Number: 4091<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $38,222.21 |
|---|---|---|

---

| THIN FILM TECHNOLOGY<br>1980 COMMERCE DRIVE<br>NORTH MANKATO, MN 56003 | Claim Number: 313<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $1,100.00 |
|---|---|---|

---

| THINKNET INC<br>703 EVANS AVE<br>ETOBICOKE, ON M9C 5E9<br>CANADA | Claim Number: 5877<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $13,680.00 | Scheduled: | $13,680.00 |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| THIRD WAY<br>1025 CONNECTICUT AVE NW, SUITE 501<br>WASHINGTON, DC 20036 | | Claim Number: 3848<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $50,000.00 | Scheduled: | $50,000.00 | |
| THOMAS JR, JOHN A.<br>103 DEVINE WAY<br>CARY, NC 27511 | | Claim Number: 4144<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $190,672.43 | Scheduled: | $0.00 UNLIQ | |
| THOMAS, CISIRA<br>1915 BERKNER DRIVE<br>RICHARDSON, TX 75081 | | Claim Number: 6730<br>Claim Date: 01/15/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $199,536.14 | | | |
| THOMAS, CISIRA L<br>1915 BERKNER DRIVE<br>RICHARDSON, TX 75081 | | Claim Number: 6729<br>Claim Date: 01/15/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $199,536.14 | | | |
| THOMAS, DAVID<br>7831 COACH HOUSE LN<br>RALEIGH, NC 27615 | | Claim Number: 3699<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $108,879.18 | Scheduled: | $0.00 UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| THOMAS, JACQUELINE<br>9137 SILCHESTER COURT<br>BURKE, VA 22015 | | Claim Number: 5323<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| --- | --- | --- |
| ADMINISTRATIVE | Claimed: | $25,000.00 |

| THOMAS, JAMES P.<br>9315 GLENASHLEY DRIVE<br>CORNELIUS, NC 28031 | | Claim Number: 2696<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
| --- | --- | --- |
| PRIORITY | Claimed: | $52,660.00 |
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $10,490.00 |
| TOTAL | Claimed: | $52,660.00 |

| THOMAS, JAMES P.<br>9315 GLENASHLEY DR.<br>CORNELIUS, NC 28031 | | Claim Number: 2697<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- | --- |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| THOMAS, JOHN G.<br>3101 PECAN MEADOW DR.<br>GARLAND, TX 75040 | | Claim Number: 6164<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- | --- |
| UNSECURED | Claimed: | $55,350.91 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

THOMPSON, CHRISTOPHER CLAY
10812 FOX HEDGE RD
MATTHEWS, NC 28105

Claim Number: 5603
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $12,999.38 | |

THOMPSON, GEOFFREY O
158 PASEO CT
MOUNTAIN VIEW, CA 94043-5286

Claim Number: 1454
Claim Date: 07/01/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $40,425.00 | |

THOMPSON, JAMES L.
20822 QUIET BROOK PLACE
STERLING, VA 20165

Claim Number: 162
Claim Date: 02/04/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $3,153.75 |
| UNSECURED | Claimed: | $36,135.45 | Scheduled: | $32,932.98 |

THOMPSON, JEFF
7 N 224 WHISPERING TRAIL
SAINT CHARLES, IL 60175

Claim Number: 3916
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | |

THOMPSON, JEFF
7 N 224 WHISPERING TRAIL
SAINT CHARLES, IL 60175

Claim Number: 6630
Claim Date: 01/08/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $32,752.00 | |

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| THOMPSON, RAYMOND R.<br>4326 NEW BROAD ST. # 205<br>ORLANDO, FL 32814-6657 | | Claim Number: 7029<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS INC. | | |

ADMINISTRATIVE    Claimed:         $35,000.00

| | | | | |
|---|---|---|---|---|
| THOMPSON, TED<br>PO BOX 300150<br>OKLAHOMA CITY, OK 73140-0150 | | Claim Number: 732<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC. | | |

SECURED    Claimed:         $32,000.00

| | | | | |
|---|---|---|---|---|
| THOMPSON, VERNON J.<br>1012 CHASE LN<br>DENTON, TX 76209-3504 | | Claim Number: 2050<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |

PRIORITY                                                    Scheduled:      $6,625.77
UNSECURED    Claimed:         $37,000.00          Scheduled:      $30,400.22

| | | | | |
|---|---|---|---|---|
| THOMSON, FREDERICK<br>5971 PORTO ALEGRE DR.<br>SAN JOSE, CA 95120 | | Claim Number: 4179<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |

UNSECURED    Claimed:         $158,105.05

| | | | | |
|---|---|---|---|---|
| THORNTON, SABRINA L<br>956 DICKENS RD<br>LILBURN, GA 30047 | | Claim Number: 4480<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |

PRIORITY    Claimed:         $4,923.07          Scheduled:      $4,923.07

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| THORNTON, SABRINA L<br>956 DICKENS RD<br>LILBURN, GA 30047 | | Claim Number: 4481<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,923.07 |

| THOTTUVELIL, MARY<br>14762 BEDIVERE COURT<br>DALLAS, TX 75254 | | Claim Number: 177<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $25,460.78 |

| THURMAN, MARIAN L<br>239 TAFT<br>YPSILANTI, MI 48197 | | Claim Number: 4245<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

| THURMAN, MARIAN L.<br>239 TAFT AVE<br>YPSILANTI, MI 48197 | | Claim Number: 4246<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| TIERNEY, MARK<br>2300 CROCKETT CT<br>MCKINNEY, TX 75070 | | Claim Number: 204<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $4,955.77 |

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

TIERNEY, MARK D
2300 CROCKETT CT
MCKINNEY, TX 75070

Claim Number: 2385
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $5,451.33 | Scheduled: | $5,451.33 |
|---|---|---|---|---|

TILL, CHARLES
7516 CHIPPENHAM CT
RALEIGH, NC 27613

Claim Number: 7331
Claim Date: 07/06/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $96,851.11 |
|---|---|---|

TIMLER, PAUL
14306 JUNIPER STREET
LEAWOOD, KS 66224

Claim Number: 1576
Claim Date: 07/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $129,999.86 |
|---|---|---|

TIMMONS, JAY S.
1411 ANDOVER STREET
TEWKSBURY, MA 01876

Claim Number: 3031
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $16,000.00 |
|---|---|---|

TIMMONS, JAY S.
1411 ANDOVER STREET
TEWKSBURY, MA 01876

Claim Number: 3032
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| SECURED | Claimed: | $16,000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $16,568.40 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| TIMOTHY F DEMPSEY<br>PO BOX 8193<br>OCEAN ISLE BEACH, NC 28469 | Claim Number: 3521<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $153,599.59 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| TIMPERIO, TAMI<br>40200 VILLAGE RD APT 925<br>TEMECULA, CA 925913513 | Claim Number: 4204<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $57,738.46 |
| TOTAL | Claimed: | $57,738.46 |

| TIN INC. D/B/A TEMPLE-INLAND<br>LEGAL DEPT. - DANNY MCDONALD<br>1300 S. MOPAC, 3RD FLOOR<br>AUSTIN, TX 78746-6933 | Claim Number: 1847<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 3799 (08/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,873.41 |
|---|---|---|

| TIN INC., D/B/A TEMPLE - INLAND<br>ATTN: LEGAL DEPT. - DANNY MCDONALD<br>1300 S MOPAC, 3RD FLOOR<br>AUSTIN, TX 78746-6933 | Claim Number: 492<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| UNSECURED | Claimed: | $37,703.73 | | Allowed: | $37,703.73 |
|---|---|---|---|---|---|

| TMFECUADOR CIA LTDA<br>AV REPUBLICA DEL SALVADOR 1082 NACIONES<br>UNIDAS EDIF.<br>MANSION BLANCA P5<br>QUITO,<br>ECUADOR | Claim Number: 5843<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $6,720.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| TMFECUADOR CIA LTDA<br>AV REPUBLICA DEL SALVADOR 108<br>QUITO,<br>ECUADOR | | Claim Number: 6828<br>Claim Date: 01/21/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,720.00 | | |
| TO, PAUL<br>904 THERESA CT.<br>MENLO PARK, CA 94025 | | Claim Number: 4521<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $37,256.87 | | |
| TODARO, THOMAS<br>3209 VIRGINIA CREEPER LN<br>WILLOW SPRING, NC 27592-9241 | | Claim Number: 6120<br>Claim Date: 11/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1692 and 1642 | | |
| PRIORITY | Claimed: | $44,861.76 | | |
| TOLER, KATHLEEN<br>2802 MOCKINGBIRD LN<br>ARKADELPHIA, AR 71923-5348 | | Claim Number: 4464<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $14,981.40 | Scheduled:<br>Scheduled: | $7,705.32<br>$14,981.40 |
| TOLLY GROUP INC.<br>PO BOX 812333<br>BOCA RATON, FL 33481 | | Claim Number: 6107<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| ADMINISTRATIVE | Claimed: | $51,250.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| TOLLY GROUP INCORPORATED<br>PO BOX 812333<br>BOCA RATON, FL 33481 | Claim Number: 6106<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40,300.00 | Scheduled: | $51,250.00 |

---

| TONTIRUTTANANON, CHANNARONG<br>280 W RENNER RD<br>APT 4324<br>RICHARDSON, TX 75080 | Claim Number: 6225<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $28,799.34   UNLIQ | | |
|---|---|---|---|---|

---

| TOOKE, RICHARD<br>2612 KINLAWTON PL<br>RALEIGH, NC 27614 | Claim Number: 7221<br>Claim Date: 04/19/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $32,308.00 | | |
|---|---|---|---|---|

---

| TOP GUN VENTURES, LLC<br>ATTN: PETER DONOVAN<br>15305 DALLAS PARKWAY, SUITE 300<br>ADDISON, TX 75001 | Claim Number: 578<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $4,489.63 | Scheduled: | $4,489.63 |
|---|---|---|---|---|

---

| TORRES, LOIS W<br>7240 GEORGE AVE<br>NEWARK, CA 94560 | Claim Number: 2872<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
|---|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $46,243.49 | | |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

TOWERS PERRIN FORSTER & CROSBY INC.
DBA TOWERS PERRIN
1500 MARKET STREET, CENTRE SQUARE EAST
PHILADELPHIA, PA 19102-4790

Claim Number: 1677
Claim Date: 08/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5089 (03/09/2011)

| UNSECURED | Claimed: | $377,224.00 |
|---|---|---|

TOWNSEND, JACKSON N., III
139 DAN MOODY TRAIL
GEORGETOWN, TX 78633

Claim Number: 611
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $125,325.90 |
|---|---|---|

TRAEGDE, BRUCE & PATRICIA; CONSERVATORS
& GUARDIANS OF THE MINORS E. DURGAN &
A. DURGAN AND ESTATE OF JAMES DURGAN
230 SHADOW LANE - ATTN: JAMES DURGAN
RIDGWAY, CO 81432

Claim Number: 5051
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $217,000.00   UNLIQ | Allowed: | $35,000.00 |
|---|---|---|---|---|

TRAEGDE, BRUCE & PATRICIA; CONSERVATORS
& GUARDIANS OF THE MINORS E. DURGAN &
A. DURGAN AND ESTATE OF JAMES DURGAN
230 SHADOW LANE - ATTN: JAMES DURGAN
RIDGWAY, CO 81432

Claim Number: 5052
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $217,000.00   UNLIQ |
|---|---|---|

TRAILBLAZER STUDIOS NC, INC.
1610 MIDTOWN PLACE
RALEIGH, NC 27609

Claim Number: 126
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $20,360.00 | Scheduled: | $20,360.00 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| TRAMMELL, DAVID<br>1409 SASSAFRASS DRIVE<br>PLANO, TX 75023 | | Claim Number: 817<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $43,601.68 |
| TRAMMELL, DAVID<br>1409 SASSAFRASS DRIVE<br>PLANO, TX 75023 | | Claim Number: 1959<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| PRIORITY | Claimed: | $43,601.68 |
| TRAMMELL, DAVID W.<br>1409 SASSAFRAS DRIVE<br>PLANO, TX 75023 | | Claim Number: 1960<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $43,601.68 |
| TRAN, HON<br>402 OAK ISLAND DR<br>CARY, NC 27513 | | Claim Number: 1417<br>Claim Date: 06/26/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $32,180.76 |
| TRAN, THU-ANH<br>2510 APPALACHIA DR<br>GARLAND, TX 75044 | | Claim Number: 3149<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

TRAN, THU-ANH T
2510 APPALACHIA DR
GARLAND, TX 75044

Claim Number: 3148
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,858.43 | Scheduled: | $7,858.43 |

TRAN-LEE, ANN N.
4421 BRINKER COURT
PLANO, TX 75024

Claim Number: 7525
Claim Date: 12/20/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,868.00 |
| UNSECURED | Claimed: | $0.11 |

TRAVELERS INDEMNITY COMPANY ET AL, THE
ATTN: CHANTEL PINNOCK
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5513
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $181,303.00 | UNLIQ |

TRAVERS, JOHN
2821 LA NEVASCA LANE
CARLSBAD, CA 92009

Claim Number: 2668
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $71,095.00 |

TRAVIS COUNTY
C/O KARON Y. WRIGHT
P.O. BOX 1748
AUSTIN, TX 78767

Claim Number: 883
Claim Date: 04/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4733 (01/21/2011)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $1,658.78 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| TRAVIS COUNTY<br>C/O KARON Y. WRIGHT<br>P.O. BOX 1748<br>AUSTIN, TX 78767 | | Claim Number: 7545<br>Claim Date: 12/29/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 883 | | | |
| SECURED | Claimed: | $447.60 | | | |
| TRIBUNE MEDIA SERVICES<br>40 MEDIA DRIVE<br>QUEENSBURY, NY 12804 | | Claim Number: 2246<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| ADMINISTRATIVE | Claimed: | $8,559.59 | | | |
| TRIBUNE MEDIA SERVICES INC<br>40 MEDIA DRIVE<br>QUEENSBURY, NY 12804 | | Claim Number: 2247<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| UNSECURED | Claimed: | $8,559.59 | Scheduled: | $40.00 DISP | |
| TRIMBLE NAVIGATION<br>510 DEGUIGNE DRIVE<br>SUNNYVALE, CA 94085 | | Claim Number: 2248<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $16,450.00 | Scheduled: | $12,800.00 | |
| TRIMBLE, DANIEL<br>333 108TH AVENUE NETOWER 333, SUITE 2000<br>BELLEVUE, WA 98004 | | Claim Number: 6098<br>Claim Date: 11/05/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,455.28 | Scheduled: | $10,455.28 UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

TRISKO, KRISTEN W
8 ELIZABETH LN
DANVILLE, CA 94526

Claim Number: 3355
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

TROSCLAIR, TERRY
2507 SAGE RIDGE DRIVE
FRISCO, TX 75034

Claim Number: 3412
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $23,920.00 |
|---|---|---|

TROUT, PAUL
210 WARWICK FURNACE RD
ELVERSON, PA 19520

Claim Number: 3874
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $51,058.56 |
|---|---|---|

TROUTMAN SANDERS LLP
600 PEACHTREE STREET, NE, STE 5200
ATLANTA, GA 30308

Claim Number: 429
Claim Date: 02/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $23,530.46 |
|---|---|---|

TROY, CATHERINE E
142 TREBLE COVE ROAD
BILLERICA, MA 01862

Claim Number: 1976
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $19,974.40 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| TROY, CATHERINE E<br>142 TREBLE COVE ROAD<br>BILLERICA, MA 01862 | | Claim Number: 1978<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $19,974.40 |
| TROY, CATHERINE E<br>142 TREBLE COVE ROAD<br>N BILLERICA, MA 01862 | | Claim Number: 1980<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $19,974.40 |
| TROY, CATHERINE E.<br>142 TREBLE COVE ROAD<br>BILLERICA, MA 01862 | | Claim Number: 1944<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $19,974.40 |
| TRUONG, DUNG<br>2976 MARLOW LN<br>RICHARDSON, TX 75082 | | Claim Number: 1612<br>Claim Date: 07/27/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $40,080.82 |
| TRYLOVICH, KAREN<br>221 SPALDING GATE DR<br>ATLANTA, GA 30328 | | Claim Number: 2084<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $47,578.52 | Scheduled: | $43,358.76 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

TRYLOVICH, KAREN W
221 SPALDING GATE DR
ATLANTA, GA 30328

Claim Number: 2083
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $187,487.66 | Scheduled: | $187,487.66 |
|---|---|---|---|---|

TSC INC.
JOANNE MCLEAN
18 ALPHONSE CRES.
MISSISSAUGA, ON L5M 1A5
CANADA

Claim Number: 2909
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $4,095.00 |
|---|---|---|

TSENG, HSU-DOUNG
214 LONG CANYON COURT
RICHARDSON, TX 75080

Claim Number: 962
Claim Date: 04/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $159,924.51 |
|---|---|---|

TUCKER, JAMES E
2612 MILITARY PKWY
MESQUITE, TX 75149

Claim Number: 3222
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $18,295.85 | Scheduled: | $7,345.85 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,479.00 | Scheduled: | $12,429.00 |

TUCKER, JAMES E.
2612 MILITARY PKWY
MESQUITE, TX 75149

Claim Number: 1759
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $8,824.81 |

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| TULLO, JOHN<br>3520 MOONLIGHT DRIVE<br>CHAPEL HILL, NC 27516 | | Claim Number: 4182<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1443. |
| PRIORITY | Claimed: | $6,482.00 |
| UNSECURED | Claimed: | $75,938.00 |
| TULLO, JOHN<br>3520 MOONLIGHT DRIVE<br>CHAPEL HILL, NC 27516 | | Claim Number: 6018<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1443. |
| PRIORITY | Claimed: | $6,482.00 |
| UNSECURED | Claimed: | $75,938.00 |
| TULLO, JOHN A.<br>3520 MOONLIGHT DRIVE<br>CHAPEL HILL, NC 27516 | | Claim Number: 6088<br>Claim Date: 11/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1443 |
| PRIORITY | Claimed: | $6,482.00 |
| UNSECURED | Claimed: | $75,938.00 |
| TULLY, JAMES R<br>1314 EASTWOOD LANE<br>MC HENRY, IL 60050 | | Claim Number: 3026<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $35,852.29 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| TULSA COUNTY TREASURER<br>J. DENNIS SEMLER<br>500 S. DENVER<br>TULSA, OK 74103 | Claim Number: 6880<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2673 (03/09/2010) |
|---|---|

| PRIORITY | Claimed: | $1,810.00 |
|---|---|---|

| TULSA COUNTY TREASURER<br>J. DENNIS SEMLER<br>500 S DENVER<br>TULSA, OK 74103 | Claim Number: 7045<br>Claim Date: 01/21/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
|---|---|

| PRIORITY | Claimed: | $1,810.00 |
|---|---|---|

| TUMMALA, RAMBABU<br>4324 GIOVANNI DR<br>PLANO, TX 75024 | Claim Number: 1237<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $42,000.00 |
|---|---|---|

| TUONG MINH PROJECT MGMT. AGENCY (TMA)<br>111 NGUYEN DINH CHINH STREET,<br>PHU NHUAN DISTRICT<br>HO CHI MINH CITY,<br>VIETNAM | Claim Number: 358<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| UNSECURED | Claimed: | $292,544.00 |
|---|---|---|

| TUONG MINH PROJECT MGMT. AGENCY (TMA)<br>111 NGUYEN DINH CHINH STREET,<br>PHU NHUAN DISTRICT<br>HO CHI MINH CITY,<br>VIETNAM | Claim Number: 406<br>Claim Date: 02/26/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $256,592.75 | Scheduled: | $217,807.08 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

TURNER, BENOIT
C/O BELDEN, INC.
ATTN: BRIAN ANDERSON, CORPORATE ATTORNEY
7733 FORSYTH BOULEVARD, SUITE 800
SAINT LOUIS, MO 63105

Claim Number: 3529
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $34,806.63 |

---

TURNER, JAMES C.
726 UNION CHAPEL RD.
LOUISVILLE, MS 39339

Claim Number: 2313
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

TURNER, MARGARET
2306, MARCHURST ROAD
KANATA, ON K2K 1X7
CANADA

Claim Number: 965
Claim Date: 04/17/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $53,425.37 |

---

TURNER, SIDNEY
BRIAN ANDERSON, CORPORATE ATTORNEY
BELDEN, INC.
7733 FORSYTH BOULEVARD, SUITE 800
ST. LOUIS, MO 63105

Claim Number: 3532
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 1370

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $14,891.24 |

---

TUV RHEINLAND OF N.A INC.
12 COMMERCE ROAD
NEWTOWN, CT 06470

Claim Number: 194
Claim Date: 02/06/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $84,335.61 | Scheduled: | $62,229.34 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| TUV RHEINLAND OF N.A. INC.<br>12 COMMERCE ROAD<br>NEWTOWN, CT 06470 | Claim Number: 1881<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $84,135.61 | | |
|---|---|---|---|---|

---

| TUV RHEINLAND OF NORTH AMERICA<br>PO BOX 33222<br>HARTFORD, CT 06150-3222 | Claim Number: 1879<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $84,135.61 | Scheduled: | $1,750.00 |
|---|---|---|---|---|

| TUV RHEINLAND OF NORTH AMERICA<br>PO BOX 33222<br>HARTFORD, CT 06150-3222 | Claim Number: 1880<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $84,135.61 | Scheduled: | $1,429.68 |
|---|---|---|---|---|

| TVSNET TECHNOLOGIES LIMITED<br>7TH FLOOR MPL SILICON TOWERS<br>NO. 23/1, VELACHERY TAMBARAM ROAD<br>PALLIKARANAI<br>CHENNAI-600100,<br>INDIA | Claim Number: 4390-01<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Amends claim 236 | | |
|---|---|---|---|

| UNSECURED | Claimed: | $847.16 | Scheduled: | $3,595.52 |
|---|---|---|---|---|

| TVSNET TECHNOLOGIES LIMITED<br>7TH FLOOR MPL SILICON TOWERS<br>NO. 23/1, VELACHERY TAMBARAM ROAD<br>PALLIKARANAI<br>CHENNAI-600100,<br>INDIA | Claim Number: 4390-02<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Amends claim 236 | | |
|---|---|---|---|

| UNSECURED | Claimed: | $2,748.36 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| TVSNET TECHNOLOGIES LIMITED<br>7TH FLOOR MPL SILICON TOWERS<br>NO. 23/1 VELACHERY TAMBARAM ROAD<br>PALLIKARANAI<br>CHENNAI-600100,<br>INDIA | Claim Number: 4391<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,595.52 |

---

| TW TELECOM INC. FKA TIME WARNER TELECOM<br>INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 432<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5392 (05/06/2011) | |
|---|---|---|
| SECURED | Claimed: | $110,490.98 |

---

| TWEEDY, JOHN<br>16527 GRAPPERHALL DR<br>HUNTERSVILLE, NC 28078 | Claim Number: 3260<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $72,126.92 |

---

| TWEEDY, JOHN<br>16527 GRAPPERHALL DR<br>HUNTERSVILLE, NC 28078 | Claim Number: 3261<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $72,126.92 |

---

| TWO TOWNE SQUARE LLC<br>C/O JAFFE RAITT HEUER & WEISS, P.C.<br>ALICIA SCHEHR, ESQ.<br>27777 FRANKLIN ROAD, SUITE 2500<br>SOUTHFIELD, MI 48034 | Claim Number: 1306<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| UNSECURED | Claimed: | $1,254.43 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

TWO TOWNE SQUARE LLC
C/O JAFFE RAITT HEUER & WEISS, P.C.
ALICIA SCHEHR, ESQ.
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

Claim Number: 2836
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $227,575.64 |
|-----------|----------|-------------|

---

TWYMAN, STEVEN
3328 DAINGERFIELD DR
RALEIGH, NC 27616

Claim Number: 7654
Claim Date: 03/21/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|----------|----------|------------|
| UNSECURED | Claimed: | $13,536.52 |

---

TWYMAN, WILLIAM G.
12 LOCHDON CT
PINEHURST, NC 28374

Claim Number: 3866
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $84,515.25 | Scheduled: | $0.00 UNLIQ |
|-----------|----------|------------|------------|-------------|

---

TWYNHAM, ANDREW
10451 BIG CANOE
JASPER, GA 30143

Claim Number: 4102
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $76,708.78 | Scheduled: | $59,835.80 UNLIQ |
|-----------|----------|------------|------------|------------------|

---

TWYNHAM, ANDREW
10451 BIG CANOE
JASPER, GA 30143

Claim Number: 6990
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 4100

| PRIORITY | Claimed: | $48,400.00 |
|----------|----------|------------|
| UNSECURED | Claimed: | $119,318.40 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

TWYNHAM, ANDREW S
10451 BIG CANOE
JASPER, GA 30143

Claim Number: 4101
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $48,400.00 | | |
| UNSECURED | Claimed: | $141,307.78 | Scheduled: | $182,718.40 |

TWYVER, DAVID A
PO BOX 2447
FRIDAY HARBOUR, WA 98250

Claim Number: 3369
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $90,503.00 | Scheduled: | $0.00 UNLIQ |

TYRRELL, SHELDON C
46 SPRING ISLAN DR
OKATIE, SC 29909

Claim Number: 3751
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $180,735.84 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

TZANETEAS, GEORGE
1033 NE 17TH WAY UNIT 1505
FT LAUDERDALE, FL 33304

Claim Number: 2798
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $70,883.14 |

TZANETEAS, GEORGE
1033 NE 17TH WAY UNIT 1505
FT LAUDERDALE, FL 33304

Claim Number: 2799
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $167,021.38 |

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| TZANETEAS, GEORGE<br>1033 NE 17TH WAY UNIT 1505<br>FT LAUDERDALE, FL 33304 | | Claim Number: 3847<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $167,021.38 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | Claim Number: 4163<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6094 | |

| ADMINISTRATIVE | Claimed: | $6,243.00 |
|---|---|---|

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | Claim Number: 6094<br>Claim Date: 11/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6297<br>Amends claim 4163 | |

| ADMINISTRATIVE | Claimed: | $6,243.00 |
|---|---|---|
| UNSECURED | Claimed: | $3,721,212.93 |

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | Claim Number: 6296<br>Claim Date: 12/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6401<br>Amends claim 6093 | |

| ADMINISTRATIVE | Claimed: | $778,707.77 |
|---|---|---|
| UNSECURED | Claimed: | $4,480,804.80 |

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | Claim Number: 6297<br>Claim Date: 12/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6402<br>Amends claim 6094 | |

| ADMINISTRATIVE | Claimed: | $778,707.77 |
|---|---|---|
| UNSECURED | Claimed: | $4,480,804.80 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | Claim Number: 6402<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 6297 | |

ADMINISTRATIVE      Claimed:          $778,707.77
UNSECURED           Claimed:        $4,169,155.29

| | | |
|---|---|---|
| U4EA TECHNOLOGIES INC<br>136 MILMAR WAY<br>LOS GATOS, CA 95032-3843 | Claim Number: 4030<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |

UNSECURED           Claimed:          $37,500.00        Scheduled:          $0.00  UNLIQ

| | | |
|---|---|---|
| U4EA TECHNOLOGIES, INC<br>136 MILMAR WAY<br>LOS GATOS, CA 950323843 | Claim Number: 4041<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |

ADMINISTRATIVE      Claimed:          $37,500.00

| | | |
|---|---|---|
| UBS REALTY INVESTORS, LLC<br>DAVID L. POLLACK, ESQ.<br>BALLARD SPAHR ANDREWS & INGERSOLL, LLP<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 | Claim Number: 2519<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC. | |

UNSECURED           Claimed:         $762,802.68

| | | |
|---|---|---|
| UBS REALTY INVESTORS, LLC<br>DAVID L. POLLACK, ESQ.<br>BALLARD SPAHR ANDREWS & INGERSOLL, LLP<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 | Claim Number: 2520<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC. | |

ADMINISTRATIVE      Claimed:           $7,445.91

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | |
|---|---|---|---|
| UCM/SREP-CORP WOODS, LLC<br>C/O STEPHEN LEWIS, ESQ.<br>STOLTZ MANAGEMENT OF DELAWARE, INC.<br>725 CONSHOHOCKEN STATE ROAD<br>BALA CYNWYD, PA 19004 | Claim Number: 3058<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| UNDERWRITERS LABORATORIES INC.<br>C/O LEGAL DEPT.<br>333 PFINGSTEN RD.<br>NORTHBROOK, IL 60062 | Claim Number: 952<br>Claim Date: 04/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |

| UNSECURED | Claimed: | $42,811.23 |
|---|---|---|

| | | |
|---|---|---|
| UNDERWRITERS LABORATORIESOF CANADA<br>C/O UNDERWRITERS LABORATORIES INC.<br>ATTN: LEGAL DEPT.<br>333 PFINGSTEN RD.<br>NORTHBROOK, IL 60062 | Claim Number: 953<br>Claim Date: 04/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |

| UNSECURED | Claimed: | $48,658.01 |
|---|---|---|

| | | |
|---|---|---|
| UNGAR, JAMES<br>137 DEAN ROAD<br>STOUGHTON, MA 02072 | Claim Number: 4821<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $1,933.85  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $15,277.42  UNLIQ |

| | | |
|---|---|---|
| UNISYS CORPORATION<br>123 S BROAD ST STE 2100<br>PHILADELPHIA, PA 19109-1042 | Claim Number: 3939<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4163 (10/14/2010) | |

| UNSECURED | Claimed: | $623,275.71 | Scheduled: | $42,180.18 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| UNISYS DE MEXICO S.A. DE C.V.<br>123 S BROAD ST STE 2100<br>PHILADELPHIA, PA 19109-1042 | Claim Number: 1358<br>Claim Date: 06/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 937 (06/23/2009) | | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $367,014.17 | | |

| UNISYSTEMS SA (USD)<br>24 STR. SYNDESMOU<br>ATHENS, 10673<br>GREECE | Claim Number: 3421<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | | | |
| UNSECURED | Claimed: | $120,224.01 | | |

| UNITED BUSINESS MEDIA LLC<br>D/A TECHWEB AND EVERYTHING CHANNEL<br>600 COMMUNITY DRIVE, 3RD FLOOR<br>MANHASSET, NY 11030 | Claim Number: 547<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5343 (04/28/2011) | | | |
| UNSECURED | Claimed: | $132,675.00 | Allowed: | $128,675.00 |

| UNITED BUSINESS MEDIA LLC<br>DBA UBM TECHWEB,<br>LIGHT READING/ HEAVEY READING<br>P.O. BOX 9064<br>NEW YORK, NY 10087-9064 | Claim Number: 7732<br>Claim Date: 05/10/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 572 | | | |
| UNSECURED | Claimed: | $77,262.50 | | |

| UNITED STATES DEBT RECOVERY IIA, LLC<br>TRANSFEROR: US DEBT RECOVERY V, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1472-01<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $204,771.22 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| UNITED STATES DEBT RECOVERY IIA, LLC<br>TRANSFEROR: DTEL NETWORK SOLUTIONS INC<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 2140<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | | | |
|---|---|---|---|---|---|
| UNSECURED          Claimed: | $25,500.00 | Scheduled: | $0.00 UNLIQ | Allowed: | $22,780.00 |

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: BRENNAN CONSULTING SERVICE<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 163<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|
| PRIORITY          Claimed:<br>UNSECURED          Claimed:<br>TOTAL          Claimed: | $10,950.00<br>$19,500.00<br>$19,500.00 | Scheduled: | $19,500.00 |

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: MACADAMIAN TECHNOLOGIES INC.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1162<br>Claim Date: 05/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 3799 (08/18/2010) | | | |
|---|---|---|---|---|
| UNSECURED          Claimed: | $1,291,998.00 | | Allowed: | $762,469.26 |

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: TELRAD NETWORKS LTD<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 2560<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED          Claimed: | $2,857,588.17 |

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: MRV COMMUNICATIONS, INC.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 3050<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED          Claimed: | $10,845.00 | Scheduled: | $10,845.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: CONNECTANDSELL INC
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 4484
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $38,280.00 | Scheduled: | $38,280.00 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: CONNECTANDSELL, INC
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 4485
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $38,280.00 |
|---|---|---|

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: TELFUSION, INC.
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 1119
Claim Date: 05/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $2,400.00 | Scheduled: | $2,400.00 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY V, LP
TRANSFEROR: SOAPSTONE NETWORKS INC.
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 583
Claim Date: 03/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $11,264.00 |
|---|---|---|

UNITED STATES DEBT RECOVERY V, LP
TRANSFEROR: ELEAD CORP, LLC
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 1269
Claim Date: 06/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $75,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: GN CLAIM SUB, LLC<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1472<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $3,037,028.59 |
|---|---|---|

---

| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1489<br>Claim Date: 07/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $52,969.67 |
|---|---|---|

---

| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: STREAMLINE CIRCUITS CORP.<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1777<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $2,737.64 | Scheduled: | $2,737.64 |
|---|---|---|---|---|

---

| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 2386<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $17,898.86 |
|---|---|---|

---

| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CUSTOMERSAT COM<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 2758<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $36,352.50 | Scheduled: | $36,352.50 |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | |
|---|---|
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 3631<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $394,258.47 | Scheduled: | $386,059.67 |

| | |
|---|---|
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4853<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $24,893.05 |

| | |
|---|---|
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4854<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $648,684.56 |

| | |
|---|---|
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 6125<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 4854 |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $648,684.56 |

| | |
|---|---|
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 6128<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 4853 |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $24,893.05 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: UCM/SREP - CORPORATE WOODS<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 6300<br>Claim Date: 12/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED          Claimed: | $619,250.55 | Allowed: | $607,108.40 |

| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: ADEX CORPORATION<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 7150<br>Claim Date: 03/15/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $413,293.50 | | |

| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: ADEX CORPORATION<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 7283<br>Claim Date: 06/09/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM 7150 | | |
|---|---|---|---|
| UNSECURED          Claimed: | $387,503.42 | | |

| UNITED STATES DEBT RECOVERY VIII, L.P.<br>ASSIGNEE OF HELLMUTH, OBATA & KASSABAUM<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 7616<br>Claim Date: 02/25/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM 4783 | | |
|---|---|---|---|
| UNSECURED          Claimed: | $527,168.64 | | |

| UNITED STATES DEBT RECOVERY VIII, LP<br>TRANSFEROR: SLASH SUPPORT, INC.<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 403<br>Claim Date: 02/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED          Claimed: | $1,045,970.29 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

UNITED STATES DEBT RECOVERY VIII, LP
TRANSFEROR: US DEBT RECOVERY V, LP
940 SOUTHWOOD BLVD., SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 1472-03
Claim Date: 07/06/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $282,661.82 |

---

UNITED STATES DEBT RECOVERY VIII, LP
TRANSFEROR: KURTZ, DAVID
940 SOUTHWOOD BLVD., SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 4301
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $55,958.74 | Scheduled: | $66,908.74 |

---

UNITED STATES DEBT RECOVERY VIII, LP
TRANSFEROR: HELLMUTH, OBATA & KASSABAUM,
940 SOUTHWOOD BLVD., SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 4783
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5623 (06/07/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $507,103.18 |

---

UNITED TELEPHONE COMPANY OF EASTERN
KANSAS
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 842
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $29.17 |

---

UNITED TELEPHONE COMPANY OF EASTERN
KANSAS
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5707
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 3799 (08/18/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $29.17 | Allowed: | $29.17 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF EASTERN KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5734<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |

UNSECURED            Claimed:                    $29.17   UNLIQ

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF INDIANA, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5682<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |

UNSECURED            Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF INDIANA, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5709<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |

UNSECURED            Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5683<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |

UNSECURED            Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5710<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |

UNSECURED            Claimed:                    $0.00   UNLIQ

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF NEW JERSEY INC.<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5688<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF NEW JERSEY INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5715<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF OHIO<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5690<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF OHIO<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5717<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF PENNSYLVANIA LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5692<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |

UNSECURED          Claimed:                    $0.00   UNLIQ

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF PENNSYLVANIA LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5719<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |

UNSECURED          Claimed:                    $0.00  UNLIQ

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF SOUTHCENTRAL KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5684<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |

UNSECURED          Claimed:                    $0.00  UNLIQ

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF SOUTHCENTRAL KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5711<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |

UNSECURED          Claimed:                    $0.00  UNLIQ

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF TEXAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5696<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |

UNSECURED          Claimed:                    $0.00  UNLIQ

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF TEXAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5723<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |

UNSECURED          Claimed:                    $0.00  UNLIQ

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| UNITED TELEPHONE COMPANY OF THE NORTHWEST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5691<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $0.00  UNLIQ | |
| UNITED TELEPHONE COMPANY OF THE CAROLINAS LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5693<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $0.00  UNLIQ | |
| UNITED TELEPHONE COMPANY OF THE NORTHWEST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5718<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |
| UNSECURED          Claimed: | $0.00  UNLIQ | |
| UNITED TELEPHONE COMPANY OF THE CAROLINAS LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5720<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |
| UNSECURED          Claimed: | $0.00  UNLIQ | |
| UNITED TELEPHONE COMPANY OF THE WEST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5687<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $0.00  UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF THE WEST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5714<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| | |
|---|---|
| UNITED TELEPHONE SOUTHEAST LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5694<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| | |
|---|---|
| UNITED TELEPHONE SOUTHEAST LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5721<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| | |
|---|---|
| UNITED TELESERVICES INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5703<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| | |
|---|---|
| UNITED TELESERVICES INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5730<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

UNIVERSAL SERVICE ADMINISTRATIVE CO.
ATTN: STEFFANI WATTERSON, ASST GEN COUNS
OFFICE OF THE GENERAL COUNSEL
2000 L STREET NW, SUITE 200
WASHINGTON, DC 20036

Claim Number: 1231
Claim Date: 05/19/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

UNIVERSAL SERVICE ADMINISTRATIVE CO.
ATTN: STEFFANI WATTERSON, ASST GEN COUNS
OFFICE OF THE GENERAL COUNSEL
2000 L STREET NW, SUITE 200
WASHINGTON, DC 20036

Claim Number: 1232
Claim Date: 05/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLE DUPLICATE OF 1231

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

US CUSTOMS SERVICE
1300 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20229

Claim Number: 4711
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

USAA STRATUM EXEC. CENTER JOINT VENTURE
STEVE A PEIRCE, FULBRIGHT & JAWORSKI LLP
300 CONVENT STREET, SUITE 2200
SAN ANTONIO, TX 78205-3792

Claim Number: 1512
Claim Date: 07/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4053 (09/30/2010)

| SECURED | Claimed: | $5,221.60 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,082.81 | Allowed: | $30,082.81 |

---

USX FEDERAL CREDIT UNION
PO BOX 1728
CRANBERRY TWP, PA 16066

Claim Number: 2162
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $12,700.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| VACA, DANIEL<br>4122 TRAVIS ST UNIT 19<br>DALLAS, TX 75204-1865 | | Claim Number: 4822<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $1,304.67 | Scheduled: | $1,304.67 | |
| UNSECURED | Claimed: | $40,422.27 | Scheduled: | $41,726.94 | |
| VAGG, JERI LYNN<br>1694 POPPLETON DR<br>W BLOOMFIELD, MI 48324 | | Claim Number: 2497<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $15,675.00 | | | |
| VAGG, JERI LYNN<br>1694 POPPLETON DR<br>W BLOOMFIELD, MI 48324 | | Claim Number: 2498<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $26,625.00 | | | |
| VAHDAT, VAHID<br>4247 BONAVITA PLACE<br>ENCINO, CA 91436 | | Claim Number: 299<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $29,538.00 | | | |
| VAHDAT, VAHID<br>4247 BONAVITA PLACE<br>ENCINO, CA 91436 | | Claim Number: 2344<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | | |
| PRIORITY | Claimed: | $42,456.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| VALDEZ, JR., CIRIACO<br>13208 W. 129TH TERRACE<br>OVERLAND PARK, KS 66213 | Claim Number: 59<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| PRIORITY | Claimed: | $40,921.57 | | |

| VALENTINE, JOHN<br>719 QUARTERSTAFF ROAD<br>WINSTON SALEM, NC 27104 | Claim Number: 1851<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| UNSECURED | Claimed: | $35,188.87 | Scheduled: | $35,188.87 UNLIQ |

| VALENTINE, JOHN W.<br>719 QUARTERSTAFF RD<br>WINSTON SALEM, NC 27104 | Claim Number: 54<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| UNSECURED | Claimed: | $35,820.52 | | |

| VAN LIEW, CATHERINE<br>8917 WEAVER CROSSING ROAD<br>APEX, NC 27502 | Claim Number: 1262<br>Claim Date: 06/02/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| UNSECURED | Claimed: | $102,334.00 | | |

| VAN NGUYEN, KHOA<br>2505 APPALACHIA DRIVE<br>GARLAND, TX 75044 | Claim Number: 88<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | |

---

| UNSECURED | Claimed: | $19,826.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

VANBENSCHOTEN, GWENDOLYNN E.
7024 ZITHER LANE
LA VERGNE, TN 37086-5261

Claim Number: 7459
Claim Date: 10/08/2010
Debtor: NORTEL NETWORKS INC.

---

PRIORITY              Claimed:              $8,000.00   UNLIQ

---

VANDYKE CAREY, DELIA M.
2067 SANDERS RD.
STEM, NC 27581

Claim Number: 2617
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

ADMINISTRATIVE         Claimed:              $8,110.19

---

VANDYKE SOFTWARE
4848 TRAMWAY RIDGE DR. NE #101
ALBUQUERQUE, NM 87111

Claim Number: 2673
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4758 (01/25/2011)

---

UNSECURED              Claimed:              $149.00

---

VANDYKE SOFTWARE
4848 TRAMWAY RIDGE DR. NE, SUITE 101
ALBUQUERQUE, NM 87111

Claim Number: 2674-01
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)

---

UNSECURED              Claimed:              $15.62

---

VANDYKE SOFTWARE
4848 TRAMWAY RIDGE DR. NE, SUITE 101
ALBUQUERQUE, NM 87111

Claim Number: 2674-02
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)

---

UNSECURED              Claimed:              $174.38

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| VANDYKE SOFTWARE<br>4848 TRAMWAY RIDGE DR. NE #101<br>ALBUQUERQUE, NM 87111 | | Claim Number: 2675<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,245.00 | Scheduled: | $1,435.00 | |
| VANDYKE SOFTWARE<br>4848 TRAMWAY RIDGE DR. NE, SUITE 101<br>ALBUQUERQUE, NM 87111 | | Claim Number: 2676-01<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) | | | |
| UNSECURED | Claimed: | $13.64 | | | |
| VANDYKE SOFTWARE<br>4848 TRAMWAY RIDGE DR. NE, SUITE 101<br>ALBUQUERQUE, NM 87111 | | Claim Number: 2676-02<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) | | | |
| UNSECURED | Claimed: | $1,231.36 | | | |
| VARGO, ROBERT M.<br>1516 NORTH GLENEAGLE DRIVE<br>GARNER, NC 27529-4303 | | Claim Number: 562<br>Claim Date: 03/12/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $34,397.10 | Scheduled:<br>Scheduled: | $7,279.72<br>$23,840.08 | |
| VARMA, ANJALI<br>6035 MARQUITA AVE<br>DALLAS, TX 75206 | | Claim Number: 3000<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $38,365.38 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| VARMA, ANJALI<br>6035 MARQUITA AVE<br>DALLAS, TX 75206 | | Claim Number: 7030<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $16,692.05 | | | |
| UNSECURED | Claimed: | $38,740.73 | | | |
| VASERFIRER, ANATOLY<br>1426 LUCKENBACH DR<br>ALLEN, TX 75013 | | Claim Number: 4325<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $4,259.36 | Scheduled: | $0.00 UNLIQ | |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 4269<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 1499 | | | |
| UNSECURED | Claimed: | $530,465.01 | | | |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 4270<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 1498 | | | |
| UNSECURED | Claimed: | $31,695.46 | | | |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 4271<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 1497 | | | |
| UNSECURED | Claimed: | $21,142.59 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | Claim Number: 4274<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 1494 | |
| UNSECURED | Claimed: | $7,407.75 |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | Claim Number: 4275<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 1496 | |
| UNSECURED | Claimed: | $97,005.32 |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | Claim Number: 4276<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 1495 | |
| UNSECURED | Claimed: | $26,456.04 |
| VECTRON INTERNATIONAL<br>267 LOWELL RD<br>HUDSON, NH 03051-4916 | Claim Number: 5948<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| UNSECURED | Claimed: | $5,660.00 |
| VEGA, MARIA A<br>549 NW 130 WAY<br>PEMBROKE PINES, FL 33028 | Claim Number: 1444<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $12,983.26 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| VENTURA COUNTY TAX COLLECTOR<br>800 SOUTH VICTORIA AVENUE<br>VENTURA, CA 93009-1290 | Claim Number: 6063<br>Claim Date: 10/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4752 (01/25/2011) | | |
|---|---|---|---|
| PRIORITY          Claimed: | $38,936.05 | Scheduled: | $0.00 UNLIQ |
| VENTURA, JAYNE L<br>1514 MANHATTAN AVE<br>HERMOSA BEACH, CA 90254 | Claim Number: 1682<br>Claim Date: 08/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE          Claimed: | $223,774.00 | | |
| VENTURA, JAYNE L.<br>1514 MANHATTAN AVE<br>HERMOSA BEACH, CA 90254 | Claim Number: 7052<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE          Claimed: | $418,182.00 | | |
| VENTURINO, STEPHEN<br>1212 JOHNSON RD<br>PALMYRA, NY 14522 | Claim Number: 7110<br>Claim Date: 02/18/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends Claim 2907 | | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $10,950.00<br>$64,712.72 | | |
| VERGEL, NELSON A.<br>2124 CEDARCREST DR<br>CARROLLTON, TX 75007 | Claim Number: 3402<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED          Claimed: | $22,344.81 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| VERINT AMERICAS INC<br>ATTN: PAIGE HONEYCUTT OR DAN BERTOLINO<br>300 COLONIAL CENTER PARKWAY SUITE 600<br>ROSWELL, GA 30076 | | Claim Number: 4668<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $175,682.94 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|
| VERIZON WIRELESS SOUTH<br>VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702 | | Claim Number: 903<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $25,849.89 | | |
|---|---|---|---|---|
| VETIL, JACQUES<br>213 PARKMEADOW DR<br>CARY, NC 27519 | | Claim Number: 3446<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |

| ADMINISTRATIVE | Claimed: | $40,697.00 | | |
|---|---|---|---|---|
| VEZZA, BRIAN<br>803 RAINIER CT<br>ALLEN, TX 75002 | | Claim Number: 2722<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |

| ADMINISTRATIVE | Claimed: | $59,874.07 | | |
|---|---|---|---|---|
| VEZZA, BRIAN<br>803 RAINIER COURT<br>ALLEN, TX 75002 | | Claim Number: 2723<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| PRIORITY | Claimed: | $6,240.41 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $53,633.66 | Scheduled: | $55,062.42 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| VIA, RICHARD A.<br>8805 LINDLEY MILL ROAD<br>SNOW CAMP, NC 27349 | | Claim Number: 4583<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $144,138.59 |

---

| VIEIRO, JORGE<br>3900 KIMBROUGH LN<br>PLANO, TX 75025 | | Claim Number: 4042<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $80,731.59 |

---

| VIEIRO, JORGE E<br>3900 KIMBROUGH LN<br>PLANO, TX 75025 | | Claim Number: 3452<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim amount of 34,774.45 (CDN) |
|---|---|---|
| UNSECURED | Claimed: | $27,826.51 |

---

| VIEIRO, JORGE E<br>3900 KIMBROUGH LN<br>PLANO, TX 75025 | | Claim Number: 3453<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $80,307.69 |

---

| VIGREUX, GILBERT<br>3479 FERN RIDGE EAST DR NE<br>CONYERS, GA 30013 | | Claim Number: 6897<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 3098 |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $42,661.12 |

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| VILLESCAS, DOMINIC A<br>6606 VALLEY VIEW LN<br>SACHSE, TX 75048 | Claim Number: 1658<br>Claim Date: 08/07/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $22,071.65 |
|---|---|---|

| VINAIXA, TANIA<br>16345 SW 9TH ST<br>PEMBROKE PNES, FL 33027 | Claim Number: 2036<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| TOTAL | Claimed: | $0.00   UNDET |
|---|---|---|

| VINAIXA, TANIA<br>16345 SW 9TH ST<br>PEMBROKE PINES, FL 33027 | Claim Number: 2037<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| PRIORITY | Claimed: | $5,875.47 | Scheduled: | $5,875.47 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,480.05 | Scheduled: | $11,480.05 |

| VINAIXA, TANIA<br>16345 SW 9TH ST<br>PEMBROKE PNES, FL 33027 | Claim Number: 5390<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>May amend claim 2037. |
|---|---|

| UNSECURED | Claimed: | $17,355.52 |
|---|---|---|

| VINAIXA, TANIA<br>16345 SW 9TH STREET<br>PEMBROKE PINES, FL 33027 | Claim Number: 5391<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>May amend claim 2036. |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| VIRGINIA | Claim Number: 3599 |
| VIRGINIA DEPARTMENT OF THE TREASURY | Claim Date: 09/24/2009 |
| DIVISION OF UNCLAIMED PROPERTY | Debtor: NORTEL NETWORKS INC. |
| P.O. BOX 2478 | Comments: ALLOWED |
| RICHMOND, VA 23218-2478 | DOCKET: 5623 (06/07/2011) |

| UNSECURED | Claimed: | $96.05 | | Allowed: | $96.05 |

---

| VIRGINIA DEPARTMENT OF TAXATION | Claim Number: 641 |
| TAXING AUTHORITY CONSULTING SERVICES, PC | Claim Date: 03/19/2009 |
| BANKRUPTCY COUNSEL | Debtor: NORTEL NETWORKS INC. |
| PO BOX 2156 | Comments: DOCKET: 4256 (11/08/2010) |
| RICHMOND, VA 23218-2156 | |

| PRIORITY | Claimed: | $1,404,048.56 |

---

| VOGT, VANCE V | Claim Number: 3166 |
| 475 CRESTONE CT | Claim Date: 09/17/2009 |
| LOVELAND, CO 80537 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $300.47   UNLIQ |

---

| VOLT DELTA RESOURCES, LLC | Claim Number: 1343 |
| ATTN: COLLECTIONS | Claim Date: 03/03/2009 |
| 1600 STEWART AVENUE - SUITE 305 | Debtor: NORTEL NETWORKS INC. |
| WESTBURY, NY 11590 | |

| UNSECURED | Claimed: | $5,681.50 | Scheduled: | $5,681.50 |

---

| VONDERHAAR, MICHAEL | Claim Number: 2917 |
| 3525 LAKE BREEZE LANE | Claim Date: 09/14/2009 |
| GAINESVILLE, GA 30506 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $346,418.17 |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| VONDERHAAR, MICHAEL<br>3525 LAKE BREEZE LANE<br>GAINESVILLE, GA 30506 | | Claim Number: 2918<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $346,418.17 | | | |
| VOSBURG, WILLIAM<br>3232 NEUSE BANK CT<br>WAKE FOREST, NC 27587 | | Claim Number: 3661<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $52,540.86 | Scheduled: | $52,540.86 | |
| VOXIFY INC<br>1151 MARINA VILLAGE PKWY<br>ALAMEDA, CA 94501 | | Claim Number: 2044<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $709.64 | Scheduled: | $0.00 UNLIQ | |
| VRABEL JR., JOHN P.<br>315 HAWKS VIEW DR<br>O FALLON, MO 63368-7673 | | Claim Number: 312<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $11,624.85<br>$37,663.56 | | | |
| VRABEL, JOHN P.<br>315 HAWKS VIEW DR<br>O FALLON, MO 63368-7673 | | Claim Number: 2552<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $49,288.41 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

VRABEL,JR., JOHN P.
315 HAWKS VIEW DR
O FALLON, MO 63368-7673

Claim Number: 2550
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $49,288.41 | | |

VRABEL,JR., JOHN P.
10 ROYALLMANOR CT
O'FALLON, MO 63368

Claim Number: 2551
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $11,624.85 | Scheduled: | $6,765.16 |
| UNSECURED | Claimed: | $37,663.56 | Scheduled: | $31,259.87 |

VRABEL,JR., JOHN P.
10 ROYALLMANOR CT.
O'FALLON, MO 63368

Claim Number: 2553
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $11,624.85 | |
| UNSECURED | Claimed: | $37,663.56 | |

VU, JESSICA
1472 MINOK PL
MORGAN HILL, CA 95037

Claim Number: 7599
Claim Date: 02/09/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $24,751.35 |

W B GALT
1109 MEADOW LANE
SACHSE, TX 75048

Claim Number: 3760
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $621,142.74 | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| WACHOVIA BANK, N.A. AS SUCCESSOR BY MERGER TO FIRST UNION NATIONAL BANK ET AL, ALSTON & BIRD LLP, C/O JASON H WATSON, 1201 WEST PEACHTREE STREET ATLANTA, GA 30309-3424 | | Claim Number: 5599 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ DISP | | | |
| WACHOVIA BANK, N.A., AS SUCCESSOR TO FIRST UNION NATIONAL BANK C/O JASON H. WATSON - ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ATLANTA, GA 30309-3424 | | Claim Number: 5652 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 3798 (08/18/2010) | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | |
| WADE, GWYNNE 8 SNUFFYS LN LEBANON, NJ 08833 | | Claim Number: 1726 Claim Date: 08/17/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $7,316.93 | | | |
| WADE, GWYNNE 8 SNUFFYS LANE LEBANON, NJ 08833 | | Claim Number: 1727 Claim Date: 08/17/2009 Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $7,316.93 | Scheduled: | $7,316.93 UNLIQ | |
| WADLOW, JERRY PO BOX 79 WEWOKA, OK 74884-0079 | | Claim Number: 7512 Claim Date: 12/15/2010 Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $604,252.93 UNLIQ | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| WADLOW, JERRY<br>921 CRESTVIEW ST<br>ADA, OK 74820 | Claim Number: 7523<br>Claim Date: 12/20/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLE DUPLICATE OF 7512 |

| UNSECURED | Claimed: | $604,252.93   UNLIQ |

---

| WAHEED, SHAHID<br>5204 SAINT CROIX CT.<br>RICHARDSON, TX 75082 | Claim Number: 438<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $53,987.31 |

---

| WAINHOUSE RESEARCH LLC<br>34 DUCK HILL TERRACE<br>DUXBURY, MA 02332 | Claim Number: 3358<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $15,000.00 | Scheduled: | $15,000.00 |

---

| WAINHOUSE RESEARCH, LLC<br>ATTN: MARC BEATTIE<br>34 DUCK HILL TERRACE<br>DUXBURY, MA 02332 | Claim Number: 3359<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |

| ADMINISTRATIVE | Claimed: | $15,000.00 |

---

| WAITE, LORI K.<br>156 EQUESTRIAN DR<br>ROCKWALL, TX 75032 | Claim Number: 7526<br>Claim Date: 12/20/2010<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $7,686.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| WALDHAUER, ROBERT B.<br>5039 RIVER ROCK WAY<br>WOODSTOCK, GA 30188 | Claim Number: 1669<br>Claim Date: 08/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $52,499.20 |
|---|---|---|

| WALDRON, DON<br>1847 SAN LEANNA DR.<br>ALLEN, TX 75013 | Claim Number: 4594<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $172,075.71 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| WALKER, D CARLISLE<br>5150 NUNNALLY TRAIL<br>GAINESVILLE, GA 30506 | Claim Number: 3240<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $10,015.84 | | |
| | | | Scheduled: | $95,150.48 |
| TOTAL | Claimed: | $95,150.48 | | |

| WALKER, EILEEN A<br>1659 NE DAPHNE CT.<br>BEND, OR 97701 | Claim Number: 6368<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2643 |
|---|---|

| UNSECURED | Claimed: | $81,640.44 |
|---|---|---|

| WALKER, JAMIE L.<br>1542 MARLY DRIVE<br>DURHAM, NC 27703 | Claim Number: 7728<br>Claim Date: 05/05/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $19,819.20 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

WALROD, DANIEL G.
206 RIGGSBEE FARM DR.
CARY, NC 27519

Claim Number: 7377
Claim Date: 08/09/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $52,462.84 | | |
|---|---|---|---|---|

WALSH, GERARD
4305 BRADY DRIVE
PLANO, TX 75024

Claim Number: 4426
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $68,954.63 | Scheduled: | $68,954.63 |
|---|---|---|---|---|

WALSH, GERARD
4305 BRADY DRIVE
PLANO, TX 75024

Claim Number: 4427
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $151,521.75 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

WALSH, GERARD K.
4305 BRADY DRIVE
PLANO, TX 75024

Claim Number: 4425
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $68,954.63 | | |
|---|---|---|---|---|

WALSH, GERARD K.
4305 BRADY DRIVE
PLANO, TX 75024

Claim Number: 4428
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $151,521.75 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| WALSH, GLORIA<br>13580 NW 7TH PLACE<br>PEMBROKE PINES, FL 33028 | Claim Number: 5788<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $25,904.16 |
| TOTAL | Claimed: | $25,904.16 |

---

| WALSH, JOHN R.<br>316 LILLY LANE<br>MURFREESBORO, TN 37128 | Claim Number: 7412<br>Claim Date: 09/13/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $3,963.45  UNLIQ |

---

| WALTON, EDWARD<br>700 MARINER CIRCLE<br>WEBSTER, NY 14580 | Claim Number: 7173<br>Claim Date: 03/29/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim no. 3855 |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74,039.95 | Scheduled: | $0.00 UNLIQ |

---

| WANDERLICK, JEFFREY<br>4 WHISPERING PINES LANE<br>MERRIMACK, NH 03054 | Claim Number: 1128<br>Claim Date: 05/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $26,084.19 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

WANG, CHIH-WEI
4325 WONDERLAND DR
PLANO, TX 75093

Claim Number: 2488
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $38,360.80 |
|---|---|---|

WANG, CHIH-WEI
4325 WONDERLAND DR
PLANO, TX 75093

Claim Number: 2489
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $38,368.80 |
|---|---|---|

WANG, JIN
23110 TURTLE ROCK TERRACE
CLARKSBURG, MD 20871

Claim Number: 2577
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $20,000.00 |
|---|---|---|

WANG, LILY HOH
4325 WONDERLAND DR.
PLANO, TX 75093

Claim Number: 236
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

---

| PRIORITY | Claimed: | $663.03 |
|---|---|---|
| UNSECURED | Claimed: | $35,346.93 |

WANG, LILY HOH
4325 WONDERLAND DR
PLANO, TX 75093

Claim Number: 4309
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
might amend claim 236

---

| PRIORITY | Claimed: | $11,613.03 |
|---|---|---|
| UNSECURED | Claimed: | $24,396.93 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| | | |
|---|---|---|
| WANG, LIPING<br>3429 DANBURY LN<br>PLANO, TX 75074 | | Claim Number: 372<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $141,208.15 |
|---|---|---|

| | | |
|---|---|---|
| WANG, XIN<br>139 CORNELL DR.<br>COMMACK, NY 11725 | | Claim Number: 3235<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $7,738.57 | Scheduled: | $7,738.57 |
|---|---|---|---|---|

| | | |
|---|---|---|
| WANG, YUN<br>102 MANOR GARDEN WAY<br>CARY, NC 27513 | | Claim Number: 7133<br>Claim Date: 03/08/2010<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $42,608.67 |
|---|---|---|

| | | |
|---|---|---|
| WANG, YUN<br>102 MANOR GARDEN WAY<br>CARY, NC 27513 | | Claim Number: 7134<br>Claim Date: 03/08/2010<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $18,123.26 |
|---|---|---|

| | | |
|---|---|---|
| WANG, YUN<br>102 MANOR GARDEN WAY<br>CARY, NC 27513 | | Claim Number: 7138<br>Claim Date: 03/09/2010<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $1,912.15 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| WANLAND & ASSOCIATES, INC. ET. AL | Claim Number: 3911 |
| C/O NYRAN ROSE PEARSON, ESQ. | Claim Date: 09/28/2009 |
| CAFFERTY FAUCHER LLP | Debtor: NORTEL NETWORKS INC. |
| 30 N LASALLE STREET STE 3200 | |
| CHICAGO, IL 60602 | |

| UNSECURED | Claimed: | $360,000,000.00 |

---

| WARD, ANDREW D. | Claim Number: 125 |
| 1804 HIGHLAND PARK RD. | Claim Date: 02/02/2009 |
| DENTON, TX 76205 | Debtor: NORTEL NETWORKS INC. |
| | Comments: WITHDRAWN |

| PRIORITY | Claimed: | $13,591.05 |
| UNSECURED | Claimed: | $25,306.38 |

---

| WARD, ANDREW D. | Claim Number: 401 |
| 1804 HIGHLAND PARK RD. | Claim Date: 02/24/2009 |
| DENTON, TX 76205 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $13,591.05 |
| UNSECURED | Claimed: | $19,748.72 |

---

| WARD, DENNIS | Claim Number: 1150 |
| 4604 SPRING CREST COURT | Claim Date: 05/11/2009 |
| FUQUAY VARINA, NC 27526 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $61,034.83 |

---

| WARD, WENDY | Claim Number: 7698 |
| 555 STALLION DR. | Claim Date: 04/11/2011 |
| LUCAS, TX 75002 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $12,086.48 |

---

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

WARING, JAMES
41 SHALLOW STREAM ROAD
CARMEL, NY 10512

Claim Number: 6183
Claim Date: 12/04/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,194.22 | | |

WARING, JAMES R
41 SHALLOW STREAM ROAD
CARMEL, NY 10512

Claim Number: 6182
Claim Date: 12/04/2009
Debtor: NORTEL NETWORKS INC.

| | | | Scheduled: | $7,551.41 |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $7,551.41 |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $6,031.65 |

WARNER, DAVID L.
209 HARDWOOD RIDGE CT.
CLAYTON, NC 27520

Claim Number: 328
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,763.08 | | |

WARNER, DAVID L.
209 HARDWOOD RIDGE CT.
CLAYTON, NC 27520

Claim Number: 329
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.

| | | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $7,194.32 |
| UNSECURED | Claimed: | $17,217.60 | Scheduled: | $21,276.45 |

WARNICK, JON P.
0028 INDIAN PAINTBRUSH  ASPENGLEN
CARBONDALE, CO 81623

Claim Number: 2281
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $167,907.73   UNLIQ | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

WARNICK, JON P.
28 INDIAN PAINBRUSH
CARBONDALE, CO 81623

Claim Number: 2282
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

ADMINISTRATIVE          Claimed:          $167,907.73

---

WASHINGTON RESOURCE ASSOCIATES, INC.
8201 GREENSBORO DR STE 708
MCLEAN, VA 22102-3818

Claim Number: 1720
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

---

ADMINISTRATIVE          Claimed:          $25,310.50

---

WASHINGTON RESOURCES
8201 GREENSBORO DR STE 708
MCLEAN, VA 22102-3818

Claim Number: 1721
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED          Claimed:          $25,000.00          Scheduled:          $25,000.00

---

WATSON, DALE L.
342 WOODLAND PATH
DALLAS, GA 30132

Claim Number: 4586
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

ADMINISTRATIVE          Claimed:          $9,675.89

---

WATSON, JOHN P. JR
4638 COLONIAL AVENUE
JACKSONVILLE, FL 32210

Claim Number: 3288
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

ADMINISTRATIVE          Claimed:          $23,000.00

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

WATSON, RICHARD
2504 BROWN DR
FLOWER MOUND, TX 75022

Claim Number: 5415
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $22,981.77 |
| TOTAL | Claimed: | $33,931.77 |

WATSON, RICHARD
2504 BROWN DR
FLOWER MOUND, TX 75022

Claim Number: 5416
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $23,409.65 UNLIQ |

WATSON, RICHARD
2504 BROWN DR
FLOWER MOUND, TX 75022

Claim Number: 5417
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $33,931.77 |

WATSON, ROBERT
2900 TRAMWAY ROAD
SANFORD, NC 27332

Claim Number: 4400
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $57,204.82 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

WEATHERLY, JEWELL HILL
215 MELROSE DRIVE
PINEHURST, NC 28374

Claim Number: 5850
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $187,289.60 |
|---|---|---|

WEAVER, PHILIP
3128 CARROLL CR
PLANO, TX 75023

Claim Number: 3581
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $24,503.12 |
|---|---|---|

WEAVER, PHILIP A
3128 CARROLL CR
PLANO, TX 75023

Claim Number: 3596
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $56,988.50 |
|---|---|---|

WEBSTER, DONNA
716 DUTCH HILL RD
OAKDALE, PA 15071

Claim Number: 2194
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

WEHN, TIM
2116 COBBLESTONE ST
SPRINGDALE, AR 72762-5896

Claim Number: 4731
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $77,560.41 | Scheduled: | $77,560.41 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

WEIDNER, WILLIAM
C/O JEFFREY B. ROSE
TISHLER & WALD, LTD.
200 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

Claim Number: 5531
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $395.00 |
|---|---|---|

---

WEIGLER, SEAN
1301 CHICKASAW DRIVE
RICHARDSON, TX 75080

Claim Number: 6786
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $7,846.14 |
|---|---|---|

---

WEIL, NELSON
16651 CLEARY CIRCLE
DALLAS, TX 75248

Claim Number: 773
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $70,420.00 |
|---|---|---|

---

WEINER, KEITH
C/O JEFFREY B. ROSE
TISHLER & WALD, LTD.
200 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

Claim Number: 5523
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $3,867,935.00 |
|---|---|---|

---

WEISS, HOWARD ERIC
828 POTOMAC RD
ATLANTA, GA 303386974

Claim Number: 2367
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $1,715.97 | Scheduled: | $1,715.97 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,448.35 | Scheduled: | $27,448.35 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | |
|---|---|---|
| WEISS, MR. HOWARD ERIC<br>828 POTOMAC RD<br>ATLANTA, GA 303386974 | | Claim Number: 118<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |

| PRIORITY | Claimed: | $6,993.94 |
|---|---|---|
| UNSECURED | Claimed: | $24,626.40 |

---

| | | |
|---|---|---|
| WELCH, WARD<br>707 NORTH COLUMBIA STREET<br>CHAPEL HILL, NC 27516 | | Claim Number: 100<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $19,647.10 |
|---|---|---|

---

| | | |
|---|---|---|
| WELDON, MARK<br>833 RUNNYMEDE RD<br>RALEIGH, NC 27607-3105 | | Claim Number: 3155<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $97,434.00 |
|---|---|---|

---

| | | |
|---|---|---|
| WELLER, BURTON<br>2264 REMINGTON CT NE<br>MARIETTA, GA 30066-2151 | | Claim Number: 876<br>Claim Date: 04/07/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $60,820.00 |
|---|---|---|

---

| | | |
|---|---|---|
| WELLS FARGO BANK AS SUCCESSOR BY MERGER<br>ALSTON & BIRD LLP<br>C/O JASON H. WATSON<br>1201 WEST PEACHTREE STREET<br>ATLANTA, GA 30309-3424 | | Claim Number: 7179<br>Claim Date: 03/31/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim no. 5652 |

| UNSECURED | Claimed: | $0.00   UNLIQ DISP |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | |
|---|---|---|
| WELLS, ERICA<br>3107 KINGSBROOK DR.<br>WYLIE, TX 75098 | | Claim Number: 6282<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $30,325.13 |
|---|---|---|

---

| | | |
|---|---|---|
| WELLS, ERICA L<br>3107 KINGSBROOK DR<br>WYLIE, TX 75098 | | Claim Number: 6283<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $30,325.13 |
|---|---|---|

---

| | | |
|---|---|---|
| WELSH, KELLY<br>32 VICTORIA RD<br>NORTH BABYLON, NY 11703 | | Claim Number: 6278<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $26,296.94   UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| WELSH, SUSAN C.<br>13501 MARR LODGE LN<br>BRISTOW, VA 20136 | | Claim Number: 6770<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $15,521.63   UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6247<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,407,676.58 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| WENHAM, TERENCE<br>136 CARDINAL DRIVE<br>ROSWELL, GA 30075 | | Claim Number: 3323<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $73,000.00 |
| WENZEL, DANIEL<br>1890 AZTEC CIRCLE<br>CORONA, CA 92879 | | Claim Number: 2924<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $53,078.74 |
| WERKOFF, DIDIER<br>81 ELLSWORTH ST<br>SAN FRANCISCO, CA 941105638 | | Claim Number: 1536<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $84,487.13 |
| WESBELL ASSET RECOVERY CENTER<br>WESBELL GROUP OF COMPANIES INC<br>2365 MATHESON BLVD EAST<br>MISSISSAUGA, ON L4W 5C2<br>CANADA | | Claim Number: 5535<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4779 (01/31/2011) |
| UNSECURED | Claimed: | $441,841.30 |
| WESBELL ASSET RECOVERY CENTER<br>WESBELL GROUP OF COMPANIES INC.<br>50 DEVON ROAD<br>BRAMPTON, ON L6T 5B5<br>CANADA | | Claim Number: 5536<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE | Claimed: | $441,841.30 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| WEST COLONY OFFICE ASSOCIATES, LP<br>330 GARFIELD ST<br>SANTA FE, NM 87501 | Claim Number: 1371<br>Claim Date: 06/16/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

---

UNSECURED          Claimed:                    $31,230.03

| WEST VIRGINIA STATE TREASURER'S OFFICE<br>UNCLAIMED PROPERTY DIVISION<br>ONE PLAYERS CLUB DRIVE<br>CHARLESTON, WV 25311-1639 | Claim Number: 538<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

---

UNSECURED          Claimed:                    $150.00

| WEST, KARIN<br>3121 PARKSIDE DRIVE<br>PLANO, TX 75075 | Claim Number: 3898<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

---

UNSECURED          Claimed:                    $63,530.88

| WEST, KARIN AILEEN<br>3121 PARKSIDE DRIVE<br>PLANO, TX 75075 | Claim Number: 3899<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| --- | --- |

---

ADMINISTRATIVE     Claimed:                    $63,530.88

| WEST, KENNETH LEON<br>9025 MEADOWKNOLL DR<br>DALLAS, TX 75243 | Claim Number: 1538<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

---

UNSECURED          Claimed:                    $36,000.00

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| WESTMAN, MARK A.<br>312 STROMER DRIVE<br>CARY, NC 27513 | | Claim Number: 7540<br>Claim Date: 12/28/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00   UNDET | | | |
| UNSECURED | Claimed: | $44,050.00   UNDET | | | |
| WEYL, JOHN<br>42 WEST BUFFALO ST.<br>CHURCHVILLE, NY 14428 | | Claim Number: 394<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $75,000.00 | | | |
| WHITE, CARRIE S.<br>6301 WIDGEON DRIVE<br>PLANO, TX 75024 | | Claim Number: 7522<br>Claim Date: 12/20/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00   UNLIQ | | | |
| UNSECURED | Claimed: | $25,602.00   UNLIQ | | | |
| WHITE, ELISA D.<br>4122 TRAVIS ST. # 19<br>DALLAS, TX 75204 | | Claim Number: 681<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | | |
| UNSECURED | Claimed: | $13,100.80 | | | |
| WHITE, IAIN ROBERT<br>8530 MCKEE ROAD<br>ROUGEMONT, NC 27572 | | Claim Number: 273<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $33,494.73 | Scheduled: | $6,430.67 | |
| UNSECURED | | | Scheduled: | $25,154.13 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

WHITE, JOHN STERLING
36 ENGLISH TURN DR.
NEW ORLEANS, LA 70131

Claim Number: 1125
Claim Date: 05/07/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $255,130.00 | | |
|---|---|---|---|---|

WHITE, NANCY J
127 WHITE FARM RD
LAFAYETTE, TN 37083-3131

Claim Number: 4237
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $471,609.35 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

WHITEHURST, ANN
107 PARKLANE DRIVE
MORRISVILLE, NC 27560

Claim Number: 7634
Claim Date: 03/10/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $7,963.07 | | |
|---|---|---|---|---|

WHITEHURST, JAY
1512  CONSETT COURT
RALEIGH, NC 27613

Claim Number: 3310
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $240,421.95 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

WHITEHURST, MICHAEL
801 SILVER POINT RD
CHAPIN, SC 29036

Claim Number: 2804
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $6,255.17 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| WHITEHURST, MICHAEL<br>801 SILVERPOINT ROAD<br>CHAPIN, SC 29036 | Claim Number: 2805<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $6,255.17 | Scheduled: | $6,255.17 UNLIQ |
|---|---|---|---|---|

| WHITEHURST, MICHAEL<br>801 SILVERPOINT ROAD<br>CHAPIN, SC 29036 | Claim Number: 2806<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$59,460.80 | Scheduled: | $64,532.96 UNLIQ |
|---|---|---|---|---|

| WHITEHURST, MICHAEL<br>801 SILVERPOINT ROAD<br>CHAPIN, SC 29036 | Claim Number: 2807<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $70,410.80  UNLIQ |
|---|---|---|

| WHITFIELD, JAMES THOMAS, JR.<br>PO BOX 175<br>TIMBERLAKE, NC 27583 | Claim Number: 7582<br>Claim Date: 01/28/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $85,889.06 |
|---|---|---|

| WHITFIELD, JAMES THOMAS, JR.<br>PO BOX 175<br>TIMBERLAKE, NC 27583 | Claim Number: 7586<br>Claim Date: 01/31/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $11,439.68 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| WHITFIELD, VIVIAN<br>901 TOWN CENTRE BLVD. STE.235<br>CLAYTON, NC 27520 | | Claim Number: 3678<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | | |
| PRIORITY | Claimed: | $6,736.47 | | | |
| UNSECURED | Claimed: | $12,599.65 | | | |
| WHITFIELD, VIVIAN<br>901 TOWN CENTRE BLVD.<br>STE 235<br>CLAYTON, NC 27520 | | Claim Number: 3679<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | | |
| PRIORITY | Claimed: | $6,736.47 | Scheduled: | $6,736.47 | |
| UNSECURED | Claimed: | $12,599.65 | Scheduled: | $12,599.65 | |
| WHITFIELD, VIVIAN<br>901 TOWN CENTRE BLVD.<br>STE. 235<br>CLAYTON, NC 27520 | | Claim Number: 3680<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $6,736.47 | | | |
| UNSECURED | Claimed: | $12,599.65 | | | |
| WHITFILL, MARK<br>3822 RAINTREE DRIVER<br>FLOWER MOUND, TX 75022 | | Claim Number: 3823<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $101,670.88 | Scheduled: | $0.00 UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| WHITFILL, MARK E<br>3822 RAINTREE DR<br>FLOWER MOUND, TX 75022 | Claim Number: 3825<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | | |

---

| UNSECURED | Claimed: | $101,670.88 | Scheduled: | $0.00 UNLIQ |

---

| WHITLOCK<br>WHITLOCK GROUP, THE<br>3900 GASKINS ROAD<br>RICHMOND, VA 23233 | Claim Number: 2515<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5623 (06/07/2011) | | | |

---

| UNSECURED | Claimed: | $11,377.82 | | |

---

| WHITTED BRASWELL, TASHA<br>2810 THOREAU DR<br>DURHAM, NC 27703 | Claim Number: 7474<br>Claim Date: 10/22/2010<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| UNSECURED | Claimed: | $18,415.10 | | |

---

| WHITTON, MARK<br>19206 MILL SITE PL.<br>LEESBURG, VA 20176 | Claim Number: 216<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

---

| UNSECURED | Claimed: | $86,800.15 | | |

---

| WHITTON, MARK<br>19206 MILL SITE PLACE<br>LEESBURG, VA 20176 | Claim Number: 2812<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | | |

---

| UNSECURED | Claimed: | $86,800.15 | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| WHITTON, MARK | Claim Number: 2813 |
| 19206 MILLE SITE PL. | Claim Date: 09/10/2009 |
| LEESBURG, VA 20176 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $86,800.15 |

---

| WI-FI ALLIANCE | Claim Number: 2465 |
| 10900 STONELAKE BLVD STE B-126 | Claim Date: 08/31/2009 |
| AUSTIN, TX 78759-5828 | Debtor: NORTEL NETWORKS INC. |
| | Comments: DOCKET: 4758 (01/25/2011) |

| UNSECURED | Claimed: | $575.34 |

---

| WILCOX, REGINALD | Claim Number: 4284 |
| 22 EWING COURT | Claim Date: 09/28/2009 |
| LUCAS, TX 75002 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $82,152.39 | Scheduled: | $82,152.39 UNLIQ |

---

| WILDER, ROBERT A. | Claim Number: 2860 |
| 955 RIVER OVERLOOK CT. | Claim Date: 09/11/2009 |
| ATLANTA, GA 30328 | Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $146,617.00 |

---

| WILKINS, REGINALD L. | Claim Number: 7589 |
| 317 CLARENDON CRESCENT | Claim Date: 02/04/2011 |
| RALEIGH, NC 27610 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $17,100.00   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| WILLARD T. ANDERSON PROPERTIES<br>C/O JOHN D. RODGERS, ESQ.<br>DEILY MOONEY & GLASTETER, LLP<br>8 THURLOW TERRACE<br>ALBANY, NY 12203 | | Claim Number: 3389<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| SECURED | Claimed: | $53,350.00 | | | |
| UNSECURED | Claimed: | $33,327.56 | | | |

---

| WILLIAMS AARON D.<br>14533 GRANT ST<br>OVERLAND PARK, KS 66221 | | Claim Number: 1143<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $46,151.00 | | | |

---

| WILLIAMS, BRENT N<br>11805 PEMBRIDGE LN<br>RALEIGH, NC 27613 | | Claim Number: 5812<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | | |

| PRIORITY | Claimed: | $4,655.86 | Scheduled: | $4,655.86 |
| SECURED | Claimed: | $4,655.86 | | |
| UNSECURED | Claimed: | $5,395.40 | Scheduled: | $5,395.40 |
| TOTAL | Claimed: | $10,051.26 | | |

---

| WILLIAMS, BRENT N<br>11805 PEMBRIDGE LN<br>RALEIGH, NC 27613 | | Claim Number: 5816<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| WILLIAMS, MARGARET<br>4358 RIVERVIEW AVENUE<br>WEST LINN, OR 97068 | Claim Number: 3286<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

| PRIORITY | Claimed: | $49,280.00 |
| --- | --- | --- |

| WILLIAMS, MARGARET L<br>4358 RIVERVIEW AVENUE<br>WEST LINN, OR 97068 | Claim Number: 3287<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| --- | --- |

| ADMINISTRATIVE | Claimed: | $49,280.00 |
| --- | --- | --- |

| WILLIAMS, PATRICK H<br>1040 BRANCH ROAD<br>CANTON, GA 30115 | Claim Number: 4604<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

| UNSECURED | Claimed: | $98,804.51 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

| WILLIAMS, PAUL JR.<br>5509 PINE DR<br>RALEIGH, NC 27606 | Claim Number: 7082<br>Claim Date: 02/08/2010<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

| PRIORITY | Claimed: | $4,974.81 |
| --- | --- | --- |
| UNSECURED | Claimed: | $52,581.42 |

| WILLIAMS, SHARON<br>6632 JOHNSON MILL RD.<br>DURHAM, NC 27712 | Claim Number: 1982<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| WILLIAMS, TRACY A.<br>3220 W INA RD APT 12207<br>TUCSON, AZ 857412168 | | Claim Number: 150<br>Claim Date: 02/12/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | | | Scheduled: | $5,728.76 |
| UNSECURED | Claimed: | $15,969.20 | Scheduled: | $9,257.76 |
| WILLIAMS, WILLIAM G.<br>5110 HIGHCROFT DRIVE<br>CARY, NC 27519 | | Claim Number: 7057<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $70,720.00 | | |
| WILLIAMSON, PAMELA J.<br>908 NEEDHAM DR.<br>SMYRNA, TN 37167 | | Claim Number: 7483<br>Claim Date: 11/05/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,212.67   UNLIQ | | |
| WILLIFORD, CURTIS<br>1013 VINSON CT<br>CLAYTON, NC 27520 | | Claim Number: 4757<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $35,485.20 | | |
| WILMER CUTLER PICKERING HALE AND DORR<br>LLP<br>WILMERHALE LLP C/O CRAIG GOLDBLATT<br>1875 PENNSYLVANIA AVENUE NW<br>WASHINGTON, DC 20006 | | Claim Number: 3828<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| UNSECURED | Claimed: | $16,827.97 | Allowed: | $16,827.97 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| WILSON, BOBBY<br>BOBBY WILSON ELECTRIC CO INC.<br>2 HIGHCROSS COURT<br>RALEIGH, NC 27613 | Claim Number: 6320<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $1,479.00 | Allowed: | $1,479.00 |
|---|---|---|---|---|

| WILSON, CHRISTOPHER<br>9428 MACON ROAD<br>RALEIGH, NC 27613 | Claim Number: 4303<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $81,488.93 |
|---|---|---|

| WILSON, JASON L.<br>165 DONEGAL DRIVE<br>TYRONE, GA 30290 | Claim Number: 7457<br>Claim Date: 10/08/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $2,434.62   UNLIQ |

| WILSON, JOHN B.<br>14538 WOOD ROAD<br>ALPHARETTA, GA 30004 | Claim Number: 6640<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $131,069.81 |
|---|---|---|

| WILSON, JOHN B., VICE PRESIDENT<br>14538 WOOD ROAD<br>ALPHARETTA, GA 30004 | Claim Number: 4570<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $131,069.81 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | |
|---|---|---|---|---|
| WILTEL COMMUNICATIONS LLC<br>LEVEL 3 COMMUNICATIONS, LLC<br>ATTN: KIM BARLETT<br>1025 ELDORADO BLVD<br>BROOMFIELD, CO 80021 | | Claim Number: 1654<br>Claim Date: 08/07/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $5,194.30 | | |
| WIMAX COM BROADBAND SOLUTIONS INC<br>3925 WEST BRAKER LANE<br>AUSTIN, TX 78759 | | Claim Number: 2779<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $6,000.00 | Scheduled: | $6,000.00 |
| WIND RIVER SYSTEMS, INC.<br>ATTN: ACCOUNTS RECEIVABLE<br>500 WIND RIVER WAY<br>ALAMEDA, CA 94501 | | Claim Number: 3941<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $381,339.74 | | |
| WINGO, GARY L.<br>9340 STONEY RIDGE LANE<br>ALPHARETTA, GA 30022 | | Claim Number: 559<br>Claim Date: 03/12/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $304,665.90 | | |
| WINJE, NORA<br>678 COOLEDGE AVE<br>ATLANTA, GA 30306 | | Claim Number: 2981<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $320,558.60 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

WINJE, NORA
678 COOLEDGE AVE
ATLANTA, GA 30306

Claim Number: 2984
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $107,981.09 | Scheduled: | $108,038.64 UNLIQ |
|---|---|---|---|---|

WIPRO LIMITED
ATTN: NAVNEET HRISHIKESAN, ESQ
75 FEDERAL STREET 14TH FLOOR
BOSTON, MA 02110

Claim Number: 5333
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $3,089,788.00 |
|---|---|---|

WIRELESS (TX) LP
C/O W.P. CAREY & CO., LLC
ATTN: DARREN POSTEL
50 ROCKEFELLER PLAZA
NEW YORK, NY 10020

Claim Number: 785
Claim Date: 03/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5624 (06/07/2011)

---

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,923,764.91 UNLIQ | Allowed: | $3,737,392.31 |

WIRELESS INTEGRATED NETWORKS INC.
NINOS HEROES 134 PTE. COL. CENTRO
HERMOSILLO
SONORA MEXICO, CP 83000
MEXICO

Claim Number: 1679
Claim Date: 08/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

---

| UNSECURED | Claimed: | $103,706.00 |
|---|---|---|

WIREWERKS
WIREWERKS INC
10280 CHEMIN DE LA COTE-DE-LIESSE
LACHINE, H8T 1A3
CANADA

Claim Number: 1792
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

---

| UNSECURED | Claimed: | $35,428.20 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

WIREWERKS INC
10280 CH DE LA COTE-DE-LIESSE
LACHINE, QC H8T 1A3
CANADA

Claim Number: 1793
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

---

| ADMINISTRATIVE | Claimed: | $33,949.49 | | |

WIREWERKS INC
10280 CHEMIN DE LA COTE-DE-LIESSE
LACHINE, QC H8T 1A3
CANADA

Claim Number: 1794
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments:
42,426.25 CAD

---

| UNSECURED | Claimed: | $33,949.49 | Scheduled: | $3,508.20 |

WIREWERKS INC.
10280 CHEMIN DE LA COTE-DE-LIESSE
LACHINE, QC H8T 1A3
CANADA

Claim Number: 1789
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

---

| ADMINISTRATIVE | Claimed: | $327.10 | | |

WIREWERKS INC.
10280 CHEMIN DE LA COTE-DE-LIESSE
LACHINE, QC H8T 1A3
CANADA

Claim Number: 1791
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

---

| ADMINISTRATIVE | Claimed: | $35,428.20 | | |

WISLOCKI, BOGDAN
115 HAYWARD ST
YONKERS, NY 10704-1854

Claim Number: 5352
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $333,153.61 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | |
|---|---|---|
| WISTRON CORPORATION<br>21F, NO 88, SECTION 1, HSIN-TAI-WU ROAD,<br>HSI-CHIH<br>TAIPEI HSIEN, 221<br>TAIWAN, R.O.C. | Claim Number: 4155<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE          Claimed: | $106,765.44 | |
| WISTRON CORPORATION<br>21F, NO 88, SECTION 1, HSIN-TAI-WU ROAD,<br>HSI-CHIH<br>TAIPEI HSIEN, 221<br>TAIWAN, R.O.C. | Claim Number: 4156<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $805,995.24 | |
| WISTRON CORPORATION<br>21F, 88, SEC. 1, HSIN TAI WU RD.,<br>HSICHIH, TAIPEI<br>LEGAL OFFICE<br>HSIEN, 221<br>TAIWAN, R.O.C. | Claim Number: 5637<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE          Claimed: | $93,696.00 | |
| WISTRON INFOCOMM TECHNOLOGY AMERICA<br>CORP<br>P.O. BOX 370307<br>EL PASO, TX 79937 | Claim Number: 4153<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
| UNSECURED          Claimed: | $2,250,232.04 | |
| WISTRON INFOCOMM TECHNOLOGY CORP<br>21F, 88, SEC. 1, HSIN TAI WU RD<br>HSICHIH<br>TAIPEI HSIEN, 221<br>TAIWAN R.O.C. | Claim Number: 4154<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE          Claimed: | $2,578,899.38 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

WITEC, LLC
TRANSFEROR: CORPORATE BUSINESS GROUP INC
1221 BRICKELL AVENUE
9TH FLOOR
MIAMI, FL 33131

Claim Number: 771
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $28,400.00 | Scheduled: | $28,400.00 |

---

WITHROW & TERRANOVA, P.L.L.C.
100 REGENCY FOREST DRIVE, STE 160
CARY, NC 27518

Claim Number: 1249
Claim Date: 05/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $467,078.44 | Allowed: | $126,388.67 |

---

WITLOCK GROUP, THE
12820 WEST CREEK PKWY STE M
HENRICO, VA 23238-1111

Claim Number: 2475
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,377.82 | | |
| UNSECURED | | | Scheduled: | $11,377.82 |

---

WJF TELECOM LLC
9410 DESOTO AVE # E
CHATSWORTH, CA 91311

Claim Number: 23-01
Claim Date: 01/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,170.00 | Scheduled: | $14,390.00 |

---

WJF TELECOM LLC
9410 DESOTO AVE # E
CHATSWORTH, CA 91311

Claim Number: 23-02
Claim Date: 01/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,730.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | | | |
|---|---|---|---|---|---|
| WOHLFORD, ROBERT<br>30 ALEXANDER PLACE<br>PITTSBURGH, PA 15243 | | Claim Number: 4343<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $30,925.82 | | | |
| UNSECURED | Claimed: | $30,925.83 | Scheduled: | $52,371.96 UNLIQ | |
| WOHLFORD, ROBERT<br>30 ALEXANDER PLACE<br>PITTSBURGH, PA 15243 | | Claim Number: 4383<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | | |
| WOHLFORD, ROBERT<br>30 ALEXANDER PLACE<br>PITTSBURGH, PA 15243 | | Claim Number: 4384<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $61,851.65 | | | |
| WOHLFORD, ROBERT E.<br>30 ALEXANDER PLACE<br>PITTSBURGH, PA 15243 | | Claim Number: 4342<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $60,299.23 | | | |
| UNSECURED | Claimed: | $60,299.23 | Scheduled: | $0.00 UNLIQ | |
| WOINSKY, MELVIN N<br>300 OCEAN AVE N APT 4B<br>LONG BRANCH, NJ 07740 | | Claim Number: 4004<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| WOLF, JAMES<br>7709 CHERRY CREEK DR<br>PLANO, TX 75025 | Claim Number: 4414<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $40,770.32 | |
| WOLFE, CORTLAND<br>1186 S CLAYTON ST<br>DENVER, CO 80210-2013 | Claim Number: 178<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $133,334.00 | |
| WOLFE, RICHARD N.<br>5917 RUSTIC WOOD LN<br>DURHAM, NC 27717 | Claim Number: 6994<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE          Claimed: | $41,682.68 | |
| WONG, CHO L<br>FLAT A1, 3/F SUMMIT COURT<br>144 TIN HAU TEMPLE ROAD<br>NORTH POINT,<br>CHINA | Claim Number: 4235<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $36,531.77          Scheduled: | $0.00 UNLIQ |
| WONG, CHO LUN<br>FLAT A1 3/F SUMMIT COURT<br>144 TIN HAU TEMPLE ROAD<br>NORTH POINT,<br>HONG KONG | Claim Number: 1455<br>Claim Date: 07/01/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $114,152.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | |
|---|---|
| WONG, CHO LUN<br>FLAT A1 3/F SUMMIT COURT<br>144 TIN HAU TEMPLE ROAD<br>NORTH POINT,<br>HONG KONG | Claim Number: 4150<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |

ADMINISTRATIVE          Claimed:              $114,152.00

---

| | |
|---|---|
| WONG, CHO LUN<br>FLAT A1 3/F SUMMIT COURT<br>144 TIN HAU TEMPLE ROAD<br>NORTH POINT,<br>HONG KONG | Claim Number: 4151<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |

UNSECURED          Claimed:              $0.00   UNDET

---

| | |
|---|---|
| WONG, CHO LUN<br>FLAT A1, 3/F SUMMIT COURT<br>144 TIN HAU TEMPLE ROAD<br>NORTH POINT,<br>HONG KONG | Claim Number: 4234<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |

ADMINISTRATIVE          Claimed:              $0.00   UNDET

---

| | |
|---|---|
| WONG, SHARON<br>4400 CUTTER SPRINGS COURT<br>PLANO, TX 75024 | Claim Number: 909<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. |

UNSECURED          Claimed:              $26,602.42

---

| | |
|---|---|
| WONG, TRACY<br>3700 BARON COOPER PASS UNIT 101<br>RALEIGH, NC 27612-4195 | Claim Number: 279<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. |

UNSECURED          Claimed:              $11,560.11

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

WONG, TRACY
4600 HENLEY PARK COURT
RALEIGH, NC 27612

Claim Number: 2201
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $11,487.35 |
| --- | --- | --- |

WONG, TRACY
4600 HENLEY PARK COURT
RALEIGH, NC 27612

Claim Number: 2287
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | Scheduled: | $7,096.63 |
| --- | --- | --- | --- | --- |
| PRIORITY | | | | |
| UNSECURED | Claimed: | $11,487.35 | Scheduled: | $4,390.72 |

WONG, WING
3016 BONSAI DR.
PLANO, TX 75093

Claim Number: 1895
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $14,006.64 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $13,650.85  UNLIQ |

WONG, WING VICTOR
3016 BONSAI DR
PLANO, TX 75093

Claim Number: 1896
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $14,006.64 |
| --- | --- | --- |

WONG, YOUNG
36 SEAONS LANE
LONDONDERRY, NH 03053

Claim Number: 1361
Claim Date: 06/15/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $31,018.00 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| | | |
|---|---|---|
| WOOD, JEFFREY T.<br>248 STAR MAGNOLIA DR.<br>MORRISVILLE, NC 27560 | | Claim Number: 7789<br>Claim Date: 06/06/2011<br>Debtor: NORTEL NETWORKS INC. |

UNSECURED          Claimed:          $26,352.68

---

| | | |
|---|---|---|
| WOOD, PATRICK<br>8500 KEMPTON ROAD<br>RALEIGH, NC 27615 | | Claim Number: 7217<br>Claim Date: 04/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7369 |

UNSECURED          Claimed:          $74,938.05

---

| | | |
|---|---|---|
| WOOD, PATRICK<br>8500 KEMPTON ROAD<br>RALEIGH, NC 27615 | | Claim Number: 7369<br>Claim Date: 08/02/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7217 |

UNSECURED          Claimed:          $54,279.80

---

| | | |
|---|---|---|
| WOOD, PIERCE G<br>255 ELLIOT CIRCLE<br>WATKINSVILLE, GA 30677 | | Claim Number: 2611<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |

ADMINISTRATIVE          Claimed:          $254,384.48

---

| | | |
|---|---|---|
| WOOD, PIERCE G<br>255 ELLIOT CIRCLE<br>WATKINSVILLE, GA 30677 | | Claim Number: 2612<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |

UNSECURED          Claimed:          $254,384.48

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| WOOD, PIERCE G | Claim Number: 3387 |
| 255 ELLIOT CIRCLE | Claim Date: 09/21/2009 |
| WATKINSVILLE, GA 30677 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $254,384.48 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| WOOD, ROBERT G. | Claim Number: 6230 |
| 9 HORACE COURT | Claim Date: 12/14/2009 |
| NEPEAN, ON K2J 3C6 | Debtor: NORTEL NETWORKS INC. |
| CANADA | |

| UNSECURED | Claimed: | $112,052.11 |
|---|---|---|

| WOODFIELD HOLDINGS PT LLC | Claim Number: 6983 |
| C/O JENNER & BLOCK LLP | Claim Date: 01/26/2010 |
| MICHAEL S. TERRIEN & MICHELLE M. MCATEE | Debtor: NORTEL NETWORKS INC. |
| 353 N. CLARK STREET | |
| CHICAGO, IL 60654-3456 | |

| UNSECURED | Claimed: | $537,823.01 |
|---|---|---|

| WOODLIEF, DARLENE C. | Claim Number: 7515 |
| 9100 WOODLIEF RD | Claim Date: 12/16/2010 |
| WAKE FOREST, NC 27587 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $20,281.00 UNLIQ |

| WOODS, JOHN L | Claim Number: 4078 |
| 600 CANTEGRAL STREET | Claim Date: 09/28/2009 |
| DALLAS, TX 75204 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $15,127.85 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| WOODS, WILLIAM<br>30903 CATARINA DRIVE<br>WESTLAKE VILLAGE, CA 91362 | Claim Number: 2160<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | | |

| PRIORITY | Claimed: | $8,257.44 | | |
| UNSECURED | Claimed: | $8,257.44 | Scheduled: | $8,257.44 UNLIQ |
| TOTAL | Claimed: | $8,257.44 | | |

---

| WOODS, WILLIAM P<br>30903 CATARINA DRIVE<br>WESTLAKE VILLAGE, CA 91362 | Claim Number: 2161<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| WOOTEN, JODI<br>904 CHESTNUT CT<br>MURPHY, TX 75094 | Claim Number: 7191<br>Claim Date: 04/05/2010<br>Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $25,846.10 |

---

| WORDEN MASTER FUND LP<br>TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR<br>C/O FORTRESS INVESTMENT<br>1345 AVENUE OF THE AMERICAS, 46TH FLOOR<br>NEW YORK, NY 10105 | Claim Number: 4547<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $1,089.86 |

---

| WORDEN MASTER FUND LP<br>TRANSFEROR: WISTRON CORPORATION<br>C/O FORTRESS INVESTMENT<br>1345 AVENUE OF THE AMERICAS, 46TH FLOOR<br>NEW YORK, NY 10105 | Claim Number: 5633<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $39,621.59 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

WORDEN MASTER FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 5636
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $112,511.60 |
|---|---|---|

WORDEN MASTER FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 5638
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $128,944.96 |
|---|---|---|

WORSLEY, PETER J
PO BOX 1495 509 SIMCOE ST
NIAGARA ON THE LAKE, ON L0S1J-0
CANADA

Claim Number: 5611
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $620,428.59 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

WORTHY,THOMAS  R.
1740 SW MONARCH CLUB DRIVE
PALM CITY, FL 34990

Claim Number: 3725
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $523,317.33 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

WRIGHT, RANDY
2409 ELLIS CT
PLANO, TX 75075

Claim Number: 4592
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $73,702.34 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| WRITING MACHINE<br>19 CITY BUSINESS CENTRE, HYDE STREET<br>WINCHESTER, SO23 7TA<br>UNITED KINGDOM | Claim Number: 2856<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim is for 5726.51 CAD. |
|---|---|

| UNSECURED | Claimed: | $5,726.51 |
|---|---|---|

---

| WYRICK, WENDY<br>3505 BRENDEN COURT<br>WYLIE, TX 75098 | Claim Number: 3715<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $36,646.00 |
|---|---|---|

---

| XETA TECHNOLOGIES, INC.<br>814 WEST TACOMA STREET<br>BROKEN ARROW, OK 74012-1406 | Claim Number: 4645<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7222 |
|---|---|

| UNSECURED | Claimed: | $687,574.89 |
|---|---|---|

---

| XETA TECHNOLOGIES, INC.<br>814 W. TACOMA<br>BROKEN ARROW, OK 74012 | Claim Number: 7222<br>Claim Date: 04/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends Claim 7222 |
|---|---|

| UNSECURED | Claimed: | $716,939.74 |
|---|---|---|

---

| XIANG, JING<br>100 CANTERBURY HILL RD<br>ACTON, MA 01720 | Claim Number: 5592<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $37,359.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | |
|---|---|---|---|
| XIN, GENG<br>3617 MASON DR.<br>PLANO, TX 75025 | | Claim Number: 136<br>Claim Date: 02/12/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | | Scheduled: | $5,024.70 |
|---|---|---|---|
| PRIORITY | | | |
| UNSECURED | Claimed: | $5,024.67 | |

| | | |
|---|---|---|
| XIN, GENG<br>3617 MASON DRIVE<br>PLANO, TX 75025 | | Claim Number: 3842<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLE DUPLICATE OF 136 |

| UNSECURED | Claimed: | $5,024.67 |
|---|---|---|

| | | |
|---|---|---|
| XIONG, RUI<br>4316 BELVEDERE DR<br>PLANO, TX 75093 | | Claim Number: 3471<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $24,565.00 |
|---|---|---|

| | | |
|---|---|---|
| XO COMMUNICATIONS, INC.<br>ATTN: BRAD LEE<br>105 MOLLOY STREET, SUITE 300<br>NASHVILLE, TN 37201 | | Claim Number: 115<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |

| UNSECURED | Claimed: | $102,726.92 |
|---|---|---|

| | | |
|---|---|---|
| XO COMMUNICATIONS, INC.<br>ATTN: BRAD LEE<br>105 MOLLOY STREET, SUITE 300<br>NASHVILLE, TN 37201 | | Claim Number: 426<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5089 (03/09/2011) |

| UNSECURED | Claimed: | $102,089.99 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

XU, LI
23 KENMAR DR APT 27
BILLERICA, MA 01821

Claim Number: 4310
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $20,186.40 |
|---|---|---|

XU, SUSAN
14818 FARMCOTE DR.
FRISCO, TX 75035

Claim Number: 2038
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $14,414.77 |
|---|---|---|

XU, YUE
1415 BERKLEY RD.
ALLEN, TX 75002

Claim Number: 310
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $2,363.12 |
|---|---|---|
| UNSECURED | Claimed: | $22,023.63 |

YANG, STEVE
9 N. LONDON DR.
NASHUA, NH 03062

Claim Number: 6784
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $15,680.00 |
|---|---|---|

YANG, WENDY
3961 KERN CT
PLEASANTON, CA 945884427

Claim Number: 57
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $32,715.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

YANG, YOW-HSIUNG
1504 WINDING HOLLOW LANE
PLANO, TX 75093

Claim Number: 317
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $61,900.80 |
| --- | --- | --- |

YANKEE GROUP RESEARCH, INC.
1 LIBERTY SQ STE 7
BOSTON, MA 21094868

Claim Number: 1186
Claim Date: 05/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

---

| UNSECURED | Claimed: | $42,300.00 |
| --- | --- | --- |

YEE & ASSOCIATES PC
PO BOX 802333
DALLAS, TX 75380

Claim Number: 2953
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $2,560.00 | Scheduled: | $2,560.00 |
| --- | --- | --- | --- | --- |

YEE, MENG F.
1506 SOMERSET PLACE
RICHARDSON, TX 75081

Claim Number: 6085
Claim Date: 11/02/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1586

---

| PRIORITY | Claimed: | $20,764.59 |
| --- | --- | --- |

YEE, MENG F.
1506 SOMERSET PLACE
RICHARDSON, TX 75081

Claim Number: 6119
Claim Date: 11/12/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1586

---

| PRIORITY | Claimed: | $26,263.60 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | |
|---|---|---|
| YEEBO LCD LTD<br>7/F ON DAK INDUSTRIAL BUILDING<br>2 6 WAH SING STREET<br>KWAI CHUNG, 1<br>HONG KONG | | Claim Number: 4782<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |

ADMINISTRATIVE          Claimed:               $10,000.00

| | | |
|---|---|---|
| YERONICK, MARY FRAN<br>3212 STONEYFORD CT<br>RALEIGH, NC 27603 | | Claim Number: 5881<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. |

PRIORITY          Claimed:               $46,280.78

| | | |
|---|---|---|
| YOAKUM, JOHN<br>1704 KILARNEY DRIVE<br>CARY, NC 27511 | | Claim Number: 3732<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |

PRIORITY          Claimed:               $545,841.00

| | | |
|---|---|---|
| YOHE-GANEY, VICKI L<br>5912 STEUBEN COURT<br>DALLAS, TX 75248 | | Claim Number: 4280<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |

UNSECURED          Claimed:               $922,376.32          Scheduled:               $0.00  UNLIQ

| | | |
|---|---|---|
| YOUNG, CHARLES M.<br>1616 DYE PLACE<br>WILMINGTON, NC 28405 | | Claim Number: 3543<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |

UNSECURED          Claimed:               $25,254.95          Scheduled:               $0.00  UNLIQ

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

YOUNG, MATHILDE
1885 SHADY LN
LUCAS, TX 75002

Claim Number: 6620
Claim Date: 01/08/2010
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $70,632.73 |
|---|---|---|

YOUNG, ROBERT
313, PROMENADE SOUTH
MONTGOMERY, TX 77356

Claim Number: 58
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $25,019.71 |
|---|---|---|

YOUNG, ROBERT
313 PROMENADE SOUTH
MONTGOMERY, TX 77356

Claim Number: 1761
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $24,566.23 | | |
| UNSECURED | | | Scheduled: | $24,566.23 UNLIQ |

YOUNG, RONALD
348 CREEKSIDE TRAIL
ARGYLE, TX 76226

Claim Number: 287
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $31,312.44 |
| TOTAL | Claimed: | $42,262.44 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX 76226 | | Claim Number: 2734<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $42,262.44 | | |
| YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX 76226 | | Claim Number: 2736<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $42,262.44 | | |
| YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX 76226 | | Claim Number: 2738<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $42,262.44 | | |
| YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX 76226 | | Claim Number: 2739<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| SECURED | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $31,312.44 | Scheduled: | $42,237.01 |
| TOTAL | Claimed: | $42,262.44 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

| | | | |
|---|---|---|---|
| YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX 76226 | | Claim Number: 2740<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $42,262.44 | |
| YOUNG, TINA L.<br>670 W. WALCOTT STREET<br>PILOT POINT, TX 76258 | | Claim Number: 3728<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $1,000,000.00 | |
| YOUNGBLOOD, ERIC W<br>1442 ROGERS COURT<br>ALLEN, TX 75013 | | Claim Number: 3455<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $43,036.54 | |
| YU, GUISHENG<br>3725 MASON DR<br>PLANO, TX 75025 | | Claim Number: 247<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
| PRIORITY | Claimed: | $17,970.41 | |
| YU, GUISHENG<br>3725 MASON DR<br>PLANO, TX 75025 | | Claim Number: 2565<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $17,970.41 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| YU, KIN<br>481214 LEIGH STREET<br>FREMONT, CA 94539 | | Claim Number: 2331<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| UNSECURED | Claimed: | $45,607.71 | Scheduled: | $45,607.71 |
| YU, KIN<br>481214 LEIGH STREET<br>FREMONT, CA 94539 | | Claim Number: 2750<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $88,186.97 | | |
| YU,GUISHENG<br>3725 MASON DR<br>PLANO, TX 75025 | | Claim Number: 2566<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $17,970.41 | Scheduled:<br>Scheduled: | $450.00<br>$17,520.41 |
| ZABELNY, JAN M.<br>99 CORNING PARK<br>WEBSTER, NY 14580 | | Claim Number: 68<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $51,280.80 | | |
| ZACCHILLI, DENISE M.<br>107 CLINTON STREET<br>MARLBOROUGH, MA 01752 | | Claim Number: 7749<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $29,481.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

ZAFARANO, MICHAEL J. JR., CAROL FELTS, &
JAMES KAUFFMAN  -  C/O RON KILGARD, ESQ
KELLER ROHRBACK, PLC
3101 N CENTRAL AVE, SUITE 1400
PHOENIX, AZ 85012

Claim Number: 5509
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $100,000,000.00   UNLIQ |
| --- | --- | --- |

ZAFIROVSKI, MIKE
1291 N. GREEN BAY ROAD
LAKE FOREST, IL 60045

Claim Number: 5533
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $12,250,543.48   UNLIQ |
| --- | --- | --- |

ZAIDI, SYED M.
4517 CRYSTAL MOUNTAIN DR.
RICHARDSON, TX 75082

Claim Number: 1255
Claim Date: 06/01/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $57,426.74 |
| --- | --- | --- |

ZENG, HELEN
3216 TEAROSE DR.
RICHARDSON, TX 75082

Claim Number: 24
Claim Date: 01/22/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $27,261.87 |
| --- | --- | --- |

ZENG, HELEN
3216 TEAROSE DR.
RICHARDSON, TX 75082

Claim Number: 3232
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $27,261.87 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| ZENG, HELEN<br>3216 TEAROSE DR.<br>RICHARDSON, TX 75082 | | Claim Number: 3233<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $27,261.87 | | | |
| ZENG, HELEN JOANNA<br>3216 TEAROSE DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 3231<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | | |
| PRIORITY | Claimed: | $27,261.87 | | | |
| ZENG, HELEN JOANNA<br>3216 TEAROSE DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 3234<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $27,261.87 | Scheduled:<br>Scheduled: | $450.00<br>$26,811.85 | |
| ZHANG, HUI<br>4109 CARMICHAEL DRIVE<br>PLANO, TX 75024 | | Claim Number: 2921<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $7,454.23<br>$1,285.17 | Scheduled:<br>Scheduled: | $7,454.23<br>$1,285.17 | |
| ZHANG, ZHIQIANG<br>3332 LANGSTON DR.<br>PLANO, TX 75025 | | Claim Number: 1159<br>Claim Date: 05/12/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $7,819.98 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

| ZHAO, KAI | Claim Number: 3408 |
| 3912 COMPTON DR | Claim Date: 09/21/2009 |
| RICHARDSON, TX 75082 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $34,982.03 |

---

| ZHOU, SHUN HUA | Claim Number: 324 |
| 16227 SHADYBANK DR | Claim Date: 02/17/2009 |
| DALLAS, TX 75248-2958 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $64,124.82 |

---

| ZIMMERLI, GARY | Claim Number: 5448 |
| 3110 SW 70TH AVE | Claim Date: 09/30/2009 |
| PORTLAND, OR 97225 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2619 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |

---

| ZOHO CORPORATION | Claim Number: 5929 |
| 4900 HOPYARD ROAD | Claim Date: 10/08/2009 |
| STE 310 | Debtor: NORTEL NETWORKS INC. |
| PLEASANTON, CA 94588-7100 | Comments: |
| | Amends claim 5846 |

| ADMINISTRATIVE | Claimed: | $156,270.00 |

---

| ZOMAX, INC. | Claim Number: 3087 |
| KOHNER MANN & KAILAS, S.C. | Claim Date: 09/17/2009 |
| WASHINGTON BUILDING, BARNABAS BUSINESS | Debtor: NORTEL NETWORKS INC. |
| CENTER, 4650 N. PORT WASHINGTON ROAD | Comments: EXPUNGED |
| MILWAUKEE, WI 53212-1059 | DOCKET: 4256 (11/08/2010) |

| ADMINISTRATIVE | Claimed: | $1,944.60 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

---

| ZOU, GUANYUN<br>2900 MONTELL CT<br>PLANO, TX 75025 | | Claim Number: 3342<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $51,314.29 | |

---

| ZOUNON, LISETTE Z.<br>7421 FRANKFORD ROAD<br>APT. 1035<br>DALLAS, TX 75252 | | Claim Number: 2935<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $116.53 | |

---

| ZOUNON, LISETTE Z.<br>7421 FRANKFORD ROAD<br>APT. 1035<br>DALLAS, TX 75252 | | Claim Number: 2936<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,066.53 | |

---

| ZUKAS, JAMES<br>10900 QUIMBY POINT LANE<br>RESTON, VA 20191-5006 | | Claim Number: 1216<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $182,735.28 | |

---

| ZUKAS, JAMES<br>10900 QUIMBY POINT LANE<br>RESTON, VA 20191-5006 | | Claim Number: 4173<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1216. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $216,665.02 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

---

ZYXEL COMMUNICATIONS INC.
1130 N. MILLER ST.
ANAHEIM, CA 92806-2001

Claim Number: 164
Claim Date: 02/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $256,526.25 |
|---|---|---|

ZYXEL COMMUNICATIONS, INC.
1130 N. MILLER ST.
ANAHEIM, CA 92806-2001

Claim Number: 295
Claim Date: 02/16/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $259,466.25 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (09-10138)

Date: 06/23/2011

## Summary Page

Total Number of Filed Claims:          5286

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | ******************* | $844,781.92 |
| Priority: | ******************* | $24,302.99 |
| Secured: | ******************* | $0.00 |
| Unsecured: | ******************* | $19,599,285.48 |
| Total: | ******************* | $20,468,370.39 |