# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **NORTEL NETWORKS INC.,** *et al.* | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1(b) and the attached certification, counsel moves for the admission *pro hac vice* of Michael A. Lindsay to represent The Institute of Electrical and Electronics Engineers, Inc., in the above captioned bankruptcy case.

Dated: July 7, 2011

        /s/ Robert W. Mallard
**DORSEY & WHITNEY (DELAWARE) LLP**
Eric Lopez Schnabel, Esq. (DE # 3672)
Robert W. Mallard, Esq. (DE # 4279)
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: July 7, 2011

        /s/ Michael A. Lindsay
DORSEY & WHITNEY LLP
Michael A. Lindsay (MN Bar No. 163466)
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota  55402-1498

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
        Honorable Kevin Gross
        United States Bankruptcy Judge