## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. 289 |
| | ) | |

### SIXTH SUPPLEMENTAL DECLARATION OF FRED S. HODARA IN CONNECTION WITH THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS INC., ET AL. TO RETAIN AND EMPLOY AKIN GUMP STRAUSS HAUER & FELD LLP AS CO-COUNSEL, NUNC PRO TUNC TO JANUARY 22, 2009

**FRED S. HODARA,** hereby declares:

1.      I am an attorney at law admitted to practice in the State of New York and in the United States District Courts for the Southern and Eastern Districts of New York.  I am a member of the firm of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), which firm maintains offices at One Bryant Park, New York, New York 10036.

2.      I am familiar with the matters set forth herein and make this supplemental declaration (the "Supplemental Declaration") in connection with Akin Gump's role as counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. (the "Committee").  The purpose of this Supplemental Declaration is to fulfill Akin Gump's continuing obligation to update its disclosures as set forth in the Application (the "Application")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. (collectively,

the "Debtors") to retain and employ Akin Gump, as co-counsel, nunc pro tunc to January 22,

2009 (Doc. No. 289), and to update my initial declaration, dated February 13, 2009, submitted in

connection therewith (the "Initial Declaration"), first supplemental declaration, dated March 20,

2009 (Docket No. 505) (the "First Supplemental Declaration"), second supplemental declaration,

dated May 6, 2009 (Docket No. 706) (the "Second Supplemental Declaration"), third

supplemental declaration, dated July 10, 2009 (Docket No. 1063) (the "Third Supplemental

Declaration"), fourth supplemental declaration, dated November 2, 2009 (Docket No. 1807) (the

"Fourth Supplemental Declaration"), and fifth supplemental declaration, dated February 16,

2010 (Docket No. 2424) (the "Fifth Supplemental Declaration" and, together with the Initial

Declaration, First Supplemental Declaration, Second Supplemental Declaration, Third

Supplemental Declaration, and Fourth Supplemental Declaration, the "Prior Declarations").

      3.      On January 22, 2009 (the "Committee Formation Date"), pursuant to section 1102

of title 11 of the United States Code (the "Bankruptcy Code"), the United States Trustee for the

District of Delaware appointed the Committee.  The Committee currently consists of three

members: Pension Benefit Guaranty Corporation; Law Debenture Trust Company of New York,

as indenture trustee; and The Bank of New York Mellon, as indenture trustee.  On the Committee

Formation Date, the Committee selected Akin Gump to serve as co-counsel to the Committee

pursuant to section 1103(a) of the Bankruptcy Code.

      4.      In preparing this Supplemental Declaration, through my colleagues, I caused to be

submitted to Akin Gump's computerized client and conflict database (the "Conflict Database")

additional entities not included in Schedule 1 to the Prior Declarations.[2]  A copy of the list of the

parties searched by Akin Gump in connection with preparation of this Supplemental Declaration

is annexed hereto as Schedule 1 (collectively, the "Searched Parties").  The entities listed in

Schedule 1 to this Supplemental Declaration were either: identified by the Debtors' legal and/or

financial advisors; listed in the Declarations of James L. Bromley in Support of Application

Authorizing Employment and Retention of Cleary Gottlieb Steen & Hamilton LLP as Counsel

for Debtors and Debtors in Possession; or came to the attention of Akin Gump in the course of its

representation of the Committee.[3]

## Representation of Parties in Interest[4]

5.      Set forth in Schedule 2 annexed hereto is a listing of those parties and/or related

parties from Schedule 1 (Searched Parties) of this Supplemental Declaration that Akin Gump

either (i) currently represents (the "Current Clients") in matters wholly unrelated to the Debtors'

chapter 11 cases or (ii) has in the past represented in matters wholly unrelated to the Debtors'

chapter 11 cases.  In connection with the services to be rendered to the Committee, Akin Gump

will not commence a cause of action against any Current Client with respect to the Debtors'

---

[2] The Conflict Database maintained by Akin Gump is designed to include every matter on which the firm is now and has been engaged, by which entity the firm is now or has been engaged and, in each instance, the identity of related parties and adverse parties and certain of the attorneys in the firm that are knowledgeable about the matter.  It is the policy of Akin Gump that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the computer Conflict Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties.  Accordingly, Akin Gump maintains and systematically updates this system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records.

[3] For reasons of confidentiality related to the business of the Debtors, Akin Gump is not permitted at this time to disclose the identity of certain of the parties listed in Schedule 1.  If and when Akin Gump is permitted to disclose such information, Akin Gump will file a supplemental declaration with the Court pursuant to Bankruptcy Rule 2014.  Akin Gump will disclose such information in confidence to the Bankruptcy Court and the U.S. Trustee if requested to do so.

[4] Akin Gump does not act as general counsel to any of the parties in interest or related entities described herein.

chapter 11 cases, unless Akin Gump receives a waiver from the Current Client allowing Akin Gump to commence such an action. In connection with these chapter 11 cases, to the extent any causes of action are commenced by or against any Current Client, and a waiver letter is not obtained permitting Akin Gump to participate in such action, the Committee will use conflicts counsel to represent the interests of the Debtors' unsecured creditors.

6.      Set forth in Schedule 3 annexed hereto is a listing of those parties and/or related parties from Schedule 1 (Searched Parties) of this Supplemental Declaration that are currently or have in the past been adverse to clients of Akin Gump in matters wholly unrelated to these chapter 11 cases.

7.      Set forth in Schedule 4 of this Supplemental Declaration is a list of those parties and/or related parties from Schedule 1 (Searched Parties) of this Supplemental Declaration that appear in the Conflict Database as currently serving or having served on informal and/or official creditors' committees represented by Akin Gump during the period January 1, 2005 through the present.

### Other Connections and General Disclosures

8.      Akin Gump may have represented in the past and/or may currently or in the future represent entities (other than parties included in the attached exhibits) not currently known to Akin Gump in matters wholly unrelated to the Debtors' chapter 11 cases who may be parties in interest in these cases. To the extent that Akin Gump discovers any such information or needs to update the information disclosed herein, Akin Gump will disclose such information to the Court, the Debtors and the U.S. Trustee by filing a supplemental declaration pursuant to Bankruptcy Rule 2014.

4

I hereby declare under penalty of perjury that, based upon the information available to me, the foregoing is true and correct.

Executed on July 7, 2011

Fred S. Hodara

## SCHEDULE 1

## PARTIES SEARCHED IN THE CONFLICT DATABASE

**Parties Who Have Filed Notices of Appearance: January 1, 2010 Through May 31, 2011**

Acme Packet, Inc.
TTI Team Telecom Netherlands B.V.
Clearwire Corporation
Microvision, Inc.
Sodexo, Inc.
Alpha Network USA, Inc.
EMC Corporation
Tata American International Corporation (Tata Consultancy Services Limited)
Oracle USA, Inc.
Westchester Fire Insurance Company
ACE USA
Cypress Communications, Inc.
Google, Inc.
Ranger Inc.
Spectrum Group Management LLC
Robert Horne
Pamela Powell
Leolia Strickland
Ronald Rose
Vada Wilson
Susan Widener
Claudia Vidmer
Carmel Totman
Manuel Segura
Wayne Schmidt
Cynthia Schmidt
Charles Sandner
William Reed
Reid Mullett
Terry Massengill
Robert Martel
Kerry Logan
David Litz
Fred Lindow
James Lee
Deborah Jones
William Johnson
Brad Henry
Janette Head
Laura Hale
Gary Garrett

Bert Fletcher
Nanette Faison
John Elliott
Roger Carlsen
Faye M. Brown
Michael P. Alms
Gussie H. Anderson
Barbara Gallagher
Mark R. Janis
Peter Lawrence
Frankie Proctor
Janie Proctor
Carol Raymond
Michael Stutts
Exide Technologies
Credit Suisse Strategic Partners
Microsoft Corporation
John Doolittle
Allan Bifield
Anna Ventresca
Nortel Networks (Asia) Limited
Nortel Networks Australia Pty Limited
Nortel Networks (India) Private Limited
PT Nortel Networks Indonesia
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Limited
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Thailand) Ltd.
Nortel Vietnam Limited
Nortel Networks (China) Limited
Nortel Networks Telecommunications Equipment (Shanghai) Co.
Nortel Networks Chile S.A.
Nortel Networks del Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel Networks del Uruguay S.A.
Nortel de Mexico, S. de R.L. de C.V.

**Transferees of Claims: January 1, 2010 Through May 31, 2011**
US Debt Recovery, L.P.
ASM Capital, L.P.
Liquidity Solutions, Inc.
Fair Harbor Capital, LLC
Hain Capital Group, LLC
Corre Opportunities Fund, L.P.
Contrarian Funds, LLC
GN Claim Sub, LLC

Monarch Master Funding Ltd.
Riverside Claims, LLC
Longacre Opportunity Fund, L.P.
Worden Master Fund L.P.
Drawbridge Special Opportunities Fund Ltd.
Blue Heron Micro Opportunities Fund, LLP
Argo Partners
US Debt Recovery IV, LLC
ASM Capital III, L.P.
Creditor Liquidity, L.P.
US Debt Recovery V, L.P.
DACA 2010L, L.P.
WITEC, LLP
Fulcrum Distressed Opportunities Fund I, L.P.
Claims Recovery Group LLC
Archon Bay Capital, LLC
U.S. Bank N.A.
Diver Master Fund II, L.P.

**Defendants in Adversary Proceedings: January 1, 2010 Through May 31, 2011**
Hewlett Packard Company
International Business Machines Corporation
Aviat U.S., Inc.
Focus Legal Solutions, LLC
Thomas & Belts Manufacturing, Inc.
SCI Brockville Corp.
Staples Contract & Commercial, Inc.
Anixter Inc.
Sigma Systems Canada Inc.
ITC Networks
Market Probe Incorporated
Kodiak Technology Partners, LLC
EION, Inc.
Jack Wharton Worldwide, Inc.
Ixia
Global Electric Electronic Processing (USA) Inc.
Gilmore Global Logistics Services, Inc.
Excellence in Motivation, Inc.
Demand Wave Solutions, Inc.
Weston International Inc.
TGS, Inc.
Critical Path Strategies, Inc.
TEKsystems, Inc.
Continuum Worldwide Corporation
Cognizant Technology Solutions US Corporation
Sumitomo Electric Device Innovations U.S.A., Inc.

3

SBA Network Services, Inc.
CDW Direct, LLC
SAS Institute, Inc.
Revonet, Inc.
CDMA Development Group, Inc.
Red Hat, Inc.
Paradigm Works, Inc.
Bridgewater Systems, Inc.
Oplink Communications, Inc.
NetIQ Corporation
Nera, Inc.
Bick Group, Inc.
NeoPhotonics Corporation
Beeline.com, Inc.
MobileNet Services, Inc.
Baldwin Creative LLC
McKinsey & Company, Inc.
Axxion Group Corporation
AMCC Sales Corporation
Actuate Corporation
Abacus Solutions, LLC
Maritz Canada Inc.
Informatics International Ltd.
Celestica Holdings PTE, Ltd.
BWCS, Ltd.
Avea Iletisim Hizmetleri A.S
Ace Technologies Corp.
STMicroelectronics N.V.
Springwell Capital Partners LLC
PowerSteering Software, Inc.
Pico Atlanta, Inc.
Opnext Subsystems, Inc.
Nathanson & Company LLC
Mercury Americas USA Corp.
Judge Technical Services, Inc.
Ingram Micro, Inc.
Green Hills Software, Inc.
Gail & Rice, Inc.
Eltek Valere Inc.
CSWL, Inc.
Camiant, Inc.
Automotive Rentals, Inc.
Asteelflash California, Inc.
Acme Packet, Inc.
Audio Codes

## Other Parties in Interest[1]

Baker Donelson Bearman Caldwell & Berkowitz, PC
Nicastro Meluso Abogados
Prieto & Carrizosa S.A.
Magill & Atkinson LLP
Thomas A. Gigliotti Attorney at-Law, PLLC
Lex Caribbean Limited
One East Capital Partners
Gores Group LLC
Siemens, AG
Ciena Corporation
Ericsson
Enterprise Networks Holdings B.V.
Nokia Siemens Networks B.V.
MEN Acquisition LLC
One Equity Partners
Silver Lake Partners
TPG Capital L.P.
Kapsch Carriercom AG
Genband, Inc.
JP Morgan Chase & Co.
AT&T
Apple Inc.
Research In Motion Limited
Sony Corporation
Party A
Party B
Party C
Party D
Party E
Party F
Party G
Party H
Party I
Party J
Party K
Party L
Party M
Party N
Party O

---

[1] For reasons of confidentiality related to the business of the Debtors, Akin Gump is not permitted at this time to disclose the identity of the parties identified in this Schedule 1 at Parties "A" through "XX". If and when Akin Gump is permitted to disclose such information, Akin Gump will file a supplemental declaration with the Bankruptcy Court pursuant to Bankruptcy Rule 2014. Akin Gump will disclose such information in confidence to the Bankruptcy Court and the U.S. Trustee if requested to do so.

Party P
Party Q
Party R
Party S
Party T
Party U
Party V
Party W
Party X
Party Y
Party Z
Party AA
Party BB
Party CC
Party DD
Party EE
Party FF
Party GG
Party HH
Party II
Party JJ
Party KK
Party LL
Party MM
Party NN
Party OO
Party PP
Party QQ
Party RR
Party SS
Party TT
Party UU
Party VV
Party WW
Party XX

**SCHEDULE 2**
**PARTIES AND/OR RELATED PARTIES LISTED ON SCHEDULE 1**
**WHO ARE RECORDED IN THE CONFLICT DATABASE AS BEING**
**CURRENT OR FORMER CLIENTS OF AKIN GUMP**

**Parties Who Have Filed Notices of Appearance:**
**January 1, 2010 through May 31, 2011**

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| EMC Corporation | Exide Technologies |
| ACE USA | Credit Suisse Strategic Partners |
| Google, Inc. | |

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Sodexo, Inc. | Microsoft Corporation |
| Oracle USA, Inc. | |

**Transferees of Claims:**
**January 1, 2010 through May 31, 2011**

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Monarch Master Funding Ltd. | Fulcrum Distressed Opportunities I, LLC |
| Longacre Opportunity Fund, L.P. | Dover Master Fund II, LP |

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Liquidity Solutions, Inc. | U.S. Bank, N.A. |
| Contrarian Funds, LLC | |

**Defendants In Adversary Proceedings**
**January 1, 2010 through May 31, 2011**

Akin Gump has in the past represented and currently represents International Business Machines Corporation on matters wholly unrelated to the Debtors' chapter 11 cases.

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Hewlett Packard Company | STMicroelectronics, N.V. |
| SAS Institute, Inc. | Ingram, Inc. |
| McKinsey & Company, Inc. | |

**Other Parties in Interest**

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| One East Capital Partners | Party T |
| Siemens, AG | Party U |
| Ericsson | Party X |
| TPG Capital L.P. | Party AA |
| JP Morgan Chase & Co. | Party CC |
| AT&T | Party RR |
| Party A | Party SS |
| Party B | Party TT |
| Party E | Party UU |
| Party H | Party WW |
| Party K | Party XX |

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Gores Group LLC | Party C |
| Apple Inc. | Party I |
| Sony Corporation | Party O |

8

| | |
|---|---|
| Party P | Party FF |
| Party V | Party JJ |
| Party Z | Party LL |
| Party DD | |

## SCHEDULE 3

### PARTIES AND/OR RELATED PARTIES LISTED ON SCHEDULE 1
### WHO ARE RECORDED IN THE CONFLICT DATABASE AS BEING CURRENTLY
### OR FORMERLY ADVERSE TO CLIENTS OF AKIN GUMP

Abacus Solutions, LLC
ACE USA
Actuate Corporation
Apple Inc.
Archon Bay Capital, LLC
ASM Capital
AT&T
Camiant, Inc.
Contrarian Funds, LLC
Credit Suisse Strategic Partners
Critical Path Strategies, Inc.
Drawbridge Special Opportunities Fund Ltd.
EMC Corporation
Ericsson
Exide Technologies
Google, Inc.
Gores Group LLC
Hewlett Packard Company
Ingram Micro, Inc.
International Business Machines Corporation
JP Morgan Chase & Co.
McKinsey & Company, Inc.
Microsoft Corporation
Monarch Master Funding Ltd.
NetIQ Corporation
Nokia Siemens Networks B.V.
Nortel de Mexico, S. de R.L. de C.V.
Nortel Networks (Asia) Limited
Nortel Networks Australia Pty Limited
Nortel Networks Chile S.A.
Nortel Networks (China) Limited
Nortel Networks del Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel Networks del Uruguay, S.A.
Nortel Networks (India) Private Limited
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Limited
Nortel Networks Singapore Pte. Ltd.
Nortel Networks Telecommunications
   Equipment (Shanghai) Co.
Nortel Networks (Thailand) Ltd.
Nortel Networks Vietnam Limited
One East Capital Partners

One Equity Partners
Oracle USA, Inc.
PT Nortel Networks Indonesia
Red Hat, Inc.
Research In Motion Limited
SAS Institute, Inc.
Siemens, AG
Silver Lake Partners
Sony Corporation
Spectrum Group Management LLC
TPG Capital L.P.
U.S. Bank N.A.
Westchester Fire Insurance Company
Party A
Party B
Party C
Party E
Party H
Party J
Party K
Party L
Party M
Party N
Party O
Party P
Party S
Party T
Party U
Party V
Party W
Party X
Party Z
Party AA
Party CC
Party DD
Party GG
Party HH
Party JJ
Party KK
Party LL
Party SS
Party XX

10

**SCHEDULE 4**

**PARTIES LISTED ON SCHEDULE 1
WHO ARE RECORDED IN THE CONFLICT DATABASE AS SERVING OR HAVING
SERVED ON OTHER INFORMAL AND/OR OFFICIAL CREDITORS'
COMMITTEES REPRESENTED BY AKIN GUMP**

| | |
|---|---|
| Contrarian Funds, LLC | TPG Capital L.P. |
| Credit Suisse Strategic Partners | U.S. Bank, N.A. |
| Dover Master Fund II, LP | Party B |
| Hain Capital Group, LLC | Party RR |
| Hewlett Packard Corporation | Party SS |
| Ingram Micro, Inc. | Party TT |
| JP Morgan Chase & Co. | Party UU |
| Longacre Opportunity Fund, L.P. | Party VV |
| Monarch Master Funding Ltd. | Party WW |
| Silver Lake Partners | Party XX |
| Spectrum Group Management LLC | |