# EXHIBIT C

## DISBURSEMENT SUMMARY
## MAY 1, 2011 THROUGH MAY 31, 2011

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $2,772.69 |
| Conference Call /Telephone/Video Conferencing | $9,838.88 |
| Courier Service/Postage | $113.13 |
| Duplicating (@ $0.10 per page) | $436.50 |
| Duplicating (third-party charges billed at cost) | $688.42 |
| Meals/Committee Meeting Expenses | $3,783.34 |
| Travel Expenses – Airfare | $3,722.10 |
| Travel Expenses – Ground Transportation | $1,297.25 |
| Travel Expenses – Incidentals | $81.50 |
| Travel expenses – Lodging | $2,608.97 |
| Travel Expenses – Telephone & Fax | $24.52 |
| Travel Expenses – Train Fare | $1,144.00 |
| **TOTAL** | **$26,511.30** |