# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

━━━━━━━━━━━━━━  Attorneys at Law

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1371689 |
| Invoice Date | 06/23/11 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/11 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 02/28/11 | Meals - Business 13; Nortel Lunch meeting with UCC and Bondholder Group professionals (13 people). | $492.12 |
| 03/04/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1116268 DATE: 3/23/2011 Vendor: Dial Car Voucher #: DLA3376040 Date: 03/04/2011 Name: Lisa Beckerman‖Car Service, Vendor: Dial Car Voucher #: DLA3376040 Date: 03/04/2011 Name: Lisa Beckerman | $63.91 |
| 03/05/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1116268 DATE: 3/23/2011 Vendor: Dial Car Voucher #: DLA3322094 Date: 03/05/2011 Name: Lisa Beckerman‖Car Service, Vendor: Dial Car Voucher #: DLA3322094 Date: 03/05/2011 Name: Lisa Beckerman | $66.97 |
| 03/21/11 | Travel - Ground Transportation Taxi from office; NYC Taxi Receipt | $8.04 |
| 03/24/11 | Audio and Web Conference Services Billing period: March 2011 VENDOR: GLOBAL CROSSING CONFERENCING; INVOICE#: 9033177508; DATE: 3/24/2011 - acct.# 0205134736 | $176.94 |
| 04/01/11 | Telephone - Video Conferencing Multi Office bridging charges VENDOR: PROVIDEA INC; INVOICE#: 0069169-IN; DATE: | $1,587.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1371689

4/1/2011  -  Account No: AKIN

| Date | Description | Amount |
|------|-------------|--------|
| 04/04/11 | Meals - Business S. Schultz; McDonalds | $2.35 |
| 04/04/11 | Meals - Business S. Schultz; Admirals Club - DFW Airport | $13.37 |
| 04/04/11 | Travel - Airfare AA; Frosch Travel | $1,253.70 |
| 04/04/11 | Travel - Ground Transportation Taxi from office; NYC Taxi Receipt | $6.25 |
| 04/05/11 | Travel - Ground Transportation Airport to Hotel; Taxi MED# 9N30 | $31.56 |
| 04/05/11 | Travel - Ground Transportation Medallion cab | $10.80 |
| 04/05/11 | Travel - Ground Transportation Medallion cab | $8.40 |
| 04/05/11 | Travel - Telephone & Fax Gogo Inflight Internet | $12.95 |
| 04/05/11 | Travel - Ground Transportation Taxi from office; NYC Taxi Receipt | $9.50 |
| 04/06/11 | Duplication - Off Site Heavy Litigation VENDOR: IKON OFFICE SOLUTIONS; INVOICE#: NYG11040022; DATE: 4/6/2011 | $688.42 |
| 04/07/11 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 395867 DATE: 4/15/2011 SENDER'S NAME: B. KAHN; JOB NUMBER: 4997007; PICKUP: 1 BRYANT PARK; DESTINATION: 420 W 24TH ST; DATE: 04/07/2011 | $9.82 |
| 04/07/11 | Meals - Business S. Schultz; Hudson News | $7.75 |
| 04/07/11 | Travel - Lodging (Hotel, Apt, Other) Hotel; Sofitel Hotel | $1,381.87 |
| 04/07/11 | Meals - Business s; Sofitel Hotel | $81.26 |
| 04/10/11 | Travel - Ground Transportation Medallion cab | $13.80 |
| 04/11/11 | Travel - Ground Transportation Airport to Office; Taxi MED#5D92 | $45.36 |
| 04/11/11 | Travel - Ground Transportation Home to Airport; Car Service | $92.00 |
| 04/11/11 | Travel - Airfare AA; Frosh Travel | $2,468.40 |
| 04/11/11 | Meals - Business F. Hodara; Starbucks | $28.09 |
| 04/11/11 | Travel - Ground Transportation Taxi Receipt (no name) | $11.00 |
| 04/11/11 | Travel - Ground Transportation Taxi from office; NYC Taxi Receipt | $13.00 |
| 04/12/11 | Reference Material Obtain S&P credit report on Nortel Networks Ltd for T. Feuerstein.; S&P Credit Market | $190.53 |
| 04/12/11 | Meals - Business S. Schultz; Cafe One | $18.01 |
| 04/12/11 | Travel - Ground Transportation Cleary to Akin; I Love NY | $18.30 |
| 04/12/11 | Meals - Business Nortel working meal - Kelly, Murrell, Lattimer, Hodara, Jacobs, Kahn, Henkin; The Beekman | $98.00 |
| 04/13/11 | Meals - Business S. Schultz; Bank of America - Cafe One | $12.62 |
| 04/13/11 | Travel - Lodging (Hotel, Apt, Other) Hotel; Sofitel Hotel | $965.42 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1371689

| Date | Description | Amount |
|---|---|---|
| 04/13/11 | Meals - Business Sofitel Hotel | $76.36 |
| 04/14/11 | Meals (100%)  4/12/11   B Kahn - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800132; DATE: 4/14/2011 | $130.65 |
| 04/14/11 | Meals (100%)  4/12/11   B Kahn - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800132; DATE: 4/14/2011 | $352.10 |
| 04/14/11 | Meals (100%)  4/13/11   B Kahn - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800132; DATE: 4/14/2011 | $235.17 |
| 04/14/11 | Meals (100%)  4/13/11   S Brauner - Professional meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800132; DATE: 4/14/2011 | $43.28 |
| 04/14/11 | Meals (100%)  4/13/11   S Brauner VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800132; DATE: 4/14/2011 | $65.33 |
| 04/14/11 | Meals (100%)  4/13/11   B Kahn - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800132; DATE: 4/14/2011 | $235.17 |
| 04/14/11 | Travel - Incidentals - Out-of-Town Travel Various Tips; TIPS | $20.00 |
| 04/14/11 | Travel - Ground Transportation  Airport to Home; Car Service | $92.00 |
| 04/20/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 920530 DATE: 4/24/2011 Kahn Brad - Connollys Irish Pub & Restaurant - 04/20/2011 | $33.76 |
| 04/20/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 670442 DATE: 4/29/2011 Vendor: Executive Royal Voucher #: 275809 Date: 04/20/2011 Name: Brad Kahn‖Car Service, Vendor: Executive Royal Voucher #: 275809 Date: 04/20/2011 Name: Brad Kahn | $26.93 |
| 04/21/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 670442 DATE: 4/29/2011 Vendor: Executive Royal Voucher #: 287636 Date: 04/21/2011 Name: Fred Hodara‖Car Service, Vendor: Executive Royal Voucher #: 287636 Date: | $28.03 |

| Date | Description | Amount |
|---|---|---|
| 04/21/11 | 04/21/2011 Name: Fred Hodara Meals (100%) 4/15/11  M Andino - Meeting with DeStar professionals working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800133; DATE: 4/21/2011 | $146.16 |
| 04/25/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR11-53062500000206 DATE: 4/28/2011 PASSENGER: BOTTER DAVID H TICKET #: 0545815979 DEPARTURE DATE: 04/25/2011 ROUTE: NYP WIL NYP | $37.00 |
| 04/25/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR11-53062500000206 DATE: 4/28/2011 PASSENGER: BOTTER DAVID H TICKET #: 0A24A5 DEPARTURE DATE: 04/26/2011 ROUTE: NYP WIL NYP | $409.00 |
| 04/25/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR11-53062500000206 DATE: 4/28/2011 PASSENGER: HODARA FRED S TICKET #: 0545815981 DEPARTURE DATE: 04/25/2011 ROUTE: NYP WIL NYP | $37.00 |
| 04/25/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: APR11-53062500000206 DATE: 4/28/2011 PASSENGER: HODARA FRED S TICKET #: 0A1501 DEPARTURE DATE: 04/26/2011 ROUTE: NYP WIL NYP | $409.00 |
| 04/26/11 | Travel - Train Fare  Purchase of return ticket from Wilmington, Delaware re: attendance at court hearing.; Nortel - Amtrak | $126.00 |
| 04/26/11 | Meals - Business  Meals re: attendance at court hearing in Wilmington, Delaware.; D. Botter; Nortel - Amtrak Meals | $5.50 |
| 04/26/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1119231 DATE: 5/11/2011  Vendor: Dial Car Voucher #: DLA3359333 Date: 04/26/2011 Name: David Botter||Car Service, Vendor: Dial Car Voucher #: DLA3359333 Date: 04/26/2011 Name: David Botter | $126.99 |
| 04/26/11 | Travel - Ground Transportation Medallion cab | $7.60 |
| 04/26/11 | Travel - Ground Transportation  Taxi from train to court; Diamond State Taxi | $8.00 |
| 04/26/11 | Meals - Business  Meal re: attendance at court hearing in Wilmington - F. Hodara; Brew Ha Ha | $10.70 |
| 04/26/11 | Travel - Train Fare  Amtrak | $126.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1371689

| Date | Description | Amount |
|---|---|---|
| 04/27/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 930227 DATE: 5/1/2011 Catering Akin Gump - Mendy's at Rock Center - 04/27/2011 | $17.46 |
| 04/28/11 | Meals (100%) 4/26/11  B Kahn - Professionals call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800134; DATE: 4/28/2011 | $71.42 |
| 04/28/11 | Meals (100%) 4/27/11   B Kahn - Call w/DeStar professionals working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800134; DATE: 4/28/2011 | $77.95 |
| 04/28/11 | Meals (100%) 4/27/11  B Kahn - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800134; DATE: 4/28/2011 | $358.47 |
| 04/29/11 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 396461 DATE: 4/29/2011 SENDER'S NAME: A CALECA; JOB NUMBER: 5104494; PICKUP: 1 BRYANT PARK; DESTINATION: 4 KETTLEPOND ROAD; DATE: 04/29/2011 | $103.31 |
| 05/02/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 671051 DATE: 5/13/2011  Vendor: Executive Royal Voucher #: 306309 Date: 05/02/2011 Name: Brad Kahn‖Car Service, Vendor: Executive Royal Voucher #: 306309 Date: 05/02/2011 Name: Brad Kahn | $26.93 |
| 05/02/11 | Meals - Business  J. Bromley, F. Hodara; Legal Sea Foods | $49.01 |
| 05/02/11 | Travel - Ground Transportation  Taxi from Hotel to Harbour 60; Beck Taxi | $9.26 |
| 05/02/11 | Travel - Telephone & Fax  Internet access charges; Ritz Carlton | $11.57 |
| 05/02/11 | Travel - Lodging (Hotel, Apt, Other)  Attend Nortel meeting; Ritz Carlton | $261.68 |
| 05/03/11 | Computerized Legal Research - Westlaw User: DUDA,MONICA Date: 5/3/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $867.48 |
| 05/03/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 671051 DATE: 5/13/2011  Vendor: Executive Royal Voucher #: 322396 Date: 05/03/2011 Name: Fred | $132.66 |

| Date | Description | Amount |
|------|-------------|--------|
| 05/03/11 | Hodara‖Car Service, Vendor: Executive Royal Voucher #: 322396 Date: 05/03/2011 Name: Fred Hodara Meals - Business  Breakfast before meeting; F. Hodara; starbucks Coffee Canada | $6.34 |
| 05/03/11 | Travel - Incidentals - Out-of-Town Travel Incidentals in Canada - taxi, etc.; CIBC | $61.50 |
| 05/04/11 | Duplication - In House  Photocopy - Kuhn, Stephen, NY, 172 page(s) | $17.20 |
| 05/04/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 931479 DATE: 5/8/2011 Catering Akin Gump - Mendy's at Rock Center - 05/04/2011 | $17.46 |
| 05/04/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 671051 DATE: 5/13/2011 Vendor: Executive Royal Voucher #: 305074 Date: 05/04/2011 Name: Fred Hodara‖Car Service, Vendor: Executive Royal Voucher #: 305074 Date: 05/04/2011 Name: Fred Hodara | $33.58 |
| 05/04/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 671051 DATE: 5/13/2011 Vendor: Executive Royal Voucher #: RVX8A371A8 Date: 05/04/2011 Name: Monica Duda‖Car Service, Vendor: Executive Royal Voucher #: RVX8A371A8 Date: 05/04/2011 Name: Monica Duda | $26.93 |
| 05/05/11 | Audio and Web Conference Services VENDOR: DERAVENTURES, INC; INVOICE#: 05001-54901-11; DATE: 5/5/2011 | $8,074.44 |
| 05/05/11 | Meals (100%)  5/4/11  B Kahn - Professionals call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800135; DATE: 5/5/2011 | $106.70 |
| 05/09/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 671347 DATE: 5/20/2011 Vendor: Executive Royal Voucher #: 309125 Date: 05/09/2011 Name: Brad Kahn‖Car Service, Vendor: Executive Royal Voucher #: 309125 Date: 05/09/2011 Name: Brad Kahn | $26.93 |
| 05/10/11 | Computerized Legal Research - Westlaw User: WOODELL,SARAH Date: 5/10/2011 AcctNumber: 1000812018 ConnectTime: 0.0 | $177.16 |

| Date | Description | Amount |
|---|---|---|
| 05/10/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1119766 DATE: 5/25/2011 Vendor: Dial Car Voucher #: DLA3281010 Date: 05/10/2011 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3281010 Date: 05/10/2011 Name: David Botter | $148.01 |
| 05/10/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1119766 DATE: 5/25/2011 Vendor: Dial Car Voucher #: DLA3291909 Date: 05/10/2011 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3291909 Date: 05/10/2011 Name: David Botter | $128.38 |
| 05/10/11 | Travel - Ground Transportation  T&G Taxi | $40.00 |
| 05/10/11 | Travel - Ground Transportation Medallion Cab | $9.20 |
| 05/10/11 | Meals - Business  F. Hodara; Faber Store | $10.56 |
| 05/11/11 | Computerized Legal Research - Westlaw User: WOODELL,SARAH Date: 5/11/2011 AcctNumber: 1000812018 ConnectTime: 0.0 | $593.28 |
| 05/11/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 935761 DATE: 5/15/2011 Catering Akin Gump - Mendy's at Rock Center - 05/11/2011 | $17.46 |
| 05/11/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 671347 DATE: 5/20/2011 Vendor: Executive Royal Voucher #: 298202 Date: 05/11/2011 Name: Brad Kahn‖Car Service, Vendor: Executive Royal Voucher #: 298202 Date: 05/11/2011 Name: Brad Kahn | $26.93 |
| 05/12/11 | Computerized Legal Research - Westlaw User: WOODELL,SARAH Date: 5/12/2011 AcctNumber: 1000812018 ConnectTime: 0.0 | $117.55 |
| 05/12/11 | Meals (100%)  5/6/11  P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800136; DATE: 5/12/2011 | $391.13 |
| 05/12/11 | Meals (100%)  5/12/11  P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800136; DATE: 5/12/2011 | $372.08 |
| 05/13/11 | Computerized Legal Research - Westlaw User: WOODELL,SARAH Date: 5/13/2011 AcctNumber: 1000812018 ConnectTime: 0.0 | $44.92 |

| Date | Description | Amount |
|---|---|---|
| 05/16/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 937214 DATE: 5/22/2011 Catering Akin Gump - Mendy's at Rock Center - 5/16/2011 | $17.46 |
| 05/17/11 | Duplication - In House Photocopy - Caleca, Ali, NY, 996 page(s) | $99.60 |
| 05/17/11 | Duplication - In House Photocopy - Caleca, Ali, NY, 1519 page(s) | $151.90 |
| 05/17/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 5/17/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $177.49 |
| 05/17/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 937214 DATE: 5/22/2011 Catering Akin Gump - Mendy's at Rock Center - 5/17/2011 | $17.46 |
| 05/19/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 5/19/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $366.91 |
| 05/19/11 | Computerized Legal Research - Westlaw User: WOODELL,SARAH Date: 5/19/2011 AcctNumber: 1000812018 ConnectTime: 0.0 | $32.32 |
| 05/19/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 937214 DATE: 5/22/2011 Kahn Brad - Mi Nidito - 5/19/2011 | $28.53 |
| 05/20/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 937214 DATE: 5/22/2011 Working meal - Kahn, Qureshi, Botter, Hodara - Haru On Broadway - 5/20/2011 | $136.10 |
| 05/25/11 | Duplication - In House Photocopy - Brauner, Sara, NY, 28 page(s) | $2.80 |
| 05/25/11 | Duplication - In House Photocopy - User # 990100, NY, 950 page(s) | $95.00 |
| 05/27/11 | Computerized Legal Research - Westlaw User: FISHER,DANIEL Date: 5/27/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $205.05 |
| 05/31/11 | Duplication - In House Photocopy - User # 990100, NY, 700 page(s) | $70.00 |

Current Expenses                                    $26,511.30