# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## MAY 1, 2011 THROUGH MAY 31, 2011

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 12 years; Admitted in 1989; Financial Restructuring Department | $975 | 12.90 | $12,577.50 |
| David H. Botter | Partner for 10 years; Admitted in 1990; Financial Restructuring Department | $900 | 102.05 | $91,845.00 |
| Paul B. Hewitt | Partner for 28 years; Admitted in 1974; Litigation Department | $795 | 12.00 | $9,540.00 |
| L. Rachael Helyar | Partner for 7 years; Admitted in 1995; Litigation Department | $620 | 21.60 | $13,392.00 |
| Fred S. Hodara | Partner for 22 years; Admitted in 1982; Financial Restructuring Department | $990 | 78.90 | $78,111.00 |
| Karol A. Kepchar | Partner for 10 years; Admitted in 1992; Intellectual Property Department | $700 | 33.00 | $23,100.00 |
| Stephen B. Kuhn | Partner for 11 years; Admitted in 1991; Corporate Department | $790 | 78.00 | $61,620.00 |
| Robert H. Pees | Partner for 15 years; Admitted in 1988; Litigation Department | $805 | 14.70 | $11,833.50 |
| Abid Qureshi | Partner for 4 years; Admitted in 1995; Financial restructuring Department | $790 | 22.40 | $17,696.00 |
| Sarah Link Schultz | Partner for 2 years; Admitted in 2001; Financial Restructuring Department | $700 | 27.60 | $19,320.00 |
| Bruce E. Simonetti | Partner for 7 years; Admitted in 1995; ERISA Department | $795 | 2.30 | $1,828.50 |
| David C. Lee | Senior Counsel for 1 year; Admitted in 1999; Intellectual Property Department | $560 | 1.20 | $672.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Ira L. Rosenblatt | Senior Counsel for 3 years; Admitted in 1997; Corporate Department | $650 | 2.10 | $1,365.00 |
| Kevin M. Rowe | Senior Counsel for 11 years; Admitted in 1985; Tax Department | $690 | 12.00 | $8,280.00 |
| David T. Blonder | Counsel for 3 years; Admitted in 2001; Antitrust & Unfair Competition Department | $560 | 3.90 | $2,184.00 |
| Monica T. Duda | Counsel for 2 years; Admitted in 2002; Litigation Department | $585 | 56.70 | $33,169.50 |
| Tony D. Feuerstein | Counsel for 3 years; Admitted in 2003; Corporate Department | $610 | 11.00 | $6,710.00 |
| Daniel H. Fisher | Counsel for 1 year; Admitted in 2006; Litigation Department | $560 | 37.70 | $21,112.00 |
| Amit Kurlekar | Counsel for 3 years; Admitted in 2002; Litigation Department | $560 | 34.70 | $19,432.00 |
| David C. Vondle | Counsel for 3 years; Admitted in 2003; Intellectual Property Department | $560 | 30.70 | $17,192.00 |
| Graeme D. Bell | International Law Advisor for 3 years; Admitted in 2003; Financial Restructuring Department | $600 | 45.60 | $27,360.00 |
| Antonio R. Delgado | Associate for 2 years; Admitted in 2009; Litigation Department | $510 | 3.80 | $1,938.00 |
| Brad M. Kahn | Associate for 4 years; Admitted in 2008; Financial Restructuring Department | $510 | 175.85 | $89,683.50 |
| Wilson M. Meeks | Associate for 2 years; Admitted in 2008; Litigation Department | $510 | 5.20 | $2,652.00 |
| Alexander Shalaev | Associate for 7 years; Admitted in 2004; International Corporate Transactions Department | $395 | 2.30 | $908.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Joshua Y. Sturm | Associate for 5 years; Admitted in 2007; Financial Restructuring Department | $550 | 59.45 | $32,697.50 |
| Sarah J. Woodell | Associate for 1 year; Admitted in 2010; Financial Restructuring Department | $335 | 27.80 | $9,313.00 |
| Julia P. Cohen | Law Clerk; Second Year Law Student | $325 | 16.10 | $5,232.50 |
| Alexandra R. Caleca | Legal Assistant for 2 years; Financial Restructuring Department | $210 | 1.90 | $399.00 |
| James Ma | Legal Assistant for 12 years; Litigation Department | $235 | 14.90 | $3,501.60 |
| Christine Raphael | Legal Assistant for 3 years; Litigation Department | $225 | 1.70 | $382.50 |
| Francis A. Singer | Legal Assistant for 33 years; Litigation Department | $250 | 1.00 | $250.00 |
| James O. Thompson | Legal Assistant for 27 years; Litigation Department | $215 | 4.40 | $946.00 |

Total Amount of Fees:     $626,244.00
Total Number of Hours:    955.45
Blended Hourly Rate:      $655.44