## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| NORTEL NETWORKS INC., *et al.*, | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Duane D. Werb, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of John C. Weitnauer of Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424, as counsel to Nokia Corporation.

/s/ Duane D. Werb
Duane D. Werb (No. 1042)
WERB & SULLIVAN
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19801
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

#5878
7/6/11

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these proceedings. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund, effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ John C. Weitnauer*
John C. Weitnauer
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

Motion granted.

Date: July 7, 2011

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE