IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
                      Debtors. :
:
:
--------------------------------------------------------- X

## CERTIFICATION OF SERVICE

I, Natasha M. Songonuga, hereby certify as follows:

1.      I am an attorney at law of the State of Delaware and am an associate of Gibbons P.C., the attorneys for Hewlett-Packard Company in the above-captioned jointly administered Chapter 11 cases.

2.      On July 6, 2011, I caused the Supplemental Response of Hewlett Packard-Company to the Debtors' Motions for Orders (I)(A) Authorizing Debtors' Entry into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, (D) Approving the License Rejection Procedures, (E) Approving a Side Agreement, (F) Authorizing the Filing of Certain Documents Under Seal and (G) Setting a Date for the Sale

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Hearing and (II) Authorizing and Approving (A) the Sale of Certain Patents and Related Assets Free and Clear of All Claims and Interests, (B) the Assumption and Assignment of Certain Executory Contracts, (c) the Rejection of Certain Patent Licenses and (D) the License Non-Assignment and Non-Renewal Protections to be electronically filed through the Court's CM/ECF system and served via facsimile on the parties identified on the Service List attached hereto.

I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 7, 2011
Wilmington, DE

**GIBBONS P.C.**

By: /s/ Natasha M. Songonuga
Natasha M. Songonuga, Esq. (Bar No. 5391)
1000 N. West Street, Suite 1200
Wilmington, DE 19801-1058
Telephone: (302) 295-4875
Facsimile: (302) 295-4876
E-mail: nsongonuga@gibbonslaw.com

*Counsel for Hewlett-Packard Company*

**SERVICE LIST**

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York  10006
Fax:   212-225-3999
Attention:  James L. Bromley and
Lisa M. Schweitzer

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York  10019
Fax:   212-403-2000
Attention:  Philip Mindlin
Adam O. Emmerich
Benjamin M. Roth

Akin Gump Strauss Hauer & Feld L.L.P.
One Bryant Park
New York, New York  10036
Fax:   212-872-1002
Attention:  Fred Hodara
Stephen Kuhn
Kenneth Davis

Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, New York  10006
Fax:   212-822-5735
Attention:  Roland Hlawaty

Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
Wilmington, Delaware  19801
Fax:   302-658-3989
Attention:  Derek C. Abbott

Torys LLP
79 Wellington Street West
Suite 3000
Box 270
TD Centre
Toronto, Ontario
M5K 1N2 Canada
Fax:   416-865-7380
Attention:  Michael Rotsztain
Adam Slavens

Richards, Layton & Finger, P.S.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Fax: 302-651-7701
Attention:  Christopher M. Samis

Ogilvy Renault LLP
Royal Bank Plaza
South Tower
Suite 3800
200 Bay Street
Toronto, Ontario
Canada
Fax:   416-216-3930
Attention:  Jennifer Stam

| | |
|---|---|
| Ernst & Young Tower<br>222 Bay Street<br>P.O. Box 251<br>Toronto, Ontario<br>M5K 1J7 Canada<br>Fax:    416-943-3300<br>Attention:  Sharon Hamilton | Goodmans LLP<br>Bay Adelaide Centre<br>333 Bay Street<br>Suite 3400<br>Toronto, Ontario<br>M5H 2S7 Canada<br>Fax:    416-979-1234<br>Attention:  Jay Carfagnini<br>Joseph Pasquariello |
| The Office of the United States Trustee<br>844 King Street<br>Suite 2207<br>Wilmington, Delaware  19801<br>Fax:    302-573-6497<br>Attention:  Patrick Tinker | |