# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 6/1/2011    End Date 6/30/2011

**Enter Billing Rate/Hr:** 490.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | | | |
| 2 | Reviewing operational management of transition services | 11.5 | $490.00 | $5,635.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 210.5 | $490.00 | $103,145.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 11.8 | $490.00 | $5,782.00 |
| 5 | Fee Applications | 7.2 | $490.00 | $3,528.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 29.5 | $245.00 | $7,227.50 |
| | **Hours/Billing Amount for Period:** | **270.5** | | **$125,317.50** |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 6/1/2011 | RTP lease matter review and call to discuss | 3 | 4.0 |
| 6/1/2011 | US estate outlook review; review of update and call | 3 | 3.0 |
| 6/1/2011 | MOR update | 3 | 2.5 |
| 6/1/2011 | Call with HZelbo re allocation | 3 | 0.3 |
| 6/1/2011 | UK pension matter | 3 | 1.0 |
| 6/1/2011 | Retention matters | 2 | 3.0 |
| 6/1/2011 | Preference settlements and responses thereto | 3 | 1.7 |
| 6/1/2011 | Genband matter re sign off and closure | 3 | 1.0 |
| 6/1/2011 | Subsidiary liquidation | 3 | 0.8 |
| 6/1/2011 | Allocation matters | 3 | 0.5 |
| 6/1/2011 | US estate further revisions | 3 | 2.5 |
| 6/2/2011 | Customs matters | 3 | 0.3 |
| 6/2/2011 | Iceberg documents | 3 | 0.5 |
| 6/2/2011 | RTP matter; mark up of document and financial review | 3 | 2.0 |
| 6/2/2011 | Allocation hearing matters | 3 | 2.0 |
| 6/2/2011 | Deferred comp update | 3 | 0.3 |
| 6/2/2011 | CTDI matter | 3 | 2.5 |
| 6/2/2011 | Iceberg documentation | 3 | 1.5 |
| 6/2/2011 | WPB remediation matter | 3 | 1.0 |
| 6/2/2011 | Revised outlook for cash and expense | 3 | 2.0 |
| 6/2/2011 | 4th estate matters | 3 | 2.3 |
| 6/2/2011 | Subsidiary liquidations | 3 | 0.8 |
| 6/3/2011 | Call with Cleary re liquidations of non debtors; review of CALA and Argentina | 3 | 2.2 |
| 6/3/2011 | CTDI mediation | 3 | 1.5 |
| 6/3/2011 | Kapsch closing statement | 3 | 0.3 |
| 6/3/2011 | Iceberg | 3 | 1.5 |
| 6/3/2011 | Genband matter and efforts to close settlement | 3 | 1.5 |
| 6/3/2011 | Call from TPR | 3 | 0.7 |
| 6/3/2011 | 4th estate calculations | 3 | 1.0 |
| 6/5/2011 | Prepare May fee application | 5 | 3.5 |
| 6/5/2011 | Travel to NY | 7 | 4.5 |
| 6/5/2011 | Review of CTDI material | 3 | 2.5 |
| 6/6/2011 | Meetings at Cleary and Morris Nichols re allocation | 3 | 11.0 |
| 6/6/2011 | Travel to Delaware | 7 | 2.5 |
| 6/7/2011 | Attendance at court hearing | 3 | 12.0 |
| 6/7/2011 | Travel from Delaware | 7 | 2.5 |
| 6/8/2011 | Finalize and file May fee application | 5 | 1.2 |
| 6/8/2011 | Review of retention matters | 3 | 2.2 |
| 6/8/2011 | Canada SERP matter | 3 | 2.0 |
| 6/8/2011 | Meetings at Cleary re various matters | 3 | 4.5 |
| 6/9/2011 | Retiree and LTD matter | 3 | 2.0 |
| 6/8/2011 | CTDI mediation prep | 3 | 5.0 |
| 6/9/2011 | Subsidiary liquidations | 3 | 1.5 |
| 6/9/2011 | Allocation matters | 3 | 3.3 |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 6/9/2011 | Iceberg | 3 | 1.0 |
| 6/9/2011 | Inter estate term sheet resolution | 3 | 1.0 |
| 6/9/2011 | CTDI mediation in Delaware | 3 | 8.5 |
| 6/9/2011 | Travel to Delaware for CTDI mediation | 7 | 2.0 |
| 6/9/2011 | Call with UCC re RTP | 4 | 0.8 |
| 6/9/2011 | Travel from Delaware to Phil and return | 7 | 4.5 |
| 6/13/2011 | Call with NBS re interco issues, retention and data matters | 2 | 1.5 |
| 6/13/2011 | Call with Cleary re allocation | 3 | 2.0 |
| 6/14/2011 | Set up quarterly court call | 5 | 0.5 |
| 6/14/2011 | Review of allocation cash and claims; call with Chilmark | 3 | 2.5 |
| 6/14/2011 | Iceberg bid reviews | 3 | 1.5 |
| 6/14/2011 | Lazard Iceberg call | 3 | 1.0 |
| 6/14/2011 | US estate cost allocation among US estate | 3 | 1.0 |
| 6/15/2011 | Call re US estate allocations | 3 | 1.5 |
| 6/15/2011 | Iceberg doc review and call re auction | 3 | 2.5 |
| 6/15/2011 | Data and employee retention | 3 | 1.8 |
| 6/15/2011 | RTP lease | 3 | 1.5 |
| 6/20/2011 | Travel to NY | 7 | 4.5 |
| 6/20/2011 | Review of employee and data retention matters | 3 | 3.0 |
| 6/20/2011 | Retiree committee matters and updates to presentations to committees | 3 | 3.0 |
| 6/20/2011 | Meetings at Cleary re various matters including France, Russia matters, side agreement, allocation, preferences and outstanding litigation | 3 | 10.5 |
| 6/21/2011 | Further meetings at Cleary re 6/20 agenda items, and subsidiary issues, retiree committees , LTD and data retention | 3 | 9.8 |
| 6/22/2011 | Iceberg call | 3 | 0.7 |
| 6/22/2011 | Prepare for creditor meetings re data retention, employee matters, retiree and LTD committees | 4 | 5.5 |
| 6/22/2011 | Meet with bonds and UCC re retiree and LTD committees and data/employee retention | 4 | 5.5 |
| 6/22/2011 | Travel from NY | 7 | 4.5 |
| 6/23/2011 | Subsidiary liquidations status meeting | 3 | 2.3 |
| 6/23/2011 | Billing matters | 5 | 2.0 |
| 6/23/2011 | Iceberg matters | 3 | 1.7 |
| 6/23/2011 | Review cash, 4th estate matters, various preference matters and administrative matters for approval and signature | 2 | 4.0 |
| 6/24/2011 | LTD and retiree matters; review of actuarial numbers | 3 | 2.0 |
| 6/24/2011 | Data retention matters | 2 | 3.0 |
| 6/24/2011 | Claims and preference review and approvals | 3 | 1.5 |
| 6/24/2011 | Iceberg matters | 3 | 3.0 |
| 6/26/2011 | Flight to NY for auction | 7 | 4.5 |
| 6/27/2011 | Attendance at Iceberg auction | 3 | 16.0 |
| 6/28/2011 | Attendance at Iceberg auction | 3 | 16.5 |
| 6/29/2011 | Attendance at Iceberg auction | 3 | 15.5 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 6/30/2011 | Attendance at Iceberg auction | 3 | 12.0 |