# EXHIBIT B

**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

June 1, 2011 through June 30, 2011

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 1,443.30 |
| Travel – Lodging | | 8,248.79 |
| Travel – Meals | | 1,605.21 |
| Travel – Car Service | | 727.42 |
| Travel – Parking | | 233.00 |
| Office supplies, shipping, and other office related expenses | | 64.90 |
| PACER | | - |
| TOTAL | | $ 12,322.62 |

# Nortel Expense Report

**PERIOD:** June 1, 2011 through June 30, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 6/5/2011 | New York Trip - Airfare | $ 275.20 | | | | | | |
| 6/5/2011 | New York Trip - Aircell | | | | | | $ 34.95 | |
| 6/5/2011 | New York Trip - Hotel Room | | $ 525.00 | | | | | |
| 6/5/2011 | New York Trip - Hotel Tax | | $ 80.93 | | | | | |
| 6/6/2011 | New York Trip - Meal | | | $ 16.75 | | | | |
| 6/6/2011 | New York Trip - Hotel Room | | $ 525.00 | | | | | |
| 6/6/2011 | New York Trip - Hotel Tax | | $ 80.93 | | | | | |
| 6/7/2011 | New York Trip - Hotel Room | | $ 525.00 | | | | | |
| 6/7/2011 | New York Trip - Hotel Tax | | $ 80.93 | | | | | |
| 6/8/2011 | New York Trip - Car Service | | | | $ 100.00 | | | |
| 6/8/2011 | New York Trip - Meal | | | $ 48.45 | | | | |
| 6/8/2011 | New York Trip - Hotel Room | | $ 525.00 | | | | | |
| 6/8/2011 | New York Trip - Hotel Tax | | $ 80.93 | | | | | |
| 6/9/2011 | New York Trip - Meal | | | $ 14.15 | | | | |
| 6/9/2011 | New York Trip - Hotel Room | | $ 525.00 | | | | | |
| 6/9/2011 | New York Trip - Hotel Tax | | $ 80.93 | | | | | |
| 6/9/2011 | New York Trip - Meal | | | $ 88.84 | | | | |
| 6/7/2011 | New York Trip - Delaware Hotel | | $ 240.90 | | | | | |
| 6/10/2011 | New York Trip - Parking | | | | | $ 70.00 | | |
| 6/10/2011 | New York Trip - Delaware Hotel | | $ 130.80 | | | | | |
| 6/10/2011 | New York Trip - Return Airfare | $ 181.70 | | | | | | |
| 6/10/2011 | New York Trip - Car Service DE to Phil | | | | $ 114.18 | | | |
| 6/20/2011 | New York Trip - Airfare | $ 275.40 | | | | | | |
| 6/20/2011 | New York Trip - Car Service | | | | $ 100.00 | | | |
| 6/20/2011 | New York Trip - Hotel Room | | $ 525.00 | | | | | |

# Nortel Expense Report

**PERIOD:** June 1, 2011 through June 30, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 6/20/2011 | New York Trip - Hotel Tax | | $ 80.93 | | | | | |
| 6/21/2011 | New York Trip - Meal | | | $ 41.64 | | | | |
| 6/21/2011 | New York Trip - Hotel Room | | $ 525.00 | | | | | |
| 6/21/2011 | New York Trip - Hotel Tax | | $ 80.93 | | | | | |
| 6/22/2011 | New York Trip - Hotel Room | | $ 525.00 | | | | | |
| 6/22/2011 | New York Trip - Hotel Tax | | $ 80.93 | | | | | |
| 6/22/2011 | New York Trip - Meal (Group) | | | $ 525.00 | | | | |
| 6/23/2011 | New York Trip - Parking | | | | | $ 97.00 | | |
| 6/26/2011 | New York Trip - Airfare | $ 224.00 | | | | | | |
| 6/26/2011 | New York Trip - Hotel Room | | $ 525.00 | | | | | |
| 6/26/2011 | New York Trip - Hotel Tax | | $ 80.93 | | | | | |
| 6/26/2011 | New York Trip - Car Service | | | | $ 100.00 | | | |
| 6/26/2011 | New York Trip - Meal | | | $ 13.99 | | | | |
| 6/27/2011 | New York Trip - Hotel Room | | $ 525.00 | | | | | |
| 6/27/2011 | New York Trip - Hotel Tax | | $ 80.93 | | | | | |
| 6/28/2011 | New York Trip - Hotel Room | | $ 525.00 | | | | | |
| 6/28/2011 | New York Trip - Hotel Tax | | $ 80.93 | | | | | |
| 6/29/2011 | New York Trip - Meal w Bromley, Kennedy | | | $ 369.40 | | | | |
| 6/29/2011 | New York Trip - Hotel Room | | $ 525.00 | | | | | |
| 6/29/2011 | New York Trip - Hotel Tax | | $ 80.93 | | | | | |
| 6/30/2011 | New York Trip - Meal w Bromley, Kennedy Switzer, Rosenberg | | | $ 435.82 | | | | |
| 6/30/2011 | New York Trip - Hotel Room | | $ 525.00 | | | | | |
| 6/30/2011 | New York Trip - Hotel Tax | | $ 80.93 | | | | | |
| 7/1/2011 | New York Trip - Meal w MRosenberg | | | $ 51.17 | | | | |
| 7/1/2011 | New York Trip - Return Airfare | $ 487.00 | | | | | | |

# Nortel Expense Report

**PERIOD:** June 1, 2011 through June 30, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 7/1/2011 | New York Trip - Transportation Chi to Mil | | | | $ 313.24 | | | |
| 7/1/2011 | New York Trip - Parking | | | | | $ 66.00 | | |
| 6/30/2011 | Wireless roaming charges | | | | | | $ 29.95 | |