**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | RE: Docket No. 5881 |

**NOTICE PURSUANT TO SECTION 12(D) OF THE CROSS-BORDER
PROTOCOL OF FILING THE AFFIDAVIT OF SERVICE OF
<u>ROBERT FERGUSON OF THE KNOWN LICENSE NOTICE</u>**

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Amended Cross-Border Court-to-Court Protocol approved in the above-captioned cases (Docket No. 990), on July 8, 2011, Ernst & Young Inc., the Monitor and foreign representative of the Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation, in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Proceedings**"), by its undersigned counsel, filed, in the above-captioned cases, the Affidavit of Service of Robert Ferguson of the Known License Notice (the "**Known License Notice Affidavit of Service**").  The Known License Notice Affidavit of Service was previously filed as Appendix E to the Seventy-First Report of the Monitor, dated and filed July 6, 2011 (Docket No. 5881).  A joint hearing is scheduled to be held in the Canadian Proceedings and the above-captioned cases on July 11, 2011.  A copy of the Known License Notice Affidavit of Service, with exhibits thereto withheld as confidential, is annexed hereto as <u>Exhibit A</u>.

| | |
|---|---|
| Dated: July 8, 2011<br>Wilmington, Delaware | **BUCHANAN INGERSOLL & ROONEY PC**<br><br><u>/s/ Mona A. Parikh</u><br>Mary F. Caloway (No. 3059)<br>Mona A. Parikh (No. 4901)<br>1105 North Market Street, Suite 1900<br>Wilmington, Delaware 19801<br>(302) 552-4200 (telephone)<br>(302) 552-4295 (facsimile)<br>mona.parikh@bipc.com |

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

- and -

Ken Coleman
Jessica D. Lubarsky
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York  10020
Telephone (212) 610-6300
Facsimile (212) 610-6399
ken.coleman@allenovery.com
jessica.lubarsky@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor*
*and Foreign Representative of the Canadian Nortel*
*Group*