**<u>EXHIBIT A</u>**

Court File No.  09-CL-7950

*ONTARIO*
*SUPERIOR COURT OF* JUSTICE
(COMMERCIAL LIST)

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

AFFIDAVIT OF SERVICE OF ROBERT FERGUSON
(Joint Notice of Sale and License Agreement)
(sworn May 16, 2011)

I, Robert Ferguson, of the City of Pickering, Province of Ontario, **MAKE OATH**
**AND SAY:**

1.      I am a Manager at Ernst & Young Inc., the Court-appointed monitor (the "**Monitor**")

of Nortel Networks Corporation *et al.*, (collectively, the "**Applicants**") in their proceedings

under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, and as such, have

knowledge of the matters hereinafter deposed to.

2.      On May 6, 2011, I caused the Known License Notice (as defined in the Certain

Patents and other Assets Bidding Procedures Order granted by the Ontario Superior Court of

Justice on May 2, 2011), including all applicable schedules and exhibits, to be served on the

parties listed on Exhibit "A" hereto, by sending copies by FedEx, a courier, to the

corresponding address of those parties as listed on Exhibit "A" hereto.

3.      On May 6, 2011, I caused the Known License Notice, including all applicable

schedules and exhibits, to be served on the parties listed on Exhibit "B" hereto by sending

copies by registered mail to the corresponding address of those parties as listed on Exhibit "B" hereto.

4.      On May 11, 2011, I caused the Known License Notice, including all applicable schedules and exhibits, to be served on the parties listed on Exhibit "C" hereto by sending copies by FedEx, a courier, to the corresponding address of those parties as listed on Exhibit "C" hereto.

5.      On May 16, 2011, I caused the Known License Notice, including all applicable schedules and exhibits, to be served on the parties listed on Exhibit "D" hereto by sending copies by FedEx, a courier, to the corresponding address of those parties as listed on Exhibit "D" hereto.

SWORN BEFORE ME at the City of
Toronto, on May 16, 2011.

_____                    _____
Commissioner for taking affidavits                    ROBERT FERGUSON

JEFFREY DANIEL KERBEL, a Commissioner, etc.,
City of Toronto, for Ernst & Young Inc.
Trustee in Bankruptcy.
Expires May 13, 2014.

IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL
NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS
GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND
NORTEL NETWORKS TECHNOLOGY CORPORATION

Court File No: 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

Proceeding commenced at Toronto

**AFFIDAVIT OF SERVICE OF**
**ROBERT FERGUSON**
(Joint Notice of Sale and License Agreement)
(sworn May 16, 2011)

**GOODMANS LLP**
Barristers & Solicitors
Bay Adelaide Centre, 333 Bay Street
Toronto, Canada M5H 2S7
Jay A. Carfagnini (LSUC: 222936)
Joseph Pasquariello (LSUC: 37389C)
Christopher G. Armstrong (LSUC: 55148B)

Tel: 416.979.2211
Fax: 416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

DOCSTOR: 2176785\1

EXHIBIT "A" REFERRED TO IN THE AFFIDAVIT OF ROBERT FERGUSON
[CONFIDENTIAL]

EXHIBIT "B" REFERRED TO IN THE AFFIDAVIT OF ROBERT FERGUSON
[CONFIDENTIAL]

EXHIBIT "C" REFERRED TO IN THE AFFIDAVIT OF ROBERT FERGUSON
[CONFIDENTIAL]

EXHIBIT "D" REFERRED TO IN THE AFFIDAVIT OF ROBERT FERGUSON
[CONFIDENTIAL]