## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Nortel Networks, Inc., *et al.,* | : | Case No. 09-10138 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE (MARCIA L. GOLDSTEIN)

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Marcia L. Goldstein, Esquire of Weil, Gotshal & Manges LLP, to represent Apple, Inc., in this case.

Dated: July 8, 2011

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**

By: /s/ Sanjay Bhatnagar
    Sanjay Bhatnagar (No. 4829)
    500 Delaware Avenue, Suite 1410
    Wilmington, DE 19801
    Telephone: (302) 652-3131
    Facsimile: (302) 652-3117

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the U.S. District Courts for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Second, Fifth, Seventh and Ninth Circuits and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

/s/ Marcia L. Goldstein
Marcia L. Goldstein, Esquire
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8214
Facsimile: (212) 735-4919
marcia.goldstein@weil.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: July _____, 2011

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE