IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks, Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Related Docket Nos. 5202 and 5655** |

**NOTICE OF WITHDRAWAL OF OBJECTION OF EADS SECURE
NETWORKS S.A.S. TO DEBTORS' MOTION FOR AUTHORITY TO
CONVEY SUBSTANTIALLY ALL OF THE DEBTORS' RESIDUAL
PATENTS AND RELATED ASSETS FREE AND CLEAR OF INTERESTS**

**PLEASE TAKE NOTICE** that EADS Secure Networks S.A.S. hereby withdraws its *Objection of EADS Secure Networks S.A.A. to Debtors' Motion for Authority to Convey Substantially All of the Debtors' Residual Patents and Related Assets Free and Clear of Interests* (the "EADS Objection") [Docket No. 5655].

**PLEASE TAKE FURTHER NOTICE** that the withdrawal of the EADS Objection is a result of (i) the statement in Exhibit B of the *Debtors' Reply in Further Support of Their Motion for an Order Approving (a) the Sale of Certain Patents and Related Assets Free and Clear of All Claims and Interests, (b) the Rejection of Certain Patent Licenses, (c) the License Non-Assignment and Non-Renewal Protections and Seeking Related Relief* [Docket No. 5886] that "[t]he one contract listed in EADS' objection and election is included on Section 2.1.1(a) of the Sellers Disclosure Schedule and (ii) the representations of counsel contained in the letter

---

[1] The debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. (collectively, the "Debtors").

attached hereto as Exhibit A.

Date:   July 8, 2011
       Wilmington, Delaware

SULLIVAN • HAZELTINE • ALLINSON LLC

*[signature]*

William A. Hazeltine (No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: whazeltine@sha-llc.com

*Attorneys for EADS Secure Networks S.A.S.*

# EXHIBIT A

**NORTON ROSE**

Barristers & Solicitors / Patent & Trade-mark Agents

July 7, 2011

**Sent By E-mail**

EADS Secure Networks S.A.S.
c/o Sullivan Hazeltine Allinson LLC
901 North Market Street, Suite 1300
Wilmington, Delaware
19801

**Attention: William Hazeltine**

Norton Rose OR LLP
Royal Bank Plaza, South Tower, Suite 3800
200 Bay Street, P.O. Box 84
Toronto, Ontario  M5J 2Z4  CANADA

F: +1 416.216.3930
**nortonrose.com**

On June 1, 2011, Ogilvy Renault joined Norton Rose Group.

Your reference

Our reference
01007946-0077

Direct line
416.216.2327

Email
jennifer.stam@nortonrose.com

Dear Sir:

**RE:** Nortel Networks Limited, et. al.: Canadian Court File No. 09-CL-7950 (the "Canadian Proceedings")

**AND RE:** Nortel Networks Inc., et. al.: US Case Number 09-10138 (KG) (the "U.S. Proceedings")

**AND RE:** Certain Canadian and US License Rejection Procedures pursuant to Orders of the Ontario Superior Court of Justice and the United States Bankruptcy Court for the District of Delaware both made on May 2, 2011 in the Canadian Proceedings and the U.S. Proceedings (collectively, the "License Rejection Procedures")

**AND RE:** Sale of Nortel Residual IP to Rockstar Bidco, LP ("Rockstar" or the "Purchaser") pursuant to an Asset Sale Agreement dated as of June 30, 2011 among Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Inc. and the other Sellers identified therein, as sellers and Rockstar, as purchaser (the "Sale Agreement")

We refer to your objection filed on May 31, 2011 in connection with the U.S. Proceedings (the "**Objection**"). This letter amends and restates our letter to you dated July 5, 2011.

As you may be aware, the Sellers have entered into the Sale Agreement with Rockstar as a result of an Auction held from June 27, 2011 to June 30, 2011.

The Sellers and Rockstar have agreed to a number of terms in the Sale Agreement or related transaction documents that we believe address your objection, which are outlined below. Capitalized terms used herein and not otherwise defined shall have the meaning given to them in the Sale Agreement.

Your Objection references the following agreement (the "**License Agreement**"):

DOCSTOR: 2214147\1

Norton Rose OR LLP is a limited liability partnership established in Canada. Norton Rose OR LLP together with Norton Rose LLP, Norton Rose Australia, Norton Rose South Africa (incorporated as Deneys Reitz Inc) and their respective affiliates constitute Norton Rose Group, an international legal practice with offices worldwide, details of which, with certain regulatory information, are at nortonrose.com.

Peter Miscevich
July 7, 2011



- Intellectual Property Transfer and License Agreement dated May 30, 2000 by and among Matra Nortel Communications S.A.S., Nortel Networks Limited and Arcycom S.A. (n/k/a EADS Defence Security Networks)

Pursuant to Section 2.1.1(a) of the Sale Agreement, the Assets will be sold to the Purchaser subject to known outbound and cross patent licenses to the Assets granted prior to the signing of the Sale Agreement and appearing on Disclosure Schedule 2.1.1(a) to the Sale Agreement (the "**Known Licenses**"). We can confirm that the License Agreement appears on Disclosure Schedule 2.1.1(a) and that it will not be removed. We have confirmed this with the Purchaser.

We would also like to inquire as to the position of EADS on the other matters raised in its objections dated May 31, 2011 and June 13, 2011. We believe that those matters are as follows:

(i) *It is not clear to EADS whether the US Debtors are attempting to reject the License Agreement pursuant to Section 365(b) of the United States Bankruptcy Code.*

Nortel Networks Limited is a party to the License Agreement. Nortel Networks Limited is not a US Debtor under Chapter 11 of the U.S. Bankruptcy Code (the "**Bankruptcy Code**"), but is a Canadian Debtor under the *Companies' Creditors Arrangement Act* (Canada). Given our confirmation above that the Agreement is listed on the Disclosure Schedule, we do not believe that the laws relating to rejection in either jurisdiction are relevant. However, to the extent that you believe that you have an objection, you should have filed a timely objection within the Canadian Proceedings.

(ii) *EADS is the owner of the EADS Assigned Rights.*

If you have concerns that specific patents have been transferred to EADS by Nortel in the past, please identify them and we will respond to you. We believe any of the assets being sold are, in aggregate, property or rights of the Sellers.

(iii) *The patents cannot be sold free and clear of the "EADS IP Rights", which encompass the EADS Assigned Rights and the EADS Licensed Rights.*

We believe that both of these categories of claimed rights are adequately dealt with by items (i) and (ii) above. We also note that any reliance upon Section 365(n)(1)(b) of the Bankruptcy Code is misplaced in the current circumstances where the agreement in question was entered into with Nortel Networks Limited and will be dealt with in the Canadian court under the provisions of the *Companies' Creditors Arrangement Act (Canada)*. The same is the case for the reliance of EADS upon section 363(e) and 363(p) of the Bankruptcy Code.

In our view, the foregoing should completely resolve the EADS objections. Please confirm that you will withdraw your objection no later than **5pm (EST) on July 7, 2011**.

We must emphasize Nortel's view that the EADS objections should have been filed under the Canadian license objection process and should be dealt with in the Canadian court. Nortel reserves all of its rights in this regard.

DOCSTOR: 2214147\1

2

Peter Miscevich
July 7, 2011



If you require any further information, please contact the undersigned.

Yours very truly,

Jennifer Stam

JS/ls

Copy to:  Evan Cobb, Norton Rose OR LLP
Lisa Schweitzer, Cleary Gottlieb Steen & Hamilton LLP
Emily Bussigel, Cleary Gottlieb Steen & Hamilton LLP
Joe Pasquariello, Goodmans LLP
Chris Armstrong, Goodmans LLP
Ray Lemisch, Benesch, Friedlander, Coplan & Aronoff LLP
Elizabeth Pillon (Stikeman Elliott LLP)
Ronit Berkovich (Weil, Gotshal & Manges LLP)
Marc Flynn (Blake, Cassels and Graydon LLP)
Diane Meyers (Paul, Weiss, Rifkind, Wharton & Garrison LLP)
Kyla Mahar (Thornton Grout Finnagan LLP)

DOCSTOR: 2214147\1

3