IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Nortel Networks, Inc., *et al.*, | : | Case No. 09-10138 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE (RONIT J. BERKOVICH)

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Ronit J. Berkovich, Esquire of Weil, Gotshal & Manges LLP, to represent Apple, Inc. in this case.

Dated: July 8, 2011

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**

By: */s/ Sanjay Bhatnagar*
Sanjay Bhatnagar (No. 4829)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and the U.S. District Courts for the Southern and Eastern Districts of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

*/s/ Ronit J. Berkovich*
Ronit J. Berkovich, Esquire
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8534
Facsimile: (212) 310-8007
ronit.berkovich@weil.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: July 8, 2011

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE