# **CERTIFICATE OF SERVICE**

    I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Seventeenth Supplemental Declaration Of James L. Bromley In Support Of Application Authorizing Employment And Retention Of Cleary Gottlieb Steen & Hamilton LLP As Counsel For Debtors And Debtors In Possession** was caused to be made on July 8, 2011, in the manner indicated upon the entities identified below.

Dated: July 8, 2011

                       */s/ Ann C. Cordo*
                       Ann C. Cordo (No. 4817)

4356661.2