IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- X
:
*In re* :
: Chapter 11
:
Nortel Networks Inc., *et al.,* :
: Case No. 09-10138 (KG)
:
:
Debtors. : Jointly Administered
:
:
: **RE:  Docket No. 5614**
:
:
------------------------------------------------------- X

**WITHDRAWAL OF RESPONSE OF HITACHI, LTD.
TO JOINT NOTICE OF (I) SALE OF PATENTS SUBJECT TO CERTAIN PATENT
LICENSES AND (II) REJECTION OF CERTAIN PATENT LICENSES, AND
<u>NOTICE OF ELECTION</u>**

Hitachi, Ltd. hereby withdraws the Response Of Hitachi, Ltd. To Joint Notice Of (I) Sale Of Patents Subject To Certain Patent Licenses And (II) Rejection Of Certain Patent Licenses And Notice Of Election, filed on June 6, 2011 [D.I. 5614].

Dated:  July 9, 2011
Wilmington, Delaware                    PEPPER HAMILTON LLP


By:  /s/ David M. Fournier
David M. Fournier (DE No. 2812)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19801-1709
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390
fournierd@pepperlaw.com

     -AND-

#14530620 v1

2

        MORRISON & FOERSTER LLP
        G. Larry Engel
        Pamela Pasti
        Kristin A. Hiensch
        425 Market Street
        San Francisco, CA  94105-2482
        Telephone:  (415) 268-6126
        Facsimile:  (415) 268-7522
        lengel@mofo.com
        ppasti@mofo.com
        khiensch@mofo.com

        *Counsel to Hitachi, Ltd.*