## CERTIFICATE OF SERVICE

I, David M. Fournier, hereby certify that on the 9th day of July, 2011, I caused the foregoing **Withdrawal of Response of Hitachi, Ltd. to Joint Notice of (I) Sale of Patents Subject to Certain Patent Licenses and (II) Rejection of Certain Patent Licenses, and Notice of Election** to be served upon the parties on the attached list in the manner indicated.

   /s/ David M. Fournier
David M. Fournier (DE No. 2812)

#14374437 v2

James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
**First-Class Mail**

Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Ann C. Cordo, Esq.
Alissa T. Gazze, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801
**First Class Mail**

Jennifer Stam, Esq.
Ogilvy Renault LLP
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 251
Toronto, ON M5J 2Z4
**First-Class Mail**

Philip Mindlin, Esq.
Adam O. Emmerich, Esq.
Benjamin M. Roth, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
**First-Class Mail**

Michael Rotsztain, Esq.
Adam Slavens, Esq.
Torys LLP
79 Wellington Street West
Suite 3000
Box 270, TD Centre
Toronto, ON M5K 1N2
**First-Class Mail**

Fred Hodara, Esq.
Stephen Kuhn, Esq.
Kenneth Davis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
**First-Class Mail**

Christopher M. Samis, Esq.
Richards Layton & Finer, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
**First Class Mail**

Roland Hlawaty, Esq.
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10006
**First-Class Mail**

#14374437 v2

Sharon Hamilton, Esq.  
Ernst & Young Tower  
222 Bay Street  
P.O. Box 251  
Toronto, ON M5K 1J7  
**First-Class Mail**

Jay Carganini, Esq.  
Joseph Pasquariello, Esq.  
Goodmans LLP  
Bay Adelaide Centre  
333 Bay Street  
Suite 3400  
Toronto, ON M5H 2S7  
**First-Class Mail**

Pat Tinker, Esq.  
Office of the United States Trustee  
844 King Street, Room 2207  
Wilmington, DE 19801  
**First-Class Mail**

#14374437 v2