IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*, : Case No. 09-10138 (KG)
:
              Debtors. : Jointly Administered
:
: **RE: DI 5894**
:
------------------------------------------------------- :

## NOTICE OF WITHDRAWAL OF OBJECTION TO SALE

**PLEASE TAKE NOTICE** that Lenovo (Singapore) Pte. Ltd., by and through its undersigned counsel, hereby withdraws its *Conditional Notice of Election, Pursuant to 11 U.S.C. § 365(n)(1)(B) to Retain Intellectual Property Rights Licensed to Lenovo by the Debtors; and Conditional Limited Objection to Motion for Sale of Debtors' Assets Free and Clear of Liens, Claims and Encumbrances and Joint Notice of (I) Sale of Patents Subject to Certain Patent Licenses and (II) Rejection of Certain Patent Licenses* [DI 5894].

    Dated: July 10, 2011

                                                /s/ Christopher D. Loizides
                                                Christopher D. Loizides (No. 3968)
                                                LOIZIDES, P.A
                                                1225 King Street, Suite 800
                                                Wilmington, DE 19801
                                                Telephone: (302) 654-0248
                                                Facsimile: (302) 654-0728
                                                Email:  loizides@loizides.com

                                                *Counsel for Lenovo (Singapore) Pte. Ltd.*