## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
                                                           :
In re                                                      :      Chapter 11
                                                           :
Nortel Networks Inc., *et al.*,[1]                         :      Case No. 09-10138 (KG)
                                                           :
                                       Debtors.            :      Jointly Administered
                                                           :
-----------------------------------------------------------X

### NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JULY 11, 2011 AT 9:30 A.M. (EASTERN TIME)

**CONTINUED/RESOLVED/WITHDRAWN MATTERS:**

1.      Motion of ACS Cable Systems, Inc. for Allowance and Immediate Payment of Administrative Claim (D.I. 2857, Filed 4/12/10).

        Objection Deadline:  May 5, 2011 at 4:00 p.m. (ET)

        Responses Received:  None.

        Related Pleading:

        (a)     Withdrawal of Motion of ACS Cable Systems, Inc. Allowance and Immediate Payment of Administrative Claim (D.I. 5889, Filed 7/6/11).

        Status: ACS Cable Systems, Inc. has withdrawn their motion.

2.      Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 3942, Filed 9/14/10).

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).   Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]     **Modifications of the Notice of Agenda of Matters are indicated in bold type face.**

Objection Deadline:  October 7, 2010 at 4:00 p.m. (ET), extended for Amphenol Corporation and its affiliates until July 15, 2011.

Remaining Response Received:

(a)     Response Of Unisys Corporation To Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) Filed by Unisys Corporation (D.I. 4106, Filed 10/7/10).

Related Pleading:

(a)     Order Granting Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 4163, Filed 10/14/10).

Status:  The hearing with respect to the objections to Claim Nos. 5500, 5501, 5502, 5504, 5505 and 5506 filed by Amphenol Corporation and its affiliates has been adjourned to the hearing scheduled for July 26, 2011 at 9:30 a.m. (ET). The hearing with respect to the response filed by Unisys Corporation has been adjourned to the hearing scheduled for July 26, 2011 at 9:30 a.m. (ET).

3.     Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4126, Filed 10/8/10).

Objection Deadline:  October 25, 2010 at 4:00 p.m. (ET).  Extended for Boyd and Tandberg to October 29, 2010 at 4:00 p.m. (ET).  Extended for Red Hat to November 1, 2010 at 4:00 p.m. (ET).  Extended for GE Fanuc to August 23, 2011 at 4:00 p.m. (ET).

Remaining Responses Received:

(a)     Response To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims), Filed by Commonwealth of Virginia, Department of Taxation (D.I. 4187, Filed 10/22/10); and

(b)     Response Of Electro Rent Corporation To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis

2

503(b)(9) Claims) (D.I. 4232, Filed 11/1/10).

Related Pleadings:

(a)     Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4256, Filed 11/8/10); and

(b)     First Supplemental Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claim, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4403, Filed 11/23/10).

Status:  The hearing with respect to the objection to Claim No. 7077 filed by GE Fanuc has been adjourned to the hearing scheduled for September 6, 2011 at 10:00 a.m. (ET). The hearing with respect to the response filed by the Commonwealth of Virginia, Department of Taxation has been adjourned to the hearing scheduled for July 26, 2011 at 9:30 a.m. (ET).

4.     Motion Of Eltek Valere, Inc. To Permit Filing Of Late Claim (D.I. 4626, Filed 12/17/10).

Objection Deadline:  January 5, 2011 at 4:00 p.m. (ET). Extended to July 19, 2011 at 4:00 p.m. (ET) for Nortel.

Responses Received:  None at this time.

Related Pleadings:  None.

Status:  The hearing on this matter has been adjourned to the hearing scheduled for July 26, 2011 at 9:30 a.m. (ET).

5.     Debtors' Eighteenth Omnibus Objection (Substantive) to Certain Claims (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 4842, Filed 2/4/11).

Objection Deadline:  February 23, 2011 at 4:00 p.m. (ET)

Response Received:

(a)     Claimant Ritz-Carlton Hotel Company, LLC's Reponses to Objection to its Claims (D.I. 4973, Filed 2/23/11).

Related Pleading:

(a)     Order Granting Debtors' Eighteenth Omnibus Objection (Substantive) to Certain Claims (No Liability Claims, Reduce and Allow Claims, Redundant Claims,

3

Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 5089, Entered 3/9/11).

Status: The hearing with respect to the response filed by Ritz-Carlton Hotel Company, has been adjourned to the hearing scheduled for July 26, 2011 at 9:30 a.m. (ET).

6.    Motion for Entry of an Order Authorizing Microsoft Corporation to File Under Seal Portions of Sale Objection and Exhibit Thereto (D.I. 5662, Filed 6/13/11).

Objection Deadline:  June 23, 2011 at 4:00 p.m. (ET)

Responses Received:  None.

Related Pleading:

(a)    Notice of Withdrawal of Motion for Entry of an Order Authorizing Microsoft Corporation to File Under Seal Portions of Sale Objection and Exhibit Thereto (D.I. 5561, Filed 7/1/11).

Status: Microsoft Corporation has withdrawn their motion.

**UNCONTESTED MATTERS GOING FORWARD:**

7.    Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 5341, Filed 4/28/11).

Objection Deadline:  May 24, 2011 at 4:00 p.m. (ET). Extended to June 7, 2011 at 4:00 p.m. (ET) for Hunton & Williams LLP and Securitas Security Services USA.

Responses Received:

(a)    Response of Corning Incorporated to Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 5410, Filed 5/11/11); and

(b)    Response of Receivable Management Services Corporation to the Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 5476, Filed 5/24/11).

Related Pleadings:

(a)    Order Granting Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 5623, Entered 6/7/11); and

(b)    First Supplemental Order Granting Debtors' Nineteenth Omnibus Objection (Substantive) To Certain Claims And (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 5782, Filed 6/21/11).

Status:  The hearing with respect to Claim No. 999 filed by Securitas Security Services USA will go forward, and the Debtors will hand up a supplemental order with respect to this claim. The hearing with respect to the response filed by Corning Incorporated has been adjourned to the hearing scheduled for July 26, 2011 at 9:30 a.m. (ET). The hearing with respect to the response filed by Receivable Management Services Corporation has been adjourned to the hearing scheduled for July 26, 2011 at 9:30 a.m. (ET).

8.    Debtors' Motion for Entry of an Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 5343, Filed 4/28/11).

Objection Deadline:  May 24, 2011 at 4:00 p.m. (ET). Extended to June 28, 2011 at 4:00 p.m. (ET) for Alternative Communications International Ltd.  Extended to July 15, 2011 at 4:00 p.m. (ET) for BT Americas, Inc.

Responses Received:

(a)    Informal response from Metia Solutions;

(b)    Informal response from BT Americas, Inc.

Related Pleading:

(a)    Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 5625, Entered 6/7/11).

Status: The hearing with respect to Claim No. 2192 filed by Alternative Communications International LTD will go forward, and the Debtors will hand up a supplemental objection with respect to this claim. The hearing with respect to Claim No. 3007 filed by BT Americas, Inc. has been adjourned to the hearing scheduled for July 26, 2011 at 9:30 a.m. (ET).

## CONTESTED MATTERS GOING FORWARD:

9.    Debtors' Motion for Orders (I)(A) Authorizing Debtors' Entry into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving the Notice Procedures and the Assumption and Assignment

Procedures, (D) Approving the License Rejection Procedures, (E) Approving a Side Agreement, (F) Authorizing the Filing or Certain Documents Under Seal and (G) Setting a Date for the Sale Hearing and (II) Authorizing and Approving (A) the Sale of Certain Patents and Related Assets Free and Clear of All Claims and Interests, (B) the Assumption and Assignment of Certain Executory Contracts, (C) the Rejection of Certain Patent Licenses and (D) the License Non-Assignment and Non-Renewal Protections (D.I. 5202, Filed 4/4/11).

General Objection Deadline:  June 13, 2011 at 4:00 p.m. (ET).

License Rejection Objection Deadline:  May 31, 2011 at 4:00 p.m. (ET), extended for 3M, AT&T, ARRIS Group, Inc., Broadcom Corporation, Hitachi, Ltd., IBM, Motorola, Inc., Qwest Corporation, Ricoh Company Limited and Verizon Communications, Inc. to June 6, 2011 at 4:00 p.m. (ET).

Notice of Election Deadline:  June 6, 2011at 4:00 p.m. (ET).

Supplemental Objection Deadline: July 6, 2011 at 5:00 p.m. (ET).

Responses Received:

(a)     Objection of EADS Secure Networks S.A.S. to Rejection of Intellectual Property Transfer and License Agreement (D.I. 5513, Filed 5/31/11);

(b)     Response of Hewlett-Packard Company to Joint Notice of (I) Sale of Patents Subject to Certain Patent Licenses and (II) Rejection of Certain Patent Licenses (D.I. 5525, Filed 5/31/11);

(c)     Nokia Corporation's Objection to Rejection of Unknown Licenses (D.I. 5526, Filed 5/31/11);

(d)     AT&T's Notice of Election Pursuant to Section 365(n) of the Bankruptcy Code in Connection with the Rejection of AT&T's Contracts (D.I. 5584, Filed 6/3/11);

(e)     AT&T's Objection to the Rejection of AT&T's Contracts (D.I. 5585, Filed 6/3/11);

(f)     Broadcom Corporation's Notice of Election Under Bankruptcy Code Section 365(n) (D.I. 5587, Filed 6/3/11);

(g)     Notice of Intent of Hewlett-Packard Company to Retain its Rights Under Rejected License Agreements (D.I. 5600, Filed 6/6/11);

(h)     Election of EADS Secure Networks S.A.S. to Retain Licenses Rights Pursuant to Section 365(n)(1)(B) of the Bankruptcy Code (D.I. 5607, Filed 6/6/11);

(i)     Notice of Intent to Retain Rights Under 11 U.S.C. §365(n), Filed by Nokia Corporation (D.I. 5610; Filed 6/6/11);

4368374.7

(j)    Notice of Election of International Business Machine Corporation Pursuant to Bankruptcy Code Section 365(n) (D.I. 5612, Filed 6/6/11);

(k)    Objection by Verizon Communications Inc. and its Affiliates to any Proposed Rejection of Patent Licenses, and Conditional Notice of Election, Pursuant to 11 U.S.C. § 365(n)(1)(B), to Retain Intellectual Property Rights Licensed to Verizon by the Debtors (D.I. 5613, Filed 6/6/11);

(l)    Response of Hitachi, Ltd. to Joint Notice of (I) Sale of Patents Subject to Certain Patent Licenses and (II) Rejection of Certain Patent Licenses, and Notice of Election (D.I. 5614, Filed 6/6/11);

(m)   Limited Objection of Motorola, Inc. to Debtors' Motion for Orders (I)(A) Authorizing Debtors' Entry into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedure and Bid Protections, (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, (D) Approving the License Rejection Procedures, (E) Approving a Side Agreement, (F) Authorizing the Filing of Certain Documents Under Seal and (G) Setting a Date for the Sale Hearing and (II) Authorizing and Approving (A) the Sale of Certain Patent and Related Assets Free and Clear of All Claims and Interests, (B) the Assumption and Assignment of Certain Executory Contracts, (C) the Rejection of Certain Patent Licenses and (D) the License Non-Assignment and Non-Renewal Protections, and Notice of Election of Section 365(n)(1)(B) Rights (D.I. 5616, Filed 6/6/11);

(n)    Objection of Qwest Corporation, Qwest Communications Company, LLC, and Embarq Management Company to Proposed Rejection of any Contracts (D.I. 5617, Filed 6/6/11);

(o)    Notice of Election of Qwest Corporation, Qwest Communications Company, LLC, and Embarq Management Company with Respect to Rejection of any Contracts (D.I. 5618, Filed 6/6/11);

(p)    Objection and Reservation of Rights of Thomas & Betts Manufacturing, Inc. and its Affiliates to any Proposed Rejection of Patent or other Licenses, and Conditional Notice of Election to Retain Intellectual Property Rights Licensed to Thomas & Betts Manufacturing, Inc., or its Affiliates, Pursuant to 11 U.S.C. § 365(n)(1)(B) (D.I. 5619, Filed 6/6/11);

(q)    Limited Objection of Motorola Mobility Inc. to Debtors' Motion for Order Authorizing and Approving the Sale of Certain Patents and Related Assets Free and Clear of All Claims and Interests (D.I. 5651, Filed 6/13/2011);

(r)    Reservation of Rights by Oracle America, Inc. Regarding the Debtors' Motion for Orders (I)(A) Authorizing Debtors' Entry into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedure and Bid Protections, (C) Approving he Notice Procedures and the Assumption and

4368374.7

Assignment Procedures, (D) Approving the License Rejection Procedures, (E) Approving a Side Agreement, (F) Authorizing the Filing of Certain Documents Under Seal and (G) Setting a Date for the Sale Hearing and (II) Authorizing and Approving (A) the Sale of Certain Patent and Related Assets Free and Clear of All Claims and Interests, (B) the Assumption and Assignment of Certain Executory Contracts, (C) the Rejection of Certain Patent Licenses and (D) the License Non-Assignment and Non-Renewal Protections (D.I. 5652, Filed 6/13/11);

(s)     Response of Hewlett-Packard Company to Debtors Motion for Orders (i)(a) Authorizing Debtors Entry into the Stalking Horse Asset Sale Agreement, (b) Authorizing and Approving the Bidding Procedures and Bid Protections, (c) Approving the Notice Procedures and the Assumption and Assignment Procedures, (d) Approving the License Rejection Procedures, (e) Approving a Side Agreement, (f) Authorizing the Filing of Certain Documents Under Seal and (g) Setting a Date For Sale Hearing and (ii) Authorizing and Approving (a) the Sale of Certain Patents and Related Assets Free and Clear of all Claims and Interests, (b) the Assumption and Assignment of Certain Executory Contracts, (c) the Rejection of Certain Patent Licenses and (d) the License Non-Assignment and Non-Renewal Protections (D.I. 5654, Filed 6/13/11);

(t)     Objection of EADS Secure Networks S.A.S. to Debtors' Motion for Authority to Convey Substantially All of the Debtors' Residual Patents and Related Assets Free and Clear of Interests (D.I. 5655, Filed 6/13/11);

(u)     Limited Objection of AT&T to Sale of Patents Free and Clear of All Claims and Interests (D.I. 5658, Filed 6/13/11);

(v)     Limited Objection of Microsoft Corporation to Motion of Debtors to Sell Certain Patents and Related Assets Free and Clear of All Claims and Interest and Related Relief (D.I. 5664, Filed 6/13/11);

(w)     Nokia Corporation's Objection to Sale Free and Clear of Debtors' SSO Commitments (D.I. 5665, Filed 6/13/11);

(x)     Joinder of Verizon Communications Inc. and its Affiliates in AT&T's Limited Objection to Sale of Patents Free and Clear of All Claims and Interests (D.I. 5668, Filed 6/13/11);

(y)     Objection of Qwest Corporation, on Behalf of Itself and all of Its Affiliates, to Debtors Motion for Orders (i) (a) Authorizing Debtors Entry into the Stalking Horse Asset Sale Agreement, (b) Authorizing and Approving the Bidding Procedures and Bid Protections, (c) Approving the Notice Procedures and the Assumption and Assignment Procedures, (d) Approving the License Rejection Procedures, (e) Approving a Side Agreement, (f) Authorizing the Filing of Certain Documents Under Seal and (g) Setting a Date for the Hearing and; (ii) Authorizing and Approving (a) the Sale of Certain Patents and Related Assets Free and Clear of all Claims and Interests (b) the Assumption and Assignment of

4368374.7

Certain Executory Contracts, (c) the Rejection of Certain Patent Licenses and (d) the License Non-Assignment and Non-Renewal Protections (D.I. 5677, Filed 6/13/11);

(z)     Joinder of Sprint Nextel Corporation in AT&T's Limited Objection to Sale of Patents Free and Clear of All Claims and Interests (D.I. 5687, Filed 6/13/11);

(aa)    Objection of the Institute of Electrical and Electronics Engineers, Inc. to Sale Free and Clear of Debtors' SSO Commitments (D.I. 5816, Filed 6/27/11);

(bb)    Amended Response of Hewlett-Packard Company to Debtors Motion for Orders (i)(a) Authorizing Debtors Entry into the Stalking Horse Asset Sale Agreement, (b) Authorizing and Approving the Bidding Procedures and Bid Protections, (c) Approving the Notice Procedures and the Assumption and Assignment Procedures, (d) Approving the License Rejection Procedures, (e) Approving a Side Agreement, (f) Authorizing the Filing of Certain Documents Under Seal and (g) Setting a Date For Sale Hearing and (ii) Authorizing and Approving (a) the Sale of Certain Patents and Related Assets Free and Clear of all Claims and Interests, (b) the Assumption and Assignment of Certain Executory Contracts, (c) the Rejection of Certain Patent Licenses and (d) the License Non-Assignment and Non-Renewal Protections (D.I. 5828, Filed 6/30/11);

(cc)    Amended Response of Hewlett-Packard Company to Joint Notice of (I) Sale of Patents Subject to Certain Patent Licenses and (II) Rejection of Certain Patent Licenses (D.I. 5829, Filed 6/30/11);

(dd)    Supplemental Response of Hewlett-Packard Company to Debtors Motion for Orders (i)(a) Authorizing Debtors Entry into the Stalking Horse Asset Sale Agreement, (b) Authorizing and Approving the Bidding Procedures and Bid Protections, (c) Approving the Notice Procedures and the Assumption and Assignment Procedures, (d) Approving the License Rejection Procedures, (e) Approving a Side Agreement, (f) Authorizing the Filing of Certain Documents Under Seal and (g) Setting a Date For Sale Hearing and (ii) Authorizing and Approving (a) the Sale of Certain Patents and Related Assets Free and Clear of all Claims and Interests, (b) the Assumption and Assignment of Certain Executory Contracts, (c) the Rejection of Certain Patent Licenses and (d) the License Non-Assignment and Non-Renewal Protections (D.I. 5888; Filed 7/6/11);

(ee)    Conditional Notice of Election to Retain Intellectual Property Rights Licensed to Lenovo by the Debtors Pursuant to 11 U.S.C. Section 365(n)(1)(B); and Conditional Limited Objection to Motion for Sale of Debtors' Assets Free and Clear of Liens, Claims and Encumbrances and Joint Notice of (I) Sale of Patents Subject to Certain Patent Licenses and (II) Rejection of Certain Patent Licenses (D.I. 5894, Filed 7/6/11);

**(ff)    Notice of Withdrawal of  Objection of EADS Secure Networks S.A.S. to Debtors' Motion for Authority to Convey Substantially All of the Debtors'**

**Residual Patents and Related Assets Free and Clear of Interests (D.I. 5910, 7/8/11);**

**(gg)    Notice of Withdrawal of the Response Of Hitachi, Ltd. To Joint Notice Of (I) Sale Of Patents Subject To Certain Patent Licenses And (II) Rejection Of Certain Patent Licenses And Notice Of Election (D.I. 5919, Filed 7/9/11); and**

**(hh)    Notice of Withdrawal of Lenovo (Singapore) Pte. Ltd. Conditional Notice of Election, Pursuant to 11 U.S.C. § 365(n)(1)(B) to Retain Intellectual Property Rights Licensed to Lenovo by the Debtors; and Conditional Limited Objection to Motion for Sale of Debtors' Assets Free and Clear of Liens, Claims and Encumbrances and Joint Notice of (I) Sale of Patents Subject to Certain Patent Licenses and (II) Rejection of Certain Patent Licenses (D.I. 5920, Filed 7/10/11).**

Related Pleadings:

(a)    Certificate of No Objection Regarding Docket No. 5202 (D.I. 5305, Filed 4/25/11);

(b)    Order (A) Authorizing Debtors' Entry Into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures and Bid Protections (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, (D) Approving the License Rejection Procedures, (E) Approving a Side Agreement, (F) Authorizing the Filing of Certain Documents Under Seal and (G) Setting a Date for the Sale Hearing (D.I. 5359, Entered 5/2/11);

(c)    Joint Notice of (I) Solicitation of Initial Bids; (II) Public Auction and Sale Hearing; (III) Rejection of Certain Patent Licenses; and (IV) Related Relief and Dates (D.I. 5362, Filed 5/2/11);

(d)    Joint Notice of (I) Sale of Patents Subject to Certain Patent Licenses and (II) Rejection of Certain Patent Licenses (D.I. 5363, Filed 5/2/11);

(e)    Notice of Publication in Financial Times (D.I. 5465, Filed 5/23/11);

(f)    Notice of Publication in The Wall Street Journal (D.I. 5466, Filed 5/23/11);

(g)    Notice of Publication in New York Times (D.I. 5467, Filed 5/23/11);

(h)    Notice of Publication in The Globe and Mail (D.I. 5468, Filed 5/23/11);

(i)    Notice of Rescheduled Auction, Supplemental Objection Deadline and Hearing (D.I. 5733, Filed 6/16/11);

(j)    Notice of Filing of Successful Bid (D.I. 5835, Filed 6/30/11);

(k)     Notice of Withdrawal of Limited Objection of Microsoft Corporation to Motion of Debtors to Sell Certain Patents and Related Assets Free and Clear of All Claims and Interests and Related Relief (D.I. 5859, Filed 7/1/11);

(l)     Notice of Filing of Seventy-First Report of the Monitor of the Canadian Nortel Companies in the Canadian Proceeding (D.I. 5881, Filed 7/6/11);

(m)     Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Amended and Restated Motion Record for Canadian Approval and Vesting Order Regarding Certain Patents and Other Assets (D.I. 5883, Filed 7/6/11); and

(n)     Debtors' Reply in Further Support of their Motion for an Order Approving (A) the Sale of Certain Patents and Related Assets Free and Clear of All Claims and Interests, (B) the Rejection of Certain Patent Licenses, (C) the Licenses Non-Assignment and Non-Renewal Protections, and Seeking Related Relief (D.I. 5886, Filed 7/6/11).

Status:  **The responses of EADS Secure Networks S.A.S., Lenovo (Singapore) Pte. Ltd., Microsoft Corporation and Hitachi, Ltd. have been withdrawn.  In addition, the Debtors believe that the responses of Nokia Corporation, AT&T, Verizon Communications Inc., Motorola, Inc., Qwest Corporation and the Institute of Electrical and Electronics Engineers, Inc. have been resolved.  The hearing will go forward as to the additional responses received.  A revised proposed Sale Order will be handed up at the hearing.**

10.     Motion of Robert Horne, James Young, and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan to Compel Discovery from the Nortel Debtors (D.I. 5631, 6/8/11).

Objection Deadline:  July 5, 2011 at 4:00 p.m. (ET)

Responses Received:

(a)     Statement and Reservation of Rights of the Canadian Nortel Group Regarding Motion of Robert Horne, James Young, and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan to Compel Discovery from the Nortel Debtors (D.I. 5864, Filed 7/5/11); and

(b)     Debtors' Objection to the Motion of Robert Horne, James Young, and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan to Compel Discovery from the Nortel Debtors (D.I. 5866, Filed 7/5/11).

Related Pleadings:

(a)     Declaration of Daniel Ray in Support of Debtors' Objection to the Motion of Robert Horne, James Young, and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan to Compel Discovery from the Nortel Debtors (D.I. 5867, Filed 7/5/11);

(b)     Declaration of Gary Storr in Support of Debtors' Objection to the Motion of Robert Horne, James Young, and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan to Compel Discovery from the Nortel Debtors (D.I. 5868, Filed 7/5/11);

(c)     Declaration of Julie Graffam Kaplan in Support of Debtors' Objection to the Motion of Robert Horne, James Young, and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan to Compel Discovery from the Nortel Debtors (D.I. 5869, Filed 7/5/11); and

(d)     Declaration of Tamara J. Britt in Support of Debtors' Objection to the Motion of Robert Horne, James Young, and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan to Compel Discovery from the Nortel Debtors (D.I. 5870, Filed 7/5/11).

Status:  Both parties have agreed to adjourn this hearing on the merits to the hearing scheduled for July 26, 2011 at 9:30 a.m. (ET), but the Debtors would like to provide the Court with a status update.

11.    Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Entry of an Order Approving the Amended and Restated IP Transaction Side Agreement Re Certain Structural Matters and Granting Related Relief (D.I. 5890, filed 7/6/11).

Objection Deadline:  July 10, 2011 at 12:00 p.m. (ET). (Proposed)

Responses Received:  None as of this date.

Related Pleading:

(a)     Debtors' Motion for Entry of an Order Shortening Notice Relating to  Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Entry of an Order Approving the Amended and Restated IP Transaction Side Agreement Re Certain Structural Matters and Granting Related Relief (D.I. 5891, filed 7/6/11).

Status:  Pending the entry of the order shortening notice, this matter will be going forward.

**PRETRIAL CONFERENCE:**

12.    Pretrial Conference in the Adversary Proceedings (See Exhibit A, hereto).

Status:  Pretrial scheduling conferences are going forward in the adversary proceedings listed on Exhibit A hereto with the exception of Telmar Network Technology, Inc. which has been adjourned to the pretrial conference scheduled for September 6, 2011 at 10:00 a.m. (ET), McCann-Erickson Worldwide, Inc., as the Debtors do not intend to seek entry of a scheduling order at this time but will provide a status update to the Court, and Kinnarps Project Solutions LLC, Spellbound Media & Advertising, and Cupola

Teleservices Ltd., which will be scheduled for a future pretrial conference due to fact that the defendants have not yet been served.  The Debtors intend to present a proposed form of Scheduling Order in the form attached as Exhibit B for consideration by the Court.  A separate proposed form of Scheduling Order will be submitted under certification of counsel with respect to SCI Brockville Corp. d/b/a BreconRidge Corporation.

Dated: July 10, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4368374.7