IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT    )
                               ) ss.:

COUNTY OF HARTFORD     )

BRIAN HUNT, being duly sworn, deposes and says:

1.  I am over the age of eighteen years and employed as a Case Manager by Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095 and I am not a party to the above-captioned action.

2.  On July 7, 2011, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

    a)  the sellers of the claims as listed on the annexed Exhibit B,
    b)  the buyers of the claims as listed on the annexed Exhibit C,
    c)  counsel to the Debtors as listed on Exhibit D.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Brian Hunt

Sworn to before me this
7th day of July, 2011

Tim Conklin
Notary Public, State of Connecticut

TIMOTHY C. CONKLIN
NOTARY PUBLIC
State of Connecticut
My Commission Expires
May 31, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:      **Lawrence M. Flynn**
**909 Watercress Drive**
**Naperville, IL  60540**

Your claim, in the amount of **$198,214.03** has been transferred, unless previously expunged by Court Order, to:

**Liquidity Solutions, Inc.**
**One University Plaza, Suite 312**
**Hackensack, NJ  07601**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number # **5837** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By      /s/Brian Hunt
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage prepaid on July 7, 2011

**EXHIBIT B**

LAWRENCE M. FLYNN, 909 WATERCRESS DRIVE, NAPERVILLE, IL  60540

THOMAS N. BUTTERMORE, JR., 10111 INVERNESS MAIN ST., ENGLEWOOD, CO  80112

RICH GHIONE, 202 CALVERT DRIVE 111, CUPERTINO, CA  95014

SANJEEV GUPTA, 4655 GREAT AMERICAN PARKWAY, SANTA CLARA, CA  95054

KUO-LI CHANG, 41049 PARJARO DR., FREEMONT, CA  94539

ROBERT ROBSON, 1013 MANOR GLEN WAY, RALEIGH, NC  27615

RICHARD LACERTE, P.O. BOX 641087, SAN JOSE, CA  95164

JACK LINDT, 103 DALRYMPLE LN, CARY, NC  27511

THUAN NGUYEN, 3516 EUCLID DR., GRAND PRAIR, TX  75052

KARIA ARVINDKUMAR, 3517 LAKEBROOK DR., PLANO, TX  75093

JON P. WARNICK, 28 INDIAN PAINTBRUSH, CARBONDALE, CO  81623

JAMES W. ROWAN, 2805 FOXCREEK DR., RICHARDSON, TX  75082

KEITH MARSHALL, 1350 OLD LYSTRA RD., CHAPEL HILL, NC  27517

EDWARD LUCENTE, 6350 SW 107TH ST., MIAMI, FL  33156

WILLIAM DONOVAN, 909 DOMINION HILL DRIVE, CARY, NC  27519

NASIR GHAFOOR, 400 HALLS MILL DRIVE, CARY, NC  27519

ANTHONY E. HOLLAND, 309 SARABANDE DRIVE, CARY, NC  27513

CHETLEY HAWKINS, 65 BLUEJAY, IRVINE, CA  92064

STEVEN ROGERS, 1350 BEVERLY RD, SUITE 115-329, MCLEAN, VA  22101

BOULDER LOGIC, LLC, 4678 LEE HILL DRIVE, BOULDER, CO  80302

GOLF GEORGIA/GOLF CLUB OF GEORGIA, 1 GOLF CLUB DRIVE, ALPHARETTA, GA  30005

ANDY VO, 422 REMINGTON DR., MURPHY, TX  75094

**EXHIBIT C**

LIQUIDITY SOLUTIONS, INC., ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ        07601

FAIR HARBOR CAPITAL, LLC, ANSONIA FINANCE STATION, PO BOX 237037
NEW YORK, NY  10023

**EXHIBIT D**

CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: JAMES BROMLEY, ONE LIBERTY PLAZA, NEW YORK, NY  10006