United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| Nortel Networks Inc. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-10138 |
| Debtor | } **Amount $3,692.31** |

*AS SET FORTH ON SCHEDULE F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**NICOLE A ALEXANDER**
**8501 EAST LAKE CT.**
**RALEIGH, NC 27613**

The transfer of your claim as shown above in the amount of **$3,692.31** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/Alex Cereste
    Liquidity Solutions Inc
    (201) 968-0001

    3266827

**TRANSFER NOTICE**

Nicole A Alexander ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Nortel Networks Inc.** (the "Debtor"), in the aggregate amount of **$3,692.31**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 09-10138.

IN WITNESS WHEREOF, Assignor has signed below as of the 5TH day of July, 2011

Nicole A Alexander

_Nicole A. Alexander_
(Signature)

_____
(Print Name and Title)

_Jeffrey L. Caress_
Liquidity Solutions, Inc.

Nortel Networks Inc.
Nicole A Alexander


3266827