**BRIER, IRISH, HUBBARD & ERHART,** P.L.C.
2400 East Arizona Biltmore Circle, Suite 1300
Phoenix, Arizona 85016
(602) 522-3940 Telephone
(602) 522-3945 Facsimile
bbrier@bihlaw.com

Robert N. Brier (012642)
*Attorneys for East Camelback Road, Inc.*

United States Bankruptcy Court
District of Delaware

| In re: | Case No. 09-10138-KG<br>Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., et al.,<br><br>Debtors. | **REQUEST TO BE REMOVED FROM SERVICE LIST AND CREDITOR MAILING MATRIX** |

Robert N. Brier and Brier, Irish, Hubbard & Erhart, P.L.C., attorneys for the above-named creditor and party in interest in this bankruptcy proceeding, hereby request that the following address be removed from the service list and creditor mailing matrix in the above-captioned case:

East Camelback Road, Inc.
c/o Brier, Irish, Hubbard & Erhart, P.L.C.
2400 E. Arizona Biltmore Circle, Suite 1300
Phoenix, Arizona 85016-2115
Attn: Robert N. Brier, Esq.
Phone: (602) 522-3940/Fax: (602) 522-3945

bbrier@bihlaw.com

DATED this 5th day of July, 2011.

                                          BRIER, IRISH, HUBBARD & ERHART, P.L.C.

                                          By: _____
                                          Robert N. Brier
                                          2400 East Arizona Biltmore Circle, Suite 1300
                                          Phoenix, Arizona 85016
                                          Attorneys for *East Camelback Road, Inc.*

COPIES of the foregoing
mailed this 5th day of July,
2011, to:

Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Ann C. Cordo, Esq.
Eric D. Schwartz, Esq.
Thomas F. Driscoll, III, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Attorneys for Debtor

Nancy G. Everett, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
Attorneys for Debtor

Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, Delaware 19801

_Susie Mann_
_____