## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **RE: D.I. 5341, 5623, 5782** |

-------------------------------------------------------X

### SECOND SUPPLEMENTAL ORDER GRANTING
### DEBTORS' NINETEENTH OMNIBUS OBJECTION (SUBSTANTIVE)
### TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND
### DEL. L.R. 3007-1 (NO LIABILITY CLAIMS, REDUCE AND ALLOW CLAIMS,
### REDUNDANT CLAIMS, WRONG DEBTOR CLAIMS AND NO-BASIS 503(b)(9)
### CLAIMS)

Upon the Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims

Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims,

Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9)

Claims) [D.I. 5341] (the "Objection")[2] filed by Nortel Networks Inc. and certain of its affiliates,

as debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"),

requesting an order pursuant to section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and

Local Rule 3007-1 reducing, modifying or disallowing in full, as applicable, the claims identified

in Exhibits A-E attached thereto; and upon the Declaration of John J. Ray, III in Support of the

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]   Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims), attached to the Objection as Exhibit F; and upon all other documentation filed in connection with the Objection and the claims; and adequate notice of the Objection having been given as set forth in the Objection; and adequate notice of the proposed settlement having been given as required by the Order Authorizing and Approving Settlement Procedures to Settle Certain Prepetition Claims [D.I. 3953]; and it appearing that no other or further notice is required; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Objection is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and upon entry of the Order Granting Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) [D.I. 5623]; and upon entry of the First Supplemental Order Granting Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) [D.I. 5782]; and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.    The Objection is **GRANTED** with respect to Claim No. 999 filed by Securitas Security Services USA as modified by agreement by and between the Debtors and Securitas Security Services USA.  Pursuant to such agreement, Claim No. 999 is hereby reduced and allowed as general unsecured claim in the amount of $797,648.75.

2

2.    The hearing on the Objection with respect to Claim No. 880 filed by Corning Incorporated is continued to the omnibus hearing scheduled in these chapter 11 cases on July 26, 2011 at 9:30 a.m.

3.    The hearing on the Objection with respect to Claim No. 7406 filed by Receivable Management Services Corporation on behalf of Dun & Bradstreet is continued to the omnibus hearing scheduled in these chapter 11 cases on July 26, 2011 at 9:30 a.m.

4.    The Debtors, the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC, and the Clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this order.

5.    This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this order.

Dated:  July 11, 2011
        Wilmington, Delaware

        THE HONORABLE KEVIN GROSS
        UNITED STATES BANKRUPTCY JUDGE

3