**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------------X
In re
Nortel Networks Inc., *et al*.,[1]
       Debtors.
----------------------------------------------------------------X

:    Chapter 11
:
:    Case No. 09-10138 (KG)
:
:    Jointly Administered
:    Re: D. I. 5886

**NOTICE OF SERVICE**

       PLEASE TAKE NOTICE that on July 6, 2011, copies of **Debtors' Reply in Further Support of Their Motion for an Order Approving (A) the Sale of Certain Patents and Related Assets Free and Clear of All Claims and Interests, (B) the Rejection of Certain Patent Licenses, (C) the License Non-Assignment and Non-Renewal Protections, and Seeking Related Relief** were served in the manner indicated upon the entities identified on the attached service list.

Dated: July 11, 2011
       Wilmington, Delaware

       CLEARY GOTTLIEB STEEN & HAMILTON LLP
       James L. Bromley (admitted pro hac vice)
       Lisa M. Schweitzer (admitted pro hac vice)
       One Liberty Plaza
       New York, NY 10006
       Telephone: (212) 225-2000
       Facsimile: (212) 225-3999

       and

       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

       */s/ Alissa T. Gazze*
       Derek C. Abbott (No. 3376)
       Ann C. Cordo (No. 4817)
       Alissa T. Gazze (No. 5338)
       1201 North Market Street, 18th Floor
       Wilmington, DE 19899-1347
       Telephone: (302) 658-9200
       Facsimile: (302) 425-4663

4168215.3       *Counsel for the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.