# NORTEL ICEBERG OBJECTIONS SERVICE LIST

**VIA HAND DELIVERY**

William P. Bowden
Amanda M. Winfree
Ashby & Geddes, P.A.
500 Delaware Avenue
Wilmington, DE  19899

Jane Ann Bee
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE  19801

Jami Nimeroff, Esquire
Brown Stone Nimeroff LLC
901 N. Market Street, Suite 1300
Wilmington, DE  19801

Natasha M. Songonuga, Esq.
Gibbons P.C.
1000 N. West Street, Suite 1200
Wilmington, DE  19801-1058

James E. Huggett
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, DE  19801

Brett D. Fallon
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494

David M. Fournier
Pepper Hamilton LLP
Hercules Plaza, Suite 1500
1313 N. Market Street
Wilmington, DE  19801-1709

Timothy P. Reiley
Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

Kathleen M. Miller
Smith Katzenstein Jenkins LLP
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE  19899

Elihu Ezekiel Allinson, III
Sullivan Hazeltine Allinson LLC
901 North Market Street, Suite 1300
Wilmington, DE  19801

William A. Hazeltine
Sullivan Hazeltine Allinson LLC
902 North Market Street, Suite 1300
Wilmington, DE  19801

Duane D. Werb
Werb & Sullivan
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE  19801

John C. Weitnauer, Esq.
William S. Sugden, Esq.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424

Darrl S. Laddin
Frank N. white
Arnall Golden Gregory LLP
171 17th Street, N.W., Suite 2100
Atlanta, GA  30363

James W. Grodus, Esq.
AT&T Services, Inc.
One AT&T Way
Bedminster, NJ  7921

Shawn M. Christianson, Esq.
Buchalter Nemer, P.c.
333 Market Street, 25th Floor
San Francisco, CA  94105-2126

Robert W. Mallard
Eric Lopez Schnabel
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE  19801

**VIA FIRST CLASS MAIL**

Michael Lindsay
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402-1498

Michael Stolarski
Richard M. Bendix
Maria A. Diakoumakis
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL  60606

Pamela Jones Harbour
David A. Rosenzweig
Sue Ross and Peter Guirguis
Fulbright & Haworski L.L.P.
666 Fifth Avenue
New York, NY  10103

David A. Rosenzweig
Mark C. Hunt
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, NY  10103

David N. Crapo, Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

David M. Feldman, Esquire
Matthew K. Kelsey, Esquire
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

Amish R. Doshi, Esq.
Magnozzi & Kye, LLP
One Expressway Plaza
Roslyn Heighs, NY  11577

David I. Swan, Esq.
McGuireWoods LLP
1751 Tysons Boulevard, Suite 1800
McLean, VA  22102-4215

G. Larry Engel
Pamela Pasti
Kristin A. Hiensch
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

Deborah Miller, Esq.
Lesley Kothe
Oracle America, Inc.
500 Oracle Parkway
Redwood City, CA  94065

Jesse H. Austin, III
Robert E. Winter
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, DC  20005

Jonathan W. Young
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL  60606-1229

#4357951