**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*<br><br>Nortel Networks Inc., *et al.*, [1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |
| Nortel Networks Inc. v. Algo Communication Products Ltd. | Adv. Pro. No. 10-55913 |
| Nortel Networks Inc. v. Aviat U.S., Inc. | Adv. Pro. No. 11-50205 |
| Nortel Networks Inc. v. Avotus Corporation | Adv. Pro. No. 10-55916 |
| Nortel Networks Inc. v. CDW Direct, LLC and CDW LLC | Adv. Pro. No. 10-55185 |
| Nortel Networks Inc. v. Certicom Corporation | Adv. Pro. No. 10-55923 |
| Nortel Networks Inc. v. Covergence, Inc. | Adv. Pro. No. 11-50033 |
| Nortel Networks Inc. v. Demand Wave Solutions, Inc. | Adv. Pro. No. 10-55196 |
| Nortel Networks Inc. v. Focus Legal Solutions, LLC and Focus Legal Management, LLC | Adv. Pro. No. 11-50204 |
| Nortel Networks Inc. v. Infonet Services Corporation | Adv. Pro. No. 10-55935 |
| Nortel Networks Inc. and Nortel Networks (CALA) Inc. v. Informatics International Ltd. | Adv. Pro. No. 10-53186 |
| Nortel Networks Inc. v. International Business Machines Corporation *et al.* | Adv. Pro. No. 10-50206 |
| Nortel Networks Inc. v. ITC Networks SRL | Adv. Pro. No. 10-55210 |
| Nortel Networks Inc. v. PMC-Sierra, Inc. and PMC-Sierra, Ltd. | Adv. Pro. No. 10-55890 |
| Nortel Networks Inc. v. Sigma Systems Canada Inc. | Adv. Pro. No. 10-55211 |
| Nortel Networks Inc. and Nortel Networks (CALA) Inc. v. Staples Contract & | Adv. Pro. No. 11-50194 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| Commercial, Inc. | |
| Nortel Networks Inc. v. Zhone Technologies, Inc. | Adv. Pro. No. 10-55904 |

# STATUS REPORT ON AVOIDANCE ACTIONS
## ASSIGNED TO THE HONORABLE KEVIN GROSS

In accordance with the Court's Chambers' Procedures and the Scheduling Orders dated April 12, 2011 entered with respect to the above-captioned adversary proceedings, plaintiff, Nortel Networks Inc., by and through its counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submits the following status report.

Dated: July 11, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Deborah M. Buell (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
Nora K. Abularach (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Alissa T. Gazze*
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4369810.1

2

## STATUS A

### SERVICE NOT YET COMPLETED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS B

### SERVICE COMPLETE, ANSWERS DUE

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55913 | Algo Communication Products, Ltd. | Answer to complaint due July 25, 2011. |
| 10-55185 | CDW Direct, LLC and CDW LLC | Answer to complaint due July 17, 2011. |
| 10-55935 | Infonet Services Corporation | Answer to complaint due August 8, 2011. |

## STATUS C

### MOTION OR REQUEST FOR DEFAULT FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-53186 | Informatics International Ltd. | Answer to complaint was due December 6, 2010. Plaintiff intends to file a motion for default judgment. |

## STATUS D

### NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55196 | Demand Wave Solutions, Inc. | Notice of dismissal filed. Adversary proceeding closed on June 9, 2011. |

## STATUS E

## RESOLVED/SETTLED:  MAY NOT YET BE DISMISSED

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 10-55210 | ITC Networks SRL | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, a motion pursuant to Bankruptcy Rule 9019(b) will be filed in connection with this proposed settlement. |
| 11-50194 | Staples Contract & Commercial, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy Court. |

## STATUS F

## DISCOVERY UNDERWAY

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 11-50205 | Aviat U.S., Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated April 12, 2011. Plaintiff's discovery requests served on June 29, 2011. Defendant's discovery requests served on June 30, 2011. |
| 10-55916 | Avotus Corporation | Discovery will be proceeding in accordance with the Scheduling Order dated April 12, 2011. Plaintiff's discovery requests served on June 27, 2011. |
| 10-55923 | Certicom Corporation | Discovery will be proceeding in accordance with the Scheduling Order dated April 12, 2011. By |

| | | |
|---|---|---|
| | | agreement of the parties, deadline for completion of written fact discovery is September 9, 2011. |
| 11-50033 | Covergence, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated April 12, 2011. Plaintiff's discovery requests served on June 30, 2011. |
| 11-50204 | Focus Legal Solutions, LLC and Focus Legal Management, LLC | Discovery will be proceeding in accordance with the Scheduling Order dated April 12, 2011. Plaintiff's discovery requests served on June 30, 2011. |
| 10-50206 | International Business Machines Corporation *et al*. | Discovery will be proceeding in accordance with the Scheduling Order dated April 12, 2011. |
| 10-55890 | PMC-Sierra, Inc. and PMC-Sierra, Ltd. | Discovery will be proceeding in accordance with the Scheduling Order dated April 12, 2011. By agreement of the parties, deadline for completion of written fact discovery is September 7, 2011. |
| 10-55211 | Sigma Systems Canada Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated July 1, 2011. |
| 10-55904 | Zhone Technologies, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated April 12, 2011. Plaintiff's discovery requests served on July 1, 2011. |

## STATUS G

### NOTICE OF SELECTION OF MEDIATOR FILED

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS H

### READY FOR TRIAL

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS I

### DISPOSITIVE MOTION PENDING

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS J

### STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS K
### APPEAL PENDING

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |