# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|  |  |
|--|--|
| **Debtor:** | Nortel Networks Inc., et al. |
| **Case Number:** | 09-10138-KG    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JULY 11, 2011 09:30 AM    CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## Matters:

1) OMNIBUS, Sale (w/Canada) & Pretrial Conference in the following Adversaries - 10-55914, 10-55922, 10-55925, 10-55937,  10-55939, 11-50021, 11-50193, 11-50195, 11-50203, 11-50207,
   **R / M #:**    5,921 / 0

2) **ADM: 09-10164-KG**
   Sale
   **R / M #:**    0 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - Motion withdrawn
#2 - #5 - Adjourned to 7/26/11 @ 9:30 am
#6 -  Motion withdrawn
#7 - ORDER SIGNED
#8 -  ORDER SIGNED
#9 -   ORDER SIGNED
#10 -  Order Signed appointing a Mediator
#11 -   ORDER SIGNED
#12 -  Pre-Trial Conferences in Adversaries -  Scheduling Order Signed