# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 - KG
**COURTROOM LOCATION:** 3
**DATE:** 7/11/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| JOHN C. WEITNAUER | Alston & Bird LLP | NOKIA |
| MATTHEW VANEK | Cleary Gottlieb Steen & Hamilton | Nortel Networks Inc / NN CALA |
| Cindy Chen DeLano | Milbank Tweed Hadley & McCloy | The Bondholder Group |
| Diane D. Webb | Werb & Sullivan | Nokia |
| Stephen J. Shimshak | Paul Weiss | Rockstar Consortium |
| Diane Meyers | Paul Weiss | " |
| Annie Cordo | Morris Nichols Arsht & Tunnell | Debtors |
| Derek Abbott | " | " |
| James Bromley | Cleary Gottlieb Steen & Hamilton | " |
| Lisa Schweitzer | " | " |
| Sune Kim | " | " |
| Emily Bussigel | " | " |
| Sunee Croft | " | " |
| Paul N Kurtz II | Morris James LLP | Thomas & Betts |
| Paul Rosenau | Fibrant & Janoski | AT&T |
| Ron Clemah | Allen & Overy | E&Y as Monitor |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.  
**CASE NO.:** 09-10138 - KG  
**COURTROOM LOCATION:** 3  
**DATE:** 7/11/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Natasha Songonuga | Gibbons P.C. | ~~[scratched]~~ NP |
| Sris Doter | Akin Gump | Official Committee of Unsecured Creditors |
| Joshua Sturm | Akin Gump | " |
| Stepn Kuhn | Akin Gump | " |
| Jami Nimeroff | Brown Stone Nimeroff LLC | Microsoft Corp. |
| Sanjay Bhatnagar | Cole Schotz | Apple, Inc. |
| Chess Samis | Richards Layton | Committee |
| Marcia Goldstein | Weil Gotshal | Apple, Inc. |
| R. Stephen McNeill | Potter Anderson & Corroon | International Data Group |
| Robert Eisen | Buchanan - Shur | ~~[scratched]~~ Ad Hoc Committee of |
| Bonnie Glantz Fatell | Blank Rome LLP | Deferred Comp Plan Beneficiaries |
| Jane Ann Bee | Blank Rome LLP | Motorola Mobility, Inc. |
| Eric Lopez Schnabel | Morrisey | IEEE |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 - KG

**COURTROOM LOCATION:** 3
**DATE:** 7/11/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Roy Lenardi | Benesch Friedlander | Special counsel to MNDH |
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| Timothy Reiley | Reed Smith LLP | Oust Corporation |
| Joseph N Argentina | Drinker Biddle & Reath LLP | SCI Brookville |
| Robert K Malone | Drinker Biddle & Reath LLP | SCI Brookville |
| Ayesha Chacko Bennett | Campbell & Levine | Trixter |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 07/11/2011
Calendar Time: 09:30 AM ET

*Amended Calendar 07/11/2011 06:05 AM*

Page 1 of 2

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Colin Adams | | Morgan Stanley | Interested Party, Morgan Stanely / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Stephen Blauner | | Solus LP - Client | Creditor, Solus LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Philip E Brown | | PSAM, LP | Interested Party, PSAM / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Patrick Carothers | | Thorp Reed & Armstrong | Creditor, Wynn Telecom SA. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Tiffany S. Cobb | | Vorys, Sater, Seymour & Pease LLP | Representing, Turner Broadcasting / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | David N. Crapo | | Gibbons PC | Interested Party, Hewlett Packard Company / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Amish R. Doshi | | Magnozzi & Kye LLP | Creditor, Oracle America, Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | David Dunn | | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Capital Partners U.S. LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Megan Fleming-De La Cruz | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Andrew Hennigar | | Paul Weiss Rifkind Wharton & | Interested Party, Paul Weiss / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Fred S. Hodara | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Robert Horne | | Robert Horne - In Pro Per/Pro Se | In Propria Persona, Robert Horne / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Darryl Laddin | | Arnall, Golden & Gregory, LLP | Creditor, Verizon Communications Inc. / LIVE |
| | | Nortel Networks, Inc., et al. | 09-10138 | Hearing | | Christopher G. Linden | | Weil Gotshal & Manges LLP New | Interested Party, Apple, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Michael Lindsay | | Dorsey & Whitney LLP | Creditor, IEE / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Thomas Matz | | Milbank, Tweed, Hadley & McCloy, | Interested Party, Ad Hoc Committee / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Olivia Mauro | | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |

| | | | | |
|---|---|---|---|---|
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Victoria Nassi | Victoria Nassi - In Pro Per/Pro Se | In Propria Persona, Victoria Nassi / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Brian O'Connor | Willkie Farr & Gallagher LLP | Interested Party, Trustee of Nortel Network UK Pension Plan, et al / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Hondo Sen | Cetus Capital | Creditor, Hondo Sen / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Mitchell E. Sussman | Stone Lion Capital | Creditor, Stone Lion Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Jon Vigano | Schiff Hardin LLP | Creditor, Anixter / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | B.J. Watrous | B.J. Watrous - In Pro Per/Pro Se | In Propria Persona, B.J. Watrous / LISTEN ONLY |