NO. ON LIST: _1 of 45_

**SUPERIOR COURT OF JUSTICE**   COURT FILE NO: _____

DATE: _____

SHORT TITLE:

*Nortel*

**COUNSEL SHEETS FOR MOTION (CIVIL)**

MOVING COUNSEL NAME:

Derrick Tay
Jennifer Stam
for Nortel Networks Corp et al
416 216 2327 (ph)
416 216 3930 (F)

Joe Pasquariello
Chris Armstrong
for the Monitor, Ernst & Young Inc.
T: 416.979.2211 f: 416.779.1234

Adam Hirsh
for the Board of Directors of NNL & NNC
T: 416.862.6635; f: 416.862.6666

RESPONDING COUNSEL NAME:     416 216-5213

Arthur O. Jacques 416-214-4313
Nortew NCEE

Hilary Clarke for    416 865-7286
AT&T    416 865-7048F

Alex MacFarlane    P 416-863-4582
for McCCL    F 416-863-4592

Gottlieb, M.P.    416 863 0900
                  F 416 863 0871
Schwill, R
Jnt Administrator    416 869 5911
Ward, D for PPF/Trustee 416 640 3154

APPEARING FOR
__ PLAINTIFF/PETITIONER/APPLICANT
__ DEFENDANT/RESPONDENT
__ OTHER-SPECIFY

APPEARING FOR
__ PLAINTIFF/PETITIONER/APPLICANT
__ DEFENDANT/RESPONDENT
__ OTHER-SPECIFY

TYPE OF MOTION (CHECK ONE ONLY)

__ INJUNCTION
__ JUDGMENT
__ DECLARATION
__ CONTEMPT
__ DISMISS ACTION
__ STAY PROCEEDINGS
__ ORDER TO GO

__ ATTEND EXAMINATION
__ APPEAL MASTER
__ EXPEDITE TRIAL
__ VEXATIOUS PROCEEDINGS
__ OPINION/ADVISE/DIRECTIONS
__ APPOINT OR REMOVE EXECUTOR
__ OTHER

NATURE OF MOTION (CHECK ONE ONLY)

__ CONTESTED
__ UNOPPOSED

__ ON CONSENT
__ WITHOUT NOTICE

NO. ON LIST: ____

**SUPERIOR COURT OF JUSTICE**   COURT FILE NO: ____

DATE: ____

SHORT TITLE:

NORTEL

COUNSEL SHEETS FOR MOTION (CIVIL)

MOVING COUNSEL
NAME:

RESPONDING COUNSEL
NAME: M. Starnino for PBGF
T 416 646 7431
F 416 646 4301

B Wadsworth - CAW
T 416 495 3776
F 416 495 3786

Scott Bomhof, for Nortel Networks Ltd and
Chap. 11 Debtors
ph: 416.865.7370
fax: 416.865.7380

TELEPHONE:
FAX:

TELEPHONE:
FAX: Mark Zigler
Former Employees
ph 416 595 2090
F 416 204 2877

APPEARING FOR

__ PLAINTIFF/PETITIONER/APPLICANT
__ DEFENDANT/RESPONDENT
__ OTHER--SPECIFY

APPEARING FOR

__ PLAINTIFF/PETITIONER/APPLICANT
__ DEFENDANT/RESPONDENT
__ OTHER--SPECIFY

TYPE OF MOTION (CHECK ONE ONLY)

__ INJUNCTION
__ JUDGMENT
__ DECLARATION
__ CONTEMPT
__ DISMISS ACTION
__ STAY PROCEEDINGS
__ ORDER TO GO

__ ATTEND EXAMINATION
__ APPEAL MASTER
__ EXPEDITE TRIAL
__ VEXATIOUS PROCEEDINGS
__ OPINION/ADVISE/DIRECTIONS
__ APPOINT OR REMOVE EXECUTOR
__ OTHER

NATURE OF MOTION (CHECK ONE ONLY)

__ CONTESTED
__ UNOPPOSED

__ ON CONSENT
__ WITHOUT NOTICE

NO. ON LIST: ____

**SUPERIOR COURT OF JUSTICE**     COURT FILE NO: ____

DATE: ____

SHORT TITLE:

NORTEL

**COUNSEL SHEETS FOR MOTION (CIVIL)**

MOVING COUNSEL
NAME:

RESPONDING COUNSEL
NAME: HARRY Fogul Tel. 416-865-4443
F - 416-865-1515
For Microsoft Corp
y
For Nokia Corp.
CRAIG J. Hill. For 416-367-6156
Hewlett Packard Company FX 416-361-7301

Sue Grundy and Marc Flynn
for Rockstar Bidco L.P.

TELEPHONE:
FAX:

TELEPHONE: 416-863-2685
FAX:

APPEARING FOR

__ PLAINTIFF/PETITIONER/APPLICANT
__ DEFENDANT/RESPONDENT
__ OTHER--SPECIFY

APPEARING FOR

__ PLAINTIFF/PETITIONER/APPLICANT
__ DEFENDANT/RESPONDENT
__ OTHER-SPECIFY

TYPE OF MOTION (CHECK ONE ONLY)

__ INJUNCTION
__ JUDGMENT
__ DECLARATION
__ CONTEMPT
__ DISMISS ACTION
__ STAY PROCEEDINGS
__ ORDER TO GO

__ ATTEND EXAMINATION
__ APPEAL MASTER
__ EXPEDITE TRIAL
__ VEXATIOUS PROCEEDINGS
__ OPINION/ADVISE/DIRECTIONS
__ APPOINT OR REMOVE EXECUTOR
__ OTHER

NATURE OF MOTION (CHECK ONE ONLY)

__ CONTESTED
__ UNOPPOSED

__ ON CONSENT
__ WITHOUT NOTICE

NO. ON LIST: _____

**SUPERIOR COURT OF JUSTICE**        COURT FILE NO: _____

                                     DATE: _____

SHORT TITLE:

_____

_____

**COUNSEL SHEETS FOR MOTION (CIVIL)**
_____

MOVING COUNSEL                       RESPONDING COUNSEL
NAME:                                NAME: David Ullmann for
                                     Verizon Communications Inc. and
                                     its affiliates
                                     416 369-4148
                                     416 864-9223

                                     G. Finlayson
                                     for Noteholder Group
                                     T: 416.777.5762
TELEPHONE:                           F: 416.863.1716
FAX:                                 TELEPHONE:
                                     FAX:

APPEARING FOR                        APPEARING FOR

__ PLAINTIFF/PETITIONER/APPLICANT    __ PLAINTIFF/PETITIONER/APPLICANT
__ DEFENDANT/RESPONDENT              __ DEFENDANT/RESPONDENT
__ OTHER--SPECIFY                    __ OTHER--SPECIFY

TYPE OF MOTION (CHECK ONE ONLY)

__ INJUNCTION                        __ ATTEND EXAMINATION
__ JUDGMENT                          __ APPEAL MASTER
__ DECLARATION                       __ EXPEDITE TRIAL
__ CONTEMPT                          __ VEXATIOUS PROCEEDINGS
__ DISMISS ACTION                    __ OPINION/ADVISE/DIRECTIONS
__ STAY PROCEEDINGS                  __ APPOINT OR REMOVE EXECUTOR
__ ORDER TO GO                       __ OTHER

NATURE OF MOTION (CHECK ONE ONLY)

__ CONTESTED                         __ ON CONSENT
__ UNOPPOSED                         __ WITHOUT NOTICE

NO. ON LIST: _____

# SUPERIOR COURT OF JUSTICE

COURT FILE NO: _____

DATE: _____

SHORT TITLE:

_____
_____

## COUNSEL SHEETS FOR MOTION (CIVIL)

MOVING COUNSEL
NAME:

RESPONDING COUNSEL
NAME:
Elizabeth Pillon
Daniel Murdoch
for Apple Inc.
T: 416-869-5500
F: 416-947-0866.

TELEPHONE:
FAX:

TELEPHONE:
FAX:

**APPEARING FOR**

__ PLAINTIFF/PETITIONER/APPLICANT
__ DEFENDANT/RESPONDENT
__ OTHER--SPECIFY

**APPEARING FOR**

__ PLAINTIFF/PETITIONER/APPLICANT
__ DEFENDANT/RESPONDENT
__ OTHER--SPECIFY

**TYPE OF MOTION (CHECK ONE ONLY)**

__ INJUNCTION
__ JUDGMENT
__ DECLARATION
__ CONTEMPT
__ DISMISS ACTION
__ STAY PROCEEDINGS
__ ORDER TO GO

__ ATTEND EXAMINATION
__ APPEAL MASTER
__ EXPEDITE TRIAL
__ VEXATIOUS PROCEEDINGS
__ OPINION/ADVISE/DIRECTIONS
__ APPOINT OR REMOVE EXECUTOR
__ OTHER

**NATURE OF MOTION (CHECK ONE ONLY)**

__ CONTESTED
__ UNOPPOSED

__ ON CONSENT
__ WITHOUT NOTICE

TOTAL P.006