# Exhibit B

## License Acknowledgement

**EXECUTION VERSION**

# AMENDED AND RESTATED COMMERCIAL LICENSES ACKNOWLEDGMENT

This acknowledgment dated as of July 8, 2011 (the "**Acknowledgment**") is provided by Rockstar Bidco, LP (the "**Purchaser**") to:

(i) Nortel Networks Corporation, a corporation organized under the laws of Canada ("**NNC**");

(ii) Nortel Networks Limited, a corporation organized under the laws of Canada ("**NNL**");

(iii) Nortel Networks Inc., a corporation organized under the laws of Delaware ("**NNI**");

(iv) the entities listed in Exhibit A hereto (the "**EMEA Sellers**") which, in the case of Nortel Networks UK Limited (in administration) ("**NNUK**"), Nortel Networks France S.A.S. (in administration) and Nortel GmbH (in administration) are acting by Alan Robert Bloom, Stephen John Harris, Alan Michael Hudson and Christopher John Wilkinson Hill of Ernst & Young LLP (the "**UK Joint Administrators**") and in the case of Nortel Networks (Ireland) Limited (in administration) is acting by David Hughes of Ernst & Young Chartered Accountants and Alan Robert Bloom (the "**Irish Joint Administrators**") (the UK Joint Administrators and the Irish Joint Administrators being collectively, the "**Joint Administrators**"), and in the case of Nortel Networks S.A. (in administration and *liquidation judiciaire*) ("**NNSA**") is acting by the UK Joint Administrators and Maître Cosme Rogeau, 26 avenue Hoche, 78000 VERSAILLES appointed as *mandataire liquidateur* by the French Court (as defined below) (the "**French Liquidator**"), the Joint Administrators act as agents of the EMEA Sellers without any personal liability and the French Liquidator acts as agent of NNSA without any personal liability;

(v) the entities listed in Exhibit B hereto;

(vi) the French Liquidator; and

(vii) the Joint Administrators.

The parties referred to in (i) through (v) are referred to collectively as the "**Sellers**".

The parties referred to in (i) through (vii) are referred to collectively as the "**Selling Parties**".

## WITNESSETH

WHEREAS the Selling Parties have entered into an asset sale agreement dated as of June 30, 2011, among the Selling Parties and the Purchaser (as the same may be further amended, restated, amended and restated or modified, the "**Sale Agreement**") pursuant to which the Sellers are selling the Assets (as defined in the Sale Agreement) to the Purchaser. The sale of the Assets shall be referred to herein as the "**Transaction**".

WHEREAS under the Sale Agreement, the Assets are sold subject to, *inter alia*, Commercial Licenses (as such term is defined in the Sale Agreement) entered into prior to the date of the Sale Agreement.

WHEREAS the Selling Parties wish to clarify with the Purchaser the Selling Parties' characterization of certain agreements between the Sellers, or any of them, and certain third parties as Commercial Licenses.

WHEREAS the Purchaser executed a Commercial License Acknowledgement dated as of June 30, 2011 (the "**Original Commercial License Acknowledgement**") and the Purchaser now wishes to amend and restate the Original Commercial License Acknowledgement in its entirety to include certain amendments and additions to Schedule "A".

NOW, THEREFORE, The Purchaser acknowledges as follows:

1. Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Sale Agreement.

2. All agreements listed in Schedule "A" hereto, as well as all amendments and supplements thereto (whether or not listed in Schedule "A") and all agreements that are substantially similar to those listed in Schedule "A" (and with licensing terms that are substantially similar to or no more broad than the licensing terms in the agreements listed in Schedule "A") and that are between any of the Sellers and the counterparties to the agreements listed in Schedule "A" and their respective affiliates, as well as all amendments and supplements thereto (collectively, the "**Subject Agreements**") shall be deemed to constitute Commercial Licenses.

3. Notwithstanding any provision to the contrary in the Sale Agreement, the Purchaser shall purchase the Assets subject to any licenses granted under the Subject Agreements, if any, and shall have no entitlement to indemnification or other remedy from any of the Sellers, including in respect of Damages suffered, or that may be suffered, as a result of the existence of any licenses granted under the Subject Agreements.

4. The Purchaser acknowledges that the list of Subject Agreements attached hereto as Schedule "A" is not, and is not intended to be, an exhaustive list of all Commercial Licenses to which the Assets are subject. For greater certainty, the Purchaser shall purchase the Assets subject to the Commercial Licenses entered into prior to the date of the Sale Agreement and thereafter in accordance with the terms of the Sale Agreement, whether or not such licenses have been identified on Schedule "A" hereto or elsewhere.

5. Listing of a particular Subject Agreement on Schedule "A" hereto is not intended by the Parties to be, and shall not be, an acknowledgment or evidence that any such agreement remains in force as of the date of execution of this Acknowledgment or that any such agreement provides any license rights whatsoever to any third party.

6. Listing of a particular Subject Agreement on Schedule "A" hereto is not intended by the Parties to be, and shall not be, an acknowledgment or evidence that any particular Seller or its affiliates that is party to such Subject Agreement has any rights in any particular Asset that is the subject of the Transaction.

7. This Acknowledgment supercedes and replaces the Original Commercial License Acknowledgement, and shall be binding upon the Purchaser and its successors and permitted assigns.

8. No failure to exercise, and no delay in exercising, any right, remedy, power or privilege under this Acknowledgment by any Selling Party will operate as a waiver of such right, remedy, power or privilege, nor will any single or partial exercise of any right, remedy, power or privilege under this Acknowledgment preclude any other or further exercise of any right, remedy, power or privilege. No Selling Party will be deemed to have waived any acknowledgment provided herein unless such waiver is in writing, and then such waiver shall be limited to the circumstances set forth in such written waiver.

**ROCKSTAR BIDCO, LP**
by: Rockstar Bidco GP, LLC, *its general partner*

By: _____
Name: Bruce H. Whitnus Jr. (B.J.)
Title:

**EXECUTION VERSION**

## EXHIBIT A -- EMEA Sellers

Nortel Networks UK Limited (in administration)
Nortel Networks S.A. (in administration and *liquidation judiciaire*)
Nortel Networks (Ireland) Limited (in administration)
Nortel Networks France S.A.S. (in administration)
Nortel GmbH (in administration)

## EXHIBIT B – Other Sellers

NN Applications Management Solutions Inc.
Nortel Altsystems, Inc. (previously "Alteon Networks, Inc.")
CoreTek, Inc.
Qtera Corporation
Xros, Inc.

## SCHEDULE "A"

## SUBJECT AGREEMENTS

| COUNTERPARTY | NORTEL PARTY | AGREEMENT TITLE |
|---|---|---|
| International Business Machines Corporation | ICL PLC | Agreement, dated January 1, 1982 (L821428) |
| International Business Machines Corporation | Northern Telecom Limited | Agreement, dated July 1, 1979, and Amending Agreement No. 1, dated April 28, 1983 (L791262) |
| Verizon Services Corp. *et al.* | Nortel Networks Inc. | General Purchase Agreement No. 710-30912-2006, Articles I, II, III and V, effective as of January 1, 2007 |
| Alltel Communications Inc. | Nortel Networks Inc. | Master Purchase Agreement with Attachments A-L, Appendices and Exhibits Contract No. 26857, dated July 17, 2006 |
| Verizon Services Corp. | Nortel Networks Inc. | General Product Purchase Agreement for Softswitch and TDM Products and Services Contract No. C0404520, effective as of August 5, 2004 |
| Verizon Services Corp. | Nortel Networks Inc. | Succession Products and Services Deployment Agreement C0404529 |
| Verizon Services Corp. | Nortel Networks Inc. | Policy Decision Manager Products and Services Deployment Agreement MA-000797-2007 |
| WorldCom Purchasing, L.L.C. | Nortel Networks Inc. | Global Master Procurement Agreement, dated November 20, 1998 |
| Verizon Corporate Services Group Inc. | Nortel Networks Inc. | Nortel NGADM Agreement MA-003136-2008 dated November 10, 2008, as amended by Amendments 1-18 |
| Verizon Network Integration Corporation | Nortel Networks Inc. | Global Business Partner Agreement, effective January 1, 2003 |

NEWYORK:2424272.3

| COUNTERPARTY | NORTEL PARTY | AGREEMENT TITLE |
|---|---|---|
| Verizon Corporate Services Group, Inc. | Nortel Networks Inc. | Managed Service Provider Agreement, effective July 8, 2008 |
| Bell Atlantic Network Integration, Inc. | Bay Networks USA, Inc. | Verizon (Bell Atlantic) Non-Exclusive Integrator Agreement effective May 1, 1997 |
| MCI WorldCom Australia Pty Limited | Nortel Networks Australia Pty Limited | Managed Services Agreement with Nortel Networks Australia executed September 26, 2002 |
| Broadcom Corporation | Nortel Networks Inc. | Nortel Networks Agreement No. 020896, dated March 22, 2001, as amended by (i) the Amendment No. 1 with effective date of January 17, 2002, Nortel Networks Amended Agreement No. 021263, (ii) the Amendment No. 2 with effective date of March 15, 2002, Nortel Networks Amended Agreement No. 021319, and (iii) Amendment No. 3 with effective date of March 22, 2001, Nortel Networks Amended Agreement No. 021274 |
| Broadcom Corporation | Nortel Networks Inc. | Power Ranger FTAPMUX, FSWIP and FFAD ASIC Design and Development Agreement dated as of November 2, 2001 |

| COUNTERPARTY | NORTEL PARTY | AGREEMENT TITLE |
|---|---|---|
| SBC Operations, Inc. | Northern Telecom Inc. | AT & T – Nortel General Agreement No. 980332, dated April 30, 1999, between SBC Operations, Inc. n/k/a AT&T Services, Inc. and Northern Telecom Inc. n/k/a Nortel Networks, Inc. (as amended by Amendment No 1 dated May 5, 2008, and supplemented by a Supplemental Agreement dated March 3, 2009 and January 1, 2010). |
| AT&T Services Inc. | Nortel Networks, Inc. | Nortel Switching Module No. 03031410, dated as of December 19, 2003 |
| AT&T Corp. | Nortel Networks Inc. | General Purchase Agreement No. GPA011D, dated as of March 5, 1998, as amended by Amendment No. 2 effective November 29, 1999 and Amendment 12 dated as of March 4, 2009 |
| Bellsouth Corporation | Nortel Networks Inc. | Global Supply and Services Contact No. R11796A, dated as of October 1, 1999, as supplemented by Supplemental Agreement effective as of June 25, 2001, and Supplemental Agreement effective as of April 16, 2006, as amended by Amendment No. 1 executed on April 4, 2008. |
| BellSouth Long Distance, Inc. | Nortel Networks Inc. | Purchase/License Agreement No. 100097, dated as of November 1, 1997 |

| COUNTERPARTY | NORTEL PARTY | AGREEMENT TITLE |
|---|---|---|
| AT&T Services, Inc. | Nortel Networks Inc. | Multi-Commitment and Purchase Agreement No. 20080912.028.C, effective November 15, 2008, as amended by amendment No. 1 executed August 21, 2009. |
| SBC Services, Inc. | Nortel Networks Inc. | Unified Networks Distributorship Agreement, Version 4.02 No. 00017864, dated as of January 1, 2001 as supplemented by Supplemental Agreement No. 20070622.898.C executed on July 11, 2007, Supplemental Agreement No. 20070705.007.C executed on July 11, 2007, Supplemental Agreement No. 20070828.022.C executed September 5, 2007; |
| AT&T Services Inc. | Nortel Networks Inc. | Subordinate Agreement No. 00017864.S.006 to Agreement No. 17864 between AT&T Services, Inc. and Nortel Networks, Inc. dated December 18, 2008 |

| COUNTERPARTY | NORTEL PARTY | AGREEMENT TITLE |
|---|---|---|
| Cingular Wireless LLC | Nortel Networks Inc. | Master Sales Agreement, No. 20070723.013C, dated November 1, 2001 |
| | | As supplemented by: Supplement A: GSM Requirements; Equipment and Services Supplement No. cing 6770.S.001; and Supplement F: UMTS Requirements |
| | | As amended by: Amendment 3 to Supplement A: GSM Requirements; Amendment 9 to Supplement A: GSM Requirements; and Amendment 12; Amendment 1 to Equipment and Services Supplement No. cing 6770.S.001 |
| Cingular Wireless LLC | Nortel Networks Inc. | Letter Agreement dated April 23, 2002, and related Memorandum of Agreement – e3 BSC |
| Cingular Wireless LLC | Nortel Networks Inc. | Letter Agreement, dated April 20, 2006. |
| Cingular Wireless LLC | Nortel Networks Inc. | Letter Agreement, dated December 18, 2006 |
| Cingular Wireless LLC | Nortel Networks, Inc. | Letter Agreement, dated September 19, 2007 |
| AT&T Mobility LLC f/k/a Cingular Wireless LLC | Nortel Networks Inc | Letter Agreement, dated December 30, 2008 |
| Cingular Wireless LLC | Nortel Networks Inc. | Information Exchange Agreement dated November 6, 2006 |
| AT&T Mobility LLC<br><br>Openet Telecom, Incorporated | Nortel Networks Inc. | Information Exchange Agreement, No. 20070912.049.C, dated September 7, 2007 |

| COUNTERPARTY | NORTEL PARTY | AGREEMENT TITLE |
|---|---|---|
| BellSouth Communications Systems, LLC d/b/a AT&T Communications Systems Southeast, LLC | Nortel Networks Inc. | Nortel Facilities Management Agreement, No. 20091008.015.C. dated June 2, 2006, as amended by Amendment No. 3 dated December 2, 2009 |
| AT&T Mobility LLC f/k/a Cingular Wireless LLC | Nortel Networks Inc. | Letter Agreement regarding ESSP Cap Solutions, No. 200900107, effective as of January 1, 2009, |
| Southwestern Bell Telephone Company | Northern Telecom Inc. | General Agreement No. C0228MO, effective January 1, 1985 |
| AT&T Services, Inc. | Nortel Networks, Inc. | AT&T – Nortel Switching Module Agreement, No. 20081204.042.C, dated as of September 11, 2009, as amended by Amendment No 20081204.042.A.0001 and supplemented by Supplemental Agreement 20081204.042.S.001, as amended by Amendment No. 1 thereto. |
| AT&T Services, Inc. | Nortel Networks Inc. | Non-Disclosure – Reciprocal, No. 20090410.042.C, dated April 28, 2009 |
| AT&T Corp | Nortel Networks, Inc. | DMS-250 Switching Level Agreement No. LLJ276D, dated as of December 21, 1998, |
| BellSouth Telecommunications Inc. | Nortel Networks Inc. | Supplemental Agreement No. 7 for DMS 10 & 100 Products and Services, dated as of April 14, 2006 |

| COUNTERPARTY | NORTEL PARTY | AGREEMENT TITLE |
|---|---|---|
| SBC Global Services, Inc. | Nortel Networks Inc. | Nortel Services Agreement No. 021255/SBC Contract 90055200 dated June 1, 2002, as amended by Amendments 1 through 4. |
| AT&T Services, Inc. | Nortel Networks, Inc. | Non-Disclosure - Reciprocal, No. 20071102.018.C, dated as of November 12, 2007 |
| Insight Communications Company LP<br><br>AT&T Services, Inc. | Nortel Networks Inc. | 3-Way Non-Disclosure Agreement, No. 20080922.052.C, dated as of September 23, 2008 |
| AT&T Services Inc. | Nortel Networks Inc. | Reciprocal Non-Disclosure Agreement, No. 20080514.015.C, dated as of May 19, 2008 |
| AT&T Services, Inc. | Nortel Networks Inc. | Non-Disclosure - Reciprocal No. 20070307.004.C effective as of March 7, 2007 |
| BellSouth Telecommunications, Inc. | Nortel Networks Inc. | Trial Agreement, No. SLK0041, dated as of July 7, 2006 |
| Southwestern Bell Telephone Co. | Northern Telecom, Inc. | Network ACD RT-1000 Agreement, No. CSL0348, dated as of October 7, 1992 |
| Southwestern Bell Technologies Resources, Inc. | Northern Telecom, Inc. | Technology Lab Agreement, No. 94K007, dated as of June 16, 1994 |
| AT&T Services, Inc. | Nortel Networks Inc. | Notification Letter, No. 20070919.019.C, dated as of November 8, 2007 |
| AT&T Services, Inc. | Nortel Networks Inc | OME6000 Product Family Supplemental Agreement No. 20080605.036.C dated August 31, 2009 |

| COUNTERPARTY | NORTEL PARTY | AGREEMENT TITLE |
|---|---|---|
| Cingular Wireless LLC | Nortel Networks Inc. | Interactive Voice Response (IVR) Professional Services Agreement effective January 1, 2005 |
| AT&T Corp. | Nortel Networks Inc. | AT&T/Nortel Networks Reseller Agreement, Nortel Agreement No. 24777 |
| AT&T Services, Inc. | Nortel Networks Inc. | Trial Agreement, No. 20061215.034.C, effective as of March 27. 2007 |
| AT&T Services, Inc. | Nortel Networks Inc | Product Evaluation Agreement #20061215.034.S.004A OM 5000/OME 6500 LNS |
| SBC Services, Inc. | Nortel Networks Inc. | Work Statement, No. 04034025, dated April 1, 2004, as amended by Amendment No. 2, Amendment No. 3 and supplemented by Supplemental Statement of Work No.0434025.S.001, as amended. |
| SBC Services, Inc. | Nortel Networks Inc. | Agreement for the License of Incremental Software No. 03031697, dated October 31, 2003, as amended by Amendment No. 1. |
| Pacific Bell<br><br>Nevada Bell | Northern Telecom Inc. | Master Agreement for INA Software, No. P07137 dated June 30, 1995 |
| SBC Services, Inc.<br><br>Federal Bureau of Investigation | Nortel Networks Inc. | Cooperative Agreement to Letter Agreement No. J-FBI-99-053, No. 00014322 |

| COUNTERPARTY | NORTEL PARTY | AGREEMENT TITLE |
|---|---|---|
| SBC Services, Inc. | Nortel Networks Inc. | Optical Networks Management Software and Technical Support Agreement, No. 5041050, effective October 1, 2005 |
| AT&T Services, Inc. | Nortel Networks Inc. | Agreement for Purchases of User Licenses and Technical Support for Optical Planner Software, No. 20071110.001.C effective June 1, 2008 as amended by Amendment No. 20071110.A.001 |
| AT&T Services, Inc | Nortel Networks Inc. | Subordinate MPS 1000 Products and Services Agreement, No. 04036069, as amended by Amendment No. 1, Amendment No. 2, and Amendment 04036069.A.003 |
| Southwestern Bell Telephone Company | Northern Telecom Inc. | DMS Family Material and Installation Contract, No. C4113FO |
| AT&T Corp. | Nortel Networks Inc. | LOA Proposal No. YEPR021105 to DMS 500 Products Sup., dated November 14, 2002 |
| | | LOA 20090828.OME between AT&T and Nortel, dated August 1, 2009 |
| AT&T Services, Inc. | Nortel Networks (Ireland) Limited | Procurement Arrangement for Supply of IP Telephony, Contract No. 20080624.025.C |
| AT&T Services Inc. | Nortel Networks Inc. | Agreement No. 06046944 dated August 28, 2006 |

| COUNTERPARTY | NORTEL PARTY | AGREEMENT TITLE |
|---|---|---|
| AT&T Services Inc. | Nortel Networks Inc. | Agreement No. 06046687 dated August 28, 2006 as amended by Amendment 06046687.A.001 and Amendment 06046687.A.002 |
| AT&T Services Inc. | Nortel Networks Inc. | Amendment #11 to DWDM/CWDM Agreement #01019547 |
| SBC Services, Inc. | Nortel Networks Inc. | Optical Module Agreement with Amendment #1 and Appendix #1-9, Agreement No. 03032497 effective October 1, 2005. |
| Hewlett Packard | Northern Telecom Limited | License Agreement, made and entered into on September 14, 1977 |
| Hewlett Packard Company | Northern Telecom Inc. | Operating Agreement, dated August 8, 1983. |
| Hewlett-Packard Company and Hewlett-Packard Development Company, LP | Nortel Networks Inc. | Master Agreement #MA-02-006, effective May 5, 2003 |
| US WEST Communications, Inc. | Nortel Networks Inc. | Agreement No. GAA0002 made as of October 6, 1983 |
| US West Business Resources, Inc. | Clarify Inc | Agreement No. 98051104 |
| US West Business Resources Inc. | Northern Telecom, Inc | Procurement Contract No. RPHCR42292 dated December 11, 1989 |
| Qwest Communications Corporation | Northern Telecom Inc. | Procurement Agreement No. QW9711CN |
| Qwest Communications Corporation | Northern Telecom Inc. | Procurement Agreement For Transmission Products No. QWT9801S effective May 20, 1998 |
| Qwest Communications Corporation | Nortel Networks Inc. | Procurement Agreement For Transmission Products effective January 1, 1999 |

NEWYORK:2424272.3

| COUNTERPARTY | NORTEL PARTY | AGREEMENT TITLE |
|---|---|---|
| Embarq Management Company | Nortel Networks Inc. | Master Purchase Agreement for Products, Systems and Services |
| Qwest Corporation | Nortel Networks Inc. | Letter Agreement Re: Qwest Corporation Geomax Program – Optera Metro 5200 Products |
| US West Communications, Inc. | Nortel Networks Inc. | Quest411 Agreement effective October 21, 1999 |
| Qwest Communications Corporation | Northern Telecom Inc. | Global Services Agreement QW03-001922 |
| Qwest Business Resources, Inc. | Nortel Networks Inc. | Nortel Networks Business Partner Agreement effective January 1, 2003 |
| Qwest Communications Corp. | Clarify Inc. | Software License and Maintenance Agreement No. QWE121997 effective December 19, 1997 |
| CenturyTel Supply Group, Inc. | Nortel Networks Inc. | Nortel Reseller Agreement – v.6.08US, effective January 1, 2009 |
| CenturyTel Service Group, LLC | Nortel Networks Inc. | Purchase and License Agreement, Qwest/CenturyLink/Embarq No. S0001-04-577 |
| LCI International Management Services, Inc. | Northern Telecom Inc. | Design, Engineering, Supply & Systems Integration Agreement – Transport |
| Thomas Swan & Co. Limited | STC PLC | Letter Memorializing Ultrasonic Analyser Licence, 1/28/1998 |
| Motorola Solutions, Inc. | Nortel Networks Inc. | Supply, Installation and Services Agreement dated December 31, 2005 |
| 3M Company | Northern Telecom Inc., among others | Project Agreement Number 98039, dated December 14, 1998. |

| COUNTERPARTY | NORTEL PARTY | AGREEMENT TITLE |
|---|---|---|
| Verint Systems Inc. | Nortel Networks Limited | Interface License Agreement dated January 16, 2003 |