**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **NORTEL NETWORKS, INC., et al.,** | : | Case No. 09-10138(KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Robert M. Malone, Esq. to represent SCI Brockville Corp. d/b/a BreconRidge Corporation in connection with this case and/or any related proceedings.

Dated: July 11, 2011

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey, the United States District Court for the District of New Jersey and the Eastern and Southern Districts of New York and the United States Court of Appeals for the Third Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: July 11, 2011

/s/ Robert K. Malone
Robert K. Malone, Esq.
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 360-1110
Facsimile: (973) 360-9831

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: July ____, 2011

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

WM01/ 7872924.1