# Notice Recipients

District/Off: 0311−1  User: Brandon  Date Created: 7/12/2011
Case: 09−10138−KG  Form ID: ntcBK  Total: 23

**Recipients of Notice of Electronic Filing:**
ust        United States Trustee         USTPREGION03.WL.ECF@USDOJ.GOV

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Nortel Networks Inc., et al.         2221 Lakeside Boulevard         Richardson, TX 75082
frep       Allen &Overy LLP,         1221 Avenue of the Americas         New York, NY 10020
ust        Thomas Patrick Tinker         Office of the U.S. Trustee         844 King Street Suite 2207         Wilmington, DE 19801
aty        Alissa T. Gazze         Morris Nichols Arsht &Tunnell, LLP         1201 N. Market Street         Wilmington, DE 19801
aty        Andrew R. Remming         Morris, Nichols, Arsht &Tunnell         1201 North Market Street         P.O. Box 1347         Wilmington, DE 19899−1347
aty        Ann C. Cordo         Morris Nichols Arsht &Tunnell LLP         1201 N. Market Street         P.O. Box 1347         Wilmington, DE 19899−1347
aty        Derek C. Abbott         Morris Nichols Arsht &Tunnell         1201 N. Market Street         Wilmington, DE 19899
aty        Elihu Ezekiel Allinson, III         Sullivan Hazeltine Allinson LLC         901 North Market Street, Siote 1300         Suite 1300         Wilmington, DE 19801
aty        Eric D. Schwartz         Morris, Nichols, Arsht &Tunnell         1201 N.Market Street         P. O. Box 1347         Wilmington, DE 19801
aty        James Croft         Cleary Gottlieb Steen &Hamilton LLP         One Liberty Plaza         New York, NY 10006
aty        James L. Bromley         Cleary Gottlieb Steen &Hamilton         One Liberty Plaza         New York, NY 10006
aty        Jennifer M. Westerfield         Cleary Gottlieb Steen &Hamilton, LLP         One Liberty Plaza         New York, NY 10006
aty        Juliet A. Drake         Cleary Gottlieb Steen &Hamilton LLP         One Liberty Plaza         New York, NY 10006
aty        Mary Caloway         Buchanan Ingersoll &Rooney PC         1105 North Market Street         Suite 1900         Wilmington, DE 19801−1228
aty        Mona A. Parikh         Buchanan Ingersoll &Rooney PC         1105 North Market Street         Suite 1900         Wilmington, DE 19801−1228
aty        Nancy G. Everett         Winston &Strawn LLP         35 W. Wacker Drive         Chicago, IL 60601
aty        Neil P Forrest         Cleary Gottlieb Steen &Hamiton LLP         One Liberty Plaza         New York, NY 10006
aty        Nora K Abularach         Cleary Gottlieb Steen &Hamilton LLP         One Liberty Plaza         New York, NY 10006
aty        Peter James Duhig         Buchanan Ingersoll &Rooney PC         1105 North Market Street         Suite 1900         Wilmington, DE 19801−1228
aty        Raymond Howard Lemisch         Benesch Friedlander Coplan &Aronoff, LL         222 Delaware Avenue         Suite 801         Wilmington, DE 19801
aty        Robin J. Baik         Cleary Gottlieb Steen &Hamilton LLP         One Liverty Plaza         New York, NY 10006
aty        Thomas F. Driscoll, III         Morris, Nichols, Arsht &Tunnell LLP         1201 North Market Street         Wilmington, DE 19801

TOTAL: 22