IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------X   Chapter 11
                                                                :
In re                                                           :   Case No. 09-10138 (KG)
                                                                :
Nortel Networks Inc., *et al.*,[1]                              :   Jointly Administered
                                                                :   Re: D. I. 5926
        Debtors.                                                :
----------------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 11, 2011, copies of the **First Supplemental Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid** were served in the manner indicated upon the entities identified on the attached service list.

Dated: July 12, 2011
       Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        James L. Bromley (admitted pro hac vice)
        Lisa M. Schweitzer (admitted pro hac vice)
        One Liberty Plaza
        New York, NY 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        and

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        /s/ Ann C. Cordo
        ―――――――――――――――――――
        Derek C. Abbott (No. 3376)
        Ann C. Cordo (No. 4817)
        Alissa T. Gazze (No. 5338)
        1201 North Market Street, 18th Floor
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 425-4663

4168078.1         *Counsel for the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**Via First Class Mail**

Tiro Clarke
Barriester and Solicitor
301, 522 – 11th Avenue S.W.
Calgary, Alberta T2R 0C8
Canada

Alternate Communications International Ltd.
509B Centre St. SW
High River, AB T1V 2C2
Canada

Craig Damast
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299