IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT  )
                                             ) ss.:
COUNTY OF HARTFORD  )

BRIAN HUNT, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as an Associate Consultant by Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095 and I am not a party to the above-captioned action.

2. On July 12, 2011, I caused to be served a personalized "Notice of Defective Transfer", a sample which is annexed hereto as Exhibit A, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

    a) the sellers of the claims as listed on the annexed Exhibit B,
    b) the buyers of the claims as listed on the annexed Exhibit C,
    c) counsel to the Debtors as listed on Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Brian Hunt

Sworn to before me this
12th day of July, 2011

_____
Tim Conklin
Notary Public, State of Connecticut

TIMOTHY C. CONKLIN
NOTARY PUBLIC
State of Connecticut
My Commission Expires
May 31, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   **Saunders D. Parish**
**532 Woodside Dr.**
**Lindale, TX  75771**

Transferee:   **Liquidity Solutions, Inc.**
**One University Plaza, Suite 312**
**Hackensack, NJ  07601**

Your transfer is defective for the reason checked below:

**Amount on Transfer Agreement does not match claim**

Docket Number: 5845        Date: 7/1/2011

By     /s/ Brian Hunt
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 12, 2011

**EXHIBIT B**

SAUNDERS D. PARISH, 532 WOODSIDE DR., LINDALE, TX 75771

JOHNSON CONTROLS, INC., C/O HAHN LOESER & PARKS LLP, ATTN: CHRIS PEER, ESQ. 200 PUBLIC SQUARE, SUITE 2800, CLEVELAND, OH 44114

TELCHEMY INC., 2905 PREMIERE PARKWAY, DULUTH, GA 30097

**EXHIBIT C**

LIQUIDITY SOLUTIONS, INC., ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ 07601

CORRE OPPORTUNITIES FUND, L.P., ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY  10019

CLAIMS RECOVERY GROUP LLC, 92 UNION AVE, CRESSKILL, NJ  07626

**EXHIBIT D**

CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: JAMES BROMLEY, ONE LIBERTY PLAZA, NEW YORK, NY 10006