United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| Nortel Networks Inc. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-10138 |
| Debtor | } Amount **$2,092.89** |

*AS SET FORTH ON SCHEDULE E*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**KATRINA CABRAL**
**491 WOODLAND AVE**
**LOS GATOS, CA 95032**

The transfer of your claim as shown above in the amount of **$2,092.89** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.


    By/s/JEFFREY CARESS
    Liquidity Solutions Inc
    (201) 968-0001

3266787

## TRANSFER NOTICE

Katrina Cabral ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Nortel Networks Inc.** (the "Debtor"), in the aggregate amount of **$2,092.89**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 09-10138.

IN WITNESS WHEREOF, Assignor has signed below as of the ___30___ day of ___June___, 2011

Katrina Cabral

_____K. Cbrl_____
(Signature)

_____Katrina Cabral_____
(Print Name and Title)

_____Jeffrey L. Caress_____
Liquidity Solutions, Inc.

Nortel Networks Inc.
Katrina Cabral

3266787

In re **NORTEL NETWORKS INC.**   Case No. 09-10138
                Debtor                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>KARLA CONTRERAS<br>3809 SAN JACINTO<br>UNIT #C<br>DALLAS, TX 75204 | | | SEVERANCE | | | | $4,038.48 | $4,038.48 | $0.00 |
| ACCOUNT NO.<br>KATHLEEN MCCAULEY<br>1266 LIBERTY LANE<br>GALLATIN, TN 37066 | | | SEVERANCE | | | | $2,427.05 | $2,427.05 | $0.00 |
| ACCOUNT NO.<br>KATHLEEN TOLER<br>8313 BRISTOL COURT<br>ROWLETT, TX 75089 | | | SEVERANCE | | | | $22,686.72 | $7,705.32 | $14,981.40 |
| ACCOUNT NO.<br>KATHRYN SOHL BEASLEY<br>1818 WEANNE DR.<br>RICHARDSON, TX 75082 | | | SEVERANCE | | | | $9,234.37 | $4,236.76 | $4,997.61 |
| ACCOUNT NO.<br>→ KATRINA CABRAL<br>491 WOODLAND AVE<br>LOS GATOS, CA 95032 | | | SEVERANCE | | | | $2,092.89 | $2,092.89 | $0.00 |
| ACCOUNT NO.<br>KAVITHA KARANAM<br>6301 STONEWOOD DR #2510<br>PLANO, TX 75024 | | | SEVERANCE | | | | $8,034.43 | $7,121.77 | $912.66 |
| ACCOUNT NO.<br>KAY N HILL<br>9603 CLUBVALLEY WAY<br>RALEIGH, NC 27617 | | | SEVERANCE | | | | $379.45 | $379.45 | $0.00 |
| ACCOUNT NO.<br>KEITH R MARSHALL<br>1350 OLD LYSTRA RD<br>CHAPEL HILL, NC 27517 | | | SEVERANCE | | | | $35,064.83 | $690.29 | $34,374.54 |
| ACCOUNT NO.<br>KENNETH M STEGMAN<br>400 GREEN BROOK DR<br>ALLEN, TX 75002 | | | SEVERANCE | | | | $29,592.75 | $7,293.46 | $22,299.29 |
| Sheet no. 79 of 124 sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | | | Subtotal | $113,550.97 | $35,985.47 | $77,565.50 |