**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS, INC., *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case Nos. 09-10138 (KG), *et seq.*<br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Pinckney, Harris & Weidinger, LLC ("PHW") and Malek Schiffrin LLP ("Malek Schiffrin") hereby enter their appearance on behalf of Solus Alternative Asset Management LP ("Solus"), as a holder of 7.785% senior unsecured debt securities issued by Nortel Networks Capital Corporation, pursuant to Section 342(a) of title 11 of the United States Code (the "Bankruptcy Code"), 11 U.S.C. § 101 et seq., and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in the above-captioned bankruptcy cases. PHW and Malek Schiffrin request that all notices given or required to be given and all papers served or required to be served in these cases be given to and served upon the following persons:

| | |
|---|---|
| Donna L. Harris, Esquire<br>Kevin M. Capuzzi, Esquire<br>PINCKNEY, HARRIS & WEIDINGER, LLC<br>1220 N. Market Street, Suite 950<br>Wilmington, Delaware 19801<br>(302) 504-1497 (Telephone)<br>(302) 442-7046 (Facsimile)<br>dharris@phw-law.com<br>kcapuzzi@phw-law.com | Javier Schiffrin, Esquire<br>Kevin Malek, Esquire<br>MALEK SCHIFFRIN LLP<br>340 Madison Avenue, Nineteenth Floor<br>New York, New York 10173-1922<br>(212) 220-9388 (Telephone)<br>(212) 220-9504 (Facsimile)<br>javier.schiffrin@malekschiffrin.com<br>kevin.malek@malekschiffrin.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181) Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile or otherwise, which affects or seeks to affect in any way the above-captioned Debtors or the property of the Debtors, or any of the rights or interests held or asserted by Solus with respect to the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that this Request shall not be deemed or construed to be a waiver of any substantive or procedural rights of Solus including, without limitation, to: (a) require that where any adversary proceeding is to be initiated against Solus in these or any related cases or where any proceeding is to be initiated by complaint against Solus under applicable non-bankruptcy law, service shall be made on Solus in accordance with applicable Bankruptcy Rules, the Federal Rules of Civil Procedure and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"); (c) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (d) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (e) any other rights, claims, actions, defenses, setoffs or recoupments to which Solus is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments Solus expressly reserves.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>July 13, 2011 | PINCKNEY, HARRIS & WEIDINGER, LLC<br><br>By:  **/s/ Donna L. Harris**<br>Donna L. Harris (No. 3740)<br>Kevin Capuzzi (No. 5462)<br>1220 North Market Street, Suite 950<br>Wilmington, Delaware 19801<br>(302) 504-1497 (Telephone)<br>(302) 442-7046 (Facsimile)<br>dharris@phw-law.com<br>kcapuzzi@phw-law.com<br><br>—and—<br><br>Javier Schiffrin, Esquire<br>Kevin Malek, Esquire<br>MALEK SCHIFFRIN LLP<br>340 Madison Avenue, Nineteenth Floor<br>New York, New York 10173-1922<br>(212) 220-9388 (Telephone)<br>(212) 220-9504 (Facsimile)<br>javier.schiffrin@malekschiffrin.com<br>kevin.malek@malekschiffrin.com<br><br>Attorneys for Solus Alternative Asset Management LP |