## CERTIFICATE OF SERVICE

I, Donna L. Harris, certify that on July 13, 2011, I caused a copy of the attached Notice of

Appearance and Request for Service of Papers to be served upon the parties listed below via

first-class mail, postage prepaid.

Derek C. Abbott, Esquire
Ann C. Cordo, Esquire
Alissa T. Gazze, Esquire
Morris, Nicholas, Arsht & Tunnell, LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19801
Counsel to the Debtor

James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Place
New York, NY 10006
Counsel to the Debtor

Christopher M. Samis, Esquire
Drew G. Sloan, Esquire
Richards Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
Counsel for the Official Committee of
Unsecured Creditors

Thomas Patrick Tinker, Esquire
United States Trustee
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

_____/s/ Donna L. Harris_____
Donna L. Harris (No. 3740)