IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | Bankr. Case. No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | Objections Due: August 1, 2011 at 4:00 p.m.<br>Hearing Date: August 23, 2011 at 10:00 a.m. |

## NOTICE OF MOTION

To:   See attached service list.

**PLEASE TAKE NOTICE THAT** the undersigned counsel has filed the Motion of Edmund B. Fitzgerald for Relief from the Automatic Stay (the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT** if you wish to respond to the Motion, you are required to file such response **on or before August 1, 2011 at 4:00 p.m. prevailing Eastern Time** (the "Objection Deadline").

At the same time, you must serve a copy of such response on the undersigned counsel so as to be received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion will be held **on August 23, 2011 at 10:00 a.m. prevailing Eastern Time** before the Honorable Kevin Gross, United States Bankruptcy Court, for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom # 3, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] In addition to Nortel Networks Inc. ("NNI"), the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA"). Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

3564180

Dated: July 13, 2011

MORRIS JAMES LLP

_____
Carl N. Kunz, III (No. 3201)
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE  19899-2306
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750
Email: ckunz@morrisjames.com

Counsel for Edmund B. Fitzgerald