JUL-08-2011  12:44           WOODMONT ASSOCIATES                        615 383 5227    P.02

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | Bankr. Case. No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

### VERIFICATION

State of Tennessee        )
                          ) ss
County of Davidson        )

Edmund B. Fitzgerald, being duly sworn according to law, does depose and say:

1. My name is Edmund B. Fitzgerald and I am authorized to make this verification.

2. I have reviewed the Motion of Edmund B. Fitzgerald for Relief from the Automatic Stay and hereby state that the facts contained therein are true and correct to the best of my knowledge information and belief.

_____
Name: Edmund B. Fitzgerald

Sworn and subscribed before the undersigned, a Notary Public for the State and County aforesaid, this 8th day of July, 2011.

_____
Notary Public

9464551.1

---

[1] In addition to Nortel Networks Inc. ("NNI"), the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA"). Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

3130777/1

1

TOTAL P.02