# EXHIBIT A

MEMORANDUM OF AGREEMENT made and entered into on the 19th day of January, 1984

BY AND BETWEEN:

>NORTHERN TELECOM LIMITED, a corporation incorporated under the laws of the Province of Ontario, having its Executive Offices at 33 City Centre Drive, Mississauga, Ontario
>
>(hereinafter referred to as "Northern Telecom")

AND:

>EDMUND B. FITZGERALD, Executive, of 3434 Woodmont Boulevard, Nashville, Tennessee
>
>(hereinafter referred to as the "Officer")

WHEREAS Northern Telecom has provided special retirement benefits for the Officer in recognition of the significant contribution he has made and is expected to make to Northern Telecom's growth and profitability, particularly in the United States of America;

WHEREAS Northern Telecom and the Officer wish to record such benefits;

NOW, THEREFORE, THE PARTIES HERETO AGREE AS FOLLOWS:

1. Upon retirement from Northern Telecom, at any time after the attainment of the full age of sixty (60) years, the Officer shall be entitled to receive a special retirement benefit as hereinafter provided (the "Special Retirement Benefit").

- 2 -

The Special Retirement Benefit shall be in lieu of any benefit or pension to which the Officer may, in the future, become entitled to receive under the Northern Telecom Managerial and Non-Negotiated Pension Plan (the "Company Pension Plan") or the pension plan of any of its subsidiaries.

2. The Special Retirement Benefit shall be an amount equal the aggregate of:

   (i) the years of the Officer's actual service with Northern Telecom and any subsidiary company; and

   (ii) the years of additional credited service (as hereinafter provided),

multiplied by a factor of 1.3 and the Final Average Remuneration.

For purposes hereof, "Final Average Remuneration" shall mean the aggregate of:

   (i) the average base salary paid to the Officer for the three (3) most highly remunerated consecutive years of employment prior to retirement; and

   (ii) one-third (1/3) of the aggregate amounts which have been awarded to the Officer (whether or not received) for such three (3) consecutive years pursuant to Part 1 of the Senior Management Incentive Award Plan (or any plan substituted therefor).

The Parties acknowledge that the factor of 1.3 is the same factor utilized for calculating pension benefits under the Company Pension Plan for persons retiring at age sixty (60) or later. In the event the factor in the Company Pension Plan increases at any time in the future, such new factor shall be used in place of the factor of 1.3 for purposes of calculating the Special Retirement Benefit.

For purposes of calculation of the Special Retirement Benefit, the Officer shall be deemed to have, and shall be credited with, an additional nineteen (19) years and three (3) months of service, calculated on the basis of one (1) year of additional credited service for each year between the attainment by the Officer of the full age of

CW

- 3 -

thirty-five (35) years and the age of the Officer at the commencement of employment with Northern Telecom's subsidiary, Northern Telecom. Inc. The additional years of service hereby credited to the Officer shall be in lieu of and not in addition to any additional years of service previously credited to the Officer including in particular the additional years of service credited to the officer as recorded in a memorandum dated December 19, 1980.

Notwithstanding the foregoing, in no event shall the Special Retirement Benefit exceed seventy percent (70%) of the Officer's base salary for the 12-month period immediately preceding retirement.

The Special Retirement Benefit shall be paid to the Officer in equal consecutive monthly installments commencing on the first day of the month following the Officer's retirement and ending in the month in which the Officer dies.

3. In the event the Officer dies prior to retirement leaving a spouse (as defined in the Company Pension Plan) surviving, such surviving spouse shall be entitled to receive an annual income (paid in monthly installments) equal to fifty percent (50%) of the first US$20,000 of the Officer's basic annual salary at the time of his death plus twenty-five (25%) of such salary in excess of US$20,000.

In the event the Officer dies after retirement leaving a spouse surviving, such surviving spouse shall be entitled to receive an annual income (paid in monthly installments) equal to sixty percent (60%) of the Special Retirement Benefit payable to the Officer prior to his death.

The payments to be made to a surviving spouse pursuant to the above two paragraphs shall terminate on the death of such surviving spouse.

4. The parties recognize that the Special Retirement Benefit provided herein shall not constitute a charge against the Company Pension Plan nor the pension plan of any of its subsidiaries.

SEP-01-2009 09:42      WOODMONT ASSOCIATES                615 383 5227    P.06

- 4 -

5. An actuary appointed by Northern Telecom shall be used to verify all calculations to be made herein.

IN WITNESS WHEREOF, the parties hereto have signed and executed this Agreement as of the date first above written.

NORTHERN TELECOM LIMITED

Per: _____

Per: _____

EDMUND B. FITZGERALD

_____