# EXHIBIT C

THIS AMENDING AGREEMENT made and entered into on the _10th_ day of February, 1988,

BY AND BETWEEN:

> NORTHERN TELECOM LIMITED, a body corporate organized and existing under the laws of Canada, with its executive offices situate at 3 Robert Speck Parkway, Mississauga, Ontario,
>
> (hereinafter referred to as "Northern Telecom")

AND:

> EDMUND B. FITZGERALD, Executive, of 3434 Woodmont Boulevard, Nashville, Tennessee,
>
> (hereinafter referred to as the "Officer")

WHEREAS Northern Telecom and the Officer have entered into an Agreement dated February 24, 1987 (the "Agreement") to provide for payment of a supplementary pension to the Officer; and

WHEREAS Northern Telecom desires to increase the amount of the supplementary pension and to provide that the board of directors may further increase the amount of supplementary pension from time to time.

NOW, THEREFORE, THE PARTIES AGREE AS FOLLOWS:

1. Paragraph 3 of the Agreement is amended as follows:

   (i) by deleting subparagraph (a) thereof and substituting the following in its place:

   > "(a) if the Officer retires on attaining the full age of sixty-five (65) years, the Supplementary Pension shall be U.S. $2,792 per month for life guaranteed fifteen (15) years commencing on the first day of the month following retirement; or"; and

   (ii) by adding the following paragraph immediately after subparagraph (b) thereof:

   > "Northern Telecom, by resolution of its board of directors, may, from time to time, at its sole discretion, increase the amount of the Supplementary Pension stipulated in subparagraph (a) above."

SEP-01-2009 09:44        WOODMONT ASSOCIATES                       615 383 5227    P.11

-2-

2. Except as hereinabove provided, all other terms and conditions of the Agreement shall remain in full force and effect.

IN WITNESS WHEREOF, the parties hereto have signed and executed this Amending Agreement on the date first above written.

                              NORTHERN TELECOM LIMITED

Per: _____
     Paul F. Oreffice, Director and
     Chairman of the Management
     Resources and Compensation
     Committee of the Board of
     Directors

Per: _____
     Clive V. Allen
     Senior Vice President and
     General Counsel

EDMUND B. FITZGERALD

_____

TOTAL P.11