# EXHIBIT E

# EXHIBIT E

 **northern telecom**

Northern Telecom Limited

The Woodlawn Mansion
127 Woodmont Boulevard
Nashville, TN 37205

Tel. (615) 734-4000
Telex 316988
TWX 910-380-0777

*RETIREMENT FOLDER*

Executive Offices

**PRIVATE AND CONFIDENTIAL**

May 22, 1990

MAY 2 2 1990

Mr. L.G. Noble
Assistant Vice President, Pensions
SunLife Assurance Company
200 University Avenue
Toronto, Ontario M5H 3C7

Dear Mr. Noble:

This will confirm our request to purchase a U.S. annuity on July 1, 1990 for Mr. Edmund B. Fitzgerald, for life, guaranteed 15 years, payable from July 1, 1990.

We understand that the monthly payments will be U.S. $4,004.77 and that the premium payment will be approximately U.S. $395,000. Additionally, the SunLife quotation will be at an annuity rate of 10.01% for which there is a buy forward cost to Northern Telecom of U.S. $4,200. Northern Telecom will forward a check in this amount to you.

This annuity purchase relates to Mr. Fitzgerald's Thrift/Savings Plan savings which cannot be made available until his retirement July 1, 1990.

Thank you for your assistance.

Yours very truly,

*G.P. Thomson*

G.P. Thomson

gm

cc: R.H. Berry
    V.B. Davis

bc: