# EXHIBIT F

APR-02-2009 12:58    WOODMONT ASSOCIATES                 615 383 5227    P.03

## GROUP PENSION IMMEDIATE ANNUITY CERTIFICATE

CONTRACT NO.: S-0179-G          CERTIFICATE NO.: 11

ANNUITANT: EDMUND B. FITZGERALD

CONTRACT HOLDER: NORTHERN TELECOM, INC.

PLAN: NON-QUALIFIED EXECUTIVE DEFERRED COMPENSATION ANNUITY
PROGRAM

PURCHASE FOR: PLAN PARTICIPANTS OF NON-QUALIFIED EXECUTIVE
DEFERRED COMPENSATION ANNUITY PROGRAM

COMPANY: SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.)
EXECUTIVE OFFICE: ONE SUN LIFE EXECUTIVE PARK,
WELLESLEY HILLS, MASSACHUSETTS  02181

The Contract Holder has purchased an annuity on behalf of the
Annuitant under the terms of Group Pension Contract Number
S-0179-G issued by the Company to the Contract Holder. This
Certificate is a summary of the benefits payable to the Contract
Holder in respect of the annuity purchased on behalf of the
Annuitant. The Contract is subject to and governed by the laws of
the State of Tennessee.

   (a)   Annuity Benefit: On the first day of March, 1991, the
Contract Holder will receive a payment of $4,004.77.
This same amount will be paid monthly during the life of
the Annuitant.

        No partial payment will be made for the time between the
date on which you die and the date the last payment was
made.

   (b)   Death Benefit Payable to a Beneficiary: If the Annuitant
dies on or after March 1, 1991, and before receiving 180
payments, a death benefit will be paid. This benefit
will be paid to the beneficiary. The beneficiary will
receive $4,004.77 until a total of 180 payments have been
made. This total includes payments made to both the
Annuitant and to the beneficiary.

Changes to this Annuity Benefit may not be made.

GP(US)28-020-(1)