IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | Bankr. Case. No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 5951** |

## MOTION OF EDMUND B. FITZGERALD FOR AN ORDER LIMITING NOTICE WITH RESPECT TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Edmund B. Fitzgerald ("Mr. Fitzgerald"), an individual, hereby moves for an order approving a limitation of notice with respect to his Motion for Relief from the Automatic Stay filed on July 13, 2011 at D.I. 5951 (the "Stay Relief Motion"). In support hereof, Fitzgerald states as follows:

1. On July 13, 2011, Mr. Fitzgerald filed his Stay Relief Motion. In accordance with Rules 2002 and 4001 of the Federal Rules of Bankruptcy Procedure, and Rules 2002-1 and 4001-1 of the Local Rules of the Bankruptcy Court for the District of Delaware, the Stay Relief Motion would ordinarily be required to be served upon the Debtors, United States Trustee, any Official Committee, and all other parties who have requested service of pleadings in the case. In the case of these Debtors, there are over 180 parties who appear on the 2002 list maintained by the Debtors.

---

[1] In addition to Nortel Networks Inc. ("NNI"), the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA"). Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

3563978/1

2. To serve all the parties on the 2002 list including persons listed as having addresses in Canada, Japan and England, with a copy of the Stay Relief Motion would cost not less than $400.00, a staggering cost for an individual seeking relief from the automatic stay to bear in just notice costs.

3. Moreover, based upon experience, it is unlikely that any party outside the Debtors, Debtors' lenders, United States Trustee, Official Committee of Unsecured Creditors, Canadian Monitor and/or their respective counsel will have any particular interest in the Stay Relief Motion, meaning that the enormous expense to serve parties who will have no direct interest in the Stay Relief Motion will simply be a waste of Mr. Fitzgerald's money.

4. Accordingly, Mr. Fitzgerald seeks an Order from this Court approving limited service of the Stay Relief Motion on the following: (i) Cleary Gottlieb Steen & Hamilton LLP, counsel for the U.S. Debtors, One Liberty Plaza, New York, NY 10006 (Attn: James L. Bromley, Esq. and Lisa M. Schweitzer, Esq.) and Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801 (Attn: Derek C. Abbott, Esq.) (ii) Ogilvy Renault LLP, counsel for the Canadian Debtors, Royal Bank Plaza, South Tower, 200 Bay Street, Suite 3800 Toronto, Ontario M5J 2Z4, Canada (Attn: Jennifer Stam, Esq. & Alan Mersky, Esq.), (iii) Akin Gump Strauss Hauer & Feld LLP, counsel for the Official Committee of Unsecured Creditors, One Bryant Park, New York, NY 10036 (Attn: Fred Hodara, Esq., Stephen Kuhn, Esq. and Kenneth Davis, Esq.) and Richards, Layton & Finger, PA., One Rodney Square, 920 North Kings Street, Wilmington, DE 19801 (Attn: Christopher Samis, Esq.), (iv) Fraser Milner Casgrain LLP, Canadian counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., 1st Canadian Place, 42nd Floor, 100 King Street West, Toronto, Ontario M5X 1B2, Canada (Attn: Michael J. Wunder, Esq., R. Shayne Kukulowicz, Esq. and Alex L.

MacFarlane, Esq.), (v) Milbank, Tweed, Hadley & McCloy, counsel to the Bondholder Group, One Chase Manhattan Plaza, New York, NY 10005 (Attn: Roland Hlawaty, Esq.), (vi) Ernst & Young Tower, the Monitor, 222 Bay Street, P.O. Box 251, Toronto, Ontario M5K 1J7, Canada (Attn: Sharon Hamilton), (vii) Goodmans LLP, counsel to the Monitor, Bay Adelaide Centre, 333 Bay Street, Suite 3400, Toronto, ON M5H 2S7, Canada (Attn: J.A. Carfagnini, Esq. and Joseph Pasquariello, Esq.) and (viii) Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801 (Attn: Patrick Tinker, Esq.).

5. Since the Motion will be filed on the Court's ECF notification system, many other parties and their counsel will receive electronic notice of the Stay Relief Motion which, coupled with actual notice to the parties listed in paragraph 4 above, should be more than sufficient to provide any necessary notice. Also, to the extent that any party requests a copy of the Stay Relief Motion, with such request made in writing to undersigned counsel, a copy of the Stay Relief Motion will be promptly provided.

6. Under the circumstances, Mr. Fitzgerald believes such limited notice to be adequate, and hereby requests that the Court enter the Order attached hereto as Exhibit A, limiting service of the Stay Relief Motion to those counsel identified in paragraph 4 above.

[Remainder of page left intentionally blank]

3563978/1

                                            Respectfully submitted,

Dated: July 13, 2011                    **MORRIS JAMES LLP**

                                            /s/ Carl N. Kunz, III
                                            Carl N. Kunz, III (DE Bar No. 3201)
                                            500 Delaware Avenue, Suite 1500
                                            P. O. Box 2306
                                            Wilmington, DE  19899-2306
                                            Telephone:  302.888.6800
                                            Facsimile:  302.571-1750
                                            Email:  ckunz@morrisjames.com

                                            *Counsel for Edmund B. Fitzgerald*

3563978/1