## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | Bankr. Case. No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | **Dkt. Ref. No.** |

## ORDER GRANTING
## MOTION OF EDMUND B. FITZGERALD FOR AN ORDER
## LIMITING NOTICE WITH RESPECT TO
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

WHEREAS Edmund B. Fitzgerald ("Mr. Fitzgerald"), an individual, filed a Motion for An Order Limiting Notice ("Motion to Limit Notice") with Respect to Motion for Relief from the Automatic Stay (the "Stay Relief Motion"), so that he may limit the notice with respect to his Motion for Relief from the Automatic Stay; and

WHEREAS, this Court has jurisdiction to consider the Motion to Limit Notice, venue is proper, and the notice parties as identified in the Motion to Limit Notice are proper and sufficient and no further notice is required; and

WHEREAS, this Court believes that the relief requested by Mr. Fitzgerald is reasonable and appropriate and that the Motion to Limit Notice should be granted;

---

[1]    In addition to Nortel Networks Inc. ("NNI"), the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA"). Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

IT IS HEREBY ORDERED this _____ day of _____, 2011 as follows:

1.      The Motion to Limit Notice is Granted as provided herein;

2.      Notice of the Relief from Stay Motion shall be sufficient if served upon the following by hand delivery, e-mail or first class mail, in Mr. Fitzgerald's discretion,: (i) Cleary Gottlieb Steen & Hamilton LLP, counsel for the U.S. Debtors, One Liberty Plaza, New York, NY 10006 (Attn: James L. Bromley, Esq. and Lisa M. Schweitzer, Esq.) and Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801 (Attn: Derek C. Abbott, Esq.) (ii) Ogilvy Renault LLP, counsel for the Canadian Debtors, Royal Bank Plaza, South Tower, 200 Bay Street, Suite 3800 Toronto, Ontario M5J 2Z4, Canada (Attn: Jennifer Stam, Esq. & Alan Mersky, Esq.), (iii) Akin Gump Strauss Hauer & Feld LLP, counsel for the Official Committee of Unsecured Creditors, One Bryant Park, New York, NY 10036 (Attn: Fred Hodara, Esq., Stephen Kuhn, Esq. and Kenneth Davis, Esq.) and Richards, Layton & Finger, PA., One Rodney Square, 920 North Kings Street, Wilmington, DE 19801 (Attn: Christopher Samis, Esq.), (iv) Fraser Milner Casgrain LLP, Canadian counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., 1st Canadian Place, 42nd Floor, 100 King Street West, Toronto, Ontario M5X 1B2, Canada (Attn: Michael J. Wunder, Esq., R. Shayne Kukulowicz, Esq. and Alex L. MacFarlane, Esq.), (v) Milbank, Tweed, Hadley & McCloy, counsel to the Bondholder Group, One Chase Manhattan Plaza, New York, NY 10005 (Attn: Roland Hlawaty, Esq.), (vi) Ernst & Young Tower, the Monitor, 222 Bay Street, P.O. Box 251, Toronto, Ontario M5K 1J7, Canada (Attn: Sharon Hamilton), (vii) Goodmans LLP, counsel to the

3564393/1

Monitor, Bay Adelaide Centre, 333 Bay Street, Suite 3400, Toronto, ON M5H 2S7, Canada (Attn: J.A. Carfagnini, Esq. and Joseph Pasquariello, Esq.) and (viii) Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801 (Attn: Patrick Tinker, Esq.);

3.     If any other party requests, in writing to Mr. Fitzgerald's counsel, to receive a copy of the Stay Relief Motion, counsel shall promptly provide a copy to any requesting party.


_____
The Honorable Kevin Gross
Chief United States Bankruptcy Judge

3564393/1