**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>    Nortel Networks, et al.,<br><br>        Debtors.<br>_____<br>Nortel Networks, Inc., *et al.,*<br><br>    Plaintiffs,<br>v.<br>McCann-Erickson Worldwide, Inc., *et al.,*<br><br>    Defendants. | Chapter 11<br><br>Bankruptcy No. 09-10138 (KG)<br>(Jointly Administered)<br>_____<br><br><br><br>Adv. Proc. No. 10-55937 (KG) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM ELECTRONIC NOTICING MATRIX**

    PLEASE TAKE NOTICE that McCarter & English LLP does hereby withdraw their appearance as counsel for Ferrari Color, Inc. in the above-captioned bankruptcy case and adversary proceeding. McCarter & English LLP does hereby withdraw their request for receipt of all notices including electronic notices of documents in the above-captioned matter.

    The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove her from the electronic noticing matrix for the above-captioned bankruptcy cases.

| | |
|---|---|
| Date:  July 15, 2011<br>         Wilmington, Delaware | **McCarter & English, LLP**<br><br>/s/ *Katharine L. Mayer*<br>Katharine L. Mayer (DE Bar I.D. #3758)<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6300<br>Facsimile: (302) 984-6399<br>kmayer@mccarter.com<br>*Attorneys for Ferrari Color, Inc.* |

ME1 11986900v.1