## CERTIFICATE OF SERVICE

I, Katharine L. Mayer, hereby certify that on the 15th day of July, 2011, I caused a true and correct copy of the foregoing *Notice of Withdrawal of Appearance and Request for Removal from the Electronic Noticing Matrix* to be served upon the below listed counsel by U.S. Mail, postage pre-paid, or in the manner so indicated.

/s/ *Katharine L. Mayer*
Katharine L. Mayer (#3758)

| | |
|---|---|
| Donna L. Culver, Esq. | Deborah M. Buell, Esq. |
| Morris Nichols Arsht & Tunnell | Neil P. Forrest, Esq. |
| 1201 North Market Street | Cleary Gottlieb Steen & Hamilton, LLP |
| P.O. Box 1347 | One Liberty Plaza |
| Wilmington, DE 19899 | New York, New York 10006 |
| | |
| Thomas Patrick Tinker | Christopher M. Samis |
| Office of the U.S. Trustee | Richards, Layton & Finger, P.A. |
| 844 King Street Suite 2207 | 920 N. King Street |
| Wilmington, DE 19801 | One Rodney Square |
| | Wilmington, DE 19801 |