**CT**
a Wolters Kluwer business

CT
111 Eighth Avenue
13th Floor
New York, NY 10011

212.894.8940 tel

July 07, 2011

Ann C. Cordo
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street,
Wilmington, DE 19801

Re: C T Corp System

Case No. 0910138KG

Dear Sir/Madam:

We are in receipt of a Notice wherein you have named C T Corporation as a defendant.
C T Corporation merely acts as registered agent for thousands of entities in the State of NY to receive service of process. C T Corporation has no business connection with these entities and is not responsible for claims against them or for making an appearance.

We request, at this time, that you take the necessary steps to remove CT Corporation as a defendant and forward to us a copy of the request to the court.

We will look to you for attorney fees if it becomes necessary to make an appearance.

Very truly yours,


Christopher Tilton
Service of Process Head

Log# 518790956

FedEx Tracking# 794949273640

cc: Delaware District - U.S. Bankruptcy Court
    824 Market Street,
    Wilmington, DE 19801