

**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

July 12, 2011

Ann C. Cordo
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street,
P.O. Box 1347,
Wilmington, DE 19801

Re: Nortel Networks Inc., et al., Debtors // To: Centennial Ventures VII, L.P.

Case No. 0910138KG

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Centennial Ventures VII, L.P. Currently, the state lists CORPORATION SERVICE COMPANY as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Ken Dunnigan
Corporate Operations Specialist

Log# 518792019

FedEx Tracking# 797295226323

cc: United States Bankruptcy Court
824 North Market Street,
Wilmington, DE 19801-4908