## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Joint Objection And Motion To Dismiss Claims Of Nortel Networks UK Limited** was caused to be made on July 15, 2011, in the manner indicated upon the entities identified on the attached service list.

Date: July 15, 2011

*/s/ Ann C. Cordo*
Ann C. Cordo (No. 4817)

4377869.1