# EXHIBIT A
**(Michael Todd Curriculum Vitae)**

# ERSKINE CHAMBERS

## MICHAEL TODD QC

*Called: 1977   Silk: 1997*



### Profile:

Michael Todd QC specialises in the field of company law, corporate finance, capital markets and corporate insolvency. Work involves all advisory and litigation aspects and covers areas such as takeovers, mergers and acquisitions, shareholder disputes, directors' duties and banking securities and all aspects of corporate/ commercial litigation.

Described as "a clear and persuasive advocate" and "one of the first people to call for legal advice on complex restructurings and contested takeovers", Michael Todd has been listed in the Times newspaper Power 100.

He has been admitted to the Bars of the following, common law, jurisdictions, for the limited purposes of appearing in the Courts of those jurisdictions in particular cases: Hong Kong, Bermuda, Cayman Islands, Isle of Man, Turks & Caicos Islands, British Virgin Islands, and Northern Ireland.

In addition to his appearances as an advocate in the High Court, Court of Appeal and Court of Final Appeal of Hong Kong, he has often appeared as an advocate in the Courts of First Instance in the British Virgin Islands, Bermuda, and the Cayman Islands, has appeared in the Courts of First Instance in the Isle of Man, and has appeared in the Courts of Appeal in the British Virgin Islands, Bermuda and Turks & Caicos Islands, and the High Court in Northern Ireland.

### What the Journals say:
**Ranked As a Star Individual in: Chambers UK**

*Company and Restructuring/Insolvency*

> (Michael Todd) "is a clear and persuasive advocate" (*Chambers UK 2011*)
>
> Michael Todd QC *"Carries great respect in the courtroom and is brilliant at arguing a case."* His ability to speak plainly and get straight to the point proves highly popular, as does his *"manifest experience and wealth of knowledge."* (Chambers and Partners)
>
> Michael Todd QC *"has a lovely manner that makes clients feel instantly at ease."* He has a practice that is international in scope as illustrated by his appearance in Validus Holdings Ltd v IPC Holdings Ltd and Max Capital Group Ltd, a matter heard

**ERSKINE CHAMBERS**

before the Supreme Court in Bermuda. (Chambers and Partners)

Michael Todd QC also impresses sources with his specialist experience in corporate insolvency and the corporate law aspects of restructuring. (Chambers and Partners)

**Ranked in: The Legal 500**
*Company, Insolvency & Chancery Commercial Litigation*

Chancery Bar Association head Michael Todd QC is praised as a 'powerful advocate' (The Legal 500)

Michael Todd QC remains a 'pre-eminent figure' (The Legal 500)

Michael Todd QC combines offshore commercial litigation experience with his respected tenure as chairman of a revitalised Chancery Bar Association (The Legal 500)

**Professional Organisations:**
Formerly Chairman of the Chancery Bar Association. He is Vice-Chairman elect of the Bar Council. His term of office as Vice-Chairman starts in January 2011.

**Case List:**
**Culross Global SPC Limited v Strategic Turnaround Master Partnership Limited [2010] UKPC 33** (Power to suspend redemptions of Shares in Hedge Funds)

**Pillar Securitisation S.a.r.l v. Spicer [2010] EWHC 836 HC - Proudman J** (Administration of Foreign limited partnership; COMI, Authority to appoint, Prescribed Form, Removal)

**Iesini v. Westrip Holdings Ltd. [2009] EWHC 2526(CH) Lewison J** (Scope of Statutory Derivative Action and Conspiracy Claim)

**Validus Holdings Ltd v. IPC Holdings Ltd and Max Capital Group Ltd [2009] Supreme Court of Bermuda (Commercial Court) Ground CJ** (Viability of hostile scheme)

**Ford v. Polymer Vision Ltd. [2009] 2 BCLC 160** (Centre of Main Interests)

**Re PCCW Ltd [2009] HKCA 178** (Scheme of Arrangement; alleged "share-splitting")

**Anglo Petroleum Ltd v. TFB (Mortgages) Ltd [2008] 1 BCLC 185 Court of Appeal** (financial assistance)

# ERSKINE CHAMBERS

**Hans Brochier Holdings Ltd v Exner [2007] BCC 127** (Centre of Main Interests)

**Citco Banking Corp NV v. Pusser's Ltd [2007] 2 BCLC 483** (test to be applied in relation to alteration of Articles of Association)

**Hague v. Nam Tai Electronics Inc. [2007] 2 BCLC 194 Privy Council** (disputed share redemption in a liquidation)

**Irvine v. Irvine (No.1) [2007] 1 BCLC 349 Blackburne J.** (shareholder dispute)

**Re Genosys Technology Management Ltd [2007] 1 BCLC 208 Lindsay J.** (disqualification of US Directors of an English Company)

**Re Hunting plc [2005] 2 BCLC 211 Patten J.** (opposed cancellation of Preference Shares at less than market value)

**Re Queen's Moat Houses plc (No 2); Secretary of State v. Bairstow [2005] 1 BCLC 136 Rattee J.** (disqualification of Chairman and Executive Director under Company Directors Disqualification Act 1986)

**Re Isis Factors plc [2003] 2 BCLC 411 Blackburne J.** (disputed contract of allotment)

**Secretary of State for Trade & Industry v. Bairstow [2003] 1 BCLC 675 Court of Appeal** (directors disqualification; issue estoppel)

**Chaston v. SWP Group plc [2003] 1 BCLC 675 Court of Appeal** (leading authority on financial assistance)

**Ivensys plc v. Automotive Sealing Systems Ltd. [2002], All ER (Comm) Thomas J.** (Expert determination, Manifest error; admissible material)

**Re Prudential Enterprise Limited [2001] 2 HKC 686, Chu J.; [2002] 2 HKC 375, Court of Appeal, [2002] 3 HKLRD 388, Court of Final Appeal** (shareholder dispute)