<table>
<tr><td>

**Via Hand Delivery**

Thomas P. Tinker. Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801

Laura David Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market St.
Wilmington, DE 19801

Mary F. Caloway Esq.
Mona A. Parikh
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

Edwin Harron
Young Conaway Stargatt & Taylor, LLP
1000 West St.
Wilmington, DE 19801

</td><td>

**Via First Class Mail**

Michael Luskin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Stephen Gale
Herbert Smith LLP
Exchange House Primrose Street
London EC2A 2HS
UK

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036

Thomas R. Kreller
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa St.
Los Angeles, CA 90017

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

</td></tr>
</table>

4377129.1