IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
:
:
:
:
---------------------------------------------------------------X

## DECLARATION OF LUKE A. BAREFOOT IN SUPPORT OF JOINT OBJECTION AND MOTION TO DISMISS CLAIMS OF NORTEL NETWORKS UK LIMITED

I, Luke A. Barefoot, do hereby declare as follows:

1. I am an associate with the law firm of Cleary Gottlieb Steen & Hamilton LLP, co-counsel to Nortel Networks Inc. and its affiliated debtors, as respective debtors and debtors in possession (collectively, the "U.S. Debtors"), in the above-captioned proceedings. I am admitted to practice before this Court *pro hac vice*.

2. I respectfully submit this declaration in support of the Joint Objection and Motion to Dismiss Claims of Nortel Networks UK Limited (the "Objection"),[2] solely in order to

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Initially capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

place before the Court certain documents referenced in and relied upon in the Claim, as well as certain filings of public record from the English Proceedings and the Chapter 15 Proceedings.

3. Annexed to this declaration are true and correct copies of the following documents:

| | |
|---|---|
| **EXHIBIT A:** | Amended Proof of Claim No. 7786 filed by Nortel Networks UK Limited, dated June 3, 2011. |
| **EXHIBIT B:** | Proof of Claim No. 5122 filed by Nortel Networks UK Limited, dated September 30, 2009. |
| **EXHIBIT C:** | Declaration of Sharon L. Rolston, dated June 6, 2009, attaching Witness Statement of Sharon Lynette Rolston, dated January 14, 2009 [D.I. 3 in Case No. 09-11972]. |
| **EXHIBIT D:** | Witness Statements of Michel Clement, dated January 14, 2009 [D.I. 45 in Case No. 09-11972]. |
| **EXHIBIT E:** | Order of the High Court of Justice, Chancery Division, Companies Court with Respect to Nortel Networks UK Limited, entered January 14, 2009 [D.I. 2 in Case No. 09-11972]. |
| **EXHIBIT F:** | Orders of the High Court of Justice, Chancery Division, Companies Court with Respect to EMEA Debtors other than NNUK, each entered January 14, 2009 [D.I. 45 in Case No. 09-11972]. |
| **EXHIBIT G:** | Verified Petition for Recognition of Foreign Proceedings Pursuant to Chapter 15 of the United States Bankruptcy Code, dated June 5, 2009 [D.I. 2 in Case No. 09-11972]. |
| **EXHIBIT H:** | Verified Chapter 15 Petitions for Recognition of Foreign Proceedings and Related Relief with Respect to the EMEA Debtors, dated October 20, 2010 [D.I. 44 in Case No. 09-11972]. |
| **EXHIBIT I:** | Declaration of Stephen John Harris, dated June 5, 2009 [D.I. 4 in Case No. 09-11972]. |
| **EXHIBIT J:** | Declaration of Alan Robert Bloom, dated October 18, 2010 [D.I. 45 in Case No. 09-11972]. |

| | |
|---|---|
| **EXHIBIT K:** | Response of the Monitor of the Canadian Debtors to the Verified Chapter 15 Petitions for Recognition of Foreign Proceedings and Related Relief with Respect to the EMEA Debtors, dated December 30, 2010 [D.I. 97 in Case No. 09-11972]. |
| **EXHIBIT L:** | Excerpts of Transcript of Hearing Held January 31, 2011 [D.I. 4788]. |
| **EXHIBIT M:** | Order Granting Recognition and Relief in Aid of Foreign Main Proceedings, dated June 26, 2009 [D.I. 36 in Case No. 09-11972]. |
| **EXHIBIT N:** | Order Granting Recognition of Foreign Proceedings and Related Relief with Respect to the EMEA Debtors, dated January 31, 2011 [D.I. 116 in Case No. 09-11972]. |
| **EXHIBIT O:** | Memorandum of Law in Support of Verified Chapter 15 Petitions for Recognition of Foreign Proceedings and Related Relief with Respect to the EMEA Debtors, dated October 20, 2010 [D.I. 48 in Case No. 09-11972]. |
| **EXHIBIT P:** | Amended and Restated Revolving Loan Agreement Between Nortel Networks UK Limited and Nortel Networks Limited, dated December 29, 2005. |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
July 15, 2011

_____
Luke A. Barefoot