# CERTIFICATE OF SERVICE

    I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Declaration Of Luke A. Barefoot In Support Of Joint Objection And Motion To Dismiss Claims Of Nortel Networks UK Limited** was caused to be made on July 15, 2011, in the manner indicated upon the entities identified on the attached service list.

Date:  July 15, 2011                               */s/ Ann C. Cordo*
                                                        Ann C. Cordo (No. 4817)

4377848.1