DACA V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Ph. 619-220-8900/ Fax 619-220-8112

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

Debtors.

) CHAPTER 11
)
) Case No. 09-10138 (KG)
) (Jointly Administered)
)
) NOTICE OF TRANSFER OF CLAIM
) OTHER THAN FOR SECURITY AND
) WAIVER OF NOTICE
)

Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled claim of **MARKERTEK VIDEO SUPPLY** ("Transferor") against the Debtor in the amount of **$16,972.04**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all other claims of Transferor have been transferred and assigned other than for security to DACA V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the claim is not less than $16,972.04 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Interpretation of this agreement that results in legal proceedings shall be initiated and adjudicated in the County of San Diego, State of California. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to DACA any correspondence or payments received subsequent to the date of this agreement and authorize DACA to take the steps necessary to transfer this claim and all claims we hold against the above debtor into their name. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**MARKERTEK VIDEO SUPPLY**
**812 KINGS HIGHWAY SAUGERTIES NY 12477**

Print Name _Paula Herbert_ Title _A/R MANAGER_

Signature _Paula Herbert_ Date _7/12/11_

Updated Address if needed) _____

Phone _745-246-3036 X7346_ Fax _845-247-0798_ E-Mail _paula@towerpower.com_

Federal Tax Identification / Social Security Number: _14-1659003_

**TRANSFEREE:**
DACA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: _Andrew Whatnall_

Mail Ref# -13578
2602008

1