# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**May 1, 2011 - May 31, 2011**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | May 2011 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 76.0 |
| 2 | Business Operations / General Corporate / Real Estate | 17.0 |
| 3 | Projections/Business Plan/Corporate wind-down | 7.0 |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 16.0 |
| 6 | Committee Matters and Creditor Meetings | 12.0 |
| 7 | Claims Administration and Analysis | 107.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 53.0 |
| 15 | Travel | 16.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **304.0** |

**Summary of Services Rendered by Professional**

| Name | May 2011 Hours |
|---|---|
| Matthew Rosenberg, Member | 141.0 |
| Michael Kennedy, Member | 144.0 |
| Aaron Taylor, Vice President | - |
| Rolando Capinpin, Jr., Vice President | - |
| Michael Sabo, Associate | 19.0 |
| **TOTAL** | **304.0** |

**Nortel Networks, Inc**
May 1, 2011 - May 31, 2011 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | May 2011 Hours | Code |
|---|---|---|---|
| 5/2/2011 | Calls and analysis re: allocation, allocation protocol, fourth estate settlement, claims and case management | 6.0 | 7 |
| 5/3/2011 | Calls and analysis re: allocation, allocation protocol, fourth estate settlement, claims and case management | 8.0 | 7 |
| 5/4/2011 | Calls and analysis re: allocation, allocation protocol, fourth estate settlement, claims and case management | 6.0 | 7 |
| 5/4/2011 | Travel to NYC | 4.0 | 15 |
| 5/5/2011 | Meetings w/ debtors advisors re allocation, claims and case management | 5.0 | 5 |
| 5/5/2011 | Meeting w/ creditors | 2.0 | 6 |
| 5/5/2011 | Return travel to Chicago | 4.0 | 15 |
| 5/6/2011 | Calls and analysis re: allocation, allocation protocol, fourth estate settlement, claims and case management | 6.0 | 7 |
| 5/9/2011 | Calls w/ debtor and creditors re case management | 2.0 | 5 |
| 5/9/2011 | Calls and analysis re: allocation, allocation protocol, fourth estate settlement, claims and case management | 5.0 | 14 |
| 5/10/2011 | Calls and analysis re: allocation, allocation protocol, fourth estate settlement, claims and case management | 7.0 | 7 |
| 5/11/2011 | Calls and analysis re allocation and claims | 6.0 | 14 |
| 5/12/2011 | Calls and analysis re allocation and claims | 6.0 | 14 |
| 5/13/2011 | Calls and analysis re allocation, claims and fourth estate | 3.0 | 7 |
| 5/16/2011 | Calls w/ debtor and creditors re case management | 3.0 | 5 |
| 5/16/2011 | Calls and analysis re allocation, allocation protocol and claims | 4.0 | 14 |
| 5/17/2011 | Calls and analysis re allocation, allocation protocol, claims and case management | 5.0 | 14 |
| 5/18/2011 | Calls and analysis re allocation, allocation protocol, claims and case management | 6.0 | 14 |
| 5/19/2011 | Calls and analysis re allocation, allocation protocol, claims and case management and fourth estate | 8.0 | 14 |
| 5/20/2011 | Calls and analysis re allocation and allocation protocol | 7.0 | 14 |
| 5/23/2011 | Calls and analysis re claims, allocation and allocation protocol | 5.0 | 14 |
| 5/24/2011 | Calls and analysis re claims, allocation and allocation protocol | 6.0 | 7 |
| 5/25/2011 | Calls and analysis re claims, allocation and allocation protocol | 6.0 | 7 |
| 5/26/2011 | Calls and analysis re claims, allocation and allocation protocol | 7.0 | 7 |
| 5/27/2011 | Calls and analysis re claims, allocation and allocation protocol | 5.0 | 7 |
| 5/31/2011 | Calls and analysis re claims, allocation and allocation protocol | 9.0 | 7 |

| | | | |
|---|---|---|---|
| **May 2011 Total** | | **141.0** | |

**Nortel Networks, Inc**
May 1, 2011 - May 31, 2011 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy, Member</u>

| Date | Description of Work | May 2011 Hours | Code |
|---|---|---|---|
| 5/2/2011 | Review and discuss w/ management draft 4th estate material & schedules | 6.0 | 1 |
| 5/2/2011 | Prepare and review analysis re allocation, mediation and financial data | 1.0 | 1 |
| 5/3/2011 | Review materials re: claims disutes | 2.0 | 7 |
| 5/3/2011 | Call w/ Cleary 4th estate material | 1.0 | 1 |
| 5/3/2011 | Review matieral and calls w/ management re: schedules to documents | 5.0 | 1 |
| 5/3/2011 | Call w/ Cleary re: adversary proceedings | 1.0 | 14 |
| 5/4/2011 | Call w/ Cleary re: preference claims | 1.0 | 7 |
| 5/4/2011 | Conference call with 4th Estate management re: documents | 2.0 | 1 |
| 5/4/2011 | Calls w/ Capstone & FTI re: 4th estate | 1.0 | 1 |
| 5/4/2011 | Call w/ Cleary re: allocation and mediation | 2.0 | 1 |
| 5/4/2011 | Travel to New York | 4.0 | 15 |
| 5/5/2011 | Meeting w/ Cleary re claims, allocation and case management | 4.0 | 1 |
| 5/5/2011 | Meeting w/ ad hoc member and professionals | 3.0 | 6 |
| 5/5/2011 | Travel to Chicago | 4.0 | 15 |
| 5/6/2011 | Review and comment on revised draft 4th estate material & schedules | 3.0 | 1 |
| 5/9/2011 | Conference call with Cleary | 1.0 | 5 |
| 5/9/2011 | Conference call with UCC advisors | 1.0 | 6 |
| 5/9/2011 | Review prior analysis on recoveries from APAC & CALA regions | 4.0 | 3 |
| 5/10/2011 | Conference call with Cleary re: 4th estate | 1.0 | 1 |
| 5/10/2011 | Review and revised draft 4th estate material & schedules | 2.0 | 1 |
| 5/10/2011 | Review prior analysis on recoveries from CALA region | 3.0 | 3 |
| 5/11/2011 | Review and revised draft 4th estate material & schedules | 2.0 | 1 |
| 5/11/2011 | Calls w/ management re: tax issues | 3.0 | 1 |
| 5/12/2011 | Review and analysis of filed intercompany claims | 6.0 | 7 |
| 5/12/2011 | Review and analysis of UK creditor material | 2.0 | 7 |
| 5/13/2011 | Prepare and review analysis re allocation, mediation and financial data | 5.0 | 1 |
| 5/13/2011 | Review and analysis of UK creditor material | 2.0 | 7 |
| 5/16/2011 | Conference call with Cleary | 2.0 | 5 |
| 5/16/2011 | Conference call with UCC advisors | 2.0 | 6 |
| 5/16/2011 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 1 |
| 5/16/2011 | Review and prepare cash repatriation, APAC, CALA analysis | 3.0 | 2 |
| 5/17/2011 | Monthly RM call | 1.0 | 2 |
| 5/17/2011 | Calls w/ T Ross re: financial position and review of material | 4.0 | 2 |
| 5/17/2011 | Call w/ Cleary & J Ray re: review of allocation material | 1.0 | 1 |
| 5/19/2011 | Prepare and review analysis re: CALA local balances | 3.0 | 2 |
| 5/19/2011 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 1 |
| 5/19/2011 | Review and analysis of filed intercompany claims | 2.0 | 7 |
| 5/20/2011 | Calls w/ J Ray re: case management | 2.0 | 1 |
| 5/20/2011 | Call w/J Bromley re: allocation issues | 1.0 | 1 |
| 5/20/2011 | Call w/ management re: CALA issues | 1.0 | 2 |
| 5/20/2011 | Review and analysis of filed intercompany claims | 3.0 | 7 |
| 5/23/2011 | Conference call with Cleary | 1.0 | 5 |
| 5/23/2011 | Conference call with UCC advisors | 2.0 | 6 |
| 5/23/2011 | Call w/ management re: CALA issues | 1.0 | 2 |
| 5/23/2011 | Review of draft 4th estate settlement material | 3.0 | 2 |
| 5/23/2011 | Prepare and review analysis re allocation, mediation and financial data | 1.0 | 1 |
| 5/24/2011 | Review monitor's report | 1.0 | 1 |
| 5/24/2011 | Prepare and review analysis re allocation, mediation and financial data | 1.0 | 1 |
| 5/24/2011 | Review and comment on revised draft 4th estate material & schedules | 5.0 | 1 |
| 5/25/2011 | Review and comment on revised draft 4th estate material & schedules | 4.0 | 1 |
| 5/25/2011 | Call w/J Bromley re: allocation issues | 2.0 | 1 |
| 5/26/2011 | Prepare and review analysis re allocation, mediation and financial data | 6.0 | 1 |
| 5/26/2011 | Calls with Cleary & JR re claims, mediation, asset sales and allocation | 3.0 | 1 |

| | | | |
|---|---|---|---|
| 5/26/2011 | Call w/ management re: CALA issues | 1.0 | 2 |
| 5/31/2011 | Conference call with Cleary | 2.0 | 5 |
| 5/31/2011 | Conference call with UCC advisors | 2.0 | 6 |
| 5/31/2011 | Review and analysis of filed intercompany claims | 3.0 | 7 |
| 5/31/2011 | Calls w/ management re: tax issues | 1.0 | 1 |
| | **May 2011 Total** | **144.0** | |

**Nortel Networks, Inc**
May 1, 2011 - May 31, 2011 Time Detail
Chilmark Partners, LLC
Michael Sabo, Associate

| Date | Description of Work | May 2011 Hours | Code |
|---|---|---|---|
| 5/3/2011 | Claims Administration and Analysis | 7.0 | 7 |
| 5/4/2011 | Conference call with 4th Estate management re: documents | 2.0 | 1 |
| 5/4/2011 | Claims Administration and Analysis | 5.0 | 7 |
| 5/5/2011 | Claims Administration and Analysis | 5.0 | 7 |
| | **May 2011 Total** | **19.0** | |