# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2011 through May 31, 2011

| Professional | Trip Date | Description | | Amount |
|---|---|---|---|---|
| Matt Rosenberg | 5/4/11-5/5/11 | Flight to New York, NY (Airpass) | $ | 962.33 |
| Matt Rosenberg | 5/4/11-5/5/11 | Hotel (one night) | $ | 580.11 |
| Matt Rosenberg | 5/4/11-5/5/11 | Ground transportation | $ | 80.00 |
| Matt Rosenberg | 5/4/11-5/5/11 | Meals (one dinner) | $ | 72.16 |
| Mike Kennedy | 5/4/11-5/5/11 | Flight to New York, NY | $ | 723.40 |
| Mike Kennedy | 5/4/11-5/5/11 | Hotel (one night) | $ | 578.11 |
| Mike Kennedy | 5/4/11-5/5/11 | Ground transportation | $ | 103.00 |
| Mike Kennedy | 5/4/11-5/5/11 | Meals (one dinner) | $ | 25.00 |
| Chilmark | various | Conference Calls | $ | 103.18 |
| **Total Expenses** | | | **$** | **3,227.29** |