# CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Fifteenth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses** was caused to be made on July 18, 2011, in the manner indicated upon the entities identified below.

Date: July 18, 2011

/s/ Ann C. Cordo
Ann C. Cordo (No. 4817)

## VIA HAND DELIVERY

Thomas Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

## VIA FIRST CLASS MAIL

Allen K. Stout
Nortel Networks
220 Athens Way, Suite 300
Nashville, TN  37228-1304

Allen K. Stout
Nortel Networks
220 Athens Way, Suite 300
Nashville, TN  37228-1304
 (Counsel for Official Committee
Of Unsecured Creditors)

4272756.1

4272756.1