# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**June 1, 2011 - June 30, 2011**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | June 2011 Hours |
|---|---|---:|
| 1 | Asset Analysis and Recovery | 212.0 |
| 2 | Business Operations / General Corporate / Real Estate | 25.0 |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 17.0 |
| 6 | Committee Matters and Creditor Meetings | 5.0 |
| 7 | Claims Administration and Analysis | 24.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | 10.0 |
| 14 | Litigation / Adversary Proceedings | 83.0 |
| 15 | Travel | 31.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **407.0** |

**Summary of Services Rendered by Professional**

| Name | June 2011 Hours |
|---|---:|
| Matthew Rosenberg, Member | 185.0 |
| Michael Kennedy, Member | 222.0 |
| Aaron Taylor, Vice President | - |
| Rolando Capinpin, Jr., Vice President | - |
| Michael Sabo, Associate | - |
| **TOTAL** | **407.0** |

**Nortel Networks, Inc**
June 1, 2011 - June 30, 2011 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | June 2011 Hours | Code |
|---|---|---:|---:|
| 6/1/2011 | Calls and analysis re allocation protocol and claims | 4.0 | 14 |
| 6/2/2011 | Calls and analysis re allocation protocol and claims | 5.0 | 14 |
| 6/3/2011 | Calls and analysis re allocation protocol and claims | 4.0 | 14 |
| 6/4/2011 | Analysis re claims | 4.0 | 7 |
| 6/6/2011 | Calls and analysis re allocation protocol and claims | 7.0 | 14 |
| 6/7/2011 | Allocation protocol hearing | 10.0 | 14 |
| 6/9/2011 | Calls and analysis re allocation, claims and fourth estate | 5.0 | 7 |
| 6/10/2011 | Calls and analysis re allocation, claims and fourth estate | 3.0 | 7 |
| 6/13/2011 | Calls and analysis re allocation, allocation protocol, case managment and claims | 7.0 | 7 |
| 6/14/2011 | Calls and analysis re allocation and case management | 4.0 | 14 |
| 6/15/2011 | Calls and analysis re allocation and case management | 6.0 | 14 |
| 6/16/2011 | Calls and analysis re allocation, allocation protocol and claims | 9.0 | 14 |
| 6/17/2011 | Calls and analysis re allocation, allocation protocol and claims | 10.0 | 14 |
| 6/20/2011 | Calls and analysis re allocation, allocation protocol and claims | 6.0 | 14 |
| 6/20/2011 | Travel to NYC | 5.0 | 15 |
| 6/21/2011 | Calls, meetings and analysis re allocation protocol, allocation, claims and case management | 10.0 | 5 |
| 6/22/2011 | Calls, meetings and analysis re allocation protocol, allocation, claims and case management | 6.0 | 5 |
| 6/22/2011 | Return travel to Chicago | 4.0 | 15 |
| 6/23/2011 | Calls and analysis re allocation protocol, allocation, claims and case management | 7.0 | 14 |
| 6/24/2011 | Calls and analysis re allocation protocol, allocation, claims and case management | 5.0 | 14 |
| 6/26/2011 | Travel to NYC | 5.0 | 15 |
| 6/27/2011 | IP auction | 18.0 | 1 |
| 6/28/2011 | IP auction; allocation | 15.0 | 1 |
| 6/29/2011 | IP auction | 14.0 | 1 |
| 6/30/2011 | IP auction | 12.0 | 1 |
| | **June 2011 Total** | **185.0** | |

**Nortel Networks, Inc**
June 1, 2011 - June 30, 2011 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy, Member</u>

| Date | Description of Work | June 2011 Hours | Code |
|---|---|---:|---:|
| 6/1/2011 | Call w/ management re: CALA issues | 2.0 | 2 |
| 6/1/2011 | Call w/ management re: US Debtors position | 2.0 | 2 |
| 6/1/2011 | Call w/ monitor re: IP process | 1.0 | 2 |
| 6/1/2011 | Prepare and review analysis re allocation, mediation and financial data | 5.0 | 1 |
| 6/2/2011 | Review CALA intercompany materials | 2.0 | 2 |
| 6/2/2011 | Call w/ management re: CALA intercompany review | 2.0 | 2 |
| 6/2/2011 | Call w/ L Barefoot re:EMEA claims | 1.0 | 7 |
| 6/2/2011 | Call w/ T Ross re: CALA analysis | 2.0 | 2 |
| 6/6/2011 | Review court filings | 6.0 | 14 |
| 6/6/2011 | Review CALA intercompany materials | 4.0 | 2 |
| 6/7/2011 | Nortel Court Hearing | 10.0 | 13 |
| 6/8/2011 | Review of financial positions w/ management and Cleary | 2.0 | 2 |
| 6/10/2011 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 1 |
| 6/8/2011 | Call w/ Cleary re: allocation issues | 3.0 | 1 |
| 6/9/2011 | Prepare inter-estate summary of issues and outlook | 4.0 | 2 |
| 6/9/2011 | Call w/ Cleary re: allocation issues | 3.0 | 1 |
| 6/9/2011 | Review of financial positions w/ Capstone | 3.0 | 6 |
| 6/9/2011 | Call w/ Cleary re: Japan | 1.0 | 2 |
| 6/10/2011 | Prepare and review analysis re allocation, mediation and financial data | 9.0 | 1 |
| 6/13/2011 | Call w/ Cleary & J Ray re: review of allocation material | 3.0 | 1 |
| 6/13/2011 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 1 |
| 6/14/2011 | Call w/J Bromley re: allocation issues | 2.0 | 1 |
| 6/14/2011 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 1 |
| 6/14/2011 | Call w/ J Ray re: allocation issues | 1.0 | 1 |
| 6/15/2011 | Prepare and review analysis re allocation, mediation and financial data | 7.0 | 1 |
| 6/15/2011 | Call w/ T Ross re: allocation of restructuring expenses | 2.0 | 2 |
| 6/16/2011 | Prepare and review analysis re allocation, mediation and financial data | 9.0 | 1 |
| 6/20/2011 | Conference call with Cleary | 1.0 | 5 |
| 6/20/2011 | Conference call with UCC advisors | 2.0 | 6 |
| 6/20/2011 | Prepare and review analysis re allocation, mediation and financial data | 7.0 | 1 |
| 6/20/2011 | Travel to NYC | 4.0 | 15 |
| 6/21/2011 | Monthly RM call | 1.0 | 2 |
| 6/21/2011 | Meeting with Cleary & JR re claims, mediation, asset sales and allocation | 10.0 | 1 |
| 6/22/2011 | Meeting with Cleary & JR re claims, mediation, asset sales and allocation | 7.0 | 1 |
| 6/22/2011 | Return travel to Chicago | 4.0 | 15 |
| 6/23/2011 | Review and revised draft 4th estate material & schedules | 6.0 | 1 |
| 6/23/2011 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 1 |
| 6/24/2011 | Review and revised draft 4th estate material & schedules | 6.0 | 1 |
| 6/24/2011 | Review and analysis of EMEA claims | 4.0 | 7 |
| 6/26/2011 | Travel to NYC | 5.0 | 15 |
| 6/27/2011 | IP auction | 18.0 | 1 |
| 6/28/2011 | IP auction; allocation | 15.0 | 1 |
| 6/29/2011 | IP auction | 14.0 | 1 |
| 6/30/2011 | IP auction | 12.0 | 1 |
| 6/30/2011 | Return travel to Chicago | 4.0 | 15 |
| | **June 2011 Total** | **222.0** | |