# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2011 through June 30, 2011

| Professional | Trip Date | Description | Amount |
|---|---|---|---:|
| Matt Rosenberg | 6/20/11-6/22/11 | Flight to New York, NY (Airpass) | $ 962.33 |
| Matt Rosenberg | 6/20/11-6/22/11 | Hotel (two nights) | $ 1,430.85 |
| Matt Rosenberg | 6/20/11-6/22/11 | Ground transportation | $ 144.00 |
| Matt Rosenberg | 6/20/11-6/22/11 | Meals | $ - |
| Mike Kennedy | 6/20/11-6/22/11 | Flight to New York, NY | $ 973.80 |
| Mike Kennedy | 6/20/11-6/22/11 | Hotel (two nights) | $ 1,154.53 |
| Mike Kennedy | 6/20/11-6/22/11 | Ground transportation | $ 129.00 |
| Mike Kennedy | 6/20/11-6/22/11 | Meals (one dinner) | $ 40.00 |
| Matt Rosenberg | 6/26/11-7/1/11 | Flight to New York, NY (Airpass) | $ 962.33 |
| Matt Rosenberg | 6/26/11-7/1/11 | Hotel (five nights) | $ 3,200.40 |
| Matt Rosenberg | 6/26/11-7/1/11 | Ground transportation | $ 265.00 |
| Matt Rosenberg | 6/26/11-7/1/11 | Meals (one lunch, one dinner and one group dinner) | $ 283.99 |
| Mike Kennedy | 6/26/11-6/30/11 | Flight to New York, NY | $ 707.20 |
| Mike Kennedy | 6/26/11-6/30/11 | Hotel (four nights) | $ 1,964.76 |
| Mike Kennedy | 6/26/11-6/30/11 | Ground transportation | $ 183.00 |
| Mike Kennedy | 6/26/11-6/30/11 | Meals | $ - |
| Chilmark | various | Conference Calls | $ - |
| **Total Expenses** | | | **$12,401.19** |