

| | CT Corporation | 302 777 0220 tel |
|---|---|---|
| **Wolters Kluwer** | | 800 677 3394 toll free |
| Corporate Legal Services | 1209 Orange Street | www.ctcorporation.com |
| | Wilmington, DE 19801 | |

July 14, 2011

Epiq Bankruptcy Solutions, LLC
P.O. Box 4470,
Beaverton, OR  97005

Re:  Nortel Networks Inc., et al., Debtors vs. Centennial Ventures VII, L.P.

Case No.  09-10138 KG

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Centennial Ventures VII, L.P.. Currently, the state lists Corporation Service Company as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Amy Baccellieri
SOP Process Specialist

Log# 518827385

cc:  United States Bankruptcy Court
     824 North Market Street,
     Wilmington, DE  19801-4908