# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS, INC., *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case Nos. 09-10138 (KG), *et seq.*<br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District Court Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Javier Schiffrin, Esquire of Malek Schiffrin LLP to represent the Solus Alternative Asset Management LP in the above matter.

Dated: July 19, 2011  
       Wilmington, Delaware

PINCKNEY, HARRIS & WEIDINGER, LLC

 /s/ **Kevin M. Capuzzi**  
Donna L. Harris (DE No. 3740)  
Kevin M. Capuzzi (DE No. 5462)  
1220 North Market Street, Suite 950  
Wilmington, Delaware 19801  
(302) 504-1497 telephone  
(302) 442-7046 facsimile  
*kcapuzzi@phw-law.com*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____  
The Honorable Kevin Gross  
United States Bankruptcy Court Chief Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181) Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

    Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to District Court Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Motion.

Dated: July 19, 2011

Signed: _____
Javier Schiffrin, Esquire (NY Bar No. 4000238 )
MALEK SCHIFFRIN LLP
340 Madison Avenue, 19th Floor
New York, NY 10173-1922
(212) 220-9388 (Telephone)
(212) 220-9504 (Facsimile)
javier.schiffrin@malekschiffrin.com