### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS, INC., *et al.*[1],<br><br>            Debtors. | Chapter 11<br><br>Case Nos. 09-10138 (KG), *et seq.*<br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District Court Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kevin N. Malek, Esquire of Malek Schiffrin LLP to represent the Solus Alternative Asset Management LP in the above matter.

Dated: July 19, 2011　　　　　　　　　PINCKNEY, HARRIS & WEIDINGER, LLC
　　　　　Wilmington, Delaware
　　　　　　　　　　　　　　　　　　　 /s/ Kevin M. Capuzzi
　　　　　　　　　　　　　　　　　　　Donna L. Harris (DE No. 3740)
　　　　　　　　　　　　　　　　　　　Kevin M. Capuzzi (DE No. 5462)
　　　　　　　　　　　　　　　　　　　1220 North Market Street, Suite 950
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　(302) 504-1497 telephone
　　　　　　　　　　　　　　　　　　　(302) 442-7046 facsimile
　　　　　　　　　　　　　　　　　　　*kcapuzzi@phw-law.com*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Kevin Gross
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court Chief Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181) Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to District Court Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Motion.

Dated: July 19, 2011            Signed: _____
                                Kevin N. Malek (NY Bar No.4447470)
                                MALEK SCHIFFRIN LLP
                                340 Madison Avenue, 19th Floor
                                New York, NY 10173
                                (212) 508-7090 (Telephone)
                                (212) 220-9504 (Facsimile)
                                kevin.malek@malekschiffrin.com