**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re <br><br> NORTEL NETWORKS, INC., *et al.*[1], <br><br> Debtors. | Chapter 11 <br><br> Case Nos. 09-10138 (KG), *et seq.* <br> (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District Court Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kevin N. Malek, Esquire of Malek Schiffrin LLP to represent the Solus Alternative Asset Management LP in the above matter.

Dated: July 19, 2011
       Wilmington, Delaware

PINCKNEY, HARRIS & WEIDINGER, LLC

**/s/ Kevin M. Capuzzi**
Donna L. Harris (DE No. 3740)
Kevin M. Capuzzi (DE No. 5462)
1220 North Market Street, Suite 950
Wilmington, Delaware 19801
(302) 504-1497 telephone
(302) 442-7046 facsimile
*kcapuzzi@phw-law.com*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: July 19, 2011

The Honorable Kevin Gross
United States Bankruptcy Court Chief Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181) Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.