# EXHIBIT C

## DISBURSEMENT SUMMARY
## MAY 1 TO MAY 31, 2011
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Accommodations | $1,365.19 |
| Airfare/Travel | $1,341.34 |
| Binding Books / Documents | $    19.20 |
| Cellular Phones | $  100.00 |
| Ground Transportation (Taxi Charges/Courier) | $  524.79 |
| Library Computer Research | $  641.27 |
| Long Distance Telephone Calls | $  224.78 |
| Meals & Beverages | $  259.27 |
| Photocopy Charges | <u>$1,028.40</u> |
| Total Non-Taxable Disbursements | **$5,504.24 CDN.** |

10049108_1|TorDocs