**EXHIBIT D**

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: June 30, 2011  
Invoice #: 2841616  
Page 31 of 35

DISBURSEMENT DETAIL

| Date | Description | Qty | Amt |
|---|---|---|---|
| 28-Feb-11 | Verizon Wireless roaming charges for R. Jacobs for Nortel calls for the period Oct. 20 - Nov. 19/10; 2010-10-20 | 1.00 | 100.00 |
| 16-Mar-11 | Bell Conferencing/R Jacobs/Inv. 106968869 | 1.00 | 55.44 |
| 16-Mar-11 | Bell Conferencing/M Wunder/Inv. 106968869 | 1.00 | 5.24 |
| 16-Mar-11 | Bell Conferencing/M Wunder/Inv. 106968869 | 1.00 | 3.99 |
| 08-Apr-11 | File Storage Retrieval/Iron Mountain Invoice #DLK8419 | 1.00 | 13.00 |
| 17-Apr-11 | Bell Conferencing/A MacFarlane/Inv. 107065708 | 1.00 | 4.89 |
| 17-Apr-11 | Bell Conferencing/M Wunder/Inv. 107065708 | 1.00 | 98.63 |
| 17-Apr-11 | Bell Conferencing/M Wunder/Inv. 107065708 | 1.00 | 21.11 |
| 17-Apr-11 | Bell Conferencing/M Wunder/Inv. 107065708 | 1.00 | 1.86 |
| 17-Apr-11 | Bell Conferencing/M Wunder/Inv. 107065708 | 1.00 | 2.56 |
| 17-Apr-11 | Bell Conferencing/M Wunder/Inv. 107065708 | 1.00 | 6.41 |
| 17-Apr-11 | Bell Conferencing/Ryan Jacobs/Inv. 107065708 | 1.00 | 6.75 |
| 17-Apr-11 | Bell Conferencing/A MacFarlane/Inv. 107065708 | 1.00 | 3.11 |
| 02-May-11 | "eCarswell/WISHART,JAMES" | 1.00 | 180.03 |
| 02-May-11 | Laser Copy;MacFarlaneA | 3.00 | 0.30 |
| 02-May-11 | Laser Copy;MattesL | 20.00 | 2.00 |
| 02-May-11 | Laser Copy;BEAIRSTO | 14.00 | 1.40 |
| 02-May-11 | Laser Copy;NELSON M | 32.00 | 3.20 |
| 02-May-11 | Laser Copy;NOBILIA | 208.00 | 20.80 |
| 02-May-11 | Laser Copy;NELSON M | 113.00 | 11.30 |
| 02-May-11 | Telephone;12128484855;New YorkNY;4582 | 1.00 | 0.51 |
| 02-May-11 | Laser Copy;DamaniA | 232.00 | 23.20 |
| 03-May-11 | Laser Copy;MattesL | 31.00 | 3.10 |
| 03-May-11 | Laser Copy;SHANTZ P | 10.00 | 1.00 |
| 03-May-11 | Laser Copy;MattesL | 1.00 | 0.10 |
| 03-May-11 | "eCarswell/WISHART,JAMES" | 1.00 | 129.68 |
| 03-May-11 | "eCarswell/WISHART,JAMES" | 1.00 | 9.98 |
| 03-May-11 | Hotel room at W New York for M. Wunder on April 10/11 (see Visa); 2011-4-10 | 1.00 | 453.99 |
| 03-May-11 | Laser Copy;NELSON M | 8.00 | 0.80 |
| 03-May-11 | Working lunch for R. Jacobs and A. MacFarlane from Subway on March 23, 2011.; 2011-3-23 | 1.00 | 11.99 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: June 30, 2011  
Invoice #: 2841616  
Page 32 of 35

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 03-May-11 | Working lunch for J. Hetu from Cafe Supreme on March 23, 2011.; 2011-3-23 | 1.00 | 5.79 |
| 03-May-11 | Working supper for J. Hetu from Mamma's Pizza on March 27, 2011.; 2011-3-27 | 1.00 | 20.00 |
| 03-May-11 | Taxi for R. Jacobs on April 26/11; 2011-4-26 | 1.00 | 14.28 |
| 03-May-11 | Working meal at Burrito Bandidos for R. Jacobs on April 28/11; 2011-4-28 | 1.00 | 15.80 |
| 03-May-11 | Breakfast at Starbucks in New York for M. Wunder on April 11/11; 2011-4-11 | 1.00 | 14.22 |
| 03-May-11 | Taxi from Eglinton to Toronto airport for M. Wunder on April 10/11; 2011-4-10 | 1.00 | 43.28 |
| 03-May-11 | Air Canada flight to New York for M. Wunder on April 10/11; 2011-4-10 | 1.00 | 584.96 |
| 03-May-11 | Taxi from hotel to New York airport for M. Wunder on April 13/11 (see Visa); 2011-4-13 | 1.00 | 35.78 |
| 03-May-11 | Taxi in New York from office to hotel for M. Wunder on April 12/11 (see Visa); 2011-4-12 | 1.00 | 22.42 |
| 03-May-11 | Dinner at BLT Bar & Grill in New York for M. Wunder and R. Jacobs on April 11/04 (see Visa); 2011-4-11 | 1.00 | 50.00 |
| 03-May-11 | Dinner for M. Wunder at Redeye Grill in New York for M. Wunder on April 12/11 (see Visa); 2011-4-12 | 1.00 | 25.00 |
| 03-May-11 | Hotel room at Le Parker Meridien in New York for M. Wunder on April 12/11 (see Visa); 2011-4-12 | 1.00 | 452.02 |
| 03-May-11 | Hotel room at W New York for M. Wunder on April 11/11 (see Visa); 2011-4-11 | 1.00 | 459.18 |
| 04-May-11 | "eCarswell/WISHART,JAMES" | 1.00 | 321.58 |
| 04-May-11 | Laser Copy;NOBILIA | 4.00 | 0.40 |
| 04-May-11 | Laser Copy;MattesL | 197.00 | 19.70 |
| 04-May-11 | Laser Copy;jacobsr | 6.00 | 0.60 |
| 04-May-11 | Laser Copy;MacFarlaneA | 7.00 | 0.70 |
| 04-May-11 | Working lunch at Aroma for M. Wunder on May 3/11; 2011-5-3 | 1.00 | 11.45 |
| 05-May-11 | Laser Copy;NELSON M | 33.00 | 3.30 |
| 05-May-11 | Laser Copy;MattesL | 24.00 | 2.40 |
| 06-May-11 | Laser Copy;MattesL | 85.00 | 8.50 |
| 06-May-11 | Laser Copy;NELSON M | 104.00 | 10.40 |
| 06-May-11 | Telephone;12128728040;New YorkNY;4582 | 1.00 | 0.51 |
| 06-May-11 | Laser Copy;jacobsr | 30.00 | 3.00 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: June 30, 2011  
Invoice #: 2841616  
Page 33 of 35

| Date | Description | Qty | Amt |
|---|---|---|---|
| 09-May-11 | Laser Copy;jacobsr | 1.00 | 0.10 |
| 09-May-11 | Laser Copy;NELSON M | 7.00 | 0.70 |
| 09-May-11 | Laser Copy;NELSON M | 68.00 | 6.80 |
| 09-May-11 | Laser Copy;MattesL | 78.00 | 7.80 |
| 10-May-11 | Laser Copy;MattesL | 59.00 | 5.90 |
| 10-May-11 | Laser Copy;HETU, Jarvis | 16.00 | 1.60 |
| 10-May-11 | Laser Copy;MacFarlaneA | 45.00 | 4.50 |
| 10-May-11 | Laser Copy;NELSON M | 105.00 | 10.50 |
| 10-May-11 | Photocopy;HETU, Jarvis | 28.00 | 2.80 |
| 10-May-11 | Laser Copy;jacobsr | 9.00 | 0.90 |
| 11-May-11 | Working lunch at Subway for R. Jacobs on May 6/11; 2011-5-6 | 1.00 | 11.97 |
| 11-May-11 | Laser Copy;jacobsr | 35.00 | 3.50 |
| 11-May-11 | Laser Copy;NELSON M | 91.00 | 9.10 |
| 11-May-11 | Laser Copy;MacFarlaneA | 20.00 | 2.00 |
| 11-May-11 | Laser Copy;MattesL | 96.00 | 9.60 |
| 11-May-11 | Taxi home from airport for R. Jacobs on April 13/11; 2011-4-13 | 1.00 | 58.22 |
| 11-May-11 | Taxi to New York airport for R. Jacobs on May 5/11; 2011-5-5 | 1.00 | 64.02 |
| 11-May-11 | Taxi from Toronto airport for R. Jacobs on May 5/11; 2011-5-5 | 1.00 | 48.59 |
| 11-May-11 | Taxi from office to Avenue and Lawrence for R. Jacobs on May 4/11; 2011-5-4 | 1.00 | 34.51 |
| 12-May-11 | Meals and Beverages - Maxim /Working lunch for A. MacFarlane/R. Jacobs/J. Hetu-April 26/11/Inv. 303001 | 1.00 | 41.75 |
| 12-May-11 | Laser Copy;NELSON M | 231.00 | 23.10 |
| 12-May-11 | Laser Copy;MacFarlaneA | 2.00 | 0.20 |
| 12-May-11 | Laser Copy;MattesL | 164.00 | 16.40 |
| 12-May-11 | Telephone;19175447922;New YorkNY;4715 | 1.00 | 9.69 |
| 12-May-11 | Meals and Beverages - Maxim /Working lunch for A. MacFarlane/R. Jacobs/J. Hetu April 21/11/Inv. 302944 | 1.00 | 45.00 |
| 13-May-11 | Laser Copy;NELSON M | 13.00 | 1.30 |
| 13-May-11 | Laser Copy;MattesL | 1.00 | 0.10 |
| 13-May-11 | Laser Copy;MacFarlaneA | 20.00 | 2.00 |
| 16-May-11 | Laser Copy;NELSON M | 64.00 | 6.40 |
| 16-May-11 | Laser Copy;jacobsr | 13.00 | 1.30 |
| 16-May-11 | Laser Copy;MacFarlaneA | 10.00 | 1.00 |
| 16-May-11 | Laser Copy;MattesL | 2.00 | 0.20 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: June 30, 2011  
Invoice #: 2841616  
Page 34 of 35

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 17-May-11 | Laser Copy;NELSON M | 18.00 | 1.80 |
| 17-May-11 | Dining Room Expense - M. J. Wunder | 1.00 | 6.30 |
| 17-May-11 | Laser Copy;MattesL | 7.00 | 0.70 |
| 18-May-11 | Laser Copy;jacobsr | 2.00 | 0.20 |
| 18-May-11 | Laser Copy;NELSON M | 51.00 | 5.10 |
| 18-May-11 | Laser Copy;MattesL | 74.00 | 7.40 |
| 19-May-11 | Laser Copy;MacFarlaneA | 37.00 | 3.70 |
| 19-May-11 | Laser Copy;MattesL | 36.00 | 3.60 |
| 19-May-11 | Laser Copy;NELSON M | 54.00 | 5.40 |
| 19-May-11 | Laser Copy;jacobsr | 92.00 | 9.20 |
| 19-May-11 | Taxi to Toronto airport for M. Wunder on May 5/11; 2011-5-5 | 1.00 | 43.28 |
| 19-May-11 | Air Canada return flight to New York for M. Wunder on May 5-6/11; 2011-5-5 | 1.00 | 756.38 |
| 19-May-11 | Taxi from New York airport to Akin Gump office for M. Wunder on May 5/11 (see Visa); 2011-5-5 | 1.00 | 37.45 |
| 20-May-11 | Laser Copy;DamaniA | 1,604.00 | 160.40 |
| 20-May-11 | Tabs / Binder | 1.00 | 6.80 |
| 20-May-11 | Laser Copy;jacobsr | 8.00 | 0.80 |
| 20-May-11 | Laser Copy;NELSON M | 299.00 | 29.90 |
| 24-May-11 | Laser Copy;NELSON M | 93.00 | 9.30 |
| 24-May-11 | Telephone;19175447922;New YorkNY;4715 | 1.00 | 3.57 |
| 24-May-11 | Laser Copy;MacFarlaneA | 198.00 | 19.80 |
| 24-May-11 | Laser Copy;MattesL | 52.00 | 5.20 |
| 25-May-11 | Laser Copy;NELSON M | 336.00 | 33.60 |
| 25-May-11 | Laser Copy;NELSON M | 40.00 | 4.00 |
| 25-May-11 | Tabs / Cerlox / Clear Covers | 1.00 | 12.40 |
| 25-May-11 | Laser Copy;jacobsr | 25.00 | 2.50 |
| 25-May-11 | Laser Copy;MacFarlaneA | 30.00 | 3.00 |
| 25-May-11 | Laser Copy;MattesL | 1,036.00 | 103.60 |
| 26-May-11 | Laser Copy;jacobsr | 22.00 | 2.20 |
| 26-May-11 | Laser Copy;MattesL | 257.00 | 25.70 |
| 26-May-11 | Laser Copy;NELSON M | 38.00 | 3.80 |
| 26-May-11 | Laser Copy;MacFarlaneA | 24.00 | 2.40 |
| 27-May-11 | Laser Copy;MattesL | 97.00 | 9.70 |
| 27-May-11 | Laser Copy;NELSON M | 151.00 | 15.10 |

Matter #: 538462-000001  
Matter Name: Nortel Networks Inc., et al.

Invoice Date: June 30, 2011  
Invoice #: 2841616  
Page 35 of 35

| Date | Description | Qty | Amt |
|---|---|---|---|
| 27-May-11 | Laser Copy;jacobsr | 32.00 | 3.20 |
| 27-May-11 | Laser Copy;MacFarlaneA | 32.00 | 3.20 |
| 29-May-11 | Laser Copy;KenneyJ | 695.00 | 69.50 |
| 29-May-11 | Laser Copy;Vincent-DunlopT | 228.00 | 22.80 |
| 30-May-11 | Laser Copy;MattesL | 211.00 | 21.10 |
| 31-May-11 | Laser Copy;jacobsr | 48.00 | 4.80 |
| 31-May-11 | Telephone;13026517699;WilmingtDE; 4715 | 1.00 | 0.51 |
| 31-May-11 | Beck Taxi/Ryan jacobs May 5/11/Inv. 1721-029 | 1.00 | 46.04 |
| 31-May-11 | Beck Taxi/M Wunder (taxi to court) May 2/11/Inv. 1721-029 | 1.00 | 7.48 |
| 31-May-11 | Laser Copy;NELSON M | 198.00 | 19.80 |
| 31-May-11 | Laser Copy;MacFarlaneA | 187.00 | 18.70 |
| 31-May-11 | Beck Taxi/F. Hodara (Akin Gump) to airport/Inv. 1721 | 1.00 | 13.37 |
| 31-May-11 | Beck Taxi/Doc Services deliver to Ridge Hill Dr | 1.00 | 28.02 |
| 31-May-11 | Beck Taxi/M Wunder May 2/11/Inv. 1721-029 | 1.00 | 28.05 |
| 31-May-11 | Laser Copy;MattesL | 1,257.00 | 125.70 |
| 31-May-11 | Laser Copy;DuldulaoF | 252.00 | 25.20 |
| 31-May-11 | Laser Copy;MCDONALA | 123.00 | 12.30 |
| | Total | CDN. | $5,504.24 |