**EXHIBIT E**

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## MAY 1, 2011 THROUGH MAY 31, 2011
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 6.8 | $850.00 | $5,780.00 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 2.0 | $775.00 | $1,550.00 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 61.9 | $800.00 | $49,520.00 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 82.8 | $775.00 | $64,170.00 |
| Beairsto, M.G. | Partner | Information Technology/ Intellectual Property | Ontario - 1989 | 1.2 | $625.00 | $750.00 |
| Banks, T. | Partner | Employment/Pension/ Research | Ontario - 2002 | 23.6 | $650.00 | $15,340.00 |
| Riel, W. | Partner | Intellectual Property | Ontario - 1997 | 0.4 | $450.00 | $180.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 0.3 | $450.00 | $135.00 |
| Hétu, J. | Associate | Financial Restructuring | Ontario - 2009 | 12.0 | $350.00 | $4,200.00 |
| Jacobs, R.C. | Partner | Financial Restructuring | Ontario - 2011 | 190.4 | $675.00 | $128,520.00 |
| James Wishart | Associate | Litigation | Ontario - 2010 | 24.2 | $200.00 | $4,840.00 |
| Shantz, P.D. | Counsel | Real Estate | Ontario - 1979 | 5.8 | $650.00 | $3,770.00 |
| | | | | | | |
| TOTAL | | | | | CDN. | $278,755.00 |
| | Less Non-Working Travel Time Discount (50% of $1,180.00) | | | | | ($590.00) |
| TOTAL | | | | | CDN. | $278,165.00 |

10049108_1|TorDocs