## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 Approving Settlement and Loss Portfolio Transfer Agreement with Liberty Mutual Insurance Company** was caused to be made on July 19, 2011, in the manner indicated upon the entities identified below and on the attached service list.

Date:  July 19, 2011

_____
*/s/ Ann C. Cordo*
Ann C. Cordo (No. 4817)

**Via First Class Mail**

Richard Rey
Liberty Mutual Group
175 Berkeley Street
Boston, MA 02117

General Counsel
Liberty Mutual Group
175 Berkeley Street
Boston, MA 02117

4382558.1