**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Nortel Networks, Inc., | ) Case No. 09-10138 KG |
| | ) Chapter 11 |
| | ) JOINTLY ADMINISTERED |
| Debtor, | ) Claim No. 107(filed under 09-10140 Alteon Websystems Inc. aka Nortel Networks) |

## NOTICE OF TRANSFER OF CLAIM

NOW COMES the Creditor, CIT Technology Financing Services, Inc (the "Seller/Transferor/Assignor") and Bank of the West (the "Purchaser/Transferee/Assignee") and do hereby provide joint notice of the unconditional sale and transfer of all right, title and interest in and to the Master Installment Payment Agreement dated May 31, 2007 between De Lage Landen Financial Services, Canada Inc., its affiliates, subsidiaries, successors or assigns and Nortel Networks Limited. (Finance Contract) (as such is defined in the Conveyance Instrument by and between Seller/Transferor/Assignor and Purchaser/Transferee/Assignee) including the Claim referenced above, Claim No. 107 filed on February 9, 2009 under Case No. 09-10140, Alteon Websystems, Inc.aka Nortel Networks (the "Bankruptcy Claim").

The Purchaser/Transferee/Assignee hereby requests that it be immediately substituted upon the docketing of this Notice of Transfer of Claim for the Seller/Transferor/Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings. The Seller/Transferor/Assignor concurs with the request and informs the Court that it has been notified of the transfer.

The original Proof of Claim may have been filed under the following name(s):

SELLER/ASSIGNOR/TRANSFEROR:

(For Notice Purposes)
CIT Technology Financing Services, Inc
c/o Weltman, Weinberg & Reis, Co.
175 S. Third Street, Suite 900
Columbus, Ohio 43215

(For Payment Purposes)
CIT Technology Financing Services, Inc
10201 Centurion Pkwy N. #100
Jacksonville, FL 32256

PURCHASER/ASSIGNEE/TRANSFEREE:
Bank of the West
c/o Weltman, Weinberg & Reis, Co., L/P.A.
175 South 3rd St
Columbus, OH  43215

                                      WHITTINGTON & AULGUR

By:    /s/ Kristi J. Doughty
        Kristi J. Doughty. (No. 3826)
        651 N. Broad Street, Suite 206
        P.O. Box 1040
        Middletown, DE  19709-1040
        (302) 378-1661
        Attorney for Bank of the West

Date:  July 20, 2011