**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

Nortel Networks, Inc., ) Case No. 09-10138 KG
) Chapter 11
) JOINTLY ADMINISTERED
                      Debtor, )

## CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify this 20th day of July, A.D. 2011 that one true copy of the **Notice of Transfer of Claim** was delivered electronically and (via) First Class Mail to the following:

Nortel Networks Inc., et al.
2221 Lakeside Boulevard
Richardson, TX 75082


Alissa T. Gazze
Andrew R. Remming
Morris Nichols Arsht & Tunnell, LLP
1201 N. Market Street
Wilmington, DE 19801


James L. Bromley
James Croft
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006

Mona A. Parikh
Buchanan Ingersoll & Rooney PC
1105 North Market Street
Suite 1900
Wilmington, DE 19801-1228

United States Trustee
Thomas Patrick Tinker
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Epiq Bankruptcy Solutions LLC
www.epiqsystems.com
757 Third Ave
Third Floor
New York, NY 10017

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

                                WHITTINGTON & AULGUR

By:   /s/ Kristi J. Doughty
       Kristi J. Doughty. (No. 3826)
       651 N. Broad Street, Suite 206
       P.O. Box 1040
       Middletown, DE  19709-1040
       (302) 378-1661
       Attorney for Bank of the West