# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437
Page 3
Client #  732310

Matter # 165839

---

For services through June 30, 2011
relating to  Case Administration

| Date | Description | | | |
|---|---|---|---|---|
| 06/03/11 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 06/07/11 | Review docket (.1); Review and update critical dates (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 06/07/11 | Call to T. Skidmore re: offer from claim purchaser | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 06/14/11 | Coordinate special email service of response to motion to appoint committee (.4); Coordinate special mail service of same (2.0) | | | |
| Paralegal | Ann Jerominski | 2.40 hrs. | 200.00 | $480.00 |
| 06/14/11 | Review docket (.1); Review and update critical dates (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 06/24/11 | Review docket (.1); Review and update critical dates (.2) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |

Total Fees for Professional Services                    $748.00

TOTAL DUE FOR THIS INVOICE                    **$748.00**
BALANCE BROUGHT FORWARD                    $1,211.00

**TOTAL DUE FOR THIS MATTER**                    **$1,959.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437
Page 4

Client #  732310

Matter # 165839

---

For services through June 30, 2011
relating to  Executory Contracts/Unexpired Leases

| 06/03/11 | Review Broadcom 365(n) election notice | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |

| Total Fees for Professional Services | $68.00 |
|---|---|

| TOTAL DUE FOR THIS INVOICE | **$68.00** |
|---|---|
| BALANCE BROUGHT FORWARD | $374.00 |
| **TOTAL DUE FOR THIS MATTER** | **$442.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437
Page 5

Client #  732310

Matter # 165839

---

For services through June 30, 2011
relating to  Use, Sale of Assets

| | | | | |
|---|---|---|---|---|
| 06/09/11 | Status meeting with C. Samis re: allocation proceeding | | | |
| Director | Mark D. Collins | 0.30 hrs. | 725.00 | $217.50 |
| | | | | |
| 06/13/11 | Review Oracle objection to patent sale (.3); Review Motorola objection to patent sale (.3); Review HP objection to patent sale (.3); Review EADS objection to patent sale (.3); Review AT&T objection to patent sale (.4); Review Microsoft objection to patent sale (.3); Review Microsoft seal motion for objection to patent sale (.2); Review Nokia objection to patent sale (.3) | | | |
| Associate | Christopher M. Samis | 2.40 hrs. | 340.00 | $816.00 |

Total Fees for Professional Services          $1,033.50

TOTAL DUE FOR THIS INVOICE                    **$1,033.50**

BALANCE BROUGHT FORWARD                        $102.00

**TOTAL DUE FOR THIS MATTER**                 **$1,135.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437
Page 6

Client #  732310

Matter # 165839

For services through June 30, 2011
relating to  Claims Administration

| 06/10/11 | Call from S. Hahn re: status of case and timing of distributions on claims | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |
| 06/30/11 | Email to B. Kahn re: settling of administrative bar date (.1); Call to J. Vanacore re: setting of administrative bar date (.2) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |

Total Fees for Professional Services          $204.00

| TOTAL DUE FOR THIS INVOICE | **$204.00** |
|---|---|
| BALANCE BROUGHT FORWARD | $646.00 |
| **TOTAL DUE FOR THIS MATTER** | **$850.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437
Page 7

Client #  732310

Matter # 165839

For services through June 30, 2011
relating to  Court Hearings

| | | | | |
|---|---|---|---|---|
| 06/03/11 | Retrieve re: 6/7/11 agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| | | | | |
| 06/03/11 | Prepare 06/07/11 hearing binder per B. Witters | | | |
| Paralegal | Brenda D. Tobin | 4.90 hrs. | 105.00 | $514.50 |
| | | | | |
| 06/03/11 | Emails to J. Sturm re: preparation for 6/7/11 hearing (.3); Review agenda for 6/7/11 hearing (.2); Meet with B. Witters re: preparation for 6/7/11 hearing (.2); Meet with M. Collins re: preparation for 6/7/11 hearing (.2); Prepare for 6/7/11 hearing (1.7) | | | |
| Associate | Christopher M. Samis | 2.60 hrs. | 340.00 | $884.00 |
| | | | | |
| 06/06/11 | Assist B. Witters and L. Morris with preparation of indices and notebooks of cases cited in various motions for 6/7/11 hearing | | | |
| Paralegal | Ann Jerominski | 4.00 hrs. | 200.00 | $800.00 |
| | | | | |
| 06/06/11 | Assist B. Witters with retrieval of additional voluminous documents needed to supplement six sets of hearing binders per amended 6/7/11 agenda (1.0); Assist B. Witters with organization of Canadian pleadings (3 volumes) and revise index for same (1.0); Discussion with and email to C. Samis re: same (.1) | | | |
| Paralegal | Ann Jerominski | 2.10 hrs. | 200.00 | $420.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 19, 2011
Invoice 385437

Page 8

Client # 732310

Matter # 165839

---

| 06/06/11 | Assist with hearing binder preparation for 6/7/11 hearing (.3); Telephone call to Chambers re: permission to appear telephonically (.1); Telephone call to Courtcall re: telephonic appearances for J. Sturm, S. Kuhn & A. Pearson (.3); E-mail to distribution re: same (.1); Review allocation motions and related pleadings for cited cases (.6); Retrieve re: cited cases for allocation motion (1.0); Prepare index re: cited cases of allocation motion (.3); Prepare binder re: cited cases of allocation motion (.5); Attention to e-mail re: canadian materials for 6/7/11 hearing (.1); Retrieve re: same (.6); Prepare canadian materials binder for 6/7/11 hearing (1.2); Retrieve and review re: amended 6/7/11 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: amended 6/7/11 agenda pleadings (.4); Revise 6/7/11 hearing binders x6 (3.0); Coordinate to B. Kahn at Hotel DuPont re: allocation motions cited cases binders (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 8.90 hrs. | 200.00 | $1,780.00 |
| 06/06/11 | Attention to logistics of 6/7/11 hearing (.4); Call from B. Kahn re: logistics of 6/7/11 hearing (.2); Email to L. Anderson re: logistics of 6/7/11 hearing (.1); Emails to B. Kahn re: logistics of 6/7/11 hearing (.2); Emails to B. Witters re: logistics of 6/7/11 hearing (.2); Attention to preparation for 6/7/11 hearing (4.6) | | | |
| Associate | Christopher M. Samis | 5.70 hrs. | 340.00 | $1,938.00 |
| 06/06/11 | Retrieve cases for binder for 6/7/11 hearing | | | |
| Paralegal | Jamie E. Schairer | 2.90 hrs. | 200.00 | $580.00 |
| 06/06/11 | Assist with preparations for 6/7 hearing | | | |
| Associate | Tyler Semmelman | 1.80 hrs. | 255.00 | $459.00 |
| 06/07/11 | Prepare for 6/7/11 hearing (1.7); Attend 6/7/11 hearing (12.2) | | | |
| Associate | Christopher M. Samis | 13.90 hrs. | 340.00 | $4,726.00 |
| 06/08/11 | Attention to acquiring unofficial transcript of 6/7/11 hearing and conversion of same into readable format (.3); Emails to B. Kahn re: unofficial transcript of 6/7/11 hearing (.3) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 340.00 | $204.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 19, 2011
Invoice 385437
Page 9

Client # 732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 06/09/11 | Circulate to distribution re: 6/7/11 hearing transcript | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| | | | | |
| 06/10/11 | Calls to A. Cordo re: outcome of 6/10/11 hearing (.2); Call to A. Cordo re: participation of committee members on 6/13/11 teleconference (.2); Call to J. Sturm re: outcome of 6/10/11 hearing (.1); Call from S. Miller re: status of case and timing of distributions on claims (.3); Emails to B. Kahn re: outcome of 6/10/11 hearing (.2); Email to B. Kahn re: Committee member attendance at 6/13/11 teleconference (.1) | | | |
| Associate | Christopher M. Samis | 1.10 hrs. | 340.00 | $374.00 |
| | | | | |
| 06/17/11 | Retrieve and review re: 6/21/11 agenda (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| | | | | |
| 06/20/11 | Telephone call to Courtcall re: M. Wunder telephonic appearance (.1); E-mail to M. Wunder re: same (.1); Retrieve and review re: 6/21/11 amended agenda (.2); E-mail to distribution re: same (.1); Retrieve re: additional 6/21/11 agenda items (.2); Revise 6/21/11 hearing binders x3 (.8) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 200.00 | $300.00 |
| | | | | |
| 06/20/11 | Email to B. Tobin re: preparation for 6/21/11 hearing (.1); Prepare for 6/21/11 hearing (1.3); Review amended agenda for 6/21/11 hearing (.2); Call to J. Sturm re: preparation for 6/21/11 hearing (.2); Email to J. Sturm re: preparation for 6/21/11 hearing (.1); Emails to B. Witters re: preparation for 6/21/11 hearing (.2) | | | |
| Associate | Christopher M. Samis | 2.10 hrs. | 340.00 | $714.00 |
| | | | | |
| 06/21/11 | Prepare for 6/21/11 hearing (.6); Attend 6/21/11 hearing (1.4); Email to B. Witters re: updating materials for 6/21/11 hearing (.1); Emails to L. Beckerman re: logistics of 6/21/11 hearing (.2) | | | |
| Associate | Christopher M. Samis | 2.30 hrs. | 340.00 | $782.00 |
| | | | | |
| 06/22/11 | Circulate to distribution re: 6/21/11 hearing transcript | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437
Page 10
Client #  732310

Matter #  165839

| | |
|---|---|
| Total Fees for Professional Services | $14,615.50 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$14,615.50** |
| BALANCE BROUGHT FORWARD | $4,386.00 |
| **TOTAL DUE FOR THIS MATTER** | **$19,001.50** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 19, 2011
Invoice 385437
Page 11
Client # 732310

Matter # 165839

For services through June 30, 2011
relating to Employee Issues

| 06/10/11 | Review correspondence from LTD beneficiaries | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |
| | | | | |
| 06/13/11 | Review disability benefit termination letter responses | | | |
| Associate | Christopher M. Samis | 2.00 hrs. | 340.00 | $680.00 |
| | | | | |
| 06/14/11 | Attention to e-mail re: response to motion long-term disability plan participants (.1); Import and prepare re: same (.2); Finalize and file re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 200.00 | $100.00 |
| | | | | |
| 06/14/11 | Review, revise and finalize response to motion for LTD Committee (1.1); Call from M. Higgins re: Committee position on LTD/retiree benefits (.6); Email to B. Witters re: filing and service of response to motion for LTD Committee (.1); Emails to J. Sturm, D. Botter and L. Beckerman re: filing and service of response to motion for LTD Committee (.2); Review LTD beneficiary responses to motion to appoint retiree committee (2.2); Review motion to appoint LTD beneficiary committee (.3) | | | |
| Associate | Christopher M. Samis | 4.50 hrs. | 340.00 | $1,530.00 |
| | | | | |
| 06/15/11 | Revise AOS and service lists re: response to motion long term disability plan | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| | | | | |
| 06/15/11 | Review responses to LTD committee motion by LTD claimants (x2) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| | | | | |
| 06/20/11 | Review responses from long-term disability beneficiaries to LTD Committee motion | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 340.00 | $204.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437
Page 12

Client #  732310

Matter # 165839

---

| 06/21/11 | Call from J. Max Hall re: outcome of hearing on LTD committee motion (.3); Review revised order appointing LTD Committee (.3) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.60 hrs. | 340.00 | $204.00 |
| 06/27/11 | Finalize and file aos re: response to motion long-term disability plan participants | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| 06/27/11 | Call from A. Cordo re: deficiencies in LTD beneficiary service list (.2); Email to D. David re: deficiencies in LTD beneficiary service list (.1); Email to A. Cordo re: LTD plan participant inquiry regarding LTD plan participant service list (.1) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 340.00 | $136.00 |

Total Fees for Professional Services          $3,104.00

TOTAL DUE FOR THIS INVOICE          **$3,104.00**

**TOTAL DUE FOR THIS MATTER**          **$3,104.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 19, 2011
Invoice 385437
Page 13
Client # 732310

Matter # 165839

---

For services through June 30, 2011
relating to Litigation/Adversary Proceedings

| Date | Description | | | |
|------|-------------|---|---|---|
| 06/01/11 | Email to J. Sturm re: pro hac for foreign lawyer in allocation dispute (.1); Meet with M. Merchant re: pro hac for foreign lawyer in allocation dispute (.1); Meet with P. Heath re: pro hac for foreign lawyer in allocation dispute (.1); Meet with C. Jang re: pro hac for foreign lawyer in allocation dispute (.2) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 340.00 | $170.00 |
| 06/02/11 | Review Debtors' objection to Genband motion to compel settlement (.4); Review and revise reply memorandum for allocation motion (2.4); Conduct final review of reply memorandum for allocation motion (.3); Email to A. Cordo re: authorization to sign reply memorandum for allocation motion (.1); Call to J. Sturm re: authorization to sign reply memorandum for allocation motion (.1) | | | |
| Associate | Christopher M. Samis | 3.30 hrs. | 340.00 | $1,122.00 |
| 06/03/11 | Retrieve re: allocation settlement motion and related pleadings (.6); Prepare allocation motion binders for M. Collins and C. Samis (1.0) | | | |
| Paralegal | Barbara J. Witters | 1.60 hrs. | 200.00 | $320.00 |
| 06/03/11 | Review notice of submission of Canadian pleadings related to allocation dispute (.4); Emails to L. Barefoot re: comments to notice of submission of Canadian pleadings related to allocation dispute (.2); Email to D. Botter re: clearance of notice of submission of Canadian pleadings related to allocation dispute (.1) | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 340.00 | $238.00 |
| 06/03/11 | Begin reviewing allocation dispute pleadings | | | |
| Director | Mark D. Collins | 1.70 hrs. | 725.00 | $1,232.50 |
| 06/06/11 | Review allocation dispute pleadings | | | |
| Director | Mark D. Collins | 2.10 hrs. | 725.00 | $1,522.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 19, 2011
Invoice 385437
Page 14

Client #  732310

Matter #  165839

---

| 06/07/11 | Emails to J. Sturm and L. Beckerman re: time for responding to opening brief in U.K. Pension Appeal in Third Circuit (.2); Review notes to Local Third Circuit Rule 113.4 to determine time for responding to opening brief in U.K. Pension Appeal in Third Circuit (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.40 hrs. | 340.00 | $136.00 |

| 06/08/11 | Call to A. Cordo re: time to respond to U.K. Pension appeal (.2); Call from A. Cordo re:  time for Genband 9019 enforcement teleconference and allocation teleconference (.3); Call to B. Kahn re: timing of Genband  9019 enforcement teleconference and allocation teleconference (.2); Review key portions of transcript from 6/7/11 hearing for allocation litigation (1.7); Review DE Local Rules to determine need for presence of local counsel at court-ordered CDTI mediation in DE (.2); Emails to B. Kahn re: need for local counsel at CDTI mediation (.3); Email to L. Beckerman and J. Sturm re: time to respond to U.K. Pension appeal (.1); Email to B. Kahn and S. Schultz re: timing of Genband  9019 enforcement teleconference (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 3.10 hrs. | 340.00 | $1,054.00 |

| 06/10/11 | Call to J. Sturm re: preparation for filing reply brief in U.K. Pension appeal on 6/17/11 (.2); Meeting with B. Witters re: preparation for filing reply brief in U.K. Pension appeal on 6/17/11 (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.40 hrs. | 340.00 | $136.00 |

| 06/13/11 | Discussion with B. Witters re: filing of 3rd Circuit brief | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 0.10 hrs. | 200.00 | $20.00 |

| 06/13/11 | Search and retrieve re: procedures for filing third circuit brief | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |

| 06/13/11 | Participate in 6/13/11 cross-border teleconference on allocation dispute (1.0); Meet with M. Collins re: outcome of 6/13/11 cross-border teleconference on allocation dispute (.2); Meet with B. Witters re: preparations for filing Third Circuit brief in U.K. Pension appeal (.2); Email to B. Witters re: preparations for filing Third Circuit brief in U.K. Pension appeal (.1); Emails to J. Sturm re: filing of  Third Circuit brief in U.K. Pension appeal (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.70 hrs. | 340.00 | $578.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 19, 2011
Invoice 385437
Page 15

Client #  732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 06/14/11 | Meet with B. Witters re: preparation for filing Committee U.K. Pension brief (.2); Review Third Circuit rules associated with form, content and electronic filing of briefs for filing of Committee U.K. Pension brief (.5); Email to J. Sturm re: preparation for Committee U.K. Pension brief (.1); Email to B. Witters re: preparation for Committee U.K. Pension brief (.1) | | | |
| Associate | Christopher M. Samis | 0.90 hrs. | 340.00 | $306.00 |
| 06/16/11 | Meet with B. Witters re: preparations for filing Third Circuit brief in U.K. Pension appeal (.3); Conduct preliminary review of draft Third Circuit brief in U.K. Pension appeal (.8) | | | |
| Associate | Christopher M. Samis | 1.10 hrs. | 340.00 | $374.00 |
| 06/17/11 | Discussion with B. Witters re: efiling and service of brief in Third Circuit | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 200.00 | $20.00 |
| 06/17/11 | Attention to e-mails from C. Samis re: appellee brief (.2); Meeting with C. Samis and L. Morris re: same (.2); Prepare cos re: same (.5); Assist with checking cited cases of appellee brief (1.2); Finalize and file re: appellee brief in third circuit (.4); Coordinate service re: same (.6) | | | |
| Paralegal | Barbara J. Witters | 3.10 hrs. | 200.00 | $620.00 |
| 06/17/11 | Review initial draft of U.K. Pension Third Circuit appellate brief (2.6); Calls to/from A. K re: comments to initial draft of U.K. Pension Third Circuit appellate brief and filing and service of final version of same (.4); Attention to finalizing, filing and serving final U.K. Pension Third Circuit appellate brief (4.1); Review Third Circuit Appellate rules and final U.K. Pension Third Circuit appellate brief to determine compliance (.4); Emails to J. Sturm re: finalizing, filing and serving final U.K. Pension Third Circuit appellate brief (.2) | | | |
| Associate | Christopher M. Samis | 7.70 hrs. | 340.00 | $2,618.00 |
| 06/20/11 | Review Debtors appellee brief in Third Circuit U.K. pension appeal | | | |
| Associate | Christopher M. Samis | 1.30 hrs. | 340.00 | $442.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437
Page 16

Client #  732310

Matter # 165839

| 06/21/11 | Review Third Circuit rules for procedure for requesting oral argument (.3); Email to J. Sturm and L. Beckerman re: filing request for oral argument in Third Circuit U.K. Pension appeal (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.40 hrs. | 340.00 | $136.00 |

| | | |
|---|---|---|
| | Total Fees for Professional Services | $11,065.00 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$11,065.00** |
| | $5,127.00 |
| **TOTAL DUE FOR THIS MATTER** | **$16,192.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 19, 2011
Invoice 385437
Page 17
Client # 732310

Matter # 165839

For services through June 30, 2011
relating to Retention of Others

| 06/02/11 | Review application to employ Cassidy Turley | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.40 hrs. | 340.00 | $136.00 |

Total Fees for Professional Services $136.00

TOTAL DUE FOR THIS INVOICE **$136.00**

**TOTAL DUE FOR THIS MATTER** **$136.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437
Page 18
Client #  732310

Matter # 165839

For services through June 30, 2011
relating to  RLF Fee Applications

| 06/01/11 | Prepare cos re: RLF ninth interim fee application (.2); Finalize, file and coordinate service re: same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 06/01/11 | Review, revise and finalize RL&F ninth interim fee application | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |
| 06/03/11 | E-mail to B. Kahn re: estimated RLF fees and expenses for the month of May | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| 06/10/11 | Review May bill memos | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 06/10/11 | Review May 2011 bill memos re: RLF monthly fee application (.3); Discussion with B. Witters re: comments to same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 340.00 | $136.00 |
| 06/16/11 | Prepare cno re: RLF April fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 06/16/11 | Email to B. Witters re: confirmation of no objections to April 2011 fee application | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| 06/16/11 | Review and execute certificate of no objection re RLF monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437
Page 19
Client #  732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 06/21/11 | Prepare letter to A. Stout re: RLF April fees and expenses payment (.2); Coordinate to A. Stout re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 06/23/11 | Review and revise RLF May fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 200.00 | $200.00 |
| 06/23/11 | Review and execute RLF monthly fee application (.3); Review and execute notice re same (.1); Discussion with B. Witters re filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 340.00 | $170.00 |

Total Fees for Professional Services            $976.00

TOTAL DUE FOR THIS INVOICE                **$976.00**

$922.00

**TOTAL DUE FOR THIS MATTER**                **$1,898.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 19, 2011
Invoice 385437

Page 20

Client # 732310

Matter # 165839

---

For services through June 30, 2011
relating to Fee Applications of Others

| | | | | |
|---|---|---|---|---|
| 06/01/11 | Attention to e-mail re: Jefferies & Co. ninth interim fee application (.1); Retrieve re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Fraser Milner ninth interim fee application (.1): Retrieve re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); E-mail to M. Wunder re: confirmation of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.30 hrs. | 200.00 | $260.00 |
| 06/01/11 | Review, revise and finalize Jefferies ninth interim fee application (.2); Review Fraser ninth interim fee application (.2) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 340.00 | $136.00 |
| 06/02/11 | Prepare cno re: Capstone March fee application (.2); Revise cno re: same (.1); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 200.00 | $100.00 |
| 06/02/11 | Review, revise and finalize CNO for 26th monthly fee application of Capstone | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 06/03/11 | Prepare cno re: Akin Gump March fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 06/03/11 | Review, revise and finalize CNO for 26th monthly fee application of Akin | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 06/09/11 | Update fee status chart (.5); Prepare cno re: Ashurst April fee application (.2) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 200.00 | $140.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437
Page 21

Client #  732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 06/09/11 | Revise certificate of no objection re: Ashurst April fee application (.1); File same (.1) | | | |
| Paralegal | Cathy M. Greer | 0.20 hrs. | 200.00 | $40.00 |
| 06/09/11 | Review and execute certificate of no objection re: Ashurst monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |
| 06/10/11 | Prepare exhibit B re: ninth interim fee applications | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 200.00 | $200.00 |
| 06/14/11 | Prepare cno re: Fraser Milner March fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 06/14/11 | Review and execute certificate of no objection re: Fraser monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |
| 06/15/11 | Revise exhibit B re: ninth interim fee order (1.0); E-mail to distribution re: same (.1); Prepare cno re: Capstone April fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 200.00 | $300.00 |
| 06/15/11 | Review and execute certificate of no objection re: Capstone monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |
| 06/16/11 | E-mail to and from B. Kahn re: ninth interim fee order (.2); E-mail to and from M. DeCarli re: same (.2); Revise ninth interim fee order (.2) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 200.00 | $120.00 |
| 06/17/11 | Attention to e-mail from Ashurst re: ninth interim fee numbers (.1); Revise exhibit B re: ninth interim fee order (.2); E-mail to M. DeCarli re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437

Page 22

Client #  732310

Matter # 165839

---

| | | | | |
|---|---|---|---|---|
| 06/20/11 | Prepare cno re: Akin Gump April fee application (.2); Finalize and file cno re: same (.2); E-mail to fee professionals re: ninth interim fee hearing (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 200.00 | $100.00 |
| 06/20/11 | Call from A. Cordo re: entry of fee order and status of items on agenda for 6/21/11 hearing (.2); Email to J. Sturm re: entry of interim fee order (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |
| 06/20/11 | Review and execute certificate of no objection re Akin Gump monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |
| 06/22/11 | Prepare cno re: Fraser Milner April fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 06/22/11 | Review and execute certificate of no objection re: Fraser Milner monthly fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |
| 06/27/11 | Attention to e-mail re: Capstone May fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); Attention to e-mail re: Ashurst May fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 2.00 hrs. | 200.00 | $400.00 |
| 06/27/11 | Email to B. Kahn re: filing and service of May 2011 Capstone fee application | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| 06/27/11 | Review Capstone monthly fee application (.2); Review and execute notice re: same (.1); Review Ashurst monthly fee application (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.70 hrs. | 340.00 | $238.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437
Page 23

Client #  732310

Matter # 165839

| | |
|---|---|
| Total Fees for Professional Services | $2,796.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$2,796.00** |
| | $3,834.00 |
| **TOTAL DUE FOR THIS MATTER** | **$6,630.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437

Page 24

Client #  732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Ann Jerominski | 8.70 | 200.00 | 1,740.00 |
| Barbara J. Witters | 30.00 | 200.00 | 6,000.00 |
| Brenda D. Tobin | 4.90 | 105.00 | 514.50 |
| Cathy M. Greer | 0.20 | 200.00 | 40.00 |
| Christopher M. Samis | 63.80 | 340.00 | 21,692.00 |
| Drew G. Sloan | 2.20 | 340.00 | 748.00 |
| Jamie E. Schairer | 2.90 | 200.00 | 580.00 |
| Mark D. Collins | 4.10 | 725.00 | 2,972.50 |
| Tyler Semmelman | 1.80 | 255.00 | 459.00 |
| TOTAL | 118.60 | $292.97 | 34,746.00 |

**TOTAL DUE FOR THIS INVOICE**                                    **$52,397.49**

    Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092.  Please indicate on wire transfer the invoice number stated above.

    Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

## PAYABLE WHEN RENDERED

732310