# EXHIBIT B



# RICHARDS LAYTON & FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.:  51-0226371

July 19, 2011
Invoice 385437

Page 1
Client #  732310
Matter # 165839

For disbursements incurred through June 30, 2011

relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---|
| Binding | $80.00 |
| Business Meals | $653.30 |
| Court Reporter Services | $2,053.60 |
| Document Retrieval | $295.28 |
| Filing Fees | $634.00 |
| Lexis/Westlaw | $4,212.31 |
| Long distance telephone charges | $61.16 |
| Messenger and delivery service | $741.77 |
| Overtime | $346.50 |
| Photocopying/Printing<br>47,956 @ $.10/pg / 19,271 @ $.10/pg | $6,722.70 |
| Postage | $550.07 |
| Professional Services | $1,300.80 |

Other Charges                                         $17,651.49

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
www.rlf.com

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437
Page 2

Client #  732310

Matter # 165839

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$17,651.49** |
| BALANCE BROUGHT FORWARD | $1,366.02 |
| **TOTAL DUE FOR THIS MATTER** | **$19,017.51** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437
Page 25
Client #  732310

Client:  Official Committee of the Board of Directors of Nortel Networks Inc

Matter:  Nortel - Representation of Creditors Committee
Case Administration
Executory Contracts/Unexpired Leases
Use, Sale of Assets
Claims Administration
Court Hearings
Employee Issues
Litigation/Adversary Proceedings
Retention of Others
RLF Fee Applications
Fee Applications of Others

| Date | Description | | Summary Phrase |
|------|-------------|---|----------------|
| 12/21/10 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $229.50 | |
| 01/10/11 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $157.50 | |
| 02/03/11 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $81.90 | |
| 02/11/11 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $106.50 | |
| 02/25/11 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $169.50 | |
| 03/01/11 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $66.75 | |
| 03/11/11 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $21.60 | |
| 03/25/11 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $13.50 | |
| 04/19/11 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $9.00 | |
| 04/27/11 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $145.50 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 19, 2011
Invoice 385437
Page 26
Client # 732310

| Date | Description | | Code |
|---|---|---|---|
| 05/03/11 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $457.75 | |
| 05/12/11 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $79.50 | |
| 05/18/11 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $66.00 | |
| 06/01/11 | Photocopies | | DUP |
| | Amount = | $8.00 | |
| 06/01/11 | Photocopies | | DUP |
| | Amount = | $81.30 | |
| 06/01/11 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 06/01/11 | Postage | | POST |
| | Amount = | $4.44 | |
| 06/02/11 | 12128721056 Long Distance | | LD |
| | Amount = | $4.17 | |
| 06/02/11 | 12128721056 Long Distance | | LD |
| | Amount = | $1.39 | |
| 06/02/11 | Printing | | DUP |
| | Amount = | $3.70 | |
| 06/03/11 | Photocopies | | DUP |
| | Amount = | $10.80 | |
| 06/03/11 | Photocopies | | DUP |
| | Amount = | $707.10 | |
| 06/03/11 | Photocopies | | DUP |
| | Amount = | $451.30 | |
| 06/03/11 | Photocopies | | DUP |
| | Amount = | $148.60 | |
| 06/03/11 | Photocopies | | DUP |
| | Amount = | $661.20 | |
| 06/03/11 | Photocopies | | DUP |
| | Amount = | $747.30 | |
| 06/03/11 | PACER | | DOCRETRI |
| | Amount = | $182.72 | |
| 06/03/11 | Printing | | DUP |
| | Amount = | $138.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437
Page 27

Client #  732310

| Date | Description | | Amount |
|------|-------------|---|--------|
| 06/03/11 | Printing | DUP | |
| | | Amount = | $14.40 |
| 06/03/11 | Printing | DUP | |
| | | Amount = | $7.70 |
| 06/03/11 | Printing | DUP | |
| | | Amount = | $14.40 |
| 06/03/11 | Printing | DUP | |
| | | Amount = | $3.10 |
| 06/03/11 | Printing | DUP | |
| | | Amount = | $17.60 |
| 06/03/11 | Printing | DUP | |
| | | Amount = | $14.40 |
| 06/03/11 | Printing | DUP | |
| | | Amount = | $14.40 |
| 06/03/11 | Printing | DUP | |
| | | Amount = | $43.60 |
| 06/03/11 | Printing | DUP | |
| | | Amount = | $17.60 |
| 06/03/11 | Printing | DUP | |
| | | Amount = | $3.50 |
| 06/03/11 | Printing | DUP | |
| | | Amount = | $17.60 |
| 06/03/11 | Printing | DUP | |
| | | Amount = | $3.40 |
| 06/03/11 | Printing | DUP | |
| | | Amount = | $6.10 |
| 06/03/11 | Printing | DUP | |
| | | Amount = | $1.20 |
| 06/03/11 | Printing | DUP | |
| | | Amount = | $1.10 |
| 06/03/11 | Printing | DUP | |
| | | Amount = | $3.80 |
| 06/03/11 | Printing | DUP | |
| | | Amount = | $67.40 |
| 06/03/11 | Printing | DUP | |
| | | Amount = | $2.60 |
| 06/03/11 | Printing | DUP | |
| | | Amount = | $0.30 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437

Page 28

Client #  732310

| 06/03/11 | Printing | | DUP |
|---|---|---|---|
| | | Amount =  $1.60 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $42.40 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $8.20 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $2.30 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $3.70 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $3.50 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $7.60 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $30.00 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $4.90 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $1.80 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $4.20 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $1.20 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $4.70 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $17.60 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $3.40 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $1.20 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $3.70 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $1.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437
Page 29

Client #  732310

| | | | |
|---|---|---|---|
| 06/03/11 | Printing | | DUP |
| | | Amount =  $1.50 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $1.90 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $1.60 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $2.10 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $11.20 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $1.60 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $1.60 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $1.60 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $1.10 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $1.30 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $1.80 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $6.60 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $1.00 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $2.40 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $2.60 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $1.60 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $1.60 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $3.80 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $12.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437
Page 30
Client #  732310

| 06/03/11 | Printing | | DUP |
|---|---|---|---|
| | | Amount =  $3.50 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $3.10 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $4.50 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $8.10 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $3.40 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $7.70 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $5.10 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $7.00 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $3.80 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $1.60 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $5.60 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $1.10 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $6.90 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $7.10 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $4.50 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $4.50 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $1.90 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $4.50 | |
| 06/03/11 | Printing | | DUP |
| | | Amount =  $4.50 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437
Page 31
Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 06/03/11 | Printing | | DUP |
| | Amount =  $4.50 | | |
| 06/03/11 | Printing | | DUP |
| | Amount =  $4.50 | | |
| 06/03/11 | Printing | | DUP |
| | Amount =  $10.20 | | |
| 06/03/11 | Printing | | DUP |
| | Amount =  $9.10 | | |
| 06/03/11 | Printing | | DUP |
| | Amount =  $3.90 | | |
| 06/03/11 | Printing | | DUP |
| | Amount =  $4.50 | | |
| 06/03/11 | Printing | | DUP |
| | Amount =  $4.50 | | |
| 06/03/11 | Printing | | DUP |
| | Amount =  $4.50 | | |
| 06/03/11 | Printing | | DUP |
| | Amount =  $1.80 | | |
| 06/03/11 | Printing | | DUP |
| | Amount =  $4.10 | | |
| 06/03/11 | Printing | | DUP |
| | Amount =  $1.60 | | |
| 06/03/11 | Printing | | DUP |
| | Amount =  $4.50 | | |
| 06/03/11 | Printing | | DUP |
| | Amount =  $4.50 | | |
| 06/03/11 | Printing | | DUP |
| | Amount =  $4.50 | | |
| 06/03/11 | Printing | | DUP |
| | Amount =  $2.20 | | |
| 06/03/11 | Printing | | DUP |
| | Amount =  $1.70 | | |
| 06/03/11 | Printing | | DUP |
| | Amount =  $2.50 | | |
| 06/06/11 | PARCELS, INC.: | | PROFEE |
| | Amount =  $1,300.80 | | |
| 06/06/11 | Binding/Tabs Velobinding | | BIND |
| | Amount =  $6.00 | | |

Nortel Creditors Committee                                July 19, 2011
c/o Fred S. Hodara, Esq.                                  Invoice 385437
Akin Gump Strauss Hauer Feld LLP                          Page 32
One Bryant Park
New York NY  10036                                        Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 06/06/11 | Binding/Tabs Velobinding | | BIND |
| | | Amount =  $8.00 | |
| 06/06/11 | Photocopies | | DUP |
| | | Amount =  $33.20 | |
| 06/06/11 | Photocopies | | DUP |
| | | Amount =  $51.60 | |
| 06/06/11 | Photocopies | | DUP |
| | | Amount =  $485.00 | |
| 06/06/11 | Photocopies | | DUP |
| | | Amount =  $95.20 | |
| 06/06/11 | Photocopies | | DUP |
| | | Amount =  $245.00 | |
| 06/06/11 | Photocopies | | DUP |
| | | Amount =  $90.00 | |
| 06/06/11 | Lexis | | LEXIS |
| | | Amount =  $25.00 | |
| 06/06/11 | Lexis | | LEXIS |
| | | Amount =  $50.00 | |
| 06/06/11 | Messenger and delivery - Kid Shelleen's | | MEALSCL |
| | | Amount =  $53.50 | |
| 06/06/11 | Messenger and delivery | | MESS |
| | | Amount =  $6.00 | |
| 06/06/11 | PACER | | DOCRETRI |
| | | Amount =  $2.40 | |
| 06/06/11 | PACER | | DOCRETRI |
| | | Amount =  $73.28 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.60 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.00 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $2.00 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.20 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.40 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437
Page 33
Client #  732310

| Date | Description | | Type |
|---|---|---|---|
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.10 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.20 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.50 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $3.20 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $5.60 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.10 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.50 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $3.40 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.70 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.40 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.70 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.60 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.20 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.00 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $13.40 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.20 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.80 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.20 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.60 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437
Page 34
Client #  732310

| Date | | | |
|---|---|---|---|
| 06/06/11 | Printing | | DUP |
| | Amount = $1.60 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $1.40 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $1.80 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $1.80 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $2.60 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $1.40 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $1.40 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $1.20 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $1.40 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $1.40 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $1.00 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $2.00 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $1.40 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $1.20 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $1.60 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $1.20 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $1.00 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $1.00 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $2.60 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 19, 2011
Invoice 385437
Page 35
Client # 732310

| 06/06/11 | Printing | | DUP |
|---|---|---|---|
| | | Amount = $1.40 | |
| 06/06/11 | Printing | | DUP |
| | | Amount = $6.00 | |
| 06/06/11 | Printing | | DUP |
| | | Amount = $1.80 | |
| 06/06/11 | Printing | | DUP |
| | | Amount = $2.20 | |
| 06/06/11 | Printing | | DUP |
| | | Amount = $1.00 | |
| 06/06/11 | Printing | | DUP |
| | | Amount = $1.40 | |
| 06/06/11 | Printing | | DUP |
| | | Amount = $1.00 | |
| 06/06/11 | Printing | | DUP |
| | | Amount = $1.00 | |
| 06/06/11 | Printing | | DUP |
| | | Amount = $13.30 | |
| 06/06/11 | Printing | | DUP |
| | | Amount = $8.20 | |
| 06/06/11 | Printing | | DUP |
| | | Amount = $1.20 | |
| 06/06/11 | Printing | | DUP |
| | | Amount = $1.10 | |
| 06/06/11 | Printing | | DUP |
| | | Amount = $21.50 | |
| 06/06/11 | Printing | | DUP |
| | | Amount = $12.50 | |
| 06/06/11 | Printing | | DUP |
| | | Amount = $10.00 | |
| 06/06/11 | Printing | | DUP |
| | | Amount = $16.50 | |
| 06/06/11 | Printing | | DUP |
| | | Amount = $16.70 | |
| 06/06/11 | Printing | | DUP |
| | | Amount = $15.50 | |
| 06/06/11 | Printing | | DUP |
| | | Amount = $8.40 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437
Page 36
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.00 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $18.20 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $19.20 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $3.20 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $3.10 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $3.20 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.50 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.00 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $2.70 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.60 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $2.30 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $17.60 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $2.50 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.60 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $24.50 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $24.00 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $5.60 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $4.50 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $18.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437

Page 37

Client #  732310

| Date | | | |
|------|---------|----------------|-----|
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.30 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $3.00 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $20.20 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $2.80 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $11.40 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $10.10 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $10.70 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $2.40 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $5.50 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $3.30 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.50 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $10.30 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $2.80 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $51.60 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $45.40 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $162.60 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $15.30 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $1.80 | |
| 06/06/11 | Printing | | DUP |
| | | Amount =  $48.90 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437

Page 38

Client #  732310

| Date | Description | | Type |
|------|-------------|---|------|
| 06/06/11 | Printing | | DUP |
| | Amount = $3.70 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $4.10 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $7.70 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $1.30 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $7.80 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $10.80 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $4.80 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $1.20 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $162.60 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $1.00 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $1.30 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $4.10 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $3.30 | | |
| 06/06/11 | Printing | | DUP |
| | Amount = $4.10 | | |
| 06/06/11 | Westlaw | | LEXIS |
| | Amount = $41.57 | | |
| 06/06/11 | Westlaw | | LEXIS |
| | Amount = $1,337.40 | | |
| 06/06/11 | Westlaw | | LEXIS |
| | Amount = $1,021.42 | | |
| 06/06/11 | Westlaw | | LEXIS |
| | Amount = $1,038.22 | | |
| 06/06/11 | Westlaw | | LEXIS |
| | Amount = $686.62 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 19, 2011
Invoice 385437
Page 39
Client # 732310

| | | | |
|---|---|---|---|
| 06/07/11 | RODNEY GRILLE: | | MEALSCL |
| | Amount = $188.55 | | |
| 06/07/11 | CAVANAUGH'S RESTAURANT: | | MEALSCL |
| | Amount = $94.25 | | |
| 06/07/11 | CAVANAUGH'S RESTAURANT: | | MEALSCL |
| | Amount = $317.00 | | |
| 06/07/11 | 19132267476 Long Distance | | LD |
| | Amount = $11.12 | | |
| 06/07/11 | Messenger and delivery | | MESS |
| | Amount = $49.50 | | |
| 06/07/11 | PACER | | DOCRETRI |
| | Amount = $2.40 | | |
| 06/07/11 | Printing | | DUP |
| | Amount = $3.40 | | |
| 06/07/11 | Printing | | DUP |
| | Amount = $1.50 | | |
| 06/07/11 | Printing | | DUP |
| | Amount = $3.30 | | |
| 06/07/11 | Printing | | DUP |
| | Amount = $1.80 | | |
| 06/07/11 | Printing | | DUP |
| | Amount = $1.70 | | |
| 06/07/11 | Printing | | DUP |
| | Amount = $1.00 | | |
| 06/08/11 | Akin Gump Strauss Hauer & Feld LLP - Messenger and delivery | | MESS |
| | Amount = $27.30 | | |
| 06/08/11 | Akin Gump Strauss Hauer & Feld LLP - Messenger and delivery | | MESS |
| | Amount = $44.12 | | |
| 06/08/11 | 12128728121 Long Distance | | LD |
| | Amount = $5.56 | | |
| 06/08/11 | Messenger and delivery | | MESS |
| | Amount = $49.50 | | |
| 06/09/11 | COURTCALL LLC: | | FLFEE |
| | Amount = $634.00 | | |
| 06/09/11 | Printing | | DUP |
| | Amount = $1.40 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437
Page 40

Client #  732310

| 06/09/11 | Printing | | DUP |
|---|---|---|---|
| | | Amount =  $1.30 | |
| 06/09/11 | Printing | | DUP |
| | | Amount =  $2.10 | |
| 06/10/11 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | | Amount =  $359.10 | |
| 06/10/11 | 12128721056 Long Distance | | LD |
| | | Amount =  $4.17 | |
| 06/10/11 | 12128721056 Long Distance | | LD |
| | | Amount =  $2.78 | |
| 06/10/11 | Printing | | DUP |
| | | Amount =  $1.00 | |
| 06/13/11 | PACER | | DOCRETRI |
| | | Amount =  $0.08 | |
| 06/14/11 | Photocopies | | DUP |
| | | Amount =  $486.20 | |
| 06/14/11 | Photocopies | | DUP |
| | | Amount =  $70.20 | |
| 06/14/11 | 18474383154 Long Distance | | LD |
| | | Amount =  $19.46 | |
| 06/14/11 | Messenger and delivery | | MESS |
| | | Amount =  $138.00 | |
| 06/14/11 | SECRETARIAL OT THRU 6/15/11 | | OT |
| | | Amount =  $345.30 | |
| 06/14/11 | PACER | | DOCRETRI |
| | | Amount =  $12.48 | |
| 06/14/11 | Postage | | POST |
| | | Amount =  $482.88 | |
| 06/14/11 | Printing | | DUP |
| | | Amount =  $2.30 | |
| 06/14/11 | Printing | | DUP |
| | | Amount =  $1.90 | |
| 06/14/11 | Printing | | DUP |
| | | Amount =  $1.20 | |
| 06/14/11 | Printing | | DUP |
| | | Amount =  $1.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

July 19, 2011
Invoice 385437

Page 41

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 06/14/11 | Printing | | DUP |
| | | Amount =  $3.90 | |
| 06/14/11 | Printing | | DUP |
| | | Amount =  $4.20 | |
| 06/14/11 | Printing | | DUP |
| | | Amount =  $5.00 | |
| 06/14/11 | Printing | | DUP |
| | | Amount =  $1.90 | |
| 06/14/11 | Printing | | DUP |
| | | Amount =  $2.30 | |
| 06/14/11 | Printing | | DUP |
| | | Amount =  $2.40 | |
| 06/14/11 | Printing | | DUP |
| | | Amount =  $2.60 | |
| 06/15/11 | Messenger and delivery | | MESS |
| | | Amount =  $192.30 | |
| 06/15/11 | PACER | | DOCRETRI |
| | | Amount =  $0.24 | |
| 06/15/11 | Printing | | DUP |
| | | Amount =  $1.90 | |
| 06/15/11 | Printing | | DUP |
| | | Amount =  $2.40 | |
| 06/15/11 | Printing | | DUP |
| | | Amount =  $1.80 | |
| 06/15/11 | Printing | | DUP |
| | | Amount =  $1.30 | |
| 06/15/11 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 06/15/11 | Printing | | DUP |
| | | Amount =  $1.80 | |
| 06/15/11 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 06/17/11 | Binding/Tabs Velobinding | | BIND |
| | | Amount =  $46.00 | |
| 06/17/11 | Photocopies | | DUP |
| | | Amount =  $13.40 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 19, 2011
Invoice 385437
Page 42

Client # 732310

| Date | Description | | Code |
|------|-------------|---|------|
| 06/17/11 | Photocopies | | DUP |
| | Amount = $154.30 | | |
| 06/17/11 | Photocopies | | DUP |
| | Amount = $0.40 | | |
| 06/17/11 | 14157659571 Long Distance | | LD |
| | Amount = $4.17 | | |
| 06/17/11 | Messenger and delivery | | MESS |
| | Amount = $111.15 | | |
| 06/17/11 | Messenger and delivery | | MESS |
| | Amount = $81.30 | | |
| 06/17/11 | PACER | | DOCRETRI |
| | Amount = $6.16 | | |
| 06/17/11 | Postage | | POST |
| | Amount = $40.46 | | |
| 06/17/11 | Printing | | DUP |
| | Amount = $6.30 | | |
| 06/17/11 | Printing | | DUP |
| | Amount = $6.30 | | |
| 06/17/11 | Printing | | DUP |
| | Amount = $6.40 | | |
| 06/17/11 | Printing | | DUP |
| | Amount = $1.20 | | |
| 06/17/11 | Printing | | DUP |
| | Amount = $6.30 | | |
| 06/17/11 | Printing | | DUP |
| | Amount = $6.30 | | |
| 06/17/11 | Printing | | DUP |
| | Amount = $1.00 | | |
| 06/17/11 | Printing | | DUP |
| | Amount = $1.40 | | |
| 06/17/11 | Printing | | DUP |
| | Amount = $6.50 | | |
| 06/17/11 | Printing | | DUP |
| | Amount = $6.30 | | |
| 06/17/11 | Printing | | DUP |
| | Amount = $6.50 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

July 19, 2011
Invoice 385437
Page 43
Client # 732310

| | | | |
|---|---|---|---|
| 06/17/11 | Printing | | DUP |
| | | Amount = $1.20 | |
| 06/17/11 | Printing | | DUP |
| | | Amount = $6.40 | |
| 06/17/11 | Printing | | DUP |
| | | Amount = $6.50 | |
| 06/20/11 | Binding/Tabs Velobinding | | BIND |
| | | Amount = $20.00 | |
| 06/20/11 | Photocopies | | DUP |
| | | Amount = $34.70 | |
| 06/20/11 | Photocopies | | DUP |
| | | Amount = $129.60 | |
| 06/20/11 | Photocopies | | DUP |
| | | Amount = $8.60 | |
| 06/20/11 | 12128721056 Long Distance | | LD |
| | | Amount = $4.17 | |
| 06/20/11 | PACER | | DOCRETRI |
| | | Amount = $12.08 | |
| 06/20/11 | Printing | | DUP |
| | | Amount = $2.50 | |
| 06/20/11 | Printing | | DUP |
| | | Amount = $1.20 | |
| 06/20/11 | Printing | | DUP |
| | | Amount = $1.20 | |
| 06/20/11 | Printing | | DUP |
| | | Amount = $1.30 | |
| 06/20/11 | Printing | | DUP |
| | | Amount = $2.60 | |
| 06/20/11 | Printing | | DUP |
| | | Amount = $2.60 | |
| 06/20/11 | Printing | | DUP |
| | | Amount = $2.60 | |
| 06/20/11 | Westlaw | | LEXIS |
| | | Amount = $12.08 | |
| 06/21/11 | NORTEL NETWORKS - Messenger and delivery | | MESS |
| | | Amount = $17.80 | |

Nortel Creditors Committee                                    July 19, 2011
c/o Fred S. Hodara, Esq.                                      Invoice 385437
Akin Gump Strauss Hauer Feld LLP                             Page 44
One Bryant Park
New York NY  10036                                           Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 06/21/11 | Printing | | DUP |
| | Amount = | $5.10 | |
| 06/22/11 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $90.00 | |
| 06/23/11 | Photocopies | | DUP |
| | Amount = | $27.00 | |
| 06/23/11 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 06/23/11 | Postage | | POST |
| | Amount = | $8.04 | |
| 06/23/11 | Printing | | DUP |
| | Amount = | $2.00 | |
| 06/27/11 | Photocopies | | DUP |
| | Amount = | $0.60 | |
| 06/27/11 | Photocopies | | DUP |
| | Amount = | $55.00 | |
| 06/27/11 | Messenger and delivery | | MESS |
| | Amount = | $12.00 | |
| 06/27/11 | PACER | | DOCRETRI |
| | Amount = | $3.44 | |
| 06/27/11 | Postage | | POST |
| | Amount = | $14.25 | |
| 06/27/11 | Printing | | DUP |
| | Amount = | $5.70 | |
| 06/27/11 | Printing | | DUP |
| | Amount = | $4.10 | |
| 06/28/11 | SECRETARIAL OT THRU 6/30/11 | | OT |
| | Amount = | $1.20 | |
| 06/30/11 | 12122626912 Long Distance | | LD |
| | Amount = | $4.17 | |
| 06/30/11 | Printing | | DUP |
| | Amount = | $3.20 | |

TOTALS FOR   732310          Official Committee of the Board of Directors of Nortel
                             Networks Inc

Expenses     $17,651.49