## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| | ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: August 9, 2011 at 9:30 a.m.** |
| Debtors. | ) | **Objection Deadline:  August 2, 2011 at 4:00 p.m.** |
| | ) | |

## NOTICE OF WITHDRAWAL
## OF LOIZIDES, P.A. AS COUNSEL FOR BRENT BEASLEY

LOIZIDES P.A. hereby withdraws as counsel for Brent Beasley in the above-captioned

bankruptcy proceeding.  Please remove Mr. Loizides from all service lists in this case, including

all electronic services lists and the ECF notification system.

DATED:  July 21, 2011

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:     (302) 654-0728
Email:          loizides@loizides.com