IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 6001 |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 6001

PLEASE withdraw the document entered as D.I. 6001 – it is being re-filed without the hearing date and objection deadline in the caption.

DATED: July 21, 2011

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
Email:           loizides@loizides.com

Loizides Notice of Withdrawal as Counsel.DOCX