IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL
OF LOIZIDES, P.A. AS COUNSEL FOR BRENT BEASLEY**

LOIZIDES P.A. hereby withdraws as counsel for Brent Beasley in the above-captioned bankruptcy proceeding. Please remove Mr. Loizides from all service lists in this case, including all electronic services lists and the ECF notification system.

DATED: July 21, 2011

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
Email:        loizides@loizides.com

Loizides Notice of Withdrawal as Counsel.DOCX