IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on July 21, 2011, I did cause to be served copies of the foregoing **NOTICE OF WITHDRAWAL OF LOIZIDES, P.A. AS COUNSEL FOR BRENT BEASLEY** on the parties listed and in the manner indicated on the attached service list.

DATED: July 21, 2011

                                                  Christopher D. Loizides (No. 3968)
                                                  LOIZIDES, P.A.
                                                  1225 King Street, Suite 800
                                                  Wilmington, DE 19801
                                                  Telephone:  (302) 654-0248
                                                  Facsimile:   (302) 654-0728
                                                  Email: loizides@loizides.com

**SERVICE LIST**

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Brent Beasley
541 Ammons Road
Dunn, NC 28334

**VIA FACSIMILE AND FIRST-CLASS MAIL**

Derek C. Abbott, Esquire
Eric D. Schwartz, Esquire
Ann C. Cordo, Esquire
Alissa T. Gazze, Esquire
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19801
Fax:   (302) 658-3989
*Co-counsel for Debtors*

James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Fax:   (212) 225-3999
*Co-counsel for Debtors*

Rafael X. Zahralddin-Aravena, Esquire
ELLIOTT GREENLEAF
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
Fax:   (302) 384-9399