## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
*In re*                                                    :        Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                         :        Case No. 09-10138 (KG)
:
             Debtors.              :        Jointly Administered
:
:
:        **Re: D.I. 5860**
:
-----------------------------------------------------------X
Nortel Networks Inc.,                                      :
:
            Plaintiff,           :        Adv. Proc. No. 10-53171 (KG)
:
v.                                                         :
:
Gail & Rice, Inc.,                                         :
:        **Re: D.I. 30**
            Defendant.           :
:
-----------------------------------------------------------X

## CERTIFICATE OF NO OBJECTION
## <u>REGARDING DOCKET NO. 5860</u>

      The undersigned hereby certifies that, as of the date hereof, Morris, Nichols,

Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive

pleading to the **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order**

**Approving the Stipulation of Settlement of Avoidance Claims by and between Nortel**

**Networks Inc. and Gail & Rice, Inc.** (the "Motion") (D.I. 5860), filed on July 1, 2011.

      The undersigned further certifies that Morris, Nichols has caused the review of

the Court's docket in these cases and that no answer, objection or other responsive pleading to

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

the Motion appears thereon.  Pursuant to the Notice of Motion, objections to the Motion were to

be filed and served no later than July 19, 2011 at 4:00 p.m. (Eastern Time).

WHEREFORE, the Debtors respectfully request that the Order attached to the

Motion be entered at the earliest convenience of the Court.

Dated:  July 21, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley *(admitted pro hac vice)*
Lisa M. Schweitzer *(admitted pro hac vice)*
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____/s/ Alissa T. Gazze_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

4385496.1