# CERTIFICATE OF SERVICE

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Status Report of Avoidance Actions Assigned to the Honorable Kevin Gross** was caused to be made on July 22, 2011, in the manner indicated upon the entities identified on the attached service lists.

Date: July 22, 2011

*/s/ Alissa T. Gazze*
Alissa T. Gazze (No.  5338)

4219743.1