## NOTICE OF CLAIMS PURCHASE AGREEMENT

**GARLICK, HARRISON & MARKISON**, a Texas Partnership, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto **CORRE OPPORTUNITIES FUND, LP**, a Delaware limited partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $45,462.65 (allowed claim amount, defined as the "Claim") against **NORTEL NETWORKS INC et. al.** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, DISTRICT OF DELAWARE, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at **Case Number 0910138** (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the 15th day of July, 2011.

WITNESS: _____
(Signature of Witness)
Name/Address: JAWS Clement
3112 Lomita Dr
Austin, TX 78751

By: _____
Bruce Garlick, Partner
Garlick, Harrison & Markison
(512) 751-5682
bgarlick@texaspatents.com

CORRE OPPORTUNITITES FUND, LP

WITNESS: _____
(Signature of Witness)
Kevin Barrett

By: _____
(Signature of Fund Representative)
Eric Soderlund

3