**EXHIBIT "A"**

| CASE | ADVERSARY CASE NO. |
|---|---|
| Nortel Networks, Inc. v. TECOM Co., LTD | 10-55924 |
| Nortel Networks Inc. et al v. CoAMS, Inc. et al | 10-55840 |
| Nortel Networks (CALA) Inc. et al v. Hewlett-Packard Company et al | 11-50207 |