## **CERTIFICATE OF SERVICE**

      I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on July 26, 2011 at 9:30 a.m. (ET)** was caused to be made on July 22, 2011, in the manner indicated upon the parties identified in the attached service lists.

Dated: July 22, 2011

                                                    */s/ Alissa T. Gazze*
                                                Alissa T. Gazze (No. 5338)

3790723.1