**LTD Service List**

**Via Fax**

Elliott Greenleaf
Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
1105 N. Market St., Suite 1700
Wilmington, DE 19801
Fax: 302-384-9399

**Via Email**

Raymond Brecker (w2rxbrec@gmail.com)
154 Culver Pkwy.
Irondequit, NY 14609

Joseph & Rita Ketsler
(jrk4648@verizon.net)
7617 Waasland Dr.
Plano, TX 75025

Larry Blair (nas34me@hughes.net)

Felicia Jones Mann (flemann@aol.com)
525 Academy St.
Cary, NC 27513

Chong Rose (patroserc@aol.com)
701 Lakebird Dr.
Sunnyvale, CA 94089

Daniel David (ddavid4@nc.rr.com)
2105 Possum Trot Rd.
Wake Forest, NC 27587

**Via Overnight**

Marilyn Day
2020 Fox Glen Drive
Allen, TX 75013

Linda Reed
115 Kearney Court
Nolensville, TN 37135

Michael McCarthy
69 Auckland St.
Dorchester, MA 02125

Bradley Morrow
404 Faculty Ave.
Cary, NC 27511

James Propes
1276 Lakemoor Dr.
Woodbury, MN 55129

Sandra Grills
632 Post Oak Dr.
Plano, TX 75025

Jerry Wadlow
P.O. Box 79
Wewoka, OK 74884

Thelma Watson
P.O. Box 971
Bath, SC 29816

Najam Dean
6 Augusta Dr.
Millbury, MA 01527

Lynette K. Seymour
16711 Rivendell Lane
Austin, TX 78737

Remajos Brown
2353 Sword Dr.
Garland, TX 75044

Mark Weare
1 Happy Ave.
Derry, NH 03038

Marilyn Green
1106 Boston Hollow Rd.
Ashland City, TN 37015

Steven Bennett
37052 Chestnut St.
Newark, CA 94560

Jane Neumann
11370 Co Road 24
Watertown, MN 55388

William P. Cade, Jr.
207 Casa Urbano Dr.
Clinton, MS 39056

Morris Wayne Higgins
600 Talia Circle
Fairview, TX 75069

Cynthia B. Richardson
5717 Cypress Dr.
Rowlett, TX 75089

Caroline Underwood
2101 Emerson Cook Rd.
Pittsboro, NC 27312

Freddie Wormsbaker
327 Locust St.
Twin Falls, ID 83301

4321642.1

**Via Fax**

Robert J. Keach
Paul McDonald
Daniel J. Murphy
BERNSTEIN, SHUR, SAWYER &
NELSON
100 Middle Street
Portland, ME 04104-5029
Fax: 207-774-1127

Lee Harrington    (Corning)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Fax: 617-345-1300

*(Counsel for RMS)*
Ronald Rowland
307 International Circle
Hunt Valley, MD 21030
Fax: 484-242-4218

*(Counsel for McKinsey)*
Kristopher M. Hansen
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Fax: 212-806-6006

Craig A. Damast  (BT America)
Proskauer Rose LLP
11 Times Square
New York, New York 10036-8299
Fax: 212-969-2900

*(Counsel for Gail & Rice)*
Evan Feldman
Clark Hill PLC
151 S. Old Woodward
Birmingham, MI 48009
Fax: 248-642-2174

4346741.1

**Wave 8 Service List**

**Via Fax**

Gregory Taylor
Benjamin Keenan
Ashby & Geddes, P.A.
500 Delaware Ave
Wilmington, DE 19899
Fax: 302-654-2067

Jeremy Ryan
Ryan Murphy
Potter Anderson & Corroon LLP
1313 N. Market St.
Wilmington, DE 19899
Fax: 302-658-1192

Paige Barr
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661
Fax: 312-902-1061

Natasha Songonuga
GIBBONS P.C.
1000 N. West St.
Wilmington, DE 19801
Fax: 302-295-4876

David Crapo
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
Fax: 973-639-6244

Blanka Wolfe
Malani Cademartori
Sheppard Mullin
30 Rockefeller Plaza
New York, NY 10112
Fax: 212-653-8701

Tim J. Robinson
DINSMORE & SHOHL, LLP
191 W. Nationwide Blvd.
Suite 300
Columbus, OH 43215
Fax: 513-977-8141

4385791.1