# **<u>EXHIBIT A</u>**

**NORTEL EXHIBIT A-TIME DETAILS PERIOD JUNE 1, 2011 THROUGH JUNE 30, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/1/2011 | Call with J. Hyland of Capstone to discuss preference matters. | 0.40 | 410 | 164.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/1/2011 | Call with Leah Malone of Cleary regarding potential schedule amendments. | 1.00 | 410 | 410.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/2/2011 | Call with K. O'Neill and J. Drake of Cleary to discuss potential schedule amendments vs. settlement stipulations. | 0.80 | 410 | 328.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/3/2011 | Call with R. Izzard of Nortel for the bi-weekly contract management council call. | 1.00 | 410 | 410.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/7/2011 | Call with R. Boris and Carolyn Shields of Nortel and K. O'Neill and M. Mendolaro of Cleary for the weekly claims status call. | 1.00 | 410 | 410.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/7/2011 | Call with R. Izzard of Nortel for the bi-weekly contract management council call. | 1.00 | 410 | 410.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/10/2011 | Call with R. Izzard of Nortel for the bi-weekly contract management council call. | 1.00 | 410 | 410.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/14/2011 | Call with R. Boris and Carolyn Shields of Nortel and K. O'Neill and M. Mendolaro of Cleary for the weekly claims status call. | 1.00 | 410 | 410.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/14/2011 | Call with R. Izzard of Nortel for the bi-weekly contract management council call. | 1.00 | 410 | 410.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/17/2011 | Call with R. Izzard of Nortel for the bi-weekly contract management council call. | 1.00 | 410 | 410.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/21/2011 | Call with R. Boris and Carolyn Shields of Nortel and K. O'Neill and M. Mendolaro of Cleary for the weekly claims status call. | 1.00 | 410 | 410.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/21/2011 | Call with R. Izzard of Nortel for the bi-weekly contract management council call. | 1.00 | 410 | 410.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/22/2011 | Call with A. Tsai of Epiq regarding schedule amendment instructions. | 0.50 | 410 | 205.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/24/2011 | Call with R. Izzard of Nortel for the bi-weekly contract management council call. | 1.00 | 410 | 410.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/28/2011 | Call with R. Boris and Carolyn Shields of Nortel and K. O'Neill and M. Mendolaro of Cleary for the weekly claims status call. | 1.00 | 410 | 410.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 6/28/2011 | Call with R. Izzard of Nortel for the bi-weekly contract management council call. | 1.00 | 410 | 410.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | James Lukenda | 6/30/2011 | Nortel-conference with Huron director and manager regarding status of work streams, timing, and reporting. | 1.00 | 725 | 725.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 6/21/2011 | Prepared potential schedule amendment instructions and sent them to R. Baik of Cleary for review. | 1.70 | 410 | 697.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 6/22/2011 | Updated the potential schedule amendment instructions per comments from R. Baik of Cleary. | 1.70 | 410 | 697.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | James Lukenda | 6/27/2011 | Nortel-review and respond on draft May MOR | 0.50 | 725 | 362.50 |
| 6 | Retention and Fee Applications | Coley P. Brown | 6/3/2011 | Estimated Huron's May 2011 fees and expenses and provided to J. Moldrem of Nortel. | 0.40 | 410 | 164.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 6/15/2011 | Corresponded with M. DeCarli of MNAT regarding the filing of the monthly fee application CNO. | 0.20 | 410 | 82.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 6/20/2011 | Reviewed and updated the May monthly fee application time and expense details. | 1.90 | 410 | 779.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 6/21/2011 | Provided the finalized May monthly fee application to Huron managing director for his review and signoff. | 0.90 | 410 | 369.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD JUNE 1, 2011 THROUGH JUNE 30, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 6 | Retention and Fee Applications | Coley P. Brown | 6/21/2011 | Reviewed and updated the May monthly fee application documents and exhibits. | 2.10 | 410 | 861.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 6/21/2011 | Updated the May monthly fee application exhibits per request from A. Cordo of MNAT. | 0.80 | 410 | 328.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 6/30/2011 | Updated and finalized monthly detailed time report for purposes of the fee application. | 2.50 | 410 | 1,025.00 |
| 6 | Retention and Fee Applications | James Lukenda | 6/21/2011 | Nortel-review and sign-off monthly statement | 0.30 | 725 | 217.50 |
| 8 | Business Plan & Analysis of Operations | James Lukenda | 6/7/2011 | Nortel-preparation for call re FA update, review materials, correspondence | 0.90 | 725 | 652.50 |
| 8 | Disclosure Statement / Plan of Reorganization | James Lukenda | 6/9/2011 | Nortel-update notes to Huron director and manager regarding results and forecast call | 0.30 | 725 | 217.50 |
| 8 | Business Plan & Analysis of Operations | James Lukenda | 6/9/2011 | Nortel-FA call re results and forecast | 0.70 | 725 | 507.50 |
| 8 | Business Plan & Analysis of Operations | James Lukenda | 6/13/2011 | Nortel-call with MF re review discussion points from FA call; update on staffing and feedback; open items | 0.30 | 725 | 217.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/1/2011 | Corresponded with B. Phelps of Nortel regarding pending preference settlements and their receipt status. | 0.40 | 410 | 164.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/1/2011 | Requested claim reconciliations from C. Shields of Nortel to analyze overlap with new value calculations. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/1/2011 | Updated preference vendor defense response analysis per request from K. Sidhu of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/1/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from D. Culver of MNAT. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/2/2011 | Provided J. Galvin with PO documentation and documented the nature of certain PO discovery requests and their availability in the AP system. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/2/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/2/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook and R. Risner of Nortel. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/2/2011 | Updated preference vendor defense response analysis per request from J. Galvin of Cleary. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/2/2011 | Reviewed and updated the list of preference settlements provided by J. Galvin of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/3/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook and R. Risner of Nortel. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/3/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/3/2011 | Updated preference vendor defense response analysis per request from J. Galvin of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/3/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook and/or R. Risner of Nortel. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/3/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/6/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/6/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook and/or R. Risner of Nortel. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/6/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.00 | 410 | 410.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD JUNE 1, 2011 THROUGH JUNE 30, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/7/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Lacks of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/7/2011 | Corresponded with L. Rowan of Nortel regarding contracts and SRM information. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/7/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/7/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/7/2011 | Corresponded with K. Sidhu and M. Vanek of Cleary regarding AP systems at US Debtor branches. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/8/2011 | Updated preference vendor defense response analysis per request from J. Smith of Benesch. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/8/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from D. Culver of MNAT. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/8/2011 | Updated preference vendor defense response analysis per request from J. Galvin of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/8/2011 | Reviewed certain discovery invoices and documented payment terms per request from J. Lacks of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/8/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/9/2011 | Updated the Nortel preference summary and provided it to N. Forrest of Cleary for review. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/9/2011 | Reviewed certain discovery invoices and documented payment terms per request from J. Lacks of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/9/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/9/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/9/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Lacks of Cleary. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/10/2011 | Corresponded with A. Balsas regarding certain royalty shipment information for a preference response. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/10/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from N. Abularach of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/10/2011 | Provided J. Galvin of Cleary with certain invoices and documented the bill to / ship to addresses on invoices and their implication of liability. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/13/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/13/2011 | Documented the historical relationship between NNI and a preference defendant per request from J. Smith of Benesch. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/13/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 1.00 | 410 | 410.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD JUNE 1, 2011 THROUGH JUNE 30, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/13/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/14/2011 | Updated preference vendor defense response analysis per request from J. Smith of Benesch. | 1.50 | 410 | 615.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/14/2011 | Updated the Nortel preference summary and provided it to J. Ray of Nortel and J. Hyland of Capstone. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/14/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Lacks of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/14/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook and/or R. Risner of Nortel. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/14/2011 | Reviewed and updated preference response analysis per request from J. Galvin of Cleary | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/14/2011 | Requested claim reconciliations from C. Shields of Nortel to analyze overlap with new value calculations. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/15/2011 | Corresponded with L. Rowan of Nortel regarding contracts and SRM information. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/15/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/15/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/15/2011 | Corresponded with M. Cook and R. Risner of Nortel regarding AP aging reports. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/15/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook and/or R. Risner of Nortel. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/16/2011 | Updated preference vendor defense response analysis per request from B. Zabaruskas of Crowell & Moring. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/16/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Smith of Benesch. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/16/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/16/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook and/or R. Risner of Nortel. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/16/2011 | Corresponded with N. Abularach of Cleary regarding certain postpetition transfers of preference defendants. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/17/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Lacks of Cleary. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/17/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook and/or R. Risner of Nortel. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/17/2011 | Provided J. Galvin of Cleary with the NNI W-9 for preference settlements. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/17/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Lacks of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/20/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.40 | 410 | 574.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD JUNE 1, 2011 THROUGH JUNE 30, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/20/2011 | Prepared 90-day payment and related invoice exhibits for certain preference defendants per request from J. Lacks of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/20/2011 | Reviewed and updated preference response analysis per request from J. Galvin of Cleary | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/20/2011 | Reconciled payment, invoice and PO discovery support for preference vendor per request from J. Galvin of Cleary. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/20/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from D. Culver of MNAT. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/22/2011 | Documented certain preference methodology items and provided to M. Vanek of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/22/2011 | Updated the RMA NAICS industry DPO analysis based on various defendant responses. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/22/2011 | Requested preference discovery purchase orders, payments and/or invoices from R. Risner of Nortel. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/23/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/23/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Smith of Benesch. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/23/2011 | Corresponded with L. Rowan of Nortel regarding contracts and SRM information. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/23/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from N. Abularach of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/23/2011 | Requested preference discovery purchase orders, payments and/or invoices from R. Risner of Nortel. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/23/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from N. Abularach of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/24/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook and/or R. Risner of Nortel. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/24/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from D. Culver of MNAT. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/24/2011 | Corresponded with R. Risner of Nortel regarding certain SMART Release POs for preference discovery. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/24/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Lacks of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/27/2011 | Corresponded with J. Lacks of Cleary regarding payment detail for a preference defendant. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/27/2011 | Provided J. Lacks of Cleary with discovery invoice information and documented the payment terms of certain invoices. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/27/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Lacks of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/27/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook and/or R. Risner of Nortel. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/27/2011 | Reviewed preference defendant's discovery request and provided comments to R. Boris of Nortel. | 1.40 | 410 | 574.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD JUNE 1, 2011 THROUGH JUNE 30, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/28/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/28/2011 | Corresponded with A. Wortham of Nortel regarding expected preference settlements. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/28/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/29/2011 | Prepared and provided updated preference exhibits to A. Gazze of MNAT. | 1.90 | 410 | 779.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/29/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/29/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/29/2011 | Corresponded with L. Rowan of Nortel regarding contracts and SRM information. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/30/2011 | Updated certain preference exhibits per request from A. Gazze of MNAT. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/30/2011 | Corresponded with N. Abularach of Cleary regarding certain 90-day transfers of preference defendants. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/30/2011 | Reviewed and updated preference response analysis per request from J. Lacks of Cleary | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/30/2011 | Reviewed and updated preference response analysis per request from N. Abularach of Cleary | 1.20 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 6/30/2011 | Updated preference response analysis and compiled additional discovery support per request of J. Galvin of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 6/14/2011 | Nortel-review update summary and related correspondence from Huron manager | 0.30 | 725 | 217.50 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 6/20/2011 | Nortel-update on claims status and avoidance actions, review Huron manager correspondence, status of hearing, and reporting | 0.30 | 725 | 217.50 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 6/23/2011 | Nortel-review avoidance action status summary and related correspondence, file update | 0.40 | 725 | 290.00 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 6/27/2011 | Nortel-review correspondence from Huron manager, update on status, and scheduling | 0.60 | 725 | 435.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/21/2011 | Prepared an analysis regarding employee claims per request from L. Bagarella of Cleary. | 2.30 | 410 | 943.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/22/2011 | Updated an analysis regarding employee claims per request from L. Bagarella of Cleary. | 1.70 | 410 | 697.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/24/2011 | Corresponded with various third party contacts to determine certain data points regarding existing claims per request from M. Fleming-Delacruz of Cleary. | 0.80 | 410 | 328.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 6/27/2011 | Provided certain claim data points to M. Fleming-Delacruz of Cleary. | 0.40 | 410 | 164.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 6/3/2011 | Nortel-employee claims calculations, update on correspondence, timing, review | 1.00 | 725 | 725.00 |
| 16 | Unsecured Claim Analysis | Jennifer McConnell | 6/1/2011 | Call with Huron manager to discuss QC of preference data. Includes prep time and follow-up. | 1.20 | 410 | 492.00 |
| 25 | Case Administration | Coley P. Brown | 6/30/2011 | Call with Huron managing director and director to discuss the status of the engagement, staffing, and future deliverables. | 1.00 | 410 | 410.00 |
| 25 | Case Administration | James Lukenda | 6/13/2011 | Nortel-update staffing and performance status, mid-year | 1.50 | 725 | 1,087.50 |
| 25 | Case Administration | James Lukenda | 6/29/2011 | Nortel-file review and preparation for conference with Huron manager et al., re update and status on work stream assignments | 0.70 | 725 | 507.50 |