**Wolters Kluwer** | **CT Corporation**
Corporate Legal Services

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

July 19, 2011

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor,
New York, NY 10017

Re: In Re: Nortel Networks Inc., et al., Debtors vs. To: Centennial Ventures VII, L.P.

Case No. 0910138

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Centennial Ventures VII, L.P. Currently, the state lists CORPORATION SERVICE COMPANY as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Ken Dunnigan
Corporate Operations Specialist

Log# 518843718

FedEx Tracking# 794985975271

cc: Delaware District
U.S. Bankruptcy Court
824 Market Street,
5th Floor,
Wilmington, DE 19801