## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Joint Objection and Motion to Dismiss Claims of Nortel Networks (Ireland) Limited** was caused to be made on July 22, 2011, in the manner indicated upon the entities identified on the attached service list.

Date:  July 22, 2011                                                    */s/ Ann C. Cordo*
                                                                          Ann C. Cordo (No. 4817)

4385772.1