## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Declaration of Aidan Redmond SC in Support of the Joint Objection and Motion to Dismiss the Claims of Nortel Networks Ireland (Nortel Ireland)** was caused to be made on July 22, 2011, in the manner indicated upon the entities identified on the attached service list.

Date: July 22, 2011                            */s/ Ann C. Cordo*
                                                             Ann C. Cordo (No. 4817)

4384420.2