# **EXHIBIT B**

**(NN Ireland Proof of Claim #5089)**

B10 (Official Form 10) (12/07) – Cont.

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Nortel Networks Inc. | Case Number:<br>09-10138 (KG) |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor:
Nortel Networks (Ireland) Limited and/or any Court-appointed administrator or liquidator thereof

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Attention: Edwin J. Harron
(302) 571-6600

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attention: Michael Luskin
(212) 837-6000

Herbert Smith LLP
Exchange House
Primrose Street
London EC2A 2HS
UNITED KINGDOM
Attention: Stephen Gale
44-20-7374-8000

Court Claim Number: _____
*(If known)*

Filed on: _____

Telephone number: See above

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor trustee in this case.

1. **Amount of Claim as of Date Case Filed:** Unknown

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** See attached Rider to Proof of Claim of Foreign Administrators
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identified debtor:** _____
   3a. Debtor may have scheduled account as:
      (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe:
   Value of Property: $_____  Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim.
   If any: $_____  Basis for perfection: _____
   Amount of Secured Claim: Unknown   Amount Unsecured: Unknown

5. **Amount of claim Entitled to Priority under 11 U.S.C.§ 507(a). If any portion of your claim falls in one of the following categories check the box and state the amount.**

Specify the priority of this claim.
Unknown

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) (__).

**Amount entitled to priority:**

Unknown

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any document invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of a lien. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted")*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)         0000005089

Date: 9/29/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Edwin J. Harron
Counsel for Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris in their Capacity as Joint Administrators and Foreign Representatives

FOR COURT USE ONLY

FILED / RECEIVED
SEP 30 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

DB02:8775791.1                                                                                                                                 068476.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## RIDER TO PROOF OF CLAIM OF FOREIGN ADMINISTRATORS

1. <u>Claimants</u>. Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson and Stephen John Harris, in their capacity as the court-appointed administrators and authorized foreign representatives (the "Administrators") of Nortel Networks UK Limited ("NNUK") and its subsidiaries (the "EMEA Companies")[1] in proceedings (the "English Proceedings") under the Insolvency Act of 1986 (the "English Insolvency Act"), pending before the High Court of Justice of England and Wales (the "English Court"), file this rider (the "Rider") to the proof of claim (the "Claim"). This Rider is an integral part of this Claim and is hereby incorporated into the Claim in full and for all purposes.

2. <u>Claim</u>. To the extent that required to do so notwithstanding Paragraph 4(f) of the Notice of Deadline Requiring Filing of Proofs of Claim On or Before September 30, 2009

---

[1] The following EMEA Companies, which are direct or indirect subsidiaries of NNUK, commenced insolvency proceedings under the English Insolvency Act in the English Court on January 14, 2009: Nortel GmbH; Nortel Networks NV; Nortel Networks SpA; Nortel Networks BV; Nortel Networks Polska SP Zoo; Nortel Networks Hispania SA; Nortel Networks (Austria) GmbH; Nortel Networks sro; Nortel Networks Engineering Service Kft; Nortel Networks Portugal SA; Nortel Networks Slovensko sro; Nortel Networks Oy; Nortel Networks Romania SRL; Nortel Networks AB; and Nortel Networks International Finance & Holding BV. In addition Nortel Networks (Ireland) Limited, Nortel Networks SA, Nortel Networks France SAS, which are not subsidiaries of NNUK, also commenced insolvency proceedings under the English Insolvency Act in the English Court on January 14, 2009. With the exception of Nortel Networks (Ireland) Limited, the Administrators are the court-appointed administrators and foreign representatives for all of the EMEA Companies that have commenced insolvency proceedings in the English Court. Alan Robert Bloom and David Martin Hughes are the court-appointed administrators and foreign representatives of Nortel Networks (Ireland) Limited.

(the "Bar Date Notice"),[2] the Administrators, NNUK, EMEA Companies and any insolvency practitioner within the meaning of Annex C of the EC Regulation on Insolvency Proceedings 2000 who is or may be appointed to NNUK and/ or the EMEA Companies (the "Insolvency Practitioner") hereby assert a Claim in respect of any heretofore unknown, unliquidated, or unmatured claim or claims that the Administrators, NNUK, the Insolvency Practitioner and/or any EMEA Company may have against Nortel Networks Inc. or its affiliated debtors in these Chapter 11 cases. The Administrators, the Insolvency Practitioner, NNUK and the EMEA Companies have potential claims against the Debtors and their affiliates arising out of transfer pricing, intercompany dealings, trading and other arrangements or agreements between them.

The Administrators, NNUK, EMEA Companies and any Insolvency Practitioner hereby assert a Claim in respect of any heretofore unknown, unliquidated, or unmatured claim or claims that the Administrators, NNUK, the Insolvency Practitioner and/or any EMEA Company may have against any one or more of such Directors and Officers of Nortel Networks Inc. or its affiliated debtors in these Chapter 11 cases for mismanagement, breach of duty and/or the conduct of those Directors and Officers with respect to the operation, management and control of Nortel Networks Inc. or its affiliated debtors in these Chapter 11 cases.

These claims may or may not qualify as intercompany claims as described in paragraph 4(f) of the Bar Date Notice, and as of the date of these Claims these claims cannot be described in detail or quantified. The Administrators, the Insolvency Practitioner NNUK and the EMEA Companies are filing the Claim out of an abundance of caution in order to preserve all of their rights.

---

[2] Paragraph 4(f) of the Bar Date Notice provides that "[a]ny Debtor, nondebtor affiliate of the Debtors or Canadian Debtor, or any of their direct or indirect subsidiaries holding a claim" need not file a proof of claim on or prior to the Bar Date.

3. <u>Notice</u>. All notices to the claimants concerning the Claim should be sent to:

Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Attention: Edwin J. Harron
(302) 571-6600

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attention: Michael Luskin
(212) 837-6000

Herbert Smith LLP
Exchange House
Primrose Street
London EC2A 2HS
UNITED KINGDOM
Attention: Stephen Gale
+44-20-7374-8000

4. <u>Protective Filing/Amendments</u>. The Claim is filed under compulsion of the bar date established in this case, and is filed to protect the Administrators, the Insolvency Practitioner, NNUK, and the EMEA Companies from forfeiture of their claims. The execution and filing of the Claim are not (i) a waiver or release of any of the rights against any entity or person liable for all or part of the Claim held by the Administrators, the Insolvency Practitioner, NNUK, or the EMEA Companies; (ii) a waiver of the right to withdraw the reference with respect to the subject matter of the Claim, any objection or other proceeding commenced with respect thereto or any other proceeding commenced in this case against or otherwise involving the Administrators, the Insolvency Practitioner, NNUK, and/or the EMEA Companies; (iii) an election of a remedy which waives or otherwise affects any other remedy; or (iv) a waiver or release of any of rights against any third party on behalf of the Administrators, the Insolvency Practitioner, NNUK, or the EMEA Companies.

5. <u>Reservation of Rights</u>. The Administrators, the Insolvency Practitioner, NNUK, and the EMEA Companies expressly reserve their rights (i) to file any separate proof of claim with respect to the claim set forth herein or otherwise (which proof of claim, if so filed,

3

shall not be deemed to supersede this proof of claim), (ii) to amend or supplement the Claim in any respect, (iii) to assert whatever claims and take whatever other action may be required to preserve their rights in related proceedings pending (or to be brought) in other jurisdictions, (iv) to file additional proofs of claim for claims not covered by the Claim, if any, and (v) to pursue all known, liquidated or matured claims that the Administrators, NNUK, the Insolvency Practitioner and/or any EMEA Company may have against Nortel Networks Inc. or their affiliates in these Chapter 11 cases and the Directors and Officers of Nortel Networks Inc. or its affiliates in these Chapter 11 cases to the extent that they qualify as intercompany claims as described in paragraph 4(f) of the Bar Date Notice in due course..

Dated: Wilmington, Delaware
September 30, 2009

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Edwin J. Harron
James L. Patton (No. 2202)
Edwin J. Harron (No. 3396)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

**HUGHES HUBBARD**
Michael Luskin
Derek J.T. Adler
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
E-Mail: luskin@hugheshubbard.com
           adler@hugheshubbard.com

Counsel for Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Steven John Harris in their Capacity as Joint Administrators and Foreign Representatives

