# EXHIBIT L

**(Harris Declaration)**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
------------------------------------------------------------ X
                      :

In re:                       : Chapter 15

NORTEL NETWORKS UK LIMITED,   : Case No. 09 - 11972

                      :

Debtor in a Foreign Proceeding.   :

------------------------------------------------------------ X

## DECLARATION OF STEPHEN JOHN HARRIS

STEPHEN JOHN HARRIS, declares under the penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. §1746, as follows:

1.    I am one of the court-appointed administrators and authorized foreign representatives, along with Alan Robert Bloom, Christopher John Wilkinson Hill and Alan Michael Hudson (the "Administrators"), of Nortel Networks UK Limited ("NNUK") in proceedings (the "English Proceedings") under the *Insolvency Act 1986* (the "English Insolvency Act"), pending before the High Court of Justice of England and Wales (the "English Court").

2.    I am fully familiar with the facts and circumstances described herein, all of which is true and correct to the best of my knowledge, information and belief.

3.    I respectfully submit this declaration in support of the Administrators' Verified Petition for Recognition of Foreign Proceedings Pursuant to Chapter 15 of the United States Bankruptcy Code, and accompanying Memorandum of Law in Support of Verified Petition for Recognition of Foreign Proceeding Pursuant to Chapter 15 of the United States Bankruptcy Code.

1

4.      This declaration is made further to the declaration of Sharon Rolston to be filed in these proceedings.    In addition to the matters raised in that declaration, I note from my investigations of NNUK since becoming an administrator that:

    a.   NNUK's books and records are maintained in England.

    b.   The majority of creditors of NNUK, by number, are located in England.

    c.   The majority of NNUK's employees are in England.

    d.   NNUK's registered office is in England.

    e.   NNUK's central management and control is to a large extent handled from England, where all major decisions are made and that fact is ascertainable by persons with whom NNUK carries on business.

Executed this 5th day of June, 2009 in _London_____, England

_____
Stephen John Harris