# EXHIBIT N

**(Excerpts of January 31, 2011 Hearing Transcript)**

```
             IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Case No. 09-10138 (KG)
                                )
NORTEL NETWORKS CORPORATION,    )
     et al.                     )    ADM: 09-11972 (KG)
                                )    ADV: 1-10-53065
                                )
                                )    Chapter 11
                                )
                                )    Courtroom 3
                                )    824 Market Street
         Debtors.               )    Wilmington, Delaware
                                )
                                )    January 31, 2011
                                )    1:03 p.m.

                    TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE KEVIN GROSS
                 UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:              Cleary, Gottlieb, Steen &
                          Hamilton
                          BY: DAVID HERRINGTON, ESQ.
                          BY: DEBORAH BUELL, ESQ.
                          BY: SALVATORE BIANCA, ESQ.
                          BY: LUKE A. BAREFOOT, ESQ.
                          BY: DAVID LIVSHIZ, ESQ.
                          One Liberty Plaza
                          New York, NY 10006
                          (212) 225-2000

                          Benesch
                          BY: JENNIFER HOOVER, ESQ.
                          222 Delaware Avenue, Suite 801
                          Wilmington, DE 19801-1611
                          (302) 442-7010

ECRO:                     Ginger Mace

Transcription Service:    DIAZ DATA SERVICES
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
 1  APPEARANCES:
 2  (Continued)
 3
 4  For Debtors:              Morris Nichols Arsht & Tunnell
 5                            BY: DEREK ABBOTT, ESQ.
 6                            ALISSA GAZZA, ESQ.
 7                            1201 North Market Street
 8                            Wilmington, DE  19899
 9                            (302) 951-9358
10
11  For E&Y and NNL:          Allen & Overy, LLP
12                            BY: PAUL KELLER, ESQ.
13                            BY: LAURA HALL, ESQ.
14                            BY: KEN COLEMAN, ESQ.
15                            BY: JONATHAN CHO, ESQ.
16                            BY: ANDREW RHYS DAVIES, ESQ.
17                            1221 Avenue of the Americas
18                            New York, NY 10020
19                            (212) 610-6414
20
21                            Buchanan, Ingersoll & Rooney
22                            BY: MONA PARIKH, ESQ.
23                            1105 North Market Street
24                            Suite 1900
25                            Wilmington, DE 19801-1054
26                            (302) 552-4200
27
28                            Goodmans, LLP
29                            BY: BRIAN EMPEY, ESQ.
30                            Bay Adelaide Centre
31                            333 Pay Street, Suite 3400
32                            Toronto, ON  M5H 2S7
33                            (416) 597-4194
34
35  For UK Administration:    Young, Conaway, Stargatt &
36                            Taylor, LLP
37                            BY:  EDWIN HARRON, ESQ.
38                            BY: JAIME LITON, ESQ.
39                            The Brandywine Building,
40                            1000 West Street, 17$^{th}$ Floor
41                            Wilmington, DE  19899-0391
42                            (302) 571-6710
43
44  For CTDI:                 Skadden, Arps, Slate, Meagher
45                            & Flom, LLP & Affiliates
46                            BY: ANTHONY CLARK, ESQ.
47                            BY: MICHELLE GREEN, ESQ.
48                            BY: YOSEF IBRAHIMI, ESQ.
49                            One Rodney Square
50                            P.O. Box 636
51                            Wilmington, DE 19899
52                            (302) 651-3000
53
```

```
 1  APPEARANCES:
 2  (Continued)
 3
 4  For the Committee:              Akin, Gump, Strauss, Hauer
 5                                  & Feld
 6                                  BY: BRAD KAHN, ESQ.
 7                                  One Bryant Park
 8                                  New York, NY 10036
 9                                  (212) 872-1000
10
11                                  Richards Layton & Finger
12                                  BY: CHRIS SAMIS, ESQ.
13                                  One Rodney Square
14                                  920 North King Street
15                                  Wilmington, DE  19801
16                                  (302) 651-7704
17
18  TELEPHONIC APPEARANCES:
19
20  For the Official Committee
21  Of Unsecured Creditors:         Akin, Gump, Strauss, Hauer &
22                                  Feld
23                                  BY: DAVID BOTTER, ESQ.
24                                  (212) 872-1055
25
26  For the Debtor:                 Cleary, Gottlieb, Steen &
27                                  Hamilton
28                                  BY: EMILY A. BUSSIGEL, ESQ.
29                                  BY: ANDREW UNGBERG, ESQ.
30                                  BY: KATHERINE L. WILSON-MILNE,
31                                  ESQ.
32                                  (212) 225-2000
33
34  For CTDI:                       Skadden, Arps, Slate Meagher &
35                                  Flom
36                                  BY: ANTHONY W. CLARK, ESQ.
37                                  (302) 651-3239
38                                  BY: MICHELLE GREEN, ESQ.
39                                  (302) 651-3158
40                                  BY: YOSEF IBRAHIMI, ESQ.
41                                  (302) 651-3086
42                                  BY: JASON LIBERI, ESQ.
43                                  (302) 651-3239
44                                  BY: KRISTY M. PEGUERO, ESQ.
45                                  (302) 651-3128
46
47  For Trustee of Nortel
48  Network UK Pension Plan:        Willkie, Farr & Gallagher, LLP
49                                  BY: WESTON T. EGUCHI, ESQ.
50                                  (212) 728-8881
51
52
53
```

```
 1  TELEPHONIC APPEARANCES:
 2  (Continued)
 3
 4  For Monitor, Ernst & Young:    Allen & Overy, LLP
 5                                 BY: LISA KRAIDIN, ESQ.
 6
 7                                 Ogilvy Renault, LLP
 8                                 BY: JENNIFER STAM, ESQ.
 9                                 (416) 216-2327
10
11  For Ad Hoc Committee:          Millbank, Tweed, Hadley &
12                                 McCloy
13                                 BY: THOMAS MATZ, ESQ.
14                                 (212)530-5885
15
16  For Creditor, SNMP Research:   Ciardi, Ciardi & Astin
17                                 BY: MARK RALSTON, ESQ.
18                                 (214)295-6416
19
20
21
22
```

1          THE COURT: Okay.
2          MR. COLEMAN: -- wanted some certainty before we
3  did that, and we'll speak with counsel for the committee
4  after the hearing to see if there's anything further they
5  require.
6          THE COURT: Very well. Thank you, Mr. --
7          MR. COLEMAN: Thank you, Your Honor.
8          THE COURT: Thank you, Mr. Coleman.
9          All right.
10         Mr. Harron, good afternoon.
11         MR. HARRON: Good afternoon, Your Honor. For the
12 record Ed Harron on behalf of the UK Administrators of the
13 EMEA debtors.
14         THE COURT: Yes.
15         MR. HARRON: With me in court today is my
16 colleague, Ms. Jaime Luton.
17         THE COURT: Yes. Good afternoon.
18         MR. HARRON: Thank you for the Court's
19 accommodation of making some time for us this afternoon.
20         THE COURT: Sure.
21         MR. HARRON: It's been difficult with -- with the
22 snowstorms, but at least the passage of time has lessened
23 the blow of the Eagles and the Blue Hens.
24         THE COURT: That's right.
25         MR. HARRON: And then spring training is quickly

1  upon us.
2              THE COURT:  It's close.  And --
3              MR. HARRON:  I'm --
4              THE COURT:  -- and we're in between snowstorms
5  with another one on the way, I understand.
6              MR. HARRON:  I promised Mr. Abbott I would be
7  brief today, so I will endeavor to -- to keep my word.
8              Your Honor, before the Court seeking approval of
9  the Chapter 15 recognition of the EMEA debtors' English
10 proceedings as foreign main proceedings.  Your Honor, we
11 filed petitions and supporting papers back on October the
12 20th and between then and now we've engaged in some
13 discovery with the assistance of Your Honor and this Court
14 with the U.S. debtor, the U.S. Committee and the Canadian
15 monitor.
16             Your Honor, there were two responses filed in
17 respect of the Chapter 15 petitions.  The responses, again,
18 were from the Canadian monitor and a joint response filed by
19 the committee and the U.S. debtor.
20             THE COURT:  Right.
21             MR. HARRON:  After the conclusion of the -- well,
22 after we -- we worked through the discovery, I shall say,
23 and after receiving the responses we were able to negotiate
24 a consensual resolution which would allow for an order
25 approving the Chapter 15 recognition.

1                Your Honor, that consensual resolution consists
2    of a revised form of order, which I will present to the
3    Court momentarily.  And we would also ask to submit into
4    evidence the Bloom declaration that was filed with the first
5    day pleadings.  It's attached as Exhibit A to the Harron
6    transmittal declaration, which I believe is Docket Entry 45,
7    and then attached as exhibits to the Bloom declarations --
8    declaration is the witness statement of Sharon Ralston and
9    the witness statement of Michael Clemont (phonetic), and we
10   would ask to admit that entire package into evidence.
11               Your Honor, we would also ask to admit into
12   evidence a transcript of the deposition of Mr. Bloom which
13   was conducted on December 16th, along with the exhibits to
14   the deposition transcript.  Your Honor, we would ask and we
15   believe the parties have no opposition to that transcript
16   being filed under seal.
17               Your Honor, I have copies of the exhibits in a
18   binder.  I think we only -- we only brought two binders with
19   us.  I believe the parties are fairly familiar with these
20   documents.
21               Your Honor, upon arriving in court today we
22   noticed that the deposition transcript doesn't have the
23   exhibits.  So if I may, I would contact chambers to
24   coordinate the filing of the exhibits.
25               THE COURT:  That would be fine.

1              MR. HARRON:  May I approach with the evidence?
2              THE COURT:  Yes, please.  Thank you.  Thank you,
3    Mr. Harron.
4              MR. HARRON:  Your Honor, if I may, I would also
5    like to approach with a clean and blackline form of order.
6    I have extra blacklines if anyone in the court would like to
7    review them.
8              May I approach, Your Honor?
9              THE COURT:  You certainly may, Mr. Harron.
10   Absolutely.  Thank you.  Good to see you.
11             MR. HARRON:  Your Honor, there's one change to
12   the order that doesn't appear in the blackline and that's a
13   handwritten correction of today's date --
14             THE COURT:  Okay.
15             MR. HARRON:  -- which I believe appears at the
16   top of Page 2.  The January 12th reference has been changed
17   to January 31st.
18             THE COURT:  I've got you here.  Yes.
19             MR. HARRON:  Your Honor, in short the other
20   changes to the order are changes to reflect the evidence
21   that's being submitted today upon agreement of the parties,
22   and we've also deleted the reference to this Court adopting
23   the initial orders that were entered by the English court,
24   and the reference to Section 15-21, which goes to the
25   ancillary relief of adopting those initial orders.

1              So, basically, what we've done is eliminated the
2   initials to the -- the references to the initial orders,
3   corrected the date, made reference to the evidentiary
4   record.
5              Your Honor, on that basis I would ask the Court
6   to enter the revised form of order subject to any comments
7   from the parties.
8              THE COURT:  All right.  Does anyone wish to be
9   heard?
10             Yes.
11             MR. BAREFOOT:  Good morning, Your Honor.  Luke
12  Barefoot from Clearly, Gottlieb --
13             THE COURT:  Mr. Barefoot.
14             MR. BAREFOOT:  -- Steen & Hamilton, LLP --
15             THE COURT:  Yes, sir.
16             MR. BAREFOOT:  -- for the U.S. debtors.
17             Mr. Harron is correct that in reliance on the
18  materials that the EMEA administrators are moving into
19  evidence at today's hearing, and in light of the changes
20  that have been made to the proposed orders, in consultation
21  with all parties, the U.S. debtors don't object to this
22  Court's recognition of the English proceedings as foreign
23  main proceedings for the remaining EMEA debtors.
24             I did just want to clarify in terms of the
25  transcript of Mr. Bloom's deposition.  Mr. Harron is

1  absolutely correct that the U.S. debtors are in agreement as
2  to sealing of the Bloom deposition and transcripts under
3  seal.
4          But I just did want to make clear that the U.S.
5  debtors reserve their rights as to whether that transcript
6  and the documents referenced therein require a continued
7  confidential treatment in another proceeding or for future
8  purposes in this proceeding, but, again, do not object to it
9  being provisionally filed under seal for purposes of the
10 recognition hearing.
11         THE COURT:  All right.  All right.
12         MR. BAREFOOT:  Thank you, Your Honor.
13         THE COURT:  Thank you, Mr. Barefoot.
14         Mr. Coleman.
15         MR. COLEMAN:  Your Honor, Ken Coleman of Allen
16 and Overy on behalf of the monitor.
17         Your Honor, the monitor filed a response
18 essentially supporting recognition of the proceedings as
19 foreign mean proceedings.  We -- we think that the record
20 developed in the course of discovery and in particular Mr.
21 Bloom's deposition where he acknowledged the accuracy of the
22 witness statements by Ms. Ralston and Mr. Clemont are -- are
23 more than sufficient to overcome the presumption in favor of
24 COMI and the jurisdiction of registration and that, instead,
25 COMI was in -- is in England for these debtors.  And on that

1   basis we supported recognition as foreign mean proceedings.
2           We would make a similar reservation of rights
3   with respect to the transcript as the U.S. debtors have
4   done.
5           THE COURT:  Okay.
6           MR. COLEMAN:  Thank you, Your Honor.
7           THE COURT:  Thank you, Mr. Coleman.
8           MR. KAHN:  Good morning again, Your Honor, or
9   good afternoon.  Brad Kahn again for the committee.
10          THE COURT:  Yes, sir.
11          MR. KAHN:  At the risk of piling on here, I'll
12  echo what Mr. Barefoot already said; that with the evidence
13  now on the record and the changes to the order, the
14  committee has no objection to the recognition order being
15  entered and would likewise reserve our rights with respect
16  to the transcript going forward.
17          THE COURT:  All right.  Thank you.
18          MR. KAHN:  Thank you.
19          THE COURT:  Thank you very much.
20          Mr. Harron, do I have an order on the
21  confidentiality?  Have I entered one yet or -- I mean,
22  certainly I'm prepared to give it confidential treatment.
23          MR. HARRON:  Your Honor, we have not filed a form
24  of order.  We've just been proceeding under the local rules
25  which provides for confidentiality.  We're happy to file a

1  short form of motion if you think it would be helpful to
2  clarify the record.
3              THE COURT:  Well, I am prepared to grant
4  confidentiality here.  That's not a problem.  You can just
5  submit an order, show it to opposing counsel first, and --
6  and then I'll be pleased to enter it.  In the meantime I
7  will afford it confidential treatment.
8              MR. HARRON:  Thank you, Your Honor.  We'll --
9              THE COURT:  All right.
10             MR. HARRON:  -- we'll do so.
11             THE COURT:  And I am prepared to grant the relief
12 requested.  I know it was a contested matter, hotly
13 contested for awhile and that certainly generates a good
14 record upon which to make the finding and to make -- to
15 grant the recognition of the foreign proceeding and as well
16 -- as well as find that it is the center of main interest.
17 And I will sign the order.
18             MR. HARRON:  Thank you, Your Honor.  I would like
19 to thank the Court for your time on this matter and also
20 thank the parties for their cooperation in reaching a
21 consensual resolution.
22             THE COURT:  Absolutely.  Thank you, Mr. Harron.
23             MR. HARRON:  That concludes the agenda for the
24 Chapter 15, Your Honor.
25             THE COURT:  You were -- you were quick.  Thank

```
 1  you.
 2              MR. HARRON:  Thank you.
 3              THE COURT:  Anyone who wishes to be excused at
 4  this time is certainly welcome.
 5              MR. ABBOTT:  That's what I was going to suggest,
 6  Your Honor, and then --
 7              THE COURT:  We'll take --
 8              MR. ABBOTT:  -- we'll let the CTDI adversary
 9  proceeding matter start next.
10              THE COURT:  Exactly.
11              MR. ABBOTT:  Thank you, Your Honor.
12              (Pause in proceedings.)
13              THE COURT:  Good afternoon.
14              MR. HERRINGTON:  Good morning, Judge Gross.  Good
15  afternoon, Judge Gross.
16              THE COURT:  Yes.
17              MR. HERRINGTON:  Good to see you again.
18              THE COURT:  Good to see you, sir.
19              MR. HERRINGTON:  Your Honor, the most pressing
20  item on the agenda for us -- this is David Herrington
21  speaking for --
22              THE COURT:  I'm sorry.  Of course.
23              MR. HERRINGTON:  -- speaking for NNI, is our
24  motion to compel or the letter we wrote concerning discovery
25  issues as to which we believe at this point we have to seek
```