# CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Declaration of Tomislav A. Joksimovic in Support of the Joint Objection and Motion to Dismiss Claims of Nortel Networks Ireland Limited** was caused to be made on July 22, 2011, in the manner indicated upon the entities identified on the attached service list.

Date:  July 22, 2011 　　　　　　　　　　　　　　　　　　　　*/s/ Ann C. Cordo*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ann C. Cordo (No. 4817)

4385771.1