**EXHIBIT C**
**ENGAGEMENT LETTER**

July 22, 2011

Doug Smith
Eugene F. Collins, Solicitors
Temple Chambers
3 Burlington Road
Dublin 4, Ireland

        Re:  <u>Engagement Letter</u>

Dear Mr. Smith:

      This letter will confirm the understanding and agreement (this "Agreement") between the Eugene F. Collins law firm (the "Firm" or "you") and Nortel Networks Inc. (and its affiliated debtors) (the "Nortel U.S. Debtors" or "we" or "us")[1], currently debtors-in-possession under Chapter 11 of the Bankruptcy Code (the "Chapter 11 proceedings") in proceedings currently pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), that the Firm will act as special Irish counsel to provide advice on matters of Irish law, and in particular to provide advice and representation relating to the claims of the EMEA Debtors[2].

---

[1]     The Nortel U.S. Debtors, along with the last four digits of each Nortel U.S. Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

[2]     The EMEA Debtors include the following entities: Nortel Networks UK Limited, Nortel Networks S.A., Nortel Networks (Ireland) Limited, Nortel GmbH, Nortel Networks France S.A.S., Nortel Networks Oy, Nortel Networks Romania SRL, Nortel Networks AB, Nortel Networks N.V., Nortel Networks S.p.A., Nortel Networks B.V., Nortel Networks Polska Sp. z.o.o., Nortel Networks Hispania, S.A., Nortel Networks (Austria) GmbH, Nortel Networks, s.r.o., Nortel Networks Engineering Service Kft, Nortel Networks Portugal S.A., Nortel Networks Slovensko, s.r.o. and Nortel Networks International Finance & Holding B.V.

Doug Smith
July 22, 2011
Page 2


      This retention is effective as of June 13, 2011, subject to the approval of the Bankruptcy Court, and will be governed by Sections 327(a), 328(a), 329, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), and any other applicable provisions or rules of the Bankruptcy Code, the Bankruptcy Rules or the Local Bankruptcy Rules.

      You understand that the Nortel U.S. Debtors have retained Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") in relation to providing legal advice on the U.S. aspects of the Chapter 11 proceedings and that your role will be limited to providing Irish law advice, including regarding the EMEA claims. You will consult with us and Cleary Gottlieb before taking any steps on our behalf.

      You will respect the confidential nature of any information that you receive from the Nortel U.S. Debtors and our other advisers while acting for us and will not disclose any such information to anyone without our prior consent, except: (i) where you are required to do so by any applicable law, rules or court order, having taken, where practicable and at our expense, any action which we reasonably request to contest the disclosure after informing us of the requirement where you are permitted to; (ii) to anyone (including our other advisers, professional or otherwise) where you consider that it is appropriate for that person to know such confidential information, taking into account our interests, in order to assist in the conduct of the Chapter 11 proceedings; and (iii) to selected third parties such as word processing, translation, waste disposal agencies and other outsourced business services suppliers who assist the Firm with finance, administrative and other support roles, working at or for the Firm where they are bound by appropriate confidentiality restrictions.

      You have informed us and we agree that the billing rate for partners at the Firm who will be working on this engagement is €400 per hour, that there may be associates and other junior lawyers assisting the partners, who will charge between €70 and €250, and that we will be responsible for any outlays or expenses incurred by the Firm in connection with this engagement. We also agree that, subject to the Bankruptcy Court's approval of your retention and advance consultation with Cleary Gottlieb, you may retain barristers in connection this engagement, and that any such barristers will charge their usual hourly rates. In particular, we confirm that, subject to the Bankruptcy Court's approval of your retention, you may retain Aidan Redmond SC, whose usual hourly rate is €500 per hour. VAT (Value Added Tax) will be added to the above-mentioned rates, if applicable, at a rate of 21%.

      You will submit to the Bankruptcy Court detailed monthly fee applications for interim and final allowance of compensation, including reimbursement of expenses, pursuant to section 330 and 331 of the Bankruptcy Code. Notwithstanding anything to the contrary in this Agreement, all payments shall be paid by the Nortel U.S. Debtors, which shall be exclusively responsible for all financial obligations related to this Agreement,

Doug Smith
July 22, 2011
Page 3


subject to the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules or applicable orders of the Bankruptcy Court.

The Nortel U.S. Debtors shall promptly apply to the Bankruptcy Court for, and use commercially reasonable efforts to obtain, an order approving your retention pursuant to the terms of this Agreement under sections 327, 328 and 329 of the Bankruptcy Code, *nunc pro tunc* to June 13, 2011.  You shall make commercially reasonable efforts to provide the Nortel U.S. Debtors and Cleary Gottlieb with all information needed to prepare any motions necessary to procure such an order from the Bankruptcy Court. Cleary Gottlieb shall supply you with a draft of such application and any proposed order authorizing your retention sufficiently in advance of the filing of such application and proposed order to enable you to review and comment thereon.

You acknowledge that in the event that the Bankruptcy Court approves your retention by the Nortel U.S. Debtors, your fees and expenses shall be subject to the jurisdiction and approval of the Bankruptcy Court and any applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules or applicable orders of the Bankruptcy Court.  The Nortel U.S. Debtors acknowledge and agree that the fees payable pursuant to the preceding paragraphs are reasonable and are a customary and market-based compensation structure for services of this nature.

During the term of this engagement, you will not propose or undertake for any third party any project which is associated with the above-referenced proceedings.  This exclusivity shall remain in effect until canceled with written notice by the Nortel U.S. Debtors.

This agreement will terminate upon the earliest of (i) completion of your services to the Nortel U.S. Debtors or (ii) 30 days' notice by either party to this Agreement.

You acknowledge that in the event that the Bankruptcy Court approves your retention by the Nortel U.S. Debtors, your fees and expenses shall be subject to the jurisdiction and approval of the Bankruptcy Court and any applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules or applicable orders of the Bankruptcy Court.  The Nortel U.S. Debtors acknowledge and agree that the fees payable pursuant to the preceding paragraphs are reasonable and are a customary and market-based compensation structure for services of this nature.

You have performed an internal search for potential conflicts which has not revealed any such conflicts with your retention hereunder that you will not disclose in your declaration in support of the motion for an order approving your retention.  Should any potential conflict come to the attention of any party hereto, such party shall advise the other party as promptly as possible.

This Agreement embodies the entire agreement and understanding between the parties hereto and supersedes all prior agreements and understandings relating to the subject matter hereof.  If any provision of this Agreement is determined to be invalid or unenforceable in any respect, such determination will not affect such provision in any other respect, which will remain in full force and effect.  No waiver, amendment or other modification of this Agreement shall be effective unless in writing and signed by each party to be bound thereby.  The Nortel U.S. Debtors and you hereby agree that any action

Doug Smith
July 22, 2011
Page 4

or proceedings brought by the Nortel U.S. Debtors or Cleary Gottlieb as counsel to the Nortel U.S. Debtors, on the one hand, or you, on the other hand, against one another based hereon or arising out of your engagement hereunder, shall be subject to the jurisdiction of the Bankruptcy Court.

In connection with this retention, all communications between you or other personnel under your supervision and the Nortel U.S. Debtors or their main bankruptcy counsel, Cleary Gottlieb, as well as communications between you and other such persons and any attorney, expert, agent, or employee acting on behalf of the Nortel U.S. Debtors or Cleary Gottlieb, shall be regarded as confidential and made solely for the purpose of giving legal advice to the Nortel U.S. Debtors.  Accordingly, such communications are protected by the attorney-client privilege and the work-product doctrine.  Furthermore, you will label all working papers and other documents prepared by you pursuant to this engagement as "Privileged & Confidential/Attorney Work Product."

If this Agreement accurately sets forth the terms of this engagement, please sign and return to me the enclosed copy of this letter, acknowledging your agreement and acceptance of its terms.  This Agreement shall be governed by and construed in accordance with the laws of the State of New York.

[*Signature Page Immediately Follows*]

We are pleased to be working with you on this matter and look forward to your assistance.

        Very truly yours,

        NORTEL NETWORKS INC.

        Having valid authority to enter into this Agreement on behalf of the Nortel U.S. Debtors, it is accepted and agreed to as of the date first written above:

        By: _____
            Name: John J. Ray III
            Title: Principal Officer

**ACKNOWLEDGEMENT:** I have read this Engagement Letter, understand the terms of the engagement, and agree to them on behalf of the Eugene F. Collins law firm.

_____      _____
Doug Smith                                                    Date
Eugene F. Collins

We are pleased to be working with you on this matter and look forward to your assistance.

                                  Very truly yours,

                                  NORTEL NETWORKS INC.

Having valid authority to enter into this Agreement on behalf of the Nortel U.S. Debtors, it is accepted and agreed to as of the date first written above:

By: _____
      Name:
      Title:

**ACKNOWLEDGEMENT:** I have read this Engagement Letter, understand the terms of the engagement, and agree to them on behalf of the Eugene F. Collins law firm.

_____    _____
Doug Smith                                                        Date
Eugene F. Collins