**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- X
*In re*                                              :    Chapter 11
                                                     :
Nortel Networks Inc., *et al.*,[1]                   :    Case No. 09-10138 (KG)
                                                     :
            Debtors.                                 :    Jointly Administered
                                                     :
                                                     :    **Hearing Date:**
                                                     .    **Beginning September 19, 2011 at 9:30 a.m. (ET)**
                                                     :    **Objection Date:**
                                                     :    **August 19, 2011 at 4:00 p.m. (ET)**
---------------------------------------------------------------- X

## NOTICE OF JOINT OBJECTION AND MOTION TO DISMISS
## CLAIMS OF NORTEL NETWORKS S.A. (NNSA) AND ITS FRENCH LIQUIDATOR

PLEASE TAKE NOTICE that Nortel Networks, Inc. ("NNI") and certain of its affiliates, as debtors and debtors-in-possession in the above-captioned cases (collectively, the "U.S. Debtors"), and the Official Committee of Unsecured Creditors (the "Committee" and together with the U.S. Debtors, the "Movants") have today filed the attached **Joint Objection And Motion To Dismiss Claims Of Nortel Networks S.A. (NNSA) and its French Liquidator** (the "Joint Objection and Motion").

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Joint Objection and Motion must file a response or objection ("Objection") if any, to the Joint Objection and Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before the objection deadline of **August 19, 2011 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

At the same time, you must serve such Objection on counsel for the Movants so as to be received by the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE JOINT OBJECTION AND MOTION WILL BEGIN ON **SEPTEMBER 19, 2011 AT 9:30 A.M.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**(EASTERN TIME)** AND CONTINUE, IF NECESSARY, TO A DATE TO BE DETERMINED BY THE COURT. THE HEARING WILL BE HELD BEFORE THE HONORABLE KEVIN GROSS, CHIEF JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801. ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE JOINT OBJECTION AND MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 22, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Deborah M. Buell (admitted *pro hac vice*)
Howard S. Zelbo (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

- and –

AKIN GUMP STRAUSS HAUER & FELD LLP

Fred Hodara (admitted *pro hac vice*)
David Botter (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

   - and -

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Christopher M. Samis*
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Counsel for the Official Committee
of Unsecured Creditors*