# EXHIBIT A
### (Guilhem Bremond Curriculum Vitae)

**Guilhem Bremond**
*Avocat à la cour*
91 rue du Faubourg Saint-Honoré
75008 Paris
Tel. + (33) 1 55 73 45 20
Fax. + (33) 1 55 73 45 21
g.bremond@bremond.net

**Guilhem Bremond** is a lawyer (avocat) admitted to the Bar in Paris in 1994. He has been advising many French and international companies and investment funds in corporate recovery and insolvency situations and in related litigations. In 2006, he founded the law firm Bremond & Associés which is recognized today as one of the leading firms in the fields of insolvency and corporate recovery (Ranked Band 1 in Restructuring and Insolvency by Chambers Partners). Guilhem Bremond was designated "Man of the year" in the restructuring field by the French magazine *Options Droit des Affaires* in January 2010. Today, he is the Vice-President of the ARE (*Association pour le Retournement des Entreprises*, French leading association of experts involved in corporate recovery). Prior to being admitted to the Bar, he graduated from ESSEC in 1990 and received a Master degree in International Commercial Law from Paris I Panthéon La Sorbonne in 1993.

### EDUCATION

**1993**  Master degree in International Commercial Law, Paris I Panthéon La Sorbonne
**1990**  MBA, ESSEC Business School

### EXPERIENCE

**2006 – Present**  Founder and Partner at Bremond & Associés Law Firm
**2002 – 2006**  Partner at Veil Jourde Law Firm
**1999 – 2002**  General Counsel of Europatweb, Investment & New Technologies division within Groupe Arnault
**1995 – 1999**  Lawyer at Sonier Law Firm

### CONFERENCES & LECTURES

"La reprise *d'entreprises en difficulté*", *Journée de la transmission d'entreprise*, June 2011
"*EU Insolvency Regulation: what is the impact on valuation issues and approaches?*", Conference on valuation studies panel, IBA Paris, May 2011
"*L'institutionnalisation du pré-pack en France: la SFA*", Symposium *"Les restructurations à l'heure de la reprise économique"*, Association Droit et Affaires, March 2011
"*Restructuration - Procédure de traitement des difficultés d'une entreprise*", Lecture in the frame of the *Diplôme universitaire du Droit des entreprises en difficulté de l'Université Paris I Panthéon La Sorbonne,* January 2011
"*Traitement des difficultés des entreprises*", Lectures at Université Paris II Assas (French Law Univerity), years 2010 and 2011
"*Les attentes des juges, des administrateurs judiciaires et des avocats*", Roundtable, XLIX Congrès National de la Compagnie Nationale des Experts-Comptables de Justice, October 2010
"*Eurotunnel Case*", Conference, ESSEC Private Equity, October 2008

*"How to use French Insolvency procedures to structure M&A transactions",* 5th M&A International Lawyers Conference, September 2008

*"Les comités de créanciers"*, French Insolvency Practictionners annual Seminar, La Colle sur Loup, Conseil National des Administrateurs Judiciaires et des Mandataires Judiciaires, May 2007

*"Procédures d'insolvabilité européennes: présentation du cas EMTEC"*, Conference at EFB (Paris Bar School), September 2006

*"Loi de sauvegarde, les nouvelles procédures de traitement des entreprises en difficulté",* Conference at EFB (Paris Bar School), June 2006

*"Acquérir une entreprise en difficulté",* EFE, October 2004

*"L'avocat et le débiteur dans le cadre des procédures collectives",* Lectures at EFB (Paris Bar School), years 2003 to 2005

## PUBLICATIONS

*"Petit Lexique du LBO"*, Bulletin de l'Institut Français des Practiciens des Procédures Collectives, May 2011

*"Eugène Perma: un LBO en difficulté échappe à l'attaque de ses créanciers grâce à la sauvegarde"*, Décideurs - Stratégie Finance Droit, November 2007

*"Faut-il déjà reformer la sauvegarde?",* La Tribune, September 2007

*"Reflexions sur la composition des comités de créanciers dans les procédures de sauvegarde et de redressement judiciaires",* Droit des Affaires – Procédures collectives, March 2006

*"Règlement européen sur l'insolvabilité: l'inscription à l'annexe B du redressement judiciaire permettrait de lutter contre le forum shopping",* Petites Affiches, December 2005

*"Réformes des procédures collectives, la prévention renforcée",* Capital Finance, July 2005

*"Faillites en Europe: la nécessité d'une loi française compétitive",* Les Echos, July 2005

*"Les fonds au chevet des sociétés en difficulté",* Capital Finance – Hors-Série LBO, November 2004

*"Les points critiques du projet de loi de sauvegarde",* Entreprise & Expertise, November 2004

*"Aérien: quelles procédures collectives?"*, La Tribune, February 2004

*"Faillites en Europe, l'ouverture des frontières",* Les Echos, October 2003