| **Via Hand Delivery** | **Via First Class Mail** |
|---|---|
| Thomas P. Tinker. Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207 Lockbox 35<br>Wilmington, DE 19801-3519 | FTPA<br>1 Bis, Avenue Foch<br>75116 Paris France<br>Attn: Edouard Fabre<br>Rajeev Sharma Fokeer |
| Mark D. Collins Esq.<br>Christopher M. Samis Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King Street<br>Wilmington, DE 19801 | Michael Luskin<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| Laura David Jones<br>Timothy P. Cairns<br>Pachulski Stang<br>919 N. Market St.<br>Wilmington, DE 19801 | Stephen Gale<br>Herbert Smith LLP<br>Exchange House Primrose Street<br>London EC2A 2HS<br>UK |
| Mary F. Caloway Esq.<br>Mona A. Parikh<br>Buchanan Ingersoll & Rooney<br>1105 N. Market Street<br>Suite 1900<br>Wilmington, DE 19801-1228 | Fred S. Hodara Esq.<br>Ryan C. Jacobs Esq.<br>David H. Botter Esq.<br>Akin Gump<br>One Bryant Park<br>New York, NY 10036 |
| Edwin Harron<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West St.<br>Wilmington, DE 19801 | Thomas R. Kreller<br>Milbank, Tweed, Hadley & McCloy LLP<br>601 S. Figueroa St.<br>Los Angeles, CA 90017 |
| | Ken Coleman Esq<br>Lisa J.P. Kraidin. Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>20th Floor<br>New York, NY 10020 |

4388022.1