IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
: Chapter 11
:
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
:
:
:
:
---------------------------------------------------------X

**DECLARATION OF LAUREN L. PEACOCK IN SUPPORT OF
JOINT OBJECTION AND MOTION TO DISMISS CLAIMS OF
NORTEL NETWORKS S.A. (NNSA) AND ITS FRENCH LIQUIDATOR**

I, Lauren L. Peacock, do hereby declare as follows:

1. I am an associate with the law firm of Cleary Gottlieb Steen & Hamilton LLP, co-counsel to Nortel Networks Inc. and its affiliated debtors, as respective debtors and debtors in possession (collectively, the "U.S. Debtors"), in the above-captioned proceedings. I am admitted to practice before this Court *pro hac vice*.

2. I respectfully submit this declaration in support of the Joint Objection and Motion to Dismiss Claims of Nortel Networks S.A. (NNSA) and its French Liquidator (the

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. ("NNI") (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. ("NN CALA") (4226) (collectively, the "Debtors"). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

"Objection"),[2] solely in order to place before the Court certain documents referenced in and relied upon in the Claim, as well as certain filings of public record from the English Proceedings and the Chapter 15 Proceedings.

        3. Annexed to this declaration are true and correct copies of the following documents:

| | |
|---|---|
| **EXHIBIT A:** | Amended Proof of Claim No. 7784 filed by the French Liquidator of Nortel Networks S.A., dated June 3, 2011. |
| **EXHIBIT B:** | Amended Proof of Claim No. 7785 filed by Nortel Networks S.A., dated June 3, 2011. |
| **EXHIBIT C:** | Proof of Claim No. 4923 filed by Nortel Networks S.A., dated September 30, 2009. |
| **EXHIBIT D:** | Witness Statements of Michel Clément, dated January 14, 2009 [D.I. 45 in Case No. 09-11972, Exhibit A at Ex. II]. |
| **EXHIBIT E:** | Declaration of Sharon L. Rolston, dated June 6, 2009, attaching Witness Statement of Sharon Lynette Rolston, dated January 14, 2009 [D.I. 3 in Case No. 09-11972]. |
| **EXHIBIT F:** | Orders of the English Court with Respect to EMEA Debtors other than NNUK and NN Ireland, each entered January 14, 2009 [D.I. 45 in Case No. 09-11972, Exhibit B]. |
| **EXHIBIT G:** | Verified Petition for Recognition of Foreign Proceedings Pursuant to Chapter 15 of the United States Bankruptcy Code, dated June 5, 2009 [D.I. 2 in Case No. 09-11972]. |
| **EXHIBIT H:** | Verified Chapter 15 Petitions for Recognition of Foreign Proceedings and Related Relief with Respect to the EMEA Debtors, dated October 20, 2010 [D.I. 44 in Case No. 09-11972]. |
| **EXHIBIT I:** | Declaration of Stephen John Harris, dated June 5, 2009 [D.I. 4 in Case No. 09-11972]. |

---

[2]     Initially capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2

| | |
|---|---|
| **EXHIBIT J:** | Declaration of Alan Robert Bloom, dated October 18, 2010 [D.I. 45 in Case No. 09-11972, Exhibit A]. |
| **EXHIBIT K:** | Response of the Monitor of the Canadian Debtors to the Verified Chapter 15 Petitions for Recognition of Foreign Proceedings and Related Relief with Respect to the EMEA Debtors, dated December 30, 2010 [D.I. 97 in Case No. 09-11972]. |
| **EXHIBIT L:** | Excerpts of Transcript of Hearing Held January 31, 2011 [D.I. 4788]. |
| **EXHIBIT M:** | Order Granting Recognition and Relief in Aid of Foreign Main Proceedings, dated June 26, 2009 [D.I. 36 in Case No. 09-11972]. |
| **EXHIBIT N:** | Order Granting Recognition of Foreign Proceedings and Related Relief with Respect to the EMEA Debtors, dated January 31, 2011 [D.I. 116 in Case No. 09-11972]. |
| **EXHIBIT O:** | Memorandum of Law in Support of Verified Chapter 15 Petitions for Recognition of Foreign Proceedings and Related Relief with Respect to the EMEA Debtors, dated October 20, 2010 [D.I. 48 in Case No. 09-11972]. |
| **EXHIBIT P:** | Proof of Claim No. 5573 filed by Nortel Networks UK Pension Trust Limited (as trustee of the Nortel Networks UK Pension Plan) and The Board of the Pension Protection Fund, dated September 30, 2009 (without exhibits). |
| **EXHIBIT Q:** | Proof of Claim No. 6979 filed by Nortel Networks UK Pension Trust Limited (as trustee of the Nortel Networks UK Pension Plan) and The Board of the Pension Protection Fund, dated January 25, 2010 (without exhibits). |
| **EXHIBIT R:** | Excerpts of Transcript of the Hearing Held on February 26, 2010 [D.I. 2646]. |
| **EXHIBIT S:** | Order Enforcing the Automatic Stay Against Certain Claimants with Respect to the U.K. Pension Proceedings, dated February 26, 2010 [D.I. 2576]. |
| **EXHIBIT T:** | Determination Notice Issued Pursuant to Section 96 of the Pensions Act 2004 In Respect of Nortel Networks UK Pension Plan, dated June 25, 2010 [available at |

                              http://www.thepensionsregulator.gov.uk/docs/DN1694856.pdf].

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
       July 21, 2011

                                                      _____
                                                      Lauren L. Peacock