# **EXHIBIT T**
**(Determination Notice)**

| **DETERMINATION NOTICE** issued pursuant to section 96 of the Pensions Act 2004 ("the Act") in respect of Nortel Networks UK Pension Plan ("the Scheme") | Internal case reference:<br><br>TM 6409 |
|---|---|

1. Following an oral hearing before the Determinations Panel (the "Panel") on 2 June 2010 the Panel in exercise of its powers pursuant to Sections 10, 43 and 96 of the Act hereby gives notice of its Determination.

2. The reasons of the Panel have been issued separately.

**DEFINITIONS**

3. "The Targets" means the list of companies set out in Appendix A to this Determination Notice.

**DETERMINATION**

4. In respect of those of the Targets as are listed in Section 1 of Appendix A, The Pensions Regulator has not pursued its case for a Financial Support Direction and no Determination is therefore made.

5. In respect of those of the Targets as are listed in Section 2 of Appendix A, a Financial Support Direction will be issued pursuant to Section 43 of the Act against those Targets. Such issue is not to take place during the period within which this Determination may be referred to the Upper Tribunal (Tax and Chancery) (the "Upper Tribunal") or, if this Determination is so referred, until the final disposal of the reference and of any appeal against the Upper Tribunal's decision.

6. The period of time in which the Targets as listed in Section 2 of Appendix A should put financial support in place for the Scheme, pursuant to Section 43 (8) of the Act, will be specified in the Financial Support Direction as 6 months.

7. Any person who receives this Determination Notice as a directly affected person (pursuant to Section 96(2) (d) of the Act), or any person who appears to the Upper Tribunal to be directly affected by this Determination, may refer this Determination to the Upper Tribunal.

Name        Geoffrey Fitchew

Position    Chair

Signature   *[signature]*

Date        25 June 2010

DM: 1694856                                                     1

**Appendix A**

The Target Companies are as set out below.

Section 1:

| Nortel Communication Holdings (1997) Limited (In Israeli Administration) | Nortel Telecom International Limited |
|---|---|
| Nortel Networks Israel (Sales and Marketing) Limited (In Israeli Administration) | Nortel Networks Ukraine Limited |

Section 2:

| Nortel Networks Corporation (in CCAA proceedings) | Nortel Networks Limited (in CCAA proceedings) |
|---|---|
| Nortel Networks Incorporated (in Chapter 11 proceedings) | Nortel Networks CALA Incorporated (in Chapter 11 proceedings) |
| Nortel GmbH (in UK Administration) | Nortel Networks NV (in UK Administration) |
| Nortel Networks SpA (in UK Administration) | Nortel Networks BV (in UK Administration) |
| Nortel Networks Hispania SA (in UK Administration) | Nortel Networks Polska Sp z.o.o. (in UK Administration) |
| Nortel Networks International Finance & Holdings BV (in UK Administration) | Nortel Networks France SAS (in UK Administration) |
| Nortel Networks (Ireland) Ltd (in UK Administration) | Nortel Networks SA (in UK Administration) |
| Nortel Networks AG | Nortel Networks O.O.O. |
| Nortel Networks (Austria) GmbH (in UK Administration) | Nortel Networks South Africa (Proprietary) Limited |
| Nortel Networks Slovensko s.r.o (in UK Administration) | Nortel Networks (~~Scandinavia~~) AS *amended by [signature] 30/09/2010* |
| Nortel Networks Engineering Service Kft (in UK Administration) | Nortel Networks AB (in UK Administration) |
| Northern Telecom France SA | Nortel Networks s.r.o. (in UK Administration) |
| Nortel Networks Portugal S.A. (in UK Administration) | |