UNITED STATES BANKRUPTCY COURT

District of Delaware

In re: In re: <u>Nortel Networks Inc.</u>     Case No. <u>09-10138</u>

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>DEL BLAIR CONSULTING</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>N/A</u><br>Amount of Claim: <u>USD$13,699.00</u><br>Date Claim Filed: <u>N/A</u> |
| TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518 | Phone: <u>(214) 773-7374</u><br>Last four digits of Acct.# <u>N/A</u><br><br>Name and Current Address of Transferor: |
| Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u> | DEL BLAIR CONSULTING<br>2250 Cottonwood Court<br>Midlothian, TX 76065 |

Name and address where transferee payments should be sent (if different from above):

Phone: <u>N/A</u>
Last four digits of Acct#: <u>N/A</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>                              Date: <u>July 25, 2011</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801-3024
Attention: Clerk

AND TO: NORTEL NETWORKS INC.   ("Debtor")
Case No. 09-10138

Claim # N/A

**DEL BLAIR CONSULTING**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$13,699.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __21__ DAY OF __July__, 2011.

ASSIGNOR: DEL BLAIR CONSULTING

_____
(Signature)

___Del Blair___
(Print Name)

___Owner___
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

___Terrel Ross___
(Print Name)

___Managing Member___
(Title)

In re  NORTEL NETWORKS INC. Case No. 09-10138
Debtor (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>DEBORAH L WOODS<br>P O BOX 4472<br>CARY, NC 27519 | | | RESTORATION PLAN | X | X | | UNKNOWN |
| ACCOUNT NO.<br>DEBORAH MCCLELLAN<br>5950 FM 920<br>WEATHERFORD, TX 76088 | | | RESTORATION PLAN | X | X | | UNKNOWN |
| ACCOUNT NO.<br>DEBORAH PETTIFORD<br>2531 ROCHELLE STREET<br>DURHAM, NC 27703 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO.<br>DECARLO, JOSEPH<br>52 SMITH HILL ROAD<br>MONSEY, NY 10952 | | | WORKERS COMPENSATION | X | X | X | UNKNOWN |
| ACCOUNT NO. 51781<br>DEES COMMUNICATIONS ENGINEERING<br>180 6551 FRASERWOOD PLACE<br>RICHMOND, BC V6W 1J3<br>CANADA | | | TRADE PAYABLE | | | | $5,972.80 |
| ACCOUNT NO. 405879<br>DEGREE CONTROLS INC<br>18 MEADOWBROOK DRIVE<br>MILFORD, NH 03055-4612 | | | TRADE PAYABLE | | | | $3,735.00 |
| ACCOUNT NO.<br>DEKA IMMOBILIEN INVESTMENT GMBH<br>C/O DEKA IMMOBILIEN GLOBAL<br>NEW YORK, NY 10087-7769 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO.<br>DEKA IMMOBILIEN INVESTMENT GMBH<br>2325 DULLES CORNER BOULEVARD<br>9TH & 10TH FLOORS<br>HERNDON, VA 20171-4674 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. 463176<br>DEL BLAIR CONSULTING<br>2250 COTTONWOOD COURT<br>MIDLOTHIAN, TX 76065-6296 | | | TRADE PAYABLE | | | | $13,699.00 |

Sheet no. 79 of 527 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal  $23,406.80