Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 06/03/11 | EH | Review agenda for 7/07/11 hearing (0.100; email to J. Hoover and R. Lemisch regarding status of hearing (0.10) | 0.20 |
| 06/06/11 | EH | Review amended agenda for 6/07/11 hearing | 0.10 |
| 06/09/11 | EH | Review email from J. Hoover regarding status of adversary status report | 0.10 |
| 06/14/11 | EH | Review email from J. Hoover regarding scope of BFCA employment (0.10); review BFCA employment order and respond (0.10) | 0.20 |
| 06/17/11 | EH | Review agenda for 6/21/11 hearing (0.10); email to J. Hoover and R. Lemisch regarding coverage of same (0.10) | 0.20 |
| 06/20/11 | EH | Review second amended agenda for 6/21/11 hearing | 0.10 |
| 06/20/11 | EH | Review amended 6/21/11 hearing agenda | 0.10 |
| 06/20/11 | EH | Prepare binder for 6/21/11 hearing | 0.50 |
| 06/20/11 | EH | Telephone call from J. Hoover regarding cancellation of 6/21/11 hearing | 0.10 |
| 06/21/11 | EH | Review minutes of 6/21/11 omnibus hearing | 0.10 |
| 06/27/11 | EH | Review notice of rescheduled 6/30/11 omnibus hearing date; track rescheduled hearing date | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 1.80 | $423.00 |
| | | | 1.80 | $423.00 |
| | | TOTAL: | 1.80 | $423.00 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 06/05/11 | RHL | Edit time for monthly fee application | 0.20 |
| 06/06/11 | LMS | Email to J. Moldrem regarding Benesch estimated accruals for May 2011 | 0.10 |
| 06/07/11 | LMS | Preparation of BFCA fees and expenses for May 2011 | 1.30 |
| 06/09/11 | LMS | Preparation of BFCA monthly fee application for May 2011 | 0.10 |
| 06/10/11 | LMS | Preparation of BFCA monthly fee application for May 2011 | 0.80 |
| 06/14/11 | LMS | Preparation of BFCA monthly fee application for May 2011 | 0.10 |
| 06/14/11 | LMS | Review docket regarding objections to BFCA monthly fee application for April 2011 | 0.20 |
| 06/14/11 | LMS | Prepare CNO regarding BFCA April monthly fee application | 0.10 |
| 06/14/11 | LMS | File CNO regarding BFCA April monthly fee application | 0.10 |
| 06/17/11 | RHL | Telephone call received from L. Behra regarding monthly fee application status | 0.10 |
| 06/17/11 | RHL | Review monthly fee application | 0.20 |
| 06/17/11 | LMS | Preparation of BFCA monthly fee application for May 2011 | 0.70 |
| 06/17/11 | LMS | File BFCA monthly fee application for May 2011 | 0.10 |
| 06/17/11 | LMS | Docket objection deadline regarding BFCA monthly fee application for May 2011 | 0.10 |
| 06/17/11 | LMS | Review docket regarding objections to BFCA Third Quarterly Fee Application | 0.10 |
| 06/17/11 | LMS | Prepare CNO regarding BFCA Third Quarterly Fee Application | 0.10 |
| 06/17/11 | LMS | File CNO regarding BFCA Third Quarterly Fee Application | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 06/17/11 | EH | Review ECF notices and download CNO to BFCA third quarterly fee application | 0.10 |
| 06/21/11 | EH | Review ECF notices and download ninth omnibus order approving professionals' fees (0.10); email to R. Lemisch and L. Behra (0.10) | 0.20 |
| 06/21/11 | EH | Review ECF notices and download BFCA May 2011 fee application; track hearing date | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 0.50 | $297.50 |
| | | | 0.50 | $297.50 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMS) | $195.00 | 4.00 | $780.00 |
| ELIZABETH HEIN | (EH ) | $235.00 | 0.40 | $94.00 |
| | | | 4.40 | $874.00 |
| | | TOTAL: | 4.90 | $1,171.50 |

Asset Disposition/Sale

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 06/19/11 | RHL | Review nokia objection to rejection of unknown licenses (0.30); Review Nokia objection to sale (0.30) | 0.60 |
| 06/21/11 | RHL | Review sale motion, objections of Nokia bid procedures and bid procedure order to analyze Nokia IP issues | 1.00 |
| 06/22/11 | RHL | Review sale definitions and licenses | 3.50 |
| 06/23/11 | RHL | Received correspondence from E. Cobb regarding NDA arrangement for Nokia objection (several e-mails) | 0.20 |
| 06/23/11 | RHL | Review responses from various bidders regarding licenses (several) | 0.20 |
| 06/23/11 | RHL | Received correspondence from various bidders regarding NDA for Nokia and E. Cobb's responses | 0.20 |
| 06/23/11 | RHL | Received correspondence from E. Cobb regarding his e-mail to EADS counsel regarding objection and status update | 0.10 |
| 06/23/11 | RHL | Speak to Chris Hunter and Evan Cobb regarding where Nokia licenses fall under "unknown license" | 0.40 |
| 06/23/11 | RHL | Memo to E. Bussigel, Esquire to let her know results of my review | 0.10 |
| 06/23/11 | RHL | Received correspondence from E. Cobb regarding Nokia licenses | 0.10 |
| 06/23/11 | RHL | Received correspondence from J. Jenkins regarding license issue relating to Nokia (0.10); review response of Evan Cobb and then of Mark Hearn regarding Nokia licenses (0.10) | 0.20 |
| 06/23/11 | RHL | Received correspondence from E. Cobb to various potential bidders regarding status of NDA for review of Nokia licenses | 0.20 |
| 06/24/11 | RHL | Review many e-mails regarding Nokia agreements - how to schedule them | 0.20 |
| 06/24/11 | RHL | Received correspondence from Chris Ciancislo at Nortel regarding Nokia license analysis | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 06/25/11 | RHL | Received correspondence from E. Cobb (many e-mails) regarding revised schedule and disclaimer for Nokia agreement summations and respond | 0.20 |
| 06/25/11 | RHL | Participate on call with other counsel regarding Nokia agreement | 0.70 |
| 06/27/11 | RHL | Memo to E. Bussigel regarding auction issue | 0.10 |
| 06/28/11 | RHL | Received correspondence from E. Bussigel regarding auction sale issues | 0.10 |
| 06/29/11 | RHL | Received correspondence from bidder footnote and respond (several e-mails) | 0.20 |

Asset Disposition/Sale

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 8.40 | $4,998.00 |
| | | | 8.40 | $4,998.00 |
| | | TOTAL: | 8.40 | $4,998.00 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 06/01/11 | RHL | Received correspondence from R. Boris regarding Siemens settlement | 0.10 |
| 06/01/11 | EH | Review CTDI sixth document production request directed to NNI; calculate and track response deadline | 0.10 |
| 06/01/11 | EH | Review email from A. Clark regarding second amended CTDI scheduling order | 0.10 |
| 06/01/11 | EH | Review emails from R. Weber, P. Keller and D. Harrington regarding discovery and briefing schedule for NNC motion to dismiss CTDI complaint | 0.10 |
| 06/02/11 | RHL | Received correspondence from A. Clark regarding possible mis-disclosed e-mails, confidential nature, motion to compel | 0.20 |
| 06/02/11 | JES | Draft settlement agreement for Siemens adversary proceeding | 1.20 |
| 06/02/11 | SRS | Review correspondence from opposing counsel regarding status of review of stipulation of settlement | 0.10 |
| 06/02/11 | SRS | Call to opposing counsel regarding status of review of stipulation of settlement | 0.10 |
| 06/03/11 | RHL | Review Merrill invoice and discuss with S. Stafford | 0.10 |
| 06/03/11 | RHL | Coordinate hearing coverage for next week | 0.10 |
| 06/03/11 | JRH | Review e-mails regarding CTDI litigation | 0.50 |
| 06/03/11 | JES | Review letter from C. Price regarding discovery ruling (.1); review letter from C. Price and draft letter to W. Cleary regarding deposition (.2); review email from P. Keller regarding draft letter to W. Cleary (.1) | 0.40 |
| 06/03/11 | SRS | Correspond with D. McKenna regarding status of Nokia's review of stipulation of settlement | 0.10 |
| 06/03/11 | EH | Review notice of service of CTDI's third set of interrogatories, fifth document production request, second set of requests for admission, and deposition notices directed to NNC (0.10); calculate and track response deadline and deposition date (0.10) | 0.20 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 06/03/11 | EH | Review notice of service of CTDI second set of requests for admission, first document production request, third set of interrogatories and deposition notice directed to NNL (0.10); calculate and track response deadline and deposition date (0.10) | 0.20 |
| 06/06/11 | RHL | Review proposed Siemens settlement stipulation | 0.20 |
| 06/06/11 | JRH | Emails with A. Gazze, Esquire, provide comments on new status report, meeting with J. Smith regarding same | 0.60 |
| 06/06/11 | JRH | Review and comment on Siemens draft settlement agreement | 0.60 |
| 06/06/11 | JES | Confer with J. Hoover regarding status of adversary proceedings for status report (.2); confer with J. Hoover regarding Siemens settlement status for status report (.2); confer with J. Hoover regarding revisions to Siemens settlement agreement (.2); revise Siemens settlement agreement and email E. Meltzer (.4) | 1.00 |
| 06/06/11 | SRS | Correspond with opposing counsel regarding status of review of draft stipulation of settlement | 0.10 |
| 06/07/11 | JRH | Review emails and filings related to CTDI litigation | 0.50 |
| 06/07/11 | JES | Review letter decision of Special Master (.2); review letter decision from Special Master regarding supplemental discovery (.2); review letter decision from Special Master regarding CTDI requests to NNL (.2); review letter decision from Special Master regarding CTDI requests to NNI (.2); email C. Brown regarding documents responsive to Right Management's document requests after conferring with J. Hoover regarding same (.2); draft responses to Prudential Relocation's Requests for Admission and Interrogatories (2.2) | 3.20 |
| 06/07/11 | EH | Review amended notices of deposition for J. Doolittle, NNC and NNL issued in connection with CTDI adversary (0.10); discuss with J. Hoover (0.10) | 0.20 |
| 06/08/11 | RHL | Received correspondence from A. Clark regarding designation of case/non case status | 0.10 |
| 06/08/11 | RHL | Memo to D. Herrington regarding mediation arrangements (0.10); review his response and respond (0.10) | 0.20 |
| 06/08/11 | JES | Review email from R. Weber regarding CTDI production (.1); draft responses and objections to Prudential Relocation's requests for admission, interrogatories, and requests for production (5.6) | 5.70 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 06/08/11 | EH | Review emails from D. Herrington and A. Clark regarding Committee Advisors' Undertaking | 0.10 |
| 06/08/11 | EH | Discuss status of adversary status report with J. Hoover | 0.10 |
| 06/08/11 | EH | Review ECF notices and download second amended scheduling order entered 6/06/11 (0.10); review order and email to J. Hoover regarding same (0.10) | 0.20 |
| 06/09/11 | JRH | Telephone call received form E. Bussigel regarding amended complaint in CTDI | 0.30 |
| 06/09/11 | JRH | Review status report and e-mail with A. Gazze regarding comments | 0.40 |
| 06/09/11 | SRS | Review correspondence from opposing counsel regarding confidentiality of settlement agreement | 0.10 |
| 06/09/11 | EH | Review ECF notices and download CTDI motion to file under seal motion to compel NNL document production (0.10); track objection deadline (0.10) | 0.20 |
| 06/09/11 | EH | Review email from A. Gazze regarding revised adversary status report | 0.10 |
| 06/09/11 | EH | Review emails from E. Bussigel regarding core v. non-core statement in CTDI complaint (0.10); discuss with J. Hoover (0.10) | 0.20 |
| 06/09/11 | EH | Review email from P. Keller regarding NNL proposed amended complaint against CTDI | 0.10 |
| 06/09/11 | EH | Review emails from D. Herrington and A. Clark regarding NNI opposition to CTDI motion to compel document production and possible intervention by special master and mediator (0.10); discuss with J. Hoover (0.10) | 0.20 |
| 06/10/11 | RHL | Received correspondence from S. Stafford as to suggestion to deal with confidentiality | 0.10 |
| 06/10/11 | RHL | Received correspondence from S. Stafford regarding Nokia settlement and respond | 0.20 |
| 06/10/11 | RHL | Received correspondence from S. Stafford as to suggestions to deal with confidentiality | 0.10 |
| 06/10/11 | SRS | Call with D. McKenna regarding status of case and issues with confidential settlement (.20); call with opposing counsel regarding same (.30); correspond with J. Hoover and R. Lemisch regarding same (.10) | 0.60 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 06/10/11 | SRS | Correspond with R. Lemisch and J. Hoover regarding Nokia's request for confidential settlement | 0.20 |
| 06/10/11 | SRS | Review correspondence from R. Lemisch regarding issues with confidential settlement (.10); review 9019 procedures (.10) | 0.20 |
| 06/10/11 | EH | Review and respond to email from S. Stafford regarding filing of Nortel settlement agreement and main case confidentiality procedures (0.10); follow-up discussion with S. Stafford regarding same (0.10) | 0.20 |
| 06/13/11 | RHL | Received correspondence from S. Stafford regarding issues on Nokia settlement - process to settle | 0.10 |
| 06/13/11 | RHL | Review stipulation to stay proceedings and respond to D. Harrington, D. Livschiz | 0.20 |
| 06/13/11 | RHL | Review changes to Siemens stipulation by Siemens | 0.20 |
| 06/13/11 | RHL | Review stay order and stipulation as revised by Cleary | 0.20 |
| 06/13/11 | RHL | Received correspondence from S. Stafford to N. Monhait, Esquire regarding Nokia confidentiality issues | 0.10 |
| 06/13/11 | RHL | Received correspondence from E. Bussigel regarding Nokia patent objection and respond | 0.10 |
| 06/13/11 | RHL | Discuss status of discovery in adversary proceeding with J. Hoover | 0.20 |
| 06/13/11 | JRH | Review various CTDI emails | 0.30 |
| 06/13/11 | JRH | Emails related to Nokia objection | 0.20 |
| 06/13/11 | JES | Review comments/revisions proposed by Siemens to settlement agreement (.3); confer with J. Hoover regarding revisions (.2); email R. Boris regarding Siemens settlement agreement (.1); review and respond to email from R. Boris regarding Siemens settlement (.2); review Prudential Relocation documents (.8) | 1.60 |
| 06/13/11 | SRS | Discuss settlement procedures with J. Hoover (.30); review docket regarding settlement procedures (.40); correspond with opposing counsel regarding settlement procedures and issues with confidential settlement (.30) | 1.00 |
| 06/13/11 | SRS | Discuss case status with R. Lemisch | 0.10 |
| 06/13/11 | EH | Review email from A. Ungberg regarding certification of counsel and stipulation to stay proceedings | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 06/14/11 | RHL | Review and revise responses and objections to discovery propounded by Prudential relocation | 0.70 |
| 06/14/11 | JRH | Review draft discovery responses | 0.50 |
| 06/14/11 | JES | Review Prudential Relocation documents in preparation for production of same (4.6); confer with R. Lemsich regarding objections and responses to Prudential Relocation's combined discovery (.2); review and respond to email from C. Brown regarding Right Management document production (.2) | 5.00 |
| 06/14/11 | SRS | Review correspondence and comments from opposing counsel regarding draft stipulation of settlement | 0.50 |
| 06/14/11 | SRS | Discuss opposing counsel's comments to draft stipulation of settlement with R. Lemisch | 0.30 |
| 06/14/11 | EH | Review certification of counsel in support of stipulation and order staying proceedings | 0.10 |
| 06/14/11 | EH | Review notice of service of NNC responses and objections to CTDI first, second, third and fourth document production requests, first and second sets of interrogatories and first requests for admission (0.10); update discovery binder (0.10) | 0.20 |
| 06/15/11 | MJB | Meet with J. Hoover regarding discovery issues and reviewing discovery responses | 1.00 |
| 06/15/11 | RHL | Review and discuss Prudential discovery response with J. Smith - how to proceed | 0.80 |
| 06/15/11 | RHL | Coordinate discovery responses to Prudential with J. Hoover | 0.20 |
| 06/15/11 | RHL | Review notice of election of rights under 365(n) filed by Nokia as well as objection to rejection of unknown licenses | 0.30 |
| 06/15/11 | JRH | Review documents and revise discovery responses (1.50); meeting with J. Smith related thereto (0.50) | 2.00 |
| 06/15/11 | JRH | Meetings with R. Lemisch and J. Smith related to discovery | 0.50 |
| 06/15/11 | JES | Review documents in preparation for production to Prudential Relocation (.4); email J. Clasen regarding Prudential discovery (.1); meet with J. Hoover regarding revisions to discovery (.5); confer with R. Lemisch regarding revisions to discovery (.6); call with C. Brown regarding Prudential (.6); revise and supplement discovery responses after reviewing documents (3.5); review emails from C. Brown regarding Right Management document production and coordinate | 5.90 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| | | with K. Cardillo regarding same (.2) | |
| 06/15/11 | EH | Review various ECF filings in McCann adversary | 0.10 |
| 06/16/11 | RHL | Review and revise Nokia settlement stipulation and the settlement process | 0.30 |
| 06/16/11 | RHL | Final review of Siemens settlement | 0.10 |
| 06/16/11 | RHL | Telephone call received from Todd Rogan regarding Deluxe Entertainment - McCann | 0.20 |
| 06/16/11 | RHL | Discuss Deluxe Entertainment issues with J. Hoover | 0.10 |
| 06/16/11 | RHL | Received correspondence from E. Bussigel to other counsel regarding IP issues and respond | 0.10 |
| 06/16/11 | RHL | Telephone call received from E. Bussigel regarding Nokia issues - patents - status and how to proceed | 0.50 |
| 06/16/11 | RHL | Review preference analysis for Prudential adversary | 0.30 |
| 06/16/11 | JRH | Finalize discovery to be produced | 0.70 |
| 06/16/11 | JRH | Email with K. Law | 0.10 |
| 06/16/11 | JRH | Meeting with R. Lemisch regarding new Nortel engagement | 0.10 |
| 06/16/11 | JRH | Email with A. Gazze and conference call with T. Rosen regarding status | 0.20 |
| 06/16/11 | JES | Revise and supplement Prudential discovery responses (1.6); confer with R. Lemisch regarding Siemens settlement agreement (.3); call with C. Brown regarding Right Management document production (.2); confer with R. Lemisch regarding Siemens settlement agreement (.2); review and respond to email from E. Meltzer regarding Siemens settlement (.2); draft verification to Prudential Relocation discovery responses (.3); confer with J. Hoover regarding verification (.1); finalize discovery responses and coordinate documents for Bates stamping (2.6); various emails to R. Boris regarding Prudential discovery (.2); confer with J. Hoover regarding Starent's discovery extension request after reviewing scheduling order (.3) | 6.00 |
| 06/16/11 | SRS | Correspond with opposing counsel regarding banking information for deposit of settlement amount (.10); discuss confidentiality issues with R. Lemisch (.50); call with Morris Nichols regarding confidentiality issues and procedures (.50) | 1.10 |
| 06/16/11 | EH | Discuss settlement of CTDI litigation with J. Hoover | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 06/16/11 | EH | Review notice of rescheduled pretrial conference for McCann-Erickson adversary; track rescheduled hearing date | 0.10 |
| 06/17/11 | SRS | Discuss status of settlement and next steps with J. Hoover (.20); correspond with creditor's committee counsel regarding confidentiality of settlement (.20) | 0.40 |
| 06/17/11 | EH | Review email from A. Ungberg regarding draft of CTDI settlement agreement | 0.10 |
| 06/19/11 | RHL | Review Nokia election to retain its rights under 365(n) (0.20); Review various correspondence with Nokia counsel, etc. (0.20) | 0.40 |
| 06/20/11 | RHL | Received correspondence from E. Cobb regarding IP issues and respond | 0.20 |
| 06/20/11 | JRH | Coordinate with J. Smith, Esq. and E. Hein regarding various open discovery issues | 0.30 |
| 06/20/11 | JES | Follow up with R. Boris regarding Prudential discovery (.1); email J. Carignan regarding Right Management (.1); final review and edit of Nortel's Response to Prudential relocation's Combined Discovery (.9); draft letter to J. Clasen regarding Prudential discovery (.2); meet with J. Hoover to discuss outstanding discovery issues in pending adversaries (.3) | 1.60 |
| 06/20/11 | EH | Draft notice of service of discovery for NNI responses to Prudential's first set of combined discovery requests | 0.20 |
| 06/20/11 | EH | Serve NNI response to Prudential's first set of combined discovery responses (0.10); file notice of service of discovery (0.20) | 0.30 |
| 06/20/11 | EH | Review email from J. Smith regarding extension of discovery response deadlines for Right Management adversary; track extended deadlines | 0.10 |
| 06/21/11 | RHL | Telephone call received from E. Cobb regarding IP issues - Nokia | 0.50 |
| 06/21/11 | JRH | Coordinate with E. Hein regarding preparation of Starent stipulation | 0.20 |
| 06/21/11 | JES | Review and respond to email from E. Meltzer regarding Siemens (.2); email J. Ray regarding Siemens settlement agreement (.1) | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 06/21/11 | SRS | Review opposing counsel's comments to draft stipulation and research local rules regarding confidentiality issue (.30); call with opposing counsel regarding revisions to draft stipulation of settlement (.40) | 0.70 |
| 06/21/11 | SRS | Revise draft stipulation of settlement per discussion with opposing counsel and send to opposing counsel for review | 0.80 |
| 06/21/11 | EH | Review ECF notices and download order enlarging time under FRCP 4(m) entered in McCann adversary; email to J. Hoover | 0.10 |
| 06/21/11 | EH | Review ECF notices and download order staying proceedings (0.10); review order and track deadline to file settlement documentation or request extension of stay (0.10) | 0.20 |
| 06/21/11 | EH | Multiple emails with J. Hoover discussing extension of Starent written discovery cut-off deadline (0.20); draft stipulation extending deadline and certification of counsel submitting same (0.70) | 0.90 |
| 06/22/11 | RHL | Memo to R. Ryan regarding EADS objection to sale | 0.10 |
| 06/22/11 | JES | Call with K. Sidhu regarding settlement agreements | 0.20 |
| 06/22/11 | EH | Discuss Nokia stipulation of dismissal with S. Stafford (0.10); draft stipulation and email to S. Stafford for review (0.40) | 0.50 |
| 06/23/11 | RHL | Received correspondence from A. Cordo regarding EMC PO issues and respond | 0.20 |
| 06/23/11 | RHL | Received correspondence from A. Ungberg regarding information for CTDI settlement and respond (0.10); review correspondence from J. Hoover regarding same and respond as to how to proceed (0.10) | 0.20 |
| 06/23/11 | JRH | E-mails with T. Rosen, Esq. regarding stipulation (0.10); coordinate preparation of stipulation (0.20) | 0.30 |
| 06/23/11 | JRH | Review e-mails from Cleary regarding CTDI settlement and e-mails with R. Lemisch regarding same (0.10); coordinate retrieval of requested information (0.20) | 0.30 |
| 06/23/11 | JES | Confer with K. Cardillo regarding Right Management document production (.2); review Right Management documents (.3); call with J. Carignan regarding Right Management adversary proceeding (.3); review and revise Stipulation Extending Written Fact Discovery, Certification of Counsel, and Proposed form of order in connection with Starent adversary proceeding (.6) | 1.40 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 06/23/11 | EH | Review email from J. Smith regarding amended initial disclosures received from Starent | 0.10 |
| 06/23/11 | EH | Review email from A. Ungberg regarding revised draft of settlement stipulation | 0.10 |
| 06/24/11 | RHL | Review terms of P.O.'s for additional software support necessary per Ericson contract | 0.10 |
| 06/24/11 | JRH | E-mails with J. Smith regarding filing of Starent stipulation | 0.10 |
| 06/24/11 | JES | Review and respond to email from J. Rosenbilt regarding Nokia agreements | 0.20 |
| 06/24/11 | JES | Email J. Hoover regarding Starent stipulation (.1); review and respond to email from J. Hoover regarding edits to Starent stipulation (.2); finalize Starent stipulation, certification of counsel and proposed order (.3); email K. Law and J. Yoder for authorization to file stipulation (.1); call J. Yoder (.1); review and respond to email from K. Law (.1) | 0.90 |
| 06/24/11 | SRS | Redline revised stipulation of dismissal and send to Norm with note regarding procedures for dismissal of action (.20); correspond with creditor's committee counsel regarding revised stipulation (.10); correspond with D. McKenna regarding same (.20) | 0.50 |
| 06/27/11 | RHL | Received correspondence from J. Hoover regarding memo to J. Ray regarding invoice for software | 0.10 |
| 06/27/11 | JRH | Review email from A. Cordo and R. Lemisch (0.10); review terms of purchase order (0.20); email with John Ray regarding approval of agreement (0.20) | 0.50 |
| 06/27/11 | JRH | Review emails related to licensing agreements and meeting with R. Lemisch regarding same | 0.30 |
| 06/27/11 | JRH | Review and revise stipulation regarding Filmcore extension of time (0.20);  conference call with T. Rosen related thereto (0.20) | 0.40 |
| 06/27/11 | JES | Conversation with R. Lemsich regarding Nokia agreements (.3); email J. Ray regarding Siemens settlement (.1); confer with J. Hoover regarding Siemens status (.1) | 0.50 |
| 06/27/11 | EH | File certification of counsel submitting stipulation to extend Starent fact discovery deadline (0.20); coordinate delivery to Judge Gross (0.20) | 0.40 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 06/27/11 | EH | Review email from J. Smith regarding extension of Prudential discovery response deadline; track extended deadline | 0.10 |
| 06/27/11 | EH | Review 6/27/11 adversary status report | 0.10 |
| 06/28/11 | JRH | Email with E. Meltzer regarding status of executed settlement stipulation | 0.10 |
| 06/28/11 | JRH | Review attorney, etc. time in order to gather information for CTDI attorney fee request | 2.50 |
| 06/28/11 | EH | File certification of counsel submitting stipulation to extend time for Deluxe Entertainment to answer complaint (0.20); coordinate delivery to Judge Gross (0.20) | 0.40 |
| 06/28/11 | EH | Review ECF notices and download order approving extension of Starent fact discovery cut-off; track extended deadline | 0.10 |
| 06/29/11 | RHL | Memo to J. Hoover regarding status of CTDI information and his review for response | 0.20 |
| 06/29/11 | JRH | Attend to Nortel preference actions | 0.30 |
| 06/29/11 | JES | Review summary of documents in connection with Right Management document production (.3); confer with J. Hoover regarding Right Management discovery (.1) | 0.40 |
| 06/29/11 | SRS | Review scheduling order regarding status report due (.20); draft status report (.30); correspond with opposing counsel regarding same (.40) | 0.90 |
| 06/30/11 | JRH | Email with J. Ray regarding settlement agreement with Prudential | 0.10 |
| 06/30/11 | JES | Confer with S. Stafford regarding status report for Nokia case (.2); review Siemens settlement agreement and email J. Hoover regarding same (.2); review eight emails regarding Nokia-Iceberg agreements (.3); review and respond to email from K. Sidhu regarding preference action settlements (.2) | 0.90 |
| 06/30/11 | SRS | Review correspondence from opposing counsel regarding language for status report | 0.10 |
| 06/30/11 | SRS | Discuss draft status report with J. Hoover and revise per J. Hoover's comments (.30); review Court requirements for status reports and correspond regarding same with opposing counsel (.70) | 1.00 |
| 06/30/11 | SRS | Correspond with opposing counsel regarding revised status report | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 06/30/11 | EH | File Nokia status report (0.10); review scheduling order for additional status report deadlines (0.20) | 0.30 |
| 06/30/11 | EH | Serve order extending Starent fact discovery cut-off | 0.10 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| MICHAEL J. BARRIE | (MJB) | $425.00 | 1.00 | $425.00 |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 8.10 | $4,819.50 |
| | | | 9.10 | $5,244.50 |
| **ASSOCIATE** | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 12.90 | $4,902.00 |
| JENNIFER E. SMITH | (JES) | $250.00 | 36.40 | $9,100.00 |
| SARAH R. STAFFORD | (SRS) | $300.00 | 9.10 | $2,730.00 |
| | | | 58.40 | $16,732.00 |
| **PARALEGAL** | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 7.20 | $1,692.00 |
| | | | 7.20 | $1,692.00 |
| | | TOTAL: | 74.70 | $23,668.50 |

**Document Reproduction**

| Date | User | Description | Amount |
|------|------|-------------|-------:|
| 06/16/11 | JES | Document Reproduction 97 copies | 9.70 |
| 06/17/11 | LMS | Document Reproduction 176 copies | 17.60 |
| 06/17/11 | LMS | Document Reproduction 88 copies | 8.80 |
| 06/20/11 | EH | Document Reproduction 29 copies | 2.90 |
| 06/27/11 | EH | Document Reproduction 8 copies | 0.80 |
| 06/28/11 | EH | Document Reproduction 10 copies | 1.00 |
| 06/30/11 | EH | Document Reproduction 2 copies | 0.20 |
| | | TOTAL: | $41.00 |

**Delivery Fee - Outside**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 06/03/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC | 7.50 |
| 06/21/11 | JRH | Delivery Fee - Outside - Vendor: Reliable Wilmington 6/8 JUDGE GROSS | 5.00 |
| 06/30/11 | JRH | Delivery Fee - Outside - Vendor: PARCELS, INC TO MULTIPLE INNER CITY DEL. | 25.50 |
|  |  | TOTAL: | $38.00 |

## Outside Professional Services

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 06/03/11 | RHL | Outside Professional Services - Vendor: PARCELS, INC | 216.00 |
| 06/10/11 | RHL | Outside Professional Services - Vendor: PARCELS, INC 5/20 - PAGES PRINTED - BLOWBACK EXCEL SPREADSHEET FROM CD | 789.56 |
| | | TOTAL: | $1,005.56 |

**Federal Express**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 06/17/11 | LMS | Federal Express 06/17/11 Lisa Behra to M. Collins/C. Sami | 12.02 |
| 06/17/11 | LMS | Federal Express 06/17/11 Lisa Behra to Allen K. Stout | 12.02 |
| 06/17/11 | LMS | Federal Express 06/17/11 Lisa Behra to Fred S. Hodara | 12.02 |
| 06/17/11 | LMS | Federal Express 06/17/11 Lisa Behra to Thomas P. Tinker E | 12.02 |
| 06/17/11 | LMS | Federal Express 06/17/11 Lisa Behra to D. Abbot/E. Schwar | 12.02 |
| | | TOTAL: | $60.10 |

**Computer Research**

| Date | User | Description | | Amount |
|------|------|-------------|---|--------|
| 06/08/11 | XXX | Computer Research - Pacer PACER 2011 4 PAGES | JUNE | 0.32 |
| 06/08/11 | XXX | Computer Research - Pacer PACER 2011 6 PAGES | JUNE | 0.48 |
| 06/08/11 | XXX | Computer Research - Pacer PACER 2011 9 PAGES | JUNE | 0.72 |
| 06/09/11 | XXX | Computer Research - Pacer PACER 2011 6 PAGES | JUNE | 0.48 |
| 06/09/11 | XXX | Computer Research - Pacer PACER 2011 13 PAGES | JUNE | 1.04 |
| 06/09/11 | XXX | Computer Research - Pacer PACER 2011 20 PAGES | JUNE | 1.60 |
| 06/09/11 | XXX | Computer Research - Pacer PACER 2011 15 PAGES | JUNE | 1.20 |
| 06/14/11 | XXX | Computer Research - Pacer PACER 2011 22 PAGES | JUNE | 1.76 |
| 06/14/11 | XXX | Computer Research - Pacer PACER 2011 2 PAGES | JUNE | 0.16 |
| 06/14/11 | XXX | Computer Research - Pacer PACER 2011 10 PAGES | JUNE | 0.80 |
| 06/14/11 | XXX | Computer Research - Pacer PACER 2011 8 PAGES | JUNE | 0.64 |
| 06/14/11 | XXX | Computer Research - Pacer PACER 2011 1 PAGES | JUNE | 0.08 |
| 06/17/11 | XXX | Computer Research - Pacer PACER 2011 26 PAGES | JUNE | 2.08 |
| 06/21/11 | XXX | Computer Research - Pacer PACER 2011 3 PAGES | JUNE | 0.24 |
| 06/21/11 | XXX | Computer Research - Pacer PACER 2011 2 PAGES | JUNE | 0.16 |
| 06/21/11 | XXX | Computer Research - Pacer PACER 2011 2 PAGES | JUNE | 0.16 |
| 06/21/11 | XXX | Computer Research - Pacer PACER 2011 4 PAGES | JUNE | 0.32 |

| 06/28/11 | XXX | Computer Research - Pacer PACER 2011 5 PAGES | JUNE | 0.40 |
| 06/28/11 | XXX | Computer Research - Pacer PACER 2011 2 PAGES | JUNE | 0.16 |
| | | | TOTAL: | $12.80 |