# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*, [1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks Inc. v. Ace Technologies Corp. | Adv. Pro. No. 10-53182 |
| Nortel Networks Inc. v. The Advertising Checking Bureau, Inc. | 10-55905 |
| Nortel Networks Inc. v. Aricent Technologies (Holdings) Limited | 10-55834 |
| Nortel Networks Inc. v. Axerra Networks, Inc. | 10-55836 |
| Nortel Networks Inc. v. Citrix Systems, Inc. | 10-55838 |
| Nortel Networks Inc. v. CMGRP, Inc. d/b/a Weber Shandwick | 10-55933 |
| Nortel Networks Inc. and Nortel Networks (CALA) Inc. v. CoAMS, Inc. | 10-55840 |
| Nortel Networks Inc. v. Cognizant Technology Solutions US Corporation | 10-55190 |
| Nortel Networks Inc. v. Continuous Computing Corporation | 10-55862 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| Nortel Networks Inc. v. Global IP Solutions, Inc. | 10-55864 |
| Nortel Networks Inc. v. Global Knowledge Training LLC | 10-55865 |
| Nortel Networks Inc. v. Insight Direct USA, Inc. | 10-55868 |
| Nortel Networks Inc. v. Intel Americas, Inc. | 10-55872 |
| Nortel Networks Inc. v. Layne Communications, LP | 10-55877 |
| Nortel Networks Inc. v. LTS Managed Technical Services LLC | 10-55879 |
| Nortel Networks (CALA) Inc. v. Manning Global, Inc. | 10-55882 |
| Nortel Networks Inc. *et al.* v. McCann-Erickson Worldwide, Inc. | 10-55937 |
| Nortel Networks Inc. v. Monster Worldwide, Inc. | 10-55884 |
| Nortel Networks Inc. v. NSG Technology Inc. | 10-55887 |
| Nortel Networks Inc. v. Prudential Relocation, Inc. | 10-55931 |
| Nortel Networks Inc. v. Razorfish, LLC | 10-55938 |
| Nortel Networks Inc. v. Real Time Monitors, Inc. | 10-55896 |
| Nortel Networks Inc. et al. v. Right Management Inc. | 10-55928 |
| Nortel Networks Inc. v. SecureLogix Corporation | 10-55898 |
| Nortel Networks Inc. v. Siemens Enterprise Communications, Inc. | 10-55930 |

| | |
|---|---|
| Nortel Networks Inc. v. Sourcefire, Inc. | 10-55906 |
| Nortel Networks Inc. v. Spirent Communications Inc. | 10-55900 |
| Nortel Networks Inc. v. Starent Networks LLC | 10-55932 |
| Nortel Networks Inc. v. Sterling Mets, L.P. and Queens Ballpark Company, L.L.C. | 10-55903 |
| Nortel Networks Inc. v. Trapeze Networks, Inc. | 10-55907 |
| Nortel Networks Inc. v. TTI Team Telecom International Inc. | 10-55888 |
| Nortel Networks Inc. v. Voxify, Inc. | 10-55897 |
| Nortel Networks Inc. v. Westcon Group (North America), Inc. et al | 10-55899 |
| Nortel Networks Inc. v. ZOHO Corporation f/k/a AdventNet Inc. | 10-55908 |

## STATUS REPORT ON AVOIDANCE ACTIONS
## ASSIGNED TO THE HONORABLE KEVIN GROSS

In accordance with the Court's Chambers' Procedures and the Scheduling Order dated March 9, 2011 entered with respect to the above-captioned adversary proceedings, plaintiffs Nortel Networks Inc. and Nortel Networks (CALA), Inc., by and through its undersigned counsel, submits the following status report with respect to the above-captioned adversary proceedings.

*[Remainder of page intentionally left blank]*

Dated: July 25, 2011
Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP[2]

Deborah M. Buell (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
Nora K. Abularach (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP[3]

*/s/ Alissa T. Gazze*
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

- and –

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP[4]

---

[2] Cleary Gottlieb Steen & Hamilton LLP is Debtors' counsel in each of the above-captioned cases except (i) Nortel Networks Inc., *et al.* v. McCann-Erickson Worldwide, Inc., *et al.*, Adv. Pro. No. 10-55937; (ii) Nortel Networks Inc. v. CMGRP, Inc. d/b/a Weber Shandwick, Adv. Pro. No. 10-55933; (iii) Nortel Networks Inc. v. Prudential Relocation, Inc., Adv. Pro. No. 10-55931; (iv) Nortel Networks Inc. v. Razorfish, LLC, Adv. Pro. No. 10-55938; (v) Nortel Networks Inc. *et al.* v. Right Management Inc., Adv. Pro. No. 10-55928; (vi) Nortel Networks Inc. v. Starent Networks LLC, Adv. Pro. No. 10-55932 and (vii) Nortel Networks Inc. v. Siemens Enterprise Communications, Inc., Adv.Pro. No. 10-55930.

[3] Morris, Nichols, Arsht & Tunnell LLP is Debtors' counsel in each of the above-captioned cases except (i) Nortel Networks Inc. v. Prudential Relocation, Inc., Adv. Pro. No. 10-55931; (ii) Nortel Networks Inc. et al. v. Right Management Inc., Adv. Pro. No. 10-55928; (iii) Nortel Networks Inc. v. Starent Networks LLC, Adv. Pro. No. 10-55932; (iv) Nortel Networks Inc. v. Sourcefire, Inc., Adv. Pro. No. 10-55906 and (v) Nortel Networks Inc. v. Siemens Enterprise Communications, Inc., Adv.Pro. No. 10-55930.

[4] Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch") is Debtors' counsel in (i) Nortel Networks Inc. v. Prudential Relocation, Inc., Adv. Pro. No. 10-55931; (ii) Nortel Networks Inc. et al. v. Right Management Inc., Adv. Pro. No. 10-55928; (iii) Nortel Networks Inc. v. Siemens Enterprise

(Continued . . .)

                                    */s/ Jennifer R. Hoover*
Raymond H. Lemisch, Esquire (No. 4204)
Jennifer R. Hoover, Esquire (No. 5111)
Jennifer E. Smith, Esquire (No. 5278)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801-7005
(302) 442-7010 (telephone)
(302) 442-7012 (facsimile)
rlemisch@beneschlaw.com
jhoover@beneschlaw.com
jsmith@beneschlaw.com

---

(. . . continued)
    Communications, Inc., Adv.Pro. No. 10-55930; (iv) Nortel Networks Inc. v. Starent Networks LLC, Adv. Pro. No. 10-55932; and (v) Nortel Networks Inc. v. Sourcefire, Inc., Adv. Pro. No. 10-55906.

## STATUS A

## SERVICE NOT YET COMPLETED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS B

## SERVICE COMPLETE, ANSWER DUE

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS C

## MOTION OR APPLICATION FOR DEFAULT JUDGMENT FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS D

## NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-53182 | Ace Technologies Corp | Stipulation of dismissal filed on June 23, 2011. Proceeding closed by Clerk's Office on June 24, 2011. |
| 10-55190 | Cognizant Technology Solutions US Corporation | Stipulation of dismissal filed on June 20, 2011. Proceeding closed by Clerk's Office on June 21, 2011. |
| 10-55865 | Global Knowledge Training LLC | Notice of dismissal filed on July 20, 2011. Proceeding closed by Clerk's Office on July 21, 2011. |
| 10-55872 | Intel Americas, Inc. | Notice of dismissal filed on June 14, 2011. Proceeding closed by Clerk's Office on June 15, 2011. |
| 10-55877 | Layne Communications, L.P. | Stipulation of dismissal to be filed. |

| | | |
|---|---|---|
| 10-55900 | Spirent Communications Inc. | Stipulation of dismissal filed on June 30, 2011. Proceeding closed by Clerk's Office on July 1, 2011. |
| 10-55897 | Voxify, Inc. | Stipulation of dismissal filed on June 14, 2011. Proceeding closed by Clerk's Office on June 15, 2011. |
| 10-55930 | Siemens Enterprise Communications, Inc. | Stipulation of dismissal to be filed. |

## STATUS E

## RESOLVED/SETTLED: MAY NOT YET BE DISMISSED

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 10-55834 | Aricent Technologies (Holdings) Limited | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide the Notice Parties with notice of this proposed settlement. |
| 10-55862 | Continuous Computing Corporation | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide the Notice Parties with notice of this proposed settlement. |
| 10-55864 | Global IP Solutions, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy Court. |
| 10-55896 | Real Time Monitors, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide the Notice Parties with notice of this proposed settlement. |
| 10-55898 | SecureLogix Corporation | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide the Notice Parties with notice of this proposed settlement. |

| 10-55907 | Trapeze Networks, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide the Notice Parties with notice of this proposed settlement. |

## STATUS F

## DISCOVERY UNDERWAY

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 10-55905 | The Advertising Checking Bureau, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated June 10, 2011. Defendant's responses to Plaintiff's initial discovery requests due August 15, 2011. |
| 10-55838 | Citrix Systems, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. By agreement of the parties, written fact discovery shall be initiated so as to be completed no later than August 29, 2011. |
| 10-55933 | CMGRP, Inc. d/b/a Weber Shandwick | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55840 | CoAMS, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011 and the Amended Scheduling Order dated May 17, 2011. An amended complaint was filed on May 20, 2011 and a pre-trial conference is scheduled for July 26, 2011. Plaintiff's responses to CoAMS, Inc.'s discovery requests due August 22, 2011. |
| 10-55868 | Insight Direct USA, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due, by agreement of the parties, on July 26, 2011. Plaintiff's responses to Defendant's initial discovery requests due, by agreement of the parties, on |

3

|  |  | August 3, 2011. |
|---|---|---|
| 10-55879 | LTS Managed Technical Services L.L.C. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated June 27, 2011. |
| 10-55882 | Manning Global, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011 and the Amended Scheduling Order dated May 31, 2011. |
| 10-55937 | McCann-Erickson Worldwide, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated June 6, 2011. |
| 10-55844 | Monster Worldwide, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated July 5, 2011. By agreement of the parties, Plaintiff's responses to Defendant's initial discovery requests due August 18, 2011, and Defendant's responses to Plaintiff's initial discovery requests due August 11, 2011. |
| 10-55887 | NSG Technology Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due August 31, 2011. Plaintiff's responses to Defendant's initial discovery requests due August 31, 2011. |
| 10-55931 | Prudential Relocation, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55938 | Razorfish, LLC | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55928 | Right Management, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55906 | Sourcefire, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due July 25, 2011. |
| 10-55932 | Starent Networks LLC | Discovery will be proceeding in |

| | | |
|---|---|---|
| | | accordance with the Scheduling Order dated March 9, 2011. |
| 10-55903 | Sterling Mets, L.P. and Queens Ballpark Company, L.L.C. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. Defendant's responses to Plaintiff's initial discovery requests due, by agreement of the parties, on August 11, 2011. Defendant served initial discovery requests via mail on June 6, 2011 such that Plaintiff's responses are due, by agreement of the parties, on August 11, 2011 and Plaintiff reserves its rights. |
| 10-55888 | TTI Team Telecom International Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. By agreement of the parties, Defendant's responses to Plaintiff's initial discovery requests due September 6, 2011, and Plaintiff's responses to Defendant's initial discovery requests due September 7, 2011. |
| 10-55908 | Zoho Corporation f/k/a AdventNet Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. By agreement of the parties, Defendant's responses to Plaintiff's initial discovery requests due September 7, 2011, and Plaintiff's responses to Defendant's initial discovery requests due September 7, 2011. |

## STATUS G

### NOTICE OF SELECTION OF MEDIATOR FILED

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 10-55836 | Axerra Networks, Inc. | Stipulation of Mediator filed on July 5, 2011. Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on July 11, 2011. |
| 10-55899 | Westcon Group (North America), Inc. | Stipulation of Mediator filed on July 1, 2011. Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on July 15, 2011. |

|  |  | Mediation is scheduled to occur on September 15, 2011. |
|--|--|--|

## STATUS H

## READY FOR TRIAL

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. |  |  |

## STATUS I

## DISPOSITIVE MOTION PENDING

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. |  |  |

## STATUS J

## STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. |  |  |

## STATUS K
## APPEAL PENDING

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. |  |  |