## <u>CERTIFICATE OF SERVICE</u>

I, Alissa T. Gazze, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Amended Agenda of Matters Scheduled for Hearing on July 26, 2011 at 9:30 a.m. (ET)** was caused to be made on July 25, 2011, in the manner indicated upon the parties identified in the attached service list.

Dated:  July 25, 2011

_____*/s/ Alissa T. Gazze*_____
Alissa T. Gazze (No. 5338)