**Via Fax**

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020
FAX: 212-610-6399

Thomas P. Tinker. Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519
FAX: 302-573-6497

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705
FAX: 302-652-4400

Mary F. Caloway Esq.
Mona A. Parikh
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228
FAX: 302-552-4295

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE  19801
FAX: 302-651-7701

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY  10036
FAX: 212-872-1002

Thomas R. Kreller
MILBANK, TWEED, HADLEY &
MCLOY LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017
FAX: 213-892-4763

Kristopher Hansen
Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038
Fax: 212-806-6006

Evan Feldman
Clark Hill PLC
151 S. Old Woodward, Suite 200
Birmingham, MI 48009
Fax: 248-988-2518

Gregory Taylor
Benjamin Keenan
Ashby & Geddes, P.A.
500 Delaware Ave
Wilmington, DE 19899
Fax: 302-654-2067

Jeremy Ryan
Ryan Murphy
Potter Anderson & Corroon LLP
1313 N. Market St.
Wilmington, DE 19899
Fax: 302-658-1192

Paige Barr
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661
Fax: 312-902-1061

Natasha Songonuga
GIBBONS P.C.
1000 N. West St.
Wilmington, DE 19801
Fax: 302-295-4876

David Crapo
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
Fax: 973-639-6244

Blanka Wolfe
Malani Cademartori
Sheppard Mullin
30 Rockefeller Plaza
New York, NY 10112
Fax: 212-653-8701

Tim J. Robinson
DINSMORE & SHOHL, LLP
191 W. Nationwide Blvd.
Suite 300
Columbus, OH 43215
Fax: 513-977-8141

4390018.1