# Exhibit B

June 1, 2011 Through June 30, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | 25.00 |
| Transcripts | | 2,820.60 |
| Photos/Art/ Spec Duplicating | | 13,789.38 |
| Travel | | 1,064.56 |
| Meals | | 1,594.27 |
| Messenger Service | | 279.00 |
| Courier/Delivery Service | | 2,047.81 |
| Computer Research | Westlaw | 499.23 |
| Secretarial Overtime | | 32.00 |
| Duplicating | In Office | 2,389.60 |
| Facsimile | | 2,381.00 |
| Postage | | 20.40 |
| Conference Calls | | 49.65 |
| Hotel Accommodations | | 2,818.45 |
| **Grand Total Expenses** | | **$29,810.95** |

2

Nortel Networks, Inc.
63989-DIP
DATE: 07/27/11 14:47:08

PRO FORMA   275640           AS OF 06/30/11                                  INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 881220 | 06/24/11 | B | 25.00 | Court Costs - CLERK, U.S. DISTRICT COURT` PRO HAC VICE MOTION OF SCOTT MCCOY | 503 | 684 | 180689 |
| 879881 | 06/10/11 | B | 2,413.95 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 06/10/2011 | 506 | 904 | 180416 |
| 881199 | 06/22/11 | B | 363.00 | Transcripts - DIAZ DATA SERVICES` CASE #09-10138 - TRANSCRIPT - 06/22/11 | 506 | 904 | 180671 |
| 881720 | 06/22/11 | B | 43.65 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 06/22/2011 | 506 | 948 | 180711 |
| 878162 | 06/01/11 | B | 2,557.21 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES - HAND DELIVERIES & BANKRUPTCY MAILOUTS - 06/01/2011 | 510 | 948 | 180220 |
| 878163 | 06/01/11 | B | 123.10 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES - HAND DELIVERIES & BANKRUPTCY MAILOUTS - 06/01/2011 | 510 | 684 | 180221 |
| 878173 | 06/01/11 | B | 80.95 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (36 ORIGINALS x 11 COPIES) - 06/01/2011 | 510 | 684 | 180231 |
| 883972 | 06/01/11 | B | 2,437.15 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (80 ORIGINALS x 181 COPIES) - 06/01/2011 | 510 | 684 | 180899 |
| 878168 | 06/02/11 | B | 661.76 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` BINDER 1" - BINDER 2" - TABS (ALPHA/NUMERIC) TABS (CUSTOM) - B&W COPIES C; MEDIUM - 06/02/2011 | 510 - LITGATION | 684 | 180226 |
| 879160 | 06/03/11 | B | 10.80 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` BANKRUPTCY MAILOUTS - 06/03/2011 | 510 | 684 | 180374 |
| 881107 | 06/03/11 | B | 2,642.30 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` TABS (ALPHA/NUMERIC), BINDS - GBC, AND B&W COPIES B - LIGHT LITIGATION | 510 | 684 | 180623 |
| 880830 | 06/08/11 | B | 443.60 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` BINDER 3" - BINDER 2" - TABS (ALPHA/NUMERIC) B&W COPIES B; LIGHT LITIGATION - 06/08/201 | 510 - | 684 | 180548 |
| 879884 | 06/08/11 | B | 591.00 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (9 ORIGINALS x 180 COPIES) - 06/10/2011 | 510 | 684 | 180420 |
| 880328 | 06/09/11 | B | 183.36 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES - BANKRUPTCY MAILOUTS & HAND DELIVERIES - 06/09/2011 | 510 | 684 | 180465 |
| 880828 | 06/13/11 | B | 524.51 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES - BANKRUPTCY MAILOUTS & HAND DELIVERIES - 06/13/2011 | 510 | 684 | 180546 |

Nortel Networks, Inc.
63989-DIP
DATE: 07/27/11 14:47:08

PRO FORMA   275640         AS OF 06/30/11         INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 880829 | 06/14/11 | B | 706.94 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES - HAND DELIVERIES & BANKRUPTCY MAILOUTS - 06/14/2011 | 510 | 684 | 180547 |
| 881198 | 06/16/11 | B | 133.15 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS, AND HAND DELIVERIES | 510 | 684 | 180670 |
| 881105 | 06/16/11 | B | 415.28 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` BANKRUPTCY MAILOUTS, ENVELOPES, AND HAND DELIVERIES | 510 | 684 | 180621 |
| 881106 | 06/16/11 | B | 515.09 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` BANKRUPTCY MAILOUTS, ENVELOPES, AND HAND DELIVERIES | 510 | 684 | 180622 |
| 881192 | 06/17/11 | B | 88.80 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` BANKRUPTCY MAILOUTS | 510 | 948 | 180665 |
| 881746 | 06/20/11 | B | 493.25 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (5 ORIGINALS x 181 COPIES) - 06/20/2011 | 510 | 684 | 180724 |
| 883375 | 06/23/11 | B | 88.41 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES - BANKRUPTCY MAILOUTS & HAND DELIVERIES - 06/23/2011 | 510 | 684 | 180805 |
| 881740 | 06/23/11 | B | 481.06 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (3 ORIGINALS x 182 COPIES) - 06/23/2011 | 510 | 684 | 180718 |
| 883233 | 06/27/11 | B | 161.98 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (3 ORIGINALS x 182 COPIES) - 06/27/2011 | 510 | 684 | 180796 |
| 883664 | 06/27/11 | B | 346.90 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (3 ORIGINALS x 182 COPIES) - 06/27/2011 | 510 | 684 | 180820 |
| 883830 | 06/27/11 | B | 102.78 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES & BANKRUPTCY MAILOUTS - 06/27/2011 | 510 | 684 | 180873 |
| 879908 | 06/27/11 | B | 140.53 | Travel - PETTY CASH` Z. BERL - MILEAGE EXPENSES & TICKET EXHANGE - 06/07/2011 | 511 | 203 | 180428 |
| 880486 | 06/07/11 | B | 44.80 | Travel - ROADRUNNER EXPRESS INC.` H. ZELBO - PU; BANKRUPTCY COURT - DO; WILMINGTON AMTRAK STATION - 06/07/2011 | 511 | 000 | 180478 |
| 880487 | 06/07/11 | B | 44.80 | Travel ROADRUNNER EXPRESS INC.` C. BROD - PU; MNAT - DO; WILMINGTON AMTRAK STATION - 06/07/2011 | 511 | 000 | 180478 |
| 880488 | 06/07/11 | B | 505.80 | Travel ROADRUNNER EXPRESS INC.` J. BROMLEY - PU; BANKRUPTCY COURT - DO; WOODGRIDGE SERVICE CENTER NJ TURNPIKE - DO; GREENWICH ST NYC - 06/07/2011 | 511 377 | 000 | 180478 |

```
Nortel Networks, Inc.                           PRO FORMA  275640              AS OF 06/30/11                          INVOICE# ******
63989-DIP
DATE: 07/27/11 14:47:08
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 883659 | 06/30/11 | B | 108.63 | Travel - DEREK C. ABBOTT' REIMBURSEMENT OF MILEAGE EXPENSES FROM TRIP T NY TO ATTEND IP AUCTION - 06/26/2011-06/30/20 | 511 O 11 | 322 | 180818 |
| 883660 | 06/30/11 | B | 220.00 | Travel - DEREK C. ABBOTT' REIMBURSEMENT OF PARKING EXPENSES FROM TRIP T NY TO ATTEND IP AUCTION - 06/26/2011-06/30/20 | 511 O 11 | 322 | 180818 |
| 878991 | 06/06/11 | B | 63.75 | Meals - URBAN CAFE, LLC' SNACKS FOR 17 - 06/06/2011 | 512 | 904 | 180346 |
| 878994 | 06/07/11 | B | 140.00 | Meals - URBAN CAFE, LLC' BREAKFAST FOR 16 - 06/07/2011 | 512 | 904 | 180349 |
| 878995 | 06/07/11 | B | 140.00 | Meals - URBAN CAFE, LLC' BREAKFAST FOR 16 - 06/07/2011 | 512 | 904 | 180350 |
| 885126 | 06/07/11 | B | 530.25 | Meals - AMERICAN EXPRESS' COSI - LUNCH FOR 28 - 06/07/2011 | 512 | 904 | 181028 |
| 881191 | 06/07/11 | B | 62.50 | Meals - URBAN CAFE, LLC' SNACKS FOR 20 - 06/07/11 | 512 | 904 | 180664 |
| 885129 | 06/10/11 | B | 68.06 | Meals - AMERICAN EXPRESS' PUREBREAD DELI - LUNCH FOR 4 - 06/10/2011 | 512 | 904 | 181028 |
| 885144 | 06/20/11 | B | 131.88 | Meals - AMERICAN EXPRESS' CAFFE GELATO - LUNCH FOR 6 - 06/20/2011 | 512 | 904 | 181028 |
| 887210 | 06/30/11 | B | 457.83 | Meals - DEREK C. ABBOTT' REIMBURSEMENT OF MEAL EXPENSES FROM TRIP TO N TO ATTEND IP AUCTION - 06/26/2011-06/30/2011 | 512 Y | 322 | 180818 |
| 879560 | 06/01/11 | B | 3.00 | Messenger Service | 513S | 203 | |
| 879571 | 06/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879561 | 06/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879564 | 06/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879567 | 06/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879568 | 06/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879569 | 06/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879570 | 06/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879545 | 06/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879552 | 06/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879558 | 06/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879573 | 06/02/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879575 | 06/02/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879584 | 06/02/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879585 | 06/02/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879599 | 06/03/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879596 | 06/03/11 | B | 3.00 | Messenger Service | 513S | 546 | |

Nortel Networks, Inc.
63989-DIP
DATE: 07/27/11 14:47:08

PRO FORMA  275640            AS OF 06/30/11            INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 879615 | 06/06/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 879610 | 06/06/11 | B | 3.00 | Messenger Service | 513S | 201 | |
| 879626 | 06/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879627 | 06/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879628 | 06/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879629 | 06/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879630 | 06/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879620 | 06/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879621 | 06/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879622 | 06/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879623 | 06/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879624 | 06/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879625 | 06/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879611 | 06/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879612 | 06/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879616 | 06/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879617 | 06/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879618 | 06/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879619 | 06/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879643 | 06/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879644 | 06/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879645 | 06/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879646 | 06/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879642 | 06/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879638 | 06/07/11 | B | 3.00 | Messenger Service | 513S | 904 | |
| 879639 | 06/07/11 | B | 3.00 | Messenger Service | 513S | 904 | |
| 879641 | 06/07/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 879660 | 06/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879668 | 06/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879672 | 06/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 07/27/11 14:47:08

PRO FORMA   275640                AS OF 06/30/11                INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 879673 | 06/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879675 | 06/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879679 | 06/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879686 | 06/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879688 | 06/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879693 | 06/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879694 | 06/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 879703 | 06/10/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882011 | 06/10/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882013 | 06/10/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882019 | 06/10/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882021 | 06/13/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882032 | 06/13/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882033 | 06/13/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882035 | 06/13/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 882026 | 06/13/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882055 | 06/14/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882056 | 06/14/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882058 | 06/14/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882059 | 06/14/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882065 | 06/14/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882066 | 06/14/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882067 | 06/14/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882068 | 06/14/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882071 | 06/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882072 | 06/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882073 | 06/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882081 | 06/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882083 | 06/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882097 | 06/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 07/27/11 14:47:08

PRO FORMA   275640                AS OF 06/30/11                INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 882098 | 06/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882101 | 06/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882110 | 06/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882119 | 06/16/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882120 | 06/16/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882141 | 06/20/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882148 | 06/20/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882149 | 06/20/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882150 | 06/20/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882181 | 06/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882187 | 06/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882224 | 06/23/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882225 | 06/23/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882233 | 06/24/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 882238 | 06/24/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 882241 | 06/24/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 880019 | 06/01/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 180450 |
| 880020 | 06/03/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 180450 |
| 880021 | 06/03/11 | B | 36.09 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 180450 |
| 880263 | 06/03/11 | B | (11.95) | Reversal from Cancelled Voucher 180452 | 514 | 000 | 180455 |
| 880264 | 06/03/11 | B | (11.95) | Reversal from Cancelled Voucher 180452 | 514 | 000 | 180455 |
| 880265 | 06/03/11 | B | (11.95) | Reversal from Cancelled Voucher 180452 | 514 | 000 | 180455 |
| 880266 | 06/03/11 | B | (16.41) | Reversal from Cancelled Voucher 180452 | 514 | 000 | 180455 |
| 880267 | 06/03/11 | B | (11.95) | Reversal from Cancelled Voucher 180452 | 514 | 000 | 180455 |
| 880268 | 06/03/11 | B | 11.95 | Courier/Delivery Service | 514 | 000 | 180452 |
| 880232 | 06/03/11 | B | 11.95 | Courier/Delivery Service | 514 | 000 | 180452 |
| 880233 | 06/03/11 | B | 11.95 | Courier/Delivery Service | 514 | 000 | 180452 |
| 880234 | 06/03/11 | B | 11.95 | Courier/Delivery Service | 514 | 000 | 180452 |
| 880235 | 06/03/11 | B | 16.41 | Courier/Delivery Service | 514 | 000 | 180452 |
| 880236 | 06/03/11 | B | 11.95 | Courier/Delivery Service | 514 | 000 | 180452 |
| 880237 | 06/03/11 | B | 11.95 | Courier/Delivery Service | 514 | 000 | 180452 |
| 878924 | 06/03/11 | B | 31.49 | Courier/Delivery Service FEDERAL EXPRESS CORP | 514 | 000 | 180322 |
| 879876 | 06/03/11 | B | 43.80 | Courier/Delivery Service FEDERAL EXPRESS CORP | 514 | 000 | 180410 |
| 879877 | 06/03/11 | B |  | | 514 | 000 | 180410 |

```
Nortel Networks, Inc.                          PRO FORMA  275640              AS OF 06/30/11                        INVOICE# ******
63989-DIP
DATE: 07/27/11 14:47:08
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 878302 | 06/03/11 | B | 33.53 | Courier/Delivery Service FEDERAL EXPRESS CORP | 514 | 000 | 180268 |
| 878919 | 06/03/11 | B | 11.95 | Courier/Delivery Service | 514 | 000 | 180322 |
| 878920 | 06/03/11 | B | 11.95 | Courier/Delivery Service | 514 | 000 | 180322 |
| 878921 | 06/03/11 | B | 11.95 | Courier/Delivery Service | 514 | 000 | 180322 |
| 878922 | 06/03/11 | B | 11.95 | Courier/Delivery Service | 514 | 000 | 180322 |
| 878923 | 06/03/11 | B | 16.41 | Courier/Delivery Service | 514 | 000 | 180322 |
| 881603 | 06/03/11 | B | 63.93 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 180690 |
| 880837 | 06/06/11 | B | 19.24 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 180551 |
| 880836 | 06/06/11 | B | 19.24 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 180551 |
| 880838 | 06/07/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 180551 |
| 880839 | 06/07/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 180551 |
| 880840 | 06/07/11 | B | 15.27 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 180551 |
| 880841 | 06/07/11 | B | 37.24 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 180551 |
| 880842 | 06/07/11 | B | 19.24 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 180551 |
| 880831 | 06/07/11 | B | 130.80 | Courier/Delivery Service - PARCELS INC.` INNER CITY DELIVERIES - 06/07/2011 | 514 | 000 | 180549 |
| 880843 | 06/07/11 | B | 11.15 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 180551 |
| 880844 | 06/07/11 | B | 393.00 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 180551 |
| 880845 | 06/08/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 180551 |
| 880296 | 06/08/11 | B | 16.31 | Courier/Delivery Service | 514 | 904 | 180456 |
| 880846 | 06/09/11 | B | 6.90 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 180551 |
| 880313 | 06/11/11 | B | 39.76 | Courier/Delivery Service | 514 | 904 | 180457 |
| 881171 | 06/14/11 | B | 13.80 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 180656 |
| 881623 | 06/17/11 | B | 22.86 | Courier/Delivery Service | 514 | 000 | 180693 |
| 881624 | 06/17/11 | B | 15.74 | Courier/Delivery Service | 514 | 000 | 180693 |
| 881625 | 06/17/11 | B | 15.74 | Courier/Delivery Service | 514 | 000 | 180693 |
| 881626 | 06/17/11 | B | 19.65 | Courier/Delivery Service | 514 | 000 | 180693 |
| 881627 | 06/17/11 | B | 19.76 | Courier/Delivery Service | 514 | 000 | 180693 |
| 881628 | 06/17/11 | B | 15.74 | Courier/Delivery Service | 514 | 000 | 180693 |
| 881617 | 06/17/11 | B | 23.25 | Courier/Delivery Service | 514 | 000 | 180693 |
| 881618 | 06/17/11 | B | 12.06 | Courier/Delivery Service | 514 | 000 | 180693 |
| 881619 | 06/17/11 | B | 12.06 | Courier/Delivery Service | 514 | 000 | 180693 |
| 881620 | 06/17/11 | B | 16.55 | Courier/Delivery Service | 514 | 000 | 180693 |
| 881621 | 06/17/11 | B | 12.06 | Courier/Delivery Service | 514 | 000 | 180693 |
| 881622 | 06/17/11 | B | 12.06 | Courier/Delivery Service | 514 | 000 | 180693 |
| 881606 | 06/17/11 | B | 31.76 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 180692 |
| 881612 | 06/17/11 | B | 12.06 | Courier/Delivery Service | 514 | 000 | 180693 |
| 881613 | 06/17/11 | B | 19.76 | Courier/Delivery Service | 514 | 000 | 180693 |

Nortel Networks, Inc.
63989-DIP
DATE: 07/27/11 14:47:08

PRO FORMA   275640                       AS OF 06/30/11                                                   INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 881614 | 06/17/11 | B | 19.76 | Courier/Delivery Service | 514 | 000 | 180693 |
| 881615 | 06/17/11 | B | 15.74 | Courier/Delivery Service | 514 | 000 | 180693 |
| 881616 | 06/17/11 | B | 23.15 | Courier/Delivery Service | 514 | 000 | 180693 |
| 881629 | 06/17/11 | B | 19.76 | Courier/Delivery Service | 514 | 000 | 180693 |
| 881630 | 06/17/11 | B | 21.65 | Courier/Delivery Service | 514 | 000 | 180693 |
| 881631 | 06/17/11 | B | 19.65 | Courier/Delivery Service | 514 | 000 | 180693 |
| 881632 | 06/17/11 | B | 23.28 | Courier/Delivery Service | 514 | 000 | 180693 |
| 881645 | 06/17/11 | B | 34.15 | Courier/Delivery Service | 514 | 000 | 180695 |
| 881649 | 06/20/11 | B | 19.76 | Courier/Delivery Service | 514 | 000 | 180695 |
| 881662 | 06/20/11 | B | 15.74 | Courier/Delivery Service | 514 | 000 | 180695 |
| 881663 | 06/20/11 | B | 19.76 | Courier/Delivery Service | 514 | 000 | 180695 |
| 881664 | 06/20/11 | B | 23.15 | Courier/Delivery Service | 514 | 000 | 180695 |
| 881665 | 06/20/11 | B | 19.76 | Courier/Delivery Service | 514 | 000 | 180695 |
| 881666 | 06/20/11 | B | 19.65 | Courier/Delivery Service | 514 | 000 | 180695 |
| 881656 | 06/20/11 | B | 23.25 | Courier/Delivery Service | 514 | 000 | 180695 |
| 881657 | 06/20/11 | B | 23.28 | Courier/Delivery Service | 514 | 000 | 180695 |
| 881658 | 06/20/11 | B | 21.14 | Courier/Delivery Service | 514 | 000 | 180695 |
| 881659 | 06/20/11 | B | 22.86 | Courier/Delivery Service | 514 | 000 | 180695 |
| 881660 | 06/20/11 | B | 15.74 | Courier/Delivery Service | 514 | 000 | 180695 |
| 881661 | 06/20/11 | B | 19.76 | Courier/Delivery Service | 514 | 000 | 180695 |
| 881650 | 06/20/11 | B | 15.74 | Courier/Delivery Service | 514 | 000 | 180695 |
| 881651 | 06/20/11 | B | 19.65 | Courier/Delivery Service | 514 | 000 | 180695 |
| 881652 | 06/20/11 | B | 19.76 | Courier/Delivery Service | 514 | 000 | 180695 |
| 881653 | 06/20/11 | B | 15.74 | Courier/Delivery Service | 514 | 000 | 180695 |
| 881654 | 06/20/11 | B | 21.65 | Courier/Delivery Service | 514 | 000 | 180695 |
| 881655 | 06/20/11 | B | 34.15 | Courier/Delivery Service | 514 | 000 | 180695 |
| 881647 | 06/20/11 | B | 17.56 | Courier/Delivery Service | 514 | 684 | 180695 |
| 881648 | 06/20/11 | B | 23.28 | Courier/Delivery Service | 514 | 684 | 180695 |
| 881646 | 06/20/11 | B | 19.76 | Courier/Delivery Service | 514 | 684 | 180695 |
| 884838 | 06/22/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181007 |
| 884839 | 06/23/11 | B | 11.15 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181007 |
| 884840 | 06/24/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181007 |
| 884881 | 06/27/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181008 |
| 884882 | 06/27/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181008 |
| 883513 | 06/28/11 | B | 49.92 | Courier/Delivery Service | 514 | 000 | 180813 |
| 883784 | 06/28/11 | B | 49.92 | Courier/Delivery Service | 514 | 322 | 180846 |
| 883792 | 06/28/11 | B | (49.92) | )Reversal from Cancelled Voucher 180846 | 514 | 322 | 180847 |
| 884883 | 06/29/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181008 |

Nortel Networks, Inc.
63989-DIP
DATE: 07/27/11 14:47:08

PRO FORMA   275640          AS OF 06/30/11                                    INVOICE# *******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 884884 | 06/29/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181008 |
| 884885 | 06/29/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181008 |
| 884886 | 06/29/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181008 |
| 884887 | 06/29/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181008 |
| 884888 | 06/30/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181008 |
| 884889 | 06/30/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181008 |
| 880353 | 06/07/11 | B | 279.18 | Computer Research - Westlaw Search Performed by: PRINT,WESTLAW CASE | 515 | 000 | |
| 880354 | 06/09/11 | B | 49.44 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 881794 | 06/14/11 | B | 66.53 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 881795 | 06/15/11 | B | 46.54 | Computer Research - Westlaw Search Performed by: WERKHEISER,GREGORY W | 515 | 338 | |
| 884030 | 06/28/11 | B | 57.54 | Computer Research - Westlaw Search Performed by: CULVER,DONNA L | 515 | 203 | |
| 882266 | 06/07/11 | B | 32.00 | Secretarial Overtime | 516S | 637 | |
| 877674 | 06/01/11 | B | 1.40 | In-House Duplicating | 519 | 554 | |
| 877675 | 06/01/11 | B | 15.00 | In-House Duplicating | 519 | 684 | |
| 877676 | 06/01/11 | B | 8.60 | In-House Duplicating | 519 | 684 | |
| 877677 | 06/01/11 | B | 5.10 | In-House Duplicating | 519 | 684 | |
| 877951 | 06/02/11 | B | 43.00 | In-House Duplicating | 519 | 560 | |
| 877952 | 06/02/11 | B | 1.10 | In-House Duplicating | 519 | 546 | |
| 877953 | 06/02/11 | B | 14.60 | In-House Duplicating | 519 | 546 | |
| 878050 | 06/03/11 | B | 0.40 | In-House Duplicating | 519 | 546 | |
| 878048 | 06/03/11 | B | 3.80 | In-House Duplicating | 519 | 670 | |
| 878049 | 06/03/11 | B | 146.40 | In-House Duplicating | 519 | 684 | |
| 878051 | 06/03/11 | B | 4.80 | In-House Duplicating | 519 | 684 | |
| 878233 | 06/06/11 | B | 0.50 | In-House Duplicating | 519 | 670 | |
| 878237 | 06/06/11 | B | 28.10 | In-House Duplicating | 519 | 670 | |
| 878236 | 06/06/11 | B | 14.80 | In-House Duplicating | 519 | 684 | |
| 878239 | 06/06/11 | B | 29.80 | In-House Duplicating | 519 | 684 | |
| 878240 | 06/06/11 | B | 1.40 | In-House Duplicating | 519 | 684 | |
| 878244 | 06/06/11 | B | 1.00 | In-House Duplicating | 519 | 684 | |
| 878243 | 06/06/11 | B | 3.40 | In-House Duplicating | 519 | 904 | |

Nortel Networks, Inc.
63989-DIP
DATE: 07/27/11 14:47:08

PRO FORMA 275640    AS OF 06/30/11    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 878234 | 06/06/11 | B | 11.60 | In-House Duplicating | 519 | 546 | |
| 878235 | 06/06/11 | B | 44.30 | In-House Duplicating | 519 | 546 | |
| 878238 | 06/06/11 | B | 369.10 | In-House Duplicating | 519 | 546 | |
| 878241 | 06/06/11 | B | 75.10 | In-House Duplicating | 519 | 546 | |
| 878242 | 06/06/11 | B | 0.90 | In-House Duplicating | 519 | 554 | |
| 878869 | 06/07/11 | B | 256.00 | In-House Duplicating | 519 | 624 | |
| 878870 | 06/07/11 | B | 27.00 | In-House Duplicating | 519 | 624 | |
| 878871 | 06/07/11 | B | 8.00 | In-House Duplicating | 519 | 624 | |
| 878872 | 06/07/11 | B | 3.30 | In-House Duplicating | 519 | 624 | |
| 878835 | 06/07/11 | B | 0.10 | In-House Duplicating | 519 | 670 | |
| 878833 | 06/07/11 | B | 0.20 | In-House Duplicating | 519 | 684 | |
| 878834 | 06/07/11 | B | 3.50 | In-House Duplicating | 519 | 684 | |
| 879054 | 06/08/11 | B | 4.80 | In-House Duplicating | 519 | 684 | |
| 879055 | 06/08/11 | B | 8.10 | In-House Duplicating | 519 | 684 | |
| 879780 | 06/10/11 | B | 22.20 | In-House Duplicating | 519 | 684 | |
| 879781 | 06/10/11 | B | 1.80 | In-House Duplicating | 519 | 684 | |
| 879931 | 06/13/11 | B | 0.20 | In-House Duplicating | 519 | 684 | |
| 880164 | 06/14/11 | B | 0.10 | In-House Duplicating | 519 | 684 | |
| 880165 | 06/14/11 | B | 1.60 | In-House Duplicating | 519 | 684 | |
| 880714 | 06/16/11 | B | 6.00 | In-House Duplicating | 519 | 684 | |
| 880713 | 06/16/11 | B | 7.40 | In-House Duplicating | 519 | 554 | |
| 880899 | 06/17/11 | B | 4.20 | In-House Duplicating | 519 | 554 | |
| 880900 | 06/17/11 | B | 0.20 | In-House Duplicating | 519 | 554 | |
| 880897 | 06/17/11 | B | 8.70 | In-House Duplicating | 519 | 670 | |
| 880898 | 06/17/11 | B | 15.00 | In-House Duplicating | 519 | 684 | |
| 881257 | 06/20/11 | B | 3.50 | In-House Duplicating | 519 | 684 | |
| 881258 | 06/20/11 | B | 10.30 | In-House Duplicating | 519 | 684 | |
| 881260 | 06/20/11 | B | 46.90 | In-House Duplicating | 519 | 684 | |
| 881259 | 06/20/11 | B | 0.20 | In-House Duplicating | 519 | 554 | |
| 881434 | 06/23/11 | B | 25.90 | In-House Duplicating | 519 | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 07/27/11 14:47:08

PRO FORMA 275640      AS OF 06/30/11      INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 881435 | 06/23/11 | B | 166.80 | In-House Duplicating | 519 | 684 | |
| 881436 | 06/23/11 | B | 5.90 | In-House Duplicating | 519 | 684 | |
| 881935 | 06/27/11 | B | 0.60 | In-House Duplicating | 519 | 554 | |
| 877869 | 06/01/11 | B | 5.10 | Postage | 520 | 684 | |
| 877899 | 06/01/11 | B | 15.30 | Postage | 520 | 684 | |
| 879161 | 06/03/11 | B | 900.60 | Facsimile IKON OFFICE SOLUTIONS' BROADCAST FAX - 06/03/2011 | 522H | 684 | 180374 |
| 879159 | 06/03/11 | B | 36.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX - 06/03/2011 | 522H | 684 | 180373 |
| 879158 | 06/06/11 | B | 68.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX - 06/06/2011 | 522H | 684 | 180372 |
| 881193 | 06/17/11 | B | 1,295.00 | Facsimile IKON OFFICE SOLUTIONS' BROADCAST FAX | 522H | 948 | 180665 |
| 881742 | 06/20/11 | B | 35.00 | Facsimile - DIGITAL LEGAL SERVICES LLC' CORRESPONDENCE SENT VIA FAX (25 ORIGINALS x 7 FAXES) - 06/20/2011 | 522H | 684 | 180720 |
| 881745 | 06/20/11 | B | 46.40 | Facsimile - DIGITAL LEGAL SERVICES LLC' CORRESPONDENCE SENT VIA FAX (29 ORIGNALS x 8 FAXES) - 06/20/2011 | 522H | 684 | 180723 |
| 877678 | 06/01/11 | B | 36.65 | In-House Printing - black & white | 541 | 605 | |
| 877954 | 06/01/11 | B | 2.00 | In-House Printing - black & white | 541 | 605 | |
| 877955 | 06/02/11 | B | 135.10 | In-House Printing - black & white | 541 | 684 | |
| 884979 | 06/02/11 | B | 62.50 | In-House Printing - black & white | 541 | 594 | |
| 878052 | 06/03/11 | B | 165.10 | In-House Printing - black & white | 541 | 684 | |
| 878245 | 06/06/11 | B | 269.70 | In-House Printing - black & white | 541 | 684 | |
| 878836 | 06/06/11 | B | 0.05 | In-House Printing - black & white | 541 | 623 | |
| 878265 | 06/06/11 | B | 40.20 | In-House Printing - black & white | 541 | 624 | |
| 878873 | 06/07/11 | B | 2.00 | In-House Printing - black & white | 541 | 624 | |
| 878837 | 06/07/11 | B | 57.00 | In-House Printing - black & white | 541 | 605 | |
| 879056 | 06/07/11 | B | 0.10 | In-House Printing - black & white | 541 | 605 | |
| 879093 | 06/08/11 | B | 0.15 | In-House Printing - black & white | 541 | 605 | |
| 879057 | 06/08/11 | B | 40.75 | In-House Printing - black & white | 541 | 684 | |
| 879340 | 06/09/11 | B | 2.25 | In-House Printing - black & white | 541 | 684 | |
| 879374 | 06/09/11 | B | 0.05 | In-House Printing - black & white | 541 | 623 | |
| 879782 | 06/09/11 | B | 0.05 | In-House Printing - black & white | 541 | 623 | |
| 879932 | 06/13/11 | B | 1.55 | In-House Printing - black & white | 541 | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 07/27/11 14:47:08

PRO FORMA   275640          AS OF 06/30/11                                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 880166 | 06/14/11 | B | 3.75 | In-House Printing - black & white | 541 | 684 | |
| 880546 | 06/14/11 | B | 6.55 | In-House Printing - black & white | 541 | 338 | |
| 880585 | 06/14/11 | B | 0.70 | In-House Printing - black & white | 541 | 605 | |
| 880547 | 06/15/11 | B | 18.70 | In-House Printing - black & white | 541 | 327 | |
| 880756 | 06/16/11 | B | 2.40 | In-House Printing - black & white | 541 | 623 | |
| 880950 | 06/16/11 | B | 0.15 | In-House Printing - black & white | 541 | 623 | |
| 880715 | 06/16/11 | B | 3.10 | In-House Printing - black & white | 541 | 670 | |
| 880901 | 06/17/11 | B | 7.35 | In-House Printing - black & white | 541 | 684 | |
| 881261 | 06/20/11 | B | 12.05 | In-House Printing - black & white | 541 | 623 | |
| 881346 | 06/21/11 | B | 1.60 | In-House Printing - black & white | 541 | 605 | |
| 881347 | 06/22/11 | B | 0.05 | In-House Printing - black & white | 541 | 623 | |
| 881463 | 06/22/11 | B | 4.55 | In-House Printing - black & white | 541 | 623 | |
| 881437 | 06/23/11 | B | 5.65 | In-House Printing - black & white | 541 | 904 | |
| 881530 | 06/24/11 | B | 1.20 | In-House Printing - black & white | 541 | 203 | |
| 881936 | 06/27/11 | B | 1.45 | In-House Printing - black & white | 541 | 203 | |
| 882425 | 06/28/11 | B | 2.05 | In-House Printing - black & white | 541 | 203 | |
| 882381 | 06/28/11 | B | 22.50 | In-House Printing - black & white | 541 | 684 | |
| 883278 | 06/29/11 | B | 16.50 | In-House Printing - black & white | 541 | 684 | |
| 883418 | 06/30/11 | B | 1.40 | In-House Printing - black & white | 541 | 684 | |
| 885881 | 06/08/11 | B | 357.10 | Hotel Accommodations - HOTEL DUPONT` D.BUELL HOTEL STAY - INVOICE NO. 105636 - 06/08/2011 | 549 | 000 | 181097 |
| 887209 | 06/30/11 | B | 2,461.35 | Hotel Accommodations DEREK C. ABBOTT` REIMBURSEMENT OF HOTEL EXPENSES FROM TRIP TO TO ATTEND IP AUCTION - 06/26/2011-06/30/2011 | 549 NY | 322 | 180818 |
| 881752 | 06/10/11 | B | 49.65 | Conference Calls SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 180736 |
| | | | 29,810.95 | | | | |