IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT    )
                                     ) ss.:
COUNTY OF HARTFORD   )

BRIAN HUNT, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as an Associate Consultant by Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095 and I am not a party to the above-captioned action.

2. On July 28, 2011, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

    a) the sellers of the claims as listed on the annexed Exhibit B,
    b) the buyers of the claims as listed on the annexed Exhibit C,
    c) counsel to the Debtors as listed on Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                  _____
                                                                                  Brian Hunt

Sworn to before me this
28th day of July, 2011

_____
Tim Conklin
Notary Public, State of Connecticut

                                TIMOTHY C. CONKLIN
                                    NOTARY PUBLIC
                                 State of Connecticut
                                My Commission Expires
                                   May 31, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:   **Alfred Williams & Co.**
**1813 Capital Blvd.**
**Raleigh, NC 27604**

Your claim, in the amount of **$54,133.27** has been transferred, unless previously expunged by Court Order, to:

**Longacre Institutional Opportunity Fund, L.P.**
**Attn: Vladimir Jelisavcic**
**810 Seventh Avenue, 33rd Floor**
**New York, NY 10019**

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN: BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **# 5990** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By   /s/Brian Hunt
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 28, 2011

**EXHIBIT B**

ALFRED WILLIAMS & CO., 1813 CAPITAL BLVD., RALEIGH, NC  27604

CIT TECHNOLOGY FINANCING SERVICES, INC., C/O WELTMAN, WEINBERG & REIS, CO., L/P.A., 175 SOUTH THIRD STREET, SUITE 900, COLUMBUS, OH  43215

SHEEHAN PHINNEY BASS & GREEN PA, ATTN: BRUCE A. HARWOOD, 1000 ELM STREET P.O. BOX 3701, MANCHESTER, NH  03105-3701

QVOX VOICEWORKS, 27 TALL PINES LANE, NESCONSET, NY  11767

EMPSIGHT INTERNATIONAL LLC, P.O. BOX 885, NEW YORK, NY  10156

SLANT CONSULTANTS LLC, 12312 MULBERRY CT., LAKE RIDGE, VA  22192-2005

THIRD WAY, 1025 CONNECTICUT AVE NW, SUITE 501, WASHINGTON, DC  20036

GARLICK, HARRISON & MARKISON, 1901 SURREY HILL DRIVE, AUSTIN, TX  78746

GENBAND USA LLC, C/O DAVID G GAMBLE, WICK PHILLIPS, LLP, 2100 ROSS AVENUE, SUITE 950, DALLAS, TX  75201

BLAIR CONSULTING, 2250 COTTONWOOD COURT, MIDLOTHIAN, TX  76065

DEL BLAIR CONSULTING, 2250 COTTONWOOD COURT, MIDLOTHIAN, TX  76065

CBL DATA RECOVERY TECHNOLOGIES, 2250 SATELLITE BLVD., SUITE 240 DULUTH, GA  30097

CHANNEL INTELLIGENCE INC., 1180 CELEBRATION BLVD., CELEBRATION, FL  34747

**EXHIBIT C**

LONGACRE INSTITUTIONAL OPPORTUNITY FUND, L.P., ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR, NEW YORK, NY 10019

BANK OF THE WEST, C/O WELTMAN, WEINBERG & REIS, CO., L/P.A., 175 SOUTH THIRD STREET, SUITE 900, COLUMBUS, OH 43215

DACA V, LLC, 1565 HOTEL CIRCLE SOUTH, SUITE 310, SAN DIEGO, CA 92108

CORRE OPPORTUNITIES FUND, L.P., ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, NEW YORK, NY 10019

TRC MASTER FUND, LLC, ATTN: TERREL ROSS, 336 ATLANTIC AVENUE, SUITE 302 EAST ROCKAWAY, NY 11518

CLAIMS RECOVERY GROUP LLC, 92 UNION AVE., CRESSKILL, NJ 07626

**EXHIBIT D**

CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: JAMES BROMLEY, ONE LIBERTY PLAZA, NEW YORK, NY 10006