IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et. al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ELECTRONIC NOTICING MATRIX

PLEASE TAKE NOTICE that Potter Anderson & Corroon LLP and Latham & Watkins LLP do hereby withdraw as counsel for Ciena Corporation in the above-captioned bankruptcy case, and request that the Clerk of the United States Bankruptcy Court for the District of Delaware remove Potter Anderson & Corroon LLP and Latham & Watkins LLP from the electronic noticing matrix for the above-captioned case.

Dated: July 28, 2011
       Wilmington, Delaware

                                        Jeremy W. Ryan (DE Bar No. 4057)
                                        **POTTER ANDERSON & CORROON LLP**
                                        Hercules Plaza, 6th Floor
                                        1313 N. Market Street
                                        Wilmington, DE 19899-0951
                                        Telephone: (302) 984-6000
                                        Facsimile: (302) 658-1192
                                        Email: jryan@potteranderson.com

PAC 1021921v.1