# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X  Chapter 11
:
In re                                                             :  Case No. 09-10138 (KG)
:
Nortel Networks Inc., et al.,[1]                                  :  Jointly Administered
:
       Debtors.                 :  Re: D.I.'s 4842, 4973
---------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF DEBTORS' EIGHTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) SOLELY WITH RESPECT TO CLAIM NO. 1647 FILED BY RITZ-CARLTON HOTEL COMPANY, LLC

**PLEASE TAKE NOTICE** that, on or about June 15, 2009, Carlson Marketing Canada Ltd. filed proof of claim number 1359 for $617,237.04 in these proceedings ("Claim No. 1359").

**PLEASE TAKE FURTHER NOTICE** that, on or about August 6, 2010, Ritz-Carlton Hotel Company, LLC filed proof of claim number 1647 for $61,064.47 in these proceedings ("Claim No. 1647").

**PLEASE TAKE FURTHER NOTICE** that, on February 4, 2011, the Debtors filed the *Debtors' Eighteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims)* (D.I. 4842) (the "Objection"), including an objection to Claim No. 1647 as duplicative of a portion of Claim No. 1359.

**PLEASE TAKE FURTHER NOTICE** that, on February 23, 2011, Ritz-Carlton Hotel Company, LLC filed the *Claimant Ritz-Carlton Hotel Company, LLC's Response to Objection to Its Claim* (D.I. 4973).

**PLEASE TAKE FURTHER NOTICE** that, on or about August 20, 2010, Carlson Marketing Canada Ltd. sold and assigned its proof of claim to ASM Capital.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that, on or about June 20, 2011, ASM Capital submitted the *First Amendment to Proof of Claim (#1359) of ASM Capital, Successor by Assignment to Carlson Marketing Canada Ltd.*, which is listed on the Debtors' claims register as claim number 7819 ("Claim No. 7819"). Claim No. 7819 amended and superseded Claim No. 1359 to the extent it reduced the claimed amount in Claim No. 1359 by $61,064.47 (which amount corresponds the amount asserted in Claim No. 1647).

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw without prejudice the Objection solely with respect to Claim No. 1647.

Dated: July 28, 2011
   Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Deborah M. Buell (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   */s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Alissa T. Gazze (No. 5338)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*