United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| NORTEL NETWORKS INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-10138 |
| Debtor | } Amount **$7,348.51** |

*AS SET FORTH ON SCHEDULE E*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**FRANCISCO AGUILAR**
**8747 CHAUNCEY TOWN ROAD**
**LAKE WACCAM, NC 28450**

The transfer of your claim as shown above in the amount of **$7,348.51** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/Jeffrey Caress
      Liquidity Solutions Inc
      (201) 968-0001

497934

In re **NORTEL NETWORKS INC.**  
Debtor

Case No. 09-10138 (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>FLORIDA DEPARTMENT OF REVENUE<br>5050 W. TENNESSEE STREET<br>TALLAHASSEE, FL  32399-0135 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>FLORIDA DEPARTMENT OF REVENUE<br>5050 W. TENNESSEE STREET<br>TALLAHASSEE, FL  32314-6527 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>FLORIDA DEPARTMENT OF STATE<br>DIVISION OF CORPORATIONS<br>PO BOX 1500<br>TALLAHASSEE, FL  32302-1500 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>FRANCHISE TAX BOARD<br>P. O. BOX 942857<br>SACRAMENTO, CA  94257-0501 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>FRANCIS J CABIBI<br>12831 BRYANT ST<br>YUCAIPA, CA  92399 | | | SEVERANCE | | | | $36,037.76 | $7,627.50 | $28,410.26 |
| ACCOUNT NO.<br>FRANCISCO AGUILAR<br>8747 CHAUNCEY TOWN ROAD<br>LAKE WACCAM, NC  28450 | | | SEVERANCE | | | | $7,348.51 | $5,963.36 | $1,385.15 |
| ACCOUNT NO.<br>FRANKLIN PARISH SCHOOL BOARD<br>SALES & USE TAX DEPARTMENT<br>P.O. DRAWER 337<br>WINNSBORO, LA  71295 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>FULTON COUNTY BOARD OF ASSESSORS<br>141 PRYOR STREET SW, SUITE 1047B<br>ATLANTA, GA  30303-3446 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>FULTON COUNTY TAX COMMISSIONER<br>PO BOX 105052<br>ATLANTA, GA  30348-5052 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| Sheet no. 43 of 124 sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | | | Subtotal | $43,386.27 | $13,590.86 | $29,795.41 |

## TRANSFER NOTICE

AGUILAR, FRANCISCO ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Nortel Networks Inc.. (the "Debtor"), in the aggregate amount of $~~1,335.15~~ $7,348.51, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 09-10138.

IN WITNESS WHEREOF, Assignor has signed below as of the 14th day of July, 2011.

AGUILAR, FRANCISCO                                    LIQUIDITY SOLUTIONS, INC.

_Francisco Aguilar_                                   _[signature]_
(Signature)                                           (Signature)

Francisco Aguilar                                     Jeffrey Caress
(Print Name and Title)                                (Print Name and Title)

497937