Exhibit B

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



Interim (S)

VAT Invoice Date: **25 July 2011**        Our Ref: **GDB/CCN01.00001**                    Invoice No.: **313129**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 153,619.00 |
| For the period to 30 June 2011. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 1,198.84 |
| **Disbursements:** (NT) | | | |
| Experts Fees: | 0.00 | 0.00 | 1,500.00 |
| *Lane Clarke & Peacock LLP - £1,500.00 (Due but not yet paid)* | | | |
| External Photocopying Charges | 0.00 | 0.00 | 71.28 |
| International Travel and Related Expenses | 0.00 | 0.00 | 5,274.10 |
| Fares and Incidental Expenses | 0.00 | 0.00 | 801.51 |
| | 0.00 | | 162,464.73 |
| | | VAT | 0.00 |
| | | Total | 162,464.73 |
| | | **Balance Due** | **162,464.73** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please quote reference 313129 when settling this invoice

**Payment Terms: 21 days**

**Legal services are 100% foreign source**

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN
MUNICH  NEW YORK  PARIS  ROME  SINGAPORE  STOCKHOLM  TOKYO  WASHINGTON DC



The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/06/2011
Prebill Number:698651

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 1.70 | 1,173.00 | (C0007) |
| | | 5.10 | 3,519.00 | (C0012) |
| | | 4.90 | 3,381.00 | (C0031) |
| | | **11.70** | **8,073.00** | |
| Partner: | Steven Hull | 4.80 | 3,168.00 | (C0019) |
| | | 0.40 | 264.00 | (C0024) |
| | | **5.20** | **3,432.00** | |
| Partner: | Angela Pearson | 38.80 | 25,608.00 | (C0012) |
| | | 0.70 | 462.00 | (C0019) |
| | | **39.50** | **26,070.00** | |
| Senior Associate: | Marcus Fink | 3.70 | 2,146.00 | (C0012) |
| | | 12.00 | 6,960.00 | (C0019) |
| | | **15.70** | **9,106.00** | |
| Senior Associate: | Luke Rollason | 3.90 | 1,989.00 | (C0007) |
| | | 5.90 | 3,009.00 | (C0024) |
| | | 1.50 | 765.00 | (C0031) |
| | | **11.30** | **5,763.00** | |
| Senior Associate: | Jessica Neuberger | 1.70 | 867.00 | (C0012) |
| | | **1.70** | **867.00** | |
| Senior Associate: | Pierre-Emmanuel Fender | 13.00 | 7,020.00 | (C0012) |
| | | 1.80 | 972.00 | (C0024) |
| | | **14.80** | **7,992.00** | |
| Senior Associate: | Lindsay Connal | 33.20 | 15,272.00 | (C0012) |
| | | 0.90 | 414.00 | (C0019) |
| | | 25.00 | 11,500.00 | (C0025) |
| | | 0.40 | 184.00 | (C0031) |
| | | **59.50** | **27,370.00** | |
| Associate: | Paul Bagon | 8.30 | 3,278.50 | (C0003) |
| | | 2.00 | 790.00 | (C0007) |
| | | 71.50 | 28,242.50 | (C0012) |
| | | 3.50 | 1,382.50 | (C0019) |
| | | 1.30 | 513.50 | (C0024) |
| | | 1.30 | 513.50 | (C0031) |
| | | **87.90** | **34,720.50** | |

| | | | | |
|---|---|---|---|---|
| Associate | Antonia Croke | 0.90 | 382.50 | (C0007) |
| | | 11.90 | 5,057.50 | (C0012) |
| | | **12.80** | **5,440.00** | |
| Junior Associate | Lindsay Roberts | 2.50 | 725.00 | (C0007) |
| | | 63.00 | 18,270.00 | (C0012) |
| | | **65.50** | **18,995.00** | |
| Trainee: | Alice Douglas | 0.20 | 37.00 | (C0007) |
| | | 18.40 | 3,404.00 | (C0012) |
| | | **18.60** | **3,441.00** | |
| Trainee: | Karla Lennon | 3.20 | 592.00 | (C0012) |
| | | **3.20** | **592.00** | |
| Trainee: | Sophie Law | 1.90 | 351.50 | (C0007) |
| | | 5.50 | 1,017.50 | (C0012) |
| | | 1.70 | 314.50 | (C0031) |
| | | **9.10** | **1,683.50** | |
| Trainee: | Phillippa Holland | 0.40 | 74.00 | (C0012) |
| | | **0.40** | **74.00** | |
| | **Total** | **356.90** | **153,619.00** | |



The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/06/2011
Prebill Number:698651

**Matter: CCN01.00001 – BANKRUPTCY**

**C0003**        **Ashurst Fee Application/Monthly Billing Reports**

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associate** | | | | |
| PDB | Paul Bagon | 8.30 | 395.00 | 3,278.50 |
| | | | Total | 3,278.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 20/06/2011 | Paul Bagon | LETT | monthly fees. | 0.50 | 395.00 | 197.50 |
| 24/06/2011 | Paul Bagon | DRFT | Ashurst monthly fee app. | 2.80 | 395.00 | 1,106.00 |
| 27/06/2011 | Paul Bagon | LETT | Finalising and sending out Ashurst monthly fee app. | 5.00 | 395.00 | 1,975.00 |
| | | | | | | 3,278.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0007**</u>     <u>**Creditors Committee Meetings**</u>

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 1.70 | 690.00 | 1,173.00 |
| **Senior Associate** | | | | |
| LAR | Luke Rollason | 3.90 | 510.00 | 1,989.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 0.90 | 425.00 | 382.50 |
| PDB | Paul Bagon | 2.00 | 395.00 | 790.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 2.50 | 290.00 | 725.00 |
| **Trainee** | | | | |
| ADOUGL | Alice Douglas | 0.20 | 185.00 | 37.00 |
| SLAW | Sophie Law | 1.90 | 185.00 | 351.50 |
| | | | Total | **5,448.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/06/2011 | Antonia Croke | ATTD | Attend Nortel UCC call and advisors call | 0.80 | 425.00 | 340.00 |
| 01/06/2011 | Antonia Croke | READ | Consider UCC call agenda | 0.10 | 425.00 | 42.50 |
| 01/06/2011 | Alice Douglas | PHON | Committee call | 0.20 | 185.00 | 37.00 |
| 01/06/2011 | Giles Boothman | ATTD | UCC call + Jay time | 0.70 | 690.00 | 483.00 |
| 01/06/2011 | Luke Rollason | PHON | Committee call. Prep for call. | 0.80 | 510.00 | 408.00 |
| 01/06/2011 | Lindsey Roberts | PHON | Telephone conversation with AG and UCC, note of call. Internal discussions re: hearing | 2.50 | 290.00 | 725.00 |
| 01/06/2011 | Paul Bagon | PHON | UCC weekly meeting. | 0.30 | 395.00 | 118.50 |
| 01/06/2011 | Sophie Law | LETT | Nortel committee call and update US Court docs file, emails to ACROKE re US docs | 1.90 | 185.00 | 351.50 |
| 09/06/2011 | Giles Boothman | ATTD | UCC call | 1.00 | 690.00 | 690.00 |
| 13/06/2011 | Luke Rollason | PHON | Committee call re allocation call with judges. Prep for call. | 1.30 | 510.00 | 663.00 |
| 23/06/2011 | Luke Rollason | LETT | Prep for committee call. Committee call. | 1.80 | 510.00 | 918.00 |
| 23/06/2011 | Paul Bagon | PHON | UCC weekly call. | 1.00 | 395.00 | 395.00 |
| 28/06/2011 | Paul Bagon | PHON | committee call - update re IP sale. | 0.10 | 395.00 | 39.50 |
| 29/06/2011 | Paul Bagon | PHON | committee call - update re IP sale | 0.10 | 395.00 | 39.50 |
| 30/06/2011 | Paul Bagon | PHON | UCC call re status of IP sale. | 0.50 | 395.00 | 197.50 |
| | | | | | | **5,448.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0012**      **General Claims Analysis/Claims Objections**

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 38.80 | 660.00 | 25,608.00 |
| GDB | Giles Boothman | 5.10 | 690.00 | 3,519.00 |
| **Counsel** | | | | |
| MDF | Marcus Fink | 3.70 | 580.00 | 2,146.00 |
| **Senior Associate** | | | | |
| JNN | Jessica Neuberger | 1.70 | 510.00 | 867.00 |
| LCC | Lindsay Connal | 33.20 | 460.00 | 15,272.00 |
| PEF | Pierre-Emmanuel Fender | 13.00 | 540.00 | 7,020.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 11.90 | 425.00 | 5,057.50 |
| PDB | Paul Bagon | 71.50 | 395.00 | 28,242.50 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 63.00 | 290.00 | 18,270.00 |
| **Trainee** | | | | |
| ADOUGL | Alice Douglas | 18.40 | 185.00 | 3,404.00 |
| KLENNO | Karla Lennon | 3.20 | 185.00 | 592.00 |
| PHOLLA | Phillippa Holland | 0.40 | 185.00 | 74.00 |
| SLAW | Sophie Law | 5.50 | 185.00 | 1,017.50 |

|  |  |
|---|---|
| Total | **111,089.50** |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0012**   **General Claims Analysis/Claims Objections**

| | | | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/06/2011 | Antonia Croke | INTD | Consider issues with SLAW, LROBER and ADOUGL (part) re: hearing and Court documents | 1.20 | 425.00 | 510.00 |
| 01/06/2011 | Antonia Croke | READ | Consider emails re: advisor calls | 0.30 | 425.00 | 127.50 |
| 01/06/2011 | Antonia Croke | INTD | Confer P Bagon re: allocation and hearing | 0.50 | 425.00 | 212.50 |
| 01/06/2011 | Antonia Croke | LETT | Emails re: Court hearing; confer AMP re: same | 2.60 | 425.00 | 1,105.00 |
| 01/06/2011 | Antonia Croke | INTD | Confer SLAW re: transcripts | 0.20 | 425.00 | 85.00 |
| 01/06/2011 | Antonia Croke | DRFT | Draft email re: hearing attendance and evidence; confer AMP and GDB re: same | 0.70 | 425.00 | 297.50 |
| 01/06/2011 | Alice Douglas | LETT | Updating US court docs file | 2.20 | 185.00 | 407.00 |
| 01/06/2011 | Alice Douglas | LETT | Meeting on hearing | 1.00 | 185.00 | 185.00 |
| 01/06/2011 | Alice Douglas | READ | Reading US court docs | 3.50 | 185.00 | 647.50 |
| 01/06/2011 | Angela Pearson | MISC | Discussions/emails re: 7 June hearing | 2.00 | 660.00 | 1,320.00 |
| 01/06/2011 | Paul Bagon | DUED | Recovering and reviewing emails re dispute resolvers. | 3.00 | 395.00 | 1,185.00 |
| 01/06/2011 | Paul Bagon | INTD | GDB re 7 June hearing. | 0.50 | 395.00 | 197.50 |
| 01/06/2011 | Paul Bagon | LETT | Re 7 June Hearing. | 0.50 | 395.00 | 197.50 |
| 01/06/2011 | Paul Bagon | INTD | Antonia re 7 June hearing. | 1.30 | 395.00 | 513.50 |
| 01/06/2011 | Sophie Law | LETT | Call re transcript | 0.10 | 185.00 | 18.50 |
| 01/06/2011 | Sophie Law | LETT | ACROKE intd (re hearing, court docs) | 1.60 | 185.00 | 296.00 |
| 02/06/2011 | Antonia Croke | LETT | Emails re: Counsel | 0.40 | 425.00 | 170.00 |
| 02/06/2011 | Antonia Croke | INTD | Confer AMP and LROBER re: UK jurisdiction | 0.30 | 425.00 | 127.50 |
| 02/06/2011 | Antonia Croke | DRFT | Draft amends to LROBER email; confer LROBER re: same | 0.40 | 425.00 | 170.00 |
| 02/06/2011 | Antonia Croke | READ | Consider emails re: pleadings | 0.20 | 425.00 | 85.00 |
| 02/06/2011 | Antonia Croke | LETT | Emails re: hearing attendance; confer P Bagon re: same | 1.40 | 425.00 | 595.00 |
| 02/06/2011 | Antonia Croke | INTD | Confer LROBER and ADOUGL re: Court documents | 0.30 | 425.00 | 127.50 |
| 02/06/2011 | Antonia Croke | INTD | Confer AMP re: hearing attendance | 0.20 | 425.00 | 85.00 |
| 02/06/2011 | Antonia Croke | INTD | Confer LCC re: hearing | 0.20 | 425.00 | 85.00 |
| 02/06/2011 | Alice Douglas | LETT | Copies of court docs files for counsel | 0.20 | 185.00 | 37.00 |
| 02/06/2011 | Alice Douglas | LETT | Merged pleading table | 8.60 | 185.00 | 1,591.00 |
| 02/06/2011 | Angela Pearson | MISC | Emails/telephone conversations/discussions - dealing with 7 June hearing | 4.30 | 660.00 | 2,838.00 |
| 02/06/2011 | Giles Boothman | INTD | Angela, Paul, Antonia, Lindsay re hearing arrangements | 0.50 | 690.00 | 345.00 |
| 02/06/2011 | Giles Boothman | SUPE | Attendance at hearing | 0.50 | 690.00 | 345.00 |
| 02/06/2011 | Giles Boothman | LETT | Emails re hearing | 0.30 | 690.00 | 207.00 |
| 02/06/2011 | Giles Boothman | READ | Emails re hearing | 0.50 | 690.00 | 345.00 |
| 02/06/2011 | Giles Boothman | PHON | David Botter | 0.30 | 690.00 | 207.00 |
| 02/06/2011 | Jessica Neuberger | INTD | Intd re cross jurisdiction hearing | 1.70 | 510.00 | 867.00 |
| 02/06/2011 | Lindsay Connal | INTD | Emails/intds SG and AC re hearing | 0.50 | 460.00 | 230.00 |
| 02/06/2011 | Lindsay Connal | INTD | Emails and intds AMP and LR re hearing | 1.00 | 460.00 | 460.00 |
| 02/06/2011 | Lindsay Connal | INTD | AMP re hearing | 0.10 | 460.00 | 46.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0012**</u>    <u>**General Claims Analysis/Claims Objections**</u>

| | | | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 02/06/2011 | Lindsey Roberts | DRFT | Merged pleadings (table) | 1.10 | 290.00 | 319.00 |
| 02/06/2011 | Lindsey Roberts | INTD | Internal discussion with AMP "Case Search" | 0.90 | 290.00 | 261.00 |
| 02/06/2011 | Lindsey Roberts | INTD | Discussion re: Court and draft email | 1.80 | 290.00 | 522.00 |
| 02/06/2011 | Lindsey Roberts | DRFT | Merged pleadings table | 5.00 | 290.00 | 1,450.00 |
| 02/06/2011 | Paul Bagon | INTD | Re 7 June hearing and related call with AG. | 1.50 | 395.00 | 592.50 |
| 02/06/2011 | Paul Bagon | READ | EMEA exhibits | 3.50 | 395.00 | 1,382.50 |
| 02/05/2011 | Phillippa Holland | MISC | Reprographics - arranging for 6 copies to be made. | 0.40 | 185.00 | 74.00 |
| 03/06/2011 | Antonia Croke | READ | Consider registration email of transcript; confer LROBER re: same | 0.50 | 425.00 | 212.50 |
| 03/06/2011 | Antonia Croke | LETT | Emails re: hearing preparation | 0.40 | 425.00 | 170.00 |
| 03/06/2011 | Antonia Croke | LETT | Consider emails re: UK Court acting in tripartite hearing; confer LROBER re: same | 0.70 | 425.00 | 297.50 |
| 03/06/2011 | Antonia Croke | INTD | Confer LCC re: US hearing | 0.60 | 425.00 | 255.00 |
| 03/06/2011 | Antonia Croke | LETT | Emails re: UK Court transcript confer SLAW re: same | 0.50 | 425.00 | 212.50 |
| 03/06/2011 | Alice Douglas | LETT | Updating UK court docs file | 0.10 | 185.00 | 18.50 |
| 03/06/2011 | Alice Douglas | LETT | Briefing LCC for hearing | 2.80 | 185.00 | 518.00 |
| 03/06/2011 | Angela Pearson | INTD | Emails to SLAW | 0.40 | 660.00 | 264.00 |
| 03/06/2011 | Angela Pearson | INTD | Discussion with JNN | 0.30 | 660.00 | 198.00 |
| 03/06/2011 | Angela Pearson | INTD | Discussion with LROBER | 0.50 | 660.00 | 330.00 |
| 03/06/2011 | Angela Pearson | INTD | Emails Giles Boothman | 0.40 | 660.00 | 264.00 |
| 03/06/2011 | Angela Pearson | INTD | Discussion with BJT | 0.30 | 660.00 | 198.00 |
| 03/06/2011 | Angela Pearson | LETT | Email to D Botter | 0.30 | 660.00 | 198.00 |
| 03/06/2011 | Angela Pearson | INTD | Discussion/briefing LCC | 1.00 | 660.00 | 660.00 |
| 03/06/2011 | Angela Pearson | INTD | Discussion LROBER | 0.50 | 660.00 | 330.00 |
| 03/06/2011 | Angela Pearson | READ | Review emails | 0.50 | 660.00 | 330.00 |
| 03/06/2011 | Giles Boothman | READ | Emails re. hearings, UK court | 0.50 | 690.00 | 345.00 |
| 03/06/2011 | Lindsay Connal | INTD | AD, LR and AC re briefing in advance of hearing | 1.70 | 460.00 | 782.00 |
| 03/06/2011 | Lindsay Connal | INTD | Preparation for hearing | 1.00 | 460.00 | 460.00 |
| 03/06/2011 | Lindsay Connal | INTD | Intds LR and AD | 0.30 | 460.00 | 138.00 |
| 03/06/2011 | Lindsey Roberts | DRFT | Final amends to merged pleadings | 2.00 | 290.00 | 580.00 |
| 03/06/2011 | Lindsey Roberts | MISC | Calls/emails to the Court and Registrar | 1.10 | 290.00 | 319.00 |
| 03/06/2011 | Lindsey Roberts | READ | Reading cases re: UNCITRAL | 0.80 | 290.00 | 232.00 |
| 03/06/2011 | Lindsey Roberts | INTD | Discussion with LCC | 1.50 | 290.00 | 435.00 |
| 03/06/2011 | Sophie Law | LETT | Transcript - read, email to Ashurst team. Calls to transcribers and Court re cert of accuracy/stamp, further Ashurst emails. Email to Akin team with transcript | 2.90 | 185.00 | 536.50 |
| 04/06/2011 | Lindsay Connal | PREP | Reading in/preparing for hearing | 6.00 | 460.00 | 2,760.00 |
| 05/06/2011 | Antonia Croke | LETT | Emails re: US court documents | 0.10 | 425.00 | 42.50 |
| 05/06/2011 | Angela Pearson | INTD | Emails - LCC | 0.40 | 660.00 | 264.00 |
| 05/06/2011 | Lindsay Connal | PREP | Reading in/prep for hearing | 1.40 | 460.00 | 644.00 |
| 06/06/2011 | Antonia Croke | LETT | Emails re: US hearing | 0.20 | 425.00 | 85.00 |
| 06/06/2011 | Angela Pearson | READ | Review submission, etc. | 2.50 | 660.00 | 1,650.00 |
| 06/06/2011 | Lindsay Connal | READ | Reading EMEA reply, documents, emails | 1.00 | 460.00 | 460.00 |
| 06/06/2011 | Lindsay Connal | ATTD | With Brad Khan, Chris Samis and Julia Cohen | 3.00 | 460.00 | 1,380.00 |
| 06/06/2011 | Lindsay Connal | LETT | Emails to AMP re hearing | 0.40 | 460.00 | 184.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0012**</u>    <u>**General Claims Analysis/Claims Objections**</u>

| Date | Name | Code | Description | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 07/06/2011 | Angela Pearson | PHON | Hearing - Nortel | 12.20 | 660.00 | 8,052.00 |
| 07/06/2011 | Angela Pearson | INTD | Discussion with Giles Boothman | 0.20 | 660.00 | 132.00 |
| 07/06/2011 | Angela Pearson | INTD | Discussion with LROBER | 0.40 | 660.00 | 264.00 |
| 07/06/2011 | Angela Pearson | INTD | Discussion with LCC | 0.40 | 660.00 | 264.00 |
| 07/06/2011 | Angela Pearson | READ | Review new submission | 1.50 | 660.00 | 990.00 |
| 07/06/2011 | Giles Boothman | ATTD | Hearing (in part) | 2.00 | 690.00 | 1,380.00 |
| 07/06/2011 | Giles Boothman | INTD | Team re. hearing | 0.50 | 690.00 | 345.00 |
| 07/06/2011 | Lindsay Connal | PREP | Reading docs (Movants Reply) and emails in advance of hearing | 0.80 | 460.00 | 368.00 |
| 07/06/2011 | Lindsay Connal | ATTD | Hearing and discussions during recesses | 11.30 | 460.00 | 5,198.00 |
| 07/06/2011 | Lindsey Roberts | PHON | US Hearing | 12.50 | 290.00 | 3,625.00 |
| 07/06/2011 | Lindsey Roberts | READ | Reading Replies and Summary | 3.50 | 290.00 | 1,015.00 |
| 08/06/2011 | Angela Pearson | INTD | Discussion with Giles Boothman | 0.30 | 660.00 | 198.00 |
| 08/06/2011 | Angela Pearson | LETT | Emails Akin | 0.20 | 660.00 | 132.00 |
| 08/06/2011 | Angela Pearson | READ | Review emails | 0.20 | 660.00 | 132.00 |
| 08/06/2011 | Lindsay Connal | LETT | Emails | 0.20 | 460.00 | 92.00 |
| 08/06/2011 | Lindsey Roberts | PHON | Call - post hearing de-brief - typing up notes | 3.00 | 290.00 | 870.00 |
| 13/06/2011 | Angela Pearson | INTD | Discussion with LCC | 0.50 | 660.00 | 330.00 |
| 13/06/2011 | Lindsay Connal | INTD | AMP re hearing | 0.10 | 460.00 | 46.00 |
| 14/06/2011 | Lindsay Connal | INTD | KL re file | 0.10 | 460.00 | 46.00 |
| 18/06/2011 | Angela Pearson | LETT | Email to Akin Gump | 0.60 | 660.00 | 396.00 |
| 18/06/2011 | Angela Pearson | INTD | Emails to P Bagon | 0.40 | 660.00 | 264.00 |
| 19/06/2011 | Angela Pearson | INTD | Emails P Bagon | 0.40 | 660.00 | 264.00 |
| 19/06/2011 | Angela Pearson | INTD | Email Luke Rolleson | 0.20 | 660.00 | 132.00 |
| 19/06/2011 | Paul Bagon | LETT | reviewing emails re allocation hearing. | 2.80 | 395.00 | 1,106.00 |
| 20/06/2011 | Angela Pearson | INTD | Email to P Bagon | 0.20 | 660.00 | 132.00 |
| 20/06/2011 | Angela Pearson | READ | Review emails | 0.30 | 660.00 | 198.00 |
| 20/06/2011 | Paul Bagon | LETT | allocation hearing - internal discussions and transcript. | 6.50 | 395.00 | 2,567.50 |
| 21/06/2011 | Angela Pearson | INTD | Emails to team | 0.80 | 660.00 | 528.00 |
| 21/06/2011 | Lindsay Connal | INTD | PB | 0.50 | 460.00 | 230.00 |
| 21/06/2011 | Lindsay Connal | READ | Emails | 0.20 | 460.00 | 92.00 |
| 21/06/2011 | Paul Bagon | CASE | coordinating team re analysis of EMEA proofs of claim and related emails to AG. | 2.00 | 395.00 | 790.00 |
| 21/06/2011 | Paul Bagon | READ | US allocation hearing transcript. | 6.00 | 395.00 | 2,370.00 |
| 22/06/2011 | Angela Pearson | READ | Review of Particulars of Claim | 1.50 | 660.00 | 990.00 |
| 22/06/2011 | Angela Pearson | LETT | T/C with Akin Gump/post call discussion | 1.20 | 660.00 | 792.00 |
| 22/06/2011 | Angela Pearson | LETT | Review email | 0.50 | 660.00 | 330.00 |
| 22/06/2011 | Angela Pearson | LETT | Email to P Bagon | 0.20 | 660.00 | 132.00 |
| 22/06/2011 | Lindsay Connal | LETT | Call with Akin Gump and intd AMP, PB and LR | 1.30 | 460.00 | 598.00 |
| 22/06/2011 | Lindsay Connal | INTD | JB | 0.20 | 460.00 | 92.00 |
| 22/06/2011 | Lindsay Connal | READ | Emails | 0.10 | 460.00 | 46.00 |
| 22/06/2011 | Lindsay Connal | PREP | Prep for call | 0.10 | 460.00 | 46.00 |
| 22/06/2011 | Lindsey Roberts | PHON | Call with US Counsel R EMEA claims and internal discussions re: work post-call | 1.50 | 290.00 | 435.00 |
| 22/06/2011 | Paul Bagon | PHON | call with AG re Proofs of claim and related internal discussions. | 1.50 | 395.00 | 592.50 |
| 22/06/2011 | Paul Bagon | READ | reviewing NNUK proof of claim re NNI. | 7.00 | 395.00 | 2,765.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

| **C0012** | **General Claims Analysis/Claims Objections** | | | | | |
|---|---|---|---|---|---|---|
| | | | | **Time (Decimal)** | **Agreed Rate (GBP /hour)** | **Amount** |
| 23/06/2011 | Angela Pearson | READ | Review emails | 0.50 | 660.00 | 330.00 |
| 23/06/2011 | Angela Pearson | INTD | Email to Paul Bagon | 0.20 | 660.00 | 132.00 |
| 23/06/2011 | Lindsay Connal | READ | Email from PB | 0.10 | 460.00 | 46.00 |
| 23/06/2011 | Lindsay Connal | READ | Email from PB | 0.10 | 460.00 | 46.00 |
| 23/06/2011 | Lindsay Connal | READ | Emails | 0.10 | 460.00 | 46.00 |
| 23/06/2011 | Lindsey Roberts | DRFT | Memo on EMEA claims | 5.00 | 290.00 | 1,450.00 |
| 23/06/2011 | Marcus Fink | LETT | review emails and additional EMEA claims vs US debtors | 2.10 | 580.00 | 1,218.00 |
| 23/06/2011 | Paul Bagon | CASE | re committee call and claim analysis. | 1.00 | 395.00 | 395.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0012**     <u>**General Claims Analysis/Claims Objections**</u>

| | | | | Time<br>(Decimal) | Agreed Rate<br>(GBP /hour) | | Amount |
|---|---|---|---|---|---|---|---|
| 23/06/2011 | Paul Bagon | LETT | instructions to Paris re EMEA debtors claims review. | 2.00 | 395.00 | | 790.00 |
| 23/06/2011 | Paul Bagon | DRFT | EMEA claims summary and related discussions with Lindsey R. | 2.50 | 395.00 | | 987.50 |
| 23/06/2011 | Paul Bagon | LETT | reviewing EMEA proofs of claim. | 2.00 | 395.00 | | 790.00 |
| 24/06/2011 | Lindsey Roberts | INTD | Interal discussion re: legal elements research | 1.00 | 290.00 | | 290.00 |
| 24/06/2011 | Paul Bagon | READ | Allocation hearing transcript. | 3.00 | 395.00 | | 1,185.00 |
| 24/06/2011 | Paul Bagon | DRFT | TUV rider for claims analysis memo. | 1.00 | 395.00 | | 395.00 |
| 26/06/2011 | Lindsey Roberts | RSCH | Legal element research | 5.00 | 290.00 | | 1,450.00 |
| 27/06/2011 | Karla Lennon | LETT | Research and writing note re breach of contract | 3.20 | 185.00 | | 592.00 |
| 27/06/2011 | Lindsey Roberts | DRFT | Working on redraft of memo | 5.00 | 290.00 | | 1,450.00 |
| 27/06/2011 | Paul Bagon | LETT | analysis re transfer at a undervalue re EMEA Debtor claims. | 2.00 | 395.00 | | 790.00 |
| 27/06/2011 | Pierre-Emmanuel Fender | CASE | lecture proof of claim | 1.00 | 540.00 | | 540.00 |
| 28/06/2011 | Angela Pearson | INTD | Discussion with LROBER | 0.30 | 660.00 | | 198.00 |
| 28/06/2011 | Angela Pearson | READ | Review emails | 0.50 | 660.00 | | 330.00 |
| 28/06/2011 | Lindsey Roberts | DRFT | Working on note | 4.80 | 290.00 | | 1,392.00 |
| 28/06/2011 | Paul Bagon | LETT | emails and internal discussions with LAR re IP sale process. | 0.80 | 395.00 | | 316.00 |
| 28/06/2011 | Paul Bagon | DRFT | EMEA Claims analysis memo | 5.60 | 395.00 | | 2,212.00 |
| 28/06/2011 | Pierre-Emmanuel Fender | CASE | explicaion déclaration de créance liquidateur francais | 1.00 | 540.00 | | 540.00 |
| 29/06/2011 | Angela Pearson | LETT | Discussion with LROBER | 0.40 | 660.00 | | 264.00 |
| 29/06/2011 | Angela Pearson | READ | Review emails | 0.50 | 660.00 | | 330.00 |
| 29/06/2011 | Lindsay Connal | LETT | Emails | 0.10 | 460.00 | | 46.00 |
| 29/06/2011 | Lindsay Connal | INTD | LR | 0.40 | 460.00 | | 184.00 |
| 29/06/2011 | Lindsey Roberts | INTD | Internal discussion with Nortel | 0.50 | 290.00 | | 145.00 |
| 29/06/2011 | Lindsey Roberts | DRFT | Working on note | 7.00 | 290.00 | | 2,030.00 |
| 29/06/2011 | Paul Bagon | DRFT | EMEA Claims analysis | 7.50 | 395.00 | | 2,962.50 |
| 29/06/2011 | Pierre-Emmanuel Fender | CASE | lecture déclaration | 7.00 | 540.00 | | 3,780.00 |
| 30/06/2011 | Angela Pearson | INTD | Discussion LCC | 0.20 | 660.00 | | 132.00 |
| 30/06/2011 | Angela Pearson | INTD | Discussion P Bagon | 0.20 | 660.00 | | 132.00 |
| 30/06/2011 | Angela Pearson | READ | Review email | 0.40 | 660.00 | | 264.00 |
| 30/06/2011 | Lindsay Connal | INTD | LR re note of advice | 0.80 | 460.00 | | 368.00 |
| 30/06/2011 | Lindsay Connal | INTD | AMP re note of advice | 0.20 | 460.00 | | 92.00 |
| 30/06/2011 | Lindsay Connal | LETT | Email to AMP re note of advice | 0.10 | 460.00 | | 46.00 |
| 30/06/2011 | Marcus Fink | LETT | review IP sale update and claims analysis re UK pensions parties | 1.60 | 580.00 | | 928.00 |
| 30/06/2011 | Paul Bagon | DRFT | claims analysis memo | 8.00 | 395.00 | | 3,160.00 |
| 30/06/2011 | Pierre-Emmanuel Fender | CASE | recherches | 4.00 | 540.00 | | 2,160.00 |
| 30/06/2011 | Sophie Law | RSCH | intd with Paul re rsch "entering into a transaction", rsch, email to Paul with findings | 0.90 | 185.00 | | 166.50 |

| | |
|---|---|
| | **111,089.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0019**</u>     <u>**Labor Issues/Employee Benefits**</u>

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.70 | 660.00 | 462.00 |
| SEH | Steven Hull | 4.80 | 660.00 | 3,168.00 |
| **Counsel** | | | | |
| MDF | Marcus Fink | 12.00 | 580.00 | 6,960.00 |
| **Senior Associate** | | | | |
| LCC | Lindsay Connal | 0.90 | 460.00 | 414.00 |
| **Associate** | | | | |
| PDB | Paul Bagon | 3.50 | 395.00 | 1,382.50 |
| | | | Total | **12,386.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0019**      **Labor Issues/Employee Benefits**

|  |  |  | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|--|--|--|--|--|--|--|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|------|--------|--------|-----------|----------------|------|--------|
| 02/06/2011 | Marcus Fink | LETT | Further review of witness statements and review scheduling emails re meeting with tPR. Consider strategy re tPR meeting | 2.10 | 580.00 | 1,218.00 |
| 02/06/2011 | Paul Bagon | READ | Pension appeal motions. | 2.00 | 395.00 | 790.00 |
| 02/06/2011 | Steven Hull | LETT | Emails with Joshua Sturm and Paul Bagon regarding proposed meeting with Pensions Regulator and related parties. | 0.40 | 660.00 | 264.00 |
| 03/06/2011 | Lindsay Connal | INTD | AMP re pensions update, and AD re documents | 0.90 | 460.00 | 414.00 |
| 09/06/2011 | Marcus Fink | LETT | Look into possibility of tPR issuing CN. Respond to query raised by Akin re the relevant party for enforcing a CN | 2.10 | 580.00 | 1,218.00 |
| 09/06/2011 | Steven Hull | READ | Review Lisa Beckerman email and review attached question in connection with the right to collect on contribution notices; discussion with Marcus Fink regarding legislation in connection with PPF powers in respect of same and review Marcus Fink response to Lisa Beckerman re same | 0.70 | 660.00 | 462.00 |
| 14/06/2011 | Steven Hull | READ | Review email from Josh Sturm regarding proposed conference call with TPR and consider issues potentially arising | 0.30 | 660.00 | 198.00 |
| 16/06/2011 | Marcus Fink | LETT | Attend meeting with tPR and draft detailed summary for team. Review legislation to validate assertions made by tPR | 4.20 | 580.00 | 2,436.00 |
| 16/06/2011 | Steven Hull | PHON | Review e-mails in preparation for attending conference call; discussions with Marcus Fink regarding same re. preparation of notes and related matters; preparing for and attending conference call with unsecured creditors committees representatives and Akin Gump together with Marcus Fink and representations of the Pensions Regulator in connection with negotiations over quantum and related assets; review Marcus Fink notes re. same | 2.70 | 660.00 | 1,782.00 |
| 17/06/2011 | Marcus Fink | LETT | consider points raised in tPR meeting. Discuss same with S Hull | 0.50 | 580.00 | 290.00 |
| 20/06/2011 | Angela Pearson | INTD | Email - M Fink | 0.20 | 660.00 | 132.00 |
| 20/06/2011 | Marcus Fink | LETT | research position of regulator in Bonas judgement by reviewing same and providing detailed summary of relevace to position of UCC and the Pensions Regulators claims against the Nortel estates | 3.10 | 580.00 | 1,798.00 |
| 20/06/2011 | Paul Bagon | CASE | UK TPR issues | 1.00 | 395.00 | 395.00 |
| 20/06/2011 | Steven Hull | READ | Review Marcus Fink response to Fred Hodara regarding query in connection with the Financial Support Directions, Contribution Notices and the Bonas case | 0.30 | 660.00 | 198.00 |
| 21/06/2011 | Angela Pearson | LETT | Review emails | 0.50 | 660.00 | 330.00 |
| 23/06/2011 | Steven Hull | READ | Review Paul Bagon email and review attached agenda for UCC meeting and related matters and review email correspondence re same; review further correspondence regarding second round of TPR Nortel meetings and consider issues arising in respect of same | 0.40 | 660.00 | 264.00 |
| 28/06/2011 | Paul Bagon | PHON | capstone re UK pensions query. | 0.50 | 395.00 | 197.50 |

|  |  |  |  |  |  | 12,386.50 |
|--|--|--|--|--|--|--|

**Matter: CCN01.00001 - BANKRUPTCY**

## C0024     Asset/Stock Transaction/Business Liquidations

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| SEH | Steven Hull | 0.40 | 660.00 | 264.00 |
| **Senior Associate** | | | | |
| LAR | Luke Rollason | 5.90 | 510.00 | 3,009.00 |
| PEF | Pierre-Emmanuel Fender | 1.80 | 540.00 | 972.00 |
| **Associate** | | | | |
| PDB | Paul Bagon | 1.30 | 395.00 | 513.50 |
| | | | Total | 4,758.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 14/06/2011 | Luke Rollason | PHON | Pre-call re committee call. Email to Pierre-Emmanuel Fender re Iceberg. Reviewing French sale order. | 3.10 | 510.00 | 1,581.00 |
| 14/06/2011 | Pierre-Emmanuel Fender | LETT | Question Iceberg | 1.00 | 540.00 | 540.00 |
| 15/06/2011 | Luke Rollason | PHON | Comittee call. Prep for call. Call wtih Pierre-Emmanuel Fender re Iceberg. Reviewing PEF email re French order. Reviewing French sale order. | 2.80 | 510.00 | 1,428.00 |
| 15/06/2011 | Pierre-Emmanuel Fender | LETT | Considering US counsels query | 0.80 | 540.00 | 432.00 |
| 24/06/2011 | Paul Bagon | READ | Jefferies presentation re IP Sale Bidders and related emails. | 0.50 | 395.00 | 197.50 |
| 28/06/2011 | Steven Hull | LETT | Review Paul Bagon update regarding auction process and review attached email correspondence re: same. | 0.20 | 660.00 | 132.00 |
| 29/06/2011 | Paul Bagon | LETT | re status of IP sale auction | 0.80 | 395.00 | 316.00 |
| 29/06/2011 | Steven Hull | READ | Review Paul Bagon's further update regarding auction process and review status report | 0.20 | 660.00 | 132.00 |

4,758.50

**Matter: CCN01.00001 – BANKRUPTCY**

<u>C0025</u>    <u>**Travel**</u>

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| LCC | Lindsay Connal | 25.00 | 460.00 | 11,500.00 |
| | | | Total | 11,500.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/06/2011 | Lindsay Connal | TRAV | Travel to Wilmington, including reading in/prep for hearing. | 12.70 | 460.00 | 5,842.00 |
| 07/06/2011 | Lindsay Connal | TRAV | Travel to Court and attendance in Court awaiting commencement of hearing | 0.30 | 460.00 | 138.00 |
| 08/06/2011 | Lindsay Connal | TRAV | Wilmington to Philadelphia airport | 0.50 | 460.00 | 230.00 |
| 08/06/2011 | Lindsay Connal | TRAV | At Philadelphia airport (check-in, security and waiting time) | 2.00 | 460.00 | 920.00 |
| 08/06/2011 | Lindsay Connal | TRAV | Boarding, flight, travel to Paddington | 9.50 | 460.00 | 4,370.00 |
| | | | | | | 11,500.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0031**        **European Proceedings/Matters**

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 4.90 | 690.00 | 3,381.00 |
| **Senior Associate** | | | | |
| LAR | Luke Rollason | 1.50 | 510.00 | 765.00 |
| LCC | Lindsay Connal | 0.40 | 460.00 | 184.00 |
| **Associate** | | | | |
| PDB | Paul Bagon | 1.30 | 395.00 | 513.50 |
| **Trainee** | | | | |
| SLAW | Sophie Law | 1.70 | 185.00 | 314.50 |
| | | | Total | 5,158.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/06/2011 | Giles Boothman | INTD | Angela, Paul, Antonia | 1.00 | 690.00 | 690.00 |
| 01/06/2011 | Giles Boothman | PHON | Ken Baird, Freshfields | 0.10 | 690.00 | 69.00 |
| 01/06/2011 | Paul Bagon | PHON | Post-UCC professionals call. | 0.30 | 395.00 | 118.50 |
| 03/06/2011 | Giles Boothman | SUPE | Angela, Paul, Sophie | 0.50 | 690.00 | 345.00 |
| 07/06/2011 | Giles Boothman | READ | Emails/docs | 1.00 | 690.00 | 690.00 |
| 08/06/2011 | Giles Boothman | INTD | Angela | 0.30 | 690.00 | 207.00 |
| 08/06/2011 | Giles Boothman | ATTD | Professionals call | 1.00 | 690.00 | 690.00 |
| 08/06/2011 | Luke Rollason | PHON | Professionals pre-call. Prep for call. | 1.50 | 510.00 | 765.00 |
| 08/06/2011 | Lindsay Connal | PHON | Nortel all professionals call | 0.40 | 460.00 | 184.00 |
| 09/06/2011 | Giles Boothman | READ | Emails/docs/reports | 0.50 | 690.00 | 345.00 |
| 09/06/2011 | Giles Boothman | INTD | Angela, Lindsey, Luke | 0.50 | 690.00 | 345.00 |
| 17/06/2011 | Sophie Law | LETT | Billing / exchange rate queries from Akin/RTF, call with PDB | 1.70 | 185.00 | 314.50 |
| 22/06/2011 | Paul Bagon | PHON | professionals pre-call. | 1.00 | 395.00 | 395.00 |
| | | | | | | 5,158.00 |