## Exhibit C

## DISBURSEMENT SUMMARY
## JUNE 01, 2011 THROUGH JUNE 30, 2011

| | |
|---|---:|
| Retained Professionals and Experts' Fees | £1,500.00 |
| Document Production - Internal | £1,198.84 |
| Document Production – External | 71.28 |
| Meals | £40.63 |
| Travel Expenses – Ground Transportation | £415.46 |
| Travel Expenses – Air Transportation | £4,242.23 |
| Travel Expenses – Miscellaneous | £999.87 |
| Telephonic | £336.42 |
| Search Fees | £41.00 |
| **TOTAL** | **£8,845.73** |