Exhibit D

## Disbursements Detailed Breakdown

### Document Production (Photocopying: A4 / A5 Black and White)

| Date | Description | Amount |
|---|---|---|
| 01/06/2011 | Photocopying | 13.86 |
| 02/06/2011 | Photocopying | 286.44 |
| 14/06/2011 | Photocopying | 84.84 |
| 23/06/2011 | Photocopying | 15.96 |

### Document Production (Photocopying: A4 / A5 Colour)

| Date | Description | Amount |
|---|---|---|
| 02/06/2011 | Photocopying | 2.25 |

### Document Production (Digital Documents)

| Date | Description | Amount |
|---|---|---|
| 03/06/2011 | Scanning | 0.10 |

### Document Production (Tab)

| Date | Description | Amount |
|---|---|---|
| 02/06/2011 | Finishing | 12.00 |
| 21/06/2011 | Finishing | 9.60 |

### Document Production (Lever Arch File)

| Date | Description | Amount |
|---|---|---|
| 02/06/2011 | Finishing | 33.75 |
| 14/06/2011 | Finishing | 10.80 |
| 21/06/2011 | Finishing | 10.80 |

### Document Production (Printing: A4 / A5 Black and White)

| Date | Description | Amount |
|---|---|---|
| 01/06/2011 | Printing | 5.40 |
| 02/06/2011 | Printing | 17.76 |
| 03/06/2011 | Printing | 36.72 |
| 06/06/2011 | Printing | 28.08 |
| 07/06/2011 | Printing | 67.68 |
| 10/06/2011 | Printing | 0.48 |
| 13/06/2011 | Printing | 36.60 |
| 14/06/2011 | Printing | 2.64 |
| 20/06/2011 | Printing | 28.80 |
| 21/06/2011 | Printing | 1.20 |
| 22/06/2011 | Printing | 426.84 |
| 23/06/2011 | Printing | 10.92 |
| 27/06/2011 | Printing | 16.32 |
| 28/06/2011 | Printing | 3.48 |
| 29/06/2011 | Printing | 2.88 |

## Disbursements Detailed Breakdown

| Date | Description | Amount |
|---|---|---|
| 30/06/2011 | Printing | 6.24 |

### Document Production (Scanning: A4 / A5 Black and White)

| Date | Description | Amount |
|---|---|---|
| 03/06/2011 | Scanning | 26.40 |

### Experts Fees (Expert Fees)

| Date | Description | Amount |
|---|---|---|
| 30/06/2011 | VENDOR: Lane Clarke & Peacock LLP; INVOICE#: FN03568; DATE: 30/06/2011 - Professional services rendered | 1,500.00 |

### External Photocopying Charges (Outside Photocopying Charges)

| Date | Description | Amount |
|---|---|---|
| 02/06/2011 | VENDOR: Lineal Limited; INVOICE#: 1399; DATE: 02/06/2011 - Outsourced Copying | 71.28 |

### Fares, Courier Charges and Incidental Expenses (Meals)

| Date | Description | Amount |
|---|---|---|
| 01/06/2011 | VENDOR: Conference Room Catering INVOICE#: 30 05 06 2011 DATE: 09/06/2011 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Jun 1 2011 | 3.25 |
| 03/06/2011 | PAYEE: Petty cash; REQUEST#: 441628; DATE: 03/06/2011. - petty cash ACROKE dinner - working late | 19.52 |
| 10/06/2011 | PAYEE: Petty cash; REQUEST#: 442400; DATE: 10/06/2011. - petty cash LROBER dinener - working late | 17.86 |

### Fares, Courier Charges and Incidental Expenses (Sundries)

| Date | Description | Amount |
|---|---|---|
| 31/05/2011 | VENDOR: The British Library; INVOICE#: 139649833; DATE: 31/05/2011 - Purchase of Articles | 41.00 |

### Fares, Courier Charges and Incidental Expenses (Taxis)

| Date | Description | Amount |
|---|---|---|
| 02/06/2011 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 120515; DATE: 02/06/2011 - Taxi 01/06/11- Appold to 1 Portland Rd (ref: 20497426) | 41.87 |
| 03/06/2011 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 120518; DATE: 03/06/2011 - Taxi- Appold to WC1X 9AX (ref: 20500367) | 24.44 |
| 08/06/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/96812; DATE: 08/06/2011 - Taxis 23/05/11- EC2A to N6 (ref: 905411) | 32.93 |
| 08/06/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/96812; DATE: 08/06/2011 - Taxis 23/05/11- EC2A to SW12 (ref: 905399) | 32.93 |
| 08/06/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/96812; DATE: 08/06/2011 - Taxis 25/05/11- EC2A to SW12 (ref: 906850) | 32.93 |
| 14/06/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/97124; DATE: 14/06/2011 - Taxi 02/06/11- EC2A to SW4 (ref: 909994) | 29.57 |
| 14/06/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/97124; DATE: 14/06/2011 - Taxi 08/06/11- EC2A to SW12 (ref: 912258) | 74.28 |
| 14/06/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/97124; DATE: 14/06/2011 - Taxi 08/06/11- EC2A to SW4 (ref: 912257) | 61.14 |
| 14/06/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/97124; DATE: 14/06/2011 - Taxi 08/06/11- EC2A to SW4 (ref: 912753) | 29.57 |
| 15/06/2011 | PAYEE: Petty cash; REQUEST#: 442779; DATE: 15/06/2011. - petty cash LCC taxi fare | 12.80 |
| 29/06/2011 | PAYEE: Petty cash; REQUEST#: 444760; DATE: 29/06/2011. - petty cash LAR taxi | 11.00 |

### Fares, Courier Charges and Incidental Expenses (Telephone Conference)

| Date | Description | Amount |
|---|---|---|
| 01/06/2011 | VENDOR: Meetingzone Ltd; INVOICE#: 000431311; DATE: 01/06/2011 - Conference Call on 05/05/11 & 26/05/11 | 18.01 |

### Fares, Courier Charges and Incidental Expenses (Telephone)

| Date | Description | Amount |
|---|---|---|
| 27/06/2011 | PAYEE: Transfer Supplier Movements; REQUEST#: 444372; DATE: 27/06/2011. - Recharge of Paul Bagon's Blackberry Calls during April 2011 | 318.41 |

## Disbursements Detailed Breakdown

### International Travel, Hotel and Related Expenses (Currency)

| Date | Description | Amount |
|---|---|---|
| 06/06/2011 | VENDOR: eurochange PLC; INVOICE#: 12888; DATE: 06/06/2011 - Currency Order on 3 June 2011 - £1000 US Dollars to attend hearing on clients request | 999.87 |

### International Travel, Hotel and Related Expenses (Travel Expenses (inc. International Air Fares and Eurostar))

| Date | Description | Amount |
|---|---|---|
| 03/06/2011 | VENDOR: Reed & Mackay Travel Ltd; INVOICE#: R2218933; DATE: 03/06/2011 - Air fare on 6 & 8 June 2011 London-Philadelphia RTN | 4,342.23 |
| 24/06/2011 | PAYEE: Connal, Lindsay; REQUEST#: 442493; DATE: 24/06/2011. - Bacs payment to reimburse expenses LCC train fare - Paddington to Heathrow 06.06.11 | 32.00 |
| | | 8,845.73 |