
## Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD JUNE 01, 2011 THROUGH JUNE 30 2011

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate Prior to 1 June 2011 | Hourly Billing Rate After 1 June 2011 | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|---|
| Giles Boothman | Partner for 10 years; Admitted in 1993; Restructuring and Special Situations Group, UK | £650 | £690 | 11.70 | 8,073.00 |
| Steven Hull | Partner for 14 years; Admitted in 1989; Employment, Incentives and Pensions Group, UK | £625 | £660 | 5.20 | 3,432.00 |
| Angela Pearson | Partner for 5 years; Admitted in 1991; Litigation Group, UK | £625 | £660 | 39.50 | 26,070.00 |
| Marcus Fink | Counsel for 1 year; Admitted in 2001; Employment, Incentives and Pensions Group, UK | £515 | £580 | 15.70 | 9,106.00 |
| Luke Rollason | Associate for 6 years; Admitted in 2005; Restructuring and Special Situations Group, UK | £490 | £510 | 11.30 | 5,763.00 |
| Jessica Neuberger | Associate for 6 years; Admitted in 2005; Litigation Group, UK | - | £510 | 1.70 | 867.00 |
| Pierre-Emmanuel Fender | Associate for 8 years; Admitted in 2003; Litigation and Restructuring, France | £515 | £540 | 14.80 | 7,992.00 |
| Lindsay Connal | Associate for 5 years; Admitted in 2006; Litigation, UK | - | £460 | 59.50 | 27,370.00 |
| Paul Bagon | Associate for 3 years; Admitted in 2008; Restructuring and Special Situations Group, UK | £350 | £395 | 87.90 | 34,720.50 |
| Antonia Croke | Associate for 3 years; Admitted in 2007 in New South Wales, Australia, Litigation Group, UK | £350 | £425 | 12.80 | 5,440.00 |
| Lindsey Roberts | Newly qualified Associate; Admitted in 2011; Litigation Group, UK | £290 | £290 | 65.50 | 18,995.00 |
| Alice Douglas | Trainee Solicitor; Litigation Group, UK | £185 | £185 | 18.60 | 3,441.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate Prior to 1 June 2011 | Hourly Billing Rate After 1 June 2011 | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|---|
| Karla Lennon | Trainee Solicitor; Litigation Group, UK | £185 | £185 | 3.20 | 592.00 |
| Sophie Law | Trainee Solicitor; Restructuring and Special Situations Group, UK | £185 | £185 | 9.10 | 1,683.50 |
| Phillippa Holland | Trainee Solicitor; Litigation Group, UK | £185 | £185 | 0.40 | £74.00 |
| TOTAL | | | | 356.90 | 153,619.00 |

## COMPENSATION BY PROJECT CATEGORY
## JUNE 01, 2011 THROUGH JUNE 30, 2011

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 8.30 | 3,278.50 |
| Creditors Committee Meetings | 13.10 | 5,448.00 |
| General Claims Analysis | 269.40 | 111,089.50 |
| Labor Issues / Employee Benefits | 21.90 | 12,386.50 |
| Asset / Stock Transaction / Business Liquidations | 9.40 | 4,758.50 |
| Travel | 25.00 | 11,500.00 |
| European Proceedings/Matters | 9.80 | 5,158.00 |
| TOTAL | 356.90 | 153,619.00 |