IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
: Jointly Administered
Debtors. :
: **RE: D.I. 5202, 5359, 5935**
:
:
---------------------------------------------------------X

### NOTICE OF CLOSING OF PATENT SALE AND DEADLINE FOR FILING PROOFS OF CLAIM RE REJECTION OF CERTAIN PATENT LICENSES

**PLEASE TAKE NOTICE** that on April 4, 2011, the Debtors filed a Motion for Orders (I)(A) Authorizing Debtors' Entry into the Stalking Horse Asset Sale Agreement, (B) Authorizing and Approving the Bidding Procedures and Bid Protections, (C) Approving the Notice Procedures and the Assumption and Assignment Procedures, (D) Approving the License Rejection Procedures, (E) Approving a Side Agreement, (F) Authorizing the Filing of Certain Documents under Seal and (G) Setting a Date for the Sale Hearing, and (II) Authorizing and Approving (A) the Sale of Certain Patents and Related Assets Free and Clear of All Claims and Interests, (B) the Assumption and Assignment of Certain Executory Contracts, (C) the Rejection of Certain Patent Licenses and (D) the License Non-Assignment and Non-Renewal Protections (the "Sale Motion")[2] [D.I. 5202] seeking approval of the sale of certain of the Debtors' residual patents and related assets, as described therein (the "Sale").

**PLEASE TAKE FURTHER NOTICE** that on May 2, 2011, the United States Bankruptcy Court for the District of Delaware entered an order approving, among other things, (i) bidding procedures governing the sale of the Purchased Assets and (ii) the rejection by the Debtors of the Unknown Licenses pursuant to section 365 of the Bankruptcy Code [D.I. 5359].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that on July 11, 2011, the United States Bankruptcy Court for the District of Delaware entered an order approving, among other things, (i) the sale of the Purchased Assets to Rockstar Bidco, LP and (ii) the rejection of the Unknown Licenses pursuant to section 365 of the Bankruptcy Code [D.I. 5935].

**PLEASE TAKE FURTHER NOTICE** that the closing of the Sale occurred on **July 29, 2011** (the "Closing"), and that, pursuant to the License Rejection Procedures and subject to the terms thereof, (i) the rejection of the Unknown Licenses is effective as of the Closing and (ii) with respect to any Unknown License that has been rejected, the deadline for any counterparty to such Unknown License to file a claim against the Debtors that arises from the rejection of an Unknown License (a "License Rejection Damages Claim") is **4:00 p.m. (ET) on August 29, 2011**.

**PLEASE TAKE FURTHER NOTICE** that all License Rejection Damages Claims must comply with the procedures established by the Order Establishing Deadlines For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof [D.I. 1280]. Claimants also are required to include a written copy of the relevant Unknown License in any License Rejection Damages Claim that is served on the Debtors and the Canadian Debtors.

*[Remainder of Page Intentionally Left Blank]*

Dated: July 29, 2011
     Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*