Form 210A (10/06)

# United States Bankruptcy Court
# District Of Delaware

**In re:** Nortel Networks Inc.,
**Case No.** 09-10138

**Amended NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE **or deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Name of Transferee:** | **Name of Transferor:** |
| Fair Harbor Capital, LLC | Alvin M Ethington |
| As assignee of Alvin M Ethington | |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known):  234 |
| | Amount of Claim:  $24,769.20 |
| Fair Harbor Capital, LLC | Date Claim Filed: |
| Ansonia Finance Station | |
| PO Box 237037 | |
| New York, NY 10023 | |
| | **Name and Address of Transferor:** |
| | Alvin M Ethington |
| | 252 Shawnee Run |
| | Taylorsville, KY  40071 |
| Phone:  ___212 967 4035_____ | Phone: |
| Last Four Digits of Acct #:  ____n/a_____ | Last Four Digits of Acct. #:  ___n/a____ |

Name and Address where transferee payments
should be sent (if different from above):

Phone:  _____n/a_____
Last Four Digits of Acct #:  _____n/a_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/Fredric Glass_____   Date:__ Tuesday, August 02, 2011_____
Transferee/Transferee's Agent
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
# District Of Delaware

**In re:** Nortel Networks Inc.,
**Case No.** 09-10138

**Amended NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

**Claim No. (if known) 234**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on Tuesday, August 02, 2011.

| **Name of Transferee:** | **Name of Transferor:** |
|---|---|
| Fair Harbor Capital, LLC<br>As assignee of Alvin M Ethington | Alvin M Ethington |
| Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>PO Box 237037<br>New York, NY 10023 | Name and Address of Transferor:<br><br>Alvin M Ethington<br>        Alvin M Ethington<br>252 Shawnee Run<br>Taylorsville, KY  40071 |

## ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objection must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                        _____

                                                                                                                                                                             Clerk of the Court

(NNI) Search Claims

Page 1 of 1

Claim Question? Call: 646-282-2400    Technical Support Question? Call: 800-794-4730

Guest | Sign In

**NORTEL**
Nortel Networks Inc.
Change Client

Client Home    Claims    Docket    Key Documents

Home>Search Claims

Bookmark this Page

## Search Claims

Criteria

| Claim Number | Creditor Name | | Scope |
| --- | --- | --- | --- |
| | Name Contains | ethington | Claims and Schedules |

| Schedule Number | Amount | | |
| --- | --- | --- | --- |
| | Total Claim Value | Equals | |

| Docket Number | Claim Date Range | | |
| --- | --- | --- | --- |
| | | to | |

Debtor

Order By: Creditor Name          Results Per Page: 25

Results
Expand All

[1] Page 1 of 1 - 02 total items

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
| --- | --- | --- | --- | --- | --- |
| | 100007470 | ALVIN M ETHINGTON<br>252 SHAWNEE RUN<br>TAYLORSVILL, KY 40071<br><br>Debtor: Nortel Networks Inc. | | Schedule G | No Image |
| 234 | 100007400 | ETHINGTON, ALVIN M<br>252 SHAWNEE RUN<br>TAYLORSVILLE, KY 40071<br><br>Debtor: 09-10138 Nortel Networks Inc. | 2/8/2009<br>Claimed Unsecured:<br>Scheduled Priority:<br>Scheduled Unsecured: | $24,769.20<br>$24,769.23<br>$8,473.09<br>$16,543.81 | Suppressed |

[1] Page 1 of 1 02 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this web site for the public's convenience. While Epiq makes every attempt to ensure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.

7/27/2011

http://chap11.epiqsystems.com/NNI/claim/SearchClaims.aspx?rc=1

ALVIN M ETHINGTON ("Assignor"), transfers and assigns unto Fair Harbor Capital, LLC with an address at 1841 Broadway Suite 1007, New York, NY 10023, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title, and interest in, to and under the claim of Assignor as set forth in the Agreement against Nortel Networks, Inc. (the "Debtor"), in the aggregate amount of $25,016.88, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 09-10138.

IN WITNESS WHEREOF, Assignor has signed below as of the 27 day of July, 2011.

By: _____          Alvin M. Ethington
Signature                                              Print Name/Title

By: _____
Fred Glass       J. Peter Knox
Fair Harbor Capital, LLC