Form 210A (10/06)

# United States Bankruptcy Court
District Of Delaware

In re Nortel Networks, Inc., et al.,            Case No. 09-10138-KG
*Chapter 11*, Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Richard R. Standel, Jr. | Fulcrum Distressed Opportunities Fund I, LP |
|---|---|
| Name of Transferor | Name of Transferee |

Name and Address where notices to transferee should be sent:

Richard R. Standel, Jr.
8231 Bay Colony Dr.
Apt #303
Naples, FL 34108

Name and Current Address of Transferor:

Fulcrum Distressed Opportunities Fund I, LP
111 Congress Avenue, Suite 2550
Austin, Texas 78701
Attn: General Counsel
Tel: (512) 473-2776
Fax: (512) 473-2772

Amount of Claim: $676,950.08**
Claim Nos. 3820 and 3606 (See Exhibit C)
Date Claim Filed: September 24, 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Matthew W. Hamilton__        Date: __August 2, 2011__
    Transferee/Transferee's Agent

**See Evidence of Transfer, attached as Exhibit A hereto, and Schedule of Transferred Claims, attached as Exhibit B hereto, for complete description of amount and nature of claims assigned**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A
EVIDENCE OF TRANSFER

TO: THE DEBTOR AND THE BANKRUPTCY COURT

Richard R. Standel, Jr., with an address at 8231 Bay Colony Dr., Apt #303, Naples, FL 34108 ("**Seller**") transfers unto Fulcrum Distressed Opportunities Fund I, LP, its successors and assigns ("**Buyer**"), pursuant to the terms of that certain Purchase and Sale Agreement For Certain Claims In The Chapter 11 Cases[1], of even date herewith (the "**Agreement**"), all of its right, title and interest in and to the deferred compensation claims, identified on the attached Schedule (the "**Claims**"), against Nortel Networks, Inc. (the "**Debtor**"), in proceedings for reorganization (the "**Proceedings**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"), jointly administered under In re Nortel Networks Inc., et al., Chapter 11 Case No. 09-10138 (KG).

Seller hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing Claims and recognizing the Buyer as the sole owner and holder of the Claims. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the Seller and the Buyer have caused this Evidence of Transfer to be duly executed as of July 29, 2011.

**SELLER:**

RICHARD R. STANDEL, JR.

_____

---

[1] Capitalized terms not otherwise defined herein, have those meaning ascribed to such terms in the Agreement.

A-1

**EXHIBIT B**
SCHEDULE OF TRANSFERRED CLAIMS

| **Transferor Name** | **Transferee Name** | **Proof of Claim Numbers** | **Schedule Numbers** | **Proof of Claim Amount** |
|---|---|---|---|---|
| Richard Standel, Jr. | Fulcrum Distressed Opportunities Fund I, LP | 3820 3606 | 100833840 | $676,950.08 |

**EXHIBIT C**
PROOF(S) OF CLAIM TRANSFERRED

**NORTEL NETWORKS INC.**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

NNI (MERGE2.DBF,SCHED_NO) SCHEDULE #: 100833840*****
RICHARD STANDEL, JR.
8231 BAY COLONY DR.
APT. #303
NAPLES, FL 34108

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Your claim is scheduled by the Debtor as:
**$676,950.08 UNSECURED UNLIQUIDATED**

Telephone number:                Email Address:

Name and address where payment should be sent (if different from above):

(239) 596-7452      richardrstandeljr@equinmark.com

Telephone number:                Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. Amount of Claim as of Date Case Filed: $ **676,950.08**

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: **unpaid deferred compensation for services rendered**
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: **0138**
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☑ Other
   Describe: _____
   Value of Property: $_____   Annual Interest Rate ____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____  Basis for perfection: _____
   Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
   **DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
   If the documents are not available, please explain:

Date: **9/14/09**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
**Richard R Standel Jr**

**FOR COURT USE ONLY**

FILED / RECEIVED
SEP 25 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

These monthly payments were not to terminate in the event of my death but were then to be paid to my designated heir(s) or my estate.

