IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 6057** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 29, 2011, I caused to be served "Notice of Closing of Patent Sale and Deadline for Filing Proof of Claim Re Rejection of Certain Patent Licenses," dated July 29, 2011 [Docket No. 6059], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Pete Caris

Sworn to before me this
2nd day of August, 2011

Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ACUSHNET COMPANY | ATTN: CREDIT DEPT TITLEIST & FOOTJOY, PO BOX 965 FAIRHAVEN MA 02719 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S. HODARA ESQ.; RYAN C. JACOBS ESQ. ONE BRYANT PARK NEW YORK NY 10036 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: SUSAN R. FUERTES, ESQ. 14910 ALDINE-WESTFIELD ROAD HOUSTON TX 77032 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN ESQ,LISA J.P. KRAIDIN. ESQ. 1221 AVENUE OF THE AMERICAS, 20TH FLOOR NEW YORK NY 10020 |
| AMPHENOL CORPORATION | ATTN: EDWARD C. WETMORE VP & GEN COUNSEL 358 HALL AVENUE WALLINGFORD CT 06492 |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GOIN CFO 420 SOUTH ORANGE AVENUE, 6TH FL ORLANDO FL 32801 |
| ARCHER & GREINER PC | ATTN: JOHN V. FIORELLA ESQ. 300 DELAWARE AVE, STE 1370 WILMINGTON DE 19801 |
| ARCHER & GREINER PC | ATTN: CHARLES J. BROWN III ESQ. 300 DELAWARE AVE, STE 1370 WILMINGTON DE 19801 |
| ARDENT LAW GROUP, P.C. | ATTN: HUBERT H. KUO ESQ. 2600 MICHELSON DRIVE, SUITE 1700 IRVINE CA 92612 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN ESQ.,FRANK N. WHITE ESQ. 171 17TH ST NW, STE 2100 ATLANTA GA 30363-1031 |
| ASHBY & GEDDES P.A. | ATTN: WILLIAM P BOWDEN ESQ 500 DELAWARE AVE, 8TH FL WILMINGTON DE 19801 |
| ASHBY & GEDDES P.A. | ATTN: RICARDO PALACIO ESQ. 500 DELAWARE AVE WILMINGTON DE 19801 |
| ASHBY & GEDDES, P.A. | GREGORY A. TAYLOR, ESQ.; BENJAMIN W. KEENAN 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 WILMINGTON DE 19899 |
| ASSISTANT ATTORNEY GENERAL | ATTN: LAURA L. MCCLOUD ESQ. P.O. BOX 20207 NASHVILLE TN 37202 |
| BAKER BOTTS L.L.P. | JUDITH W. ROSS, ESQ. COUNSEL TO GENBAND, INC. 2001 ROSS AVENUE DALLAS TX 75201 |
| BALLARD SPAHR | ATTN: TOBEY M. DALUZ ESQ.,LESLIE HEILMAN ESQ. 919 MARKET ST, 12TH FL WILMINGTON DE 19801 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L. POLLACK ESQ.,JEFFREY MEYERS ESQ. 51ST FL MELLON BANK CTR, 1735 MARKET ST PHILADELPHIA PA 19103 |
| BALLARD SPAHR LLP | ROBERT MCL. BOOTE, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 1735 MARKET STREET, 51ST FLOOR PHILADELPHIA PA 19103-7599 |
| BALLARD SPAHR, LLP | TOBEY M. DALUZ, ESQ.; DAVID T. MAY, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 919 N. MARKET STREET, 12TH FLOOR WILMINGTON DE 19801 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN ESQ. 155 FEDERAL ST, 9TH FL BOSTON MA 02110 |
| BAYARD P.A. | ATTN: CHARLENE D DAVIS ESQ,DANIEL A O'BRIEN ESQ 222 DELAWARE AVE, STE 900 WILMINGTON DE 19801 |
| BAYARD, P.A. | CHARLENE D. DAVIS, ESQ.; JUSTIN R. ALBERTO, ESQ. 222 DELAWARE AVENUE, SUITE 900 WILMINGTON DE 19899 |
| BELL MICROPRODUCTS INC | ATTN: DAVID L. URANGA 201 MONROE STREET, SUITE 300 MONTGOMERY AL 36104 |
| BIALSON BERGEN & SCHWAB | ATTN: LAWRENCE M. SCHWAB ESQ.,THOMAS M. GAA ESQ. PATRICK M. COSTELLO ESQ. 2600 EL CAMINO REAL, STE 300 PALO ALTO CA 94306 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATO,KEVIN G. COLLINS 800 N. KING STREET, FIRST FLOOR WILMINGTON DE 19801 |
| BIFFERATO LLC | IAN CONNOR BIFFERATO, ESQ.; MATTHEW DENN, ESQ; KEVIN G. COLLINS, ESQ. COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS 800 N. KING STREET, PLAZA LEVEL WILMINGTON DE 19801 |
| BIRCH HORTON BITTNER & CHEROT | ATTN: JAMES H. LISTER 1155 CONNECTICUT AVENUE NW SUITE 1200 WASHINGTON DC 20036 |
| BLANK ROME LLP | ATTN: MICHAEL DEBAECKE, ESQ. COUNSEL TO CABLE NEWS NETWORK, INC. 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| BOYLAN BROWN | ATTN: DEVIN LAWTON PALMER 2400 CHASE SQUARE ROCHESTER NY 14604 |
| BRACEWELL & GUILIANI LLP | ATTN: JENNIFER FELDSHER 1251 AVENUE OF THE AMERICAS 49TH FL NEW YORK NY 10020-1104 |
| BRACEWELL & GUILIANI LLP | ATTN: EVAN D. FLASCHEN,KATHERINE L. LINDSAY 225 ASYLUM STREET, SUITE 2600 HARTFORD CT 06103 |
| BROWN & CONNERY LLP | ATTN: DONALD K. LUDMAN ESQ. 6 NORTH BROAD ST, STE 1000 WOODBURY NJ 08096 |
| BROWN MCCAROLL LLP | ATTN: AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BROWN MCCARROLL LLP | KELL C. MERCER; AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX |

| Claim Name | Address Information |
|---|---|
| BROWN MCCARROLL LLP | 78701 |
| BROWN STONE NIMEROFF LLC | ATTN: JAMI B. NIMEROFF, ESQ. COUNSEL TO MICROSOFT CORPORATION 901 N. MARKET STREET, SUITE 1300 WILMINGTON DE 19801 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BRYAN CAVE LLP | ATTN: ERIC S. PREZANT ESQ. 161 N CLARK ST, STE 4300 CHICAGO IL 60601 |
| BRYAN CAVE LLP | ATTN: CULLEN K. KUHN ESQ. 211 N BROADWAY, STE 3600 ST. LOUIS MO 63102 |
| BUCHALTER NEMER | ATTN: SHAWN M. CHRISTIANSON ESQ. 333 MARKET ST, 25TH FL SAN FRANCISCO CA 94105-2126 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: MARY F. CALOWAY ESQ.,P.J. DUHIG ESQ. 1105 NORTH MARKET STREET, SUITE 1900 WILMINGTON DE 19801-1228 |
| CAMPBELL & LEVINE LLC | ATTN: MARLA R. ESKIN ESQ.,AYESHA S. CHACKO ESQ. 800 N KING ST, STE 300 WILMINGTON DE 19801 |
| CHADBOURNE & PARKE LLP | ATTN: N. THODORE ZINK JR. ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CIARDI CIARDI & ASTIN | ATTN: RICK A. STEINBERG, ESQ. COUNSEL TO SNMP RESEARCH INTERNATIONAL, INC. 100 CHURCH STREET, 8TH FLOOR NEW YORK NY 10007 |
| CIARDI CIARDI & ASTIN | ATTN: DANIEL K. ASTIN; JOSEPH J. MCMAHON, JR. COUNSEL TO SNMP RESEARCH INTERNATIONAL, INC. 919 N. MARKET STREET, SUITE 700 WILMINGTON DE 19801 |
| CIARDI CIARDI & ASTIN | ATTN: MARK H. RALSTON, ESQ. COUNSEL TO SNMP RESEARCH INTERNATIONAL, INC. 2603 OAK LAWN AVENUE, SUITE 200 DALLAS TX 75219 |
| COLE SCHOTZ MEISEL FORMAN & LEONARD | ATTN: NORMAN L. PERNICK,SANJAY BHATNAGAR 500 DELAWARE AVE, SUITE 1410 WILMINGTON DE 19801 |
| COMMONWEALTH OF PENNSLYVANIA | CAROL E. MOMJIAN OFFICE OF THE ATTORNEY GENERAL 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| CONNOLLY BOVE | ATTN: JEFFREY S. WISLER ESQ.,MARC J. PHILLIPS ESQ. THE NEMOURS BUILDING, 1007 N ORANGE ST WILMINGTON DE 19801 |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | SAMUEL H. RUDMAN, ESQ.; DAVID A. ROSENFELD, ESQ. 58 SOUTH SERVICE ROAD, SUITE 200 MELVILLE NY 11747 |
| CROSS & SIMON, LLC | CHRISTOPHER P. SIMON, ESQ. 913 NORTH MARKET STREET, 11TH FLOOR P.O. BOX 1380 WILMINGTON DE 19899-1380 |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J. REISMAN ESQ.,JAMES V. DREW ESQ. 101 PARK AVENUE NEW YORK NY 10178-0061 |
| DEWEY & LEBOEUF LLP | LAWRENCE E. MILLER 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6092 |
| DEWEY & LEBOEUF, LLP | MOSHIN N. KHAMBATI, ESQ. TWO PRUDENTIAL PLAZA 180 NORTH STETSON AVENUE, SUITE 3700 CHICAGO IL 60601-6710 |
| DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN ESQ.,DALE K. CATHELL ESQ. 6225 SMITH AVENUE BALTIMORE MD 21209 |
| DUANE MORRIS LLP | MICHAEL R. LASTOWSKI, ESQ.; SUMMER L. ROSS, ESQ. COUNSEL TO GENBAND INC. 222 DELAWARE AVENUE SUITE 1600 WILMINGTON DE 19801-1659 |
| DYKEMA GOSSETT PLLC | ATTN: STEPHEN C. STAPLETON 1717 MAIN ST STE. 4000 DALLAS TX 75201 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| ELLIOTT GREENLEAF | RAFAEL X. ZAHRALDDIN-ARAVENA; THEODORE A. KITTILA COUNSEL TO THE LTD GROUP 1105 NORTH MARKET STREET, SUITE 1700 WILMINGTON DE 19801 |
| EMC CORPORATION | RONALD ROWLAND, ESQ. C/O RECEIVABLE MANAGEMENT SERVICES 307 INTERNATIONAL CIRCLE, SUITE 270 HUNT VALLEY MD 21094 |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN 151 O'CONNOR STREET OTTOWA ON K1A 1K3 CANADA |
| FLEXTRONICS INTERNATIONAL | ATTN: TERRY ZALE 305 INTERLOCKEN PKWY BROOMFIELD CO 80021 |
| FOLEY & LARDNER LLP | ATTN: JILL L. MURCH ESQ.,LARS A. PETERSON ESQ. 321 NORTH CLARK ST, STE 2800 CHICAGO IL 60654-5313 |
| FOSTER PEPPER PLLC | ATTN: CHRISTOPHER M. ALSTON ESQ. 1111 3RD AVE, STE 3400 SEATTLE WA 98101-3299 |
| FPL LAW DEPARTMENT | ATTN: RACHEL S. BUDKE ESQ. 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| FRANCHISE TAX | ATTN: SECRETARY OF STATE DIVISION OF CORPORATIONS P.O. BOX 7040 DOVER DE 19903 |
| FRASER MILNER CASGRAIN LLP | ATTN: MICHAEL J. WUNDER,R. SNAYNE KUKULOWICZ ALEX L. MACFARLANE 1 FIRST |

| Claim Name | Address Information |
|---|---|
| FRASER MILNER CASGRAIN LLP | CANADIAN PLACE –FLOOR 42, 100 KING ST WEST TORONTO ON M5X 1B2 CANADA |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER ESQ.,DEVON J. EGGERT ESQ. 311 SOUTH WACKER DR, STE 3000 CHICAGO IL 60606 |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A. ROSENZWEIG ESQ. 666 5TH AVE NEW YORK NY 10103-3198 |
| GIBBONS P.C. | ATTN: DAVID N. CRAPO ESQ. ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GIBSON DUNN | JANET WEISS, ESQ. COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS 200 PARK AVENUE NEW YORK NY 10166-0193 |
| GIBSON, DUNN & CRUTCHER LLP | 200 PARK AVENUE, 51ST FLOOR ATTN DAVID M FELDMAN, ESQ. MITCHELL A KARLAN, ESQ.; MATTHEW K KELSEY, ESQ. COUNSEL TO MICROSOFT CORPORATION NEW YORK NY 10166-0193 |
| GOODMANS LLP | ATTN: CHRIS ARMSTRONG 333 BAY STREET, SUITE 3400 TORONTO ON M5H 2S7 |
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J. HORVAY ESQ. 222 N LASALLE ST, STE 800 CHICAGO IL 60601 |
| HAHN LOESER & PARKS LLP | ATTN: ALAN S. KOPIT ESQ.,CHRISTOPHER W. PEER ESQ. 200 PUBLIC SQUARE, STE 2800 CLEVELAND OH 44114 |
| HERBERT SMITH | ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREEET LONDON EC2A 2HS ENGLAND |
| HERMAN HERMAN KATZ & COTLAR | ATTN: SOREN E. GISLESON 820 O'KEEFE AVENUE NEW ORELANS LA 70113 |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V. DORAN ESQ. 28 STATE ST BOSTON MA 02109 |
| HITACHI COMMUNICATIONS TECHNOLOGIES LTD | MINORU INAYOSHI, GEN MGR. OMORI BELLPORT D BLDG., 26-3 MINAMI OI 6-CHROME SHINAGAWA-KU 140-0013 TOKYO JAPAN |
| HOLLAND & KNIGHT LLP | ATTN: ROD ANDRERSON ESQ.,NOEL R. BOEKE ESQ. P.O. BOX 1288 TAMPA FL 33601-1288 |
| HP  COMPANY | ATTN: RAMONA NEAL ESQ. 11307 CHINDEN BLVD, MS 314 BOISE ID 83714 |
| HUGHES HUBBARD | MICHAEL LUSKIN; DEREK ADLER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| HUNTON & WILLIAMS | ATTN: LYNNETTE R. WARMAN 1445 ROSS AVE, ROUNTAIN PLACE STE 3700 DALLAS TX 75202-2799 |
| IBM CORP. LEGAL DEPT | ATTN: R. S. STAHEL 1503 LBJ FREEWAY, 3RD FL DALLAS TX 75234 |
| IBM CORPORATION | ATTN: BEVERLY H. SHIDELER BS8399 TWO LINCOLN CENTRE OAKBROOK TERRACE IL 60181 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| J. SCOTT DOUGLASS ESQ. | 909 FANNIN, STE 1800 HOUSTON TX 77010 |
| JD THOMPSON LAW | JUDY T. THOMPSON, ESQ. P.O. BOX 33127 CHARLOTTE NC 28233 |
| JONES DAY | ATTN: JEFFREY B. ELLMAN ESQ.,ROBBIN S. RAHMAN ESQ. 1420 PEACHTREE ST NE, STE 800 ATLANTA GA 30309 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: KENNETH E. NOBLE ESQ. 575 MADISON AVE NEW YORK NY 10022-2585 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: DUSTIN P. BRANCH ESQ. 2029 CENTURY PARK EAST, STE 2600 LOS ANGELES CA 90067-3012 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S. STEEL ESQ. 101 PARK AVENUE NEW YORK NY 10178 |
| KELLEY DRYE & WARREN LLP | KRISTIN S. ELLIOTT, ESQ. COUNSEL TO CYPRESS COMMUNICATIONS, INC.; TATA AMERICAN INTERNATIONAL CORP. 101 PARK AVENUE NEW YORK NY 10178 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T. ATTANASIO ESQ. 1999 AVENUE OF THE STARS, 39TH FL LOS ANGELES CA 90067-6049 |
| KLEHR HARRISON | ATTN: JOANNE B. WILLS ESQ. 919 MARKET ST, STE 1000 WILMINGTON DE 19801 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| L.A. COUNTY TREASURER & TAX COLLECTOR | P.O. BOX 54110 LOS ANGELES CA 90054-0110 |
| LANDIS RATH & COBB LLP | ADAM G. LANDIS, ESQ.; KERRI K. MUMFORD, ESQ.; J. LANDON ELLIS, ESQ. COUNSEL TO ASM CAPITAL III, L.P. 919 MARKET STREET, SUITE 1800 WILMINGTON DE 19801 |
| LATHAM & WATKINS LLP | ATTN: DAVID S. ALLINSON; THOMAS MALONE; ALEXANDRA CROSWELL 885 THIRD AVENUE, SUITE 100 NEW YORK NY 10022 |
| LATHAM & WATKINS LLP | ATTN: ROBERT J. ROSENBERG ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: MICHAEL J. RIELA ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: ZACHARY N. GOLDSTEIN ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |

| Claim Name | Address Information |
|---|---|
| LATHROP & GAGE LLP | ATTN: STEPHEN K. DEXTER ESQ. U.S. BANK TOWER 950 SEVENTEENTH STREET, SUITE 2400 DENVER CO 80202 |
| LEWIS AND ROCA LLP | ATTN: SCOTT K. BROWN ESQ. 40 NORTH CENTRAL AVE, STE 1900 PHOENIX AZ 85004 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ. 2323 BRYAN STREET, STE 1600 DALLAS TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P. DILLMAN ESQ. P.O. BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G. AELVOET ESQ. TRAVIS BLDG SUITE 300, 711 NAVARRO SAN ANTONIO TX 78205 |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT A. D'AGOSTINO ESQ. 65 LIVINGSTON AVE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | MICHAEL S. ETKIN, ESQ.; IRA M. LEVEE, ESQ. 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| MAGNOZZI & KYE, LLP | ATTN: AMISH R. DOSHI, ESQ. COUNSEL TO ORACLE AMERICA, INC. ONE EXPRESSWAY PLAZA, SUITE 114 ROSLYN HEIGHTS NY 11577 |
| MALEK SCHIFFRIN LLP | JAVIER SCHIFFRIN, ESQ.; KEVIN MALEK, ESQ. COUSEL TO SOLUS ALTERNATIVE ASSET MANAGEMENT LP 340 MADISON AVENUE, 19TH FLOOR NEW YORK NY 10173-1922 |
| MATTHEW N. KLEIMAN, P.C. | MATTHEW N. KLEIMAN, ESQ. COUNSEL TO EXIDE TECHNOLOGIES 2506 NORTH CLARK STREET, SUITE 307 CHICAGO IL 60614 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST, ESQ.; THOMAS M. VITALE, ESQ.; AMIT K. TREHAN, ESQ. 1675 BROADWAY NEW YORK NY 10019 |
| MAYER BROWN LLP | ATTN: MELISSA A. MICKEY 71 S. WACKER DRIVE CHICAGO IL 60604-1404 |
| MCGUIREWOODS LLP | ATTN: JAMES E. VAN HORN 7 SAINT PAUL STREET SUITE 1000 BALTIMORE MD 21202 |
| MCGUIREWOODS LLP | ATTN: DAVID I. SWAN ESQ.,KENNETH M. MISKEN ESQ. 1750 TYSONS BLVD, STE 1800 MCLEAN VA 22102-4215 |
| MD DEPARTMENT OF LABOR LICENSING & REG. | OFFICE OF UNEMPLOYMENT INSURANCE CONTRIBUTIONS DIVISION 1100 N. EUTAW STREET, ROOM 401 SUITE 3000 BALTIMORE MD 21201 |
| MEYERS LAW GROUP P.C. | ATTN: MERLE C. MEYERS ESQ.,MICHELE THOMPSON ESQ. 44 MONTGOMERY STREET, STE 1010 SAN FRANCISCO CA 94104 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ. ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ. ONE CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS DUNNE ESQ. ONE CHASE MANHATTAN PLAZA NEW YORK NY 10005-1413 |
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L. MOREAU ESQ. P.O. BOX 475, BANKRUPTCY DIVISION JEFFERSON CITY MO 65105-0475 |
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN 535 MADISON AVE. NEW YORK NY 10022 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A. | ATTN: RACHEL B. MERSKY ESQ. 1201 N ORANGE ST, STE 400 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | ATTN: BRETT D. FALLON ESQ. 500 DELAWARE AVE, STE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | ATTN: CARL N. KUNZ ESQ.,MICHAEL J. CUSTER ESQ. 500 DELAWARE AVE, STE 1500 WILMINGTON DE 19801 |
| MOSES & SINGER LLP | ATTN: ALAN KOLOD,CHRISTOPHER CARUSO,KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| MUNICIPAL OPERATIONS | ATTN: MAX TAYLOR ASST. CITY ATTY. 201 W. COLFAX AVENUE, DEPT. 1207 DENVER CO 80202-5332 |
| NOSSAMAN LLP | ATTN: ROBERT S. MCWHORTER ESQ. 915 L ST, STE 1000 SACRAMENTO CA 95814 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: KEVIN CALLAHAN 844 KING STREET, SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801-3519 |
| OFFICE OF UNEMPLOYMENT INSURANCE | CONTRIBUTIONS DIVISION MD DEPT. OF LABOR LICENSING & REG. 1100 N. EUTAW STREET, ROOM 401 BALTIMORE MD 21201 |
| OGILVY RENAULT LLP | ATTN: JENNIFER STAM 200 BAY STREET SUITE 3800 ROYAL BANK PLAZA SOUTH TOWER TORONTO ON M5J 2Z4 CANADA |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA JR ESQ,LAURA D METZGER ESQ WESTON T. EGUCHI ESQ. 666 FIFTH AVENUE NEW YORK NY 10103-0001 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A MERTZ, TAX AGENT READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |

| Claim Name | Address Information |
|---|---|
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A. MERTZ READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PA SENIOR DEPUTY ATTY GEN | ATTN: CAROL E. MOMJIAN ESQ. 21 S 12TH ST, 3RD FL PHILADELPHIA PA 19107-3603 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS 919 N. MARKET ST. 17TH FL. WILMINGTON DE 19899-8705 |
| PARTRIDGE SNOW & HAHN LLP | ATTN: PATRICIA ANTONELLI COUNSEL TO ANNABELLE W. CAFFRY AND SUSANNAH LUND ANNABELLE W. CAFFRY 180 SOUTH MAIN STREET PROVIDENCE RI 02903 |
| PARTRIDGE SNOW & HAHN LLP | ATTN: LAUREN F. VERNI COUNSEL TO ANNABELLE W. CAFFRY AND SUSANNAH LUND 180 SOUTH MAIN STREET PROVIDENCE RI 02903 |
| PATTERSON HARKAVY | 225 E WORTHINGTON AVE STE 200 CHARLOTTE NC 282034886 |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ATTN: RICHARD CHESLEY COUNSEL TO IBM CORPORATION 191 N. WACKER DRIVE, 30TH FLOOR CHICAGO IL 60606 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK; MARILYN SOBEL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP | ROBERT E. WINTER 875 15TH STREET, NW WASHINGTON DC 20005 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL ESQ. STEPHEN D. SCHREIBER ESQ. 1200 K STREET NW WASHINGTON DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN: DAVID B STRATTON ESQ,LEIGH-ANNE M RAPORT ESQ 1313 MARKET ST, STE 5100 WILMINGTON DE 19801 |
| PEPPER HAMILTON LLP | ATTN: HENRY JAFFE ESQ. 1313 MARKET ST, STE 5100 WILMINGTON DE 19801 |
| PEPPER HAMILTON LLP | DAVID B. STRATTON, ESQ.; EVELYN J. MELTZER, ESQ. HERCULES PLAZA, SUITE 5100 1313 MARKET STREET PO BOX 1709 WILMINGTON DE 19899-1709 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA ESQ. 4025 WOODLAND PARK BLVD, STE 300 ARLINGTON TX 76013 |
| PICKETT, JONES & ELLIOTT, P.A. | ATTN: BRUCE E. JAMESON, ESQ. 1310 KING STREET, BOX 1328 WILMINGTON DE 19899 |
| PINCKNEY, HARRIS & WEIDINGER, LLC | ATTN: DONNA L. HARRIS, ESQ.; KEVIN M. CAPUZZI, ESQ COUNSEL TO SOLUS ALTERNATIVE ASSET MANAGEMENT LP 1220 N. MARKET STREET, SUITE 950 WILMINGTON DE 19801 |
| POLSINELLI SHUGHART PC | ATTN: CHRISTOPHER A WARD ESQ,JUSTIN K EDELSON ESQ 222 DELAWARE AVENUE, STE 1101 WILMINGTON DE 19801 |
| POST & SCHELL P.C. | ATTN: BRIAN W. BISIGNANI ESQ. 17 N 2ND ST, 12TH FL HARRISBURG PA 17101-1601 |
| POYNER SPRUILL LLP | ATTN: SHANNON E. HOFF 301 S. COLLEGE STREET, SUITE 2300 CHARLOTTE NC 28202 |
| RAY QUINNEY & NEBEKER P.C. | ATTN: STEPHEN C. TINGEY, ESQ. 36 SOUTH STATE STREET, SUITE 1400 SALT LAKE CITY UT 84145-0385 |
| REED SMITH LLP | ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON DE 19801 |
| RICHARDS LAYTON & FINGER | ATTN: MARK D COLLINS ESQ,CHRISTOPHER M SAMIS ESQ ONE RODNEY SQUARE, 920 N KING ST WILMINGTON DE 19801 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSEPH E. SHICKICH JR. ESQ. 1001 4TH AVE, STE 4500 SEATTLE WA 98154-1192 |
| ROBINSON BRADSHAW & HINSON P.A. | ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ. 101 NORTH TRYON ST, STE 1900 CHARLOTTE NC 28246 |
| ROPES & GRAY LLP | ATTN: MARK I. BANE,ANNE H. PAK 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| ROPES & GRAY LLP | JAMES M. WILTON, ESQ.; PATRICIA I. CHEN, ESQ. PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SAUL EWING LLP | ATTN: JOYCE A. KUHNS 500 E. PRATT STREET, 8TH FLOOR BALTIMORE MD 21202 |
| SCHIFF HARDIN LLP | ATTN: JOHN C. VIGANO ESQ.,PATRICIA J. FOKUO ESQ. 6600 SEARS TOWER CHICAGO IL 60606-6473 |
| SEC NY REGIONAL OFFICE | ATTN: ATTN:  NATHAN FUCHS 233 BROADWAY NEW YORK NY 10279 |
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH BANKRUPTCY DIV_STE 400 3 WORLD FINANCIAL CENTER NEW YORK NY 10281-1022 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19903 |

| Claim Name | Address Information |
|---|---|
| SECRETARY OF TREASURY | P.O. BOX 7040 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: GEORGE S. CANELLOS, REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER, SUITE 400 NEW YORK NY 10281-1022 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQ,KIMBERLY K SMITH ESQ 30 ROCKEFELLER PLAZA, 24TH FL NEW YORK NY 10112 |
| SIRLIN GALLOGLY & LESSER, P.C. | ATTN: DANA S. PLON ESQ. 123 SOUTH BROAD STREET, SUITE 2100 PHILADELPHIA PA 19109 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: N. LYNN HIESTAND FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: GREGG M. GALARDI,SARAH E. PIERCE ONE RODNEY SQUARE, PO BOX 636 WILMINGTON DE 19899-0636 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN | LLP, ATTN: AMOS U. PRIESTER IV ESQ. ANNA B. OSTERHOUT ESQ. P.O. BOX 2611 RALEIGH NC 27602-2611 |
| SMITH KATZENSTEIN & FURLOW | ATTN: KATHLEEN M. MILLER ESQ. 800 DELAWARE AVE., 7TH FL WILMINGTON DE 19801 |
| SPECTRUM GROUP MANAGEMENT LLC | ATTN: DAVID D.R. BULLOCK 1250 BROADWAY, SUITE 810 NEW YORK NY 10001 |
| STATE OF MI DEPT OF TREASURY | ATTN: DEBORAH B. WALDMEIR ESQ. 3030 W GRAND BLVD. STE. 10-200 CADILLAC PLACE DETROIT MI 48202 |
| STEMPEL BENNETT CLAMAN & HOCHBERG P.C. | ATTN: EDMOND P. O'BRIEN ESQ. 675 THIRD AVE, 31ST FL NEW YORK NY 10017 |
| STEVENS & LEE P.C. | ATTN: MARIA APRILE SAWCZUK 1105 N MARKET ST, 7TH FL WILMINGTON DE 19801 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN ESQ. 4 E 8TH ST, STE 400 WILMINGTON DE 19801 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER 78 ALEXANDER DRIVE, PO BOX 13445 TRIANGLE PARK NC 27709 |
| SWARTZ CAMPBELL LLC | ATTN: NICHOLAS SKILES ESQ.,JOHN A. WETZEL ESQ. ONE S. CHURCH ST, STE 400 WEST CHESTER PA 19382 |
| THE INTECH GROUP INC. | ATTN: ERNIE HOLLING PRESIDENT 305 EXTON COMMONS EXTON PA 19341 |
| THE INTERPUBLIC GROUP OF COMPANIES | ATTN: NICHOLAS VIANNA 1114 AVENUE OF THE AMERICAS, 19TH FLOOR NEW YORK NY 10036 |
| TISHLER & WALK, LTD. | JEFFREY B. ROSE 200 S. WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| TRAVELERS | ATTN: ATTN:  CHANTEL PINNOCK 1 TOWER SQUARE, 5MN HARTFORD CT 06183-4044 |
| TW TELECOM INC. | ATTN: LINDA BOYLE 10475 PARK MEADOWS DR, STE 400 LITTLETON CO 80124 |
| U.S. DEPT OF JUSTICE CIVIL DIV | ATTN: SETH B. SHAPIRO ESQ. P.O. BOX 875, BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK P.O. BOX 500, M/S E8-108 BLUE BELL PA 19424 |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | ATTN: DAVID CAPOZZI,ACTING GENERAL COUNSEL 2000 L STREET NW, SUITE 200 WASHINGTON DC 20036 |
| US ATTORNEY'S OFFICE | DISTRICT OF DELAWARE 1007 N. ORANGE STREET WILMINGTON DE 19801 |
| VEDDER PRICE P.C. | ATTN: MICHAEL L. SCHEIN ESQ. 1633 BROADWAY, 47TH FL NEW YORK NY 10019 |
| VONBRIESEN & ROPER S.C. | ATTN: RANDALL D. CROCKER ESQ. 411 E WISCONSIN AVE, STE 700 MILWAUKEE WI 53202 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | TIFFANY STRELOW COBB, ESQ. 52 EAST GAY STREET COLUMBUS OH 43215 |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: PHILIP MINDLIN, ESQ.; DOUGLAS K. MAYER, ESQ. BENJAMIN M. ROTH, ESQ.; GREGORY E. PESSIN, ESQ; BRIAN M. WALKER, ESQ. COUNSEL TO GOOGLE INC. AND RANGER INC.51 WEST 52N 51 WEST 52ND STREET NEW YORK NY 10019 |
| WEIR & PARTNERS LLP | JEFFREY S. CIANCIULLI, ESQ. COUNSEL TO ACME PACKET, INC. 824 MARKET STREET, SUITE 800 PO BOX 708 WILMINGTON DE 19899 |
| WERB & SULLIVAN | ATTN: DUANE D. WERB ESQ. 300 DELAWARE AVE, 13TH FL WILMINGTON DE 19801 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN ESQ.,JEREMY E. CRYSTAL ESQ. 787 7TH AVE NEW YORK NY 10019 |
| WILLKIE FARR & GALLAGHER LLP | MARC ABRAMS, ESQ.; BRIAN E. O'CONNOR, ESQ; SAMEER ADVANI, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | ATTN: MARK G. LEDWIN ESQ. 3 GANNETT DR WHITE PLAINS NY 10604 |
| WOLFF & SAMSON PC | ATTN: ROBERT E. NIES ESQ. THE OFFICES AT CRYSTAL LAKE ONE BOLAND DRIVE WEST ORANGE NJ 07052 |

| Claim Name | Address Information |
|---|---|
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | STEVEN K. KORTANEK, ESQ.; MATTHEW P. WARD, ESQ. COUNSEL TO GOOGLE INC. AND RANGER INC. 222 DELAWARE AVENUE, SUITE 1501 WILMINGTON DE 19801 |
| XETA TECHNOLOGIES, INC. | C/O JOE M. FEARS, ESQ. BARBER & BARTZ 800 PARK CENTRE 525 SOUTH MAIN STREET TULSA OK 74103-4511 |
| YOUNG CONAWAY | ATTN: JAMES L. PATTON,EDWIN J. HARRON THE BRANDYWINE BLDG 17TH FL. 1000 WEST STREET WILMINGTON DE 19801 |

**Total Creditor count  201**

| Claim Name | Address Information |
|---|---|
| A.G. EDWARDS & SONS, INC. | ATTN: PEGGY HUBBS 2801 CLARK STREET ST. LOUIS MO 63103 |
| AMALGAMATED BANK | ATTN: IRWIN ROTH 15 UNION SQUARE WEST NEW YORK NY 10003 |
| AMERICAN ENTERPRISE INVESTMENT SERVICE | ATTN: REBECCA STRAND 2178 AXP FINANCIAL CENTER MINNEAPOLIS MN 55474 |
| BANC OF AMERICA SECURITES LLC, AS A | ATTN: JAMES MONAHAN 100 W. 33RD ST. 3RD FL. NEW YORK NY 10001 |
| BANC OF AMERICA SECURITIES LLC | ATTN: JAMES MONAHAN, V.P. 100 W. 33RD ST. 3RD FL. NEW YORK NY 10001 |
| BANC OF AMERICA SECURITIES LLC/BANK | ATTN: JAMES MONAHAN, V.P. 100 W. 33RD ST. 3RD FL. NEW YORK NY 10001 |
| BANK OF NEW YORK (THE) | ATTN: RAY CESTARO ONE WALL STREET REORG, 6TH FLOOR NEW YORK NY 10286 |
| BANK OF NEW YORK MELLON/BARCLAY | ATTN: MICHAEL KANIA, V.P. 525 WILLIAM PENN PL. PITTSBURGH PA 15259 |
| BANK OF NEW YORK MELLON/BARCLAYS CAPITA | ATTN: ROSA MENDEZ 1 WALL ST NEW YORK NY 10286 |
| BANK OF NEW YORK MELLON/DBAG LONDON | ATTN: DONNA STEINMAN, V.P. 1 WALL ST. NEW YORK NY 10286 |
| BANK OF NEW YORK MELLON/DBTC AMERICAS | ATTN: MICHAEL KANIA, V.P. 525 WILLIAM PENN PL. PITTSBURGH PA 15259 |
| BANK OF NEW YORK MELLON/TD BANK | ATTN: ROSA MENDEZ 1 WALL ST NEW YORK NY 10286 |
| BANK OF NEW YORK MELLON/THE PRUDENTIAL | ATTN: MICHAEL KANIA, V.P. 525 WILLIAM PENN PL. PITTSBURGH PA 15259 |
| BANK ONE TRUST COMPANY N.A./PUBLIC E | ATTN: BRENA NEAL 340 SOUTH CLEVELAND BUILDING 350 COLUMBUS OH 43240 |
| BARCLAYS CAPITAL INC./BARCLAYS CAPIT | ATTN: NELLIE FOO, DIR. 200 CEDAR KNOLLS RD. CORPORATE ACTIONS WHIPPANY NJ 07981 |
| BARCLAYS GLOBAL INVESTORS N.A./INVES | ATTN: ELIZABETH IRIARTE 980 9TH STREET 6TH FLOOR SACRAMENTO CA 95814 |
| BEAR, STEARNS SECURITIES CORP. | ATTN: VINCENT MARZELLA ONE METROTECH CENTER NORTH 4TH FLOOR BROOKLYN NY 11201-3862 |
| BMO NESBITT BURNS INC.* | ATTN: LOUISE TORANGEAU 1 FIRST CANADIAN PLACE 13TH FL P O BOX 150 TORONTO ON M5X 1H3 CANADA |
| BNP PARIBAS SECURITITES CORP./FIXED INCO | ATTN: MATTHEW ROMANO 787 7TH AVENUE 29TH FLOOR NEW YORK NY 10019 |
| BROWN BROTHERS HARRIMAN & CO. | ATTN: JENNIFER PAYEA 525 WASHINGTON BLVD NEW PORT TOWERS JERSEY CITY NJ 07302 |
| BROWN BROTHERS HARRIMAN & CO. | ATTN: SHELDON BROUTMAN 63 WALL STREET 8TH FLOOR NEW YORK NY 10005 |
| CHARLES SCHWAB & CO., INC. | RONNIE FUIAVA ATTN: PROXY DEPARTMENT 211 MAIN STREET SAN FRANCISCO CA 94105 |
| CIBC WORLD MARKETS INC. | ATTN: NICASTRO JERRY, DIR. 161 BAY ST 10TH FL TORONTO ON M5J 258 CANADA |
| CITADEL TRADING GROUP, LLC | ATTN: MARCIA BANKS 101 S. DEARBORN ST. CHICAGO IL 60603 |
| CITIBANK, N.A. | ATTN: SANDRA HERNANDEZ 3800 CITIBANK CENTER B3-12 TAMPA FL 33610 |
| CITIBANK/THE CITIGROUP PRIVATE BANK/TRST | ATTN: OLGA MOLINA 333 WEST 34TH STREET NEW YORK NY 10001 |
| CITIGROUP GLOBAL MARKETS INC. | ATTN: PAT HALLER 333 W. 34TH STREET NEW YORK NY 10001 |
| CITIGROUP GLOBAL MARKETS INC./SALOMO | ATTN: PATRICIA HALLER 333 W 34TH STREET 3RD FLOOR NEW YORK NY 10001 |
| CLEARVIEW CORRESPONDENT SERVICES, LLC | ATTN: LINDA MILLER 8006 DISCOVERY DR. RICHMOND VA 23229 |
| COMERICA BANK | ATTN: TIM MADIGAN 411 WEST LAFAYETTE DETROIT MI 48226 |
| CREDIT SUISSE SECURITIES (USA) LLC | C/O ADP PROXY SERVICES ATTN: ISSUER SERVICES 51 MERCEDES WAY EDGEWOOD NY 11717 |
| D.A. DAVIDSON & CO. | ATTN: RITA LINSKEY P.O. BOX 5015 GREAT FALLS MT 59403 |
| DEUTSCHE BANK SECURITIES INC. | ATTN: RAY CONTE 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| DRESDNER KLEINWORT SECURITIES LLC | C/O ADP PROXY SERVICES ATTN: ISSUER SERVICES 51 MERCEDES WAY EDGEWOOD NY 11717 |
| E* TRADE CLEARING LLC | ATTN: BRIAN LEMARGIE 10951 WHITE ROCK RD RANCHO CORDOVA CA 95670 |
| EDWARD D. JONES  & CO. | ATTN: CHERYL BOSEMAN 700 MARYVILLE CENTER DRIVE ST LOUIS MO 63141 |
| EMMET A LARKIN COMPANY, INC. | ATTN: CINDEE DUGAN, ASST. V.P. 911 N. LOOP 281 SUITE 411 LONGVIEW TX 75604 |
| FIDUCIE DESJARDINS INC.** | ATTN: MARTINE SIOUI 1 COMPLEXE DESJARDINS SOUTH TOWER, 2ND FL. MONTREAL QC H5B 1E4 CANADA |
| FIFTH THIRD BANK (THE) | ATTN: LANCE WELLS, MGR. 5001 KINGSLEY DR. MAIL DROP 1M0B2D CINCINNATI OH 45227 |
| FIRST CLEARING, LLC | ATTN: HEIDI RICHNAFSKY, V.P. 10700 WHEAT FIRST DR. WS 1023 GLEN ALLEN VA 23060 |
| FIRST SOUTHWEST COMPANY | ATTN: JAMES FURINO 1700 PACIFIC AVENUE SUITE 500 DALLAS TX 75201 |
| GOLDMAN SACHS EXECUTION & CLEARING, LP | ATTN: ANTHONY BRUNO USHMA 30 HUDSON ST PROXY DEPARTMENT JERSEY CITY NJ 07302-4699 |
| GOLDMAN SACHS INTERNATIONAL | ATTN: GLORIA/LIO USHMA PROXY DEPARTMENT 30 HUDSON ST. JERSY CITY NJ 07302 |

| Claim Name | Address Information |
|---|---|
| GOLDMAN, SACHS & CO. | ATTN: GLORIA/LIO USHMA, V.P. 30 HUDSON ST. PROXY DEPARTMENT JERSEY CITY NJ 07302 |
| H & R BLOCK FINANCIAL ADVISORS, INC. | ATTN: MIKE KOHLER 751 GRISWOLD STREET DETROIT MI 48226 |
| HAYWOOD SECURITIES, INC. | ATTN: TRACY COLLEGE 400 BURRARD STREET SUITE 2000 VANCOUVER BC V6C 3A6 CANADA |
| HUNTINGTON NATIONAL BANK | ATTN: RIA BOLTON 7 EASTON OVAL - EA4 E78 COLUMBUS OH 43219 |
| INGALLS & SNYDER, L.L.C. | ATTN: ISSUER SERVICES C/O ADP PROXY SERVICES 51 MERCEDES WAY EDGEWOOD NY 11717 |
| INTERACTIVE BROKERS RETAIL EQUITY CLRG | ATTN: MILTON ORTERO 1 PICKWICK PLAZA GREENWICH CT 06830 |
| J.P. MORGAN SECURITIES INC. | ATTN: ERIC ALSOP 500 STANTON CHRISTIANA RD. NEWARK DE 19713 |
| J.P. MORGAN SECURITIES INC., -FIXED | ATTN: SEAN ROONEY 500 STANTON CHRISTIANA ROAD OPS 4TH FLOOR NEWARK DE 19713-2107 |
| JANNEY MONTGOMERY SCOTT INC. | ATTN: REGINA LUTZ 1801 MARKET STREET 9TH FLOOR PHILADELPHIA PA 19103-1675 |
| JEFFERIES & COMPANY, INC. | ATTN: CHARLES ERRIGO, VICE PRESIDENT HARBORSIDE FINANCIAL CENTER 705 PLAZA 3 JERSEY CITY NJ 07311 |
| JONATHAN BADNER 212 623 6286 | ATTN: GEORGIA STANBACK 4 NEW YORK PLAZA 21ST FL NEW YORK NY 10004 |
| JP MORGAN CHASE/JP MORGAN INTERNATIONAL | ATTN: JONATHAN BADNER 4 NEW YORK PLAZA 11TH FLOOR NEW YORK NY 10004 |
| JPMORGAN CHASE BANK, NAT'L ASSOCIATION | ATTN: SANJAY GHULIANI, ASST. V.P. PARADIGM, B WING, FLOOR 6 MINDSPACE, MALAD (W) MUMBAI 400 064 I00000 INDIA |
| JPMORGAN CHASE BANK/CORRESPONDENCE | CLEARING SERVICES 2 ATTN: ARTHUR DANIEL; PROXY SERVICED 14201 DALLAS PARKWAY STE 121 DALLAS TX 75254 |
| JPMORGAN CHASE BANK/PCS SHARED SERVI | ATTN: CHRIS BUCK, MGR. 340 SOUTH CLEVELAND AVE BUILDING 350 WESTERVILLE OH 43081 |
| JPMORGAN CHASE BANK/PRUDENTIAL | ATTN: SANJAY GHULIANI PARADIGM, B WING, FLOOR 6 MINDSPACE, MALAD (W) MUMBAI 400 064 I00000 INDIA |
| KEYBANK NATIONAL ASSOCIATION | ATTN: KAREN BEDNARSKI 4900 TIEDEMAN ROAD BROOKLYN OH 44144 |
| LASALLE BANK NATIONAL ASSOCIATION | ATTN: ANITA BUNCE, V.P. 135 SOUTH LASALLE STREET SUITE 1811 CHICAGO IL 60603 |
| LAURENTIAL BANK OF CANADA** | ATTN: SARAH QUESNEL 1981 MCGILL COLLEGE AVE. SUITE 100 MONTREAL QC AH3A 3K3 CANADA |
| LEHMAN BROTHERS, INC. | ATTN: JIM GARDINER REORG 70 HUDSON JERSEY CITY NJ 07302 |
| LEHMAN BROTHERS, INC. | ATTN: JIM GARDINER 101 HUDSON ST, 30TH FLOOR JERSEY CITY NJ 07302 |
| LPL FINANCIAL CORP. | ATTN: ROSANN TANNER 9785 TOWNE CTR DRIVE SAN DIEGO CA 92121-1968 |
| M&I MARSHALL & ILSLEY BANK | C/O ADP PROXY SERVICES 51 MERCEDES WAY EDGEWOOD NY 11717 |
| MANUFACTURERS AND TRADERS TRUST COMP | ATTN: SHAREN NYITRAI P.O. BOX 1377 BUFFALO NY 14240 |
| MELLON TRUST OF NEW ENGLAND, NAT'L ASSN. | ATTN: MELISSA TARASOVICH - OFFICER 525 WILLIAM PENN PLACE SUITE 3418 PITTSBURGH PA 15259 |
| MERRILL LYNCH PIERCE FENNER & SMITH | ATTN: VERONICA E. O'NEILL 101 HUDSON ST. 8TH FL. JERSEY CITY NJ 07302 |
| MERRILL LYNCH PIERCE FENNER & SMITH | ATTN: SAFEKEEPING; LEO CUKIER LITIGATION UNIT, 9TH FLOOR 101 HUDSON ST JERSEY CITY NJ 07302 |
| MERRILL LYNCH, PIERCE, FENNER & SMIT | ATTN: VERONICA E. O'NEILL 101 HUDSON ST 9TH FL JERSEY CITY NJ 07302 |
| MITSUBISHI UFJ TRUST & BANKING CORP | ATTN: RICHARD WENSHOSKI, V.P. 420 5TH AVE. 6TH FL. NEW YORK NY 10018 |
| MORGAN STANLEY & CO. INCORPORATED | ATTN: MICHELLE FORD 901 SOUTH BOND ST 6TH FLOOR BALTIMORE MD 21231 |
| MORGAN STANLEY & CO. INCORPORATED/RE | ATTN: JOHN STAHLMAN, V.P. HARBORSIDE FINANCIAL CENTER PLAZA 3, 4TH FL. JERSEY CITY NJ 07311 |
| MORGAN, KEEGAN & COMPANY, INC. | ATTN: CAROL ANTLEY 50 NORTH FRONT STREET MEMPHIS TN 38103 |
| NAITONAL FINANCIAL SERVICES LLC | ATTN: LOU TREZZA 200 LIBERTY STREET NEW YORK NY 10281 |
| NATIONAL CITY BANK | ATTN: HALLE STASKEY 4100 WEST 150TH STREET CLEVELAND OH 44135 |
| NBCN, INC. | ATTN: DANIEL NTAP 1010 RUE DE LA GAUCHETIERE ST WEST SUITE 1925 MONTREAL QC H3B 5J2 CANADA |
| NORTHERN TRUST COMPANY (THE) | ATTN: BRIAN KLUCZNIK, DTC CONTACT 801 S. CANAL ST. CAPITAL STRUCTURES - C1N CHICAGO IL 60607 |
| NORTHERN TRUST COMPANY (THE) | ATTN: KARREN GREENE 801 S. CANAL C-IN CHICAGO IL 60607 |
| NORTHERN TRUST COMPANY (THE) | ATTN: AMELIA HENSON 801 S. CANAL C-IN CHICAGO IL 60607 |

| Claim Name | Address Information |
|---|---|
| NORTHERN TRUST COMPANY (THE) | ATTN: SCARLET SPIVEY PROCESSORAL C-IN CHICAGO IL 60607 |
| NORTHERN TRUST COMPANY (THE) | ATTN: ROBERT VALENTIN 801 S. CANAL C-IN CHICAGO IL 60607 |
| OPPENHEIMER & CO. INC | ATTN: OSCAR MAZARIO 125 BROAD STREET 15TH FLOOR NEW YORK NY 10004 |
| PERSHING LLC | ATTN: AL HERNANDEZ SECURITIES CORPORATION 1 PERSHING PLAZA JERSEY CITY NJ 07399 |
| PNC BANK, NATIONAL ASSOCIATION | ATTN: ROB HALLOWELL, SUPERVISOR 8800 TINICUM BLVD MS F6-F266-02-2 PHILADELPHIA PA 19153 |
| RAYMOND JAMES LTD./CDS** | ATTN: AARON STEINBERG, V.P. 333 SEYMOUR ST. SUITE 800 VANCOUVER BC V6B 5EBC CANADA |
| RAYMOND, JAMES & ASSOCIATES, INC. | ATTN: MIKE DILLARD 880 CARILION PARKWAY PO BOX 12749 ST. PETERBURG FL 33716 |
| RBC CAPITAL MARKETS CORP. | ATTN: STEVE SCHAFER, SR. ASSOCIATE 510 MARQUETTE AVE SOUTH MINNEAPOLIS MN 55402 |
| RBC DOMINION SECURITIES, INC. * | ATTN: KAREN OLIVERES 200 BAY STREET, 6TH FLOOR ROYAL BANK PLAZA NORTH TOWER TORONTO ON M5J 2W7 CANADA |
| RIDGE CLEARING & OUTSOURCING SOLUTIONS | ATTN: MATT FREIFELD 55 WATER ST. 32ND FL. NEW YORK NY 10041 |
| SANFORD C. BERNSTEIN & CO., LLC | ATTN: CARMINE CARRELLA, DIR. ONE NORTH LEXINGTON AVE WHITE PLAINS NY 10601 |
| SCOTIA CAPITAL INC./CDS | ATTN: NORMITA RAMIREZ P.O. BOX 4085 STATION "A" TORONTO ON M5W 2X6 CANADA |
| SCOTT & STRINGFELLOW, INC. | ATTN: LINDA MILLER 7401 BEAUFONT SPRINGS DRIVE SUITE 401 RICHMOND VA 23225 |
| SCOTTRADE, INC. | C/O ADP PROXY SERVICES ISSUER SERVICES 51 MERCEDES WAY EDGEWOOD NY 11717 |
| SCOTTRADE, INC. | ATTN: TERRI LOSCHE 12855 FLUSHING MEADOWS DR ST LOUIS MO 63131 |
| SOUTHWEST SECURITIES, INC. | ATTN: CHRISTINA FINZEN 1201 ELM STREET SUITE 3700 DALLAS TX 75270 |
| SSB – IBT/BGI | ATTN: TOM BRODERICK, DIR. 1776 HERITAGE DR. NORTH QUINCY MA 02171 |
| SSB-SPDR'S | GLOBAL CORP ACTION DEPT JAB5W ATTN: JOSEPH J. CALLAHAN PO BOX 1631 BOSTON MA 02105-1631 |
| SSB-TRUST CUSTODY | ATTN: ED CHANEY, V.P. 1200 CROWN COLONY DR QUINCY MA 02169 |
| STATE STREET BANK & TRUST CO/IBT | ATTN: TOM BRODERICK, DIR. 1776 HERITAGE DR. NORTH QUINCY MA 02171 |
| STATE STREET BANK & TRUST COMPANY | ATTN: PAUL DESHARNAIS/BRIAN PORT 1776 HERITAGE DRIVE NO. QUINCY MA 02171 |
| STATE STREET BANK & TRUST COMPANY | ATTN: BRIAN PORT GLOBAL CORPORATE ACTION UNIT JAB 5NW 1776 HERITAGE DRIVE BOSTON MA 02171 |
| STERNE AGEE & LEACH, INC. | ATTN: MARIBETH WILLIAMS 813 SHADES CREEK PARKWAY SUITE 100-B BIRMINGHAM AL 35209 |
| STIFEL NICOLAUS & COMPANY, INC. | ATTN: CHRIS WIEGAND 501 N BROADWAY 7TH FL STOCK RECORD DEPARTMENT ST LOUIS MO 63102 |
| SUMITOMO TRUST & BANKING CO. (USA) | ATTN: BETH CUMMINGS 527 MADISON AVE NEW YORK NY 10022 |
| SUNTRUST BANK | ATTN: JULIA COLANTUONO PO BOX 105504 CENTER 3141 ATLANTA GA 30348-5504 |
| TD AMERITRADE CLEARING, INC. | ATTN: ISSUER SERVICES C/O ADP PROXY SERVICES 51 MERCEDES WAY EDGEWOOD NY 11717 |
| TD WATERHOUSE CANADA INC. | ATTN: BEVERLY ADAMS 60 N WINDPLACE SCARBOROUGH ON M1S 5L4 CANADA |
| THE BANK OF NEW YORK MELLON | ATTN: MICHAEL KANIA 525 WILLIAM PENN PL. PITTSBURGH PA 15259 |
| TRUSTMARK NATIONAL BANK | ATTN: JACK BALL 248 E. CAPITOL ST. ROOM 580 JACKSON MS 39201 |
| UBS FINANCIAL SERVICES INC. | ATTN: JANE FLOOD, VP 1200 HARBOR BLVD WEEHAWKEN NJ 07086 |
| UBS SECURITIES LLC | ATTN: JOHN MALLOY 480 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| UMB BANK, NATIONAL ASSOCIATION | ATTN: JAN GUZMAN, V.P. 928 GRAND BLVD KANSAS CITY MO 64106 |
| UNION BANK OF CALIFORNIA, N.A. | ATTN: MARY KAY MORRISON 530 B ST, SUITE 242 SAN DIEGO CA 92101 |
| US BANK N.A. | ATTN: TIM RANDALL ATTN: SECURITIES CONTROL 1555 N RIVERCENTER DR, SUITE 302 MILWAUKEE WI 53212 |
| WACHOVIA BANK NA | ATTN: VICTORIA STEWART 1525 W, WT HARRIS BLVD. CHARLOTTE NC 28262-8522 |
| WACHOVIA SECURITIES, INC. | 1525 W W T HARRIS BLVD CHARLOTTE NC 282628522 |
| WACHOVIA SECURITIES, LLC | ATTN: BILL STEPHENSON, V.P. ONE NORTH JEFFERSON AVE. ST LOUIS MO 63103 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | ATTN: LACEY PETERSON, TRUST OPERATIONS 733 MARQUETTE AVENUE, 5TH FL. MAC N9306-057 MINNEAPOLIS MN 55479 |
| WILMINGTON TRUST COMPANY | ATTN: CAROLYN NELSON RODNEY SQUARE NORTH 1100 N MARKET ST WILMINGTON DE |

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| WILMINGTON TRUST COMPANY | 19890-2212 |

**Total Creditor count  121**

PERSONALIZED NOTICE PARTIES


FILED UNDER SEAL