**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.* | : | Case No. 09-10138 (KG) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | OFFICIAL COMMITTEE OF LONG- |
| Debtors. | | TERM DISABILITY PARTICIPANTS |

----------------------------------

       Pursuant to Section 1102(a)(2) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Long-Term Disability Participants in connection with the above-captioned case:

1. **Wendy Boswell Mann**, 2114 Claret Lane, Morrisville, NC 27560; E-Mail: wbmann@nc.rr.com;

2. **Daniel D. David**, 2105 Possum Trot Road., Wake Forest, NC 27587; E-Mail: ddavid4@nc.rr.com;

3. **Dianna L. Irish**, 235 Atrium Court, Warner Robins, GA 31088; E-Mail: midijd@yahoo.com;

4. **Paul E. Morrison**, 2241 College Ave., Quincy, IL 62301; E-Mail: pemqcy@gmail.com;

5. **Barbara Gallagher**, 410 West Acres Rd., Whitesboro, TX 76273; E-mail: ballyglas@poboxd.com;

6. **Michael Stutts**, 1616 Hastings Bluff, McKinney, TX 75070; E-Mail: michaelstutts@sbcglobal.net;

7. **Deborah Jones**, 8 Fairview Acres, Wellsboro, PA 16901; E-Mail: the_dudette@hotmail.com;

                        ROBERTA A. DEANGELIS
                        UNITED STATES TRUSTEE


                         */s/ Kevin P. Callahan for*
                        T. PATRICK TINKER
                        ASSISTANT UNITED STATES TRUSTEE

DATED: August 2, 2011

Attorney assigned to this Case: T. Patrick Tinker, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors local counsel:  Annie Cordo, Esq., Phone: (302) 351-9459; Fax: (302) 225-2559