**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.* | : | Case No. 09-10138 (KG) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | OFFICIAL COMMITTEE OF |
| Debtors. | | RETIRED EMPLOYEES |

---------------------------------

Pursuant to Section 1114 of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Retired Employees in connection with the above-captioned case:

1. **Gary R. Donahee,** Chairman**,** 5517 St. Andrews Court, Plano, TX 75093; E-Mail: gdonahee@me.com;

2. **Michael P. Ressner,** 5909 Applegarth Lane, Raleigh, NC 27614; E-Mail: Michael@ressner.com;

3. **Susan Kane**, 648 Lake Terrace Drive, Nashville, TN 37217; E-Mail: skane6@comcast.net;

4. **John T. Zalokar**, 6N426 Crescent Lane, St. Charles, IL 60175; E-Mail: jtzalokar@aol.com;

5. **Mark Haupt**, 10533 Tarton Fields Circle, Raleigh, NC 27617; E-Mail: mmjh123@frontier.com;

ROBERTA A. DEANGELIS
UNITED STATES TRUSTEE


 */s/ Kevin P. Callahan for*
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: August 2, 2011

Attorney assigned to this Case: T. Patrick Tinker, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' local counsel: Annie Cordo, Esq., Phone: (302) 351-9459; Fax: (302) 225-2559