United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| NORTEL NETWORKS INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-10138 |
| Debtor | } Amount **$41,298.93** |

*AS SET FORTH ON SCHEDULE E*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**TERRY L CAMPBELL**
**44032 RIVERPOINT DR**
**LEESBURG, VA 20176**

The transfer of your claim as shown above in the amount of **$41,298.93** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Jeff Caress
Liquidity Solutions Inc
(201) 968-0001

497940

In re **NORTEL NETWORKS INC.**  Case No. 09-10138
Debtor  (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>TERRY L CAMPBELL<br>44032 RIVERPOINT DR.<br>LEESBURG, VA 20176 | | | SEVERANCE | | | | $41,298.93 | $4,058.33 | $37,240.60 |
| ACCOUNT NO.<br>TETSUYUKI NAKAMURA<br>105 SANDY HOOK WAY<br>CARY, NC 27513 | | | SEVERANCE | | | | $22,215.26 | $7,306.07 | $14,909.19 |
| ACCOUNT NO.<br>THANH T TRAN<br>2013 BROOK TREE DR.<br>GARLAND, TX 75040 | | | SEVERANCE | | | | $10,642.16 | $7,991.98 | $2,650.18 |
| ACCOUNT NO.<br>THANH-THE T NGUYEN<br>2619 WATERS EDGE DR.<br>GRAND PRAIR, TX 75054 | | | SEVERANCE | | | | $9,768.20 | $7,169.98 | $2,598.22 |
| ACCOUNT NO.<br>THOMAS C NEAL<br>5828 POOLE DR.<br>THE COLONY, TX 75056 | | | SEVERANCE | | | | $9,598.58 | $7,253.35 | $2,345.23 |
| ACCOUNT NO.<br>THOMAS G HERNANDEZ<br>2859 SHADY GROVE RD<br>SUNSET, SC 29685 | | | SEVERANCE | | | | $24,169.33 | $8,125.55 | $16,043.78 |
| ACCOUNT NO.<br>THUAN NGUYEN<br>3516 EUCLID DR<br>GRAND PRAIR, TX 75052 | | | SEVERANCE | | | | $18,322.32 | $7,333.53 | $10,988.79 |
| ACCOUNT NO.<br>THU-ANH T TRAN<br>2510 APPALACHIA DR<br>GARLAND, TX 75044 | | | SEVERANCE | | | | $7,858.43 | $7,858.43 | $0.00 |
| ACCOUNT NO.<br>TIMOTHY T CAO<br>1472 MIWOK PLACE<br>MORGAN HILL, CA 95037 | | | SEVERANCE | | | | $11,582.30 | $7,022.91 | $4,559.39 |

Sheet no. 113 of 124 sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal  $155,455.51   $64,120.13   $91,335.38

## TRANSFER NOTICE

CAMPBELL, TERRY L ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Nortel Networks Inc.. (the "Debtor"), in the aggregate amount of $41,298.93, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 09-10138.

IN WITNESS WHEREOF, Assignor has signed below as of the 19th day of July, 2011.

**CAMPBELL, TERRY L**

_Terry L. Campbell_
(Signature)

TERRY L. CAMPBELL
(Print Name and Title)

LIQUIDITY SOLUTIONS, INC.

_____
(Signature)

Jeff Caress
(Print Name and Title)



497940