IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------- X
: 
*In re* : Chapter 11
 :
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
 :
              Debtors. : Jointly Administered
 :
----------------------------------------------------------- X

## AMENDED CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 5874[2]

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht and Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Twenty-Ninth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2011 Through May 31, 2011** (the "Application") (D.I. 5874), filed on July 5, 2011.

Cleary Gottlieb received informal comments from the Office of the United States Trustee (the "U.S. Trustee") regarding expenses in the amount of $14,464.05. At the time of filing of this Certification of No Objection, Cleary Gottlieb has agreed with the U.S. Trustee to a

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] The Debtors previously filed the Certificate of No Objection Regarding Docket No. 5874 [D.I. 6039] on July 27, 2011.

4398721.1

reduction of the requested expenses in the amount of $249.87 (the "Agreed Reduction"). With regards to the remaining $14,214.18 (the "Disputed Amount"), Cleary Gottlieb has not agreed to further reduce its expenses by that amount, and reserves all rights to respond to any formal objections that may be filed, and to seek payment of these expenses in Cleary Gottlieb's next quarterly fee application and any final fee application it may file. For the purposes of filing this Certification of No Objection, Cleary Gottlieb agrees not to seek payment of the Disputed Amount of its expense at this time.

Accordingly, pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Fees And Expenses for Professionals and Official Committee Members entered on February 4, 2009, the Debtors are authorized to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested[3] | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $5,622,130.00 | $116,356.82 | $4,497,704.00 | $4,614,060.82 |

WHEREFORE, the Debtors respectfully request that the Application be approved.

Dated: August 3, 2011
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

– and –

---

[3] The amount has been reduced by the Agreed Reduction and the Disputed Amount.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Chad A. Fights*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

Counsel for the Debtors and Debtors in Possession