IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| In re: | ) | Chapter 15 |
| | ) | |
| NORTEL NETWORKS LTD., *et al.*, | ) | Case No. 09-10164 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re Dkt Nos. 5970, 6022 & 6026** |

## ORDER

WHEREAS,

A. Nortel Networks Inc. and its affiliated debtors (the "U.S. Debtors") and the Official Committee of Unsecured Creditors (the "Committee") (jointly, the "U.S. Movants") have filed objections to and motions to dismiss (the "Motions") the claims of Nortel Networks UK Limited (D.I. 5970), Nortel Networks Ireland Limited (D.I. 6022) and Nortel Networks S.A. and its French Liquidator (D.I. 6026) (collectively, the "EMEA Debtors").

B. The Court previously scheduled the hearing on the Motions for the week of September 19, 2011.

C. The EMEA Debtors have requested additional time to submit their responses to the Motions and the U.S. Movants are amenable to a brief adjournment provided it does not unduly delay the hearing on the Motions.

D. An adjournment of the hearing on the Motions is complicated by a mediation (the "Mediation") before the Honorable Warren K. Winkler, Chief Justice of Ontario (the "Mediator"), which requires the parties to file briefs with the Mediator on or before September 16, 2011.

E. The Court recognizes that the resolution of the Motions may have a material impact upon the Mediation.

F. The Court therefore concludes that it would serve the best interests of justice and promote the Court's and the Canadian Court's goal of resolving the issues in the Mediation in a prompt, measured and orderly manner were the Mediator to consider adjourning the Mediation, including the submission of briefs, until the Court has had the opportunity to hear and decide the Motions which the Court has now rescheduled to be heard on October 13 and 14, 2011.

IT IS THEREFORE ORDERED this 3rd day of August, 2011, with the utmost respect for and gratitude to the Mediator, that the Mediator consider the postponement of the Mediation, including the due date for the parties to submit briefs to the Mediator, until such time as the Court has heard and thereafter decided the Motions.

Dated: August 3, 2011

Kevin Gross, U.S.B.J.