# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
In re                                               :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                  :    Case No. 09-10138 (KG)
:
      Debtors.                              :    Jointly Administered
:
------------------------------------------------------------X

| | |
|---|---|
| Nortel Networks Inc. v. BizSphere AG (f/k/a SVA-BizSphere AG) | Adv. Pro. No. 10-55918 |
| Nortel Networks Inc. v. Devoteam Danet GmbH (f/k/a Danet GmbH) | Adv. Pro. No. 10-55926 |
| Nortel Networks Inc. v. EION Inc. | Adv. Pro. No. 10-55204 |
| Nortel Networks Inc. v. Macadamian Technologies Inc. | Adv. Pro. No. 10-55915 |

## STATUS REPORT ON AVOIDANCE ACTIONS
## ASSIGNED TO THE HONORABLE KEVIN GROSS

        In accordance with the Court's Chambers' Procedures and the Scheduling Order dated May 6, 2011, plaintiff Nortel Networks Inc., by and through its undersigned counsel, submits the following status report with respect to the above-captioned adversary proceedings.

Dated: August 4, 2011
Wilmington, Delaware

                                       CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                       Deborah M. Buell (admitted *pro hac vice*)
                                       Neil P. Forrest (admitted *pro hac vice*)
                                       One Liberty Plaza
                                       New York, New York 10006

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  /s/ Chad A. Fights
Donna L. Culver (No. 2983)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and
Debtors in Possession*

4414287.1

## STATUS A

## SERVICE NOT YET COMPLETED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS B

## SERVICE COMPLETE, ANSWERS DUE

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS C

## MOTION OR REQUEST FOR DEFAULT FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS D

## NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS E

## RESOLVED/SETTLED: MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55204 | EION Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide the Notice Parties with notice of this proposed settlement. |

| 10-55926 | Devoteam Danet GmbH (f/k/a Danet GmbH) | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy Court. |

## STATUS F

## DISCOVERY UNDERWAY

| **Adversary No.** | **Defendant** | **Status** |
| --- | --- | --- |
| 10-55918 | BizSphere AG (f/k/a SVA-BizSphere AG) | Discovery will be proceeding in accordance with the Scheduling Order dated May 6, 2011. |
| 10-55915 | Macadamian Technologies Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated May 6, 2011. |

## STATUS G

## NOTICE OF SELECTION OF MEDIATOR FILED

| **Adversary No.** | **Defendant** | **Status** |
| --- | --- | --- |
| None. | | |

## STATUS H

## READY FOR TRIAL

| **Adversary No.** | **Defendant** | **Status** |
| --- | --- | --- |
| None. | | |

## STATUS I

## DISPOSITIVE MOTION PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS J

## STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS K
## APPEAL PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |