## CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Status Report of Avoidance Actions Assigned to the Honorable Kevin Gross** was caused to be made on August 4, 2011, in the manner indicated upon the entities identified on the attached service lists.

Date: August 4, 2011                          */s/ Chad A. Fights*
                                         Chad A. Fights (No. 5006)

4219743.1