IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT    )
                                            ) ss.:
COUNTY OF HARTFORD    )

BRIAN HUNT, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as an Associate Consultant by Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095 and I am not a party to the above-captioned action.

2. On August 3, 2011, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

    a) the sellers of the claims as listed on the annexed Exhibit B,
    b) the buyers of the claims as listed on the annexed Exhibit C,
    c) counsel to the Debtors as listed on Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Brian Hunt
Brian Hunt

Sworn to before me this
3rd day of August, 2011

/s/ Janice E. Livingstone
Janice E. Livingstone
Notary Public, State of Connecticut

JANICE E. LIVINGSTONE
NOTARY PUBLIC
STATE OF CONNECTICUT
My Commission Expires
August 31, 2011

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:     **Francisco Aguilar**
        **8747 Chauncey Town Road**
        **Lake Waccam, NC  28450**

Your claim, in the amount of **$7,348.51** has been transferred, unless previously expunged by Court Order, to:

**Liquidity Solutions Inc.**
**One University Plaza**
**Suite 312**
**Hackensack, NJ  07601**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number # **6048** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By     /s/Brian Hunt
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 3, 2011

**EXHIBIT B**

FRANCISCO AGUILAR, 8747 CHAUNCEY TOWN ROAD, LAKE WACCAM, NC 28450

DONNA BALLOTA, 15 SIMONDS FARM RD., BILLERICA, MA 01862

ASCENTIUM CORPORATION, ATTN: JONATHAN BUCHTER, 10500 NE 8TH STREET, SUITE 1300, BELLEVUE, WA 98004

COMMFUSION, 1510 MISTY CLOUD PLACE, SANTA ROSA, CA 95409

PRECISION MACHINE FABRICATION, 1100 NORTH NEW HOPE ROAD, RALEIGH, NC 27610

SILVERCOM INC., 700 COMMERCIAL COURT, SAVANNAH, GA 31406

SOMERSET GROUP CONSULTING, 11470 DULEY STATION ROAD, UPPER MARLBORO, MD 20772

THE VOICE FACTORY, 76 PRINCESS ST., SAINT JOHN, NL E2L 1K4, CANADA

WALKER & ASSOCIATES, INC., PO BOX 751578, CHARLOTTE, NC 28275

RICHARD R. STANDEL, JR., 8231 BAY COLONY DR., APT. #303, NAPLES, FL 34108

AVATECH SOLUTIONS, 10715 RED RUN BOULEVARD, OWINGS MILLS, MD 21117

EDUARDO E. ALVAREZ, 1331 SEATTLE SLEW LN., CARY, NC 27519

TERRY L. CAMPBELL, 44032 RIVERPOINT DR., LEESBURG, VA 20176

**EXHIBIT C**

LIQUIDITY SOLUTIONS INC., ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ 07601

LONGACRE OPPORTUNITY FUND, L.P., ATTN: VLADIMIR JELISAVCIC, 810 SEVENTH AVENUE, 33RD FLOOR, NEW YORK, NY 10019

CLAIMS RECOVERY GROUP LLC, 92 UNION AVENUE, CRESSKILL, NJ 07626

ARCHON BAY CAPITAL, LLC, ATTN: CLAIMS PROCESSING DEPT., P.O. BOX 14610 SURFSIDE, SC 29587

LONGACRE INSTITUTIONAL OPPORTUNITY FUND, L.P., ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR, NEW YORK, NY 10019

FULCRUM DISTRESSED OPPORTUNITIES FUND I, LP, ATTN: GENERAL COUNSEL 111 CONGRESS AVENUE, SUITE 2550, AUSTIN, TX 78701

ASM CAPITAL LP, 7600 JERICHO TURNPIKE, SUITE 302, WOODBURY, NY 11797

**EXHIBIT D**

CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: JAMES BROMLEY, ONE LIBERTY PLAZA, NEW YORK, NY  10006