IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT  )
                                              ) ss.:
COUNTY OF HARTFORD  )

BRIAN HUNT, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as an Associate Consultant by Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095 and I am not a party to the above-captioned action.

2. On August 3, 2011, I caused to be served a personalized "Notice of Defective Transfer", a sample which is annexed hereto as Exhibit A, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

   a) the sellers of the claims as listed on the annexed Exhibit B,
   b) the buyers of the claims as listed on the annexed Exhibit C,
   c) counsel to the Debtors as listed on Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Brian Hunt
Brian Hunt

Sworn to before me this
3rd day of August, 2011

/s/ Janice E. Livingstone
Janice E. Livingstone
Notary Public, State of Connecticut

JANICE E. LIVINGSTONE
NOTARY PUBLIC
STATE OF CONNECTICUT
My Commission Expires
August 31, 2011

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    **Andrew Twynham**
**10451 Big Canoe**
**Jasper, GA  30143**


Transferee:    **Liquidity Solutions Inc.**
**One University Plaza, Suite 312**
**Hackensack, NJ  07601**


Your transfer is defective for the reason checked below:

**Amount on Transfer Agreement does not match claims**

Docket Number: 6045     Date: 7/29/2011


By     /s/ Brian Hunt
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 3, 2011

**EXHIBIT B**

ANDREW TWYNHAM, 10451 BIG CANOE, JASPER, GA  30143

ALVIN M. ETHINGTON, 252 SHAWNEE RUN, TAYLORSVILLE, KY  40071

ASCENTIUM CORPORATION, ATTN: JONATHAN BUCHTER, 10500 NE 8TH STREET, SUITE 1300, BELLEVUE, WA  98004

**EXHIBIT C**

LONGACRE OPPORTUNITY FUND, L.P., ATTN: VLADIMIR JELISAVCIC, 810 SEVENTH AVENUE, 33RD FLOOR, NEW YORK, NY  10019

FAIR HARBOR CAPITAL, LLC, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY  10023

LIQUIDITY SOLUTIONS INC., ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ  07601

**EXHIBIT D**

CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: JAMES BROMLEY, ONE LIBERTY PLAZA, NEW YORK, NY 10006