Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Ph. 619-220-8900/ Fax 619-220-8112

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ) CHAPTER 11
)
) Case No. 09-10138 (KG)
NORTEL NETWORKS INC., et al., ) (Jointly Administered)
)
) NOTICE OF TRANSFER OF CLAIM
) OTHER THAN FOR SECURITY AND
Debtors. ) WAIVER OF NOTICE
)

Bankruptcy Rule 3001(e)(2)

PLEASE TAKE NOTICE that the filed claim of **CRITICAL POWER RESOURCE LLC** ("Transferor") against the Debtor in the amount of **$495.16 (Claim No. 3457)**, as listed within the Claims Register, and all other claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the claim is not less than $495.16 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. 09-10138Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to DACA any correspondence or payments received subsequent to the date of this agreement and authorize DACA to take the steps necessary to transfer this claim and all claims we hold against the above debtor into their name. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**CRITICAL POWER RESOURCE LLC**
**SUITE 102 2700 SUMNER BLVD RALEIGH NC 27616**

Print Name KENNETH A. AGEE   Title OWNER
Signature [signed]   Date 7-28-11
Updated Address (if needed) 5868 FARINGDON PL. SUITE A RALEIGH NC 27609
Phone 919 844 6447   Fax 919 844 5445   E-Mail KEN.AGEE@CPR-NC.com
Federal Tax Identification / Social Security Number: 56-2243654

TRANSFEREE:
Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: [signed]
Andrew Whatnall

Mail Ref# 09-10138-09-10138
2601916