## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                :

In re                                :        Chapter 11
                :

Nortel Networks Inc., *et al.*,[1]       :        Case No. 09-10138 (KG)
                :

          Debtors.         :        Jointly Administered
                :

------------------------------------------------------------X

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON AUGUST 9, 2011 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## CONTINUED/RESOLVED/WITHDRAWN MATTERS

1.     Debtors' Eighteenth Omnibus Objection (Substantive) to Certain Claims (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 4842, Filed 2/4/11).

     Objection Deadline: February 23, 2011 at 4:00 p.m. (ET)

     Responses Received:

     (a)     Claimant Ritz-Carlton Hotel Company, LLC's Reponses to Objection to its Claims (D.I. 4973, Filed 2/23/11).

     Related Pleadings:

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

(a)     Order Granting Debtors' Eighteenth Omnibus Objection (Substantive) to Certain Claims (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 5089, Entered 3/9/11); and

(b)     Notice of Withdrawal of Debtors' Eighteenth Omnibus Objection (Substantive) Solely with Respect to Claim No. 1647 Filed by Ritz-Carlton Hotel Company, LLC (D.I. 6044, Filed 7/28/11).

Status: The Debtors have withdrawn their objection to Claim No. 1647 filed by Ritz-Carlton Hotel Company, LLC.

## UNCONTESTED MATTERS WITH C.N.O.

2.     Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 Approving Settlement and Loss Portfolio Transfer Agreement with Liberty Mutual Insurance Company (D.I. 5986, Filed 7/19/11).

Objection Deadline:   August 2, 2011 at 4:00 p.m. (ET)

Responses Received:  None.

Related Pleadings:

(a)     Certification of No Objection Regarding D.I. 5986 (D.I. 6084, Filed 8/4/11); and

(b)     Proposed Form of Order.

Status: There are no objections and a CNO has been filed.

3.     Application of the Debtors Pursuant to 11 U.S.C. § 327(a) to Retain and Employ Eugene F. Collins as Special Irish Counsel for the Debtors Nunc Pro Tunc to June 13, 2011 (D.I. 6025, Filed 7/22/11).

Objection Deadline:   August 2, 2011 at 4:00 p.m. (ET)

Responses Received:

(a)     Informal response from the United States Trustee.

Related Pleadings:

(a)     Certification of No Objection Regarding D.I. 6025 (D.I. 6086, Filed 8/4/11); and

(b)     Proposed Form of Order.

Status: The response from the Trustee has been resolved. There are no objections and a CNO has been filed.

## UNCONTESTED MATTER GOING FORWARD

4.     Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 5341, Filed 4/28/11).

Objection Deadline:  May 24, 2011 at 4:00 p.m. (ET).

Responses Received:

(a)     Response of Corning Incorporated to Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 5410, Filed 5/11/11); and

(b)     Response of Receivable Management Services Corporation to the Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 5476, Filed 5/24/11).

Related Pleadings:

(a)     Order Granting Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 5623, Entered 6/7/11);

(b)     First Supplemental Order Granting Debtors' Nineteenth Omnibus Objection (Substantive) To Certain Claims And (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 5782, Filed 6/21/11); and

(c)     Second Supplemental Order Granting Debtors' Nineteenth Omnibus Objection (Substantive) To Certain Claims And (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 5928, Filed 7/11/11).

Status:  The hearing with respect to the response filed by Corning Incorporated has been adjourned to the hearing scheduled for August 23, 2011 at 10:00 a.m. (ET). The Debtors and Receivable Management Services Corporation, acting on behalf of Dun & Bradstreet,

have reached a resolution with respect to Claim No. 7406 filed by Dun & Bradstreet, and a proposed form of order will be handed up at the hearing.

5.    Debtors' Motion for Entry of an Order Authorizing the Claims Agent to Reflect Certain Claims That Have Been Satisfied as Paid (D.I. 5343, Filed 4/28/11).

Objection Deadline:  May 24, 2011 at 4:00 p.m. (ET). Extended to August 4, 2011 at 4:00 p.m. (ET) for BT Americas, Inc.

Responses Received:

(a)    Informal response from BT Americas, Inc.
Related Pleadings:

(a)    Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 5625, Entered 6/7/11).

Status: The Debtors and BT Americas, Inc. have reached a resolution and a proposed form of order will be handed up at the hearing.

Dated: August 5, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____/s/ Chad A. Fights_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663
*Counsel for the Debtors and Debtors in Possession*

4391168.4

4