## CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on August 9, 2011 at 10:00 a.m. (ET)** was caused to be made on August 5, 2011, in the manner indicated upon the parties identified in the attached service list.

Dated: August 5, 2011

_____/s/Chad A. Fights_____
Chad A. Fights (No. 5006)

3790723.1