**Via Fax**

Robert J. Keach
Paul McDonald
Daniel J. Murphy
BERNSTEIN, SHUR, SAWYER & NELSON
100 Middle Street
Portland, ME 04104-5029
Fax: 207-774-1127

*(Counsel for Corning)*
Lee Harrington
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Fax: 617-345-1300

*(Counsel for RMS)*
Ronald Rowland
307 International Circle
Hunt Valley, MD 21030
Fax: 484-242-4218

Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 N. Market St., Suite 1700
Wilmington, DE 19801
Fax: 302-384-9399

*(Counsel for BT America)*
Craig A. Damast
Proskauer Rose LLP
11 Times Square
New York, New York 10036-8299
Fax: 212-969-2900

4346741.1