United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| NORTEL NETWORKS INC. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-10138 |
| Debtor | } Amount **$1,740.59** |

*AS SET FORTH ON SCHEDULE E*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**TUYET TRINH**
**2411 HONEYSUCKLE DR**
**RICHARDSON, TX 75082**

The transfer of your claim as shown above in the amount of **$1,740.59** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/Jeff Caress
    Liquidity Solutions Inc
    (201) 968-0001

3266911

In re **NORTEL NETWORKS INC.**                                  Case No. 09-10138
                          Debtor                                             (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>TREASURER OF STATE OF OHIO<br>P.O. BOX 27<br>COLUMBUS, OH 43216-0027 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>TREASURER OF THE STATE OF OHIO<br>OHIO DEPARTMENT OF TAXATION<br>P.O. BOX 16560<br>COLUMBUS, OH 43216-6560 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>TREASURER OF VIRGINIA<br>STATE CORPORATION COMMISSION,<br>CLERK'S OFFICE<br>PO BOX 7607<br>MERRIFIELD, VA 22116-7607 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>TULSA COUNTY TREASURER<br>PO BOX 21017<br>TULSA, OK 74121-1017 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>TUSCALOOSA COUNTY SPECIAL TAX BOARD<br>P.O. BOX 20738<br>TUSCALOOSA, AL 35402-738 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>TUYET TRINH<br>2411 HONEYSUCKLE DR<br>RICHARDSON, TX 75082 | | | SEVERANCE | | | | $1,740.59 | $1,740.59 | $0.00 |
| ACCOUNT NO.<br>UNION PARISH SCHOOL BOARD<br>SALES TAX DEPT.<br>P. O. BOX 545<br>FARMERVILLE, LA 71241 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>UTAH STATE TAX COMMISSION<br>210 NORTH 1950 WEST<br>SALT LAKE CITY, UT 84134-0300 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |

Sheet no. 117 of 124 sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal    $1,740.59    $1,740.59    $0.00

**TRANSFER NOTICE**

Tuyet Trinh ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Nortel Networks Inc.** (the "Debtor"), in the aggregate amount of **$1,740.59** , representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 09-10138.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2011

Tuyet Trinh

_____
(Signature)

TUYET TRINH / test engineer
(Print Name and Title)

_____
Liquidity Solutions, Inc.
Jeff Caress

Nortel Networks Inc.
Tuyet Trinh


3266911