United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| NORTEL NETWORKS INC. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-10138 |
| Debtor | } Amount **$3,720.96** |

*AS SET FORTH ON SCHEDULE F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**DANIEL T PEARSON**
**71692 ROAD 375**
**CULBERTSON, NE 69024**

The transfer of your claim as shown above in the amount of **$3,720.96** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/Jeff Caress
    Liquidity Solutions Inc
    (201) 968-0001

3266701

In re **NORTEL NETWORKS INC.**  Case No. 09-10138
Debtor                                  (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>DAIPENG P CHANG<br>660 OAKDALE DR<br>PLANO, TX 75025 | | | SEVERANCE | | | | $32,153.83 | $6,707.32 | $25,446.51 |
| ACCOUNT NO.<br>DALLAS COUNTY TAX COLLECTOR<br>P. O. BOX 139066<br>DALLAS, TX 75313-9066 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>DALLAS COUNTY TAX COLLECTOR<br>P. O. BOX 139066<br>DALLAS, TX 75313-9066 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>DAMON COLSON<br>313 ROY ROGERS LN<br>MURPHY, TX 75094 | | | SEVERANCE | | | | $19,180.36 | $7,751.86 | $11,428.50 |
| ACCOUNT NO.<br>DANIEL E KINGSBURY<br>221 SADDLEBROOK<br>GARLAND, TX 75044-4642 | | | SEVERANCE | | | | $37,794.36 | $6,548.40 | $31,245.96 |
| ACCOUNT NO.<br>DANIEL J BOWEN<br>2916 LEGGING LANE<br>RALEIGH, NC 27615 | | | SEVERANCE | | | | $18,470.79 | $7,314.56 | $11,156.23 |
| ACCOUNT NO.<br>DANIEL J NICHOLAS<br>5711 CARELL AVE<br>AGOURA HILL, CA 91301 | | | SEVERANCE | | | | $4,230.75 | $4,230.75 | $0.00 |
| ACCOUNT NO.<br>DANIEL N LE<br>3452 BRIARGROVE LANE<br>DALLAS, TX 752876000 | | | SEVERANCE | | | | $16,082.00 | $8,024.13 | $8,057.87 |
| ACCOUNT NO.<br>DANIEL T PEARSON<br>71692 ROAD 375<br>CULBERTSON, NE 690248215 | | | SEVERANCE | | | | $3,720.96 | $3,720.96 | $0.00 |

Sheet no. 36 of 124 sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal  $131,633.05  $44,297.98  $87,335.07

**TRANSFER NOTICE**

Daniel T Pearson ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Nortel Networks Inc.** (the "Debtor"), in the aggregate amount of **$3,720.96**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 09-10138.

IN WITNESS WHEREOF, Assignor has signed below as of the __14__ day of __July__, 2011

Daniel T Pearson

__Daniel T Pearson__
(Signature)

__Daniel T Pearson__
(Print Name and Title)

__[signature]__
Liquidity Solutions, Inc.
JEFF CARESS

Nortel Networks Inc.
Daniel T Pearson


3266701