# EXHIBIT A

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2011 through June 30, 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| U.S. Proceedings/Matters | 2.3 | $2,242.50 |
| Case Administration | 2.4 | $516.00 |
| Fee and Employment Applications | 20.5 | $9,195.00 |
| Analysis of Canadian Law | 6.2 | $4,867.00 |
| Intercompany Analysis | 52.8 | $43,964.50 |
| Canadian CCAA Proceedings/Matters | 168.2 | $120,178.00 |
| Asset Dispositions | 2.2 | $2,145.00 |
| Tax Issues | 0.8 | $804.00 |
| Canadian Sec. 18.6 Proceedings/Matters | 2.0 | $1,315.00 |
| Litigation | 85.0 | $48,229.00 |
| **TOTAL** | 342.4 | $233,456.00 |

ASSET DISPOSITIONS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|-----------|-----------|------|-------------|-------|--------|--------|
| DeMarinis | Tony | 27/06/2011 | review information regarding sales process, and consider related IFSA and escrow matters; | 2.2 | 2,145.00 | 10705150 |

CASE ADMINISTRATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|-----------|-----------|------|-------------|-------|--------|--------|
| Hassoun | Zeina | 03/06/2011 | Review of court docket (0.2); forward update to attorneys (0.1); court calendar deadlines and hearing dates (0.1) | 0.4 | 86.00 | 10668055 |
| Hassoun | Zeina | 13/06/2011 | Review of court docket (0.4); court calendar deadlines and hearing dates (0.4); forward same to attorneys (0.3) | 1.2 | 258.00 | 10685083 |
| Hassoun | Zeina | 20/06/2011 | Review of court docket (0.2); mark deadlines and hearing dates for calendaring (0.3) | 0.5 | 107.50 | 10694316 |
| Hassoun | Zeina | 21/06/2011 | Review of court docket (0.2); provide update to attorneys. | 0.3 | 64.50 | 10697770 |

TAX

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|-----------|-----------|------|-------------|-------|--------|--------|
| Welkoff | James W. | 16/06/2011 | discussion with John Tobin; | 0.8 | 804.00 | 10691634 |

FEE AND EMPLOYMENT APPLICATIONS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|-----------|-----------|------|-------------|-------|--------|--------|
| Hassoun | Zeina | 01/06/2011 | Receipt and review of email request from T. Martin (0.1); review of court docket regarding filing of Torys Second Monthly Fee Application and Torys Second Quarterly Fee Application (0.1); download same (0.1); prepare email to T. Martin and W. Gray enclosing same (0.1) | 0.4 | 86.00 | 10666406 |
| Hassoun | Zeina | 02/06/2011 | Office conference with A. Bauer and T. Martin regarding filing of Monthly Fee Application (0.1); receipt and begin review of May 2011 time records (0.8); | 0.9 | 193.50 | 10667767 |
| Bauer | Alison D. | 02/06/2011 | Conference call T. Martin on status of next monthly fee app and instructions to Z. Hassoun (0.1) | 0.1 | 70.00 | 10668484 |
| Martin | Timothy | 02/06/2011 | Reviewing May time entries (0.6); e-mail to attorneys re: same (0.2) | 0.8 | 348.00 | 10668553 |
| Hassoun | Zeina | 03/06/2011 | Review of court docket (0.2); court calendar Fee Application Objection deadlines (0.1) and Quarterly Fee Application Hearing Agenda (0.2) | 0.5 | 107.50 | 10668632 |
| Gray | William | 01/06/2011 | Prepare matching invoice; Review fee application | 0.8 | 680.00 | 10668686 |
| Hassoun | Zeina | 06/06/2011 | Final review of May 2011 time records (1.2); office conference with T. Martin regarding time entries (0.1) | 1.3 | 279.50 | 10673846 |
| De Cicco | Natasha | 05/06/2011 | reviewing dockets re fee application; | 0.2 | 123.00 | 10675296 |
| Hassoun | Zeina | 08/06/2011 | Research status of outstanding invoice (0.1); prepare email to W. Gray regarding same (0.1) | 0.2 | 43.00 | 10678638 |
| Martin | Timothy | 06/06/2011 | Reviewing fee application precedents; e-mail to W. Gray re: same | 0.8 | 348.00 | 10683248 |
| Gray | William | 13/06/2011 | Work on monthly fee application | 0.8 | 680.00 | 10689613 |
| Hassoun | Zeina | 17/06/2011 | Review and revise Tory's Third Monthly Fee Application | 1.3 | 279.50 | 10690028 |
| Bauer | Alison D. | 16/06/2011 | Follow up T. Martin | 0.1 | 70.00 | 10690838 |
| Hassoun | Zeina | 20/06/2011 | Receipt and review of email from J. Wang regarding local form 101 and 102 (0.1); create fee application charts for Tory's 3rd Monthly Fee Application (0.2); office conference with W. Gray regarding billing issues (0.2); prepare email and follow up regardi ng release of time in accordance with No Objections to Tory's 2nd Fee Application. (0.6) | 1.1 | 236.50 | 10694925 |
| Bauer | Alison D. | 20/06/2011 | review order | 0.2 | 140.00 | 10695686 |
| Gray | William | 16/06/2011 | Review objection deadline to fee application (0.3); Review docket for opposition (0.5); Review fee apps. submitted to the court (0.5); | 1.3 | 1,105.00 | 10697070 |
| Gray | William | 20/06/2011 | Review docket (0.2); Review objections (0.2); Review US Trustee objections and certificate of no objection (0.2); | 0.6 | 510.00 | 10697579 |
| Gray | William | 21/06/2011 | Court orders regarding payment of fees; Submit final fee payment | 0.7 | 595.00 | 10698881 |
| Hassoun | Zeina | 22/06/2011 | Review of court docket regarding entry of Order Approving Professionals Interim Fee Applications (0.2); Finalize Tory's 3rd Monthly Fee Application (0.3) | 0.5 | 107.50 | 10698900 |
| Martin | Timothy | 24/06/2011 | Work on finalizing May fee application | 2.1 | 913.50 | 10702873 |
| Bauer | Alison D. | 28/06/2011 | Status of fee app payments (0.1) and instructions to Z. Hassoun on disclosure (.1) | 0.2 | 140.00 | 10707239 |

FEE AND EMPLOYMENT APPLICATIONS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|-----------|-----------|------|-------------|-------|--------|--------|
| Hassoun | Zeina | 28/06/2011 | Office conference with W. Gray and T. Martin regarding receipt of payment on Quarterly & Second Monthly fee application request (0.2); email to billing regarding same (0.1); receipt, review and reply to same (0.2); prepare email to attorneys re same (0.1) ; receipt, review and reply to same (0.2) | 0.8 | 172.00 | 10707758 |
| Hassoun | Zeina | 28/06/2011 | Office conference with W. Gray regarding conflict check (0.1); review retention application (0.7); forward findings to A. Bauer and W. Gray (0.2); receipt, review and reply to email re same (0.1); begin drafting supplement declaration (0.4) | 1.3 | 279.50 | 10707937 |
| Hassoun | Zeina | 29/06/2011 | Draft Supplemental Affidavit of William Gray. | 0.6 | 129.00 | 10710146 |
| Hassoun | Zeina | 29/06/2011 | Receipt, review and reply to email regarding hold-back amount (0.1); prepare email to attorneys re same (0.1); office conference with T. Martin regarding May 2011 fee application (0.1) | 0.3 | 64.50 | 10710361 |
| Gray | William | 29/06/2011 | Work on fee application | 0.5 | 425.00 | 10711812 |
| Hassoun | Zeina | 30/06/2011 | Telephone conversation with J. Brentnall regarding April 2011 expenses not included in April fee application (0.3); review pro forma regarding same (0.2); revise May 2011 fee application (0.3) | 0.8 | 172.00 | 10711836 |
| Gray | William | 28/06/2011 | Work on monthly fee application | 0.8 | 680.00 | 10711941 |
| Martin | Timothy | 22/06/2011 | Revising fee application | 0.5 | 217.50 | 10722343 |

LITIGATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|-----------|-----------|------|-------------|-------|--------|--------|
| Gray | Andrew | 01/06/2011 | conference calls to discuss court proceedings (1.8); drafting court materials (3.4); email correspondence regarding court materials and process (1.2); | 6.4 | 4,256.00 | 10666323 |
| Gray | Andrew | 03/06/2011 | conference calls with counsel for various parties regarding motion (1.1); drafting court materials (4.3); reviewing court materials (1.3); e-mail correspondence (0.7); | 7.4 | 4,921.00 | 10668139 |
| Gray | Andrew | 02/06/2011 | drafting court documents (2.9); e-mail correspondence (1.2); telephone conferences regarding court materials (3.2) | 7.3 | 4,854.50 | 10669038 |
| Gray | Andrew | 05/06/2011 | conference calls with counsel regarding hearing (1.3); e-mail correspondence regarding hearing (0.6); preparing for hearing (3.9); | 5.8 | 3,857.00 | 10672639 |
| Gray | Andrew | 06/06/2011 | preparing for motion; | 8.5 | 5,652.50 | 10673969 |
| Gray | Andrew | 07/06/2011 | preparing for motion (2.5); attending at hearing of allocation protocol motion (12.0); | 14.5 | 9,642.50 | 10675957 |
| Gray | Andrew | 08/06/2011 | e-mail communication with counsel regarding hearing and materials to be filed (0.4); | 0.4 | 266.00 | 10677508 |
| Block | Sheila R. | 09/06/2011 | Update for Scott Bomhof re hearing June 7th (0.3); | 0.3 | 309.00 | 10680603 |
| Gray | Andrew | 10/06/2011 | preparing for case conference (0.1); e-mail correspondence regarding June 7 motion (0.5); e-mail correspondence regarding legal research and legal issues (0.3) | 0.9 | 598.50 | 10683436 |
| Gray | Andrew | 13/06/2011 | conference call with US Court and Canadian Court and preparation for call and follow-up (1.6); e-mail correspondence and telephone conferences with counsel (0.9; meeting to discuss litigation steps (1.2); | 3.7 | 2,460.50 | 10684890 |
| Block | Sheila R. | 13/06/2011 | conference call with Judges re case management; | 1.0 | 1,030.00 | 10684999 |
| Gray | Andrew | 14/06/2011 | telephone call with lawyers and others involved in litigation process (0.7); | 0.7 | 465.50 | 10687345 |
| Gray | Andrew | 16/06/2011 | e-mail communication regarding court process and hearings; | 0.6 | 399.00 | 10689632 |
| Gray | Andrew | 17/06/2011 | telephone conferences and email correspondence regarding claims process; | 1.0 | 665.00 | 10691985 |
| Gray | Andrew | 17/06/2011 | reviewing court decision and email regarding same; | 0.3 | 199.50 | 10692751 |
| Gray | Andrew | 17/06/2011 | conducting legal research; | 1.2 | 798.00 | 10692832 |
| Gray | Andrew | 17/06/2011 | telephone conference and meeting regarding legal research; | 0.9 | 598.50 | 10692855 |
| Sabet | Michael | 22/06/2011 | researching Ontario law on discovery of expert witness' materials; | 3.9 | 721.50 | 10697918 |
| Sabet | Michael | 23/06/2011 | researching the scope of Rule 31.06(3); | 5.1 | 943.50 | 10699070 |
| Sabet | Michael | 24/06/2011 | writing memo on the scope of discovery of an expert witness' file under ON law; | 3.0 | 555.00 | 10700678 |
| Sabet | Michael | 24/06/2011 | analyzing Ontario law on discovery of expert witnesses in light of American cases; | 2.5 | 462.50 | 10700705 |
| Sabet | Michael | 24/06/2011 | researching American case law on discovery of expert witnesses; | 2.4 | 444.00 | 10701402 |
| Sabet | Michael | 24/06/2011 | writing memo on the discovery of a party's expert witnesses where consulting and testifying witnesses from the same organization are used; | 1.4 | 259.00 | 10702068 |
| Sabet | Michael | 28/06/2011 | meeting with Andrew Gray to discuss research on | 0.2 | 37.00 | 10706146 |

LITIGATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Block | Sheila R. | 28/06/2011 | expert witness discovery; office conference with Andrew Gray regarding expert issues; | 0.3 | 309.00 | 10707452 |
| Gray | Andrew | 28/06/2011 | researching legal issues; | 3.4 | 2,261.00 | 10708061 |
| Gray | Andrew | 29/06/2011 | reviewing court decisions and e-mail correspondence regarding same; | 1.9 | 1,263.50 | 10716265 |

ANALYSIS OF CANADIAN LAW

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/06/2011 | research regarding Canadian legal issues (regarding response to EAMA debtor's motion to compel arbitration); | 4.2 | 3,297.00 | 10668360 |
| Bomhof | Scott A. | 09/06/2011 | research regarding Canadian legal issues (regarding valuation allocation methodology); | 2.0 | 1,570.00 | 10683078 |

INTERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 01/06/2011 | Review factum (1.5); Review Lindsey Affidavit; Review position of AMIA debtors (1.1) | 2.6 | 2,210.00 | 10667759 |
| Bomhof | Scott A. | 01/06/2011 | reviewing IFSA and escrow agreements regarding allocation protocol motion; | 2.0 | 1,570.00 | 10668596 |
| Gray | William | 03/06/2011 | Review briefs (1.7); Review related briefs regarding jurisdiction issue(.8); Review expert witness affidavit (.5) | 3.0 | 2,550.00 | 10672687 |
| Gray | William | 02/06/2011 | Review factums (1.2); Review related briefs regarding jurisdiction issue (1.5); Review expert witness affidavit (.8) | 3.5 | 2,975.00 | 10672798 |
| Bauer | Alison D. | 07/06/2011 | Attend hearing | 4.0 | 2,800.00 | 10676775 |
| Gray | William | 06/06/2011 | Review factum and all other submissions by all parties regarding the jurisdictional issue proceeding the in the Canadian and US courts vs. an arbitration proceeding (4.4); Conferences with lead litigators regarding same (0.8) | 5.2 | 4,420.00 | 10677343 |
| Gray | William | 07/06/2011 | Preparation for attendance at hearing in Toronto (2.1); Attendance at Toronto hearing on the jurisdictional dispute with the EMEA debtors (3.7) | 5.8 | 4,930.00 | 10677504 |
| Gray | William | 08/06/2011 | Travel time return from Toronto hearing; Flight time | 1.5 | 637.50 | 10678129 |
| Bauer | Alison D. | 06/06/2011 | review pleadings in preparation for hearing | 4.0 | 2,800.00 | 10682629 |
| Gray | William | 09/06/2011 | Review intercompany issue briefs (.6); Review litigation posture (.8) | 1.4 | 1,190.00 | 10683854 |
| DeMarinis | Tony | 13/06/2011 | correspondence and consideration of matters relating to this morning's judge's case conference on inter-company allocation resolution (2.3); meeting with Torys team on assessment and planning relating to same (1.1); review legal issues regarding jurisdict ion and process (1.5); | 4.9 | 4,777.50 | 10684149 |
| Bauer | Alison D. | 16/06/2011 | Follow up on hearing conference W. Gray (.1) and emails S. Bomhof (.1) | 0.2 | 140.00 | 10691003 |
| Gray | William | 13/06/2011 | Review and update court pleadings (.7); Work on inter-company analysis issues (.9) | 1.6 | 1,360.00 | 10691127 |
| Bomhof | Scott A. | 16/06/2011 | follow up on questions from Cleary regarding EAMA claims motions; | 0.6 | 471.00 | 10691175 |
| DeMarinis | Tony | 21/06/2011 | telephone call with Cleary/Chillmark et. al. on issues & alternatives relating to inter-company allocation resolution, and related consideration of same and discussion with Torys team; | 2.4 | 2,340.00 | 10696864 |
| Gray | William | 16/06/2011 | Work on issues regarding proposed recommencement of mediation proceedings | 0.7 | 595.00 | 10697224 |
| Bomhof | Scott A. | 21/06/2011 | telephone call with Cleary and discussion of mandatory mediation orders; | 1.3 | 1,020.50 | 10697804 |
| Gray | William | 22/06/2011 | Legal research regarding priority of claims in comparison of US and Canadian law | 1.9 | 1,615.00 | 10699132 |
| DeMarinis | Tony | 22/06/2011 | consideration of issues relating to go forward process and alternatives for inter-company allocation issues resolution; | 2.5 | 2,437.50 | 10699230 |
| Gray | William | 21/06/2011 | Review and analyze intercompany issues regarding competing advantages of pension claim versus bank and bond claims | 1.3 | 1,105.00 | 10699246 |

INTERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|-----------|-----------|------|-------------|-------|--------|--------|
| Bomhof | Scott A. | 27/06/2011 | update on patent portfolio auction; | 0.3 | 235.50 | 10707664 |
| Gray | William | 29/06/2011 | Review issues of different priority schemes under Canadian and US law | 1.3 | 1,105.00 | 10711751 |
| Gray | William | 30/06/2011 | Review issues of different priority schemes under Canadian and US law | 0.8 | 680.00 | 10711977 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|-----------|-----------|------|-------------|-------|--------|--------|
| Reynolds | Molly | 01/06/2011 | conducting legal research and preparing motion materials; | 3.9 | 1,501.50 | 10666273 |
| De Cicco | Natasha | 03/06/2011 | internal meeting with Scott Bomhof, Andrew Gray and Molly Reynolds re supplementary motion record; | 1.0 | 615.00 | 10667478 |
| Hassoun | Zeina | 03/06/2011 | Research adversarial filings in CCAA proceeding (0.2); telephone conversation with C. Palladino regarding same (0.1); receipt and review of emails from W. Gray (0.3); prepare hearing documents in electronic format (0.2); prepare email and forward same to W. Gray in preparation for hearing (0.3) | 1.1 | 236.50 | 10668177 |
| Bomhof | Scott A. | 02/06/2011 | various telephone calls with Fraser Milner re revising CCAA factum (1.5); reviewing CCC filing and Nortel Canada motion record and Monitor's report for June 7 hearing (1.3); | 2.8 | 2,198.00 | 10668581 |
| Reynolds | Molly | 02/06/2011 | revising factum and preparing motion materials; | 4.0 | 1,540.00 | 10668662 |
| De Cicco | Natasha | 02/06/2011 | reading emails re motion returnable June 7, 2011; | 0.5 | 307.50 | 10668669 |
| De Cicco | Natasha | 01/06/2011 | telephone call with David Brown (Cleary) re posterboards for June 7, 2011 motion; | 0.2 | 123.00 | 10669154 |
| De Cicco | Natasha | 03/06/2011 | revising and finalizing supplementary motion record re motion returnable June 7, 2011 (3.0); attending to service of same (2.8); | 5.8 | 3,567.00 | 10669168 |
| De Cicco | Natasha | 01/06/2011 | drafting affidavit of Natasha De Cicco re motion returnable June 7, 2011; | 0.6 | 369.00 | 10669216 |
| Bomhof | Scott A. | 01/06/2011 | various telephone calls with Norton Rose, Goodmans, Cleary and FMC regarding hearing and allocation protocol (3.9); revising US debtor's factum for hearing on June 7 (0.6); | 4.5 | 3,532.50 | 10669251 |
| Reynolds | Molly | 03/06/2011 | revising factum and preparing motion materials; | 5.5 | 2,117.50 | 10669634 |
| De Cicco | Natasha | 01/06/2011 | reading French decision authorizing EMEA Debtors to enter into IFSA (0.3); email exchange with Scott Bomhof and Andrew Gray re same (0.2); | 0.5 | 307.50 | 10669830 |
| Bomhof | Scott A. | 03/06/2011 | preparing materials for June 7 motion and reviewing materials filed by EAMA (4.0); reviewing draft New York law expert opinion and telephone call with expert to discuss same (1.2); telephone call with Ogilvy to discuss schedules for June 7 hearing (.8); preparing for June 7 hearing and reviewing cases filed by Canadian debtors, Monitor and EAMA (3.0); | 9.0 | 7,065.00 | 10672671 |
| Reynolds | Molly | 06/06/2011 | preparing for June 7, 2011 motion; | 1.4 | 539.00 | 10674490 |
| DeMarinis | Tony | 01/06/2011 | extensive communications, document reviews and issues consideration relating to preparations for June 7 hearing, including reviews and input regarding draft U.S. Debtor factum, U.S. law evidence for Canadian proceedings, review of U.S. declarations, revie w of CCC factum and authorities, review of Canadian debtor motion record, and counsel correspondence and coordination; | 5.8 | 5,655.00 | 10674586 |
| Hassoun | Zeina | 06/06/2011 | Prepare documents for A. Bauer's review re upcoming hearing | 3.4 | 731.00 | 10674734 |
| De Cicco | Natasha | 05/06/2011 | preparing for motion returnable June 7, 2011 re | 1.8 | 1,107.00 | 10675260 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| | | | approval of Allocation Protocol (0.5); reading emails re same (0.2); drafting second affidavit of Natasha De Cicco (0.5); preparing summary of documents filed with the Canadian court re same (0.4); email exc hanges with Luke Barefoot (Cleary) re same (0.2); | | | |
| Bomhof | Scott A. | 05/06/2011 | telephone call with Ogilvy, Cleary, FMC and Goodmans to discuss order of submissions for June 7 hearing; | 1.2 | 942.00 | 10675268 |
| De Cicco | Natasha | 06/06/2011 | internal conference with Tony DeMarinis, Scott Bomhof and Andrew Gray re motion returnable June 7, 2011; | 0.5 | 307.50 | 10675297 |
| De Cicco | Natasha | 06/06/2011 | finalizing second affidavit of Natasha De Cicco re motion returnable June 7, 2011; attending to service and filing of same; | 2.5 | 1,537.50 | 10675304 |
| Bomhof | Scott A. | 04/06/2011 | reviewing materials for June 7 hearing (allocation protocol); | 1.5 | 1,177.50 | 10675340 |
| De Cicco | Natasha | 07/06/2011 | preparing for and attending joint hearing re approval of Allocation Protocol; | 11.0 | 6,765.00 | 10675348 |
| Bomhof | Scott A. | 06/06/2011 | Reviewing EMEA materials and prepare for June 7 allocation protocol hearing (2.5); telephone call with D. Lindsey and give comments on supplementary NY law opinion (1.5); various telephone calls with Cleary, Norton Rose and FMC regarding response to EMEA reply materials and prepare submissions for June 7 allocation protocol hearing (4.5); | 8.5 | 6,672.50 | 10675561 |
| DeMarinis | Tony | 07/06/2011 | attendance at joint hearing of inter-company allocation protocol motion; | 8.0 | 7,800.00 | 10676543 |
| Reynolds | Molly | 07/06/2011 | preparing for and attending motion re allocation protocol; | 14.3 | 5,505.50 | 10676636 |
| Reynolds | Molly | 08/06/2011 | corresponding with Andrew Gray and Scott Bomhof re: issuing order from motion and other follow-up items; | 0.2 | 77.00 | 10677144 |
| DeMarinis | Tony | 09/06/2011 | emails regarding case conference call scheduled for June 13, and consideration of same (0.9); review issued orders made on June 7 (0.2); organize extensive court materials filed in relation to June 7 hearing (0.6); | 1.7 | 1,657.50 | 10680434 |
| Bomhof | Scott A. | 07/06/2011 | meeting with D. Lindsey (U.S. law expert) and finalize reply expert opinion (1.0); prepare for and attend joint hearing on allocation protocol (12.4); | 13.4 | 10,519.00 | 10681014 |
| Bomhof | Scott A. | 08/06/2011 | exchange e-mails with Cleary and Ogilvy regarding revised form of CCAA order/allocation protocol and follow up on materials to be sent to Justice Morawetz; | 1.5 | 1,177.50 | 10681342 |
| Reynolds | Molly | 10/06/2011 | corresponding re: documents referred to in US motion; | 0.3 | 115.50 | 10681524 |
| DeMarinis | Tony | 10/06/2011 | consideration of Monday's case conference relating to allocation protocol motion, and emails among Torys and Cleary relating to same; | 1.0 | 975.00 | 10682942 |
| Bomhof | Scott A. | 09/06/2011 | follow up on June 7 hearing issues (.7); reviewing Supreme Court of Canada dismissal of appeal by LTD group (.2); | 0.9 | 706.50 | 10683156 |
| De Cicco | Natasha | 10/06/2011 | email correspondence with Andrew Gray and Molly | 0.3 | 184.50 | 10683236 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| De Cicco | Natasha | 13/06/2011 | Reynolds re service of EMEA documents referenced in the June 7, 2011 hearing; all hands conference call with Justice Morawetz and Judge Gross re June 7 hearing (1.0); debriefing conference with Sheila Block, Scott Bomhof and Andrew Gray (0.5); | 1.5 | 922.50 | 10687627 |
| DeMarinis | Tony | 14/06/2011 | review correspondence and attachments from Monitor's counsel regarding bondholder arrangements (0.4); counsel email regarding scheduling of MOE matter (0.1); correspondence relating to yesterday's judge's case conference on June 7 hearing, and considerati on of matters relating to same (1.1); | 1.6 | 1,560.00 | 10687743 |
| Bomhof | Scott A. | 14/06/2011 | reviewing materials served in CCAA proceeding regarding joint hearing on sale of patent portfolio; | 1.0 | 785.00 | 10688162 |
| Bomhof | Scott A. | 13/06/2011 | attending judicial conference call regarding joint hearing of June 7 and discussing mediation option (1.9); exchange messages with Cleary regarding expert witness for EAMA claims hearings (.2); | 2.1 | 1,648.50 | 10688616 |
| DeMarinis | Tony | 15/06/2011 | review materials served by Verizon and by AT&T, and related materials; | 0.8 | 780.00 | 10688775 |
| Bomhof | Scott A. | 16/06/2011 | reviewing materials for motion scheduled for June 30 and motion regarding environmental liabilities of NNL; | 1.1 | 863.50 | 10691642 |
| Bomhof | Scott A. | 17/06/2011 | co-ordinate June 30 motion with Cleary regarding stay extension (.2); reviewing mediation order of Morawetz J. and forward to Cleary (.4); reviewing Canadian filings to reply to enquiry from Cleary regarding EMEA claims motion (1.0); | 1.6 | 1,256.00 | 10692023 |
| DeMarinis | Tony | 20/06/2011 | review interim distribution motion record served by Goodmans, and prior related materials (0.8); consider Justice Morawetz's released June 7 endorsement, and emails with team on same (0.5); review materials circulated by service list by Telstra counsel (0 .3); | 1.6 | 1,560.00 | 10694657 |
| DeMarinis | Tony | 21/06/2011 | review circulated order and endorsement on Nortel Columbia (0.2); review circulated HWT distribution order and endorsement (0.2); | 0.4 | 390.00 | 10696801 |
| Bomhof | Scott A. | 21/06/2011 | telephone call with M. Fleming-Delacrux regarding issues with respect to June 30 CCAA hearing (.4); reviewing CCAA orders regarding June 7 hearing (.5); | 0.9 | 706.50 | 10697797 |
| De Cicco | Natasha | 21/06/2011 | reviewing CCAA orders re Nortel Networks Limited's authority to settle claims with Monitor approval; reporting email to Scott Bomhof re same; | 0.9 | 553.50 | 10698430 |
| Bomhof | Scott A. | 23/06/2011 | reviewing Nortel Networks Ltd. motion record for extension of CCAA proceeding and discussing same with Cleary; | 1.1 | 863.50 | 10699984 |
| Bomhof | Scott A. | 22/06/2011 | reviewing e-mail from Goodmans regarding bondholder fee arrangement (.2); telephone call with Cleary regarding mandatory mediation orders/directions (1.3); | 1.5 | 1,177.50 | 10700345 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|-----------|-----------|------|-------------|-------|--------|--------|
| Bomhof | Scott A. | 24/06/2011 | reviewing CCAA court materials for June 30 motion; exchange messages with Cleary regarding June 30 motion; | 1.1 | 863.50 | 10704982 |
| Bomhof | Scott A. | 27/06/2011 | preparing for June 30 hearing (.6); telephone call with Fraser Milner regarding issues related to application to extend CCAA proceedings (.4); | 1.0 | 785.00 | 10707182 |
| DeMarinis | Tony | 04/06/2011 | consideration of jurisdictional issues in relation to June 7 hearing, and review of related materials; | 1.5 | 1,462.50 | 10710027 |
| DeMarinis | Tony | 05/06/2011 | review and consideration of materials filed to date for June 7 hearing,and prior materials exchanged between parties in connection with mediation sessions; | 3.3 | 3,217.50 | 10710414 |
| DeMarinis | Tony | 03/06/2011 | review, consideration and correspondence relating to June 7 hearing and the U.S. Debtors' preparations for the hearing, including in connection with the U.S. Debtors' factum and supplementary motion record, the opinion of the U.S. law expert, materials fi led by the NNUK Joint Administrators, Canadian debtors, and the Canadian monitor, and legal considerations relating to same; | 6.5 | 6,337.50 | 10710542 |
| Bomhof | Scott A. | 28/06/2011 | preparing for June 30 CCAA hearing and discussing appearances with M. Fleming-Delacrux of Cleary; | 1.0 | 785.00 | 10710952 |
| DeMarinis | Tony | 06/06/2011 | preparations for tomorrow's motion on inter-company allocation protocol, including consideration of and discussions regarding submissions, review of materials filed by the Canadian monitor, review of EMEA's reply materials, review of U.K. pension trustee factum, consideration of legal issues, coordination with Cleary et. al., and discussions and meeting amongst Torys team; | 8.5 | 8,287.50 | 10711158 |
| Bomhof | Scott A. | 29/06/2011 | reviewing orders of Morawetz J. and Justice Gross appointing Winkler J. as mediator and discussing same with Cleary (1.5); reviewing material for June 30 CCAA hearing and prepare submissions (.5); | 2.0 | 1,570.00 | 10711398 |
| Bomhof | Scott A. | 30/06/2011 | review court materials (0.3); meet with M. Fleming-Delacroix (0.2) and attend CCAA hearing re: extension of stay and extension of HWT program (3.0); | 3.5 | 2,747.50 | 10713453 |
| Bomhof | Scott A. | 30/06/2011 | Discuss issues related to appointment of Winkler J. with Cleary; | 1.1 | 863.50 | 10714193 |
| Bomhof | Scott A. | 03/06/2011 | internal meeting with A. Gray, N. De Cicco and M. Reynolds re supplementary motion record; | 1.0 | 785.00 | 10732011 |
| Bomhof | Scott A. | 06/06/2011 | internal conference with T. DeMarinis, N. De Cicco and A. Gray re motion returnable June 7, 2011; | 0.5 | 392.50 | 10732012 |
| Gray | Andrew | 03/06/2011 | internal meeting with S. Bomhof, N. De Cicco and M. Reynolds re supplementary motion record; | 1.0 | 665.00 | 10732013 |
| Gray | Andrew | 06/06/2011 | internal conference with S. Bomhof, N. De Cicco and T. DeMarinis re motion returnable June 7, 2011; | 0.5 | 332.50 | 10732014 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Reynolds | Molly | 03/06/2011 | internal meeting with S. Bomhof, A. Gray and N. De Cicco re supplementary motion record; | 1.0 | 385.00 | 10732015 |

CANADIAN SEC.18.6 PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|-----------|-----------|------|-------------|-------|--------|--------|
| De Cicco | Natasha | 08/06/2011 | circulating issued and entered order recognizing the US Bidding Procedures Order re: Certain Patents and Other Assets to the service list; | 0.2 | 123.00 | 10678430 |
| Bomhof | Scott A. | 08/06/2011 | arranging for 18.6 recognition order (Ranger patent portfolio bid terms) to be entered and served on service list; | 0.5 | 392.50 | 10681311 |
| De Cicco | Natasha | 16/06/2011 | reviewing court file re whether UK proceedings have been recognized in Canada; email correspondence with Luke Barefoot re same; | 0.5 | 307.50 | 10694333 |
| De Cicco | Natasha | 21/06/2011 | reading Justice Morawetz's endorsement and Judge Gross' order re June 7 motion re allocation protocol; | 0.8 | 492.00 | 10699634 |

U.S. PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 20/06/2011 | review U.S. order directing mediation; | 0.3 | 292.50 | 10694667 |
| DeMarinis | Tony | 04/06/2011 | review and consider amended EMEA claims materials forwarded by Cleary; | 2.0 | 1,950.00 | 10710024 |