# EXHIBIT B

### EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2011 through June 30, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Research | Quicklaw / Westlaw | $761.45 |
| Duplicating/Printing | 21,081 pgs @ .10 per pg | $2,108.10 |
| Outside Reproduction | RICOH | $977.59 |
| Courier |  | $9.74 |
| Taxi & Travel |  | $30.78 |
| Meals |  | $47.16 |
| Library Costs |  | $46.46 |
| Process Server |  | $165.17 |
| Word Processing |  | $100.00 |
| Telephone | Long Distance | $6.17 |
| **Grand Total Expenses** |  | **$4,252.62** |

12190610.2

**Duplicating/Printing**

| Date | Amount | Description |
|---|---|---|
| 06/06/2011 | 372.69 | Copies - RICOH |
| 09/06/2011 | 596.64 | Copies - RICOH |
| 29/06/2011 | 8.26 | Copies - Natasha DeCicco June8/11, Date: 290611, Claimant: McConville, Michael |
| 01/06/2011 | 3.30 | Copies |
| 02/06/2011 | 24.80 | Copies |
| 03/06/2011 | 0.30 | Copies |
| 03/06/2011 | 4.00 | Copies |
| 03/06/2011 | 3.60 | Copies |
| 03/06/2011 | 20.00 | Copies |
| 03/06/2011 | 255.90 | Copies |
| 03/06/2011 | 1.20 | Copies |
| 06/06/2011 | 16.10 | Copies |
| 06/06/2011 | 40.80 | Copies |
| 07/06/2011 | 12.00 | Copies |
| 07/06/2011 | 24.00 | Copies |
| 07/06/2011 | 2.00 | Copies |
| 08/06/2011 | 6.20 | Copies |
| 01/06/2011 | 3.20 | Laser Printing |
| 01/06/2011 | 3.40 | Laser Printing |
| 01/06/2011 | 7.90 | Laser Printing |
| 01/06/2011 | 31.00 | Laser Printing |
| 01/06/2011 | 23.20 | Laser Printing |
| 01/06/2011 | 13.70 | Laser Printing |
| 02/06/2011 | 48.50 | Laser Printing |
| 02/06/2011 | 11.00 | Laser Printing |
| 02/06/2011 | 11.50 | Laser Printing |
| 02/06/2011 | 14.30 | Laser Printing |
| 02/06/2011 | 0.20 | Laser Printing |
| 02/06/2011 | 7.70 | Laser Printing |
| 03/06/2011 | 56.60 | Laser Printing |
| 03/06/2011 | 11.80 | Laser Printing |
| 03/06/2011 | 21.80 | Laser Printing |
| 03/06/2011 | 11.00 | Laser Printing |
| 03/06/2011 | 3.60 | Laser Printing |
| 03/06/2011 | 34.30 | Laser Printing |
| 03/06/2011 | 220.20 | Laser Printing |
| 03/06/2011 | 180.00 | Laser Printing |
| 03/06/2011 | 20.50 | Laser Printing |
| 03/06/2011 | 2.00 | Laser Printing |
| 03/06/2011 | 0.10 | Laser Printing |
| 04/06/2011 | 30.10 | Laser Printing |
| 06/06/2011 | 147.40 | Laser Printing |
| 06/06/2011 | 2.80 | Laser Printing |
| 06/06/2011 | 3.60 | Laser Printing |
| 06/06/2011 | 351.70 | Laser Printing |
| 06/06/2011 | 37.20 | Laser Printing |
| 06/06/2011 | 42.20 | Laser Printing |
| 06/06/2011 | 24.40 | Laser Printing |
| 06/06/2011 | 0.50 | Laser Printing |
| 07/06/2011 | 16.20 | Laser Printing |
| 07/06/2011 | 1.00 | Laser Printing |
| 07/06/2011 | 1.90 | Laser Printing |
| 07/06/2011 | 0.10 | Laser Printing |

| Date | Amount | Description |
|---|---|---|
| 07/06/2011 | 18.50 | Laser Printing |
| 08/06/2011 | 0.20 | Laser Printing |
| 09/06/2011 | 0.20 | Laser Printing |
| 10/06/2011 | 20.80 | Laser Printing |
| 16/06/2011 | 44.80 | Laser Printing |
| 20/06/2011 | 0.30 | Laser Printing |
| 20/06/2011 | 1.20 | Laser Printing |
| 21/06/2011 | 0.10 | Laser Printing |
| 21/06/2011 | 0.10 | Laser Printing |
| 22/06/2011 | 1.80 | Laser Printing |
| 23/06/2011 | 6.30 | Laser Printing |
| 24/06/2011 | 4.20 | Laser Printing |
| 24/06/2011 | 10.40 | Laser Printing |
| 13/06/2011 | 12.00 | Binding Charges |
| 13/06/2011 | 3.00 | Binding Charges |
| 02/06/2011 | 0.10 | Laser Printing |
| 02/06/2011 | 1.40 | Laser Printing |
| 03/06/2011 | 2.60 | Laser Printing |
| 03/06/2011 | 1.90 | Laser Printing |
| 03/06/2011 | 0.10 | Laser Printing |
| 06/06/2011 | 0.20 | Laser Printing |
| 06/06/2011 | 10.80 | Laser Printing |
| 06/06/2011 | 0.30 | Laser Printing |
| 06/06/2011 | 0.50 | Laser Printing |
| 06/06/2011 | 2.10 | Laser Printing |
| 06/06/2011 | 0.20 | Laser Printing |
| 06/06/2011 | 1.60 | Laser Printing |
| 06/06/2011 | 0.40 | Laser Printing |
| 06/06/2011 | 0.20 | Laser Printing |
| 06/06/2011 | 6.70 | Laser Printing |
| 06/06/2011 | 2.00 | Laser Printing |
| 06/06/2011 | 16.90 | Laser Printing |
| 06/06/2011 | 0.40 | Laser Printing |
| 06/06/2011 | 2.80 | Laser Printing |
| 06/06/2011 | 1.90 | Laser Printing |
| 06/06/2011 | 11.60 | Laser Printing |
| 06/06/2011 | 7.50 | Laser Printing |
| 06/06/2011 | 4.10 | Laser Printing |
| 06/06/2011 | 2.80 | Laser Printing |
| 10/06/2011 | 1.60 | Laser Printing |
| 21/06/2011 | 2.50 | Laser Printing |
| 22/06/2011 | 0.50 | Laser Printing |
| 28/06/2011 | 1.40 | Laser Printing |
| 28/06/2011 | 3.90 | Laser Printing |
| 28/06/2011 | 1.40 | Laser Printing |
| 29/06/2011 | 1.40 | Laser Printing |
| 29/06/2011 | 5.80 | Laser Printing |
| 29/06/2011 | 0.70 | Laser Printing |
| 29/06/2011 | 2.90 | Laser Printing |
| 29/06/2011 | 1.40 | Laser Printing |
| 29/06/2011 | 0.20 | Laser Printing |
| 29/06/2011 | 0.80 | Laser Printing |
| 30/06/2011 | 1.80 | Laser Printing |
| 30/06/2011 | 0.10 | Laser Printing |
| 30/06/2011 | 0.90 | Laser Printing |

|  | | | |
|---|---:|---:|---|
|  | 13/06/2011 | 27.00 | Exhibit Tabs |
|  | 13/06/2011 | 10.00 | Copy Preparation |
|  | 13/06/2011 | 20.00 | Copy Preparation |
|  | 13/06/2011 | 10.00 | Copy Preparation |
| **TOTAL:** | | **$ 3,085.69** | |

**Process Server**

| | | |
|---|---:|---|
| 06/06/2011 | 10.32 | Process Server Picking Up/Delivering delivering letter together with USB Key to Mr. Justice Morawetz; |
| 03/06/2011 | 36.13 | Process Server Filing filing factum and book of authorities together with affidavit of service of Christine Palladino with the Commercial List; |
| 06/06/2011 | 36.13 | Process Server Filing filing supplementary motion record, affidavit of Natasha De Cicco sworn June 6, 2011 and affidavit of service of Natasha De Cicco with the Commercial List; |
| 07/06/2011 | 36.13 | Process Server Filing filing receiver's certificate with the Commercial List; |
| 08/06/2011 | 46.46 | Process Server Issuing issuing and entering order with the Commercial List; |

**TOTAL:**     $ 165.17

**Library Costs**

| | | |
|---|---:|---|
| 03/06/2011 $ | 46.46 | Library Costs The Inherent Jurisdiction of the Court |

**Telephone**

| | | |
|---|---:|---|
| 06/06/2011 | 5.48 | Telephone Call Global Crossing, Inv # 18921927 GRAY, ANDREW Jun 6/11 |
| 06/06/2011 | 0.36 | Telephone Call 16137719991 - Belleville, ON -Time: 14:41 - Dur: 6.77 |
| 06/06/2011 | 0.10 | Telephone Call 16044841757 - Vancouver, BC -Time: 14:53 - Dur: 1.97 |
| 06/06/2011 | 0.05 | Telephone Call 15196722121 - London, ON -Time: 15:30 - Dur: 0.40 |
| 06/06/2011 | 0.15 | Telephone Call 19024256500 - Halifax, NS -Time: 14:40 - Dur: 2.32 |
| 03/06/2011 | 0.03 | Telephone 14163264263 - Toronto, ON -Time: 12:57 - Dur: 0.62 |

**TOTAL:**     $ 6.17

**Travel**

| | | |
|---|---:|---|
| 07/06/2011 | 11.35 | Taxi & Travel DIAMOND TAXI, Date: 07/06/2011, Chit#2647675 |
| 07/06/2011 | 8.18 | Travel Expense |
| 08/06/2011 | 11.25 | Travel Expense |

**TOTAL:**     $ 30.78

**Meals**

| | | |
|---|---:|---|
| 29/06/2011 $ | 47.16 | Meals Lunch (3)  Jun 11, S. Bomhof (Fitness) |

**Courier**

| | | |
|---|---:|---|
| 06/06/2011 | 4.87 | Courier 79 Wellington Street West,Torys, 77 King St W,Fraser Milner Gasgrain LLP, |
| 06/06/2011 | 4.87 | Courier 79 Wellington Street West,Torys, 100 King St W,Fraser Milner Gasgrain LLP, |

**TOTAL:**     $ 9.74

**On Line Research**

| | | |
|---|---:|---|
| 01/06/2011 | 20.67 | On Line Research Charges - Quicklaw |
| 02/06/2011 | 6.20 | On Line Research Charges - Quicklaw |
| 02/06/2011 | 9.28 | On Line Research Charges - Quicklaw |
| 03/06/2011 | 10.32 | On Line Research Charges - Quicklaw |
| 03/06/2011 | 37.19 | On Line Research Charges - Quicklaw |
| 22/06/2011 | 44.40 | On Line Research Charges - Quicklaw |
| 23/06/2011 | 71.26 | On Line Research Charges - Quicklaw |
| 24/06/2011 | 12.38 | On Line Research Charges - Quicklaw |

|  |  |  |
|---|---|---|
| 01/06/2011 | 164.67 | On Line Research Charges -WestlaweCarswell Incl. |
| 01/06/2011 | 14.45 | On Line Research Charges -WestlaweCarswell Incl. |
| 02/06/2011 | 21.68 | On Line Research Charges -WestlaweCarswell Incl. |
| 24/06/2011 | 348.95 | On Line Research Charges -WestlaweCarswell Incl. |
|  | **$ 761.45** |  |

**Word Processing**

03/06/2011  **$ 100.00**  Word Processing Off-Hours secretarial support (scanning motion record and arranged copying for Ricoh) (N. De Cicco);

**GRAND TOTAL:**       **$ 4,252.62**