# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |
| | ) **Re: 4501, 5105, 5586, 5791 and 4496** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Certain Nortel LTD Plan Participants hereby submit this Notice of Withdrawal of Appearance and in support thereof state as follows:

1. Counsel previously filed several verified statements pursuant to Fed. R. Bankr. P. 2019(a) on or around December 6, 2010 (Docket No. 4501); a supplemental verified statement pursuant to Fed. R. Bankr. P. 2019(a) on or around March 10, 2011 (Docket No. 5105); a second supplemental verified statement pursuant to Fed. R. Bankr. P. 2019(a) on or around June 3, 2011 (Docket No. 5586); and a third supplemental verified statement pursuant to Fed. R. Bankr. P. 2019(a) on or around June 22, 2011 (Docket No. 5791).

2. Counsel filed a previous Notice of Appearance on or around December 6, 2010 (Docket No. 4496).

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. The undersigned hereby withdraws the appearances of the attorneys listed below in this case and requests (1) discontinuance of any service of papers and (2) removal from the notice list used by the Court's Electronic Case Filing System.

> Rafael X. Zahralddin-Aravena
> Shelley A. Kinsella
> Theodore A. Kittila
> Elliott Greenleaf
> 1105 North Market Street, Suite 1700
> Wilmington, Delaware 19801
> Telephone: (302) 384-9400
> Facsimile: (302) 384-9399
> Email: rxza@elliottgreenleaf.com
> Email: sak@elliottgreenleaf.com
> tak@elliottgreenleaf.com

Dated: August 8, 2011
Wilmington, Delaware

ELLIOTT GREENLEAF

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
Theodore A. Kittila (DE Bar No. 3963)
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 656-3714
Email: rxza@elliottgreenleaf.com
sak@elliottgreenleaf.com
tak@elliottgreenleaf.com

*Counsel to Certain LTD Plan Participants*