# S I G N - I N - S H E E T

**CASE NAME:**   Nortel Networks Inc.

**CASE NO.:**   09-10138 - KG

**COURTROOM LOCATION: 3**

**DATE:**   8/9/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Samis | Richards Layton & Finger.Pa | Official Committee |
| Annie Cordo | morris nichols arsht + tunnel | Debtors |
| Jaime Luton | UCST | Sent Administrators |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

U.S. Bankruptcy Court-Delaware

Confirmed Telephonic Appearance Schedule

Honorable Kevin Gross

Courtroom

| Calendar Date: | 08/09/2011 |
| Calendar Time: | 10:00 AM ET |

*1st Revision 08/09/2011 06:10 AM*

## Telephonic

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Robin Baik | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Peg Brickley | | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Daniel Guyder | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Brad Kahn | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Thomas Matz | | Milbank, Tweed, Hadley & McCloy, | Interested Party, Ad Hoc Committee of Bondholders / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Lisa M. Schweitzer | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Hondo Sen | | Cetus Capital | Creditor, Hondo Sen / LISTEN ONLY |

Peggy Drasal

CourtConfCal2009