B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

In re   Nortel Networks, Inc.,*et al.,*   Case No. 09-10138 (KG)
Debtors.   (Jointly Administered)

**AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Avenue TC Fund, L.P. | Excelight Communications, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

399 Park Avenue, 6th Floor
New York, NY 10022
Attn: David S. Leinwand

Phone: (212) 878-3500
Last Four Digits of Acct #: _____

Court Claim # (if known): 628
Amount of Claim: $13,663.30
Date Claim Filed: 2/17/2009

Phone: (919) 541-8377
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ David S. Leinwand    Date: 8/9/2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.