# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 7/1/2011 — End Date 7/31/2011

**Enter Billing Rate/Hr:** 490.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 3.0 | $490.00 | $1,470.00 |
| 2 | Reviewing operational management of transition services | 10.6 | $490.00 | $5,194.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 162.5 | $490.00 | $79,625.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 9.8 | $490.00 | $4,802.00 |
| 5 | Fee Applications | 4.3 | $490.00 | $2,107.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 19.0 | $245.00 | $4,655.00 |
| | **Hours/Billing Amount for Period:** | **209.2** | | **$97,853.00** |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 7/1/2011 | Travel from auction | 7 | 5.5 |
| 7/1/2011 | E&Y retention matter | 3 | 0.5 |
| 7/1/2011 | Retiree matter | 3 | 3.3 |
| 7/1/2011 | Preference matters | 3 | 0.5 |
| 7/1/2011 | Deferred comp matters | 3 | 0.8 |
| 7/5/2011 | IT retention matters | 3 | 1.0 |
| 7/5/2011 | Allocation and claims work | 3 | 4.5 |
| 7/5/2011 | Employee retention matters | 3 | 1.0 |
| 7/5/2011 | Preference matters | 3 | 0.5 |
| 7/6/2011 | Call with Cleary and Chilmark re various case matters | 3 | 3.0 |
| 7/6/2011 | Call with UCC re pending matters | 4 | 2.0 |
| 7/6/2011 | Claims matters | 3 | 3.3 |
| 7/6/2011 | RTP lease matter | 3 | 1.5 |
| 7/6/2011 | Iceberg closing matters | 3 | 2.0 |
| 7/6/2011 | Fee application | 5 | 2.5 |
| 7/7/2011 | Call with Cleary and Chilmark re allocation, plan processes | 3 | 4.0 |
| 7/7/2011 | Claims reconciliation | 3 | 4.0 |
| 7/7/2011 | Deferred comp matter | 3 | 0.5 |
| 7/7/2011 | Retiree matters | 3 | 1.7 |
| 7/7/2011 | Fee application | 5 | 1.8 |
| 7/8/2011 | Claims reconciliation and bridge to estimates | 3 | 6.0 |
| 7/8/2011 | Subsidiary liquidations | 3 | 2.3 |
| 7/11/2011 | Meetings with Cleary re allocation | 3 | 7.8 |
| 7/11/2011 | Travel to meet with Cleary | 7 | 4.5 |
| 7/12/2011 | Meetings with Cleary re allocation | 3 | 8.5 |
| 7/12/2011 | Travel from meeting | 7 | 4.5 |
| 7/12/2011 | Retiree matter | 3 | 1.8 |
| 7/12/2011 | Iceberg closing | 3 | 2.0 |
| 7/12/2011 | Estate wind down details | 3 | 3.5 |
| 7/13/2011 | Review of NABS goals for second half | 2 | 0.8 |
| 7/13/2011 | Call with NABS re various TSA and non TSA issues | 2 | 1.0 |
| 7/13/2011 | Management and staff goals and AIP matters | 3 | 0.8 |
| 7/13/2011 | Iceberg matters | 3 | 1.0 |
| 7/13/2011 | UK claims matters and motion to dismiss | 3 | 3.8 |
| 7/14/2011 | Claims estimates review and call | 3 | 5.5 |
| 7/14/2011 | Call with Cleary re Iceberg matter | 3 | 0.5 |
| 7/14/2011 | Review agenda draft and proposed materials for retirees and ltd | 3 | 1.0 |
| 7/14/2011 | Call with Cleary and Chilmark re allocation, plan processes | 3 | 2.0 |
| 7/14/2011 | Iceberg sale employee offer letter matter | 3 | 0.3 |
| 7/14/2011 | Review claims of former employees re annuities | 3 | 0.8 |
| 7/14/2011 | Administrative matters involving employees, staffing and estate expenses | 2 | 1.0 |
| 7/15/2011 | RTP lease matter | 3 | 2.5 |
| 7/15/2011 | Project snow documents | 3 | 0.3 |
| 7/15/2011 | Claims matters | 3 | 2.5 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 7/15/2011 | UK pension matter | 3 | 0.3 |
| 7/18/2011 | RTP lease matter; review of lease and comments | 3 | 2.0 |
| 7/18/2011 | Review of 2nd half goals with UCC | 4 | 0.8 |
| 7/18/2011 | Call with UCC re pending matters | 4 | 1.0 |
| 7/18/2011 | Call with Cleary and Chilmark re status of pending maters | 3 | 2.0 |
| 7/18/2011 | NBS call | 2 | 0.5 |
| 7/18/2011 | Liberty settlement | 3 | 1.5 |
| 7/18/2011 | Review of motion to dismiss claims | 3 | 3.5 |
| 7/19/2011 | Document preservation memo update | 3 | 0.7 |
| 7/19/2011 | Iceberg matter with C Brod | 3 | 0.3 |
| 7/19/2011 | Cash and budget updates | 3 | 0.5 |
| 7/19/2011 | UK pension matter; also call with Regulator | 3 | 0.8 |
| 7/19/2011 | NSIP amendment | 3 | 1.8 |
| 7/19/2011 | Weekly cash flow | 2 | 0.3 |
| 7/19/2011 | Tax matters | 3 | 2.3 |
| 7/19/2011 | Claims and preference matters | 3 | 1.5 |
| 7/19/2011 | Iceberg invoice reconciliation | 3 | 0.7 |
| 7/20/2011 | AIP 1st half results | 3 | 0.3 |
| 7/20/2011 | NNSA claims | 3 | 0.6 |
| 7/20/2011 | IT employee retention | 3 | 0.5 |
| 7/20/2011 | RTP lease matter | 3 | 1.5 |
| 7/20/2011 | Claims reconciliation | 3 | 0.5 |
| 7/20/2011 | Call with Schultea re IT | 3 | 0.5 |
| 7/20/2011 | Communication to employees re document retention | 3 | 0.8 |
| 7/20/2011 | NSIP plan changes; communication and discussion re same | 3 | 1.5 |
| 7/20/2011 | WPB access agreement | 3 | 0.3 |
| 7/20/2011 | 1st half metrics update | 3 | 0.3 |
| 7/20/2011 | Call with Cleary re UK pensions matters | 3 | 1.5 |
| 7/20/2011 | Iceberg employee offers | 3 | 1.3 |
| 7/20/2011 | Genband TSA matters | 2 | 1.5 |
| 7/20/2011 | Document and data retention update | 3 | 0.3 |
| 7/20/2011 | Preference matters updates and approvals | 3 | 0.5 |
| 7/21/2011 | Call with Cleary and Chilmark re case matters | 3 | 2.0 |
| 7/21/2011 | Call with J Bromley re various pending matters | 3 | 0.8 |
| 7/21/2011 | RTP lease matter; review of lease and comments | 3 | 2.8 |
| 7/21/2011 | Deferred comp matter | 3 | 0.5 |
| 7/21/2011 | CTDI settlement | 3 | 1.0 |
| 7/21./11 | Review revised finance work plan | 2 | 1.5 |
| 7/21/2011 | Retention of experts | 3 | 0.8 |
| 7/21/2011 | Multiple claims settlements | 3 | 1.3 |
| 7/21/2011 | Updates re IT status | 2 | 1.0 |
| 7/22/2011 | Review revised RTP documents | 3 | 2.5 |
| 7/22/2011 | Iceberg side agreements review | 3 | 0.8 |
| 7/22/2011 | PB access agreement revision | 3 | 0.3 |
| 7/23/2011 | Iceberg escrow | 3 | 1.0 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 7/23/2011 | Iceberg severance | 3 | 0.0 |
| 7/23/2011 | Review of claims materials for 7/26 meeting | 3 | 3.0 |
| 7/23/2011 | Cross border claims review | 3 | 2.3 |
| 7/23/2011 | Reconciliation of global IT fees for US reimbursement | 3 | 2.5 |
| 7/24/2011 | Review of Squires claim | 3 | 0.5 |
| 7/25/2011 | Flight to NY re various meetings | 7 | 4.5 |
| 7/25/2011 | Review of claims materials for 7/26 meeting | 3 | 4.0 |
| 7/25/2011 | Iceberg matters for closing | 3 | 1.0 |
| 7/25/2011 | Iceberg additional fees allocation | 3 | 1.0 |
| 7/25/2011 | Annuity matter | 3 | 0.5 |
| 7/25/2011 | Tax analysis update | 3 | 1.5 |
| 7/26/2011 | Cross border claims review | 3 | 2.3 |
| 7/26/2011 | Claims update with UCC | 4 | 3.5 |
| 7/26/2011 | Meeting with UCC and FTI re case status | 4 | 2.5 |
| 7/26/2011 | Health plan matter | 3 | 0.3 |
| 7/26/2011 | Claims reconciliation approvals | 3 | 1.3 |
| 7/27/2011 | Iceberg closing docs | 3 | 2.0 |
| 7/27/2011 | Iceberg side letters and tax matters | 3 | 2.0 |
| 7/27/2011 | Review Russia agreements | 3 | 3.0 |
| 7/27/2011 | Flex matters and resolution | 3 | 0.8 |
| 7/27/2011 | 4th estate open issues | 3 | 1.5 |
| 7/28/2011 | Call with Reichert re IT goals | 2 | 1.0 |
| 7/28/2011 | Call with Tim Ross re finance headcount | 2 | 1.0 |
| 7/28/2011 | Deferred comp matter | 3 | 0.3 |
| 7/28/2011 | Call re Emea filing due dates | 3 | 0.5 |
| 7/28/2011 | 2nd half milestones review | 3 | 0.3 |
| 7/28/2011 | Russia documents revisions and review | 1 | 2.0 |
| 7/28/2011 | Iceberg closing | 3 | 0.5 |
| 7/28/2011 | Mediation schedule | 3 | 0.3 |
| 7/29/2011 | Iceberg closing docs | 3 | 0.5 |
| 7/29/2011 | Subsidiary wind down review and call | 3 | 3.0 |
| 7/29/2011 | Flex matters and resolution | 3 | 0.5 |
| 7/29/2011 | NNCC bond inquiry | 1 | 1.0 |
| 7/31/2011 | Review of ATPA and Q1 | 2 | 1.0 |