**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

July 1, 2011 through July 31, 2011

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 2,214.24 |
| Travel – Lodging | | 2,868.99 |
| Travel – Meals | | 176.12 |
| Travel – Car Service | | 486.54 |
| Travel – Parking | | 79.00 |
| Office supplies, shipping, and other office related expenses | | 84.95 |
| PACER | | - |
| TOTAL | | $ 5,909.84 |

# Nortel Expense Report

**PERIOD:** July 1, 2011 through July 31, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 7/11/2011 | Nortel Trip - Round Trip Air | $ 1,057.13 | | | | | | |
| 7/12/2011 | Nortel Trip - Hotel | | $ 1,032.49 | | | | | |
| 7/12/2011 | Aircell | | | | | | $ 50.00 | |
| 7/12/2011 | Aircell | | | | | | $ 34.95 | |
| 7/12/2011 | Additional air charge | $ 21.00 | | | | | | |
| 7/12/2011 | Nortel Trip - Additional Hotel Charge | | $ 18.71 | | | | | |
| 7/12/2011 | Nortel Trip - Parking | | | | | $ 43.00 | | |
| 7/11/2011 | Nortel Trip - Car service | | | | $ 100.00 | | | |
| 7/12/2011 | Nortel Trip - Car service | | | | $ 100.00 | | | |
| 7/12/2011 | Nortel Trip - Return air | $ 643.21 | | | | | | |
| 7/25/2011 | New York Trip - Air | $ 267.90 | | | | | | |
| 7/25/2011 | New York Trip - Air | $ 4.00 | | | | | | |
| 7/25/2011 | New York Trip - Car service | | | | $ 100.00 | | | |
| 7/25/2011 | New York Trip - Hotel | | $ 525.00 | | | | | |
| 7/25/2011 | New York Trip - Hotel tax | | $ 80.93 | | | | | |
| 7/25/2011 | New York Trip - Meal | | | $ 90.22 | | | | |
| 7/26/2011 | New York Trip - Hotel | | $ 525.00 | | | | | |
| 7/26/2011 | New York Trip - Hotel tax | | $ 80.93 | | | | | |
| 7/26/2011 | New York Trip - Meal | | | $ 16.95 | | | | |
| 7/27/2011 | New York Trip - Hotel | | $ 525.00 | | | | | |
| 7/27/2011 | New York Trip - Hotel tax | | $ 80.93 | | | | | |
| 7/27/2011 | New York Trip - Meal | | | $ 68.95 | | | | |
| 7/27/2011 | New York Trip - Car service | | | | $ 100.00 | | | |
| 7/27/2011 | New York Trip - Parking | | | | | $ 36.00 | | |
| 7/27/2011 | New York Trip - Return air | $ 221.00 | | | | | | |

# Nortel Expense Report

**PERIOD:** July 1, 2011 through July 31, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 7/1/2011 | New York Trip - Car service (previous June trip) | | | | $ 86.54 | | | |