IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------X
In re                                                 :   Chapter 11
                                                      :
                                                      :   Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹                        :
                    Debtors.                          :   Jointly Administered
                                                      :
                                                      :   RE: D.I. 75, 345, 552, 1564, 1731, 3210,
                                                      :   4217, 4323, 4912
                                                      :
-----------------------------------------------------X
```

**SUPPLEMENTAL DECLARATION OF DEREK C. ABBOTT IN FURTHER SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(a) AND 1107(b), FED. R. BANKR. P. 2014 AND 2016, AND DEL. BANKR. L.R. 2014-1 AND 2016-1 AUTHORIZING RETENTION AND EMPLOYMENT OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP AS DELAWARE AND GENERAL BANKRUPTCY COUNSEL FOR THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE**

I, DEREK C. ABBOTT, hereby declare under penalty of perjury:

1. I am a partner with Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"),[2] which maintains an office for the practice of law at 1201 N. Market Street, Suite 1800, Wilmington, Delaware 19899. I am an attorney at law, duly admitted and in good standing to practice in the State of Delaware, as well as the United States District Court for the District of Delaware.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

2. I submit this declaration to supplement my declaration dated January 19, 2009 (the "Initial Declaration"), attached as Exhibit A to the Debtors' Application for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 1107(b), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Delaware and General Bankruptcy Counsel for the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 75] (the "Application"), filed on January 19, 2009. By order entered February 4, 2009, the Court approved the Application [D.I. 220].

3. Morris Nichols currently represents Intel Corporation ("Intel"), or certain affiliates or related entities thereof, in a matter unrelated to these cases. Intel or certain affiliates or related entities thereof may be a creditor or party in interest in these cases.

4. Morris Nichols currently represents Hewitt Associates LLC ("Hewitt"), or certain affiliates or related entities thereof, in a matter unrelated to these cases. Hewitt or certain affiliates or related entities thereof may be a creditor or party in interest in these cases.

5. Morris Nichols currently represents BNP of Paribas Prime Brokerage, Inc, BNP Paribas Securities Corp/Fixed Income, BNP/PPBC ("BNP"), or certain affiliates or related entities thereof, in a matter unrelated to these cases. BNP or certain affiliates or related entities thereof may be a creditor or party in interest in these cases.

6. Morris Nichols currently represents Prudential Relocation ("Prudential"), or certain affiliates or related entities thereof, in a matter unrelated to these cases. Prudential or certain affiliates or related entities thereof may be a creditor or party in interest in these cases.

7. Morris Nichols currently represents SBC Communications, Inc, SBC Global Services ("SBC"), or certain affiliates or related entities thereof, in a matter unrelated to

these cases. SBC or certain affiliates or related entities thereof may be a creditor or party in interest in these cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of August, 2011

Derek C. Abbott