# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------X
In re

Nortel Networks Inc., *et al.*,[1]

            Debtors.
------------------------------------------------------------------X

: Chapter 11
: Case No. 09-10138 (KG)
: Jointly Administered
: Re: D. I. 6107

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on August 9, 2011, a copy of the **Second Supplemental Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid** was served in the manner indicated upon the party identified on the attached service list.

Dated: August 9, 2011
       Wilmington, Delaware

                CLEARY GOTTLIEB STEEN & HAMILTON LLP
                James L. Bromley (admitted pro hac vice)
                Lisa M. Schweitzer (admitted pro hac vice)
                One Liberty Plaza
                New York, NY 10006
                Telephone: (212) 225-2000
                Facsimile: (212) 225-3999

                and

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Ann C. Cordo*
                Derek C. Abbott (No. 3376)
                Ann C. Cordo (No. 4817)
                Chad A. Fights (No. 5006)
                1201 North Market Street, 18th Floor
                Wilmington, DE 19899-1347
                Telephone: (302) 658-9200
                Facsimile: (302) 425-4663

                *Counsel for the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**Via First Class Mail**

Craig A. Damast
Proskauer Rose LLP
11 Time Square
New York, NY 10036