**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ------------------------------------------------------------------X | Chapter 11 |
| In re : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] : | Jointly Administered |
| Debtors. : | Re: D. I. 6108 |
| ------------------------------------------------------------------X | |

### NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on August 9, 2011, a copy of the **Third Supplemental Order Granting Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims)** was served in the manner indicated upon the party identified on the attached service list.

Dated: August 9, 2011
       Wilmington, Delaware

                            CLEARY GOTTLIEB STEEN & HAMILTON LLP
                            James L. Bromley (admitted pro hac vice)
                            Lisa M. Schweitzer (admitted pro hac vice)
                            One Liberty Plaza
                            New York, NY 10006
                            Telephone: (212) 225-2000
                            Facsimile: (212) 225-3999

                            and

                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                            */s/ Ann C. Cordo*
                            Derek C. Abbott (No. 3376)
                            Ann C. Cordo (No. 4817)
                            Chad A. Fights (No. 5006)
                            1201 North Market Street, 18th Floor
                            Wilmington, DE 19899-1347
                            Telephone: (302) 658-9200
                            Facsimile: (302) 425-4663

                            *Counsel for the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**Via First Class Mail**

Ronald Rowland
Receivable Management Services Corporation
307 International Circle
Hunt Valley, MD 21030