## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 6/1/2011 through 6/30/2011**

| Professional | Position | Billing Rate | Hours | Fees |
| --- | --- | --- | --- | --- |
| C. Kearns | Executive Director | $760 | 98.20 | $74,632.00 |
| J. Borow | Executive Director | $760 | 146.80 | $111,568.00 |
| J. Hyland | Executive Director | $595 | 175.10 | $104,184.50 |
| A. Cowie | Managing Director | $545 | 168.60 | $91,887.00 |
| D. Rothberg | Director | $415 | 136.00 | $56,440.00 |
| J. Peterson | Director | $365 | 143.30 | $52,304.50 |
| J. Schad | Associate | $325 | 3.70 | $1,202.50 |
| M. Lasinski | Contractor | $310 | 139.10 | $43,121.00 |
| T. Morilla | Consultant | $310 | 178.70 | $55,397.00 |
| M. Viola | Paraprofessional | $120 | 2.20 | $264.00 |
| **For the Period 6/1/2011 through 6/30/2011** | | | **1191.70** | **$591,000.50** |