**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 6/1/2011 through 6/30/2011**

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 132.70 | $65,934.00 |
| 05. Professional Retention/Fee Application Preparation | 8.80 | $4,126.50 |
| 06. Attend Hearings/Related Activities | 31.60 | $24,016.00 |
| 07. Interaction/Mtgs w Debtors/Counsel | 1.60 | $952.00 |
| 08. Interaction/Mtgs w Creditors | 29.90 | $20,088.00 |
| 09. Employee Issues/KEIP | 37.00 | $18,630.00 |
| 10. Recovery/SubCon/Lien Analysis | 127.90 | $55,168.50 |
| 11. Claim Analysis/Accounting | 50.90 | $23,159.00 |
| 13. Intercompany Transactions/Bal | 15.20 | $6,865.00 |
| 14. Executory Contracts/Leases | 68.10 | $37,556.00 |
| 17. Analysis of Historical Results | 94.20 | $41,203.00 |
| 18. Operating and Other Reports | 43.10 | $20,553.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 80.00 | $31,800.50 |
| 20. Projections/Business Plan/Other | 86.90 | $33,350.00 |
| 22. Pref/Avoidance Actions | 23.10 | $12,386.50 |
| 26. Tax Issues | 17.50 | $9,272.50 |
| 33. Intellectual Property | 343.20 | $185,940.00 |
| **For the Period 6/1/2011 through 6/30/2011** | **1191.70** | **$591,000.50** |

**Capstone Advisory Group, LLC**
**Invoice for the 6/1/2011-6/30/2011 Fee Statement**