# Nortel Networks Corporation
## Capstone Advisory Group, LLC
### Exhibit C: Detailed Time Descriptions
### For the Period 6/1/2011 through 6/30/2011

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Asset Acquisition/Disposition** | | | |
| 6/1/2011 | T. Morilla | 0.40 | Reviewed issues related to the sale of a real estate property. |
| 6/1/2011 | C. Kearns | 0.80 | Created IP address sale process, including review of claims, target list and related telecom with EY Canada. |
| 6/1/2011 | J. Hyland | 1.40 | Reviewed real estate disposition matters. |
| 6/1/2011 | J. Borow | 1.40 | Reviewed and discussed with Debtor issues relating to the sale of the Company's internet protocol addresses. |
| 6/1/2011 | T. Morilla | 1.40 | Prepared summary of the review of allocation positions as prepared by the Monitor. |
| 6/1/2011 | J. Hyland | 1.40 | Analyzed an allocation scenario. |
| 6/1/2011 | J. Borow | 1.70 | Reviewed issues relating to closing of certain sale transactions and contract issues. |
| 6/1/2011 | T. Morilla | 2.10 | Reviewed current options regarding a real estate lease. |
| 6/1/2011 | T. Morilla | 2.50 | Reviewed and analyzed the Monitor's review of allocation positions document. |
| 6/2/2011 | J. Hyland | 0.20 | Conducted call with J. Sturm re: real estate disposition. |
| 6/2/2011 | J. Hyland | 0.60 | Participated in call with J. Sturm re: real estate property. |
| 6/2/2011 | J. Hyland | 0.70 | Participated in call with C. Ricaurte, J. Ray, D. McKenna and M. Spragg re: real estate property. |
| 6/2/2011 | J. Hyland | 2.80 | Reviewed 4th Estate valuation. |
| 6/2/2011 | J. Hyland | 2.90 | Analyzed real estate calculations. |
| 6/3/2011 | J. Hyland | 0.40 | Reviewed draft of real estate report. |
| 6/3/2011 | J. Borow | 1.20 | Reviewed issues relating to the sale of internet protocol addresses. |
| 6/3/2011 | J. Hyland | 2.40 | Analyzed GSM amended closing statement. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/6/2011 | J. Hyland | 0.30 | Conducted call with M. Sandberg re: real estate property disposition. |
| 6/6/2011 | J. Hyland | 0.40 | Participated in call with Counsel, C. Ricaurte, D. McKenna and Morris Nichols re: real estate property disposition. |
| 6/6/2011 | J. Hyland | 0.50 | Participated in call with Counsel re: real estate property disposition. |
| 6/6/2011 | C. Kearns | 0.80 | Reviewed analysis comparing Monitor's allocation position to UCC and bonds. |
| 6/6/2011 | T. Morilla | 0.90 | Edited summary of the Monitor's description of allocation positions. |
| 6/6/2011 | J. Hyland | 2.00 | Reviewed summary of Monitor's position comparison from mediations. |
| 6/6/2011 | T. Morilla | 2.00 | Continued editing the summary of the Monitor's description of allocation positions. |
| 6/6/2011 | D. Rothberg | 2.30 | Reviewed and prepared analysis of allocation package proposed by the Monitor. |
| 6/6/2011 | T. Morilla | 2.40 | Prepared chart summarizing the estate-owned assets and claims as shown in the Monitor's Review of Allocation Positions. |
| 6/6/2011 | J. Hyland | 2.90 | Reviewed real estate disposition summary for UCC. |
| 6/7/2011 | J. Hyland | 0.50 | Reviewed closing statement issues for a Business Unit divestiture. |
| 6/7/2011 | J. Hyland | 1.30 | Reviewed indenture and servicing agreement for a real estate property. |
| 6/7/2011 | J. Hyland | 1.70 | Prepared IPA talking points for UCC and related analysis. |
| 6/7/2011 | D. Rothberg | 2.90 | Reviewed various declarations and documents in support of the proceeds allocation motion. |
| 6/8/2011 | J. Hyland | 0.70 | Reviewed real estate report for UCC. |
| 6/8/2011 | T. Morilla | 1.00 | Reviewed the unofficial transcript of the allocation motion. |
| 6/8/2011 | D. Rothberg | 1.10 | Reviewed 1114 motion document. |
| 6/8/2011 | D. Rothberg | 1.30 | Reviewed declarations supporting the proceeds allocation motions. |
| 6/9/2011 | J. Hyland | 0.20 | Conducted call with S. Schultz re: real estate disposition. |
| 6/9/2011 | J. Hyland | 0.20 | Conducted call with J. Ray re: real estate disposition. |
| 6/9/2011 | J. Hyland | 2.90 | Reviewed matters with real estate disposition. |

**Capstone Advisory Group, LLC**
**Invoice for the 6/1/2011-6/30/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 6/10/2011 | J. Hyland | 0.50 | Participated in call with J. Ray, C. Ricaurte, J. Connolly, D. McKenna, D. Botter, S. Schultz and J. Sturm re: a real estate property disposition. |
| 6/10/2011 | J. Hyland | 2.70 | Reviewed revised real estate disposition document. |
| 6/13/2011 | J. Hyland | 1.30 | Prepared real estate discussion points for UCC. |
| 6/14/2011 | A. Cowie | 2.10 | Finalized real estate issues report and talking points. |
| 6/15/2011 | D. Rothberg | 1.10 | Reviewed Monitor and ad hoc bondholder fee proposal. |
| 6/15/2011 | A. Cowie | 2.50 | Prepared discussion points and operational report on real estate property for UCC meeting. |
| 6/16/2011 | D. Rothberg | 1.20 | Reviewed Corporate Group report presentation to the UCC. |
| 6/16/2011 | T. Morilla | 2.50 | Revised allocation model for proceeds analysis. |
| 6/17/2011 | C. Kearns | 0.40 | Read court orders re: mediation and related emails from Counsel. |
| 6/17/2011 | J. Hyland | 1.50 | Reviewed mediation court orders and related correspondence with |
| 6/20/2011 | J. Hyland | 0.10 | Conducted call with B. Kahn re: Business Unit buyer royalty. |
| 6/20/2011 | T. Morilla | 0.20 | Reviewed allocation protocol press release issued by the Debtors. |
| 6/20/2011 | C. Kearns | 0.20 | Evaluated proposed buyer trademark license resolution. |
| 6/20/2011 | C. Kearns | 0.30 | Conducted emails with counsel on allocation related issues. |
| 6/20/2011 | J. Hyland | 0.40 | Reviewed motions re: mediation rulings. |
| 6/20/2011 | D. Rothberg | 0.70 | Reviewed buyer settlement. |
| 6/20/2011 | J. Hyland | 1.00 | Prepared summary of proposed royalty from a Business Unit buyer for the UCC. |
| 6/20/2011 | D. Rothberg | 1.30 | Reviewed various orders related to the proceeds allocation motions. |
| 6/20/2011 | J. Hyland | 2.90 | Analyzed proposed licensing royalty from a Business Unit buyer. |
| 6/21/2011 | C. Kearns | 0.20 | Reviewed status of resolution of buyer licensing issue. |
| 6/21/2011 | J. Hyland | 0.30 | Conducted call with C. Ricaurte re: Business Unit buyer royalty agreement. |
| 6/21/2011 | D. Rothberg | 0.80 | Reviewed April Mediation proposal recoveries. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/21/2011 | J. Hyland | 1.20 | Analyzed assumptions within licensing royalty from a Business Unit buyer. |
| 6/22/2011 | D. Rothberg | 1.30 | Continued to analyze and review allocation sensitivity analysis. |
| 6/22/2011 | D. Rothberg | 2.10 | Reviewed asset recovery sensitivities. |
| 6/23/2011 | D. Rothberg | 2.10 | Reviewed and analyzed asset allocation and recovery sensitivity analysis. |
| 6/24/2011 | D. Rothberg | 1.20 | Reviewed various updated asset sale and other related agreements. |
| 6/24/2011 | D. Rothberg | 1.20 | Reviewed various allocation methodologies presented by the numerous estates since November. |
| 6/24/2011 | D. Rothberg | 2.70 | Reviewed various allocation scenarios. |
| 6/24/2011 | J. Hyland | 2.80 | Reviewed proceeds allocation sensitivity analysis. |
| 6/27/2011 | J. Hyland | 1.00 | Reviewed sensitivity analysis. |
| 6/27/2011 | J. Hyland | 1.00 | Conducted call with A. MacFarlane re: an allocation scenario. |
| 6/27/2011 | T. Morilla | 1.20 | Reviewed and analyzed certain real estate sales. |
| 6/27/2011 | D. Rothberg | 2.10 | Prepared and reviewed scenario analysis on claims bases and recoveries. |
| 6/28/2011 | J. Hyland | 0.50 | Summarized real estate matter. |
| 6/28/2011 | J. Hyland | 0.70 | Conducted call with R. Jacobs re: sensitivity analysis. |
| 6/28/2011 | D. Rothberg | 2.10 | Reviewed and analyzed a possible scenario to settle with another estate based on updated IP values. |
| 6/28/2011 | J. Hyland | 2.30 | Continued reviewing sensitivity analysis. |
| 6/28/2011 | D. Rothberg | 2.70 | Reviewed and analyzed various recovery and allocation scenarios based on differing IP asset sale values. |
| 6/28/2011 | A. Cowie | 2.70 | Analyzed professional fee calculation on IP sale. |
| 6/28/2011 | D. Rothberg | 2.80 | Reviewed and analyzed a multitude of allocation and recovery scenarios to include scenario impacts. |
| 6/29/2011 | D. Rothberg | 0.70 | Reviewed the various orders issued by the Canadian and U.S. courts regarding appointing a mediator. |
| 6/29/2011 | A. Cowie | 1.20 | Analyzed mediator appointment documents. |

**Capstone Advisory Group, LLC**
**Invoice for the 6/1/2011-6/30/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/29/2011 | T. Morilla | 1.30 | Reviewed and analyzed professional fee documents as it related to the current IP values. |
| 6/29/2011 | T. Morilla | 1.40 | Reviewed and edited professional fee analysis. |
| 6/29/2011 | J. Hyland | 1.50 | Analyzed potential professional fees. |
| 6/29/2011 | A. Cowie | 1.60 | Analyzed professional fee calculation on IP sale. |
| 6/29/2011 | D. Rothberg | 1.90 | Reviewed and analyzed various recovery and allocation scenarios based on differing IP asset sale values. |
| 6/29/2011 | D. Rothberg | 2.90 | Reviewed and analyzed impacts of various IP values on the overall professional fees. |
| 6/30/2011 | D. Rothberg | 1.90 | Continued to review various allocation methodologies and recovery scenarios. |
| 6/30/2011 | D. Rothberg | 2.10 | Continued to review and analyze various recovery scenarios and allocation methodologies. |
| 6/30/2011 | J. Hyland | 2.80 | Reviewed proceeds allocation analysis. |
| 6/30/2011 | D. Rothberg | 2.90 | Analyzed various recovery scenarios. |
| Subtotal | | 132.70 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/1/2011 | J. Hyland | 0.40 | Reviewed weekly hours for fee application. |
| 6/13/2011 | M. Viola | 1.50 | Prepared 5-2011 fee statement. |
| 6/16/2011 | T. Morilla | 1.50 | Reviewed the professional fee app. |
| 6/17/2011 | J. Hyland | 1.60 | Reviewed fee application. |
| 6/22/2011 | M. Viola | 0.70 | Prepared 5-2011 fee statement. |
| 6/22/2011 | J. Hyland | 0.90 | Reviewed fee application. |
| 6/22/2011 | J. Borow | 1.10 | Reviewed updated fee application. |
| 6/23/2011 | J. Borow | 1.10 | Reviewed updated fee application. |
| Subtotal | | 8.80 | |

**06. Attend Hearings/Related Activities**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 6/3/2011 | C. Kearns | 1.00 | Reviewed court papers regarding upcoming hearing on all allocation process and discuss related issues with counsel. |
| 6/7/2011 | J. Borow | 1.00 | Continued to prepare for hearing in Wilmington bankruptcy court re: allocation protocol issues. |
| 6/7/2011 | C. Kearns | 1.50 | Prepared for Wilmington Bankruptcy court session. |
| 6/7/2011 | J. Borow | 2.90 | Prepared for hearing in Wilmington bankruptcy court re: allocation protocol issues. |
| 6/7/2011 | J. Borow | 11.70 | Attended hearing in Wilmington Bankruptcy court re: allocation protocol issues. |
| 6/7/2011 | C. Kearns | 13.50 | Attended hearing on allocation protocol (11.7) and discuss next steps with counsel (1.8). |
| Subtotal | | 31.60 | |

**07. Interaction/Mtgs w Dbtrs/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 6/8/2011 | J. Hyland | 1.30 | Participated in call with J. Doolittle, A. Bifield, other Nortel employees, FTI, Farber and Chilmark re: Corporate Group monthly status |
| 6/9/2011 | J. Hyland | 0.30 | Conducted call with J. Ray re: real estate and employee compensation. |
| Subtotal | | 1.60 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 6/1/2011 | J. Hyland | 0.40 | Participated in UCC call with UCC professionals. |
| 6/1/2011 | J. Hyland | 0.40 | Participated in post UCC call with UCC professionals. |
| 6/1/2011 | C. Kearns | 0.80 | Prepared for and participated on weekly UCC call and post-call. |
| 6/1/2011 | C. Kearns | 0.90 | Reviewed next steps with counsel. |
| 6/1/2011 | J. Borow | 2.30 | Prepared for (1.5) and participated in (0.8) meeting with UCC and Advisors and related follow-up call. |
| 6/8/2011 | C. Kearns | 1.00 | Participated in weekly status call with UCC professionals. |
| 6/8/2011 | J. Hyland | 1.00 | Participated in UCC pre-call with UCC professionals. |
| 6/8/2011 | J. Borow | 1.30 | Prepared for (0.3) and participated in (1.0) discussion with professionals and preparation for meeting with UCC. |
| 6/9/2011 | J. Hyland | 0.70 | Participated in call with counsel and Jefferies re: post-UCC call matters. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/9/2011 | J. Hyland | 1.10 | Prepared for UCC call and talking points. |
| 6/9/2011 | J. Hyland | 1.20 | Participated in call with UCC and UCC professionals. |
| 6/9/2011 | C. Kearns | 1.90 | Participated in weekly UCC call and related follow up. |
| 6/9/2011 | J. Borow | 2.60 | Prepared for (0.7) and participated in (1.9) meeting with UCC and Advisors and related follow-up. |
| 6/13/2011 | J. Hyland | 0.70 | Participated in UCC call with UCC professionals. |
| 6/13/2011 | C. Kearns | 1.00 | Participated in UCC call and debrief from Counsel re: allocation hearing. |
| 6/14/2011 | J. Hyland | 1.00 | Participated in UCC pre-call with Counsel and Fraser. |
| 6/15/2011 | J. Hyland | 0.10 | Conducted call with M. Spragg re: FA meeting. |
| 6/15/2011 | J. Hyland | 0.50 | Participated in UCC call with counsel, Jefferies, Ashurst and Fraser. |
| 6/15/2011 | C. Kearns | 0.60 | Prepared for (0.1) and participated on (0.5) weekly UCC call. |
| 6/15/2011 | A. Cowie | 1.40 | Reviewed issues discussed during the UCC call. |
| 6/15/2011 | J. Hyland | 2.40 | Prepared for UCC call. |
| 6/21/2011 | J. Hyland | 0.30 | Conducted call with B. Kahn re: Business Unit buyer royalty. |
| 6/22/2011 | J. Hyland | 1.00 | Participated on UCC call with UCC professionals. |
| 6/23/2011 | A. Cowie | 0.50 | Participated in meeting with UCC. |
| 6/23/2011 | J. Hyland | 1.00 | Prepared for (0.5) and participated on (0.5) UCC call with UCC professionals. |
| 6/24/2011 | J. Borow | 2.10 | Conducted discussions with various creditors and parties in interest. |
| 6/27/2011 | J. Hyland | 0.20 | Participated on UCC call with UCC professionals. |
| 6/28/2011 | J. Hyland | 0.10 | Participated on UCC call with UCC professionals. |
| 6/28/2011 | J. Hyland | 0.20 | Participated on UCC call with UCC professionals. |
| 6/29/2011 | J. Hyland | 0.10 | Participated on UCC call with UCC professionals. |
| 6/29/2011 | J. Hyland | 0.30 | Conducted call with UCC member. |
| 6/30/2011 | J. Hyland | 0.30 | Participated on UCC call with UCC professionals. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/30/2011 | J. Hyland | 0.50 | Participated on UCC call with UCC professionals. |
| Subtotal | | 29.90 | |

**09. Employee Issues/KEIP**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/2/2011 | J. Hyland | 0.60 | Reviewed 1114 motion for employees. |
| 6/3/2011 | J. Hyland | 2.30 | Reviewed employee benefit plans. |
| 6/6/2011 | D. Rothberg | 1.10 | Reviewed first half Corporate AIP information. |
| 6/6/2011 | J. Peterson | 2.10 | Reviewed the status of the NBS 1H 2011 AIP. |
| 6/7/2011 | J. Hyland | 2.00 | Reviewed LTD employee motion. |
| 6/20/2011 | J. Hyland | 0.50 | Conducted call with L. Beckerman re: retiree representation. |
| 6/22/2011 | A. Cowie | 2.80 | Analyzed benefit cessation documentation. |
| 6/23/2011 | D. Rothberg | 1.50 | Reviewed retiree and long term disability information provided by Mercer. |
| 6/23/2011 | C. Kearns | 1.50 | Reviewed Debtors' materials and participated by phone in meeting to discuss issues re: US retirees. |
| 6/23/2011 | D. Rothberg | 1.80 | Reviewed Debtors' retention proposal for certain employees. |
| 6/23/2011 | A. Cowie | 1.80 | Analyzed benefits cessation and IT retention documentation. |
| 6/23/2011 | T. Morilla | 2.20 | Reviewed and analyzed proposed employee retention programs. |
| 6/23/2011 | T. Morilla | 2.30 | Reviewed and analyzed certain employee benefit programs. |
| 6/23/2011 | J. Hyland | 2.30 | Prepared for (0.8) and participated on (1.5) call with J. Ray, J. Penn, Counsel, Milbank, FTI, and Debtors re retirees and LTDs and compensation matter. |
| 6/23/2011 | J. Hyland | 2.40 | Reviewed documentation for retirees, LTDs, and compensation matter. |
| 6/23/2011 | A. Cowie | 2.80 | Participated in meeting with Debtors in regard to IT retention proposal. |
| 6/23/2011 | A. Cowie | 2.90 | Prepared for (1.4) and participated in (1.5) meeting with Debtors in regards to benefits cessation. |
| 6/27/2011 | J. Peterson | 0.70 | Reviewed an employee's employment contract. |
| 6/27/2011 | T. Morilla | 1.40 | Reviewed and analyzed the terms of certain employee compensation programs. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/30/2011 | J. Hyland | 2.00 | Reviewed proposed retention plan for employee group. |
| Subtotal | | 37.00 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/6/2011 | T. Morilla | 2.10 | Reviewed and analyzed the UCC mediation statement Exhibit D. |
| 6/7/2011 | C. Kearns | 2.00 | Status of recovery analysis and other litigation related issues. |
| 6/13/2011 | T. Morilla | 2.60 | Reviewed recovery model as it related to various potential IP values. |
| 6/14/2011 | T. Morilla | 1.90 | Reviewed and analyzed the sensitivity analyses based on various IP values. |
| 6/15/2011 | J. Hyland | 1.40 | Reviewed agreement and analyzed recovery impact for retention of advisors. |
| 6/15/2011 | T. Morilla | 2.40 | Continued incorporating heads of claims into the recovery model. |
| 6/15/2011 | J. Peterson | 2.90 | Started to construct a model for the IP auction and impact on the creditors recoveries. |
| 6/16/2011 | J. Peterson | 2.30 | Continued to edit the model based on the April 2011 mediation proposals on potential IP values. |
| 6/16/2011 | A. Cowie | 2.40 | Analyzed creditor recovery scenarios and impact from allocation changes. |
| 6/16/2011 | J. Peterson | 2.80 | Continued to edit and analyze the potential impact on creditor recoveries. |
| 6/20/2011 | A. Cowie | 2.50 | Prepared analysis and related report on preference recoveries. |
| 6/21/2011 | C. Kearns | 0.40 | Conducted emails with counsel re: recovery related considerations and related follow-up. |
| 6/21/2011 | T. Morilla | 1.00 | Continued reviewing the April recovery analyses summary. |
| 6/21/2011 | J. Borow | 2.40 | Reviewed recovery analyses. |
| 6/21/2011 | T. Morilla | 2.80 | Reviewed the recovery analyses prepared after the April mediation sessions. |
| 6/22/2011 | C. Kearns | 0.80 | Reviewed recovery scenarios based on sensitivity for auction outcomes. |
| 6/22/2011 | T. Morilla | 2.30 | Continued reviewing IP sensitivity analyses on creditor recoveries. |
| 6/22/2011 | J. Borow | 2.60 | Reviewed recovery analyses to various creditor constituencies. |
| 6/22/2011 | T. Morilla | 2.80 | Prepared IP sensitivity analyses on creditor recoveries. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/22/2011 | T. Morilla | 2.90 | Prepared sensitivity analyses as it related to estate-owned assets. |
| 6/23/2011 | T. Morilla | 1.60 | Reviewed and analyzed the effect of additional estate-owned assets on the recoveries. |
| 6/23/2011 | T. Morilla | 2.30 | Continued to prepare intellectual property sensitivity analyses on creditor recoveries. |
| 6/23/2011 | J. Borow | 2.60 | Reviewed recovery analyses to various creditor constituencies. |
| 6/23/2011 | T. Morilla | 2.90 | Continued to prepare intellectual property sensitivity analyses on creditor recoveries. |
| 6/23/2011 | T. Morilla | 2.90 | Continued to prepare intellectual property sensitivity analyses on creditor recoveries. |
| 6/24/2011 | J. Peterson | 2.10 | Continued to edit and review the creditor recovery model re: updated IP scenarios. |
| 6/24/2011 | J. Borow | 2.20 | Reviewed scenarios re recoveries to creditors. |
| 6/24/2011 | T. Morilla | 2.70 | Continued to review and analyze the IP sensitivity analyses on creditor recoveries. |
| 6/24/2011 | A. Cowie | 2.70 | Continued to analyze the IP impact on creditors recoveries. |
| 6/24/2011 | A. Cowie | 2.80 | Analyzed impact on recoveries from IP sale price points. |
| 6/24/2011 | T. Morilla | 2.90 | Reviewed and edited the intellectual property sensitivity analyses on creditor recoveries. |
| 6/27/2011 | A. Cowie | 0.50 | Continued to prepare analysis of bond interest in creditor recoveries. |
| 6/27/2011 | T. Morilla | 2.30 | Reviewed and analyzed the intellectual property sensitivity analyses. |
| 6/27/2011 | T. Morilla | 2.40 | Continued to review potential recoveries assuming certain IP values. |
| 6/27/2011 | A. Cowie | 2.80 | Prepared analysis of scenario in creditor recoveries. |
| 6/27/2011 | J. Peterson | 2.80 | Continued to analyze and edit the recovery model for updated IP scenarios. |
| 6/27/2011 | D. Rothberg | 2.80 | Analyzed and reviewed various recovery scenarios. |
| 6/27/2011 | A. Cowie | 2.90 | Analyzed IP bids and impact on creditor recoveries. |
| 6/28/2011 | T. Morilla | 1.30 | Continued to review the IP sensitivity analyses as it related to the recoveries. |
| 6/28/2011 | T. Morilla | 2.10 | Reviewed the recovery results based on the IP sensitivity analyses. |

**Capstone Advisory Group, LLC**
**Invoice for the 6/1/2011-6/30/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/28/2011 | A. Cowie | 2.40 | Continued to prepare revised recovery analyses for varying IP sale proceed levels. |
| 6/28/2011 | T. Morilla | 2.80 | Ran additional recovery sensitivity analyses on the potential IP values. |
| 6/28/2011 | T. Morilla | 2.80 | Continued to run additional sensitivity analyses on the recoveries. |
| 6/28/2011 | A. Cowie | 2.90 | Prepared revised recovery analyses for varying IP sale proceed levels. |
| 6/28/2011 | J. Peterson | 2.90 | Continued to edit and update the recovery model for the IP valuations. |
| 6/29/2011 | T. Morilla | 0.60 | Continued to review the recovery model results. |
| 6/29/2011 | T. Morilla | 2.10 | Reviewed recovery model results as it related to the various allocation proposals. |
| 6/29/2011 | A. Cowie | 2.50 | Analyzed estate tax issues on varying creditor recovery levels. |
| 6/29/2011 | A. Cowie | 2.70 | Prepared updated creditor recovery analysis for IP bid levels. |
| 6/29/2011 | T. Morilla | 2.90 | Continued to revise the recovery model based on current IP values. |
| 6/30/2011 | A. Cowie | 0.60 | Analyzed application of overage recoveries in regard to creditors. |
| 6/30/2011 | A. Cowie | 1.70 | Analysis of taxation issues on creditor recoveries. |
| 6/30/2011 | T. Morilla | 2.10 | Reviewed and analyzed recovery model scenarios to run. |
| 6/30/2011 | A. Cowie | 2.20 | Prepared updated creditor class recovery analysis for changes in IP bids. |
| 6/30/2011 | T. Morilla | 2.90 | Reviewed the recovery model as it related to current IP values. |
| 6/30/2011 | A. Cowie | 2.90 | Continued to prepare updated creditor class recovery analysis for changes in IP bids. |
| Subtotal | | 127.90 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/1/2011 | A. Cowie | 2.70 | Analyzed claims impact on creditor recoveries. |
| 6/2/2011 | A. Cowie | 2.90 | Analyzed preference claims proposed settlements. |
| 6/7/2011 | T. Morilla | 1.00 | Reviewed and analyzed the current Canadian claims. |
| 6/7/2011 | J. Peterson | 1.00 | Continued to review and analyze 5-2011 Canadian claims update and status report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/7/2011 | A. Cowie | 1.20 | Analyzed EMEA claims base and estate assets. |
| 6/7/2011 | J. Peterson | 2.60 | Started to review 5-2011 Canadian claims update and status report. |
| 6/8/2011 | J. Peterson | 0.70 | Analyzed the cross-border claims in Canada's May update. |
| 6/14/2011 | J. Peterson | 1.60 | Started to review NNIF's claims against the U.S. estate. |
| 6/14/2011 | T. Morilla | 1.90 | Reviewed and analyzed the amended EMEA claims. |
| 6/14/2011 | D. Rothberg | 2.20 | Reviewed EMEA claims at NNI. |
| 6/14/2011 | A. Cowie | 2.50 | Analyzed EMEA claims and estate assets. |
| 6/14/2011 | J. Peterson | 2.90 | Started to review NNUK's claims against the U.S. estate. |
| 6/15/2011 | D. Rothberg | 1.40 | Reviewed EMEA filed claims at NNI, |
| 6/15/2011 | A. Cowie | 1.40 | Continued analysis of EMEA claims and assets in recovery scenarios. |
| 6/15/2011 | T. Morilla | 2.40 | Reviewed and analyzed the heads of claim summary prepared internally. |
| 6/15/2011 | J. Peterson | 2.70 | Started to compare and contrast NNUK's filed claims against the Canadian and U.S. estates. |
| 6/15/2011 | A. Cowie | 2.70 | Analyzed EMEA claims and assets scenarios for creditor recovery. |
| 6/16/2011 | D. Rothberg | 1.10 | Reviewed EMEA claims at NNI. |
| 6/16/2011 | A. Cowie | 2.30 | Analyzed EMEA claims base and estate assets. |
| 6/17/2011 | J. Peterson | 0.90 | Reviewed the Canadian claims update re: real estate claims. |
| 6/17/2011 | D. Rothberg | 1.20 | Reviewed EMEA claims at NNI. |
| 6/17/2011 | A. Cowie | 1.50 | Analyzed intercompany payments and cash accounts. |
| 6/17/2011 | J. Hyland | 2.30 | Reviewed CCAA claims analysis. |
| 6/17/2011 | T. Morilla | 2.80 | Reviewed and analyzed the EMEA Heads of Claim summary that was prepared internally. |
| 6/21/2011 | J. Borow | 2.80 | Reviewed claims analyses and settlements. |
| 6/28/2011 | J. Peterson | 2.20 | Continued to analyze different claims scenarios. |
| Subtotal | | 50.90 | |

**Capstone Advisory Group, LLC**
**Invoice for the 6/1/2011-6/30/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **13. Intercompany Transactions/Bal** | | | |
| 6/13/2011 | J. Peterson | 2.10 | Prepared for and participated in a call with D. Cozart re: intercompany changes and impact on internal analyses. |
| 6/16/2011 | J. Hyland | 1.50 | Analyzed APAC planning summary. |
| 6/20/2011 | D. Rothberg | 2.90 | Reviewed APAC restructuring monthly update documents. |
| 6/21/2011 | J. Hyland | 0.30 | Participated on monthly APAC restructuring Manager's call. |
| 6/21/2011 | D. Rothberg | 0.40 | Participated in the monthly APAC restructuring call. |
| 6/21/2011 | J. Hyland | 1.80 | Prepared for monthly APAC restructuring Manager's call. |
| 6/21/2011 | A. Cowie | 1.80 | Prepared for (1.2) and participated in (0.6) update call with management in regard to APAC. |
| 6/21/2011 | J. Peterson | 2.20 | Reviewed and analyzed the June 17th ARA summary and update report. |
| 6/23/2011 | J. Peterson | 2.20 | Continued to review and analyze the Asia restructuring update and forecast re: potential net assets available for distribution. |
| Subtotal | | 15.20 | |
| **14. Executory Contracts/Leases** | | | |
| 6/2/2011 | T. Morilla | 1.40 | Reviewed previous presentations as they related to certain property leases. |
| 6/2/2011 | J. Borow | 2.10 | Reviewed issues relating to assumption and rejection of real estate leases and related settlement. |
| 6/2/2011 | A. Cowie | 2.30 | Continued to analyze real estate related lease issues and sale prospects. |
| 6/2/2011 | A. Cowie | 2.80 | Analyzed real estate related lease issues and sale prospects. |
| 6/3/2011 | T. Morilla | 0.50 | Reviewed terms of certain leases. |
| 6/3/2011 | A. Cowie | 2.50 | Continued to prepare draft reporting points on real estate lease issues. |
| 6/3/2011 | A. Cowie | 2.60 | Continued to analyze real estate lease issues. |
| 6/3/2011 | A. Cowie | 2.90 | Prepared draft reporting points on real estate lease issues. |
| 6/6/2011 | C. Kearns | 0.40 | Reviewed status of certain real estate exit plans. |
| 6/6/2011 | A. Cowie | 1.70 | Reviewed issues related to a real estate issue. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/6/2011 | D. Rothberg | 1.80 | Reviewed real estate lease rejections and report for the UCC. |
| 6/6/2011 | A. Cowie | 2.30 | Prepared reporting points on real estate lease issues. |
| 6/6/2011 | J. Borow | 2.70 | Reviewed lease and executory contract settlement and rejection issues. |
| 6/6/2011 | A. Cowie | 2.80 | Continued to prepare draft reporting points on real estate lease issues. |
| 6/7/2011 | T. Morilla | 0.80 | Reviewed and analyzed terms of a certain real estate lease. |
| 6/7/2011 | A. Cowie | 1.30 | Analyzed real estate lease securitization documentation. |
| 6/7/2011 | A. Cowie | 2.70 | Continued to analyze real estate loan indenture. |
| 6/7/2011 | A. Cowie | 2.80 | Analyzed real estate loan indenture. |
| 6/8/2011 | A. Cowie | 2.10 | Continued to analyze real estate lease securitization documentation. |
| 6/8/2011 | A. Cowie | 2.70 | Analyzed real estate lease securitization documentation. |
| 6/9/2011 | A. Cowie | 0.70 | Analyzed real estate note amortization calculations. |
| 6/9/2011 | J. Borow | 1.40 | Reviewed issues pertaining to settlement of assumed lease. |
| 6/9/2011 | A. Cowie | 2.10 | Analyzed real estate securitization notes. |
| 6/9/2011 | A. Cowie | 2.80 | Analyzed original real estate bond issuance documentation. |
| 6/10/2011 | C. Kearns | 0.50 | Reviewed status of certain real estate related issues. |
| 6/10/2011 | T. Morilla | 1.50 | Reviewed and analyzed issues surrounding one of the real estate leases. |
| 6/10/2011 | J. Borow | 2.20 | Reviewed issues relating to settlement of assumed lease. |
| 6/10/2011 | A. Cowie | 2.40 | Continued to analyze real estate securitization make-whole payments. |
| 6/10/2011 | A. Cowie | 2.70 | Analyzed real estate securitization make-whole payments. |
| 6/10/2011 | A. Cowie | 2.90 | Analyzed real estate note amortization calculations. |
| 6/13/2011 | T. Morilla | 1.10 | Reviewed issues surrounding a real estate lease. |
| 6/13/2011 | A. Cowie | 2.30 | Analyzed real estate bond issuance make-whole payments. |
| 6/13/2011 | A. Cowie | 2.90 | Prepared discussion points in regard to a real estate issue. |

**Capstone Advisory Group, LLC**
**Invoice for the 6/1/2011-6/30/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/14/2011 | C. Kearns | 0.30 | Reviewed real estate lease negotiation status. |
| 6/15/2011 | D. Rothberg | 1.10 | Reviewed real estate lease report and possible mitigation plans proposed by the Debtors. |
| Subtotal | | 68.10 | |

**17. Analysis of Historical Results**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/1/2011 | A. Cowie | 0.40 | Continued to analyze SEC reports from Debtors. |
| 6/1/2011 | J. Peterson | 1.70 | Continued to Reviewed and analyze NNI's balance sheet changes and impact on cash flows. |
| 6/1/2011 | J. Peterson | 2.10 | Continued to review and analyze the month over month changes in NNI's balance sheets. |
| 6/1/2011 | A. Cowie | 2.70 | Analyzed SEC reports from Debtors. |
| 6/7/2011 | J. Peterson | 2.40 | Reviewed and analyzed the Q1 10Q re: trends relating to liabilities subject to compromise and liquidity disclosures. |
| 6/7/2011 | T. Morilla | 2.80 | Reviewed and analyzed the Corporate Group report as prepared by the Debtors. |
| 6/8/2011 | D. Rothberg | 1.30 | Participated in the monthly corporate call with the Debtor. |
| 6/8/2011 | D. Rothberg | 2.20 | Reviewed and analyzed the details of the Corporate Group report. |
| 6/8/2011 | J. Peterson | 2.40 | Prepared for (1.1) and participated on (1.3) the 1H 2011 Corporate Group update and status call. |
| 6/8/2011 | A. Cowie | 2.40 | Analyzed corporate group historical performance. |
| 6/9/2011 | J. Peterson | 1.60 | Reviewed and reconciled the 2011 Q1 10Q cash balances to the 3-31-2011 global cash flash. |
| 6/9/2011 | T. Morilla | 2.50 | Reviewed the US Debtors' balance sheet. |
| 6/9/2011 | J. Peterson | 2.70 | Prepared draft a summary of the Q1 2011 Corporate Group budget vs. actual results. |
| 6/10/2011 | J. Peterson | 0.60 | Participated in a call with NBS re: 4-30-2011 balance sheet. |
| 6/10/2011 | J. Peterson | 1.00 | Reviewed the Canadian Monitor's 67th report. |
| 6/10/2011 | J. Peterson | 1.50 | Reviewed the 4-2011 Monthly Operating report for NNI. |
| 6/10/2011 | J. Peterson | 2.70 | Continued reviewing and analyzing the Corporate Group's Q1 results. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/13/2011 | J. Peterson | 2.20 | Continued to edit the Q1 2011 Corporate Group update report. |
| 6/13/2011 | J. Peterson | 2.60 | Continued to draft a report on the Corporate Group's Q1 2011 actual vs. budget results. |
| 6/13/2011 | A. Cowie | 2.80 | Prepared SEC reporting memorandum for UCC. |
| 6/14/2011 | J. Hyland | 2.00 | Reviewed summary of Corporate Group status for the Committee. |
| 6/14/2011 | J. Hyland | 2.60 | Reviewed Q1 2011 10Q talking points and reviewed Q1 results. |
| 6/14/2011 | A. Cowie | 2.70 | Prepared UCC report in regard to SEC filings. |
| 6/17/2011 | A. Cowie | 2.70 | Analyzed historical APAC results. |
| 6/17/2011 | A. Cowie | 2.90 | Continued to analyze APAC historical results. |
| 6/20/2011 | C. Kearns | 0.50 | Reviewed draft reports on corporate group budget v. actual. |
| 6/20/2011 | T. Morilla | 1.60 | Reviewed and analyzed the current bond prices. |
| 6/20/2011 | J. Peterson | 1.60 | Finalized the Corporate Group update report and prepared for distribution. |
| 6/20/2011 | A. Cowie | 2.70 | Analyzed historical APAC performance. |
| 6/21/2011 | D. Rothberg | 0.60 | Participated in a call with D. Cozart of the Debtor and reviewed May year to date results. |
| 6/21/2011 | D. Rothberg | 1.80 | Continued to analyze May year to date results. |
| 6/21/2011 | D. Rothberg | 1.80 | Continued to analyze and review detailed May year to date results for the U.S. Debtor. |
| 6/21/2011 | J. Peterson | 2.40 | Continued to review and analyze the May year to date U.S. results. |
| 6/21/2011 | A. Cowie | 2.80 | Analyzed historical performance for APAC region. |
| 6/22/2011 | J. Peterson | 1.20 | Participated in a call with D. Cozart re 5-2011 U.S. results. |
| 6/22/2011 | D. Rothberg | 2.30 | Analyzed detailed May year to date results for the U.S. Debtor. |
| 6/22/2011 | D. Rothberg | 2.30 | Analyzed detailed May balance sheet and cash flow statement information for the U.S. Debtor. |
| 6/22/2011 | J. Peterson | 2.90 | Continued to analyze the May year-to-date U.S. financial results by function re Transition Services. |

**Capstone Advisory Group, LLC**
**Invoice for the 6/1/2011-6/30/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/23/2011 | J. Peterson | 1.70 | Continued to analyze and draft a summary of the May year to date U.S. only results. |
| 6/23/2011 | D. Rothberg | 2.10 | Analyzed year to date results through May for the U.S. Debtor. |
| 6/24/2011 | D. Rothberg | 1.10 | Performed actual to budget analysis. |
| 6/24/2011 | D. Rothberg | 1.80 | Continued to review year to date budget to actual results for the U.S. |
| 6/27/2011 | A. Cowie | 1.80 | Analyzed CDN monitor report. |
| 6/27/2011 | J. Hyland | 2.90 | Analyzed TSA profitability. |
| 6/28/2011 | J. Peterson | 2.60 | Continued to edit and update the May year to date U.S. only cash status report. |
| 6/29/2011 | D. Rothberg | 1.10 | Reviewed and analyzed the year to date U.S results versus the liquidation budget. |
| 6/30/2011 | D. Rothberg | 1.10 | Reviewed and analyzed the TSA recoveries by estate and by deal. |
| Subtotal | | 94.20 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/1/2011 | J. Hyland | 1.20 | Prepared UCC report listing. |
| 6/1/2011 | A. Cowie | 2.30 | Prepared operating update discussion points for UCC call. |
| 6/8/2011 | A. Cowie | 0.80 | Prepared discussion notes for UCC call. |
| 6/8/2011 | J. Hyland | 1.70 | Reviewed Corporate Group monthly status presentation. |
| 6/9/2011 | T. Morilla | 0.50 | Reviewed various press releases on the IP, employees and cross border issues. |
| 6/9/2011 | T. Morilla | 1.70 | Reviewed the transcripts from the 6/7 hearing. |
| 6/9/2011 | A. Cowie | 2.40 | Prepared operating and claims discussion points for UCC meeting. |
| 6/10/2011 | J. Peterson | 1.50 | Reviewed the 3-2011 Monthly Operating report for NNI. |
| 6/10/2011 | D. Rothberg | 1.60 | Reviewed the Monthly Operating report for the U.S Debtors. |
| 6/10/2011 | T. Morilla | 1.60 | Reviewed and analyzed the monthly operating reports. |
| 6/10/2011 | J. Hyland | 1.90 | Reviewed materials for UCC presentation on the Corporate Group. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/13/2011 | D. Rothberg | 1.90 | Reviewed the 67th and 68th Monitors reports. |
| 6/14/2011 | A. Cowie | 0.70 | Prepared operating discussion points for UCC meeting. |
| 6/14/2011 | J. Peterson | 1.70 | Continued to edit and update the Corporate Group report. |
| 6/15/2011 | T. Morilla | 1.00 | Reviewed and analyzed certain professional fees. |
| 6/16/2011 | J. Peterson | 1.10 | Continued to edit and update the Corporate Group update report for the UCC. |
| 6/16/2011 | J. Hyland | 2.70 | Reviewed Corporate Group report. |
| 6/17/2011 | J. Hyland | 2.00 | Reviewed and revised Corporate Group report. |
| 6/20/2011 | J. Hyland | 0.80 | Reviewed Corporate Group Update UCC report. |
| 6/21/2011 | J. Hyland | 2.10 | Reviewed reports for UCC. |
| 6/22/2011 | J. Peterson | 1.20 | Summarized the Corporate Group's current functions of the UCC talking points. |
| 6/22/2011 | J. Hyland | 1.90 | Reviewed updated UCC reports. |
| 6/22/2011 | A. Cowie | 2.80 | Prepared report on current preference actions. |
| 6/24/2011 | J. Peterson | 2.40 | Reviewed and drafted a summary of the Canadian Monitor's 70th report. |
| 6/27/2011 | D. Rothberg | 1.90 | Reviewed and analyzed 70th monitors report. |
| 6/30/2011 | T. Morilla | 1.70 | Updated certain professional fee analysis. |
| Subtotal | | 43.10 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/1/2011 | J. Peterson | 1.20 | Reviewed and analyzed Canada's cash flow forecast. |
| 6/1/2011 | T. Morilla | 1.60 | Reviewed and analyzed the cash report as prepared by the debtors. |
| 6/1/2011 | J. Peterson | 2.70 | Continued to draft a revised cash update for the UCC. |
| 6/2/2011 | T. Morilla | 1.10 | Prepared the monthly cash report presentation. |
| 6/2/2011 | J. Peterson | 1.50 | Continued to draft a cash update report for the UCC re: April YTD budget vs. actuals. |
| 6/2/2011 | J. Peterson | 1.90 | Continued to review and analyze Canada's cash forecast (5/22/11 – 9/30/11). |

**Capstone Advisory Group, LLC**
**Invoice for the 6/1/2011-6/30/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/2/2011 | T. Morilla | 2.50 | Continued preparing the monthly cash report schedules. |
| 6/2/2011 | T. Morilla | 2.80 | Prepared schedules for the monthly cash report. |
| 6/2/2011 | J. Peterson | 2.80 | Continued to review and analyze the cash forecasts (5/22/11 - 9/30/11) for the APAC and CALA regions. |
| 6/3/2011 | T. Morilla | 1.30 | Reviewed previously prepared report showing the US liquidation budget for cash purposes. |
| 6/3/2011 | T. Morilla | 1.60 | Continued preparing the monthly cash report. |
| 6/3/2011 | T. Morilla | 1.70 | Reviewed the cash report as it related to the US cash balances. |
| 6/3/2011 | T. Morilla | 1.90 | Continued to review and analyze the US cash budget to actual results. |
| 6/3/2011 | J. Peterson | 2.20 | Started to review the summary of the APAC, CALA and Canadian cash forecasts. |
| 6/3/2011 | J. Peterson | 2.60 | Continued to draft the UCC cash update re: U.S. April YTD budget vs. actuals. |
| 6/3/2011 | J. Hyland | 2.80 | Reviewed cash update report for UCC. |
| 6/6/2011 | T. Morilla | 0.60 | Reviewed issues surrounding the APAC cash. |
| 6/6/2011 | J. Hyland | 1.30 | Reviewed cash updated reporting. |
| 6/6/2011 | J. Peterson | 1.60 | Continued to analyze the working capital impact on the April YTD U.S. only results. |
| 6/6/2011 | J. Borow | 1.70 | Reviewed cash and updated budget to actual issues. |
| 6/6/2011 | J. Peterson | 2.80 | Continued to draft and edit a cash update for the UCC re: U.S. April YTD and ROW. |
| 6/6/2011 | D. Rothberg | 2.90 | Reviewed and analyzed cash information. |
| 6/7/2011 | J. Peterson | 0.60 | Reviewed the 6-3-2011 global cash flash. |
| 6/7/2011 | D. Rothberg | 0.70 | Participated in a call with T. Ross and D. Cozart re: U.S. cash. |
| 6/7/2011 | J. Peterson | 1.30 | Prepared for (0.6) and participated in (0.7) a call with NBS management re: cash forecasts. |
| 6/7/2011 | D. Rothberg | 1.50 | Reviewed cash report for the UCC. |
| 6/7/2011 | T. Morilla | 2.40 | Reviewed and analyzed the Debtors' cash report. |

**Capstone Advisory Group, LLC**
**Invoice for the 6/1/2011-6/30/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|----------------------------|
| 6/8/2011 | D. Rothberg | 0.50 | Reviewed cash report. |
| 6/8/2011 | J. Hyland | 1.80 | Reviewed cash report for UCC and analyzed balances. |
| 6/8/2011 | J. Peterson | 1.80 | Participated in a call with NBS management re: cash forecasts and working capital assumptions. |
| 6/8/2011 | T. Morilla | 1.90 | Reviewed issues surrounding the current U.S. Debtors' cash as it related to the budget. |
| 6/8/2011 | T. Morilla | 1.90 | Reviewed and analyzed the cash report. |
| 6/8/2011 | J. Peterson | 2.80 | Finalized the UCC cash update report and prepared for distribution. |
| 6/9/2011 | J. Borow | 1.30 | Reviewed updated liquidity and related report to UCC. |
| 6/9/2011 | T. Morilla | 1.80 | Reviewed cash reconciliation from U.S. Debtors' budget compared to mediation numbers. |
| 6/9/2011 | D. Rothberg | 2.90 | Reviewed detail of U.S. Debtors' April balance sheet for cash reporting. |
| 6/14/2011 | J. Peterson | 1.40 | Analyzed and reconciled the Corporate Group's impact on Canada's cash forecast. |
| 6/15/2011 | T. Morilla | 0.40 | Reviewed and analyzed the current cash positions according to the cash flash. |
| 6/16/2011 | J. Peterson | 0.80 | Reviewed the June 10th global cash flash and changes from previous. |
| 6/16/2011 | T. Morilla | 1.80 | Reviewed and analyzed the May NBS results as it related to the budget. |
| 6/20/2011 | J. Peterson | 0.70 | Reviewed the U.S. only, debtors and non-debtors, cash flash. |
| 6/21/2011 | J. Borow | 0.60 | Attended and participated in meeting with Debtors re: status of Asia claims and cash recoveries. |
| 6/21/2011 | J. Peterson | 0.90 | Reviewed the June 17th global cash flash re changes in unavailable and restricted cash. |
| 6/21/2011 | J. Borow | 1.40 | Reviewed cash and liquidity projections. |
| 6/23/2011 | D. Rothberg | 0.10 | Reviewed June cash report from Debtor for NNI and subsidiaries. |
| 6/24/2011 | J. Hyland | 1.00 | Reviewed Debtors' motion re: wind down funding. |
| 6/24/2011 | J. Peterson | 2.80 | Started to review and analyze the updated global cash forecast (6-5-11 - 9-30-11). |
| 6/27/2011 | J. Peterson | 1.80 | Continued to review and analyze the latest global cash forecast, excluding EMEA re: 6-5-11 - 9-30-11. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| Subtotal | | 80.00 | |

**20. Projections/Business Plan/Other**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/2/2011 | C. Kearns | 0.40 | Reviewed status of US wind-down budget. |
| 6/2/2011 | J. Peterson | 1.30 | Reviewed the real estate property issues and impact on the U.S. budget. |
| 6/6/2011 | J. Peterson | 1.50 | Reviewed the April YTD U.S. budget vs. actual reserves. |
| 6/7/2011 | J. Hyland | 2.40 | Reviewed NBS outlook budget. |
| 6/7/2011 | D. Rothberg | 2.90 | Reviewed and analyzed updated U.S. liquidation budget. |
| 6/8/2011 | T. Morilla | 1.30 | Reviewed and analyzed the US Debtors' estate outlook. |
| 6/9/2011 | J. Hyland | 0.50 | Prepared for NBS budget call. |
| 6/9/2011 | J. Hyland | 0.70 | Participated in call with C. Ricaurte, T. Ross, J. Ray and M. Spragg re: NBS outlook update. |
| 6/9/2011 | J. Peterson | 1.50 | Prepared for and participated on a call with NBS, J. Ray, and FTI re: revised outlook. |
| 6/9/2011 | J. Peterson | 2.00 | Continued to analyze the updated U.S. outlook and compiled a list of questions / comments to discuss with NBS. |
| 6/9/2011 | D. Rothberg | 2.20 | Continued to review and analyze the updated outlook for the U.S Debtor. |
| 6/9/2011 | D. Rothberg | 2.90 | Reviewed and analyzed updated outlook for the U.S Debtor. |
| 6/10/2011 | T. Morilla | 1.70 | Reviewed Corporate Group results as it relates to the Corporate Group budget. |
| 6/10/2011 | T. Morilla | 2.20 | Reviewed and analyzed the Corporate Group presentation as prepared by the Debtors. |
| 6/13/2011 | J. Peterson | 1.10 | Reviewed and discussed a draft report on the revised U.S. outlook. |
| 6/13/2011 | D. Rothberg | 1.70 | Continued to prepare report for the UCC re: Updated NNI Outlook. |
| 6/13/2011 | D. Rothberg | 2.20 | Continued to prepare report for the UCC re: updated U.S. Debtor Outlook. |
| 6/13/2011 | D. Rothberg | 2.90 | Prepared report for the UCC re: Updated NNI Outlook. |
| 6/13/2011 | T. Morilla | 2.90 | Continued preparing the Corporate Group presentation. |
| 6/14/2011 | D. Rothberg | 1.60 | Continued to prepare report for the UCC re: NNI Outlook update. |

**Capstone Advisory Group, LLC**
**Invoice for the 6/1/2011-6/30/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/14/2011 | D. Rothberg | 2.40 | Prepared report for the UCC re: NNI updated Outlook. |
| 6/14/2011 | T. Morilla | 2.80 | Continued preparing the Corporate Group presentation. |
| 6/15/2011 | J. Hyland | 1.00 | Reviewed summary of NBS status and outlook budget update for the Committee. |
| 6/16/2011 | D. Rothberg | 1.00 | Prepared analysis of the fee proposal by the Monitor and ad hoc bondholder group. |
| 6/16/2011 | D. Rothberg | 1.40 | Participated in a call to discuss Monitor's proposal with Canadian counsel. |
| 6/16/2011 | T. Morilla | 2.10 | Continued preparing the Corporate Group presentation. |
| 6/17/2011 | D. Rothberg | 1.10 | Reviewed corporate group report for the UCC. |
| 6/17/2011 | T. Morilla | 1.70 | Continued to edit the Corporate Group report based on comments. |
| 6/17/2011 | T. Morilla | 2.20 | Reviewed and edited the Corporate Group report. |
| 6/17/2011 | J. Peterson | 2.50 | Started to review and analyze the 5-2011 Corporate Group revised outlook. |
| 6/17/2011 | J. Peterson | 2.80 | Continued to review and analyze the 5-2011 Corporate Group's revised outlook and impact. |
| 6/17/2011 | D. Rothberg | 2.90 | Prepared analysis of Monitor's and Ad hoc bondholder's fee proposal. |
| 6/20/2011 | D. Rothberg | 0.60 | Prepared analysis of Monitor and Ad hoc bondholder fee proposal. |
| 6/20/2011 | T. Morilla | 1.70 | Reviewed the terms of certain TSA agreements. |
| 6/20/2011 | J. Peterson | 1.70 | Continued to analyze the revised 5-2011 Corporate Group budget. |
| 6/20/2011 | J. Peterson | 1.80 | Started to review and analyze the May YTD U.S. financial results. |
| 6/20/2011 | T. Morilla | 1.90 | Reviewed and edited the Corporate Group report. |
| 6/20/2011 | T. Morilla | 2.10 | Continued to edit the Corporate Group report. |
| 6/21/2011 | C. Kearns | 0.30 | Reviewed status of wind-down budget. |
| 6/21/2011 | T. Morilla | 1.20 | Continued to edit the Corporate Group presentation. |
| 6/21/2011 | D. Rothberg | 2.20 | Reviewed and analyzed May year to date results for the U.S. Debtor as compared to the budget. |
| 6/21/2011 | T. Morilla | 2.80 | Edited the Corporate Group report based on comments. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/22/2011 | J. Hyland | 1.20 | Reviewed Canadian advisors engagement letter. |
| 6/22/2011 | T. Morilla | 1.20 | Reviewed and edited the Corporate Group presentation. |
| 6/22/2011 | J. Peterson | 2.70 | Continued to review and analyze the revised U.S. and reviewed prior outlook. |
| 6/27/2011 | D. Rothberg | 1.20 | Analyzed TSA recovery to date and projections through 2011. |
| 6/27/2011 | J. Peterson | 2.70 | Continued to analyze and draft a summary of the revised U.S. outlook. |
| 6/28/2011 | D. Rothberg | 0.40 | Participated in a call with D. Cozart of the Debtors. |
| 6/29/2011 | D. Rothberg | 1.40 | Reviewed and analyzed the forecasted TSA recoveries through 2011. |
| Subtotal | | 86.90 | |

**22. Pref/Avoidance Actions**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/1/2011 | J. Hyland | 0.20 | Reviewed preference analysis claim calculation. |
| 6/1/2011 | J. Hyland | 0.40 | Conducted call with C. Brown re: preference analysis claim and general update on preference analysis status. |
| 6/10/2011 | J. Hyland | 1.60 | Reviewed preference settlement stipulation and related calculations. |
| 6/13/2011 | J. Hyland | 0.30 | Conducted call with C. Brown re: a preference settlement. |
| 6/13/2011 | J. Hyland | 0.30 | Conducted call with B. Kahn re: a preference settlement. |
| 6/13/2011 | J. Hyland | 0.50 | Revised summary of preference settlement for counsel. |
| 6/14/2011 | T. Morilla | 0.90 | Reviewed the terms of a preference settlement. |
| 6/16/2011 | J. Hyland | 2.80 | Reviewed current avoidance action analysis and previous reporting. |
| 6/20/2011 | A. Cowie | 2.80 | Analyzed proposed preference settlements. |
| 6/21/2011 | A. Cowie | 0.80 | Continued to prepare report on current preference actions. |
| 6/21/2011 | J. Hyland | 1.80 | Reviewed preference analysis report. |
| 6/21/2011 | A. Cowie | 2.60 | Prepared report on current preference actions. |
| 6/22/2011 | A. Cowie | 1.60 | Continued to prepare report on current preference actions. |
| 6/22/2011 | J. Borow | 1.70 | Reviewed reports to UCC re preference analyses. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/23/2011 | D. Rothberg | 0.40 | Reviewed preference settlement proposed by Debtor. |
| 6/23/2011 | J. Peterson | 1.60 | Prepared for and participated in a call with Cleary re: preference actions. |
| 6/23/2011 | J. Peterson | 2.40 | Continued to analyze and draft a summary of the preferences discussed during the Cleary update. |
| 6/28/2011 | J. Hyland | 0.40 | Reviewed status of tolling agreements. |
| Subtotal | | 23.10 | |

**26. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/24/2011 | J. Hyland | 0.80 | Conducted call with K. Rowe re: IP related taxes. |
| 6/27/2011 | J. Hyland | 0.10 | Conducted call with K. Rowe re: tax settlement with a CALA entity. |
| 6/28/2011 | J. Hyland | 1.40 | Analyzed tax settlement for an entity of the debtors. |
| 6/28/2011 | J. Hyland | 2.40 | Calculated potential taxes. |
| 6/29/2011 | J. Hyland | 0.10 | Conducted call with K. Rowe re: revised tax analysis. |
| 6/29/2011 | J. Hyland | 0.30 | Participated on call with K. Rowe and J. Sturm re: taxable income. |
| 6/29/2011 | J. Hyland | 0.50 | Conducted call with K. Rowe re: taxable income. |
| 6/29/2011 | J. Hyland | 0.70 | Conducted calls with K. Rowe re: taxes. |
| 6/29/2011 | J. Hyland | 2.00 | Prepared revised tax analysis for counsel. |
| 6/29/2011 | T. Morilla | 2.10 | Reviewed tax issues as it related to allocation issues. |
| 6/29/2011 | J. Hyland | 2.50 | Analyzed forecasted income for tax purposes. |
| 6/30/2011 | J. Hyland | 0.30 | Participated on call with K. Rowe re: forecasted taxable income analysis. |
| 6/30/2011 | J. Hyland | 0.80 | Conducted call with K. Rowe re: U.S. and Canadian taxes. |
| 6/30/2011 | J. Hyland | 1.60 | Reviewed supporting analysis for taxable income calculation. |
| 6/30/2011 | T. Morilla | 1.90 | Reviewed allocation issues as it related to certain tax issues. |
| Subtotal | | 17.50 | |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **33. Intellectual Property** | | | |
| 6/1/2011 | J. Hyland | 0.40 | Participated in call with S. Hamilton, E&Y, Jefferies, Chilmark, Farber, and others re: IPA assets. |
| 6/1/2011 | J. Hyland | 1.80 | Reviewed additional IPA documentation from E&Y. |
| 6/2/2011 | J. Borow | 2.10 | Evaluated intellectual property issues relating to the sale process and potential bidders. |
| 6/3/2011 | C. Kearns | 0.60 | Created status of IP sale process. |
| 6/3/2011 | J. Borow | 1.10 | Reviewed issues pertaining to sale of intellectual property consortiums. |
| 6/6/2011 | C. Kearns | 0.40 | Provided status of IP address sale. |
| 6/6/2011 | J. Hyland | 0.60 | Participated in call with counsel re: IP. |
| 6/6/2011 | J. Borow | 3.80 | Evaluated intellectual property issues (3.2) and discuss (0.6) with counsel and advisors. |
| 6/7/2011 | J. Borow | 1.60 | Evaluated intellectual property issues. |
| 6/8/2011 | C. Kearns | 0.50 | Reviewed IP sale status. |
| 6/8/2011 | J. Hyland | 0.70 | Reviewed IP sale status. |
| 6/8/2011 | J. Hyland | 0.80 | Participated in call with S. Kuhn, T. Feuerstein and Jefferies re: IP status. |
| 6/8/2011 | M. Lasinski | 0.90 | Participated in call with Lazard, FTI, Jefferies and other financial advisors on intellectual property. |
| 6/8/2011 | M. Lasinski | 1.10 | Participated in call with counsel and Jefferies on intellectual property issues. |
| 6/8/2011 | T. Morilla | 1.20 | Reviewed issues surrounding the sale of the intellectual property. |
| 6/8/2011 | J. Borow | 2.20 | Reviewed internet protocol address value and sale issues. |
| 6/8/2011 | M. Lasinski | 2.50 | Reviewed information related to intellectual property. |
| 6/8/2011 | J. Borow | 2.60 | Evaluated intellectual property bidding and auction issues. |
| 6/9/2011 | J. Borow | 1.10 | Reviewed issues relating to sale of intellectual property. |
| 6/10/2011 | M. Lasinski | 0.50 | Reviewed intellectual property information. |
| 6/10/2011 | C. Kearns | 1.00 | Reviewed IP sale status. |
| 6/10/2011 | J. Borow | 1.10 | Reviewed issues pertaining to the sale of internet protocol addresses. |

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|--------------------------|
| 6/10/2011 | J. Borow | 1.30 | Reviewed issues pertaining to the sale of intellectual property. |
| 6/10/2011 | J. Hyland | 1.30 | Reviewed IP bid and related information. |
| 6/11/2011 | M. Lasinski | 2.20 | Continued preparing intellectual property analysis for counsel. |
| 6/11/2011 | M. Lasinski | 2.30 | Prepared intellectual property analysis for counsel. |
| 6/12/2011 | M. Lasinski | 1.70 | Continued developing intellectual property analysis. |
| 6/12/2011 | M. Lasinski | 2.10 | Reviewed intellectual property information. |
| 6/12/2011 | M. Lasinski | 2.30 | Continued developing intellectual property analysis. |
| 6/12/2011 | M. Lasinski | 2.40 | Developed intellectual property analysis. |
| 6/13/2011 | T. Morilla | 0.90 | Reviewed the IP bid materials from the various IP bidders. |
| 6/13/2011 | M. Lasinski | 1.10 | Continued reviewing information on intellectual property. |
| 6/13/2011 | C. Kearns | 1.50 | Reviewed status of IP bids. |
| 6/13/2011 | M. Lasinski | 2.40 | Reviewed information on intellectual property. |
| 6/13/2011 | J. Hyland | 2.40 | Analyzed IP auction and tax matters. |
| 6/13/2011 | J. Hyland | 2.50 | Reviewed APA and related materials from a potential IP buyer. |
| 6/14/2011 | J. Hyland | 0.50 | Reviewed status of IP auction. |
| 6/14/2011 | C. Kearns | 0.60 | Reviewed bid package including possible HSR issues. |
| 6/14/2011 | M. Lasinski | 0.70 | Participated in call with Lazard, Jefferies, FTI and other financial advisors on intellectual property. |
| 6/14/2011 | M. Lasinski | 1.00 | Reviewed information on intellectual property auction. |
| 6/14/2011 | D. Rothberg | 1.80 | Reviewed IP bid documents. |
| 6/14/2011 | J. Hyland | 1.90 | Reviewed bid documents from a potential IP buyer. |
| 6/14/2011 | C. Kearns | 2.40 | Participated in calls with Akin and UCC professionals to evaluate IP bids and next steps re auction. |
| 6/14/2011 | M. Lasinski | 2.80 | Reviewed information related to intellectual property auction. |

**Capstone Advisory Group, LLC**
**Invoice for the 6/1/2011-6/30/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/15/2011 | M. Lasinski | 0.50 | Participated in IP call with UCC, counsel, Jefferies and other financial advisors. |
| 6/15/2011 | J. Hyland | 0.60 | Participated in call with Cleary, legal advisors and financial advisors re: IP auction. |
| 6/15/2011 | C. Kearns | 1.00 | Prepared for (0.4) and participated in (0.6) a call with counsel and then with Debtors re: qualifying IP bids and action timing. |
| 6/15/2011 | T. Morilla | 1.30 | Reviewed issues surrounding the preparation for the IP auction. |
| 6/15/2011 | J. Hyland | 1.80 | Reviewed IP sale documentation and status. |
| 6/15/2011 | D. Rothberg | 2.10 | Reviewed various IP bid documents. |
| 6/15/2011 | M. Lasinski | 2.30 | Continued to review information related to intellectual property auction. |
| 6/15/2011 | M. Lasinski | 2.70 | Reviewed information related to intellectual property auction. |
| 6/16/2011 | C. Kearns | 0.40 | Reviewed IP bid status. |
| 6/16/2011 | J. Hyland | 1.00 | Reviewed articles on IP sale process. |
| 6/16/2011 | M. Lasinski | 1.80 | Developed analysis of intellectual property. |
| 6/16/2011 | M. Lasinski | 2.20 | Reviewed information related to intellectual property auction. |
| 6/17/2011 | J. Hyland | 0.50 | Conducted call with Jefferies re: IPA Canadian process. |
| 6/17/2011 | M. Lasinski | 0.60 | Developed analysis related to intellectual property. |
| 6/17/2011 | M. Lasinski | 2.40 | Reviewed information provided by Counsel on intellectual property. |
| 6/17/2011 | M. Lasinski | 2.70 | Developed intellectual property analysis. |
| 6/18/2011 | C. Kearns | 0.40 | Reviewed summary of objections to 363. |
| 6/18/2011 | M. Lasinski | 1.70 | Performed research related to intellectual property. |
| 6/18/2011 | M. Lasinski | 2.30 | Reviewed information and performed research on intellectual property. |
| 6/19/2011 | M. Lasinski | 1.30 | Developed analysis related to intellectual property. |
| 6/19/2011 | M. Lasinski | 2.30 | Reviewed information related to intellectual property. |
| 6/19/2011 | M. Lasinski | 2.40 | Developed analysis related to intellectual property. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/20/2011 | M. Lasinski | 0.20 | Conducted call with counsel on intellectual property issue. |
| 6/20/2011 | J. Hyland | 0.30 | Conducted call with K. Rowe re: IP bidder tax matter. |
| 6/20/2011 | D. Rothberg | 0.70 | Reviewed Jefferies IP analysis. |
| 6/20/2011 | M. Lasinski | 1.70 | Developed analysis related to intellectual property. |
| 6/20/2011 | D. Rothberg | 1.80 | Reviewed objections to the IP asset sale. |
| 6/20/2011 | J. Hyland | 2.00 | Reviewed IP sale documentation and analyses. |
| 6/20/2011 | M. Lasinski | 2.10 | Developed analysis of intellectual property. |
| 6/21/2011 | C. Kearns | 0.40 | Reviewed status of IP 363 process. |
| 6/21/2011 | M. Lasinski | 1.70 | Developed analysis related to intellectual property. |
| 6/21/2011 | M. Lasinski | 2.10 | Continue reviewing information related to intellectual property. |
| 6/21/2011 | M. Lasinski | 2.20 | Reviewed information related to intellectual property. |
| 6/21/2011 | M. Lasinski | 2.50 | Developed analysis related to intellectual property. |
| 6/21/2011 | J. Borow | 2.60 | Reviewed issues relating to the auction of the intellectual property and related analyses. |
| 6/22/2011 | J. Schad | 0.80 | Continued to revise and build IP valuation model to allow for automated updating under various sale scenarios. |
| 6/22/2011 | M. Lasinski | 0.90 | Continued to review information related to intellectual property auction. |
| 6/22/2011 | M. Lasinski | 1.00 | Participated in call with counsel, Jefferies and other financial advisors on IP. |
| 6/22/2011 | C. Kearns | 1.40 | Prepared for (0.4) and participated in (1.0) weekly status call with UCC professionals and reviewed summary of IP bids. |
| 6/22/2011 | M. Lasinski | 2.20 | Continued to review information related to intellectual property auction. |
| 6/22/2011 | M. Lasinski | 2.40 | Reviewed information related to intellectual property auction. |
| 6/22/2011 | J. Borow | 2.80 | Reviewed issues pertaining to various bids and bidders for intellectual property portfolio. |
| 6/22/2011 | J. Schad | 2.90 | Revised and built IP valuation model to allow for automated updating under various sale scenarios. |
| 6/22/2011 | J. Hyland | 2.90 | Reviewed IP forecast model. |

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|--------------------------|
| 6/23/2011 | J. Hyland | 0.20 | Participated on call re: G. Riedel, Debtors, Cleary, counsel, Jefferies, Farber, FTI, Milbank, Richter, and others re: IP auction. |
| 6/23/2011 | M. Lasinski | 0.30 | Participated in call with Debtors, Counsel, Jefferies, FTI, Capstone and other financial advisors on intellectual property. |
| 6/23/2011 | C. Kearns | 0.50 | Prepared for (0.2) and participated in (0.3) call to designate highest bid to open the auction and reviewed related analysis. |
| 6/23/2011 | M. Lasinski | 0.50 | Participated in IP call with UCC, counsel, Jefferies and other financial advisors. |
| 6/23/2011 | J. Borow | 1.90 | Reviewed issues pertaining to various bids and bidders for intellectual property portfolio. |
| 6/23/2011 | J. Hyland | 2.10 | Reviewed updated IP forecast model. |
| 6/23/2011 | M. Lasinski | 2.20 | Continued to review information related to the intellectual property auction. |
| 6/23/2011 | M. Lasinski | 2.40 | Reviewed information related to the intellectual property auction. |
| 6/23/2011 | J. Borow | 2.60 | Reviewed issues relating to the sale of the intellectual property. |
| 6/24/2011 | J. Hyland | 0.20 | Conducted call with R. Keenan re: IPA. |
| 6/24/2011 | J. Hyland | 0.40 | Reviewed comparison tool to use in IP auction. |
| 6/24/2011 | J. Borow | 0.40 | Continued to review issues relating to the sale of the intellectual property. |
| 6/24/2011 | J. Hyland | 0.90 | Reviewed changes in IP bid document opening changes. |
| 6/24/2011 | C. Kearns | 1.30 | Prepared for IP auction including numerous emails with counsel re: revisions by bidders to the APAs. |
| 6/24/2011 | M. Lasinski | 1.70 | Reviewed intellectual property analysis. |
| 6/24/2011 | A. Cowie | 1.80 | Analyzed a bidder group financing issues. |
| 6/24/2011 | J. Hyland | 1.90 | Reviewed issues related to an IP bidder. |
| 6/24/2011 | J. Borow | 2.90 | Reviewed issues relating to the sale of the intellectual property. |
| 6/25/2011 | C. Kearns | 0.70 | Prepared for IP auction including emails with counsel re: revisions by bidders to the APAs. |
| 6/26/2011 | M. Lasinski | 0.80 | Continued reviewing intellectual property analysis. |
| 6/26/2011 | C. Kearns | 0.80 | Continued preparing for IP auction including emails with counsel re: revisions by bidders to the APAs. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 6/26/2011 | M. Lasinski | 2.80 | Reviewed intellectual property analysis. |
| 6/27/2011 | T. Morilla | 0.90 | Reviewed and analyzed the current status of the IP auction. |
| 6/27/2011 | J. Hyland | 2.80 | Reviewed IP model. |
| 6/27/2011 | C. Kearns | 15.00 | Participated in portion of Nortel IP auction. |
| 6/27/2011 | M. Lasinski | 19.20 | Participated in Nortel IP auction. |
| 6/27/2011 | J. Borow | 19.50 | Prepared for (.3), attended and participated (19.2) in auction for sale of intellectual property. |
| 6/28/2011 | J. Borow | 12.50 | Prepared for, attended and participated in auction for sale of intellectual property. |
| 6/28/2011 | M. Lasinski | 12.90 | Prepared for (.4) and participated in (12.5) patent auction. |
| 6/28/2011 | C. Kearns | 16.00 | Participated in IP auction day (12.5) and conducted meetings with counsel (3.5). |
| 6/29/2011 | T. Morilla | 0.80 | Reviewed current status of IP auction. |
| 6/29/2011 | C. Kearns | 12.00 | Participated in portion of Nortel patent auction. |
| 6/29/2011 | M. Lasinski | 14.20 | Participated in patent auction. |
| 6/29/2011 | J. Borow | 15.40 | Prepared for (1.2), attended and participated in auction for sale of intellectual property. |
| 6/30/2011 | T. Morilla | 0.80 | Continued to Reviewed status of IP auction. |
| 6/30/2011 | T. Morilla | 0.90 | Reviewed status of IP auction. |
| 6/30/2011 | C. Kearns | 9.30 | Participated in Nortel patent auction. |
| 6/30/2011 | J. Borow | 11.20 | Prepared for (1.9), attended and participated in auction for sale of intellectual property. |
| 6/30/2011 | M. Lasinski | 11.90 | Participated (9.3) in patent auction and conducted follow-on meetings with counsel (2.6). |
| Subtotal | | 343.20 | |
| **Total Hours** | | **1191.7** | |