**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 6/1/2011 through 6/30/2011**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/Train** | | | |
| 6/6/2011 | J. Borow | Amtrak to/from Wilmington, DE. | $298.00 |
| 6/6/2011 | J. Borow | Amtrak Ticket change. | $56.00 |
| 6/7/2011 | C. Kearns | Amtrak to/from Wilmington, DE. | $206.00 |
| 6/7/2011 | C. Kearns | Amtrak Ticket change. | $56.00 |
| 6/26/2011 | M. Lasinski | Airfare to NY. Includes two $150 change fees. | $949.40 |
| **Subtotal - Airfare/Train** | | | **$1,565.40** |
| **Auto Rental/Taxi** | | | |
| 6/4/2011 | CAG Direct | Taxi while in NY. | $205.34 |
| 6/4/2011 | CAG Direct | Taxi while in NY. | $99.14 |
| 6/26/2011 | M. Lasinski | Cab from home to airport. | $71.00 |
| 6/27/2011 | M. Lasinski | Cab to hotel from airport. | $51.50 |
| 6/27/2011 | M. Lasinski | Cab from hotel to Cleary offices. | $7.50 |
| 6/28/2011 | J. Borow | Cabs to/from Cleary Gottlieb. | $41.00 |
| 6/29/2011 | J. Borow | Cabs to/from Cleary Gottlieb. | $42.00 |
| 6/29/2011 | T. Morilla | Taxi due to working late. | $13.90 |
| 6/29/2011 | M. Lasinski | Cab to hotel. | $8.00 |
| **Subtotal - Auto Rental/Taxi** | | | **$539.38** |

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Hotel** | | | |
| 6/30/2011 | M. Lasinski | Hotel during IP auction. | $2,641.00 |
| **Subtotal - Hotel** | | | **$2,641.00** |
| **Meals** | | | |
| 6/27/2011 | M. Lasinski | Breakfast while in NY for IP auction. | $6.21 |
| **Subtotal - Meals** | | | **$6.21** |
| **Telecom** | | | |
| 6/5/2011 | CAG Direct | Conference call for Nortel | $5.27 |
| 6/6/2011 | CAG Direct | Capstone telephone for Nortel. | $1,370.46 |
| 6/17/2011 | J. Hyland | Long distance telephone charges to Toronto. | $173.50 |
| 6/17/2011 | J. Hyland | Long distance telephone charges to Toronto. | $9.63 |
| 6/17/2011 | J. Hyland | Long distance telephone charges to Toronto. | $0.49 |
| 6/30/2011 | M. Lasinski | Telecom and internet cost during IP auction in NY. | $161.95 |
| **Subtotal - Telecom** | | | **$1,721.30** |
| **For the Period 6/1/2011 through 6/30/2011** | | | **$6,473.29** |