# EXHIBIT A

### ADDREX SUCCESS FEE CALCULATION[1]

| Item | Amount | Addrex 5% Fee |
|---|---|---|
| Good Faith Deposit | $225,000 | $11,250 |
| Initial Purchase Price (to be transferred at closing) | $5,800,345.62 | $290,017.28 |
| Subsequent Purchase Price (to be transferred on termination of relevant TSA) | $1,474,654.38 | $73,732.72 |
| **Total Purchase Price** | **$7,500,00** | **$375,000** |

| | | |
|---|---|---|
| **Due on Closing** | Good Faith Deposit | + $11,250 |
| | Initial Purchase Price | + $290,017.28 |
| | December 2010 Retainer | - $200,000 |
| | **TOTAL:** | **$101,267.28** |
| | | |
| **Due on Subsequent Transfer** | **TOTAL** | **$73,732.72** |

---

[1] Nortel Networks Inc. (NNI) sold 666,624 IPv4 numbers to Microsoft for $7,500,00. On May 11, 2011, NNI, as seller, at an initial closing with Microsoft, as purchaser, was paid a Good Faith Deposit ($225,000) and the Initial Purchase Price ($5,800,345.62) totaling $6,025,345.62. Under Sections 1.3(i) and 4.3 of the contract between NNI and Addrex, as broker, NNI was to pay Addrex a commission equal to 5% of the total sales prices as it is received by NNI over the course of the sale ($6,025,345.62 x 5% = $301,267.28). Under Section 1.3(ii) of the NNI – Addrex contract, Addrex was paid a $200,000 retainer which was credited against the commission due. Thus, the net commission due to Addrex from the initial closing is $101,267.28.