**CERTIFICATE OF SERVICE**

       I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Third Monthly (For Period June 1, 2011 Through July 31, 2011) and Final Application of Addrex Inc. as a Broker to Debtors and Debtors-In-Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period November 24, 2010 Through August 2, 2011** was caused to be made on August 10, 2011, in the manner indicated upon the entity identified below and on the attached service list.

Date:  August 10, 2011           */s/ Chad A. Fights*
                                                   Chad A. Fights (No. 5006)

**VIA FIRST CLASS MAIL**

Allen K. Stout
Nortel Networks
220 Athens Way, Suite 300
Nashville, TN  37228-1304
(Debtor)

4235288.2