B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **NORTEL NETWORKS INC,**     Case No. **09-10138**

**(Related Docket No.  6045 )**

### AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**LIQUIDITY SOLUTIONS, INC.**                              **ANDREW TWYNHAM**
   Name of Transferee                                              Name of Transferor

Name and Address where notices to transferee should be sent:

| Claim # | Amount | Date Filed |
|---|---|---|
| 4100, 6690 | $ 167,718.40 | 9/28/2009 |
| 4102 | $ 76,708.78 | 9/28/2009 |
| 4101 | $ 189,707.78 | 9/28/2010 |
| Total | $ 434,134.96 | |

**LIQUIDITY SOLUTIONS, INC**
**ONE UNIVERSITY PLAZA, SUITE 312**
**HACKENSACK, NJ 07601**

Phone: **(201) 968-0001**                                    Phone: _____
Last Four Digits of Acct #: _____     Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/Jeff Caress                                            Date:  8/10/2011
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**497933**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **NORTEL NETWORKS INC,**　　　　　　　　Case No. **09-10138**

**(Related Docket No. 6045)**

### AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **8/10/2011**.

| | |
|---|---|
| **LIQUIDITY SOLUTIONS, INC.** | **ANDREW TWYNHAM** |
| Name of Alleged Transferee | Name of Transferor |
| | |
| Address of Alleged Transferee: | Address of Transferor: |
| **One University Plaza, Suite 312** | **ANDREW TWYNHAM** |
| **Hackensack, NJ 07601** | **10451 BIG CANOE** |
| | **JASPER, GA 30143** |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**CLERK OF THE COURT**

**497933**

## TRANSFER NOTICE

TWYNHAM, ANDREW S ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Nortel Networks Inc.. (the "Debtor"), in the aggregate amount of $~~$400,755.20~~ → $434,134.96, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 09-10138.

IN WITNESS WHEREOF, Assignor has signed below as of the 17 day of July, 2011.

TWYNHAM, ANDREW S

(Signature)

ANDREW S. TWYNHAM.
(Print Name and Title)

LIQUIDITY SOLUTIONS, INC.

(Signature)

Jeffrey Caress
(Print Name and Title)