IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT   )
                      ) ss.:
COUNTY OF HARTFORD    )

BRIAN HUNT, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as an Associate Consultant by Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095 and I am not a party to the above-captioned action.

2. On August 9, 2011, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

   a) the sellers of the claims as listed on the annexed Exhibit B,
   b) the buyers of the claims as listed on the annexed Exhibit C,
   c) counsel to the Debtors as listed on Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Brian Hunt

Sworn to before me this
9th day of August, 2011

_____
Tim Conklin
Notary Public, State of Connecticut

TIMOTHY C. CONKLIN
NOTARY PUBLIC
State of Connecticut
My Commission Expires
May 31, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:  **Critical Power Resource LLC**
**5868 Faringdon Place, Suite A**
**Raleigh, NC 27609**

Your claim, in the amount of **$495.16** has been transferred, unless previously expunged by Court Order, to:

**Debt Acquisition Company of America V, LLC**
**1565 Hotel Circle South, Suite 310**
**San Diego, CA 92108**

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN: BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number # **6085** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By   /s/Brian Hunt
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 9, 2011

**EXHIBIT B**

CRITICAL POWER RESOURCE LLC, 5868 FARINGDON PLACE, SUITE A, RALEIGH, NC  27609

WILLIAM D. OLSON, 1416 CAPSTAN DRIVE, ALLEN, TX  75013

WOLDZIMIERZ KAZAMIERSKI, 7782 GEORGETOWN CHASE, ROSWELL, GA  30075

TUYET TRINH, 2411 HONEYSUCKLE DR., RICHARDSON, TX  75082

DANIEL T PEARSON, 71692 ROAD 375, CULBERTSON, NE  69024

THU-ANH T TRAN, 2510 APPALACHIA DR., GARLAND, TX  75044

KIRIT D DAWDA, 173 FAIRMEADOW WAY, MILPITAS, CA  95035

CARL CRAMER, 106 PITCHSTONE CV, GEORGETOWN, TX  78628

STRATUS TECHNOLOGIES INC., 111 POWDERMILL ROAD, MAYNARD, MA  01754

KIM LECHNER, 1776 OAK SPRINGS DR., SALT LAKE CITY, UT  84108

EXCELIGHT COMMUNICATIONS, INC., ATTN: CHRIS FINCH, PO BOX 13445
78 ALEXANDER DR., RTP, NC  27709

# EXHIBIT C

DEBT ACQUISITION COMPANY OF AMERICA V, LLC, 1565 HOTEL CIRCLE SOUTH, SUITE 310, SAN DIEGO, CA  92108

LIQUIDITY SOLUTIONS, INC., ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ 07601

TRC MASTER FUND LLC, ATTN: TERREL ROSS, 336 ATLANTIC AVENUE, SUITE 302 EAST ROCKAWAY, NY  11518

UNITED STATES DEBT RECOVERY X, LP, 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE, NV  89451

AVENUE TC FUND, L.P., ATTN: DAVID S. LEINWAND, 399 PARK AVENUE, 6TH FLOOR NEW YORK, NY  10022

**EXHIBIT D**

CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: JAMES BROMLEY, ONE LIBERTY PLAZA, NEW YORK, NY  10006