```
              IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Case No.
                                )    (Jointly Administered)
                                )
NORTEL NETWORKS, INC.,          )    Chapter 11
        et al.,                 )
                                )    Courtroom 3
                                )    824 Market Street
          Debtors.              )    Wilmington, Delaware
                                )
                                )    August 9, 2011
                                )    10:00 a.m.


                   TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE JUDGE KEVIN GROSS
               UNITED STATES BANKRUPTCY JUDGE
```

APPEARANCES:

| | |
|---|---|
| For Debtor: | Morris, Nichols, Arsht & Tunnell |
| | BY: DEREK ABBOTT, ESQ. |
| | BY: ANN CORDO, ESQ. |
| | 1201 North Market Street |
| | 18th Floor |
| | Wilmington, DE 19899-1347 |
| | (302) 351-9459 |
| | |
| ECRO: | GINGER MACE |
| | |
| Transcription Service: | DIAZ DATA SERVICES |
| | 331 Schuylkill Street |
| | Harrisburg, Pennsylvania 17110 |
| | (717) 233-6664 |
| | www.diazdata.com |

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

APPEARANCES:
(Continued)

| | |
|---|---|
| For the Committee: | Richards Layton & Finger |
| | BY: CHRIS SAMIS, ESQ. |
| | One Rodney Square |
| | 920 North King Street |
| | Wilmington, DE  19801 |
| | (302) 651-7531 |
| | |
| For Joint Administrators: | Young Conaway Stargatt & Taylor, LLP |
| | BY: JAIME N. LUTON |
| | The Brandywine Building |
| | 1000 West Street |
| | 17th Floor |
| | Wilmington, DE  19801 |
| | (302) 571-6600 |

TELEPHONIC APPEARANCES:

| | |
|---|---|
| For Nortel Networks: | Cleary Gottlieb Steen & Hamilton |
| | BY: ROBIN J. BAIK, ESQ. |
| | (212) 225-2019 |
| | |
| | BY: LISA M. SCHWEITZER, ESQ. |
| | (212) 225-2629 |
| | |
| For Peg Brickley: | Dow Jones & Co. |
| | BY: PEG BRICKLEY |
| | (215) 462-0953 |
| | |
| For Ernst & Young: | Allen & Overy, LLP |
| | BY: DANIEL GUYDER, ESQ. |
| | (212) 756-1132 |
| | |
| For Official Committee of Unsecured Creditors: | Akin Gump Strauss Hauer & Feld, LLP |
| | BY: BRAD M. KAHN, ESQ. |
| | (212) 872-8121 |
| | |
| For Ad Hoc Committee of Bondholders: | Milbank Tweed Hadley & McCloy, LLP |
| | BY: THOMAS J. MATZ, ESQ. |
| | (212) 530-5885 |
| | |
| | BY: MELANIE ANN McLAUGHLIN, ESQ. |
| | (212) 530-5327 |

TELEPHONIC APPEARANCES:
(Continued)

For Hondo Sen:            Cetus Capital, LLC
                          BY: HONDO SEN
                          (203) 552-3528

1

1  WILMINGTON, DELAWARE, TUESDAY, AUGUST 9, 2011, 10:05 A.M.

2           THE COURT: Good morning. Thank you, and please
3  be seated. It's a pleasure to see you.

4           MS. CORDO: Good morning, Your Honor.

5           THE COURT: Good morning, Ms. Cordo.

6           MS. CORDO: For the record, Annie Cordo, Morris,
7  Nichols, Arsht & Tunnell on behalf of the debtors.

8           THE COURT: Yes.

9           MS. CORDO: I think we're going to have a very,
10 very quick agenda for you this morning. We had a -- two
11 items that we submitted under a Certificate of No Objection,
12 and the orders were docketed for those yesterday --

13          THE COURT: Yes.

14          MS. CORDO: -- so that brings us up to item
15 number four on the agenda --

16          THE COURT: You bet.

17          MS. CORDO: -- which is the debtors' 19th omnibus
18 objection. We are actually onto our third supplemental
19 order for that particular objection, and we just had one
20 claim going forward on this one. I just have to give you --
21 if you don't mind, I'll give you a little background on that
22 claim; then, I have a --

23          THE COURT: Would you?

24          MS. CORDO: -- proposed form of order.

25          THE COURT: Yes.

1     MS. CORDO: This is the claim of Receivable
2 Management on behalf of Dun & Bradstreet, and we've reached
3 a settlement with them as to the amount and priority. We
4 had previously objected to -- they have two claims in this
5 case: claim 505, which we've previously objected to in the
6 14th omnibus objection; and then they had -- about the same
7 time that we were filing that, they amended that claim and
8 filed claim 7406, which included all of claim 505 at a
9 different priority plus a rejection damages claim.
10    On the 14th omnibus objection, they had responded
11 to our objection and tried to assert the new priority to
12 claim 505, and you had granted our reduction allowance to
13 the claim as a general unsecured claim over their objection.
14 When we then just objected to claim 7406, and we didn't
15 dispute the rejection damages portion, but we did dispute
16 the part that was redundant of the part of the claim that
17 was already reduced and allowed. After discussions with
18 them and information being provided from them to the
19 debtors, we have actually reached a settlement with them as
20 to the amount and priority of claim 7406, and this kind of
21 also affects claim 505.
22    And what we've agreed with them is,
23 notwithstanding the previous order reducing and allowing
24 claim 505, that claim is going to be disallowed in its
25 entirety, so then they'll only have one claim left, which is

1   7406, and that will be $105,000 priority claim and the

2   $43,000 general unsecured claim.  And we've actually built

3   all of that into a revised form of order.

4                If I may approach?

5                THE COURT:  You may.  Thank you, Ms. Cordo.  All

6   right.

7                MS. CORDO:  And that's just the settlement that

8   we've reached with them, as explained on the third page of

9   the --

10               THE COURT:  Excellent.  It certainly is

11  acceptable to me, and I'm going to sign the order.

12               MS. CORDO:  Thank you, Your Honor.  And then, the

13  next item that we have on the agenda is our motion for an

14  order authorizing the claims agent to reflect that certain

15  claims have been deemed satisfied, and we're actually on our

16  second supplemental order with regards to this motion.  And

17  we had one last claim outstanding, which was the claim of BT

18  Americas, Inc.  And BT Americas, after going back and forth

19  with the debtors for information as -- regarding the payment

20  of that claim, have agreed with us that the claim is paid in

21  full and can be marked as deemed satisfied on the claims

22  register.

23               THE COURT:  Okay.

24               MS. CORDO:  And I have a proposed form of order,

25  if I may approach.

1          THE COURT:  Thank you.  Please approach, and I'll
2 sign that order as well.  Ms. Cordo, I never thought that
3 anyone could be as proficient and fast as Mr. Samis on these
4 claims.
5 (Laughter)
6     But lo and behold, I think you're -- you may be of
7 equal proficiency here.
8          MS. CORDO:  And that is actually the last thing
9 we have for you this morning.
10          THE COURT:  All right.  I greatly appreciate the
11 care that you're giving to the claims, and I know there's
12 still probably a lot of work to be done, but I have great
13 confidence in you, Ms. Cordo.
14          MS. CORDO:  Thank you, Your Honor.
15          THE COURT:  All right.  There's nothing further?
16          MS. CORDO:  No, there is nothing else this
17 morning.
18          THE COURT:  All right, everyone.  Then, we will
19 stand in recess, and I thank you.  Have a good day,
20 everyone.
21

1

2  (Whereupon, at 10:09 a.m., the hearing was adjourned.)

3

4                          CERTIFICATION

5       I certify that the foregoing is a correct

6  transcript from the electronic sound recording of the

7  proceedings in the above-entitled matter.

8

9

10  _____          9 August 2011
11  Shelley M. Kohr, Transcriber                   Date

| Word | Page:Line |
|---|---|
| **a.m**(3) | 1:15  4:1  8:2 |
| **abbott**(1) | 1:25 |
| **about**(1) | 5:6 |
| **above-entitled**(1) | 8:7 |
| **acceptable**(1) | 6:11 |
| **actually**(5) | 4:18  5:19  6:2  6:15  7:8 |
| **adjourned**(1) | 8:2 |
| **administered**(1) | 1:6 |
| **administrators**(1) | 2:11 |
| **affects**(1) | 5:21 |
| **after**(2) | 5:17  6:18 |
| **agenda**(3) | 4:10  4:15  6:13 |
| **agent**(1) | 6:14 |
| **agreed**(2) | 5:22  6:20 |
| **akin**(1) | 2:39 |
| **all**(6) | 5:8  6:3  6:5  7:10  7:15  7:18 |
| **allen**(1) | 2:34 |
| **allowance**(1) | 5:12 |
| **allowed**(1) | 5:17 |
| **allowing**(1) | 5:23 |
| **already**(1) | 5:17 |
| **also**(1) | 5:21 |
| **amended**(1) | 5:7 |
| **americas**(2) | 6:18  6:18 |
| **amount**(2) | 5:3  5:20 |
| **and**(34) | 4:2  4:12  4:19  5:2  5:3  5:6  5:7  5:11  5:12  5:14  5:17  5:18  5:20  5:20  5:22  5:23  6:1  6:1  6:2  6:7  6:11  6:12  6:15  6:16  6:18  6:18  6:21  6:24  7:1  7:3  7:6  7:8  7:11  7:19 |
| **ann**(2) | 1:26  2:49 |
| **annie**(1) | 4:6 |
| **anyone**(1) | 7:3 |
| **appearances**(2) | 2:21  3:1 |
| **appreciate**(1) | 7:10 |
| **approach**(3) | 6:4  6:25  7:1 |
| **are**(1) | 4:18 |
| **arsht**(2) | 1:24  4:7 |
| **assert**(1) | 5:11 |
| **august**(3) | 1:14  4:1  8:10 |
| **authorizing**(1) | 6:14 |
| **back**(1) | 6:18 |
| **background**(1) | 4:21 |
| **baik**(1) | 2:24 |
| **bankruptcy**(2) | 1:1  1:20 |
| **been**(1) | 6:15 |
| **before**(1) | 1:19 |
| **behalf**(2) | 4:7  5:2 |
| **behold**(1) | 7:6 |
| **being**(1) | 5:18 |
| **bet**(1) | 4:16 |
| **bondholders**(1) | 2:45 |
| **brad**(1) | 2:41 |
| **bradstreet**(1) | 5:2 |
| **brandywine**(1) | 2:14 |
| **brickley**(2) | 2:30  2:31 |
| **brings**(1) | 4:14 |
| **building**(1) | 2:14 |
| **built**(1) | 6:2 |
| **but**(3) | 5:15  7:6  7:12 |
| **can**(1) | 6:21 |
| **capital**(1) | 3:4 |
| **care**(1) | 7:11 |
| **case**(2) | 1:5  5:5 |
| **certain**(1) | 6:14 |
| **certainly**(1) | 6:10 |
| **certificate**(1) | 4:11 |
| **certification**(1) | 8:4 |
| **certify**(1) | 8:5 |
| **cetus**(1) | 3:4 |
| **chapter**(1) | 1:8 |
| **chris**(1) | 2:5 |
| **claim**(24) | 4:20  4:22  5:1  5:5  5:7  5:8  5:9  5:12  5:13  5:13  5:14  5:16  5:20  5:21  5:24  5:24  5:25  6:1  6:2  6:17  6:17  6:20  6:20 |
| **claims**(6) | 5:4  6:14  6:15  6:21  7:4  7:11 |
| **cleary**(1) | 2:23 |
| **committee**(3) | 2:4  2:38  2:44 |
| **conaway**(1) | 2:11 |
| **confidence**(1) | 7:13 |
| **continued**(2) | 2:2  3:2 |
| **cordo**(19) | 1:26  4:4  4:5  4:6  4:6  4:9  4:14  4:17  4:24  5:1  6:5  6:7  6:12  6:24  7:2  7:8  7:13  7:14  7:16 |
| **correct**(1) | 8:5 |
| **could**(1) | 7:3 |
| **court**(15) | 1:1  4:2  4:5  4:8  4:13  4:16  4:23  4:25  6:5  6:10  6:23  7:1  7:10  7:15  7:18 |
| **courtroom**(1) | 1:10 |
| **creditors**(1) | 2:39 |
| **damages**(2) | 5:9  5:15 |
| **daniel**(1) | 2:35 |
| **data**(1) | 1:34 |
| **day**(1) | 7:19 |
| **debtor**(1) | 1:24 |
| **debtors**(4) | 1:12  4:7  5:19  6:19 |
| **debtors'**(1) | 4:17 |
| **deemed**(2) | 6:15  6:21 |
| **delaware**(3) | 1:2  1:12  4:1 |
| **derek**(1) | 1:25 |
| **diaz**(1) | 1:34 |
| **did**(1) | 5:15 |
| **didn't**(1) | 5:14 |
| **different**(1) | 5:9 |
| **disallowed**(1) | 5:24 |
| **discussions**(1) | 5:17 |
| **dispute**(2) | 5:15  5:15 |
| **district**(1) | 1:2 |
| **docketed**(1) | 4:12 |
| **done**(1) | 7:12 |
| **don't**(1) | 4:21 |
| **dow**(1) | 2:30 |
| **dun**(1) | 5:2 |
| **ecro**(1) | 1:32 |
| **electronic**(2) | 1:41  8:6 |
| **else**(1) | 7:16 |
| **entirety**(1) | 5:25 |
| **equal**(1) | 7:7 |
| **ernst**(1) | 2:34 |
| **esq**(9) | 1:25  1:26  2:5  2:24  2:27  2:35  2:41  2:46  2:49 |
| **everyone**(2) | 7:18  7:20 |
| **excellent**(1) | 6:10 |
| **explained**(1) | 6:8 |
| **fast**(1) | 7:3 |
| **feld**(1) | 2:40 |
| **filed**(1) | 5:8 |
| **filing**(1) | 5:7 |
| **finger**(1) | 2:4 |
| **floor**(2) | 1:28  2:16 |
| **for**(17) | 1:2  1:24  2:4  2:11  2:23  2:30  2:34  2:38  2:44  3:4  4:6  4:10  4:12  4:19  6:13  6:19  7:9 |
| **foregoing**(1) | 8:5 |
| **form**(3) | 4:24  6:3  6:24 |
| **forth**(1) | 6:18 |
| **forward**(1) | 4:20 |
| **four**(1) | 4:15 |
| **from**(2) | 5:18  8:6 |
| **full**(1) | 6:21 |
| **further**(1) | 7:15 |
| **general**(2) | 5:13  6:2 |
| **ginger**(1) | 1:32 |
| **give**(2) | 4:20  4:21 |
| **giving**(1) | 7:11 |
| **going**(5) | 4:9  4:20  5:24  6:11  6:18 |
| **good**(4) | 4:2  4:4  4:5  7:19 |
| **gottlieb**(1) | 2:23 |
| **granted**(1) | 5:12 |
| **great**(1) | 7:12 |
| **greatly**(1) | 7:10 |
| **gross**(1) | 1:19 |
| **gump**(1) | 2:39 |
| **guyder**(1) | 2:35 |
| **had**(7) | 4:10  4:19  5:4  5:6  5:10  5:12  6:17 |
| **hadley**(1) | 2:45 |
| **hamilton**(1) | 2:23 |
| **harrisburg**(1) | 1:36 |
| **hauer**(1) | 2:39 |
| **have**(13) | 4:9  4:20  4:22  5:4  5:19  5:25  6:13  6:15  6:20  6:24  7:9  7:12  7:19 |
| **hearing**(1) | 8:2 |
| **here**(1) | 7:7 |
| **hoc**(1) | 2:44 |
| **hondo**(2) | 3:4  3:5 |
| **honor**(3) | 4:4  6:12  7:14 |
| **honorable**(1) | 1:19 |
| **inc**(2) | 1:8  6:18 |
| **included**(1) | 5:8 |
| **information**(2) | 5:18  6:19 |
| **into**(1) | 6:3 |
| **item**(2) | 4:14  6:13 |
| **items**(1) | 4:11 |
| **its**(1) | 5:24 |
| **it's**(1) | 4:3 |
| **i'll**(2) | 4:21  7:1 |
| **i'm**(1) | 6:11 |
| **jaime**(1) | 2:13 |
| **joint**(1) | 2:11 |
| **jointly**(1) | 1:6 |
| **jones**(1) | 2:30 |
| **judge**(2) | 1:19  1:20 |
| **just**(4) | 4:19  4:20  5:14  6:7 |
| **kahn**(1) | 2:41 |
| **kevin**(1) | 1:19 |
| **kind**(1) | 5:20 |
| **king**(1) | 2:7 |
| **know**(1) | 7:11 |
| **last**(2) | 6:17  7:8 |
| **laughter**(1) | 7:5 |
| **layton**(1) | 2:4 |
| **left**(1) | 5:25 |
| **lisa**(1) | 2:27 |
| **little**(1) | 4:21 |
| **llc**(1) | 3:4 |
| **llp**(4) | 2:12  2:34  2:40  2:45 |
| **lot**(1) | 7:12 |
| **luton**(1) | 2:13 |
| **mace**(1) | 1:32 |
| **management**(1) | 5:2 |
| **marked**(1) | 6:21 |
| **market**(2) | 1:11  1:27 |
| **matter**(1) | 8:7 |
| **matz**(1) | 2:46 |
| **may**(4) | 6:4  6:5  6:25  7:6 |
| **mccloy**(1) | 2:45 |
| **mclaughlin**(1) | 2:49 |
| **melanie**(1) | 2:49 |
| **milbank**(1) | 2:45 |
| **mind**(1) | 4:21 |
| **morning**(6) | 4:2  4:4  4:5  4:10  7:9  7:17 |
| **morris**(2) | 1:24  4:6 |
| **motion**(2) | 6:13  6:16 |
| **networks**(2) | 1:8  2:23 |
| **never**(1) | 7:2 |
| **new**(1) | 5:11 |
| **next**(1) | 6:13 |
| **nichols**(2) | 1:24  4:7 |
| **nortel**(2) | 1:8  2:23 |
| **north**(2) | 1:27  2:7 |
| **nothing**(2) | 7:15  7:16 |
| **notwithstanding**(1) | 5:23 |
| **number**(1) | 4:15 |
| **objected**(3) | 5:4  5:5  5:14 |
| **objection**(7) | 4:11  4:18  4:19  5:6  5:10  5:11  5:13 |
| **official**(1) | 2:38 |
| **okay**(1) | 6:23 |
| **omnibus**(3) | 4:17  5:6  5:10 |
| **one**(5) | 2:6  4:19  4:20  5:25  6:17 |
| **only**(1) | 5:25 |
| **onto**(1) | 4:18 |
| **order**(9) | 4:19  4:24  5:23  6:3  6:11  6:14  6:16  6:24  7:2 |
| **orders**(1) | 4:12 |
| **our**(5) | 4:18  5:11  5:12  6:13  6:15 |
| **outstanding**(1) | 6:17 |
| **over**(1) | 5:13 |
| **overy**(1) | 2:34 |
| **page**(1) | 6:8 |
| **paid**(1) | 6:20 |
| **part**(2) | 5:16  5:16 |
| **particular**(1) | 4:19 |
| **payment**(1) | 6:19 |
| **peg**(2) | 2:30  2:31 |
| **pennsylvania**(1) | 1:36 |
| **please**(2) | 4:2  7:1 |
| **pleasure**(1) | 4:3 |
| **plus**(1) | 5:9 |
| **portion**(1) | 5:15 |
| **ppearances**(2) | 1:22  2:1 |
| **previous**(1) | 5:23 |
| **previously**(2) | 5:4  5:5 |
| **priority**(5) | 5:3  5:9  5:11  5:20  6:1 |
| **probably**(1) | 7:12 |
| **proceedings**(3) | 1:18  1:41  8:7 |
| **produced**(1) | 1:42 |
| **proficiency**(1) | 7:7 |
| **proficient**(1) | 7:3 |
| **proposed**(2) | 4:24  6:24 |
| **provided**(1) | 5:18 |
| **quick**(1) | 4:10 |
| **reached**(3) | 5:2  5:19  6:8 |
| **receivable**(1) | 5:1 |
| **recess**(1) | 7:19 |
| **record**(1) | 4:6 |
| **recorded**(1) | 1:41 |
| **recording**(2) | 1:41  8:6 |
| **reduced**(1) | 5:17 |
| **reducing**(1) | 5:23 |
| **reduction**(1) | 5:12 |
| **redundant**(1) | 5:16 |
| **reflect**(1) | 6:14 |
| **regarding**(1) | 6:19 |
| **regards**(1) | 6:16 |
| **register**(1) | 6:22 |
| **rejection**(2) | 5:9  5:15 |
| **responded**(1) | 5:10 |
| **revised**(1) | 6:3 |
| **richards**(1) | 2:4 |
| **right**(4) | 6:6  7:10  7:15  7:18 |
| **robin**(1) | 2:24 |
| **rodney**(1) | 2:6 |
| **same**(1) | 5:6 |
| **samis**(2) | 2:5  7:3 |
| **satisfied**(2) | 6:15  6:21 |
| **schuylkill**(1) | 1:35 |
| **schweitzer**(1) | 2:27 |
| **seated**(1) | 4:3 |
| **second**(1) | 6:16 |
| **see**(1) | 4:3 |
| **sen**(2) | 3:4  3:5 |
| **service**(2) | 1:34  1:42 |
| **services**(1) | 1:34 |
| **settlement**(3) | 5:3  5:19  6:7 |
| **sign**(2) | 6:11  7:2 |
| **sound**(2) | 1:41  8:6 |
| **square**(1) | 2:6 |
| **stand**(1) | 7:19 |
| **stargatt**(1) | 2:11 |
| **states**(2) | 1:1  1:20 |
| **steen**(1) | 2:23 |
| **still**(1) | 7:12 |
| **strauss**(1) | 2:39 |
| **street**(5) | 1:11  1:27  1:35  2:7  2:15 |
| **submitted**(1) | 4:11 |

Page : 1                                                                                                                                                             08/10/11 10:41:14

| Word | Page:Line |
|---|---|

**supplemental**(2) 4:18 6:16
**taylor**(1) 2:12
**telephonic**(2) 2:21 3:1
**thank**(6) 4:2 6:5 6:12 7:1 7:14 7:19
**that**(22) 4:11 4:14 4:19 4:21 5:7 5:7 5:7 5:16 5:16 5:24 6:1 6:3 6:7 6:13 6:14 6:20 6:20 7:2 7:2 7:8 7:11 8:5

**that's**(1) 6:7
**the**(59) 1:1 1:2 1:19 2:4 2:14 4:2 4:5 4:6 4:7 4:8 4:12 4:13 4:15 4:16 4:17 4:23 4:25 5:1 5:3 5:5 5:6 5:10 5:11 5:13 5:15 5:16 5:16 5:16 5:18 5:20 5:23 6:1 6:5 6:7 6:8 6:9 6:10 6:11 6:12 6:13 6:14 6:17 6:19 6:19 6:20 6:21 6:23 7:1 7:8 7:10 7:10 7:11 7:15 7:18 8:2 8:5 8:6 8:6 8:7

**their**(1) 5:13
**them**(6) 5:3 5:18 5:18 5:19 5:22 6:8
**then**(6) 4:22 5:6 5:14 5:25 6:12 7:18
**there**(1) 7:16
**there's**(2) 7:11 7:15
**these**(1) 7:3
**they**(4) 5:4 5:6 5:7 5:10
**they'll**(1) 5:25
**thing**(1) 7:8
**think**(2) 4:9 7:6
**third**(2) 4:18 6:8
**this**(8) 4:10 4:20 5:1 5:4 5:20 6:16 7:9 7:16

**thomas**(1) 2:46
**those**(1) 4:12
**thought**(1) 7:2
**time**(1) 5:7
**transcript**(3) 1:18 1:42 8:6
**transcription**(2) 1:34 1:42
**tried**(1) 5:11
**tuesday**(1) 4:1
**tunnell**(2) 1:24 4:7
**tweed**(1) 2:45
**two**(2) 4:10 5:4
**under**(1) 4:11
**united**(2) 1:1 1:20
**unsecured**(3) 2:39 5:13 6:2
**very**(2) 4:9 4:10
**was**(4) 5:16 5:17 6:17 8:2
**well**(1) 7:2
**were**(2) 4:12 5:7
**west**(1) 2:15
**we're**(2) 4:9 6:15
**we've**(5) 5:2 5:5 5:22 6:2 6:8
**what**(1) 5:22
**when**(1) 5:14
**whereupon**(1) 8:2
**which**(5) 4:17 5:5 5:8 5:25 6:17
**will**(2) 6:1 7:18
**wilmington**(5) 1:12 1:29 2:8 2:17 4:1
**with**(8) 5:3 5:17 5:19 5:22 6:8 6:16 6:19 6:20

**work**(1) 7:12
**would**(1) 4:23
**www.diazdata.com**(1) 1:38
**yes**(3) 4:8 4:13 4:25
**yesterday**(1) 4:12
**you**(18) 4:2 4:3 4:10 4:16 4:20 4:21 4:21 4:23 5:12 6:5 6:5 6:12 7:1 7:6 7:9 7:13 7:14 7:19

**young**(2) 2:11 2:34
**your**(3) 4:4 6:12 7:14
**you're**(2) 7:6 7:11