# Notice Recipients

| District/Off: 0311−1 | User: Brandon | Date Created: 8/10/2011 |
|---|---|---|
| Case: 09−10138−KG | Form ID: ntcBK | Total: 27 |

**Recipients of Notice of Electronic Filing:**
ust       United States Trustee         USTPREGION03.WL.ECF@USDOJ.GOV

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Nortel Networks Inc., et al.       2221 Lakeside Boulevard       Richardson, TX 75082
frep      Allen &Overy LLP,       1221 Avenue of the Americas       New York, NY 10020
ust       Thomas Patrick Tinker       Office of the U.S. Trustee       844 King Street Suite 2207       Wilmington, DE 19801
aty       Alissa T. Gazze       Morris Nichols Arsht &Tunnell, LLP       1201 N. Market Street       Wilmington, DE 19801
aty       Andrew R. Remming       Morris, Nichols, Arsht &Tunnell       1201 North Market Street       P.O. Box 1347       Wilmington, DE 19899−1347
aty       Ann C. Cordo       Morris Nichols Arsht &Tunnell LLP       1201 N. Market Street       P.O. Box 1347       Wilmington, DE 19899−1347
aty       Chad A. Fights       Morris, Nichols, Arsht &Tunnell LLP       1201 North Market Street       P.O. Box 1347       Wilmington, DE 19899−1347
aty       Derek C. Abbott       Morris Nichols Arsht &Tunnell       1201 N. Market Street       Wilmington, DE 19899
aty       Elihu Ezekiel Allinson, III       Sullivan Hazeltine Allinson LLC       901 North Market Street, Siote 1300       Suite 1300       Wilmington, DE 19801
aty       Eric D. Schwartz       Morris, Nichols, Arsht &Tunnell       1201 N.Market Street       P. O. Box 1347       Wilmington, DE 19801
aty       James Croft       Cleary Gottlieb Steen &Hamilton LLP       One Liberty Plaza       New York, NY 10006
aty       James L. Bromley       Cleary Gottlieb Steen &Hamilton       One Liberty Plaza       New York, NY 10006
aty       Jennifer M. Westerfield       Cleary Gottlieb Steen &Hamilton, LLP       One Liberty Plaza       New York, NY 10006
aty       Juliet A. Drake       Cleary Gottlieb Steen &Hamilton LLP       One Liberty Plaza       New York, NY 10006
aty       Lauren L. Peacock       Cleary Gottlieb Steen &Hamilton LLP       1 Liberty Plaza       New York, NY 10006
aty       Mary Caloway       Buchanan Ingersoll &Rooney PC       1105 North Market Street       Suite 1900       Wilmington, DE 19801−1228
aty       Mona A. Parikh       Buchanan Ingersoll &Rooney PC       1105 North Market Street       Suite 1900       Wilmington, DE 19801−1228
aty       Nancy G. Everett       Winston &Strawn LLP       35 W. Wacker Drive       Chicago, IL 60601
aty       Neil P Forrest       Cleary Gottlieb Steen &Hamiton LLP       One Liberty Plaza       New York, NY 10006
aty       Nora K Abularach       Cleary Gottlieb Steen &Hamilton LLP       One Liberty Plaza       New York, NY 10006
aty       Peter James Duhig       Buchanan Ingersoll &Rooney PC       1105 North Market Street       Suite 1900       Wilmington, DE 19801−1228
aty       Raymond Howard Lemisch       Benesch Friedlander Coplan &Aronoff, LL       222 Delaware Avenue       Suite 801       Wilmington, DE 19801
aty       Robin J. Baik       Cleary Gottlieb Steen &Hamilton LLP       One Liverty Plaza       New York, NY 10006
aty       Scott D. McCoy       Cleary Gottlieb Steen &Hamilton LLP       One Liberty Plaza       New York, NY 10006
aty       Thomas F. Driscoll, III       Morris, Nichols, Arsht &Tunnell LLP       1201 North Market Street       Wilmington, DE 19801
aty       Tomislav A. Joksimovic       Cleary Gottlieb Steen &Hamilton LLP       1 Liberty Plaza       New York, NY 10006

TOTAL: 26