IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------------X | : | Chapter 11 |
| In re | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | Jointly Administered |
| Debtors. | : | Re: D. I. 6110 |
| ------------------------------------------------------------------X | | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 9, 2011, copies of the **Supplemental Declaration of Derek C. Abbott in Further Support of the Debtors' Application for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 1107(b), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Delaware and General Bankruptcy Counsel for the Debtors, *Nunc Pro Tunc* to the Petition Date** were served in the manner indicated upon the entities identified on the attached service list.

Dated:  August 10, 2011
           Wilmington, Delaware

                                        CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                        James L. Bromley (admitted pro hac vice)
                                        Lisa M. Schweitzer (admitted pro hac vice)
                                        One Liberty Plaza
                                        New York, NY 10006
                                        Telephone: (212) 225-2000
                                        Facsimile: (212) 225-3999

                                        and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Chad A. Fights*
        Derek C. Abbott (No. 3376)
        Ann C. Cordo (No. 4817)
        Chad A. Fights (No. 5006)
        1201 North Market Street, 18th Floor
        Wilmington, DE  19899-1347
        Telephone:  (302) 658-9200
        Facsimile:  (302) 425-4663

4168078.1        *Counsel for the Debtors and Debtors in Possession*