IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                       :    Case No. 09-10138 (KG)
:
              Debtors.         :    Jointly Administered
:
---------------------------------------------------------X

**NOTICE OF RESCHEDULED HEARING DATE
FROM SEPTEMBER 19-20, 2011 AT 9:30 A.M. TO OCTOBER 13-14, 2011 AT 9:30 A.M.**

TO ALL PARTIES ON THE ATTACHED SERVICE LIST:

      PLEASE TAKE NOTICE that the hearing originally scheduled to begin September 19, 2011 at 9:30 a.m. to consider (i) the Joint Objection and Motion to Dismiss Claims of Nortel Networks UK Limited [D.I. 5970], (ii) the Joint Objection and Motion to Dismiss Claims of Nortel Networks (Ireland) Limited [D.I. 6022], and (iii) the Joint Objection and Motion to Dismiss Claims of Nortel Networks S.A. (NNSA) and its French Liquidator [D.I. 6026] has been rescheduled to begin on **October 13, 2011 at 9:30 a.m. (ET).**

      PLEASE TAKE FURTHER NOTICE that the hearing will be held before The Honorable Kevin Gross, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court located at 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

NEWYORK:2438616.1

Dated: August 10, 2011
     Wilmington, Delaware

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Ann C. Cordo*
                Derek C. Abbott (No. 3376)
                Eric D. Schwartz (No. 3134)
                Ann C. Cordo (No. 4817)
                1201 North Market Street, 18th Floor
                P.O. Box 1347
                Wilmington, DE  19899-1347
                Telephone:  302-658-9200
                Facsimile:  302-425-4663

                and

                CLEARY GOTTLIEB STEEN & HAMILTON LLP

                Deborah M. Buell (admitted *pro hac vice*)
                Howard S. Zelbo (admitted *pro hac vice*)
                James L. Bromley (admitted *pro hac vice*)
                Lisa M. Schweitzer (admitted *pro hac vice*)
                One Liberty Plaza
                New York, New York 10006
                Telephone:  (212) 225-2000
                Facsimile:  (212) 225-3999

                Counsel for the Debtors and
                Debtors in Possession