**CERTIFICATE OF SERVICE**

       I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Rescheduled Hearing Date from September 19-20, 2011 at 9:30 a.m. to October 13-14, 2011 at 9:30 a.m.** was caused to be made on August 10, 2011, in the manner indicated upon the individuals on the attached service list.

Date: August 10, 2011                    */s/ Ann C. Cordo*
                                                      Ann C. Cordo (No. 4817)

4235288.2