# NORTEL 2002 SERVICE LIST

**VIA HAND DELIVERY**

Tobey M. Daluz Esq.
Leslie Heilman Esq.
David T. May
Ballard Spahr
919 Market Street
11th Floor
Wilmington, DE  19801

Christopher A. Ward Esq.
Justin K. Edelson Esq.
Polsinelli Shughart PC
222 Delaware Avenue
Suite 1101
Wilmington, DE  19801

David B. Stratton Esq.
Leigh-Anne M. Raport Esq.
Evelyn J. Meltzer Esq
Pepper Hamilton LLP
1313 Market Street
Suite 5100
Wilmington, DE  19801

Henry Jaffe Esq.
Pepper Hamilton LLP
1313 Market Street
Suite 5100
Wilmington, DE  19801

Joanne B. Domenic Pacitti Esq.
Klehr Harrison
919 Market Street
Suite 1000
Wilmington, DE  19801

Marla R. Eskin Esq.
Ayesha S. Chacko Esq.
Campbell & Levine LLC
800 N King Street
Suite 300
Wilmington, DE  19801

William D. Sullivan Esq.
Sullivan Hazeltine Allinson LLC
4 E 8th Street
Suite 400
Wilmington, DE  19801

Mary F. Caloway Esq.
P.J. Duhig Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE  19801-1228

Brett D. Fallon Esq.
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

Carl N. Kunz Esq.
Michael J. Custer Esq.
Morris James LLP
500 Delaware Ave
Suite 1500
Wilmington, DE  19801

US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE  19801

Thomas P. Tinker. Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE  19801

Duane D. Werb Esq.
Werb & Sullivan
300 Delaware Avenue
13th Floor
Wilmington, DE  19801

Kathleen M. Miller Esq.
Smith Katzenstein & Jenkins LLP
800 Delaware Avenue
10th Floor
Wilmington, DE  19801

William P. Bowden Esq.
Ashby & Geddes P.A.
500 Delaware Avenue
8th Floor
Wilmington, DE  19801

Ricardo Palacio Esq.
Ashby & Geddes P.A.
500 Delaware Avenue
Wilmington, DE  19801

| | |
|---|---|
| Gregory A. Taylor Esq.<br>Benjamin W. Keenan Esq.<br>Ashby & Geddes P.A.<br>500 Delaware Avenue<br>8th Floor<br>Wilmington, DE  19801 | Laura Davis Jones<br>Timothy P. Cairns<br>Pachulski Stang<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE  19899-8705 |
| Rachel B. Mersky Esq.<br>Monzack Mersky McLaughlin<br>and Browder P.A.<br>1201 N Orange Street<br>Suite 400<br>Wilmington, DE  19801 | James L. Patton<br>Edwin J. Harron<br>Young Conaway<br>The Brandywine Bldg<br>1000 West Street<br>17th Floor<br>Wilmington, DE  19801 |
| Jeffrey S. Wisler Esq.<br>Marc J. Phillips Esq.<br>Connolly Bove<br>The Nemours Building<br>1007 N Orange St<br>Wilmington, DE  19801 | Ian Connor Bifferato<br>Kevin G. Collins<br>Bifferato LLC<br>800 N. King Street<br>First Floor<br>Wilmington, DE  19801 |
| Charlene D. Davis Esq.<br>Daniel A. O'Brien Esq.<br>Justin R. Alberto<br>Bayard P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801 | Gregg M. Galardi<br>Sarah E. Pierce<br>Skadden Arps Slate<br>   Meagher & Flom LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, DE  19899-0636 |
| John V. Fiorella Esq.<br>Archer & Greiner PC<br>300 Delaware Avenue<br>Suite 1370<br>Wilmington, DE  19801 | Norman L. Pernick<br>Sanjay Bhatnagar<br>Cole Schotz Meisel Forman<br>   & Leonard<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington, DE  19801 |
| Charles J. Brown III Esq.<br>Archer & Greiner PC<br>300 Delaware Avenue<br>Suite 1370<br>Wilmington, DE  19801 | Christopher P. Simon<br>Cross & Simon LLC<br>913 N. Market Street<br>11th Floor<br>Wilmington, DE  19801 |
| Kurt F. Gwynne Esq.<br>J. Cory Falgowski Esq.<br>Reed Smith LLP<br>1201 N Market Street<br>Suite 1500<br>Wilmington, DE  19801 | Stuart M. Brown<br>Edwards Angell Palmer & Dodge<br>919 N. Market Street<br>Suite 1500<br>Wilmington, DE  19801 |
| Maria Aprile Maria Aprile Sawczuk Esq.<br>Stevens & Lee P.C.<br>1105 N Market Street<br>7th Floor<br>Wilmington, DE  19801 | Michael R. Lastowski<br>Duane Morris LLP<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington, DE  19801-1659 |

| | |
|---|---|
| Adam G. Landis Esq.<br>Kerri K. Mumford Esq.<br>J. Landon Ellis Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, DE  19801 | **VIA FIRST CLASS MAIL**<br><br>Jennifer Stam<br>Ogilvy Renault LLP<br>Royal Bank Plaza South Tower<br>200 Bay Street<br>Suite 3800<br>Toronto, Ontario  M5J 2Z4<br>CANADA |
| Anthony W. Clark Esq.<br>Michelle L. Green Esq.<br>Kristy M. Peguero Esq.<br>Skadden Arps Slate<br>    Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, DE  19801 | Michael J. Wunder<br>R. Snayne Kukulowicz<br>Alex L. MacFarlane<br>Fraser Milner Casgrain LLP<br>77 King Street West<br>Suite 400<br>Toronto, Ontario  M5K 0A1<br>CANADA |
| Steven K. Kortanek<br>Matthew P. Ward<br>Womble Carlyle Sandridge & Rice PLLC<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE  19801 | Chris Armstrong<br>Goodmans LLP<br>Bay Adelaide Centre<br>333 Bay St. Suite 3400<br>Toronto, Ontario  M5H 2S7<br>CANADA |
| Jami B. Nimeroff<br>Brown Stone Nimeroff LLC<br>901 N. Market Street<br>Suite 1300<br>Wilmington, DE  19801 | Derek Austin<br>Export Development Canada<br>151 O'Connor Street<br>Ottowa, Ontario  K1A 1K3<br>CANADA |
| Michael D. DeBaecke, Esq.<br>Blank Rome LLP<br>1201 Market Street<br>Suite 800<br>Wilmington, DE  19801 | Stephen Gale<br>Herbert Smith<br>Exchange House<br>Primrose Streeet<br>London, UK  EC2A 2HS<br>ENGLAND |
| Bruce E. Jameson<br>Prickett Jones & Elliott PA<br>1310 King Street<br>Box 1328<br>Wilmington, DE  19899<br>Daniel K. Astin<br>Joseph J. McMahon Jr.<br>Ciardi Ciardi & Astin<br>919 N. Market Street, Suite 700<br>Wilmington, DE  19801 | Minoru Inayoshi Gen Mgr of M&A<br>Hitachi Lt. Telecommunicatons<br>& Network Systems   Division<br>216 Totsuka-cho<br>Totsuka-ku, Yokohama-shi<br>244-8567<br>JAPAN |
| Donna L. Harris, Esquire<br>Kevin M. Capuzzi, Esquire<br>PINCKNEY, HARRIS & WEIDINGER, LLC<br>1220 N. Market Street, Suite 950<br>Wilmington, Delaware 19801 | Secretary of Treasury<br>P.O. Box 7040<br>Dover, DE  19903 |
| Rafael X. Zahralddin-Aravena<br>Shelley A. Kinsella<br>Elliott Greenleaf<br>1105 N. Market Street, Suite 1700<br>Wilmington, DE  19801 | Secretary of State Division of<br>Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE  19903 |

Sheryl L. Moreau Esq.
Missouri Dept of Revenue
P.O. Box 475
Bankruptcy Division
Jefferson City, MO  65105-0475

John P. Dillman Esq.
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

Rod Andrerson Esq.
Noel R. Boeke Esq.
Holland & Knight LLP
P.O. Box 1288
Tampa, FL  33601-1288

Amos U. Priester IV Esq.
Anna B. Osterhout Esq.
Smith Anderson Blount Dorsett Mitchell & Jernigan LLP
P.O. Box 2611
Raleigh, NC  27602-2611

Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA  90054-0110

Laura L. McCloud Esq.
Assistant Attorney General
P.O. Box 20207
Nashville, TN  37202

Seth B. Shapiro Esq.
U.S. Dept of Justice Civil Div
P.O. Box 875
Ben Franklin Station
Washington, DC  20044

Jan M. Geht Esquire
U.S. Dept of Justice Tax Div
P.O. Box 227
Washington, DC  20044

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA  19424

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC  28233

Mark K. Ames
Tax Authority Consulting Services P.C.
P. O. Box 71476
Richmond, VA  23255

Amy D. Brown
Margolis Edelstein
750 Shipyard Drive
Suite 102
Wilmington, DE  19801

Fred S. Kurtzman Esq.
Klehr Harrison
1835 Market Street
Suite 1400
Philadelphia, PA  19103

Dana S. Plon Esq.
Sirlin Gallogly & Lesser
123 S. Broad Street
Suite 2100
Philadelphia, PA  19109

Vicente Matias Murrell Esq.
Stephen D. Schreiber Esq.
Pension Benefit Guaranty Corp
1200 K Street NW
Washington, DC  20005-4026

Edward C. Wetmore VP & Gen Counsel
Amphenol Corporation
358 Hall Avenue
Wallingford, CT  06492

Joseph E. Shickich Jr. Esq.
Riddell Williams P.S.
1001 4th Avenue
Suite 4500
Seattle, WA  98154-1192

Ramona Neal Esq.
HP Company
11307 Chinden Blvd
MS 314
Boise, ID  83714

David G. Aelvoet Esq.
Linebarger Goggan Blair & Sampson LLP
Travis Bldg Suite 300
711 Navarro
San Antonio, TX  78205

David A. Rosenzweig Esq.  
Fulbright & Jaworski LLP  
666 5th Avenue  
New York, NY  10103-3198  

Carren B. Shulman Esq.  
Kimberly K. Smith Esq.  
Sheppard Mullin Richter  
   & Hampton LLP  
30 Rockefeller Plaza  
24th Floor  
New York, NY  10112  

Alistar Bambach  
SEC NY Regional Office  
Bankruptcy Division  
3 World Financial Center  
Suite 400  
New York, NY  10281-1022  

Michael L. Schein Esq.  
Vedder Price P.C.  
1633 Broadway  
47th Floor  
New York, NY  10019  

Raniero D'Aversa Jr. Esq.  
Laura D. Metzger Esq.  
Orrick Herrington & Sutcliffe LLP  
666 Fifth Avenue  
New York, NY  10103-0001  

Dennis Dunne Esq.  
Milbank Tweed Hadley & McCloy LLP  
One Chase Manhattan Plaza  
New York, NY  10005-1413  

Michelle McMahon Esq.  
Bryan Cave LLP  
1290 Avenue of the Americas  
New York, NY  10104  

N. Thodore Zink Jr. Esq.  
Chadbourne & Parke LLP  
30 Rockefeller Plaza  
New York, NY  10112  

Alan Kolod  
Christopher J. Caruso  
Kent C. Kolbig  
Moses & Singer LLP  
The Chrysler Building  
405 Lexington Avenue  
New York, NY  10174  

Ken Coleman Esq  
Lisa J.P. Kraidin. Esq.  
Allen & Overy LLP  
1221 Avenue of the Americas  
20th Floor  
New York, NY  10020  

Edmond P. O'Brien Esq.  
Stempel Bennett Claman  
   & Hochberg P.C.  
675 Third Avenue  
31st Floor  
New York, NY  10017  

Steven J. Reisman Esq.  
James V. Drew Esq.  
Curtis Mallet-Prevost Colt  
   & Mosle LLP  
101 Park Avenue  
New York, NY  10178-0061  

Nicholas Vianna  
The Interpublic Group of Companies  
1114 Avenue of the Americas  
19th Floor  
New York, NY  10036  

Jeremy E.  
Crystal Esq.  
Willkie Farr & Gallagher LLP  
787 7th Avenue  
New York, NY  10019  

Marc Abrams  
Brian E. O'Connor  
Sameer Advani  
Willkie Farr & Gallagher LLP  
787 7th Avenue  
New York, NY  10019-6099  

Robert J. Rosenberg  
Michael J. Riela  
Zachary N. Goldstein  
Latham & Watkins LLP  
885 Third Avenue  
Suite 1000  
New York, NY  10022-4068  

David S. Allinson  
Thomas Malone  
Alexandra Croswell  
Latham & Watkins LLP  
885 Third Avenue  
Suite 1000  
New York, NY  10022-4068

| | |
|---|---|
| Kristin S. Elliott<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY  10178 | Linda Boyle<br>tw telecom inc.<br>10475 Park Meadows Dr<br>Suite 400<br>Littleton, CO  80124 |
| Fred S. Hodara Esq.<br>Ryan C. Jacobs Esq.<br>David H. Botter Esq.<br>Akin Gump<br>One Bryant Park<br>New York, NY  10036 | Steve Jackman Esq VP<br>Flextronics<br>847 Gibralter Drive<br>Milpitas, CA  95035 |
| Kenneth E. Noble Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY  10022-2585 | Dustin P.<br>Dustin P. Branch Esq.<br>Katten Muchin Rosenman LLP<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA  90067-3012 |
| Stephen C. Stapleton<br>Dykema Gossett PLLC<br>1717 Main Street<br>Ste 4000<br>Dallas, TX  75201-7332 | John C. Vigano Esq.<br>Patricia J. Fokuo Esq.<br>Schiff Hardin LLP<br>6600 Sears Tower<br>Chicago, IL  60606-6473 |
| Lynnette R. Warman<br>Hunton & Williams<br>1445 Ross Avenue<br>Rountain Place<br>Suite 3700<br>Dallas, TX  75202-2799 | Eric S. Prezant Esq.<br>Bryan Cave LLP<br>161 N Clark Street<br>Suite 4300<br>Chicago, IL  60601 |
| Jonathan L. Howell Esq.<br>Munsch Hardt Kopf & Harr P.C.<br>3800 Lincoln Plaza<br>500 N Akard Street<br>Dallas, TX  75201-6659 | Melissa A. Mickey<br>Mayer Brown LLP<br>71 S. Wacker Drive<br>Chicago, IL  60604-1404 |
| Carol E. Momjian Esq.<br>PA Senior Deputy Atty Gen<br>21 S 12th Street<br>3rd Floor<br>Philadelphia, PA  19107-3603 | Jill L. Murch Esq.<br>Lars A. Peterson Esq.<br>Foley & Lardner LLP<br>321 North Clark Street<br>Suite 2800<br>Chicago, IL  60654-5313 |
| David L. Pollack Esq.<br>Jeffrey Meyers Esq.<br>Ballard Spahr Andrews<br>   & Ingersoll LLP<br>51st Fl Mellon Bank Ctr<br>1735 Market Street<br>Philadelphia, PA  19103 | Cullen K. Kuhn Esq.<br>Bryan Cave LLP<br>211 N Broadway<br>Suite 3600<br>St. Louis, MO  63102 |
| Alan S. Kopit Esq.<br>Christopher W. Peer Esq.<br>Hahn Loeser & Parks LLP<br>200 Public Square<br>Suite 2800<br>Cleveland, OH  44114 | David L. Uranga<br>Bell Microproducts Inc<br>201 Monroe Street<br>Suite 300<br>Montgomery, AL  36104 |

Jeffrey B. Ellman Esq.
Robbin S. Rahman Esq.
Jones Day
1420 Peachtree St NE
Ste 800
Atlanta, GA   30309

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA   30363-1031

Doug Goin CFO
APC Workforce Solutions LLC
420 South Orange Avenue
6th Floor
Orlando, FL   32801

Joyce A. Kuhns
Saul Ewing LLP
500 E. Pratt Street
8th Floor
Baltimore, MD   21202

Richard M. Kremen Esq.
Dale K. Cathell Esq.
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD   21209

Randall D. Crocker Esq.
VonBriesen & Roper S.C.
411 E Wisconsin Avenue
Ste 700
Milwaukee, WI   53202

Shawn M. Christianson Esq.
Buchalter Nemer
333 Market Street
25th Floor
San Francisco, CA   94105-2126

Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street
Suite 1010
San Francisco, CA   94104

Elizabeth Weller Esq.
Linebarger Goggan Blair
   & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX   75201

James C. Waggoner Esq.
Davis Wright Tremaine LLP
1300 SW 5th Avenue
Suite 2300
Portland, OR   97201-5630

Rachel S. Budke Esq.
FPL Law Department
700 Universe Blvd
Juno Beach, FL   33408

Scott K. Brown Esq.
Lewis and Roca LLP
40 North Central Avenue
Suite 1900
Phoenix, AZ   85004

Nicholas Skiles Esq.
John A. Wetzel Esq.
Swartz Campbell LLC
One S. Church Street
Suite 400
West Chester, PA   19382

Jennifer V. Doran Esq.
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA   02109

Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA   02110

Lawrence M. Schwab Esq.
Thomas M. Gaa Esq.
Patrick M. Costello Esq.
Bialson Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA   94306

David M. Schilli Esq.
Ty E. Shaffer Esq.
Robinson Bradshaw & Hinson P.A.
101 North Tryon Street
Suite 1900
Charlotte, NC   28246

David I. Swan Esq.
Kenneth M. Misken Esq.
McGuireWoods LLP
1750 Tysons Blvd
Suite 1800
McLean, VA   22102-4215

J. Scott Douglass Esq.
909 Fannin
Suite 1800
Houston, TX  77010

Brian W. Bisignani Esq.
Post & Schell P.C.
17 N 2nd Street
12th Floor
Harrisburg, PA  17101-1601

Stephen K. Dexter Esq.
Lathrop & Gage LLP
US Bank Tower
950 Seventeenth Street
Suite 2400
Denver, CO  80202

Elizabeth Banda Esq.
Perdue Brandon Fielder Collins
    & Mott LLP
4025 Woodland Park Blvd
Suite 300
Arlington, TX  76013

Beverly H. Shideler BS8399
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL  60181

Donald K. Ludman Esq.
Brown & Connery LLP
6 North Broad Street
Ste 1000
Woodbury, NJ  08096

Attn:  Chantel Pinnock
Travelers
1 Tower Square
5MN
Hartford, CT  06183-4044

Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Avenue
New York, NY  10022

Mark G. Ledwin Esq.
Wilson Elser Moskowitz
    Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY  10604

Robert S. McWhorter Esq.
Nossaman LLP
915 L Street
Ste 1000
Sacramento, CA  95814

Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC  27709

Ann Groninger Esq.
Patterson Harkavy
225 E. Worthington Ave
Suite 200
Charlotte, NC  28203

R. S. Stahel
IBM Corp. Legal Dept
1503 LBJ Freeway
3rd Floor
Dallas, TX  75234

Vincent A. D'Agostino Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 S. Service Road
Suite 200
Melville, NY  11747

David N. Crapo Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

Securities & Exchange Commission
100 F Street NE
Washington, DC  20549

Attn:  Nathan Fuchs
SEC NY Regional Office
233 Broadway
New York, NY  10279

Deborah B. Waldmeir Esq.
State of MI Dept of Treasury
3030 W Grand Blvd.
Suite 10-200
Cadillac Place
Detroit, MI  48202

Ernie Holling President  
The InTech Group Inc.  
305 Exton Commons  
Exton, PA  19341  

Dennis F. Dunne Esq.  
Thomas R. Kreller Esq.  
Albert A. Pisa Esq.  
Andrew M. Leblanc Esq.  
Milbank Tweed Hadley & McCloy LLP  
One Chase Manhattan Plaza  
New York, NY  10005  

Aaron L. Hammer Esq.  
Devon J. Eggert Esq.  
Freeborn & Peters LLP  
311 South Wacker Dr  
Suite 3000  
Chicago, IL  60606  

Soren E. Gisleson  
Herman Herman Katz & Cotlar  
820 O'Keefe Avenue  
New Orelans, LA  70113  

Shannon E. Hoff  
Poyner Spruill LLP  
301 S. College Street  
Suite 2300  
Charlotte, NC  28202  

Michael Luskin  
Derek J.T. Adler  
Hughes Hubbard  
One Battery Park Plaza  
New York, NY  10004  

Christopher J. Horvay Esq.  
Gould & Ratner LLP  
222 N Lasalle Street  
Suite 800  
Chicago, IL  60601  

Stephen C. Tingey Esq.  
Ray Quinney & Nebeker P.C.  
36 South State Street  
Suite 1400  
Salt Lake City, UT  84145-0385  

Devin Lawton Palmer  
Boylan Brown  
2400 Chase Square  
Rochester, NY  14604  

Robert E. Nies Esq.  
Wolff & Samson PC  
The Offices at Crystal Lake  
One Boland Drive  
West Orange, NJ  07052  

Max Taylor Asst. City Atty.  
Municipal Operations  
201 W. Colfax Avenue  
Dept. 1207  
Denver, CO  80202-5332  

Jennifer Feldsher  
Bracewell & Guiliani LLP  
1251 Avenue of the Americas  
New York, NY  10020  

Mark I. Bane  
Anne H. Pak  
Ropes & Gray LLP  
1211 Avenue of the Americas  
New York, NY  10036-8704  

David Capozzi  
Acting General Counsel  
Universal Service Administrative Co  
2000 L Street NW  
Suite 200  
Washington, DC  20036  

Kell C. Mercer  
Afton Sands-Puryear  
Brown McCarroll LLP  
111 Congress Avenue  
Suite 1400  
Austin, TX  78701  

Denise A. Mertz  
UC Tax Agent/Bankruptcy Rep  
PA Department of Labor & Industry  
Reading Bankrutpcy &  
   Complaince Unit  
625 Cherry Street  
Room 203  
Reading, PA  19602-1184  

Susan R. Fuertes Esquire  
Aldine Independent School District  
14910 Aldine-Westfield Road  
Houston, TX  77032  

James E. Van Horn  
McGuireWoods LLP  
7 Saint Paul Street  
Suite 1000  
Baltimore, MD  21202-1671

Office of Unemplmt Insurance
Contributions Div.
MD Department of Labor Licensing & Reg.
Litigation Prosecution Unit
1100 N. Eutaw Street
Room 401
Baltimore, MD  21201

Jeffrey B. Rose
Tishler & Walk Ltd.
200 S. Wacker Drive
Suite 3000
Chicago, IL  60606

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 N. Stetson Avenue
Suite 3700
Chicago, IL  60601-6710

Lawrence E. Miller Esq.
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY  10019-6092

James H. Lister
Birch Horton Bittner & Cherot
1155 Connecticut Avenue NW
Suite 1200
Washington, DC  20036

Tiffany Strelow Cobb
Vorys Sater Seymour and Pease
55 East Gay Street
Columbus, OH  43215

Judith W. Ross
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201

Ronald Rowland Esquire
EMC Corporation
c/o Receivable Management Servs
307 International Circle
Suite 270
Hunt Valley, MD  21094

Stephen J. Shimshak
Marilyn Sobel
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY  10019-6064

Ernest S. Wechsler
Kramer Levin Naftalis Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

James M. Wilton
Patricia I. Chen
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600

Robert Winter
Paul Hastings Janofsky &
     Walker LLP
875 15th Street, N.W.
Washington, DC  20005

Thomas A. Lerner
Stokes Lawrence P.S.
800 Fifth Ave
Suite 4000
Seattle, WA  98104

David W. Hansen Esq.
525 University Avenue
Suite 1100
Palo Alto, CA  94301

Mary E. Olson
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive
Suite 3000
Chicago, IL  60606

Philip Mindlin
Douglas K. Mayer
Benjamin M. Roth
Gregory E. Pessin
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York, NY  10019

David M. Feldman
Mitchell A. Karlan
Matthew K. Kelsey
Gibson Dunn & Krutcher LLP
200 Park Avenue
New York, NY  10166-0193

Brian Trust
Thomas M. Vitale
Amit K. Trehan
Mayer Brown LLP
1675 Broadway
New York, NY  10019

Amish R. Doshi
Magnozzi & Kye LLP
One Expressway Plaza
Suite 114
Roslyn Heights, NJ  11577

Patricia Antonelli
Lauren F. Verni
Partridge Snow & Hahn LLP
180 S. Main Street
Providence, RI  02903

Rick A. Steinberg
Ciardi Ciardi & Astin
100 Church Street, 8th Floor
New York, NY  10007

Mark H. Ralston
Ciardi Ciardi & Astin
2603 Oak Lawn Avenue, Suite 200
Dallas, TX  75219

Javier Schiffrin, Esquire
Kevin Malek, Esquire
MALEK SCHIFFRIN LLP
340 Madison Avenue, Nineteenth Floor
New York, NY  10173-1922


#4295673