# CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Rescheduled Hearing Regarding Third Monthly (For Period June 1, 2011 Through July 31, 2011**) **and Final Application of Addrex Inc. as a Broker to Debtors and Debtors-In-Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period November 24, 2010 Through August 2, 2011** was caused to be made on August 10, 2011, in the manner indicated upon the entities identified below.

Date: August 10, 2011

*/s/ Chad A. Fights*
Chad A. Fights (No. 5006)

**VIA HAND DELIVERY**

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Allen K. Stout
Nortel Networks
220 Athens Way, Suite 300
Nashville, TN 37228-1304
(Debtor)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Official Committee
Of Unsecured Creditors)

4235288.2