## Wave 2 Service List
## Via Hand Delivery on Local Wilmington Parties and First Class Mail on All Others

**Counsel for Abacus Solutions LLC**
Clayton O. Carmack
Jennifer B. Simpson
Moore Ingram Johnson & Steele, LLP
Emerson Overlook
326 Roswell Street
Marietta, GA 30060

**Counsel for Abacus Solutions LLC**
James S. Yoder
White and Williams LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899

**Counsel for Actuate Corporation**
Joanne P. Pinckney
Kevin Capuzzi
Pinckney, Harris & Weidinger, LLC
1220 North Market Street, Suite 950
Wilmington, DE 19801

**Counsel for Critical Path Strategies, Inc.; and Weston Solutions, Inc.**
Henry J. Jaffe
Evelyn J. Meltzer
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

**Counsel for Baldwin& Creative LLC d/b/a Baldwin&**
William (Billy) Brewer
William Brewer Law Firm
311 E. Edenton St.
Raleigh, NC 27601

**Counsel for Beeline.com, Inc.**
Daniel J. Merrett
Jones Day
1420 Peachtree St., N.E.; Suite 800
Atlanta, GA 30309-3053

**Counsel for Bick Group, Inc.**
R. Scott Moore
Lewis, Rice & Fingersh
600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101-1311

**Counsel for Bick Group, Inc.; and Jack Morton Worldwide, Inc.**
Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899

**Counsel for Bridgewater Systems, Inc.**
Michael J. Custer
David M. Fournier
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE 19801

**Counsel for Bridgewater Systems, Inc.**
Michael J. Pappone
Goodwin Proctor LLP
53 State Street
Boston, MA 02109

**Counsel for BWCS, Ltd.**
Patrick Carothers
Thorp Reed & Armstrong, LLP
One Oxford Centre
301 Grant St., 14th Floor
Pittsburgh, PA 15219

**Counsel for Celestica Holdings PTE Ltd. and Celestica Thailand Ltd.**
Benjamin Mintz
Kaye Scholer LLP
425 Park Ave.
New York, NY 10022

**Counsel for Celestica Holdings PTE Ltd. and Celestica Thailand Ltd.**
Christopher P. Simon
Cross & Simon LLC
913 North Market Street, 11th Floor
Wilmington, DE 19899-1380

**Counsel for Continuum Worldwide Corporation**
Jeffrey Wegner
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102

**Counsel for Excellence In Motivation, Inc.**
Meghan Cashman
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

**Counsel for Exide Technologies**
Matthew N. Kleiman, Esq.
2506 N. Clark Street, Suite 307
Chicago, IL 60614

**Counsel for Paradigm Works, Inc.; and SAS Institute, Inc.**
Karen C. Bifferato
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19801

**Counsel for Global Electric Electronic Processing (USA), Inc. and Global Electric Electronic Processing, Inc.**
William Smith
Ritchie Taylor
Manning Fulton & Skinner, P.A.
3605 Glenwood Ave. Ste. 500 (27612)
P.O. Box 20389
Raleigh, NC 27619

**Counsel for Global Electric Electronic Processing (USA), Inc. and Global Electric Electronic Processing, Inc.**
Norman M. Monhait
Rosenthal, Monhait & Goddess, P.A.
919 N. Market St., Suite 1401
P.O. Box 1070
Wilmington, DE 19899

**Counsel for Ixia**
Michelle McMahon
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

**Kodiak Technology Partners, LLC (not represented by counsel)**
Kodiak Technology Partners, LLC
c/o Tom Colman
4158 Liberty Terrace
Marietta, GA 30066

**Counsel for Maritz Canada Inc.**
Lucinda McRoberts
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102

**Counsel for McKinsey & Co., Inc.**
Kristopher M. Hanson
Sharon H. Choi
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

| | |
|---|---|
| **Counsel for MobileNet Services, Inc.**<br>Richard H. Golubow<br>WINTHROP COUCHOT P.C.<br>660 Newport Center Drive<br>Suite 400<br>Newport Beach, CA 92660 | **Counsel for Opnext Subsystems, Inc. & Opnext, Inc.**<br>Melinda C. Franek<br>Jude Gorman<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022 |
| **Counsel for NeoPhotonics Corporation**<br>David D'Amour<br>Sheppard Mullin<br>30 Rockefeller Plaza<br>Suite 2400<br>New York, NY 10012 | **Counsel for Opnext Subsystems, Inc. & Opnext, Inc.**<br>Michael Lastowski<br>Duane Morris, LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 |
| **Counsel for Nera Inc.**<br>Daniel L. Gold<br>Ehrenstein Charbonneau Calderin<br>501 Brickell Key Drive, Suite 300<br>Miami, FL 33131 | **Counsel for Paradigm Works, Inc.**<br>Maureen Mulligan<br>Ruberto, Israel & Weiner, P.C.<br>100 North Washington Street<br>Boston, Massachusetts 02114 |
| **Counsel for Nera Inc.**<br>Rafael X. Zahralddin-Aravena<br>Shelley A. Kinsella<br>Elliot Greenleaf<br>1105 North Market Street, Suite 1700<br>Wilmington, DE 19801 | **Counsel for Red Hat, Inc.**<br>Luis M. Lluberas-Oliver<br>Moore & VanAllen PLLC<br>100 North Tryon Street, Suite 4700<br>Charlotte, NC 28202-4003 |
| **Counsel for NetIQ Corporation**<br>Thomas A. Lerner<br>Stokes Lawrence, P.S.<br>800 Fifth Avenue, Suite 4000<br>Seattle, WA 98104 | **Counsel for SBA Network Services, Inc.**<br>Lucian Murley<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19899 |
| **Counsel for NetIQ Corporation**<br>Amy D. Brown<br>Margolis Edelstein<br>750 Shipyard Drive, Suite 102<br>Wilmington, DE 19801 | **Counsel for Sumitomo Electric Device Innovations, U.S.A., Inc.**<br>Lynnette R. Warman<br>Hunton & Williams LLP<br>111 Congress Avenue<br>Suite 1800<br>Austin, TX 78701 |
| **Counsel for Oplink Communications, Inc.**<br>Etta R. Wolfe<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market St.<br>Wilmington, DE 19801 | **Counsel for Sumitomo Electric Device Innovations, U.S.A., Inc.**<br>Jesse T. Moore<br>Hunton & Williams LLP<br>111 Congress Avenue; Suite 1800 |

| **Counsel for TEKsystems** | **Counsel for TGS, Inc.** |
|---|---|
| Stephen K. Dexter | Aaron Margolis |
| Lathrop & Gage LLP | Kate Beideman |
| U.S. Bank Building | Duane Morris LLP |
| 950 Seventeenth Street, Suite 2400 | 30 South 17th Street |
| Denver, Colorado 80202 | Philadelphia, PA 19103 |

4250248.1