## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- X

*In re*

Nortel Networks Inc., *et al.,*[1]

                Debtors.

------------------------------------------------------- X

:
:
:
:
:
:
:
:
:
:

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

### DEBTORS' MOTION FOR ENTRY OF AN ORDER SHORTENING
### NOTICE RELATING TO DEBTORS' MOTION PURSUANT TO
### 11 U.S.C. §§ 105(A) AND 363 AND FED. R. BANKR. P. 9019
### FOR ENTRY OF AN ORDER APPROVING
### ADJUSTMENTS TO CERTAIN INTERCOMPANY AGREEMENTS

Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in

possession (collectively, the "Debtors") hereby move this Court (the "Motion") for the entry of

an order, substantially in the form attached hereto as Exhibit A, pursuant to sections 102(1) and

105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules

of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "Local Rules"), (i) shortening notice to allow the *Debtors' Motion Pursuant to 11*

*U.S.C. §§ 105(a) and 363 and Fed. R. Bankr. P. 9019 for Entry of an Order Approving*

*Adjustments to Certain Intercompany Agreements* (the "Approval Motion")[2], filed

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

contemporaneously herewith, to be considered on an expedited basis; (ii) setting **August 18,**

**2011 at 4:00 PM (Eastern Time)** as the deadline to file objections to the Approval Motion (the

"Objection Deadline"); and (iii) scheduling a hearing on the Approval Motion for the joint

omnibus hearing currently scheduled for **August 23, 2011 at 10:00 AM (Eastern Time)** (the

"Hearing").  In support of this Motion, the Debtors respectfully represent as follows:

## Jurisdiction

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is

proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory bases for the relief requested herein are sections 102(1) and 105(a)

of the Bankruptcy Code, as supplemented by Bankruptcy Rule 9006 and Local Rule 9006-1(e).

## Background

3.      On January 14, 2009 (the "Petition Date"), the Debtors, other than Nortel

Networks (CALA) Inc.,[3] filed voluntary petitions for relief under chapter 11 of the Bankruptcy

Code, which cases are consolidated for procedural purposes only.  The Debtors continue to

operate as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      The Office of the United States Trustee for the District of Delaware (the "U.S.

Trustee") has appointed an Official Committee of Unsecured Creditors (the "Committee") in

respect of the Debtors [D.I.s 141, 142], and an ad hoc group of bondholders has been organized

(the "Bondholder Group").

---

[2]      Capitalized terms used but not defined herein have the meanings ascribed to them in the Approval Motion.

[3]      Nortel Networks (CALA) Inc. filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code
on July 14, 2009, which was consolidated and is being jointly administered with the other Debtors' chapter 11 cases
for procedural purposes [D.I. 1098].

5.       On the Petition Date, the Debtors' ultimate corporate parent NNC, NNI's direct corporate parent NNL (together with NNC and their affiliates, including the Debtors, "Nortel"), and certain of their Canadian affiliates (collectively, the "Canadian Debtors")[4] commenced a proceeding with the Ontario Superior Court of Justice (the "Canadian Court") under the Companies' Creditors Arrangement Act (Canada) (the "CCAA"), seeking relief from their creditors (collectively, the "Canadian Proceedings") and a Monitor, Ernst & Young Inc. (the "Monitor"), was appointed by the Canadian Court.  Also on the Petition Date, the High Court of England and Wales placed nineteen of Nortel's European affiliates (collectively, the "EMEA Debtors")[5] into administration (the "English Proceedings") under the control of individuals from Ernst & Young LLP (collectively, the "Joint Administrators").  Other Nortel affiliates have commenced and in the future may commence additional creditor protection, insolvency and dissolution proceedings around the world.

6.       Since the Petition Date, Nortel has sold its business units and other assets to various purchasers.  For further information regarding these chapter 11 cases, reference may be made to the Monthly Operating Reports filed by the Debtors and http://dm.epiq11.com/nortel.

**Relief Requested**

7.       By this Motion, the Debtors seek an order (i) shortening the notice period for the Approval Motion to allow it to be considered on an expedited basis; (ii) setting **August 18, 2011**

---

[4]       The Canadian Debtors include the following entities:  NNC, NNL, Nortel Networks Technology Corporation, Nortel Networks Global Corporation and Nortel Networks International Corporation.

[5]       The EMEA Debtors include the following entities:  Nortel Networks UK Limited, Nortel Networks S.A., Nortel Networks (Ireland) Limited, Nortel GmbH, Nortel Networks France S.A.S., Nortel Networks Oy, Nortel Networks Romania SRL, Nortel Networks AB, Nortel Networks N.V., Nortel Networks S.p.A., Nortel Networks B.V., Nortel Networks Polska Sp. z.o.o., Nortel Networks Hispania, S.A., Nortel Networks (Austria) GmbH, Nortel Networks, s.r.o., Nortel Networks Engineering Service Kft, Nortel Networks Portugal S.A., Nortel Networks Slovensko, s.r.o. and Nortel Networks International Finance & Holding B.V.

**at 4:00 PM (Eastern Time)** as the Objection Deadline; and (iii) scheduling the Hearing on the

Approval Motion for **August 23, 2011 at 10:00 AM (Eastern Time)**.

<u>**Facts Relevant to this Motion**</u>

8.      Following lengthy, difficult and good faith negotiations, on or about August 11,

2011, the Debtors (other than NN CALA), the Canadian Debtors, the EMEA Debtors, Nortel

Networks AG and the Joint Administrators agreed to the terms of the Agreement on Transfer

Pricing Amendments and Certain Other Matters (the "<u>ATPA</u>"), and the Debtors, Nortel

Networks Japan, Nortel Networks India International Inc., the Canadian Debtors, the EMEA

Debtors other than Nortel Networks S.A. and Nortel Networks AG agreed to the terms of the Q1

2010 Transfer Pricing Settlement Agreement (the "<u>Q1 Settlement Agreement</u>").  The entry into,

and performance under, the ATPA and the Q1 Settlement Agreement remain subject to approval

of the Approval Motion and entry into all of the agreements contemplated in the Approval

Motion.

9.      As more fully set forth in the Approval Motion, the ATPA and the Q1 Settlement

Agreement each addresses different elements of the Nortel Transfer Pricing Regime in the post-

petition period.  In addition to being critical agreements on their own terms, the ATPA and the

Q1 Settlement Agreement are part of a suite of agreements, including those for which the

Debtors recently sought approval in respect of o.o.o. Nortel Networks ("<u>Nortel Russia</u>"), as well

as a settlement with GENBAND Inc., that resolve a number of issues among various Nortel

affiliates.

10.     On July 28, 2011, the Debtors filed a motion with the Court for an order

approving certain agreements that, if approved and executed, will address the issue that Nortel

Russia would not approve a proposed settlement agreement with GENBAND Inc. unless certain

arrangements were made concerning other, unrelated inter-estate matters.  <u>See</u> Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 Approving Agreements Regarding Nortel Russia and Approving Amendment of Certain Escrow Agreements [D.I. 6047] (the "<u>Russia Motion</u>").  A hearing on the Russia Motion is currently scheduled for the joint omnibus hearing on August 23, 2011.

11.     On August 11, 2011, contemporaneous with the filing of this Motion and the Approval Motion, the Debtors are also filing the *Debtors' Motion for Entry of an Order Approving a Settlement Stipulation with GENBAND Inc.* (the "<u>GENBAND Settlement Motion</u>") and an accompanying motion to shorten the notice period to allow the GENBAND Settlement Motion to be heard on an expedited basis at the Hearing.

<u>**Basis for Relief**</u>

12.     Local Rule 9006-1(e) provides for shortened notice "by order of the Court, on written motion (served on all interested parties) specifying the exigencies justifying shortened notice." Del. Bankr. L.R. 9006-1(e).  As set forth below, shortening notice is justified here.

13.     As noted above, in the Approval Motion, the Debtors are seeking approval of certain agreements that relate to matters raised by the Russia Motion and the GENBAND Settlement Motion.  While the subject matter of these agreements and resolutions may not, on their face, relate to one another, the parties to the ATPA and the Q1 Settlement Agreement have acknowledged that the various resolutions would be sought and approved simultaneously.  The Russia Motion is already set to be heard at the Hearing on August 23, which is scheduled to be a joint hearing with the Canadian Court.  For purposes of efficiency and coordination between this Court and the Canadian Court, and to allow the parties to the ATPA and the Q1 Settlement Agreement to resolve certain issues amongst themselves in a coordinated manner with the relief

sought in the Russia Motion and the GENBAND Settlement Motion, the Debtors believe that a

hearing on the Approval Motion on shortened notice is in the best interests of the Debtors'

estates and creditors.

14.     For these reasons, the Debtors respectfully submit that allowing the Approval

Motion to be considered on shortened notice is reasonable and appropriate under the

circumstances.

### Notice

15.     Notice of the Motion has been given via facsimile, electronic transmission, hand

delivery or overnight mail to the (i) the U.S. Trustee; (ii) the Monitor; (iii) counsel to the

Committee; (iv) counsel to the Bondholder Group; (v) counsel to the Joint Administrators; (vi)

each of the ATPA and Q1 Parties; and (vii) the general service list established in these chapter

11 cases.   The Debtors submit that under the circumstances no other or further notice is

necessary.

### No Prior Request

16.     No prior request for the relief sought herein has been made to this or any other

court.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Debtors respectfully request that this Court (i) grant this Motion and the relief requested herein; (ii) enter the proposed order attached hereto; and (iii) grant such other and further relief as it deems just and proper.

Dated:  August 11, 2011
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*