**EXHIBIT C**

## DISBURSEMENT SUMMARY
## JUNE 1 TO JUNE 30, 2011
## (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Accommodations | $ 481.28 |
| Airfare/Travel | $1,250.59 |
| Binding Books / Documents | $ 60.80 |
| Cellular Phones | $ 160.76 |
| Ground Transportation (Taxi Charges/Courier) | $ 190.03 |
| Library Computer Research | $ 470.73 |
| Long Distance Telephone Calls | $ 34.74 |
| Meals & Beverages | $ 127.47 |
| Photocopy Charges | <u>$1,988.50</u> |
| Total Non-Taxable Disbursements | **$4,764.90 CDN.** |

10148086_2|TorDocs