# EXHIBIT D

DISBURSEMENT DETAIL

| Date | Description | Qty | Amt |
|---|---|---|---|
| 01-Jun-11 | Laser Copy;MacFarlaneA | 227.00 | 22.70 |
| 01-Jun-11 | Laser Copy;NELSON M | 92.00 | 9.20 |
| 01-Jun-11 | Laser Copy;jacobsr | 202.00 | 20.20 |
| 01-Jun-11 | Laser Copy;MattesL | 1,768.00 | 176.80 |
| 01-Jun-11 | Laser Copy;NELSON M | 209.00 | 20.90 |
| 01-Jun-11 | Photocopy;MattesL | 58.00 | 5.80 |
| 01-Jun-11 | "eCarswell/HETU,JARVIS" | 1.00 | 156.28 |
| 02-Jun-11 | "eCarswell/HETU,JARVIS" | 1.00 | 76.00 |
| 02-Jun-11 | "eCarswell/WISHART,JAMES" | 1.00 | 36.58 |
| 02-Jun-11 | Tabs | 1.00 | 10.00 |
| 02-Jun-11 | Tabs / Cerlox / Clear Cover | 1.00 | 4.80 |
| 02-Jun-11 | Telephone;12128721056;New YorkNY;4715 | 1.00 | 1.02 |
| 02-Jun-11 | Telephone;12128721056;New YorkNY;4715 | 1.00 | 1.02 |
| 02-Jun-11 | Laser Copy;MCDONALA | 133.00 | 13.30 |
| 02-Jun-11 | Laser Copy;HETU, Jarvis | 6.00 | 0.60 |
| 02-Jun-11 | Laser Copy;jacobsr | 213.00 | 21.30 |
| 02-Jun-11 | Laser Copy;MacFarlaneA | 54.00 | 5.40 |
| 02-Jun-11 | Laser Copy;MattesL | 1,791.00 | 179.10 |
| 02-Jun-11 | Laser Copy;NELSON M | 987.00 | 98.70 |
| 02-Jun-11 | Laser Copy;Erandio, N. | 569.00 | 56.90 |
| 02-Jun-11 | Telephone;12128728027;New YorkNY;4582 | 1.00 | 0.51 |
| 02-Jun-11 | Working lunch at Subway for M. Wunder, R. Jacobs and A. MacFarlane on May 31/11; 2011-5-31 | 1.00 | 22.47 |
| 03-Jun-11 | Photocopy;MattesL | 11.00 | 1.10 |
| 03-Jun-11 | Laser Copy;jacobsr | 141.00 | 14.10 |
| 03-Jun-11 | Laser Copy;MacFarlaneA | 367.00 | 36.70 |
| 03-Jun-11 | Laser Copy;HETU, Jarvis | 134.00 | 13.40 |
| 03-Jun-11 | Laser Copy;NELSON M | 483.00 | 48.30 |
| 03-Jun-11 | Laser Copy;MattesL | 974.00 | 97.40 |
| 03-Jun-11 | Laser Copy;Suri, K | 550.00 | 55.00 |
| 03-Jun-11 | "eCarswell/SURI,KANIKA" | 1.00 | 39.90 |
| 03-Jun-11 | "Quicklaw/SURI, KANIKA" | 1.00 | 31.34 |
| 03-Jun-11 | Photocopy;Suri, K | 14.00 | 1.40 |

| | | | |
|---|---|---|---|
| 04-Jun-11 | Laser Copy;COSENTIN | 1,613.00 | 161.30 |
| 04-Jun-11 | Photocopy;HETU, Jarvis | 80.00 | 8.00 |
| 04-Jun-11 | Photocopy;COSENTIN | 9.00 | 0.90 |
| 04-Jun-11 | Photocopy;COSENTIN | 3.00 | 0.30 |
| 04-Jun-11 | Laser Copy;HETU, Jarvis | 70.00 | 7.00 |
| 05-Jun-11 | Photocopy;HETU, Jarvis | 3.00 | 0.30 |
| 05-Jun-11 | Laser Copy;COSENTIN | 2.00 | 0.20 |
| 05-Jun-11 | Laser Copy;HETU, Jarvis | 483.00 | 48.30 |
| 05-Jun-11 | Laser Copy;MacFarlaneA | 9.00 | 0.90 |
| 05-Jun-11 | "eCarswell/HETU,JARVIS" | 1.00 | 130.63 |
| 05-Jun-11 | Photocopy;HETU, Jarvis | 11.00 | 1.10 |
| 06-Jun-11 | Telephone;12128727418;New YorkNY;4715 | 1.00 | 0.51 |
| 06-Jun-11 | Laser Copy;HETU, Jarvis | 242.00 | 24.20 |
| 06-Jun-11 | Laser Copy;NORTH, Alexandra | 5.00 | 0.50 |
| 06-Jun-11 | Laser Copy;MacFarlaneA | 20.00 | 2.00 |
| 06-Jun-11 | Laser Copy;Kee, Evelyn | 324.00 | 32.40 |
| 06-Jun-11 | Laser Copy;MattesL | 680.00 | 68.00 |
| 06-Jun-11 | Laser Copy;jacobsr | 396.00 | 39.60 |
| 06-Jun-11 | Photocopy;HETU, Jarvis | 1.00 | 0.10 |
| 06-Jun-11 | Photocopy;HETU, Jarvis | 1.00 | 0.10 |
| 06-Jun-11 | Binding Books / Documents | 1.00 | 32.80 |
| 07-Jun-11 | Laser Copy;jacobsr | 10.00 | 1.00 |
| 07-Jun-11 | Laser Copy;MattesL | 20.00 | 2.00 |
| 07-Jun-11 | Laser Copy;HETU, Jarvis | 49.00 | 4.90 |
| 08-Jun-11 | Laser Copy;jacobsr | 195.00 | 19.50 |
| 08-Jun-11 | Laser Copy;MacFarlaneA | 5.00 | 0.50 |
| 08-Jun-11 | Laser Copy;Kee, Evelyn | 7.00 | 0.70 |
| 08-Jun-11 | Laser Copy;MattesL | 558.00 | 55.80 |
| 09-Jun-11 | Laser Copy;jacobsr | 29.00 | 2.90 |
| 09-Jun-11 | Laser Copy;Kee, Evelyn | 5.00 | 0.50 |
| 09-Jun-11 | Laser Copy;MattesL | 33.00 | 3.30 |
| 09-Jun-11 | Laser Copy;MacFarlaneA | 96.00 | 9.60 |
| 09-Jun-11 | Laser Copy;jacobsr | 97.00 | 9.70 |
| 10-Jun-11 | Laser Copy;MattesL | 80.00 | 8.00 |
| 10-Jun-11 | Telephone;12128728040;New YorkNY;4582 | 1.00 | 0.51 |

| | | | |
|---|---|---|---|
| 10-Jun-11 | Telephone;12128721055;New YorkNY;4582 | 1.00 | 0.51 |
| 10-Jun-11 | Telephone;15164575666;Garden CNY;4582 | 1.00 | 6.12 |
| 10-Jun-11 | Telephone;12126495130;New YorkNY;4715 | 1.00 | 6.12 |
| 10-Jun-11 | Taxi to Porter Airlines - March 21, 2011 - Alex MacFarlane; 2011-3-21 | 1.00 | 11.50 |
| 10-Jun-11 | Laser Copy;jacobsr | 97.00 | 9.70 |
| 10-Jun-11 | Taxi from King St. to Eglinton for M. Wunder on May 31/11; 2011-5-31 | 1.00 | 21.24 |
| 10-Jun-11 | Working lunch during conference calls - Alex MacFarlane - June 1, 2011; 2011-6-1 | 1.00 | 20.00 |
| 10-Jun-11 | Airfare to New York from Toronto and return - March 21-22, 2011 - Alex MacFarlane; 2011-3-21 | 1.00 | 1,250.59 |
| 10-Jun-11 | Hotel Accommodation at LeParker Meridien, New York, - March 21-22, 2011 - Alex MacFarlane; 2011-3-21 | 1.00 | 481.28 |
| 10-Jun-11 | Working meal while travelling - Newark International Airport - March 22, 2011 - Alex MacFarlane; 2011-3-22 | 1.00 | 25.00 |
| 10-Jun-11 | Taxi cab from Airport to Parker Meridien Hotel, New York - March 21, 2011 - Alex MacFarlane; 2011-3-21 | 1.00 | 48.00 |
| 10-Jun-11 | Taxi cab to Newark Airport, March 22, 2011 - Alex MacFarlane; 2011-3-22 | 1.00 | 42.20 |
| 10-Jun-11 | Taxi cab in New York - March 22, 2011 - Alex MacFarlane; 2011-3-22 | 1.00 | 7.80 |
| 13-Jun-11 | Telephone;12128721055;New YorkNY;4715 | 1.00 | 0.51 |
| 13-Jun-11 | Laser Copy;jacobsr | 84.00 | 8.40 |
| 14-Jun-11 | Telephone;12128721056;New YorkNY;4715 | 1.00 | 0.51 |
| 14-Jun-11 | Laser Copy;jacobsr | 12.00 | 1.20 |
| 14-Jun-11 | Laser Copy;Kee, Evelyn | 3.00 | 0.30 |
| 14-Jun-11 | Laser Copy;DamaniA | 539.00 | 53.90 |
| 14-Jun-11 | Telephone;12128721056;New YorkNY;4715 | 1.00 | 2.04 |
| 14-Jun-11 | Telephone;12128721056;New YorkNY;4715 | 1.00 | 1.02 |
| 14-Jun-11 | Telephone;12128721056;New YorkNY;4715 | 1.00 | 0.51 |
| 14-Jun-11 | Telephone;12012322303;Jersey CNJ;4715 | 1.00 | 1.08 |
| 15-Jun-11 | Laser Copy;DamaniA | 753.00 | 75.30 |
| 15-Jun-11 | Telephone;12128721055;New YorkNY;4715 | 1.00 | 0.51 |
| 15-Jun-11 | Laser Copy;Kee, Evelyn | 1,127.00 | 112.70 |
| 15-Jun-11 | Laser Copy;Kee, Evelyn | 451.00 | 45.10 |
| 15-Jun-11 | Laser Copy;jacobsr | 4.00 | 0.40 |
| 15-Jun-11 | Laser Copy;Erandio, N. | 1.00 | 0.10 |
| 15-Jun-11 | Laser Copy;MacFarlaneA | 126.00 | 12.60 |

| | | | |
|---|---|---|---|
| 16-Jun-11 | Telephone;13026517699;WilmingtDE; 4715 | 1.00 | 2.55 |
| 16-Jun-11 | Tabs / Cerlox / Clear Cover | 1.00 | 5.80 |
| 16-Jun-11 | Laser Copy;Kee, Evelyn | 245.00 | 24.50 |
| 16-Jun-11 | Laser Copy;Erandio, N. | 228.00 | 22.80 |
| 16-Jun-11 | Laser Copy;jacobsr | 55.00 | 5.50 |
| 17-Jun-11 | Telephone;12128721055;New YorkNY;4715 | 1.00 | 2.04 |
| 17-Jun-11 | Laser Copy;jacobsr | 68.00 | 6.80 |
| 17-Jun-11 | Laser Copy;Kee, Evelyn | 477.00 | 47.70 |
| 20-Jun-11 | Laser Copy;NELSON M | 90.00 | 9.00 |
| 20-Jun-11 | Laser Copy;KARTASHM | 18.00 | 1.80 |
| 20-Jun-11 | Laser Copy;WUNDER M | 4.00 | 0.40 |
| 20-Jun-11 | Laser Copy;MacFarlaneA | 88.00 | 8.80 |
| 21-Jun-11 | Laser Copy;MacFarlaneA | 240.00 | 24.00 |
| 21-Jun-11 | Laser Copy;NELSON M | 71.00 | 7.10 |
| 22-Jun-11 | Telephone;12128721056;New YorkNY;4715 | 1.00 | 0.51 |
| 22-Jun-11 | Rogers Wireless long distance charges for M. Wunder on March 30 to April 15/11; 2011-3-30 | 1.00 | 89.27 |
| 22-Jun-11 | Telephone;12128721056;New YorkNY;4715 | 1.00 | 4.59 |
| 22-Jun-11 | Laser Copy;jacobsr | 2.00 | 0.20 |
| 22-Jun-11 | Laser Copy;MacFarlaneA | 2.00 | 0.20 |
| 22-Jun-11 | Laser Copy;NELSON M | 58.00 | 5.80 |
| 22-Jun-11 | Laser Copy;BERGLUND | 10.00 | 1.00 |
| 22-Jun-11 | Telephone;12128721056;New YorkNY;4715 | 1.00 | 1.53 |
| 22-Jun-11 | Rogers Wireless long distance charges for M. Wunder from April 22-27/11; 2011-4-22 | 1.00 | 71.49 |
| 22-Jun-11 | Taxi from office (King St.) to court (University) for M. Wunder on June 7/11; 2011-6-7 | 1.00 | 7.08 |
| 22-Jun-11 | Working dinner at Earls for M. Wunder, R. Jacobs and A. Qureshi (Akin Gump) on June 6/11 (GST #854202876); 2011-6-6 | 1.00 | 60.00 |
| 22-Jun-11 | Taxi from King St. to Eglinton for M. Wunder on June 7/11; 2011-6-7 | 1.00 | 22.12 |
| 22-Jun-11 | Taxi from King St. to Eglinton for M. Wunder on June 6/11; 2011-6-6 | 1.00 | 23.01 |
| 22-Jun-11 | Taxi from University (court) to King St. for M. Wunder on June 7/11; 2011-6-7 | 1.00 | 7.08 |
| 23-Jun-11 | Laser Copy;NELSON M | 250.00 | 25.00 |
| 23-Jun-11 | Laser Copy;BERGLUND | 50.00 | 5.00 |
| 23-Jun-11 | Laser Copy;MacFarlaneA | 14.00 | 1.40 |

| | | | |
|---|---|---|---|
| 23-Jun-11 | Telephone;12128721056;New YorkNY;4715 | 1.00 | 0.51 |
| 23-Jun-11 | Laser Copy;jacobsr | 34.00 | 3.40 |
| 24-Jun-11 | Laser Copy;MacFarlaneA | 57.00 | 5.70 |
| 24-Jun-11 | Laser Copy;NELSON M | 118.00 | 11.80 |
| 24-Jun-11 | Laser Copy;BERGLUND | 54.00 | 5.40 |
| 24-Jun-11 | Photocopy;BERGLUND | 1.00 | 0.10 |
| 24-Jun-11 | Photocopy;BERGLUND | 1.00 | 0.10 |
| 27-Jun-11 | Telephone;19175447922;New YorkNY;4715 | 1.00 | 0.51 |
| 27-Jun-11 | Laser Copy;NELSON M | 14.00 | 1.40 |
| 27-Jun-11 | Laser Copy;MacFarlaneA | 53.00 | 5.30 |
| 28-Jun-11 | Laser Copy;jacobsr | 14.00 | 1.40 |
| 28-Jun-11 | Laser Copy;MacFarlaneA | 35.00 | 3.50 |
| 29-Jun-11 | Laser Copy;jacobsr | 1.00 | 0.10 |
| 29-Jun-11 | Laser Copy;MacFarlaneA | 122.00 | 12.20 |
| 29-Jun-11 | Tabs / Cerlox / Clear Cover | 1.00 | 3.80 |
| 29-Jun-11 | Tabs / Cerlox / Clear Cover | 1.00 | 3.60 |
| 29-Jun-11 | Laser Copy;NELSON M | 41.00 | 4.10 |
| 29-Jun-11 | Laser Copy;NORTH, Alexandra | 37.00 | 3.70 |
| 30-Jun-11 | Laser Copy;NELSON M | 12.00 | 1.20 |
| 30-Jun-11 | Laser Copy;MacFarlaneA | 5.00 | 0.50 |
| | **Total** | **CDN.** | **$4,764.90** |