## EXHIBIT E

**SUMMARY OF LAWYERS AND PARALEGALS RENDERING SERVICES DURING THE PERIOD JUNE 1, 2011 THROUGH JUNE 30, 2011 (All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | 16.3 | $850.00 | $13,855.00 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | 0.5 | $775.00 | $387.50 |
| MacFarlane, A.L. | Partner | Financial Restructuring | Ontario - 1988 | 75.1 | $800.00 | $60,080.00 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | 113.1 | $775.00 | $87,652.50 |
| Paul, S.E. | Partner | Competition/Anti-Trust | Ontario - 1983 | 0.2 | $700.00 | $140.00 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | 1.5 | $450.00 | $675.00 |
| Hétu, J. | Associate | Financial Restructuring | Ontario - 2009 | 11.1 | $350.00 | $3,885.00 |
| North, A.R. | Associate | Financial Restructuring | Ontario - 2009 | 5.3 | $350.00 | $1,855.00 |
| Jacobs, R.C. | Partner | Financial Restructuring | Ontario - 2011 | 104.6 | $675.00 | $70,605.00 |
| Peters, Matthew | Partner | Taxation | Ontario - 2002 | 0.2 | $600.00 | $120.00 |
| Beer, Alison | Associate | Financial Restructuring | Ontario - 2010 | 8.1 | $320.00 | $2,592.00 |
| James Wishart | Associate | Litigation | Ontario - 2010 | 6.6 | $200.00 | $1,320.00 |
| | | | | | | |
| TOTAL | | | | | CDN. | $243,167.00 |
| | Less Non-Working Travel Time Discount (50% of $1,025.00) | | | | | ($512.50) |
| TOTAL | | | | | CDN. | $242,654.50 |