**EXHIBIT A**

## General Notice Parties for all Objections

(a) Counsel to the Debtors: Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, NY 10006, Attn: Deborah Buell, facsimile 212-225-3999;

(b) Counsel to the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801, Attn: Derek C. Abbott, facsimile 302-658-3989;

(c) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Kevin Callahan, facsimile 302-573-6497;

(d) Counsel to the Official Committee of Unsecured Creditors: Akin Gump Strauss Hauer & Feld, One Bryant Park, New York, NY 10036, Attn: Fred Hodara, facsimile 212-872-1002; and

(e) Counsel to the Official Committee of Unsecured Creditors: Richards Layton & Finger, One Rodney Square, 920 N. King Street, Wilmington, DE 10801, Attn: Mark D. Collins, facsimile 302-651-7701.

## Additional Notice Parties

(a) Emerson Network Power – Embedded Computing, Inc., 2900 South Diablo Way, Tempe, Arizona 85282

(b) Counsel to Emerson Electric Co., including its subsidiaries Astec America, Inc.; Emerson Network Power – Embedded Computing, Inc.; and Emerson Network Power, Energy Systems, North America: von Breisen & Roper, s.c. c/o Randall D. Crocker, 411 E. Wisconsin Avenue, Suite 700, Milwaukee, WI 53212

(c) Motorola Solutions, Inc., 1303 East Algonquin Road, Schaumburg, IL 60196, Attn: General Counsel

(d) Counsel to Motorola Solutions, Inc.: Wildman, Harrold, Allen & Dixon LLP, 225 West Wacker Drive, Chicago, IL 60606-1229, Attn: Jonathan W. Young

(e) Motorola Mobility, Inc., 600 North U.S. Highway 45, Libertyville, IL 60048, Attn: General Counsel

(f) Counsel to Motorola Mobility, Inc.: Dykema, 10 S. Wacker Drive, Suite 2300, Chicago, IL 60606, Attn: Richard Bendix, Michael Stolarski