**CERTIFICATE OF SERVICE**

   I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Thirty-Third Notice of Rejection of Executory Contract(s) and/or Nonresidential Real Property Lease(s) by Debtors and Debtors in Possession** was caused to be made on August 15, 2011, in the manner indicated upon the entities identified below and on the attached service list.

Date:  August 15, 2011
                     */s/ Ann C. Cordo*
                     Ann C. Cordo (No. 4817)

**Via Overnight Mail**

Emerson Network Power – Embedded Computing, Inc.
2900 South Diablo Way
Tempe, Arizona 85282

von Breisen & Roper, s.c.
c/o Randall D. Crocker
411 E. Wisconsin Avenue, Suite 700
Milwaukee, WI 53212

Motorola Solutions, Inc.
1303 East Algonquin Road
Schaumburg, IL 60196
Attn:  General Counsel

Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606-1229
Attn:  Jonathan W. Young

Motorola Mobility, Inc.
600 North U.S. Highway 45
Libertyville, IL 60048
Attn:  General Counsel

Dykema
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606
Attn:  Richard Bendix, Michael Stolarski