# Exhibit B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2011 Through July 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | 50.00 |
| Transcripts | | 2,821.84 |
| Photos/Art/ Spec Duplicating | | 8,401.27 |
| Travel | | 455.24 |
| Meals | | 135.09 |
| Messenger Service | | 258.00 |
| Courier/Delivery Service | | 1,695.88 |
| Computer Research | Westlaw | 578.06 |
| Secretarial Overtime | | 30.00 |
| Duplicating | In Office | 2,561.10 |
| Facsimile | | 1,821.20 |
| Postage | | 182.43 |
| Support Staff Overtime | | 150.00 |
| Computer Research | Lexis | 450.94 |
| Paralegal Overtime | | 460.90 |
| Hotel Accommodations | | 2,232.75 |
| **Grand Total Expenses** | | **$22,284.70** |

Nortel Networks, Inc.
63989-DIP
DATE: 08/16/11 15:26:46

PRO FORMA   277076          AS OF 07/31/11          INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 887056 | 07/20/11 | B | 25.00 | Court Costs - CLERK, U.S. DISTRICT COURT` PRO HAC ADMISSION OF LAUREN PEACOCK IN THE NORTEL CASE NO. 09-10138 - 07/20/2011 | 503 | 684 | 181240 |
| 887348 | 07/22/11 | B | 25.00 | Court Costs - CLERK, U.S. DISTRICT COURT` PRO HAC VICE FEE - TOMISLAV A. JOKSIMOVIC - 07/22/2011 | 503 | 904 | 181296 |
| 886873 | 07/11/11 | B | 2,035.34 | Transcripts - WILCOX & FETZER, LTD` TRANSCRIPT OF BANKRUPTCY HEARING - 07/11/2011 | 506 | 904 | 181235 |
| 885192 | 07/12/11 | B | 786.50 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 07/12/2011 | 506 | 904 | 181056 |
| 884006 | 07/01/11 | B | 147.52 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (20 ORIGINALS x 32 COPIES) - 07/01/2011 | 510 | 684 | 180937 |
| 884007 | 07/05/11 | B | 555.71 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (9 ORIGINALS x 181 COPIES) - 07/05/2011 | 510 | 684 | 180938 |
| 884008 | 07/05/11 | B | 234.23 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (524 ORIGINALS x 4 COPIES) - 07/05/2011 | 510 | 684 | 180939 |
| 885197 | 07/05/11 | B | 264.54 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (1652 ORIGINALS x 1 COPY) - 3" CLEARVIEW DRING BINDERS - EXHIBIT TABS - EXHIBIT TABS PRINTED & INSERTED - | 510 INSERTED 07/05/2011 | 684 | 181061 |
| 885198 | 07/06/11 | B | 531.88 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (7 ORIGINALS x 184 COPIES) - 07/06/2011 | 510 | 684 | 181062 |
| 885193 | 07/07/11 | B | 174.00 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` BANKRUPTCY MAILOUTS - 07/07/2011 | 510 | 684 | 181057 |
| 885196 | 07/07/11 | B | 170.21 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (28 ORIGINALS x 29 COPIES) - 07/07/2011 | 510 | 684 | 181060 |
| 885195 | 07/08/11 | B | 762.99 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES - HAND DELIVERIES & BANKRUPTCY MAILOUTS - 07/08/2011 | 510 | 684 | 181059 |
| 885876 | 07/08/11 | B | 140.29 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (15 ORIGINALS x 34 COPIES) - 07/08/2011 | 510 | 684 | 181091 |
| 885877 | 07/11/11 | B | 82.65 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (6 ORIGINALS x 24 COPIES) - 07/11/2011 | 510 | 684 | 181092 |

Nortel Networks, Inc.
63989-DIP
DATE: 08/16/11 15:26:46

PRO FORMA  277076           AS OF 07/31/11           INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 887070 | 07/19/11 | B | 996.62 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (30 ORIGINALS x 186 COPIES) - 07/19/2011 | 510 | 684 | 181247 |
| 887335 | 07/20/11 | B | 169.49 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (77 ORIGINALS x 15 COPIES) - 07/20/2011 | 510 | 684 | 181283 |
| 887337 | 07/20/11 | B | 58.44 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (6 ORINGIALS x 12 COPIES) - 07/20/2011 | 510 | 684 | 181285 |
| 887682 | 07/21/11 | B | 739.00 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (739 ORIGINALS x 10 COPIES) - 07/21/2011 | 510 | 684 | 181305 |
| 889374 | 07/22/11 | B | 1,866.20 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` BANKRUPTCY MAILOUTS & BROADCAST FAX - 07/22/2011 | 510 | 904 | 181437 |
| 889377 | 07/22/11 | B | 1,080.28 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` B&W COPIES A - AUTOFEED - 07/22/2011 | 510 | 904 | 181440 |
| 889375 | 07/25/11 | B | 194.99 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES & BANKRUPTCY MAILOUTS - 07/25/2011 | 510 | 684 | 181438 |
| 889373 | 07/28/11 | B | 232.23 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (519 ORIGINALS x 4 COPIES) - 07/28/2011 | 510 | 684 | 181436 |
| 883853 | 07/01/11 | B | 33.84 | Travel - ANN CORDO` REIMBURSEMENT OF TAXI EXPENSES FROM TRIP TO N TO ATTEND NORTEL AUCTION - 06/26/2011-07/01/2011 | 511 Y | 904 | 180878 |
| 888785 | 07/11/11 | B | 149.60 | Travel - ROADRUNNER EXPRESS INC` J. BROMLEY - PU; BANKRUPTCY COURT - DO; PHL A - 07/11/2011 | 511 P | 000 | 181416 |
| 888783 | 07/20/11 | B | 93.60 | Travel - ROADRUNNER EXPRESS INC` R. BORIS - PU; PHL AP - DO; MNAT - 07/20/2011 | 511 | 000 | 181416 |
| 888784 | 07/20/11 | B | 89.60 | Travel - ROADRUNNER EXPRESS INC` R. BORIS - PU; MNAT - DO; PHL AP - 07/20/2011 | 511 | 000 | 181416 |
| 890624 | 07/27/11 | B | 88.60 | Travel - ROADRUNNER EXPRESS INC` R. BORIS - PU; MNAT - DO; PHL AP - 07/27/2011 | 511 | 000 | 181590 |
| 883855 | 07/01/11 | B | 3.84 | Meals - ANN CORDO` REIMBURSEMENT OF MEAL EXPENSES FROM TRIP TO N TO ATTEND NORTEL AUCTION - 06/26/2011-07/01/2011 | 512 Y | 904 | 180878 |
| 889715 | 07/11/11 | B | 131.25 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 16 - 07/11/2011 | 512 | 904 | 181516 |
| 888966 | 07/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 888974 | 07/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 888975 | 07/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 08/16/11 15:26:46

PRO FORMA  277076                    AS OF 07/31/11                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 888980 | 07/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 888984 | 07/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 888988 | 07/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 888993 | 07/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889004 | 07/05/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889006 | 07/05/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889007 | 07/05/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889008 | 07/05/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889013 | 07/05/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889014 | 07/05/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889022 | 07/05/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889025 | 07/05/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889026 | 07/05/11 | B | 6.00 | Messenger Service | 513S | 684 | |
| 889027 | 07/05/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889032 | 07/05/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 888998 | 07/05/11 | B | 3.00 | Messenger Service | 513S | 948 | |
| 889018 | 07/05/11 | B | 3.00 | Messenger Service | 513S | 203 | |
| 889036 | 07/06/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 889040 | 07/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889041 | 07/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889044 | 07/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889072 | 07/11/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889080 | 07/11/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889081 | 07/11/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889061 | 07/11/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 889062 | 07/11/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 889063 | 07/11/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 889064 | 07/11/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 889068 | 07/11/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 889071 | 07/11/11 | B | 3.00 | Messenger Service | 513S | 000 | |

Nortel Networks, Inc.
63989-DIP
DATE: 08/16/11 15:26:46

PRO FORMA 277076   AS OF 07/31/11   INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 889119 | 07/13/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889132 | 07/14/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889133 | 07/14/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889148 | 07/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889149 | 07/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889161 | 07/16/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889164 | 07/18/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889168 | 07/18/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889170 | 07/18/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889175 | 07/18/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889176 | 07/18/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889198 | 07/19/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889182 | 07/19/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 889222 | 07/20/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 889225 | 07/20/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889233 | 07/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889238 | 07/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889248 | 07/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889249 | 07/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889250 | 07/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889252 | 07/22/11 | B | 9.00 | Messenger Service | 513S | 684 | |
| 889261 | 07/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889259 | 07/22/11 | B | 3.00 | Messenger Service | 513S | 594 | |
| 889275 | 07/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889276 | 07/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889277 | 07/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889280 | 07/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889287 | 07/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889288 | 07/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889289 | 07/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 08/16/11 15:26:46

PRO FORMA   277076                AS OF 07/31/11                INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 889290 | 07/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889291 | 07/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889292 | 07/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889295 | 07/26/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889309 | 07/26/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 889302 | 07/26/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889328 | 07/27/11 | B | 18.00 | Messenger Service | 513S | 684 | |
| 889346 | 07/28/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889347 | 07/28/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889348 | 07/28/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889359 | 07/29/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889361 | 07/29/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 889354 | 07/29/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 889363 | 07/29/11 | B | 6.00 | Messenger Service | 513S | 168 | |
| 884799 | 07/01/11 | B | 105.14 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 180982 |
| 886265 | 07/05/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181133 |
| 886266 | 07/05/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181133 |
| 884741 | 07/05/11 | B | 16.34 | Courier/Delivery Service | 514 | 322 | 180980 |
| 884742 | 07/05/11 | B | 11.90 | Courier/Delivery Service | 514 | 322 | 180980 |
| 884743 | 07/05/11 | B | 11.90 | Courier/Delivery Service | 514 | 322 | 180980 |
| 887167 | 07/06/11 | B | 43.61 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 181252 |
| 887168 | 07/07/11 | B | 33.71 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 181252 |
| 887170 | 07/07/11 | B | 31.35 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 181252 |
| 886268 | 07/07/11 | B | 11.15 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181133 |
| 884762 | 07/07/11 | B | 11.90 | Courier/Delivery Service | 514 | 322 | 180981 |
| 884763 | 07/07/11 | B | 11.90 | Courier/Delivery Service | 514 | 322 | 180981 |
| 884764 | 07/07/11 | B | 19.81 | Courier/Delivery Service | 514 | 322 | 180981 |
| 886267 | 07/07/11 | B | 11.15 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181133 |
| 884777 | 07/07/11 | B | 19.81 | Courier/Delivery Service | 514 | 322 | 180981 |
| 884778 | 07/07/11 | B | 19.81 | Courier/Delivery Service | 514 | 322 | 180981 |
| 884779 | 07/07/11 | B | 19.81 | Courier/Delivery Service | 514 | 322 | 180981 |
| 884780 | 07/07/11 | B | 19.81 | Courier/Delivery Service | 514 | 322 | 180981 |
| 884781 | 07/07/11 | B | 19.81 | Courier/Delivery Service | 514 | 322 | 180981 |
| 884782 | 07/07/11 | B | 19.81 | Courier/Delivery Service | 514 | 322 | 180981 |

Nortel Networks, Inc.
63989-DIP
DATE: 08/16/11 15:26:46

PRO FORMA   277076           AS OF 07/31/11           INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 884771 | 07/07/11 | B | 16.34 | Courier/Delivery Service | 514 | 322 | 180981 |
| 884772 | 07/07/11 | B | 11.90 | Courier/Delivery Service | 514 | 322 | 180981 |
| 884773 | 07/07/11 | B | 16.34 | Courier/Delivery Service | 514 | 322 | 180981 |
| 884774 | 07/07/11 | B | 11.90 | Courier/Delivery Service | 514 | 322 | 180981 |
| 884775 | 07/07/11 | B | 11.90 | Courier/Delivery Service | 514 | 322 | 180981 |
| 884776 | 07/07/11 | B | 22.98 | Courier/Delivery Service | 514 | 322 | 180981 |
| 884765 | 07/07/11 | B | 19.81 | Courier/Delivery Service | 514 | 322 | 180981 |
| 884766 | 07/07/11 | B | 11.90 | Courier/Delivery Service | 514 | 322 | 180981 |
| 884767 | 07/07/11 | B | 11.90 | Courier/Delivery Service | 514 | 322 | 180981 |
| 884768 | 07/07/11 | B | 19.81 | Courier/Delivery Service | 514 | 322 | 180981 |
| 884769 | 07/07/11 | B | 19.81 | Courier/Delivery Service | 514 | 322 | 180981 |
| 884770 | 07/07/11 | B | 19.81 | Courier/Delivery Service | 514 | 322 | 180981 |
| 884783 | 07/07/11 | B | 19.81 | Courier/Delivery Service | 514 | 322 | 180981 |
| 884784 | 07/07/11 | B | 22.98 | Courier/Delivery Service | 514 | 322 | 180981 |
| 884785 | 07/07/11 | B | 14.17 | Courier/Delivery Service | 514 | 322 | 180981 |
| 884786 | 07/07/11 | B | 11.90 | Courier/Delivery Service | 514 | 322 | 180981 |
| 884787 | 07/07/11 | B | 19.81 | Courier/Delivery Service | 514 | 322 | 180981 |
| 887166 | 07/08/11 | B | 56.29 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 181251 |
| 887177 | 07/11/11 | B | 51.07 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181255 |
| 887178 | 07/11/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181255 |
| 885981 | 07/11/11 | B | 39.09 | Courier/Delivery Service | 514 | 322 | 181104 |
| 885982 | 07/11/11 | B | 39.09 | Courier/Delivery Service | 514 | 322 | 181104 |
| 885983 | 07/11/11 | B | 39.09 | Courier/Delivery Service | 514 | 322 | 181104 |
| 885984 | 07/11/11 | B | 39.09 | Courier/Delivery Service | 514 | 322 | 181104 |
| 885985 | 07/11/11 | B | 39.12 | Courier/Delivery Service | 514 | 322 | 181104 |
| 887179 | 07/15/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181255 |
| 887180 | 07/15/11 | B | 15.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181255 |
| 887181 | 07/15/11 | B | 15.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181255 |
| 887182 | 07/15/11 | B | 15.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181255 |
| 887183 | 07/15/11 | B | 15.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181255 |
| 889730 | 07/22/11 | B | 31.35 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 181531 |
| 887755 | 07/22/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181324 |
| 887756 | 07/22/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181324 |
| 887916 | 07/22/11 | B | 19.40 | Courier/Delivery Service | 514 | 322 | 181351 |
| 887917 | 07/22/11 | B | 19.50 | Courier/Delivery Service | 514 | 322 | 181351 |
| 887918 | 07/22/11 | B | 15.54 | Courier/Delivery Service | 514 | 322 | 181351 |
| 887919 | 07/22/11 | B | 19.50 | Courier/Delivery Service | 514 | 322 | 181351 |
| 887920 | 07/22/11 | B | 21.37 | Courier/Delivery Service | 514 | 322 | 181351 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 08/16/11 15:26:46

PRO FORMA   277076     AS OF 07/31/11     INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 887921 | 07/22/11 | B | 33.85 | Courier/Delivery Service | 514 | 322 | 181351 |
| 887910 | 07/22/11 | B | 19.50 | Courier/Delivery Service | 514 | 322 | 181351 |
| 887911 | 07/22/11 | B | 11.90 | Courier/Delivery Service | 514 | 322 | 181351 |
| 887912 | 07/22/11 | B | 16.34 | Courier/Delivery Service | 514 | 322 | 181351 |
| 887913 | 07/22/11 | B | 11.90 | Courier/Delivery Service | 514 | 322 | 181351 |
| 887914 | 07/22/11 | B | 22.56 | Courier/Delivery Service | 514 | 322 | 181351 |
| 887915 | 07/22/11 | B | 15.54 | Courier/Delivery Service | 514 | 322 | 181351 |
| 887904 | 07/22/11 | B | 11.90 | Courier/Delivery Service | 514 | 322 | 181351 |
| 887905 | 07/22/11 | B | 19.50 | Courier/Delivery Service | 514 | 322 | 181351 |
| 887906 | 07/22/11 | B | 15.54 | Courier/Delivery Service | 514 | 322 | 181351 |
| 887907 | 07/22/11 | B | 19.50 | Courier/Delivery Service | 514 | 322 | 181351 |
| 887908 | 07/22/11 | B | 15.54 | Courier/Delivery Service | 514 | 322 | 181351 |
| 887909 | 07/22/11 | B | 22.85 | Courier/Delivery Service | 514 | 322 | 181351 |
| 887902 | 07/22/11 | B | 11.90 | Courier/Delivery Service | 514 | 322 | 181351 |
| 887903 | 07/22/11 | B | 11.90 | Courier/Delivery Service | 514 | 322 | 181351 |
| 887922 | 07/22/11 | B | 19.40 | Courier/Delivery Service | 514 | 322 | 181351 |
| 887923 | 07/22/11 | B | 20.87 | Courier/Delivery Service | 514 | 322 | 181351 |
| 887924 | 07/22/11 | B | 22.95 | Courier/Delivery Service | 514 | 322 | 181351 |
| 887925 | 07/22/11 | B | 22.98 | Courier/Delivery Service | 514 | 322 | 181351 |
| 889675 | 07/25/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181504 |
| 889676 | 07/25/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181504 |
| 889673 | 07/25/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181504 |
| 889674 | 07/25/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181504 |
| 889677 | 07/27/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181504 |
| 889678 | 07/27/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181504 |
| 889679 | 07/27/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181504 |
| 888449 | 07/28/11 | B | 11.90 | Courier/Delivery Service | 514 | 322 | 181394 |
| 888450 | 07/28/11 | B | 14.17 | Courier/Delivery Service | 514 | 322 | 181394 |
| 889680 | 07/29/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181504 |
| 889461 | 07/29/11 | B | 11.90 | Courier/Delivery Service | 514 | 322 | 181443 |
| 886045 | 07/06/11 | B | 129.36 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 886046 | 07/07/11 | B | 223.34 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 886047 | 07/07/11 | B | 41.58 | Computer Research - Westlaw Search Performed by: PRINT,WESTLAW CASE | 515 | 000 | |
| 886048 | 07/08/11 | B | 59.40 | Computer Research - Westlaw Search Performed by: PRINT,WESTLAW CASE | 515 | 000 | |
| 886904 | 07/12/11 | B | 11.88 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 961 | |

| Nortel Networks, Inc. | | | PRO FORMA 277076 | AS OF 07/31/11 | | | INVOICE# ****** |
|---|---|---|---|---|---|---|---|
| 63989-DIP | | | | | | | |
| DATE: 08/16/11 15:26:46 | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 886905 | 07/15/11 | B | 61.20 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 888587 | 07/28/11 | B | 36.00 | Computer Research - Westlaw Search Performed by: DONILON,GREGORY T | 515 | 381 | |
| 888588 | 07/29/11 | B | 15.30 | Computer Research - Westlaw Search Performed by: DONILON,GREGORY T | 515 | 381 | |
| 886672 | 07/14/11 | B | 30.00 | Secretarial Overtime | 516S | 624 | |
| 883710 | 07/01/11 | B | 11.80 | In-House Duplicating | 519 | 670 | |
| 883711 | 07/01/11 | B | 15.60 | In-House Duplicating | 519 | 684 | |
| 884222 | 07/05/11 | B | 44.40 | In-House Duplicating | 519 | 684 | |
| 884223 | 07/05/11 | B | 0.80 | In-House Duplicating | 519 | 554 | |
| 884224 | 07/05/11 | B | 14.20 | In-House Duplicating | 519 | 684 | |
| 884226 | 07/06/11 | B | 36.80 | In-House Duplicating | 519 | 684 | |
| 884227 | 07/06/11 | B | 2.30 | In-House Duplicating | 519 | 684 | |
| 884230 | 07/06/11 | B | 19.40 | In-House Duplicating | 519 | 684 | |
| 884231 | 07/06/11 | B | 3.70 | In-House Duplicating | 519 | 684 | |
| 884232 | 07/06/11 | B | 5.40 | In-House Duplicating | 519 | 684 | |
| 884228 | 07/06/11 | B | 38.80 | In-House Duplicating | 519 | 670 | |
| 884229 | 07/06/11 | B | 4.80 | In-House Duplicating | 519 | 670 | |
| 884225 | 07/06/11 | B | 0.70 | In-House Duplicating | 519 | 554 | |
| 884571 | 07/07/11 | B | 14.70 | In-House Duplicating | 519 | 684 | |
| 884569 | 07/07/11 | B | 0.10 | In-House Duplicating | 519 | 684 | |
| 884570 | 07/07/11 | B | 10.70 | In-House Duplicating | 519 | 670 | |
| 884657 | 07/08/11 | B | 0.10 | In-House Duplicating | 519 | 203 | |
| 885010 | 07/11/11 | B | 17.00 | In-House Duplicating | 519 | 684 | |
| 885014 | 07/11/11 | B | 0.60 | In-House Duplicating | 519 | 684 | |
| 885015 | 07/11/11 | B | 3.00 | In-House Duplicating | 519 | 684 | |
| 885013 | 07/11/11 | B | 14.00 | In-House Duplicating | 519 | 948 | |
| 885006 | 07/11/11 | B | 117.60 | In-House Duplicating | 519 | 948 | |
| 885007 | 07/11/11 | B | 106.40 | In-House Duplicating | 519 | 948 | |
| 885008 | 07/11/11 | B | 4.50 | In-House Duplicating | 519 | 948 | |
| 885009 | 07/11/11 | B | 99.50 | In-House Duplicating | 519 | 948 | |

Nortel Networks, Inc.
63989-DIP
DATE: 08/16/11 15:26:46

PRO FORMA 277076          AS OF 07/31/11          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 885011 | 07/11/11 | B | 0.70 | In-House Duplicating | 519 | 948 | |
| 885012 | 07/11/11 | B | 12.60 | In-House Duplicating | 519 | 948 | |
| 886334 | 07/15/11 | B | 39.20 | In-House Duplicating | 519 | 623 | |
| 886335 | 07/15/11 | B | 104.10 | In-House Duplicating | 519 | 623 | |
| 886331 | 07/15/11 | B | 10.90 | In-House Duplicating | 519 | 684 | |
| 886332 | 07/15/11 | B | 2.40 | In-House Duplicating | 519 | 594 | |
| 886333 | 07/15/11 | B | 689.70 | In-House Duplicating | 519 | 594 | |
| 886458 | 07/18/11 | B | 17.10 | In-House Duplicating | 519 | 684 | |
| 886459 | 07/18/11 | B | 1.20 | In-House Duplicating | 519 | 684 | |
| 887261 | 07/21/11 | B | 0.30 | In-House Duplicating | 519 | 684 | |
| 887262 | 07/21/11 | B | 1.90 | In-House Duplicating | 519 | 554 | |
| 887387 | 07/22/11 | B | 0.40 | In-House Duplicating | 519 | 554 | |
| 887380 | 07/22/11 | B | 106.80 | In-House Duplicating | 519 | 684 | |
| 887381 | 07/22/11 | B | 116.10 | In-House Duplicating | 519 | 684 | |
| 887382 | 07/22/11 | B | 78.50 | In-House Duplicating | 519 | 684 | |
| 887383 | 07/22/11 | B | 12.50 | In-House Duplicating | 519 | 684 | |
| 887384 | 07/22/11 | B | 29.10 | In-House Duplicating | 519 | 684 | |
| 887385 | 07/22/11 | B | 2.10 | In-House Duplicating | 519 | 684 | |
| 887386 | 07/22/11 | B | 3.60 | In-House Duplicating | 519 | 684 | |
| 887605 | 07/25/11 | B | 0.90 | In-House Duplicating | 519 | 684 | |
| 887606 | 07/25/11 | B | 5.20 | In-House Duplicating | 519 | 684 | |
| 887604 | 07/25/11 | B | 1.40 | In-House Duplicating | 519 | 554 | |
| 888234 | 07/28/11 | B | 27.10 | In-House Duplicating | 519 | 684 | |
| 888235 | 07/28/11 | B | 5.60 | In-House Duplicating | 519 | 684 | |
| 888535 | 07/05/11 | B | 6.30 | Postage | 520 | 684 | |
| 888526 | 07/16/11 | B | 89.40 | Postage | 520 | 684 | |
| 888522 | 07/20/11 | B | 6.49 | Postage | 520 | 684 | |
| 888519 | 07/23/11 | B | 1.76 | Postage | 520 | 684 | |
| 888515 | 07/23/11 | B | 5.28 | Postage | 520 | 684 | |
| 888518 | 07/26/11 | B | 73.20 | Postage | 520 | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 08/16/11 15:26:46

PRO FORMA  277076          AS OF 07/31/11                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 884987 | 07/06/11 | B | 17.20 | Facsimile - DIGITAL LEGAL SERVICES LLC` CORRESPONDENCE SENT VIA FAX (43 ORIGINALS x 2 FAXES) - 07/06/2011 | 522H | 684 | 181025 |
| 885194 | 07/07/11 | B | 1,700.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX - 07/07/2011 | 522H | 948 | 181058 |
| 889376 | 07/25/11 | B | 104.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX - 07/25/2011 | 522H | 684 | 181439 |
| 886679 | 07/10/11 | B | 150.00 | Support Staff Overtime | 525S | 470 | |
| 886015 | 07/08/11 | B | 36.00 | Lexis Research Performed by: Elizabeth Stack | 527 | 531 | |
| 886016 | 07/08/11 | B | 414.94 | Lexis Research Performed by: William H. Sudell, Jr. | 527 | 134 | |
| 886656 | 07/10/11 | B | 352.00 | Paralegal Overtime | 530S | 594 | |
| 886657 | 07/11/11 | B | 44.37 | Paralegal Overtime | 530S | 594 | |
| 886663 | 07/15/11 | B | 64.53 | Paralegal Overtime | 530S | 594 | |
| 883712 | 07/01/11 | B | 34.50 | In-House Printing - black & white | 541 | 684 | |
| 884233 | 07/05/11 | B | 54.25 | In-House Printing - black & white | 541 | 684 | |
| 884234 | 07/06/11 | B | 41.30 | In-House Printing - black & white | 541 | 684 | |
| 884572 | 07/07/11 | B | 14.85 | In-House Printing - black & white | 541 | 670 | |
| 884658 | 07/08/11 | B | 86.20 | In-House Printing - black & white | 541 | 626 | |
| 885016 | 07/11/11 | B | 214.80 | In-House Printing - black & white | 541 | 900 | |
| 885218 | 07/12/11 | B | 10.15 | In-House Printing - black & white | 541 | 624 | |
| 886169 | 07/14/11 | B | 7.60 | In-House Printing - black & white | 541 | 684 | |
| 886336 | 07/15/11 | B | 51.00 | In-House Printing - black & white | 541 | 603 | |
| 886710 | 07/19/11 | B | 3.85 | In-House Printing - black & white | 541 | 605 | |
| 887284 | 07/20/11 | B | 2.85 | In-House Printing - black & white | 541 | 605 | |
| 887094 | 07/20/11 | B | 8.80 | In-House Printing - black & white | 541 | 904 | |
| 887263 | 07/21/11 | B | 59.00 | In-House Printing - black & white | 541 | 684 | |
| 887388 | 07/22/11 | B | 58.65 | In-House Printing - black & white | 541 | 684 | |
| 887607 | 07/25/11 | B | 4.60 | In-House Printing - black & white | 541 | 684 | |
| 887995 | 07/27/11 | B | 7.50 | In-House Printing - black & white | 541 | 948 | |
| 888236 | 07/28/11 | B | 3.45 | In-House Printing - black & white | 541 | 684 | |
| 888361 | 07/28/11 | B | 39.95 | In-House Printing - black & white | 541 | 605 | |
| 888362 | 07/29/11 | B | 1.50 | In-House Printing - black & white | 541 | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 08/16/11 15:26:46

PRO FORMA  277076     AS OF 07/31/11     INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 883854 | 07/01/11 | B | 2,232.75 | Hotel Accommodations - ANN CORDO' REIMBURSEMENT OF HOTEL EXPENSES FROM TRIP TO TO ATTEND NORTEL AUCTION - 06/26/2011-07/01/2011 | 549 NY | 904 | 180878 |
| | | | 22,284.70 | | | | |