**CERTIFICATE OF SERVICE**

       I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Monthly Operating Report (Reporting Period June 1, 2011 Through June 30, 2011)** was caused to be made on August 16, 2011, in the manner indicated upon the entities identified below.

Date: August 16, 2011

       */s/ Chad A. Fights*
Chad A. Fights (No. 5006)

**VIA HAND DELIVERY**

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Official Committee
Of Unsecured Creditors)

4167932.4

4167932.4