IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
                                                            :   Chapter 11
                                                            :
In re                                                       :
                                                            :   Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]                            :
                                                            :
              Debtors.                                      :   Jointly Administered
                                                            :
                                                            :
                                                            :
------------------------------------------------------------X

## FOURTH SUPPLEMENTAL DECLARATION OF JAMES E. SCOTT IN SUPPORT OF DEBTORS' RETENTION OF ERNST & YOUNG LLP

James E. Scott deposes and says:

1. I am a partner of Ernst & Young LLP ("EY LLP"). I provide this fourth supplemental declaration (the "Supplemental Declaration") on behalf of EY LLP in support of the retention of EY LLP by the above-captioned debtors and debtors in possession (collectively, the "Debtors"). This Supplemental Declaration supplements my prior declaration filed on February 18, 2011 [D.I. 4958] (the "Original Employment Declaration"), which itself incorporates prior affidavits and declarations, as previously supplemented by my first supplemental declaration on March 8, 2011 [D.I. 5080], my second supplemental declaration on April 6, 2011 [D.I. 5228] and my third supplemental declaration on July 1, 2011 [D.I. 5862].

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

2.        This Court approved the Debtors' original application to employ EY LLP under sections 327 and 328 of the Bankruptcy Code by an order entered on March 23, 2011 [D.I. 5154].

3.        The facts set forth in this Supplemental Declaration are based upon my personal knowledge, information and belief, and upon client matter records kept in the ordinary course of business that were reviewed by me or other employees of EY LLP under my supervision and direction.

4.        As set forth in paragraph 20 of the Original Employment Declaration, EY LLP is a member of Ernst & Young Global Limited ("EYGL"), a company incorporated under the laws of England and Wales and limited by guarantee, with no shareholders and no capital. The member firms of EYGL have agreed to operate certain of their professional practices in accordance with agreed standards, but remain separate legal entities.

5.        EY LLP submits this Supplemental Declaration to disclose that Nortel Networks de Guatamala, Ltda. ("Nortel Guatemala"), which is not a debtor in these bankruptcy proceedings, has engaged another EYGL member firm, Ernst & Young, S.A. ("EY S.A."), to perform certain services for Nortel Guatemala, including without limitation cash repatriation analysis, tax compliance and tax advisory services. EY S.A. will be paid for these services directly by Nortel Guatemala.

*[Signature Page Follows]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 16, 2011

_____
James E. Scott