# **CERTIFICATE OF SERVICE**

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Fourth Supplemental Declaration of James E. Scott in Support of Debtors' Retention of Ernst & Young LLP** was caused to be made on August 16, 2011. Copies of the Declaration were served in the manner indicated upon the entities identified in Exhibit A.

Date:  August 16, 2011

/s/ Chad A. Fights
Chad A. Fights (No. 5006)

4106447.2