IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTEL NETWORKS INC., *et al.* ) | Case No. 09-10138 (KG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

### NOTICE OF WITHDRAWAL OF
### MOTION OF ELTEK VALERE, INC.
### TO PERMIT FILING OF LATE CLAIM

Claimant, Eltek Valere, Inc., pursuant to Stipulation with the Debtor, hereby provides notice that it has voluntarily withdrawn with prejudice its Motion of Eltek Valere, Inc. to Permit Filing of Late Claim (D. I. 4626). All matters concerning such motion have been resolved by Stipulation with the Debtor.

Dated: August 17, 2011
Wilmington, Delaware

                              Respectfully submitted,

                              ELTEK VALERE, INC.

                              By: /s/ Sanjay Bhatnagar
                              Norman L. Pernick (No. 2290)
                              Sanjay Bhatnagar (No. 4829)
                              Cole, Schotz, Meisel, Forman & Leonard, P.A.
                              500 Delaware Avenue, Suite 1410
                              Wilmington, DE 19801
                              Telephone: 302-652-3131
                              Facsimile: 302-652-3117
                              sbhatnagar@coleschotz.com

                              -and-

                              Christopher J. Horvay, Esq., (ISBN 1263315)
                              Gould & Ratner LLP
                              222 N. LaSalle Street, Suite 800
                              Chicago, Illinois 60601
                              Telephone: 312-899-1624
                              Facsimile: 312-236-3241
                              chorvay@gouldratner.com