## CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Withdrawal of Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 505(b)(2) Extending Time for Certain Tax Authorities to Complete an Examination** was caused to be made on August 17, 2011 on the entities on the attached service list.

Date: August 17, 2011

                                                        /s/ Chad A. Fights
                                             Chad A. Fights (No. 5006)

4106447.2