**Via Hand Delivery**

Mark T. Hurford
Campbell & Levine LLC
800 North King Street, Suite 300
Wilmington, DE 19801

**Via First Class Mail**

Attn:  John Waters, Esq.
Iowa Department of Revenue, Collections Section
P.O. Box 10457
Des Moines, IA 50306

Attn:  Tishonna Bush
State of South Carolina, Department of Revenue
301 Gervais Street
P.O. Box 125
Columbia, SC 29214

Attn:  Tobin Thomas
State of Alabama, Department of Revenue
P.O. Box 327450
Montgomery, AL 36132-7450

Attn:  Tiffany Chiu
State of California, Franchise Tax Board
1212 Avenue of the Americas, 4th Floor
New York, NY 10036

Attn:  Josette Fullen
State of New Jersey, Division of Taxation
P.O. Box 1891
Burleson, TX 76097

Alabama Department of Revenue
Sales, Use and Business Tax Division
P.O. Box 327790
Montgomery, AL 36132-7790

State of California
Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0501

Bankruptcy
Iowa Department of Revenue
P.O. Box 10471
Des Moines, IA 50306-0471

State of New Jersey
Division of Taxation
P.O. Box 281
Trenton, NJ 08646

State of South Carolina
Department of Revenue
301 GERVAIS STREET
P.O. Box 125
Columbia, SC 29214-0100

Jonathan P. Guy
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005-1706