## STATUS B

## SERVICE COMPLETE, ANSWERS DUE

| **Adversary No.** | **Defendant** | **Status** |
| --- | --- | --- |
| 11-52298 | Nortel Networks Inc. v. AudioCodes, Inc. | Pretrial Conference is scheduled for September 6, 2011. Defendant's answer is due September 30, 2011. |

NEWYORK:2442095.1