# GROUP EXHIBIT A

# ERNST & YOUNG

**INVOICE NUMBER: US0130221990**

April 2, 2010

**Nortel Networks Corporation**
**Sean Kruger**
**P.O. Box 251**
**222 Bay Street**
**Toronto, ON M5K 1J7**
**Canada**

PLEASE REMIT TO:

Ernst & Young
P.O. Box 933514
Atlanta, GA 31193-3514

EIN: 34-6565596

BU: **US017**   CLIENT NUMBER: **60019630**

For professional services rendered post bankruptcy through March 26, 2010 in connection with the following.

    Progress billing related to APA

    100% of the work was performed in US

    Canadian Partner: **Sean Kruger**
    Canadian Client Code: 60114064 Nortel
    Canadian Engagement Code: 13463286

*Total Due*  $16,277

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

**ERNST & YOUNG**

Invoice Number:  US01
April 2, 2010

| Employee | Description | Incurred Date | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Hester,Lilo A. | t/c/w David Canale regarding interest on deemed payments; email. | 11/3/09 | 1.0 | | |
| Hester,Lilo A. | Discussion with Steve Wrappe regarding section 1441 application to deemed payments or reallocation under section 482. | 11/25/09 | 0.4 | | |
| Hester,Lilo A. | Discussion with Steve Wrapper regarding deemed dividend for 482 purposes and Federal interest due; interest calculation review. | 11/20/09 | 1.0 | | |
| Hester,Lilo A. | Follow up discussion with Steve Wrapper re: review of draft memo to file. | 11/23/09 | 1.2 | | |
| **Hester,Lilo A. Total** | | | **3.6** | **883** | **3,179** |
| Wrappe,Steven C. | Review of latest APA. | 12/22/09 | 0.8 | | |
| Wrappe,Steven C. | Review of APA revisions. | 12/10/09 | 0.6 | | |
| Wrappe,Steven C. | Follow-up re: IRS treatment under 482-1(g)(3), call, draft memo. | 11/25/09 | 3.2 | | |
| Wrappe,Steven C. | Calls re: Rev. Proc. | 11/28/09 | 1.0 | | |
| Wrappe,Steven C. | Call w/Kruger; research re: conforming adjustments and consequences. | 11/20/09 | 2.2 | | |
| Wrappe,Steven C. | Draft and review memo re: APA and repatriation. | 11/23/09 | 3.0 | | |
| Wrappe,Steven C. | APA finalization strategy. | 11/13/09 | 0.5 | | |
| Wrappe,Steven C. | Review APA doc, call w/Sean Kruger re: APA consequences. | 9/8/09 | 1.2 | | |
| Wrappe,Steven C. | Review flow chart; call Kruger. | 6/15/09 | 0.6 | | |
| Wrappe,Steven C. | Procedural issues re: APA and CA. | 6/17/09 | 1.3 | | |
| **Wrappe,Steven C. Total** | | | **14.4** | **883** | **12,715** |
| Ford,Narnina | INTEREST COMP ON UNDERWITHHELD TAX - ran interest comp for Lilo Hester for tax years 2001 through 2005 - create spreadsheet for presentation purpose | 11/20/09 | 1.2 | | |
| **Ford,Narnina Total** | | | **1.2** | **319** | **383** |
| **Grand Total** | | | **19.2** | | **16,277** |

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
DUE UPON RECEIPT

# ERNST & YOUNG

**INVOICE NUMBER: US0130291134**

August 25, 2010

**Nortel Networks Corporation**
**ATTN: Account Payable / Brian Short**
**PO Box 280510**
**Nashville, TN 37228**

| | |
|---|---|
| **PLEASE REMIT TO:** | |
| Ernst & Young | |
| P.O. Box 933514 | |
| Atlanta, GA 31193-3514 | |
| **EIN: 34-6565596** | |

BU: **US017**   CLIENT NUMBER: **60019630**                           P.O. Reference No.: **4320065189**

---

For professional services rendered from July 1, 2010 to July 30, 2010 in connection with the following:

| | |
|---|---:|
| Monthly Compliance | $13,333 |
| Any bill credit (July) | (138) |
| | |
| ***Total Due*** | **$13,195** |

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# ERNST & YOUNG

**INVOICE NUMBER: US0130291144**

August 25, 2010

**Nortel Networks Corporation**
**ATTN: Account Payable / Brian Short**
**PO Box 280510**
**Nashville, TN 37228**

| PLEASE REMIT TO: |
| --- |
| Ernst & Young |
| P.O. Box 933514 |
| Atlanta, GA 31193-3514 |
| **EIN: 34-6565596** |

BU: **US017**   CLIENT NUMBER: **60019630**               P.O. Reference No.: **4320065189**

For professional services rendered from June 1, 2010 to June 30, 2010 in connection with the following:

| | |
| --- | --- |
| Monthly Compliance | $13,333 |
| Any bill credit (June) | (150) |
| ***Total Due*** | **$13,183** |

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# ERNST & YOUNG

INVOICE NUMBER: **US0130306268**

**October 1, 2010**

**Nortel Networks Inc.**
**c/o Luis Gonzales**
**Tecnoparque Eje 5 Norte 990**
**Edif F, PB**
**Col Santa Barbara**
**DF 02310**
**Mexico**

PLEASE REMIT TO:

Ernst & Young
P.O. Box 933514
Atlanta, GA 31193-3514

**EIN: 34-6565596**

BU: **US017**   CLIENT NUMBER: **60019630**                    P.O. Reference No.: **2010**

For professional services rendered in connection with the following:

Preparation of tax returns for Puerto Rico for the year ended December 31, 2009.

- Nortel Networks (CALA) Inc.                               $9,500
- Nortel Networks, Inc.                                      3,200

                                              *Total Due*        $12,700

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# ERNST & YOUNG

**INVOICE NUMBER: US0130324823**

**November 4, 2010**

**Nortel Networks Incorporated (0501/2001)**
**Attention: Accounts Payable**
**P. O. Box 280510**
**Nashville, TN 37228**

| PLEASE REMIT TO: |
|---|
| Ernst & Young |
| P.O. Box 933514 |
| Atlanta, GA 31193-3514 |
| |
| **EIN: 34-6565596** |

BU: **US017**   CLIENT NUMBER: **60019630**                    P.O. Reference No.: **4320099116**

---

For professional services rendered in connection with the following:

Assistance in preparing transfer pricing documentation for Nortel Networks, Inc, Nortel Networks CALA, Inc. and Nortel Networks India International, Inc. for the time period July 1, 2010 through October 15, 2010. Activities include: review and editing of transfer pricing reports, calls and discussions with the client, and project administration. Hourly billing rates are based on the statement of work dated September 29, 2009.

> Dave Canale (Partner/Principal) - 12.0 hours
> Jeff Lonard (Senior Manager) - 55.5 hours
> Jonathan Voll (Senior Tax Staff) - 15.6 hours

*Total Due*                                                                          **$42,330**

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

# ERNST & YOUNG

**CLIENT COPY**

**Nortel Time Detail - July 1, 2010 through October 31, 2010**

| Task | Dave Canale (Partner) $640/hr | Jeff Lonard (Sr. Manager) $540/hr | Jonathan Voll (Sr. Tax Staff) $300/hr | Total Hours | Fees |
|---|---|---|---|---|---|
| Calls and correspondence | 3.0 | 7.0 | - | 10.0 | $ 5,700 |
| Revisions and drafting of NNI functional analysis | - | 13.0 | - | 13.0 | $ 7,020 |
| Revisions and drafting of NNI economic analysis | - | 16.0 | - | 16.0 | $ 8,640 |
| Revisions and drafting of NNCALA functional analysis | - | 3.0 | - | 3.0 | $ 1,620 |
| Revisions and drafting of NNCALA economic analysis | - | 4.0 | - | 4.0 | $ 2,160 |
| Revisions and drafting of NNIII functional analysis | - | 4.0 | - | 4.0 | $ 2,160 |
| Revisions and drafting of NNIII economic analysis | - | 2.5 | - | 2.5 | $ 1,350 |
| Formatting and editing of reports (general) | - | 3.0 | 15.6 | 18.6 | $ 6,300 |
| Quality Review | 9.0 | - | - | 9.0 | $ 5,760 |
| Project administration | - | 3.0 | - | 3.0 | $ 1,620 |
| TOTAL | 12.0 | 55.5 | 15.6 | 83.1 | $ 42,330 |

**Ernst & Young LLP**
200 Plaza Drive
Secaucus, NJ 07094

# ᴇᴜ ERNST & YOUNG

**INVOICE NUMBER: US0130408526**

**April 6, 2011**

**Nortel Networks Inc.**
**ATTN: Account Payable / Brian Short**
**PO Box 280510**
**Nashville, TN 37228**

| PLEASE REMIT TO: |
| --- |
| Ernst & Young |
| P.O. Box 933514 |
| Atlanta, GA 31193-3514 |
| |
| **EIN: 34-6565596** |

BU: **US017**   CLIENT NUMBER: **60019630**                        P.O. Reference No.: **4320065189**

For professional services rendered from January 1, 2011 to January 31, 2011 in connection with the following:

- Monthly Compliance (64 returns)

|  |  |
| --- | --- |
| *Total Due* | **$4,160** |

**PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE**
Due Upon Receipt

# ᴇᴜ ERNST & YOUNG

**CLIENT COPY**

# ERNST & YOUNG

**Ernst & Young LLP**
200 Plaza Drive
Secaucus, NJ 07094

INVOICE NUMBER: **US0130438932**

June 1, 2011

**Nortel Networks, Inc.**
**ATTN: Accounts Payable / Jeff Wood**
**PO Box 280510**
**Nashville, TN 37228**

| PLEASE REMIT TO: |
| --- |
| Ernst & Young LLP |
| P.O. Box 933514 |
| Atlanta, GA 31193-3514 |
| EIN: 34-6565596 |

BU: **US017**    CLIENT NUMBER: **60009478**

P.O. Reference No.: **4320085294**

Pursuant to the engagement letter dated March 1, 2011 and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, installment 4 of 8 for professional tax services performed including, but not limited to:

- Tax Compliance Reporting,
- Tax Controversy, and
- Tax Advisory

*Total Due*                                                                                                     **$660,000**

As Ernst & Young's fiscal year-end is approaching, we would appreciate payment before June 30, 2011.

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**