# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
In re : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
         Debtors. : Jointly Administered
: 
---------------------------------------------------------------X

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON AUGUST 23, 2011 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## CONTINUED/RESOLVED/WITHDRAWN MATTERS

1. Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 3942, Filed 9/14/10).

    Objection Deadline: October 7, 2010 at 4:00 p.m. (ET). Extended for Amphenol Corporation and its affiliates to September 16, 2011 at 4:00 p.m. (ET). Extended for the Debtors, with respect to Unisys's response to the objection, to October 12, 2011 at 4:00 p.m. (ET).

    Remaining Response Received:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

(a)  Response Of Unisys Corporation To Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) Filed by Unisys Corporation (D.I. 4106, Filed 10/7/10).

Related Pleading:

(a)  Order Granting Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 4163, Filed 10/14/10).

Status:  The hearing with respect to the objections to Claim Nos. 5500, 5501, 5502, 5504, 5505 and 5506 filed by Amphenol Corporation and its affiliates has been adjourned to the hearing scheduled for September 21, 2011 at 10:00 a.m. (ET).  The hearing with respect to the response filed by Unisys Corporation has been adjourned to the hearing scheduled for October 19, 2011 at 10:00 a.m. (ET).

2.  Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4126, Filed 10/8/10).

Objection Deadline:  October 25, 2010 at 4:00 p.m. (ET).  Extended for GE Fanuc to October 5, 2011 at 4:00 p.m. (ET).

Remaining Responses Received:

(a)  Response To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims), Filed by Commonwealth of Virginia, Department of Taxation (D.I. 4187, Filed 10/22/10).

Related Pleadings:

(a)  Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4256, Filed 11/8/10); and

(b)  First Supplemental Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow

        Claims, Redundant Claims, Satisfied Claim, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4403, Filed 11/23/10).

    Status: The hearing with respect to the response filed by the Commonwealth of Virginia, Department of Taxation has been adjourned to the hearing scheduled for October 26, 2011 at 10:00 a.m. (ET). The hearing with respect to the objection to Claim No. 7077 filed by GE Fanuc has been adjourned to the hearing scheduled for October 19, 2011 at 10:00 a.m. (ET).

3.   Motion Of Eltek Valere, Inc. To Permit Filing Of Late Claim (D.I. 4626, Filed 12/17/10).

    Objection Deadline: January 5, 2011 at 4:00 p.m. (ET). Extended to August 30, 2011 at 4:00 p.m. (ET) for Nortel.

    Responses Received: None at this time.

    Related Pleadings:

    (a)   Notice of Withdrawal of Motion of Eltek Valere, Inc. to Permit Filing of Late Claim (D.I. 6162, Filed 8/17/11).

    Status: This motion has been withdrawn.

4.   Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 505(b)(2) Extending Time for Certain Tax Authorities to Complete an Examination (D.I. 5225, Filed 4/5/11).

    Objection Deadline: April 19, 2011 at 4:00 p.m. (ET).

    Responses Received: None at this time.

    Related Pleadings:

    (a)   Notice of Filing of Revisions to Order with Respect to Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 505(b)(2) Extending Time for Certain Tax Authorities to Complete an Examination (D.I. 5284, Filed 4/21/11); and

    (b)   Notice of Withdrawal of Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 505(b)(2) Extending Time for Certain Tax Authorities to Complete an Examination (D.I. 6164, Filed 8/17/11).

    Status: This motion has been withdrawn.

5.   Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 5341, Filed 4/28/11).

Objection Deadline: May 24, 2011 at 4:00 p.m. (ET).

Responses Received:

(a) Response of Corning Incorporated to Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 5410, Filed 5/11/11); and

Related Pleadings:

(a) Order Granting Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 5623, Entered 6/7/11);

(b) First Supplemental Order Granting Debtors' Nineteenth Omnibus Objection (Substantive) To Certain Claims And (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 5782, Filed 6/21/11); and

(c) Second Supplemental Order Granting Debtors' Nineteenth Omnibus Objection (Substantive) To Certain Claims And (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 5928, Filed 7/11/11).

(d) Third Supplemental Order Granting Debtors' Nineteenth Omnibus Objection (Substantive) To Certain Claims And (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 6108, Filed 8/9/11).

Status: The hearing with respect to the response filed by Corning Incorporated has been adjourned to the hearing scheduled for September 6, 2011 at 10:00 a.m. (ET).

6. Motion of Edmund B. Fitzgerald for Relief from the Automatic Stay (D.I. 5951, Filed 7/13/11).

Objection Deadline: August 1, 2011 at 4:00 p.m. (ET). Extended for the Debtors and the Official Committee of Unsecured Creditors to September 7, 2011 at 4:00 p.m. (ET).

Responses Received: None at this time.

Related Pleadings:

    (a)    Motion of Edmund B. Fitzgerald for an Order Limiting Notice with Respect to Motion for Relief from the Automatic Stay (D.I. 5952, Filed 7/13/11).

Status:  The hearing on this matter has been adjourned to the hearing scheduled for September 21, 2011 at 10:00 a.m. (ET).

### UNCONTESTED MATTER WITH C.N.O.

7.    Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Entry of an Order Approving Supplemental IP Transaction Side Agreements (D.I. 6071, Filed 8/2/11).

Objection Deadline:  August 16, 2011 at 4:00 p.m. (ET).

Responses Received:  None at this time.

Related Pleadings:

    (a)    Certification of No Objection Regarding D.I. 6071 (D.I. 6167, Filed 8/18/11); and

    (b)    Proposed Form of Order; and

    (c)    Notice of Filing of Seventy-Second Report of the Monitor of the Canadian Nortel Companies in the Canadian Proceeding (D.I. 6168, Filed 8/18/11);

Status: There are no objections and a CNO has been filed.

### UNCONTESTED MATTERS GOING FORWARD

8.    Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 Approving Agreements Regarding Nortel Russia and Approving Amendment of Certain Escrow Agreements (D.I. 6047, Filed 7/28/11).

Objection Deadline:  August 16, 2011 at 4:00 p.m. (ET).

Responses Received:  None at this time.

Related Pleadings:

    (a)    Notice of Filing of Seventy-Second Report of the Monitor of the Canadian Nortel Companies in the Canadian Proceeding (D.I. 6168, Filed 8/18/11).

Status:  The hearing on this matter will go forward.

9.    Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 Approving a Settlement Stipulation with GENBAND Inc. (D.I. 6135, Filed 8/11/11).

Objection Deadline: August 18, 2011 at 4:00 p.m. (ET).

Responses Received: None at this time.

Related Pleadings:

(a) Order Shortening Notice Relating to Debtors' Motion for Entry of an Order Approving a Settlement Stipulation With Genband Inc. (D.I. 6140, Entered 8/11/11); and

(b) Notice of Filing of Seventy-Second Report of the Monitor of the Canadian Nortel Companies in the Canadian Proceeding (D.I. 6168, Filed 8/18/11).

Status: The hearing on this matter will go forward.

10. Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363 and Fed. R. Bankr. P. 9019 for Entry of an Order Approving Adjustments to Certain Intercompany Agreements (D.I. 6137, Filed 8/11/11).

Objection Deadline: August 18, 2011 at 4:00 p.m. (ET).

Responses Received: None at this time.

Related Pleadings:

(a) Order Shortening Notice Relating To Debtors' Motion For Entry of An Order Approving Adjustments To Certain Intercompany Agreements (D.I. 6141, Entered 8/11/11); and

(b) Notice of Filing of Seventy-Second Report of the Monitor of the Canadian Nortel Companies in the Canadian Proceeding (D.I. 6168, Filed 8/18/11).

Status: The hearing on this matter will go forward.

**CONTESTED MATTER GOING FORWARD**

11. Motion of Robert Horne, James Young, and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan to Compel Discovery from the Nortel Debtors (D.I. 5631, 6/8/11).

Objection Deadline: July 5, 2011 at 4:00 p.m. (ET)

Responses Received:

(a) Statement and Reservation of Rights of the Canadian Nortel Group Regarding Motion of Robert Horne, James Young, and the Ad Hoc Group of Beneficiaries of

      the Nortel Networks U.S. Deferred Compensation Plan to Compel Discovery from the Nortel Debtors (D.I. 5864, Filed 7/5/11); and

(b)    Debtors' Objection to the Motion of Robert Horne, James Young, and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan to Compel Discovery from the Nortel Debtors (D.I. 5866, Filed 7/5/11).

Related Pleadings:

(a)    Declaration of Daniel Ray in Support of Debtors' Objection to the Motion of Robert Horne, James Young, and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan to Compel Discovery from the Nortel Debtors (D.I. 5867, Filed 7/5/11);

(b)    Declaration of Gary Storr in Support of Debtors' Objection to the Motion of Robert Horne, James Young, and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan to Compel Discovery from the Nortel Debtors (D.I. 5868, Filed 7/5/11);

(c)    Declaration of Julie Graffam Kaplan in Support of Debtors' Objection to the Motion of Robert Horne, James Young, and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan to Compel Discovery from the Nortel Debtors (D.I. 5869, Filed 7/5/11); and

(d)    Declaration of Tamara J. Britt in Support of Debtors' Objection to the Motion of Robert Horne, James Young, and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan to Compel Discovery from the Nortel Debtors (D.I. 5870, Filed 7/5/11).

Status:  The hearing on this matter will go forward.

Dated: August 19, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Chad A. Fights*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)

Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4412264.6