**Via Fax**

*(Counsel to Robert Horne)*
Robert J. Keach
Paul McDonald
Daniel J. Murphy
BERNSTEIN, SHUR, SAWYER & NELSON
100 Middle Street
Portland, ME 04104-5029
Fax: 207-774-1127

*(Counsel for Corning)*
Lee Harrington
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Fax: 617-345-1300


4346741.1