Form 210A (10/06)

# United States Bankruptcy Court
# District Of Delaware

**In re:** Nortel Networks Inc.,
**Case No.** (Jointly Administered Under Case No. 09-10138)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee:<br>**Fair Harbor Capital, LLC**<br>**As assignee of Smith, Darryl D** | Name of Transferor:<br>**Smith, Darryl D** |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known):  2683<br>Amount of Claim:  $23,530.56<br>Date Claim Filed: |
| **Fair Harbor Capital, LLC**<br>**Ansonia Finance Station**<br>**PO Box 237037**<br>**New York, NY  10023** | Name and Address of Transferor:<br><br>Smith, Darryl D<br>7414 Sand Pine Drive<br>Rowlett, TX  75089 |
| Phone:    212 967 4035<br>Last Four Digits of Acct #:      n/a | Phone:<br>Last Four Digits of Acct. #:    n/a |
| Name and Address where transferee payments should be sent (if different from above): | |
| Phone:           n/a<br>Last Four Digits of Acct #:       n/a | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/*Fredric Glass*_____   Date:_____August 19, 2011_____
         Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District Of Delaware

**In re:    Nortel Networks Inc.,**
**Case No.    (Jointly Administered Under Case No. 09-10138)**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No.  2683 (if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on August 19, 2011.

| Name of Transferee: | Name of Alleged Transferor: |
|---|---|
| **Fair Harbor Capital, LLC** | **Smith, Darryl D** |
| **As assignee of Smith, Darryl D** | |

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

Name and Address of Alleged Transferor:

Smith, Darryl D
7414 Sand Pine Drive
Rowlett, TX  75089

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objection must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                   _____
                                                                                           Clerk of the Court

DARRYL D SMITH ("Assignor"), transfers and assigns unto Fair Harbor Capital, LLC with an address at 1841 Broadway Suite 1007, New York, NY 10023, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title, and interest in, to and under the claim of Assignor as set forth in the Agreement against Nortel Networks, Inc. (the "Debtor"), in the aggregate amount of $23,530.56, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 09-10138.

IN WITNESS WHEREOF, Assignor has signed below as of the 17th day of Aug, 2011.

**DARRYL D SMITH**

By: _Darryl D. Smith_        _DARRYL D. Smith_
Signature                     Print Name/Title

**Fair Harbor Capital, LLC**

By: _[signature]_
Fred Glass

Victor Kups