# **<u>EXHIBIT A</u>**

**NORTEL EXHIBIT A-TIME DETAILS PERIOD JULY 1, 2011 THROUGH JULY 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 7/12/2011 | Call with R. Boris and Carolyn Shields of Nortel and K. O'Neill and M. Mendolaro of Cleary for the weekly claims status call. | 0.5 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 7/19/2011 | Call with R. Boris and Carolyn Shields of Nortel and K. O'Neill and M. Mendolaro of Cleary for the weekly claims status call. | 0.5 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 7/29/2011 | Call with L. Bagarella of Cleary regarding status of employee claims estimate and open items. | 1.0 | 410 | 410.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 7/13/2011 | Corresponded with M. DeCarli of MNAT regarding the filing of the monthly fee application CNO. | 0.2 | 410 | 82.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 7/21/2011 | Provided the finalized June monthly fee application to Huron managing director for his review and signoff. | 0.9 | 410 | 369.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 7/21/2011 | Reviewed and updated the June monthly fee application time and expense details. | 1.9 | 410 | 779.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 7/21/2011 | Reviewed and updated the June monthly fee application documents and exhibits. | 2.1 | 410 | 861.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 7/22/2011 | Updated the June monthly fee application exhibits per request from A. Cordo of MNAT. | 0.8 | 410 | 328.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 7/29/2011 | Updated and finalized monthly detailed time report for purposes of the fee application. | 2.5 | 410 | 1,025.00 |
| 6 | Retention and Fee Applications | James Lukenda | 7/21/2011 | Nortel-review and sign-off on June statement, materials to Huron manager | 0.3 | 725 | 217.50 |
| 7 | Disclosure Statement / Plan of Reorganization | Coley P. Brown | 7/13/2011 | Review of estimates for plan. | 1.3 | 410 | 533.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Coley P. Brown | 7/22/2011 | Reviewed claims database and docket and provided updates for the disclosure statement to C. Fischer of Cleary. | 1.3 | 410 | 533.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Coley P. Brown | 7/27/2011 | Reviewed claims database and docket and provided updates for the disclosure statement to C. Fischer of Cleary. | 1.1 | 410 | 451.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Coley P. Brown | 7/28/2011 | Reviewed claims database and docket and provided updates for the disclosure statement to C. Fischer of Cleary. | 1.2 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/13/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 0.9 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/13/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 1.1 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/13/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 1.3 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/13/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Lacks of Cleary. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/14/2011 | Requested claim reconciliations from C. Shields of Nortel to analyze overlap with new value calculations. | 0.6 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/14/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 0.7 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/14/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 0.7 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/14/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from N. Abularach of Cleary. | 0.8 | 410 | 328.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD JULY 1, 2011 THROUGH JULY 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/14/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from B. Gibbon of Cleary. | 1.2 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/14/2011 | Corresponded with B. Phelps of Nortel regarding pending preference settlements and their receipt status. | 1.2 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/14/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/14/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from S. McCoy of Cleary. | 1.5 | 410 | 615.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/15/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 0.6 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/15/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 0.6 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/15/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 0.7 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/15/2011 | Corresponded with L. Rowan and/or D. Rutledge of Nortel regarding contract documents. | 0.8 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/15/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from S. McCoy of Cleary. | 0.8 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/15/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 1.2 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/15/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from B. Gibbon of Cleary. | 1.3 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/18/2011 | Corresponded with B. Phelps of Nortel regarding pending preference settlements and their receipt status. | 0.7 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/18/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from N. Abularach of Cleary. | 1.1 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/18/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 1.1 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/18/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 1.2 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/18/2011 | Corresponded with L. Rowan and/or D. Rutledge of Nortel regarding contract documents. | 1.2 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/18/2011 | Requested claim reconciliations from C. Shields of Nortel to analyze overlap with new value calculations. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/18/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.5 | 410 | 615.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/19/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from B. Gibbon of Cleary. | 0.6 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/19/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 0.7 | 410 | 287.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD JULY 1, 2011 THROUGH JULY 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/19/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 0.7 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/19/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 0.8 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/19/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from S. McCoy of Cleary. | 1.2 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/19/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/20/2011 | Requested claim reconciliations from C. Shields of Nortel to analyze overlap with new value calculations. | 0.6 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/20/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from N. Abularach of Cleary. | 0.7 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/20/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 0.7 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/20/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 0.8 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/20/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.2 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/20/2011 | Corresponded with B. Phelps of Nortel regarding pending preference settlements and their receipt status. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/21/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 0.6 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/21/2011 | Corresponded with L. Rowan and/or D. Rutledge of Nortel regarding contract documents. | 0.9 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/21/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from D. Culver of MNAT. | 1.0 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/21/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 1.1 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/21/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Lacks of Cleary. | 1.2 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/21/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 1.3 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/22/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from S. McCoy of Cleary. | 1.2 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/22/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from B. Gibbon of Cleary. | 0.5 | 410 | 205.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/25/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from N. Abularach of Cleary. | 1.3 | 410 | 533.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD JULY 1, 2011 THROUGH JULY 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/26/2011 | Corresponded with B. Phelps of Nortel regarding pending preference settlements and their receipt status. | 0.6 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/26/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 0.6 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/26/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 0.8 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/26/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 0.8 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/26/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 0.8 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/26/2011 | Requested claim reconciliations from C. Shields of Nortel to analyze overlap with new value calculations. | 1.3 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/26/2011 | Corresponded with L. Rowan and/or D. Rutledge of Nortel regarding contract documents. | 1.3 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/26/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/27/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Lacks of Cleary. | 0.7 | 410 | 287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/27/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from B. Gibbon of Cleary. | 0.8 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/27/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from N. Abularach of Cleary. | 0.9 | 410 | 369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/27/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from S. McCoy of Cleary. | 1.1 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/27/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 0.3 | 410 | 123.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/27/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/28/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 0.6 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/28/2011 | Requested claim reconciliations from C. Shields of Nortel to analyze overlap with new value calculations. | 0.8 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/28/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.2 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/28/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 1.2 | 410 | 492.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/28/2011 | Corresponded with L. Rowan and/or D. Rutledge of Nortel regarding contract documents. | 1.3 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/28/2011 | Corresponded with B. Phelps of Nortel regarding pending preference settlements and their receipt status. | 1.4 | 410 | 574.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD JULY 1, 2011 THROUGH JULY 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/28/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 1.5 | 410 | 615.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/29/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 1.0 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 7/29/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Lacks of Cleary. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 7/1/2011 | Nortel-information review, technical and case matters reading | 0.6 | 725 | 435.00 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 7/18/2011 | Nortel-correspondence review, file update | 0.5 | 725 | 362.50 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 7/22/2011 | Nortel-conference with Huron manager, discuss updates on results, open items, workstream status | 0.3 | 725 | 217.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/20/2011 | Updated the Nortel employee claim position file and provided to R. Boris of Nortel. | 2.5 | 410 | 1,025.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/22/2011 | Updated the claim objection motion database and provided to K. O'Neill of Cleary for comments. | 2.5 | 410 | 1,025.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 7/27/2011 | Prepared an employee claim reconciliation per request from L. Bagarella of Cleary. | 2.1 | 410 | 861.00 |
| 16 | Unsecured Claim Analysis | Lee Sweigart | 7/7/2011 | Prepared a schedule of historical claims trading information per request from Cleary. | 1.0 | 555 | 555.00 |
| 25 | Case Administration | Coley P. Brown | 7/22/2011 | Call with Huron managing director to discuss the status of the engagement, staffing, and future deliverables. | 0.3 | 410 | 123.00 |
| 25 | Case Administration | James Lukenda | 7/22/2011 | Nortel-update files, correspondence, case reading matters | 0.4 | 725 | 290.00 |