# **<u>EXHIBIT B</u>**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  JULY 1, 2011 THROUGH JUL 31, 2011**

| Date | Professional | Cost Type | Description | Amount |
|------|--------------|-----------|-------------|--------|
|      |              |           |             | -      |