IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF CONNECTICUT | ) |
| | ) ss.: |
| COUNTY OF HARTFORD | ) |

AMY E. LEWIS, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as a Case Manager by Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095 and I am not a party to the above-captioned action.

2. On August 19, 2011, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

    a) the sellers of the claims as listed on the annexed Exhibit B,
    b) the buyers of the claims as listed on the annexed Exhibit C,
    c) counsel to the Debtors as listed on Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Amy E. Lewis

Sworn to before me this
19th day of August, 2011

_____
Janice E. Livingstone
Notary Public, State of Connecticut

JANICE E. LIVINGSTONE
NOTARY PUBLIC
STATE OF CONNECTICUT
My Commission Expires
August 31, 2011

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:        **Donald M. Moss**
           **PO Box 537**
           **Creedmoor, NC  27522**

Your claim, in the amount of **$52,988.55** has been transferred, unless previously expunged by Court Order, to:

**Claims Recovery Group LLC**
**92 Union Avenue**
**Cresskill, NJ  07626**

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN: BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number # **6163** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By      /s/Amy E. Lewis
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage prepaid on August 19, 2011

**EXHIBIT B**

STEPHEN G. JONES, 516 GROSVENOR DRIVE, RALEIGH, NC 27615

RITZ CARLTON HOTEL COMPANY LLC, DBA RITZ-CARLTON NEW YORK, BATTERY PARK, C/O RUDNER LAW OFFICES, 5001 SPRING VALLEY ROAD, SUITE 2, DALLAS, TX 75244

DONALD M. MOSS, PO BOX 537, CREEDMOOR, NC 27522

BRISTOL CAPITAL INC., 160 SUMMIT AVENUE, MONTVAL, NJ 07645

BLANCO ALONSO, 409 WASHINGTON AVENUE, BROOKLYN, NY 11238

EXHIBIT C

LIQUIDITY SOLUTIONS, INC., ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ  07601

FAIR HARBOR CAPITAL LLC, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY  10023

CLAIMS RECOVERY GROUP LLC, 92 UNION AVENUE, CRESSKILL, NJ  07626

ARCHON BAY CAPITAL LLC, PO BOX 14610, SURFSIDE BEACH, SC  29587, ATTN: CLAIMS PROCESSING DEPT.

EXHIBIT D

CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: JAMES BROMLEY, ONE LIBERTY PLAZA, NEW YORK, NY  10006