# EXHIBIT C

## DISBURSEMENT SUMMARY
## JUNE 1, 2011 THROUGH JUNE 30, 2011

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $11,488.19 |
| Conference Call /Telephone/Video Conferencing | $5,484.86 |
| Courier Service/Postage | $488.20 |
| Duplicating (@ $0.10 per page) | $3,532.30 |
| Facsimile – Off Site Charges | $67.29 |
| Meals/Committee Meeting Expenses | $1,886.50 |
| Travel Expenses – Airfare | $3,745.80 |
| Travel Expenses – Ground Transportation | $1,942.28 |
| Travel Expenses – Incidentals | $31.08 |
| Travel Expenses – Lodging | $4,094.46 |
| Travel Expenses – Parking | $36.00 |
| Travel Expenses – Telephone & Fax | $19.38 |
| Travel Expenses – Train Fare | $2,071.00 |
| **TOTAL** | **$34,887.34** |