# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

Attorneys at Law

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1377231 |
| ATTN: JOHN DOLITTLE | Invoice Date 08/03/11 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/11 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 01/26/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1114604 DATE: 2/16/2011 Vendor: Dial Car Voucher #: DLRVZ6A311U9 Date: 01/26/2011 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLRVZ6A311U9 Date: 01/26/2011 Name: David Botter | $49.10 |
| 02/07/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1114604 DATE: 2/16/2011 Vendor: Dial Car Voucher #: DLRVR2A321A8 Date: 02/07/2011 Name: Brad Kahn\|\|Car Service, Vendor: Dial Car Voucher #: DLRVR2A321A8 Date: 02/07/2011 Name: Brad Kahn | $66.29 |
| 04/12/11 | Travel - Ground Transportation  Cab ride from One Bryant Park to 87th and Broadway; Executive Voucher | $25.00 |
| 04/24/11 | Audio and Web Conference Services Billing Period: April 2011 VENDOR: GLOBAL CROSSING CONFERENCING; INVOICE#: 9033224269; DATE: 4/24/2011 - acct.# 0205134736 | $74.02 |
| 04/28/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY11-53062500000206 DATE: 5/27/2011 PASSENGER: BOTTER DAVID H TICKET #: 10AE2C DEPARTURE | $377.00 |

| Date | Description | Amount |
|---|---|---|
| | DATE: 05/02/2011 ROUTE: NYP WIL NYP | |
| 04/28/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY11-53062500000206 DATE: 5/27/2011 PASSENGER: BOTTER DAVID H TICKET #: 0545956230 DEPARTURE DATE: 04/28/2011 ROUTE: NYP WIL NYP | $37.00 |
| 04/28/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY11-53062500000206 DATE: 5/27/2011 PASSENGER: HODARA FRED S TICKET #: 8647721659 DEPARTURE DATE: 05/02/2011 ROUTE: NYP WIL | $212.00 |
| 04/28/11 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: MAY11-53062500000206 DATE: 5/27/2011 PASSENGER: HODARA FRED S TICKET #: E9IV6N DEPARTURE DATE: 05/02/2011 ROUTE: PHL YYZ YTZ EWR | $885.70 |
| 04/28/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY11-53062500000206 DATE: 5/27/2011 PASSENGER: HODARA FRED S TICKET #: 0545958505 DEPARTURE DATE: 04/28/2011 ROUTE: NYP WIL | $37.00 |
| 04/28/11 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: MAY11-53062500000206 DATE: 5/27/2011 PASSENGER: HODARA FRED S TICKET #: 0545958503 DEPARTURE DATE: 04/28/2011 ROUTE: PHL YYZ YTZ EWR | $37.00 |
| 04/29/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY11-53062500000206 DATE: 5/27/2011 PASSENGER: STURM JOSHUA TICKET #: 11F9DA DEPARTURE DATE: 05/02/2011 ROUTE: NYP WIL NYP | $377.00 |
| 04/29/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY11-53062500000206 DATE: 5/27/2011 PASSENGER: STURM JOSHUA TICKET #: 0545982363 DEPARTURE DATE: 04/29/2011 ROUTE: NYP WIL NYP | $37.00 |
| 05/05/11 | Travel - Ground Transportation  Cab ride from One Bryant Park to 87th and Broadway; Taxi Cab Receipt | $25.00 |
| 05/09/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAY11-53062500000206 DATE: 5/27/2011 PASSENGER: Botter David H TICKET #: 0546256898 DEPARTURE DATE: 05/09/2011 ROUTE: NYP/WIL/NYP | $37.00 |

| | | |
|---|---|---|
| 05/09/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAY11-53062500000206 DATE: 5/27/2011 PASSENGER: Hodara Fred S TICKET #: 0546256896 DEPARTURE DATE: 05/09/2011 ROUTE: NYP/WIL/NYP | $37.00 |
| 05/10/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAY11-53062500000206 DATE: 5/27/2011 PASSENGER: Botter David H TICKET #: 0546293454 DEPARTURE DATE: 05/10/2011 ROUTE: NYP/WIL/NYP | $37.00 |
| 05/10/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAY11-53062500000206 DATE: 5/27/2011 PASSENGER: Botter David H TICKET #:  DEPARTURE DATE: 05/09/2011 ROUTE: NYP/WIL/NYP | $393.00 |
| 05/10/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAY11-53062500000206 DATE: 5/27/2011 PASSENGER: Botter David H TICKET #:  DEPARTURE DATE: 05/10/2011 ROUTE: NYP/WIL/NYP | $0.00 |
| 05/10/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAY11-53062500000206 DATE: 5/27/2011 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 05/09/2011 ROUTE: NYP/WIL/NYP | $369.00 |
| 05/12/11 | Travel - Airfare Airfare and service for travel to and from New York to Toronto for Nortel hearing.; Travel to Toronto for hearing; American Airline Invoice | $1,839.70 |
| 05/16/11 | Travel - Ground Transportation Cab ride home from working late.; NYC Taxi Receipt | $13.32 |
| 05/17/11 | Travel - Ground Transportation Cab ride from One Bryant Park to 87th and Broadway; Official Taxi Receipt | $20.00 |
| 05/19/11 | Meals (100%) 5/16/2011 P Sanchez - Team meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800137; DATE: 5/19/2011 | $130.65 |
| 05/19/11 | Meals (100%) 5/17/2011 B Kahn - Professionals call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800137; DATE: 5/19/2011 | $97.44 |
| 05/19/11 | Meals (100%) 5/18/11 P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800137; DATE: 5/19/2011 | $358.47 |
| 05/23/11 | Travel - Ground Transportation Taxi fare working late | $21.33 |

| | | |
|---|---|---|
| 05/24/11 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E221A DATE: 5/28/2011 TRACKING #: 1Z02E52E6649795793; PICKUP DATE: 05/24/2011; SENDER: J. STURM/JM; RECEIVER: M. WANDER - FRASER MILNER CASGRAIN LLP; | $23.55 |
| 05/24/11 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E221A DATE: 5/28/2011 TRACKING #: 1Z02E52E6650734800; PICKUP DATE: 05/24/2011; SENDER: J. STURM/JM; RECEIVER: ALEX MCFARLANE - FRASER MILNER CASGRAIN LLP; | $23.55 |
| 05/24/11 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E221A DATE: 5/28/2011 TRACKING #: 1Z02E52E6650774428; PICKUP DATE: 05/24/2011; SENDER: J. STURM/JM; RECEIVER: MARY PICARD - FRASER MILNER CASGRAIN LLP; | $23.55 |
| 05/24/11 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E221A DATE: 5/28/2011 TRACKING #: 1Z02E52E6651573018; PICKUP DATE: 05/24/2011; SENDER: J. STURM/JM; RECEIVER: RYAN JACOBS - FRASER MILNER CASGRAIN LLP; | $23.55 |
| 05/25/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 941161 DATE: 5/29/2011 Catering Akin Gump - Mendy's at Rock Center - 05/25/2011 | $17.46 |
| 05/25/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 941161 DATE: 5/29/2011 Kahn Brad - Szechuan Gourmet - 05/25/2011 | $24.96 |
| 05/25/11 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E221A DATE: 5/28/2011 TRACKING #: 1Z02E52E5449348744; PICKUP DATE: 05/25/2011; SENDER: J. STURM/JM; RECEIVER: GILES BOOTHMAN - ARHURST LLP; | $32.80 |
| 05/25/11 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL | $32.80 |

| Date | Description | Amount |
|---|---|---|
| 05/25/11 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E221A DATE: 5/28/2011 TRACKING #: 1Z02E52E5449683033; PICKUP DATE: 05/25/2011; SENDER: J. STURM/JM; RECEIVER: PAUL BAGON - ASHURST LLP; | $32.80 |
| 05/25/11 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E221A DATE: 5/28/2011 TRACKING #: 1Z02E52E5449951752; PICKUP DATE: 05/25/2011; SENDER: J. STURM/JM; RECEIVER: ANGELA PEARSON - ASHURST LLP; | $32.80 |
| 05/25/11 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E221A DATE: 5/28/2011 TRACKING #: 1Z02E52E5450333962; PICKUP DATE: 05/25/2011; SENDER: J. STURM/JM; RECEIVER: MARCUS RINK - ASHURST LLP; | $32.80 |
| 05/25/11 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E221A DATE: 5/28/2011 TRACKING #: 1Z02E52E5451740930; PICKUP DATE: 05/25/2011; SENDER: J. STURM/JM; RECEIVER: STEVEN HULL - ASHURST LLP; | $32.80 |
| 05/25/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 671843 DATE: 6/3/2011  Vendor: Executive Royal Voucher #: 305243 Date: 05/25/2011 Name: Brad Kahn‖Car Service, Vendor: Executive Royal Voucher #: 305243 Date: 05/25/2011 Name: Brad Kahn | $26.93 |
| 05/26/11 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: HELYAR RACHEL L; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $11.25 |
| 05/26/11 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: HELYAR RACHEL L; Charge Type: SEARCHES; Quantity: 2.0 | $262.80 |
| 05/26/11 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: HELYAR RACHEL L; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $11.25 |
| 05/26/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR RACHEL L; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $11.25 |
| 05/26/11 | Computerized Legal Research - Lexis | $72.90 |

| Date | Description | Amount |
|---|---|---|
| 05/26/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR RACHEL L; Charge Type: SEARCHES; Quantity: 1.0 | $67.50 |
| 05/26/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR RACHEL L; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 6.0 | $19.58 |
| 05/26/11 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: HELYAR RACHEL L; Charge Type: LEGAL CITATION SERVICES; Quantity: 3.0 | $8.60 |
| 05/26/11 | Meals - Business Refreshments during working lunch; F. Hodara, Akin attorneys; Starbucks | |
| 05/27/11 | Computerized Legal Research - Lexis Service: COLLIER SERVICE; Employee: HELYAR RACHEL L; Charge Type: SEARCHES; Quantity: 1.0 | $193.50 |
| 05/27/11 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: HELYAR RACHEL L; Charge Type: SEARCHES; Quantity: 1.0 | $131.40 |
| 05/27/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR RACHEL L; Charge Type: SEARCHES; Quantity: 1.0 | $72.90 |
| 05/27/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR RACHEL L; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 5.0 | $56.25 |
| 05/27/11 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E221A DATE: 5/28/2011 TRACKING #: 1Z02E52E5449348744; PICKUP DATE: 05/27/2011; SENDER: J. STURM/JM; RECEIVER: Unknown - Unknown; | $46.00 |
| 05/27/11 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E221A DATE: 5/28/2011 TRACKING #: 1Z02E52E5449683033; PICKUP DATE: 05/27/2011; SENDER: J. STURM/JM; RECEIVER: Unknown - Unknown; | $46.00 |
| 05/27/11 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E221A DATE: 5/28/2011 TRACKING #: 1Z02E52E5449951752; PICKUP DATE: 05/27/2011; SENDER: J. STURM/JM; RECEIVER: Unknown - Unknown; | $46.00 |
| 05/27/11 | Courier Service/Messenger Service- Off | $46.00 |

| Date | Description | Amount |
|---|---|---|
| 05/27/11 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E221A DATE: 5/28/2011 TRACKING #: 1Z02E52E5450333962; PICKUP DATE: 05/27/2011; SENDER: J. STURM/JM; RECEIVER: Unknown - Unknown; | $46.00 |
| | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E221A DATE: 5/28/2011 TRACKING #: 1Z02E52E5451740930; PICKUP DATE: 05/27/2011; SENDER: J. STURM/JM; RECEIVER: Unknown - Unknown; | |
| 05/30/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 671843 DATE: 6/3/2011  Vendor: Executive Royal Voucher #: RVS2A391E8 Date: 05/30/2011 Name: Monica Duda\|\|Car Service, Vendor: Executive Royal Voucher #: RVS2A391E8 Date: 05/30/2011 Name: Monica Duda | $26.93 |
| 05/30/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR  RACHEL  L; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $11.25 |
| 05/31/11 | Computerized Legal Research - Westlaw User: DUDA,MONICA Date: 5/31/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $1,169.56 |
| 05/31/11 | Computerized Legal Research - Westlaw User: VONDLE,DAVID Date: 5/31/2011 AcctNumber: 1000532285 ConnectTime: 0.0 | $21.32 |
| 05/31/11 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: HELYAR  RACHEL  L; Charge Type: DOCUMENT PRINTING; Quantity: 2.0 | $22.50 |
| 05/31/11 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: HELYAR  RACHEL  L; Charge Type: SEARCHES; Quantity: 1.0 | $131.40 |
| 05/31/11 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: HELYAR  RACHEL  L; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $11.25 |
| 05/31/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR  RACHEL  L; Charge Type: DOCUMENT PRINTING; Quantity: 6.0 | $67.50 |
| 05/31/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; | $218.70 |

| Date | Description | Amount |
|---|---|---|
| 05/31/11 | Employee: HELYAR RACHEL L; Charge Type: SEARCHES; Quantity: 3.0 Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR RACHEL L; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 7.0 | $78.75 |
| 05/31/11 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: HELYAR RACHEL L; Charge Type: LEGAL CITATION SERVICES; Quantity: 2.0 | $13.05 |
| 05/31/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 948585 DATE: 6/5/2011 Sturm Joshua - Wolf & Lamb Kosher Steakhouse - 05/31/2011 | $34.57 |
| 06/01/11 | Duplication - In House Photocopy - Duda, Monica, NY, 8 page(s) | $0.80 |
| 06/01/11 | Duplication - In House Photocopy - Duda, Monica, NY, 2 page(s) | $0.20 |
| 06/01/11 | Duplication - In House Photocopy - Duda, Monica, NY, 4 page(s) | $0.40 |
| 06/01/11 | Duplication - In House Photocopy - Singer, Frank, NY, 514 page(s) | $51.40 |
| 06/01/11 | Duplication - In House Photocopy - User # 990100, NY, 39 page(s) | $3.90 |
| 06/01/11 | Computerized Legal Research - Westlaw User: DUDA,MONICA Date: 6/1/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $228.08 |
| 06/01/11 | Computerized Legal Research - Westlaw User: DUDA,MONICA Date: 6/1/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $2,215.05 |
| 06/01/11 | Computerized Legal Research - Westlaw User: SINGER,FRANCIS Date: 6/1/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $76.80 |
| 06/01/11 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: HELYAR RACHEL L; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $11.25 |
| 06/01/11 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: HELYAR RACHEL L; Charge Type: SEARCHES; Quantity: 2.0 | $262.80 |
| 06/01/11 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: HELYAR RACHEL L; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 4.0 | $45.00 |
| 06/01/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR RACHEL L; Charge Type: DOCUMENT PRINTING; Quantity: 6.0 | $67.50 |

| Date | Description | Amount |
|---|---|---|
| 06/01/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR RACHEL L; Charge Type: SEARCHES; Quantity: 4.0 | $390.60 |
| 06/01/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR RACHEL L; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 12.0 | $135.00 |
| 06/01/11 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: HELYAR RACHEL L; Charge Type: LEGAL CITATION SERVICES; Quantity: 5.0 | $32.63 |
| 06/01/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 672222 DATE: 6/10/2011<br>Vendor: Executive Royal Voucher #: 325781 Date: 06/01/2011 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 325781 Date: 06/01/2011 Name: Fred Hodara | $33.58 |
| 06/01/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 672222 DATE: 6/10/2011<br>Vendor: Executive Royal Voucher #: RV04A391B8 Date: 06/01/2011 Name: Monica Duda\|\|Car Service, Vendor: Executive Royal Voucher #: RV04A391B8 Date: 06/01/2011 Name: Monica Duda | $26.93 |
| 06/01/11 | Telephone - Long Distance Hotel charge for telephone calls and faxes send and received.; The Westin Hotel Receipt | $1,084.15 |
| 06/01/11 | Facsimile - Off Site The Westin Hotel Receipt | $67.29 |
| 06/01/11 | Travel - Incidentals - Out-of-Town Travel The Westin Hotel Receipt | $31.08 |
| 06/01/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 948585 DATE: 6/5/2011<br>Catering Akin Gump - Mendy's at Rock Center - 06/01/2011 | $17.46 |
| 06/01/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 948585 DATE: 6/5/2011<br>Sturm Joshua - Abigaels on Broadway - 06/01/2011 | $32.15 |
| 06/02/11 | Duplication - In House Photocopy - Caleca, Ali, NY, 447 page(s) | $44.70 |
| 06/02/11 | Duplication - In House Photocopy - Caleca, Ali, NY, 119 page(s) | $11.90 |
| 06/02/11 | Computerized Legal Research - Westlaw User: CALECA,ALEXANDRA Date: | $24.53 |

| Date | Description | Amount |
|---|---|---|
| 06/02/11 | Computerized Legal Research - Westlaw User: DUDA,MONICA Date: 6/2/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $172.47 |
| 06/02/11 | Computerized Legal Research - Westlaw User: SINGER,FRANCIS Date: 6/2/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $40.53 |
| 06/02/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: SINGER FRANK; Charge Type: DOCUMENT PRINTING; Quantity: 2.0 | $22.50 |
| 06/02/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: SINGER FRANK; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0 | $22.50 |
| 06/02/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR RACHEL L; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $11.25 |
| 06/02/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR RACHEL L; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 4.0 | $45.00 |
| 06/02/11 | Document Production - In House REQUESTOR: A CALECA; DESCRIPTION: COLOR COPIES; QUANTITY: 566; DATE ORDERED: 6/2/11 | $56.60 |
| 06/02/11 | Meals (100%) 6/1/11 T Duval`- Professionals call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800139; DATE: 6/2/2011 | $100.60 |
| 06/02/11 | Meals (100%) 6/1/11 P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800139; DATE: 6/2/2011 | $309.48 |
| 06/02/11 | Meals (100%) 6/2/11 P Sanchez - Team meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800139; DATE: 6/2/2011 | $358.47 |
| 06/02/11 | Travel - Ground Transportation Cab ride home from 1 Bryant Park to 50 Franklin Street from working late.; NYC Taxi Cab | $12.30 |
| 06/02/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 672222 DATE: 6/10/2011 | $26.93 |

| | | |
|---|---|---|
| | Vendor: Executive Royal Voucher #: RVY5A391B8 Date: 06/02/2011 Name: Monica Duda\|\|Car Service, Vendor: Executive Royal Voucher #: RVY5A391B8 Date: 06/02/2011 Name: Monica Duda | |
| 06/03/11 | Duplication - In House Photocopy - Singer, Frank, NY, 2686 page(s) | $268.60 |
| 06/03/11 | Duplication - In House Photocopy - Singer, Frank, NY, 1578 page(s) | $157.80 |
| 06/03/11 | Duplication - In House Photocopy - Singer, Frank, NY, 1537 page(s) | $153.70 |
| 06/03/11 | Duplication - In House Photocopy - Singer, Frank, NY, 1440 page(s) | $144.00 |
| 06/03/11 | Duplication - In House Photocopy - Singer, Frank, NY, 497 page(s) | $49.70 |
| 06/03/11 | Duplication - In House Photocopy - Singer, Frank, NY, 714 page(s) | $71.40 |
| 06/03/11 | Duplication - In House Photocopy - Caleca, Ali, NY, 1438 page(s) | $143.80 |
| 06/03/11 | Duplication - In House Photocopy - Caleca, Ali, NY, 4962 page(s) | $496.20 |
| 06/03/11 | Computerized Legal Research - Westlaw User: LANPHEAR,LESLIE Date: 6/3/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $136.58 |
| 06/03/11 | Computerized Legal Research - Westlaw User: SINGER,FRANCIS Date: 6/3/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $264.72 |
| 06/03/11 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 6/3/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $163.83 |
| 06/03/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: SINGER FRANK; Charge Type: DOCUMENT PRINTING; Quantity: 3.0 | $33.75 |
| 06/03/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: SINGER FRANK; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 3.0 | $33.75 |
| 06/03/11 | Computerized Legal Research - Lexis Service: COLLIER SERVICE; Employee: LANPHEAR LESLIE; Charge Type: SEARCHES; Quantity: 1.0 | $193.50 |
| 06/03/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: LANPHEAR LESLIE; Charge Type: DOCUMENT PRINTING; Quantity: 2.0 | $22.50 |
| 06/03/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: LANPHEAR LESLIE; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0 | $22.50 |

| Date | Description | Amount |
|---|---|---|
| 06/05/11 | Computerized Legal Research - Westlaw User: CUATT,JENNIFER Date: 6/5/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $88.43 |
| 06/05/11 | Computerized Legal Research - Lexis Service: NEXIS SERVICE; Employee: STURM JOSHUA; Charge Type: SEARCHES; Quantity: 3.0 | $169.20 |
| 06/05/11 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: HELYAR RACHEL L; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $11.25 |
| 06/05/11 | Audio and Web Conference Services VENDOR: DERAVENTURES, INC; INVOICE#: 06001-54901-11; DATE: 6/5/2011 | $4,326.69 |
| 06/05/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1121270 DATE: 6/22/2011 Vendor: Dial Car Voucher #: DLA3344712 Date: 06/05/2011 Name: Lisa Beckerman‖Car Service, Vendor: Dial Car Voucher #: DLA3344712 Date: 06/05/2011 Name: Lisa Beckerman | $65.95 |
| 06/05/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 948585 DATE: 6/5/2011 Cuatt Jennifer - Blockheads Burritos 34th/3rd) - 06/05/2011 | $14.52 |
| 06/06/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 6/6/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $556.55 |
| 06/06/11 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 6/6/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $38.40 |
| 06/06/11 | Computerized Legal Research - Lexis Service: BRIEFS PLEADINGS MOTIONS; Employee: STURM JOSHUA; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $58.50 |
| 06/06/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: STURM JOSHUA; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 4.0 | $45.00 |
| 06/06/11 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: STURM JOSHUA; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $6.53 |
| 06/06/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 952387 | $13.92 |

| Date | Description | Amount |
|---|---|---|
| | DATE: 6/12/2011 Kahn Brad - Chop't Creative Salad Co. Times Square) - 06/06/2011 | |
| 06/06/11 | Travel - Airfare  AA; Frosch Travel | $958.40 |
| 06/06/11 | Travel - Ground Transportation  Philly Airport to Hotel; Eagle Chauffeured Services | $112.32 |
| 06/06/11 | Travel - Telephone & Fax  Gogo Inflight Internet | $5.36 |
| 06/06/11 | Travel - Lodging (Hotel, Apt, Other) Hotel stay re: next day court hearing.; Hotel DuPont - Wilmington; Nortel - Hotel DuPont - Wilmington | $581.90 |
| 06/06/11 | Meals - Business  Hotel meals (6/6-7/2011).; D. Botter; Nortel - Hotel DuPont - Meals | $6.00 |
| 06/06/11 | Travel - Ground Transportation  Taxi from Train Station to Dupon Hotel re: Nortel; Elite Taxi Service Receipt | $9.00 |
| 06/06/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1120814 DATE: 6/15/2011 Vendor: Dial Car Voucher #: DLA3326479 Date: 06/06/2011 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3326479 Date: 06/06/2011 Name: David Botter | $144.69 |
| 06/06/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1121270 DATE: 6/22/2011 Vendor: Dial Car Voucher #: DLRVL9A39169 Date: 06/06/2011 Name: Brad Kahn\|\|Car Service, Vendor: Dial Car Voucher #: DLRVL9A39169 Date: 06/06/2011 Name: Brad Kahn | $40.23 |
| 06/06/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1121270 DATE: 6/22/2011 Vendor: Dial Car Voucher #: DLRVM9A39159 Date: 06/06/2011 Name: Brad Kahn\|\|Car Service, Vendor: Dial Car Voucher #: DLRVM9A39159 Date: 06/06/2011 Name: Brad Kahn | $40.23 |
| 06/06/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 672457 DATE: 6/17/2011 Vendor: Executive Royal Voucher #: RV09A39179 Date: 06/06/2011 Name: Abid Qureshi\|\|Car Service, Vendor: Executive Royal Voucher #: RV09A39179 Date: 06/06/2011 Name: Abid Qureshi | $66.50 |
| 06/06/11 | Travel - Lodging (Hotel, Apt, Other) Overnight stay at Hotel Dupont in Delaware while meeting with client; Lodging, State Lodging Tax and City Tax; Hotel Dupont | $581.90 |

| Date | Description | Amount |
|---|---|---|
| 06/06/11 | Travel - Ground Transportation Cab from train to hotel; Quality Ride Taxi Service | $10.00 |
| 06/06/11 | Meals - Business Meal before meeting; F. Hodara; Hotel Dupont | $13.95 |
| 06/06/11 | Travel - Lodging (Hotel, Apt, Other) Meeting attendance; Meeting attendance; Hotel Dupont | $581.90 |
| 06/06/11 | Travel - Ground Transportation Cab ride from Toronto Airport to Downtown Toronto; Aerofleet Cab Service | $66.51 |
| 06/06/11 | Travel - Lodging (Hotel, Apt, Other) Hotel's room and tax charge.; Hotel stay while working on case; Le Meridien King Edward Receipt | $311.51 |
| 06/06/11 | Meals - Business Hotel charge for breakfast; Breakfast ordered while at hotel; Le Meridien King Edward Receipt | $33.43 |
| 06/07/11 | Duplication - In House Photocopy - Sturm, Joshua, NY, 114 page(s) | $11.40 |
| 06/07/11 | Computerized Legal Research - Westlaw User: DUDA,MONICA Date: 6/7/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $24.32 |
| 06/07/11 | Travel - Ground Transportation Wilmington to Philly; Dan's Taxi | $85.00 |
| 06/07/11 | Travel - Lodging (Hotel, Apt, Other) DuPont; Hotel Dupont | $581.90 |
| 06/07/11 | Meals - Business S. Schultz; Hotel Dupont | $23.40 |
| 06/07/11 | Meals - Business Dinner for David Botter and Brad Kahn.; D. Botter, B. Kahn; Nortel - Amtrak | $21.75 |
| 06/07/11 | Meals - Business Drinks for David Botter, Fred Hodara, Larry Miller (client).; D. Botter, F. Hodara, L. Miller; Nortel - Brew Ha Ha - Wilmington | $6.00 |
| 06/07/11 | Travel - Train Fare Amtrak fee for return ticket from Wilmington, Delaware to New York.; Nortel - Amtrak | $84.00 |
| 06/07/11 | Travel - Lodging (Hotel, Apt, Other) Lodging at Dupont Hotel re: Nortel; Hotel Dupont Invoice | $581.90 |
| 06/07/11 | Travel - Train Fare VENDOR: AMERICAN EXPRESS INVOICE#: 2143556 DATE: 6/7/2011 NAME: SCHULTZ SARAH ANN TICKET #: 0547161715 DEPARTURE DATE: 06/07/2011 ROUTE: WAS NYP WAS | $37.00 |
| 06/07/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1121270 DATE: 6/22/2011 Vendor: Dial Car Voucher #: DLA3412375 Date: 06/07/2011 Name: Lisa Beckerman||Car Service, Vendor: Dial Car Voucher #: DLA3412375 Date: 06/07/2011 Name: Lisa Beckerman | $65.95 |

| Date | Description | Amount |
|---|---|---|
| 06/07/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1121270 DATE: 6/22/2011 Vendor: Dial Car Voucher #: DLA3451651 Date: 06/07/2011 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3451651 Date: 06/07/2011 Name: Abid Qureshi | $88.59 |
| 06/07/11 | Travel - Ground Transportation Taxi service from Hotel Dupont to Bankruptcy Court in Delaware; Bob's Transport | $6.00 |
| 06/07/11 | Travel - Ground Transportation Cab ride from Courthouse to Airport; Ambassador Cab Receipt | $60.00 |
| 06/08/11 | Duplication - In House Photocopy - Caleca, Ali, NY, 6682 page(s) | $668.20 |
| 06/08/11 | Duplication - In House Photocopy - Caleca, Ali, NY, 5096 page(s) | $509.60 |
| 06/08/11 | Computerized Legal Research - Westlaw User: SLAVIN,RISA Date: 6/8/2011 AcctNumber: 1000045367 ConnectTime: 0.0 | $273.40 |
| 06/08/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR RACHEL L; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $11.25 |
| 06/08/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 952387 DATE: 6/12/2011 Brauner Sara - Fuel Grill & Juice Bar - 06/08/2011 | $16.15 |
| 06/08/11 | Travel - Airfare Flight Change - Agent Fee; AA - Agent Fee; Frosch Travel | $25.00 |
| 06/08/11 | Travel - Telephone & Fax Gogo Inflight Internet | $14.02 |
| 06/08/11 | Travel - Parking Parking at DFW; NTTA | $36.00 |
| 06/08/11 | Travel - Lodging (Hotel, Apt, Other) Marrriott; Marriott Hotel | $344.45 |
| 06/08/11 | Meals - Business S. Schultz; Marriott Hotel | $18.56 |
| 06/08/11 | Travel - Lodging (Hotel, Apt, Other) Hotel Dupont re: Nortel | $529.00 |
| 06/08/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1121270 DATE: 6/22/2011 Vendor: Dial Car Voucher #: DLA3457701 Date: 06/08/2011 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3457701 Date: 06/08/2011 Name: David Botter | $123.94 |
| 06/08/11 | Travel - Ground Transportation Taxi service from train station to home; Yellow cab | $14.60 |
| 06/08/11 | Travel - Ground Transportation Taxi service from home to office (was carrying heavy documents); Yellow cab | $19.00 |

| Date | Description | Amount |
|---|---|---|
| 06/09/11 | Duplication - In House Photocopy - Brauner, Sara, NY, 182 page(s) | $18.20 |
| 06/09/11 | Duplication - In House Photocopy - Brauner, Sara, NY, 274 page(s) | $27.40 |
| 06/09/11 | Computerized Legal Research - Westlaw User: SLAVIN,RISA Date: 6/9/2011 AcctNumber: 1000045367 ConnectTime: 0.0 | $796.04 |
| 06/09/11 | Computerized Legal Research - Westlaw User: DUDA,MONICA Date: 6/9/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $554.19 |
| 06/09/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: SLAVIN RISA; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0 | $22.50 |
| 06/09/11 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: SLAVIN RISA; Charge Type: LEGAL CITATION SERVICES; Quantity: 107.0 | $698.18 |
| 06/09/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 952387 DATE: 6/12/2011 Brauner Sara - Crisp - 06/09/2011 | $15.83 |
| 06/09/11 | Meals - Business S. Woodell; Press Box Grill | $25.00 |
| 06/12/11 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 6/12/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $91.83 |
| 06/12/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: STURM JOSHUA; Charge Type: DOCUMENT PRINTING; Quantity: 2.0 | $22.50 |
| 06/12/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: STURM JOSHUA; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $11.25 |
| 06/13/11 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 2256 page(s) | $225.60 |
| 06/13/11 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 1272 page(s) | $127.20 |
| 06/13/11 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 876 page(s) | $87.60 |
| 06/13/11 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 468 page(s) | $46.80 |
| 06/13/11 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 6/13/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $197.86 |
| 06/13/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR RACHEL L; | $22.50 |

| Date | Description | Amount |
|---|---|---|
| 06/13/11 | Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0 Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1121270 DATE: 6/22/2011 Vendor: Dial Car Voucher #: DLA3415516 Date: 06/13/2011 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3415516 Date: 06/13/2011 Name: David Botter | $126.99 |
| 06/13/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 672457 DATE: 6/17/2011 Vendor: Executive Royal Voucher #: 321996 Date: 06/13/2011 Name: Stephen Kuhn‖Car Service, Vendor: Executive Royal Voucher #: 321996 Date: 06/13/2011 Name: Stephen Kuhn | $126.21 |
| 06/13/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 672457 DATE: 6/17/2011 Vendor: Executive Royal Voucher #: RVHWA3A13A Date: 06/13/2011 Name: Annie Ellis‖Car Service, Vendor: Executive Royal Voucher #: RVHWA3A13A Date: 06/13/2011 Name: Annie Ellis | $92.34 |
| 06/13/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 953936 DATE: 6/19/2011 Sturm Joshua - Abigaels on Broadway - 06/13/2011 | $32.15 |
| 06/13/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 953936 DATE: 6/19/2011 Bleiberg Steven - Ajisai Japanese Restaurant - 06/13/2011 | $26.75 |
| 06/13/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 953936 DATE: 6/19/2011 Miller Eli - Chopsticks House - 06/13/2011 | $16.07 |
| 06/13/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 953936 DATE: 6/19/2011 Brauner Sara - Fuel Grill & Juice Bar - 06/13/2011 | $17.79 |
| 06/13/11 | Document Production - In House REQUESTOR: J STURM; DESCRIPTION: COLOR COPIES; QUANTITY: 552; DATE ORDERED: 6/13/11 | $55.20 |

| Date | Description | Amount |
|---|---|---|
| 06/13/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1121705 DATE: 6/29/2011 Vendor: Dial Car Voucher #: DLA3398295 Date: 06/13/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3398295 Date: 06/13/2011 Name: Lisa Beckerman | $65.95 |
| 06/14/11 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 312 page(s) | $31.20 |
| 06/14/11 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 32 page(s) | $3.20 |
| 06/14/11 | Duplication - In House Photocopy - Kuhn, Stephen, NY, 32 page(s) | $3.20 |
| 06/14/11 | Computerized Legal Research - Westlaw User: CALECA,ALEXANDRA Date: 6/14/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $129.91 |
| 06/14/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1121270 DATE: 6/22/2011 Vendor: Dial Car Voucher #: DLA3451206 Date: 06/14/2011 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3451206 Date: 06/14/2011 Name: David Botter | $123.94 |
| 06/14/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 953936 DATE: 6/19/2011 Ellis Annie - ABI Sushi - 06/14/2011 | $13.72 |
| 06/14/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 953936 DATE: 6/19/2011 Catering Akin Gump - Mendy's at Rock Center - 06/14/2011 | $17.46 |
| 06/15/11 | Duplication - In House Photocopy - Caleca, Ali, NY, 148 page(s) | $14.80 |
| 06/15/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR RACHEL L; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $11.25 |
| 06/15/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR RACHEL L; Charge Type: SEARCHES; Quantity: 1.0 | $68.40 |
| 06/15/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: HELYAR RACHEL L; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 3.0 | $33.75 |
| 06/15/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 953936 DATE: 6/19/2011 Sturm Joshua - Wolf & Lamb Kosher | $34.57 |

| Date | Description | Amount |
|---|---|---|
| 06/16/11 | Steakhouse - 06/15/2011<br>Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 6/16/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $9.07 |
| 06/16/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: DOCUMENT PRINTING; Quantity: 4.0 | $45.00 |
| 06/16/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: SEARCHES; Quantity: 1.0 | $126.90 |
| 06/16/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 3.0 | $33.75 |
| 06/19/11 | Travel - Ground Transportation Office to home; NYC Taxi | $14.70 |
| 06/21/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 958204 DATE: 6/26/2011 Sturm Joshua - Colbeh Glatt Kosher Restaurant - 06/21/2011 | $29.17 |
| 06/22/11 | Duplication - In House Photocopy - Caleca, Ali, NY, 476 page(s) | $47.60 |

Current Expenses     $34,887.34