# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD JUNE 1, 2011 THROUGH JUNE 30, 2011

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 12 years; Admitted in 1989; Financial Restructuring Department | $975 | 73.20 | $71,370.00 |
| David H. Botter | Partner for 10 years; Admitted in 1990; Financial Restructuring Department | $900 | 185.50 | $166,950.00 |
| Paul B. Hewitt | Partner for 28 years; Admitted in 1974; Litigation Department | $795 | 19.40 | $15,423.00 |
| L. Rachael Helyar | Partner for 7 years; Admitted in 1995; Litigation Department | $620 | 47.30 | $29,326.00 |
| Fred S. Hodara | Partner for 22 years; Admitted in 1982; Financial Restructuring Department | $990 | 110.10 | $108,999.00 |
| Karol A. Kepchar | Partner for 10 years; Admitted in 1992; Intellectual Property Department | $700 | 38.70 | $27,090.00 |
| Stephen B. Kuhn | Partner for 11 years; Admitted in 1991; Corporate Department | $790 | 144.30 | $113,997.00 |
| Robert H. Pees | Partner for 15 years; Admitted in 1988; Litigation Department | $805 | 3.80 | $3,059.00 |
| Abid Qureshi | Partner for 4 years; Admitted in 1995; Financial restructuring Department | $790 | 38.45 | $30,375.50 |
| Sarah Link Schultz | Partner for 2 years; Admitted in 2001; Financial Restructuring Department | $700 | 45.90 | $32,130.00 |
| Bruce E. Simonetti | Partner for 7 years; Admitted in 1995; ERISA Department | $795 | 6.80 | $5,406.00 |
| Austin S. Lilling | Senior Counsel for 1 year; Admitted in 2001; Tax Department | $610 | 7.80 | $4,758.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Kevin M. Rowe | Senior Counsel for 11 years; Admitted in 1985; Tax Department | $690 | 37.80 | $26,082.00 |
| David T. Blonder | Counsel for 3 years; Admitted in 2001; Antitrust & Unfair Competition Department | $560 | 32.00 | $17,920.00 |
| Monica T. Duda | Counsel for 2 years; Admitted in 2002; Litigation Department | $585 | 21.70 | $12,694.50 |
| Tony D. Feuerstein | Counsel for 3 years; Admitted in 2003; Corporate Department | $610 | 128.80 | $78,568.00 |
| Daniel H. Fisher | Counsel for 1 year; Admitted in 2006; Litigation Department | $560 | 8.20 | $4,592.00 |
| Amit Kurlekar | Counsel for 3 years; Admitted in 2002; Litigation Department | $560 | 61.40 | $34,384.00 |
| Alana S. Martell | Counsel for 2 years; Admitted in 2004; Corporate Department | $610 | 10.80 | $6,588.00 |
| Kevin M. Tagami | Counsel for 2 years; Admitted in 2002; Corporate Department | $610 | 8.30 | $5,063.00 |
| Christopher T. Timura | Counsel for 1 year; Admitted in 2004; International Trade Department | $540 | 1.70 | $918.00 |
| David C. Vondle | Counsel for 3 years; Admitted in 2003; Intellectual Property Department | $560 | 59.40 | $33,264.00 |
| Graeme D. Bell | International Law Advisor for 3 years; Admitted in 2003; Financial Restructuring Department | $600 | 45.70 | $27,420.00 |
| Steven J. Bleiberg | Associate for 1 year; Admitted in 2009; Corporate Department | $360 | 8.10 | $2,916.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Sara L. Brauner | Associate for 1 year; Admitted in 2011; Financial Restructuring Department | $360 | 48.40 | $17,424.00 |
| Brad M. Kahn | Associate for 4 years; Admitted in 2008; Financial Restructuring Department | $510 | 182.40 | $93,024.00 |
| Eli N. Miller | Associate for 3 years; Admitted in 2009; Corporate Department | $660 | 8.20 | $3,772.00 |
| Joshua Y. Sturm | Associate for 5 years; Admitted in 2007; Financial Restructuring Department | $550 | 189.85 | $104,417.50 |
| Sarah J. Woodell | Associate for 1 year; Admitted in 2010; Financial Restructuring Department | $335 | 44.10 | $14,773.50 |
| Jennifer L. Woodson | Associate for 2 years; Admitted in 2010; Tax department | $400 | 20.90 | $8,360.00 |
| Julia P. Cohen | Law Clerk; Second Year Law Student | $325 | 3.30 | $1,072.50 |
| Matthew C. Fagen | Law Clerk; Second Year Law Student | $325 | 11.20 | $3,640.00 |
| Kyle P. Hogan | Law Clerk; Second Year Law Student | $325 | 2.00 | $650.00 |
| Alexandra R. Caleca | Legal Assistant for 2 years; Financial Restructuring Department | $210 | 24.70 | $5,187.00 |
| Jennifer L. Cuatt | Legal Assistant for 5 years; Litigation Department | $205 | 4.00 | $820.00 |
| Brenda R. Kemp | Legal Assistant for 13 years; Financial Restructuring Department | $210 | 5.40 | $1,134.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 21 years; Financial Restructuring Department | $230 | 5.60 | $1,288.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Francis A. Singer | Legal Assistant for 33 years; Litigation Department | $250 | 22.60 | $5,650.00 |
| Risa J. Slavin | Legal Assistant for 23 years; Litigation Department | $230 | 14.00 | $3,220.00 |
| Tracy Southwell | Legal Assistant for 18 years; Financial Restructuring Department | $230 | 2.30 | $529.00 |
| Peter J. Sprofera | Legal Assistant for 35 years; Financial Restructuring Department | $265 | 11.10 | $2,941.50 |

Total Amount of Fees:     $1,127,196.00
Total Number of Hours:   1,745.20
Blended Hourly Rate:      $645.88