# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*,[1] | Case No. 09-10138 (KG)<br>Jointly Administered |
| Debtors. | **Re: Docket No. _____** |
| Nortel Networks Inc., | |
| Plaintiff, | |
| v. | Adv. No. 10-55391-KG |
| Nokia Siemens Networks US LLC and<br>Nokia Siemens Networks Oy, | |
| Defendants. | **Re: Docket No. _____** |

## ORDER

AND NOW, upon consideration of the *Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement by and Between Nortel Networks, Inc. and Nokia Siemens Networks US LLC and Nokia Siemens Networks Oy* (the "Motion"), and after opportunity to respond thereto, it is hereby

ORDERED that the Stipulation[2] is hereby approved; and it is further

---

[1] In addition to Nortel Networks Inc., the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA"). Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

[2] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Motion.

2

ORDERED that the Debtors are authorized to take all actions reasonably appropriate to perform their obligations under the Stipulation; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: August _____, 2011

_____
HONORABLE KEVIN GROSS,
United States Bankruptcy Judge