IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NORTEL NETWORKS INC., *et al.*,[1] | : Case No. 09-10138 (KG) |
| | : Jointly Administered |
| Debtors. | : |
| | : |
| NORTEL NETWORKS INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Adv. Pro. No. 10-55391 (KG) |
| | : |
| NOKIA SIEMENS NETWORKS US LLC and NOKIA SIEMENS NETWORKS OY, | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, Sarah R. Stafford, Esquire, hereby certify that on August 19, 2011, a true and correct copy of the foregoing document was served on all parties registered to receive service on the electronic notification list as maintained by the Court, and via Hand Delivery or Regular Mail upon the following parties:

| *Via Hand Delivery* | *Via Hand Delivery* |
|---|---|
| Kevin Callahan, Esquire<br>Office of the U.S. Trustee<br>844 King Street Suite 2207<br>Wilmington, DE 19801 | Christopher M. Samis, Esquire<br>Drew G. Sloan, Esquire<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE 19801<br>*Counsel to the Official Committee of Unsecured Creditors* |

---

[1] In addition to Nortel Networks Inc., the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA"). Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

| *Via Regular Mail* | *Via Hand Delivery* |
|---|---|
| Fred S. Hodara, Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY  10036<br>*Counsel to the Official Committee of Unsecured Creditors* | Norman M. Monhait<br>Rosenthal, Monhait & Goddess, P.A.<br>919 Market Street, Suite 1401<br>Wilmington, DE  19801<br>*Counsel to Nokia Siemens Networks US LLC and Nokia Siemens Networks Oy* |
| *Via Regular Mail*<br>Thomas R. Kreller<br>Milbank, Tweed, Hadley & McCloy LLP<br>601 South Figueroa St., Suite 3000<br>Los Angeles, CA  90017<br>*Counsel for the Bondholder Group* | *Via Hand Delivery*<br>Laura Davis Jones, Esquire<br>Kathleen P. Makowski, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE  19801<br>*Counsel for the Bondholder Group* |

Dated: August 19, 2011

                                                BENESCH, FRIEDLANDER, COPLAN
                                                    & ARONOFF LLP

By:     */s/ Sarah R. Stafford*
        Raymond H. Lemisch, Esquire (No. 4204)
        Jennifer R. Hoover, Esquire (No. 5111)
        Sarah R. Stafford, Esquire (No. 5234)
        222 Delaware Ave., Suite 801
        Wilmington, DE 19801
        302-442-7010 (telephone)
        302-442-7012 (facsimile)
        rlemisch@beneschlaw.com
        jhoover@beneschlaw.com
        sstafford@beneschlaw.com

*Attorneys for the Debtors*

6776733_1.DOC