IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| NORTEL NETWORKS INC., *et al.*,[1] : | Case No. 09-10138 (KG) |
| : | Jointly Administered |
| Debtors. : | |
| : | |
| NORTEL NETWORKS INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Adv. Pro. No. 10-55391 (KG) |
| : | |
| NOKIA SIEMENS NETWORKS US LLC and : | |
| NOKIA SIEMENS NETWORKS OY, : | **Hearing Date: September 6, 2011 at 10:00 a.m. (ET)** |
| : | **Objection Deadline: August 30, 2011 at 4:00 p.m. (ET)** |
| Defendants. : | |
| : | **Re: Docket No. 6184** |

## NOTICE OF MOTION

TO:  (1) the Office of the United States Trustee; (2) counsel to the Committee; (3) counsel for the Bondholder Group; (4) counsel for the Canadian Debtors; (5) counsel for Nokia Siemens Networks US LLC and Nokia Siemens Networks Oy

Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, have filed the *Motion to File Under Seal Exhibit B to Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of the Adversary Proceeding Between Nortel*

---

[1]  In addition to Nortel Networks Inc., the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA"). Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

*Networks Inc. and Nokia Siemens Networks US LLC and Nokia Siemens Networks Oy* (the "Motion").

You are required to file a response, if any, to the attached Motion on or before **August 30, 2011 at 4:00 pm. (ET)**.

At the same time, you must serve a copy of the response upon the Debtors' attorneys:

Raymond H. Lemisch, Esquire
Jennifer R. Hoover, Esquire
Sarah R. Stafford, Esquire
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

A HEARING ON THIS MATTER WILL BE HELD ON **SEPTEMBER 6, 2011 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.

Date: August 19, 2011

        **BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP**

By:   */s/ Sarah R. Stafford*
Raymond H. Lemisch, Esquire (No. 4204)
Jennifer R. Hoover, Esquire (No. 5111)
Sarah R. Stafford, Esquire (No. 5234)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302-442-7010  telephone
302-442-7012  facsimile

*Counsel to the Debtors*