IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Hearing Date: September 21, 2011 at 10:00 am |

------------------------------------------------------------X

## TENTH QUARTERLY FEE APPLICATION REQUEST OF CLEARY GOTTLIEB STEEN & HAMILTON LLP, AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD MAY 1, 2011 THROUGH JULY 31, 2011

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its Tenth Quarterly Fee Application Request (the "Request") for the period May 1, 2011 through and including July 31, 2011 (the "Application Period").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications for May [D.I. 5874], June [D.I. 6046] and July [D.I. 6173] contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

Cleary Gottlieb seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By App. | Total Fees Requested | Total Expenses Requested in Fee App. | Certificate of No Objection Filing Date [Docket No.] | Total Expenses Requested in CNO | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees and Expenses Sought |
|---|---|---|---|---|---|---|---|---|
| 7/05/2011 [D.I. 5874] | 5/1/11 – 5/31/11 | $5,622,130.00 | $130,820.87 | 8/3/2011 [D.I. 6077] | $116,215.90[3] | $4,497,704.00 | $116,215.95 | $1,138,890.00[4] |
| 7/28/2011 [D.I. 6046] | 6/1/11 – 6/30/11 | 6,152,797.50 | 144,954.40 | Pending | 144,954.40 | 4,922,238.00 | 144,954.40 | 1,230,559.50 |
| 8/19/2011 [D.I. 6173] | 7/1/11 – 7/31/11 | 4,566,733.00 | 457,823.71 | Pending | 457,823.71 | 3,653,386.40 | 457,823.71 | 913,346.60 |
| TOTAL | | $16,341,660.50 | $733,598.98 | | $718,994.06 | $13,073,328.40 | $718,994.06 | $3,282,796.15 |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim approval of the full amount of fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[3] Cleary Gottlieb received informal comments from the Office of the United States Trustee (the "U.S. Trustee") regarding expenses in the amount of $14,464.05. At the time of the filing of its Certification of No Objection on August 3, 2011 for its May interim fee application (the "May CNO") [D.I. 6039], Cleary Gottlieb had agreed with the U.S. Trustee to a reduction of the requested expenses in the amount of $249.87. Cleary Gottlieb had also agreed with the U.S. Trustee to exclude on a provisional basis $14,214.18 (the "Provisionally Excluded Amount") from its May CNO while it resolved the remaining comments. Cleary Gottlieb is now seeking payment of the Provisionally Excluded Amount, as the comments have been resolved to the satisfaction of the U.S. Trustee.

[4] This amount includes the Provisionally Excluded Amount.

2

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order attached hereto as <u>Exhibit A</u> and grant Cleary Gottlieb such other and further relief as is just and proper.

Dated: August 22, 2011  
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_/s/ James L. Bromley_  
James L. Bromley  
Lisa M. Schweitzer  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

# CUMULATIVE COMPENSATION SUMMARY
## BY PROFESSIONAL FOR APPLICATION PERIOD[5]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2011 through July 31, 2011

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[6] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| TEMPORARY PARALEGAL | Temp. Paralegal | $245.00 | 964.90 | $236,400.50 |
| YVONNE DOMPIERRE | Temp. Attorney | 180.00 | 730.10 | 131,418.00 |
| VIVIAN GAYED | Temp. Attorney | 180.00 | 728.90 | 131,202.00 |
| EMILY A. BUSSIGEL | Associate | 470.00 / 540.00 | 643.90 | 310,179.00 |
| TAMARA J. BRITT | Associate | 470.00 / 540.00 | 563.50 | 276,213.00 |
| JAMES L. BROMLEY | Partner – Bankruptcy, Litigation | 1,040.00 | 555.90 | 578,136.00 |
| LISA M. SCHWEITZER | Partner – Bankruptcy, Litigation | 990.00 | 542.30 | 536,877.00 |
| ROBERT J. RYAN | Associate | 395.00 / 470.00 | 540.80 | 221,978.50 |
| IAN QUA | Paralegal | 245.00 | 539.60 | 132,202.00 |
| DEBORAH M. BUELL | Partner – Litigation | 1,040.00 | 524.40 | 545,376.00 |
| ADAM GOTTLIEB | Temp. Attorney | 180.00 | 522.60 | 94,068.00 |
| JOAN KIM | Paralegal | 220.00 / 245.00 | 502.60 | 114,887.00 |
| JOHNATHAN A. JENKINS | Associate | 540.00 / 595.00 | 484.70 | 268,167.50 |
| JAMES MOWDER | Temp. Attorney | 180.00 | 473.60 | 85,248.00 |
| LUKE BAREFOOT | Associate | 670.00 / 680.00 | 463.60 | 312,090.00 |
| DANIEL ILAN | Counsel – Employee Benefits | 750.00 | 443.40 | 332,550.00 |
| JODI ERICKSON | Associate | 340.00 | 441.60 | 150,144.00 |
| KEVIN CUNNINGHAM | Associate | 595.00 / 630.00 | 439.80 | 265,671.00 |
| YULIA DERNOVSKY | Temp. Attorney | 180.00 | 436.40 | 78,552.00 |
| VINCENT TODARELLO | Temp. Attorney | 180.00 | 415.90 | 74,862.00 |
| CHARLENE FORDE | Temp. Attorney | 180.00 | 411.50 | 74,070.00 |
| MATTHEW J. VANEK | Associate | 595.00 / 630.00 | 410.20 | 248,398.50 |
| ERIC HEINDEL | Temp. Attorney | 180.00 | 406.60 | 73,188.00 |
| JACQUELINE MOESSNER | Associate | 630.00 / 660.00 | 400.50 | 255,723.00 |
| JANE KIM | Associate | 680.00 | 399.70 | 271,796.00 |
| NEIL P. FORREST | Senior Attorney – Litigation | 805.00 | 382.10 | 307,590.50 |
| FRANK AYALA | Temp. Attorney | 180.00 | 382.00 | 68,760.00 |

---

[5] Arranged in descending order according to Total Billed Hours.

[6] Due to changes in billing rates to reflect certain timekeeper adjustments, more than one Hourly Billing Rate for a given professional may be shown.

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[6] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| KARA A. HAILEY | Senior Attorney – Corporate, Bankruptcy | 750.00 | 381.80 | 286,350.00 |
| VICTORIA WALLER | Temp. Attorney | 180.00 | 378.10 | 68,058.00 |
| WIILLIAM GULOTTA | Temp. Attorney | 180.00 | 375.20 | 67,536.00 |
| AUSTRACK FONG | Temp. Attorney | 180.00 | 372.60 | 67,068.00 |
| GREGORY WATT | Temp. Attorney | 180.00 | 370.50 | 66,690.00 |
| ANA ALBA | Temp. Attorney | 180.00 | 370.00 | 66,600.00 |
| EMMANUEL RUIZ | Temp. Attorney | 180.00 | 369.10 | 66,438.00 |
| MARY ASHBY BROWN | Temp. Attorney | 180.00 | 367.70 | 66,186.00 |
| LAURA GHIRARDI | Temp. Attorney | 180.00 | 366.30 | 65,934.00 |
| ADRIENNE DURING | Temp. Attorney | 180.00 | 364.80 | 65,664.00 |
| LAUREN TRINGALI | Temp. Attorney | 180.00 | 364.10 | 65,538.00 |
| STEVEN SANDHOFF | Temp. Attorney | 180.00 | 360.90 | 64,962.00 |
| INNA ROZENBERG | Senior Attorney – Litigation | 750.00 | 358.40 | 268,800.00 |
| JULIA ROZENBLIT | Associate | 395.00 / 470.00 | 352.60 | 147,879.50 |
| VANESSA ROXAS | Temp. Attorney | 180.00 | 352.50 | 63,450.00 |
| JAMIE R. GALVIN | Associate | 395.00 / 470.00 | 349.60 | 143,304.50 |
| NICOLE CUSACK | Temp. Attorney | 180.00 | 343.80 | 61,884.00 |
| HEATHER STONE | Temp. Attorney | 180.00 | 340.40 | 61,272.00 |
| JUSTIN CAVANAGH | Temp. Attorney | 180.00 | 337.90 | 60,822.00 |
| HEE SON HONG | Temp. Attorney | 180.00 | 336.90 | 60,642.00 |
| KAMAL SIDHU | Associate | 395.00 / 470.00 | 334.60 | 140,169.50 |
| MEGAN FLEMING-DELACRUZ | Associate | 595.00 / 630.00 | 319.60 | 192,657.50 |
| MEGHAN M. SERCOMBE | Associate | 630.00 / 660.00 | 317.90 | 202,620.00 |
| DANIEL CLARKIN | Associate | 340.00 | 317.10 | 107,814.00 |
| KERRIN T. KLEIN | Associate | 470.00 / 540.00 | 316.60 | 158,469.00 |
| ROBERT O'CONNOR | Temp. Attorney | 180.00 | 316.50 | 56,970.00 |
| ROBIN BAIK | Associate | 595.00 / 630.00 | 306.60 | 187,565.00 |
| JASON ZHOU | Associate | 540.00 / 595.00 | 305.60 | 171,233.50 |
| JESSICA ROLL | Paralegal | 220.00 / 245.00 | 297.60 | 69,567.00 |
| JAMES CROFT | Associate | 595.00 / 630.00 | 296.70 | 181,769.00 |
| BRENDAN H. GIBBON | Associate | 660.00 / 670.00 | 287.00 | 190,215.00 |
| BRENDA BARRETO | Temp. Attorney | 180.00 | 286.60 | 51,588.00 |
| AMANDA PHILIP | Temp. Attorney | 180.00 | 284.80 | 51,264.00 |
| JESSICA KALLSTROM-SCHRECKENGOST | Associate | 395.00 / 470.00 | 281.20 | 115,911.50 |
| MATTHEW G. GURGEL | Associate | 470.00 | 279.20 | 143,474.00 |
| DAVID H. HERRINGTON | Counsel – Litigation | 870.00 | 269.40 | 234,378.00 |
| KIMBERLY MOSSEL | Associate | 340.00 | 263.50 | 89,590.00 |
| NORA ABULARACH | Associate | 660.00 / 670.00 | 261.40 | 172,980.00 |
| HOWARD S. ZELBO | Partner – Litigation | 1,040.00 | 243.00 | 252,720.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[6] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| JESSE D.H. SHERRETT | Associate | 395.00 / 470.00 | 240.20 | 101,621.50 |
| LAUREN L. PEACOCK | Associate | 660.00 / 670.00 | 238.90 | 159,221.00 |
| RUSSELL D. ECKENROD | Associate | 540.00 / 595.00 | 235.90 | 131,956.50 |
| JEREMY LACKS | Associate | 540.00 / 595.00 | 235.00 | 130,156.00 |
| LEILA AMINEDDOLEH | Temp. Attorney | 180.00 | 232.50 | 41,850.00 |
| DAVID BROWN | Associate | 470.00 / 540.00 | 231.70 | 109,515.00 |
| MARTIN N. KOSTOV | Associate | 395.00 / 470.00 | 223.40 | 94,190.50 |
| NICHOLAS R. FUNG | Associate | 395.00 / 470.00 | 221.30 | 88,216.00 |
| DANIEL J. NORTHROP | Associate | 395.00 | 219.80 | 86,821.00 |
| D'MITRI CLIFTON | Temp. Attorney | 180.00 | 217.00 | 39,060.00 |
| FADI RIF | Temp. Attorney | 180.00 | 213.40 | 38,412.00 |
| ASHLEY SIEGEL | Summer Associate | 320.00 | 209.00 | 66,880.00 |
| PAUL J. SHIM | Partner – M&A, Corporate | 1,040.00 | 205.00 | 213,200.00 |
| PAUL D. MARQUARDT | Partner – M&A, Corporate | 1,010.00 | 203.60 | 205,636.00 |
| KAITLYN OSCHWALD | Summer Associate | 320.00 | 203.40 | 65,088.00 |
| JENNIFER M. PALMER | Associate | 630.00 / 660.00 | 196.80 | 124,932.00 |
| CRAIG B. BROD | Partner – Corporate | 1,040.00 | 193.00 | 200,720.00 |
| JULIET A. DRAKE | Associate | 680.00 | 186.30 | 126,684.00 |
| ANTHONY R. CERCEO | Associate | 470.00 / 540.00 | 179.00 | 88,204.00 |
| ANDREW J. UNGBERG | Associate | 395.00 / 470.00 | 170.00 | 68,200.00 |
| BRYAN G. FAUBUS | Associate | 395.00 / 470.00 | 167.70 | 71,611.50 |
| JENNIFER E. PHILBRICK | Associate | 470.00 / 540.00 | 164.50 | 79,639.00 |
| PHILLIP COFFMAN | Summer Associate | 320.00 | 155.80 | 49,856.00 |
| KATHLEEN M. O'NEILL | Associate | 630.00 / 660.00 | 154.80 | 98,952.00 |
| MAGNUS JONES | Trainee Solicitor | 345.00 | 154.50 | 53,302.50 |
| TOMISLAV JOKSIMOVIC | Associate | 630.00 / 660.00 | 152.60 | 99,843.00 |
| CRAIG M. FISCHER | Associate | 395.00 / 470.00 | 151.60 | 63,932.00 |
| ANTONIA CAREW-WATTS | Associate | 470.00 / 540.00 | 151.40 | 71,648.00 |
| ANNE MARIE BEISLER | Summer Associate | 320.00 | 148.30 | 47,456.00 |
| HELEN A. SKINNER | Associate | 540.00 / 595.00 | 144.60 | 80,377.50 |
| MARIO MENDOLARO | Associate | 630.00 / 660.00 | 144.30 | 93,213.00 |
| LOUIS LIPNER | Associate | 540.00 / 595.00 | 143.50 | 81,285.00 |
| KATHERINE L. WILSON-MILNE | Associate | 470.00 / 540.00 | 138.30 | 65,379.00 |
| MEE-JUNG JANG | Associate | 470.00 / 540.00 | 132.00 | 65,659.00 |
| DAVID LIVSHIZ | Associate | 660.00 / 670.00 | 131.30 | 86,727.00 |
| CHRISTINA CHINLOY | Summer Associate | 320.00 | 123.20 | 39,424.00 |
| DAVID OLIWENSTEIN | Associate | 540.00 / 595.00 | 121.00 | 65,939.50 |
| LUKE STREATFEILD | Associate | 800.00 / 810.00 | 120.00 | 96,207.00 |
| ALANNA NEWMAN | Summer Associate | 320.00 | 116.40 | 37,248.00 |
| AKIMA PAUL | Associate | 645.00 / 715.00 | 116.10 | 78,258.50 |
| AARON BLOCH | Temp. Attorney | 180.00 | 115.00 | 20,700.00 |

6

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[6] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| KATHLEEN M. EMBERGER | Counsel – Employee Benefits | 805.00 | 114.70 | 92,333.50 |
| YANA GRISHKAN | Summer Associate | 320.00 | 113.60 | 36,352.00 |
| MACEY LEVINGTON | Associate | 470.00 / 540.00 | 108.60 | 54,346.00 |
| SALVATORE F. BIANCA | Associate | 680.00 | 108.10 | 73,508.00 |
| JOSEPH LANZKRON | Associate | 470.00 / 540.00 | 107.40 | 52,676.00 |
| AUDE DUPUIS | Associate | 630.00 / 660.00 | 106.60 | 68,256.00 |
| CATHERINE WU | Paralegal | 245.00 | 106.20 | 26,019.00 |
| CAROL WHATLEY | Assistant Managing Clerk | 140.00 | 105.80 | 14,812.00 |
| VICTORIA MARRE | Paralegal | 245.00 | 105.50 | 25,847.50 |
| AREN GOLDSMITH | Senior Attorney – Litigation | 710.00 | 105.20 | 74,692.00 |
| BORIS KHENTOV | Associate | 470.00 / 540.00 | 104.30 | 53,683.00 |
| PETER O'KEEFE | Paralegal | 245.00 / 295.00 | 101.90 | 26,965.50 |
| KEITH CARPENTER | Paralegal | 220.00 / 245.00 | 101.50 | 22,630.00 |
| WON RHA | Temp. Attorney | 180.00 | 100.60 | 18,108.00 |
| CLARE WOLFE | Paralegal | 220.00 / 245.00 | 99.10 | 21,969.50 |
| PATRICK MARETTE | Associate | 680.00 | 94.70 | 64,396.00 |
| DEEPA ALAGESAN | Summer Associate | 320.00 | 89.20 | 28,544.00 |
| KRISTIN BRESNAHAN | Summer Associate | 320.00 | 86.40 | 27,648.00 |
| ANNA KOGAN | Associate | 470.00 / 540.00 | 75.10 | 37,306.00 |
| VINI LASHAY | Practice Support Specialist | 140.00 / 265.00 | 72.90 | 15,318.50 |
| SU CHEUNG | Assistant Managing Clerk | 140.00 | 71.60 | 10,024.00 |
| NATALI SEGOVIA | Paralegal | 245.00 | 67.60 | 16,562.00 |
| ALEXANDER WU | Associate | 395.00 / 470.00 | 63.50 | 25,742.50 |
| JEREMY PETERMAN | Summer Associate | 320.00 | 63.30 | 20,256.00 |
| JESSICA SELECKY | Summer Associate | 320.00 | 62.60 | 20,032.00 |
| REBECCA REEB | Associate | 395.00 / 470.00 | 60.60 | 29,917.00 |
| ALEKSANDR ABELEV | Senior Practice Support Specialist | 265.00 | 60.30 | 15,979.50 |
| JUSTIN BROWN | Assistant Managing Clerk | 140.00 | 60.00 | 8,400.00 |
| ERBER HERNANDEZ | Paralegal | 245.00 | 59.50 | 14,577.50 |
| JASON RYLANDER | Associate | 340.00 | 58.30 | 19,822.00 |
| VICTORIA S. BELYAVSKY | Associate | 395.00 / 470.00 | 58.00 | 25,137.50 |
| SUE GUAN | Summer Associate | 320.00 | 56.20 | 17,984.00 |
| LEIDY VALENCIA | Paralegal | 395.00 / 470.00 | 54.80 | 13,426.00 |
| TONIA CUMMINGS-GORDON | Practice Support Specialist | 225.00 | 54.20 | 12,195.00 |
| JEREMY J. CALSYN | Partner – Antitrust, Litigation | 925.00 | 53.60 | 49,580.00 |
| THEODORE GEIGER | Associate | 630.00 / 660.00 | 52.90 | 34,617.00 |
| MARY E. ALCOCK | Counsel – Employee Benefits | 870.00 | 52.80 | 45,936.00 |
| JAMES CLARK | Associate | 680.00 | 50.90 | 34,612.00 |
| JEFFREY PENN | Associate | 595.00 / 630.00 | 49.20 | 29,582.00 |
| RACHEL POLAN | Paralegal | 220.00 | 49.00 | 10,780.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[6] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| LAURA BAGARELLA | Associate | 470.00 / 540.00 | 46.60 | 23,155.00 |
| LEAH LAPORTE MALONE | Associate | 540.00 / 595.00 | 46.40 | 26,343.00 |
| KATY YANG | Summer Associate | 320.00 | 46.10 | 14,752.00 |
| COREY M. GOODMAN | Associate | 595.00 / 630.00 | 44.20 | 27,307.00 |
| MATTHEW KOKOT | Summer Associate | 320.00 | 43.70 | 13,984.00 |
| SHANNON DELAHAYE | Associate | 540.00 / 595.00 | 42.60 | 23,779.50 |
| STEWART DEARING | Summer Associate | 320.00 | 40.90 | 13,088.00 |
| CHARLES GAZZOLA | Assistant Managing Clerk | 140.00 | 39.60 | 5,544.00 |
| ALEXA DAVIS | Paralegal | 220.00 | 38.60 | 8,492.00 |
| ADAM SHAJNFELD | Associate | 595.00 | 37.30 | 22,193.50 |
| MATTHEW MCFEELY | Summer Associate | 320.00 | 37.30 | 11,936.00 |
| WILLIAM L. MCRAE | Partner – Tax | 990.00 | 37.20 | 36,828.00 |
| MEGAN CORRARINO | Summer Associate | 320.00 | 36.90 | 11,808.00 |
| ANDREW MEISER | Summer Associate | 320.00 | 35.30 | 11,296.00 |
| JOHN KWAN | Summer Associate | 320.00 | 34.00 | 10,880.00 |
| JUSTIN SEERY | Associate | 540.00 / 595.00 | 34.00 | 19,185.00 |
| JENNIFER MONIZ | Paralegal | 200.00 / 245.00 | 31.80 | 6,720.00 |
| SCOTT D. MCCOY | Associate | 630.00 / 660.00 | 31.70 | 20,580.00 |
| TIAN GAO | Associate | 395.00 / 470.00 | 29.90 | 12,988.00 |
| CORY ESKENAZI | Practice Support Manager | 275.00 | 28.00 | 7,700.00 |
| MOLLY M. LENS | Associate | 680.00 | 27.50 | 18,700.00 |
| LAUREN RESTREPO | Summer Associate | 320.00 | 24.90 | 7,968.00 |
| LINCOLN (TEAL) EMERY | Paralegal | 245.00 | 24.50 | 6,002.50 |
| KELLY ADAMS | Paralegal | 245.00 | 22.80 | 5,586.00 |
| AILEEN NOWLAN | Summer Associate | 320.00 | 21.60 | 6,912.00 |
| JAY LEE | Associate | 595.00 / 630.00 | 21.50 | 13,121.50 |
| LEV SOLOVIEV | Associate | 710.00 | 20.50 | 14,555.00 |
| LIANA-MARIE LIEN | Paralegal | 245.00 | 19.50 | 4,777.50 |
| JASON FACTOR | Partner – Tax | 990.00 | 18.70 | 18,513.00 |
| MARGARET COWAN | Associate | 540.00 | 18.30 | 9,882.00 |
| ZACHARY KOLKIN | Associate | 595.00 | 15.20 | 9,044.00 |
| JESSICA KERR | Practice Support Specialist | 225.00 | 15.00 | 3,375.00 |
| KIESHA M. MINYARD | Associate | 595.00 | 14.90 | 8,865.50 |
| MARY CATHERINE BLANTON | Summer Associate | 320.00 | 14.30 | 4,576.00 |
| JOSEPH ROBERTSON | Associate | 540.00 | 13.60 | 7,344.00 |
| ARTHUR H. KOHN | Partner – Employee Benefits | 1,040.00 | 11.40 | 11,856.00 |
| EVAN J. LEITCH | Associate | 570.00 | 11.40 | 6,498.00 |
| GREGORY COATES | Assistant Managing Clerk | 140.00 | 11.30 | 1,582.00 |
| JOHN CORNELIUS | Associate | 540.00 | 10.30 | 5,562.00 |
| AARON J. MEYERS | Associate | 540.00 | 9.40 | 5,076.00 |
| JUSTIN N. OUTLING | Associate | 540.00 | 9.00 | 4,860.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[6] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| LIZ J. STAFFORD | Assistant Managing Clerk | 140.00 | 8.60 | 1,204.00 |
| SANDRA L. FLOW | Partner – Corporate | 1,010.00 | 8.40 | 8,484.00 |
| KATHERINE J. ROBERTS | Associate | 680.00 | 8.10 | 5,508.00 |
| JESSICA BRENNER | Paralegal | 220.00 | 7.80 | 1,716.00 |
| ANDREA G. PODOLSKY | Partner – Corporate | 1,040.00 | 7.10 | 7,384.00 |
| MICHAEL KAGAN | Associate | 540.00 | 7.10 | 3,834.00 |
| ALETHEA GROSS | Paralegal | 245.00 | 7.00 | 1,715.00 |
| LOGAN LEVINE | Summer Associate | 320.00 | 7.00 | 2,240.00 |
| LORIN R. VAN NULAND | Associate | 395.00 | 6.90 | 2,725.50 |
| ZACHARY MOORE | Summer Associate | 320.00 | 6.80 | 2,176.00 |
| FABRICE BAUMGARTNER | Partner – Corporate | 1,040.00 | 6.60 | 6,864.00 |
| JOHN P. MCGILL, JR. | Senior Attorney – Corporate | 805.00 | 6.60 | 5,313.00 |
| CHRISTOPHER THOMPSON | Assistant Managing Clerk | 140.00 | 6.60 | 924.00 |
| ELLEN ARONOV | Assistant Managing Clerk | 140.00 | 6.60 | 924.00 |
| BENAZIR TEELUCK | Paralegal | 245.00 | 6.50 | 1,592.50 |
| TIMOTHY NASSAU | Paralegal | 220.00 | 6.50 | 1,430.00 |
| CASEY DAVISON | Associate | 540.00 | 6.40 | 3,456.00 |
| JONATHAN KELLY | Partner – Litigation | 1,040.00 | 6.30 | 6,552.00 |
| RAQUEL CRISTOBAL | Senior Practice Support Specialist | 265.00 | 5.90 | 1,563.50 |
| DAVID L. SUGERMAN | Partner – Corporate | 1,040.00 | 5.60 | 5,824.00 |
| CATHERINE CAMPOVERDE | Paralegal | 220.00 | 5.50 | 1,210.00 |
| MARIA MALDONADO | Paralegal | 220.00 | 5.50 | 1,210.00 |
| DAVID M. BECKER | Partner – Corporate | 1,040.00 | 5.40 | 5,616.00 |
| ETHAN CRAIG | Summer Associate | 320.00 | 5.30 | 1,696.00 |
| ELIZABETH RENDA | Assistant Managing Clerk | 140.00 | 5.30 | 742.00 |
| ARMINDA BEPKO | Associate | 670.00 | 5.20 | 3,484.00 |
| BRENDAN CYR | Associate | 670.00 | 5.20 | 3,484.00 |
| **TOTAL HOURS:** | | | **38,211.10** | |
| **GRAND TOTAL:** | | | | **$16,341,660.50** |

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY
FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2011 through July 31, 2011

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Dispositions | 228.20 | $ 114,948.50 |
| Case Administration | 8,433.70 | 4,861,948.00 |
| Claims Administration and Objections | 6,280.20 | 2,973,730.50 |
| M&A Advice | 440.10 | 317,281.50 |
| Employee Matters | 6,018.80 | 1,962,218.50 |
| Customer Issues | 18.20 | 9,910.50 |
| Supplier Issues | 57.30 | 26,682.50 |
| Plan of Reorganization & Disclosure Statement | 38.90 | 21,693.50 |
| Tax | 270.00 | 155,308.50 |
| Intellectual Property | 4,942.80 | 2,909,963.50 |
| Regulatory | 135.70 | 93,386.50 |
| Chapter 15 | 3.00 | 1,260.00 |
| Fee and Employment Applications | 423.10 | 188,520.50 |
| Litigation | 10,604.40 | 2,525,479.50 |
| Real Estate | 316.70 | 179,328.50 |
| **TOTAL** | **38,211.10** | **$ 16,341,660.50** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**CUMULATIVE EXPENSE SUMMARY
FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2011 through July 31, 2011

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $ 11,801.94 |
| Travel – Transportation | | 29,799.77 |
| Travel – Lodging | | 11,777.34 |
| Travel – Meals | | 1,870.54 |
| Mailing and Shipping Charges | | 6,460.13 |
| Scanning Charges (at $0.10/page) | | 1,317.00 |
| Duplicating Charges (at $0.10/page) | | 36,080.70 |
| Color Duplicating Charges (at $0.65/page) | | 1,645.15 |
| Facsimile Charges (at $1.00/page) | | 1,055.00 |
| Legal Research | Lexis | 42,401.92 |
| | Westlaw | 85,907.46 |
| | Pacer | 5,024.24 |
| Late Work – Meals | | 37,931.90 |
| Late Work – Transportation | | 88,185.22[7] |
| Conference Meals | | 216,202.00 |
| Other Charges | | 65,229.99 |
| Expert Expenses | | 90,767.78 |
| **Grand Total Expenses** | | **$ 733,458.11** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[7] This amount includes the Provisionally Excluded Amount.