Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2011

| Date | Atty | Services | Hours |
|---|---|---|---|
| 07/07/11 | RHL | Telephone call received from L. Lipner, Esquire regarding possible Sony issues | 0.10 |
| 07/07/11 | EH | Review and respond to emails from A. Gazze regarding draft 7/11/11 hearing agenda (0.10); follow-up email to R. Lemisch regarding same (0.10) | 0.20 |
| 07/07/11 | EH | Review agenda for 7/11/11 hearing (0.10); email to J. Hoover and R. Lemisch regarding contested sale motion and status of McCann adversary pretrial conference (0.10) | 0.20 |
| 07/11/11 | EH | Review clerk's minutes of 7/11/11 hearing | 0.10 |
| 07/22/11 | EH | Review agenda for 7/26/11 hearing | 0.10 |
| 07/25/11 | EH | Review amended agenda for 7/26/11 hearing | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 0.10 | $59.50 |
| | | | 0.10 | $59.50 |
| **PARALEGAL** | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 0.70 | $164.50 |
| | | | 0.70 | $164.50 |
| | | TOTAL: | 0.80 | $224.00 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2011

| Date | Atty | Services | Hours |
|---|---|---|---|
| 07/14/11 | LMS | Review docket regarding objections to BFCA monthly fee application for May 2011 | 0.10 |
| 07/14/11 | LMS | Prepare CNO regarding BFCA monthly fee application for May 2011 | 0.20 |
| 07/14/11 | LMS | File CNO regarding BFCA monthly fee application for May 2011 | 0.10 |
| 07/18/11 | RHL | Edit time for fee application | 0.20 |
| 07/18/11 | LMS | Review and revise BFCA fees and expenses for June 2011 | 1.10 |
| 07/20/11 | LMS | Telephone call with K. Caruso regarding monthly fee application | 0.10 |
| 07/25/11 | RHL | Review monthly fee application | 0.20 |
| 07/25/11 | LMS | Preparation of BFCA monthly fee application for June, 2011 | 0.80 |
| 07/25/11 | LMS | File BFCA monthly fee application for June, 2011 | 0.10 |
| 07/25/11 | LMS | Docket objection deadline regarding monthly fee application for June, 2011 | 0.10 |
| 07/25/11 | EH | Review ECF notices and download BFCA June 2011 fee application | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 0.40 | $238.00 |
| | | | 0.40 | $238.00 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMS) | $195.00 | 2.60 | $507.00 |
| ELIZABETH HEIN | (EH ) | $235.00 | 0.10 | $23.50 |
| | | | 2.70 | $530.50 |
| | | TOTAL: | 3.10 | $768.50 |

Asset Disposition/Sale

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2011

| Date | Atty | Services | Hours |
|---|---|---|---|
| 07/05/11 | RHL | Received correspondence from E. Bussigel regarding response to objection - how to proceed and respond | 0.10 |
| 07/05/11 | RHL | Review proposed letter to EADS to address its objections to the sale and respond | 0.20 |
| 07/06/11 | RHL | Received correspondence from E. Cobb to Nokia regarding it's sale objections | 0.10 |
| 07/06/11 | RHL | Received correspondence from B. Hazeltine regarding language in sale order | 0.10 |
| 07/06/11 | RHL | Received correspondence from J. Strom, Esquire to W. Hazeltine regarding language for sale order | 0.10 |
| 07/06/11 | RHL | Review reply to objections and exhibits | 0.20 |
| 07/06/11 | RHL | Received correspondence from R. Ryan, Esquire regarding response - issue and respond (several e-mails) | 0.20 |
| 07/06/11 | RHL | Review revised response to objections and exhibits before filing and respond to A. Cordo | 0.20 |
| 07/06/11 | RHL | Received correspondence from E. Bussigel regarding Nokia U.S. counsel - communication issue and respond | 0.20 |
| 07/06/11 | RHL | Received correspondence from W. Hazeltine regarding changes to the language of the sale order | 0.10 |
| 07/06/11 | RHL | Received correspondence from E. Cobb regarding communicating with Nokia U.S. and E. Bussigel e-mail regarding new SSO language to be sent to Nokia counsel | 0.20 |
| 07/06/11 | EH | Review and respond to email from R. Lemisch regarding sale hearing | 0.20 |
| 07/07/11 | RHL | Received correspondence from E. Cobb and Nokia's counsel regarding side agreement language | 0.20 |
| 07/07/11 | RHL | Review chart regarding claims and objections prior to conference call to discuss how to proceed | 0.20 |
| 07/07/11 | RHL | Review additional language prepared to Nokia in side agreement | 0.40 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 07/07/11 | RHL | Received correspondence from J. Stram, Esquire regarding EADS objection; review revised side letter and respond | 0.20 |
| 07/07/11 | RHL | Review revised chart regarding objections | 0.10 |
| 07/07/11 | RHL | Participate on conference call regarding IP sale issues | 0.70 |
| 07/07/11 | RHL | Review revisions to "SSO" language | 0.10 |
| 07/08/11 | RHL | Review revised side letter language and respond to J. Stam | 0.10 |
| 07/08/11 | RHL | Received correspondence from J. Stam regarding continuing objection issues and how to proceed | 0.10 |
| 07/08/11 | RHL | Received correspondence from W. Hazeltine regarding withdrawal of EAD's objection | 0.10 |
| 07/09/11 | RHL | Received correspondence from E. Bussigel regarding EADS failure to withdraw response and election and respond (0.10); e-mail B. Hazeltine regarding same (0.10) | 0.20 |
| 07/09/11 | RHL | Received correspondence from W. Hazeltine regarding confirmation both are resolved and respond to Emily | 0.20 |
| 07/09/11 | RHL | Received correspondence from Emily regarding call to discuss Nokia objection and respond | 0.10 |
| 07/10/11 | RHL | Participate on call regarding status of objections - hearing on sale | 0.40 |
| 07/11/11 | RHL | Received correspondence from J. Stam regarding resolution of Nokia objection and how to proceed | 0.10 |
| 07/11/11 | RHL | Review D. Abbott response and respond | 0.10 |
| 07/11/11 | RHL | Review additional correspondence on Nokia including revise side letter agreement | 0.20 |
| 07/11/11 | RHL | Attend omnibus hearing - including sale hearing regarding patents to Rockstar | 4.10 |

Asset Disposition/Sale

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 9.30 | $5,533.50 |
| | | | 9.30 | $5,533.50 |
| **PARALEGAL** | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 0.20 | $47.00 |
| | | | 0.20 | $47.00 |
| | | TOTAL: | 9.50 | $5,580.50 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2011

| Date | Atty | Services | Hours |
|---|---|---|---|
| 07/01/11 | RHL | Received correspondence from B. Hazeltine regarding EAD language to sale order (0.10); e-mail E. Cobb regarding my view (0.10) | 0.20 |
| 07/01/11 | RHL | Review and revise CTDI settlement stipulation and provide comments to David Herrington | 1.20 |
| 07/01/11 | RHL | Received correspondence from CTDI settlement from J. Hoover | 0.10 |
| 07/01/11 | RHL | Received correspondence from Nokia settlement payment | 0.10 |
| 07/01/11 | JRH | Telephone call made to Sean Gray/Marsh regarding extension of answer deadline | 0.10 |
| 07/01/11 | JRH | Attend to open preference actions; stipulations, etc. | 1.00 |
| 07/01/11 | JRH | Email with E. Meltzer regarding executed settlement agrement | 0.10 |
| 07/01/11 | JRH | Follow up regarding Nortel/CTDI amounts (0.10); email with A. Ungberg regarding estimated amount of attorney fees (0.10) | 0.20 |
| 07/01/11 | JRH | Review motion and email with A. Gazze regarding same and coordination of filing (0.30); follow up regarding status of McCann (0.20) | 0.50 |
| 07/01/11 | JRH | Meeting with J. Smith regarding status of open preference actions | 0.40 |
| 07/01/11 | JES | Review email and attachment from J. Galvin regarding mediator stipulation for Sourcefire (.2); confer with J. Hoover regarding mediator stipulations and determine mediators for mediator stipulation (.3); email J. Clasen regarding mediator (.1); email K. Law regarding mediator (.1); review and respond to email from Prudential Relocation's counsel regarding proposed mediators (.3); draft stipulation in Starent adversary proceeding (.3); respond to email from K. Law regarding mediator (.1) | 1.40 |
| 07/01/11 | SRS | Call with opposing counsel regarding receipt of settlement amount and next steps (.30); correspond with client regarding same (.10) | 0.40 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 07/01/11 | EH | Review and respond to email from J. Galvin regarding Sourcefire mediation stipulation | 0.10 |
| 07/05/11 | JES | Review and respond to email from J. Yoder regarding Starent mediation stipulation (.2); draft mediation stipulation with Prudential Relocation (.4) | 0.60 |
| 07/05/11 | EH | Review emails from D. Herrington and R. Weber regarding status of CTDI settlement | 0.10 |
| 07/05/11 | EH | Draft certificate of service for order extending Starent fact discovery cut-off | 0.20 |
| 07/05/11 | EH | File certificate of service for order extending Starent fact discovery cut-off | 0.10 |
| 07/05/11 | EH | File stipulation appointing Starent mediator | 0.20 |
| 07/05/11 | EH | File stipulation appointing Sourcefire mediator | 0.20 |
| 07/05/11 | EH | File stipulation appointing Prudential mediator | 0.20 |
| 07/06/11 | JRH | Review e-filings, orders, etc. related to assignment of matters to mediation | 0.30 |
| 07/07/11 | RHL | Discuss status of Starent, Prudential and Right Management cases | 0.20 |
| 07/07/11 | EH | Review ECF notices and download Starent mediation order | 0.10 |
| 07/07/11 | EH | Review ECF notices and download Sourcefire mediation order | 0.10 |
| 07/07/11 | EH | Review ECF notices and download Prudential mediation order | 0.10 |
| 07/07/11 | EH | Review ECF notices and download motions to dismiss McCann-Erickson adversary filed by Microsoft and CNN, Turner Broadcasting and Time, Inc. | 0.20 |
| 07/08/11 | RHL | Telephone call made to L. Lipner, Esquire regarding SONY issues | 0.10 |
| 07/08/11 | RHL | Review notice of dismissal of March, etc. in McCann adversary and provide comments to A. Guyse | 0.20 |
| 07/08/11 | EH | Review ECF notices and download notice of dismissal of Marsh USA and Deluxe Entertainment from McCann-Erickson adversary | 0.10 |
| 07/11/11 | JRH | Email with S. Gray regarding stipulation of dismissal | 0.20 |
| 07/11/11 | JRH | Review email from A. Gazze regarding updated revised filing, and follow up related thereto | 0.40 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 07/11/11 | JRH | Review various Nortel correspondence regarding mediation | 0.40 |
| 07/11/11 | JRH | Follow up with T. Rosen regarding stipulation of dismissal | 0.20 |
| 07/11/11 | JRH | Meeting with J. Smith regarding status of Nortel preference actions | 0.30 |
| 07/11/11 | JES | Review email from mediator (.1); review letter from mediator (.2); email J. Hoover regarding Starent mediation (.1) | 0.40 |
| 07/12/11 | RHL | Received correspondence from C. Bifferato regarding mediation issues | 0.10 |
| 07/12/11 | SRS | Correspond with opposing counsel to inquire about status of stipulation of settlement | 0.10 |
| 07/12/11 | SRS | Call with opposing counsel regarding status of review of stipulation by Nokia | 0.10 |
| 07/14/11 | RHL | Received correspondence from B. Bowden mediator in Right Management case; forward to J. Hoover and J. Smith | 0.10 |
| 07/14/11 | RHL | Received correspondence from M. Parikh regarding CTDI stipulation issues | 0.10 |
| 07/14/11 | RHL | Received correspondence from R. Weber regarding stipulation | 0.10 |
| 07/14/11 | RHL | Review revised language for stipulation | 0.10 |
| 07/14/11 | JRH | Follow up regarding CTDI settlement, emails and phone calls with D. Livshiz, M. Parikh, etc. regarding extension of stay | 0.90 |
| 07/14/11 | EH | Discuss status of CTDI settlement with J. Hoover and 7/15/11 deadline to file stipulation or request extension | 0.20 |
| 07/18/11 | RHL | Received correspondence from J. Hoover regarding mediation issues and respond | 0.20 |
| 07/18/11 | JRH | Follow up regarding Nortel emails, etc. with mediators regarding preference actions | 0.50 |
| 07/18/11 | JES | Confer with J. Hoover regarding status of adversaries and emails to be sent to mediators (.3); review Prudential Relocation docket and update J. Hoover on status (.2) | 0.50 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 07/18/11 | SRS | Correspond with client regarding status of settlement agreement and discussion with opposing counsel | 0.10 |
| 07/19/11 | RHL | Received correspondence from J. Hoover regarding status of Right Management adversary and respond to Bill Bowden - the mediator | 0.20 |
| 07/19/11 | RHL | Memo to J. Hoover regarding status of Right Management | 0.10 |
| 07/19/11 | RHL | Received correspondence from J. Smith regarding follow-up on Siemens settlement | 0.10 |
| 07/19/11 | JRH | Emails regarding mediation and discovery responses in Nortel preference actions | 0.40 |
| 07/19/11 | JES | Review Prudential relocation's responses and objections to discovery (1.4); various emails to J. Hoover regarding Prudential discovery responses (.2); email R. Boris regarding receipt of payment from Siemens (.2); email J. Clasen to set discovery call (.2); review email from C. Brown regarding Siemens settlement agreement (.1); obtain copy of fully executed settlement agreement and email C. Brown regarding same (.3); conversation with J. Carignan regarding Right Management discovery and position statement and update calendar accordingly (.4) | 2.80 |
| 07/20/11 | RHL | Received correspondence from J. Hoover regarding status of Siemens adversary | 0.10 |
| 07/20/11 | JRH | Follow-up regarding open preference action | 0.50 |
| 07/20/11 | JES | Confer with J. Hoover regarding receipt of Siemens settlement payment (.2); review settlement agreement and discuss filing stipulation of dismissal in Siemens (.2); confer with J. Hoover regarding Right Management discovery extension and mediation (.2) | 0.60 |
| 07/21/11 | RHL | Review correspondence from counsel to Prudential regarding discovery responses | 0.10 |
| 07/21/11 | RHL | Received correspondence from W. Bowden regarding mediation in Right Management and in Prudential (several e-mails) | 0.20 |
| 07/21/11 | RHL | Received correspondence from J. Hoover regarding status of Right Management and Prudential adversaries regarding mediation scheduling | 0.20 |
| 07/21/11 | JRH | Email B. Bowden regarding Right Management mediation | 0.20 |
| 07/21/11 | JRH | Email with B. Bowden to discuss timing of mediation in Prudential Relocation adversary proceeding | 0.10 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 07/21/11 | JRH | Email with E. Meltzer, Esq. regarding stipulation of dismissal | 0.20 |
| 07/21/11 | JRH | Review mediator letter from F. Monaco (0.20); email regarding mediation, etc. (0.10) | 0.30 |
| 07/21/11 | JRH | Prepare notice of dismissal with prejudice and coordinate filing thereof | 0.50 |
| 07/21/11 | JRH | Emails with A. Gazze (0.10); review status report (0.20); revise status report and email with A. Gazze regarding same (0.20) | 0.50 |
| 07/21/11 | JES | Review stipulation of dismissal for Siemens adversary proceeding (.2); review emails to B. Bowden regarding mediation (.2) | 0.40 |
| 07/22/11 | RHL | Review further revised settlement agreement with CTDI | 0.20 |
| 07/22/11 | JRH | Review e-filings | 0.50 |
| 07/22/11 | EH | Review email from A. Ungberg regarding revised draft of CTDI settlement stipulation | 0.10 |
| 07/25/11 | JRH | Meeting with J. Smith regarding overall status of Nortel preference actions | 0.50 |
| 07/25/11 | JRH | Conference call with F. Monaco as mediator and K. Law in the Starent preference action | 0.20 |
| 07/25/11 | JES | Confer with J. Hoover regarding status of 4 adversary proceedings (.5); review Starent docket in preparation for call with mediator and J. Hoover (.4) | 0.90 |
| 07/25/11 | SRS | Correspond with opposing counsel regarding revisions to draft stipulation of settlement and respond to request for clean version of draft | 0.60 |
| 07/25/11 | SRS | Correspond with client regarding status of stipulation of settlement | 0.10 |
| 07/25/11 | SRS | Call with opposing counsel regarding issue of new case law (Stern v. Marshall) and potential impact on ability of court to approve settlement | 0.10 |
| 07/25/11 | SRS | Review Stern v Marshall per discussion with opposing counsel regarding jurisdiction of Court | 1.00 |
| 07/26/11 | RHL | Received correspondence from J. Hoover regarding Starent adversary issues - how to proceed | 0.10 |
| 07/26/11 | RHL | Received correspondence from mediator regarding mediation date, when briefs are due | 0.20 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 07/26/11 | JES | Review letter from F. Monaco regarding Starent mediation (.2); conversation with J. Clasen's office regarding Prudential Relocation (.2); confer with J. Hoover regarding preparation for call with J. Clasen (.2) | 0.60 |
| 07/26/11 | SRS | Call with Morris Nichols regarding Stern v Marshall and concern from opposing counsel on impact of settlement (.30); call with opposing counsel regarding same (.20) | 0.50 |
| 07/26/11 | SRS | Discuss impact of Stern v Marshall on settlement with J. Hoover | 0.30 |
| 07/26/11 | EH | Review emails from R. Lemisch and J. Hoover regarding Starent mediation | 0.10 |
| 07/26/11 | EH | Review email from S. Stafford regarding status of Nokia settlement (0.10); review docket for upcoming omnibus hearing dates, calculate filing deadlines, and respond (0.10) | 0.20 |
| 07/26/11 | EH | Review 7/25/11 adversary status report | 0.20 |
| 07/27/11 | RHL | Discuss Right Management status with J. Smith | 0.20 |
| 07/27/11 | KC | Research regarding core proceedings | 0.30 |
| 07/27/11 | JRH | Email with K. Coniglio regarding research assignment related to settlement | 0.10 |
| 07/27/11 | JES | Review email from J. Hoover regarding Nortel representative for mediations and follow up with J. Hoover regarding same (.2); conversation with J. Clasen regarding Prudential Relocation discovery and position statement (.3); update J. Hoover on Prudential Relocation status (.1) | 0.60 |
| 07/27/11 | SRS | Discuss status of discussion with opposing counsel regarding Stern v Marshall with J. Hoover | 0.10 |
| 07/27/11 | EH | Review letter from F. Monaco regarding Starent mediation; track mediation date and statement submission deadline | 0.10 |
| 07/28/11 | JRH | Meeting with J. Smith regarding open preference matters | 0.50 |
| 07/28/11 | JRH | Emails with K. Dalton and R. Boris regarding scheduling of Starent mediation | 0.20 |
| 07/28/11 | JRH | Follow up emails with R. Boris | 0.20 |
| 07/28/11 | JES | Confer with J. Hoover regarding status of adversary proceedings and mediation | 0.40 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 07/28/11 | EH | Review emails from J. Smith and J. Carignan regarding extension of discovery response deadlines in Right Management adversary (0.10); track extended deadlines (0.10) | 0.20 |
| 07/28/11 | EH | Review McCann-Erickson adversary docket for status of confirmation of dismissal of case against Deluxe Entertainment and Marsh USA (0.10); discuss with J. Hoover (0.10) | 0.20 |
| 07/29/11 | JRH | Begin to review Prudential discovery documents | 2.50 |
| 07/29/11 | SRS | Correspond with opposing counsel regarding status of his client's review of stipulation of settlement | 0.10 |
| 07/29/11 | SRS | Call with opposing counsel regarding status of client's review of draft stipulation of settlement and additional language for jurisdictional provision | 0.40 |
| 07/29/11 | SRS | Call with client regarding status of stipulation of settlement | 0.10 |
| 07/30/11 | JRH | Review Prudential discovery documents | 3.50 |
| 07/31/11 | JRH | Review Prudential discovery documents | 3.50 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 4.50 | $2,677.50 |
| | | | 4.50 | $2,677.50 |
| **ASSOCIATE** | | | | |
| KARI CONIGLIO | (KC ) | $280.00 | 0.30 | $84.00 |
| JENNIFER R HOOVER | (JRH) | $380.00 | 19.90 | $7,562.00 |
| JENNIFER E. SMITH | (JES) | $250.00 | 9.20 | $2,300.00 |
| SARAH R. STAFFORD | (SRS) | $300.00 | 4.00 | $1,200.00 |
| | | | 33.40 | $11,146.00 |
| **PARALEGAL** | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 3.00 | $705.00 |
| | | | 3.00 | $705.00 |
| | | TOTAL: | 40.90 | $14,528.50 |

**Document Reproduction**

| Date | User | Description | Amount |
|---|---|---|---:|
| 07/25/11 | LMS | Document Reproduction 82 copies | 8.20 |
| 07/25/11 | LMS | Document Reproduction 205 copies | 20.50 |
| | | TOTAL: | $28.70 |

**Delivery Fee - Outside**

| Date | User | Description | Amount |
|---|---|---|---|
| 07/14/11 | RHL | Delivery Fee - Outside - Vendor: Reliable Wilmington 6/29 TO JUDGE GROSS | 5.00 |
| 07/14/11 | RHL | Delivery Fee - Outside - Vendor: Reliable Wilmington 6/30 | 5.00 |
| | | TOTAL: | $10.00 |

## Outside Professional Services

| Date | User | Description | Amount |
|---|---|---|---|
| 07/14/11 | JRH | Outside Professional Services - Vendor: PARCELS, INC SCAN DOCS. - PRINT PAGES - SLIP SHEETS AND CD COPY 6/17 | 981.08 |
| 07/29/11 | RHL | Outside Professional Services - Vendor: PARCELS, INC 7/13 | 270.48 |
| 07/29/11 | RHL | Outside Professional Services - Vendor: PARCELS, INC PAGES PRINTED BLACK AND WHITE 27966 COPIES 7/2 | 2,237.28 |
| | | TOTAL: | $3,488.84 |

**Federal Express**

| Date | User | Description | Amount |
|---|---|---|---|
| 07/25/11 | XXX | Federal Express 07/25/11 Carol Thompson to Allen K. Stout | 11.87 |
| 07/25/11 | XXX | Federal Express 07/25/11 Carol Thompson to D. Abbot/E. Sc | 11.87 |
| 07/25/11 | XXX | Federal Express 07/25/11 Carol Thompson to Thomas P. Tink | 11.87 |
| 07/25/11 | XXX | Federal Express 07/25/11 Carol Thompson to Fred S. Hodara | 11.87 |
| 07/25/11 | XXX | Federal Express 07/25/11 Carol Thompson to M. Collins/C. | 11.87 |
| | | TOTAL: | $59.35 |

## Computer Research

| Date | User | Description | | Amount |
|---|---|---|---|---:|
| 07/05/11 | XXX | Computer Research - Pacer PACER 2011 2 PAGES | JULY | 0.16 |
| 07/05/11 | XXX | Computer Research - Pacer PACER 2011 5 PAGES | JULY | 0.40 |
| 07/06/11 | XXX | Computer Research - Pacer PACER 2011 30 PAGES | JULY | 2.40 |
| 07/06/11 | XXX | Computer Research - Pacer PACER 2011 3 PAGES | JULY | 0.24 |
| 07/11/11 | XXX | Computer Research - Pacer PACER 2011 23 PAGES | JULY | 1.84 |
| 07/11/11 | XXX | Computer Research - Pacer PACER 2011 13 PAGES | JULY | 1.04 |
| 07/11/11 | XXX | Computer Research - Pacer PACER 2011 1 PAGES | JULY | 0.08 |
| 07/11/11 | XXX | Computer Research - Pacer PACER 2011 5 PAGES | JULY | 0.40 |
| 07/14/11 | XXX | Computer Research - Pacer PACER 2011 18 PAGES | JULY | 1.44 |
| 07/27/11 | KC | Computer Research - Westlaw | | 1,509.54 |
| 07/28/11 | XXX | Computer Research - Pacer PACER 2011 3 PAGES | JULY | 0.24 |
| 07/28/11 | XXX | Computer Research - Pacer PACER 2011 3 PAGES | JULY | 0.24 |
| 07/28/11 | XXX | Computer Research - Pacer PACER 2011 4 PAGES | JULY | 0.32 |
| | | | TOTAL: | $1,518.34 |