**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------X

*In re*                                                    :        Chapter 11

Nortel Networks Inc., *et al.*,[1]                         :        Case No. 09-10138 (KG)

                                    Debtors.               :        Jointly Administered

                                                          :

------------------------------------------------------X

RECEIVED / FILED

AUG 19 2011

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

### NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

Eigenlight Corporation hereby withdraws its proofs of claim with prejudice in the above-captioned cases (Proof of Claim Nos. 6308 and 6309).

Dated: Somersworth, NH
       Aug. 10, 2011

Eigenlight Corporation

Name: Janice W. Poole
Title: Treasurer
Address: 30 Centre Rd. Unit #6
         Somersworth NH 03878
Tel.: 603-692-9200
Fax: 603-692-9205
Email: jwp@eigenlight.com

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.