# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

**Debtor:** Nortel Networks Inc., et al.
**Case Number:** 09-10138-KG   **Chapter:** 11
**Date / Time / Room:** TUESDAY, AUGUST 23, 2011 10:00 AM   CRT#3, 6TH FL.
**Bankruptcy Judge:** KEVIN GROSS
**Courtroom Clerk:** SHERRY SCARUZZI
**Reporter / ECR:** GINGER MACE

### Matter:

OMNIBUS HEARING (joint hearing w/Canada and Court Reporter)
**R / M #:**   6,170 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 -  #2 - Adjourned to 10/19/11 @ 10:00 a.m.
#3 -  Motion Withdrawn
#4 - Motion Withdrawn
#5 - Adjourned to 9/6/11 @ 10:00 am
#6 - Adjourned to 9/21/11 @ 10:00 am
#7 - CNO Filed and Order Signed
#8 -  ORDER SIGNED
#9 - ORDER SIGNED
#10 -  ORDER SIGNED
#11 -  Motion Denied - Order to be submitted