# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.  
**CASE NO.:** 09-10138 - KG  
**COURTROOM LOCATION:** 3  
**DATE:** 8/23/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Annie Cordo | Morris Nichols Arsht + Tunnell | Debtors |
| Eric Schwartz | " | " |
| Lisa Schweitzer | Cleary Gottlieb Steen Hamilton | " |
| James Bromley | " | " |
| David Herrington | " | " |
| Sune Kim | " | " |
| Eli Kay-Oliphant | Latham + Watkins | CCC/SAP |
| Sommer Ross | Duane Morris | CCC/SAP |
| Kathryn Coleman | Hughes Hubbard & Reed | Joint Administrators |
| Cindy Chen Delano | Milbank Tweed | The Bondholders |
| Barbara Farell | Blank Rome | Ad Hoc Committee of Pref Benef... |
| Pauline McDonald | Bernstein Shur | |
| Ken Coleman | Allen & Overy | Ernst & Young as Monitor |
| David Botter | Akin Gump | Unsecured Creditors' Committee |
| Brad Kahn | Akin Gump | Unsecured Creditors' Committee |
| Chris Samis | Richards Layton | Unsecured Creditors' Committee |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 08/23/2011
Calendar Time: 10:00 AM ET

*1st Revision 08/23/2011 06:14 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Robin Baik | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Peg Brickley | | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | James Bromley | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Robert Horne | | Robert Horne - In Pro Per/Pro Se | In Propria Persona, Robert Horne / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Thomas Kreller | | Milbank, Tweed, Hadley & McCloy | Creditor, Bond Holders Group / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Joseph Lanzkron | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc., et al / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Olivia Mauro | | Barclays Capital, Inc. | Interested Party, Barclay's Capital, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Lisa M. Schweitzer | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Hondo Sen | | Cetus Capital | Creditor, Hondo Sen / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Rebecca Song | | CITI | Representing, CITI / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Kevin Starke | | CRT Capital Group, LLC | Interested Party, CRT Capital Group LLC / LISTEN ONLY |

Peggy Drasal   CourtConfCal2009   Page 1 of 1