NO. ON LIST: ___

SUPERIOR COURT OF JUSTICE    COURT FILE NO: 09-CL-7950

DATE: April 23/11

SHORT TITLE:

# NORTEL NETWORKS

## COUNSEL SHEETS FOR MOTION (CIVIL)

**MOVING COUNSEL**
NAME:

JENNIFER STAM
ALAN MERSKEY
EVAN COBB
FOR NORTEL NETWORKS
T: 416 216 2327
F: 416 216 3930

J. Pasquariello
C. Armstrong
for the Monitor

TELEPHONE:
FAX: Ernst & Young Inc.
T 416.943.22??
F 416.943.1234

**RESPONDING COUNSEL**
NAME:

G.H. Finlayson for Informal
Noteholder Group
p: 416.777.5762
f: 416.863.1716

D. MacFarlane for the UCC
p 416-863-7582
f 416-863-7592

TELEPHONE:
FAX: Andrew Gray for US Debtors
tel: 416.865.7630
fax: 416.865.7580

**APPEARING FOR**
__ PLAINTIFF/PETITIONER/APPLICANT
__ DEFENDANT/RESPONDENT
__ OTHER--SPECIFY

**APPEARING FOR**
__ PLAINTIFF/PETITIONER/APPLICANT
__ DEFENDANT/RESPONDENT
__ OTHER--SPECIFY

**TYPE OF MOTION (CHECK ONE ONLY)**

__ INJUNCTION
__ JUDGMENT
__ DECLARATION
__ CONTEMPT
__ DISMISS ACTION
__ STAY PROCEEDINGS
__ ORDER TO GO

__ ATTEND EXAMINATION
__ APPEAL MASTER
__ EXPEDITE TRIAL
__ VEXATIOUS PROCEEDINGS
__ OPINION/ADVISE/DIRECTIONS
__ APPOINT OR REMOVE EXECUTOR
__ OTHER

**NATURE OF MOTION (CHECK ONE ONLY)**

__ CONTESTED
__ UNOPPOSED

__ ON CONSENT
__ WITHOUT NOTICE

LYNDON BARNES — O 416 862 6679
FOR DIRECTORS — F 416 862 6666

SUSAN PHILPOTT
FORMER EMPLOYEES
DISABLED EMPLOYEES
T: 416.595.2104
F: 416.204.2882

ARTHUR JACQUES
CONTINUING NORTEL
EMPLOYEES
T 416-214-5213
F 416 214-5413

Ward, D
PPF / Trustee
T 416-869-5960
F 416 640-3154

M. Starnino for PBGF
T: 416 646 7431
F: 416 646 4301

Gottlieb, MP.  ⟩ The Joint Administrator
Schwill, R.
416 863 5516 (T)
416 863 0871 (F)