**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
:   Chapter 11
In re                                              :
:   Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]                    :
:   Jointly Administered
Debtors.                                           :
:   Re: D.I.'s 5341, 5410
---------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF DEBTORS' NINETEENTH OMNIBUS OBJECTION (SUBSTANTIVE) SOLELY WITH RESPECT TO CLAIM NO. 880 FILED BY CORNING INCORPORATED**

  **PLEASE TAKE NOTICE** that, on or about April 8, 2009, Corning Incorporated ("Corning") filed proof of claim number 880 for $124,867.31 in these proceedings ("Claim No. 880").

  **PLEASE TAKE FURTHER NOTICE** that, on April 28, 2011, the Debtors filed the *Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims)* (D.I. 5341) (the "Objection"), including an objection to Claim No. 880 as asserting amounts that the Debtors do not recognize as valid liability of any of the Debtors in these chapter 11 proceedings.

  **PLEASE TAKE FURTHER NOTICE** that, on May 11, 2011, Corning filed the *Response of Corning Incorporated to Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims)* (D.I. 5410).

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw without prejudice the Objection solely with respect to Claim No. 880.

Dated: August 23, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Deborah M. Buell (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Ann C. Cordo
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*