FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) **Re: Docket No. _____** |
| | ) |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION
OF ELLIOTT GREENLEAF AS COUNSEL TO THE OFFICIAL COMMITTEE OF
LONG-TERM DISABILITY PARTICIPANTS *NUNC PRO TUNC* TO JUNE 22, 2011**

Upon consideration of the *Application for an Order Authorizing the Employment and Retention of Elliott Greenleaf as Counsel to the Official Committee of Long-Term Disability Participants Nunc Pro Tunc to June 22, 2011* (the "Application"); and the Court being satisfied, based upon the representations made in the Application and the Affidavit of Rafael X. Zahralddin-Aravena, that Elliott Greenleaf ("EG") represents or holds no interests adverse to the Debtors or to their estates as in the matters upon which to be engaged and is a "disinterested party" as such term is defined under Section 101(14) of the Bankruptcy Code; and that the employment of EG is necessary and is in the best interests of the Debtors and their estates, Creditors and other such interested parties; and it appearing that sufficient notice of the Application has been given; and in good cause having been shown, it is hereby

ORDERED that the Application is approved; and it is further

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

ORDERED that EG is retained and employed *nunc pro tunc* to June 22, 2011; and it is further

ORDERED that EG shall be compensated in accordance with the procedures set forth in Sections 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the Local Rules of the Court, the Administrative Order governing professional fees in the aforementioned cases, and any such procedures as may be fixed by the order of this Court.

Dated: _____, 2011
Wilmington, Delaware

_____
HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE