# SCHEDULE A
## TWENTY-SEVENTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
  ERISA Litigation - Post Bankruptcy

DATE ATTY   HRS         DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 4/04/11 | RET | .20 | Communications with Anna Ventresca regarding Status |
| 5/02/11 | RET | .5 | Communications with Cleary regarding proposed changes to stipulation of settlement |
| 5/02/11 | RET | .1 | Communications with independent fiduciary regarding retention |
| 5/02/11 | RET | 1.1 | Determine impact on settlement of proposed Notices |
| 5/02/11 | RET | .4 | Communications with independent fiduciary regarding scope of retention |
| 5/02/11 | JMS | .5 | Consider feasibility concerning proposed settlement terms |
| 5/02/11 | JMS | .2 | Review report regarding independent fiduciary thoughts concerning proposed changes to stipulation of settlement |
| 5/03/11 | RET | .4 | Communications with Peter Bisio regarding current version of the stipulation of settlement with |
| 5/03/11 | RET | .3 | Communications with plaintiffs' counsel current version of the stipulation of settlement |
| 5/03/11 | RET | .2 | Communications with Cleary regarding stipulation of settlement |
| 5/03/11 | RET | .3 | Communications with Ruth Jenkins regarding questions from independent fiduciary regarding fiduciary coverage |
| 5/04/11 | RET | .1 | Communications with Ruth Jenkins regarding current fiduciary coverage |
| 5/05/11 | RET | .3 | Communications with Anna Ventresca regarding stipulation of settlement |
| 5/06/11 | RET | .2 | Communications with Anna Ventresca regarding stipulation of settlement |
| 5/09/11 | RET | .3 | Communications with Ruth Jenkins regarding questions from independent fiduciary regarding plan's insurance coverage |
| 5/10/11 | RET | .3 | Communications with plaintiffs' counsel regarding latest draft of stipulation of settlement |
| 5/12/11 | RET | .3 | Communications with Ruth Jenkins with questions about fiduciary retention |
| 5/12/11 | RET | .5 | Analyze latest draft of fiduciary engagement agreement and communication regarding same |
| 5/13/11 | RET | .2 | Prepare for call with independent fiduciary |

1

| | | |
|---|---|---|
| 5/13/11 RET | .4 | Prepare for call with plaintiffs' counsel regarding latest draft of stipulation of settlement |
| 5/13/11 RET | .2 | Communications with independent fiduciary regarding retention as independent fiduciary |
| 5/13/11 RET | .4 | Call with plaintiffs' counsel regarding latest draft of stipulation of settlement |
| 5/16/11 RET | .3 | Communications with Cleary regarding Chubb's latest changes to stipulation of settlement and plaintiffs' approval of stipulation |
| 5/16/11 RET | .2 | Communications with Jennifer Palmer regarding timing of execution of stipulation of settlement |
| 5/16/11 RET | .3 | Communications with Peter Bisio regarding Lexecon |
| 5/16/11 RET | .4 | Call with independent fiduciary regarding revisions and additional information needed for independent fiduciary retention agreement |
| 5/16/11 RET | .3 | Communications with Peter Bisio regarding Chubb's latest changes to stipulation of settlement and status of same |
| 5/16/11 RET | .4 | Review latest draft of independent fiduciary engagement agreement and edit same |
| 5/16/11 RET | .2 | Communications with independent fiduciary regarding latest draft of engagement agreement |
| 5/16/11 RET | .3 | Communications with plaintiffs' counsel regarding Chubb's latest changes to stipulation of settlement and status of same |
| 5/16/11 RET | .3 | Prepare for call with independent fiduciary regarding revisions and additional information needed for independent fiduciary retention agreement |
| 5/16/11 RET | .2 | Additional communications with Peter Bisio regarding Lexecon |
| 5/17/11 RET | .4 | Communications with Jennifer Palmer regarding timing of execution of stipulation of settlement and retention of independent fiduciary |
| 5/17/11 RET | .2 | Communications with independent fiduciary regarding questions related to plan's insurance coverage |
| 5/17/11 RET | .2 | Communications with Jennifer Palmer regarding most recent draft of stipulation of settlement |
| 5/18/11 RET | .3 | Communications with plaintiffs' counsel regarding Chubb's most recent change to stipulation of settlement |
| 5/18/11 RET | .3 | Communications with Jennifer Palmer regarding stipulation of settlement |
| 5/18/11 RET | .3 | Communications with Anna Ventresca regarding stipulation of settlement |
| 5/19/11 RET | .5 | Final review and edits of stipulation of settlement |
| 5/19/11 RET | .3 | Communications with plaintiffs' counsel regarding final version of stipulation of settlement |

| Date | Initials | Hours | Description |
|---|---|---|---|
| 5/19/11 | RET | .3 | Further communications with Anna Ventresca and Alan Merksey regarding who has authority to execute stipulation of settlement on behalf NNC and NNL |
| 5/19/11 | RET | .4 | Communications with Anna Ventresca regarding Canadian monitor approval of stipulation of settlement |
| 5/19/11 | RET | .3 | Further revisions to stipulation of settlement requested by Anna Ventresca |
| 5/19/11 | RET | .2 | Further communications with plaintiffs' counsel regarding final version of stipulation of settlement |
| 5/19/11 | RET | .1 | Communications with Anna Ventresca regarding stipulation of settlement |
| 5/19/11 | JMS | .2 | Communications with Rene' Thorne regarding final version of stipulation of settlement and communicating with individual defendants |
| 5/20/11 | RET | .5 | Draft correspondence to all individual defendants enclosing regarding stipulation of |
| 5/20/11 | RET | .2 | Communications with plaintiffs' counsel regarding stipulation of dismissal |
| 5/20/11 | RET | .4 | Communications with in house counsel for NNL and NNC and revisions to stipulation of dismissal |
| 5/20/11 | RET | .2 | Communications Alan Merksey regarding monitor sign off on stipulation |
| 5/20/11 | RET | .3 | Communications Tanecia Wong regarding timing of NNL and NNC sign off on stipulation |
| 5/20/11 | RET | .3 | Communications with in house counsel for NNL and NNC and Alan Merksey regarding status of monitor sign off on stipulation |
| 5/20/11 | JMS | .6 | Analyze notice obligations |
| 5/20/11 | JMS | .1 | Review communication with individual defendants from Rene' Thorne concerning settlement |
| 5/22/11 | JMS | .4 | Communicate with individual defendants concerning settlement |
| 5/23/11 | RET | .2 | Communications with James Blanchard regarding stipulation of settlement |
| 5/23/11 | RET | .2 | Communications with Nick Deroma regarding stipulation of settlement |
| 5/23/11 | RET | .2 | Communications with Bill Owens regarding stipulation of settlement |
| 5/23/11 | RET | .2 | Communications with Guylaine Saucier regarding stipulation of settlement |
| 5/23/11 | RET | .2 | Communications with John Manley regarding stipulation of settlement |
| 5/23/11 | RET | .2 | Communications with Yves Fortier regarding stipulation of settlement |

| Date | Atty | Hours | Description |
|---|---|---|---|
| 5/23/11 | RET | .2 | Communications with Richard McCormick regarding stipulation of settlement |
| 5/23/11 | RET | .2 | Communications with Harry Pearce regarding stipulation of settlement |
| 5/23/11 | JMS | .2 | Communications with Rene' Thorne regarding final version of stipulation of settlement and communicating with individual defendants |
| 5/23/11 | JMS | .1 | Review e-mail from Harry Pearce concerning settlement authority |
| 5/23/11 | JMS | .1 | Review e-mail from Bill Owens concerning settlement authority |
| 5/24/11 | RET | .3 | Communications with Anna Ventresca regarding stipulation of settlement and other related papers |
| 5/24/11 | RET | .2 | Communications with plaintiffs' counsel regarding status of execution of stipulation of settlement |
| 5/24/11 | RET | .3 | Communications with John Doolittle regarding stipulation of settlement |
| 5/24/11 | RET | .3 | Communications with Anna Ventresca regarding stipulation of settlement |
| 5/24/11 | RET | .2 | Correspondence to William Donovan and Robert Brown via Federal Express regarding stipulation of settlement authority |
| 5/25/11 | RET | .2 | Communications with Dr. Manfred Bischoff regarding stipulation of settlement |
| 5/25/11 | RET | .2 | Communications with Katharine B. Stevenson regarding stipulation of settlement |
| 5/25/11 | RET | .2 | Communications from Anna Ventresca regarding execution of stipulation of settlement |
| 5/27/11 | RET | .2 | Communication with Sherwood Smith regarding stipulation of settlement |
| 5/31/11 | RET | .2 | Communications with Bill Donovan regarding stipulation of settlement |
| 5/31/11 | RET | .4 | Communications with Anna Ventresca regarding settlement |
| 5/31/11 | RET | .2 | Communications with Mr. Cleghorn regarding stipulation of settlement |
| 5/31/11 | RET | .4 | Communications with Anna Ventresca regarding including information concerning settlement |
| 5/31/11 | RET | .2 | Communication with Robert Brown regarding stipulation of settlement |

SUB TOTAL    11,120.00

L190 Other Case Assessment, Devel. & Adm

| Date | Atty | Hours | Description |
|---|---|---|---|
| 5/02/11 | RWJ | .6 | Prepare Exhibit A to twenty-fifth interim fee application |
| 5/02/11 | RWJ | .3 | Finalize Twenty-fourth fee application and exhibits and forward to Annie Cordo for filing with court |

4

| Date | Initials | Hours | Description |
|---|---|---|---|
| 5/03/11 | RWJ | .1 | Review quarterly fee bill requirements |
| 5/03/11 | RWJ | .2 | Plan for receipt of invoices to meet filing deadlines |
| 5/03/11 | RWJ | .1 | Review previous quarterly fee applications to determine months to include in current application |
| 5/03/11 | RWJ | .1 | Receive, review and docket deadlines for quarterly application |
| 5/09/11 | RWJ | .2 | Follow up on tracking invoices to prepare fee applications |
| 5/10/11 | RWJ | .1 | Follow up on status of information needed for fee application |
| 5/17/11 | RWJ | .6 | Revise Exhibit A to twenty-fifth interim fee application |
| 5/17/11 | RWJ | 1.2 | Begin preparation of twenty-fifth interim fee application |
| 5/17/11 | RWJ | .2 | Prepare Exhibit B to twenty-fifth interim fee application |
| 5/18/11 | RWJ | 1.8 | Complete preparation of twenty-fifth interim fee application |
| 5/19/11 | RWJ | 1.6 | Prepare Exhibit A to twenty-sixth interim fee application |
| 5/19/11 | RWJ | 3.8 | Prepare twenty-sixth interim fee application |
| 5/19/11 | RWJ | .2 | Prepare Exhibit B to twenty-sixth interim fee application |
| 5/20/11 | RWJ | 3.5 | Prepare quarterly fee application |
| 5/23/11 | JMS | .2 | Review bankruptcy court notification |
| 5/24/11 | JMS | .4 | Communicate with Rene' Thorne regarding individual defendant execution of settlement agreements and settlement terms |
| 5/25/11 | JMS | .1 | Review settlement signature pages from Nortel entities |
| 5/26/11 | RWJ | .2 | Review court notice and docket hearing and objection deadlines |
| 5/27/11 | RWJ | .3 | Finalize twenty-sixth fee application and exhibits and forward to Annie Cordo for filing with court |
| 5/27/11 | RWJ | .3 | Finalize Twenty-fifth fee application and exhibits and forward to Annie Cordo for filing with court |
| 5/31/11 | RWJ | .6 | Finalize quarterly fee application and forward for filing |
| | | SUB TOTAL | 2,697.50 |

TOTAL HOURS:    39.3
FEE GRAND TOTAL:    $13,817.50
NORTEL'S 50% TOTAL:    $6,908.75

5

**NORTEL NETWORKS-ERISA Litigation**
**ERISA Litigation - Post Bankruptcy – Non-Insurance**

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| <td colspan="4">L120 Analysis/Strategy</td> |

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 5/02/11 | RET | .20 | Communications with Annie Cordo regarding Eighth Quarterly Fee Hearing |
| 5/12/11 | RET | .30 | Receive and analyze Joint Notice of Solicitation of Initial Bids |
| 5/24/11 | RET | .50 | Receive and analyze notice of hearing and motion for entry of an order giving effect to Ontario orders regarding license rejection and bidding procedures |
| 5/25/11 | RET | .20 | Communications with Annie Cordo regarding Ninth Quarterly Fee Hearing |
| 5/30/11 | RET | .40 | Review 25th and 26th fee applications and communications with Annie Cordo regarding same |
| | | SUB TOTAL | 880.00 |

L190 Other Case Assessment, Devel. & Adm

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| 4/19/11 | JMS | .40 | Edit fee applications |
| 4/27/11 | JMS | .40 | Communicate with Rene' Thorne regarding assorted settlement issues |
| 5/02/11 | JMS | .20 | Communication with Annie Cordo regarding upcoming fee hearing |
| 5/02/11 | JMS | .30 | Finalize twenty-fourth interim application |
| 5/10/11 | JMS | .20 | Review joint notice filed in Ontario bankruptcy court |
| 5/25/11 | JMS | .10 | Communication with Annie Cordo regarding upcoming fee hearing |
| 5/25/11 | JMS | .20 | Communication with Marisa DeCarli regarding upcoming fee hearing |
| 5/27/11 | JMS | .90 | Edit and finalize fee applications |
| 5/27/11 | JMS | .30 | Communication with Annie Cordo regarding upcoming fee hearing |
| 5/27/11 | JMS | .20 | Communication with Annie Cordo regarding upcoming fee hearing |
| | | SUB TOTAL | 1,496.00 |

TOTAL HOURS:        4.8
FEE GRAND TOTAL:    $ 2,376.00

4818-7592-5258, v. 1

4818-7592-5258, v. 1