# SCHEDULE A
## TWENTY-EIGHTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
**ERISA Litigation - Post Bankruptcy**

DATE  ATTY    HRS       DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 6/01/11 | RET | .30 | Communications with plaintiffs' counsel regarding joint press release regarding settlement |
| 6/01/11 | RET | .30 | Communications with Cleary regarding status of their comments to independent fiduciary engagement agreement |
| 6/02/11 | RET | .30 | Communications with Peter Bisio regarding status of stipulation of settlement |
| 6/02/11 | RET | .20 | Communications Peter Bisio regarding status of execution of stipulation of settlement and of retention of independent fiduciary |
| 6/03/11 | RET | .20 | Communications with Jennifer Palmer regarding status of Cleary's comments to engagement letter for independent fiduciary |
| 6/03/11 | RET | .30 | Communications with John Roth regarding stipulation of settlement |
| 6/03/11 | RET | .30 | Communications with plaintiffs' counsel regarding press release in connection with stipulation of settlement |
| 6/03/11 | RET | .30 | Communications with individual clients Ingram and Wilson trying to obtain authority to execute stipulation of settlement |
| 6/03/11 | RET | .40 | Communications with counsel for Mary Cross and Frank Dunn regarding stipulation of settlement |
| 6/06/11 | RET | .20 | Communications with Peter Bisio regarding status of stipulation of settlement and retention of independent fiduciary |
| 6/06/11 | RET | .50 | Receive and analyze Cleary's proposed revisions and comments to engagement agreement with independent fiduciary |
| 6/07/11 | RET | .40 | Teleconference with counsel for Frank Dunn regarding questions about stipulation of settlement |
| 6/07/11 | RET | .30 | Communications with plaintiffs' counsel regarding revisions needed to notice to class, preliminary approval order, proposed order, etc. |
| 6/07/11 | RET | .20 | Communications with Robert Ingram regarding stipulation of settlement |
| 6/07/11 | RET | .30 | Communications with Peter Bisio with final version of stipulation of settlement and current draft of engagement letter with independent fiduciary |
| 6/07/11 | RET | .40 | Prepare for call with Peter Bisio regarding status of stipulation of settlement and of independent fiduciary engagement |

1

| Date | Atty | Hours | Description |
|---|---|---|---|
| 6/07/11 | RET | .30 | Prepare for call with Peter Bisio regarding status of stipulation of settlement and of independent fiduciary engagement |
| 6/07/11 | JMS | .10 | Review monitor's sixty-sixth report |
| 6/08/11 | RET | .30 | Communications with plaintiffs' counsel regarding issues raised by Dunn's counsel regarding stipulation of settlement |
| 6/08/11 | RET | .30 | Communications with plaintiffs' counsel regarding changes to stipulation requested by Dunn's counsel and revisions to exhibits thereto |
| 6/08/11 | RET | .20 | Communications with Peter Bisio regarding issues raised by Dunn's counsel regarding stipulation of settlement |
| 6/08/11 | RET | .20 | Communications with Peter Bisio regarding issues raised by Dunn's counsel in stipulation of settlement |
| 6/08/11 | RET | .30 | Communications with Dunn's counsel regarding changes to stipulation |
| 6/08/11 | RET | .20 | Further communications with Dunn's counsel regarding changes to stipulation and impact on his proof of claim |
| 6/09/11 | RET | .50 | Call with Peter Bisio and James Stovall to discuss issues raised by Dunn regarding stipulation of settlement |
| 6/09/11 | RET | .30 | Prepare for call with Peter Bisio and James Stovall to discuss issues raised by Dunn regarding stipulation of settlement |
| 6/09/11 | RET | .20 | Call from James Stovall to discuss whether Dunn |
| 6/09/11 | RET | .10 | Receive and analyze order on terminating plaintiffs' motion for status conference |
| 6/09/11 | RET | .30 | Communications with Lynton Wilson regarding stipulation of settlement |
| 6/09/11 | RET | .20 | Communications with Natalie Kossak regarding Cleary's proposed revisions and comments to engagement agreement with independent fiduciary |
| 6/10/11 | RET | .30 | Communications with plaintiffs' counsel regarding status of Chubb's response to issues regarding the stipulation of settlement raised by Dunn's counsel |
| 6/13/11 | RET | .20 | Communications with Ken Hashimoto regarding stipulation of settlement |
| 6/13/11 | RET | .30 | Communications with Natalie Kossak regarding Cleary's revisions to retention agreement |
| 6/14/11 | RET | .40 | Receive and analyze Email from Peter Bisio regarding Dunn's claims |
| 6/14/11 | RET | .30 | Prepare for call with Ken Hashimoto with questions from Mary Cross about stipulation of settlement |
| 6/14/11 | RET | .50 | Call with Ken Hashimoto with questions about stipulation of settlement |
| 6/14/11 | RET | .50 | Call with James Stovall regarding Dunn |

| | | |
|---|---|---|
| 6/14/11 RET | .30 | Communications with Jennifer Palmer regarding proofs of claims that are exhibits to the stipulation of settlement |
| 6/14/11 RET | .30 | Communications with James Stovall regarding Dunn |
| 6/14/11 RET | .60 | Evaluate impact of Dunn position on settlement |
| 6/14/11 RET | .20 | Follow up communications with Jennifer Palmer regarding proofs of claims that are exhibits to the stipulation of settlement |
| 6/15/11 RET | .30 | Prepare for call with Natalie Kossak regarding Cleary's revisions to engagement letter |
| 6/15/11 RET | 2.10 | Work on issues related to stipulation of settlement and issues raised by Dunn |
| 6/15/11 RET | .20 | Communications with Jennifer Palmer regarding scope of Frank Dunn's proof of claim and impact on stipulation of settlement |
| 6/15/11 RET | .70 | Receive and analyze Frank Dunn's 35 page Canadian proof of claim |
| 6/15/11 RET | .40 | Communications with Ruth Jenkins regarding factual information needed for the IFS retention letter |
| 6/15/11 RET | .30 | Call with independent fiduciary regarding Cleary's revisions to engagement letter |
| 6/15/11 RET | .20 | Communications with Jennifer Palmer regarding Cleary's revisions to engagement letter |
| 6/15/11 RET | .80 | Evaluating questions about taxes and releases raised by Dunn |
| 6/16/11 RET | .30 | Communications with Peter Bisio regarding independent fiduciary engagement agreement |
| 6/16/11 RET | .30 | Call with Jennifer Palmer regarding independent fiduciary engagement agreement |
| 6/16/11 RET | .30 | Prepare for call with Jennifer Palmer regarding independent fiduciary engagement agreement |
| 6/16/11 RET | .40 | Edit independent fiduciary engagement letter based on my conversation with Cleary and communications with independent fiduciary regarding same |
| 6/16/11 RET | .30 | Communications with Alan Merskey regarding proofs of claim filed in the Canadian proceeding |
| 6/17/11 RET | .30 | Communications with plaintiffs' counsel regarding status of signatures from Dunn and Cross |
| 6/17/11 RET | 1.10 | Receive and edit draft 9019 motion seeking US bankruptcy court approval of the ERISA litigation settlement stipulation and the related stipulation between NNI, NNC/NNL and Chubb resolving Chubb's proof of claim |
| 6/17/11 RET | .30 | Communications with Joseph Pasquariello and Alan Merskey regarding the Canadian proofs of claim which are exhibits to the stipulation of settlement |
| 6/17/11 RET | .20 | Communications with Jennifer Palmer regarding who will prepare motion seeking Canadian bankruptcy court approval of the ERISA |

3

| Date | Tkpr | Hours | Description |
|---|---|---|---|
| | | | litigation settlement stipulation and the related stipulation between NNI, NNC, NNL and Chubb resolving Chubb's proof of claim |
| 6/18/11 | RET | .10 | Communications with plaintiffs' counsel regarding questions about tax issues in section 4.2 from Cross's counsel |
| 6/20/11 | RET | .20 | Communications with Jennifer Palmer regarding scheduling hearing date for motion seeking US bankruptcy court approval of the ERISA litigation settlement stipulation |
| 6/22/11 | RET | .30 | Communications with plaintiffs' counsel regarding questions about tax issues in section 4.2 from Cross's counsel |
| 6/27/11 | RET | .20 | Communications with Peter Bisio regarding outstanding issues related to stipulation of settlement |
| 6/27/11 | RET | .20 | Communications with plaintiffs' counsel regarding proposed, minor changes to stipulation of settlement |
| 6/27/11 | RET | .30 | Communications with Jennifer Palmer regarding proofs of claim for Katharine B. Stevenson, Nicholas DeRoma, and William J. Donovan |
| 6/27/11 | RET | .30 | Communications with James Stoval regarding how to deal with Dunn's proof of claim in the Canadian bankruptcy action as it relates to Section 4.5 of the stipulation of settlement |
| 6/27/11 | RET | .20 | Communications with Ken Hashimoto regarding questions about the taxes provided for in Section 1.40 of the stipulation of settlement |
| 6/27/11 | RET | .30 | Teleconference with Jennifer Palmer regarding missing proofs of claim for the class and minor modifications to the stipulation of settlement requested by Dunn's counsel |
| 6/27/11 | RET | .30 | Communications with Laurel Van Allen from Lexecon regarding Lexecon's proof of claim |
| 6/27/11 | RET | .30 | Communicate with independent fiduciary regarding final changes to engagement letter with independent fiduciary |
| 6/27/11 | RET | .30 | Review final changes to engagement letter with independent fiduciary |
| 6/27/11 | RET | .20 | Follow up communications with Jennifer Palmer regarding proofs of claims that are exhibits to the stipulation of settlement |
| 6/27/11 | RET | .30 | Communicate with Alan Merksey regarding proofs of claim for the settling defendants in the Canadian action needed as exhibits to the stipulation of settlement |
| 6/27/11 | RET | .80 | Analyze proofs of claims by Dr Manfred Bischoff, Harry Pearce, Richard McCormick, Lynton Ronald Wilson, Sherwood Smith, Robert Ellis Brown, James Blanchard, John Cleghorn, John Manley, Yves Fortier, Guylaine Saucier, Mary Cross, William Owens, Robert Alexander Ingram, John Roth, and John Doolittle |
| 6/27/11 | RET | .30 | Analyze latest draft of agreement regarding Lexecon's proof of claim |
| 6/27/11 | RET | .30 | Analyze proof of claim from Alan Merskey for the class in the Canadian action needed as exhibit to the stipulation of settlement |

4

| | | | |
|---|---|---|---|
| 6/27/11 | RET | .30 | Analyze proof of claim from Jennifer Palmer for the class in the US bankruptcy action needed as exhibit to the stipulation of settlement |
| 6/28/11 | RET | .30 | Prepare for call with plaintiffs' counsel regarding outstanding issues with respect to the stipulation of settlement |
| 6/28/11 | RET | .30 | Communications with Alan Merksey regarding proofs of claim filed in the Canadian proceeding |
| 6/28/11 | RET | .30 | Communications with James Stovall regarding Dunn |
| 6/28/11 | RET | .20 | Communications with Canadian monitor regarding Dunn |
| 6/28/11 | RET | .40 | Call with plaintiffs' counsel regarding outstanding issues with respect to the stipulation of settlement |
| 6/28/11 | RET | .20 | Follow up communications with Alan Merksey regarding proofs of claim |
| 6/28/11 | RET | .30 | Prepare for call with Peter Bisio regarding outstanding issues with respect to the stipulation of settlement |
| 6/30/11 | RET | .20 | Communications with Alan Merskey regarding Dunn |
| 6/30/11 | RET | .30 | Communications with Laurel Van Allen chain of custody and status of data |
| | | SUB TOTAL | 14,242.50 |

L190 Other Case Assessment, Devel. & Adm

| | | | |
|---|---|---|---|
| 6/09/11 | JMS | .10 | Review bankruptcy court notification of filing of sixty-eighth report |
| 6/10/11 | JMS | .20 | Review bankruptcy court notification of filing of sixty-eighth report |
| 6/13/11 | JMS | .20 | Review bankruptcy court notification of order regarding bidding procedures |
| 6/15/11 | RWJ | .20 | Plan for firm participation in telephonic hearing |
| 6/22/11 | RWJ | .10 | Review court order, docket hearing date along with filing deadlines |
| | | SUB TOTAL | 257.50 |

| | |
|---|---|
| TOTAL HOURS: | 29.3 |
| FEE GRAND TOTAL: | $14,500.00 |
| NORTEL'S 50% TOTAL: | $7,250.00 |

5

## NORTEL NETWORKS-ERISA Litigation
### ERISA Litigation - Post Bankruptcy – Non-Insurance

DATE ATTY   HRS        DESCRIPTION OF SERVICES RENDERED

<u>L120 Analysis/Strategy</u>

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 6/07/11 | RET | .40 | Receive and analyze notice of filing of sixty sixth report of the monitor |
| 6/10/11 | RET | .40 | Receive and analyze notice of filing of sixty eighth report of the monitor |
| 6/10/11 | RET | .40 | Receive and analyze notice of filing of sixty seventh report of the monitor |
| 6/14/11 | RET | .30 | Communications with Annie Cordo and Rhonda James regarding ninth quarterly fee hearing |
| 6/14/11 | RET | .40 | Receive and analyze order approving bidding and license rejection procedures |
| 6/20/11 | RET | .30 | Communications with Annie Cordo regarding status of fee application for ninth quarterly fee hearing |
| 6/20/11 | RET | .30 | Review fee application in preparation for ninth quarterly fee hearing |
| 6/21/11 | RET | .20 | Receive and analyze Ninth Quarterly Fee Order |

            SUB TOTAL     1,485.00

<u>L190 Other Case Assessment, Devel. & Adm</u>

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 6/13/11 | JMS | .30 | Communication with Annie Cordo regarding upcoming fee hearing |
| 6/14/11 | JMS | .40 | Communicate with Rene' Thorne regarding assorted settlement considerations |
| 6/14/11 | JMS | .20 | Communication with Annie Cordo regarding upcoming fee hearing |
| 6/15/11 | JMS | .20 | Plan coverage of upcoming fee hearing |
| 6/20/11 | JMS | .20 | Communication with Annie Cordo regarding upcoming fee hearing |
| 6/21/11 | JMS | .10 | Review court order regarding 9th fee application |

            SUB TOTAL     654.50


TOTAL HOURS:            4.1

FEE GRAND TOTAL:        $ 2,139.50


4830-8810-3434, v. 1