# SCHEDULE B

## EXPENSE SUMMARY

### NORTEL/CHUBB

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2011 through June 30, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
| Photocopying (88) | In-house | $4.69 | $2.35 |
| **Grand Total Expenses** | | | **$2.35** |

*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.

## TOTAL EXPENSES DUE: $2.35

---

### NORTEL NETWORKS – NON-INSURANCE

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2011 through June 30, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| | | |
| | | |
| **Grand Total Expenses** | | **$.00** |

## TOTAL EXPENSES DUE: $0.00