# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Al | Date Created: 8/24/2011 |
| Case: 09−10138−KG | Form ID: ntcBK | Total: 33 |

**Recipients of Notice of Electronic Filing:**
ust  United States Trustee  USTPREGION03.WL.ECF@USDOJ.GOV

                                       TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Nortel Networks Inc., et al.  2221 Lakeside Boulevard  Richardson, TX 75082
frep  Allen &Overy LLP,  1221 Avenue of the Americas  New York, NY 10020
ust  Thomas Patrick Tinker  Office of the U.S. Trustee  844 King Street Suite 2207  Wilmington, DE 19801
aty  Alissa T. Gazze  Morris Nichols Arsht &Tunnell, LLP  1201 N. Market Street  Wilmington, DE 19801
aty  Andrew R. Remming  Morris, Nichols, Arsht &Tunnell  1201 North Market Street  P.O. Box 1347  Wilmington, DE 19899−1347
aty  Ann C. Cordo  Morris Nichols Arsht &Tunnell LLP  1201 N. Market Street  P.O. Box 1347  Wilmington, DE 19899−1347
aty  Chad A. Fights  Morris, Nichols, Arsht &Tunnell LLP  1201 North Market Street  P.O. Box 1347  Wilmington, DE 19899−1347
aty  Derek C. Abbott  Morris Nichols Arsht &Tunnell  1201 N. Market Street  Wilmington, DE 19899
aty  Elihu Ezekiel Allinson, III  Sullivan Hazeltine Allinson LLC  901 North Market Street, Siote 1300  Suite 1300  Wilmington, DE 19801
aty  Eric D. Schwartz  Morris, Nichols, Arsht &Tunnell  1201 N.Market Street  P. O. Box 1347  Wilmington, DE 19801
aty  Inna Rozenberg  Cleary Gottlieb Steen &Hamilton LLP  One Liberty Plaza  New York, NY 10006
aty  Jacqueline Moessner  Cleary Gottlieb Steen &Hamilton LLP  1 Liberty Plaza  New York, NY 10006
aty  James Croft  Cleary Gottlieb Steen &Hamilton LLP  One Liberty Plaza  New York, NY 10006
aty  James L. Bromley  Cleary Gottlieb Steen &Hamilton  One Liberty Plaza  New York, NY 10006
aty  Jennifer M. Westerfield  Cleary Gottlieb Steen &Hamilton, LLP  One Liberty Plaza  New York, NY 10006
aty  Juliet A. Drake  Cleary Gottlieb Steen &Hamilton LLP  One Liberty Plaza  New York, NY 10006
aty  Kerrin T. Klein  Cleary Gottlieb Steen &Hamilton LLP  One Liberty Plaza  New York, NY 10006
aty  Lauren L. Peacock  Cleary Gottlieb Steen &Hamilton LLP  1 Liberty Plaza  New York, NY 10006
aty  Mary Caloway  Buchanan Ingersoll &Rooney PC  1105 North Market Street  Suite 1900  Wilmington, DE 19801−1228
aty  Matthew Gurgel  Cleary Gottlieb Steen &Hamilton LLP  1 Liberty Plaza  New York, NY 10006
aty  Mona A. Parikh  Buchanan Ingersoll &Rooney PC  1105 North Market Street  Suite 1900  Wilmington, DE 19801−1228
aty  Nancy G. Everett  Winston &Strawn LLP  35 W. Wacker Drive  Chicago, IL 60601
aty  Neil P Forrest  Cleary Gottlieb Steen &Hamiton LLP  One Liberty Plaza  New York, NY 10006
aty  Nora K Abularach  Cleary Gottlieb Steen &Hamilton LLP  One Liberty Plaza  New York, NY 10006
aty  Peter James Duhig  Buchanan Ingersoll &Rooney PC  1105 North Market Street  Suite 1900  Wilmington, DE 19801−1228
aty  Raymond Howard Lemisch  Benesch Friedlander Coplan &Aronoff, LL  222 Delaware Avenue  Suite 801  Wilmington, DE 19801
aty  Rene E. Thorne  Jackson Lewis LLP  650 Poydras Street  Suite 1900  New Orleans, LA 70130
aty  Robin J. Baik  Cleary Gottlieb Steen &Hamilton LLP  One Liverty Plaza  New York, NY 10006
aty  Sarah R Stafford  Benesch,Friedlander,Coplan &Aronoff LLP  222 Delaware Avenue,  Suite 801  Wilmington, DE 19801
aty  Scott D. McCoy  Cleary Gottlieb Steen &Hamilton LLP  One Liberty Plaza  New York, NY 10006
aty  Thomas F. Driscoll, III  Morris, Nichols, Arsht &Tunnell LLP  1201 North Market Street  Wilmington, DE 19801
aty  Tomislav A. Joksimovic  Cleary Gottlieb Steen &Hamilton LLP  1 Liberty Plaza  New York, NY 10006

                                       TOTAL: 32