# SCHEDULE A
## TWENTY-NINTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
  **ERISA Litigation - Post Bankruptcy**

DATE  ATTY  HRS  DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 7/05/11 | RET | .20 | Communications with Peter Bisio regarding IFS engagement agreement |
| 7/05/11 | RET | .30 | Communications with Jennifer Palmer regarding proofs of claim filed by settling defendants in U.S. bankruptcy |
| 7/05/11 | RET | .20 | Communications with Laurel Van Allen regarding status of language for the agreement between Chubb and Lexecon |
| 7/06/11 | RET | .20 | Communications with Alan Merskey Dunn |
| 7/06/11 | RET | .30 | Review final version of IFS engagement letter and communicate with Ruth Jenkins regarding who will execute on behalf of the Pension Investment Committee |
| 7/11/11 | RET | .20 | Communications with Laurel Van Allen regarding status of language for the agreement between Chubb and Lexecon |
| 7/11/11 | RET | .40 | Review Form ADV Part 2 Disclosure Document from IFS |
| 7/11/11 | RET | .30 | Communications with counsel for Dunn |
| 7/11/11 | RET | .30 | Communications with plaintiffs' counsel regarding Dunn |
| 7/12/11 | RET | .20 | Communications with Ruth Jenkins regarding status of execution of IFS retention letter by the Pension Committee |
| 7/12/11 | RET | .30 | Communications with Dave Deppe regarding status of settlement |
| 7/12/11 | RET | .20 | Communications with Natalie Kossak regarding status of execution of IFS retention letter by the Pension Committee |
| 7/12/11 | JMS7 | .20 | Review seventy-first bankruptcy report |
| 7/13/11 | RET | .30 | Communications with Ruth Jenkins regarding obtaining Pension Committee's approval of the IFS engagement agreement |
| 7/13/11 | RET | .40 | Prepare for meeting of Pension Committee regarding approval of the IFS engagement agreement |
| 7/13/11 | RET | .40 | Attend meeting of Pension Committee regarding approval of the IFS engagement agreement |
| 7/13/11 | RET | .20 | Communications with Dunn's counsel regarding status of stipulation |
| 7/15/11 | RET | .30 | Communications with Natalie Kossak regarding retention agreement with IFS |
| 7/15/11 | RET | .30 | Review corrected IFS agreement from Ruth Jenkins |

1

| Date | Tkpr | Hours | Description |
|---|---|---|---|
| 7/18/11 | RET | .10 | Communications with Peter Bisio regarding status of stipulation of settlement |
| 7/19/11 | RET | .20 | Communications with Peter Bisio regarding status of stipulation of settlement |
| 7/20/11 | RET | .40 | Communications with Anna Ventresca and John Doolittle explaining revisions to stipulation of settlement |
| 7/20/11 | RET | .80 | Revisions to stipulation of settlement from Dunn and Cross |
| 7/20/11 | RET | .20 | Communications with plaintiffs' counsel regarding revisions to stipulation of settlement |
| 7/20/11 | RET | .40 | Communications with plaintiffs' counsel and counsel for Dunn and Cross explaining revisions to stipulation of settlement |
| 7/21/11 | RET | .50 | Preparing proofs of claim for stipulation of settlement |
| 7/21/11 | RET | .20 | Communications with James Stovall regarding stipulation of settlement |
| 7/21/11 | RET | .30 | Communications with Ken Hashimoto regarding stipulation of settlement |
| 7/21/11 | RET | .30 | Teleconference with James Stovall regarding stipulation of settlement |
| 7/21/11 | JMS7 | .40 | Communicate with Rene' Thorne regarding settlement agreement hurdles and ways to bypass |
| 7/22/11 | RET | .40 | Review proofs of claim to determine which will be Exhibit D-2 to the stipulation of settlement |
| 7/22/11 | RET | .30 | Communications with James Stovall regarding proofs of claim which will be Exhibit D-2 to the stipulation of settlement |
| 7/22/11 | RET | .20 | Communicate with Anna Ventresca regarding stipulation of settlement |
| 7/22/11 | RET | .20 | Communicate with Ken Hashimoto regarding stipulation of settlement |
| 7/22/11 | RET | .20 | Communications with Anna Ventresca regarding status of stipulation |
| 7/22/11 | RET | .20 | Communications with John Doolittle regarding status of stipulation |
| 7/22/11 | RET | .30 | Communications with Cross's counsel regarding status of stipulation |
| 7/25/11 | RET | .20 | Communications with Dunn's counsel regarding stipulation of settlement |
| 7/25/11 | RET | .30 | Communications with Ken Hashimoto and James Stovall regarding stipulation of settlement |
| 7/25/11 | RET | .20 | Communications with plaintiffs' counsel regarding status of signatures on stipulation of settlement |
| 7/26/11 | RET | .20 | Communications with Dave Deppe regarding status of settlement |

SUB TOTAL     5,805.00

2

L190 Other Case Assessment, Devel. & Adm

    7/18/11 RWJ   .50        Prepare Exhibit B to twenty-sixth interim fee application

    7/18/11 RWJ  2.50        Prepare twenty-sixth interim fee application

    7/18/11 RWJ  1.70        Prepare Exhibit A to twenty-sixth interim fee application

    SUB TOTAL    705.00

L210 Pleadings

    7/22/11 RET   .30        Communications with John Doolittle regarding status of the stipulation

    7/22/11 RET   .30        Communications with Anna Ventresca regarding status of stipulation

    7/26/11 RET   .30        Communications with Jennifer Palmer regarding status of stipulation

    7/26/11 RET   .30        Communications with Ken Hashimoto regarding status of stipulation

    SUB TOTAL    600.00

TOTAL SERVICES        7,110.00

TOTAL HOURS:        17.6

FEE GRAND TOTAL:        $7,110.00

NORTEL'S 50% TOTAL:        $3,555.00

**NORTEL NETWORKS-ERISA Litigation**
  **ERISA Litigation - Post Bankruptcy – Non-Insurance**

DATE ATTY   HRS           DESCRIPTION OF SERVICES RENDERED


TOTAL HOURS:            0
FEE GRAND TOTAL:        $0.00


4821-3731-2522, v. 1