## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>Nortel Networks Inc., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |
| Nortel Networks Inc. v. Algo Communication Products Ltd. | Adv. Pro. No. 10-55913 |
| Nortel Networks Inc. v. Aviat U.S., Inc. | Adv. Pro. No. 11-50205 |
| Nortel Networks Inc. v. Avotus Corporation | Adv. Pro. No. 10-55916 |
| Nortel Networks Inc. v. CDW Direct, LLC and CDW LLC | Adv. Pro. No. 10-55185 |
| Nortel Networks Inc. v. Certicom Corporation | Adv. Pro. No. 10-55923 |
| Nortel Networks Inc. v. Covergence, Inc. | Adv. Pro. No. 11-50033 |
| Nortel Networks Inc. v. Focus Legal Solutions, LLC and Focus Legal Management, LLC | Adv. Pro. No. 11-50204 |
| Nortel Networks Inc. v. Infonet Services Corporation | Adv. Pro. No. 10-55935 |
| Nortel Networks Inc. and Nortel Networks (CALA) Inc. v. Informatics International Ltd. | Adv. Pro. No. 10-53186 |
| Nortel Networks Inc. v. International Business Machines Corporation *et al.* | Adv. Pro. No. 11-50206 |
| Nortel Networks Inc. v. ITC Networks SRL | Adv. Pro. No. 10-55210 |
| Nortel Networks Inc. v. PMC-Sierra, Inc. and PMC-Sierra, Ltd. | Adv. Pro. No. 10-55890 |
| Nortel Networks Inc. v. Sigma Systems Canada Inc. | Adv. Pro. No. 10-55211 |
| Nortel Networks Inc. and Nortel Networks (CALA) Inc. v. Staples Contract & | Adv. Pro. No. 11-50194 |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

| Commercial, Inc. | |
|---|---|
| Nortel Networks Inc. v. Zhone Technologies, Inc. | Adv. Pro. No. 10-55904 |

## STATUS REPORT ON AVOIDANCE ACTIONS
## <u>ASSIGNED TO THE HONORABLE KEVIN GROSS, CHIEF JUDGE</u>

In accordance with the Court's Chambers' Procedures and the Scheduling Order dated April 12, 2011 entered with respect to the above-captioned adversary proceedings, plaintiff, Nortel Networks Inc., by and through its counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submits the following status report.

Dated:  August 25, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Deborah M. Buell (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
Nora K. Abularach (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Chad A. Fights*
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Chad Fights (No. 5006)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and*
*Debtors in Possession*

## STATUS A

### SERVICE NOT YET COMPLETED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS B

### SERVICE COMPLETE, ANSWERS DUE

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55913 | Algo Communication Products, Ltd. | Answer to complaint due October 31, 2011. |
| 10-55185 | CDW Direct, LLC and CDW LLC | Answer to complaint due September 16, 2011. |
| 10-55935 | Infonet Services Corporation | Answer to complaint due September 15, 2011. |

## STATUS C

### MOTION OR REQUEST FOR DEFAULT FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-53186 | Informatics International Ltd. | Default Judgment entered on July 18, 2011. Adversary proceeding closed on August 3, 2011. |

## STATUS D

### NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

**STATUS E**

**RESOLVED/SETTLED:  MAY NOT YET BE DISMISSED**

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55923 | Certicom Corporation | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors have provided Notice Parties with notice of this proposed settlement. |
| 11-50033 | Covergence, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, a motion pursuant to Bankruptcy Rule 9019(b) will be filed in connection with this proposed settlement. |
| 10-55210 | ITC Networks SRL | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, a motion pursuant to Bankruptcy Rule 9019(b) will be filed in connection with this proposed settlement. |
| 10-55890 | PMC-Sierra, Inc. and PMC-Sierra, Ltd. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide Notice Parties with notice of this proposed settlement. |
| 11-50194 | Staples Contract & Commercial, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy Court. |

## STATUS F

## DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
|---|---|---|
| 11-50205 | Aviat U.S., Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated August 23, 2011. Plaintiff's discovery responses due on September 30, 2011. Defendant's discovery responses due on September 30, 2011. |
| 10-55916 | Avotus Corporation | Discovery will be proceeding in accordance with the Amended Scheduling Order dated August 8, 2011. Plaintiff's discovery responses due on September 23, 2011 and September 28, 2011. Defendant's discovery responses due on August 31, 2011. |
| 11-50204 | Focus Legal Solutions, LLC and Focus Legal Management, LLC | Discovery will be proceeding in accordance with the Amended Scheduling Order dated August 9, 2011. Defendant's discovery responses were due on August 3, 2011 and Plaintiff reserves all rights. |
| 11-50206 | International Business Machines Corporation *et al.* | Discovery will be proceeding in accordance with the Scheduling Order dated April 12, 2011. |
| 10-55211 | Sigma Systems Canada Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated July 1, 2011. |
| 10-55904 | Zhone Technologies, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated July 29, 2011. Plaintiff's discovery responses due on November 7, 2011. Defendant's discovery responses due on October 31, 2011. |

## STATUS G

### NOTICE OF SELECTION OF MEDIATOR FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS H

### READY FOR TRIAL

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS I

### DISPOSITIVE MOTION PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS J

### STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS K
### APPEAL PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |