# CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant To Bankruptcy Rule 9019 For An Order Authorizing Entry Into, And Approving, The Stipulation Of Settlement Between And Among Nortel Networks, Inc., Nortel Networks (CALA) Inc., Nortel Networks Corporation, Nortel Networks Limited, Telmar Network Technology, Inc., Precision Communication Services, Inc., And Precision Communication Services Corporation** (the "Motion") was caused to be made on August 25, 2011, in the manner indicated upon the parties identified on the service list attached hereto as Exhibit A.  The Motion *(unredacted version)* was caused to be made on August 25, 2011, in the manner indicated upon the parties identified on the service list attached hereto as Exhibit B.

Dated:  August 25, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Chad A. Fights*
　　　　　　　　　　　　　　　　　　　　　　　　　Chad A. Fights (No. 5006)

4458191.1