**EXHIBIT B**

## SERVICE LIST

**Via Hand Delivery**

Thomas P. Tinker. Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
920 N King Street
Wilmington, DE  19801

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705

**Via First Class Mail**

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY  10036

Thomas R. Kreller
MILBANK, TWEED, HADLEY &
MCLOY LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

4457965.1