## CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion For Entry Of An Order Authorizing The Debtors To File Under Seal, In Part, Exhibit B To Debtors' Motion Pursuant To 11 U.S.C. §§ 105 And 363 And Fed. R. Bankr. P. 9019 For Entry Of An Order Approving Settlement Agreement** was caused to be made on August 25, 2011, in the manner indicated upon the parties identified on the attached service list.

Dated: August 25, 2011

                                                */s/ Chad A. Fights*
                                                Chad A. Fights (No. 5006)