# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**July 1, 2011 - July 31, 2011**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | July 2011 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 70.0 |
| 2 | Business Operations / General Corporate / Real Estate | 14.0 |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 35.0 |
| 6 | Committee Matters and Creditor Meetings | 32.0 |
| 7 | Claims Administration and Analysis | 69.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 33.0 |
| 15 | Travel | 43.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **296.0** |

**Summary of Services Rendered by Professional**

| Name | July 2011 Hours |
|---|---|
| Matthew Rosenberg, Member | 135.0 |
| Michael Kennedy, Member | 146.0 |
| Aaron Taylor, Vice President | - |
| Rolando Capinpin, Jr., Vice President | - |
| Michael Sabo, Associate | 15.0 |
| **TOTAL** | **296.0** |

**Nortel Networks, Inc**
July 1, 2011 - July 31, 2011 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | July 2011 Hours | Code |
|---|---|---|---|
| 7/1/2011 | IP sale and allocation | 3.0 | 1 |
| 7/1/2011 | Return travel to Chicago | 7.0 | 15 |
| 7/5/2011 | Calls and analysis re IP sale, allocation and claims | 7.0 | 14 |
| 7/6/2011 | Calls and analysis re IP sale, allocation and claims | 5.0 | 14 |
| 7/6/2011 | Travle to NYC | 4.0 | 15 |
| 7/7/2011 | Meeting w/ debtor and professionals re case mgmt, IP sale, allocation and claims | 6.0 | 5 |
| 7/7/2011 | Meeting w/ debtor, UCC and PWC re UK Pension claims | 3.0 | 6 |
| 7/7/2011 | Return travel to Chicago | 4.0 | 15 |
| 7/8/2011 | Calls and analysis re IP sale, allocation and claims | 6.0 | 14 |
| 7/11/2011 | Calls and analysis re claims, assets, allocation and case management | 4.0 | 7 |
| 7/12/2011 | Calls and analysis re allocation and case management | 4.0 | 14 |
| 7/13/2011 | Calls and analysis re allocation | 5.0 | 14 |
| 7/14/2011 | Calls and analysis re claims, assets and case management | 6.0 | 14 |
| 7/15/2011 | Calls and analysis re claims, assets, allocation and case management | 5.0 | 7 |
| 7/18/2011 | Calls and analysis re claims, case management and allocation | 3.0 | 7 |
| 7/19/2011 | Calls and analysis re claims, case management and allocation | 5.0 | 7 |
| 7/20/2011 | Calls and analysis re claims, case management and allocation | 6.0 | 7 |
| 7/21/2011 | Calls and analysis re claims, case management and allocation | 5.0 | 7 |
| 7/22/2011 | Calls and analysis re claims, case management and allocation | 2.0 | 7 |
| 7/24/2011 | Analysis re claims and allocation | 3.0 | 7 |
| 7/25/2011 | Calls and analysis re IP sale, allocation and claims | 6.0 | 7 |
| 7/25/2011 | Travel to NYC | 8.0 | 15 |
| 7/26/2011 | Meetings w/ debtor and professionals re case management, claims and allocation | 4.0 | 5 |
| 7/26/2011 | Meetings w/ UCC re claims, allocation and case management | 4.0 | 6 |
| 7/26/2011 | Meetings w/ UCC and Bonds re claims, allocation and case management | 2.0 | 6 |
| 7/27/2011 | Meeting re creditor issues | 2.0 | 6 |
| 7/27/2011 | Meetings w/ debtor re allocation, claims and case management | 6.0 | 5 |
| 7/28/2011 | Return travel to Chicago | 4.0 | 15 |
| 7/29/2011 | Calls and analysis re IP sale, allocation and claims | 6.0 | 7 |

**July 2011 Total** **135.0**

**Nortel Networks, Inc**
July 1, 2011 - July 31, 2011 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy, Member</u>

| Date | Description of Work | July 2011 Hours | Code |
|---|---|---|---|
| 7/4/2011 | Review of draft 4th estate settlement material | 2.0 | 2 |
| 7/4/2011 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 1 |
| 7/5/2011 | Conference call with UCC advisors | 2.0 | 6 |
| 7/5/2011 | Prepare and review analysis re allocation, mediation and financial data | 8.0 | 1 |
| 7/6/2011 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 1 |
| 7/6/2011 | Calls & communication with Cleary & JR re claims and allocation protocol | 3.0 | 1 |
| 7/6/2011 | Travel to NYC | 4.0 | 15 |
| 7/7/2011 | Meeting w/ debtor and professionals re case mgmt, IP sale, allocation and claims | 6.0 | 5 |
| 7/7/2011 | Meeting w/ debtor, UCC and PWC re UK Pension claims | 3.0 | 6 |
| 7/7/2011 | Return travel to Chicago | 4.0 | 15 |
| 7/8/2011 | Conference call with UCC advisors | 2.0 | 6 |
| 7/8/2011 | Calls & communication with Cleary & JR re claims and allocation protocol | 3.0 | 1 |
| 7/11/2011 | Conference call with UCC advisors | 2.0 | 6 |
| 7/11/2011 | Prepare and review analysis re allocation, mediation and financial data | 7.0 | 1 |
| 7/12/2011 | Prepare and review analysis re allocation, mediation and financial data | 8.0 | 1 |
| 7/13/2011 | Prepare and review analysis re allocation, mediation and financial data | 6.0 | 1 |
| 7/14/2011 | Calls & communication with JR re claims | 2.0 | 7 |
| 7/14/2011 | Calls & communication with Management re claims | 3.0 | 7 |
| 7/14/2011 | Conference calls with UCC advisors re: claims | 1.0 | 6 |
| 7/14/2011 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 1 |
| 7/15/2011 | Calls & communication with Cleary & JR re process and case management | 4.0 | 1 |
| 7/15/2011 | Review and communications of admin claim material | 2.0 | 2 |
| 7/18/2011 | Call w/ Cleary (LS) re: interestate terms | 1.0 | 5 |
| 7/18/2011 | Conference call with Cleary | 1.0 | 5 |
| 7/18/2011 | Conference call with UCC advisors | 1.0 | 6 |
| 7/18/2011 | Conf. call w/ JR re: interestate/interco | 1.0 | 7 |
| 7/18/2011 | Review and communications of admin claim material | 2.0 | 2 |
| 7/18/2011 | Call w/ Cleary & Management re: tax | 1.0 | 2 |
| 7/19/2011 | Prepare and review analysis re allocation, mediation and financial data | 5.0 | 1 |
| 7/19/2011 | Conference call with bond advisors | 2.0 | 6 |
| 7/20/2011 | Review and communications of admin claim material | 3.0 | 2 |
| 7/20/2011 | Review interestate and intercompany claims issues | 3.0 | 7 |
| 7/20/2011 | Calls & communication with Cleary & JR re process and case management | 4.0 | 1 |
| 7/21/2011 | Calls & communication with Cleary & JR re process and case management | 2.0 | 1 |
| 7/22/2011 | Call w/ Cleary re: interestate terms | 1.0 | 5 |
| 7/22/2011 | Review of draft 4th estate settlement material and issues | 2.0 | 2 |
| 7/25/2011 | Travel to NYC | 4.0 | 15 |
| 7/26/2011 | Meetings w/ debtor and professionals re case management, claims and allocation | 4.0 | 5 |
| 7/26/2011 | Meetings w/ UCC re claims, allocation and case management | 4.0 | 6 |
| 7/26/2011 | Meetings w/ UCC and Bonds re claims, allocation and case management | 2.0 | 6 |
| 7/27/2011 | Meeting re creditor issues | 2.0 | 6 |
| 7/27/2011 | Meetings w/ debtor re allocation, claims and case management | 6.0 | 5 |
| 7/28/2011 | Return travel to Chicago | 4.0 | 15 |
| 7/28/2011 | Review of draft 4th estate settlement material and issues | 2.0 | 2 |
| 7/29/2011 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 1 |
| 7/29/2011 | Calls & communication with Cleary & JR re process and case management | 4.0 | 1 |
| **July 2011 Total** | | **146.0** | |

**Nortel Networks, Inc**
July 1, 2011 - July 31, 2011 Time Detail
Chilmark Partners, LLC
Michael Sabo, Associate

| Date | Description of Work | July 2011 Hours | Code |
|---|---|---|---|
| 7/8/2011 | Claims Administration and Analysis | 2.0 | 7 |
| 7/11/2011 | Claims Administration and Analysis | 6.0 | 7 |
| 7/12/2011 | Claims Administration and Analysis | 7.0 | 7 |
| **July 2011 Total** | | **15.0** | |