# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2011 through July 31, 2011

| Professional | Trip Date | Description | Amount |
|---|---|---|---:|
| Matt Rosenberg | 7/8/11-7/9/11 | Flight to New York, NY (Airpass) | $ 962.33 |
| Matt Rosenberg | 7/8/11-7/9/11 | Hotel (one night) | $ 571.51 |
| Matt Rosenberg | 7/8/11-7/9/11 | Ground transportation | $ 86.00 |
| Matt Rosenberg | 7/8/11-7/9/11 | Meals | $ 38.00 |
| Matt Rosenberg | 7/25/11-7/28/11 | Flight to New York, NY (Airpass) | $ 481.17 |
| Matt Rosenberg | 7/25/11-7/28/11 | Hotel (three nights) | $ 994.97 |
| Matt Rosenberg | 7/25/11-7/28/11 | Ground transportation | $ 221.05 |
| Matt Rosenberg | 7/25/11-7/28/11 | Meals | $ 134.88 |
| Chilmark | various | Conference Calls | $ 218.00 |
| **Total Expenses** | | | **$ 3,707.91** |