# EXHIBIT A

# 661637



## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000126 / Linex v. Nortel et al.

Proforma Generation Date: 08/09/11 10:56

Fees and Disbursements Through 05/31/11
Last Date Billed 03/25/11 (Through 01/31/11)
Bill Cycle: M
Matter Open Date: Jan 14, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $15,411.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$15,411.00** | | |
| | | YTD Fees Billed | $3,352.50 |
| Address: Nortel Networks | | YTD Disb Billed | $0.00 |
| Attn: Accounts Payable | | | |
| Post Office Box 280510 | | LTD Fees Billed | $9,899.50 |
| Nashville, TN 37728 | | LTD Disb Billed | $36.97 |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8714312 | 02/02/11 | Supko, M. | Review results of Mr. Palan's preliminary analysis of claim construction ruling. | 0.40 | $294.00 |
| 8758026 | 02/07/11 | Jacobs, M. | E-mails with Mr. Supko re status conference (.1); v-mail to and from and e-mail to Ms. Kelley re same (.2). | 0.30 | $196.50 |
| 8739391 | 02/08/11 | Supko, M. | Analyze infringement issues in view of claim construction order and consult with Mr. Palan re claim charts (1.4); consultation with Ms. Palmer and Mr. Fako re status conference (0.2); consultation with Ms. Kelley re status conference (0.1). | 1.70 | $1,249.50 |
| 8741562 | 02/09/11 | Palan, S. | Discuss impact of claim construction on | 0.20 | $126.00 |

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000126 / Linex v. Nortel et al.

Fees and Disbursements Through 05/31/11  
Last Date Billed 03/25/11 (Through 01/31/11)  
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | validity and non-infringement positions with Mr. Supko. | | |
| 8740331 | 02/09/11 | Supko, M. | Meet with Mr. Palan re infringement analysis. | 0.20 | $147.00 |
| 8747519 | 02/10/11 | Supko, M. | Review Tropos' motion to continue scheduling conference and report same to Ms. Palmer and Mr. Fako. | 0.10 | $73.50 |
| 8748565 | 02/11/11 | Palan, S. | Review case file in order to identify most relevant prior art in order to prepare validity analysis. | 2.90 | $1,827.00 |
| 8749795 | 02/12/11 | Palan, S. | Analyze most relevant prior art in order to prepare invalidity claim charts. | 2.10 | $1,323.00 |
| 8749796 | 02/13/11 | Palan, S. | Continue reviewing prior art and begin preparing invalidity claim charts. | 3.70 | $2,331.00 |
| 8758013 | 02/15/11 | Supko, M. | Correspondence with counsel re rescheduling of status conference. | 0.10 | $73.50 |
| 8762894 | 02/16/11 | Supko, M. | Review order resetting status conference and advise Ms. Palmer and Mr. Fako re same (0.1); investigate logistics for telephonic attendance (0.1). | 0.20 | $147.00 |
| 8766145 | 02/21/11 | Palan, S. | Review Nortel's document production to identify supporting materials for non-infringement analysis (3.0); review identified technical documents and begin preparing non-infringement arguments (2.2). | 5.20 | $3,276.00 |
| 8777300 | 02/24/11 | Supko, M. | Participate in status conference (by telephone) with Judge Marra. | 0.50 | $367.50 |
| 8804372 | 03/02/11 | Supko, M. | Prepare report to Ms. Palmer and Mr. Fako re status hearing and settlement strategy (0.2); review prior settlement correspondence and damages analysis (0.5); continue analyzing | 1.30 | $955.50 |

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000126 / Linex v. Nortel et al.

Fees and Disbursements Through 05/31/11  
Last Date Billed 03/25/11 (Through 01/31/11)  
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | infringement issues (0.6). | | |
| 9064450 | 05/27/11 | Palan, S. | Continue preparing invalidity claim charts for '377 patent. | 2.10 | $1,323.00 |
| 9075049 | 05/31/11 | Palan, S. | Continue preparing invalidity claim charts for '377 patent (1.3 hr); begin preparing memorandum analyzing the strength of Nortel's invalidity and infringement position (1.4). | 2.70 | $1,701.00 |
| | | | **Professional Services Total** | **23.70** | **$15,411.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001365 | Partner | Jacobs, M. | $655.00 | 0.30 | $196.50 |
| 001436 | Partner | Palan, S. | $630.00 | 18.90 | $11,907.00 |
| 001474 | Partner | Supko, M. | $735.00 | 4.50 | $3,307.50 |
| | | | **Fees Value** | **23.70** | **$15,411.00** |

**661639**



## BILLABLE PROFORMA

**Billing Attorney:** 001835 / Matthew Cheney  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000189 / Fee/Employment Application - US  

**Proforma Generation Date:** 08/18/11 14:42

**Fees and Disbursements Through** 05/31/11  
**Last Date Billed** 06/20/11 (Through 02/28/11)  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $2,310.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$2,310.00** | | |

**Address:** Jeanine L. Daniluk  
Dept. 0381  
Nortel Networks  
195 The West Mall  
Toronto, Ontario  
Canada, M9C 5K1

| | |
|---|---|
| YTD Fees Billed | $12,177.00 |
| YTD Disb Billed | $59.00 |
| LTD Fees Billed | $103,705.00 |
| LTD Disb Billed | $307.30 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9055369 | 05/16/11 | Cheney, M | Review and revise pro formas for fee statements. | 0.30 | $178.50 |
| 9045985 | 05/18/11 | Duffy, K | Review and revise pro forma statements for February 2011 fee statements | 0.50 | $122.50 |
| 9045988 | 05/18/11 | Duffy, K | Review and revise pro forma statements for March 2011 fee statements | 0.50 | $122.50 |
| 9045989 | 05/18/11 | Duffy, K | Review and revise pro forma statements for April 2011 fee statements | 0.50 | $122.50 |
| 9045992 | 05/18/11 | Duffy, K | Prepare 26th Interim Fee application for February 2011 | 0.50 | $122.50 |
| 9045994 | 05/18/11 | Duffy, K | Prepare 27th Interim Fee application for March 2011 | 0.50 | $122.50 |
| 9045996 | 05/18/11 | Duffy, K | Prepare 28th Interim Fee application for April | 0.50 | $122.50 |

DCACTIVE-15959735.1

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | 2011 | | |
| 9055523 | 05/19/11 | Cheney, M | Review and revise 26th fee statement. | 0.30 | $178.50 |
| 9055526 | 05/19/11 | Cheney, M | Review and revise 27th fee statement. | 0.30 | $178.50 |
| 9055529 | 05/19/11 | Cheney, M | Review and revise 28th fee statement. | 0.50 | $297.50 |
| 9055530 | 05/19/11 | Cheney, M | Review quarterly fee application and order. | 0.20 | $119.00 |
| 9055531 | 05/19/11 | Cheney, M | Prepare fee statements and application for filing. | 0.50 | $297.50 |
| 9046018 | 05/19/11 | Duffy, K | Prepare Ninth Quarterly Application and Order Approving Fees for February 2011 through April 2011 fee statements | 0.60 | $147.00 |
| 9055559 | 05/20/11 | Cheney, M | Emails to Ms. Cordo enclosing fee statements and application for filing and service. | 0.30 | $178.50 |
| | | | **Professional Services Total** | **6.00** | **$2,310.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Counsel | Cheney, M | $595.00 | 2.40 | $1,428.00 |
| 006407 | Specialist | Duffy, K | $245.00 | 3.60 | $882.00 |
| | | | **Fees Value** | **6.00** | **$2,310.00** |

- 2 -

DCACTIVE-15959735.1

# 661640



**BILLABLE PROFORMA**

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000194 / Project Alpha

Proforma Generation Date: 08/09/11 10:56

Fees and Disbursements Through 05/31/11
Last Date Billed 06/20/11 (Through 02/28/11)
Bill Cycle: M
Matter Open Date: Dec 29, 2009
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $1,984.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 66.25 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$2,050.25** | | |
| Address: Nortel Networks Corp | | YTD Fees Billed | $18,777.50 |
| | | YTD Disb Billed | $0.00 |
| | | LTD Fees Billed | $84,360.00 |
| | | LTD Disb Billed | $493.81 |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9049351 | 05/16/11 | Zabarauskas, B. | Review emails from L. Rowan re: settlement discussions (.2); discussion with L. Rowan re: same (.2). | 0.40 | $248.00 |
| 9049359 | 05/17/11 | Zabarauskas, B. | Email with client re: extension of defendants' time to answer. | 0.10 | $62.00 |
| 9049378 | 05/18/11 | Zabarauskas, B. | Review L. Rowan email re: settlement discussions (.1); review email re: extension of time to answer complaint (.1); review extension stipulation (.1); emails with A. Gazze re: status conference schedule and extension of time to answer (.1). | 0.40 | $248.00 |
| 9083001 | 05/24/11 | Zabarauskas, B. | Discussion with L. Rowan re: settlement | 2.30 | $1,426.00 |

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000194 / Project Alpha

Fees and Disbursements Through 05/31/11  
Last Date Billed 06/20/11 (Through 02/28/11)  
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | discussions (.1); email to C. Brown re: analysis of preference defenses (.1); review and analyze defendants' proposed preference defenses (2.1). | | |
| | | | **Professional Services Total** | **3.20** | **$1,984.00** |

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 002217 | Counsel | Zabarauskas, B. | $620.00 | 3.20 | $1,984.00 |
| | | | **Fees Value** | **3.20** | **$1,984.00** |

### Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5869312 | 05/23/11 | | 0007 | 1337666 | 002217 | In-House Network Printing | $66.25 |
| | | | | | | **Total Disbursements** | **$66.25** |

### Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0007 | In-House Network Printing | $66.25 |
| | **Total Disbursements** | **$66.25** |

# 661641



## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000195 / Indemnification Claim by Cox Communicati

Proforma Generation Date: 08/09/11 10:56

Fees and Disbursements Through 05/31/11
Last Date Billed 06/20/11 (Through 02/28/11)
Bill Cycle: M
Matter Open Date: Jan 31, 2011
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $252.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$252.00** | | |
| Address: Nortel Networks Corp | | YTD Fees Billed | $18,795.00 |
| | | YTD Disb Billed | $18.00 |
| | | LTD Fees Billed | $18,795.00 |
| | | LTD Disb Billed | $18.00 |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 8990633 | 05/04/11 | Palan, S. | Review notes in order to prepare document with additional description of requested documents. | 0.40 | $252.00 |
| | | | Professional Services Total | **0.40** | **$252.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001436 | Partner | Palan, S. | $630.00 | 0.40 | $252.00 |
| | | | Fees Value | **0.40** | **$252.00** |