# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2011 Through May 31, 2011

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---:|
| Printing | In-House Network Printing | $66.25 |
| **TOTAL** | | **$66.25** |

# 661640

**Crowell & Moring**
**Billable Proforma**

**Billing Attorney: 000302 / James J. Regan**         **Fees and Disbursements Through 05/31/11**
**Client: 105185 / Nortel Networks Corp**              **Last Date Billed 06/20/11 (Through 02/28/11)**
**Matter: 105185.0000194 / Project Alpha**             **Proforma Joint Group # 105185**

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5869312 | 05/23/11 | | 0007 | 1337666 | 002217 | In-House Network Printing | $66.25 |
| | | | | | | **Total Disbursements** | **$66.25** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0007 | In-House Network Printing | $66.25 |
| | **Total Disbursements** | **$66.25** |