# EXHIBIT A

# 661642



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000126 / Linex v. Nortel et al.

**Proforma Generation Date:** 08/18/11 14:51

**Fees and Disbursements Through 06/30/11**  
**Last Date Billed 03/25/11 (Through 01/31/11)**  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185

| | | | |
|---|---:|---|---:|
| Total Fees This Proforma | $17,251.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | $17,251.50 | | |
| | | YTD Fees Billed | $3,352.50 |
| Address: Nortel Networks | | YTD Disb Billed | $0.00 |
| Attn: Accounts Payable | | | |
| Post Office Box 280510 | | LTD Fees Billed | $9,899.50 |
| Nashville, TN 37728 | | LTD Disb Billed | $36.97 |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---:|---:|
| 9085808 | 06/02/11 | Palan, S. | Draft technical description and non-infringement discussion of memorandum. | 2.30 | $1,449.00 |
| 9089818 | 06/03/11 | Palan, S. | Continue preparing memorandum summarizing validity and non-infringement position. | 5.20 | $3,276.00 |
| 9092214 | 06/05/11 | Palan, S. | Revise memorandum summarizing validity and non-infringement position. | 1.20 | $756.00 |
| 9092223 | 06/06/11 | Palan, S. | Finalize memorandum summarizing validity and non-infringement position. | 3.40 | $2,142.00 |
| 9109428 | 06/08/11 | Supko, M. | Begin reviewing/revising draft memo to Ms. Palmer re infringement and validity issues. | 1.30 | $955.50 |
| 9110434 | 06/09/11 | Palan, S. | Revise memorandum and claim charts in view of Mr. Supko's comments. | 1.70 | $1,071.00 |
| 9111062 | 06/09/11 | Supko, M. | Continue reviewing/revising memo to Ms. Palmer | 2.50 | $1,837.50 |

DCACTIVE-15959764.1

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | and supporting claim charts re noninfringement and invalidity defenses, including analysis of substantive issues (2.0); consultation with Mr. Palan re same (0.5). | | |
| 9111057 | 06/10/11 | Palan, S. | Finalize memorandum. | 4.70 | $2,961.00 |
| 9113963 | 06/13/11 | Palan, S. | Continue finalizing memorandum. | 0.70 | $441.00 |
| 9117583 | 06/13/11 | Supko, M. | Continue working on memo to Ms. Palmer and claim charts in support of same (0.5); consultation with Mr. Palan re infringement and validity issues (0.2). | 0.70 | $514.50 |
| 9117625 | 06/14/11 | Palan, S. | Update memorandum and accompanying claim charts in view of Mr. Supko's comments. | 0.80 | $504.00 |
| 9124650 | 06/14/11 | Supko, M. | Finalize memo to Ms. Palmer re infringement and invalidity analysis and send same. | 0.30 | $220.50 |
| 9155140 | 06/27/11 | Palan, S. | Prepare for and attend telephone conference with Ms. Palmer regarding analysis of strength of Nortel's non-infringement and invalidity positions. | 1.20 | $756.00 |
| 9162164 | 06/27/11 | Supko, M. | Prepare for and participate in telephone conference with Ms. Palmer and Mr. Palan re substantive analysis and settlement strategy. | 0.50 | $367.50 |
| | | | **Professional Services Total** | **26.50** | **$17,251.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001436 | Partner | Palan, S. | $630.00 | 21.20 | $13,356.00 |
| 001474 | Partner | Supko, M. | $735.00 | 5.30 | $3,895.50 |
| | | | **Fees Value** | **26.50** | **$17,251.50** |

- 2 -

# 661643



## BILLABLE PROFORMA

**Billing Attorney:** 001835 / Matthew Cheney  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000189 / Fee/Employment Application - US

**Proforma Generation Date:** 08/18/11 14:53

**Fees and Disbursements Through 06/30/11**  
**Last Date Billed 06/20/11 (Through 02/28/11)**  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $1,249.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$1,249.50** | | |
| Address: Jeanine L. Daniluk | | YTD Fees Billed | $12,177.00 |
| Dept. 0381 | | YTD Disb Billed | $59.00 |
| Nortel Networks | | | |
| 195 The West Mall | | LTD Fees Billed | $103,705.00 |
| Toronto, Ontario | | LTD Disb Billed | $307.30 |
| Canada, M9C 5K1 | | | |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9123767 | 06/09/11 | Cheney, M | Review and revise pro formas. | 0.40 | $238.00 |
| 9123779 | 06/10/11 | Cheney, M | Review docket and pleadings re fee statements and no objections to same. | 0.20 | $119.00 |
| 9145190 | 06/14/11 | Cheney, M | Prepare for hearing on fee statements. | 0.40 | $238.00 |
| 9145191 | 06/14/11 | Cheney, M | Review and revise pro formas. | 0.30 | $178.50 |
| 9145192 | 06/14/11 | Cheney, M | Review proposed fee order and email to Ms. Cordo re minor revision. | 0.40 | $238.00 |
| 9156786 | 06/20/11 | Cheney, M | Review email from Ms. Cordo re no appearance needed at fee hearing. | 0.10 | $59.50 |
| 9156825 | 06/21/11 | Cheney, M | Review order approving fees and attention to issuing approved invoices. | 0.30 | $178.50 |
| | | | **Professional Services Total** | **2.10** | **$1,249.50** |

DCACTIVE-15959739.1

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---:|---:|---:|
| 001835 | Counsel | Cheney, M | $595.00 | 2.10 | $1,249.50 |
| | | | **Fees Value** | **2.10** | **$1,249.50** |

DCACTIVE-15959739.1

# 661644



## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000194 / Project Alpha  

Proforma Generation Date: 08/09/11 10:57

Fees and Disbursements Through 06/30/11  
Last Date Billed 06/20/11 (Through 02/28/11)  
Bill Cycle: M  
Matter Open Date: Dec 29, 2009  
Proforma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $4,960.00 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 74.95 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$5,034.95** | | |
| Address: Nortel Networks Corp | | YTD Fees Billed | $18,777.50 |
| | | YTD Disb Billed | $0.00 |
| | | LTD Fees Billed | $84,360.00 |
| | | LTD Disb Billed | $493.81 |
| | | A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9121382 | 06/08/11 | Zabarauskas, B. | Discussion and emails with M. Schein re: request for extension of time to answer (.1); discussion with client re: status and request for extension (.2). | 0.30 | $186.00 |
| 9122056 | 06/09/11 | Zabarauskas, B. | Review proposed stipulation extending defendants' time to answer (.1); emails to M. Schein and A. Gazze re: same (.1). | 0.20 | $124.00 |
| 9141830 | 06/13/11 | Zabarauskas, B. | Review email from L. Rowan re: Telmar settlement proposal (.2); discussion with L. Rowan re: same (.2); email with C. Brown re: Telmar's alleged preference defenses (.1). | 0.50 | $310.00 |
| 9141836 | 06/14/11 | Zabarauskas, B. | Review preference defense analysis from C. | 1.40 | $868.00 |

**661644**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000194 / Project Alpha  

Fees and Disbursements Through 06/30/11  
Last Date Billed 06/20/11 (Through 02/28/11)  
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | Brown (.9); discussion with C. Brown re: same (.3); discussion with L. Rowan re: same (.2). | | |
| 9141893 | 06/15/11 | Zabarauskas, B. | Discussion with L. Rowan re: invoices relating to new value defense (.3); review material from L. Rowan re: same (.2); review revised preference defense analysis from C. Brown (.3); emails with L. Rowan re: same (.2); review emails from L. Rowan re: settlement (.3). | 1.30 | $806.00 |
| 9141957 | 06/16/11 | Zabarauskas, B. | Emails with L. Rowan re: Telmar preference defense issues. | 0.10 | $62.00 |
| 9148199 | 06/22/11 | Zabarauskas, B. | Discussion with M. Schein re: settlement discussions (.3); discussion with L. Rowan re: same (.1); discussion with L. Rowan, D. McGee re: same and negotiation strategy (.3); review D. McKenna e-mail re: conversation with Telmar (.1). | 0.80 | $496.00 |
| 9158833 | 06/24/11 | Zabarauskas, B. | Discussion with M. Schein re: settlement discussions and request for conference call with clients (.3); discussion with L. Rowan re: same (.2); email to D. McKenna re: same and settlement strategy (.3); emails with M. Schein re: Telmar request for settlement discussion with clients and counsel (.1). | 0.90 | $558.00 |
| 9159055 | 06/26/11 | Zabarauskas, B. | Review D. McKenna email re: Telmar request for conference call re: settlement (.1); respond to same (.1); email to M. Schein agreeing to settlement conference call (.1). | 0.30 | $186.00 |
| 9176527 | 06/27/11 | Zabarauskas, B. | Numerous emails with M. Schein re: conference call concerning settlement (.3); email with D. McKenna re: same (.1). | 0.40 | $248.00 |

# CROWELL & MORING
# BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan
**Client:** 105185 / Nortel Networks Corp
**Matter:** 105185.0000194 / Project Alpha

Fees and Disbursements Through 06/30/11
Last Date Billed 06/20/11 (Through 02/28/11)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9176649 | 06/28/11 | Zabarauskas, B. | Prepare for conference call re: settlement (.3); discussion with L. Rowan re: same (.1); pre-conference call strategy call with L. Rowan, D. McKenna, G. Saliby (.3); conference call with L. Rowan, D. McKenna, G. Saliby, M. Schein, S. Pinket and other Telmar representatives re: settlement discussion (.6); review proposed stipulation extending time for defendants to answer (.1); emails with M. Schein re: same (.1); emails with A. Gazze re: same and pre-trial conference (.1). | 1.60 | $992.00 |
| 9176781 | 06/30/11 | Zabarauskas, B. | Review G. Saliby offer re: new Telmar settlement offer. | 0.20 | $124.00 |
| | | | **Professional Services Total** | **8.00** | **$4,960.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 002217 | Counsel | Zabarauskas, B. | $620.00 | 8.00 | $4,960.00 |
| | | **Fees Value** | | **8.00** | **$4,960.00** |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5895820 | 06/09/11 | | 0007 | 1348882 | 002217 | In-House Network Printing | $71.35 |
| 5897035 | 06/10/11 | | 0022 | 1349535 | 002217 | Inhouse Duplicating | $3.60 |
| | | | | | | **Total Disbursements** | **$74.95** |

**661644**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000194 / Project Alpha

Fees and Disbursements Through 06/30/11  
Last Date Billed 06/20/11 (Through 02/28/11)  
Proforma Joint Group # 105185

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0007 | In-House Network Printing | $71.35 |
| 0022 | Inhouse Duplicating | $3.60 |
| | **Total Disbursements** | **$74.95** |

# 661645



## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000195 / Indemnification Claim by Cox Communicati

Proforma Generation Date: 08/09/11 10:57

Fees and Disbursements Through 06/30/11
Last Date Billed 06/20/11 (Through 02/28/11)
Bill Cycle: M
Matter Open Date: Jan 31, 2011
Proforma Joint Group # 105185

| | | | | |
|---|---|---|---|---|
| Total Fees This Proforma | $955.50 | Unallocated Cash | | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | | $0.00 |
| **TOTAL THIS PROFORMA** | **$955.50** | | | |
| Address: Nortel Networks Corp | | YTD Fees Billed | | $18,795.00 |
| | | YTD Disb Billed | | $18.00 |
| | | LTD Fees Billed | | $18,795.00 |
| | | LTD Disb Billed | | $18.00 |
| | | A/R Balance This Matter | | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9093064 | 06/06/11 | Palan, S. | Review expert report provided by Cox. | 1.40 | $882.00 |
| 9111086 | 06/10/11 | Supko, M. | Correspondence with Ms. Palmer re further investigation and proposed next steps. | 0.10 | $73.50 |
| | | | Professional Services Total | **1.50** | **$955.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001436 | Partner | Palan, S. | $630.00 | 1.40 | $882.00 |
| 001474 | Partner | Supko, M. | $735.00 | 0.10 | $73.50 |
| | | | Fees Value | **1.50** | **$955.50** |