# EXHIBIT B

DCACTIVE-15919863.1

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 1, 2011 Through June 30, 2011

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---:|
| Printing | In-House Network Printing | $71.35 |
| Duplicating | In-House Duplicating | $3.60 |
| **TOTAL** | | **$74.95** |

# 661644

## Crowell & Moring
## Billable Proforma

**Billing Attorney: 000302 / James J. Regan**  **Fees and Disbursements Through 06/30/11**
**Client: 105185 / Nortel Networks Corp**  **Last Date Billed 06/20/11 (Through 02/28/11)**
**Matter: 105185.0000194 / Project Alpha**  **Proforma Joint Group # 105185**

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5895820 | 06/09/11 | | 0007 | 1348882 | 002217 | In-House Network Printing | $71.35 |
| 5897035 | 06/10/11 | | 0022 | 1349535 | 002217 | Inhouse Duplicating | $3.60 |
| | | | | | | **Total Disbursements** | **$74.95** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0007 | In-House Network Printing | $71.35 |
| 0022 | Inhouse Duplicating | $3.60 |
| | **Total Disbursements** | **$74.95** |

DCACTIVE-15919863.1