# EXHIBIT A

# 661646



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan
**Client:** 105185 / Nortel Networks Corp
**Matter:** 105185.0000121 / Wanland

**Proforma Generation Date:** 08/18/11 14:58

**Fees and Disbursements Through** 07/31/11
**Last Date Billed** 03/25/11 (Through 12/31/10)
**Bill Cycle:** M
**Matter Open Date:** Jan 14, 2009
**Proforma Joint Group #** 105185

| | |
|---|---|
| **Total Fees This Proforma** | $549.00 |
| **Total Disbursements This Proforma** | 2.36 |
| **TOTAL THIS PROFORMA** | $551.36 |

| | |
|---|---|
| **Unallocated Cash** | $0.00 |
| **Trust Balance** | $0.00 |

**Address:** Nortel Accounts Payable
P.O. Box 280510
Nashville, TN 37728

| | |
|---|---|
| **YTD Fees Billed** | $4,766.00 |
| **YTD Disb Billed** | $0.24 |
| **LTD Fees Billed** | $86,970.00 |
| **LTD Disb Billed** | $1,091.28 |
| **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9257459 | 07/29/11 | Parseghian, L. | Telephone conference with Ms. Palmer re resolution of inter-company liability issue and next steps re class settlement (0.8); email with Mr. Winkelman re same (0.1). | 0.90 | $549.00 |
| | | | **Professional Services Total** | **0.90** | **$549.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001425 | Counsel | Parseghian, L. | $610.00 | 0.90 | $549.00 |
| | | | **Fees Value** | **0.90** | **$549.00** |

**- 1 -**

DCACTIVE-15959741.1

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5961710 | 07/29/11 | | 0051 | 1378126 | 001425 | Long Distance Telephone (212) 225 2433 | $2.36 |
| | | | | | | **Total Disbursements** | **$2.36** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $2.36 |
| | **Total Disbursements** | **$2.36** |

# 661647



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000126 / Linex v. Nortel et al.

**Proforma Generation Date:** 08/18/11 15:02

**Fees and Disbursements Through 07/31/11**  
**Last Date Billed 03/25/11 (Through 01/31/11)**  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185

| | |
|---|---|
| **Total Fees This Proforma** | $3,633.00 |
| **Total Disbursements This Proforma** | 0.00 |
| **TOTAL THIS PROFORMA** | $3,633.00 |

| | |
|---|---|
| **Unallocated Cash** | $0.00 |
| **Trust Balance** | $0.00 |

**Address:** Nortel Networks  
Attn: Accounts Payable  
Post Office Box 280510  
Nashville, TN  37728

| | |
|---|---|
| **YTD Fees Billed** | $3,352.50 |
| **YTD Disb Billed** | $0.00 |
| **LTD Fees Billed** | $9,899.50 |
| **LTD Disb Billed** | $36.97 |
| **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9174725 | 07/01/11 | Supko, M. | Review history of settlement negotiations with Linex (0.3); analyze sales data (0.1); begin drafting letter to Linex re settlement offer (0.3). | 0.70 | $514.50 |
| 9177237 | 07/05/11 | Palan, S. | Review Mr. Supko's proposed settlement letter to Linex and provide comments. | 0.40 | $252.00 |
| 9180786 | 07/05/11 | Supko, M. | Continue reviewing correspondence re prior settlement negotiations (0.7); draft letter to Linex's counsel re settlement proposal, consult with Mr. Palan re same (0.8); forward draft letter to Ms. Palmer with comments re strategic issues (0.2). | 1.70 | $1,249.50 |
| 9183612 | 07/06/11 | Supko, M. | Review proposed revisions to settlement | 0.50 | $367.50 |

DCACTIVE-15959743.1

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | proposal (0.3); correspond with Ms. Palmer re same (0.2). | | |
| 9185503 | 07/07/11 | Supko, M. | Correspondence with Ms. Palmer re settlement strategy (0.1); finalize letter to Mr. Hartmann re settlement proposal (0.2). | 0.30 | $220.50 |
| 9210727 | 07/14/11 | Supko, M. | Review response to settlement proposal from Mr. Hartmann. | 0.10 | $73.50 |
| 9210725 | 07/15/11 | Supko, M. | Correspondence with Ms. Palmer re Linex's response to settlement proposal. | 0.10 | $73.50 |
| 9214016 | 07/18/11 | Supko, M. | Search for sales data and related correspondence with Mr. Fako in response to inquiry from Ms. Palmer (0.3); email Ms. Palmer re same (0.1). | 0.40 | $294.00 |
| 9238614 | 07/26/11 | Supko, M. | Review sales figures provided by Ms. Palmer and consult with her re settlement strategy. | 0.30 | $220.50 |
| 9243754 | 07/27/11 | Supko, M. | Correspondence with Ms. Palmer re revenue data. | 0.20 | $147.00 |
| 9249278 | 07/29/11 | Supko, M. | Review sales data sent by Ms. Palmer (0.2); prepare email to Mr. Hartmann re settlement (0.1). | 0.30 | $220.50 |
| | | | **Professional Services Total** | **5.00** | **$3,633.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001436 | Partner | Palan, S. | $630.00 | 0.40 | $252.00 |
| 001474 | Partner | Supko, M. | $735.00 | 4.60 | $3,381.00 |
| | | | **Fees Value** | **5.00** | **$3,633.00** |

# 661648



## BILLABLE PROFORMA

**Billing Attorney:** 001003 / Kris D. Meade  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000160 / AAP Preparation  

**Proforma Generation Date:** 08/18/11 15:04

**Fees and Disbursements Through 07/31/11**  
**Last Date Billed 06/20/11 (Through 02/28/11)**  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $1,146.60 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 6.37 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $1,152.97 | | |

**Address:** Jeanine L. Daniluk  
Dept. 0381  
Nortel Networks  
195 The West Mall  
Toronto, Ontario  
Canada M9C 5K1

| | |
|---|---|
| **YTD Fees Billed** | $172.80 |
| **YTD Disb Billed** | $0.00 |
| **LTD Fees Billed** | $114,384.10 |
| **LTD Disb Billed** | $98.96 |
| **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9187529 | 07/07/11 | Meade, K. | Preparation for and participate in telephone conference with Mr. Knapp and Mses. Lightfoot, Knight and Springer re status of Nortel's operations, status as federal subcontractor, FAAP agreement, and next steps. | 0.70 | $355.95 |
| 9255565 | 07/13/11 | Springer, R. | Respond to e-mail from Ms. Lightfoot regarding response to OFCCP. | 0.30 | $129.60 |
| 9227761 | 07/21/11 | Meade, K. | Review of letter from OFCCP re FAAP program and data needed from the Company (.1); email exchanges with Ms. Lightfoot re same and re next steps (.2); consideration of same (.1). | 0.40 | $203.40 |
| 9233848 | 07/22/11 | Meade, K. | Preparation for and participate in telephone conference with Mr. Knapp and Mses. Lightfoot | 0.90 | $457.65 |

DCACTIVE-15959744.1

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | and Springer re OFCCP. | | |
| | | | **Professional Services Total** | **2.30** | **$1,146.60** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001220 | Counsel | Springer, R. | $432.00 | 0.30 | $129.60 |
| 001003 | Partner | Meade, K. | $508.50 | 2.00 | $1,017.00 |
| | | | **Fees Value** | **2.30** | **$1,146.60** |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5953527 | 07/22/11 | | 0051 | 1374010 | 001003 | Long Distance Telephone (972) 684 5262 | $6.37 |
| | | | | | | **Total Disbursements** | **$6.37** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $6.37 |
| | **Total Disbursements** | **$6.37** |

- 2 -

**661649**



## BILLABLE PROFORMA

**Billing Attorney:** 001835 / Matthew Cheney
**Client:** 105185 / Nortel Networks Corp
**Matter:** 105185.0000189 / Fee/Employment Application - US

**Proforma Generation Date:** 08/18/11 15:05

**Fees and Disbursements Through 07/31/11**
**Last Date Billed** 06/20/11 (Through 02/28/11)
**Bill Cycle:** M
**Matter Open Date:** Jan 14, 2009
**Proforma Joint Group #** 105185

| | | | | |
|---|---|---|---|---|
| **Total Fees This Proforma** | $178.50 | **Unallocated Cash** | | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | **Trust Balance** | | $0.00 |
| **TOTAL THIS PROFORMA** | $178.50 | | | |

**Address:**  Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

**YTD Fees Billed** $12,177.00
**YTD Disb Billed** $59.00

**LTD Fees Billed** $103,705.00
**LTD Disb Billed** $307.30

**A/R Balance This Matter** $0.00

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9221376 | 07/12/11 | Cheney, M | Review pleadings. | 0.20 | $119.00 |
| 9221474 | 07/14/11 | Cheney, M | Conference with O Perales re fee application process. | 0.10 | $59.50 |
| | | | **Professional Services Total** | **0.30** | **$178.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Counsel | Cheney, M | $595.00 | 0.30 | $178.50 |
| | | | **Fees Value** | **0.30** | **$178.50** |

- 1 -

DCACTIVE-15959746.1

# 661650



## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000194 / Project Alpha

Proforma Generation Date: 08/09/11 10:58

Fees and Disbursements Through 07/31/11
Last Date Billed 06/20/11 (Through 02/28/11)
Bill Cycle: M
Matter Open Date: Dec 29, 2009
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $17,568.00 | |
| Total Disbursements This Proforma | 0.95 | |
| **TOTAL THIS PROFORMA** | **$17,568.95** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $18,777.50 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $84,360.00 |
| LTD Disb Billed | $493.81 |
| A/R Balance This Matter | $0.00 |

Address: Nortel Networks Corp

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9202825 | 07/05/11 | Zabarauskas, B. | Review D. McKenna email re: settlement. | 0.10 | $62.00 |
| 9202828 | 07/05/11 | Zabarauskas, B. | Discussion with L. Rowan re: same. | 0.10 | $62.00 |
| 9192568 | 07/06/11 | Meadows, J. | Teleconference with Mr. Zabarauskas re settlement negotiations. | 0.10 | $59.00 |
| 9201517 | 07/06/11 | Zabarauskas, B. | Discussion with N. Salvator re: settlement approval procedures (.1); discussion with Mario Mandolara re: same (.1); preparation for call with client re: settlement (.2). | 0.40 | $248.00 |
| 9201723 | 07/07/11 | Zabarauskas, B. | Review emails re: settlement. | 0.10 | $62.00 |
| 9201724 | 07/07/11 | Zabarauskas, B. | Discussion with R. Boris re: status of settlement discussion and requirements for final approval. | 0.20 | $124.00 |

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000194 / Project Alpha

Fees and Disbursements Through 07/31/11
Last Date Billed 06/20/11 (Through 02/28/11)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9193031 | 07/08/11 | Meadows, J. | Emails with Messrs. Schnorrenberg, Zabarauskas and Cheney re tentative settlement. | 0.10 | $59.00 |
| 9201758 | 07/08/11 | Zabarauskas, B. | Review email and discussion with D. McKenna re: settlement. | 0.10 | $62.00 |
| 9218027 | 07/11/11 | Zabarauskas, B. | Emails with A. Gazze re: form of settlement agreement (.1); emails with R. Berris re: settlement with Telmar (.2); draft settlement agreement (1.5). | 1.80 | $1,116.00 |
| 9220358 | 07/12/11 | Zabarauskas, B. | Email with M. Schein re: status of settlement. | 0.10 | $62.00 |
| 9218066 | 07/13/11 | Zabarauskas, B. | Email to L. Towan re: questions concerning settlement (.3); email to D. McKenna re: same (1.); draft settlement agreement (1.3); email to A. Gazze re: settlement procedures (.2); review settlement procedures orders (.4); review stipulation extending time to answer (.1). | 2.40 | $1,488.00 |
| 9218099 | 07/14/11 | Zabarauskas, B. | Follow up on settlement procedures order (.4); draft and revise settlement agreement (2.1); emails with L. Rowan re: invoices not included in settlement (.2). | 2.70 | $1,674.00 |
| 9218132 | 07/15/11 | Zabarauskas, B. | Revisions to settlement agreement (1.6); emails with R. Barris re: comments to same (.3). | 1.90 | $1,178.00 |
| 9234931 | 07/18/11 | Zabarauskas, B. | Discussion with L. Rowan. | 0.60 | $372.00 |
| 9234953 | 07/20/11 | Zabarauskas, B. | Draft Rule 9019 Motion to Approve Settlement Agreement (2.1); emails with client re: sending settlement to Telmar (.2). | 2.30 | $1,426.00 |
| 9234965 | 07/21/11 | Zabarauskas, B. | Rule 9019 motion to approve settlement agreement. | 0.10 | $62.00 |

# CROWELL & MORING
# BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000194 / Project Alpha  

Fees and Disbursements Through 07/31/11  
Last Date Billed 06/20/11 (Through 02/28/11)  
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9234999 | 07/22/11 | Zabarauskas, B. | Review revised Exhibit A to Settlement Agreement (.1); review email to M. Sohein re: same (.1). | 0.20 | $124.00 |
| 9241606 | 07/25/11 | Zabarauskas, B. | Review Telmar's changes to Settlement Agreement (.7); prepare revised agreement (1.1); draft Rule 9019 motion to approve agreement (2.6); email with client re: Telmar comment to agreement (.1). | 4.50 | $2,790.00 |
| 9241621 | 07/26/11 | Zabarauskas, B. | Revisions to settlement agreement (1.2); review email from T. Ayres re: Canadian Debtors' comments to settlement (.1); discussion with S. Eichel re: settlement motion (.3); revisions to 9019 motion (1.2). | 2.80 | $1,736.00 |
| 9240470 | 07/27/11 | Eichel, S. | Draft emails to B. Zabarauskas re 9019 motion for Telmar settlement agreement and motion to approve agreement (.1); review draft of settlement agreement (.2); tel conf with B. Zabarauskas re issues with respect to settlement agreement (.1); participate in conf call with T. Ayres (E&Y), monitor's counsel, B. Zabarauskas, Nortel and others re settlement with Telmar Network (.2); tel conf with B. Zabarauskas and Lynn Rowan (Nortel) re post petition invoices of Telmar in connection with settlement (.3); tel conf with B. Zabarauskas re contacts at Nortel to approve settlement agreement (.1); review emails from B. Zabarauskas re settlement agreement (.1); tel conf with B. Zabarauskas re settlement agreement (.1); review revised | 1.70 | $1,037.00 |

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000194 / Project Alpha

Fees and Disbursements Through 07/31/11  
Last Date Billed 06/20/11 (Through 02/28/11)  
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | settlement agreement (.2); various communications (by phone and email) with B. Zabarauskas re settlement agreement (.3) | | |
| 9242368 | 07/27/11 | Zabarauskas, B. | Discussion with S. Eichel re: revisions to agreement (.4); conference call with T. Ayres, G. Salby, R. Armstrong, S. Eichel re: Canadian Debtor comments to settlement agreement (.2); discussion with L. Rowan re: Exhibit A to settlement agreement revisions to Rule 9019 motion (.3); revisions to 9019 motion (3.2); emails with M. Schein re: revised Exhibit A to settlement agreement and rejection of claims (.3). | 4.40 | $2,728.00 |
| 9242157 | 07/28/11 | Eichel, S. | Review revisions and work on preparing blackline (.3); review email from M. Shein re Exhibit A and draft response (.1); draft email to L. Rowan re same and review response (.1); tel conf with L. Rowan re Exhibit A (.1); draft email to M. Shein re revised settlement agreement (.1) | 0.70 | $427.00 |
| 9245276 | 07/29/11 | Eichel, S. | Tel conf with M. Shein re his comments to settlement agreement (.7); draft email to client and Canadian counsel re discussions with M. Shein (Telmar's counsel) (.1); subsequent tel conf with M. Shein re status (.1); review email from C. Armstrong re conf with M. Shein re Canadian court issues and draft response (.1) | 1.00 | $610.00 |
| | | | **Professional Services Total** | **28.40** | **$17,568.00** |

**661650**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000194 / Project Alpha  

Fees and Disbursements Through 07/31/11  
Last Date Billed 06/20/11 (Through 02/28/11)  
Proforma Joint Group # 105185

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001478 | Counsel | Meadows, J. | $590.00 | 0.20 | $118.00 |
| 002215 | Counsel | Eichel, S. | $610.00 | 3.40 | $2,074.00 |
| 002217 | Counsel | Zabarauskas, B. | $620.00 | 24.80 | $15,376.00 |
| | | Fees Value | | **28.40** | **$17,568.00** |

### Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5959722 | 07/28/11 | | 0051 | 1377146 | 002215 | Long Distance Telephone (972) 362 2168 | $0.24 |
| 5959723 | 07/28/11 | | 0051 | 1377146 | 002215 | Long Distance Telephone (972) 362 2168 | $0.71 |
| | | | | | | Total Disbursements | **$0.95** |

### Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $0.95 |
| | Total Disbursements | **$0.95** |

# 661651



**BILLABLE PROFORMA**

Billing Attorney: 000302 / James J. Regan
Client: 105185 / Nortel Networks Corp
Matter: 105185.0000195 / Indemnification Claim by Cox Communicati

Proforma Generation Date: 08/09/11 10:58

Fees and Disbursements Through 07/31/11
Last Date Billed 06/20/11 (Through 02/28/11)
Bill Cycle: M
Matter Open Date: Jan 31, 2011
Proforma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $273.00 | |
| Total Disbursements This Proforma | 0.00 | |
| **TOTAL THIS PROFORMA** | **$273.00** | |

| | |
|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |
| YTD Fees Billed | $18,795.00 |
| YTD Disb Billed | $18.00 |
| LTD Fees Billed | $18,795.00 |
| LTD Disb Billed | $18.00 |
| A/R Balance This Matter | $0.00 |

Address:   Nortel Networks Corp

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9238618 | 07/26/11 | Supko, M. | Review summary of Cox's response and consult with Ms. Palmer re same (0.1); consult with Mr. Palan re next steps (0.1). | 0.20 | $147.00 |
| 9240548 | 07/27/11 | Palan, S. | Begin reviewing additional discovery documents provided by Cox. | 0.20 | $126.00 |
| | | | Professional Services Total | 0.40 | $273.00 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001436 | Partner | Palan, S. | $630.00 | 0.20 | $126.00 |
| 001474 | Partner | Supko, M. | $735.00 | 0.20 | $147.00 |

**661651**

## CROWELL & MORING
## BILLABLE PROFORMA

Billing Attorney: 000302 / James J. Regan  
Client: 105185 / Nortel Networks Corp  
Matter: 105185.0000195 / Indemnification Claim by Cox Communicati  

Fees and Disbursements Through 07/31/11  
Last Date Billed 06/20/11 (Through 02/28/11)  
Proforma Joint Group # 105185  

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
|    |       | Fees Value      |      | 0.40  | $273.00 |