# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2011 Through July 31, 2011

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---:|
| Telephone Calls | Long Distance Telephone | $9.68 |
| **TOTAL** | | **$9.68** |

# 661646

**Crowell & Moring**
**Billable Proforma**

Billing Attorney: 000302 / James J. Regan     Fees and Disbursements Through 07/31/11
Client: 105185 / Nortel Networks Corp     Last Date Billed 03/25/11 (Through 12/31/10)
Matter: 105185.0000121 / Wanland     Proforma Joint Group # 105185

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5961710 | 07/29/11 | | 0051 | 1378126 | 001425 | Long Distance Telephone (212) 225 2433 | $2.36 |
| | | | | | | **Total Disbursements** | **$2.36** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $2.36 |
| | **Total Disbursements** | **$2.36** |

# 661648

## Crowell & Moring
## Billable Proforma

**Billing Attorney: 001003 / Kris D. Meade**  
**Client: 105185 / Nortel Networks Corp**  
**Matter: 105185.0000160 / AAP Preparation**

**Fees and Disbursements Through 07/31/11**  
**Last Date Billed 06/20/11 (Through 02/28/11)**  
**Proforma Joint Group # 105185**

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5953527 | 07/22/11 | | 0051 | 1374010 | 001003 | Long Distance Telephone (972) 684 5262 | $6.37 |
| | | | | | | **Total Disbursements** | **$6.37** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $6.37 |
| | **Total Disbursements** | **$6.37** |

# 661650

## Crowell & Moring
## Billable Proforma

**Billing Attorney: 000302 / James J. Regan**  
**Client: 105185 / Nortel Networks Corp**  
**Matter: 105185.0000194 / Project Alpha**

**Fees and Disbursements Through 07/31/11**  
**Last Date Billed 06/20/11 (Through 02/28/11) Bill**  
**Proforma Joint Group # 105185**

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 5959722 | 7/28/2011 | | 0051 | 1377146 | 002215 | Long Distance Telephone (972) 362 2168 | $0.24 |
| 5959723 | 7/28/2011 | | 0051 | | 002215 | Long Distance Telephone (972) 362 2168 | $0.71 |
| | | | | | | **Total Disbursements** | **$0.95** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0051 | Long Distance Telephone | $0.95 |
| | **Total Disbursements** | **$0.95** |