**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
:
*In re*                                                    :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                         :    Case No. 09-10138 (KG)
:
Debtors.                                                   :    Jointly Administered
:
:    **Hearing Date: September 21, 2011 at**
:    **10:00 a.m. (ET)**
:
------------------------------------------------------------X

**TENTH QUARTERLY FEE APPLICATION REQUEST OF HURON**
**CONSULTING GROUP AS ACCOUNTING AND RESTRUCTURING**
**CONSULTANTS FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR**
**THE PERIOD MAY 1, 2011 THROUGH JULY 31, 2011**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Huron Consulting Group ("Huron") hereby submits its Tenth Quarterly Fee Application Request (the "Request") for the period May 1, 2011 through and including July 31, 2011[2] (the "Application Period")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (NNCI) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to Huron's monthly applications, Docket Item Nos. 5787, 6015, and 6180, contain detailed listing of Huron's requested fees and expenses for the Application Period.

2449106.1

Huron seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed-80% | Amount of Expenses Allowed-100% | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 6/21/2011 D.I. 5787 | 5/1/2011 - 5/31/2011 | 79,135.65 | 82.99 | 7/13/2011 D.I. 5956 | 63,308.52 | 82.99 | 15,827.13 |
| 7/22/2011 D.I. 6015 | 6/1/2011 - 6/30/2011 | 60,612.30 | - | 8/15/2011 D.I. 6151 | 48,489.84 | - | 12,122.46 |
| 8/19/2011 D.I. 6180 | 7/1/2011 - 7/31/2011 | 36,186.75 | - | Pending | 28,949.40 | - | 7,237.35 |
| **TOTAL** | | **175,934.70** | **82.99** | | **$140,747.76** | **82.99** | **35,186.94** |

In accordance with the Monthly Compensation Order, Huron seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Huron respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Huron such other and further relief as is just and proper.

Dated: August 26, 2011
New York, New York

HURON CONSULTING GROUP

James M. Lukenda, CIRA
Huron Consulting Group
1120 Avenue of the Americas, 8th Floor
New York, NY 10036-6700
Telephone: 646-277-2207
Facsimile: 508-445-0256

*Accounting and Restructuring Consultant for the Debtors and Debtors in Possession*

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Professional | Title | Total Hours | Billing Rate | Total Compensation |
|---|---|---|---|---|
| James Lukenda | Managing Director | 28.90 hrs | 725 / hr | $ 20,952.50 |
| Matthew J. Fisher | Director | 1.50 hrs | 555 / hr | $ 832.50 |
| Lee Sweigart | Director | 1.00 hrs | 555 / hr | $ 555.00 |
| Coley P. Brown | Manager | 406.00 hrs | 410 / hr | $ 166,460.00 |
| Brian Heinimann | Manager | 0.30 hrs | 410 / hr | $ 123.00 |
| Jennifer McConnell | Manager | 16.00 hrs | 410 / hr | $ 6,560.00 |
| **Total** | | **453.70 hrs** | | **$ 195,483.00** |

**Reductions**

|  |  |
|---|---|
| Travel (50%) | - |
| Agreed Accommodation on Monthly Invoice (10%) | (19,548.30) |
| **Net Fees** | **$ 175,934.70** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Meeting/Teleconference with Debtor Management, Board or Counsel | 28.40 | 11,959.00 |
| Case Reporting: UST, SOFA, SOAL | 18.80 | 9,689.50 |
| Retention and Fee Apps | 25.20 | 10,678.50 |
| Disclosure Statement / Plan of Reorganization | 4.90 | 2,009.00 |
| Business Plan & Analysis of Operations | 2.20 | 1,595.00 |
| Asset Sale & Disposition Support | 0.30 | 123.00 |
| Avoidance/Reclamation | 301.80 | 124,683.00 |
| Unsecured Claim Analysis | 65.30 | 30,635.00 |
| Intercompany Claims | - | - |
| Case Admin | 6.80 | 4,111.00 |
| Travel Time | - | - |
| **Total** | **453.70** | **$ 195,483.00** |

**Reductions**

   Travel (50%)     -

   Agreed Accommodation on Monthly Invoice (10%)     (19,548.30)

**Total Fees this Application Period**     **$ 175,934.70**

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**CUMULATIVE EXPENSE SUMMARY**

| Category | Amount |
|---|---:|
| Airfare | - |
| Ground Transportation | - |
| Hotel/Lodging | - |
| Meals | 82.99 |
| Parking & Tolls | - |
| Research | - |
| Telecom | - |
| Wireless Voice & Data | - |
| **Total Expenses** | **$ 82.99** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]