<u>**CERTIFICATE OF SERVICE**</u>

   I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Tenth Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel To Debtors And Debtors-In-Possession For The Period May 1, 2011 Through July 31, 2011** was caused to be made on August 26, 2011, in the manner indicated upon the entities identified below.

Date: August 26, 2011     */s/ Ann C. Cordo*
             Ann C. Cordo (No. 4817)

<u>**VIA HAND DELIVERY**</u>     <u>**VIA FIRST CLASS MAIL**</u>

Thomas P. Tinker, Esq.      Allen K. Stout
Office of the U.S. Trustee     Nortel Networks
844 King Street        220 Athens Way, Suite 300
Suite 2207, Lockbox 35      Nashville, Tennessee 37228-1304
Wilmington, DE  19801-3519    (Debtor)
(Trustee)

Mark D. Collins, Esq.       Fred S.  Hodara, Esq.
Christopher M. Samis, Esq.     Akin Gump Strauss Hauer & Feld LLP
Richards Layton & Finger     One Bryant Park
One Rodney Square       New York, NY  10036
920 N King St         (Counsel for Official Committee
Wilmington, DE  19801      Of Unsecured Creditors)
(Counsel for Official Committee
Of Unsecured Creditors)

3247532.6

3247532.7