# EXHIBIT A

Nortel Networks Inc., *et al.*
<u>Punter Southall LLC</u>

May 1, 2011 Through July 31, 2011

**Summary of Services Rendered by Project**

| Project | Project Description | May – July 2011 |
|---|---|---|
| 1 | Pension Advisory | 2.50 |
| 2 | Fee Applications | 3.00 |
| **TOTAL** | | **5.50** |

**Summary of Services Rendered by Professional**

| Name | May – July 2011 |
|---|---|
| Richard Jones (Principal – London) | 2.00 |
| James Saunders (Principal – London) | 0.50 |
| Ryan McGlothlin (Managing Director – Boston) | 3.00 |
| **TOTAL** | **5.50** |

Punter Southall LLC
Time Detail
May 1, 2011 through July 31, 2011

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 5/17/2011 | Internal Discussions / Emails | 0.75 | 1 | RJ |
| 5/26/2011 | Internal Discussions / Emails | 0.50 | 1 | RJ |
| 5/27/2011 | Conference Calls/Emails | 0.50 | 1 | JS |
| 7/11/2011 | Internal Discussions / Emails | 0.75 | 1 | RJ |
| | Total Activity 1 | 2.5 | | |
| Date | Description of Work | Time | Activity | Professional |
| 5/29/2011 | Preparation of Feb-April & Eigth Quarter filings | 1.0 | 2 | RDM |
| 5/30/2011 | Preparation of Feb-April & Eigth Quarter filings | 2.0 | 2 | RDM |
| | Total Activity 2 | 3.0 | | |
| | Total Activity 1 & 2 | 5.50 | | |