# EXHIBIT A

**Time Records**
**May 1, 2011 through July 31, 2011**

| Employee | Date | Hours | Actual | Description |
|----------|------|-------|--------|-------------|
| Cecilia Chanter | 2-May-11 | 1.00 | $226.20 | Work on Aetna proposal. |
| Doug Smith | 2-May-11 | 0.50 | $327.70 | Review of progress on vendor options project. |
| Don Hardin | 2-May-11 | 0.50 | $348.00 | Telephone conference with United Health Care to discuss option. |
| Cecilia Chanter | 3-May-11 | 1.00 | $226.20 | Work on Aetna proposal. |
| Cecilia Chanter | 4-May-11 | 0.25 | $56.56 | Work on Aetna proposal. |
| Doug Smith | 4-May-11 | 0.50 | $327.70 | Review of progress on vendor options project. |
| Cecilia Chanter | 5-May-11 | 1.00 | $226.20 | Work on Aetna proposal. |
| Lindsay Turner | 5-May-11 | 0.25 | $55.36 | Evaluating Aetna Proposal to Nortel. |
| Lindsay Turner | 5-May-11 | 2.25 | $510.14 | Evaluating Aetna Proposal to Nortel. |
| David Hardwick | 5-May-11 | 5.00 | $1,798.00 | Developing claimant scenarios and MedPrice. |
| Nic Chua | 5-May-11 | 0.75 | $208.80 | Prepare standard MedPrice 2010 Request. |
| Cecilia Chanter | 6-May-11 | 1.50 | $339.30 | Work on Aetna proposal. |
| David Hardwick | 6-May-11 | 1.00 | $359.60 | Developing claimant scenarios and MedPrice. |
| David Hardwick | 6-May-11 | 1.00 | $359.60 | Conference call to discuss deliverables. |
| Lindsay Turner | 6-May-11 | 2.00 | $452.40 | Evaluating Aetna Proposal to Nortel. |
| Don Hardin | 6-May-11 | 1.00 | $696.00 | Phone call with data analysts reviewing Aetna proposal. |
| Eric Bassett | 9-May-11 | 0.25 | $181.26 | Attend working group financial discussion. |
| David Hardwick | 10-May-11 | 0.50 | $179.80 | Updating MedPrice. |
| Doug Smith | 10-May-11 | 0.50 | $327.70 | Project management. |
| Cecilia Chanter | 11-May-11 | 1.00 | $226.20 | Work on Aetna proposal. |
| Lindsay Turner | 11-May-11 | 0.50 | $113.10 | Evaluating Aetna Proposal to Nortel. |
| Mark Chronister | 11-May-11 | 1.00 | $667.00 | Project management (0.5); work on project updates (0.5). |
| Cecilia Chanter | 12-May-11 | 1.00 | $226.20 | Aetna proposal. |
| Doug Smith | 12-May-11 | 0.50 | $327.70 | Project management and update. |
| Cecilia Chanter | 13-May-11 | 1.00 | $226.20 | Aetna proposal. |
| Doug Smith | 13-May-11 | 0.50 | $327.70 | Project management. |
| Mark Chronister | 13-May-11 | 0.50 | $333.50 | Project management (0.25); work on project updates (0.25). |
| Cecilia Chanter | 16-May-11 | 2.00 | $452.40 | Work on Aetna proposal. |
| David Hardwick | 17-May-11 | 2.00 | $719.20 | Deliverables and status conference call. |
| Doug Smith | 17-May-11 | 0.50 | $327.70 | Work on project updates. |
| Julie Mayer | 17-May-11 | 3.25 | $245.06 | Assist in research. |
| Cecilia Chanter | 18-May-11 | 3.00 | $678.60 | Aetna proposal. |
| Doug Smith | 18-May-11 | 0.50 | $327.70 | Work on project updates. |
| Mark Chronister | 18-May-11 | 1.00 | $667.00 | Project management (0.5); work on project updates (0.5). |
| David Hardwick | 18-May-11 | 4.00 | $1,438.40 | Deliverables and status conference call. |
| David Hardwick | 19-May-11 | 0.75 | $269.70 | Deliverables and status conference call. |
| Cecilia Chanter | 19-May-11 | 3.00 | $678.60 | Work on Aetna proposal. |
| Don Hardin | 19-May-11 | 3.00 | $2,088.00 | Update with team and follow-up work on Aetna proposals. |
| Doug Smith | 19-May-11 | 0.50 | $327.70 | Project management and update. |
| David Hardwick | 23-May-11 | 0.50 | $179.80 | Nortel retiree medical and MedPrice work (0.25); conference call with group regarding same (0.25). |
| Cecilia Chanter | 23-May-11 | 0.50 | $113.10 | Aetna proposal retiree medical. |
| Don Hardin | 23-May-11 | 3.00 | $2,088.00 | Preparing an update for Wednesday. |
| Doug Smith | 23-May-11 | 0.50 | $327.70 | Project management and reconciliation. |
| Mark Chronister | 23-May-11 | 2.00 | $1,334.00 | Prepare status update (0.5); review Aetna premium comparison (0.5); meet with Nortel and Cleary on status and next steps (1.0). |

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Don Hardin | 23-May-11 | 0.50 | $348.00 | Review status of open project items with Kathy Schultea. |
| Cecilia Chanter | 24-May-11 | 3.00 | $678.60 | Aetna proposal retiree medical work. |
| David Hardwick | 24-May-11 | 0.50 | $179.80 | Nortel retiree medical and MedPrice work (0.25); conference call with group regarding same (0.25). |
| Doug Smith | 24-May-11 | 0.50 | $327.70 | Project management and reconciliation. |
| Mark Chronister | 24-May-11 | 1.50 | $1,000.50 | Prepare status update (0.5); review Aetna premium comparison (0.5); meet with Nortel and Cleary on status and next steps (0.5). |
| Cecilia Chanter | 25-May-11 | 1.50 | $339.30 | Aetna proposal retiree medical. |
| David Hardwick | 25-May-11 | 1.25 | $449.50 | Nortel retiree medical and MedPrice work (1.0); conference call with group regarding same (0.25). |
| Doug Smith | 25-May-11 | 1.50 | $983.10 | Project management and reconciliation. |
| Mark Chronister | 25-May-11 | 2.50 | $1,667.50 | Prepare status update (1.0); review Aetna premium comparison (1.0); meet with Nortel and Cleary on status and next steps (0.5). |
| Don Hardin | 25-May-11 | 0.50 | $348.00 | Phone call with CIGNA. |
| Doug Smith | 27-May-11 | 0.50 | $327.70 | Project management and reconciliation. |
| Doug Smith | 31-May-11 | 1.00 | $655.40 | Project management. |
| Jay Claxton | 2-Jun-11 | 3.00 | $643.80 | Retiree cost analysis. |
| Doug Smith | 2-Jun-11 | 0.50 | $327.70 | Project analysis and meeting preparation. |
| Mark Chronister | 2-Jun-11 | 1.50 | $1,000.50 | Summary presentation development for June 23 meeting. |
| Don Hardin | 2-Jun-11 | 1.00 | $696.00 | Working with Jay Claxton on developing output files. |
| Cecilia Chanter | 3-Jun-11 | 3.00 | $678.60 | Aetna VEBA proposal to Nortel (gross contribution rates). |
| David Hardwick | 3-Jun-11 | 0.50 | $179.80 | Conference call with working group to discuss draft modeling. |
| Doug Smith | 3-Jun-11 | 0.50 | $327.70 | Project analysis and meeting preparation. |
| Mark Chronister | 3-Jun-11 | 2.00 | $1,334.00 | Summary presentation development for June 23 meeting. |
| Don Hardin | 3-Jun-11 | 0.50 | $348.00 | Telephone conference with Mark Chronister, David Harwick and Cecilia Chanter regarding status of open items for project. |
| Nic Chua | 4-Jun-11 | 0.75 | $208.80 | Prepare standard MedPrice 2010 request for David Hardwick. |
| Jay Claxton | 6-Jun-11 | 3.00 | $643.80 | Retiree cost analysis. |
| Cecilia Chanter | 6-Jun-11 | 2.00 | $452.40 | Aetna VEBA proposal to Nortel (gross contribution rates). |
| Doug Smith | 6-Jun-11 | 0.50 | $327.70 | Project management. |
| Mark Chronister | 6-Jun-11 | 1.00 | $667.00 | Prepare materials for June 9 meeting to prepare for 6/23 creditors meeting (0.75); follow-up activities based upon same (0.25). |
| Eric Bassett | 6-Jun-11 | 0.25 | $181.26 | Attend monthly financial discussion with working group. |
| Don Hardin | 6-Jun-11 | 2.00 | $1,392.00 | Review and revise output files prepared by analyst. |
| Cecilia Chanter | 7-Jun-11 | 4.00 | $904.80 | Aetna VEBA proposal to Nortel (gross contribution rates). |
| Jay Claxton | 7-Jun-11 | 3.00 | $643.80 | Retiree cost analysis. |
| Mark Chronister | 7-Jun-11 | 1.50 | $1,000.50 | Prepare materials for June 9 meeting to prepare for 6/23 creditors meeting (1.0); follow-up activities based upon same (0.50). |
| Don Hardin | 7-Jun-11 | 1.00 | $696.00 | Review and revise output files prepared by analyst. |
| Eumene Lee | 7-Jun-11 | 1.00 | $278.40 | Analyze and perform data request. |
| Cecilia Chanter | 8-Jun-11 | 1.00 | $226.20 | Aetna VEBA proposal to Nortel (gross contribution rates). |
| Don Hardin | 8-Jun-11 | 5.00 | $3,480.00 | Review and revise analysis and presentation. |
| Eumene Lee | 8-Jun-11 | 0.50 | $139.20 | Analyze and perform data request. |
| David Hardwick | 9-Jun-11 | 0.75 | $269.70 | Nortel draft deck review conference call. |
| Mark Chronister | 9-Jun-11 | 3.25 | $2,167.76 | Prepare materials for June 9 meeting to prepare for 6/23 creditors meeting (0.75); attend meeting (1.0); follow-up activities based upon same (1.5). |

| Employee | Date | Hours | Actual | Description |
|----------|------|-------|--------|-------------|
| Don Hardin | 9-Jun-11 | 1.00 | $696.00 | Telephone conference with working group regarding preparation for 6/23 creditors meeting. |
| Don Hardin | 9-Jun-11 | 4.00 | $2,784.00 | Review and revise census and output files. |
| Julie Mayer | 10-Jun-11 | 4.50 | $339.30 | Assist in research. |
| Don Hardin | 10-Jun-11 | 4.00 | $2,784.00 | Working on census and output files. |
| Don Hardin | 13-Jun-11 | 3.00 | $2,088.00 | Researching new LTD and retiree participants (2.0); telephone conferences with Aetna and Cleary regarding same (1.0). |
| Mark Chronister | 13-Jun-11 | 0.50 | $333.50 | Working on materials for June 23 creditors meetings. |
| Mark Chronister | 14-Jun-11 | 0.50 | $333.50 | Working on materials for June 23 creditors meetings. |
| Vikas Farswani | 14-Jun-11 | 1.50 | $522.00 | Research and provide data to working group and address follow-up questions regarding same. |
| Doug Smith | 15-Jun-11 | 0.50 | $327.70 | Prepare project status update. |
| Jay Claxton | 16-Jun-11 | 4.00 | $858.40 | Nortel retiree cost analysis. |
| Don Hardin | 16-Jun-11 | 3.00 | $2,088.00 | Updating models and reviewing scenarios. |
| Mark Chronister | 16-Jun-11 | 0.50 | $333.50 | Working on materials for June 23 creditors meetings. |
| Don Hardin | 16-Jun-11 | 0.50 | $348.00 | Phone call with Aetna's attorney on VEBA and RRA vs LLC and premium payment. |
| Mark Chronister | 17-Jun-11 | 0.50 | $333.50 | Working on materials for June 23 creditors meetings. |
| Don Hardin | 19-Jun-11 | 4.00 | $2,784.00 | Prepare pricing analysis (2.0); prepare PowerPoint presentation for June 23 (2.0). |
| Don Hardin | 20-Jun-11 | 1.00 | $696.00 | Work on presentation for June 23 meeting. |
| Mark Chronister | 20-Jun-11 | 3.00 | $2,001.00 | Working on materials for June 23 creditors meetings. |
| Don Hardin | 20-Jun-11 | 0.50 | $348.00 | Phone call with Cleary and Aetna regarding proposal. |
| Don Hardin | 20-Jun-11 | 1.00 | $696.00 | Phone call with Aetna to discuss next steps. |
| Mark Chronister | 21-Jun-11 | 1.50 | $1,000.50 | Working on materials for June 23 creditors meetings. |
| Don Hardin | 21-Jun-11 | 4.00 | $2,784.00 | Work on presentation for June 23 meeting. |
| Don Hardin | 22-Jun-11 | 4.00 | $2,784.00 | Preparation for June 23 creditors meetings. |
| Mark Chronister | 22-Jun-11 | 2.00 | $1,334.00 | Working on materials for June 23 creditors meetings. |
| Don Hardin | 23-Jun-11 | 4.00 | $2,784.00 | Attend meeting with creditors. |
| Mark Chronister | 23-Jun-11 | 8.00 | $5,336.00 | Working on materials for June 23 creditors meetings. |
| Don Hardin | 23-Jun-11 | 6.00 | $4,176.00 | Preparation for June 23 creditors meetings. |
| Doug Smith | 27-Jun-11 | 0.50 | $327.70 | Update on project status and next steps. |
| Mark Chronister | 27-Jun-11 | 0.50 | $333.50 | Follow-up work from Jun 23rd meeting, including reconciling liabilities and pursing new valuation. |
| Mark Chronister | 28-Jun-11 | 1.00 | $667.00 | Follow-up work from Jun 23rd meeting, including reconciling liabilities and pursing new valuation (0.75); telephone conference with Kathy Schultea regarding same (0.25). |
| Don Hardin | 29-Jun-11 | 0.50 | $348.00 | Drafting e-mail responding to request for PVB information. |
| Doug Smith | 29-Jun-11 | 0.50 | $327.70 | Update on project status and next steps. |
| Mark Chronister | 29-Jun-11 | 2.00 | $1,334.00 | Follow-up work from Jun 23rd meeting with creditors (1.5); telephone conference with Kathy Schultea and Don Hardin regarding same (0.5). |
| Don Hardin | 29-Jun-11 | 0.50 | $348.00 | Telephone conference with Kathy Schultea and Mark Chronister regarding follow-up work from June 23 meeting. |
| Don Hardin | 30-Jun-11 | 1.00 | $696.00 | Writing a memo on PVB. |
| Mark Chronister | 30-Jun-11 | 1.50 | $1,000.50 | Follow-up work from Jun 23rd meeting, including reconciling liabilities and pursing new valuation (1.0); telephone conference with Kathy Schultea regarding same (0.5). |
| Don Hardin | 30-Jun-11 | 0.25 | $174.00 | Phone call with Cleary. |
| Don Hardin | 30-Jun-11 | 0.50 | $348.00 | Phone call with Aetna. |

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Mark Chronister | 1-Jul-11 | 1.00 | $667.00 | Prep for 1114 committee materials. |
| Avani Javia | 1-Jul-11 | 2.00 | $301.60 | Comparing individual health insurance. |
| Don Hardin | 1-Jul-11 | 0.25 | $174.00 | Telephone conference with Jeff Penn at Cleary regarding status of project. |
| Mark Chronister | 5-Jul-11 | 1.75 | $1,167.26 | Investigate individual markets and prepare for 1114 presentation. |
| Vishul Shah | 5-Jul-11 | 1.00 | $742.40 | Internal and external conf call to discuss calculation of LTD and retiree medical valuation. |
| Susan Goldenson | 5-Jul-11 | 0.75 | $334.96 | Individual health insurance premiums for Avani Javia. |
| Avani Javia | 5-Jul-11 | 8.00 | $1,206.40 | Comparing individual health insurance. |
| Kevin Gontowski | 6-Jul-11 | 0.50 | $275.50 | Telephone conferences with internal working group regarding background information for project. |
| Mark Chronister | 6-Jul-11 | 1.00 | $667.00 | Investigate individual markets and prepare for 1114 presentation. |
| Elizabeth Hanson | 6-Jul-11 | 1.00 | $609.00 | Final post-employment valuation (0.5); telephone conference with client working group regarding same (0.5). |
| Eric Bassett | 6-Jul-11 | 0.25 | $181.26 | Monthly financial discussion. |
| Avani Javia | 6-Jul-11 | 7.00 | $1,055.60 | Comparing individual health insurance. |
| Vikas Farswani | 6-Jul-11 | 3.00 | $1,044.00 | Perform valuation for PRB Plan. |
| Kevin Gontowski | 7-Jul-11 | 0.50 | $275.50 | Review background information for project planning. |
| Elizabeth Hanson | 7-Jul-11 | 1.00 | $609.00 | Final post-employment valuation (0.5); telephone conference with client working group regarding same (0.5). |
| Avani Javia | 7-Jul-11 | 3.25 | $490.10 | Comparing individual health insurance. |
| Mark Chronister | 8-Jul-11 | 1.00 | $667.00 | Investigate individual markets and prepare for 1114 presentation. |
| Avani Javia | 8-Jul-11 | 5.00 | $754.00 | Comparing individual health insurance. |
| Mark Chronister | 11-Jul-11 | 0.50 | $333.50 | Develop materials for sec. 1114 committee meetings. |
| Julie Mayer | 11-Jul-11 | 8.25 | $622.06 | Assist in research. |
| Elizabeth Hanson | 11-Jul-11 | 0.25 | $152.26 | Set Allen up on data request. |
| Doug Smith | 12-Jul-11 | 0.50 | $327.70 | Project status update and discussion of next steps. |
| Mark Chronister | 12-Jul-11 | 1.00 | $667.00 | Develop materials for sec. 1114 committee meetings. |
| Don Hardin | 12-Jul-11 | 0.50 | $348.00 | Phone call with Mark Chronister. |
| Mark Chronister | 13-Jul-11 | 3.00 | $2,001.00 | Develop materials for sec. 1114 committee meetings. |
| Don Hardin | 13-Jul-11 | 1.00 | $696.00 | Telephone conferences with Aetna representatives regarding their proposals (0.5); internal working group telephone conference regarding retiree medical valuation (0.5). |
| Mark Chronister | 14-Jul-11 | 2.00 | $1,334.00 | Develop materials for sec. 1114 committee meetings. |
| Vikas Farswani | 14-Jul-11 | 1.50 | $522.00 | Perform PRM valuation for retiree medical plan. |
| Mark Chronister | 15-Jul-11 | 3.00 | $2,001.00 | Develop materials for sec. 1114 committee meetings. |
| Vikas Farswani | 15-Jul-11 | 0.25 | $87.00 | Data analysis and reconciliation. |
| Doug Smith | 18-Jul-11 | 0.50 | $327.70 | Project status update and discussion of next steps. |
| Vikas Farswani | 18-Jul-11 | 1.50 | $522.00 | Data analysis and reconciliation. |
| Doug Smith | 19-Jul-11 | 0.50 | $327.70 | Project status update and discussion of next steps. |
| Eumene Lee | 19-Jul-11 | 2.00 | $556.80 | PWP valuation  data. |
| Laura Tornatore | 20-Jul-11 | 1.75 | $375.56 | Respond to data reconciliation questions. |
| Eumene Lee | 20-Jul-11 | 3.00 | $835.20 | PWP valuation  data. |
| Laura Tornatore | 21-Jul-11 | 1.00 | $214.60 | Respond to data reconciliation questions. |
| Vikas Farswani | 22-Jul-11 | 1.00 | $348.00 | Prepare valuation data. |
| Laura Tornatore | 22-Jul-11 | 1.50 | $321.90 | Respond to data reconciliation questions. |
| Eumene Lee | 22-Jul-11 | 3.00 | $835.20 | PWP valuation  data. |

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Doug Smith | 25-Jul-11 | 0.50 | $327.70 | Prepare project status update. |
| Eumene Lee | 25-Jul-11 | 2.50 | $696.00 | Prepare valuation data (2.0); discussion with Vikas Farswani regarding same (0.5). |
| Eumene Lee | 26-Jul-11 | 1.00 | $278.40 | Prepare valuation data (0.5); discussion with Vikas Farswani regarding same (0.5). |
| Vikas Farswani | 26-Jul-11 | 4.75 | $1,653.00 | Respond to data questions for Nortel 7/1/11 valuation. |
| Eumene Lee | 27-Jul-11 | 1.50 | $417.60 | Prepare valuation data (1.0); discussion with Vikas Farswani regarding same (0.5). |
| Eumene Lee | 28-Jul-11 | 1.00 | $278.40 | Prepare valuation data (0.5); discussion with Vikas Farswani regarding same (0.5). |
| Vikas Farswani | 29-Jul-11 | 1.50 | $522.00 | Respond to data questions for Nortel 7/1/11 valuation. |
| Eumene Lee | 29-Jul-11 | 1.00 | $278.40 | Prepare valuation data (0.5); discussion with Vikas Farswani regarding same (0.5). |

**Totals:  279.75    $124,663.86**