# EXHIBIT B

**Expenses**
**May 1, 2011 through July 31, 2011**

| Date | Amount | Description |
|------|--------|-------------|
| 5/31/11 | $2,108.60 | Legal Expenses |
| 6/23/11 | $317.94 | Airfare |
| 6/23/11 | $727.91 | Hotel |
| 6/23/11 | $130.06 | Meals (travel) |
| 6/23/11 | $175.99 | Transportation (travel) |
| 6/23/11 | $2,255.40 | Airfare |
| 6/23/11 | $74.08 | Parking (travel) |
| 6/23/11 | $108.90 | Taxis (travel) |
| 6/23/11 | $11.19 | Meals (travel) |
| 6/23/11 | $727.91 | Hotel |
| 6/30/11 | $1,415.25 | Legal Expenses |
| 7/31/11 | $6,814.80 | Legal Expenses |
| 7/31/11 | $13.02 | Telecommunications charge |

**Total:    $14,881.05**