**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that, on Friday, August 26, 2011, I served this *Notice* and *Tenth Interim Application of Mercer (US) Inc. as Compensation Specialist and Consulting Expert to the Debtors Seeking Allowance of Interim Compensation and Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period of May 1, 2011 through July 31, 2011* by U.S. mail, proper postage prepaid.

                     /s/ Aaron L. Hammer

| | |
|---|---|
| Gordon A. Davies<br>Nortel Networks, Inc.<br>195 The West Mall<br>Toronto, On M9C 5K1<br>*(Debtor)* | Patrick Tinker, Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE 19801-3519<br>*(U.S. Trustee)* |
| Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801<br>*(Counsel for Official Committee Of Unsecured Creditors)* | Fred S. Hodara, Esq.<br>Ryan C. Jacobs, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>*(Counsel for Official Committee Of Unsecured Creditors)* |
| James L. Bromley, Esq<br>Cleary Gottlieb Stew & Hamilton LLP,<br>One Liberty Plaza<br>New York, New York 10006<br>*(Counsel to Debtor)* | Derek C. Abbott, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899--1347 |