EXHIBIT A

**Keightley & Ashner LLP**
**One Metro Center**
**700 12th Street, N.W., Suite 700**
**Washington, DC 20005**
**Federal Tax ID: 20-2443815**

Invoice submitted to:
John J. Ray, III
Principal Officer, Nortel Networks, Inc.
c/o Avidity Partners LLC
18 West 140 Butterfield Road, 15th Floor
Oakbrook Terrace, IL 60181
August 26, 2011

In Reference To:   Nortel Employee Benefits Issues (May 1 to July 31, 2011)

Invoice #  2089

Professional Services

| Date | Professional | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Fee/Employment Applications** | | |
| 5/6/2011 | Harold Ashner | Review email and attachment from Louis Lipner re language change in proposed form of retention order, made in response to request from US Trustee | 0.10 $700.00/hr | $70.00 |
| | Jim Keightley | Review email and attachment from Louis Lipner re language change in proposed form of retention order, made in response to request from US Trustee, and respond to email | 0.10 $750.00/hr | $75.00 |
| 5/10/2011 | Harold Ashner | Review detailed email from Annie Cordo re fee application process and eight attachments (local forms, local rule, model monthly fee application, model quarterly fee application, model expense summary, interim compensation order, and court call instructions) | 0.90 $700.00/hr | $630.00 |
| | Jim Keightley | Brief review of email and attachments from Annie Cordo re fee application process | 0.20 $750.00/hr | $150.00 |
| 5/17/2011 | Harold Ashner | Review interim and quarterly fee applications and related documents sent by Annie Cordo | 0.40 $700.00/hr | $280.00 |
| | Harold Ashner | Revise model interim fee application to reflect K&A engagement and related circumstances | 0.70 $700.00/hr | $490.00 |
| 5/18/2011 | Harold Ashner | Telephone conference with Annie Cordo re fee application issues | 0.20 $700.00/hr | $140.00 |
| | Harold Ashner | Make further revisions to model interim fee application to reflect K&A engagement and related circumstances | 0.90 $700.00/hr | $630.00 |
| | Harold Ashner | Revise model quarterly fee application to reflect K&A engagement and related circumstances | 0.60 $700.00/hr | $420.00 |
| | Harold Ashner | Final review of draft monthly and quarterly fee applications and send to Annie Cordo for review | 0.20 $700.00/hr | $140.00 |
| | Harold Ashner | Review email from Annie Cordo re information regarding approval of retention of K&A | 0.10 $700.00/hr | $70.00 |
| | Harold Ashner | Edit K&A bill | 1.40 $700.00/hr | $980.00 |
| 5/22/2011 | Harold Ashner | Review comments on fee application package from Annie Cordo and Louis Lipner (.2); conduct final review, make changes, and send to Jim Keightley for final review and e-signature (.3) | 0.50 $700.00/hr | $350.00 |
| | Jim Keightley | Review fee application package (monthly and quarterly) and related documents, and email comments to Harold Ashner | 0.30 $750.00/hr | $225.00 |
| | Harold Ashner | Review Jim Keightley's comments on draft fee application package and review/revise same | 0.20 $700.00/hr | $140.00 |
| 5/25/2011 | Harold Ashner | Final review of first monthly and first quarterly fee application packages, make final revisions, run compares to May 20 versions from Annie Cordo, and give to Jim Keightley for final review and signature | 0.60 $700.00/hr | $420.00 |
| | Jim Keightley | Conduct final review of first monthly and first quarterly fee applications and authorize e-signature on same | 0.30 $750.00/hr | $225.00 |
| | Harold Ashner | Send e-signed first monthly and first quarterly fee applications to Annie Cordo with cover note | 0.10 $700.00/hr | $70.00 |
| 5/26/2011 | Harold Ashner | Review rules on service and noticing, and email exchange with Annie Cordo re same | 0.10 $700.00/hr | $70.00 |
| 6/13/2011 | Harold Ashner | Review email from Annie Cordo re upcoming fee hearing, along with attached court call instructions and draft court order | 0.20 $700.00/hr | $140.00 |
| 6/16/2011 | Harold Ashner | Email exchange with Marisa DiCarli re April 2011 K&A fee application, and review of e-files to confirm response | 0.10 $700.00/hr | $70.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/17/2011 | Harold Ashner | Telephone conference with Sylvia, ext. 170, at CourtCall, re setting up live wire phone participation for June 21 hearing at 9:30 AM re fee applications | 0.30 $700.00/hr | $210.00 |
| 6/21/2011 | Harold Ashner | Review court order re fees, forwarded by Annie Cordo | 0.10 $700.00/hr | $70.00 |
| 7/11/2011 | Harold Ashner | Telephone conference with Annie Cordo re fee application and payment issues | 0.10 $700.00/hr | $70.00 |
|  | SUBTOTAL: |  | [ 8.70 | $6,135.00] |

### Employee Benefits/Pensions

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/18/2011 | Harold Ashner | Email exchange with Louis Lipner re status and next steps re analysis of pension issues | 0.10 $700.00/hr | $70.00 |
| 5/19/2011 | Harold Ashner | Telephone conference with Louis Lipner, Luke Barefoot, Bill Beyer and Deborah West re pension issues | 1.00 $700.00/hr | $700.00 |
|  | Bill Beyer | Telephone conference with Louis Lipner, Luke Barefoot, Harold Ashner and Deborah West re pension issues | 1.00 $700.00/hr | $700.00 |
|  | Deborah West | Telephone conference with Louis Lipner, Luke Barefoot, Harold Ashner and Bill Beyer re pension issues | 1.00 $700.00/hr | $700.00 |
|  | Harold Ashner | Confer with Bill Beyer and Deborah West to prepare for telecon wtih Louis Lipner and Luke Barefoot re pension issues | 0.10 $700.00/hr | $70.00 |
|  | Bill Beyer | Confer with Harold Ashner and Deborah West to prepare for telecon wtth Louis Lipner and Luke Barefoot re pension issues | 0.10 $700.00/hr | $70.00 |
|  | Deborah West | Confer with Harold Ashner and Bill Beyer to prepare for telecon wtih Louis Lipner and Luke Barefoot re pension issues | 0.10 $700.00/hr | $70.00 |
| 5/23/2011 | Bill Beyer | Download and note contents of files forwarded by Louis Lipner pertaining to PBGC; review those recommended by Harold Ashner | 0.50 $700.00/hr | $350.00 |
|  | Harold Ashner | Review email from Louis Lipner re background materials on PBGC claims | 0.20 $700.00/hr | $140.00 |
| 5/24/2011 | Deborah West | Review PBGC claims forwarded by Louis Lipner on 5/23/11 | 0.30 $700.00/hr | $210.00 |
|  | Harold Ashner | Email exchnage with Louis Lipner re document attached to his May 23 email | 0.10 $700.00/hr | $70.00 |
| 5/25/2011 | Deborah West | Review and respond to emails from Harold Ashner regarding pension issues | 0.20 $700.00/hr | $140.00 |
|  | Harold Ashner | Email exchanges with Deborah West re pension issues | 0.20 $700.00/hr | $140.00 |
| 5/27/2011 | Deborah West | Draft due diligence list | 0.40 $700.00/hr | $280.00 |
| 5/31/2011 | Deborah West | Exchange emails with Harold Ashner regarding due diligence list; make final edits to list | 0.20 $700.00/hr | $140.00 |
|  | Harold Ashner | Exchange emails with Deborah West regarding due diligence list; make final edits to list | 0.20 $700.00/hr | $140.00 |
|  | Deborah West | Review balance of documents forwarded by Louis Lipner on 5/23/11 | 1.00 $700.00/hr | $700.00 |
|  | Deborah West | Draft and send email to Louis Lipner forwarding due diligence list | 0.10 $700.00/hr | $70.00 |
|  | Harold Ashner | Review draft of due diligence list prepared by Deborah West and email comments to her re same | 0.20 $700.00/hr | $140.00 |
|  | Harold Ashner | Review revised draft of due diligence list prepared by Deborah West and email comments to her re same | 0.20 $700.00/hr | $140.00 |
|  | Harold Ashner | Review final draft of due diligence list as sent to Louis Lipner by Deborah West along with her cover note | 0.10 $700.00/hr | $70.00 |
| 6/1/2011 | Bill Beyer | Review and comment on Deborah West's draft diligence list | 0.20 $700.00/hr | $140.00 |
|  | Bill Beyer | Review correspondence from PBGC | 0.40 $700.00/hr | $280.00 |
|  | Harold Ashner | Commence detailed review of background documentation (totaling 515 pages) sent by Louis Lipner on May 23 | 2.20 $700.00/hr | $1,540.00 |
| 6/2/2011 | Deborah West | Review background documents forwarded by Louis Lipner on 6/1/11 | 1.40 $700.00/hr | $980.00 |
|  | Deborah West | Draft and send emails to Harold Ashner and Bill Beyer regarding claims issues | 0.10 $700.00/hr | $70.00 |
|  | Deborah West | Research re claims | 0.10 $700.00/hr | $70.00 |
|  | Deborah West | Telephone conference with Louis Lipner, Luke Barefoot, Lisa Schweitzer, Harold Ashner, and Bill Beyer re PBGC claims issues | 1.00 $700.00/hr | $700.00 |

| Date | Name | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/2/2011 | Harold Ashner | Telephone conference with Louis Lipner, Luke Barefoot, Lisa Schweitzer, Deborah West, and Bill Beyer re PBGC claims issues | 1.00 $700.00/hr | $700.00 |
| | Bill Beyer | Telephone conference with Louis Lipner, Luke Barefoot, Lisa Schweitzer, Harold Ashner, and Deborah West re PBGC claims issues | 1.00 $700.00/hr | $700.00 |
| | Harold Ashner | Review emails from Deborah West re claims issues | 0.10 $700.00/hr | $70.00 |
| | Harold Ashner | Continue detailed review of package of PBGC-related documentation (totaling 515 pages) sent by Louis Lipner on May 23 | 1.40 $700.00/hr | $980.00 |
| | Harold Ashner | Review/analyze email and attachments sent by Louis Lipner on June 1 re case background | 1.30 $700.00/hr | $910.00 |
| 6/3/2011 | Bill Beyer | Review and concur on Cleary's revisions to due diligence list | 0.10 $700.00/hr | $70.00 |
| | Deborah West | Review Louis Lipner email and diligence list; email comment to Harold Ashner and Bill Beyer; email response to Louis Lipner | 0.10 $700.00/hr | $70.00 |
| | Harold Ashner | Review Louis Lipner's revisions to due diligence list; email exchanges with Deborah West and Bill Beyer re same | 0.10 $700.00/hr | $70.00 |
| 6/17/2011 | Harold Ashner | Telephone conference with Leah LaPorte Malone re preparing for planned telecon with John Ray, others | 0.10 $700.00/hr | $70.00 |
| | Harold Ashner | Review email from Louis Lipner detailing status of case and key issues (.2); locate, briefly review, and organize key file documents for K&A review before planned telecon with CGSH and then with client (.4); and forward Louis Lipner email, along with key file documents and cover email suggesting documents to focus on in review, to Bill Beyer, with cc to Deborah West (.2) | 0.80 $700.00/hr | $560.00 |
| 6/18/2011 | Harold Ashner | Review/analyze/annotate key file documents to prepare for planned telecon with CGSH and then with client | 1.20 $700.00/hr | $840.00 |
| 6/19/2011 | Bill Beyer | Review and annotate several background documents re Nortel | 2.10 $700.00/hr | $1,470.00 |
| | Harold Ashner | Follow-up email to Bill Beyer, with cc to Deborah West, re additional portion of documentation to focus on in preparing for planned telecon with CGSH and then with client | 0.20 $700.00/hr | $140.00 |
| | Harold Ashner | Continue to review/analyze/annotate key file documents to prepare for planned telecon with CGSH and then with client | 1.40 $700.00/hr | $980.00 |
| 6/20/2011 | Harold Ashner | Telephone conference with Luke Barefoot, Jim Bromley, and Bill Beyer to prepare for planned telecon with John Ray and Chilmark | 1.70 $700.00/hr | $1,190.00 |
| | Bill Beyer | Telephone conference with Luke Barefoot, Jim Bromley, and Harold Ashner to prepare for planned telecon with John Ray and Chilmark | 1.70 $700.00/hr | $1,190.00 |
| | Harold Ashner | Confer with Bill Beyer to prepare for planned telecon with Luke Barefoot and Jim Bromley | 0.10 $700.00/hr | $70.00 |
| | Bill Beyer | Confer with Harold Ashner to prepare for planned telecon with Luke Barefoot and Jim Bromley | 0.10 $700.00/hr | $70.00 |
| | Harold Ashner | Further review/analysis/annotation of key file documents to prepare for planned telecon with CGSH and then with client | 1.00 $700.00/hr | $700.00 |
| | Harold Ashner | Prepare note to file summarizing telecon with Luke Barefoot, Jim Bromley, and Bill Beyer | 0.30 $700.00/hr | $210.00 |
| 6/21/2011 | Harold Ashner | Review pleadings in other case and send pleadings to Cleary Gottlieb | 0.30 $700.00/hr | $210.00 |
| | Harold Ashner | Confer with Jim Keightley re strategy and other issues discussed with CGSH in telecon on June 20 | 0.20 $700.00/hr | $140.00 |
| | Jim Keightley | Confer with Harold Ashner re strategy and other issues discussed with CGSH in telecon on June 20 | 0.20 $750.00/hr | $150.00 |
| 6/22/2011 | Harold Ashner | Review pleading (forwarded by Luke Barefoot) in other case | 0.10 $700.00/hr | $70.00 |
| 6/24/2011 | Bill Beyer | Confer with Harold Ashner re issues relating to bankruptcy papers filed in other case | 0.30 $700.00/hr | $210.00 |
| | Harold Ashner | Confer with Bill Beyer re issues relating to bankruptcy papers filed in other case | 0.30 $700.00/hr | $210.00 |
| 6/27/2011 | Harold Ashner | Review pleading in other case and send to Cleary Gottlieb | 0.10 $700.00/hr | $70.00 |
| 6/28/2011 | Harold Ashner | Review email from Luke Barefoot re developments in other bankruptcy case | 0.40 $700.00/hr | $280.00 |
| 6/30/2011 | Harold Ashner | Review pleadings, sent by Luke Barefoot, from other bankruptcy case | 0.10 $700.00/hr | $70.00 |
| 7/1/2011 | Bill Beyer | Review transcript and scheduling information re other bankruptcy case forwarded by Luke Barefoot | 0.20 $700.00/hr | $140.00 |
| | Deborah West | Review Luke Barefoot email and attachment regarding other bankruptcy case | 0.20 $700.00/hr | $140.00 |
| 7/7/2011 | Bill Beyer | Review filings in other bankruptcy case and summaries prepared by Louis Lipner | 0.20 $700.00/hr | $140.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 7/7/2011 | Deborah West | Review Louis Lipner email and attached documents regarding other bankruptcy case | 0.20<br>$700.00/hr | $140.00 |
|  | Harold Ashner | Review email from Louis Lipner with attached filings from other bankruptcy case | 0.20<br>$700.00/hr | $140.00 |
| 7/12/2011 | Deborah West | Review Louis Lipner email regarding developments in other bankruptcy case | 0.10<br>$700.00/hr | $70.00 |
|  | Harold Ashner | Review email and attachment from Louis Lipner re developments in other bankruptcy case | 0.10<br>$700.00/hr | $70.00 |
|  | SUBTOTAL: |  | [       31.70 | $22,200.00] |
|  | For professional services rendered |  | 40.40 | $28,335.00 |