# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2011 through July 31, 2011

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| N/A | N/A | N/A |
| **Grand Total Expenses** | | **$0** |