# CERTIFICATE OF SERVICE

        I, Ann C. Cordo, certify that i am not less than 18 years of age, and that service of the foregoing **Second Interim Application Of Keightley & Ashner LLP, As Special Pension Benefits Counsel For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation For The Period May 1, 2011 Through July 31, 2011** was caused to be made on August 26, 2011, in the manner indicated upon the entities identified below.

Date:  August 26, 2011                   */s/ Ann C. Cordo*
                                                         Ann C. Cordo (No. 4817)

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
|---|---|
| Thomas Patrick Tinker, Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE  19801-3519 | Allen K. Stout<br>Nortel Networks<br>220 Athens Way, Suite 300<br>Nashville, TN  37228-1304 |
| Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King St<br>Wilmington, DE  19801<br>(Counsel for Official Committee<br>Of Unsecured Creditors) | Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY  10036<br>(Counsel for Official Committee<br>Of Unsecured Creditors) |

4272756.1