**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 7/1/2011 through 7/31/2011**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $760 | 30.70 | $23,332.00 |
| J. Borow | Executive Director | $760 | 116.10 | $88,236.00 |
| J. Hyland | Executive Director | $595 | 158.40 | $94,248.00 |
| A. Cowie | Managing Director | $545 | 127.20 | $69,324.00 |
| D. Rothberg | Director | $415 | 136.50 | $56,647.50 |
| J. Peterson | Director | $365 | 120.30 | $43,909.50 |
| J. Schad | Associate | $325 | 6.90 | $2,242.50 |
| M. Lasinski | Contractor | $310 | 11.60 | $3,596.00 |
| T. Morilla | Consultant | $310 | 193.40 | $59,954.00 |
| M. Haverkamp | Paraprofessional | $120 | 3.30 | $396.00 |
| **For the Period 7/1/2011 through 7/31/2011** | | | **904.40** | **$441,885.50** |