# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 7/1/2011 through 7/31/2011**

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 98.60 | $51,961.50 |
| 05. Professional Retention/Fee Application Preparation | 10.10 | $3,245.00 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | 17.80 | $11,610.00 |
| 08. Interaction/Mtgs w Creditors | 60.00 | $42,592.50 |
| 09. Employee Issues/KEIP | 82.90 | $41,647.00 |
| 10. Recovery/SubCon/Lien Analysis | 327.60 | $152,804.50 |
| 11. Claim Analysis/Accounting | 103.40 | $45,881.00 |
| 13. Intercompany Transactions/Bal | 17.10 | $8,109.50 |
| 14. Executory Contracts/Leases | 26.50 | $13,014.50 |
| 17. Analysis of Historical Results | 3.20 | $1,283.00 |
| 18. Operating and Other Reports | 26.60 | $13,627.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 70.10 | $30,090.50 |
| 20. Projections/Business Plan/Other | 17.20 | $7,243.00 |
| 26. Tax Issues | 12.30 | $5,275.50 |
| 33. Intellectual Property | 31.00 | $13,501.00 |
| **For the Period 7/1/2011 through 7/31/2011** | **904.40** | **$441,885.50** |