# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 7/1/2011 through 7/31/2011**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Asset Acquisition/Disposition** | | | |
| 7/1/2011 | J. Hyland | 1.20 | Participated in call with B. Kahn, J. Sturm, and F. Hodara re: proceeds allocations. |
| 7/1/2011 | J. Hyland | 1.50 | Prepared for meeting with counsel on proceeds allocations. |
| 7/1/2011 | J. Hyland | 2.80 | Reviewed allocation scenario planning. |
| 7/5/2011 | T. Morilla | 0.90 | Reviewed the calculation of the fees for one of the professional advisors. |
| 7/5/2011 | J. Hyland | 1.80 | Recalculated assets and claims by estate. |
| 7/5/2011 | A. Cowie | 1.90 | Continued to analyze professional fees related to asset dispositions. |
| 7/5/2011 | A. Cowie | 1.90 | Analyzed professional fees related to asset dispositions. |
| 7/5/2011 | J. Hyland | 2.70 | Analyzed proceeds allocation scenarios. |
| 7/5/2011 | J. Hyland | 2.80 | Reviewed proceeds allocation assumptions. |
| 7/6/2011 | J. Hyland | 1.20 | Participated in call with M. Kennedy re: proceeds allocations. |
| 7/6/2011 | J. Hyland | 1.50 | Reviewed UCC allocation presentation. |
| 7/6/2011 | A. Cowie | 1.70 | Analyzed estate proposal settlement documentation. |
| 7/6/2011 | A. Cowie | 1.80 | Prepared for (0.6) and participated in (1.2) call with Debtors' professionals in regard to allocation issues. |
| 7/6/2011 | T. Morilla | 2.40 | Reviewed and analyzed the estate-owned assets. |
| 7/6/2011 | J. Hyland | 2.90 | Reviewed proceeds allocation calculations. |
| 7/7/2011 | J. Hyland | 0.30 | Continued analyzing scenarios for proceeds allocations. |
| 7/7/2011 | T. Morilla | 1.00 | Reviewed the Monitor's review of allocation positions summary. |
| 7/7/2011 | C. Kearns | 1.70 | Reviewed updated allocation models; related emails with counsel. |
| 7/7/2011 | J. Peterson | 2.80 | Continued to review and edit potential allocation scenarios. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/7/2011 | J. Hyland | 2.90 | Analyzed scenarios for proceeds allocations. |
| 7/8/2011 | J. Hyland | 2.50 | Reviewed interest calculations and related background. |
| 7/11/2011 | J. Hyland | 2.00 | Continued reviewing proceeds allocation analysis. |
| 7/11/2011 | J. Hyland | 2.90 | Reviewed proceeds allocation analysis. |
| 7/12/2011 | J. Hyland | 2.70 | Prepared allocation scenarios for an asset class. |
| 7/13/2011 | J. Hyland | 1.40 | Continued reviewing proceeds allocation model. |
| 7/13/2011 | J. Hyland | 2.90 | Reviewed proceeds allocation model. |
| 7/14/2011 | D. Rothberg | 1.40 | Reviewed interest rate calculations and assumptions. |
| 7/14/2011 | T. Morilla | 1.50 | Reviewed and analyzed potential allocation for certain entity. |
| 7/15/2011 | T. Morilla | 1.20 | Reviewed and analyzed potential black box deductions. |
| 7/15/2011 | T. Morilla | 1.50 | Continued to review the estate-owned assets. |
| 7/15/2011 | J. Hyland | 2.60 | Reviewed allocation model. |
| 7/18/2011 | A. Cowie | 0.60 | Prepared present value analysis in regard to RTP lease options. |
| 7/18/2011 | J. Hyland | 0.90 | Reviewed April proceeds allocation positions by estate. |
| 7/18/2011 | T. Morilla | 1.70 | Continued to review and analyze certain calculations of a scenario. |
| 7/18/2011 | J. Hyland | 2.70 | Prepared proceeds allocation analysis. |
| 7/19/2011 | D. Rothberg | 0.60 | Reviewed scenario analysis. |
| 7/19/2011 | A. Cowie | 0.80 | Continued to prepare report in regard to RTP lease obligations and potential settlement scenarios. |
| 7/19/2011 | C. Kearns | 1.00 | Reviewed allocation update. |
| 7/19/2011 | J. Hyland | 1.20 | Analyzed allocation analyses. |
| 7/19/2011 | T. Morilla | 1.40 | Reviewed and analyzed the estate-owned assets. |
| 7/19/2011 | D. Rothberg | 1.60 | Participated in a meeting with FTI reviewing assets and claims for the various estates. |
| 7/19/2011 | J. Hyland | 2.00 | Reviewed assets and liabilities by estate. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/20/2011 | C. Kearns | 0.50 | Continued reviewing allocation update. |
| 7/21/2011 | C. Kearns | 0.50 | Reviewed ongoing allocation analysis. |
| 7/22/2011 | J. Hyland | 2.80 | Reviewed proceed allocation scenario. |
| 7/25/2011 | C. Kearns | 0.60 | Reviewed ongoing allocation analysis. |
| 7/25/2011 | J. Hyland | 1.20 | Revised scenario for proceeds allocations. |
| 7/25/2011 | J. Hyland | 2.80 | Continued analyzing proceeds allocation scenario calculations. |
| 7/25/2011 | J. Hyland | 2.90 | Analyzed proceeds allocation scenario calculations. |
| 7/26/2011 | J. Hyland | 0.40 | Reviewed revised scenario for proceeds allocations. |
| 7/27/2011 | J. Hyland | 0.30 | Conducted call with R. Baik and T. Feuerstein re: professional fee reimbursement. |
| 7/27/2011 | J. Hyland | 0.90 | Reviewed scenario calculations. |
| 7/27/2011 | D. Rothberg | 2.10 | Reviewed existing bond indentures. |
| 7/27/2011 | T. Morilla | 2.70 | Prepared schedules for scenario calculations. |
| 7/28/2011 | T. Morilla | 1.20 | Reviewed and analyzed the scenario calculations. |
| 7/28/2011 | T. Morilla | 1.30 | Reviewed and analyzed certain proceeds allocation issues. |
| 7/28/2011 | D. Rothberg | 2.90 | Reviewed and analyzed current model assumptions. |
| 7/29/2011 | J. Hyland | 0.70 | Reviewed allocation scenario. |
| Subtotal | | 98.60 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/20/2011 | T. Morilla | 1.70 | Continued to review and analyze the professional fee application. |
| 7/20/2011 | T. Morilla | 2.50 | Reviewed and analyzed the June fee application. |
| 7/22/2011 | J. Hyland | 0.60 | Reviewed fee application. |
| 7/22/2011 | J. Hyland | 1.70 | Reviewed fee application. |
| 7/28/2011 | J. Hyland | 0.30 | Reviewed fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 7/29/2011 | M. Haverkamp | 1.30 | Processed June fee application. |
| 7/29/2011 | M. Haverkamp | 2.00 | Continued processing June fee application. |
| Subtotal | | 10.10 | |

**07. Interaction/Mtgs w Dbtrs/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 7/5/2011 | J. Borow | 1.10 | Participated in discussions with debtor re: status of various negotiating discussions. |
| 7/5/2011 | C. Kearns | 1.80 | Emailed with counsel re: upcoming meeting with the Pension Regulator and allocation update; related call with Ray, CGSH and Chilmark. |
| 7/7/2011 | A. Cowie | 1.70 | Participated in meeting with Debtors and their advisors in regard to estate issues. |
| 7/7/2011 | C. Kearns | 4.30 | Prepared for and met with U.K. pension trustee representative, the Pension Regulator, CGSH, Chilmark and Akin. |
| 7/18/2011 | C. Kearns | 1.00 | Prepared for and participated in status call with Debtors and counsel. |
| 7/25/2011 | C. Kearns | 0.90 | Participated in call with counsel, Ray and Bromley re: debrief of TPR, CCC discussions and next steps. |
| 7/26/2011 | D. Rothberg | 2.00 | Participated in a meeting with J. Ray, Principal Officer, M. Rosenberg and M. Kennedy, Advisors to the Debtor and J. Bromley legal advisor to the Debtor to discuss various affairs of the Debtor. |
| 7/26/2011 | C. Kearns | 2.50 | Participated in call with CGSH, Ray, Chilmark, Akin and Ad hocs to discuss next steps and related follow up with counsel. |
| 7/26/2011 | D. Rothberg | 2.50 | Participated in a meeting with the Debtor and advisors to the Ad hoc bondholders committee regarding claims, assets and other Debtor affairs. |
| Subtotal | | 17.80 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 7/5/2011 | J. Borow | 2.10 | Participated in discussions with various creditors and other parties in interest re: status of matter. |
| 7/6/2011 | C. Kearns | 0.60 | Participated in part of weekly status call. |
| 7/6/2011 | J. Hyland | 1.00 | Prepared talking point documentation for UCC talking points on a compensation matter and professional fees. |
| 7/6/2011 | M. Lasinski | 1.00 | Prepared for (0.4) and participated in (0.6) pre-call for UCC call. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 7/6/2011 | J. Hyland | 1.10 | Prepared for (0.5) and participated in (0.6) pre-UCC call with UCC professionals. |
| 7/6/2011 | J. Borow | 2.30 | Participated in discussions with various creditors and other parties in interest re: status of matter. |
| 7/7/2011 | J. Hyland | 0.60 | Participated in call with UCC follow-up meeting with professionals. |
| 7/7/2011 | C. Kearns | 1.30 | Prepared for and participated in weekly UCC call. |
| 7/7/2011 | J. Hyland | 1.30 | Participated in UCC call with UCC professionals. |
| 7/7/2011 | J. Borow | 1.80 | Participated in discussions with various creditors and other parties in interest re: status of matter. |
| 7/7/2011 | J. Hyland | 2.40 | Reviewed proceeds allocation report for UCC call. |
| 7/7/2011 | J. Borow | 2.60 | Prepared for (0.7) and participated in (1.3) meeting with UCC and follow-up meeting (0.6) with professionals retained by UCC. |
| 7/8/2011 | J. Borow | 2.10 | Participated in discussions with various creditors and other parties in interest re: status of matter. |
| 7/11/2011 | J. Borow | 1.80 | Participated in discussions with various creditors and other parties in interest re: status of matter. |
| 7/12/2011 | J. Borow | 0.80 | Participated in discussions with various creditors and other parties in interest re: status of matter. |
| 7/13/2011 | J. Hyland | 0.30 | Conducted call with J. Sturm re: UCC reports. |
| 7/13/2011 | J. Borow | 1.80 | Participated in discussions with various creditors and other parties in interest re: status of matter. |
| 7/14/2011 | J. Hyland | 0.80 | Participated in UCC call with UCC professionals. |
| 7/14/2011 | J. Hyland | 1.40 | Prepared for UCC call. |
| 7/14/2011 | J. Borow | 1.60 | Prepared for (0.8) and participated in (0.8) meeting with UCC and professionals to UCC. |
| 7/14/2011 | C. Kearns | 2.00 | Prepared for and participated in call with counsel and ad hocs re: next steps. |
| 7/19/2011 | J. Borow | 1.40 | Participated in discussions with various creditors and other parties in interest re: status of matter. |
| 7/20/2011 | J. Hyland | 0.80 | Participated in UCC pre-call with UCC professionals. |
| 7/20/2011 | J. Borow | 2.10 | Participated in discussions with various creditors and other parties in interest re: status of matter. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/21/2011 | J. Borow | 2.10 | Participated in discussions with various creditors and other parties in interest re: status of matter. |
| 7/26/2011 | J. Borow | 3.10 | Prepared for, attended and participated in meeting with bondholder representatives and debtor re: status of matter and related analyses. |
| 7/26/2011 | J. Borow | 4.50 | Participated in meeting with US debtor and debtor's professionals (2.0) re: claims analyses and disposition of matter and participated in meetings with Ad hocs (2.5). |
| 7/27/2011 | J. Hyland | 0.50 | Conducted call with T. Feuerstein re: professional fee reimbursement and IP transaction closing. |
| 7/27/2011 | J. Hyland | 1.30 | Participated in pre-UCC call with UCC professionals. |
| 7/27/2011 | J. Borow | 2.90 | Participated in discussions with various creditors and other parties in interest re: status of matter. |
| 7/28/2011 | J. Hyland | 0.90 | Participated in call with counsel, Fraser, and Jefferies re: follow-up on UCC for case matters. |
| 7/28/2011 | J. Hyland | 1.20 | Participated in UCC call with counsel, Fraser, Jefferies, and Ashurst. |
| 7/28/2011 | J. Hyland | 1.90 | Prepared for UCC call. |
| 7/28/2011 | C. Kearns | 2.30 | Prepared for (0.2) and participated in weekly UCC call (1.2) and related follow up call (0.9) with counsel. |
| 7/28/2011 | J. Borow | 3.40 | Prepared for (1.3) and participated in meeting of UCC and advisors to UCC (1.2) and follow-up meeting (0.9). |
| 7/29/2011 | J. Borow | 0.90 | Participated in discussions with various creditors and other parties in interest re: status of matter. |
| Subtotal | | 60.00 | |

**09. Employee Issues/KEIP**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/5/2011 | T. Morilla | 0.40 | Reviewed certain executive compensation programs. |
| 7/6/2011 | J. Hyland | 0.40 | Participated in calls with J. Ray re: compensation matter. |
| 7/7/2011 | A. Cowie | 1.70 | Continued to prepare analysis and report on proposed employee group retention plan. |
| 7/7/2011 | A. Cowie | 1.80 | Prepared analysis and report on proposed employee group retention plan. |
| 7/8/2011 | A. Cowie | 0.40 | Continued to prepare a report in regard to employee group retention program triggers and expected payout amounts. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/8/2011 | J. Peterson | 1.10 | Started to review and analyze the proposed employee group retention program. |
| 7/8/2011 | A. Cowie | 1.60 | Analyzed court approved employee compensation trigger metrics. |
| 7/8/2011 | A. Cowie | 1.70 | Continued to analyze employee compensation and performance metric triggers. |
| 7/8/2011 | A. Cowie | 1.80 | Analyzed employee compensation figures. |
| 7/8/2011 | A. Cowie | 1.90 | Prepared report in regard to employee group retention program triggers and expected payout amounts. |
| 7/11/2011 | A. Cowie | 1.70 | Analyzed issues presented in reviewing personnel allocation report. |
| 7/11/2011 | A. Cowie | 1.90 | Revised employee group retention program report. |
| 7/11/2011 | T. Morilla | 2.10 | Reviewed and analyzed certain employee compensation programs. |
| 7/11/2011 | J. Hyland | 2.80 | Reviewed retention plan report. |
| 7/12/2011 | A. Cowie | 0.90 | Continued to revise employee group retention program report. |
| 7/12/2011 | A. Cowie | 1.60 | Prepared responses to queries in regard to employee group retention program. |
| 7/12/2011 | A. Cowie | 1.80 | Continued to analyze historical employee retention amounts. |
| 7/12/2011 | A. Cowie | 1.80 | Analyzed employee retention historical results. |
| 7/12/2011 | A. Cowie | 1.90 | Revised report on proposed employee group retention program. |
| 7/12/2011 | J. Hyland | 2.00 | Analyzed all employee retention programs. |
| 7/12/2011 | J. Hyland | 2.60 | Reviewed and prepared report for UCC on retention program for employee group. |
| 7/13/2011 | A. Cowie | 1.80 | Analyzed employee retention documentation. |
| 7/13/2011 | A. Cowie | 1.90 | Finalized employee group retention plan analysis and report. |
| 7/14/2011 | J. Hyland | 0.20 | Conducted call with S. Kuhn re: compensation matter. |
| 7/14/2011 | J. Hyland | 0.90 | Analyzed compensation matter. |
| 7/14/2011 | J. Hyland | 1.10 | Reviewed IP group AIP details. |
| 7/15/2011 | J. Hyland | 0.70 | Conducted call with C. Ricaurte re: NBS AIP. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 7/15/2011 | J. Peterson | 2.40 | Continued to draft a memo on the IP Group's Q2 and Q3 2011 AIP metrics and payout. |
| 7/15/2011 | J. Peterson | 2.60 | Started to review and draft a memo for the UCC re: Q2 and Q3 2011 IP Group AIP metrics and payout. |
| 7/15/2011 | J. Hyland | 2.80 | Analyzed AIP for two groups. |
| 7/18/2011 | J. Hyland | 0.70 | Conducted call with C. Ricaurte, T. Ross and J. Ray re: AIP metrics for Q3 2011. |
| 7/18/2011 | D. Rothberg | 1.00 | Prepared for (0.3) and participated in (0.7) a call with the Debtor to review IP AIP payout plans. |
| 7/18/2011 | D. Rothberg | 1.20 | Reviewed AIP IP payment deck provided from Nortel. |
| 7/18/2011 | J. Peterson | 1.20 | Prepared for (0.5) and participated in (0.7) a meeting with C. Ricaurte and J. Ray re: 2H 2011 NBS AIP metrics. |
| 7/18/2011 | J. Hyland | 1.70 | Reviewed IP AIP report for UCC. |
| 7/18/2011 | J. Peterson | 1.80 | Continued to update and draft the UCC memo re: IP Group's Q2 and Q3 2011 AIP metrics and payout. |
| 7/19/2011 | J. Hyland | 0.90 | Reviewed IP AIP analysis. |
| 7/19/2011 | J. Peterson | 1.20 | Continued to edit and update the IP Group's AIP proposals to be presented to the UCC. |
| 7/19/2011 | A. Cowie | 1.80 | Analyzed Q2 and Q3 employee bonus performance calculations. |
| 7/20/2011 | J. Peterson | 1.40 | Finalized the IP Group's AIP proposal to be sent to the UCC. |
| 7/20/2011 | J. Hyland | 2.00 | Reviewed AIP analysis. |
| 7/25/2011 | J. Hyland | 1.10 | Reviewed supporting documents for NBS AIP metrics. |
| 7/27/2011 | T. Morilla | 0.90 | Reviewed and analyzed the Debtors' AIP presentation. |
| 7/28/2011 | J. Borow | 1.10 | Reviewed certain compensation issues for employees on bonuses and terminations. |
| 7/28/2011 | J. Peterson | 1.50 | Started to review and analyze the 1H 2011 NBS AIP results and proposed payouts. |
| 7/28/2011 | J. Hyland | 1.60 | Reviewed 1H Corporate Group AIP. |
| 7/28/2011 | D. Rothberg | 1.80 | Reviewed 1H NBS AIP performance versus budgeted expectations. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/28/2011 | D. Rothberg | 2.10 | Reviewed back up details behind 2H AIP metrics for NBS. |
| 7/29/2011 | J. Hyland | 0.70 | Participated in call with A. Bifield and M. Sandberg re: Corporate Group AIP. |
| 7/29/2011 | J. Hyland | 1.00 | Reviewed NBS AIP results. |
| 7/29/2011 | J. Peterson | 1.70 | Prepared for (1.0) and participated on (0.7) call with A. Bifield, A. Wellstead, and FTI re: Corporate Group's 1H 2011 AIP results and 2H 2011 proposed metrics. |
| 7/29/2011 | J. Peterson | 1.80 | Continued to draft a report to the UCC re: Corporate Group's 2H 2011 proposed metrics for Canada and Asia. |
| 7/29/2011 | J. Hyland | 2.00 | Analyzed 2H Corporate Group AIP metrics. |
| 7/29/2011 | J. Peterson | 2.40 | Started to prepare a report to the UCC re: Corporate Group's 1H 2011 AIP results and proposed payout. |
| Subtotal |  | 82.90 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/1/2011 | J. Borow | 0.70 | Continued reviewing issues pertaining to various recovery scenarios to creditors of each and all estates. |
| 7/1/2011 | A. Cowie | 0.90 | Prepared recovery analytics. |
| 7/1/2011 | A. Cowie | 1.30 | Analyzed mediation proposal documentation. |
| 7/1/2011 | A. Cowie | 1.60 | Revised detailed allocation modeling presentations. |
| 7/1/2011 | J. Borow | 1.60 | Prepared for (0.4) and participated in (1.2) discussion with counsel to UCC re: concepts for determining recoveries to various creditors in the entire Nortel matter. |
| 7/1/2011 | D. Rothberg | 1.70 | Continued to analyze and review various recovery results from various allocation methodologies. |
| 7/1/2011 | T. Morilla | 1.80 | Reviewed and analyzed the treatment of certain issues in the recovery model. |
| 7/1/2011 | A. Cowie | 1.80 | Analyzed recovery allocation modeling scenarios. |
| 7/1/2011 | A. Cowie | 1.90 | Analyzed U.S. tax attributes issues in relation to recovery amounts. |
| 7/1/2011 | J. Peterson | 2.00 | Continued to review and analyze allocation scenarios re: updated IP proceeds. |
| 7/1/2011 | T. Morilla | 2.20 | Reviewed and edited the recovery model based on the treatment of certain items. |

**Capstone Advisory Group, LLC**
**Invoice for the 7/1/2011-7/31/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/1/2011 | T. Morilla | 2.30 | Created summary regarding the recovery model. |
| 7/1/2011 | T. Morilla | 2.80 | Continued preparing recovery analyses. |
| 7/1/2011 | J. Borow | 2.90 | Reviewed issues pertaining to various recovery scenarios to creditors of each and all estates. |
| 7/1/2011 | T. Morilla | 2.90 | Prepared recovery analyses based on IP sale price. |
| 7/1/2011 | D. Rothberg | 2.90 | Analyzed recovery analysis under various scenarios and assumptions. |
| 7/2/2011 | T. Morilla | 1.30 | Reviewed the treatment of certain items in the recovery model. |
| 7/2/2011 | T. Morilla | 1.80 | Continued reviewing and editing the recovery model. |
| 7/2/2011 | D. Rothberg | 2.10 | Reviewed and analyzed recovery model results. |
| 7/2/2011 | T. Morilla | 2.90 | Continued reviewing and editing the recovery model. |
| 7/3/2011 | T. Morilla | 1.90 | Continued reviewing and editing the recovery model. |
| 7/3/2011 | J. Borow | 2.30 | Reviewed issues and concepts re: recovery issues to all parties. |
| 7/5/2011 | A. Cowie | 0.80 | Prepared summary calculations and presentation related to EMEA offer proposal. |
| 7/5/2011 | D. Rothberg | 0.90 | Prepared report for the UCC re: updated recovery analysis. |
| 7/5/2011 | D. Rothberg | 1.70 | Continued to review and analyze recovery results under various recovery scenarios. |
| 7/5/2011 | A. Cowie | 1.70 | Continued to analyze recovery scenarios. |
| 7/5/2011 | A. Cowie | 1.90 | Analyzed recovery model scenarios based on mediation proposals. |
| 7/5/2011 | D. Rothberg | 2.20 | Continued to analyze and review recovery results under various recovery scenarios. |
| 7/5/2011 | J. Borow | 2.30 | Reviewed issues relating to recoveries to all classes of creditors. |
| 7/5/2011 | D. Rothberg | 2.30 | Continued to analyze and review recovery results under various methodologies. |
| 7/5/2011 | T. Morilla | 2.60 | Continued to adjust the recovery model. |
| 7/5/2011 | T. Morilla | 2.70 | Reviewed and edited the recovery model. |
| 7/5/2011 | T. Morilla | 2.80 | Reviewed and analyzed recovery modeling issues. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/5/2011 | T. Morilla | 2.90 | Continued to review and analyze certain modeling issues regarding the recovery model. |
| 7/5/2011 | T. Morilla | 2.90 | Continued reviewing and editing the recovery model. |
| 7/5/2011 | D. Rothberg | 2.90 | Analyzed recovery results under various recovery scenarios. |
| 7/6/2011 | C. Kearns | 0.60 | Reviewed revised assumptions to recovery model. |
| 7/6/2011 | A. Cowie | 0.80 | Continued to analyze estate-level recovery settlement documentation. |
| 7/6/2011 | D. Rothberg | 1.20 | Continued to prepare report for the UCC re: preliminary recovery results. |
| 7/6/2011 | D. Rothberg | 1.40 | Continued to prepare report for the UCC re: preliminary recovery results. |
| 7/6/2011 | J. Peterson | 1.40 | Continued to edit the recovery allocation model re: scenarios updated for patent sale proceeds. |
| 7/6/2011 | T. Morilla | 1.50 | Reviewed and edited the preliminary recovery analyses presentation based on comments. |
| 7/6/2011 | D. Rothberg | 1.50 | Continued to prepare report for the UCC re: preliminary recovery results. |
| 7/6/2011 | J. Peterson | 1.60 | Prepared for (0.4) and participated on (1.2) a call with Chilmark re: recovery analysis. |
| 7/6/2011 | A. Cowie | 1.80 | Continued to analyze recovery modeling scenarios. |
| 7/6/2011 | A. Cowie | 1.80 | Analyzed recovery modeling scenarios. |
| 7/6/2011 | D. Rothberg | 2.10 | Continued to prepare report for the UCC re: preliminary recovery results. |
| 7/6/2011 | D. Rothberg | 2.60 | Continued to prepare report for the UCC re: preliminary recovery results. |
| 7/6/2011 | J. Peterson | 2.70 | Continued to review and edit the allocation model re: impact of the patent sale. |
| 7/6/2011 | J. Borow | 2.80 | Reviewed issues relating to recoveries to all classes of creditors. |
| 7/6/2011 | T. Morilla | 2.80 | Prepared preliminary recovery analyses presentation. |
| 7/6/2011 | D. Rothberg | 2.90 | Prepared report for the UCC re: updated recovery analysis. |
| 7/6/2011 | T. Morilla | 2.90 | Prepared and analyzed recovery analyses. |
| 7/7/2011 | D. Rothberg | 2.20 | Reviewed and analyzed recovery results from various scenarios. |
| 7/7/2011 | J. Borow | 2.40 | Reviewed issues relating to recoveries to all classes of creditors. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 7/7/2011 | T. Morilla | 2.60 | Continued reviewing and analyzing the preliminary recovery results. |
| 7/7/2011 | T. Morilla | 2.80 | Reviewed and analyzed preliminary recovery results. |
| 7/8/2011 | D. Rothberg | 1.10 | Researched impact of scenario changes. |
| 7/8/2011 | C. Kearns | 1.30 | Reviewed allocation related issues including emails with counsel on possible issues re: scenarios. |
| 7/8/2011 | T. Morilla | 1.60 | Continued editing the recovery model based on additional scenarios. |
| 7/8/2011 | D. Rothberg | 2.00 | Participated in a call with Chilmark Partners re: recovery analysis. |
| 7/8/2011 | J. Borow | 2.10 | Reviewed issues relating to recoveries to all classes of creditors. |
| 7/8/2011 | J. Peterson | 2.30 | Continued to update and edit the recovery allocation model for scenarios. |
| 7/8/2011 | T. Morilla | 2.80 | Reviewed and edited the recovery model based on additional scenario analyses. |
| 7/8/2011 | D. Rothberg | 2.90 | Reviewed and analyzed recovery results under various scenarios. |
| 7/11/2011 | C. Kearns | 1.30 | Analyzed of allocation scenarios and related emails with counsel. |
| 7/11/2011 | A. Cowie | 1.60 | Continued analysis of recovery calculations. |
| 7/11/2011 | A. Cowie | 1.90 | Analyzed estate recovery modeling results. |
| 7/11/2011 | T. Morilla | 2.10 | Continued to adjust the recovery sensitivity analyses based on comments. |
| 7/11/2011 | T. Morilla | 2.50 | Adjusted recovery analyses based on comments. |
| 7/11/2011 | T. Morilla | 2.80 | Ran additional recovery analyses based on requested scenarios. |
| 7/11/2011 | J. Borow | 4.30 | Reviewed and discussed various creditor recovery scenarios. |
| 7/12/2011 | T. Morilla | 1.30 | Prepared summary of recovery analyses. |
| 7/12/2011 | C. Kearns | 1.30 | Evaluated allocation scenarios and related telecom with counsel. |
| 7/12/2011 | T. Morilla | 1.50 | Reviewed and analyzed the recovery model. |
| 7/12/2011 | T. Morilla | 1.70 | Reviewed certain entity's recovery based on the model outputs. |
| 7/12/2011 | T. Morilla | 2.70 | Continued preparing preliminary recovery analyses. |
| 7/12/2011 | T. Morilla | 2.80 | Prepared additional preliminary recovery analyses. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/12/2011 | J. Borow | 4.30 | Reviewed and discussed various creditor recovery scenarios. |
| 7/13/2011 | A. Cowie | 0.70 | Analyzed recovery scenario supporting documentation. |
| 7/13/2011 | T. Morilla | 1.00 | Prepared summary of the recovery analyses. |
| 7/13/2011 | C. Kearns | 1.50 | Analyzed allocation scenarios and conducted discussions with counsel. |
| 7/13/2011 | D. Rothberg | 1.60 | Continued to review and analyze recovery results under various scenarios. |
| 7/13/2011 | T. Morilla | 1.80 | Edited the preliminary recovery analyses presentation based on comments. |
| 7/13/2011 | T. Morilla | 2.20 | Revised the preliminary recovery analyses based on comments. |
| 7/13/2011 | T. Morilla | 2.30 | Prepared preliminary recovery analyses presentation for distribution to the UCC. |
| 7/13/2011 | D. Rothberg | 2.90 | Reviewed and analyzed recovery results under various scenarios. |
| 7/13/2011 | J. Borow | 3.30 | Prepared for (1.8) and discussed (1.5) various creditor recovery scenarios. |
| 7/14/2011 | T. Morilla | 0.90 | Reviewed previously presented UCC recovery presentation. |
| 7/14/2011 | J. Borow | 1.40 | Continued reviewing various creditor recovery scenarios. |
| 7/14/2011 | T. Morilla | 1.90 | Reviewed and analyzed current modeling issues in the recovery model. |
| 7/14/2011 | J. Peterson | 2.20 | Reviewed and updated the other assets included in each estates mediation proposals. |
| 7/14/2011 | D. Rothberg | 2.20 | Continued to review and analyzed recovery scenarios based on multiple scenarios. |
| 7/14/2011 | T. Morilla | 2.40 | Reviewed and analyzed the treatment of certain issues in the recovery |
| 7/14/2011 | J. Borow | 2.90 | Reviewed various creditor recovery scenarios. |
| 7/14/2011 | D. Rothberg | 2.90 | Reviewed and analyzed recovery scenarios based on multiple assumptions. |
| 7/15/2011 | C. Kearns | 0.50 | Followed up after UCC call re: taxes and recovery analysis. |
| 7/15/2011 | J. Borow | 1.40 | Reviewed various claims recovery scenarios. |
| 7/15/2011 | J. Borow | 1.70 | Reviewed various analyses relating to recoveries to creditor constituencies. |
| 7/15/2011 | D. Rothberg | 1.80 | Reviewed and analyzed various recovery scenarios based on updated assumptions. |

**Capstone Advisory Group, LLC**
**Invoice for the 7/1/2011-7/31/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/18/2011 | J. Borow | 1.40 | Reviewed various claims recovery scenarios. |
| 7/18/2011 | A. Cowie | 1.40 | Analyzed recovery scenarios as discussed with Debtors. |
| 7/18/2011 | T. Morilla | 1.50 | Reviewed and analyzed the intercompany recovery model. |
| 7/18/2011 | J. Borow | 1.70 | Reviewed various analyses relating to recoveries to creditor constituencies. |
| 7/18/2011 | A. Cowie | 1.70 | Continued to analyze recovery scenarios as discussed with Debtors. |
| 7/18/2011 | D. Rothberg | 1.80 | Analyzed various recovery scenarios under numerous assumptions. |
| 7/19/2011 | J. Borow | 0.70 | Continued reviewing various analyses relating to recoveries to creditor constituencies. |
| 7/19/2011 | D. Rothberg | 1.30 | Analyzed recovery scenarios. |
| 7/19/2011 | J. Borow | 1.80 | Reviewed various claims recovery scenarios. |
| 7/19/2011 | J. Borow | 2.90 | Reviewed various analyses relating to recoveries to creditor constituencies. |
| 7/20/2011 | A. Cowie | 0.40 | Analyzed creditor recoveries in regard to EMEA claim amounts. |
| 7/20/2011 | D. Rothberg | 1.90 | Reviewed detailed model assumptions included in recovery analyses. |
| 7/20/2011 | J. Borow | 2.40 | Reviewed various claims recovery scenarios. |
| 7/20/2011 | J. Borow | 2.70 | Reviewed various analyses relating to recoveries to creditor constituencies. |
| 7/21/2011 | J. Peterson | 0.50 | Continued to edit and update a scenario analysis. |
| 7/21/2011 | J. Borow | 0.80 | Reviewed various claims recovery scenarios. |
| 7/21/2011 | J. Borow | 2.30 | Reviewed various analyses relating to recoveries to creditor constituencies. |
| 7/21/2011 | J. Peterson | 2.80 | Compiled a list of settlements to date and resulting impact on creditor recoveries. |
| 7/22/2011 | D. Rothberg | 1.60 | Continued to review and analyzed recovery scenarios under various methodologies. |
| 7/22/2011 | A. Cowie | 1.60 | Continued to analyze estate-level recoveries based on updated allocation scenarios. |
| 7/22/2011 | J. Peterson | 1.60 | Analyzed a scenario impact on the Canadian recoveries. |
| 7/22/2011 | A. Cowie | 1.70 | Analyzed impact on creditor recoveries from EMEA claims. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 7/22/2011 | A. Cowie | 1.80 | Analyzed estate-level recoveries based on updated allocation scenarios. |
| 7/22/2011 | T. Morilla | 1.90 | Continued to prepare recovery analyses. |
| 7/22/2011 | J. Borow | 2.10 | Reviewed various recovery scenarios and distribution analyses. |
| 7/22/2011 | J. Borow | 2.10 | Reviewed recovery scenarios and related impacts on each creditor constituency in various estates. |
| 7/22/2011 | D. Rothberg | 2.70 | Reviewed and analyzed recovery scenarios under various methodologies. |
| 7/22/2011 | T. Morilla | 2.80 | Prepared additional recovery analyses. |
| 7/25/2011 | T. Morilla | 1.10 | Modified the recovery analyses based on comments. |
| 7/25/2011 | D. Rothberg | 1.30 | Analyzed updated recovery analysis including additional assumption updates. |
| 7/25/2011 | D. Rothberg | 1.60 | Continued to prepare scenario analysis and its impact on recoveries. |
| 7/25/2011 | A. Cowie | 1.90 | Analyzed estate recovery scenarios. |
| 7/25/2011 | T. Morilla | 2.10 | Revised the recovery analyses based on comments. |
| 7/25/2011 | T. Morilla | 2.10 | Reviewed and analyzed previous recovery analyses. |
| 7/25/2011 | D. Rothberg | 2.20 | Prepared updated scenario analysis to analyze its impact on recoveries. |
| 7/25/2011 | J. Borow | 2.60 | Reviewed recovery scenarios and related impacts on each creditor constituency in various estates. |
| 7/25/2011 | T. Morilla | 2.80 | Continued to prepare recovery analyses. |
| 7/26/2011 | A. Cowie | 0.80 | Analyzed settlement documents for an entity. |
| 7/26/2011 | T. Morilla | 0.90 | Continued preparing additional recovery analyses. |
| 7/26/2011 | T. Morilla | 1.60 | Reviewed and analyzed the intercompany recovery model. |
| 7/26/2011 | T. Morilla | 2.30 | Reviewed and modified recovery analyses based on comments. |
| 7/26/2011 | T. Morilla | 2.30 | Prepared recovery sensitivity analyses. |
| 7/26/2011 | J. Peterson | 2.30 | Continued to review and edit the recovery model for updated scenarios and claims bases. |
| 7/26/2011 | D. Rothberg | 2.70 | Analyzed and reviewed recovery scenarios with updated inputs for EMEA allocation and inter-EMEA recoveries. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/27/2011 | D. Rothberg | 1.70 | Reviewed and analyzed recovery models run under various new assumptions. |
| 7/27/2011 | T. Morilla | 1.70 | Provided comments on recovery analyses. |
| 7/27/2011 | A. Cowie | 1.90 | Analyzed bond scenario with bond professional. |
| 7/27/2011 | J. Peterson | 2.40 | Continued to update and review the recovery model re: impact of bond scenario. |
| 7/27/2011 | T. Morilla | 2.50 | Reviewed and analyzed issues discussed during the FA discussion on 7/26. |
| 7/27/2011 | J. Peterson | 2.70 | Continued to edit and update a recovery model re: impact of claim status change. |
| 7/27/2011 | J. Borow | 2.80 | Reviewed claims analyses and impact on recoveries to various estates. |
| 7/28/2011 | D. Rothberg | 1.20 | Continued to review recovery model input details. |
| 7/28/2011 | A. Cowie | 1.80 | Continued to analyze creditor class returns under certain allocation scenarios. |
| 7/28/2011 | A. Cowie | 1.90 | Analyzed creditor class returns under certain allocation scenarios. |
| 7/28/2011 | J. Peterson | 2.30 | Continued to analyze and update a new recovery model re: extinguishment of the bonds and impact to the three major estates. |
| 7/28/2011 | J. Borow | 2.70 | Reviewed recovery scenarios and related impacts on each creditor constituency in various estates. |
| 7/28/2011 | T. Morilla | 2.90 | Reviewed and analyzed the intercompany recovery model. |
| 7/29/2011 | J. Borow | 1.10 | Reviewed various recovery scenarios and effect on various creditor constituencies. |
| 7/29/2011 | D. Rothberg | 1.20 | Reviewed recovery model. |
| 7/29/2011 | A. Cowie | 1.80 | Analyzed creditor recovery model output and assumptions. |
| 7/29/2011 | A. Cowie | 1.90 | Continued to analyze creditor recovery model output and assumptions. |
| 7/29/2011 | T. Morilla | 2.50 | Continued to prepare additional recovery analyses. |
| 7/29/2011 | T. Morilla | 2.90 | Prepared additional recovery analyses. |
| 7/29/2011 | T. Morilla | 2.90 | Continued preparing additional recovery analyses. |
| Subtotal | | 327.60 | |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **11. Claim Analysis/Accounting** | | | |
| 7/5/2011 | J. Borow | 1.60 | Reviewed various claims schedules and related computations. |
| 7/6/2011 | T. Morilla | 1.70 | Reviewed and analyzed the estate claims. |
| 7/6/2011 | J. Borow | 1.90 | Reviewed various claims schedules and related computations. |
| 7/6/2011 | J. Peterson | 2.30 | Continued to edit and update the claim calculations for a claimant group. |
| 7/7/2011 | J. Borow | 0.70 | Reviewed various claims schedules and related computations. |
| 7/7/2011 | J. Peterson | 0.70 | Reviewed the claims at NNUK. |
| 7/7/2011 | T. Morilla | 1.50 | Reviewed and analyzed the bondholder claims. |
| 7/7/2011 | J. Peterson | 2.60 | Continued to edit and update the bond claim analysis. |
| 7/8/2011 | T. Morilla | 1.20 | Reviewed certain U.S. creditor claims. |
| 7/8/2011 | T. Morilla | 1.20 | Continued reviewing the bondholder claims. |
| 7/8/2011 | J. Peterson | 1.50 | Continued to update scenario calculations for all creditors. |
| 7/8/2011 | T. Morilla | 1.90 | Continued to review and analyze the bondholder claims. |
| 7/8/2011 | J. Peterson | 2.90 | Continued to edit and update the scenarios and impact on claims. |
| 7/11/2011 | J. Borow | 0.60 | Reviewed various claims at U.S. and other debtor estates. |
| 7/12/2011 | T. Morilla | 1.40 | Reviewed and analyzed the bondholder claims. |
| 7/12/2011 | J. Borow | 1.60 | Reviewed various claims at U.S. and other debtor estates. |
| 7/13/2011 | T. Morilla | 1.20 | Continued to review certain U.S. claims. |
| 7/13/2011 | J. Borow | 1.40 | Reviewed various claims at U.S. and other debtor estates. |
| 7/13/2011 | J. Peterson | 1.70 | Continued to review and analyze the February 2011 Administration Progress reports for three entities. |
| 7/14/2011 | J. Peterson | 1.30 | Continued to edit and update the interest calculations for the U.S. unsecured creditors. |
| 7/15/2011 | T. Morilla | 0.80 | Continued to review the U.S. claims. |
| 7/19/2011 | T. Morilla | 1.30 | Reviewed and analyzed the estate claims. |
| 7/20/2011 | A. Cowie | 1.70 | Continued to analyze EMEA estate claims. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/20/2011 | A. Cowie | 1.90 | Analyzed related documentation to EMEA heads of claim claims. |
| 7/20/2011 | A. Cowie | 1.90 | Analyzed EMEA estate claims. |
| 7/20/2011 | D. Rothberg | 2.90 | Reviewed UK claims objection filed by the U.S. Debtor. |
| 7/21/2011 | A. Cowie | 1.30 | Continued to analyze EMEA claims rejection documentation. |
| 7/21/2011 | T. Morilla | 1.60 | Continued to review certain U.S. estate claims. |
| 7/21/2011 | D. Rothberg | 1.70 | Reviewed cross border claims details. |
| 7/21/2011 | A. Cowie | 1.70 | Analyzed EMEA claims rejection documentation. |
| 7/21/2011 | T. Morilla | 2.00 | Reviewed certain claims in the U.S. estate. |
| 7/21/2011 | J. Peterson | 2.10 | Continued to analyze global real estate claims. |
| 7/21/2011 | D. Rothberg | 2.20 | Reviewed claims, notably real estate claims, in Canada and the U.S. |
| 7/21/2011 | J. Hyland | 2.50 | Continued analyzing claims and priority recoveries. |
| 7/21/2011 | J. Peterson | 2.60 | Continued to review and analyze the real estate claims and cross border impact. |
| 7/21/2011 | J. Hyland | 2.70 | Analyzed claims and priority recoveries. |
| 7/21/2011 | D. Rothberg | 2.90 | Reviewed UK Objection papers filed. |
| 7/22/2011 | C. Kearns | 0.80 | Read EMEA claims objection. |
| 7/22/2011 | D. Rothberg | 2.90 | Reviewed detailed trade and employee claims in the U.S. |
| 7/22/2011 | J. Peterson | 2.90 | Continued to analyze the latest Canadian claims schedules to E&Y's estimates. |
| 7/25/2011 | J. Peterson | 1.40 | Reviewed the remaining U.S. contract exposure and contract manufacture claims. |
| 7/25/2011 | J. Peterson | 1.90 | Reviewed the Export Development Canada claims and treatment in claims base. |
| 7/25/2011 | D. Rothberg | 2.90 | Reviewed detailed U.S. priority claims and unsecured claims. |
| 7/26/2011 | D. Rothberg | 0.80 | Reviewed information discussed at all-day meetings. |
| 7/26/2011 | A. Cowie | 1.10 | Continued to analyze EMEA and other revised claims. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/26/2011 | A. Cowie | 1.90 | Analyzed EMEA and other revised claims figures. |
| 7/26/2011 | J. Peterson | 2.40 | Continued to review and analyze the U.S. claims re: claims filed by the EMEA estate. |
| 7/26/2011 | J. Hyland | 2.80 | Reviewed U.S. claims schedules. |
| 7/26/2011 | J. Hyland | 2.90 | Participated in call with J. Ray, J. Bromley, L. Schweitzer, M. Kennedy, R. Boris, Cleary, and counsel re: U.S. claims. |
| 7/27/2011 | D. Rothberg | 2.40 | Analyzed detailed claims information. |
| 7/27/2011 | J. Peterson | 2.60 | Reviewed the bond claims filed against the U.S. estate. |
| 7/28/2011 | J. Hyland | 0.90 | Reviewed claims analysis items. |
| 7/28/2011 | T. Morilla | 1.00 | Reviewed and analyzed the bondholder claims. |
| 7/28/2011 | T. Morilla | 1.60 | Reviewed and analyzed the certain US claims. |
| 7/28/2011 | J. Peterson | 1.60 | Prepared for and participated in a meeting with FTI re: claim calculations. |
| 7/28/2011 | J. Peterson | 2.50 | Continued to review and analyze all publicly filed documents related to a claim. |
| 7/29/2011 | A. Cowie | 0.20 | Analyzed EMEA heads of claim. |
| 7/29/2011 | J. Peterson | 1.20 | Continued to review and update a claim scenario. |
| Subtotal | | 103.40 | |

**13. Intercompany Transactions/Bal**

| | | | |
|------|-------------|-------|--------------------------|
| 7/20/2011 | D. Rothberg | 1.50 | Reviewed projected cash flows and other available data regarding China and Singapore entities. |
| 7/22/2011 | J. Peterson | 2.30 | Reviewed the July 2011 Asia restructuring reports and update. |
| 7/25/2011 | A. Cowie | 1.30 | Continued to analyze APAC current operating results. |
| 7/25/2011 | A. Cowie | 1.70 | Analyzed APAC current operating results. |
| 7/26/2011 | T. Morilla | 1.20 | Reviewed and analyzed the intercompany balance matrix. |
| 7/26/2011 | A. Cowie | 1.70 | Prepared operating update discussion points in regard to APAC performance. |
| 7/26/2011 | A. Cowie | 1.80 | Analyzed APAC performance reports. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/26/2011 | J. Hyland | 1.90 | Reviewed Asia Restructuring Manager's report. |
| 7/26/2011 | J. Peterson | 2.30 | Analyzed the variances between local GAAP to U.S. GAAP intercompany balances for the CALA region. |
| 7/27/2011 | A. Cowie | 1.40 | Analyzed historical APAC results. |
| Subtotal | | 17.10 | |

**14. Executory Contracts/Leases**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/18/2011 | D. Rothberg | 0.70 | Reviewed recent real estate mitigation plans provided by the Debtor. |
| 7/18/2011 | T. Morilla | 1.40 | Reviewed certain real estate leases. |
| 7/18/2011 | A. Cowie | 1.80 | Continued to analyze a certain U.S. property lease documentation. |
| 7/18/2011 | A. Cowie | 1.80 | Analyzed a certain U.S. property lease documentation. |
| 7/18/2011 | J. Hyland | 2.00 | Reviewed lease buyout for a property. |
| 7/19/2011 | J. Hyland | 0.60 | Conducted call with J. Sturm re: agreement for lease buyout. |
| 7/19/2011 | D. Rothberg | 0.80 | Reviewed Capstone deck re: real estate mitigation. |
| 7/19/2011 | A. Cowie | 1.70 | Analyzed real estate executory contract lease and related securitization documentation. |
| 7/19/2011 | A. Cowie | 1.80 | Prepared report in regard to certain lease obligations and potential settlement scenarios. |
| 7/19/2011 | A. Cowie | 1.90 | Continued to analyze real estate executory contract lease and related securitization documentation. |
| 7/21/2011 | A. Cowie | 1.20 | Continued to analyze real estate claims, rejection calculations and documentation. |
| 7/21/2011 | A. Cowie | 1.80 | Analyzed real estate claims rejection calculations and documentation. |
| 7/21/2011 | T. Morilla | 2.10 | Reviewed and analyzed certain real estate leases. |
| 7/21/2011 | T. Morilla | 2.30 | Continued to review the terms of certain real estate leases. |
| 7/22/2011 | A. Cowie | 0.60 | Analyzed securitization documents in regard to a certain U.S. property lease. |
| 7/25/2011 | A. Cowie | 1.10 | Analyzed real estate landlord claims and guarantees. |
| 7/25/2011 | A. Cowie | 1.80 | Analyzed lease guarantee claim. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 7/27/2011 | A. Cowie | 1.10 | Analyzed and finalized reporting points on certain lease obligations. |
| Subtotal | | 26.50 | |

**17. Analysis of Historical Results**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 7/13/2011 | J. Peterson | 2.30 | Reviewed the previous two years of SEC filings made by Nortel for disclosures. |
| 7/26/2011 | A. Cowie | 0.70 | Analyzed EDC debt documents and current status. |
| 7/27/2011 | T. Morilla | 0.20 | Reviewed the current bond prices. |
| Subtotal | | 3.20 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 7/7/2011 | A. Cowie | 0.90 | Analyzed employee overall compensation amounts and triggers in regard to retention plans. |
| 7/7/2011 | J. Peterson | 1.80 | Reviewed the 71st report of the Canadian Monitor. |
| 7/7/2011 | A. Cowie | 1.90 | Prepared operating reports for UCC. |
| 7/8/2011 | J. Hyland | 2.20 | Analyzed reports for UCC. |
| 7/12/2011 | J. Hyland | 0.70 | Reviewed report for UCC. |
| 7/14/2011 | J. Hyland | 2.50 | Prepared reporting for UCC. |
| 7/15/2011 | T. Morilla | 1.20 | Reviewed and analyzed the escrow accounts from the Business Unit divestiture proceeds. |
| 7/18/2011 | T. Morilla | 1.20 | Reviewed calculations of the bondholder interest. |
| 7/19/2011 | J. Hyland | 0.40 | Reviewed status of the UCC reports. |
| 7/19/2011 | J. Peterson | 1.70 | Reviewed NNI's May 2011 monthly operating report and supporting schedules. |
| 7/20/2011 | A. Cowie | 1.30 | Prepared supporting analysis and documentation for UCC meeting. |
| 7/20/2011 | J. Hyland | 2.30 | Reviewed UCC reports. |
| 7/27/2011 | A. Cowie | 1.30 | Analyzed current outstanding matters for reporting purposes. |
| 7/27/2011 | A. Cowie | 1.80 | Prepared operating update report and discussion points for UCC meeting. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/28/2011 | J. Hyland | 1.20 | Developed report list for the UCC. |
| 7/28/2011 | A. Cowie | 1.70 | Continued to prepare current operating update discussion points for UCC meeting. |
| 7/28/2011 | A. Cowie | 1.90 | Prepared current operating update discussion points for UCC meeting. |
| 7/29/2011 | T. Morilla | 0.60 | Revised the scenario calculations. |
| Subtotal | | 26.60 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/7/2011 | D. Rothberg | 1.90 | Analyzed and reviewed updated outlook compared to prior budget for the U.S. based on updated assumptions. |
| 7/7/2011 | D. Rothberg | 2.20 | Reviewed and analyzed May year-to-date results for the U.S. |
| 7/8/2011 | D. Rothberg | 1.20 | Prepared report for the UCC re: cash update. |
| 7/14/2011 | J. Hyland | 0.40 | Reviewed escrow statements. |
| 7/14/2011 | T. Morilla | 1.50 | Reviewed and analyzed the cash flow forecast prepared by the Debtors. |
| 7/14/2011 | J. Peterson | 1.90 | Continued to review and analyze the latest cash flow forecast re: APAC region (7/3 -12/31). |
| 7/14/2011 | J. Peterson | 2.60 | Reviewed and analyzed the latest cash flow forecast re: 7/3 - 12/31/2011. |
| 7/15/2011 | J. Peterson | 1.20 | Continued to review and draft the summary schedules for the U.S. estates May YTD cash flows. |
| 7/15/2011 | J. Hyland | 1.60 | Reviewed cash and escrow balances. |
| 7/15/2011 | D. Rothberg | 2.20 | Prepared report for the UCC re: cash update. |
| 7/18/2011 | J. Peterson | 0.90 | Continued to analyze the May 2011 balance sheet run-off for the U.S. |
| 7/18/2011 | D. Rothberg | 1.20 | Prepared the report for the UCC re: cash update. |
| 7/18/2011 | J. Peterson | 1.60 | Continued to analyze and review the U.S. estates May YTD results by function. |
| 7/18/2011 | D. Rothberg | 2.10 | Prepared report for the UCC re: cash update. |
| 7/18/2011 | T. Morilla | 2.20 | Reviewed and analyzed the cash report distributed by the Debtors. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/18/2011 | J. Peterson | 2.40 | Started to review and analyze the U.S. estates May 2011 balance sheet run-off. |
| 7/19/2011 | T. Morilla | 0.40 | Reviewed daily cash flashes. |
| 7/19/2011 | J. Peterson | 0.60 | Reviewed the July 15th global cash flash. |
| 7/19/2011 | D. Rothberg | 0.80 | Reviewed cash report. |
| 7/19/2011 | T. Morilla | 1.30 | Reviewed and analyzed the Debtors' cash forecast. |
| 7/19/2011 | T. Morilla | 2.20 | Prepared the presentation for the cash flow report. |
| 7/19/2011 | T. Morilla | 2.50 | Prepared schedules for the cash flow report. |
| 7/19/2011 | J. Hyland | 2.80 | Reviewed cash reporting. |
| 7/19/2011 | D. Rothberg | 2.90 | Prepared report for the UCC re: cash update. |
| 7/20/2011 | J. Peterson | 1.10 | Reviewed and analyzed the July 18, 2011 weekly cash flash. |
| 7/20/2011 | D. Rothberg | 1.70 | Prepared report for the UCC re: cash update. |
| 7/20/2011 | T. Morilla | 1.80 | Reviewed and edited the cash flow presentation. |
| 7/20/2011 | J. Peterson | 2.20 | Continued to review and edit the updated U.S. cash burn post-2011. |
| 7/20/2011 | T. Morilla | 2.50 | Reviewed and analyzed the cash flow presentation. |
| 7/20/2011 | J. Hyland | 2.90 | Reviewed cash and budget outlook report. |
| 7/21/2011 | D. Rothberg | 1.20 | Prepared report for the UCC re: cash update. |
| 7/21/2011 | J. Hyland | 2.80 | Reviewed cash analysis. |
| 7/22/2011 | D. Rothberg | 0.80 | Prepared report for the UCC re: cash update. |
| 7/25/2011 | J. Peterson | 1.30 | Reviewed and analyzed the latest bi-weekly cash forecast re: APAC region (7/17 - 12/31). |
| 7/25/2011 | J. Peterson | 1.70 | Started to review and analyze the latest bi-weekly cash forecast re: Canada's cash forecast (7/17 - 12/31). |
| 7/26/2011 | T. Morilla | 0.30 | Reviewed and analyzed the July 22, 2011 cash flash. |
| 7/26/2011 | J. Peterson | 0.80 | Reviewed and analyzed the July 22, 2011 global cash flash. |

**Capstone Advisory Group, LLC**
**Invoice for the 7/1/2011-7/31/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/27/2011 | D. Rothberg | 1.80 | Finalized cash update report for the UCC. |
| 7/27/2011 | J. Hyland | 2.00 | Reviewed updated cash and NNI Outlook report. |
| 7/27/2011 | J. Borow | 2.30 | Reviewed cash report and related liquidity issues. |
| 7/29/2011 | J. Hyland | 2.30 | Analyzed cash positions and forecasts. |
| Subtotal | | 70.10 | |

**20. Projections/Business Plan/Other**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/8/2011 | J. Hyland | 1.90 | Reviewed loss portfolio transfer agreement and calculations. |
| 7/13/2011 | J. Hyland | 0.40 | Conducted call with R. Baik and B. Kahn re: workers' comp insurance. |
| 7/14/2011 | J. Hyland | 0.70 | Reviewed workers' comp insurance details from Cleary. |
| 7/14/2011 | D. Rothberg | 1.50 | Participated in a call with D. Cozart of the Debtor to walk through TSA historical and forecasted results as compared to the existing U.S outlook. |
| 7/15/2011 | D. Rothberg | 1.90 | Reviewed and analyzed historical and forecasted TSA results. |
| 7/15/2011 | D. Rothberg | 2.10 | Prepared schedules reflecting TSA historical and forecasted results by deal by region by year. |
| 7/19/2011 | J. Peterson | 1.70 | Continued to analyze and compare the updated U.S. outlook to prior budget. |
| 7/19/2011 | J. Peterson | 2.70 | Continued to analyze and bridge the updated U.S. outlook to the prior budget by month for 2011 and beyond. |
| 7/20/2011 | J. Peterson | 2.60 | Continued to analyze and update the supporting schedules for the UCC cash update report re: updated U.S. outlook variances from prior budget. |
| 7/25/2011 | J. Peterson | 1.70 | Reviewed the latest entity wind down and liquidation plans provided by NBS. |
| Subtotal | | 17.20 | |

**26. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 7/5/2011 | J. Hyland | 0.70 | Revised tax calculations. |
| 7/6/2011 | J. Hyland | 0.40 | Conducted call with K. Rowe re: tax analysis. |
| 7/6/2011 | J. Hyland | 0.50 | Revised tax analysis. |
| 7/6/2011 | T. Morilla | 1.90 | Reviewed tax analysis prepared by the Debtors. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 7/8/2011 | D. Rothberg | 0.90 | Reviewed preliminary tax analysis. |
| 7/15/2011 | J. Hyland | 0.30 | Conducted call with K. Rowe re: NNI taxes. |
| 7/15/2011 | T. Morilla | 1.40 | Continued to review and analyze certain tax issues. |
| 7/22/2011 | T. Morilla | 1.50 | Continued to review certain tax issues. |
| 7/22/2011 | T. Morilla | 1.80 | Continued to review tax issues. |
| 7/22/2011 | J. Hyland | 2.70 | Reviewed tax analysis. |
| 7/27/2011 | J. Hyland | 0.20 | Conducted calls with K. Rowe re: U.S. taxes. |
| Subtotal | | 12.30 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 7/1/2011 | C. Kearns | 1.70 | Made updates to allocation methodology based on IP sale, participated in related call with counsel. |
| 7/1/2011 | J. Hyland | 2.30 | Reviewed results from IP auction. |
| 7/7/2011 | M. Lasinski | 0.30 | Participated in a portion of the UCC call related to IP. |
| 7/7/2011 | J. Hyland | 0.30 | Conducted call with S. Kuhn re: IP auction results. |
| 7/7/2011 | T. Morilla | 0.60 | Reviewed Jefferies IP sale summary presentation. |
| 7/11/2011 | M. Lasinski | 1.00 | Researched information on patent value allocation. |
| 7/13/2011 | T. Morilla | 1.00 | Reviewed and analyzed previous IP presentations. |
| 7/13/2011 | J. Hyland | 2.90 | Reviewed IP proceeds calculations. |
| 7/18/2011 | J. Schad | 1.40 | Analyzed patent portfolio allocation scenario. |
| 7/18/2011 | M. Lasinski | 1.80 | Researched information on patent value allocation. |
| 7/18/2011 | M. Lasinski | 2.70 | Researched information on patent allocation. |
| 7/19/2011 | M. Lasinski | 1.00 | Researched information on patent value allocation. |
| 7/19/2011 | J. Schad | 1.40 | Continued to analyze patent portfolio allocation scenario. |
| 7/19/2011 | J. Schad | 2.90 | Analyzed patent portfolio allocation scenario. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 7/20/2011 | J. Schad | 1.20 | Analyzed patent portfolio allocation scenario. |
| 7/25/2011 | M. Lasinski | 1.00 | Researched information on patent value allocation. |
| 7/27/2011 | M. Lasinski | 0.50 | Researched trademark value and potential transaction support firms. |
| 7/27/2011 | J. Hyland | 1.30 | Analyzed professional fee calculations for IP transactions. |
| 7/27/2011 | J. Hyland | 2.70 | Reviewed the IP TSA documentation. |
| 7/28/2011 | C. Kearns | 0.40 | Reviewed status of IP closing. |
| 7/28/2011 | M. Lasinski | 1.10 | Researched patent value allocation methodologies. |
| 7/29/2011 | C. Kearns | 0.30 | Reviewed IP flow of funds status. |
| 7/29/2011 | M. Lasinski | 1.20 | Researched potential value allocation methodologies for patent sale. |
| Subtotal |  | 31.00 |  |
| **Total Hours** |  | **904.40** |  |