**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 7/1/2011 through 7/31/2011**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Auto Rental/Taxi** | | | |
| 7/1/2011 | M. Lasinski | Cab home from patent auction. | $71.00 |
| 7/2/2011 | CAG Direct | Taxi during NY travel. | $671.68 |
| 7/6/2011 | T. Morilla | Taxi due to working late. | $7.50 |
| **Subtotal - Auto Rental/Taxi** | | | **$750.18** |
| **Meals** | | | |
| 7/1/2011 | T. Morilla | Meal on 6/30 due to working late. | $23.84 |
| 7/1/2011 | T. Morilla | Meal due to working late. | $19.00 |
| 7/1/2011 | M. Lasinski | Breakfast on return trip from NY for IP auction. | $9.82 |
| 7/2/2011 | T. Morilla | Meal due to working on the weekend. | $14.13 |
| 7/5/2011 | T. Morilla | Meal due to working late. | $12.51 |
| 7/6/2011 | T. Morilla | Meal due to working late. | $20.10 |
| 7/12/2011 | T. Morilla | Meal due to working late. | $26.02 |
| **Subtotal - Meals** | | | **$125.42** |
| **Telecom** | | | |
| 7/4/2011 | CAG Direct | Conference call for Nortel | $12.15 |
| 7/8/2011 | CAG Direct | Capstone telephone charges for Nortel. | $1,040.06 |
| 7/15/2011 | J. Hyland | Long distance calls to Toronto for Nortel. | $141.47 |

**Capstone Advisory Group, LLC**                                                                                                    **Page 1 of 2**
**Invoice for the 7/1/2011-7/31/2011 Fee Statement**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 7/22/2011 | J. Hyland | Long distance telephone calls to Toronto. | $4.90 |

**Subtotal - Telecom** — **$1,198.58**

**For the Period 7/1/2011 through 7/31/2011** — $2,074.18