# EXHIBIT A

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2011 through July 31, 2011

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| U.S. Proceedings/Matters | 1.3 | $1,267.50 |
| Case Administration | 5.8 | $4,430.50 |
| Fee and Employment Applications | 8.3 | $2,568.00 |
| Analysis of Canadian Law | 45.7 | $43,493.50 |
| Intercompany Analysis | 85.4 | $72,685.00 |
| Employee Matters | 1.5 | $1,462.50 |
| Canadian CCAA Proceedings/Matters | 30.8 | $26,033.00 |
| Asset Dispositions | 4.5 | $4,387.50 |
| Canadian Sec. 18.6 Proceedings/Matters | 7.6 | $5,302.00 |
| Litigation | 7.8 | $3,939.00 |
| **TOTAL** | 197.8 | $165,568.50 |

12236436.2

ASSET DISPOSITIONS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 05/07/2011 | review and consideration of patent sales auction results, motion record for approval of sale, and related information; | 3.5 | 3,412.50 | 10719124 |
| DeMarinis | Tony | 06/07/2011 | reading published reports regarding prospective Investment Canada review, email correspondence amongst team relating to same, and review of applicable issues; | 1.0 | 975.00 | 10719896 |

CASE ADMINISTRATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Hassoun | Zeina | 08/07/2011 | Review court docket (0.2); provide update to attorneys (0.1) | 0.3 | 64.50 | 10720592 |
| DeMarinis | Tony | 07/07/2011 | correspondence amongst Cleary and Torys teams regarding various case matters and activities; | 0.5 | 487.50 | 10722133 |
| DeMarinis | Tony | 11/07/2011 | call with Torys team to review current issues and activities; | 1.0 | 975.00 | 10725988 |
| Hassoun | Zeina | 15/07/2011 | Review of court docket and provide update to attorneys. | 0.5 | 107.50 | 10731725 |
| Bauer | Alison D. | 25/07/2011 | review court agenda | 0.1 | 70.00 | 10745435 |
| DeMarinis | Tony | 26/07/2011 | review accounts and time entries in connection with preparation of court approval application; | 1.5 | 1,462.50 | 10750569 |
| DeMarinis | Tony | 27/07/2011 | discussion and emails with Torys work group; | 0.3 | 292.50 | 10752144 |
| Ralph | Dianne | 28/07/2011 | Review of court docket; | 0.2 | 43.00 | 10754195 |
| Ralph | Dianne | 29/07/2011 | Review of court docket (0.2); forward update to attorneys (0.1) | 0.3 | 64.50 | 10755719 |
| Bomhof | Scott A. | 11/07/2011 | call with Torys team to review current issues and activities; | 1.1 | 863.50 | 10772105 |

CASE ADMINISTRATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 13/07/2011 | correspondence regarding production of mediation materials for proposed third session, and review and consideration of matters related to same; | 1.5 | 1,462.50 | 10729326 |

EMPLOYEE MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Hassoun | Zeina | 01/07/2011 | Office conference with T. Martin regarding finalization of Torys May 2011 fee application, preparation for filing and revisions to Supplemental Affidavit of W. Gray (0.3); finalize fee application (0.4); review and revise Supplemental Affidavit (0.5); forward same to W. Gray for review (0.1); update court calendar (0.1); update fee application chart (0.2) | 1.6 | 344.00 | 10711679 |
| Hassoun | Zeina | 05/07/2011 | Revisions to time breakdown | 0.4 | 86.00 | 10715846 |
| Martin | Timothy | 01/07/2011 | Review May fee application and provide to MNAT | 0.5 | 217.50 | 10720067 |
| Martin | Timothy | 05/07/2011 | Revised application exhibit reviewed and provided to MNAT | 0.1 | 43.50 | 10720776 |
| Martin | Timothy | 01/07/2011 | Drafting supplemental affidavit | 2.3 | 1,000.50 | 10722387 |
| Hassoun | Zeina | 11/07/2011 | Receipt and review of June 2011 time. | 1.4 | 301.00 | 10724421 |
| Hassoun | Zeina | 13/07/2011 | Review and revise June 2011 time entries | 0.8 | 172.00 | 10727123 |
| Hassoun | Zeina | 13/07/2011 | Draft Torys Fourth Monthly Fee Application | 0.5 | 107.50 | 10727450 |
| Bauer | Alison D. | 13/07/2011 | Intercompany task bond memo; | 0.3 | 210.00 | 10727799 |
| Hassoun | Zeina | 18/07/2011 | Office conference with T. Martin regarding June 2011 time and fee application preparation (0.1); prepare mark ups in PDF format (0.2); forward same to J. Wong for revisions (0.1); | 0.4 | 86.00 | 10732832 |

LITIGATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Sabet | Michael | 06/07/2011 | searching for commentary on 2010 amendment to Federal Rule of Civil Procedure 26; | 0.9 | 166.50 | 10715358 |
| Sabet | Michael | 06/07/2011 | researching Federal Rule of Civil Procedure 26(b)(4); | 0.8 | 148.00 | 10715440 |
| Sabet | Michael | 06/07/2011 | analyzing commentary on 2010 amendment to Federal Rule of Procedure 26 in light of Ontario Rules and case law on discovery; | 1.2 | 222.00 | 10716184 |
| Gray | Andrew | 06/07/2011 | researching legal issues and meeting regarding same (0.9); reviewing court materials (0.4); reviewing materials relating to sale process (0.2); | 1.5 | 997.50 | 10717917 |
| Flaherty | Patrick | 06/07/2011 | telephone call with Scott Bomhof re privacy issue (0.2); reviewing materials (0.1); telephone call with Scott Bomhof (0.1); conference call with Norton Rose OR & Cleary re privacy issue (0.5); | 0.9 | 706.50 | 10719106 |
| Gray | Andrew | 07/07/2011 | conference call regarding status of court proceedings and related litigation issues; | 1.3 | 864.50 | 10720052 |
| Gray | Andrew | 13/07/2011 | reviewing draft orders; | 0.2 | 133.00 | 10728155 |
| Gray | Andrew | 20/07/2011 | reviewing documents; | 0.6 | 399.00 | 10736183 |
| Gray | Andrew | 28/07/2011 | reviewing correspondence regarding mediation; | 0.1 | 66.50 | 10750919 |
| Bomhof | Scott A. | 06/07/2011 | telephone call with P. Flaherty re privacy issue (0.2); telephone call with P. Flaherty (0.1); | 0.3 | 235.50 | 10772104 |

ANALYSIS OF CANADIAN LAW

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 07/07/2011 | Research on treatment of interest on bonds/notes on prior cross-border restructuring proceedings; | 1.5 | 1,177.50 | 10721246 |
| DeMarinis | Tony | 07/07/2011 | consideration of legal issues relating to bondholder claims in Canadian proceedings, and correspondence with Cleary and Torys teams on same (2.7); review of claims materials in Canadian proceedings, analysis regarding valuation date, currency exchange and other issues relevant to same, and preparation for call with Cleary (3.0); | 5.7 | 5,557.50 | 10721348 |
| Bomhof | Scott A. | 11/07/2011 | Exchange emails with Cleary re: allocation issues and prepare summary of CCAAA issues with respect to same; | 1.3 | 1,020.50 | 10726351 |
| DeMarinis | Tony | 11/07/2011 | correspondence with Cleary and amongst Torys team regarding bondholder claims (0.4); review of legal analysis relating to same, and consideration of issues and alternatives (2.5); | 2.9 | 2,827.50 | 10726362 |
| DeMarinis | Tony | 12/07/2011 | analysis relating to overlapping claims and differential laws relating to same; | 3.0 | 2,925.00 | 10728121 |
| DeMarinis | Tony | 13/07/2011 | analysis regarding issues and alternatives relating to overlapping claims and differential jurisdictional laws; | 3.5 | 3,412.50 | 10728955 |
| Bomhof | Scott A. | 14/07/2011 | follow up on bondholder claims regarding treatment of cross-border claims in Abitibi and Calpine; | 0.6 | 471.00 | 10729196 |
| Bomhof | Scott A. | 13/07/2011 | reviewing e-mails and revised mediation orders regarding steps for mediation before Mr. Justice Winkler (.5); reviewing Abitibi and Calpine proceedings regarding treatment of cross-border claims (.5); | 1.0 | 785.00 | 10729668 |
| DeMarinis | Tony | 14/07/2011 | review and consideration of Canadian law and precedents regarding post-filing interest claims in insolvency proceedings; | 4.5 | 4,387.50 | 10731621 |
| DeMarinis | Tony | 15/07/2011 | review of claims issues, valuations, exchange rates and related matters; | 2.5 | 2,437.50 | 10732093 |
| DeMarinis | Tony | 18/07/2011 | analysis of precedents and legal issues relating to claims valuation; | 2.5 | 2,437.50 | 10740425 |
| Bomhof | Scott A. | 22/07/2011 | review letter from K. Lloyd re: mediation/claims determination issues; | 0.2 | 157.00 | 10745256 |
| Bomhof | Scott A. | 25/07/2011 | review exchange of correspondence between Cleary and Norton Rose re: mediation and EMEA claims hearing issues; | 0.3 | 235.50 | 10745941 |
| DeMarinis | Tony | 20/07/2011 | analysis of EMEA claims and related inter-company issues; | 2.2 | 2,145.00 | 10746161 |
| DeMarinis | Tony | 21/07/2011 | analysis of overlapping claims in the estates and treatment of same; | 2.8 | 2,730.00 | 10746850 |
| Bomhof | Scott A. | 26/07/2011 | telephone call with M. Fleming Delacrux re interstate issues; | 0.3 | 235.50 | 10749197 |
| DeMarinis | Tony | 22/07/2011 | consideration of issues regarding treatment of overlapping and duplicative claims; | 2.0 | 1,950.00 | 10749950 |
| Bomhof | Scott A. | 27/07/2011 | exchange emails with Cleary re mediation scheduling issues; | 0.2 | 157.00 | 10750845 |

ANALYSIS OF CANADIAN LAW

ANALYSIS OF CANADIAN LAW

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 28/07/2011 | review letter from Justice Winkler re mediation materials and timing; | 0.2 | 157.00 | 10751749 |
| DeMarinis | Tony | 29/07/2011 | consideration of issues relating to distribution process alternatives in Canadian proceedings (2.5); review of Canadian distribution precedents, and consideration of legal issues (3.2); | 5.7 | 5,557.50 | 10755089 |
| DeMarinis | Tony | 28/07/2011 | consideration of issues relating to distribution process alternatives in Canadian proceedings; | 2.8 | 2,730.00 | 10755887 |

INTERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 06/07/2011 | Work on intercompany issues relating to competing ownership rights in various intellectual property rights | 1.7 | 1,445.00 | 10717905 |
| Bomhof | Scott A. | 06/07/2011 | reviewing bond indentures and discussing allocation issues with J. Bromley; | 2.3 | 1,805.50 | 10717908 |
| Gray | William | 01/07/2011 | Review auction issues (.4); Review impact of auction pricing on intercompany claims (.4); Telephone conference with T. DeMarinis regarding the same (.5); | 1.3 | 1,105.00 | 10718377 |
| DeMarinis | Tony | 05/07/2011 | consideration of impact of patent sale results on inter-company allocation dispute and process; | 2.5 | 2,437.50 | 10718540 |
| Gray | William | 05/07/2011 | Review auction procedures (.4); Review status of objections to auction (.2); Look at issues regarding scribing value to various entities based on patent sale prices (.7); | 1.3 | 1,105.00 | 10718868 |
| DeMarinis | Tony | 06/07/2011 | telephone call with Cleary regarding overlapping claims (0.5); consideration of issues relating to same, and review of relevant materials (2.3); discussion with work group regarding same, and review of legal references (1.1); | 3.9 | 3,802.50 | 10719481 |
| Bomhof | Scott A. | 07/07/2011 | Teleconference with Cleary, Chillmark and John Rae to discuss allocation issues and issues arising from Patent Portfolio auction; | 1.9 | 1,491.50 | 10721691 |
| Bomhof | Scott A. | 08/07/2011 | Teleconference with Cleary to discuss noteholder claim issues and allocation issues and analysis of noteholder claims; | 1.3 | 1,020.50 | 10721783 |
| Bomhof | Scott A. | 07/07/2011 | Review Nortel Trust Indentures re: valuation issues and computation of interest; | 1.1 | 863.50 | 10721790 |
| DeMarinis | Tony | 07/07/2011 | review of overlapping claims and consideration of inter-company issues relating to same; | 1.6 | 1,560.00 | 10722356 |
| DeMarinis | Tony | 08/07/2011 | conference call with Cleary regarding bondholder claims matters (1.3), preparation for same, and follow-up analysis of issues (2.6); | 3.9 | 3,802.50 | 10723269 |
| Bauer | Alison D. | 11/07/2011 | conference call Bomhof, DeMarinis, Martin and Gray on auction results impact on allocation issues | 1.1 | 770.00 | 10723367 |
| De Cicco | Natasha | 07/07/2011 | conference call with Cleary re various matters; | 1.9 | 1,168.50 | 10723485 |
| De Cicco | Natasha | 08/07/2011 | email exchanges with Scott Bomhof re bonds; | 0.5 | 307.50 | 10724062 |
| De Cicco | Natasha | 11/07/2011 | reviewing Abitibi circular, plan and court documents re treatment of bonds; | 3.9 | 2,398.50 | 10724253 |
| De Cicco | Natasha | 11/07/2011 | email exchanges with Scott Bomhof re bonds; | 0.5 | 307.50 | 10724340 |
| DeMarinis | Tony | 11/07/2011 | forwarding of EMEA claims materials to Cleary and review of same; | 1.2 | 1,170.00 | 10725791 |
| Bauer | Alison D. | 12/07/2011 | Analyze memo on bondholder interest | 1.0 | 700.00 | 10726357 |
| De Cicco | Natasha | 12/07/2011 | reading Calpine settlement agreement and related court documents re treatment of bonds; | 5.5 | 3,382.50 | 10726510 |
| DeMarinis | Tony | 12/07/2011 | counsel correspondence regarding delivery of prior mediation briefs to Mr. Bennett, review and consideration of same, and emails amongst Torys and Cleary regarding same (1.3); review | 2.3 | 2,242.50 | 10727340 |

INTERCOMPANY ANALYSIS

INTERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 11/07/2011 | mediation direction orders and other materials in connection with same ( 1.0); Telephone conference with Tony DeMarinis, Scott Bomhoff, and Alison Bauer regarding bond holder debt issues, contrasting U.S. and Canadian law regarding rights (1.1); review impact of auction results on parties position in mediation (.7); | 1.8 | 1,530.00 | 10729186 |
| De Cicco | Natasha | 13/07/2011 | reviewing Calpine settlement agreement materials (3.5); office conference with Scott Bomhof re same (0.5); | 4.0 | 2,460.00 | 10729391 |
| Gray | William | 12/07/2011 | Review research memorandum and continue research regarding bond holder claims issues on entitlement interest for Canadian creditors. | 1.4 | 1,190.00 | 10729450 |
| DeMarinis | Tony | 14/07/2011 | review of mediation briefs and other materials in connection with proposed delivery of background materials to mediator (1.4); consideration of Canadian creditor submissions and arguments made in prior mediations (2.5); | 3.9 | 3,802.50 | 10731606 |
| DeMarinis | Tony | 15/07/2011 | review of data and effect of patent sale proceeds in relation to disputed inter-company methodologies; | 3.0 | 2,925.00 | 10732069 |
| DeMarinis | Tony | 18/07/2011 | conference call with U.S. Debtor team for planning and coordination (1.0); review information and materials relating to claims of EMEA and other estates (1.6); | 2.6 | 2,535.00 | 10740912 |
| De Cicco | Natasha | 19/07/2011 | conducting research re intercompany issues; | 3.5 | 2,152.50 | 10741117 |
| Bomhof | Scott A. | 21/07/2011 | reviewing correspondence from Goodmans regarding mediation issues; | 0.2 | 157.00 | 10741727 |
| DeMarinis | Tony | 19/07/2011 | review and analysis regarding mediation submissions and related legal issues; | 3.5 | 3,412.50 | 10743409 |
| Gray | William | 27/07/2011 | Work on intercompany claim issues relating to bond claims | 1.4 | 1,190.00 | 10749090 |
| DeMarinis | Tony | 22/07/2011 | review correspondence from Herbert Smith, and email exchanges regarding same (0.4); consideration of claims issues and process alternatives relating to same (1.0); review information regarding U.K. administration and claims (1.5); | 2.9 | 2,827.50 | 10749603 |
| Gray | William | 26/07/2011 | Work on intercompany claim issues relating to bond clams | 1.6 | 1,360.00 | 10749856 |
| DeMarinis | Tony | 25/07/2011 | correspondence amongst counsel to U.S. Debtors, Canadian Debtor and Monitor regarding claims matters, and follow-up correspondence with Cleary (0.4); consideration of claims process issues and alternatives, and review of claims materials (2.7); | 3.1 | 3,022.50 | 10750674 |
| DeMarinis | Tony | 27/07/2011 | correspondence with Cleary regarding mediator arrangements, and follow-up on same (0.4); review and consideration of materials to be provided to mediator from prior mediations (1.7); search of precedents regarding overlapping claims (1.5); | 3.6 | 3,510.00 | 10751020 |

INTERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 26/07/2011 | review of materials to be provided to mediator, and preparation for proposed call with Cleary (1.5); review of precedent treatment of overlapping claims (2.5); | 4.0 | 3,900.00 | 10751220 |
| Gray | William | 28/07/2011 | Research regarding bond obligations | 0.7 | 595.00 | 10754875 |
| DeMarinis | Tony | 28/07/2011 | review letter from mediator, and correspond with Cleary and Torys teams regarding same (0.4); consideration of production issues, and review of materials exchanged between parties at prior sessions (1.7); | 2.1 | 2,047.50 | 10755072 |
| DeMarinis | Tony | 29/07/2011 | correspondence with work groups; | 0.2 | 195.00 | 10755163 |
| Gray | William | 29/07/2011 | Research regarding bond obligations | 0.7 | 595.00 | 10755224 |
| Bomhof | Scott A. | 13/07/2011 | office conference with N. DeCicco re Calpine settlement agreement materials; | 0.5 | 392.50 | 10772106 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 05/07/2011 | reviewing issues related to Nortel rulings regarding mandatory mediation (.6); telephone call with Cleary to discuss patent sale process issues (.4); | 1.0 | 785.00 | 10716083 |
| De Cicco | Natasha | 06/07/2011 | reading Monitor's 71st report; | 0.5 | 307.50 | 10718029 |
| Bomhof | Scott A. | 06/07/2011 | reviewing CCAA materials for July 11 motion regarding approval of patent portfolio sale (1.0); telephone call with Cleary (J. Kim) and Ogilvy (J. Stam) regarding privacy law issues related to disclosure of employee information and reviewing law (1.1); | 2.1 | 1,648.50 | 10718548 |
| DeMarinis | Tony | 06/07/2011 | review of Monitor's 71st report served today and attached materials, and consideration of issues relating to July 11 hearing; | 1.4 | 1,365.00 | 10720004 |
| Bomhof | Scott A. | 07/07/2011 | Review CCAA materials for July 11 motion to approve sale of Patent Portfolio and review related Objections; | 1.2 | 942.00 | 10721552 |
| Bomhof | Scott A. | 08/07/2011 | Coordinate with Cleary and Fraser Milner regarding submissions for July 11 motion for CCAA approval of the Patent Portfolio sale agreement; | 0.5 | 392.50 | 10721591 |
| DeMarinis | Tony | 07/07/2011 | review of court materials served in Canadian proceedings; | 0.5 | 487.50 | 10722511 |
| DeMarinis | Tony | 08/07/2011 | review and consideration of claims administration in Canadian proceedings (1.8); review objection and related materials regarding July 11 hearing (0.4); | 2.2 | 2,145.00 | 10723493 |
| De Cicco | Natasha | 11/07/2011 | reviewing and summarizing proofs of claim filed by trustees on behalf of the bondholders in the CCAA proceedings; | 1.5 | 922.50 | 10723772 |
| De Cicco | Natasha | 12/07/2011 | reading orders and endorsements re approval of Rockstar asset purchase agreement; | 0.5 | 307.50 | 10725982 |
| DeMarinis | Tony | 11/07/2011 | correspondence and reviews in connection with today's court hearing on sales approval (0.8); review proposed escrow agreement and Canadian approval and vesting order, and precedents in prior sales (1.0); review settled orders and documents as served following the hearing (0.4); | 2.2 | 2,145.00 | 10726300 |
| Bomhof | Scott A. | 11/07/2011 | Prepare for and attend CCAA hearing re: Patent portfolio sale; | 4.9 | 3,846.50 | 10726536 |
| Bomhof | Scott A. | 12/07/2011 | Follow-up on Mediation Orders and appointment of R. Benson as advisor to Justice Winkler (0.3); review issued CCAA Orders re: Patent Portfolio sale (0.3); | 0.6 | 471.00 | 10726646 |
| Bomhof | Scott A. | 15/07/2011 | reviewing statement of claim regarding Nortel Networks Inc. at the suit of Beaver and discussing same with Norton Rose; | 0.6 | 471.00 | 10733171 |
| Bomhof | Scott A. | 19/07/2011 | finalizing letter to counsel for Ms. Beaver regarding lawsuit against NNI and reviewing U.S. claims bar order and CCAA recognition order regarding same; | 0.5 | 392.50 | 10735436 |
| Bomhof | Scott A. | 18/07/2011 | reviewing revised CCAA mediation order and | 1.5 | 1,177.50 | 10735744 |

CANADIAN CCAA PROCEEDINGS/MATTERS

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 20/07/2011 | discussing same with Goodmans (.4); reviewing NNI ats Beaver statement of claim and preparing letter to counsel for Ms. Beaver (1.1); follow up on letter to counsel for Z. Beaver; | 0.2 | 157.00 | 10738267 |
| Bomhof | Scott A. | 22/07/2011 | review CCAA materials re: environmental liability claims; | 0.4 | 314.00 | 10745367 |
| Bomhof | Scott A. | 25/07/2011 | review Notice of Constitutional Question re: environmental liability motion and discuss same with Cleary; | 0.5 | 392.50 | 10745566 |
| DeMarinis | Tony | 20/07/2011 | consideration of EMEA claims and resolution process for same in the Canadian proceedings; | 1.4 | 1,365.00 | 10745820 |
| DeMarinis | Tony | 21/07/2011 | review of claims process materials in the Canadian proceedings; | 1.5 | 1,462.50 | 10747529 |
| Bomhof | Scott A. | 26/07/2011 | review federal CCAA paramountcy issues re environmental liability claims; | 0.4 | 314.00 | 10749167 |
| Bomhof | Scott A. | 27/07/2011 | review CCAA materials and discuss status of Canadian employee benefit packages with G. Rubenstein; | 1.9 | 1,491.50 | 10752124 |
| DeMarinis | Tony | 25/07/2011 | review notice of constitutional question as served, and correspondence with Cleary regarding same (0.5); update court documents files (0.7); review protocol and related documents (0.8); | 2.0 | 1,950.00 | 10752168 |
| DeMarinis | Tony | 28/07/2011 | review of court documents in Canadian proceedings; | 0.8 | 780.00 | 10755810 |

CANADIAN SEC.18.6 PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 15/07/2011 | correspondence regarding proposed recognition of U.S. patent sales order and consideration of same; | 0.8 | 780.00 | 10732303 |
| Bomhof | Scott A. | 15/07/2011 | exchange e-mails with J. Stam and Cleary regarding recognition of US Sales approval order regarding patent portfolio; | 0.5 | 392.50 | 10732315 |
| De Cicco | Natasha | 18/07/2011 | reviewing precedent sale recognition motion materials (0.8); reviewing file re same (0.3); preparing to draft and drafting motion record re recognition of US sale order approving Rockstar sale agreement under s. 18.6 of the CCAA (2.0); | 3.1 | 1,906.50 | 10733024 |
| Bomhof | Scott A. | 18/07/2011 | preparing motion record for recognition of U.S. sale order regarding patent portfolio; | 0.5 | 392.50 | 10735606 |
| Bomhof | Scott A. | 20/07/2011 | reviewing Cleary comments on 18.6 recognition materials (patent portfolio sale) and revise materials; | 0.5 | 392.50 | 10738494 |
| De Cicco | Natasha | 22/07/2011 | reviewing Norton Rose's comments on draft motion record re recognition of Rockstar US Sale Order (.5); revising and proof reading same (.4); circulating same to Liz Pillon (Stikeman and Marc Flynn (Blakes) (.1); | 1.0 | 615.00 | 10741236 |
| De Cicco | Natasha | 19/07/2011 | revising and proof reading drafting motion record re recognition of Rockstar US Sale Order; | 0.5 | 307.50 | 10741490 |
| De Cicco | Natasha | 20/07/2011 | circulating draft motion record re recognition of Rockstar US Sale Order to Cleary; | 0.2 | 123.00 | 10741793 |
| Bomhof | Scott A. | 29/07/2011 | review Rockstar's counsel's comments on recognition materials re patent portfolio sale order; | 0.5 | 392.50 | 10750805 |

U.S. PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 18/07/2011 | review of U.S. materials; | 1.3 | 1,267.50 | 10741362 |