# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

July 1, 2011 through July 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Research | Quicklaw / Westlaw | $66.80 |
| Duplicating/Printing | 1,645 pgs @ .10 per pg | $164.50 |
| Outside Reproduction | RICOH | - |
| Courier | | - |
| Taxi & Travel | | - |
| Meals | | - |
| Library Costs | | $10.37 |
| Process Server | | - |
| Word Processing | | - |
| Telephone | Long Distance | - |
| **Grand Total Expenses** | | $241.67 |

12236436.2

**Duplicating/Printing**

| Date | Amount | Type |
|---|---:|---|
| 06/07/2011 | 13.40 | Copies |
| 01/07/2011 | 0.20 | Laser Printing |
| 01/07/2011 | 0.40 | Laser Printing |
| 01/07/2011 | 1.00 | Laser Printing |
| 01/07/2011 | 1.40 | Laser Printing |
| 01/07/2011 | 0.40 | Laser Printing |
| 01/07/2011 | 1.00 | Laser Printing |
| 01/07/2011 | 0.50 | Laser Printing |
| 06/07/2011 | 2.00 | Laser Printing |
| 06/07/2011 | 6.20 | Laser Printing |
| 06/07/2011 | 51.20 | Laser Printing |
| 07/07/2011 | 1.90 | Laser Printing |
| 11/07/2011 | 1.30 | Laser Printing |
| 11/07/2011 | 10.80 | Laser Printing |
| 11/07/2011 | 16.60 | Laser Printing |
| 12/07/2011 | 2.30 | Laser Printing |
| 13/07/2011 | 4.00 | Laser Printing |
| 14/07/2011 | 2.40 | Laser Printing |
| 14/07/2011 | 0.20 | Laser Printing |
| 14/07/2011 | 0.60 | Laser Printing |
| 14/07/2011 | 1.20 | Laser Printing |
| 14/07/2011 | 0.30 | Laser Printing |
| 14/07/2011 | 0.30 | Laser Printing |
| 14/07/2011 | 0.10 | Laser Printing |
| 14/07/2011 | 0.10 | Laser Printing |
| 14/07/2011 | 0.70 | Laser Printing |
| 14/07/2011 | 0.10 | Laser Printing |
| 14/07/2011 | 0.20 | Laser Printing |
| 14/07/2011 | 0.30 | Laser Printing |
| 14/07/2011 | 0.10 | Laser Printing |
| 14/07/2011 | 0.10 | Laser Printing |
| 14/07/2011 | 0.20 | Laser Printing |
| 15/07/2011 | 0.40 | Laser Printing |
| 15/07/2011 | 1.10 | Laser Printing |
| 18/07/2011 | 4.60 | Laser Printing |
| 18/07/2011 | 2.20 | Laser Printing |
| 19/07/2011 | 1.00 | Laser Printing |
| 19/07/2011 | 5.40 | Laser Printing |
| 19/07/2011 | 1.30 | Laser Printing |
| 19/07/2011 | 0.10 | Laser Printing |
| 19/07/2011 | 0.10 | Laser Printing |
| 19/07/2011 | 0.10 | Laser Printing |
| 20/07/2011 | 7.20 | Laser Printing |
| 20/07/2011 | 0.20 | Laser Printing |
| 21/07/2011 | 0.40 | Laser Printing |
| 21/07/2011 | 6.00 | Laser Printing |
| 21/07/2011 | 1.70 | Laser Printing |
| 21/07/2011 | 0.40 | Laser Printing |
| 21/07/2011 | 0.40 | Laser Printing |
| 21/07/2011 | 1.40 | Laser Printing |
| 21/07/2011 | 0.10 | Laser Printing |
| 22/07/2011 | 1.80 | Laser Printing |
| 22/07/2011 | 0.30 | Laser Printing |
| 22/07/2011 | 3.80 | Laser Printing |

|            |      |                |
|------------|------|----------------|
| 22/07/2011 | 0.10 | Laser Printing |
| 22/07/2011 | 0.10 | Laser Printing |
| 28/07/2011 | 2.20 | Laser Printing |
| 28/07/2011 | 0.10 | Laser Printing |
| 29/07/2011 | 0.20 | Laser Printing |
| 29/07/2011 | 0.30 | Laser Printing |

$ 164.50

**Court Searches**

21/07/2011  $ 66.80  Computerized Court Searches - - VENDOR: PACER SERVICE CENTER

**On Line Research**

06/07/2011  3.11 On Line Research Charges - Quicklaw
06/07/2011  7.26 On Line Research Charges -WestlaweCarswell Incl. PACER SERVICE CENTER

$ 10.37

**GRAND TOTAL:**    $ 241.67