**Exhibit A**

**Ernst & Young LLP**
200 Plaza Drive
Secaucus, NJ 07094

# ERNST & YOUNG

**INVOICE NUMBER: US0130457823**

**July 1, 2011**

| **PLEASE REMIT TO:** |
| --- |
| Ernst & Young LLP |
| P.O. Box 933514 |
| Atlanta, GA 31193-3514 |
| |
| **EIN: 34-6565596** |

**Nortel Networks, Inc.**
**ATTN: Accounts Payable / Jeff Wood**
**PO Box 280510**
**Nashville, TN 37228**

BU: **US017**    CLIENT NUMBER: **60009478**                    P.O. Reference No.: **4320085294**

Pursuant to the engagement letter dated March 1, 2011 and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, installment 5 of 8 for professional tax services performed including, but not limited to:

- Tax Compliance Reporting,
- Tax Controversy, and
- Tax Advisory.

                                                    **Total Due**                    **$660,000**

Please direct billing inquiries to Tammy Edwards at (919) 981-2955 or tammy.edwards@ey.com

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**Ξ∥ ERNST & YOUNG**

INVOICE NUMBER: US0130457823

July 1, 2011

**Nortel Networks, Inc.**
**ATTN: Accounts Payable / Jeff Wood**
**PO Box 280510**
**Nashville, TN 37228**

| PLEASE REMIT TO: |
| --- |
| Ernst & Young LLP |
| P.O. Box 933514 |
| Atlanta, GA 31193-3514 |
| |
| EIN: 34-6565596 |

BU: **US017**    CLIENT NUMBER: **60009478**                                    P.O. Reference No.: **4320085294**

*Total Due*                                                                                              $660,000

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**                                                                     **ACH Transfer:**
Wachovia Bank, N.A. Philadelphia, PA                                Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031201467; Swift code: PNBPUS33                        ABA#: 031000503
Account name: Ernst & Young U.S. LLP                             Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256                                                          A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

# ERNST & YOUNG

**Ernst & Young LLP**
200 Plaza Drive
Secaucus, NJ 07094

**INVOICE NUMBER: US0130466703**

**August 1, 2011**

**Nortel Networks, Inc.**
**ATTN: Accounts Payable**
**PO Box 280510**
**Nashville, TN 37228**

| PLEASE REMIT TO: |
|---|
| Ernst & Young LLP |
| P.O. Box 933514 |
| Atlanta, GA 31193-3514 |
| |
| **EIN: 34-6565596** |

BU: **US017**   CLIENT NUMBER: **60009478**

Pursuant to the engagement letter dated March 1, 2011 and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, installment 6 of 8 for professional tax services performed including, but not limited to:

- Tax Compliance Reporting,
- Tax Controversy, and
- Tax Advisory

*Total Due*      **$660,000**

Please direct billing inquiries to Tammy Edwards at (919) 981-2955 or tammy.edwards@ey.com

**PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE**
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ΞΙΙ ERNST & YOUNG**

INVOICE NUMBER: US0130466703

August 1, 2011

**Nortel Networks, Inc.**
**ATTN: Accounts Payable**
**PO Box 280510**
**Nashville, TN 37228**

| PLEASE REMIT TO: |
|---|
| Ernst & Young LLP |
| P.O. Box 933514 |
| Atlanta, GA 31193-3514 |
| |
| EIN: 34-6565596 |

BU: **US017**    CLIENT NUMBER: **60009478**

*Total Due*                                                                                                   $660,000

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031201467; Swift code: PNBPUS33
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031000503
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*