# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Nortel Networks Inc., et al.
2221 Lakeside Boulevard
Richardson, TX 75082
  **EIN:** 04–2486332                **Chapter:** 11

Allen & Overy LLP,
1221 Avenue of the Americas
New York, NY 10020

*Case No*.: 09–10138–KG

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

   A transcript of the proceeding held on 08/23/2011 was filed on 08/26/2011 . The following deadlines apply:

   The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 09/16/2011 .

   If a request for redaction is filed, the redacted transcript is due 09/26/2011 .

   If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 11/25/2011 unless extended by court order.

   To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

                                                Clerk of Court

Date: 8/26/11

(ntc)

United States Bankruptcy Court
District of Delaware

In re:                                                                  Case No. 09-10138-KG
Nortel Networks Inc., et al.                                            Chapter 11
Nanette Faison
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0311-1          User: GingerM            Page 1 of 2           Date Rcvd: Aug 26, 2011
                              Form ID: ntcBK           Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2011.
```
db         +Nortel Networks Inc., et al.,   2221 Lakeside Boulevard,   Richardson, TX 75082-4305
aty        +Alissa T. Gazze,   Morris Nichols Arsht & Tunnell, LLP,   1201 N. Market Street,
             Wilmington, DE 19801-1146
aty         Andrew R. Remming,   Morris, Nichols, Arsht & Tunnell,   1201 North Market Street,
             P.O. Box 1347,   Wilmington, DE  19899-1347
aty         Ann C. Cordo,   Morris Nichols Arsht & Tunnell LLP,   1201 N. Market Street,   P.O. Box 1347,
             Wilmington, DE  19899-1347
aty         Chad A. Fights,   Morris, Nichols, Arsht & Tunnell LLP,   1201 North Market Street,
             P.O. Box 1347,   Wilmington, DE  19899-1347
aty        +Derek C. Abbott,   Morris Nichols Arsht & Tunnell,   1201 N. Market Street,
             Wilmington, DE 19801-1146
aty        +Elihu Ezekiel Allinson, III,   Sullivan Hazeltine Allinson LLC,
             901 North Market Street, Siote 1300,   Suite 1300,   Wilmington, DE 19801-3079
aty        +Eric D. Schwartz,   Morris, Nichols, Arsht & Tunnell,   1201 N.Market Street,   P. O. Box 1347,
             Wilmington, DE 19899-1347
aty        +Inna Rozenberg,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Jacqueline Moessner,   Cleary Gottlieb Steen & Hamilton LLP,   1 Liberty Plaza,
             New York, NY 10006-1470
aty        +James Croft,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +James L. Bromley,   Cleary Gottlieb Steen & Hamilton,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Jennifer M. Westerfield,   Cleary Gottlieb Steen & Hamilton, LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Juliet A. Drake,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Kerrin T. Klein,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Lauren L. Peacock,   Cleary Gottlieb Steen & Hamilton LLP,   1 Liberty Plaza,
             New York, NY 10006-1470
aty         Mary Caloway,   Buchanan Ingersoll & Rooney PC,   1105 North Market Street,   Suite 1900,
             Wilmington, DE  19801-1228
aty        +Matthew Gurgel,   Cleary Gottlieb Steen & Hamilton LLP,   1 Liberty Plaza,
             New York, NY 10006-1470
aty         Mona A. Parikh,   Buchanan Ingersoll & Rooney PC,   1105 North Market Street,   Suite 1900,
             Wilmington, DE  19801-1228
aty        +Nancy G. Everett,   Winston & Strawn LLP,   35 W. Wacker Drive,   Chicago, IL 60601-1695
aty        +Neil P Forrest,   Cleary Gottlieb Steen & Hamiton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Nora K Abularach,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty         Peter James Duhig,   Buchanan Ingersoll & Rooney PC,   1105 North Market Street,   Suite 1900,
             Wilmington, DE  19801-1228
aty        +Raymond Howard Lemisch,   Benesch Friedlander Coplan & Aronoff, LL,   222 Delaware Avenue,
             Suite 801,   Wilmington, DE 19801-1611
aty        +Rene E. Thorne,   Jackson Lewis LLP,   650 Poydras Street,   Suite 1900,
             New Orleans, LA 70130-7209
aty        +Robin J. Baik,   Cleary Gottlieb Steen & Hamilton LLP,   One Liverty Plaza,
             New York, NY 10006-1470
aty        +Sarah R Stafford,   Benesch,Friedlander,Coplan & Aronoff LLP,   222 Delaware Avenue,,   Suite 801,
             Wilmington, DE 19801-1611
aty        +Scott D. McCoy,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
             New York, NY 10006-1470
aty        +Thomas F. Driscoll, III,   Morris, Nichols, Arsht & Tunnell LLP,   1201 North Market Street,
             Wilmington, DE 19801-1146
aty        +Tomislav A. Joksimovic,   Cleary Gottlieb Steen & Hamilton LLP,   1 Liberty Plaza,
             New York, NY 10006-1470
frep       +Allen & Overy LLP,,   1221 Avenue of the Americas,   New York, NY 10020-1005
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust        +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Aug 26 2011 18:12:50     Thomas Patrick Tinker,
             Office of the U.S. Trustee,   844 King Street Suite 2207,   Wilmington, DE 19801-3519
                                                                                             TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0311-1          User: GingerM              Page 2 of 2                Date Rcvd: Aug 26, 2011
                              Form ID: ntcBK             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2011**                              **Signature:**    */s/ Joseph Speetjens*