**CERTIFICATE OF SERVICE**

I, William F. Taylor, Jr. , Esquire, hereby certify that on August 29, 2011 2011, I caused a true and correct copy of the foregoing *Notice of Appearance* to be served upon the following parties by U.S. Mail, postage pre-paid.

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (#2936)

Derek C. Abbott
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Jacqueline Moessner
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, NY 10006

Nancy G. Everett
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601

Rene E. Thorne
Jackson Lewis LLP
650 Poydras Street, Suite 1900
New Orleans, LA 70130

Thomas Patrick Tinker
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

Rafael X. Zahralddin-Aravena
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, DE 19801

Elihu Ezekiel Allinson, III
Sullivan Hazeltine Allinson LLC
901 North Market Street, Suite 1300
Wilmington, DE 19801

Mary Caloway
Buchanan Ingersoll & Rooney PC
1105 North Market Street, Suite 1900
Wilmington, DE 19801-1228

Raymond Howard Lemisch
Benesch Friedlander Coplan & Aronoff, LL
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Gabriel R. MacConaill
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19801

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

Nortel Networks Inc., et al.
2221 Lakeside Boulevard
Richardson, TX 75082