# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date 5/2/2011   End Date 5/31/2011

**Enter Billing Rate/Hr:** 450.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 55.40 | $450.00 | $24,930.00 |
| 2 | Facility Document Inventory & Evacuation Review | 2.30 | $450.00 | $1,035.00 |
| 3 | Human Resources - Employee Related Projects | 15.80 | $450.00 | $7,110.00 |
| 4 | Fee Apps | 8.00 | $450.00 | $3,600.00 |
| 5 | Non-working travel | 26.00 | $225.00 | $5,850.00 |
| 6 | Claims Administration | 2.00 | $450.00 | $900.00 |
| 7 | Tax/Finance Matters and Budget Projects | 32.20 | $450.00 | $14,490.00 |
| 8 | Misc Debtor Issues and Communications | 3.00 | $450.00 | $1,350.00 |
| | **Hours/Billing Amount for Period:** | **144.70** | | **$59,265.00** |

# NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/2/2011 | Correspondence received, reviewed, and responded re Litigation data retention needs/meetings | Kathryn Schultea | 1 | 1.7 |
| 5/2/2011 | Correspondence received, reviewed, and responded re BI data retention needs/meetings | Kathryn Schultea | 1 | 0.4 |
| 5/2/2011 | Weekly Conference Call re BI project status | Kathryn Schultea | 1 | 0.5 |
| 5/3/2011 | Correspondence received, reviewed, and responded re data retention updates and reviews needed | Kathryn Schultea | 1 | 0.6 |
| 5/3/2011 | Review Atlantis 57 presentation update for data retention with conf call | Kathryn Schultea | 1 | 0.8 |
| 5/4/2011 | Correspondence received, responded re outsourcing for eData retention needs, with follow-up calls | Kathryn Schultea | 1 | 2.3 |
| 5/4/2011 | Correspondence received, reviewed, and responded re Litigation data retention needs/meetings | Kathryn Schultea | 1 | 0.5 |
| 5/5/2011 | Conference call re data retention requirements in HR | Kathryn Schultea | 1 | 1.0 |
| 5/5/2011 | Correspondence received, reviewed, and responded re Iron Mountain costs for projects in the works | Kathryn Schultea | 1 | 0.8 |
| 5/5/2011 | Correspondence received, reviewed, responded re Litigation summary for data retention and operations area | Kathryn Schultea | 1 | 3.5 |
| 5/6/2011 | Correspondence received, reviewed, and responded re Iron Mountain container review | Kathryn Schultea | 1 | 0.5 |
| 5/9/2011 | Correspondence received, reviewed, and responded re data extractions from various applications | Kathryn Schultea | 1 | 2.6 |
| 5/9/2011 | Weekly Conference Call re BI project status | Kathryn Schultea | 1 | 0.4 |
| 5/10/2011 | Review Atlantis 57 presentation update for data retention with conf call | Kathryn Schultea | 1 | 1.0 |
| 5/10/2011 | Correspondence received, reviewed, responded re data retention and extractions from various applications | Kathryn Schultea | 1 | 3.4 |
| 5/10/2011 | Correspondence received, reviewed, and responded re Iron Mountain costs for projects in the works | Kathryn Schultea | 1 | 0.6 |
| 5/11/2011 | Correspondence received, reviewed, and responded re Iron Mountain purchase orders and contracts | Kathryn Schultea | 1 | 0.8 |
| 5/12/2011 | Correspondence received, reviewed, and responded re updated Iron Mountain costs for projects in the works | Kathryn Schultea | 1 | 1.3 |
| 5/13/2011 | Correspondence received, reviewed, responded re data retention and extractions from various applications | Kathryn Schultea | 1 | 2.6 |
| 5/16/2011 | Weekly Conference Call re BI project status | Kathryn Schultea | 1 | 0.6 |
| 5/16/2011 | Correspondence received, reviewed re data retention in regards to litigation matters | Kathryn Schultea | 1 | 2.6 |
| 5/16/2011 | Review Iron Mountain material on flight for meeting at RTP | Kathryn Schultea | 1 | 2.0 |
| 5/17/2011 | On-site at RTP; container review at Iron Mountain and litigation summary document review | Kathryn Schultea | 1 | 6.0 |
| 5/18/2011 | Correspondence received, reviewed, responded re data retention and extractions from various applications | Kathryn Schultea | 1 | 1.8 |
| 5/23/2011 | Correspondence received, reviewed, responded re update on data retention projects and NY meeting | Kathryn Schultea | 1 | 3.0 |
| 5/26/2011 | Discussion AB re data retension and EY role | Richard Lydecker | 1 | 1.0 |
| 5/27/2011 | Correspondence received, reviewed, responded re upcoming planning sessions on data retention projects | Kathryn Schultea | 1 | 2.3 |
| 5/27/2011 | Internal meetings re outsourcing for DR and planning for upcoming meetings | Kathryn Schultea | 1 | 1.5 |
| 5/28/2011 | Correspondence received, reviewed, responded re IT deck for retention issues | Kathryn Schultea | 1 | 0.3 |
| 5/31/2011 | On-site at RTP re meetings on data retention projects | Kathryn Schultea | 1 | 7.0 |
| 5/31/2011 | Internal follow-up meeting on DR strategy after project meetings | Kathryn Schultea | 1 | 2.0 |
| | | | | |
| 5/4/2011 | Correspondence received, responded re site visit for facility evacuation | Kathryn Schultea | 2 | 0.5 |
| 5/18/2011 | Correspondence received, reviewed, responded re facility move out in Richardson | Kathryn Schultea | 2 | 1.8 |
| | | | | |
| 5/4/2011 | Correspondence received, responded re HR related project with Mercer | Kathryn Schultea | 3 | 0.8 |
| 5/6/2011 | Correspondence received, reviewed, and responded re outsourcing related to Tax | Kathryn Schultea | 3 | 1.5 |

## NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/16/2011 | Correspondence received, responded re HR related project with Mercer | Kathryn Schultea | 3 | 1.4 |
| 5/18/2011 | Review materials for meeting regarding data retention needs and employee retention matters | Kathryn Schultea | 3 | 0.6 |
| 5/18/2011 | Correspondence received, reviewed, responded re data retention and employee retention matters | Kathryn Schultea | 3 | 1.3 |
| 5/18/2011 | Review materials re attrition; work up status and history | Kathryn Schultea | 3 | 2.7 |
| 5/19/2011 | Correspondence received, reviewed, responded re update on employee related matters | Kathryn Schultea | 3 | 2.7 |
| 5/20/2011 | Correspondence received, reviewed, responded re update on employee related matters | Kathryn Schultea | 3 | 1.0 |
| 5/26/2011 | Correspondence received, reviewed, responded re update on employee related matters | Kathryn Schultea | 3 | 3.8 |
| 5/29/2011 | April Fee Application work | Kathryn Schultea | 4 | 5.0 |
| 5/30/2011 | Quarterly Fee Application work | Kathryn Schultea | 4 | 3.0 |
| 5/16/2011 | Non-working travel to Raleigh, for meetings at RTP | Kathryn Schultea | 5 | 3.5 |
| 5/17/2011 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 4.0 |
| 5/23/2011 | Non-working travel from Houston to New York | Kathryn Schultea | 5 | 6.5 |
| 5/25/2011 | Non-working travel from New York to Houston | Kathryn Schultea | 5 | 6.5 |
| 5/30/2011 | Non-working travel to Raleigh, for meetings at RTP | Kathryn Schultea | 5 | 5.5 |
| 5/3/2011 | Investigate obligations for specific vendor for claims | Kathryn Schultea | 6 | 1.0 |
| 5/25/2011 | Analysis of issues impacting distribution model | Richard Lydecker | 6 | 1.0 |
| 5/6/2011 | Correspondence received, reviewed, and responded re outsourcing of financial application | Kathryn Schultea | 7 | 0.5 |
| 5/6/2011 | Tax status discussions with EY and followup | Richard Lydecker | 7 | 1.0 |
| 5/11/2011 | Conference call re application conversion | Kathryn Schultea | 7 | 1.0 |
| 5/11/2011 | Correspondence received, reviewed, and responded re financial application changes | Kathryn Schultea | 7 | 0.8 |
| 5/12/2011 | Memo re sale of government services | Richard Lydecker | 7 | 1.3 |
| 5/13/2011 | Tax discussion includiing new models to reflect closure 2009 audit | Richard Lydecker | 7 | 1.0 |
| 5/17/2011 | In flight review of US Estate staffing materials | Kathryn Schultea | 7 | 1.5 |
| 5/19/2011 | Correspondence received, reviewed, responded re financial system conversion | Kathryn Schultea | 7 | 1.3 |
| 5/19/2011 | Meeting update with E&Y on project status re data retention and outsourcing | Kathryn Schultea | 7 | 2.5 |
| 5/20/2011 | Internal meetings re outsourcing for DR and financial application conversion | Kathryn Schultea | 7 | 2.3 |
| 5/20/2011 | Tax research update | Richard Lydecker | 7 | 1.0 |
| 5/24/2011 | On-site at Cleary NY re: budget review w/ J.Ray and Nortel | Kathryn Schultea | 7 | 8.0 |
| 5/24/2011 | Further discussion DA and AB of research | Richard Lydecker | 7 | 1.0 |
| 5/25/2011 | On-site at Cleary NY re: data retention, staffing projections, budget review w/ J.Ray and Nortel | Kathryn Schultea | 7 | 7.0 |
| 5/26/2011 | Foreign entities tax update | Richard Lydecker | 7 | 1.0 |
| 5/31/2011 | Review/analyze new models | Richard Lydecker | 7 | 1.0 |

## NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/2/2011 | Review litigation documents sent by Cleary | Kathryn Schultea | 8 | 1.5 |
| 5/6/2011 | Discussion potential court appearance re engagement letter | Richard Lydecker | 8 | 1.0 |
| 5/9/2011 | Engagement letter/court appearance | Richard Lydecker | 8 | 0.5 |