# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**May 1, 2011 through May 31, 2011**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 4,697.70 |
| Travel – Lodging | | 1,919.29 |
| Travel – Meals | | 663.38 |
| Travel – Transportation | | 1,017.82 |
| | | - |
| TOTAL | | $ 8,298.19 |
| | | |

# Nortel Expense Report

**PERIOD:** May 1, 2011 through May 31, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Professional |
|---|---|---|---|---|---|---|
| 5/16 - 5/17 | Travel Houston/Raleigh - Nortel Office | $ 1,379.90 | $ 249.11 | | $ 107.21 | Kathryn Schultea |
| 5/23 - 5/25 | Travel Houston/New York - Cleary Gottlieb | $ 1,573.90 | $ 1,171.96 | $ 284.49 | $ 429.46 | Kathryn Schultea |
| 5/30 - 6/1 | Travel Houston/Raleigh - Nortel Office | $ 1,743.90 | $ 498.22 | $ 378.89 | $ 481.15 | Kathryn Schultea |
| | | | | | | |
| | | | | | | |
| | | $ 4,697.70 | $ 1,919.29 | $ 663.38 | $ 1,017.82 | $    - |