# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

|  | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 6/1/2011 | 6/30/2011 |
| **Enter Billing Rate/Hr:** | 450.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 187.50 | $450.00 | $84,375.00 |
| 2 | Facility Document Inventory & Evacuation Review | 2.50 | $450.00 | $1,125.00 |
| 3 | Human Resources - Employee Related Projects | 49.80 | $450.00 | $22,410.00 |
| 4 | Fee Apps | 9.00 | $450.00 | $4,050.00 |
| 5 | Non-working travel | 98.80 | $225.00 | $22,230.00 |
| 6 | Claims Administration | 0.40 | $450.00 | $180.00 |
| 7 | Tax/Finance Matters and Budget Projects | 19.40 | $450.00 | $8,730.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| | **Hours/Billing Amount for Period:** | **367.40** | | **$143,100.00** |

# NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/1/2011 | On-site Nortel RTP 5/31 re: Data needs, retention, project scopes / requirements | Brandon Bangerter | 1 | 7.0 |
| 6/1/2011 | On-site Nortel RTP 6/1 re: SAP BW, BOXI, DARE, ATL 57, 60, 104 project specifics | Brandon Bangerter | 1 | 6.0 |
| 6/1/2011 | On-site Nortel RTP 5/31 re: Data needs, retention, project scopes / requirements | Raj Perubhatla | 1 | 7.0 |
| 6/1/2011 | On-site Nortel RTP 6/1 re: SAP BW, BOXI, DARE, ATL 57, 60, 104 project specifics | Raj Perubhatla | 1 | 6.0 |
| 6/1/2011 | Prep for onsite at RTP for meetings re data retention | Kathryn Schultea | 1 | 2.0 |
| 6/1/2011 | Onsite at RTP for meetings re data retention | Kathryn Schultea | 1 | 7.0 |
| 6/2/2011 | Conference call re: Quickbooks troubleshooting | Brandon Bangerter | 1 | 2.0 |
| 6/2/2011 | Project review for Atlantis 104, e-mail correspondence, discussion | Brandon Bangerter | 1 | 1.0 |
| 6/2/2011 | Conference call re: Quickbooks troubleshooting | Raj Perubhatla | 1 | 2.0 |
| 6/2/2011 | Project review for Atlantis 104, e-mail correspondence, discussion | Raj Perubhatla | 1 | 1.0 |
| 6/2/2011 | Correspondence received, reviewed, responded re BI data retention project and access efforts | Kathryn Schultea | 1 | 5.5 |
| 6/3/2011 | Project review for Atlantis 104, e-mail correspondence, discussion | Brandon Bangerter | 1 | 1.0 |
| 6/3/2011 | Project review for Atlantis 104, e-mail correspondence, discussion | Raj Perubhatla | 1 | 1.0 |
| 6/3/2011 | Correspondence received, reviewed, responded re BI data retention project and team positions | Kathryn Schultea | 1 | 1.5 |
| 6/6/2011 | Meeting at EY to review data retention | Richard Lydecker | 1 | 2.3 |
| 6/6/2011 | E&Y; Data Retention and Quickbooks; Conference Call and Discussion | Brandon Bangerter | 1 | 2.0 |
| 6/6/2011 | Conference call re: US Resco BI Update, data retention strategy discussions - RLKS | Brandon Bangerter | 1 | 1.0 |
| 6/6/2011 | E&Y; Data Retention and Quickbooks; Conference Call and Discussion | Raj Perubhatla | 1 | 2.0 |
| 6/6/2011 | Conference call re: US Resco BI Update, data retention strategy discussions - RLKS | Raj Perubhatla | 1 | 1.0 |
| 6/6/2011 | Conference call re: BI update for data retention strategy | Kathryn Schultea | 1 | 1.0 |
| 6/6/2011 | Correspondence received, reviewed, responded re BI data retention and real estate files | Kathryn Schultea | 1 | 3.5 |
| 6/8/2011 | Conference call re: US Resco Status, App / processes, IT, and Infrastructure / e-mail / documentation | Brandon Bangerter | 1 | 1.0 |
| 6/8/2011 | Conference call re: Atlantis 104 US Estate BI Data Retention | Brandon Bangerter | 1 | 0.5 |
| 6/8/2011 | Conference call re: US Resco Status, App / processes, IT, and Infrastructure / e-mail / documentation | Raj Perubhatla | 1 | 1.0 |
| 6/8/2011 | Conference call re: Atlantis 104 US Estate BI Data Retention | Raj Perubhatla | 1 | 0.5 |
| 6/9/2011 | Conference call re: BI SAP BW Overview presented by Neal / e-mail correspondence / discussion | Brandon Bangerter | 1 | 2.0 |
| 6/9/2011 | Conference call re: BI SAP BW Overview / e-mail correspondence / discussion | Raj Perubhatla | 1 | 2.0 |
| 6/10/2011 | Conference call re: BI APP Overview / BOXI / Contivity Client setup / config | Brandon Bangerter | 1 | 2.0 |
| 6/10/2011 | Conference call re: BI APP Overview / BOXI / Contivity Client setup / config | Raj Perubhatla | 1 | 2.0 |
| 6/10/2011 | Correspondence received, reviewed, responded re Atlantis project | Kathryn Schultea | 1 | 0.5 |
| 6/13/2011 | Nortel VPN Connectivity Testing; emails and discussions | Raj Perubhatla | 1 | 0.5 |
| 6/13/2011 | Correspondence received, reviewed, responded re Atlantis project | Kathryn Schultea | 1 | 2.5 |
| 6/15/2011 | Meetings in Raleigh (data retention) | Richard Lydecker | 1 | 2.0 |
| 6/15/2011 | E&Y onsite meeting @ RTP; DR discussion | Brandon Bangerter | 1 | 4.0 |
| 6/15/2011 | E&Y Tax DR meetings | Raj Perubhatla | 1 | 4.0 |
| 6/15/2011 | Correspondence received, reviewed, responded re Livelink (EY), QB, and NNI Business SMEs | Kathryn Schultea | 1 | 2.8 |
| 6/15/2011 | Document review for data retention status in prep for meetings | Kathryn Schultea | 1 | 2.5 |

# NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/16/2011 | NNI BI DR meetings, issues, discussions, email | Raj Perubhatla | 1 | 5.0 |
| 6/16/2011 | On-site Nortel RTP re: document and data retention follow-up meetings | Kathryn Schultea | 1 | 7.0 |
| 6/17/2011 | IT project discussions and review (BOXI Catalog, CALTRAX, connectivity, IXOS) | Raj Perubhatla | 1 | 5.5 |
| 6/17/2011 | Correspondence and follow-up re access issues and data sharing discussion | Kathryn Schultea | 1 | 2.8 |
| 6/18/2011 | SharePoint and Windows connectivity troubleshooting | Raj Perubhatla | 1 | 1.0 |
| 6/19/2011 | Correspondence re meetings for the 20th at RTP | Kathryn Schultea | 1 | 0.4 |
| 6/20/2011 | Conference call re: US Resco BI Update, data retention strategy discussions - RLKS | Brandon Bangerter | 1 | 1.0 |
| 6/20/2011 | Weekly US Resco BI Update meetings and review | Raj Perubhatla | 1 | 1.0 |
| 6/20/2011 | Conference call re: data retention | Kathryn Schultea | 1 | 1.0 |
| 6/20/2011 | Correspondence received, reviewed, responded re draft agreement (Cleary) and data retention efforts | Kathryn Schultea | 1 | 2.4 |
| 6/20/2011 | Conference calls re: data retention and meetings at RTP | Kathryn Schultea | 1 | 1.5 |
| 6/21/2011 | On-site Nortel RTP re: meetings on DR, servers, project scopes and requirements | Brandon Bangerter | 1 | 6.0 |
| 6/21/2011 | On-site Nortel RTP re: meetings on DR, servers, project scopes and requirements | Raj Perubhatla | 1 | 6.0 |
| 6/21/2011 | Correspondence received, reviewed, responded re data retention (real estate group, eData related) | Kathryn Schultea | 1 | 2.7 |
| 6/22/2011 | Conference calls re: Accuimage, BI, Atlantis-104, Sandbox creation | Brandon Bangerter | 1 | 3.5 |
| 6/22/2011 | Conference calls re: Accuimage, BI, Atlantis-104, Sandbox creation | Raj Perubhatla | 1 | 3.5 |
| 6/22/2011 | Emails, Livelink,SharePoint,BOXI Configuration | Raj Perubhatla | 1 | 1.0 |
| 6/23/2011 | Nortel configuration / connectivity, DR / hardware discussions | Brandon Bangerter | 1 | 1.5 |
| 6/23/2011 | BOXI Configuration | Raj Perubhatla | 1 | 4.0 |
| 6/24/2011 | Nortel connectivity, DR discussions, e-mail | Brandon Bangerter | 1 | 1.5 |
| 6/24/2011 | BOXI, Oracle Configuration, connectivity | Raj Perubhatla | 1 | 4.0 |
| 6/24/2011 | Correspondence received, reviewed, responded re data sharing/retention/extraction | Kathryn Schultea | 1 | 3.7 |
| 6/24/2011 | Review audit requirements re ATL-104 project | Kathryn Schultea | 1 | 0.4 |
| 6/27/2011 | Conference Call re: US Resco BI Update | Brandon Bangerter | 1 | 1.5 |
| 6/27/2011 | Weekly US Resco BI Update; Oracle Connectivity | Raj Perubhatla | 1 | 2.0 |
| 6/27/2011 | Conference call re: data retention/sharing efforts | Kathryn Schultea | 1 | 0.5 |
| 6/27/2011 | Correspondence received, reviewed, responded re hard copy document retention (operations group) | Kathryn Schultea | 1 | 1.5 |
| 6/27/2011 | Review weekly status on BI and data retention projects | Kathryn Schultea | 1 | 1.0 |
| 6/28/2011 | Conference Call re: Application handbook and NNI infrastructure | Brandon Bangerter | 1 | 2.0 |
| 6/28/2011 | Weekly Status Meeting (US Residual Co Project); Application Handbook and NNI Infrastructure; emails | Raj Perubhatla | 1 | 2.5 |
| 6/28/2011 | Review documents on data sharing and estate discovery work ATL60 project | Kathryn Schultea | 1 | 2.0 |
| 6/28/2011 | Transition discuss re EY and data retention projects | Kathryn Schultea | 1 | 1.0 |
| 6/29/2011 | Conference calls re: Appl. Handbook / NNI Infra., IXOS and Calltrax, ATL-104 | Brandon Bangerter | 1 | 3.5 |
| 6/29/2011 | Conference calls re: Appl. Handbook / NNI Infra., IXOS and Calltrax, ATL-104; emails | Raj Perubhatla | 1 | 4.0 |
| 6/30/2011 | Conference Call re: Sabrix DR / Application handbook document review | Brandon Bangerter | 1 | 3.0 |
| 6/30/2011 | Conference Call re: Sabrix DR / Application handbook document review | Raj Perubhatla | 1 | 4.0 |

# NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/17/2011 | Iron Mountain work for Richardson facility | Kathryn Schultea | 2 | 2.0 |
| 6/21/2011 | Conference call re: Richardson facility | Kathryn Schultea | 2 | 0.5 |
| | | | | |
| 6/3/2011 | Review employee retention files | Kathryn Schultea | 3 | 1.0 |
| 6/5/2011 | Review updated employee retention files and US estate staffing | Kathryn Schultea | 3 | 1.0 |
| 6/6/2011 | Follow discussion re status of Mercer project; correspondence review | Kathryn Schultea | 3 | 2.3 |
| 6/7/2011 | Correspondence received, reviewed, responded re employee related matters | Kathryn Schultea | 3 | 1.0 |
| 6/9/2011 | Correspondence received, reviewed, responded re employee related matters (J.Ray, Cleary) | Kathryn Schultea | 3 | 1.5 |
| 6/9/2011 | Conference call re: employee related matters (Cleary/Mercer) | Kathryn Schultea | 3 | 1.0 |
| 6/13/2011 | Conference call w/J.Ray and correspondence review re: employee related material | Kathryn Schultea | 3 | 1.5 |
| 6/13/2011 | Conference call w/Mercer | Kathryn Schultea | 3 | 1.0 |
| 6/14/2011 | Correspondence received, reviewed, responded re employee related matters (Mercer/Nortel) | Kathryn Schultea | 3 | 3.5 |
| 6/20/2011 | Materials review for employee related matters (Mercer/Cleary and Nortel on IT matters) | Kathryn Schultea | 3 | 2.0 |
| 6/21/2011 | Correspondence received, reviewed, responded re employee related matters | Kathryn Schultea | 3 | 1.4 |
| 6/21/2011 | Materials review for employee related matters (Mercer/Cleary and Nortel on IT matters) | Kathryn Schultea | 3 | 3.5 |
| 6/22/2011 | On-site at Cleary NY re: meetings with J.Ray and Cleary teams on retention, budget review, HR matters | Kathryn Schultea | 3 | 8.5 |
| 6/23/2011 | On-site at Cleary NY re: meetings with J.Ray and Cleary teams on retention, budget review, HR matters | Kathryn Schultea | 3 | 9.5 |
| 6/23/2011 | Material review for Nortel feedback | Kathryn Schultea | 3 | 2.5 |
| 6/24/2011 | Conference call re: 2012 employee related matters | Kathryn Schultea | 3 | 0.8 |
| 6/27/2011 | Conference call re: 2012 employee related matters | Kathryn Schultea | 3 | 1.0 |
| 6/27/2011 | Review historical SPD documents | Kathryn Schultea | 3 | 4.5 |
| 6/29/2011 | Conference call re: employee related project with Mercer | Kathryn Schultea | 3 | 0.8 |
| 6/30/2011 | Review document from Mercer and follow-up correspondence | Kathryn Schultea | 3 | 1.5 |
| | | | | |
| 6/29/2011 | Monthly Fee Application work | Kathryn Schultea | 4 | 5.0 |
| 6/30/2011 | June Fee App work | Raj Perubhatla | 4 | 4.0 |
| | | | | |
| 6/1/2011 | Non-working travel to Raleigh, for meetings at RTP | Brandon Bangerter | 5 | 5.5 |
| 6/1/2011 | Non-working travel from Raleigh to Houston | Brandon Bangerter | 5 | 5.5 |
| 6/1/2011 | Non-working travel to Raleigh, for meetings at RTP | Raj Perubhatla | 5 | 5.5 |
| 6/1/2011 | Non-working travel from Raleigh to Houston | Raj Perubhatla | 5 | 5.5 |
| 6/1/2011 | Non-working travel to Houston from Raleigh | Kathryn Schultea | 5 | 3.5 |
| 6/15/2011 | Travel to Raleigh | Richard Lydecker | 5 | 6.3 |
| 6/15/2011 | Non-working travel from Littlerock to Raleigh, for meetings at RTP | Brandon Bangerter | 5 | 8.5 |
| 6/15/2011 | Non-working travel from Raleigh to Littlerock, for meetings at RTP | Brandon Bangerter | 5 | 8.5 |
| 6/15/2011 | Non-working travel to Raleigh, for meetings at RTP | Raj Perubhatla | 5 | 5.5 |
| 6/15/2011 | Non-working travel to Raleigh, for meetings at RTP | Kathryn Schultea | 5 | 3.0 |

## NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 6/16/2011 | Travel to Houston | Richard Lydecker | 5 | 4.5 |
| 6/16/2011 | Non-working travel from Raleigh to Houston | Raj Perubhatla | 5 | 5.5 |
| 6/16/2011 | Non-working travel to Houston from Raleigh | Kathryn Schultea | 5 | 3.5 |
| 6/20/2011 | Non-working travel to Raleigh, for meetings at RTP | Brandon Bangerter | 5 | 5.5 |
| 6/20/2011 | Non-working travel to Raleigh, for meetings at RTP | Raj Perubhatla | 5 | 5.5 |
| 6/21/2011 | Non-working travel from Raleigh to Houston | Brandon Bangerter | 5 | 5.5 |
| 6/21/2011 | Non-working travel from Raleigh to Houston | Raj Perubhatla | 5 | 5.5 |
| 6/21/2011 | Non-working travel from Houston to New York | Kathryn Schultea | 5 | 3.0 |
| 6/23/2011 | Non-working travel from New York to Houston | Kathryn Schultea | 5 | 3.0 |
| 6/30/2011 | Review claims distribution timeline document | Kathryn Schultea | 6 | 0.4 |
| 6/6/2011 | Tax status call with EY | Richard Lydecker | 7 | 0.5 |
| 6/7/2011 | Question re IP sale capital gains or royalty | Richard Lydecker | 7 | 0.5 |
| 6/8/2011 | Review research memo re bankruptcy costs handling | Richard Lydecker | 7 | 1.3 |
| 6/9/2011 | Discussing outsourcing with EY | Richard Lydecker | 7 | 0.8 |
| 6/9/2011 | Review research memo re bankruptcy costs handling | Richard Lydecker | 7 | 1.0 |
| 6/10/2011 | Comments re costs memo | Richard Lydecker | 7 | 0.5 |
| 6/13/2011 | Review models/memo re tax issues | Richard Lydecker | 7 | 0.5 |
| 6/15/2011 | Meetings in Raleigh (models and research) | Richard Lydecker | 7 | 2.0 |
| 6/17/2011 | FBAR issues with J. Scott | Richard Lydecker | 7 | 1.5 |
| 6/17/2011 | E-mail T. Ross re FBAR engagement | Richard Lydecker | 7 | 0.5 |
| 6/20/2011 | FBAR engagement | Richard Lydecker | 7 | 1.8 |
| 6/21/2011 | FBAR engagement | Richard Lydecker | 7 | 1.6 |
| 6/24/2011 | EY tax status call | Richard Lydecker | 7 | 0.5 |
| 6/27/2011 | Tax projects update | Richard Lydecker | 7 | 0.8 |
| 6/28/2011 | Miscellaneous planning | Richard Lydecker | 7 | 0.2 |
| 6/29/2011 | Handling of professional fees research | Richard Lydecker | 7 | 1.3 |
| 6/29/2011 | Discussion EY/Cleary re revised models | Richard Lydecker | 7 | 2.0 |
| 6/30/2011 | Review international tax status etc | Richard Lydecker | 7 | 1.3 |
| 6/30/2011 | Discuss EY/Nortel billing with EY | Richard Lydecker | 7 | 0.8 |