# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**June 1, 2011 through June 30, 2011**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 12,833.10 |
| Travel – Lodging | | 3,650.88 |
| Travel – Meals | | 169.04 |
| Travel – Transportation | | 1,497.48 |
| | | - |
| TOTAL | | $ 18,150.50 |
| | | |

# Nortel Expense Report

**PERIOD:** June 1, 2011 through June 30, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Professional |
|---|---|---|---|---|---|---|
| 5/29 - 6/1 | Travel Houston/Raleigh - Nortel Office | $ 1,379.90 | $ 452.72 | $ 28.00 | $ 31.69 | Raj Perubhatla |
| 5/29 - 6/1 | Travel Houston/Raleigh - Nortel Office | $ 1,379.90 | $ 471.88 | | $ 13.00 | Brandon Bangerter |
| 6/15 - 6/16 | Travel Houston/Raleigh - Nortel Office | $ 1,501.90 | $ 283.24 | $ 43.00 | $ 437.80 | Kathryn Schultea |
| 6/15 - 6/16 | Travel Houston/Raleigh - Nortel Office | $ 1,610.00 | $ 281.11 | | $ 355.00 | Richard Lydecker |
| 6/15 - 6/16 | Travel Houston/Raleigh - Nortel Office | $ 1,458.90 | $ 187.69 | $ 17.18 | $ 34.00 | Raj Perubhatla |
| 6/15 - 6/16 | Travel Houston/Raleigh - Nortel Office | $ 648.80 | | $ 20.32 | $ 13.00 | Brandon Bangerter |
| 6/20 - 6/21 | Travel Houston/Raleigh - Nortel Office | $ 1,389.90 | $ 237.74 | $ 54.10 | $ 88.89 | Raj Perubhatla |
| 6/20 - 6/21 | Travel Houston/Raleigh - Nortel Office | $ 1,389.90 | $ 237.74 | | $ 24.00 | Brandon Bangerter |
| 6/21 - 6/23 | Travel Houston/New York - Cleary Gottlieb | $ 2,073.90 | $ 1,498.76 | $ 6.44 | $ 500.10 | Kathryn Schultea |
| | | $ 12,833.10 | $ 3,650.88 | $ 169.04 | $ 1,497.48 | $ - |