# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

|  | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 7/1/2011 | 7/31/2011 |
| **Enter Billing Rate/Hr:** | 450.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 238.10 | $450.00 | $107,145.00 |
| 2 | Facility Document Inventory & Evacuation Review | 1.50 | $450.00 | $675.00 |
| 3 | Human Resources - Employee Related Projects | 33.20 | $450.00 | $14,940.00 |
| 4 | Fee Apps | 9.00 | $450.00 | $4,050.00 |
| 5 | Non-working travel | 42.00 | $225.00 | $9,450.00 |
| 6 | Claims Administration | | | |
| 7 | Tax/Finance Matters and Budget Projects | 34.10 | $450.00 | $15,345.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| | **Hours/Billing Amount for Period:** | **357.90** | | **$151,605.00** |

**NORTEL TIME SHEET**

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/1/2011 | App handbook review | Raj Perubhatla | 1 | 1.0 |
| 7/1/2011 | Application handbook review, discussion, e-mails | Brandon Bangerter | 1 | 1.0 |
| 7/1/2011 | Correspondence received, reviewed, responded re IT server issues | Kathryn Schultea | 1 | 0.5 |
| 7/5/2011 | Conf call; BI Status update; US Resco weekly meetings | Raj Perubhatla | 1 | 3.0 |
| 7/5/2011 | Conference Calls re: US Resco BI Update / Weekly Status meeting, discussions, e-mails | Brandon Bangerter | 1 | 3.0 |
| 7/5/2011 | Material review for Resco and BI projects | Kathryn Schultea | 1 | 1.0 |
| 7/6/2011 | NNI App Handbook, US Estate BI Dr status update; NNI Infrastructure Process review calls | Raj Perubhatla | 1 | 3.0 |
| 7/6/2011 | Conference Calls re: NNI App Handbook, US Estate BI Dr status update; NNI Infrastructure Process | Brandon Bangerter | 1 | 3.0 |
| 7/6/2011 | Correspondence received, reviewed, responded re electronic hardware retention | Kathryn Schultea | 1 | 1.5 |
| 7/7/2011 | NNI Infrastructure Process Review Conf Call | Raj Perubhatla | 1 | 2.0 |
| 7/7/2011 | Conference Calls re: ATL-104 approval processes / Hardware procural process | Brandon Bangerter | 1 | 2.0 |
| 7/8/2011 | Emails for infrastructure build | Raj Perubhatla | 1 | 1.0 |
| 7/8/2011 | Correspondence received, reviewed, responded re IT server issues | Kathryn Schultea | 1 | 1.3 |
| 7/11/2011 | 2 Conf calls; SABRIX & STARS discussions;TAX Server procurement discussions; emails | Raj Perubhatla | 1 | 7.5 |
| 7/11/2011 | Conference Calls re: ATL-60 NNL Application Handbook / Infrastructure Process | Brandon Bangerter | 1 | 2.5 |
| 7/11/2011 | Correspondence received, reviewed, responded re IT server issues and application access | Kathryn Schultea | 1 | 2.1 |
| 7/12/2011 | 4 calls; emails; discussions | Raj Perubhatla | 1 | 4.0 |
| 7/12/2011 | Conference Calls re: US Resco BI update / Tax DB access and retention / e-mails / process discusssion | Brandon Bangerter | 1 | 4.0 |
| 7/12/2011 | Correspondence received, reviewed, responded re IT server issues and data retention | Kathryn Schultea | 1 | 0.5 |
| 7/13/2011 | 2 calls; emails; discussions for NNI Infrastructure; visio diagrams and software | Raj Perubhatla | 1 | 6.0 |
| 7/13/2011 | Calls re: ATL-104 US Estate BI DR / Review of Process flow / e-mails / access | Brandon Bangerter | 1 | 4.0 |
| 7/14/2011 | Sabrix,DR Infrastructure, TSS Opss Review,ATL 60 calls; NNI Infrastructure presentation; Appl Handbook followup; emails re same | Raj Perubhatla | 1 | 7.5 |
| 7/14/2011 | Calls re: Level set NNI / ATL-60 / DR Infrastructure request / App Handbook / TSS Ops review / RTP Inv. | Brandon Bangerter | 1 | 7.5 |
| 7/15/2011 | STARS call; NNI Infrastructure Presentation; SAP MDM; Windows Virtual Server Config; emails re same | Raj Perubhatla | 1 | 4.5 |
| 7/15/2011 | Conference call re: Stars DB and Brio reports to be converted to BOXI / End State infrastructure prep. | Brandon Bangerter | 1 | 3.0 |
| 7/17/2011 | NNI Infrastructure Presentation Preparation | Raj Perubhatla | 1 | 3.0 |
| 7/18/2011 | ATL60, US Resco BI update, NNI Infrastructure calls, and emails re same | Raj Perubhatla | 1 | 6.0 |
| 7/18/2011 | Calls re: App handbook / Endstate mtg with Gary / Resco BI Update / NNI Applications discussion | Brandon Bangerter | 1 | 6.0 |
| 7/18/2011 | Review correspondence re IT end state for US material; communications re same | Kathryn Schultea | 1 | 0.8 |
| 7/19/2011 | ATL60 Team update; NNI App walkthrough calls, and emails re same | Raj Perubhatla | 1 | 4.5 |
| 7/19/2011 | Calls re: ATL60 Team update; NNI App walkthrough calls, discussions, emails | Brandon Bangerter | 1 | 5.0 |
| 7/19/2011 | Correspondence received, reviewed, responded re IT server issues | Kathryn Schultea | 1 | 0.8 |
| 7/19/2011 | Review correspondence and retention project material | Kathryn Schultea | 1 | 2.5 |
| 7/20/2011 | On-site Nortel RTP 5/31 re: Data needs, retention, project scopes / requirements | Raj Perubhatla | 1 | 5.5 |
| 7/20/2011 | On-site Nortel RTP re: Data needs, retention, project scopes / requirements | Brandon Bangerter | 1 | 5.5 |
| 7/20/2011 | On-site Nortel RTP re: document and data retention follow-up meetings | Kathryn Schultea | 1 | 7.5 |
| 7/21/2011 | On-site Nortel RTP re: Data needs, retention, project scopes / requirements | Raj Perubhatla | 1 | 4.5 |
| 7/21/2011 | Oracle database creation on Linux/Windows Sandbox server | Raj Perubhatla | 1 | 3.0 |
| 7/21/2011 | On-site Nortel RTP re: Data needs, retention, project scopes / requirements | Brandon Bangerter | 1 | 4.5 |
| 7/21/2011 | On-site Nortel RTP re: document and data retention follow-up meetings | Kathryn Schultea | 1 | 4.5 |
| 7/22/2011 | Conference call re: Endstate application vision / virtualization;Linux server, Oracle; BOXI Univerese Catalog; emails; NNI Apps next step | Raj Perubhatla | 1 | 6.0 |
| 7/22/2011 | Conference call re: Endstate application vision / virtualization | Brandon Bangerter | 1 | 1.0 |
| 7/22/2011 | Correspondence received, reviewed, responded re former employee data files | Kathryn Schultea | 1 | 0.4 |
| 7/24/2011 | Linux Oracle Issues; emails | Raj Perubhatla | 1 | 3.0 |
| 7/25/2011 | Calls re: ATL-060 / NNI Applications next steps / US Resco BI Upd / BI Catalog / Livelink disc. / rights; Linux Oracle; IXOS File; STARRS issues; BRIO Access | Raj Perubhatla | 1 | 8.0 |
| 7/25/2011 | Calls re: ATL-060 / NNI Applications next steps / US Resco BI Upd / BI Catalog / Livelink disc. / rights | Brandon Bangerter | 1 | 6.0 |
| 7/25/2011 | Correspondence received, reviewed, responded re documents in warehouse and other retention items | Kathryn Schultea | 1 | 2.3 |
| 7/25/2011 | Correspondence received, reviewed, responded re various applications for retention | Kathryn Schultea | 1 | 1.6 |
| 7/26/2011 | Calls ATL-060, NNI IMDS, EMB, US Resco Status, BOXI GPS, ATL-104 Status; Oracle Linux, IXOS Files, BOXI Bi Catalog Universe Development, emails | Raj Perubhatla | 1 | 9.0 |
| 7/26/2011 | Calls re: ATL-060, NNI IMDS, EMB, US Resco Status, BOXI GPS, ATL-104 Status / IXOS Files, BOXI Bi Catalog Universe Development, emails | Brandon Bangerter | 1 | 8.0 |
| 7/26/2011 | Correspondence received, reviewed, responded re various applications for retention | Kathryn Schultea | 1 | 2.8 |
| 7/27/2011 | Calls re: US Resco Infrastructure, NPW IDs / Webi universe creation for IXOS and BI Catalog environment / discussions, emails | Raj Perubhatla | 1 | 9.0 |
| 7/27/2011 | Calls re: US Resco Infrastructure, NPW IDs / Webi universe creation for IXOS and BI Catalog environment / discussions, e-mails | Brandon Bangerter | 1 | 9.0 |

**NORTEL TIME SHEET**

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/28/2011 | Calls re: ATL-060 / Webi/Deski report creation / modification for IXOS file structure environment and BI Catalog; Oracle environment; emails | Raj Perubhatla | 1 | 11.0 |
| 7/28/2011 | Calls re: ATL-060 / Webi/Deski report creation / modification for IXOS file structure environment and BI Catalog | Brandon Bangerter | 1 | 8.0 |
| 7/29/2011 | Call re: NNI Applciation Matrix / Webi universe and reporting environment for IXOS final mods / discussions, e-mails; Rolling out IXOS Report; App Handbook emails; BI Catalog enhancement tables design and creation | Raj Perubhatla | 1 | 8.0 |
| 7/29/2011 | Call re: NNI Applciation Matrix / Webi universe and reporting environment for IXOS final mods / discussions, e-mails. | Brandon Bangerter | 1 | 5.0 |
| 7/19/2011 | Correspondence received, reviewed, responded re Iron Mountain work and boxes at Richardson | Kathryn Schultea | 2 | 1.5 |
| 7/1/2011 | Correspondence received, reviewed, responded re Mercer project documentation/findings | Kathryn Schultea | 3 | 2.0 |
| 7/5/2011 | Conference Call and Correspondence re: IT Retention | Kathryn Schultea | 3 | 2.5 |
| 7/5/2011 | Conference Call re: Mercer work | Kathryn Schultea | 3 | 0.5 |
| 7/6/2011 | Work on IT Retention numbers | Kathryn Schultea | 3 | 3.0 |
| 7/6/2011 | Conference Call re: IT Retention (J.Ray) | Kathryn Schultea | 3 | 0.5 |
| 7/6/2011 | Correspondence received, reviewed, responded re NSIP structure | Kathryn Schultea | 3 | 1.0 |
| 7/7/2011 | Correspondence received, reviewed, responded re employee related issues | Kathryn Schultea | 3 | 4.4 |
| 7/8/2011 | Correspondence received, reviewed, responded re employee related issues | Kathryn Schultea | 3 | 2.8 |
| 7/13/2011 | Correspondence received, reviewed, responded re employee related matters (Mercer/Cleary) | Kathryn Schultea | 3 | 1.5 |
| 7/14/2011 | Review correspondence Mercer project material; communications re same | Kathryn Schultea | 3 | 0.8 |
| 7/15/2011 | Review correspondence Mercer project material; communications re same | Kathryn Schultea | 3 | 0.3 |
| 7/19/2011 | Correspondence received, reviewed, responded re NSIP structure and employee letters | Kathryn Schultea | 3 | 2.5 |
| 7/22/2011 | Correspondence received, reviewed, responded re NNI 2H Goals | Kathryn Schultea | 3 | 2.5 |
| 7/22/2011 | Correspondence received, reviewed, responded re employee infrastructure matters | Kathryn Schultea | 3 | 1.5 |
| 7/26/2011 | Conference call on Motion for IT | Kathryn Schultea | 3 | 0.7 |
| 7/27/2011 | Correspondence received and responded; meetings set for employee related matters | Kathryn Schultea | 3 | 1.8 |
| 7/27/2011 | Review 2012 projections and rentention plans | Kathryn Schultea | 3 | 0.8 |
| 7/28/2011 | Conference call re 2012 Retention | Kathryn Schultea | 3 | 0.5 |
| 7/28/2011 | Discussion and work on 2011 AIP Milestones | Kathryn Schultea | 3 | 1.8 |
| 7/29/2011 | Correspondence received and responded; meetings set for employee related matters | Kathryn Schultea | 3 | 1.5 |
| 7/31/2011 | Correspondence received and responded re AIP Milestones | Kathryn Schultea | 3 | 0.3 |
| 7/31/2011 | July Fee App work | Raj Perubhatla | 4 | 4.0 |
| 7/31/2011 | June Fee App work | Kathryn Schultea | 4 | 5.0 |
| 7/19/2011 | Non-working travel to Raleigh, for meetings at RTP | Kathryn Schultea | 5 | 3.5 |
| 7/20/2011 | Non-working travel to Raleigh, for meetings at RTP | Raj Perubhatla | 5 | 5.5 |
| 7/20/2011 | Non-working travel to Raleigh, for meetings at RTP | Brandon Bangerter | 5 | 5.5 |
| 7/21/2011 | Non-working travel from Raleigh to Houston | Raj Perubhatla | 5 | 5.5 |
| 7/21/2011 | Non-working travel from Raleigh to Houston | Brandon Bangerter | 5 | 5.5 |
| 7/21/2011 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 5.5 |
| 7/31/2011 | Non-working travel to Raleigh, for meetings at RTP | Raj Perubhatla | 5 | 5.5 |
| 7/31/2011 | Non-working travel to Raleigh, for meetings at RTP | Brandon Bangerter | 5 | 5.5 |
| 7/1/2011 | Correspondence with TR and JR | Richard Lydecker | 7 | 1.1 |
| 7/1/2011 | Status re JR | Richard Lydecker | 7 | 0.5 |
| 7/1/2011 | Review Puerto Rico closing agreement | Richard Lydecker | 7 | 0.5 |
| 7/1/2011 | Correspondence received, reviewed, responded re 2H critical deliverables for Nortel | Kathryn Schultea | 7 | 1.5 |
| 7/4/2011 | Review tax models | Richard Lydecker | 7 | 1.0 |
| 7/5/2011 | Consider new assumptions for models | Richard Lydecker | 7 | 0.5 |
| 7/5/2011 | Discuss EY new models | Richard Lydecker | 7 | 1.0 |
| 7/6/2011 | Miscellaneous tax correspondence | Richard Lydecker | 7 | 0.5 |
| 7/7/2011 | Tax update with KS and review of activities | Richard Lydecker | 7 | 1.3 |
| 7/7/2011 | Meeting w/EY | Kathryn Schultea | 7 | 0.5 |
| 7/8/2011 | EY call on tax update | Richard Lydecker | 7 | 1.0 |

**NORTEL TIME SHEET**
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 7/8/2011 | Call with EY and Cleary re impact IP sale | Richard Lydecker | 7 | 0.8 |
| 7/8/2011 | E-mail EY re model assumptions | Richard Lydecker | 7 | 0.5 |
| 7/11/2011 | Update JR re impact on tax | Richard Lydecker | 7 | 0.5 |
| 7/11/2011 | Call with Mike Kennedy of Chilmark re assumptions | Richard Lydecker | 7 | 0.5 |
| 7/11/2011 | Review Chilmark work on claims | Richard Lydecker | 7 | 0.8 |
| 7/12/2011 | Tax calandar review with AB; billing | Richard Lydecker | 7 | 0.5 |
| 7/13/2011 | New Models | Richard Lydecker | 7 | 0.8 |
| 7/13/2011 | JS re new models--review and correct | Richard Lydecker | 7 | 1.0 |
| 7/13/2011 | Cash flow from models | Richard Lydecker | 7 | 2.0 |
| 7/14/2011 | Work on models and cash flow | Richard Lydecker | 7 | 1.5 |
| 7/15/2011 | EY call on models and cash flow | Richard Lydecker | 7 | 1.0 |
| 7/17/2011 | Update models and cash flow | Richard Lydecker | 7 | 2.0 |
| 7/18/2011 | Comments to Cleary and JR | Richard Lydecker | 7 | 1.0 |
| 7/18/2011 | Answer JR questions | Richard Lydecker | 7 | 1.0 |
| 7/18/2011 | Question/analyze assumptions | Richard Lydecker | 7 | 2.0 |
| 7/19/2011 | Questions and correspondence EY/Cleary new models | Richard Lydecker | 7 | 1.5 |
| 7/20/2011 | Reconcile Chilmark opening cash to models | Richard Lydecker | 7 | 1.5 |
| 7/21/2011 | AB re billing and modeling | Richard Lydecker | 7 | 0.3 |
| 7/21/2011 | FW research re guarantees | Richard Lydecker | 7 | 1.5 |
| 7/21/2011 | Summarize analysis for JR | Richard Lydecker | 7 | 1.0 |
| 7/25/2011 | Call with Cleary to review research | Richard Lydecker | 7 | 1.0 |
| 7/25/2011 | Review QB process flow document | Kathryn Schultea | 7 | 0.4 |
| 7/27/2011 | Model work | Richard Lydecker | 7 | 0.5 |
| 7/28/2011 | Cleary/Chilmark coordination | Richard Lydecker | 7 | 0.5 |
| 7/28/2011 | Calls withl JS re modeling | Richard Lydecker | 7 | 0.6 |