# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**July 1, 2011 through July 31, 2011**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline | $ 6,095.05 |
| Travel – Lodging | 1,035.37 |
| Travel – Meals | 175.27 |
| Travel – Transportation | 572.99 |
| Office Expenses | 408.96 |
| TOTAL | $ 8,287.64 |
| | |

# Nortel Expense Report

**PERIOD:** **July 1, 2011 through July 31, 2011**

| Date | Description | Air | Hotel | Meals | Transportation | Office Expenses | Professional |
|---|---|---|---|---|---|---|---|
| 07/19 - 07/21 | Travel Houston/Raleigh - Nortel Office | $ 1,521.90 | $ 458.69 | | $ 504.99 | | Kathryn Schultea |
| 07/20 - 07/21 | Travel Houston/Raleigh - Nortel Office | $ 1,596.90 | $ 318.48 | | $ 34.00 | | Brandon Bangerter |
| 07/20 - 07/21 | Travel Houston/Raleigh - Nortel Office | $ 1,419.90 | $ 258.20 | $ 175.27 | $ 34.00 | | Raj Perubhatla |
| 07/27 - 07/27 | Nortel Office Expense | | | | | $ 408.96 | Brandon Bangerter |
| 07/31 - 07/31 | Travel Houston/Raleigh - Nortel Office | $ 855.85 | | | | | Brandon Bangerter |
| 07/31 - 07/31 | Travel Houston/Raleigh - Nortel Office | $ 700.50 | | | | | Raj Perubhatla |
| | | | | | | | |
| | | $ 6,095.05 | $ 1,035.37 | $ 175.27 | $ 572.99 | $ 408.96 | |

1 of 1