IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| Nortel Networks Inc., et al.,[1] ) | Case No. 09-10138 (KG) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Re: Docket No. 289 |
| ) | |

**SEVENTH SUPPLEMENTAL DECLARATION OF FRED S. HODARA IN CONNECTION WITH THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS INC., ET AL. TO RETAIN AND EMPLOY AKIN GUMP STRAUSS HAUER & FELD LLP AS CO-COUNSEL, NUNC PRO TUNC TO JANUARY 22, 2009**

**FRED S. HODARA**, hereby declares:

1. I am an attorney at law admitted to practice in the State of New York and in the United States District Courts for the Southern and Eastern Districts of New York. I am a member of the firm of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), which firm maintains offices at One Bryant Park, New York, New York 10036.

2. I am familiar with the matters set forth herein and make this supplemental declaration (the "Supplemental Declaration") in connection with Akin Gump's role as counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. (the "Committee"). The purpose of this Supplemental Declaration is to fulfill Akin Gump's continuing obligation to update its disclosures as set forth in the Application (the "Application")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. (collectively, the "Debtors") to retain and employ Akin Gump, as co-counsel, nunc pro tunc to January 22, 2009 (Doc. No. 289), and to update my initial declaration, dated February 13, 2009, submitted in connection therewith, first supplemental declaration, dated March 20, 2009 (Docket No. 505), second supplemental declaration, dated May 6, 2009 (Docket No. 706), third supplemental declaration, dated July 10, 2009 (Docket No. 1063), fourth supplemental declaration, dated November 2, 2009 (Docket No. 1807), fifth supplemental declaration, dated February 16, 2010 (Docket No. 2424), and the sixth supplemental declaration, dated July 7, 2011 (Docket No. 5899) (collectively, the "Prior Declarations").

3. On January 22, 2009 (the "Committee Formation Date"), pursuant to section 1102 of title 11 of the United States Code (the "Bankruptcy Code"), the United States Trustee for the District of Delaware appointed the Committee. The Committee currently consists of three members: Pension Benefit Guaranty Corporation; Law Debenture Trust Company of New York, as indenture trustee; and The Bank of New York Mellon, as indenture trustee. On the Committee Formation Date, the Committee selected Akin Gump to serve as co-counsel to the Committee pursuant to section 1103(a) of the Bankruptcy Code.

4. In preparing this Supplemental Declaration, through my colleagues, I caused to be submitted to Akin Gump's computerized client and conflict database (the "Conflict Database")

additional entities not included in Schedule 1 to the Prior Declarations.[2] A copy of the list of the parties searched by Akin Gump in connection with preparation of this Supplemental Declaration is annexed hereto as Schedule 1 (collectively, the "Searched Parties"). The entities listed in Schedule 1 to this Supplemental Declaration came to the attention of Akin Gump in the course of its representation of the Committee.[3]

### Representation of Parties in Interest[4]

5.      Set forth in Schedule 2 annexed hereto is a listing of those parties and/or related parties from Schedule 1 (Searched Parties) of this Supplemental Declaration that Akin Gump either (i) currently represents (the "Current Clients") in matters wholly unrelated to the Debtors' chapter 11 cases or (ii) has in the past represented in matters wholly unrelated to the Debtors' chapter 11 cases. In connection with the services to be rendered to the Committee, Akin Gump will not commence a cause of action against any Current Client with respect to the Debtors' chapter 11 cases, unless Akin Gump receives a waiver from the Current Client allowing Akin Gump to commence such an action. In connection with these chapter 11 cases, to the extent any causes of action are commenced by or against any Current Client, and a waiver letter is not

---

[2] The Conflict Database maintained by Akin Gump is designed to include every matter on which the firm is now and has been engaged, by which entity the firm is now or has been engaged and, in each instance, the identity of related parties and adverse parties and certain of the attorneys in the firm that are knowledgeable about the matter. It is the policy of Akin Gump that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the computer Conflict Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties. Accordingly, Akin Gump maintains and systematically updates this system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records.

[3] For reasons of confidentiality related to the business of the Debtors, Akin Gump is not permitted at this time to disclose the identity of certain of the parties listed in Schedule 1. If and when Akin Gump is permitted to disclose such information, Akin Gump will file a supplemental declaration with the Court pursuant to Bankruptcy Rule 2014. Akin Gump will disclose such information in confidence to the Bankruptcy Court and the U.S. Trustee if requested to do so.

[4] Akin Gump does not act as general counsel to any of the parties in interest or related entities described herein.

3

obtained permitting Akin Gump to participate in such action, the Committee will use conflicts counsel to represent the interests of the Debtors' unsecured creditors.

6. Set forth in Schedule 3 annexed hereto is a listing of those parties and/or related parties from Schedule 1 (Searched Parties) of this Supplemental Declaration that are currently or have in the past been adverse to clients of Akin Gump in matters wholly unrelated to these chapter 11 cases.

7. Set forth in Schedule 4 of this Supplemental Declaration is a list of those parties and/or related parties from Schedule 1 (Searched Parties) of this Supplemental Declaration that appear in the Conflict Database as currently serving or having served on informal and/or official creditors' committees represented by Akin Gump during the period January 1, 2005 through the present.

## Other Connections and General Disclosures

8. Pursuant to Federal Rule of Bankruptcy Procedure 2014, Akin Gump reviews information relating to the parties involved in a bankruptcy case to determine whether any such party, together with its known related entities, were clients of Akin Gump and as a result made payments to Akin Gump for services rendered in calendar years prior to the date of review that in the aggregate for each such party exceeds 1% of Akin Gump's total revenues for such calendar year. In connection with this Supplemental Declaration, Akin Gump has reviewed such information for the years 2009, 2010 and 2011 (through June 30, 2011). Akin Gump's revenues for services rendered on behalf of the party identified on Schedule 1 as "Party A" exceed 1% of Akin Gump's annual revenues for 2011.

9. Akin Gump may have represented in the past and/or may currently or in the future represent entities (other than parties included in the attached exhibits) not currently known to

Akin Gump in matters wholly unrelated to the Debtors' chapter 11 cases who may be parties in interest in these cases. To the extent that Akin Gump discovers any such information or needs to update the information disclosed herein, Akin Gump will disclose such information to the Court, the Debtors and the U.S. Trustee by filing a supplemental declaration pursuant to Bankruptcy Rule 2014.

I hereby declare under penalty of perjury that, based upon the information available to me, the foregoing is true and correct.

Executed on August 29, 2011

_____
Fred S. Hodara

## SCHEDULE 1

## PARTIES SEARCHED IN THE CONFLICT DATABASE

### Other Parties in Interest[1]

Party A
Party B
Party C
Party D

---

[1] For reasons of confidentiality related to the business of the Debtors, Akin Gump is not permitted at this time to disclose the identity of the parties identified in this Schedule 1 as Parties "A" through "D". If and when Akin Gump is permitted to disclose such information, Akin Gump will file a supplemental declaration with the Bankruptcy Court pursuant to Bankruptcy Rule 2014. Akin Gump will disclose such information in confidence to the Bankruptcy Court and the U.S. Trustee if requested to do so.

## SCHEDULE 2
## PARTIES AND/OR RELATED PARTIES LISTED ON SCHEDULE 1 WHO ARE RECORDED IN THE CONFLICT DATABASE AS BEING CURRENT OR FORMER CLIENTS OF AKIN GUMP

**Other Parties in Interest**

Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Party A

Party B

Party C

Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:

Party D

## SCHEDULE 3

### PARTIES AND/OR RELATED PARTIES LISTED ON SCHEDULE 1 WHO ARE RECORDED IN THE CONFLICT DATABASE AS BEING CURRENTLY OR FORMERLY ADVERSE TO CLIENTS OF AKIN GUMP

Party B

Party C

## SCHEDULE 4

## PARTIES LISTED ON SCHEDULE 1
## WHO ARE RECORDED IN THE CONFLICT DATABASE AS SERVING OR HAVING SERVED ON OTHER INFORMAL AND/OR OFFICIAL CREDITORS' COMMITTEES REPRESENTED BY AKIN GUMP

Party A

Party C

Party D