# EXHIBIT C

## DISBURSEMENT SUMMARY
## JULY 1, 2011 THROUGH JULY 31, 2011

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $4,379.22 |
| Conference Call /Telephone/Video Conferencing | $8,618.82 |
| Courier Service/Postage | $29.36 |
| Duplicating (@ $0.10 per page) | $605.60 |
| Meals/Committee Meeting Expenses | $4,147.89 |
| Travel Expenses – Airfare | $1,351.76 |
| Travel Expenses – Ground Transportation | $2,497.52 |
| Travel Expenses – Incidentals | $2.49 |
| Travel Expenses – Train Fare | $3,994.50 |
| **TOTAL** | **$25,627.16** |