# EXHIBIT D

# AKIN GUMP
## STRAUSS HAUER & FELD LLP
Attorneys at Law

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1380633 |
| ATTN: JOHN DOLITTLE | Invoice Date 08/19/11 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/11 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 04/20/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 670807 DATE: 5/6/2011 Vendor: Executive Royal Voucher #: RVHAA361D8 Date: 04/20/2011 Name: Monica Duda\|\|Car Service, Vendor: Executive Royal Voucher #: RVHAA361D8 Date: 04/20/2011 Name: Monica Duda | $26.93 |
| 04/26/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Botter David H TICKET #:  DEPARTURE DATE: 05/18/2011 ROUTE: WIL/NYP | $-162.90 |
| 04/26/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 05/18/2011 ROUTE: WIL/NYP | $-162.90 |
| 04/28/11 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: MAY11-53062500000206 DATE: 5/27/2011 PASSENGER: HODARA FRED S TICKET #: 8647721663 DEPARTURE DATE: 05/02/2011 ROUTE: PHL YYZ | $1,351.76 |
| 05/05/11 | Travel - Ground Transportation  Cab ride home from working late.; NYC Taxi Cab | $13.91 |
| 06/06/11 | Travel - Train Fare  VENDOR: DINERS | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 06/06/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Botter David H TICKET #: 0547097793 DEPARTURE DATE: 06/06/2011 ROUTE: NYP/WIL/NYP | $84.00 |
| 06/06/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Botter David H TICKET #:  DEPARTURE DATE: 06/07/2011 ROUTE: NYP/WIL/NYP | $409.00 |
| 06/06/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Botter David H TICKET #:  DEPARTURE DATE: 06/06/2011 ROUTE: NYP/WIL/NYP | $37.00 |
| 06/06/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Cohen Julia TICKET #: 0547097796 DEPARTURE DATE: 06/06/2011 ROUTE: NYP/WIL/NYP | $84.00 |
| 06/06/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Cohen Julia TICKET #: DEPARTURE DATE: 06/07/2011 ROUTE: NYP/WIL/NYP | $409.00 |
| 06/06/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Cohen Julia TICKET #: DEPARTURE DATE: 06/06/2011 ROUTE: NYP/WIL/NYP | $37.00 |
| 06/06/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Hodara Fred S TICKET #: 0547097794 DEPARTURE DATE: 06/06/2011 ROUTE: NYP/WIL/NYP | $84.00 |
| 06/06/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 06/07/2011 ROUTE: NYP/WIL/NYP | $409.00 |
| 06/06/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 06/06/2011 ROUTE: NYP/WIL/NYP | $37.00 |
| 06/06/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Kahn Brad M TICKET #: 0547097795 DEPARTURE DATE: | |

| Date | Description | Amount |
|---|---|---|
| 06/06/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Kahn Brad M TICKET #: DEPARTURE DATE: 06/07/2011 ROUTE: NYP/WIL/NYP | $84.00 |
| 06/06/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Kahn Brad M TICKET #: DEPARTURE DATE: 06/06/2011 ROUTE: NYP/WIL/NYP | $409.00 |
| 06/07/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Hodara Fred S TICKET #: 3105031988 DEPARTURE DATE: 06/07/2011 ROUTE: WIL/NYP | $-190.80 |
| 06/07/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Botter David H TICKET #: 0547161711 DEPARTURE DATE: 06/07/2011 ROUTE: NYP/WIL/NYP | $37.00 |
| 06/07/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Botter David H TICKET #: 0547166769 DEPARTURE DATE: 06/07/2011 ROUTE: NYP/WIL/NYP | $37.00 |
| 06/07/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Botter David H TICKET #: 0547170552 DEPARTURE DATE: 06/07/2011 ROUTE: NYP/WIL/NYP | $37.00 |
| 06/07/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Cohen Julia TICKET #: 0547161712 DEPARTURE DATE: 06/07/2011 ROUTE: NYP/WIL/NYP | $37.00 |
| 06/07/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Cohen Julia TICKET #: 0547166770 DEPARTURE DATE: 06/07/2011 ROUTE: NYP/WIL/NYP | $37.00 |
| 06/07/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Cohen Julia TICKET #: 0547166774 DEPARTURE DATE: 06/07/2011 ROUTE: NYP/WIL/NYP | $37.00 |
| 06/07/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 06/07/11 | PASSENGER: Duda Monica Ter TICKET #: 0547164052 DEPARTURE DATE: 06/07/2011 ROUTE: WIL/NYP Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 | $197.00 |
| 06/07/11 | PASSENGER: Duda Monica Ter TICKET #: DEPARTURE DATE: 06/07/2011 ROUTE: WIL/NYP Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 | $-84.00 |
| 06/07/11 | PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 06/08/2011 ROUTE: WIL/NYP Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 | $37.00 |
| 06/07/11 | PASSENGER: Hodara Fred S TICKET #: 0547161709 DEPARTURE DATE: 06/07/2011 ROUTE: NYP/WIL/NYP Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 | $37.00 |
| 06/07/11 | PASSENGER: Hodara Fred S TICKET #: 0547166771 DEPARTURE DATE: 06/07/2011 ROUTE: WIL/NYP Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 | $37.00 |
| 06/07/11 | PASSENGER: Hodara Fred S TICKET #: 0547170550 DEPARTURE DATE: 06/07/2011 ROUTE: WIL/NYP Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 | $37.00 |
| 06/07/11 | PASSENGER: Kahn Brad M TICKET #: 0547161708 DEPARTURE DATE: 06/07/2011 ROUTE: NYP/WIL/NYP Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 | $37.00 |
| 06/07/11 | PASSENGER: Kahn Brad M TICKET #: 0547166768 DEPARTURE DATE: 06/07/2011 ROUTE: NYP/WIL/NYP Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 | $37.00 |
| 06/07/11 | PASSENGER: Kahn Brad M TICKET #: 0547170551 DEPARTURE DATE: 06/07/2011 ROUTE: NYP/WIL/NYP Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 | $37.00 |
| 06/07/11 | PASSENGER: Pees Robert H TICKET #: 0547164054 DEPARTURE DATE: 06/07/2011 ROUTE: WIL/NYP | |
| 06/07/11 | Travel - Train Fare VENDOR: DINERS | $197.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1380633

Page 5
August 19, 2011

| Date | Description | Amount |
|---|---|---|
| 06/07/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Pees Robert H TICKET #: DEPARTURE DATE: 06/07/2011 ROUTE: WIL/NYP | $37.00 |
| 06/07/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Sturm Joshua TICKET #: 0547164051 DEPARTURE DATE: 06/07/2011 ROUTE: WIL/NYP | $197.00 |
| 06/07/11 | Travel - Train Fare  Amtracks cancellation fee; Amtrack/ American Express Bill  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Sturm Joshua TICKET #: DEPARTURE DATE: 06/07/2011 ROUTE: WIL/NYP | $71.00 |
| 06/08/11 | Travel - Ground Transportation  Cab home; Medallion cab | $10.44 |
| 06/08/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Kahn Brad M TICKET #: 0547184398 DEPARTURE DATE: 06/08/2011 ROUTE: NYP/WIL/NYP | $37.00 |
| 06/09/11 | Meals (100%)  6/3/11   A Ellis - Akin team meeting working meal (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800140; DATE: 6/9/2011 | $46.27 |
| 06/09/11 | Meals (100%)  6/3/11   A Ellis - Akin team meeting working meal (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800140; DATE: 6/9/2011 | $37.02 |
| 06/09/11 | Meals (100%)  6/8/11   P Sanchez - Professionals call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800140; DATE: 6/9/2011 | $102.89 |
| 06/09/11 | Meals (100%)  6/9/11   P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800140; DATE: 6/9/2011 | $587.11 |
| 06/10/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Kahn Brad M TICKET #: 1416055165 DEPARTURE DATE: 06/10/2011 ROUTE: WIL/NYP | $-63.90 |
| 06/10/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 | $409.00 |

| Date | Description | Amount |
|---|---|---|
| | PASSENGER: Kahn Brad M TICKET #: DEPARTURE DATE: 06/08/2011 ROUTE: NYP/WIL/NYP | |
| 06/10/11 | Travel - Ground Transportation Train from station to Hotel in DE; Rabii Taxi Receipt | $10.00 |
| 06/13/11 | Travel - Ground Transportation Cab ride home from working late.; NYC Taxi Cab | $13.50 |
| 06/13/11 | Travel - Ground Transportation Taxi from Cleary to OBP; NYC Taxi Receipt | $16.08 |
| 06/14/11 | Travel - Ground Transportation Taxi from office; NYC Taxi Receipt | $10.37 |
| 06/16/11 | Meals (100%) 6/13/11 T Duval - Team meeting working meal (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800141; DATE: 6/16/2011 | $84.38 |
| 06/16/11 | Meals (100%) 6/14/11 B Kahn - Professionals call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800141; DATE: 6/16/2011 | $114.97 |
| 06/16/11 | Meals (100%) 6/15/11 B Kahn - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800141; DATE: 6/16/2011 | $191.18 |
| 06/16/11 | Meals (100%) 6/16/11 T Duval - Meeting with Debtors and UK Pension Regulator (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800141; DATE: 6/16/2011 | $160.05 |
| 06/17/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1122026 DATE: 7/6/2011 Vendor: Dial Car Voucher #: DLA3384204 Date: 06/17/2011 Name: Lisa Beckerman‖Car Service, Vendor: Dial Car Voucher #: DLA3384204 Date: 06/17/2011 Name: Lisa Beckerman | $67.99 |
| 06/17/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Beckerman Lisa TICKET #: 0547477591 DEPARTURE DATE: 06/17/2011 ROUTE: NYP/WIL/NYP | $37.00 |
| 06/20/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1122026 DATE: 7/6/2011 Vendor: Dial Car Voucher #: DLA3363793 Date: 06/20/2011 Name: Lisa Beckerman‖Car Service, Vendor: Dial Car Voucher #: DLA3363793 Date: 06/20/2011 Name: Lisa Beckerman | $65.95 |
| 06/20/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUN11- | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 06/21/11 | 53062500000206 DATE: 6/28/2011 PASSENGER: Sturm Joshua TICKET #: 0547522899 DEPARTURE DATE: 06/20/2011 ROUTE: NYP/WIL/NYP<br>Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1122026 DATE: 7/6/2011<br>Vendor: Dial Car Voucher #: DLA3434457 Date: 06/21/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3434457 Date: 06/21/2011 Name: Lisa Beckerman | $65.95 |
| 06/21/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Beckerman Lisa TICKET #:  DEPARTURE DATE: 06/17/2011 ROUTE: NYP/WIL/NYP | $377.00 |
| 06/21/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUN11-53062500000206 DATE: 6/28/2011 PASSENGER: Sturm Joshua TICKET #:  DEPARTURE DATE: 06/20/2011 ROUTE: NYP/WIL/NYP | $393.00 |
| 06/21/11 | Meals - Business  Lunch bought traveling to Delaware for case.; J. Sturm; Amtrak Receipt | $7.75 |
| 06/21/11 | Travel - Ground Transportation  Cab ride to Nortel hearing.; Carlos A. Colon Taxi Cab Receipt | $7.00 |
| 06/23/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1122267 DATE: 7/13/2011<br>Vendor: Dial Car Voucher #: DLA3427686 Date: 06/23/2011 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3427686 Date: 06/23/2011 Name: David Botter | $36.90 |
| 06/23/11 | Meals (100%)  6/22/11   B Kahn - Professionals call working meal (10 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800142; DATE: 6/23/2011 | $238.44 |
| 06/23/11 | Meals (100%)  6/23/11   P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800142; DATE: 6/23/2011 | $322.27 |
| 06/23/11 | Meals (100%)  6/23/11   T Duval - Team meeting working meal (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800142; DATE: 6/23/2011 | $75.94 |
| 06/23/11 | Meals - Business  Lunch with potential allocation expert; A. Qureshi, potential expert; Bryant Park Grill | $132.36 |
| 06/24/11 | Courier Service/Messenger Service- Off | $26.17 |

| Date | Description | Amount |
|---|---|---|
| | Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E261A DATE: 6/25/2011 TRACKING #: 1Z02E52EPG50801189; PICKUP DATE: 06/24/2011; SENDER: Millie Andino; RECEIVER: Unknown - David H. Botter; | |
| 06/24/11 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E271A DATE: 7/2/2011 TRACKING #: 1Z02E52EPG50801189; PICKUP DATE: 06/24/2011; SENDER: Millie Andino; RECEIVER: Unknown - David H. Botter; | $3.19 |
| 06/24/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1122267 DATE: 7/13/2011 Vendor: Dial Car Voucher #: DLA3366900 Date: 06/24/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3366900 Date: 06/24/2011 Name: Lisa Beckerman | $83.29 |
| 06/26/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1122267 DATE: 7/13/2011 Vendor: Dial Car Voucher #: DLA3415544 Date: 06/26/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3415544 Date: 06/26/2011 Name: Lisa Beckerman | $99.61 |
| 06/27/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1122267 DATE: 7/13/2011 Vendor: Dial Car Voucher #: DLA3291724 Date: 06/27/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3291724 Date: 06/27/2011 Name: Lisa Beckerman | $65.95 |
| 06/27/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1122267 DATE: 7/13/2011 Vendor: Dial Car Voucher #: DLA3397060 Date: 06/27/2011 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3397060 Date: 06/27/2011 Name: David Botter | $131.42 |
| 06/27/11 | Travel - Ground Transportation  Car to meeting; Medallion cab | $10.40 |
| 06/28/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 673275 DATE: 7/8/2011 Vendor: Executive Royal Voucher #: 330870 Date: 06/28/2011 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 330870 Date: 06/28/2011 Name: Fred Hodara | $28.03 |

| Date | Description | Amount |
|---|---|---|
| 06/28/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 673275 DATE: 7/8/2011 Vendor: Executive Royal Voucher #: 286799 Date: 06/28/2011 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: 286799 Date: 06/28/2011 Name: Stephen Kuhn | $116.73 |
| 06/28/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 673275 DATE: 7/8/2011 Vendor: Executive Royal Voucher #: 331925 Date: 06/28/2011 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: 331925 Date: 06/28/2011 Name: Stephen Kuhn | $121.17 |
| 06/28/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1122267 DATE: 7/13/2011 Vendor: Dial Car Voucher #: DLA3346733 Date: 06/28/2011 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3346733 Date: 06/28/2011 Name: David Botter | $126.99 |
| 06/28/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1122267 DATE: 7/13/2011 Vendor: Dial Car Voucher #: DLA3439251 Date: 06/28/2011 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3439251 Date: 06/28/2011 Name: David Botter | $121.72 |
| 06/28/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1122737 DATE: 7/20/2011 Vendor: Dial Car Voucher #: DLA3412608 Date: 06/28/2011 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3412608 Date: 06/28/2011 Name: David Botter | $121.72 |
| 06/28/11 | Travel - Ground Transportation Cab ride from Nortel auction home; NYC Yellow Cab | $18.30 |
| 06/28/11 | Travel - Ground Transportation Car to meeting; Medallion cab | $12.24 |
| 06/29/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 6/29/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $200.69 |
| 06/29/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 673275 DATE: 7/8/2011 Vendor: Executive Royal Voucher #: 871720 Date: 06/29/2011 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive | $116.73 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1380633

Page 10  
August 19, 2011

| Date | Description | Amount |
|---|---|---|
| 06/29/11 | Royal Voucher #: 871720 Date: 06/29/2011 Name: Stephen Kuhn Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1122737 DATE: 7/20/2011 Vendor: Dial Car Voucher #: DLA3416394 Date: 06/29/2011 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3416394 Date: 06/29/2011 Name: David Botter | $121.72 |
| 06/30/11 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 6/30/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $136.95 |
| 06/30/11 | Computerized Legal Research - Westlaw User: LANPHEAR,LESLIE Date: 6/30/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $4.96 |
| 06/30/11 | Computerized Legal Research - Lexis Service: PREMIUM NEWS SERVICE; Employee: LANPHEAR LESLIE; Charge Type: DOCUMENT PRINTING; Quantity: 2.0 | $22.50 |
| 06/30/11 | Computerized Legal Research - Lexis Service: PREMIUM NEWS SERVICE; Employee: LANPHEAR LESLIE; Charge Type: SEARCHES; Quantity: 1.0 | $179.10 |
| 06/30/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1122737 DATE: 7/20/2011 Vendor: Dial Car Voucher #: DLA3388280 Date: 06/30/2011 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3388280 Date: 06/30/2011 Name: David Botter | $127.82 |
| 06/30/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1122737 DATE: 7/20/2011 Vendor: Dial Car Voucher #: DLA3389417 Date: 06/30/2011 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3389417 Date: 06/30/2011 Name: David Botter | $126.99 |
| 06/30/11 | Travel - Ground Transportation Car to meeting; Medallion cab | $10.75 |
| 07/01/11 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 7/1/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $47.36 |
| 07/05/11 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 7/5/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $139.51 |
| 07/05/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 7/5/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $325.20 |
| 07/05/11 | Computerized Legal Research - Westlaw | $156.49 |

| Date | Description | Amount |
|---|---|---|
| 07/05/11 | User: WOODELL,SARAH Date: 7/5/2011 AcctNumber: 1000812018 ConnectTime: 0.0 Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: KAHN BRAD; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $11.25 |
| 07/05/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: KAHN BRAD; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0 | $22.50 |
| 07/05/11 | Audio and Web Conference Services VENDOR: TELCONF LLC/DERAVENTURES, INC; INVOICE#: 07001-54901-11; DATE: 7/5/2011 | $8,618.82 |
| 07/05/11 | Travel - Ground Transportation Taxi from office; NYC Taxi Receipt | $9.10 |
| 07/06/11 | Duplication - In House Photocopy - User # 990100, NY, 456 page(s) | $45.60 |
| 07/06/11 | Computerized Legal Research - Other Searches in Various Courts from 4/1/11 to 6/30/11 VENDOR: PACER SERVICE CENTER; INVOICE#: AG0054-Q22011; DATE: 7/6/2011 - Account ID AG0054 | $719.52 |
| 07/06/11 | Document Retrieval From Court Searches for 4/1/11-6/30/11 VENDOR: PACER SERVICE CENTER; INVOICE#: AG0381-Q22011; DATE: 7/6/2011 - Account ID AG0381 | $4.40 |
| 07/06/11 | Computerized Legal Research - Other VENDOR: PACER SERVICE CENTER; INVOICE#: AG1801-Q22011; DATE: 7/6/2011 - Account ID: AG1801; Usage From: 4/1/11 - 6/30/11 | $12.48 |
| 07/07/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATTHEW; Charge Type: SEARCHES; Quantity: 2.0 | $100.80 |
| 07/07/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 971450 DATE: 7/10/2011 Catering Akin Gump - Mendy's Kosher Restaurant - 07/07/2011 | $17.73 |
| 07/07/11 | Meals (100%) 7/5/11 B Kahn - Team meeting working meal (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800144; DATE: 7/7/2011 | $77.95 |
| 07/07/11 | Meals (100%) 7/6/11 P Sanchez - Professionals call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800144; DATE: 7/7/2011 | $97.44 |

| Date | Description | Amount |
|---|---|---|
| 07/07/11 | Meals (100%) 7/7/11 P Sanchez - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800144; DATE: 7/7/2011 | $206.32 |
| 07/07/11 | Meals (100%) 7/7/11 B Kahn - Meeting with UK Pension Regulator and Debtors (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800144; DATE: 7/7/2011 | $762.13 |
| 07/08/11 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 7/8/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $43.52 |
| 07/08/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 971450 DATE: 7/10/2011 Fagen Matthew - 1 A Canaan Sushi formerly Canaan Sushi) - 07/08/2011 | $19.96 |
| 07/11/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 673493 DATE: 7/15/2011 Vendor: Executive Royal Voucher #: 329696 Date: 07/11/2011 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 329696 Date: 07/11/2011 Name: Brad Kahn | $26.93 |
| 07/11/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 974193 DATE: 7/17/2011 Kahn Brad - Szechuan Gourmet - 07/11/2011 | $27.14 |
| 07/11/11 | Meals - Business Meal.; D. Botter; Nortel - Faber Stores | $3.99 |
| 07/11/11 | Travel - Train Fare Amtrak service fee re: train change.; Nortel - Amtrak | $16.00 |
| 07/11/11 | Travel - Incidentals - Out-of-Town Travel Travel incidental re: hearing in Wilmington, Delaware.; Nortel - Faber Store | $2.49 |
| 07/11/11 | Travel - Ground Transportation Cab ride home from working late; NYC Taxi Cab | $14.40 |
| 07/11/11 | Travel - Train Fare Fee difference for Amtrak return from Wilmington, DE; Amtrak Ticket | $16.00 |
| 07/11/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 673712 DATE: 7/22/2011 Vendor: Executive Royal Voucher #: 306443 Date: 07/11/2011 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: 306443 Date: 07/11/2011 Name: Stephen Kuhn | $119.59 |

| Date | Description | Amount |
|---|---|---|
| 07/11/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1123034 DATE: 7/27/2011 Vendor: Dial Car Voucher #: DLA3405740 Date: 07/11/2011 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3405740 Date: 07/11/2011 Name: David Botter | $131.42 |
| 07/11/11 | Travel - Ground Transportation  Cab ride to airport; NYC Taxi Cab | $43.03 |
| 07/12/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 7/12/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $43.52 |
| 07/13/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 7/13/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $28.16 |
| 07/13/11 | Computerized Legal Research - Westlaw User: RUBIN,JASON Date: 7/13/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $154.55 |
| 07/14/11 | Duplication - In House  Photocopy - Kahn, Brad, NY, 285 page(s) | $28.50 |
| 07/14/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN  LISA; Charge Type: DOCUMENT PRINTING; Quantity: 3.0 | $33.75 |
| 07/14/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN  LISA; Charge Type: SEARCHES; Quantity: 3.0 | $380.70 |
| 07/14/11 | Meals (100%)  7/13/11   P Sanchez - Professionals call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800145; DATE: 7/14/2011 | $170.93 |
| 07/14/11 | Meals (100%)  7/14/11   M Andino - Team meeting working meal (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800145; DATE: 7/14/2011 | $92.54 |
| 07/14/11 | Meals (100%)  7/14/11   B Kahn - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800145; DATE: 7/14/2011 | $77.95 |
| 07/18/11 | Duplication - In House  Photocopy - Brauner, Sara, NY, 910 page(s) | $91.00 |
| 07/18/11 | Computerized Legal Research - Westlaw User: RUBIN,JASON Date: 7/18/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $358.36 |
| 07/18/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1123743 DATE: 8/3/2011 | $63.51 |

| Date | Description | Amount |
|---|---|---|
| 07/21/11 | Vendor: Dial Car Voucher #: NSA3433738 Date: 07/18/2011 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: NSA3433738 Date: 07/18/2011 Name: David Botter Computerized Legal Research - Westlaw User: BRAUNER,SARA Date: 7/21/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $255.66 |
| 07/21/11 | Meals (100%)  7/20/11  S Brauner - Team meeting for calls with foreign law experts working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800146; DATE: 7/21/2011 | $391.41 |
| 07/21/11 | Meals (100%)  7/21/11  S Brauner VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800146; DATE: 7/21/2011 | $91.13 |
| 07/22/11 | Computerized Legal Research - Westlaw User: BRAUNER,SARA Date: 7/22/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $179.29 |
| 07/22/11 | Computerized Legal Research - Westlaw User: GABRY,LEORA Date: 7/22/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $284.84 |
| 07/25/11 | Duplication - In House  Photocopy - Gonzalez, Sabrina, NY, 2288 page(s) | $228.80 |
| 07/25/11 | Computerized Legal Research - Westlaw User: GABRY,LEORA Date: 7/25/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $116.34 |
| 07/25/11 | Computerized Legal Research - Westlaw User: RUBIN,JASON Date: 7/25/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $328.50 |
| 07/26/11 | Meals - Business  Working dinner; S. Brauner; Cosi | $10.64 |
| 07/27/11 | Duplication - In House  Photocopy - Millett, Patricia, DC, 1191 page(s) | $119.10 |
| 07/27/11 | Duplication - In House  Photocopy - Brauner, Sara, NY, 560 page(s) | $56.00 |
| 07/27/11 | Duplication - In House  Photocopy - Brauner, Sara, NY, 366 page(s) | $36.60 |
| 07/28/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 7/28/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $88.32 |
| 07/28/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1123743 DATE: 8/3/2011  Vendor: Dial Car Voucher #: DLA3278667 Date: 07/28/2011 Name: Austin Lilling‖Car Service, Vendor: Dial Car Voucher #: DLA3278667 Date: 07/28/2011 Name: Austin Lilling | $182.94 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1380633

Page 15  
August 19, 2011

| | | | |
|---|---|---|---|
| | Current Expenses | | $25,627.16 |

MATTER SUMMARY OF TIME BILLED BY TASK:

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 15.40 | $9,897.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 6.10 | $3,780.00 |
| 0006 | Retention of Professionals | 3.90 | $2,459.00 |
| 0007 | Creditors Committee Meetings | 117.90 | $75,754.50 |
| 0008 | Court Hearings | 14.20 | $10,975.00 |
| 0012 | General Claims Analysis/Claims Objections | 75.90 | $37,786.50 |
| 0013 | Analysis of Pre-Petition Transactions | 10.60 | $6,849.00 |
| 0014 | Canadian Proceedings/Matters | 0.80 | $504.00 |
| 0016 | Lift Stay Litigation | 4.30 | $2,225.50 |
| 0017 | General Adversary Proceedings | 0.30 | $297.00 |
| 0018 | Tax Issues | 29.50 | $17,405.00 |
| 0019 | Labor Issues/Employee Benefits | 56.40 | $36,385.50 |
| 0020 | Real Estate Issues/Leases | 10.00 | $5,794.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 3.90 | $2,482.00 |
| 0025 | Travel | 6.70 | $4,757.50 |
| 0028 | Non-Debtor Affiliates | 6.50 | $3,596.00 |
| 0029 | Intercompany Analysis | 308.60 | $196,768.50 |
| 0032 | Intellectual Property | 181.60 | $121,475.50 |
| | TOTAL | 852.60 | $539,191.50 |

**Total Amount of This Invoice** $564,818.66