# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## JULY 1, 2011 THROUGH JULY 31, 2011

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 12 years; Admitted in 1989; Financial Restructuring Department | $975 | 8.30 | $8,092.50 |
| David H. Botter | Partner for 10 years; Admitted in 1990; Financial Restructuring Department | $900 | 88.05 | $79,245.00 |
| Paul B. Hewitt | Partner for 28 years; Admitted in 1974; Litigation Department | $795 | 2.30 | $1,828.50 |
| Fred S. Hodara | Partner for 22 years; Admitted in 1982; Financial Restructuring Department | $990 | 54.10 | $53,559.00 |
| Karol A. Kepchar | Partner for 10 years; Admitted in 1992; Intellectual Property Department | $700 | 8.80 | $6,160.00 |
| Stephen B. Kuhn | Partner for 11 years; Admitted in 1991; Corporate Department | $790 | 60.00 | $47,400.00 |
| L. Rachael Lerman | Partner for 7 years; Admitted in 1995; Litigation Department | $620 | 1.80 | $1,116.00 |
| Abid Qureshi | Partner for 4 years; Admitted in 1995; Financial restructuring Department | $790 | 25.30 | $19,987.00 |
| Terry M. Schpok | Partner for 28 years; Admitted in 1977; Corporate Department | $700 | 1.70 | $1,190.00 |
| Sarah Link Schultz | Partner for 2 years; Admitted in 2001; Financial Restructuring Department | $700 | 36.40 | $25,480.00 |
| Bruce E. Simonetti | Partner for 7 years; Admitted in 1995; Tax Department | $795 | 2.50 | $1,987.50 |
| Austin S. Lilling | Senior Counsel for 1 year; Admitted in 2001; Tax Department | $610 | 5.80 | $3,538.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Kevin M. Rowe | Senior Counsel for 11 years; Admitted in 1985; Tax Department | $690 | 34.10 | $23,529.00 |
| David T. Blonder | Counsel for 3 years; Admitted in 2001; Antitrust & Unfair Competition Department | $560 | 3.90 | $2,184.00 |
| Tony D. Feuerstein | Counsel for 3 years; Admitted in 2003; Corporate Department | $610 | 45.60 | $27,816.00 |
| Amit Kurlekar | Counsel for 3 years; Admitted in 2002; Litigation Department | $560 | 1.50 | $840.00 |
| David C. Vondle | Counsel for 3 years; Admitted in 2003; Intellectual Property Department | $560 | 25.80 | $14,448.00 |
| Graeme D. Bell | International Law Advisor for 3 years; Admitted in 2003; Financial Restructuring Department | $600 | 23.60 | $14,160.00 |
| Sara L. Brauner | Associate for 1 year; Admitted in 2011; Financial Restructuring Department | $360 | 27.30 | $9,828.00 |
| Brad M. Kahn | Associate for 4 years; Admitted in 2008; Financial Restructuring Department | $510 | 166.70 | $85,017.00 |
| Nyron I. Persaud | Associate for 4 years; Admitted in 2008; Tax Department | $510 | 6.30 | $3,213.00 |
| Jason P. Rubin | Associate for 7 years; Admitted in 2005; Financial Restructuring Department | $560 | 74.10 | $41,496.00 |
| Joshua Y. Sturm | Associate for 5 years; Admitted in 2007; Financial Restructuring Department | $550 | 79.55 | $43,752.50 |
| Sarah J. Woodell | Associate for 1 year; Admitted in 2010; Financial Restructuring Department | $335 | 13.20 | $4,422.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Jennifer L. Woodson | Associate for 2 years; Admitted in 2010; Tax department | $400 | 9.80 | $3,920.00 |
| Matthew C. Fagen | Law Clerk; Second Year Law Student | $325 | 37.70 | $12,252.50 |
| Leora I. Gabry | Law Clerk; Second Year Law Student | $325 | 8.40 | $2,730.00 |

Total Amount of Fees:   $539,191.50
Total Number of Hours:  852.60
Blended Hourly Rate:    $632.41