**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
*In re*                                                                      :      Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                              :      Case No. 09-10138 (KG)
:
                                            Debtors.            :      Jointly Administered
:
---------------------------------------------------------X      Objections Due: September 19, 2011 at 4:00 p.m.
                                                                                  (ET)

**FIRST MONTHLY APPLICATION OF EUGENE F. COLLINS AS SPECIAL IRISH COUNSEL TO DEBTORS, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD JUNE 13, 2011 THROUGH JULY 31, 2011**

| | |
|---|---|
| Name of Applicant: | Eugene F. Collins |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | *nunc pro tunc* to June 13th 2011 |
| Period for which Compensation and reimbursement is sought: | June 13th, 2011 to July 31st, 2011 |
| Amount of compensation sought as actual, reasonable and necessary: | €18,757.00  ($26,981.94)[2] |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]  For the purposes of this application the exchange rate has been set at €1.00 to $1.4385 being the applicable exchange rate on 22nd August 2011 according to the Irish Times.

4467950.1

  Amount of reimbursement
sought as actual,
reasonable and necessary:  €34.82 ($50.09)


  This is an  x  interim   ___ final application


The total time expended for fee application preparation is approximately 9 hours and the corresponding compensation requested is approximately €1,170.00 ($1,683.05).[3]

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| N/A | | | |

---

[3] Allowance for compensation for such time is not requested in this application but will be sought in a subsequent fee application.

## COMPENSATION BY PROFESSIONAL

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

June 13th 2011 through July 31st 2011

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Doug Smith | Partner | €400.00<br>$575.40 | 39.15 | €15,660.00<br>$22,526.91 |
| Barry O'Neill | Partner | €450.00<br>$647.33 | 2.1 | €945.00<br>$1,359.38 |
| Jamie Enright | Solicitor | €90.00<br>$129.46 | 21.5 | €1,935.00<br>$2,783.50 |
| Laura Hannon | Solicitor | €70.00<br>$100.70 | 3.1 | €217.00<br>$312.15 |
| **Total** | | | 65.85 | €18,757.00<br>$26,981.94 |
| **GRAND TOTAL:**    €18,757.00 ($26,981.94) ||||||
| **BLENDED RATE:**    €284.84 ($409.74) ||||||

- 4 -

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 13th 2011 through July 31st 2011

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---|---|
| Litigation issues | 22.3 | €7,497 ($10,784.43) |
| Expert Issues | 19.15 | €7,710 ($11,090.84) |
| Administrative Tasks | 1.5 | €435 ($625.75) |
| Retention | 22.9 | €3,115 ($4,480.93) |
| **TOTAL** | 65.85 (65:51) | **€18,757.00 $26,981.94** |

- 5 -

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 13th 2011 through July 31st 2011

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Stationery | | €7.55 **($10.86)** |
| Courier/Delivery Service | Cyclone Couriers | €27.27 **($39.23)** |
| **Grand Total Expenses** | | **€34.82** **($50.09)** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*, [1] : Case No. 09-10138 (KG)
:
              Debtors. : Jointly Administered
:
---------------------------------------------------------X   Objections Due:  September 14, 2011 at 4:00 p.m.
  (ET)

**FIRST MONTHLY APPLICATION OF EUGENE F. COLLINS AS SPECIAL IRISH
COUNSEL TO DEBTORS, FOR ALLOWANCE OF INTERIM COMPENSATION AND
FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES
INCURRED FOR THE PERIOD JUNE 13, 2011 THROUGH JULY 31, 2011**

Eugene F. Collins, Special Irish Counsel for Nortel Networks, Inc and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), submits this application (the "Application") for interim allowance of compensation for professional services rendered by Eugene F. Collins to the Debtors for the period June 13, 2011 through July 31, 2011 (the "Application Period") and reimbursement of actual and necessary expenses incurred by Eugene F. Collins during the Application Period under sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

- 1 -

- 2 -

"Local Rules"), the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines") and the Order Under 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (D.I. 222) (the "Interim Compensation Procedures Order")[2]. In support of this Application, Eugene F. Collins represents as follows:

### JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

2. On January 14, 2009 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' jointly administered bankruptcy cases.

3. On January 26, 2009, the United States Trustee for the District of Delaware appointed the Official Committee of Unsecured Creditors.

---

[2] Terms used but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Procedures Order.

## EUGENE F. COLLINS' RETENTION

4. On August 8 2011, this Court entered the Order Pursuant to 11 U.S.C. Sections 327(a), 328(a) and 329, Fed. R. Bankr. P.2014 and 2016, and Del. Bankr. L.R. 2014-1 Authorizing Retention and Employment of Eugene F. Collins as Special Irish Counsel in connection with the EMEA claims *nunc pro tunc* to June 13 2011.

## FEE PROCEDURES ORDER

5. On February 4, 2009, the Court entered the Interim Compensation Procedures Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these cases.

6. In particular, the Interim Compensation Procedures Order provides that a Professional may file and serve a Monthly Fee Application with the Court after the first day of each calendar month. Provided that there are no objections to such Monthly Fee Application filed within twenty (20) days after the service of a Monthly Fee Application, the Professional may file a certificate of no objection with the Court, after which the Debtors are authorized to pay such Professional 80 percent of the fees and 100 percent of the expenses requested in such Monthly Fee Application. If a partial objection to the Monthly Fee Application is filed, then the Debtors are authorized to pay 80 percent of the fees and 100 percent of the expenses not subject to an objection.

## RELIEF REQUESTED

7. Eugene F. Collins submits this Application (a) for allowance of reasonable compensation for the actual, reasonable and necessary professional services that it has rendered as Special Irish Counsel for the Debtors in these cases for the period from June 13, 2011 through July

31, 2011, and (b) for reimbursement of actual, reasonable and necessary expenses incurred in representing the Debtors during that same period.

8. During the period covered by this Application, Eugene F. Collins incurred fees in the amount of €18,757.00 ($26,981.94). For the same period, Eugene F. Collins incurred actual, reasonable and necessary expenses totaling €34.82 ($50.09). With respect to these amounts, as of the date of this Application, Eugene F. Collins has received no payments.

9. Set forth on the foregoing "Compensation by Project Category" is a summary by subject matter categories of the time expended by timekeepers billing time to these cases.

10. During the Application Period, Eugene F. Collins engaged in a widespread information gathering exercise with in relation to the Irish claims issue. This involved a review of documentation in relation to the claim together with in depth research flowing from this review. Extensive consultation with Aidan Redmond SC was also necessary.

11. A detailed relationship check was undertaken while preparing the declaration of Doug Smith in support of the Application to retain Eugene F. Collins as Special Irish Counsel. An extensive list of individuals and entities associated in various ways with Nortel Networks Inc. was provided by Cleary Gottlieb Steen & Hamilton LLP.

12. Exhibit A attached hereto contains logs, sorted by case project category, which show the time recorded by professionals, paraprofessionals and other support staff and descriptions of the services provided.

13. Exhibit B attached hereto contains a breakdown of disbursements incurred by Eugene F. Collins during the Application Period.

14. Eugene F. Collins charges no more than the equivalent of $0.10 per page for photocopying.

15. Eugene F. Collins does not charge for outgoing domestic facsimiles or for incoming facsimiles.

16. In accordance with Local Rule 2016-2, Eugene F. Collins has reduced its request for compensation for non-working travel, if any, to 50% of its normal rate. However no travel time has been recorded.

17. Eugene F. Collins has endeavored to represent the Debtors in the most expeditious and economical manner possible. Tasks have been assigned to trainees and other support staff at Eugene F. Collins so that work has been performed by those most familiar with the particular matter or task and, where solicitor involvement was required, by the lowest hourly rate professional appropriate for a particular matter. Moreover, Eugene F. Collins has endeavored to coordinate with Cleary Gottlieb Steen & Hamilton LLP and the other professionals involved in these cases so as to minimize any duplication of effort and to minimize fees and expenses to the Debtors. We believe we have been successful in this regard.

18. No agreement or understanding exists between Eugene F. Collins and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

19. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his information, knowledge and belief that this Application complies with that Rule.

**WHEREFORE**, Eugene F. Collins respectfully requests that this Court: (a) allow Eugene F. Collins (i) interim compensation in the amount of €18,757.00 ($26,981.94) for actual, reasonable and necessary professional services rendered on behalf of the Debtors during the period June 13, 2011 Through July 31, 2011 and (ii) interim reimbursement in the amount of €34.82 ($50.09) for actual, reasonable and necessary expenses incurred during the same period; (b) authorize and direct the Debtors to pay to Eugene F. Collins the amount of €15,040.42 ($21,635.64) which is equal to the sum of 80% of Eugene F. Collins' allowed interim compensation and 100% of Eugene F. Collins' allowed expense reimbursement; and (c) grant such other and further relief as is just.

Dated: August 30th, 2011  
Dublin, Ireland

Eugene F. Collins Solicitors

_____  
Doug Smith  
Temple Chambers,  
3 Burlington Road,  
Dublin 4,  
Ireland  
Telephone: 353-1-202-6400  
Facsimile: 353-1-667-5200

*Special Irish Counsel for the Debtors*