# EXHIBIT A

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 13th 2011 through July 31st 2011

| Fee Earner | Project Category | Date | Hours | Total Fees |
|---|---|---|---|---|
| **1. Litigation Issues** | | | | |
| Doug Smith | • Irish Companies Registration Office searches; | 11th May 2011 | 1.0 | €400 |
| Doug Smith | • Considering provisions dealing with applicable law in the EU Insolvency Regulations; | 11th May 2011 | 0.9 | €360 |
| Laura Hannon | • Researching Irish and UK bankruptcy case law; | 30th May 2011 | 2.6 | €182 |
| Doug Smith | • Researching the area of constructive trusts; | 2nd June 2011 | 2.0 | €800 |
| Barry O'Neill | • Reviewing background documents in relation to Canadian Bankruptcy; | 17th June 2011 | 1.0 | €450 |
| Doug Smith | • Review of relevant case law prior to conference calls; | 24th June 2011 | 3.0 | €1,200 |
| Doug Smith | • Reading Proof of Claims submitted by Nortel Networks Ireland and UK in the Canadian Bankruptcy; | 24th June 2011 | 3.5 | €1,400 |
| Doug Smith | • Further review of claim in advance of a call; Conference call in relation to particular aspects of litigation issue; | 24th June 2011 | 2.5 | €1,000 |
| Doug Smith | • Conference call regarding knowing assistance issue; | 16th July 2011 | 1.2 | €480 |
| Doug Smith | • Research of further relevant UK and Irish case law | 16th July 2011 | 2.5 | €1,000 |
| Jamie Enright | • Internal review regarding constructive trust issue; | 21st July 2011 | 0.1 | €45 |
| Jamie Enright | • Internal review regarding Proof of Claims submitted by Nortel Networks Ireland and UK; | 21st July 2011 | 2.0 | €180 |
| | **Total** | | 22.3 | €7,497 ($10,784.43) |
| | | | | |
| | | | | |

4467950.1

| | 2. Expert issues | | | |
|---|---|---|---|---|
| Barry O'Neill | • Consulting with Senior Counsel in relation to Canadian Bankruptcy; | 17th June 2011 | 1.0 | €450 |
| Doug Smith | • Receiving draft of Senior Counsel's opinion and, reading same and discussing issues arising therefrom; | 29th June 2011 | 3.5 | €1,400 |
| Doug Smith | • Email correspondence to organize meeting in relation to opinion of Senior Counsel; | 30th June 2011 | 0.4 | €160 |
| Doug Smith | • Lengthy discussion with Senior Counsel in relation to Irish aspects of claim; | 30th June 2011 | 2.5 | €1,000 |
| Doug Smith | • Review of next draft of Senior Counsel's opinion; | 4th July 2011 | 2.0 | €800 |
| Doug Smith | • Reading and responding to comments from Cleary Gottlieb in relation to Senior Counsel's opinion; | 5th July 2011 | 3.0 | €1,200 |
| Doug Smith | • Further lengthy discussion with Senior Counsel and Cleary Gottlieb in relation to Irish aspects of claim; | 13th July 2011 | 1.5 | €600 |
| Doug Smith | • Further lengthy discussion with Senior Counsel and Cleary Gottlieb in relation to Irish aspects of claim; | 15th July 2011 | 1.75 | €700 |
| Doug Smith | • Further lengthy discussion with Senior Counsel and Cleary Gottlieb in relation to Irish aspects of claim; | 20th July 2011 | 2.0 | €800 |
| Doug Smith | • Liaising with Senior Counsel regarding finalization of his declaration; | 21st July 2011 | 1.5 | €600 |
| | **Total** | | 19.15 | €7,710 ($11,090.84) |

| | 3. Administrative Tasks | | | |
|---|---|---|---|---|
| Doug Smith | • Compiling the relevant statutes and case law; | 2nd June 2011 | 1.0 | €400 |
| Laura Hannon | • Preparing Booklet as brief for Senior Counsel; | 21st June 2011 | 0.5 | €35 |
| | **Total** | | 1.5 | €435 ($625.75) |

| | 4. Retention | | | |
|---|---|---|---|---|
| Doug Smith | • Reading and considering declaration to ground application to be retained ("Declaration"); | 20th July 2011 | 2.5 | €1,000 |
| Jamie Enright / | • Relationship check (Jamie Enright: 10.5 Hours, Doug Smith 0.4 Hours); | 20th July 2011 | 10.9 | €1,105 |

2

3

| | | | | |
|---|---|---|---|---|
| Doug Smith | | | | |
| Jamie Enright | • Internal review regarding Declaration, time spent amending Declaration following meeting; | 21st July 2011 | 4.5 | €405 |
| Doug Smith | • Reading and executing the Declaration; | 22nd July 2011 | 0.5 | €200 |
| Jamie Enright | • Reviewing and finalising Declaration, preparing and couriering Declaration. | 22nd July 2011 | 4.5 | €405 |
| | **Total** | | 22.9 | €3,115 |
| | | | | |
| | **TOTAL** | | 65.85 (65:51) | €18,757.00 ($26,981.94) |

3