# EXHIBIT B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

June 13th 2011 through July 31st 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Stationery/Photocopying | | €7.55 **($10.86)** |
| Courier/Delivery Service | Cyclone Couriers | €27.27 **($39.23)** |
| **Grand Total Expenses** | | **€34.82 ($50.09)** |

| Date | Type | Ref. No. | Amount | Remarks |
|---|---|---|---|---|
| 23rd June 2011 Group: Courier Supplier: n0000562 /Ref: 306254 Cyclone Couriers | PFO | 00306254 | €5.98 | Couriering deposition/opinion documents to counsel |
| 29th June 2011 Group: Courier Supplier: n0000562 /Ref: 306254 Cyclone Couriers | PFO | 00306295 | €15.67 | Couriering deposition/opinion documents to Cleary Gottlieb |
| 11th July 2011 Group: Stationery Recharged | OJN | 00088464 | €7.55 | Lever Arch folder and page dividers |
| 22nd July 2011 Group: Courier Supplier: n0000562 /Ref: 308112 Cyclone Couriers | PFO | 00308112 | €5.62 | Couriering Retention documents to Cleary Gottlieb |
| Total | | | €34.82 | |

4467950.1