# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Nortel Networks Inc. et al.,[1] ) | Case No. 09-10138 (KG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Hearing Date: Sept. 21, 2011 at 10:00 a.m. (ET)** |

## NOTICE OF TENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant: Akin Gump Strauss Hauer & Feld LLP

Authorized to Provide
Professional Services to: Official Committee of Unsecured Creditors

Date of Retention: March 5, 2009, *Nunc Pro Tunc* to January 22, 2009

Period for which compensation
and reimbursement is sought: May 1, 2011 through July 31, 2011[2]

Amount of Compensation sought as
actual, reasonable and necessary: $2,292,631.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: $87,025.80

This is (a)n: _X_ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's May, June and July 2011 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 7/7/11 Docket No. 5900 | 5/1/11 – 5/31/11 | $626,244.00 | $26,511.30 | $500,995.20 | $26,511.30 | $125,248.80 |
| Date Filed: 8/19/11 Docket No. 6182 | 6/1/11 – 6/30/11 | $1,127,196.00 | $34,887.34 | Pending Obj deadline $901,756.80 | Pending Obj deadline $34,887.34 | $225,439.20 |
| Date Filed: 8/29/11 Docket No. 6254 | 7/1/11 – 7/31/11 | $539,191.50 | $25,627.16 | Pending Obj deadline $431,353.20 | Pending Obj deadline $25,627.16 | $107,838.30 |
| TOTALS: | | $2,292,631.50 | $87,025.80 | $1,834,105.20[3] | $87,025.80[4] | $458,526.30 |

Summary of any Objections to Fee Applications: None.

Dated: August 30, 2011
       New York, New York

_____
Fred S. Hodara (pro hac vice)
David H. Botter (pro hac vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Counsel to the Official Committee of Unsecured
Creditors of Nortel Networks Inc., et al.

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.

2