## CERTIFICATE OF SERVICE

I, Christopher M. Samis, do hereby certify that on August 30, 2011, a copy of the foregoing **Tenth Interim Fee Application Request of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel for the Official Committee of Unsecured Creditors for the Period from May 1, 2011 through July 31, 2011** was served on the parties on the attached list and in the manner indicated thereon.

/s/ Christopher M. Samis
_____
Christopher M. Samis (No. 4909)

RLF1 5327993v. 1

## NORTEL NETWORKS INC.
## CASE NO. 09-10138 (KG)
### SERVICE LIST

### VIA HAND DELIVERY

*(United States Trustee)*
Thomas P. Tinker, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Debtors)*
Derek C. Abbott, Esq
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347

### VIA FIRST CLASS MAIL

*(Debtors)*
Allen K. Stout
Nortel Networks Inc
220 Athens Way, Suite 300
Nashville, TN 37228-1304

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of Unsecured Creditors)*
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036