## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc. et al.,[1] | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: September 19, 2011 at 4:00 p.m.** |
|  | ) |  |

## THIRTIETH MONTHLY APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2011 THROUGH JULY 31, 2011

| | |
|---|---|
| Name of Applicant: | Richards, Layton & Finger, P.A. |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 19, 2009, *nunc pro tunc* to January 26, 2009 |
| Period for which compensation and reimbursement are sought: | July 1, 2011 through July 31, 2011 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $15,598.80  (80% of $19,498.50) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $1,855.69 |

This is a(n):  _X_ monthly  _____ interim  _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

Prior Applications Filed: None

| Date Filed | Period Covered | Fees | Expenses |
|---|---|---|---|
| 3/31/09 | 1/26/09 - 2/28/09 | $33,806.50 | $9,013.45 |
| 4/27/09 | 3/1/09 - 3/31/09 | $9,557.50 | $2,370.03 |
| 5/28/09 | 4/1/09 - 4/30/09 | $5,003.00 | $579.58 |
| 6/30/09 | 5/1/09 - 5/31/09 | $5,940.50 | $1,746.88 |
| 7/31/09 | 6/1/09 - 6/30/09 | $11,247.50 | $1,479.03 |
| 8/28/09 | 7/1/09 - 7/31/09 | $7,799.50 | $1,883.69 |
| 9/30/09 | 8/1/09 - 8/31/09 | $5,632.00 | $579.60 |
| 10/29/09 | 9/1/09 - 9/30/09 | $10,652.50 | $1,651.38 |
| 11/30/09 | 10/1/09 - 10/31/09 | $7,559.00 | $1,899.58 |
| 12/31/09 | 11/1/09 - 11/30/09 | $5,920.00 | $1,424.32 |
| 1/27/10 | 12/1/09 - 12/31/09 | $7,969.50 | $2,546.64 |
| 2/23/10 | 1/1/10 - 1/31/10 | $7,779.50 | $2,896.33 |
| 3/26/10 | 2/1/10 - 2/28/10 | $9,673.50 | $2,025.44 |
| 4/28/10 | 3/1/10 - 3/31/10 | $15,121.50 | $4,944.86 |
| 5/26/10 | 4/1/10 - 4/30/10 | $3,958.50 | $928.23 |
| 6/24/10 | 5/1/10 - 5/31/10 | $4,552.00 | $656.31 |
| 7/29/10 | 6/1/10 - 6/30/10 | $7,002.00 | $610.59 |
| 8/25/10 | 7/1/10 - 7/31/10 | $7,160.50 | $708.00 |
| 9/30/10 | 8/1/10 - 8/31/10 | $8,999.50 | $743.10 |
| 10/22/10 | 9/1/10 - 9/30/10 | $11,743.00 | $914.94 |
| 11/19/10 | 10/1/10 - 10/31/10 | $9,773.00 | $880.56 |
| 12/23/10 | 11/1/10 - 11/30/10 | $10,174.50 | $1,285.36 |
| 1/27/11 | 12/1/10 - 12/31/10 | $9,435.00 | $2,467.63 |
| 2/25/11 | 1/1/11 - 1/31/11 | $9,257.50 | $1,577.91 |
| 3/18/11 | 2/1/11 - 2/28/11 | $7,777.00 | $991.55 |

RLF1 5324552v. 1

| 4/27/11 | 3/1/11 - 3/31/11 | $8,985.50 | $785.77 |
|---------|------------------|-----------|---------|
| 5/25/11 | 4/1/11 - 4/30/11 | $25,558.00 | $1,659.92 |
| 6/23/11 | 5/1/11 - 5/31/11 | $16,602.00 | $1,366.02 |
| 7/20/11 | 6/1/11 - 6/30/11 | $34,746.00 | $17,651.49 |
| 8/30/11 | 7/1/11 - 7/31/11 | $19,498.50 | $1,855.69 |

RLF1 5324552v. 1

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher M. Samis | Joined firm as associate in 2006. Member of DE Bar since 2006. | $340 | 33.1 | $11,254.00 |
| Drew G. Sloan | Joined firm as associate in 2007. Member of DE Bar since 2007. | $340 | 4.8 | $1,632.00 |
| Allison Q. Gerhart | Summer Associate | $190 | 13.0 | $2,470.00 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $200 | 14.1 | $2,820.00 |
| Ann Jerominski | Paralegal since 1995. Joined firm in 2000. | $200 | 2.0 | $400.00 |
| Cathy M. Greer | Paralegal since 1995. Joined firm in 2000. | $200 | 0.1 | $20.00 |
| Janel Gates | Paralegal since 2007. Joined firm in 2007. | $200 | 0.3 | $60.00 |
| Robyn K. Sinclair | Paralegal since 2010. Joined firm in 2010. | $200 | 0.8 | $160.00 |
| Brenda D. Tobin | Case Management Assistant. Joined firm in 2003. | $105 | 6.5 | $682.50 |
| **TOTAL** | | | 74.7 | $19,498.50 |

Grand Total $19,498.50
Attorney Compensation $15,356.00
Total Attorney Hours 50.9
Blended Rate $301.68

Dated: August 30, 2011
Wilmington, Delaware

RLF1 5324552v. 1

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (A) | 2.8 | $699.50 |
| Creditor Inquiries (B) | 0.0 | $0.00 |
| Meetings (C) | 0.0 | $0.00 |
| Executory Contracts/Unexpired Leases (D) | 0.0 | $0.00 |
| Automatic Stay/Adequate Protection (E) | 0.0 | $0.00 |
| Plan of Reorganization/Disclosure Statement (F) | 0.0 | $0.00 |
| Use, Sale, Lease of Assets (G) | 0.8 | $244.00 |
| Cash Collateral/DIP Financing (H) | 0.0 | $0.00 |
| Claims Administration (I) | 31.2 | $8,658.00 |
| Court Hearings (J) | 20.4 | $4,877.00 |
| General Corporate/Real Estate (K) | 0.0 | $0.00 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 0.0 | $0.00 |
| Employee Issues (M) | 0.2 | $68.00 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 0.0 | $0.00 |
| Litigation/Adversary Proceedings (P) | 6.3 | $1,890.00 |
| RL&F Retention (Q-1) | 0.0 | $0.00 |
| Retention of Others (Q-2) | 0.7 | $140.00 |
| RL&F Fee Applications (R-1) | 3.5 | $896.00 |
| Fee Applications of Others (R-2) | 8.8 | $2,026.00 |
| Vendor/Supplies (S) | 0.0 | $0.00 |
| Non-Working Travel (T) | 0.0 | $0.00 |
| Utilities (U) | 0.0 | $0.00 |
| Insurance (V) | 0.0 | $0.00 |
| **TOTAL** | **74.7** | **$19,498.50** |

RLF1 5324552v. 1

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile | | $0.00 |
| Long Distance Telephone | | $84.79 |
| In-House Reproduction (Duplication/Printing) | Duplicating: 9,045 @ $.10 pg. Printing: 2,802 @ $.10 pg. | $1,184.70 |
| Outside Reproduction | | $0.00 |
| Legal Research | Lexis | $25.00 |
| Filing/Court Fees | | $0.00 |
| Court Reporting | | $0.00 |
| Travel Expenses | | $0.00 |
| Inside Courier & Expense Carriers | | $0.00 |
| Outside Courier & Expense Carriers | Federal Express, Blue Marble | $142.37 |
| Postage | | $264.83 |
| Binding | | $26.00 |
| Business Meals | (meal detail attached) | $0.00 |
| Document Retrieval | Pacer | $128.00 |
| Record Retrieval | | $0.00 |
| Professional Services | | $0.00 |
| Overtime | | $0.00 |
| **TOTAL** | | **$1,855.69** |

RLF1 5324552v. 1

| BUSINESS MEAL DETAIL | | | | |
|---|---|---|---|---|
| Date | Provider | Meal & # of people | Description | Amount |
| | | | | |
| **TOTAL** | | | | $0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] | ) | |
| | ) | |
| Debtors. | ) | **Objection Deadline: September 19, 2011 at 4:00 p.m.** |
| | ) | |
| | ) | |

### THIRTIETH MONTHLY APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2011 THROUGH JULY 31, 2011

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-1 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members, dated February 4, 2009 [Docket No. 222] (the "Administrative Order"), Richards, Layton & Finger, P.A. ("RL&F") hereby files this Thirtieth Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors (the "Committee") for the Period From July 1, 2011 through July 31, 2011 (the "Application"). By this Application, RL&F seeks a monthly allowance pursuant to the Administrative Order with respect to the sums of $15,598.80 (80% of

---

[1] The Debtors in these chapter 11 cases include: Nortel Networks Inc.; Nortel Networks Capital Corporation; Alteon Websystems, Inc.; Alteon Websystems International, Inc., Xros, Inc.; Sonoma Systems; Qtera Corporation; Coretek, Inc.; Nortel Networks Applications Management Solutions, Inc.; Nortel Networks Optical Components, Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc.; Northern Telecom International Inc.; and Nortel Networks Cable Solutions Inc.

$19,498.50) as compensation and $1,855.69 for reimbursement of actual and necessary expenses for a total of $17,454.49 for the period July 1, 2011 through and including July 31, 2011 (the "Compensation Period"). In support of this Application, RL&F respectfully represents as follows:

## Background

1.      On January 14, 2009 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief (collectively, the "Debtors") under chapter 11 of the Bankruptcy Code.

2.      On March 19, 2009, this Court entered an order authorizing the retention of RL&F as co-counsel to the Committee, *nunc pro tunc* to January 26, 2009 (the "Retention Order"). The Retention Order authorized RL&F to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## Compensation Paid and Its Source

3.      All services for which compensation is requested by RL&F were performed for or on behalf of the Committee.

4.      Except to the extent of the retainer paid to RL&F as described in the application seeking approval of RL&F's employment by the Committee during the period covered by this Application, RL&F has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between RL&F and any other person other than the directors of RL&F for the sharing of compensation to be received for services rendered in these cases.

## Fee Statements

5.    The fee statement for the Compensation Period is attached hereto as Exhibit A. This statement contains daily time logs describing the time spent by each attorney and paraprofessional for this period.  To the best of RL&F's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Administrative Order.

## Actual and Necessary Expenses

6.    A summary of actual and necessary expenses and daily logs of expenses incurred by RL&F during the Compensation Period is attached hereto as Exhibit B.  RL&F charges all of its bankruptcy clients $0.10 per page for printing jobs of 10 pages or larger (and $0.10 per page for printing jobs of 10 pages or larger for all non-bankruptcy clients). RL&F also charges all of its clients $0.25 per page for out-going facsimile transmissions.  Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

7.    Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), RL&F charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal RL&F's actual cost.  RL&F currently is under contract to pay these providers a flat fee every month.  Charging its clients the on-line providers' standard usage rates allows RL&F to cover adequately the monthly flat fees it must pay to these types of providers.

8.    RL&F believes the foregoing rates are the market rates that the majority of law firms charges clients for such services.  In addition, RL&F believes that such charges are in

accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

9.    The directors and associates of RL&F who have rendered professional services in these cases are as follows: Christopher M. Samis, Drew G. Sloan and Allison Q. Gerhart. The paraprofessionals of RL&F who have provided service to these attorneys in these cases are as follows: Barbara J. Witters, Ann Jerominski, Cathy M. Greer, Janel Gates, Robyn K. Sinclair and Brenda D. Tobin.

10.    RL&F, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Committee on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail hereinafter.

### Summary of Services By Project

11.    The services rendered by RL&F during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in Exhibit A attached hereto.

A.    Case Administration/Miscellaneous Matters

Fees: $699.50;  Total Hours: 2.8

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, review of work in process reports, review of notices of appearance and maintaining service lists.

B.    Creditor Inquiries

Fees: $0.00;  Total Hours: 0.0

This category includes all matters related to responding to creditor inquiries.

C.    Meetings

Fees: $0.00; Total Hours: 0.0

This category includes all matters related to preparing for and attending meetings with debtors, the creditors' committees, individual creditors, the U.S. Trustee and co-counsel.

D.    Executory Contracts/Unexpired Leases

Fees: $0.00; Total Hours: 0.0

This category includes all matters related to contract and lease analysis and matters related to assumption, assignment or rejection of executory contracts and unexpired leases.

E.    Automatic Stay/Adequate Protection

Fees: $0.00; Total Hours: 0.0

This category includes all matters related to and including all motions to modify the automatic stay, issues related to the effect of the automatic stay or pending matters, and all other types of actions where adequate protection is the central issue.

F.      <u>Plan of Reorganization/Disclosure Statement</u>

Fees: $0.00; Total Hours: 0.0

This category includes all matters related to review, formulation, negotiation, preparation and promulgation of plans of reorganization, disclosure statements, and related corporate documentation and research relating thereto.

G.      <u>Use, Sale, Lease of Assets</u>

Fees: $244.00; Total Hours: 0.8

This category includes all matters relating to acquisitions, dispositions and other postpetition uses of property of the estate.

H.      <u>Cash Collateral/DIP Financing</u>

Fees: $0.00; Total Hours: 0.0

This category includes all matters relating to negotiation and documentation of debtor in possession financing and post-confirmation financing, all cash collateral issues and related pleadings.

I.      <u>Claims Administration</u>

Fees: $8,658.00; Total Hours:  31.2

This category includes all matters related to and including claims administration matters and bar date matters, including claims objections and related contested matters.

J.      <u>Court Hearings</u>

Fees: $4,877.00; Total Hours:  20.4

This category includes all matters relating to preparation for and attendance at court hearings.

K.    General Corporate/Real Estate

Fees: $0.00; Total Hours: 0.0

This category includes all matters relating to transactional, corporate governance and related matters involving the debtors' business operations that are not part of a plan of reorganization or disclosure statement.

L.    Schedules/SOFA/U.S. Trustee Reports

Fees: $0.00; Total Hours: 0.0

This category includes preparation of schedules and amendments, statements of financial affairs and amendments, operating reports and other reports required by the U.S. Trustee or Bankruptcy Court.

M.    Employee Issues

Fees: $68.00; Total Hours: 0.2

This category includes all matters related to employee wages, benefits, collective bargaining issues, other employee relations matters, ERISA, and retirement benefits.

N.    Environmental

Fees: $0.00; Total Hours: 0.0

This category includes all environmental matters, other than environmental aspects of plan of reorganization.

O.    Tax Issues

Fees:  $0.00; Total Hours: 0.0

This category includes all federal and state income, property, employment, excise and other tax matters, other than the tax aspects of plan of reorganization.

P.      Litigation/Adversary Proceedings

Fees: $1,890.00; Total Hours: 6.3

This category includes all matters relating to litigation and adversary proceedings.

Q-1.    RL&F Applications

Fees: $0.00; Total Hours: 0.0

This category includes all matters related to preparing applications to retain RL&F and supplements thereto.

Q-2.    Retention of Others

Fees: $140.00; Total Hours: 0.7

This category includes time spent reviewing applications for retention by other professionals, objecting to the retention of other professionals and assisting other professionals with preparing and filing retention applications.

R-1.    RL&F Fee Application

Fees: $896.00; Total Hours: 3.5

This category includes all time spent preparing, reviewing, filing, circulating and/or relating to monthly invoices and fee applications for RL&F.

R-2.    Fee Application of Others

Fees: $2,026.00; Total Hours: 8.8

This category includes time spent reviewing invoices or applications of other professionals, objecting to fees of other professionals and assisting other professionals with filing and circulating monthly invoices and applications.

S.   Vendor/Supplies

Fees: $0.00; Total Hours: 0.0

This category includes all matters related to vendors and suppliers, including reclamation issues.

T.   Non-Working Travel

Fees: $0.00; Total Hours: 0.0

This category includes all travel time not otherwise chargeable.

U.   Utilities

Fees: $0.00; Total Hours: 0.0

This category includes all matters related to utility issues.

V.   Insurance

Fees: $0.00; Total Hours: 0.0

This category includes all matters related to insurance policies or coverage.

**Valuation of Services**

12.   Attorneys and paraprofessionals of RL&F have expended a total of 74.7 hours in connection with this matter during the Compensation Period, as follows:

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Christopher M. Samis | 33.1 | $340 |
| Drew G. Sloan | 4.8 | $340 |
| Allison Q. Gerhart | 13.0 | $190 |

| PARAPROFESSIONALS | HOURS | HOURLY RATE |
|---|---|---|
| Barbara J. Witters | 14.1 | $200 |
| Ann Jerominski | 2.0 | $200 |
| Cathy M. Greer | 0.1 | $200 |
| Janel Gates | 0.3 | $200 |
| Robyn K. Sinclair | 0.8 | $200 |
| Brenda D. Tobin | 6.5 | $105 |

The nature of the work performed by these persons is fully set forth in <u>Exhibit A</u> attached hereto. These are RL&F's normal hourly rates for work of this character. The reasonable value of the services rendered by RL&F to the Committee during the Compensation Period is $19,498.50.

13.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RL&F is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, RL&F has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, RL&F respectfully requests that the Court authorize that for the period July 1, 2011 through July 31, 2011, an allowance be made to RL&F pursuant to the terms of the Administrative Order, with respect to the sum of $19,498.50 compensation for necessary professional services rendered, (80% of which equals $15,598.80),  and the sum of $1,855.69 as 100% reimbursement of actual necessary costs and expenses, for a total of $21,354.19 and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated:  August 30, 2011
       Wilmington, Delaware

                                 Mark D. Collins (No. 2981)
                                 Christopher M. Samis (No. 4909)
                                 Drew G. Sloan (No. 5069)
                                 RICHARDS, LAYTON & FINGER, P.A.
                                 One Rodney Square
                                 920 North King Street
                                 Wilmington, Delaware  19801
                                 Telephone:  (302) 651-7700
                                 Facsimile:  (302) 651-7701

                                 Counsel to the Official Committee of Unsecured
                                 Creditors of Nortel Networks Inc., *et al.*

## VERIFICATION

STATE OF DELAWARE          )
                           ) SS:
COUNTY OF NEW CASTLE       )

       Christopher M. Samis, after being duly sworn according to law, deposes and says:

       a)     I am an associate with the applicant firm, Richards, Layton & Finger, P.A., and have been admitted to appear before this Court.

       b)     I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

       c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

                                     Christopher M. Samis (No. 4909)

SWORN AND SUBSCRIBED before me
this 30th day of August, 2011.

Notary Public
My Commission Expires:

BARBARA J. WITTERS
Notary Public - State of Delaware
My Comm. Expires March 13, 2013