# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 16, 2011
Invoice 387313

Page 2

Client #  732310

Matter # 165839

For services through July 31, 2011
relating to  Case Administration

| 06/14/11 | Maintain original pleadings | | | |
|---|---|---|---|---|
| FORMER P | Brenda D. Tobin | 0.10 hrs. | 105.00 | $10.50 |
| 06/16/11 | Maintain original pleadings | | | |
| FORMER P | Brenda D. Tobin | 0.20 hrs. | 105.00 | $21.00 |
| 07/01/11 | Email to B. Witters re: circulation of notice of appointment of retirees' committee (.1); Review docket for notice of appointment of retirees' committee (.2) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |
| 07/05/11 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 07/05/11 | Review upcoming critical dates | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 07/05/11 | Review email from B. Witters re: revised critical dates calendar (.1); Review same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| 07/07/11 | Review revised draft critical dates calendar | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |
| 07/13/11 | Review docket (.1); Review and update critical dates (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 07/15/11 | Review upcoming critical dates | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 16, 2011
Invoice 387313

Page 3

Client #  732310

Matter # 165839

---

| 07/18/11 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 07/18/11 | Review email from B. Witters re: draft critical dates calendar (.1); Review same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| 07/25/11 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |

Total Fees for Professional Services     $699.50

TOTAL DUE FOR THIS INVOICE          **$699.50**
BALANCE BROUGHT FORWARD          $990.20

**TOTAL DUE FOR THIS MATTER**          **$1,689.70**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 16, 2011
Invoice 387313

Page 4

Client #  732310

Matter # 165839

For services through July 31, 2011
relating to  Use, Sale of Assets

| 07/06/11 | Review Lenovo notice of election (.3); Review supplemental response of HP to patent sale motion (.3) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.60 hrs. | 340.00 | $204.00 |
| 07/13/11 | Retrieve 7/11/11 hearing transcript party list re: patent auction (.1); E-mail to D. Marcus re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |

|  | Total Fees for Professional Services | $244.00 |
|---|---|---|
|  | **TOTAL DUE FOR THIS INVOICE** | **$244.00** |
|  | BALANCE BROUGHT FORWARD | $1,053.90 |
|  | **TOTAL DUE FOR THIS MATTER** | **$1,297.90** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 16, 2011
Invoice 387313

Page 5

Client # 732310

Matter # 165839

For services through July 31, 2011
relating to Claims Administration

| 07/01/11 | Call from A. Patel re: status of distributions to general unsecured creditors (.2); Call to L. Murley re: status of distributions to general unsecured creditors (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.40 hrs. | 340.00 | $136.00 |
| 07/06/11 | Meeting with C. Samis regarding research on bond claim issues | | | |
| Summer Assoc. | Allison Q. Gerhart | 0.40 hrs. | 190.00 | $76.00 |
| 07/06/11 | Call from B. Kahn re: research on bond claim issues (.3); Assign research to A. Gerhart re: bond claim issues (.4); Conduct initial review of case in connection with research on bond claim issues (.4); Emails to A. Gerhart re: research on bond claim issues (.2) | | | |
| Associate | Christopher M. Samis | 1.30 hrs. | 340.00 | $442.00 |
| 07/11/11 | Research for C. Samis regarding bond claim issues | | | |
| Summer Assoc. | Allison Q. Gerhart | 3.80 hrs. | 190.00 | $722.00 |
| 07/11/11 | Meet with A. Gerhart re: initial research on bond claim issues (.3); Examine initial research re: bond claim issues (.3); Emails to A. Gerhart re: initial research on bond claim issues (.2) | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 340.00 | $272.00 |
| 07/12/11 | Discuss research re: bond claim issues (.1); research for C. Samis regarding bond claim issues (2.4); draft memo for C. Samis regarding bond claim issues (3.3) | | | |
| Summer Assoc. | Allison Q. Gerhart | 5.80 hrs. | 190.00 | $1,102.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 16, 2011
Invoice 387313
Page 6

Client # 732310

Matter # 165839

---

| 07/12/11 | Call from A. Gerhart re: compiling memo on bond claim issues (.3); Email to A. Gerhart re: compiling memo on bond claim issues (.1); Email to B. Kahn re: review of objection to EMEA claims (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.50 hrs. | 340.00 | $170.00 |

| 07/13/11 | Continue drafting memo for C. Samis regarding bond claim issues (.6); E-mails regarding memo for C. Samis on bond claim issues (.1); Meeting with C. Samis regarding memo on bond claim issues (.2) | | | |
|---|---|---|---|---|
| Summer Assoc. | Allison Q. Gerhart | 0.90 hrs. | 190.00 | $171.00 |

| 07/13/11 | Review and revise objection to EMEA claims (4.8); Emails to A. Gerhart re: research on bond claim issues (.2); Email to B. Witters re: locating briefing for research on bond claim issues (.1); Call to B. Kahn re: research on bond claim issues (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 5.20 hrs. | 340.00 | $1,768.00 |

| 07/14/11 | Meeting with C. Samis to discuss memo on bond claim issues (.2); Continue drafting memo for C. Samis regarding bond claim issues (.9) | | | |
|---|---|---|---|---|
| Summer Assoc. | Allison Q. Gerhart | 2.10 hrs. | 190.00 | $399.00 |

| 07/14/11 | Review research and reference materials on bond claim issues (2.5); Meet with A. Gerhart re: comments to memo on bond claim issues (.3); Emails to A. Gerhart re: comments to memo on bond claim issues (.2); Call to B. Kahn re: comments to EMEA claims objection (.3); Email to B. Kahn re: research and reference materials on bond claim issues (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 3.40 hrs. | 340.00 | $1,156.00 |

| 07/15/11 | Call to A. Cordo re: filing and service of EMEA claims objection (.1); E-mail to B. Kahn re: filing and service of EMEA claims objection (.2); Conduct final review of EMEA claims objection and related documentation (.7); E-mail to A. Cordo re: clearance of EMEA claims objection for filing (.1); E-mail to A. Cordo re: filing and service of EMEA claims objection (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.20 hrs. | 340.00 | $408.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 16, 2011
Invoice 387313
Page 7
Client # 732310

Matter # 165839

| Date | Role | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/19/11 | | Call from attorney to S. Johnson re: litigation settlement and status of claim | | | |
| | Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 07/20/11 | | E-mail to B. Kahn re: research on bond claim issues | | | |
| | Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| 07/21/11 | | Call to A. Cordo re: logistics of filing additional EMEA claims objections | | | |
| | Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 07/22/11 | | Review, revise and finalize Irish EMEA claims objection (1.8); Review, revise and finalize French EMEA claims objection (1.8); Emails to A. Cordo re: finalizing, filing and serving Irish and French EMEA claims objections (.7); Call from A. Cordo re: finalizing, filing and serving Irish and French EMEA claims objections (.2) | | | |
| | Associate | Christopher M. Samis | 4.50 hrs. | 340.00 | $1,530.00 |
| 07/28/11 | | Call from creditor re: estimated distributions on claims | | | |
| | Associate | Christopher M. Samis | 0.40 hrs. | 340.00 | $136.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $8,658.00 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$8,658.00** |
| | $170.00 |
| **TOTAL DUE FOR THIS MATTER** | **$8,828.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 16, 2011
Invoice 387313
Page 8
Client #  732310

Matter #  165839

| | |
|---|---|
| Total Fees for Professional Services | $8,658.00 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$8,658.00** |
| BALANCE BROUGHT FORWARD | $333.20 |
| **TOTAL DUE FOR THIS MATTER** | **$8,991.20** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 16, 2011
Invoice 387313

Page 9

Client # 732310

Matter # 165839

For services through July 31, 2011
relating to Court Hearings

| Date | | Description | | | |
|------|------|------|------|------|------|
| 06/14/11 | | Organize binders utilized by court and counsel during hearing | | | |
| FORMER P | Brenda D. Tobin | | 0.70 hrs. | 105.00 | $73.50 |
| 06/15/11 | | Organize binders utilized by court and counsel during hearings | | | |
| FORMER P | Brenda D. Tobin | | 2.80 hrs. | 105.00 | $294.00 |
| 06/17/11 | | Prepare 06/21/11 hearing binder per B. Witters | | | |
| FORMER P | Brenda D. Tobin | | 2.70 hrs. | 105.00 | $283.50 |
| 07/07/11 | | Retrieve and review re: 7/11/11 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: 7/11/11 agenda pleadings (1.0) | | | |
| Paralegal | Barbara J. Witters | | 1.20 hrs. | 200.00 | $240.00 |
| 07/07/11 | | Review agenda for 7/12/11 hearing (.2); Meet with B. Witters re: preparation for 7/12/11 hearing (.1) | | | |
| Associate | Christopher M. Samis | | 0.30 hrs. | 340.00 | $102.00 |
| 07/08/11 | | Prepare 7/11/11 hearing binders | | | |
| Paralegal | Barbara J. Witters | | 1.00 hrs. | 200.00 | $200.00 |
| 07/08/11 | | Call from J. Sturm re: preparation for 7/11/11 hearing (.3); Email to J. Sturm re: coordinating logistics of 7/8/11 hearing (.1); Emails to B. Witters re: coordinating logistics of 7/8/11 hearing (.3); Prepare for 7/11/11 hearing (1.6) | | | |
| Associate | Christopher M. Samis | | 2.30 hrs. | 340.00 | $782.00 |
| 07/11/11 | | Coordinate telephonic appearance for F. Hodara for 7/11/11 hearing | | | |
| Paralegal | Cathy M. Greer | | 0.10 hrs. | 200.00 | $20.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 16, 2011
Invoice 387313

Page 10

Client #  732310

Matter # 165839

---

| 07/11/11 | Prepare for 7/11/11 hearing (1.3); Attend 7/11/11 hearing and chambers conference (4.5); Emails to C. Greer and B. Witters re: logistics of 7/11/11 hearing (.3) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 6.10 hrs. | 340.00 | $2,074.00 |
| 07/11/11 | Assist in preparation of updated 7/11/11 hearing binders | | | |
| Paralegal | Janel Gates | 0.30 hrs. | 200.00 | $60.00 |
| 07/11/11 | Update hearing binders for 7/11/11 (.7); Coordinate delivery of same to court (.1) | | | |
| Paralegal | Robyn K. Sinclair | 0.80 hrs. | 200.00 | $160.00 |
| 07/12/11 | Circulate 7/11/11 hearing transcript to distribution | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| 07/22/11 | Retrieve and review 7/26/11 agenda (.2); E-mail to distribution re: same (.1); Telephone call to Courtcall re: telephonic appearance for B. Kahn (.1); E-mail to B. Kahn re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 200.00 | $100.00 |
| 07/22/11 | Review agenda for 7/26/11 hearing (.2); Email to B. Kahn re: logistics of 7/26/11 hearing (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |
| 07/25/11 | Prepare 7/26/11 hearing binder (.1); Retrieve re: amended 7/26/11 agenda - cancelling hearing (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 07/25/11 | Review emails (x2) from C. Samis re: attendance at 7/26/11 hearing (.1); Review agenda re: same (.2); Email to C. Samis re: same (.1); Preparation for same (.3); Review amended agenda cancelling same (.1); Email to C. Samis re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.90 hrs. | 340.00 | $306.00 |

Total Fees for Professional Services          $4,877.00

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 16, 2011
Invoice 387313
Page 11
Client #  732310

Matter #  165839

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$4,877.00** |
| BALANCE BROUGHT FORWARD | $15,492.70 |
| **TOTAL DUE FOR THIS MATTER** | **$20,369.70** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 16, 2011
Invoice 387313

Page 12

Client #  732310

Matter #  165839

---

For services through July 31, 2011

relating to  Employee Issues

| 06/14/11 | Emails to B. Kahn and J. Sturm re: responding to LTD beneficiary/retiree benefit inquiries | | | |
|----------|----------------|------------|---------|---------|
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |

| | | |
|---|---|---|
| Total Fees for Professional Services | | $68.00 |

| TOTAL DUE FOR THIS INVOICE | **$68.00** |
|----------------------------|------------|
| BALANCE BROUGHT FORWARD | $3,104.00 |
| **TOTAL DUE FOR THIS MATTER** | **$3,172.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 16, 2011
Invoice 387313

Page 13

Client # 732310

Matter # 165839

---

For services through July 31, 2011
relating to Litigation/Adversary Proceedings

| 07/05/11 | Review Third Circuit local rules and appellate procedure rules for determining strategy for filing sur-reply in U.K. Pension appeal (.6); Call from J. Sturm re: strategy for filing sur-reply U.K. Pension appeal (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.80 hrs. | 340.00 | $272.00 |
| 07/06/11 | Conduct further review of Third Circuit Rules and Federal Appellate Rules for determining strategy regarding sur-reply in U.K. Pension appeal | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 340.00 | $170.00 |
| 07/11/11 | Retrieve re: appellants reply brief (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 07/11/11 | Email to J. Sturm re: circulation of appellants' reply brief in Third Circuit U.K. Pension appeal (.1); Emails to B. Witters re: circulation of appellants' reply brief in Third Circuit U.K. Pension appeal (.2) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |
| 07/11/11 | Review third circuit briefing re: UK Pension matter | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 340.00 | $136.00 |
| 07/13/11 | Attention to e-mail from A. Gerhart re: district court document retrieval (.1); Telephone call to Parcels re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 07/15/11 | Review appellant's reply brief in Third Circuit U.K. Pension Appeal | | | |
| Associate | Christopher M. Samis | 1.60 hrs. | 340.00 | $544.00 |
| 07/22/11 | Retrieve re: third circuit UK calendar of events (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 16, 2011
Invoice 387313

Page 14

Client #  732310

Matter #  165839

---

| 07/22/11 | Email to B. Witters re: calendaring Third Circuit U.K. Pension appeal oral argument date | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |

| 07/27/11 | Email to B. Witters re: filing Third Circuit oral argument materials in U.K. Pension appeal (.1); Email to J. Sturm re: filing Third Circuit oral argument materials in U.K. Pension appeal (.1); Email to A. Jerominski re: filing Third Circuit oral argument materials in U.K. Pension appeal (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |

| 07/29/11 | Prepare certifications of service for entry of appearance and acknowledgement of argument (.2); Revise same (.1); Finalize and efile entry of appearance (log-in problems) (.5); Finalize and efile acknowledgement of argument (.1); Coordinate service of same by mail and email (.3) | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 1.20 hrs. | 200.00 | $240.00 |

| 07/29/11 | Review Millet notice of appearance and certificate of service (.2); Review Millet presentation designation and certificate of service (.2); Email to J. Sturm re: filing and service of Millet notice of appearance and presentation designation (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.50 hrs. | 340.00 | $170.00 |

Total Fees for Professional Services                    $1,890.00

TOTAL DUE FOR THIS INVOICE                              **$1,890.00**
BALANCE BROUGHT FORWARD                                 $12,090.40

**TOTAL DUE FOR THIS MATTER**                           **$13,980.40**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 16, 2011
Invoice 387313
Page 15
Client # 732310

Matter # 165839

For services through July 31, 2011

relating to Retention of Others

| 07/07/11 | Finalize and file re: sixth supplemental declaration of F. Hodara to employ Akin Gump (.2); Prepare aos re: same (.2); Coordinate service re: same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.60 hrs. | 200.00 | $120.00 |
| 07/13/11 | Finalize and file aos re: sixth supplemental declaration of F. Hodara to retain Akin Gump | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |

|  | Total Fees for Professional Services | $140.00 |
|---|---|---|
| **TOTAL DUE FOR THIS INVOICE** | | **$140.00** |
| BALANCE BROUGHT FORWARD | | $136.00 |
| **TOTAL DUE FOR THIS MATTER** | | **$276.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 16, 2011
Invoice 387313

Page 16

Client #  732310

Matter # 165839

For services through July 31, 2011
relating to  RLF Fee Applications

| | | | | |
|---|---|---|---|---|
| 07/12/11 | Review RLF June bill memo and meal charges | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 07/12/11 | Review June 2011 bill memos re: RLF monthly fee application (.3); Discussion with B. Witters re: comments to same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 340.00 | $136.00 |
| 07/15/11 | Prepare cno re: RLF May fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 07/15/11 | E-mail to B. Witters re: certification of no objection for May 2011 fee application (.1); Review/revise certification of no objection for 28th monthly fee application (.2) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |
| 07/15/11 | Review email from B. Witters re: filing of certificate of no objection re: RLF monthly fee application (.1); Review email from C. Samis re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| 07/18/11 | Prepare letter to A. Stout re: RLF May fee application and cno (.2); Coordinate to A. Stout re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 07/20/11 | Review and revise RLF June fee application (.4); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 200.00 | $220.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 16, 2011
Invoice 387313
Page 17
Client #  732310

Matter #  165839

---

| 07/20/11 | Review and execute RLF monthly fee application (.3); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
|---|---|---|---|---|
| Associate | Drew G. Sloan | 0.50 hrs. | 340.00 | $170.00 |

| | | |
|---|---|---|
| | Total Fees for Professional Services | $896.00 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$896.00** |
| BALANCE BROUGHT FORWARD | $1,160.40 |
| **TOTAL DUE FOR THIS MATTER** | **$2,056.40** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 16, 2011
Invoice 387313
Page 18
Client # 732310

Matter # 165839

For services through July 31, 2011
relating to Fee Applications of Others

| | | | | |
|---|---|---|---|---|
| 07/06/11 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 200.00 | $120.00 |
| | | | | |
| 07/07/11 | Attention to e-mail from B. Kahn re: Akin Gump May fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 200.00 | $200.00 |
| | | | | |
| 07/07/11 | Review Akin Gump supplemental retention declaration (.2); Review Akin Gump monthly fee application (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.60 hrs. | 340.00 | $204.00 |
| | | | | |
| 07/13/11 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| | | | | |
| 07/19/11 | Attention to e-mail from M. Wunder re: Fraser Milner May fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to M. Wunder re: as-filed pdf of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 200.00 | $220.00 |
| | | | | |
| 07/19/11 | Review email from M. Wunder re: Fraser Milner monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 340.00 | $170.00 |
| | | | | |
| 07/20/11 | Prepare cno re: Ashurst May fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Capstone May fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 200.00 | $160.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

August 16, 2011
Invoice 387313
Page 19
Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 07/20/11 | Review and execute certificate of no objection re: Capstone monthly fee application (.1); Review and execute certificate of no objection re: Ashurst monthly fee application (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| 07/21/11 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 200.00 | $120.00 |
| 07/22/11 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 1.30 hrs. | 200.00 | $260.00 |
| 07/25/11 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 07/27/11 | Prepare cno re: Akin Gump May fee application | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 07/29/11 | Circulate CNO re: Akin Gump fee application (.1); Finalize and efile same (.1); Prepare notice of Ashurst's monthly fee application (.1); Prepare certification of service for Ashurst's monthly fee application (.1); Finalize and efile Ashurst's monthly fee application (.2); Coordinate service of same (.2) | | | |
| Paralegal | Ann Jerominski | 0.80 hrs. | 200.00 | $160.00 |
| 07/29/11 | Review email from A. Jerominski re: certificate of no objection re: Akin Gump monthly fee application (.1); Review email from B. Kahn re: same (.1); Review and execute same (.1); Review Ashurst monthly fee application (.2); Review and execute notice re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.60 hrs. | 340.00 | $204.00 |

Total Fees for Professional Services     $2,026.00

TOTAL DUE FOR THIS INVOICE     **$2,026.00**
BALANCE BROUGHT FORWARD     $3,562.80

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 16, 2011
Invoice 387313

Page 20

Client #  732310

Matter #  165839

**TOTAL DUE FOR THIS MATTER**                    **$5,588.80**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

August 16, 2011
Invoice 387313
Page 21
Client #  732310

### Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Allison Q. Gerhart | 13.00 | 190.00 | 2,470.00 |
| Ann Jerominski | 2.00 | 200.00 | 400.00 |
| Barbara J. Witters | 14.10 | 200.00 | 2,820.00 |
| Brenda D. Tobin | 6.50 | 105.00 | 682.50 |
| Cathy M. Greer | 0.10 | 200.00 | 20.00 |
| Christopher M. Samis | 33.10 | 340.00 | 11,254.00 |
| Drew G. Sloan | 4.80 | 340.00 | 1,632.00 |
| Janel Gates | 0.30 | 200.00 | 60.00 |
| Robyn K. Sinclair | 0.80 | 200.00 | 160.00 |
| TOTAL | 74.70 | $261.02 | 19,498.50 |

**TOTAL DUE FOR THIS INVOICE**                                  **$21,354.19**

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310