# **EXHIBIT B**



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

August 16, 2011
Invoice 387313

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through July 31, 2011
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Binding | $26.00 |
| Document Retrieval | $128.00 |
| Lexis/Westlaw | $25.00 |
| Long distance telephone charges | $84.79 |
| Messenger and delivery service | $142.37 |
| Photocopying/ Printing  9,045 @ $.10/pg. /2,802 @ $.10/pg. | $1,184.70 |
| Postage | $264.83 |

Other Charges                                                                 $1,855.69

**TOTAL DUE FOR THIS INVOICE**                                    **$1,855.69**
BALANCE BROUGHT FORWARD                                       $17,651.49

**TOTAL DUE FOR THIS MATTER**                                   **$19,507.18**

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
www.rlf.com

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

August 16, 2011  
Invoice 387313  
Page 22  
Client #  732310

Client:  Official Committee of the Board of Directors of Nortel Networks Inc

Matter:  Nortel - Representation of Creditors Committee  
          Case Administration  
          Use, Sale of Assets  
          Claims Administration  
          Court Hearings  
          Employee Issues  
          Litigation/Adversary Proceedings  
          Retention of Others  
          RLF Fee Applications  
          Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 07/05/11 | 12128721056 Long Distance | | LD |
| | Amount = | $11.12 | |
| 07/05/11 | PACER | | DOCRETRI |
| | Amount = | $0.88 | |
| 07/06/11 | 12128728121 Long Distance | | LD |
| | Amount = | $12.51 | |
| 07/07/11 | Photocopies | | DUP.10CC |
| | Amount = | $28.40 | |
| 07/07/11 | Photocopies | | DUP.10CC |
| | Amount = | $4.60 | |
| 07/07/11 | Photocopies | | DUP.10CC |
| | Amount = | $307.70 | |
| 07/07/11 | Photocopies | | DUP.10CC |
| | Amount = | $42.40 | |
| 07/07/11 | Messenger and delivery charges | | MESS |
| | Amount = | $112.00 | |
| 07/07/11 | PACER | | DOCRETRI |
| | Amount = | $20.80 | |
| 07/07/11 | Postage | | POST |
| | Amount = | $7.63 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

August 16, 2011  
Invoice 387313  
Page 23  
Client #  732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 07/07/11 | Postage | Amount = $202.76 | POST |
| 07/07/11 | Postage | Amount = $14.80 | POST |
| 07/07/11 | Printing | Amount = $2.70 | DUP.10CC |
| 07/07/11 | Printing | Amount = $1.90 | DUP.10CC |
| 07/07/11 | Printing | Amount = $1.60 | DUP.10CC |
| 07/07/11 | Printing | Amount = $3.30 | DUP.10CC |
| 07/07/11 | Printing | Amount = $2.70 | DUP.10CC |
| 07/07/11 | Printing | Amount = $3.30 | DUP.10CC |
| 07/07/11 | Printing | Amount = $3.90 | DUP.10CC |
| 07/07/11 | Printing | Amount = $6.00 | DUP.10CC |
| 07/07/11 | Printing | Amount = $23.70 | DUP.10CC |
| 07/07/11 | Printing | Amount = $1.90 | DUP.10CC |
| 07/07/11 | Printing | Amount = $1.90 | DUP.10CC |
| 07/07/11 | Printing | Amount = $1.00 | DUP.10CC |
| 07/07/11 | Printing | Amount = $1.10 | DUP.10CC |
| 07/07/11 | Printing | Amount = $3.20 | DUP.10CC |
| 07/07/11 | Printing | Amount = $1.50 | DUP.10CC |
| 07/07/11 | Printing | Amount = $1.00 | DUP.10CC |
| 07/07/11 | Printing | Amount = $1.40 | DUP.10CC |

| Nortel Creditors Committee | August 16, 2011 |
|---|---|
| c/o Fred S. Hodara, Esq. | Invoice 387313 |
| Akin Gump Strauss Hauer Feld LLP | Page 24 |
| One Bryant Park | |
| New York NY  10036 | Client #  732310 |

| Date | Description | | Code |
|---|---|---|---|
| 07/07/11 | Printing | | DUP.10CC |
| | | Amount = $28.30 | |
| 07/07/11 | Printing | | DUP.10CC |
| | | Amount = $2.70 | |
| 07/07/11 | Printing | | DUP.10CC |
| | | Amount = $32.50 | |
| 07/07/11 | Printing | | DUP.10CC |
| | | Amount = $1.20 | |
| 07/07/11 | Printing | | DUP.10CC |
| | | Amount = $13.30 | |
| 07/07/11 | Printing | | DUP.10CC |
| | | Amount = $2.20 | |
| 07/07/11 | Printing | | DUP.10CC |
| | | Amount = $19.30 | |
| 07/07/11 | Printing | | DUP.10CC |
| | | Amount = $1.10 | |
| 07/07/11 | Printing | | DUP.10CC |
| | | Amount = $1.10 | |
| 07/07/11 | Printing | | DUP.10CC |
| | | Amount = $3.50 | |
| 07/07/11 | Printing | | DUP.10CC |
| | | Amount = $23.80 | |
| 07/07/11 | Printing | | DUP.10CC |
| | | Amount = $1.30 | |
| 07/07/11 | Printing | | DUP.10CC |
| | | Amount = $3.10 | |
| 07/07/11 | Printing | | DUP.10CC |
| | | Amount = $2.50 | |
| 07/08/11 | Binding/Tabs Velobinding | | BIND |
| | | Amount = $20.00 | |
| 07/08/11 | Binding/Tabs Velobinding | | BIND |
| | | Amount = $6.00 | |
| 07/08/11 | Photocopies | | DUP.10CC |
| | | Amount = $98.90 | |
| 07/08/11 | Photocopies | | DUP.10CC |
| | | Amount = $103.00 | |
| 07/08/11 | Photocopies | | DUP.10CC |
| | | Amount = $199.30 | |

Nortel Creditors Committee                                       August 16, 2011
c/o Fred S. Hodara, Esq.                                         Invoice 387313
Akin Gump Strauss Hauer Feld LLP                                 Page 25
One Bryant Park
New York NY  10036                                               Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 07/08/11 | 12128721056 Long Distance | | LD |
| | Amount = | $11.12 | |
| 07/08/11 | PACER | | DOCRETRI |
| | Amount = | $0.48 | |
| 07/08/11 | PACER | | DOCRETRI |
| | Amount = | $19.92 | |
| 07/08/11 | Printing | | DUP.10CC |
| | Amount = | $1.90 | |
| 07/08/11 | Printing | | DUP.10CC |
| | Amount = | $1.90 | |
| 07/11/11 | Photocopies | | DUP.10CC |
| | Amount = | $0.60 | |
| 07/11/11 | Lexis | | LEXIS |
| | Amount = | $25.00 | |
| 07/11/11 | PACER | | DOCRETRI |
| | Amount = | $5.20 | |
| 07/11/11 | PACER | | DOCRETRI |
| | Amount = | $3.12 | |
| 07/11/11 | Printing | | DUP.10CC |
| | Amount = | $4.00 | |
| 07/11/11 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 07/11/11 | Printing | | DUP.10CC |
| | Amount = | $1.90 | |
| 07/11/11 | Printing | | DUP.10CC |
| | Amount = | $1.50 | |
| 07/11/11 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 07/11/11 | Printing | | DUP.10CC |
| | Amount = | $1.50 | |
| 07/11/11 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 07/11/11 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 07/11/11 | Printing | | DUP.10CC |
| | Amount = | $5.70 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

August 16, 2011  
Invoice 387313  
Page 26  
Client #  732310  

| Date | Description | Amount | Code |
|---|---|---|---|
| 07/13/11 | Photocopies | $10.70 | DUP.10CC |
| 07/13/11 | 17247766644 Long Distance | $8.34 | LD |
| 07/13/11 | 13472684888 Long Distance | $4.17 | LD |
| 07/13/11 | 12128728121 Long Distance | $1.39 | LD |
| 07/13/11 | PACER | $4.16 | DOCRETRI |
| 07/13/11 | Printing | $4.30 | DUP.10CC |
| 07/13/11 | Printing | $3.60 | DUP.10CC |
| 07/13/11 | Printing | $1.30 | DUP.10CC |
| 07/14/11 | 12128728121 Long Distance | $25.02 | LD |
| 07/18/11 | ALLEN K. STOUT - Messenger and delivery | $17.57 | MESS |
| 07/18/11 | Printing | $2.40 | DUP.10CC |
| 07/18/11 | Printing | $5.30 | DUP.10CC |
| 07/19/11 | Photocopies | $39.00 | DUP.10CC |
| 07/19/11 | Messenger and delivery charges | $6.40 | MESS |
| 07/19/11 | Postage | $14.25 | POST |
| 07/19/11 | Printing | $7.20 | DUP.10CC |
| 07/20/11 | Photocopies | $35.00 | DUP.10CC |
| 07/20/11 | Messenger and delivery charges | $6.40 | MESS |

| | | |
|---|---|---|
| Nortel Creditors Committee | | August 16, 2011 |
| c/o Fred S. Hodara, Esq. | | Invoice 387313 |
| Akin Gump Strauss Hauer Feld LLP | | Page 27 |
| One Bryant Park | | |
| New York NY  10036 | | Client #  732310 |

| Date | Description | | Code |
|---|---|---|---|
| 07/20/11 | PACER | | DOCRETRI |
| | Amount = | $0.16 | |
| 07/20/11 | PACER | | DOCRETRI |
| | Amount = | $25.04 | |
| 07/20/11 | Postage | | POST |
| | Amount = | $9.24 | |
| 07/20/11 | Printing | | DUP.10CC |
| | Amount = | $2.00 | |
| 07/21/11 | PACER | | DOCRETRI |
| | Amount = | $0.48 | |
| 07/21/11 | Printing | | DUP.10CC |
| | Amount = | $5.30 | |
| 07/21/11 | Printing | | DUP.10CC |
| | Amount = | $4.10 | |
| 07/21/11 | Printing | | DUP.10CC |
| | Amount = | $8.20 | |
| 07/21/11 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 07/22/11 | PACER | | DOCRETRI |
| | Amount = | $0.64 | |
| 07/22/11 | PACER | | DOCRETRI |
| | Amount = | $37.92 | |
| 07/22/11 | Printing | | DUP.10CC |
| | Amount = | $1.60 | |
| 07/22/11 | Printing | | DUP.10CC |
| | Amount = | $2.70 | |
| 07/25/11 | Printing | | DUP.10CC |
| | Amount = | $2.70 | |
| 07/26/11 | 12128721056 Long Distance | | LD |
| | Amount = | $1.39 | |
| 07/26/11 | 16502072543 Long Distance | | LD |
| | Amount = | $2.78 | |
| 07/27/11 | 12155972995 Long Distance | | LD |
| | Amount = | $6.95 | |
| 07/27/11 | PACER | | DOCRETRI |
| | Amount = | $9.20 | |

| | | |
|---|---|---|
| Nortel Creditors Committee | | August 16, 2011 |
| c/o Fred S. Hodara, Esq. | | Invoice 387313 |
| Akin Gump Strauss Hauer Feld LLP | | Page 28 |
| One Bryant Park | | |
| New York NY 10036 | | Client # 732310 |

| Date | Description | | Code |
|---|---|---|---|
| 07/27/11 | Printing | | DUP.10CC |
| | Amount = | $1.40 | |
| 07/29/11 | Photocopies | | DUP.10CC |
| | Amount = | $24.50 | |
| 07/29/11 | Photocopies | | DUP.10CC |
| | Amount = | $10.40 | |
| 07/29/11 | Postage | | POST |
| | Amount = | $14.04 | |
| 07/29/11 | Postage | | POST |
| | Amount = | $2.11 | |
| 07/29/11 | Printing | | DUP.10CC |
| | Amount = | $4.30 | |

TOTALS FOR   732310        Official Committee of the Board of Directors of Nortel
                           Networks Inc

Expenses    $1,855.69