# EXHIBIT A

## COMPENSATION BY PROFESSIONAL

All Matters

FEBRUARY 1, 2011 THROUGH JULY 31, 2011

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Terence Gilroy | Associate (2006) | 580 | .8 | 464.00 |
| Mary Glennon | Paralegal | 245 | 2.7 | 661.50 |
| Ruth Sheopaul | Case Clerk | 185 | 3.6 | 666.00 |
| **Total** | | | 7.1 | 1,791.50 |
| **Grand Total:** $1,791.50 | | | | |
| **Blended Rate:** $252.32 | | | | |

Page (5) 5

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 08/12/11                    PROFORMA NO.        872174
02205-00018                                     BATCH NO.           677174
                                                THROUGH DATE:     04/30/11
```

**NORTEL NETWORKS LIMITED**
**MARCH 2004 ERISA ACTION**

      **Currency:  US DOLLARS**

===============================================================================

**Timecard Detail**

| Date | Timekeeper | Hours | Amount | Index # |
|---|---|---|---|---|
| 03/03/11 | 20891 Sheopaul, Ruth | .30 | 55.50 | 30373495 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 03/04/11 | 20891 Sheopaul, Ruth | .30 | 55.50 | 30375418 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 03/11/11 | 20891 Sheopaul, Ruth | .30 | 55.50 | 30397703 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 03/16/11 | 20891 Sheopaul, Ruth | .30 | 55.50 | 30417137 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 03/31/11 | 20891 Sheopaul, Ruth | .30 | 55.50 | 30481654 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 06/15/11 | 20891 Sheopaul, Ruth | .30 | 55.50 | 30766824 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |

```
                    TOTAL HOURS:                     1.80
                    TOTAL FEES:                              333.00
```

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 08/12/11                         PROFORMA NO.        872176
02205-00021                                          BATCH NO.           677174
                                                     THROUGH DATE:     04/30/11
```

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

         **Currency:   US DOLLARS**
=============================================================================

                              **Timecard Detail**

| Date | Timekeeper | Hours | Amount | Index # |
|---|---|---|---|---|
| 03/05/11 | 13325 Glennon, Mary M. | .40 | 98.00 | 30391739 |
| Task: | Regulatory: filed recent legal filings; updated legal file indices. | | | |
| 03/13/11 | 13325 Glennon, Mary M. | .20 | 49.00 | 30416911 |
| Task: | Regulatory: Filed recent legal filings. | | | |
| 03/23/11 | 13325 Glennon, Mary M. | 1.10 | 269.50 | 30441673 |
| Task: | Regulatory: reviewed e-law alerts; filed recent legal filings. | | | |
| 04/10/11 | 13325 Glennon, Mary M. | .60 | 147.00 | 30513255 |
| Task: | Regulatory: filed legal filings; reviewed PACER filing e-mails. | | | |
| 04/17/11 | 13325 Glennon, Mary M. | .40 | 98.00 | 30533290 |
| Task: | Regulatory: filed Dunn legal filings. | | | |
| 02/28/11 | 16476 Gilroy, Terence P. | .80 | 464.00 | 30367535 |
| Task: | Prepared eighth interim and quarterly fee applications (.8). | | | |
| 02/11/11 | 20891 Sheopaul, Ruth | .30 | 55.50 | 30302121 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 03/01/11 | 20891 Sheopaul, Ruth | .50 | 92.50 | 30366927 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 03/23/11 | 20891 Sheopaul, Ruth | .40 | 74.00 | 30441026 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 04/06/11 | 20891 Sheopaul, Ruth | .30 | 55.50 | 30492668 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| 05/20/11 | 20891 Sheopaul, Ruth | .30 | 55.50 | 30657840 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |

## SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 08/12/11                    PROFORMA NO.        872176
02205-00021                                     BATCH NO.           677174
                                                THROUGH DATE: 04/30/11
```

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

       **Currency:  US DOLLARS**
==============================================================================
```
Date     Timekeeper                              Hours     Amount  Index #
              TOTAL HOURS:                        5.30
              TOTAL FEES:                                1,458.50
```