# EXHIBIT B

# EXPENSE SUMMARY

All Matters

FEBRUARY 1, 2011 THROUGH JULY 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Duplicating | In House | $2.40 |
| Electronic Docket Information | Court Alert | $1,093.66 |
| Electronic Docket Information | Pacer | $23.00 |
| Electronic Docket Information | E-Law | $365.76 |
| Computer Research | ALM Media | $1,137.81 |
| **Total Expenses:** | | $2,622.63 |

## SHEARMAN & STERLING LLP

Page (6)  6

```
PROFORMA GENERATED: 08/12/11                    PROFORMA NO.          872173
02205-00016                                     BATCH NO.             677174
                                                THROUGH DATE:       04/30/11
```

**NORTEL NETWORKS LIMITED**
**RESERVES RELEASE**

           Currency:  US DOLLARS
==============================================================================

### Costcard Detail

|        | Cost |                                                                  |        |         |          |
|--------|------|------------------------------------------------------------------|-------:|---------|----------|
| Date   | Code | Charged By                                                       | Amount | Index # | Voucher  |
| 02/01/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E-LAW, LLC<br>Bank ID: CITBKNY4 Check Number: 758507 | 30.48 | 26620791 | 31542761 |
| 02/01/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E-LAW, LLC<br>Bank ID: CITBKNY4 Check Number: 759065 | 30.48 | 26654768 | 31548586 |
| 02/28/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 759058 | 97.98 | 26654869 | 31548588 |
| 02/28/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: ALM<br>Bank ID: CITBKNY4 Check Number: 759775 | 192.00 | 26688154 | 31553760 |
| 03/31/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 759727 | 112.68 | 26691352 | 31554092 |
| 03/31/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: ALM<br>Bank ID: CITBKNY4 Check Number: 760524 | 232.32 | 26711949 | 31556731 |
| 04/01/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E-LAW, LLC<br>Bank ID: CITBKNY4 Check Number: 759851 | 30.48 | 26691433 | 31554093 |
| 04/01/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: ALM<br>Bank ID: CITBKNY4 Check Number: 761328 | 212.16 | 26755599 | 31563288 |
| 04/06/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: PACER SERVICE CENTER<br>Bank ID: CITBKNY4 Check Number: 760165 | 3.50 | 26720401 | 31558452 |

Page (7) 7

## SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/12/11  
02205-00016  

PROFORMA NO.    872173  
BATCH NO.    677174  
**THROUGH DATE: 04/30/11**

**NORTEL NETWORKS LIMITED**  
**RESERVES RELEASE**  
     Currency:  US DOLLARS  

==============================================================================

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|---|---|---|---|---|---|
| 04/30/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 760853 | 102.90 | 26760826 | 31563992 |
| 05/01/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E-LAW, LLC<br>Bank ID: CITBKNY4 Check Number: 760803 | 30.48 | 26755484 | 31563247 |
| 05/01/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: ALM<br>Bank ID: CITBKNY4 Check Number: 762148 | 212.16 | 26796639 | 31569114 |
| 05/31/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E-LAW, LLC<br>Bank ID: CITBKNY4 Check Number: 761294 | 30.48 | 26776697 | 31566643 |
| 06/01/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E-LAW, LLC<br>Bank ID: CITBKNY4 Check Number: 762288 | 30.48 | 26843297 | 31575693 |
| 06/08/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 761131 | 107.79 | 26773434 | 31566047 |
| 06/30/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 762392 | 107.79 | 26845145 | 31575886 |
| 06/30/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: ALM | 222.24 | 26845278 | 31575911 |

           TOTAL                                          1,786.40

Page (6) 6

## SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 08/12/11                    PROFORMA NO.          872174
02205-00018                                     BATCH NO.             677174
                                                THROUGH DATE:       04/30/11
```

**NORTEL NETWORKS LIMITED**
**MARCH 2004 ERISA ACTION**

      **Currency: US DOLLARS**
========================================================================

### Costcard Detail

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|---|---|---|---|---|---|
| 02/28/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR:<br>COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 759058 | 32.66 | 26654870 | 31548588 |
| 03/31/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR:<br>COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 759727 | 51.17 | 26691353 | 31554092 |
| 04/06/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: PACER<br>SERVICE CENTER<br>Bank ID: CITBKNY4 Check Number: 760165 | 10.50 | 26720402 | 31558452 |
| 04/30/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR:<br>COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 760853 | 34.30 | 26760827 | 31563992 |
| 06/08/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR:<br>COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 761131 | 35.93 | 26773435 | 31566047 |
| 06/30/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR:<br>COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 762392 | 38.65 | 26845146 | 31575886 |

        TOTAL                                      203.21

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/12/11      PROFORMA NO.    872175
02205-00020      BATCH NO.    677174
**THROUGH DATE: 04/30/11**

**NORTEL NETWORKS LIMITED**
**EPICON LITIGATION**

    **Currency: US DOLLARS**
================================================================================

## Costcard Detail

| Date | Cost Code | Charged By | Amount | Index # | Voucher |
|---|---|---|---|---|---|
| 02/01/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E-LAW, LLC<br>Bank ID: CITBKNY4 Check Number: 758507 | 15.24 | 26620792 | 31542761 |
| 02/01/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E-LAW, LLC<br>Bank ID: CITBKNY4 Check Number: 759065 | 15.24 | 26654769 | 31548586 |
| 02/28/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 759058 | 32.66 | 26654871 | 31548588 |
| 02/28/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: ALM<br>Bank ID: CITBKNY4 Check Number: 759775 | 12.00 | 26688155 | 31553760 |
| 03/31/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 759727 | 37.56 | 26691354 | 31554092 |
| 03/31/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: ALM<br>Bank ID: CITBKNY4 Check Number: 760524 | 14.52 | 26711950 | 31556731 |
| 04/01/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: E-LAW, LLC<br>Bank ID: CITBKNY4 Check Number: 759851 | 15.24 | 26691434 | 31554093 |
| 04/01/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: ALM<br>Bank ID: CITBKNY4 Check Number: 761328 | 13.26 | 26755600 | 31563288 |
| 04/30/11 | INF | 06262 Baskin, Stuart<br>Other Information Services - - VENDOR: COURTALERT.COM, INC.<br>Bank ID: CITBKNY4 Check Number: 760853 | 34.30 | 26760828 | 31563992 |

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 08/12/11                      PROFORMA NO.        872175
02205-00020                                       BATCH NO.           677174
                                                  THROUGH DATE: 04/30/11
```

**NORTEL NETWORKS LIMITED**
**EPICON LITIGATION**
         Currency:  US DOLLARS
================================================================================
```
           Cost
 Date      Code    Charged By                             Amount  Index #  Voucher

05/01/11   INF     06262 Baskin, Stuart                    15.24 26755485 31563247
                   Other Information Services - - VENDOR: E-LAW,
                   LLC
                   Bank ID: CITBKNY4 Check Number: 760803

05/01/11   INF     06262 Baskin, Stuart                    13.26 26796640 31569114
                   Other Information Services - - VENDOR: ALM
                   Bank ID: CITBKNY4 Check Number: 762148

05/31/11   INF     06262 Baskin, Stuart                    15.24 26776698 31566643
                   Other Information Services - - VENDOR: E-LAW,
                   LLC
                   Bank ID: CITBKNY4 Check Number: 761294

06/01/11   INF     06262 Baskin, Stuart                    15.24 26843298 31575693
                   Other Information Services - - VENDOR: E-LAW,
                   LLC
                   Bank ID: CITBKNY4 Check Number: 762288

06/08/11   INF     06262 Baskin, Stuart                    35.93 26773436 31566047
                   Other Information Services - - VENDOR:
                   COURTALERT.COM, INC.
                   Bank ID: CITBKNY4 Check Number: 761131

06/30/11   INF     06262 Baskin, Stuart                    35.93 26845147 31575886
                   Other Information Services - - VENDOR:
                   COURTALERT.COM, INC.
                   Bank ID: CITBKNY4 Check Number: 762392

06/30/11   INF     06262 Baskin, Stuart                    13.89 26845279 31575911
                   Other Information Services - - VENDOR: ALM


                   TOTAL                                  334.75
```

```
                                                                  Page (8)  8
                         SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/12/11                      PROFORMA NO.       872176
02205-00021                                       BATCH NO.          677174
                                                  THROUGH DATE: 04/30/11

NORTEL NETWORKS LIMITED
INVESTIGATIONS

          Currency:  US DOLLARS
===============================================================================

                              Costcard Detail

         Cost
Date     Code   Charged By                              Amount   Index #   Voucher

04/08/11 CPY    06262 Baskin, Stuart                      2.00 26689996
                20 COPIES AT 599 5th Floor
                Ref:             42869205     80943

05/12/11 CPY    06262 Baskin, Stuart                       .40 26737082
                4 COPIES AT 599 5th Floor
                Ref:             42921145     81370

02/01/11 INF    06262 Baskin, Stuart                     15.24 26620793 31542761
                Other Information Services - - VENDOR: E-LAW,
                LLC
                Bank ID: CITBKNY4 Check Number: 758507

02/01/11 INF    06262 Baskin, Stuart                     15.24 26654770 31548586
                Other Information Services - - VENDOR: E-LAW,
                LLC
                Bank ID: CITBKNY4 Check Number: 759065

02/28/11 INF    06262 Baskin, Stuart                     35.38 26654872 31548588
                Other Information Services - - VENDOR:
                COURTALERT.COM, INC.
                Bank ID: CITBKNY4 Check Number: 759058

03/31/11 INF    06262 Baskin, Stuart                     51.17 26691355 31554092
                Other Information Services - - VENDOR:
                COURTALERT.COM, INC.
                Bank ID: CITBKNY4 Check Number: 759727

04/01/11 INF    06262 Baskin, Stuart                     15.24 26691435 31554093
                Other Information Services - - VENDOR: E-LAW,
                LLC
                Bank ID: CITBKNY4 Check Number: 759851

04/06/11 INF    06262 Baskin, Stuart                      7.50 26720403 31558452
                Other Information Services - - VENDOR: PACER
                SERVICE CENTER
                Bank ID: CITBKNY4 Check Number: 760165

04/30/11 INF    06262 Baskin, Stuart                     37.02 26760829 31563992
                Other Information Services - - VENDOR:
                COURTALERT.COM, INC.
```

Page (9) 9

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 08/12/11                                PROFORMA NO.        872176
02205-00021                                                 BATCH NO.           677174
                                                            **THROUGH DATE: 04/30/11**

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**
          Currency:   US DOLLARS
=========================================================================
          Cost
 Date     Code    Charged By                                       Amount   Index #   Voucher
                  Bank ID: CITBKNY4 Check Number: 760853

05/01/11  INF    06262 Baskin, Stuart                              15.24  26755486  31563247
                 Other Information Services - - VENDOR: E-LAW,
                 LLC
                 Bank ID: CITBKNY4 Check Number: 760803

05/31/11  INF    06262 Baskin, Stuart                              15.24  26776699  31566643
                 Other Information Services - - VENDOR: E-LAW,
                 LLC
                 Bank ID: CITBKNY4 Check Number: 761294

06/01/11  INF    06262 Baskin, Stuart                              15.24  26843299  31575693
                 Other Information Services - - VENDOR: E-LAW,
                 LLC
                 Bank ID: CITBKNY4 Check Number: 762288

06/08/11  INF    06262 Baskin, Stuart                              35.93  26773437  31566047
                 Other Information Services - - VENDOR:
                 COURTALERT.COM, INC.
                 Bank ID: CITBKNY4 Check Number: 761131

06/30/11  INF    06262 Baskin, Stuart                              35.93  26845148  31575886
                 Other Information Services - - VENDOR:
                 COURTALERT.COM, INC.
                 Bank ID: CITBKNY4 Check Number: 762392

07/06/11  INF    06262 Baskin, Stuart                               1.50  26843463  31575716
                 Other Information Services - - VENDOR: PACER
                 SERVICE CENTER
                 Bank ID: CITBKNY4 Check Number: 762268


                     TOTAL                                        298.27