# EXHIBIT A

2725046.2

**Client: Nortel Networks Incorporated**
**Matter: L-175748 - Pensions**
**Schedule of time covering period from 1 May 2011 to 31 July 2011**

| Date | Name | Hours | Agreed Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| **Claims** | | | | | |
| 04/05/2011 | Mark Blyth | 0.20 | 725.00 | 145.00 | Email Cleary re employment issues |
| 05/05/2011 | Mark Blyth | 3.40 | 725.00 | 2,465.00 | Note for Cleary re employment issues and email with Cleary re same |
| 05/05/2011 | Mark Blyth | 0.20 | 725.00 | 145.00 | Email with Cleary re employment issues |
| 09/05/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Email to Cleary re employment issues |
| 13/05/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Email with Cleary re document |
| 18/05/2011 | Mark Blyth | 0.20 | 725.00 | 145.00 | Email Cleary re employment issues - internal email re same |
| 24/05/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Internal email re employment issues |
| 24/05/2011 | Parham Kouchikali | 3.00 | 545.00 | 1,635.00 | Review papers and discussion with Mark Blyth re employment issues |
| 25/05/2011 | Mark Blyth | 5.20 | 725.00 | 3,770.00 | Review documents re employment issues |
| 26/05/2011 | Mark Blyth | 0.90 | 725.00 | 652.50 | Review documents re employment issues - internal discussion re same |
| 26/05/2011 | Mark Blyth | 0.50 | 725.00 | 362.50 | Review documents re employment issues |
| 26/05/2011 | Mark Blyth | 1.80 | 725.00 | 1,305.00 | Review documents - email Cleary re same |
| 31/05/2011 | Mark Blyth | 0.30 | 725.00 | 217.50 | Conference call and email Cleary re call |
| 06/06/2011 | Mark Blyth | 1.00 | 725.00 | 725.00 | Research re employment issues and email Cleary |
| 06/06/2011 | Mark Blyth | 1.00 | 725.00 | 725.00 | Review papers re employment issues - email Cleary |
| 06/06/2011 | Mark Blyth | 0.60 | 725.00 | 435.00 | Email Cleary re document |
| 13/06/2011 | Mark Blyth | 0.40 | 725.00 | 290.00 | Email Cleary re employment issues |
| 16/06/2011 | Mark Blyth | 0.70 | 725.00 | 507.50 | Advice to Cleary re employment issues |
| 17/06/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Email re employment issues |
| 27/06/2011 | Mark Blyth | 0.20 | 725.00 | 145.00 | Review correspondence from Cleary |
| 13/07/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Email Cleary re employment issues |
| 18/07/2011 | Mark Blyth | 0.20 | 725.00 | 145.00 | Email Cleary re documents and employment issues |
| 19/07/2011 | Mark Blyth | 0.40 | 725.00 | 290.00 | Email Cleary re employment issues |
| 19/07/2011 | Mark Blyth | 0.70 | 725.00 | 507.50 | Email Cleary re employment issues |
| 22/07/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Email Cleary re employment issues |
| 29/07/2011 | Mark Blyth | 0.20 | 725.00 | 145.00 | Email re employment issues |
| 29/07/2011 | Mark Blyth | 0.40 | 725.00 | 290.00 | Email Cleary re employment issues |
| **Fee applications** | | | | | |
| 24/05/2011 | Jared Oyston | 0.20 | 415.00 | 83.00 | Reviewing billing guide ahead of costs application |
| 31/05/2011 | Jared Oyston | 0.30 | 415.00 | 124.50 | Finalising and sending fee application |
| 31/05/2011 | Jared Oyston | 2.00 | 415.00 | 830.00 | Drafting fee applications |
| 07/06/2011 | Jared Oyston | 0.50 | 415.00 | 207.50 | Locating and sending document re employment issues |
| **Total** | | **25.10** | | **16,727.50** | |

A13911827