# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2011 Through July 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Counsel fees | | £17,737.32 |
| Taxis | | £23.93 |
| Meals | | £47.21 |
| Legal support | | £212.50 |
| Transcription | | £44.75 |
| Printing and copying | | £91.59 |
| **Grand Total Expenses** | | **£18,157.30** (US$29,414.82) |

2725046.2

Client: Nortel Networks Incorporated
Matter: L-175748 - Pensions
Schedule of OSIs covering period from 1 May 2011 to 31 July 2011

## Disbursement Section

| Date | Description | Disb.Value | Status |
|---|---|---|---|
| 21/04/2011 | COUNSEL FEES | 1,412.32 | Mr James Walmsley |
| 21/04/2011 | COUNSEL FEES | 16,325.00 | Mr James Walmsley |
| **Total Professional Disbursements** | | **17,737.32** | |

## Business Services Section

| Rec Date | Name | Hours | Notional per hour | Charge GBP | Narrative |
|---|---|---|---|---|---|
| 25/05/2011 | Joy Thornhill | 1.00 | 125 | 125.00 | Liaising with RCJ transcripts department and Merrills Legal Solutions to obtain a quote for the transcription of a hearing in the Companies court. |
| 26/05/2011 | Joy Thornhill | 0.70 | 125 | 87.50 | Liaising with RCJ transcripts department and Merrills Legal Solutions to obtain a copy of the transcript of a court hearing from June 2009 regarding an order allowing joint administrators to sign the IFSA. |
| **Total Legal Support** | | **1.70** | | **212.50** | |

## Other Service Item (OSI) Section

| Date | OSIS. Type | OSIS.Value | Description |
|---|---|---|---|
| 03/05/2011 | O055_MEALS_LATE_WK | 43.95 | 21/04 Lunch with Counsel- james Walmsley |
| 16/05/2011 | O055_MEALS_LATE_WK | 3.26 | 28/02 Evening meal - working late |
| 20/05/2011 | PRINTCOPYING | 7.54 | Printing: Black & White |
| 20/05/2011 | PHOTO_WHITE_A4 | 73.68 | Copying B&W A4 |
| 25/05/2011 | PRINTCOPYING | 10.37 | Printing: Black & White |
| 31/05/2011 | O001_TAXIS | 23.93 | 310511, MR J OYSTON, N7, 0004 |
| 09/06/2011 | O058_DOCUMENT_PROD | 44.75 | TRANSCRIPT FEES |
| **Total** | | **207.48** | |

A13911827