# EXHIBIT C

2725046.2

# Professional Fees of James Walmsley

VAT Registration No: 936238705

DX: 10 London/City

Linklaters LLP
Solicitors
One Silk Street
London
United Kingdom
EC2Y 8HQ

8 New Square, Lincoln's Inn
London WC2A 3QP

# WILBERFORCE
CHAMBERS

Tel · 020 7306 0102
Fax · 020 7306 0095
LDE No · 311

| Your Ref: Mark Blyth | 30 Aug 2011 | Case Ref. No: 96925 |

### Re: Nortel Networks Inc

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| 14 Apr 2010 | Reading and considering emails from Instructing Solicitors; considering issues; liaising with Mr Newman QC by email [30 mins] | 87.50 | 15.31 |
| 07 May 2010 | Discussing the matter with Mr Blyth; advising by email [30 mins] | 87.50 | 15.31 |
| 10 May 2010 | Discussing the matter with Mr Blyth [10 mins] | 29.17 | 5.10 |
| 01 Mar 2011 | Instructions to Counsel to advise<br>Reviewing Instructions [30 mins] | 87.50 | 17.50 |
| 02 Mar 2011 | Perusing papers and considering the matter [3 hrs] | 525.00 | 105.00 |
| 03 Mar 2011 | Perusing papers and considering the matter [3 hrs] | 525.00 | 105.00 |

Please make cheques payable to James Walmsley

THIS IS NOT A TAX INVOICE    PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE

(c) Meridian Law Limited    Page: 1/4

Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk

# Professional Fees of James Walmsley

VAT Registration No: 936238705

| DX: 10 London/City |
|---|
| Linklaters LLP<br>Solicitors<br>One Silk Street<br>London<br>United Kingdom<br>EC2Y 8HQ |

8 New Square, Lincoln's Inn
London WC2A 3QP

## WILBERFORCE
CHAMBERS

Tel · 020 7306 0102
Fax · 020 7306 0095
LDE No · 311

| Your Ref: Mark Blyth | 30 Aug 2011 | Case Ref. No: 96925 |

**Re: Nortel Networks Inc**

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| 04 Mar 2011 | Perusing papers and considering the matter<br>[3 hrs] | 525.00 | 105.00 |
| 07 Mar 2011 | Working on draft document<br>[5 hrs] | 875.00 | 175.00 |
| 08 Mar 2011 | Finalising draft document for Instructing Solicitors' consideration<br>[7 hrs] | 1,225.00 | 245.00 |
| 09 Mar 2011 | Reviewing further information from Instructing Solicitors and emailing Instructing Solicitors with further analysis and considering comments from Instructing Solicitors<br>[4 hrs] | 700.00 | 140.00 |
| 10 Mar 2011 | Considering matter further and emailing Instructing Solicitors; advising Instructing Solicitors and revising draft document<br>[7 hrs] | 1,225.00 | 245.00 |

| Please make cheques payable to James Walmsley | |
|---|---|
| THIS IS NOT A TAX INVOICE | PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE |

(c) Meridian Law Limited                                                                 Page: 2/4



Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk

# Professional Fees of James Walmsley

VAT Registration No: 936238705

DX: 10 London/City

Linklaters LLP
Solicitors
One Silk Street
London
United Kingdom
EC2Y 8HQ

8 New Square, Lincoln's Inn
London WC2A 3QP

# WILBERFORCE
CHAMBERS

Tel · 020 7306 0102
Fax · 020 7306 0095
LDE No · 311

| Your Ref: Mark Blyth | 30 Aug 2011 | Case Ref. No: 96925 |

## Re: Nortel Networks Inc

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| 14 Mar 2011 | Considering and amending revised draft of Joint document [3 hrs] | 525.00 | 105.00 |
| 15 Mar 2011 | Finalising draft document with Linklaters [30 mins] | 87.50 | 17.50 |
| 16 Mar 2011 | Preparing for telephone Conference and advising in Conference on the telephone at Instructing Solicitors' offices [3 hrs] | 525.00 | 105.00 |
| 10 Apr 2011 | Travelling from London to New York | 1,750.00 | 350.00 |
| 11 Apr 2011 | Attending at Meetings | 2,000.00 | 400.00 |
| 12 Apr 2011 | Attending at Meeting | 2,000.00 | 400.00 |
| 13 Apr 2011 | Attending at Meeting | 2,000.00 | 400.00 |

| Please make cheques payable to James Walmsley |
|---|
| THIS IS NOT A TAX INVOICE    PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE |

(c) Meridian Law Limited

Page: 3/4



Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk

# Professional Fees of James Walmsley
VAT Registration No: 936238705

DX: 10 London/City

Linklaters LLP
Solicitors
One Silk Street
London
United Kingdom
EC2Y 8HQ

8 New Square, Lincoln's Inn
London WC2A 3QP

## WILBERFORCE
CHAMBERS

Tel · 020 7306 0102
Fax · 020 7306 0095
LDE No · 311

| Your Ref: Mark Blyth | 30 Aug 2011 | Case Ref. No: 96925 |

### Re: Nortel Networks Inc

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| 14 Apr 2011 | Travelling from New York to London | 1,750.00 | 350.00 |
| 21 Apr 2011 | Disbursement - [Hotel expenses] | 1,412.32 | 0.00 |

| | Total | £17,941.49 | £3,300.72 |
| | **Total Due** | **£21,242.21** | |

Please make cheques payable to James Walmsley

| THIS IS NOT A TAX INVOICE | PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE |

(c) Meridian Law Limited

Page: 4/4

Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk