**CERTIFICATE OF SERVICE**

       I, Ann C. Cordo certify that I am not less than 18 years of age, and that service of the foregoing **Sixth Quarterly Fee Application Of Linklaters LLP As U.K. Counsel For Debtors And Debtors-In-Possession, For The Period May 1, 2011 Through July 31, 2011** was caused to be made on August 30, 2011, in the manner indicated upon the entities identified below.

Date: August 30, 2011                        */s/ Ann C. Cordo*
                                                            Ann C. Cordo (No. 4817)

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
|---|---|
| Thomas P. Tinker, Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE 19801-3519<br>(Trustee) | Allen K. Stout<br>Nortel Networks<br>220 Athens Way, Suite 300<br>Nashville, Tennessee 37228-1304<br>(Debtor) |
| Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801<br>(Counsel for Official Committee<br>Of Unsecured Creditors) | Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>(Counsel for Official Committee<br>Of Unsecured Creditors) |

3581052.4