IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: September 21, 2011 at 10:00 a.m. (ET)**<br>) |

## NOTICE OF TENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:　　　　　　　　　　Capstone Advisory Group, LLC

Authorized to Provide
Professional Services to:　　　　　　　Official Committee of Unsecured Creditors

Date of Retention:　　　　　　　　　　March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:　　　　　May 1, 2011 through July 31, 2011[2]

Amount of Compensation sought as
actual, reasonable and necessary:　　　$1,487,007.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:　　$13,648.81

This is (a)n: _X_ interim ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC's May, June and July 2011 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed: 6/27/11 Docket No. 5815 | 5/1/11 to 5/31/11 | $454,121.00 | $5,101.34 | $363,296.80 | $5,101.34 | $90,824.20 |
| Date Filed: 8/9/11 Docket No. 6114 | 6/1/11 to 6/30/11 | $591,000.50 | $6,473.29 | $472,800.40 | $6,473.29 | $118,200.10 |
| Date Filed: 8/26/11 Docket No. 6238 | 7/1/11 to 7/31/11 | $441,885.50 | $2,074.18 | Pending Obj. Deadline $353,508.40 | Pending Obj. Deadline $2,074.18 | $88,377.10 |
| **TOTALS:** | | $1,487,007.00 | $13,648.81 | $1,189,605.60 | $13,648.81 | $297,401.40 |

Summary of any Objections to Fee Applications: None.

Dated: August 30, 2011
   New York, NY

Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP
104 West 40th Street
16th floor
New York, NY 10018
Telephone: (212) 782-1411
Facsimile: (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*