# Exhibit A

**Jefferies**
Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

*INVOICE*

Invoice Number: 8397
Invoice Date: 08/27/2011
Reference #: NOR25000IB
Terms: Immediate

Official Committee of Unsecured Creditors of
Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention: Tim Burling, Flextronics Corporation
Committee Chairman

Re: Investment Banking Services

For services rendered in accordance with our engagement letter dated February 01, 2009

| | |
|---|---:|
| **Monthly Fee:** | |
| May 2011 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| Total Fee: | $160,000.00 |
| | |
| *Expenses:* | |
| Meals | $99.15 |
| Transportation - Ground | $81.85 |
| Total Out-of-Pocket Expenses: | $181.00 |

**TOTAL DUE** $160,181.00

**Payment Details**

Wire Instructions
Bank of New York
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions
Jefferies & Company, Inc.
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

Reference: NOR250-8397- Nortel