Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
May 1, 2011 – May 31, 2011
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Meals | $99.15 |
| Transportation – Ground | $81.85 |
| Total | $181.00 |

13

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| RORY KEENAN | Transportation - Ground | OT Taxi - Office to Home | 3/15/2011 | $10.20 |
| RORY KEENAN | Transportation - Ground | OT Taxi - Office to Home | 3/17/2011 | $7.55 |
| RORY KEENAN | Transportation - Ground | OT Taxi - Office to Home | 3/18/2011 | $8.65 |
| RORY KEENAN | Transportation - Ground | OT Taxi - Office to Home | 3/22/2011 | $8.35 |
| RORY KEENAN | Transportation - Ground | OT Taxi - Office to Home | 3/22/2011 | $8.65 |
| RORY KEENAN | Transportation - Ground | OT Taxi - Office to Home | 3/24/2011 | $8.35 |
| RORY KEENAN | Meals | Overtime Meal | 3/28/2011 | $25.21 |
| RORY KEENAN | Transportation - Ground | OT Taxi - Office to Home | 3/30/2011 | $7.55 |
| RORY KEENAN | Meals | Overtime Meal | 3/30/2011 | $25.49 |
| RORY KEENAN | Transportation - Ground | OT Taxi - Office to Home | 4/5/2011 | $7.80 |
| RORY KEENAN | Transportation - Ground | OT Taxi - Office to Home | 4/8/2011 | $6.10 |
| RORY KEENAN | Transportation - Ground | OT Taxi - Office to Home | 4/9/2011 | $8.65 |
| BHOOMICA REDDY | Meals | Overtime Meal | 4/26/2011 | $24.26 |
| ROBBY TENNENBAUM | Meals | Overtime Meal | 5/5/2011 | $24.19 |
| **Total:** | | | | **$181.00** |