# Exhibit C

# Jefferies & Company, Inc.
## Summary of Hours Worked
### May 1, 2011 - May 31, 2011

| Name | Position | Hours Worked |
|---|---|---|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 17.5 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 8.0 |
| Leon Szlezinger | Managing Director, Recapitalization and Restructuring Group | 27.5 |
| Alex Rohan | Senior Vice President, Communication Technologies Group | 54.0 |
| Gaurav Kittur | Senior Vice President, Communication Technologies Group | 10.0 |
| Paul Zangrilli | Vice President, Communication Technologies Group | 9.5 |
| Rory Keenan | Vice President, Recapitalization and Restructuring Group | 48.5 |
| Robby Tennenbaum | Associate, Recapitalization and Restructuring Group | 33.0 |
| Bhoomica Reddy | Associate, Recapitalization and Restructuring Group | 26.0 |
| | **Total** | **234.0** |

Other Jefferies professionals who participated but do not keep hours:

Justin DeSpirito   Legal Counsel
Patrick Morrow    Paralegal

Jefferies & Company, Inc.
May 2011

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Michael Henkin* | | | |
| Michael Henkin | 5/4/2011 | 2.00 | Call w/Akin,Capstone,Frasier re: allocation and IP masters,UCC call prep |
| Michael Henkin | 5/5/2011 | 1.50 | Review pleadings; IP docs; call w/creditor re: case issues |
| Michael Henkin | 5/5/2011 | 1.50 | UCC call and related IP doc review |
| Michael Henkin | 5/10/2011 | 0.50 | Review communications re: IP sale process |
| Michael Henkin | 5/11/2011 | 1.50 | Call w/Akin,Capstone,Frasier Milner re: UCC call prep and case issue |
| Michael Henkin | 5/12/2011 | 1.00 | Call w/JEF team members and related doc review re: IP sale process |
| Michael Henkin | 5/17/2011 | 0.50 | Communication with JEF team re: IP issues |
| Michael Henkin | 5/18/2011 | 1.00 | UCC call |
| Michael Henkin | 5/20/2011 | 2.00 | Review memorandum of law, Related communication w/counsel filings |
| Michael Henkin | 5/25/2011 | 1.00 | Review motions |
| Michael Henkin | 5/26/2011 | 1.50 | UCC call and follow up call w/Akin, Capstone |
| Michael Henkin | 5/30/2011 | 1.50 | Review allocation related docs and communication w/Akin |
| Michael Henkin | 5/31/2011 | 2.00 | UCC pre-call w/Akin, Fraser & review filings |
| **May 2011 Summary Hours for Michael Henkin** | | **17.50** | |
| | | | |
| *Phil Berkowitz* | | | |
| Phil Berkowitz | 5/5/2011 | 1.00 | Review documents |
| Phil Berkowitz | 5/10/2011 | 0.50 | Review documents IP sale process |
| Phil Berkowitz | 5/17/2011 | 0.50 | Communication with JEF team re: IP issues |
| Phil Berkowitz | 5/18/2011 | 1.00 | Review documents |
| Phil Berkowitz | 5/26/2011 | 1.50 | Review documents |
| Phil Berkowitz | 5/30/2011 | 1.50 | Review documents |
| Phil Berkowitz | 5/31/2011 | 2.00 | UCC pre-call |
| **May 2011 Summary Hours for Phil Berkowitz** | | **8.00** | |
| | | | |
| *Alex Rohan* | | | |
| Alex Rohan | 5/1/2011 | 4.00 | Internal discussions re: sale process and discussions with debtor re: same; review and comment on potential questions |
| Alex Rohan | 5/2/2011 | 1.50 | Participate in update call with FA's and review correspondence re: same |
| Alex Rohan | 5/3/2011 | 4.50 | Calls with professionals re: UCC call; review correspondence with debtors advisors re: IP sale; call with counsel re: same; internal discussions re: same |
| Alex Rohan | 5/4/2011 | 4.00 | Prepare for UCC presentation; review and revise talking points; review correspondence re: tax and other financial issues; internal discussions re: UCC presentation |
| Alex Rohan | 5/5/2011 | 5.50 | Review and revise UCC presentation materials; prepare for call; participate and present at UCC call; internal discussions re: IP sale process |
| Alex Rohan | 5/6/2011 | 1.50 | Review correspondence re IP sale process; review bid process information and related documents; consider strategies for process |
| Alex Rohan | 5/9/2011 | 2.50 | Update call with Debtor; review IP sale information and strategy |
| Alex Rohan | 5/10/2011 | 4.00 | IP update marketing/status call participation. Review internal summary and comment; review and comment on UCC presentation |
| Alex Rohan | 5/11/2011 | 2.50 | Prepare for call with professionals and UCC re: process; review and consider IP sale process and strategy; internal discussions re same |
| Alex Rohan | 5/12/2011 | 4.50 | Review and revise UCC materials; prepare for and participate on call; review correspondence re: case status and allocation issues |
| Alex Rohan | 5/13/2011 | 1.00 | Review monitor's report; internal discussions re: same |
| Alex Rohan | 5/16/2011 | 4.00 | Prepare for and participate on professionals call; review asset sale/auction documents and analysis; prepare for UCC call |
| Alex Rohan | 5/18/2011 | 0.50 | Participate in update call with professionals |
| Alex Rohan | 5/19/2011 | 1.50 | Internal discussions re: sale process; review and prepare materials for call; review correspondence re: same |
| Alex Rohan | 5/20/2011 | 1.00 | Call with UCC professionals |
| Alex Rohan | 5/22/2011 | 1.50 | Prepare for Committee professionals call. |
| Alex Rohan | 5/23/2011 | 1.00 | Committee professionals call |
| Alex Rohan | 5/24/2011 | 1.50 | Review correspondence re: IP sale process and participate in update call |
| Alex Rohan | 5/25/2011 | 2.00 | Review IP sale summaries; internal discussions and professionals call re: same |
| Alex Rohan | 5/26/2011 | 3.50 | Prepare for and participate in UCC call including post-call with professionals; review court filings and motions |
| Alex Rohan | 5/31/2011 | 2.00 | Participate on professionals call; review IP sale documents |
| **May 2011 Summary Hours for Alex Rohan** | | **54.00** | |
| | | | |
| *Leon Szlezinger* | | | |
| Leon Szlezinger | 5/1/2011 | 1.00 | Internal discussions re: sale process and discussions with debtor |
| Leon Szlezinger | 5/2/2011 | 1.00 | Participate in update call with FA's |
| Leon Szlezinger | 5/3/2011 | 2.50 | Participate in various calls with professionals and debtors, re: process; internal discussions re same |
| Leon Szlezinger | 5/4/2011 | 1.00 | Internal discussions re: UCC presentation; review same |
| Leon Szlezinger | 5/5/2011 | 3.00 | Prepare for UCC call; participate on same |
| Leon Szlezinger | 5/10/2011 | 1.50 | Internal discussions re: marketing update; review related materials |
| Leon Szlezinger | 5/11/2011 | 1.00 | Discuss IP sale strategy with team; review preparation for calls |
| Leon Szlezinger | 5/12/2011 | 2.00 | Participate on professionals call; post-call strategy and discussions with team |
| Leon Szlezinger | 5/16/2011 | 4.00 | Prepare for and participate on professionals call; review asset sale/auction documents and analysis; prepare for UCC call |
| Leon Szlezinger | 5/18/2011 | 0.50 | Participate in update call with professionals |
| Leon Szlezinger | 5/19/2011 | 1.00 | Internal discussions re: sale process; review and prepare materials for call; |
| Leon Szlezinger | 5/20/2011 | 1.00 | Call with UCC professionals |
| Leon Szlezinger | 5/23/2011 | 1.50 | Prepare for and participate on professionals call |
| Leon Szlezinger | 5/24/2011 | 1.00 | Participate in update call re sale process |
| Leon Szlezinger | 5/25/2011 | 2.00 | Review IP sale summaries; internal discussions and professionals call re: same |
| Leon Szlezinger | 5/26/2011 | 2.50 | Prepare for and participate in UCC call including post-call with professionals |
| Leon Szlezinger | 5/31/2011 | 1.00 | Participate on professionals call |
| **May 2011 Summary Hours for Leon Szlezinger** | | **27.50** | |
| | | | |
| *Gaurav Kittur* | | | |
| Gaurav Kittur | 5/5/2011 | 1.00 | Review documents |
| Gaurav Kittur | 5/10/2011 | 0.50 | Review documents |
| Gaurav Kittur | 5/12/2011 | 1.00 | Review documents |
| Gaurav Kittur | 5/17/2011 | 1.00 | Internal Emails |
| Gaurav Kittur | 5/18/2011 | 2.00 | Review documents and UCC call |
| Gaurav Kittur | 5/26/2011 | 1.50 | Review documents |
| Gaurav Kittur | 5/30/2011 | 2.00 | Review documents |
| Gaurav Kittur | 5/31/2011 | 1.00 | UCC pre-call |
| **May 2011 Summary Hours for Gaurav Kittur** | | **10.00** | |

*Paul Zangrilli*

| Name | Date | Hours | Description |
|---|---|---|---|
| Paul Zangrilli | 5/5/2011 | 1.50 | Review documents |
| Paul Zangrilli | 5/10/2011 | 0.50 | Review documents |
| Paul Zangrilli | 5/17/2011 | 1.00 | Internal Communications |
| Paul Zangrilli | 5/18/2011 | 2.00 | UCC call and correspondence |
| Paul Zangrilli | 5/26/2011 | 2.00 | Review documents |
| Paul Zangrilli | 5/30/2011 | 1.50 | Review documents |
| Paul Zangrilli | 5/31/2011 | 1.00 | UCC pre-call |
| **May 2011 Summary Hours for Paul Zangrilli** | | **9.50** | |

*Rory Keenan*

| Name | Date | Hours | Description |
|---|---|---|---|
| Rory Keenan | 5/1/2011 | 6.00 | Preparation of questions for call with Debtor. Call with Debtor. Review of Bid procedures documents. |
| Rory Keenan | 5/2/2011 | 0.50 | Participate in Creditor FA IP update call. |
| Rory Keenan | 5/3/2011 | 3.00 | Prepare for UCC call. Call with UCC professionals |
| Rory Keenan | 5/4/2011 | 4.00 | Committee call and preparation. Review mediation submissions. |
| Rory Keenan | 5/5/2011 | 3.00 | Review of IP bid filings |
| Rory Keenan | 5/6/2011 | 2.00 | Prepare and review pension issue research. |
| Rory Keenan | 5/9/2011 | 1.50 | Update call with Debtor |
| Rory Keenan | 5/10/2011 | 4.00 | IP update marketing/status call participation. Prepare summary for other team members. Prepare UCC materials |
| Rory Keenan | 5/11/2011 | 4.50 | Review of status of IP marketing/negotiation with other team members. Prepare for Committee call. Call with |
| Rory Keenan | 5/12/2011 | 3.00 | Nortel Committee call. Prepare materials for call |
| Rory Keenan | 5/13/2011 | 2.50 | Review recent court filings on asset sales. Review most recent monitor report. |
| Rory Keenan | 5/16/2011 | 2.50 | Update call with Debtor professionals. IP sale process update call. Review recent court filings. |
| Rory Keenan | 5/17/2011 | 1.00 | Prepare for update call on sale processes |
| Rory Keenan | 5/18/2011 | 0.50 | Update call with US Debtor professionals on |
| Rory Keenan | 5/19/2011 | 0.50 | Jefferies internal update call |
| Rory Keenan | 5/20/2011 | 2.50 | Call with Committee professionals. Review EMEA pleadings and summary. |
| Rory Keenan | 5/22/2011 | 1.50 | Prepare for Committee professionals call. |
| Rory Keenan | 5/23/2011 | 1.00 | Committee professionals call |
| Rory Keenan | 5/24/2011 | 0.50 | IP update call. |
| Rory Keenan | 5/25/2011 | 1.50 | Review IP marketing summaries. Committee professionals call. |
| Rory Keenan | 5/26/2011 | 1.50 | UCC call and post-call review |
| Rory Keenan | 5/31/2011 | 1.50 | Review recent filings. Committee professional call. |
| **May 2011 Summary Hours for Rory Keenan** | | **48.50** | |

*Robby Tennenbaum*

| Name | Date | Hours | Description |
|---|---|---|---|
| Robby Tennenbaum | 5/4/2011 | 5.00 | Review mediation submissions; t/c with counsel re same |
| Robby Tennenbaum | 5/5/2011 | 2.00 | Review NNI reply to EMEA claim response; attend weekly call and follow up call |
| Robby Tennenbaum | 5/6/2011 | 4.00 | Research re pension issues |
| Robby Tennenbaum | 5/10/2011 | 1.00 | Attend IP sale update call; review summary of same |
| Robby Tennenbaum | 5/11/2011 | 1.50 | Attend professionals call; review EMEA letter |
| Robby Tennenbaum | 5/12/2011 | 4.50 | Attend committee call, attend follow up call; review allocation analysis, review ds |
| Robby Tennenbaum | 5/15/2011 | 1.50 | Attend call with Debtors and follow up re same |
| Robby Tennenbaum | 5/16/2011 | 4.00 | Attend call re monthly RM; attend call re IP sale status; attend professionals call; review NNCC research and o/c re same |
| Robby Tennenbaum | 5/18/2011 | 1.00 | Attend UCC call |
| Robby Tennenbaum | 5/19/2011 | 2.00 | Review EMEA pleadings; prepare book re same |
| Robby Tennenbaum | 5/20/2011 | 3.00 | Review EMEA pleadings and summarize same |
| Robby Tennenbaum | 5/23/2011 | 1.00 | Attend professionals call and summarize same |
| Robby Tennenbaum | 5/24/2011 | 0.50 | Attend IP sale update call |
| Robby Tennenbaum | 5/25/2011 | 0.50 | Attend professionals call |
| Robby Tennenbaum | 5/26/2011 | 1.00 | Attend ucc call and follow up |
| Robby Tennenbaum | 5/31/2011 | 0.50 | Attend professionals call |
| **May 2011 Summary Hours for Robby Tennenbaum** | | **33.00** | |

*Bhoomica Reddy*

| Name | Date | Hours | Description |
|---|---|---|---|
| Bhoomica Reddy | 5/3/2011 | 2.50 | Call with professionals; Preparation for UCC update call |
| Bhoomica Reddy | 5/4/2011 | 2.50 | Pre-call with professionals; Preparation for UCC update call |
| Bhoomica Reddy | 5/5/2011 | 1.50 | UCC Update call and Post call debrief |
| Bhoomica Reddy | 5/9/2011 | 1.00 | Call with Professionals |
| Bhoomica Reddy | 5/10/2011 | 1.00 | Call with Lazard to discuss IP related matters |
| Bhoomica Reddy | 5/11/2011 | 2.00 | Internal meeting regarding IP and Pre-call with professionals |
| Bhoomica Reddy | 5/12/2011 | 1.50 | UCC Update call |
| Bhoomica Reddy | 5/15/2011 | 1.50 | Administrative |
| Bhoomica Reddy | 5/16/2011 | 1.00 | Call with Professionals |
| Bhoomica Reddy | 5/17/2011 | 1.50 | Call with Lazard to discuss IP related matters and call with professionals |
| Bhoomica Reddy | 5/18/2011 | 1.50 | UCC Update call |
| Bhoomica Reddy | 5/23/2011 | 1.00 | Call with Professionals |
| Bhoomica Reddy | 5/24/2011 | 1.00 | Call with Lazard to discuss IP related matters |
| Bhoomica Reddy | 5/25/2011 | 1.50 | Pre-call with professionals |
| Bhoomica Reddy | 5/26/2011 | 1.50 | UCC Update call |
| Bhoomica Reddy | 5/27/2011 | 2.00 | Administrative |
| Bhoomica Reddy | 5/31/2011 | 1.50 | Call with Lazard to discuss IP related matters and call with professionals |
| **May 2011 Summary Hours for Bhoomica Reddy** | | **26.00** | |

18