Exhibit A

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

*INVOICE*

Invoice Number: 8416
Invoice Date: 08/30/2011
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of
Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:   Tim Burling, Flextronics Corporation
            Committee Chairman

Re:        Investment Banking Services

| For services rendered in accordance with our engagement letter dated February 01, 2009 | |
|---|---|
| **Monthly Fee:** | |
| June 2011 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| Total Fee: | $160,000.00 |
| | |
| **Expenses:** | |
| Meals | $112.10 |
| Presentation Services | $202.00 |
| Phone/Fax | $16.05 |
| Transportation - Ground | $56.75 |
| Total Out-of-Pocket Expenses: | $386.90 |

| TOTAL DUE | $160,386.90 |
|---|---|

**Payment Details**

| Wire Instructions | Check Payment Instructions |
|---|---|
| Bank of New York | Jefferies & Company, Inc. |
| ABA #021000018 | 11100 Santa Monica Blvd. |
| A/C: Jefferies & Company, Inc. | 12th Floor |
| A/C: #890-065-2772 | Los Angeles, CA 90025 |

Reference:      NOR250-8416- Nortel

11