Exhibit B

## Jefferies & Company, Inc.
Breakdown of Expenses
June 1, 2011 – June 30, 2011
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Meals | $112.10 |
| Presentation Services | $202.00 |
| Phone / Fax | $16.05 |
| Transportation – Ground | $56.75 |
| Total | $386.90 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| RORY KEENAN | Transportation - Ground | OT Taxi - Office to Home | 5/17/2011 | $9.15 |
| RORY KEENAN | Transportation - Ground | OT Taxi - Office to Home | 5/18/2011 | $7.40 |
| RORY KEENAN | Transportation - Ground | OT Taxi - Office to Home | 5/19/2011 | $7.95 |
| ROBBY TENNENBAUM | Meals | Overtime Meal | 5/19/2011 | $17.47 |
| MICHAEL J HENKIN | Phone / Fax | Calling Card for Business Purposes | 5/22/2011 | $16.05 |
| RORY KEENAN | Transportation - Ground | OT Taxi - Office to Home | 5/23/2011 | $8.60 |
| RORY KEENAN | Transportation - Ground | OT Taxi - Office to Home | 5/24/2011 | $7.85 |
| RORY KEENAN | Transportation - Ground | OT Taxi - Office to Home | 5/24/2011 | $7.80 |
| BHOOMICA REDDY | Meals | Overtime Meal | 5/25/2011 | $24.67 |
| RORY KEENAN | Transportation - Ground | OT Taxi - Office to Home | 5/27/2011 | $8.00 |
| BHOOMICA REDDY | Meals | Overtime Meal | 5/31/2011 | $22.53 |
| RORY KEENAN | Meals | Overtime Meal | 6/1/2011 | $24.19 |
| RORY KEENAN | Meals | Overtime Meal | 6/3/2011 | $23.24 |
| Christina Hayes | Presentation Services | Create / Edit Presentation | 6/14/2011 | $202.00 |
| **Total:** | | | | $386.90 |