# Exhibit C

## Jefferies & Company, Inc.
Summary of Hours Worked
June 1, 2011 - June 30, 2011

| Name | Position | Hours Worked |
|---|---|---|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 69.5 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 27.0 |
| Leon Szlezinger | Managing Director, Recapitalization and Restructuring Group | 35.5 |
| Alex Rohan | Senior Vice President, Recapitalization and Restructuring Group | 115.5 |
| Gaurav Kittur | Senior Vice President, Communication Technologies Group | 50.0 |
| Paul Zangrilli | Vice President, Communication Technologies Group | 13.5 |
| Rory Keenan | Vice President, Recapitalization and Restructuring Group | 107.0 |
| Robby Tennenbaum | Associate, Recapitalization and Restructuring Group | 39.0 |
| Bhoomica Reddy | Associate, Recapitalization and Restructuring Group | 81.0 |
| | **Total** | **538.0** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

Jefferies & Company, Inc.
June 2011

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Michael Henkin* | | | |
| Michael Henkin | 6/1/2011 | 1.00 | UCC call |
| Michael Henkin | 6/3/2011 | 1.50 | Call w/creditor re: case issues |
| Michael Henkin | 6/6/2011 | 1.50 | Communicate w/Akin & JEF team re: IP sale and allocation |
| Michael Henkin | 6/8/2011 | 1.50 | Review IP sale and mediation docs |
| Michael Henkin | 6/9/2011 | 1.00 | UCC call |
| Michael Henkin | 6/13/2011 | 1.50 | ucc call |
| Michael Henkin | 6/14/2011 | 2.00 | IP sale related doc review and related communications and calls w/other parties in interest |
| Michael Henkin | 6/15/2011 | 3.50 | Call w/ Lazard and other parties in interest re: IP Sale issues |
| Michael Henkin | 6/15/2011 | 1.50 | UCC call and related doc review |
| Michael Henkin | 6/16/2011 | 1.00 | Communications re: IP sale w/JEF team and counsel |
| Michael Henkin | 6/17/2011 | 3.00 | Review communications re: IP sale and orders re: allocation |
| Michael Henkin | 6/22/2011 | 1.50 | Call w/UCC professionals re: case issues |
| Michael Henkin | 6/23/2011 | 1.00 | UCC professionals call |
| Michael Henkin | 6/27/2011 | 4.50 | Attend auction |
| Michael Henkin | 6/27/2011 | 8.00 | Travel from SF to NYC for IP auction |
| Michael Henkin | 6/28/2011 | 9.00 | Attend Nortel auction |
| Michael Henkin | 6/28/2011 | 3.50 | Attend Nortel auction |
| Michael Henkin | 6/29/2011 | 11.00 | Attend Nortel auction |
| Michael Henkin | 6/29/2011 | 2.00 | Attend Nortel auction |
| Michael Henkin | 6/30/2011 | 10.00 | Nortel auction, ucc call and related communication w/company and partner in interest re: IP sale |
| **June 2011 Summary Hours for Michael Henkin** | | **69.50** | |
| *Phil Berkowitz* | | | |
| Phil Berkowitz | 6/1/2011 | 1.00 | UCC call |
| Phil Berkowitz | 6/6/2011 | 1.00 | Internal Communications |
| Phil Berkowitz | 6/9/2011 | 1.00 | UCC call |
| Phil Berkowitz | 6/13/2011 | 1.50 | Ucc call |
| Phil Berkowitz | 6/14/2011 | 1.00 | Document review |
| Phil Berkowitz | 6/15/2011 | 2.00 | Call w/ Lazard |
| Phil Berkowitz | 6/15/2011 | 1.50 | UCC call and related doc review |
| Phil Berkowitz | 6/16/2011 | 1.00 | Internal Communications |
| Phil Berkowitz | 6/22/2011 | 1.50 | Professionals call |
| Phil Berkowitz | 6/27/2011 | 4.50 | Attend auction |
| Phil Berkowitz | 6/28/2011 | 6.00 | Nortel auction and related communications |
| Phil Berkowitz | 6/28/2011 | 5.00 | Nortel auction and related communications |
| **June 2011 Summary Hours for Phil Berkowitz** | | **27.00** | |
| *Leon Szlezinger* | | | |
| Leon Szlezinger | 6/1/2011 | 2.00 | Prepare for and participate in UCC call; internal discussion re same |
| Leon Szlezinger | 6/6/2011 | 1.50 | Professionals call re: IP sale process and auction |
| Leon Szlezinger | 6/7/2011 | 1.50 | Review court filings; update on hearing |
| Leon Szlezinger | 6/9/2011 | 3.00 | Prepare for and participate on ucc call |
| Leon Szlezinger | 6/12/2011 | 2.50 | Review IP sale summary and discussions re: same |
| Leon Szlezinger | 6/14/2011 | 2.50 | Call with professionals; prepare for ucc call |
| Leon Szlezinger | 6/15/2011 | 1.00 | Call with debtors advisors re: sale process |
| Leon Szlezinger | 6/16/2011 | 1.50 | Calls with professionals and internally re: sale |
| Leon Szlezinger | 6/20/2011 | 1.50 | Review IP sale information; internal discussions re: same and prep for auction |
| Leon Szlezinger | 6/22/2011 | 2.00 | Review IP sale summary and comment on same; preparation for call with professionals |
| Leon Szlezinger | 6/23/2011 | 2.00 | Preparation for UCC call. Conference call with UCC professionals |
| Leon Szlezinger | 6/24/2011 | 1.00 | Communications with various professionals re sale |
| Leon Szlezinger | 6/25/2011 | 2.00 | Preparation for auction; review documents and internal discussions |
| Leon Szlezinger | 6/26/2011 | 2.00 | Continued preparation for auction; internal discussions re: same |
| Leon Szlezinger | 6/27/2011 | 2.50 | Receive updates on auction and calls with professionals |
| Leon Szlezinger | 6/28/2011 | 2.00 | Receive updates on auction and calls with professionals |
| Leon Szlezinger | 6/29/2011 | 3.50 | Receive updates on auction and calls with professionals |
| Leon Szlezinger | 6/30/2011 | 1.50 | Receive updates on auction and calls with professionals |
| **June 2011 Summary Hours for Leon Szlezinger** | | **35.50** | |
| *Alex Rohan* | | | |
| Alex Rohan | 6/1/2011 | 2.00 | Prepare for and participate in UCC call; internal discussion re same |
| Alex Rohan | 6/2/2011 | 1.5 | Review bid materials and IP auction strategy |
| Alex Rohan | 6/3/2011 | 1.50 | Review court filings and bid summaries |
| Alex Rohan | 6/6/2011 | 3.00 | Professionals call re: IP sale process and auction; review allocation issues |
| Alex Rohan | 6/7/2011 | 2.50 | Consider allocation issues; internal discussion re same; update on hearing |
| Alex Rohan | 6/8/2011 | 2.50 | Internal discussions re: claims trading; prepare for UCC call and discuss comments to be made |
| Alex Rohan | 6/9/2011 | 4.00 | Prepare for UCC call and participate on same; review and discuss IP sale documents |
| Alex Rohan | 6/12/2011 | 2.50 | Review IP sale summary and discussions re: same |
| Alex Rohan | 6/13/2011 | 1.50 | Discussions with parties in interest re: sale process; |
| Alex Rohan | 6/14/2011 | 5.00 | UCC Meeting preparation. Call with UCC professionals. Update call with Debtors |
| Alex Rohan | 6/15/2011 | 4.50 | Call with debtors advisors re: sale process; prepare for UCC call re same and participate on call |
| Alex Rohan | 6/16/2011 | 1.50 | Calls with professionals and internally re: sale |
| Alex Rohan | 6/17/2011 | 3.50 | Call with Debtor on IP sale. Call with UCC professionals on other Estate asset sales; review correspondence |
| Alex Rohan | 6/20/2011 | 1.50 | Review IP sale information; prepare for auction; |
| Alex Rohan | 6/21/2011 | 2.00 | Review asset sale information and internal discussions re same; review summaries on information |
| Alex Rohan | 6/22/2011 | 4.00 | Review and comment on IP sale summary; Conference call with UCC professionals. Reviews to changes to IP sale documents |
| Alex Rohan | 6/23/2011 | 2.50 | Preparation for UCC call. Conference call with UCC professionals |
| Alex Rohan | 6/24/2011 | 5.00 | Review of IP documentation. Communications with UCC professionals |
| Alex Rohan | 6/25/2011 | 3.50 | Preparation for IP auction; review models and review bid summaries |
| Alex Rohan | 6/26/2011 | 4.00 | Continued preparation for auction; internal discussions re: same; review bid information and stalking horse terms |
| Alex Rohan | 6/27/2011 | 14.00 | Attend IP auction; UCC calls and meetings re: same |
| Alex Rohan | 6/28/2011 | 16.00 | Attend IP auction; UCC calls and meetings re: same |
| Alex Rohan | 6/29/2011 | 14.00 | Attend IP auction; UCC calls and meetings re: same |
| Alex Rohan | 6/30/2011 | 15.00 | Attend IP auction; UCC calls and meetings re: same |
| **June 2011 Summary Hours for Alex Rohan** | | **115.50** | |
| *Gaurav Kittur* | | | |
| Gaurav Kittur | 6/1/2011 | 1.00 | UCC call |
| Gaurav Kittur | 6/6/2011 | 1.00 | Internal Communications |
| Gaurav Kittur | 6/9/2011 | 1.00 | UCC call |
| Gaurav Kittur | 6/13/2011 | 1.50 | Ucc call |
| Gaurav Kittur | 6/14/2011 | 1.00 | Document review |
| Gaurav Kittur | 6/15/2011 | 2.00 | Call w/ Lazard |
| Gaurav Kittur | 6/15/2011 | 1.50 | UCC call and related doc review |
| Gaurav Kittur | 6/16/2011 | 1.00 | Internal Communications |
| Gaurav Kittur | 6/22/2011 | 1.50 | Professionals call |
| Gaurav Kittur | 6/27/2011 | 4.50 | Attend auction |
| Gaurav Kittur | 6/28/2011 | 12.00 | Nortel auction and related communications |
| Gaurav Kittur | 6/29/2011 | 12.00 | Nortel auction and related communications |
| Gaurav Kittur | 6/30/2011 | 10.00 | Nortel auction and related communications |
| **June 2011 Summary Hours for Gaurav Kittur** | | **50.00** | |

*Paul Zangrilli*

| | | | |
|---|---|---|---|
| Paul Zangrilli | 6/1/2011 | 1.00 | UCC call |
| Paul Zangrilli | 6/6/2011 | 0.50 | Internal Communications |
| Paul Zangrilli | 6/9/2011 | 1.00 | UCC call |
| Paul Zangrilli | 6/13/2011 | 1.50 | UCC call |
| Paul Zangrilli | 6/14/2011 | 1.50 | Document review and discussion |
| Paul Zangrilli | 6/15/2011 | 1.00 | Call w/ Lazard |
| Paul Zangrilli | 6/15/2011 | 1.50 | UCC call and related doc review |
| Paul Zangrilli | 6/16/2011 | 1.00 | Internal Communications |
| Paul Zangrilli | 6/22/2011 | 1.50 | Professionals call |
| Paul Zangrilli | 6/28/2011 | 1.00 | Nortel auction calls and correspondence |
| Paul Zangrilli | 6/29/2011 | 1.00 | Nortel auction calls and correspondence |
| Paul Zangrilli | 6/30/2011 | 1.00 | Nortel auction calls and correspondence |
| **June 2011 Summary Hours for Paul Zangrilli** | | **13.50** | |

*Rory Keenan*

| | | | |
|---|---|---|---|
| Rory Keenan | 6/5/2011 | 1.50 | Review of other Estate asset sale marketing documents |
| Rory Keenan | 6/6/2011 | 2.50 | Review of pleadings for allocation dispute resolution |
| Rory Keenan | 6/7/2011 | 14.00 | Attendance at joint hearing on allocation dispute resolution |
| Rory Keenan | 6/8/2011 | 7.00 | Prepare, research analysis of claims trading. Call with UCC on hearing. Call with UCC professionals. |
| Rory Keenan | 6/9/2011 | 5.50 | Preparation for and participation in UCC Committee call. Review IP sale bid documentation. |
| Rory Keenan | 6/12/2011 | 5.00 | Review IP sale bid letters. Preparation of IP sale summary |
| Rory Keenan | 6/13/2011 | 5.50 | Review of IP sale data. Preparation of IP sale summary |
| Rory Keenan | 6/14/2011 | 5.00 | UCC Meeting preparation. Call with UCC professionals. Update call with Debtors |
| Rory Keenan | 6/15/2011 | 7.00 | Preparation for Committee Call. Participation in Committee call. Update call with Debtor |
| Rory Keenan | 6/16/2011 | 2.50 | IP sale review |
| Rory Keenan | 6/17/2011 | 3.00 | Call with Debtor on IP sale. Call with UCC professionals on other Estate asset sales |
| Rory Keenan | 6/18/2011 | 2.00 | Review of IP sale documentation. |
| Rory Keenan | 6/19/2011 | 2.50 | Review of IP sale documentation. Review of other Estate asset sale information. |
| Rory Keenan | 6/20/2011 | 4.00 | Review of IP sale documentation. Preparation of summary. Review of other Estate asset sales. Call with Debtor. |
| Rory Keenan | 6/21/2011 | 3.50 | Review of IP sale documentation. Preparation of summary. Review of other Estate asset sales. |
| Rory Keenan | 6/22/2011 | 6.00 | Preparation of IP sale summary. Conference call with UCC professionals. Reviews to changes to IP sale |
| Rory Keenan | 6/23/2011 | 4.50 | Prepare of IP sale summary. Preparation for UCC call. Conference call with UCC professionals |
| Rory Keenan | 6/24/2011 | 5.00 | Review of IP documentation. Communications with UCC professionals |
| Rory Keenan | 6/25/2011 | 3.50 | Preparation of information for IP Auction |
| Rory Keenan | 6/26/2011 | 5.00 | Preparation of information for IP Auction |
| Rory Keenan | 6/27/2011 | 3.00 | Auction update calls. Monitor debt trading levels |
| Rory Keenan | 6/28/2011 | 4.00 | Auction update call and related communications. |
| Rory Keenan | 6/29/2011 | 2.50 | Auction update call and related communications. Monitor trading levels of debt. |
| Rory Keenan | 6/30/2011 | 3.00 | Auction update call and related communications. Monitor trading levels of debt. |
| **June 2011 Summary Hours for Rory Keenan** | | **107.00** | |

*Robby Tennenbaum*

| | | | |
|---|---|---|---|
| Robby Tennenbaum | 6/1/2011 | 1.50 | Attend UCC call, attend IT assets sale call and follow up re same |
| Robby Tennenbaum | 6/6/2011 | 1.50 | Review allocation pleadings |
| Robby Tennenbaum | 6/7/2011 | 1.00 | Call re Norpax status |
| Robby Tennenbaum | 6/8/2011 | 2.50 | Attend calls re IP issues and professionals pre-call |
| Robby Tennenbaum | 6/9/2011 | 1.00 | Attend ucc call |
| Robby Tennenbaum | 6/13/2011 | 1.00 | Review bids |
| Robby Tennenbaum | 6/14/2011 | 6.00 | Attend professionals calls, review bids, prepare analysis of same |
| Robby Tennenbaum | 6/29/2011 | 14.00 | Attend auction |
| Robby Tennenbaum | 6/30/2011 | 10.50 | Attend auction |
| **June 2011 Summary Hours for Robby Tennenbaum** | | **39.00** | |

*Bhoomica Reddy*

| | | | |
|---|---|---|---|
| Bhoomica Reddy | 6/1/2011 | 1.00 | UCC call |
| Bhoomica Reddy | 6/3/2011 | 1.50 | Call w/creditor re: case issues |
| Bhoomica Reddy | 6/6/2011 | 1.50 | Communicate w/Akin & JEF team re: IP sale and allocation |
| Bhoomica Reddy | 6/9/2011 | 1.00 | UCC call |
| Bhoomica Reddy | 6/13/2011 | 1.50 | Uccle call |
| Bhoomica Reddy | 6/14/2011 | 2.00 | IP sale related doc review and related communications and calls w/other parties in interest |
| Bhoomica Reddy | 6/15/2011 | 3.50 | Call w/ Lazard and other parties in interest re: IP Sale issues |
| Bhoomica Reddy | 6/15/2011 | 1.50 | UCC call and related doc review |
| Bhoomica Reddy | 6/16/2011 | 1.00 | Communications re: IP sale w/JEF team and counsel |
| Bhoomica Reddy | 6/22/2011 | 1.50 | Call w/UCC professionals re: case issues |
| Bhoomica Reddy | 6/23/2011 | 1.00 | UCC professionals call |
| Bhoomica Reddy | 6/27/2011 | 18.00 | Attend auction |
| Bhoomica Reddy | 6/28/2011 | 12.00 | Attend Nortel auction |
| Bhoomica Reddy | 6/28/2011 | 12.00 | Attend Nortel auction |
| Bhoomica Reddy | 6/29/2011 | 12.00 | Attend Nortel auction |
| Bhoomica Reddy | 6/30/2011 | 10.00 | Attend Nortel auction |
| **June 2011 Summary Hours for Bhoomica Reddy** | | **81.00** | |