Exhibit A

**Jefferies**
Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

**INVOICE**

Invoice Number: IB7710
Invoice Date: 08/30/2011
Reference #: NOR25000IB
Terms: Immediate

**Official Committee of Unsecured Creditors of Nortel Networks Inc.**
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention: Tim Burling, Flextronics Corporation
Committee Chairman

Re: Investment Banking Services

For services rendered in accordance with our engagement letter dated February 01, 2009

| | |
|---|---:|
| **Monthly Fee:** | |
| July 2011 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| Total Fee: | $160,000.00 |
| | |
| *Expenses:* | |
| Accommodation | $415.45 |
| Legal Fees | $4,812.06 |
| Meals | $340.10 |
| Printing Services | $212.00 |
| Subscription | $649.00 |
| Transportation - Ground | $878.29 |
| Total Out-of-Pocket Expenses: | $7,306.90 |

**TOTAL DUE** $167,306.90

**Payment Details**

Wire Instructions
Bank of New York
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

Check Payment Instructions
Jefferies & Company, Inc.
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

Reference: NOR25000IB_IB7710 Nortel