Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
July 1, 2011 – July 31, 2011
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Accommodations | $415.45 |
| Legal Fees | $4,812.06 |
| Meals | $340.10 |
| Printing Services | $212.00 |
| Subscription | $649.00 |
| Transportation – Ground | $878.29 |
| Total | $7,306.90 |

13

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|--------|----------|-------------|------|--------|
| CROSS & SIMON, LLC | Legal Fees | Legal Services (9/8/10 - 9/29/10) | 10/18/2010 | $1,415.15 |
| CROSS & SIMON, LLC | Legal Fees | Legal Services (10/5/10 - 10/27/10) | 11/17/2010 | $204.00 |
| CROSS & SIMON, LLC | Legal Fees | Legal Services (11/18/10 - 11/22/10) | 12/22/2010 | $634.64 |
| CROSS & SIMON, LLC | Legal Fees | Legal Services (12/3/10 - 12/27/10) | 1/13/2011 | $147.82 |
| CROSS & SIMON, LLC | Legal Fees | Legal Services (1/3/11 - 1/31/11) | 2/9/2011 | $306.00 |
| ALEXANDER V ROHAN | Transportation - Ground | Taxi - Office to Mediation | 3/14/2011 | $8.80 |
| CROSS & SIMON, LLC | Legal Fees | Legal Services (2/2/11 - 2/17/11) | 3/15/2011 | $180.00 |
| ALEXANDER V ROHAN | Transportation - Ground | Taxi - Office to Mediation | 4/12/2011 | $20.87 |
| ALEXANDER V ROHAN | Transportation - Ground | Return Taxi | 4/13/2011 | $17.50 |
| ALEXANDER V ROHAN | Transportation - Ground | Taxi - Office to Mediation | 4/13/2011 | $18.25 |
| ALEXANDER V ROHAN | Transportation - Ground | Taxi - Mediation to Office | 4/13/2011 | $19.10 |
| CROSS & SIMON, LLC | Legal Fees | Legal Services (3/1/11 - 3/31/11) | 4/19/2011 | $1,226.49 |
| ALEXANDER V ROHAN | Transportation - Ground | Taxi to Meeting | 5/5/2011 | $12.80 |
| ALEXANDER V ROHAN | Transportation - Ground | Taxi to Meeting | 5/18/2011 | $11.20 |
| ALEXANDER V ROHAN | Transportation - Ground | Taxi to Meeting | 5/26/2011 | $6.75 |
| RORY KEENAN | Transportation - Ground | Train to DE for Hearing | 6/3/2011 | $110.00 |
| ROBERT J TENNENBAUM | Meals | Overtime Meal | 6/6/2011 | $25.11 |
| RORY KEENAN | Meals | Overtime Meal | 6/6/2011 | $25.10 |
| RORY KEENAN | Transportation - Ground | Train to NYC from Hearing | 6/7/2011 | $126.00 |
| RORY KEENAN | Transportation - Ground | Taxi from Meeting | 6/7/2011 | $8.60 |
| RORY KEENAN | Meals | Overtime Meal | 6/8/2011 | $25.21 |
| RORY KEENAN | Transportation - Ground | Taxi to Meeting | 6/9/2011 | $7.00 |
| ALEXANDER V ROHAN | Transportation - Ground | Parking (Drove to Work) | 6/11/2011 | $49.00 |
| ALEXANDER V ROHAN | Transportation - Ground | OT Taxi - Office to Home | 6/13/2011 | $18.86 |
| ALEXANDER V ROHAN | Transportation - Ground | OT Taxi - Office to Home | 6/14/2011 | $21.62 |
| RORY KEENAN | Meals | Overtime Meal | 6/14/2011 | $12.47 |
| ROBERT J TENNENBAUM | Meals | Overtime Meal | 6/14/2011 | $25.50 |
| BHOOMICA REDDY | Meals | Overtime Meal | 6/14/2011 | $25.36 |
| RORY KEENAN | Transportation - Ground | Taxi to Meeting | 6/15/2011 | $6.65 |
| RORY KEENAN | Meals | Overtime Meal | 6/16/2011 | $25.47 |
| BHOOMICA REDDY | Meals | Overtime Meal | 6/17/2011 | $25.15 |
| RORY KEENAN | Meals | Overtime Meal | 6/17/2011 | $25.15 |
| BHOOMICA REDDY | Meals | Overtime Meal | 6/22/2011 | $25.36 |
| AHMED MASTAFA | Printing Services | Print Client Documents | 6/23/2011 | $212.00 |
| BHOOMICA REDDY | Meals | Overtime Meal | 6/23/2011 | $10.71 |
| BHOOMICA REDDY | Meals | Overtime Meal | 6/23/2011 | $14.26 |
| BHOOMICA REDDY | Subscription | Financial Modeling Related Materials | 6/24/2011 | $649.00 |
| BHOOMICA REDDY | Meals | Overtime Meal | 6/24/2011 | $20.05 |
| ROBERT J TENNENBAUM | Meals | Overtime Meal | 6/24/2011 | $20.05 |
| BHOOMICA REDDY | Meals | Overtime Meal | 6/26/2011 | $11.20 |
| ALEXANDER V ROHAN | Accommodations | Hotel Tax | 6/27/2011 | $56.45 |
| ALEXANDER V ROHAN | Accommodations | Hotel Room | 6/27/2011 | $359.00 |
| ALEXANDER V ROHAN | Transportation - Ground | Taxi - Meeting to Office | 6/27/2011 | $20.38 |
| ALEXANDER V ROHAN | Transportation - Ground | Taxi - Office to Auction | 6/28/2011 | $18.60 |
| ALEXANDER V ROHAN | Transportation - Ground | Car Service to Nortel IP Auction | 6/28/2011 | $166.08 |
| RORY KEENAN | Transportation - Ground | OT Taxi - Office to Home | 6/28/2011 | $8.35 |
| ALEXANDER V ROHAN | Meals | Overtime Meal | 6/29/2011 | $23.95 |
| CROSS & SIMON, LLC | Legal Fees | Legal Services (4/19/11 - 5/31/11) | 6/29/2011 | $697.96 |
| ROBERT J TENNENBAUM | Transportation - Ground | OT Taxi - Office to Home | 6/29/2011 | $16.50 |
| ALEXANDER V ROHAN | Transportation - Ground | Car Service to Nortel IP Auction | 6/30/2011 | $166.08 |
| ROBERT J TENNENBAUM | Transportation - Ground | OT Taxi - Office to Home | 6/30/2011 | $19.30 |
| Total: | | | | $7,306.90 |