Exhibit C

# Jefferies & Company, Inc.
## Summary of Hours Worked
July 1, 2011 - July 31, 2011

| Name | Position | Hours Worked |
|------|----------|-------------:|
| Michael Henkin | Managing Director, Recapitalization and Restructuring Group | 5.3 |
| Phil Berkowitz | Managing Director, Communication Technologies Group | 8.0 |
| Leon Szlezinger | Managing Director, Recapitalization and Restructuring Group | 20.5 |
| Alex Rohan | Senior Vice President, Communication Technologies Group | 31.5 |
| Gaurav Kittur | Senior Vice President, Communication Technologies Group | 12.5 |
| Paul Zangrilli | Vice President, Communication Technologies Group | 7.5 |
| Rory Keenan | Vice President, Recapitalization and Restructuring Group | 21.5 |
| Robby Tennenbaum | Associate, Recapitalization and Restructuring Group | 14.8 |
| Bhoomica Reddy | Associate, Recapitalization and Restructuring Group | 11.0 |
| | **Total** | **132.6** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

## Jefferies & Company, Inc.
July 2011

| Banker | Date | Hours | Description |
|---|---|---|---|
| **Michael Henkin** | | | |
| Michael Henkin | 7/1/2011 | 4.50 | Travel from NYC to SF |
| Michael Henkin | 7/5/2011 | 0.75 | Review market info; communications w/Akin and JEF team |
| **July 2011 Summary Hours for Michael Henkin** | | **5.25** | |
| | | | |
| **Phil Berkowitz** | | | |
| Phil Berkowitz | 7/6/2010 | 1.00 | Call with other professionals |
| Phil Berkowitz | 7/7/2010 | 1.00 | Call with other professionals |
| Phil Berkowitz | 7/13/2010 | 1.50 | Call with other professionals |
| Phil Berkowitz | 7/15/2010 | 1.00 | Committee call |
| Phil Berkowitz | 7/22/2010 | 1.00 | Committee call |
| Phil Berkowitz | 7/28/2010 | 1.50 | Call with other professionals |
| Phil Berkowitz | 7/29/2010 | 1.00 | Committee call |
| **July 2011 Summary Hours for Phil Berkowitz** | | **8.00** | |
| | | | |
| **Alex Rohan** | | | |
| Alex Rohan | 7/1/2011 | 2.50 | Internal discussions re: trading levels; review and consider levels post-auction; preparation of auction summary |
| Alex Rohan | 7/2/2011 | 1.00 | Internal discussion re: auction results and next steps |
| Alex Rohan | 7/5/2011 | 4.50 | Review and comment on revised draft of Auction presentation.  Review bid documents; correspond with professionals re: auction summary and trading levels |
| Alex Rohan | 7/6/2011 | 3.00 | Calls with Committee professionals re: Auction Presentation.  Review and comment on presentation; attend Committee professionals call |
| Alex Rohan | 7/7/2011 | 4.00 | Internal preparation for UCC call; review materials and talking points; participate in call |
| Alex Rohan | 7/11/2011 | 2.50 | Internal discussions re: sale hearing; review articles and other materials re auction |
| Alex Rohan | 7/12/2011 | 0.50 | Preparation for committee call |
| Alex Rohan | 7/13/2011 | 2.00 | Discuss trading levels of bonds; prepare for and participate in UCC professionals call. |
| Alex Rohan | 7/14/2011 | 1.50 | Prepare and participate in ucc call |
| Alex Rohan | 7/15/2011 | 1.50 | Review recent court filings and plan documents |
| Alex Rohan | 7/19/2011 | 0.50 | Review correspondence re: status of case; prepare for professionals call |
| Alex Rohan | 7/20/2011 | 1.00 | Prepare for and participate on professionals call |
| Alex Rohan | 7/21/2011 | 2.50 | Prepare for and participate on ucc call; post call discussions |
| Alex Rohan | 7/26/2011 | 1.00 | Review correspondence re: status of case; prepare for professionals call |
| Alex Rohan | 7/27/2011 | 1.50 | Prepare for and participate on professionals call |
| Alex Rohan | 7/28/2011 | 2.00 | Prepare for and participate on ucc call; post call discussions |
| **July 2011 Summary Hours for Alex Rohan** | | **31.50** | |
| | | | |
| **Leon Szlezinger** | | | |
| Leon Szlezinger | 7/2/2011 | 1.00 | internal discussion re: auction results and next steps |
| Leon Szlezinger | 7/5/2011 | 1.50 | review auction presentation; internal discussion re trading levels and impact |
| Leon Szlezinger | 7/6/2011 | 2.00 | Calls with Committee professionals re: Auction Presentation; attend Committee professionals call |
| Leon Szlezinger | 7/7/2011 | 2.50 | prepare for and participate in ucc call |
| Leon Szlezinger | 7/11/2011 | 1.50 | Internal discussions re: sale hearing |
| Leon Szlezinger | 7/13/2011 | 2.00 | review filings and articles; prepare for ucc call |
| Leon Szlezinger | 7/14/2011 | 1.50 | prepare and participate in ucc call |
| Leon Szlezinger | 7/15/2011 | 1.00 | review filings and auction summary; review trading levels |
| Leon Szlezinger | 7/20/2011 | 1.00 | prepare for and participate on professionals call |
| Leon Szlezinger | 7/21/2011 | 2.50 | prepare for and participate on ucc call; post call discussions |
| Leon Szlezinger | 7/26/2011 | 0.50 | prepare for professionals call |
| Leon Szlezinger | 7/27/2011 | 1.50 | prepare for and participate on professionals call |
| Leon Szlezinger | 7/28/2011 | 2.00 | prepare for and participate on ucc call; post call discussions |
| **July 2011 Summary Hours for Leon Szlezinger** | | **20.50** | |
| | | | |
| **Gaurav Kittur** | | | |
| Gaurav Kittur | 7/1/2010 | 0.50 | Committee call |
| Gaurav Kittur | 7/6/2010 | 1.00 | Call with other professionals |
| Gaurav Kittur | 7/6/2010 | 0.50 | Various correspondence |
| Gaurav Kittur | 7/8/2010 | 0.50 | Call with other professionals |
| Gaurav Kittur | 7/13/2010 | 1.50 | Call with other professionals |
| Gaurav Kittur | 7/15/2010 | 1.00 | Committee call |
| Gaurav Kittur | 7/21/2010 | 2.00 | Call with other professionals |
| Gaurav Kittur | 7/22/2010 | 1.00 | Committee call |
| Gaurav Kittur | 7/27/2010 | 2.00 | Call with other professionals |
| Gaurav Kittur | 7/28/2010 | 1.50 | Call with other professionals |
| Gaurav Kittur | 7/29/2010 | 1.00 | Committee call |
| **July 2011 Summary Hours for Gaurav Kittur** | | **12.50** | |

17

**Paul Zangrilli**

| | | | |
|---|---|---|---|
| Paul Zangrilli | 7/1/2010 | 0.50 | Committee call |
| Paul Zangrilli | 7/6/2010 | 1.00 | Call with other professionals |
| Paul Zangrilli | 7/8/2010 | 0.50 | Call with other professionals |
| Paul Zangrilli | 7/13/2010 | 1.50 | Call with other professionals |
| Paul Zangrilli | 7/15/2010 | 0.50 | Various correspondence |
| Paul Zangrilli | 7/22/2010 | 1.00 | Committee call |
| Paul Zangrilli | 7/28/2010 | 1.50 | Call with other professionals |
| Paul Zangrilli | 7/29/2010 | 1.00 | Committee call |

**July 2011 Summary Hours for Paul Zangrilli**    7.50

**Rory Keenan**

| | | | |
|---|---|---|---|
| Rory Keenan | 7/5/2011 | 5.00 | Review and comment on revised draft of Auction presentation.  Review bid documents |
| Rory Keenan | 7/6/2011 | 3.50 | Calls with Committee professionals re: Auction Presentation.  Revise draft.  Committee professionals call. |
| Rory Keenan | 7/7/2011 | 4.00 | Prepare comments for and attend Committee call.  Review bond pricing and market color |
| Rory Keenan | 7/13/2011 | 2.50 | Review trading level of bonds.  Gather market color.  UCC professionals call. |
| Rory Keenan | 7/14/2011 | 1.50 | Prep for Committee call.  Attend Committee call. |
| Rory Keenan | 7/20/2011 | 2.00 | Review trading level of bonds.  Gather market color.  UCC professionals call. |
| Rory Keenan | 7/21/2011 | 1.00 | Prep for Committee call.  Attend Committee call. |
| Rory Keenan | 7/27/2011 | 1.00 | Committee professionals call |
| Rory Keenan | 7/28/2011 | 1.00 | Committee Call |

**July 2011 Summary Hours for Rory Keenan**    21.50

**Robby Tennenbaum**

| | | | |
|---|---|---|---|
| Robby Tennenbaum | 7/1/2011 | 3.00 | Prepare presentation re auction |
| Robby Tennenbaum | 7/5/2011 | 2.00 | Update presentation |
| Robby Tennenbaum | 7/6/2011 | 2.00 | Update presentation and attend professionals call |
| Robby Tennenbaum | 7/7/2011 | 2.00 | Attend ucc call |
| Robby Tennenbaum | 7/13/2011 | 1.00 | Attend professional call |
| Robby Tennenbaum | 7/14/2011 | 1.50 | Attend ucc call and follow up |
| Robby Tennenbaum | 7/20/2011 | 1.00 | Attend professionals call |
| Robby Tennenbaum | 7/27/2011 | 1.00 | Attend professionals call |
| Robby Tennenbaum | 7/28/2011 | 1.30 | Attend ucc call |

**July 2011 Summary Hours for Robby Tennenbaum**    14.80

**Bhoomica Reddy**

| | | | |
|---|---|---|---|
| Bhoomica Reddy | 7/1/2011 | 3.00 | Prepare presentation re auction |
| Bhoomica Reddy | 7/5/2011 | 0.50 | Update presentation |
| Bhoomica Reddy | 7/6/2011 | 1.00 | Update presentation and attend professionals call |
| Bhoomica Reddy | 7/7/2011 | 1.50 | Attend ucc call |
| Bhoomica Reddy | 7/13/2011 | 1.00 | Attend professional call |
| Bhoomica Reddy | 7/14/2011 | 1.00 | Attend ucc call |
| Bhoomica Reddy | 7/20/2011 | 1.00 | Attend professionals call |
| Bhoomica Reddy | 7/27/2011 | 1.00 | Attend professionals call |
| Bhoomica Reddy | 7/28/2011 | 1.00 | Attend ucc call |

**July 2011 Summary Hours for Bhoomica Reddy**    11.00