IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: September 21, 2011 at 10:00 a.m.**<br>) |

## NOTICE OF TENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant: Richards, Layton & Finger, P.A.

Authorized to Provide
Professional Services to: Official Committee of Unsecured Creditors

Date of Retention: March 19, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought: May 1, 2011 through July 31, 2011[2]

Amount of Compensation sought as
actual, reasonable and necessary: $70,846.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: $20,873.20

This is (a)n: _X_ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Richards, Layton & Finger, P.A.'s May, June and July 2011 monthly fee applications are incorporated herein by reference.

RLF1 5328603v. 1

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 6/23/11 Docket No. 5801 | 5/1/11 - 5/31/11 | $16,602.00 | $1,366.02 | $13,281.60 | $1,366.02 | $3,320.40 |
| Date Filed: 7/20/11 Docket No. 5992 | 6/1/11 - 6/30/11 | $34,746.00 | $17,651.49 | $27,796.80 | $17,651.49 | $6,949.20 |
| Date Filed: 8/30/11 Docket No. 6263 | 7/1/11 - 7/31/11 | $19,498.50 | $1,855.69 | Pending obj. deadline 9/19/11 $15,598.80 | Pending obj. deadline 9/19/11 $1,855.69 | $3,899.70 |
| TOTALS: | | $70,846.50 | $20,873.20 | $56,677.20[3] | $20,873.20[4] | $14,169.30 |

Summary of any Objections to Fee Applications:  None.

Dated: August 31, 2011
       Wilmington, Delaware

*/s/ Christopher M. Samis*

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.