Exhibit B

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **17 August 2011**        Our Ref: **GDB/CCN01.00001**                    Invoice No.: **314480**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 284,753.50 |
| For the period to 31 July 2011. | | | |
| (Please see attached) | | | |
| Document Production (NT) | 0.00 | 0.00 | 468.77 |
| **Disbursements:** (NT) | | | |
| Hotel and Related Expenses | 0.00 | 0.00 | 716.01 |
| Fares and Incidental Expenses | 0.00 | 0.00 | 1,007.91 |
| Search Fees | 0.00 | 0.00 | 69.72 |
| | 0.00 | | 287,015.91 |
| | | VAT | 0.00 |
| | | Total | 287,015.91 |
| | | **Balance Due** | **287,015.91** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 – **Swift Code:** NWBKGB2L – **IBAN Code:** GB12NWBK50000000404268

Please quote reference 314480 when settling this invoice

**Payment Terms: 21 days**

**Legal services are 100% foreign source**

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN
MUNICH  NEW YORK  PARIS  ROME  SINGAPORE  STOCKHOLM  TOKYO  WASHINGTON DC



The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31 July 2011
Prebill Number:706321

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Eric Bouffard | 1.50 | 990.00 | (C0012) |
| Partner: | Jon Ericson | 3.50 | 2,310.00 | (C0012) |
| Partner: | Ugo Giordano | 4.30 | 2,967.00 | (C0012) |
| Partner: | Eduardo Gracia | 0.50 | 330.00 | (C0012) |
| Partner: | Steven Hull | 2.70 | 1,782.00 | (C0019) |
| Partner: | Carl Meyntjens | 22.00 | 14,520.00 | (C0012) |
| Partner: | Angela Pearson | 6.40 | 4,224.00 | (C0019) |
| | | 46.00 | 30,360.00 | (C0012) |
| | | **52.40** | **34,584.00** | |
| Counsel: | Marcus Fink | 6.20 | 3,596.00 | (C0019) |
| Counsel: | Johan Gregow | 10.30 | 5,974.00 | (C0012) |
| Counsel: | Arnaud Wtterwulghe SEL | 3.90 | 2,262.00 | (C0012) |
| Senior Associate: | Lindsay Connal | 70.80 | 32,568.00 | (C0012) |
| | | 1.40 | 644.00 | (C0019) |
| | | **72.20** | **33,212.00** | |
| Senior Associate: | Sofia De Cristofaro | 0.70 | 378.00 | (C0012) |
| Senior Associate: | Pierre-Emmanuel Fender | 4.30 | 2,322.00 | (C0012) |
| Senior Associate: | Oscar Franco | 9.00 | 4,140.00 | (C0012) |
| Senior Associate: | Tanyel Serpemen | 25.50 | 11,730.00 | (C0012) |
| Senior Associate: | Malte Strüber | 0.30 | 162.00 | (C0012) |
| Senior Associate: | Luke Rollason | 1.30 | 663.00 | (C0007) |
| Associate: | Paul Bagon | 8.30 | 3,278.50 | (C0003) |
| | | 3.30 | 1,303.50 | (C0007) |
| | | 111.90 | 44,200.50 | (C0012) |
| | | 22.30 | 8,808.50 | (C0019) |
| | | 9.60 | 3,792.00 | (C0031) |
| | | **155.40** | **61,383.00** | |

| | | | | |
|---|---|---|---|---|
| Associate: | Johan Levinsson | 3.50 | 1,487.50 | (C0012) |
| Associate: | Luca Peretti | 9.00 | 3,555.00 | (C0012) |
| Associate: | Andy Wright | 1.40 | 504.00 | (C0007) |
| | | 4.00 | 1,440.00 | (C0019) |
| | | **5.40** | **1,944.00** | |
| Junior Associate: | Sophie Alexane | 38.00 | 11,020.00 | (C0012) |
| Junior Associate: | Helen Clark | 13.50 | 4,252.50 | (C0019) |
| | | 1.80 | 567.00 | (C0012) |
| | | **15.30** | **4,819.50** | |
| Junior Associate: | Manuela Krach | 33.80 | 9,802.00 | (C0012) |
| Junior Associate: | Robert Meade | 12.20 | 3,538.00 | (C0012) |
| Junior Associate: | Greg Pooler | 0.60 | 174.00 | (C0012) |
| Junior Associate: | Lindsey Roberts | 79.30 | 22,997.00 | (C0012) |
| Junior Associate: | Nicolas Schepkens | 18.00 | 5,220.00 | (C0012) |
| Junior Associate: | Emma Wood | 9.50 | 2,992.50 | (C0012) |
| Trainee: | Lindsey Bouchara | 29.40 | 5,439.00 | (C0012) |
| Trainee: | Jack Gillions | 19.50 | 3,607.50 | (C0008) |
| | | 20.50 | 3,792.50 | (C0019) |
| | | **40.00** | **7,400.00** | |
| Trainee: | Josefin Holmgren | 39.40 | 7,289.00 | (C0012) |
| Trainee: | Nadia Hubbuck | 1.50 | 277.50 | (C0012) |
| Trainee: | Sophie Law | 11.90 | 2,201.50 | (C0012) |
| | | 3.10 | 573.50 | (C0019) |
| | | 1.20 | 222.00 | (C0031) |
| | | **16.20** | **2,997.00** | |
| Trainee: | Karla Lennon | 20.40 | 3,774.00 | (C0008) |
| | | 5.40 | 999.00 | (C0012) |
| | | 14.90 | 2,756.50 | (C0019) |
| | | **40.70** | **7,529.50** | |
| Trainee: | Hadrien Peiffer | 5.00 | 925.00 | (C0012) |
| Referendar/Work Replacement | Beatrice Kubik | 12.50 | 2,000.00 | (C0012) |
| Assistant: | Claude Vernusse | 0.60 | 42.00 | (C0012) |
| **Total** | | **785.90** | **284,753.50** | |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0003 | Ashurst Fee Application/Monthly Billing Reports | | | |
|-------|-------------------------------------------------|--|--|--|
| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
| **Associate** | | | | |
| PDB | Paul Bagon | 8.30 | 395.00 | 3,278.50 |
| | | | Total | 3,278.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|------|--------|--------|-----------|----------------|------|--------|
| 04/07/2011 | Paul Bagon | LETT | Q. re fees / LCP disbursement. | 0.30 | 395.00 | 118.50 |
| 25/07/2011 | Paul Bagon | DRFT | Ashurst monthly fee app. | 3.00 | 395.00 | 1,185.00 |
| 27/07/2011 | Paul Bagon | DRFT | Ashurst monthly fee app. | 2.00 | 395.00 | 790.00 |
| 28/07/2011 | Paul Bagon | LETT | Ashurst fee app. | 2.00 | 395.00 | 790.00 |
| 29/07/2011 | Paul Bagon | DRFT | Finalising and sending Ashurst monthly fee app. | 1.00 | 395.00 | 395.00 |
| | | | | | | 3,278.50 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0007**       **Creditors Committee Meetings**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| LAR | Luke Rollason | 1.30 | 510.00 | 663.00 |
| **Associate** | | | | |
| ACW | Andy Wright | 1.40 | 360.00 | 504.00 |
| PDB | Paul Bagon | 3.30 | 395.00 | 1,303.50 |
| | | | Total | **2,470.50** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/07/2011 | Andy Wright | LETT | Joining weekly committee call | 1.40 | 360.00 | 504.00 |
| 07/07/2011 | Paul Bagon | PHON | UCC weekly call. | 1.30 | 395.00 | 513.50 |
| 14/07/2011 | Luke Rollason | PHON | Prep for commmittee call. Attending Committee call. | 1.30 | 510.00 | 663.00 |
| 14/07/2011 | Paul Bagon | PHON | UCC weekly meeting. | 0.80 | 395.00 | 316.00 |
| 28/07/2011 | Paul Bagon | PHON | UCC weekly call. | 1.20 | 395.00 | 474.00 |
| | | | | | | **2,470.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

### C0008 Court Hearings

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Trainee** | | | | |
| JGILLI | Jack Gillions | 19.50 | 185.00 | 3,607.50 |
| KLENNO | Karla Lennon | 20.40 | 185.00 | 3,774.00 |
| | | | Total | 7,381.50 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 26/07/2011 | Jack Gillions | JUDG | Attending court of appeal hearing and taking notes for summary to be sent out to client in the evening. | 6.00 | 185.00 | 1,110.00 |
| 26/07/2011 | Karla Lennon | WAIT | At Court. | 0.70 | 185.00 | 129.50 |
| 26/07/2011 | Karla Lennon | JUDG | Attending court of appeal hearing | 4.70 | 185.00 | 869.50 |
| 26/07/2011 | Karla Lennon | TRAV | Court. | 0.40 | 185.00 | 74.00 |
| 27/07/2011 | Jack Gillions | LETT | Attending hearing and taking notes for summary to client. | 4.30 | 185.00 | 795.50 |
| 27/07/2011 | Jack Gillions | MISC | Court. | 0.40 | 185.00 | 74.00 |
| 27/07/2011 | Karla Lennon | WAIT | Court of appeal hearing. | 1.00 | 185.00 | 185.00 |
| 27/07/2011 | Karla Lennon | JUDG | Attending court of appeal hearing | 4.30 | 185.00 | 795.50 |
| 27/07/2011 | Karla Lennon | TRAV | Court | 0.40 | 185.00 | 74.00 |
| 28/07/2011 | Jack Gillions | LETT | Court for hearing. | 0.30 | 185.00 | 55.50 |
| 28/07/2011 | Jack Gillions | JUDG | Attending hearing and taking notes. | 5.00 | 185.00 | 925.00 |
| 28/07/2011 | Jack Gillions | LETT | Court. | 0.30 | 185.00 | 55.50 |
| 28/07/2011 | Karla Lennon | WAIT | At court. | 0.30 | 185.00 | 55.50 |
| 28/07/2011 | Karla Lennon | JUDG | Attending court of appeal hearing. | 5.00 | 185.00 | 925.00 |
| 28/07/2011 | Karla Lennon | TRAV | Court. | 0.30 | 185.00 | 55.50 |
| 29/07/2011 | Jack Gillions | JUDG | At court. | 0.30 | 185.00 | 55.50 |
| 29/07/2011 | Jack Gillions | JUDG | Attending hearing and taking notes for summary. | 2.60 | 185.00 | 481.00 |
| 29/07/2011 | Jack Gillions | MISC | Court. | 0.30 | 185.00 | 55.50 |
| 29/07/2011 | Karla Lennon | JUDG | Attending hearing at court of appeal | 2.50 | 185.00 | 462.50 |
| 29/07/2011 | Karla Lennon | TRAV | From court | 0.50 | 185.00 | 92.50 |
| 29/07/2011 | Karla Lennon | WAIT | At court before hearing | 0.30 | 185.00 | 55.50 |

7,381.50

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0012**</u>　　<u>**General Claims Analysis/Claims Objections**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 46.00 | 660.00 | 30,360.00 |
| CEM | Carl Meyntjens | 22.00 | 660.00 | 14,520.00 |
| EEG | Eduardo Gracia | 0.50 | 660.00 | 330.00 |
| ERB | Eric Bouffard | 1.50 | 660.00 | 990.00 |
| JTE | Jon Ericson | 3.50 | 660.00 | 2,310.00 |
| UGIORD | Ugo Giordano | 4.30 | 690.00 | 2,967.00 |
| **Counsel** | | | | |
| AXW | Arnaud Wtterwulghe SEL | 3.90 | 580.00 | 2,262.00 |
| JZG | Johan Gregow | 10.30 | 580.00 | 5,974.00 |
| **Senior Associate** | | | | |
| LCC | Lindsay Connal | 70.80 | 460.00 | 32,568.00 |
| MGS | Malte Strüber | 0.30 | 540.00 | 162.00 |
| OFP | Óscar Franco | 9.00 | 460.00 | 4,140.00 |
| PEF | Pierre-Emmanuel Fender | 4.30 | 540.00 | 2,322.00 |
| SDECRI | Sofia De Cristofaro | 0.70 | 540.00 | 378.00 |
| TUS | Tanyel Serpemen | 25.50 | 460.00 | 11,730.00 |
| **Associate** | | | | |
| JFREDR | Johan Levinsson | 3.50 | 425.00 | 1,487.50 |
| LPERET | Luca Peretti | 9.00 | 395.00 | 3,555.00 |
| PDB | Paul Bagon | 111.90 | 395.00 | 44,200.50 |
| **Junior Associate** | | | | |
| EVW | Emma Wood | 9.50 | 315.00 | 2,992.50 |
| GPOOLE | Greg Pooler | 0.60 | 290.00 | 174.00 |
| HWC | Helen Clark | 13.50 | 315.00 | 4,252.50 |
| LROBER | Lindsey Roberts | 79.30 | 290.00 | 22,997.00 |
| MKRACH | Manuela Krach | 33.80 | 290.00 | 9,802.00 |
| NSCHEP | Nicolas Schepkens | 18.00 | 290.00 | 5,220.00 |
| RMEADE | Robert Meade | 12.20 | 290.00 | 3,538.00 |
| SALEX | Sophie Alexane | 38.00 | 290.00 | 11,020.00 |
| **Trainee** | | | | |
| BEGGER | Beatrice Kubik | 12.50 | 160.00 | 2,000.00 |
| HPEIFF | Hadrien Peiffer | 5.00 | 185.00 | 925.00 |
| JHOLMG | Josefin Holmgren | 39.40 | 185.00 | 7,289.00 |
| KLENNO | Karla Lennon | 5.40 | 185.00 | 999.00 |
| LBOUCH | Lindsey Bouchara | 29.40 | 185.00 | 5,439.00 |
| NHUBBC | Nadia Hubbuck | 1.50 | 185.00 | 277.50 |
| SLAW | Sophie Law | 11.90 | 185.00 | 2,201.50 |
| **Other** | | | | |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0012**</u>    <u>**General Claims Analysis/Claims Objections**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| CVERNU | Claude Vernusse | 0.60 | 70.00 | 42.00 |
| | | | Total | 239,425.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

## <u>C0012</u>     <u>General Claims Analysis/Claims Objections</u>

|  |  |  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 23/06/2011 | Eric Bouffard | MISC | Exam Paul Bajan question re. F claims + instructing PEF. | 1.00 | 660.00 | 660.00 |
| 01/07/2011 | Lindsay Connal | INTD | LR | 0.50 | 460.00 | 230.00 |
| 01/07/2011 | Lindsay Connal | DRFT | Reviewing and amending note | 1.30 | 460.00 | 598.00 |
| 01/07/2011 | Lindsay Connal | LETT | Emails PB | 0.10 | 460.00 | 46.00 |
| 01/07/2011 | Lindsay Connal | DRFT | Reviewing and amending note and intds/emails LR re the same | 4.90 | 460.00 | 2,254.00 |
| 01/07/2011 | Lindsey Roberts | DRFT | Work on note | 3.00 | 290.00 | 870.00 |
| 01/07/2011 | Paul Bagon | DRFT | TUV rider for claims memo. | 7.00 | 395.00 | 2,765.00 |
| 01/07/2011 | Sophie Alexane | CASE | Lecture des proof of claims Recherches et rédaction du mémorandum | 8.10 | 290.00 | 2,349.00 |
| 01/07/2011 | Sophie Law | RSCH | Rsch, add to Paul's note re transactions at an undervalue | 2.70 | 185.00 | 499.50 |
| 04/07/2011 | Angela Pearson | DRFT | Review draft note | 3.50 | 660.00 | 2,310.00 |
| 04/07/2011 | Angela Pearson | INTD | Discussion with LCC and LROBER re: draft note | 1.00 | 660.00 | 660.00 |
| 04/07/2011 | Emma Wood | INTD | With LCC | 0.30 | 315.00 | 94.50 |
| 04/07/2011 | Emma Wood | INTD | With LROBER | 0.10 | 315.00 | 31.50 |
| 04/07/2011 | Emma Wood | RSCH | Dishonesty claims analysis. | 0.80 | 315.00 | 252.00 |
| 04/07/2011 | Emma Wood | DRFT | Email outlining research | 0.50 | 315.00 | 157.50 |
| 04/07/2011 | Emma Wood | PHON | Pick up message LCC | 0.10 | 315.00 | 31.50 |
| 04/07/2011 | Emma Wood | LETT | Email LCC | 0.10 | 315.00 | 31.50 |
| 04/07/2011 | Helen Clark | RSCH | Research into dishonest assistance | 3.20 | 315.00 | 1,008.00 |
| 04/07/2011 | Helen Clark | INTD | Discussions with LCC re research into dishonest assistance | 0.30 | 315.00 | 94.50 |
| 04/07/2011 | Karla Lennon | LETT | Reviewing and updating note on statute of limitations | 1.10 | 185.00 | 203.50 |
| 04/07/2011 | Lindsay Connal | INTD | Intds AMP, LR and HWC re note, and email to/from PB re note | 1.80 | 460.00 | 828.00 |
| 04/07/2011 | Lindsay Connal | READ | Note in advance of discussion with AMP and LR | 0.40 | 460.00 | 184.00 |
| 04/07/2011 | Lindsay Connal | DRFT | Amending note (inc PB rider) and intds/emails LR, HWC, EW and RM | 4.80 | 460.00 | 2,208.00 |
| 04/07/2011 | Lindsay Connal | LETT | Emails | 0.20 | 460.00 | 92.00 |
| 04/07/2011 | Lindsay Connal | INTD | PB | 0.10 | 460.00 | 46.00 |
| 04/07/2011 | Lindsay Connal | INTD | LR | 0.20 | 460.00 | 92.00 |
| 04/07/2011 | Lindsey Roberts | DRFT | Final amends to note | 9.00 | 290.00 | 2,610.00 |
| 04/07/2011 | Paul Bagon | DRFT | TUV Rider for Claims Memo | 7.00 | 395.00 | 2,765.00 |
| 04/07/2011 | Robert Meade | RSCH | RSCH in to duty of care owed between group companies. | 1.80 | 290.00 | 522.00 |
| 04/07/2011 | Robert Meade | RSCH | Research into unlawful means conspiracy. | 2.30 | 290.00 | 667.00 |
| 04/07/2011 | Sophie Alexane | CASE | Rédaction du mémo | 6.50 | 290.00 | 1,885.00 |
| 04/07/2011 | Sophie Law | RSCH | Rsch for Paul - transactions at an undervalue, read note, case law | 0.90 | 185.00 | 166.50 |
| 05/07/2011 | Emma Wood | INTD | With LCC re additional points | 0.20 | 315.00 | 63.00 |
| 05/07/2011 | Emma Wood | RSCH | Further research | 1.10 | 315.00 | 346.50 |
| 05/07/2011 | Emma Wood | INTD | With LCC | 0.20 | 315.00 | 63.00 |
| 05/07/2011 | Emma Wood | RSCH | Locating additional case | 0.20 | 315.00 | 63.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0012**</u>    <u>**General Claims Analysis/Claims Objections**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 05/07/2011 | Helen Clark | RSCH | Further reading re dishonest assistance claims/email to LCC | 1.30 | 315.00 | 409.50 |
| 05/07/2011 | Helen Clark | INTD | With LCC re dishonest assistance | 0.20 | 315.00 | 63.00 |
| 05/07/2011 | Lindsey Bouchara | READ | Proof reading Claims Analysis Memo, checking cross references, statute references. Reading/Considering Rider Internal discussion with Paul Bagon | 1.70 | 185.00 | 314.50 |
| 05/07/2011 | Lindsay Connal | INTD | EVW re research | 0.20 | 460.00 | 92.00 |
| 05/07/2011 | Lindsay Connal | INTD | EVW re research | 0.20 | 460.00 | 92.00 |
| 05/07/2011 | Lindsay Connal | INTD | HWC re research | 0.20 | 460.00 | 92.00 |
| 05/07/2011 | Lindsay Connal | LETT | Working on note of advice, including intds LR, AMP and PB | 2.50 | 460.00 | 1,150.00 |
| 05/07/2011 | Lindsey Roberts | DRFT | Working on note | 7.00 | 290.00 | 2,030.00 |
| 05/07/2011 | Paul Bagon | DRFT | finalising TUV rider for claims analysis memo and related discussions with LCC, AMP and PEF. | 7.00 | 395.00 | 2,765.00 |
| 05/07/2011 | Pierre-Emmanuel Fender | CASE | Relecture note | 1.00 | 540.00 | 540.00 |
| 05/07/2011 | Sophie Alexane | CASE | Recherches et fin de la rédaction du mémo | 5.00 | 290.00 | 1,450.00 |
| 06/07/2011 | Angela Pearson | DRFT | Nortel issues/note | 2.00 | 660.00 | 1,320.00 |
| 06/07/2011 | Eric Bouffard | INTD | Point Nortel with PEF | 0.30 | 660.00 | 198.00 |
| 06/07/2011 | Lindsey Bouchara | LETT | Reading/Considering Riders to the Proofs of Claims to get a better understanding of each Claim. | 1.10 | 185.00 | 203.50 |
| 06/07/2011 | Lindsey Bouchara | READ | Internal discussions with Paul. Attending call with the Paris office regarding the Memo. Proof reading the memo and inserting references to the Riders. Reading/Considering the riders | 4.00 | 185.00 | 740.00 |
| 06/07/2011 | Lindsay Connal | INTD | Intd LR and emails from/to PB | 0.30 | 460.00 | 138.00 |
| 06/07/2011 | Lindsay Connal | DRFT | Note of advice and intds/emails LR re the same | 4.00 | 460.00 | 1,840.00 |
| 06/07/2011 | Lindsay Connal | DRFT | Note of advice and intd LR re the same | 1.50 | 460.00 | 690.00 |
| 06/07/2011 | Lindsey Roberts | MISC | Working on note | 6.50 | 290.00 | 1,885.00 |
| 06/07/2011 | Paul Bagon | DRFT | EMEA Claims analysis. | 7.00 | 395.00 | 2,765.00 |
| 06/07/2011 | Pierre-Emmanuel Fender | CASE | Conf call concernant modification du memo + relecture | 1.50 | 540.00 | 810.00 |
| 06/07/2011 | Sophie Alexane | CASE | Phone call with Paul Bagon et PEF pour discuter le mémo sur les proof of claims contre Nortel | 1.00 | 290.00 | 290.00 |
| 07/07/2011 | Angela Pearson | DRFT | Memo | 6.00 | 660.00 | 3,960.00 |
| 07/07/2011 | Angela Pearson | PHON | Telephone conversation with Akin Gump | 0.50 | 660.00 | 330.00 |
| 07/07/2011 | Claude Vernusse | RSCH | PV | 0.60 | 70.00 | 42.00 |
| 07/07/2011 | Lindsey Bouchara | READ | Amending/proof reading French Memo - checking cross references between various debts of claims. Internal discussions with Paul Bagon. | 3.00 | 185.00 | 555.00 |
| 07/07/2011 | Lindsey Bouchara | INTD | Reviewing detailed list of Board Minutes to review in respect of the French claims. Internal discussion with Paul Bagon. Call with the Paris office in relation to obtaining Board Minutes. | 0.80 | 185.00 | 148.00 |
| 07/07/2011 | Lindsey Bouchara | READ | Reviewing/Considering all Board Minutes received in respect of NNSAS and NNSA. | 2.00 | 185.00 | 370.00 |
| 07/07/2011 | Lindsey Bouchara | LETT | Further amendments made to the Memo following discussions with Paul Bagon. Weekly Committee Call. | 2.00 | 185.00 | 370.00 |
| 07/07/2011 | Lindsay Connal | DRFT | Note of advice and intds LR re the same | 10.80 | 460.00 | 4,968.00 |
| 07/07/2011 | Lindsay Connal | READ | Email from PB re press interest | 0.10 | 460.00 | 46.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0012**</u>    <u>**General Claims Analysis/Claims Objections**</u>

| Date | Name | Type | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 07/07/2011 | Lindsay Connal | READ | Email from PB | 0.10 | 460.00 | 46.00 |
| 07/07/2011 | Lindsay Connal | PHON | Call with US Counsel | 0.50 | 460.00 | 230.00 |
| 07/07/2011 | Lindsey Roberts | DRFT | Working on Note | 12.00 | 290.00 | 3,480.00 |
| 07/07/2011 | Lindsey Roberts | PHON | Call with US Counsel | 0.50 | 290.00 | 145.00 |
| 07/07/2011 | Paul Bagon | DRFT | Reviewing and amending French law claims analysis. | 10.00 | 395.00 | 3,950.00 |
| 07/07/2011 | Pierre-Emmanuel Fender | CASE | Relecture note | 0.30 | 540.00 | 162.00 |
| 07/07/2011 | Sophie Alexane | CASE | Modification du mémo obtention et examen des PV d'AG et de Conseil d'administration de NNSA et NNSAS Emails et phone call à Paul Bagon | 5.00 | 290.00 | 1,450.00 |
| 08/07/2011 | Angela Pearson | DRFT | Nortel memo | 12.50 | 660.00 | 8,250.00 |
| 08/07/2011 | Emma Wood | INTD | Re scope of research | 0.10 | 315.00 | 31.50 |
| 08/07/2011 | Emma Wood | RSCH | On limitations point | 0.90 | 315.00 | 283.50 |
| 08/07/2011 | Greg Pooler | RSCH | Assisting Lindsey Roberts and Lindsay Connal in respect of note of advice (re Limitation Act 1980). | 0.60 | 290.00 | 174.00 |
| 08/07/2011 | Helen Clark | RSCH | Research into limitation issues | 1.30 | 315.00 | 409.50 |
| 08/07/2011 | Lindsey Bouchara | READ | Researching case law on the meaning of 'transaction' and allocation of sale proceeds in relation to transactions at an undervalue. Internal discussions with Paul. Proof reading/amending Memo. | 4.60 | 185.00 | 851.00 |
| 08/07/2011 | Lindsey Bouchara | READ | Proof reading/amending/ inserting cross references within French Memo. | 1.80 | 185.00 | 333.00 |
| 08/07/2011 | Lindsay Connal | DRFT | Note of advice and intds LR, PB and AMP re the same | 13.00 | 460.00 | 5,980.00 |
| 08/07/2011 | Lindsey Roberts | DRFT | Finalising note | 12.50 | 290.00 | 3,625.00 |
| 08/07/2011 | Paul Bagon | DRFT | Finalising french law claims analysis memo. | 5.00 | 395.00 | 1,975.00 |
| 08/07/2011 | Paul Bagon | LETT | Various emails and discussions with AMP re claims analysis memo. | 1.00 | 395.00 | 395.00 |
| 08/07/2011 | Pierre-Emmanuel Fender | CASE | Relecture et envoi mémo | 0.50 | 540.00 | 270.00 |
| 08/07/2011 | Robert Meade | INTD | LROBER re research into limitation periods | 0.30 | 290.00 | 87.00 |
| 08/07/2011 | Robert Meade | RSCH | RSCH into limitation periods for dishonest assitance | 2.20 | 290.00 | 638.00 |
| 08/07/2011 | Sophie Alexane | CASE | Review des modifications faites par P. Bagon et modifications au mémo | 2.50 | 290.00 | 725.00 |
| 11/07/2011 | Lindsey Bouchara | RSCH | Researching case law/journal articles on the meaning of 'transaction' under section 238 IA 1986 and whether an allocation of proceeds could be seen as a transaction. Researching the views of the Court on such matter. Internal discussions with Paul on the matter. | 4.70 | 185.00 | 869.50 |
| 11/07/2011 | Lindsay Connal | READ | Email attaching draft Objection | 0.30 | 460.00 | 138.00 |
| 11/07/2011 | Paul Bagon | READ | Claims analysis memo | 4.50 | 395.00 | 1,777.50 |
| 11/07/2011 | Paul Bagon | RSCH | Tuv case law re claims analysis. | 3.00 | 395.00 | 1,185.00 |
| 12/07/2011 | Angela Pearson | INTD | Meeting with LCC | 1.00 | 660.00 | 660.00 |
| 12/07/2011 | Angela Pearson | READ | Review of Objections | 4.50 | 660.00 | 2,970.00 |
| 12/07/2011 | Angela Pearson | LETT | Emails to Akin | 0.20 | 660.00 | 132.00 |
| 12/07/2011 | Emma Wood | INTD | Re research | 0.20 | 315.00 | 63.00 |
| 12/07/2011 | Emma Wood | RSCH | On ex turpi causa (including note) | 1.10 | 315.00 | 346.50 |
| 12/07/2011 | Emma Wood | INTD | With LCC | 0.10 | 315.00 | 31.50 |
| 12/07/2011 | Emma Wood | DRFT | Amending note | 0.20 | 315.00 | 63.00 |
| 12/07/2011 | Helen Clark | RSCH | Ex turpi causa research | 2.00 | 315.00 | 630.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0012**</u>    <u>**General Claims Analysis/Claims Objections**</u>

| Date | Name | | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|------|------|--|-------------|----------------|----------------------|--------|
| 12/07/2011 | Lindsey Bouchara | RSCH | Reading/ Considering Objections to Claim Researching Commentary/Case Law on COMI and 'de facto director' issues and whether these can be perceived as mutually exclusive. | 2.00 | 185.00 | 370.00 |
| 12/07/2011 | Lindsay Connal | READ | Email from AG | 0.10 | 460.00 | 46.00 |
| 12/07/2011 | Lindsay Connal | INTD | Various intds re research with LR, RM, EW and HWC, and reading note | 1.00 | 460.00 | 460.00 |
| 12/07/2011 | Lindsay Connal | INTD | LR | 0.20 | 460.00 | 92.00 |
| 12/07/2011 | Lindsay Connal | INTD | LR, HWC and RM | 0.20 | 460.00 | 92.00 |
| 12/07/2011 | Lindsay Connal | READ | Considering Joint Objection and intds LR, RM, and HWC re the same | 7.00 | 460.00 | 3,220.00 |
| 12/07/2011 | Lindsey Roberts | LETT | Reviewing Joint Objection, providing additional analysis | 8.00 | 290.00 | 2,320.00 |
| 12/07/2011 | Paul Bagon | READ | NNI dispositive motion to NNUK claims. | 7.50 | 395.00 | 2,962.50 |
| 12/07/2011 | Robert Meade | RSCH | Research into the ex turpi causa doctrine for LCC | 2.00 | 290.00 | 580.00 |
| 13/07/2011 | Angela Pearson | ATTD | Pre-meeting - team | 1.00 | 660.00 | 660.00 |
| 13/07/2011 | Angela Pearson | DRFT | Review draft bullet points, etc. | 1.00 | 660.00 | 660.00 |
| 13/07/2011 | Angela Pearson | PHON | Conference call/post discussion | 1.50 | 660.00 | 990.00 |
| 13/07/2011 | Angela Pearson | READ | Review Todd Opinion | 1.00 | 660.00 | 660.00 |
| 13/07/2011 | Emma Wood | RSCH | Dishonest assistance/knowing receipt/3 Rivers | 2.00 | 315.00 | 630.00 |
| 13/07/2011 | Emma Wood | INTD | LROBER | 0.10 | 315.00 | 31.50 |
| 13/07/2011 | Emma Wood | INTD | LROBER re additional research | 0.10 | 315.00 | 31.50 |
| 13/07/2011 | Emma Wood | RSCH | Dishonest assistance knowledge requirement | 1.00 | 315.00 | 315.00 |
| 13/07/2011 | Emma Wood | INTD | LROBER re research | 0.10 | 315.00 | 31.50 |
| 13/07/2011 | Helen Clark | LETT | Further research into ex turpi causa and amending note. | 3.60 | 315.00 | 1,134.00 |
| 13/07/2011 | Lindsey Bouchara | INTD | Researching case law/commentary on the issue of distinction between sister company and subsidiary. Followed by internal discussion with Paul. | 1.70 | 185.00 | 314.50 |
| 13/07/2011 | Lindsay Connal | READ | Reviewing Joint Objection, discussions/emails with AMP, LR, PB, HWC, RMEADE and EWOOD re the same, and email to Akin Gump | 7.00 | 460.00 | 3,220.00 |
| 13/07/2011 | Lindsay Connal | PHON | Call with AG and Clearys and intd following call with AMP, PB and LR | 1.60 | 460.00 | 736.00 |
| 13/07/2011 | Lindsey Roberts | READ | Reading/drafting - Reviewing joint objection and providing further analysis | 8.00 | 290.00 | 2,320.00 |
| 13/07/2011 | Lindsey Roberts | PHON | Call with AG and CG re the Joint Objection | 1.80 | 290.00 | 522.00 |
| 13/07/2011 | Paul Bagon | READ | Cleary dispositive motion. related case review. Email to AMP, LCC with analysis. | 7.50 | 395.00 | 2,962.50 |
| 13/07/2011 | Paul Bagon | PHON | With AG and Cleary re dispositive motion and related internal discussions with AMP and LCC> | 1.50 | 395.00 | 592.50 |
| 13/07/2011 | Robert Meade | RSCH | Research into the ex turpi causa doctrine for LCC | 3.60 | 290.00 | 1,044.00 |
| 14/07/2011 | Angela Pearson | READ | Review Agreement | 1.00 | 660.00 | 660.00 |
| 14/07/2011 | Angela Pearson | PHON | Telephone conversation with DG/CG | 1.50 | 660.00 | 990.00 |
| 14/07/2011 | Angela Pearson | INTD | Discussion with LROBER | 0.50 | 660.00 | 330.00 |
| 14/07/2011 | Angela Pearson | READ | Review emails | 0.50 | 660.00 | 330.00 |
| 14/07/2011 | Lindsay Connal | PREP | Prep for call with AG, Cleary and Michael Todd QC (inc review of draft Dec) | 1.00 | 460.00 | 460.00 |
| 14/07/2011 | Lindsay Connal | LETT | Call with AG, Cleary and Michael Todd QC, and intd following call re letter of instruction | 1.80 | 460.00 | 828.00 |
| 14/07/2011 | Lindsay Connal | READ | Todd Dec | 0.50 | 460.00 | 230.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0012**</u>    <u>**General Claims Analysis/Claims Objections**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 14/07/2011 | Lindsay Connal | LETT | Emails/intds | 0.20 | 460.00 | 92.00 |
| 14/07/2011 | Lindsey Roberts | PHON | Call with CG and QC and reading QC opinion. Preparing draft of instructions to expert | 3.50 | 290.00 | 1,015.00 |
| 14/07/2011 | Paul Bagon | READ | Michael Todd QC draft Witness Statement re NNUK Proof of Claim. | 1.30 | 395.00 | 513.50 |
| 14/07/2011 | Paul Bagon | LETT | Finalising and sending out French law analysis of NNSA proof of claims. | 5.00 | 395.00 | 1,975.00 |
| 14/07/2011 | Paul Bagon | PHON | Call with Cleary and AG re Michael Todd QC Witness Statement (in part) | 0.50 | 395.00 | 197.50 |
| 14/07/2011 | Sophie Law | READ | Read Paul's French Law note, comments, intd with Paul | 0.60 | 185.00 | 111.00 |
| 15/07/2011 | Angela Pearson | INTD | Discussion LCC | 0.50 | 660.00 | 330.00 |
| 15/07/2011 | Angela Pearson | INTD | Discussion LROBER | 0.50 | 660.00 | 330.00 |
| 15/07/2011 | Angela Pearson | DRFT | Review draft of report | 2.50 | 660.00 | 1,650.00 |
| 15/07/2011 | Lindsay Connal | PHON | Call with AG, Clearys and Michael Todd QC | 1.00 | 460.00 | 460.00 |
| 15/07/2011 | Lindsay Connal | INTD | Intds LR re revised Declaration | 0.50 | 460.00 | 230.00 |
| 15/07/2011 | Lindsay Connal | LETT | Email from/to AG | 0.10 | 460.00 | 46.00 |
| 15/07/2011 | Lindsey Roberts | LETT | Instructions to Counsel - Calls with CG/AG and Counsel - Reading Pleading | 5.50 | 290.00 | 1,595.00 |
| 15/07/2011 | Paul Bagon | PHON | Cleary, AG and Michael Todd QC finalising comments on NNUK dispositive motion and related follow-on call with AG re next steps. | 0.80 | 395.00 | 316.00 |
| 15/07/2011 | Paul Bagon | READ | Finalising NNI witness statement re NNUK claims and related motion. | 4.30 | 395.00 | 1,698.50 |
| 18/07/2011 | Eric Bouffard | CASE | Follow-up with PEF | 0.20 | 660.00 | 132.00 |
| 18/07/2011 | Paul Bagon | LETT | Final form objections to NNUK claims. | 2.00 | 395.00 | 790.00 |
| 18/07/2011 | Paul Bagon | LETT | Coordinating EMEA cross-jurisdiction claims analysis. Internal dicussions re German law analysis and sending instructions and docs. | 3.00 | 395.00 | 1,185.00 |
| 18/07/2011 | Tanyel Serpemen | LETT | Internal discussion, reviewing dispositive motion | 3.00 | 460.00 | 1,380.00 |
| 19/07/2011 | Angela Pearson | LETT | Emails to DB, etc. | 1.00 | 660.00 | 660.00 |
| 19/07/2011 | Helen Clark | RSCH | Looking into how to apply for pleadings in Court of Appeal | 0.80 | 315.00 | 252.00 |
| 19/07/2011 | Helen Clark | DRFT | Drafting application notice and draft order | 0.80 | 315.00 | 252.00 |
| 19/07/2011 | Karla Lennon | PHON | Various phone calls with Court of Appeal listing office to find out how to get statements of case and general information regarding hearing. | 0.40 | 185.00 | 74.00 |
| 19/07/2011 | Karla Lennon | INTD | Internal calls with Paul Bagon to find out when appeal hearing listed and getting statements of case. | 0.20 | 185.00 | 37.00 |
| 19/07/2011 | Lindsay Connal | INTD | PB re obtaining Pleadings | 0.10 | 460.00 | 46.00 |
| 19/07/2011 | Lindsay Connal | INTD | Intds re obtaining Pleadings and emails | 0.30 | 460.00 | 138.00 |
| 19/07/2011 | Luca Peretti | LETT | Kick-off meeting with Paul Bagon and review of documentation | 3.00 | 395.00 | 1,185.00 |
| 19/07/2011 | Lindsey Roberts | RSCH | Research on submission to jurisdiction | 2.00 | 290.00 | 580.00 |
| 19/07/2011 | Manuela Krach | MISC | Received instruction on the case from colleague, read amended proof of claim as well as French and English memoranda already prepared by Ashurst, started to consider claims from a German law perspective. | 2.10 | 290.00 | 609.00 |
| 19/07/2011 | Nadia Hubbuck | RSCH | Research on what constitutes submitting to jurisdiction under English law. Answering LROBER queries. | 1.50 | 185.00 | 277.50 |
| 19/07/2011 | Paul Bagon | READ | NN Ireland pleadings. | 1.00 | 395.00 | 395.00 |
| 19/07/2011 | Paul Bagon | LETT | Instructions to Italian team re review of Italian claim and related meeting. | 3.00 | 395.00 | 1,185.00 |

Matter: CCN01.00001 – BANKRUPTCY

## C0012    General Claims Analysis/Claims Objections

| | | | | Time (Decimal) | Std Rate (GBP /hour) | | Amount |
|---|---|---|---|---|---|---|---|
| 19/07/2011 | Sophie Alexane | READ | Examen de la motion to dismiss de NNUK | 0.40 | 290.00 | | 116.00 |
| 19/07/2011 | Sofia De Cristofaro | MISC | Beginning to review statement of claim filed by Nortel Italy and internal with P. Bagon to discuss context of the case and analysis required | 0.70 | 540.00 | | 378.00 |
| 19/07/2011 | Sophie Law | LETT | Updating internal nortel files with new court docs | 1.90 | 185.00 | | 351.50 |
| 19/07/2011 | Tanyel Serpemen | LETT | Instruction trainee re research and drafting memo re claims raised by Joint Administrators of NN Germany against NNI; review format other jurisdiction reports (England, France) wrt streamlining format of analysis | 2.00 | 460.00 | | 920.00 |
| 19/07/2011 | Ugo Giordano | MISC | Brief meeting with Paul, review documentation, internal with Sofia and Luca; further meeting with Paul | 1.50 | 690.00 | | 1,035.00 |
| 20/07/2011 | Angela Pearson | PHON | Telephone conversation with P Bagon | 0.20 | 660.00 | | 132.00 |
| 20/07/2011 | Josefin Holmgren | INTD | Internal discussions regarding NN Sweden's claim. | 0.40 | 185.00 | | 74.00 |
| 20/07/2011 | Luca Peretti | LETT | Review of proof of claim of Nortel Network S.p.A. and Ashurst memorandum | 3.00 | 395.00 | | 1,185.00 |
| 20/07/2011 | Manuela Krach | RSCH | Research on the German law perspective regarding the claims asserted by the Joint Administrators in their amended proof of claim filed 3 June 2011 in order to draft memorandum. | 7.40 | 290.00 | | 2,146.00 |
| 20/07/2011 | Óscar Franco | LETT | Reviewing documentation sent by Paul Bagon. | 1.00 | 460.00 | | 460.00 |
| 20/07/2011 | Paul Bagon | LETT | Instructions to Spain, Belgium and Sweden re claims analysis and related calls and emails. | 5.00 | 395.00 | | 1,975.00 |
| 20/07/2011 | Sophie Alexane | READ | Examen et correction du projet de motion to dismiss concernant NNSA et du French expert report | 4.50 | 290.00 | | 1,305.00 |
| 20/07/2011 | Sophie Law | LETT | Updating internal files (claims analysis file), update chronology; emails to lit re updated documents | 3.80 | 185.00 | | 703.00 |
| 20/07/2011 | Tanyel Serpemen | LETT | Memo and research re dispositive motion re Rider claims by Nortel GmbH (in administration) | 5.00 | 460.00 | | 2,300.00 |
| 21/07/2011 | Angela Pearson | READ | Review emails | 1.00 | 660.00 | | 660.00 |
| 21/07/2011 | Beatrice Kubik | DRFT | Draft legal memorandum | 5.50 | 160.00 | | 880.00 |
| 21/07/2011 | Carl Meyntjens | LETT | Nortel | 2.00 | 660.00 | | 1,320.00 |
| 21/07/2011 | Josefin Holmgren | RSCH | Reading background material. | 4.00 | 185.00 | | 740.00 |
| 21/07/2011 | Jon Ericson | LETT | Reading up. Briefing team. Initiating work. | 3.50 | 660.00 | | 2,310.00 |
| 21/07/2011 | Johan Gregow | LETT | Review of documents and e-mails | 1.00 | 580.00 | | 580.00 |
| 21/07/2011 | Luca Peretti | LETT | Brief review of joint objections of NNUK | 1.00 | 395.00 | | 395.00 |
| 21/07/2011 | Malte Strüber | INTD | Internal discussion re transfer pricing-related claims of insolvency administrator | 0.30 | 540.00 | | 162.00 |
| 21/07/2011 | Manuela Krach | DRFT | Drafted memorandum on the German law perspective regarding the claims asserted by the Joint Administrators in their amended proof of claim filed 3 June 2011. | 8.10 | 290.00 | | 2,349.00 |
| 21/07/2011 | Óscar Franco | LETT | Reviewing NN Spain cliam. | 2.00 | 460.00 | | 920.00 |
| 21/07/2011 | Paul Bagon | LETT | Reviewing revised NNSA MTD and Expert Report. Coordinating with Paris office. Emails to AG. Attending call with AG and CG and Paris Office re NNSA Claims. | 7.50 | 395.00 | | 2,962.50 |
| 21/07/2011 | Pierre-Emmanuel Fender | CASE | Conf call + relecture rapide | 1.00 | 540.00 | | 540.00 |

Matter: CCN01.00001 – BANKRUPTCY

## C0012    General Claims Analysis/Claims Objections

| Date | Name | | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 21/07/2011 | Sophie Alexane | CASE | Examen de la nouvelle version du projet de motion to dismiss concernant NNSA; modifications aux projets de motion to dismiss et au French expert report; emails et phone call à P. Bagon concernant les modifications; conference call avec Cleary et Akin Gump concernant les projets de motion to dismiss et de French expert report | 4.00 | 290.00 | 1,160.00 |
| 21/07/2011 | Sophie Law | PHON | Call with Akin/Cleary/Ashurst-Paris re French law expert report | 0.70 | 185.00 | 129.50 |
| 21/07/2011 | Sophie Law | LETT | Updating internal files | 1.30 | 185.00 | 240.50 |
| 21/07/2011 | Tanyel Serpemen | LETT | Claims objections re claims raised by Nortel GmbH (in administration) | 5.00 | 460.00 | 2,300.00 |
| 22/07/2011 | Angela Pearson | READ | Review emails | 0.50 | 660.00 | 330.00 |
| 22/07/2011 | Beatrice Kubik | DRFT | Draft Memorandum | 7.00 | 160.00 | 1,120.00 |
| 22/07/2011 | Josefin Holmgren | RSCH | Reading background material and internal discussion. | 6.50 | 185.00 | 1,202.50 |
| 22/07/2011 | Manuela Krach | DRFT | Drafted memorandum on the German law perspective regarding the claims asserted by the Joint Administrators in their amended proof of claim filed 3 June 2011. | 5.90 | 290.00 | 1,711.00 |
| 22/07/2011 | Óscar Franco | LETT | Internal discussions with Paul Bagon and preparation of memorandum. | 3.00 | 460.00 | 1,380.00 |
| 22/07/2011 | Paul Bagon | INTD | Madrid office re claims review. | 0.50 | 395.00 | 197.50 |
| 22/07/2011 | Paul Bagon | INTD | Tanyel - re German claims review. | 0.30 | 395.00 | 118.50 |
| 22/07/2011 | Paul Bagon | LETT | Reviewing and commenting on final French Expert Report and MTD and sending comments to Akin. Attending related call with AG and CG and French Expert. | 7.50 | 395.00 | 2,962.50 |
| 22/07/2011 | Sophie Alexane | CONC | Examen des projets révisés de French expert report et de Motion to dismiss; conference call avec Cleary et Akin concernant le French expert report | 1.00 | 290.00 | 290.00 |
| 22/07/2011 | Tanyel Serpemen | LETT | Discussion with tax lawyers from Frankfurt office re Nortel memo and advance pricing agreements, internal discussion with RSSG NQ | 1.50 | 460.00 | 690.00 |
| 24/07/2011 | Josefin Holmgren | RSCH | Research regarding NN Sweden's claims. | 0.50 | 185.00 | 92.50 |
| 25/07/2011 | Angela Pearson | READ | Review emails | 0.40 | 660.00 | 264.00 |
| 25/07/2011 | Arnaud Witterwulghe SEL | LETT | E-mails. Call from Paul. Internal meeting. | 1.30 | 580.00 | 754.00 |
| 25/07/2011 | Josefin Holmgren | RSCH | Research for memo regarding NN Sweden's claims. | 4.80 | 185.00 | 888.00 |
| 25/07/2011 | Karla Lennon | MISC | Reading the judgment from the previous hearing ahead of court of appeal hearing. | 1.30 | 185.00 | 240.50 |
| 25/07/2011 | Luca Peretti | LETT | Research on the definition of "direzione e coordinamento" ex art. 2497 | 2.00 | 395.00 | 790.00 |
| 25/07/2011 | Manuela Krach | DRFT | Drafted memorandum on the German law perspective regarding the claims asserted by the Joint Administrators in their amended proof of claim filed 3 June 2011. | 2.10 | 290.00 | 609.00 |
| 25/07/2011 | Nicolas Schepkens | READ | Analysis of the claims and reports sent by London office | 3.00 | 290.00 | 870.00 |
| 25/07/2011 | Paul Bagon | INTD | Brussels office re EMEA claims analysis. | 0.20 | 395.00 | 79.00 |
| 25/07/2011 | Tanyel Serpemen | LETT | Review draft memo | 1.00 | 460.00 | 460.00 |
| 26/07/2011 | Angela Pearson | INTD | Email to LCC | 0.20 | 660.00 | 132.00 |
| 26/07/2011 | Arnaud Witterwulghe SEL | LETT | Analysis of documentation. Internal meetings with CEM and Nicolas. | 1.90 | 580.00 | 1,102.00 |
| 26/07/2011 | Carl Meyntjens | LETT | Reading documents; telephone conferences; research. | 7.00 | 660.00 | 4,620.00 |
| 26/07/2011 | Hadrien Peiffer | PHON | INTD with Carl + call Paul Bagon re Nortel-Belgian law analysis | 1.00 | 185.00 | 185.00 |
| 26/07/2011 | Hadrien Peiffer | READ | Read file + Memo | 4.00 | 185.00 | 740.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0012**     **General Claims Analysis/Claims Objections**

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 26/07/2011 | Josefin Holmgren | DRFT | Drafting memo regarding Swedish law claims. | 5.80 | 185.00 | 1,073.00 |
| 26/07/2011 | Karla Lennon | INTD | Discussions with Jack Gillions re note from hearing | 0.50 | 185.00 | 92.50 |
| 26/07/2011 | Karla Lennon | LETT | Preparing note following hearing. | 1.90 | 185.00 | 351.50 |
| 26/07/2011 | Nicolas Schepkens | RSCH | Search on de facto directors and reading | 4.00 | 290.00 | 1,160.00 |
| 26/07/2011 | Paul Bagon | INTD | With Carl re Belgian claims analysis and related emails. | 1.00 | 395.00 | 395.00 |
| 26/07/2011 | Paul Bagon | READ | NN Ireland MTD. | 1.00 | 395.00 | 395.00 |
| 26/07/2011 | Tanyel Serpemen | LETT | Review re note wrt Rider to filing of claims by NN Germany | 4.00 | 460.00 | 1,840.00 |
| 26/07/2011 | Ugo Giordano | DRFT | Review documentation provided by Paul Bagon | 2.80 | 690.00 | 1,932.00 |
| 27/07/2011 | Arnaud Wtterwulghe SEL | LETT | Internal meetings. Coordination. | 0.70 | 580.00 | 406.00 |
| 27/07/2011 | Carl Meyntjens | LETT | Nortel | 5.00 | 660.00 | 3,300.00 |
| 27/07/2011 | Josefin Holmgren | LETT | Drafting a memo regarding Swedish law claims and research in relation to that. | 6.20 | 185.00 | 1,147.00 |
| 27/07/2011 | Lindsay Connal | LETT | Emails | 0.20 | 460.00 | 92.00 |
| 27/07/2011 | Nicolas Schepkens | RSCH | Search on de facto directors and article 530 of the Belgian Companies Code and reading | 4.00 | 290.00 | 1,160.00 |
| 27/07/2011 | Óscar Franco | LETT | Preparing Spanish report | 1.00 | 460.00 | 460.00 |
| 28/07/2011 | Carl Meyntjens | LETT | Nortel | 5.00 | 660.00 | 3,300.00 |
| 28/07/2011 | Eduardo Gracia | INTD | INTD with Oscar Franco and RYG to start reviewing the writ from a tax angle. | 0.50 | 660.00 | 330.00 |
| 28/07/2011 | Josefin Holmgren | DRFT | Drafting a memo regarding Swedish law claims and research in relation to that. | 10.20 | 185.00 | 1,887.00 |
| 28/07/2011 | Johan Gregow | LETT | Research and internal discussions, review of dol analyses of alleged claims. | 7.00 | 580.00 | 4,060.00 |
| 28/07/2011 | Manuela Krach | DRFT | Drafted memorandum on the German law perspective regarding the claims asserted by the Joint Administrators in their amended proof of claim filed 3 June 2011. | 4.10 | 290.00 | 1,189.00 |
| 28/07/2011 | Nicolas Schepkens | READ | Reading the French memo and expertise received from London office, reading doctrines over de facto directors | 4.00 | 290.00 | 1,160.00 |
| 28/07/2011 | Óscar Franco | LETT | Preparing Spanish memo. | 1.00 | 460.00 | 460.00 |
| 28/07/2011 | Tanyel Serpemen | LETT | German law claims analysis. | 4.00 | 460.00 | 1,840.00 |
| 29/07/2011 | Carl Meyntjens | LETT | Nortel - Belgian law claims analysis. | 3.00 | 660.00 | 1,980.00 |
| 29/07/2011 | Josefin Holmgren | DRFT | Drafting a memo regarding Swedish law claims and research in relation to that. | 1.00 | 185.00 | 185.00 |
| 29/07/2011 | Johan Gregow | LETT | Research and internal discussions, review of dol analyses of alleged claims. | 2.30 | 580.00 | 1,334.00 |
| 29/07/2011 | Manuela Krach | DRFT | Further research regarding memorandum on the German law perspective regarding the claims asserted by the Joint Administrators in their amended proof of claim filed 3 June 2011. | 4.10 | 290.00 | 1,189.00 |
| 29/07/2011 | Nicolas Schepkens | READ | Reading doctrines over piercing the corporate veil theory, the responsibility of directors in the framework of a bankruptcy in Belgium | 3.00 | 290.00 | 870.00 |
| 29/07/2011 | Óscar Franco | LETT | Spanish memorandum. | 1.00 | 460.00 | 460.00 |
| 31/07/2011 | Johan Levinsson | LETT | Internal discussions with Josefin and Johan G. Reviewed documentation. | 3.50 | 425.00 | 1,487.50 |

239,425.00

**Matter: CCN01.00001 - BANKRUPTCY**

**C0019**       **Labor Issues/Employee Benefits**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 6.40 | 660.00 | 4,224.00 |
| SEH | Steven Hull | 2.70 | 660.00 | 1,782.00 |
| **Counsel** | | | | |
| MDF | Marcus Fink | 6.20 | 580.00 | 3,596.00 |
| **Senior Associate** | | | | |
| LCC | Lindsay Connal | 1.40 | 460.00 | 644.00 |
| **Associate** | | | | |
| ACW | Andy Wright | 4.00 | 360.00 | 1,440.00 |
| PDB | Paul Bagon | 22.30 | 395.00 | 8,808.50 |
| **Junior Associate** | | | | |
| HWC | Helen Clark | 1.80 | 315.00 | 567.00 |
| **Trainee** | | | | |
| JGILLI | Jack Gillions | 20.50 | 185.00 | 3,792.50 |
| KLENNO | Karla Lennon | 14.90 | 185.00 | 2,756.50 |
| SLAW | Sophie Law | 3.10 | 185.00 | 573.50 |
| | | | Total | 28,184.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0019**</u>     <u>**Labor Issues/Employee Benefits**</u>

| | | | | Time<br>(Decimal) | Std Rate<br>(GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time<br>(Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/07/2011 | Steven Hull | READ | Review Paul Bagon update regarding auction results | 0.10 | 660.00 | 66.00 |
| 07/07/2011 | Andy Wright | LETT | Reviewing email re: impact of Bonas case on unsecured creditors' committee claim; reviewing and considering Bonas case; preparing for and attending call with Akin Gump | 2.60 | 360.00 | 936.00 |
| 07/07/2011 | Angela Pearson | READ | Bonas case | 2.00 | 660.00 | 1,320.00 |
| 07/07/2011 | Angela Pearson | INTD | Email P Bagon | 0.50 | 660.00 | 330.00 |
| 07/07/2011 | Helen Clark | INTD | With LCC re Bonas case | 0.20 | 315.00 | 63.00 |
| 07/07/2011 | Helen Clark | RSCH | Research into Bonas case; reading case; email and discussion with LCC | 1.60 | 315.00 | 504.00 |
| 07/07/2011 | Lindsay Connal | INTD | HWC re research on Bonas case | 0.20 | 460.00 | 92.00 |
| 07/07/2011 | Lindsay Connal | LETT | Emails and intds re Bonas case | 0.50 | 460.00 | 230.00 |
| 07/07/2011 | Marcus Fink | LETT | Review and respond to email querying implication of Bonas judgement by UK Pensions Regulator upper tribunal | 0.40 | 580.00 | 232.00 |
| 07/07/2011 | Paul Bagon | PHON | With AG and related research, emails and internal discussions re Bonas pensions case. | 1.00 | 395.00 | 395.00 |
| 07/07/2011 | Steven Hull | READ | Review Paul Bagon email regarding bond holder discussions re: greater potential recovery out of estate; review Andy Wright emails regarding discussions in connection with jurisdictional disadvantage of the Bonas case; brief discussion with Andy Wright re: same. | 0.30 | 660.00 | 198.00 |
| 14/07/2011 | Karla Lennon | INTD | Internal discussions with Paul Bagon re the appeal hearing. | 0.20 | 185.00 | 37.00 |
| 18/07/2011 | Andy Wright | LETT | Conversation with Paul Bagon re. Akin Gump query on Great Lakes announcement by tPR; research on s.89 Pensions Act 2004; drafting email to Paul Bagon summarising issues arising from Great Lakes announcement; discussion with MDF re. Great Lakes announcement | 1.40 | 360.00 | 504.00 |
| 18/07/2011 | Jack Gillions | PHON | Briefing from Paul Bagon and SJG on Nortel-Lehman hearing in the Court of Appeal on 25 July. | 0.40 | 185.00 | 74.00 |
| 18/07/2011 | Karla Lennon | READ | Reading of transcript of hearing ahead of appeal hearing. | 1.00 | 185.00 | 185.00 |
| 18/07/2011 | Marcus Fink | LETT | Review UK Pension Regulator ruling in Great Lakes case at request of Akin. Discuss same with ACW and review ACW findings email | 0.80 | 580.00 | 464.00 |
| 18/07/2011 | Paul Bagon | LETT | AG pensions query re Great Lakes case. | 1.00 | 395.00 | 395.00 |
| 19/07/2011 | Jack Gillions | RSCH | Reading judgement of Nortel High Court case in preparation for meeting tomorrow. | 2.10 | 185.00 | 388.50 |
| 19/07/2011 | Karla Lennon | PREP | Reading transcript of hearing in preparation for appeal hearing. | 2.40 | 185.00 | 444.00 |
| 19/07/2011 | Paul Bagon | LETT | Emails to AG and related analysis re pending CoA hearing re FSDs. | 2.50 | 395.00 | 987.50 |
| 19/07/2011 | Steven Hull | READ | Review Paul Bagon emails regarding UK appeal of Nortel/Lehman FSD decision and review email correspondence with Angela Pearson, David Botter and Brad Kahn re: same | 0.40 | 660.00 | 264.00 |
| 20/07/2011 | Angela Pearson | READ | Review emails | 0.50 | 660.00 | 330.00 |
| 20/07/2011 | Jack Gillions | ATTD | Briefing from Paul Bagon in respect of background to Nortel case and minute taking for Court of Appeal case on 25 July. | 0.70 | 185.00 | 129.50 |

Matter: CCN01.00001 - BANKRUPTCY

<u>C0019</u>     **Labor Issues/Employee Benefits**

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 20/07/2011 | Jack Gillions | RSCH | Reading and taking notes on Nortel case in preparation for Court of Appeal hearing next week. | 2.30 | 185.00 | 425.50 |
| 20/07/2011 | Karla Lennon | INTD | Meeting with Paul Bagon regarding information required from notes at appeal hearing | 0.50 | 185.00 | 92.50 |
| 20/07/2011 | Karla Lennon | PREP | Reading transcript from first hearing in preparation for taking notes at appeal hearing. | 1.30 | 185.00 | 240.50 |
| 22/07/2011 | Jack Gillions | RSCH | Reading high court judgement and taking notes on case in preparation for Court of Appeal hearing. | 1.20 | 185.00 | 222.00 |
| 22/07/2011 | Karla Lennon | PHON | Various calls with court and looking at website to determine when Court of Appeal hearing is. | 0.60 | 185.00 | 111.00 |
| 22/07/2011 | Karla Lennon | INTD | Internal calls with pensions department to answer queries regarding Court of Appeal hearing | 0.20 | 185.00 | 37.00 |
| 22/07/2011 | Steven Hull | NEGT | Discussions with Jack Gillions regarding Nortel Hearing at the Court of Appeal. | 0.30 | 660.00 | 198.00 |
| 25/07/2011 | Angela Pearson | INTD | Discussion KLENNON | 0.20 | 660.00 | 132.00 |
| 25/07/2011 | Jack Gillions | RSCH | Reading and research of issues relating to High Court judgement by Justice Briggs for hearing tomorrow. | 1.90 | 185.00 | 351.50 |
| 25/07/2011 | Karla Lennon | MISC | Checking with court of appeal the time and date of the hearing and who the judges would be (by phone and internet) | 0.30 | 185.00 | 55.50 |
| 25/07/2011 | Marcus Fink | LETT | Review Nortel/Lehman scheduling emails and brief JGILLI as to reporting requirements | 0.40 | 580.00 | 232.00 |
| 25/07/2011 | Paul Bagon | LETT | Email to AG re Judge bios | 1.00 | 395.00 | 395.00 |
| 25/07/2011 | Paul Bagon | RSCH | Research re Judge bios | 1.50 | 395.00 | 592.50 |
| 25/07/2011 | Paul Bagon | READ | Briggs judgment re FSDs | 1.00 | 395.00 | 395.00 |
| 25/07/2011 | Steven Hull | LETT | Discussions with Jack Gillions regarding court of appeal hearing and review Paul Bagon summary of Judge's handling the appeal | 0.30 | 660.00 | 198.00 |
| 25/07/2011 | Sophie Law | RSCH | Court of appeal judges research (for Uk Pensions case), emails and intd with Paul | 2.70 | 185.00 | 499.50 |
| 26/07/2011 | Angela Pearson | READ | Review emails | 0.50 | 660.00 | 330.00 |
| 26/07/2011 | Angela Pearson | INTD | Email to P Bagon | 0.20 | 660.00 | 132.00 |
| 26/07/2011 | Angela Pearson | INTD | Email to KLENNO | 0.20 | 660.00 | 132.00 |
| 26/07/2011 | Jack Gillions | LETT | Drafting summary of arguments made by counsel at the Court of Appeal and discussions with MDF on the hearing. | 2.30 | 185.00 | 425.50 |
| 26/07/2011 | Lindsay Connal | LETT | Emails re attendance at hearing | 0.40 | 460.00 | 184.00 |
| 26/07/2011 | Marcus Fink | LETT | Discuss day one of Nortel/Lehman hearing with JGILLI and set out parametres of report to AKIN. Review and comment on summary of first day of proceedings. | 1.30 | 580.00 | 754.00 |
| 26/07/2011 | Paul Bagon | LETT | Reviewing summary of day 1 of the CoA hearing. Drafting and sending out update to AG and related emails to MDF, AMP and LCC. | 3.00 | 395.00 | 1,185.00 |
| 26/07/2011 | Steven Hull | INTD | Discussion with Jack Gillions regarding results of court of appeal hearing and review Paul Bagon emails regarding updates in connection with same and press releases re: same. | 0.40 | 660.00 | 264.00 |
| 27/07/2011 | Angela Pearson | READ | Review emails | 0.80 | 660.00 | 528.00 |
| 27/07/2011 | Jack Gillions | JUDG | Reading through notes from Sunday. | 1.00 | 185.00 | 185.00 |
| 27/07/2011 | Jack Gillions | JUDG | Discussion with Karla Lennon on notes of proceedings. | 0.50 | 185.00 | 92.50 |
| 27/07/2011 | Jack Gillions | LETT | Preparing summary note for client. | 1.50 | 185.00 | 277.50 |
| 27/07/2011 | Karla Lennon | INTD | Internal discussions with Jack Gillions re note following hearing | 0.50 | 185.00 | 92.50 |

**Matter: CCN01.00001 – BANKRUPTCY**

## C0019    Labor Issues/Employee Benefits

| | | | | Time (Decimal) | Std Rate (GBP /hour) | | Amount |
|---|---|---|---|---|---|---|---|
| 27/07/2011 | Karla Lennon | LETT | Preparing note following hearing | 1.50 | 185.00 | | 277.50 |
| 27/07/2011 | Marcus Fink | LETT | Con with JGILLI re day 2 of Nortel/Lehman proceedings. Review and amend summary note and review final note following P Bagon input | 1.10 | 580.00 | | 638.00 |
| 27/07/2011 | Paul Bagon | LETT | Update to AG re CoA hearing. reviewing pleadings summary and related discussions and emails with MDF, KL and JG. | 1.50 | 395.00 | | 592.50 |
| 27/07/2011 | Paul Bagon | LETT | To team re FSD hearing. | 1.30 | 395.00 | | 513.50 |
| 27/07/2011 | Steven Hull | READ | Review detailed Paul Bagon summary of the first day's pleadings at the court of appeal in respect of the Nortel and Lehman hearings; discussion with Jack Gillions regarding day 2 hearings. | 0.60 | 660.00 | | 396.00 |
| 28/07/2011 | Angela Pearson | READ | Review emails - appeal, etc. | 1.00 | 660.00 | | 660.00 |
| 28/07/2011 | Jack Gillions | MISC | Discussion regarding notes with Karla Lennon. | 0.50 | 185.00 | | 92.50 |
| 28/07/2011 | Jack Gillions | LETT | Writing summary note on day's hearings. | 1.40 | 185.00 | | 259.00 |
| 28/07/2011 | Jack Gillions | LETT | Discussions regarding summary note with PB and MDF. | 0.60 | 185.00 | | 111.00 |
| 28/07/2011 | Karla Lennon | INTD | Internal discussions with Jack Gillions re note | 0.50 | 185.00 | | 92.50 |
| 28/07/2011 | Karla Lennon | LETT | Writing note following hearing. | 1.40 | 185.00 | | 259.00 |
| 28/07/2011 | Karla Lennon | INTD | Discussions and emails with Jack Gillions to clarify note | 0.50 | 185.00 | | 92.50 |
| 28/07/2011 | Lindsay Connal | LETT | Emails re Nortel hearing | 0.30 | 460.00 | | 138.00 |
| 28/07/2011 | Marcus Fink | LETT | review summary of day 3 of Nortel/Lehman appeal. Raise points with trainees in attendance and email correspondence re the same. Amending trainee summary | 1.40 | 580.00 | | 812.00 |
| 28/07/2011 | Paul Bagon | LETT | Emails re day 3 of the Nortel / Lehman hearing. | 1.50 | 395.00 | | 592.50 |
| 29/07/2011 | Angela Pearson | READ | Review emails | 0.50 | 660.00 | | 330.00 |
| 29/07/2011 | Jack Gillions | LETT | Writing note with Karla Lennon and discussions with MDF and Paul Bagon. | 4.10 | 185.00 | | 758.50 |
| 29/07/2011 | Karla Lennon | LETT | Writing note following hearing | 4.00 | 185.00 | | 740.00 |
| 29/07/2011 | Marcus Fink | LETT | Discussion with P Bagon and JGILLI re Nortel/Lehman appeal hearing | 0.80 | 580.00 | | 464.00 |
| 29/07/2011 | Paul Bagon | LETT | Email summary of day 3 of Nortel Lehman hearing and response to AG query. | 3.00 | 395.00 | | 1,185.00 |
| 29/07/2011 | Paul Bagon | INTD | With JG and KL re final day hearing and drafting summary to AG. | 4.00 | 395.00 | | 1,580.00 |
| 29/07/2011 | Steven Hull | INTD | Discussion with Paul Bagon regarding latest pleadings and anticipated Judgment; discussion with Paul Bagon regarding meeting with Marcus Fink and Angela Pearson to discuss same and emails with Paul Bagon re: same. | 0.30 | 660.00 | | 198.00 |
| 29/07/2011 | Sophie Law | RSCH | Proof read emails re UK pensions hearing (Paul Bagon) | 0.40 | 185.00 | | 74.00 |
| | | | | | | | 28,184.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0031**</u>    <u>**European Proceedings/Matters**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associate** | | | | |
| PDB | Paul Bagon | 9.60 | 395.00 | 3,792.00 |
| **Trainee** | | | | |
| SLAW | Sophie Law | 1.20 | 185.00 | 222.00 |
| | | | Total | 4,014.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/07/2011 | Paul Bagon | PHON | Professionals' pre-call | 1.00 | 395.00 | 395.00 |
| 07/07/2011 | Paul Bagon | PHON | Post ucc call. | 0.80 | 395.00 | 316.00 |
| 07/07/2011 | Paul Bagon | CASE | Case management. | 1.00 | 395.00 | 395.00 |
| 14/07/2011 | Paul Bagon | CASE | Case management. | 0.50 | 395.00 | 197.50 |
| 18/07/2011 | Paul Bagon | CASE | Case management. | 1.00 | 395.00 | 395.00 |
| 19/07/2011 | Paul Bagon | CASE | Case management. | 1.00 | 395.00 | 395.00 |
| 20/07/2011 | Paul Bagon | PHON | Professionals' pre-call. | 0.50 | 395.00 | 197.50 |
| 26/07/2011 | Paul Bagon | CASE | Various emails. | 1.00 | 395.00 | 395.00 |
| 27/07/2011 | Paul Bagon | PHON | Professionals' pre-call. | 1.30 | 395.00 | 513.50 |
| 27/07/2011 | Sophie Law | PHON | Nortel Professionals call | 1.20 | 185.00 | 222.00 |
| 28/07/2011 | Paul Bagon | PHON | Jay time. | 1.00 | 395.00 | 395.00 |
| 29/07/2011 | Paul Bagon | LETT | Emails to team. | 0.50 | 395.00 | 197.50 |
| | | | | | | 4,014.00 |