**Exhibit C**

**DISBURSEMENT SUMMARY**
**JULY 01, 2011 THROUGH JULY 31, 2011**

| | |
|---|---|
| Document Production | £468.77 |
| Meals | £49.82 |
| Travel Expenses – Ground Transportation | £955.59 |
| Travel Expenses – Hotels | £716.01 |
| Telephonic | £2.50 |
| Search Fees | £69.72 |
| **TOTAL** | **£2,262.41** |