Exhibit D

## Disbursements Detailed Breakdown

### Document Production (Binding (LL-velo/comb/wiro))

| | | |
|---|---|---|
| 18/07/2011 | Finishing | 7.50 |

### Document Production (Photocopying: A4 / A5 Black and White)

| | | |
|---|---|---|
| 01/07/2011 | Photocopying | 8.40 |
| 11/07/2011 | Photocopying | 0.28 |
| 13/07/2011 | Photocopying | 8.12 |
| 18/07/2011 | Photocopying | 0.70 |
| 20/07/2011 | Photocopying | 0.14 |
| 26/07/2011 | Photocopying | 10.78 |

### Document Production (Tab)

| | | |
|---|---|---|
| 18/07/2011 | Finishing | 1.80 |
| 20/07/2011 | Finishing | 2.40 |

### Document Production (Printing: A4 / A5 Black and White)

| | | |
|---|---|---|
| 01/07/2011 | Printing | 6.36 |
| 04/07/2011 | Printing | 27.12 |
| 05/07/2011 | Printing | 20.52 |
| 06/07/2011 | Printing | 7.80 |
| 07/07/2011 | Printing | 32.76 |
| 08/07/2011 | Printing | 32.28 |
| 11/07/2011 | Printing | 18.48 |
| 12/07/2011 | Printing | 35.28 |
| 13/07/2011 | Printing | 14.40 |
| 14/07/2011 | Printing | 21.48 |
| 15/07/2011 | Printing | 42.12 |
| 18/07/2011 | Printing | 53.52 |
| 19/07/2011 | Printing | 24.72 |
| 20/07/2011 | Printing | 26.88 |
| 21/07/2011 | Printing | 31.32 |
| 22/07/2011 | Printing | 14.28 |
| 25/07/2011 | Printing | 7.56 |
| 26/07/2011 | Printing | 1.68 |
| 28/07/2011 | Printing | 5.29 |
| 29/07/2011 | Printing | 4.80 |

### Fares, Courier Charges and Incidental Expenses (Meals)

| | | |
|---|---|---|
| 12/07/2011 | PAYEE: Petty cash; REQUEST#: 446353; DATE: 12/07/2011. - petty cash AMP dinner - working late | 14.72 |

## Disbursements Detailed Breakdown

| Date | Description | Amount |
|---|---|---|
| 12/07/2011 | VENDOR: Conference Room Catering INVOICE#: 11 17 07 2011 DATE: 21/07/2011 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Jul 12 2011 | 9.70 |
| 19/07/2011 | VENDOR: Conference Room Catering INVOICE#: 18 24 07 2011 DATE: 25/07/2011 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Jul 19 2011 | 17.65 |
| 27/06/2011 | VENDOR: Conference Room Catering INVOICE#: 27 03 07 2011 DATE: 12/07/2011 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Jun 27 2011 | 7.75 |

### Fares, Courier Charges and Incidental Expenses (Taxis)

| Date | Description | Amount |
|---|---|---|
| 05/07/2011 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 124620; DATE: 05/07/2011 - Taxi 04/07/11- Appold to 2-52 Netherford Rd (ref: 20601699) | 39.20 |
| 07/07/2011 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 124626; DATE: 07/07/2011 - Taxi 06/07/11- Appold to SW4 6AE (Ref: 20609264) | 47.19 |
| 14/07/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/97913; DATE: 14/07/2011 - TAXI - AMP (EC2A to SW12) 07/07/11 | 32.93 |
| 14/07/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/97913; DATE: 14/07/2011 - TAXI - LCC (EC2A to NW2) | 39.68 |
| 14/07/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/97913; DATE: 14/07/2011 - TAXI - LCC (EC2a to NW2) 04/07/11 | 62.23 |
| 14/07/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/97913; DATE: 14/07/2011 - TAXI - LCC (EC2a to NW2) 06/07/11 | 39.68 |
| 14/07/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/97913; DATE: 14/07/2011 - TAXI - LCC (EC2a to NW2) 08/07/11 | 51.71 |
| 14/07/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/97913; DATE: 14/07/2011 - TAXI - LCC (EC2a to NW2) 09/07/11 | 69.75 |
| 14/07/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/97913; DATE: 14/07/2011 - TAXI - LCC (EC2A to NW2) 13/07/11 | 54.70 |
| 14/07/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/97913; DATE: 14/07/2011 - TAXI - LROBER (EC2A to SW4) 05/07/11 | 29.57 |
| 14/07/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/97913; DATE: 14/07/2011 - TAXI - LROBER (EC2A to SW4) 08/07/11 | 29.57 |
| 14/07/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/97913; DATE: 14/07/2011 - TAXI - LROBER (EC2A to SW4) 09/07/11 | 29.57 |
| 14/07/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/97913; DATE: 14/07/2011 - TAXI - LROBER (EC2A to SW4) 13/07/11 | 59.14 |
| 15/07/2011 | PAYEE: Petty Cash; REQUEST#: 447139; DATE: 15/07/2011. - Petty Cash for taxi | 37.00 |
| 15/07/2011 | PAYEE: Petty Cash; REQUEST#: 447139; DATE: 15/07/2011. - Petty Cash for taxi fares | 12.00 |
| 18/07/2011 | PAYEE: Petty Cash; REQUEST#: 447369; DATE: 18/07/2011. - Petty Cash for taxi fare | 6.00 |
| 26/07/2011 | PAYEE: Bagon, Paul; REQUEST#: 447738; DATE: 26/07/2011. - Bacs payment to reimburse expenses PDB taxi (Nortel) 13.07.11 | 50.00 |
| 26/07/2011 | PAYEE: Bagon, Paul; REQUEST#: 447738; DATE: 26/07/2011. - Bacs payment to reimburse expenses PDB taxi 20.07.11 | 40.00 |
| 26/07/2011 | PAYEE: Petty cash; REQUEST#: 448448; DATE: 26/07/2011. - petty cash LAR conference call in cab home | 19.00 |
| 29/07/2011 | PAYEE: Petty cash; REQUEST#: 449054; DATE: 29/07/2011. - petty cash JGILLI taxi | 9.00 |
| 30/06/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/97540; DATE: 30/06/2011 - Taxi 23/06/11- EC2A to SW4 (Ref: 920512) | 29.57 |
| 30/06/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/97540; DATE: 30/06/2011 - Taxi 24/06/11- EC2A to SW12 (Ref: 921022) | 32.93 |
| 30/06/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/97540; DATE: 30/06/2011 - Taxi 27/06/11- EC2A to SW4 (Ref: 921897) | 29.57 |
| 30/06/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/97540; DATE: 30/06/2011 - Taxi 29/06/11- EC2A to SW12 (Ref: 923145) | 32.93 |
| 30/06/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/97540; DATE: 30/06/2011 - Taxi 29/06/11- EC2A to SW4 (Ref: 922639) | 29.57 |
| 30/06/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/97540; DATE: 30/06/2011 - Taxi 30/06/11- EC2A to SW4 (ref: 923337) | 43.10 |

### Fares, Courier Charges and Incidental Expenses (Telephone Conference)

| Date | Description | Amount |
|---|---|---|
| 01/07/2011 | VENDOR: Meetingzone Ltd; INVOICE#: 000443725; DATE: 01/07/2011 - Conference Call on 22/06/11 | 2.50 |

### International Travel, Hotel and Related Expenses (Hotel Expenses)

| Date | Description | Amount |
|---|---|---|
| 09/06/2011 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXJUN11 DATE: 24/06/2011 Expenses @ HOTEL DUPONT 000200000005003 WILMINGTON. (060611 060811 00) 09/06/2011 XRT Hotel for Lindsay Connal 6-8 June. | 716.01 |

## Disbursements Detailed Breakdown

**Search Fees (Search Fees)**

| | | |
|---|---|---:|
| 07/07/2011 | Doc Internet ORT SALEX 13 pv | 69.72 |
| | | **2,262.41** |