**Exhibit E**

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS**
**RENDERING SERVICES DURING THE PERIOD**
**JULY 01, 2011 THROUGH JULY 31 2011**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Eric Bouffard | Partner for 5 years; Admitted in 1996 in France; Litigation and Restructuring Group in Paris | £660 | 1.50 | 990.00 |
| Jon Ericson | Partner for 3 years; Admitted in 2000 in Sweden; Managing Partner and Corporate Group, Stockholm | £660 | 3.50 | 2,310.00 |
| Ugo Giordano | Partner for 11 years; Admitted in 1995 in Italy, International Finance Group, London | £690 | 4.30 | 2,967.00 |
| Eduardo Gracia | Partner for 9 years; Admitted in 1990 in Spain; Tax Group; Madrid | £660 | 0.50 | 330.00 |
| Steven Hull | Partner for 14 years; Admitted in 1989 in England and Wales; Employment, Incentives and Pensions Group, UK | £660 | 2.70 | 1,782.00 |
| Carl Meyntjens | Partner for 13 years; Admitted in 1994 in Belgium; Managing Partner and Corporate Group; Brussels | £660 | 22.00 | 14,520.00 |
| Angela Pearson | Partner for 5 years; Admitted in 1991 in England and Wales; Litigation Group, London | £660 | 52.40 | 34,584.00 |
| Marcus Fink | Counsel for 1 year; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £580 | 6.20 | 3,596.00 |
| Johan Gregow | Counsel; Admitted in 2000 in Sweden; Litigation Group; Stockholm | £580 | 10.30 | 5,974.00 |
| Arnaud Wtterwulghe | Counsel; Admitted in England and Wales in 2005; Finance Group; Brussels | £580 | 3.90 | 2,262.00 |
| Lindsay Connal | Associate for 5 years; Admitted in 2006 in England and Wales; Litigation Group, London | £460 | 72.20 | 33,212.00 |
| Sofia De Cristofaro | Associate for 7 years; Admitted in 2004 in Italy; Finance Group, London | £540 | 0.70 | 378.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Pierre-Emmanuel Fender | Associate for 8 years; Admitted in 2003 in France; Litigation and Restructuring Group, Paris | £540 | 4.30 | 2,322.00 |
| Oscar Franco | Associate for 8 years; Admitted in 2003 in Spain; Litigation Group, Madrid | £460 | 9.00 | 4,140.00 |
| Tanyel Serpemen | Associate for 4 years; Admitted in 2007 in Germany; Restructuring and Special Situations Group, London | £460 | 25.50 | 11,730.00 |
| Malte Strüber | Associate for 9 years; Admitted in 2002 in Germany; Tax Group, Frankfurt | £540 | 0.30 | 162.00 |
| Luke Rollason | Associate for 6 years; Admitted in 2005 in England and Wales; Restructuring and Special Situations Group, London | £510 | 1.30 | 663.00 |
| Paul Bagon | Associate for 3 years; Admitted in 2008 in England and Wales; Restructuring and Special Situations Group, London | £395 | 155.40 | 61,383.00 |
| Johan Levinsson | Associate for 6 years; Admitted in 2005 in Sweden; Corporate Group, Stockholm | £425 | 3.50 | 1,487.50 |
| Luca Peretti | Associate for 2 years; Admitted in 2009 in Italy; International Finance Group; London | £395 | 9.00 | 3,555.00 |
| Andy Wright | Associate for 2 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £360 | 5.40 | 1,944.00 |
| Sophie Alexane | Associate for 3 years; Admitted in 2008 in New York and 2009 in France; Litigation Group; Paris | £290 | 38.00 | 11,020.00 |
| Helen Clark | Associate for 1 year; Admitted in 2010 in England and Wales; Litigation Group; London | £315 | 15.30 | 4,819.50 |
| Manuela Krach | Newly qualified Associate; Admitted in 2011 in Germany; Restructuring and Special Situations Group, London | £290 | 33.80 | 9,802.00 |
| Robert Meade | Newly qualified Associate; Admitted in 2011 in England and Wales; Litigation Group, London | £290 | 12.20 | 3,538.00 |
| Greg Pooler | Newly qualified Associate; Admitted in 2011 in England and Wales; Litigation Group, London | £290 | 0.60 | 174.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Lindsey Roberts | Newly qualified Associate; Admitted in 2011 in England and Wales; Litigation Group, London | £290 | 79.30 | 22,997.00 |
| Nicolas Schepkens | Associate for 1 year; Admitted in 2010 in Belgium; Corporate Group, Brussels | £290 | 18.00 | 5,220.00 |
| Emma Wood | Associate for 1 year; Admitted in 2010 in England and Wales; Litigation Group, London | £315 | 9.50 | 2,992.50 |
| Lindsey Bouchara | Trainee Solicitor; Restructuring and Special Situations Group, London | £185 | 29.40 | 5,439.00 |
| Jack Gillions | Trainee Solicitor; Employment, Incentives and Pensions Group, London | £185 | 40.00 | 7,400.00 |
| Josefin Holmgren | Trainee Solicitor; Corporate Group, Stockholm | £185 | 39.40 | 7,289.00 |
| Nadia Hubbuck | Trainee Solicitor; Litigation Group, London | £185 | 1.50 | 277.50 |
| Sophie Law | Trainee Solicitor; Restructuring and Special Situations Group, London | £185 | 16.20 | 2,997.00 |
| Karla Lennon | Trainee Solicitor; Litigation Group, London | £185 | 40.70 | 7,529.50 |
| Hadrien Peiffer | Trainee Solicitor; Corporate Group, Brussels | £185 | 5.00 | 925.00 |
| Beatrice Kubik | Referendar (German Trainee); Restructuring and Special Situations Group, London | £160 | 12.50 | 2,000.00 |
| Claude Vernusse | Library Assistant, Paris | £70 | 0.60 | 42.00 |
| **TOTAL** | | | **785.90** | **284,753.50** |

**COMPENSATION BY PROJECT CATEGORY**
**JULY 01, 2011 THROUGH JULY 31, 2011**

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 8.30 | 3,278.50 |
| Creditors Committee Meetings | 6.00 | 2,470.50 |
| Court Hearings | 39.90 | 7,381.50 |
| General Claims Analysis | 637.60 | 239,425.00 |
| Labor Issues / Employee Benefits | 83.30 | 28,184.00 |
| European Proceedings/Matters | 10.80 | 4,014.00 |
| **TOTAL** | **785.90** | **284,753.50** |