# **CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 330 and 331 for Entry of an Order Approving the Reimbursement of the Costs of the Professional Services Rendered and Expenses Incurred by Global IP Law Group, LLC** was caused to be made on August 31, 2011, in the manner indicated upon the entities identified below and on the attached service list.

Date: August 31, 2011                              */s/ Ann C. Cordo*
                                                                  Ann C. Cordo (No. 4817)

**Via First Class Mail**

Global IP Law Group, LLC
233 South Wacker Drive
Suite 8400
Chicago, IL 60606
Attn: Steven Steger and Dave Berten

4470726.1