## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc. et al.,[1] | ) | Case No. 09-10138 (KG) |
|  | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) | **Hearing Date: 21 September, 2011 at 10.00 a.m.** |
|  | ) |  |

## NOTICE OF TENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                          Ashurst LLP

Authorized to Provide
Professional Services to:                 Official Committee of Unsecured Creditors

Date of Retention:                          March 5, 2009, (nunc pro tunc to January 30, 2009)

Period for which compensation
and reimbursement is sought:           May 01, 2011 through July 31, 2011[2]

Amount of Compensation sought as
actual, reasonable and necessary:       £552,096.50 (US$899,917.30)[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:     £38,448.31 (US$62,670.75)[4]

This is (a)n: _X_ interim ____ final application
Summary of Fee Applications for Compensation Period:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Ashurst LLP's, May 2011, June 2011, and July 2011 monthly fee applications are incorporated herein by reference.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US$1.63 as published by Bloomberg.com on the date of the application.

[4] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US$1.63 as published by Bloomberg.com on the date of the application.

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
|---|---|---|---|---|---|---|
| Date Filed: 06/27/11 Docket No. 5814 | 05/01/11 – 05/31/11 | £113,724.00 | £27,340.17 | £90,979.20 | £27,340.17 | £22,744.80 |
| Date Filed: 07/29/11 Docket No. 6052 | 06/01/11 – 06/30/11 | £153,619.00 | £8,845.73 | £122,895.20 | £8,845.73 | £30,723.80 |
| Date Filed: 08/31/11 Docket No. 6276 | 07/01/11 – 07/31/11 | £284,753.50 | £2,262.41 | Pending Obj deadline 09/21/11 £227,802.80 | Pending Obj deadline 09/21/11 £2,262.41 | £56,950.70 |
| **TOTALS:** | | £552,096.50 | £38,448.31 | £441,677.20[5] | £38,448.31[6] | £110,419.30 |

Summary of any Objections to Fee Applications:  None.

Dated: August 31, 2011
      London, United Kingdom

**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone:  +44 (0)20 7638 1111
Facsimile:  +44 (0)20 7638 1112

European Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[5] The total amount reflected in this column including amounts pending approval.

[6] The total amount reflected in this column including amounts pending approval.