IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 09-10138 (KG) |
| Nortel Networks Inc., et al.,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Hearing Date: September 21, 2011 at 10:00 a.m. |
| | ) |

## NOTICE OF TENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                           Jefferies & Company, Inc.

Authorized to Provide
Professional Services to:                    Official Committee of Unsecured Creditors

Date of Retention:                           March 5, 2009, *Nunc Pro Tunc* to February 1, 2009

Period for which compensation
and reimbursement is sought:                 May 1, 2011 through July 31, 2011[2]

Amount of Compensation sought as
actual, reasonable and necessary:            $600,000.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:         $7,874.80

This is (a)n: _X_ interim   ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Jefferies & Company, Inc. May, June and July 2011 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 8/30/11 Docket No. 6271 | 5/1/11 – 5/31/11 | $200,000.00 | $181.00 | Pending Obj Deadline 9/19/11 $160,000.00 | Pending Obj Deadline 9/19/11 $181.00 | $40,000.00 |
| Date Filed: 8/30/11 Docket No. 6272 | 6/1/11 - 6/30/11 | $200,000.00 | $386.90 | Pending Obj Deadline 9/19/11 $160,000.00 | Pending Obj Deadline 9/19/11 $386.90 | $40,000.00 |
| Date Filed: 8/30/11 Docket No. 6273 | 7/1/11 - 7/31/11 | $200,000.00 | $7,306.90 | Pending Obj Deadline 9/19/11 $160,000.00 | Pending Obj Deadline 9/19/11 $7,306.90 | $40,000.00 |
| **TOTALS:** | | $600,000.00 | $7,874.80 | $480,000.00[3] | $7,874.80[4] | $120,000.00 |

---

[3] The total amount reflected in this column including amounts pending approval.

[4] The total amount reflected in this column including amounts pending approval.

2

Summary of any Objections to Fee Applications: None.

Dated: August 31, 2011
   New York, New York

_____
Leon Szlezinger
Managing Director
520 Madison Avenue, 7th Floor
New York, NY 10022
(212) 323-3918

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*