**EXHIBIT B**



Fraser Milner Casgrain LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada M5K 0A1

MAIN 416 863 4511
FAX 416 863 4592

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 2851386**
GST/HST # R121996078
QST # 108686448 TQ 0001

| Date | Matter Number | Lawyer |
|---|---|---|
| August 30, 2011 | 538462-000001 | Michael Wunder |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | |
|---|---|
| Professional Fees | $ 124,863.25 |
| Disbursements | 1,045.40 |
| **Total Amount Due** | **$ 125,908.65** CDN. |

**FRASER MILNER CASGRAIN LLP**

Per:
Michael Wunder

---

**Payment Options:**

**Cheques:**
Cheques payable to Fraser Milner Casgrain LLP and mailed to the above noted address.

**Wire Transfer:**
Bank of Montreal
1st Canadian Place, Toronto, ON
Swift Code: BOFMCAM2
Bank ID: 001 Transit: 00022
CAD Funds Bank Accout : 0004-324

**Internet Banking:**
Accepted at most financial institutions. Your payee is Fraser Milner Casgrain and your account number is 538462. Please email us at acctrecedm@fmc-law.com referencing invoice number and payment amount.

**Credit Card:**
Payments are accepted via telephone, email or fax. We accept American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____ Amount: _____
Cardholder Name: _____
Signature: _____

Please email us at Toronto.Accounting@fmc-law.com referencing invoice number and payment amount.
Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2851386  
Page 2 of 18  
Matter # 538462-000001

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 01-Jul-11 | RCJ | 0024 | Email correspondence with UCC professionals regarding IP auction results. | 0.3 |
| 02-Jul-11 | RCJ | 0024 | Email correspondence with F. Hodara and S. Kuhn regarding auction results. | 0.2 |
| 04-Jul-11 | MJW | 0003 | Continue preparation of May, 2011 bill. | 0.7 |
| 04-Jul-11 | MJW | 0003 | Preparation of May, 2011 fee application. | 0.6 |
| 04-Jul-11 | MJW | 0024 | Review press releases with respect to intellectual property auction results. | 0.2 |
| 04-Jul-11 | MJW | 0024 | Review information summary with respect to proposed sale of Canadian IT residual assets including internet protocol addresses. | 0.6 |
| 04-Jul-11 | MJW | 0029 | Review analysis with respect to Canadian claims and inter-company issues. | 1.3 |
| 05-Jul-11 | RSK | 0031 | Review of amended Nortel motion Record for approval and vesting order regarding IP sale transaction. | 0.4 |
| 05-Jul-11 | MJW | 0024 | Call with Akin Gump to discuss IP auction post-close action items. | 0.3 |
| 05-Jul-11 | MJW | 0031 | Analyze Canadian law and conference with FMC lawyers to discuss Canadian estate distribution issues. | 1.6 |
| 05-Jul-11 | ALM | 0031 | Instructions to J. Hetu regarding Canadian research (re: claims issues). | 0.3 |
| 05-Jul-11 | ALM | 0031 | Review of revised draft Canadian IP sale Approval Order. | 0.4 |
| 05-Jul-11 | ALM | 0031 | Review amended Canadian Notice of Motion for IP sale. | 0.2 |
| 05-Jul-11 | ALM | 0012 | Telephone call with Akin Gump and FMC lawyers regarding Canadian claims issues. | 0.3 |
| 05-Jul-11 | ALM | 0031 | Discussions with Ryan Jacobs and Michael Wunder regarding Canadian estate distribution issues. | 0.5 |
| 05-Jul-11 | RCJ | 0012 | Telephone calls with bondholders regarding bond claims. | 0.9 |
| 05-Jul-11 | RCJ | 0024 | Review amended Canadian motion record for IP sale. | 1.3 |
| 05-Jul-11 | RCJ | 0024 | Email report to Akin Gump regarding amended Canadian IP motion record. | 0.2 |
| 05-Jul-11 | RCJ | 0012 | Discussions with Akin Gump regarding treatment of bond claims. | 0.6 |
| 05-Jul-11 | RCJ | 0029 | Consider allocation strategies. | 0.8 |
| 05-Jul-11 | RCJ | 0012 | Examine cross border claims data received from E&Y. | 1.3 |
| 05-Jul-11 | JHH | 0012 | Canadian research regarding CCAA claims issues. | 0.9 |
| 06-Jul-11 | SEP | 0023 | Telephone call from bondholder regarding Canadian regulatory issues. | 0.2 |
| 06-Jul-11 | SEP | 0024 | Telephone call with Ryan Jacobs and Michael Wunder regarding | 0.4 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2851386  
Page 3 of 18  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | regulatory issues with respect to proposed IP sale transaction. | |
| 06-Jul-11 | SEP | 0024 | Review of media reports on Investment Canada Act issues and analyze applicability of Investment Canada Act to proposed transaction. | 1.3 |
| 06-Jul-11 | SEP | 0024 | Conference call with FMC lawyers and Akin Gump lawyers on issues relating to proposed IP sale transaction, including Investment Canada Act issues. | .09 |
| 06-Jul-11 | RSK | 0024 | Review of Jefferies report regarding IP Auction. | 0.2 |
| 06-Jul-11 | RSK | 0031 | Review of Monitor's Seventy-First Report regarding approval of IP sale transaction, and confer with FMC team regarding IP sale approval hearing. | 0.9 |
| 06-Jul-11 | MJW | 0012 | Review court orders, cross-border claims protocol and claims documents filed in Canadian case, and analyze claims issues. | 1.3 |
| 06-Jul-11 | MJW | 0024 | Review press release with respect to potential Investment Canada review relating to intellectual property sale. | 0.1 |
| 06-Jul-11 | MJW | 0024 | Conference with S. Paul (FMC regulatory) with respect to regulatory issues regarding proposed IP sale. | 0.2 |
| 06-Jul-11 | MJW | 0024 | Call and email with Nortel's Canadian counsel with respect to regulatory issues regarding proposed IP sale. | 0.2 |
| 06-Jul-11 | MJW | 0024 | Email to Akin Gump to provide update with respect to discussions with Nortel's Canadian counsel relating to potential regulatory review for intellectual property sale. | 0.2 |
| 06-Jul-11 | MJW | 0007 | Attend on Committee professionals call in preparation for Committee meeting. | 1.2 |
| 06-Jul-11 | MJW | 0012 | Review and analyze material with respect to Canadian claims and claims analysis. | 1.2 |
| 06-Jul-11 | ALM | 0012 | Confer with R. Jacobs regarding claims in Canadian proceeding. | 0.2 |
| 06-Jul-11 | ALM | 0012 | Emails to and from Ryan Jacobs and Michael Wunder regarding claims calculation analysis. | 0.4 |
| 06-Jul-11 | ALM | 0031 | Analyze Canadian case law regarding CCAA claims. | 0.9 |
| 06-Jul-11 | ALM | 0031 | Review of Supplemental Affidavit of George Reidel (re: IP sale). | 0.4 |
| 06-Jul-11 | ALM | 0031 | Conference call with Committee advisors to prepare for Committee call. | 1.2 |
| 06-Jul-11 | ALM | 0031 | Review of allocation protocol and inter company claims. | 0.3 |
| 06-Jul-11 | ALM | 0012 | Conference with Michael Wunder and Ryan Jacobs regarding Canadian claim issues. | 0.7 |
| 06-Jul-11 | ALM | 0031 | Review of Monitor's report regarding IP sale approval. | 0.8 |
| 06-Jul-11 | ALM | 0031 | Review of Canadian employee settlement agreement. | 0.5 |
| 06-Jul-11 | ALM | 0012 | Review of cross-border claims protocol. | 0.5 |
| 06-Jul-11 | RCJ | 0012 | Research Canadian issues regarding bond claims. | 1.6 |
| 06-Jul-11 | RCJ | 0012 | Email correspondence with FMC team regarding bond claim issues. | 0.4 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2851386  
Page 4 of 18  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 06-Jul-11 | RCJ | 0012 | Research regarding issues on bond claims. | 1.7 |
| 06-Jul-11 | RCJ | 0012 | Telephone calls with Capstone team regarding bond claims. | 0.6 |
| 06-Jul-11 | RCJ | 0014 | Review Seventy First Monitor's report (re: IP sale). | 0.6 |
| 06-Jul-11 | RCJ | 0014 | Email correspondence with Akin Gump regarding Monitor report for IP sale. | 0.1 |
| 06-Jul-11 | RCJ | 0007 | Participate on UCC professionals call. | 1.2 |
| 06-Jul-11 | RCJ | 0031 | Email correspondence with S. Paul regarding potential Investment Canada review of IP sale transaction. | 0.2 |
| 07-Jul-11 | SEP | 0024 | Conference call with Ryan Jacobs, S. Kuhn and others at Akin Gump regulatory issues relating to IP sale. | 0.4 |
| 07-Jul-11 | SEP | 0007 | Attend on Committee conference call, and providing status report regarding IP sale regulatory issues. | 1.0 |
| 07-Jul-11 | RSK | 0029 | Review and analyze Capstone report regarding allocation analysis. | 0.3 |
| 07-Jul-11 | RSK | 0031 | Review of Affidavit filed by counsel for Nortel regarding objections to IP license rejections and proposed patent sale transaction. | 0.3 |
| 07-Jul-11 | MJW | 0007 | Attend on Committee call and follow-up call with Committee advisors. | 1.2 |
| 07-Jul-11 | MJW | 0031 | Review Canadian motion record with respect to intellectual property sale and approval of auction winner. | 1.2 |
| 07-Jul-11 | MJW | 0031 | Review Monitor's report filed in support of Canadian motion to approve intellectual property sale. | 0.8 |
| 07-Jul-11 | MJW | 0024 | Correspondence with Akin Gump and FMC with respect to regulatory issues regarding IP sale. | 0.2 |
| 07-Jul-11 | MJW | 0031 | Review and analyze Canadian objections regarding proposed IP sale. | 0.8 |
| 07-Jul-11 | ALM | 0012 | Review of bond claim issues. | 0.3 |
| 07-Jul-11 | ALM | 0007 | Telephone conference call with Committee, and follow-up call with Committee advisors. | 1.5 |
| 07-Jul-11 | RCJ | 0031 | Telephone call with Akin Gump and S. Paul regarding Canadian IP sale regulatory review issues. | 0.2 |
| 07-Jul-11 | RCJ | 0012 | Analyze CCAA bond claims. | 1.5 |
| 07-Jul-11 | RCJ | 0012 | Telephone calls with bondholders regarding bond claims. | 0.7 |
| 07-Jul-11 | RCJ | 0007 | Participate on Committee call and follow-up call with Committee advisors. | 1.2 |
| 08-Jul-11 | SEP | 0031 | E-mails from and to Akin Gump and Ryan Jacobs on Investment Canada Act issues. | 0.6 |
| 08-Jul-11 | MJW | 0024 | Review Canadian court filed material with respect to intellectual property sale transaction and Canadian filed supplementary affidavit with respect to summary of objections. | 0.8 |
| 08-Jul-11 | MJW | 0031 | Analysis to prepare for intellectual property sale approval hearing | 1.3 |

MONTRÉAL   OTTAWA   TORONTO   EDMONTON   CALGARY   VANCOUVER   fmc-law.com

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2851386  
Page 5 of 18  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | including conference call with Akin Gump and A. MacFarlane to discuss objection status and negotiations, and call to Canadian counsel for Nortel with respect to Canadian IP sale objections. | |
| 08-Jul-11 | MJW | 0024 | Correspondence from Nortel's Canadian counsel with respect to Canadian regulatory filing relating to IP sale, call with S. Paul at FMC and reporting to Akin Gump regarding same. | 0.4 |
| 08-Jul-11 | MJW | 0024 | Review and analyze intellectual property sale distribution escrow agreement and correspondence received from Akin Gump. | 0.8 |
| 08-Jul-11 | MJW | 0024 | Email correspondence with Akin Gump with respect to Canadian motion regarding distribution escrow matters. | 0.2 |
| 08-Jul-11 | MJW | 0031 | Receive and review draft U.S. sale approval order for IP sale and analyze in connection with proposed form of Canadian sale approval order. | 0.8 |
| 08-Jul-11 | MJW | 0029 | Review and analyze intellectual property sale side letter agreement. | 0.4 |
| 08-Jul-11 | MJW | 0031 | Review and analyze material with respect to bond claims and related "Canadian creditors" positions. | 0.3 |
| 08-Jul-11 | MJW | 0024 | Correspondence from Cleary with respect to intellectual property sale and proposed allocation for license payment by purchaser, and related correspondence with UCC advisors regarding same. | 0.3 |
| 08-Jul-11 | MJW | 0031 | Review and analyze objections filed in Canadian proceeding and unknown license objection notices for IP sale. | 1.7 |
| 08-Jul-11 | ALM | 0024 | Discussion with Michael Wunder regarding IP sale escrow agreement. | 0.3 |
| 08-Jul-11 | ALM | 0024 | Telephone conference call with Michael Wunder and Akin Gump regarding Escrow Agreement. | 0.5 |
| 08-Jul-11 | ALM | 0024 | Telephone conference call with Michael Wunder and Nortel's Canadian counsel regarding IP sale issues. | 0.3 |
| 08-Jul-11 | ALM | 0031 | Telephone conference call with Michael Wunder and Akin Gump regarding objections filed in Canadian proceeding regarding IP sale. | 0.2 |
| 08-Jul-11 | RCJ | 0031 | Email correspondence with Akin Gump team regarding IP sale and Canadian regulatory review notification. | 0.3 |
| 08-Jul-11 | RCJ | 0024 | Review IP sale distribution escrow agreement. | 0.9 |
| 08-Jul-11 | RCJ | 0024 | Review proposed form of Canadian order in respect of the IP Transaction Side Agreement regarding Certain Structural Matters. | 0.6 |
| 09-Jul-11 | RSK | 0031 | Review of Nortel Motion Record regarding approval of escrow agreement for patent sale. | 0.4 |
| 09-Jul-11 | MJW | 0031 | Prepare for IP sale hearing and review/analyze material filed in Canadian proceeding. | 0.6 |
| 09-Jul-11 | MJW | 0024 | Correspondence with FMC and Akin Gump lawyers with respect to intellectual property sale issues and purchase price allocation relating to license/royalty fees. | 0.8 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2851386  
Page 6 of 18  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 09-Jul-11 | MJW | 0024 | Emails with M. Peters (FMC Tax) and R. Jacobs with respect to Canadian tax issues relating to intellectual property sale purchase price structure and Canadian estate distribution issues. | 0.2 |
| 09-Jul-11 | MJW | 0018 | Conference call with M. Peters and R. Jacobs to discuss Canadian tax issues related to intellectual property sale. | 0.4 |
| 09-Jul-11 | MJW | 0024 | Review Lenovo objection withdrawal and report to Akin Gump regarding same. | 0.1 |
| 09-Jul-11 | MJW | 0031 | Correspondence with Canadian counsel for Nortel with respect to intellectual property sale Canadian objection status update, and report to Akin Gump. | 0.2 |
| 09-Jul-11 | RCJ | 0024 | Review email correspondence regarding IP license fees and allocation issues. | 0.5 |
| 09-Jul-11 | RCJ | 0024 | Telephone call with M. Wunder and M. Peters regarding tax issues on license fees issue. | 0.3 |
| 09-Jul-11 | RCJ | 0024 | Review motion to approve escrow agreement in connection with IP sale. | 0.4 |
| 09-Jul-11 | MIP | 0018 | Analyzing tax issues regarding royalty payments and related IP sale transaction, and corresponding with Ryan Jacobs and Michael Wunder regarding same. | 1.2 |
| 10-Jul-11 | RSK | 0031 | Review and analyze revised draft Canadian approval and vesting order for IP sale. | 0.3 |
| 10-Jul-11 | MJW | 0031 | Receive and analyze revised draft form of Canadian order for IP sale approval and forward report to Akin Gump. | 0.8 |
| 10-Jul-11 | MJW | 0024 | Correspondence with Canadian counsel for debtor group with respect to Canadian objections for IP sale, and forward commentary to Akin Gump regarding same. | 0.7 |
| 10-Jul-11 | MJW | 0024 | Correspondence with Akin Gump and Committee advisors regarding license fee payment issue for IP purchaser and related tax issues. | 0.3 |
| 10-Jul-11 | ALM | 0031 | Review of Canadian order for distribution escrow agreement. | 0.2 |
| 10-Jul-11 | ALM | 0031 | Review of revised draft Canadian sale approval vesting order. | 0.5 |
| 10-Jul-11 | ALM | 0031 | Review of Monitor's 71st report and supplementary report of Monitor in support of IP sale approval motion. | 0.9 |
| 10-Jul-11 | RCJ | 0018 | Participate on conference call with Akin Gump and M. Peters regarding tax issues on license in IP transaction. | 0.5 |
| 10-Jul-11 | RCJ | 0024 | Review email correspondence from Norton Rose regarding status of objections to IP sale. | 0.3 |
| 10-Jul-11 | RCJ | 0024 | Review latest draft Canadian IP sale approval and vesting order. | 0.5 |
| 10-Jul-11 | RCJ | 0024 | Email correspondence with Akin Gump regarding resolution of license issues in IP transaction. | 0.2 |
| 10-Jul-11 | MIP | 0024 | Analyzing tax issues regarding royalty payments and IP sale transaction and corresponding with FMC and Akin Gump lawyers. | 0.4 |
| 11-Jul-11 | MMP | 0012 | Report to M. Wunder reporting Canadian pensioner claims and | 0.4 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2851386  
Page 7 of 18  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | analysis regarding recoveries. | |
| 11-Jul-11 | RSK | 0008 | Review court orders and endorsements from patent sale approval hearing. | 0.2 |
| 11-Jul-11 | MJW | 0031 | Prepare for Canadian court hearing (joint hearing) for IP sale approval. | 0.5 |
| 11-Jul-11 | MJW | 0031 | Emails with Akin Gump and FMC lawyers with respect to IP hearing and Canadian submissions for UCC. | 0.3 |
| 11-Jul-11 | MJW | 0025 | Travel to and from Canadian court hearing. | 0.5 |
| 11-Jul-11 | MJW | 0008 | Attend to joint hearing before Canadian court for IP sale approval. | 3.8 |
| 11-Jul-11 | MJW | 0031 | Conference with A. MacFarlane and R. Jacobs with respect to inter-company claims issues. | 0.2 |
| 11-Jul-11 | MJW | 0008 | Review issued Canadian court orders and court endorsements with respect to IP sale approval. | 0.2 |
| 11-Jul-11 | MJW | 0016 | Review UK Pension Trustee U.S. reply brief with respect to stay of proceedings litigation. | 0.7 |
| 11-Jul-11 | MJW | 0024 | Email correspondence and calls with FMC and Akin Gump regarding IP sale license/royalty issues. | 0.4 |
| 11-Jul-11 | ALM | 0008 | Review of prior issued court orders to prepare for joint hearing for IP sale approval. | 0.3 |
| 11-Jul-11 | ALM | 0031 | Correspondence with Akin Gump to prepare for IP sale joint hearing. | 0.3 |
| 11-Jul-11 | ALM | 0031 | Conference with Michael Wunder with respect to submissions at Canadian hearing for UCC. | 0.2 |
| 11-Jul-11 | ALM | 0008 | Attendance at court hearing for IP sale approval. | 3.8 |
| 11-Jul-11 | RCJ | 0024 | Review email correspondence from Akin Gump team regarding license amount under IP transaction. | 0.3 |
| 11-Jul-11 | RCJ | 0024 | Multiple emails and telephone calls with Akin Gump and FMC teams regarding resolution of license issues in IP transaction. | 0.8 |
| 11-Jul-11 | MIP | 0018 | Reviewing correspondence regarding IP sale agreement and license issues. | 0.3 |
| 11-Jul-11 | ARN | 0031 | Instructions from A. MacFarlane regarding Canadian research on inter-company claims issues. | 0.2 |
| 11-Jul-11 | ARN | 0031 | Research on Canadian law regarding inter-company claims issues. | 2.3 |
| 12-Jul-11 | SEP | 0024 | E-mails to and from Nortel's Canadian counsel regarding IP sale regulatory issues. | 0.2 |
| 12-Jul-11 | RSK | 0024 | Review of press reports regarding patent sale and related e-mails with Committee advisors. | 0.2 |
| 12-Jul-11 | MJW | 0029 | Review correspondence from Canadian counsel for Monitor with respect to allocation mediation. | 0.1 |
| 12-Jul-11 | MJW | 0029 | Report to Akin Gump with respect to allocation mediation issues and appointment of legal advisor to mediator. | 0.2 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2851386  
Page 8 of 18  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 12-Jul-11 | MJW | 0024 | Correspondence with Committee advisors with respect to structure of proposed IP sale transaction and proposed license structure and license payments. | 0.3 |
| 12-Jul-11 | MJW | 0032 | Review corrected U.S. order with respect to allocation mediation. | 0.1 |
| 12-Jul-11 | MJW | 0012 | Review and analyze bond contracts and analyze related claims issues. | 2.2 |
| 12-Jul-11 | ALM | 0031 | Discussion and correspondence with A. North regarding Canadian research relating to claims issues. | 0.4 |
| 12-Jul-11 | ALM | 0031 | Review of Canadian case law regarding inter-company claims. | 0.5 |
| 12-Jul-11 | RCJ | 0029 | Office conference with M. Wunder and A. MacFarlane regarding allocation mediator's counsel. | 0.2 |
| 12-Jul-11 | RCJ | 0029 | Diligence on mediator counsel and related correspondence with Akin Gump team on same. | 0.6 |
| 12-Jul-11 | RCJ | 0012 | Analyze bond claims issues. | 3.7 |
| 12-Jul-11 | ARN | 0031 | Research regarding Canadian law on inter-company claims. | 1.5 |
| 12-Jul-11 | ARN | 0031 | Office conference with Alex MacFarlane regarding Canadian research on claims. | 0.2 |
| 13-Jul-11 | RSK | 0024 | Review correspondence from Akin Gump regarding license issues relating to IP sale transaction. | 0.2 |
| 13-Jul-11 | MJW | 0024 | Correspondence with respect to IP purchase structure and license payment issues with Committee advisors. | 0.3 |
| 13-Jul-11 | MJW | 0012 | Review court orders and documents with respect to Canadian claims determination issues. | 1.2 |
| 13-Jul-11 | MJW | 0007 | Attend on Committee advisor call in preparation for Committee meeting. | 0.9 |
| 13-Jul-11 | MJW | 0029 | Correspondence with respect to allocation mediation issues and submissions to mediator, from various counsel to major creditor constituents and debtors. | 0.4 |
| 13-Jul-11 | MJW | 0016 | Review correspondence and material relating to E. Fitzgerald annuity claim and reply to Akin Gump regarding same. | 0.5 |
| 13-Jul-11 | MJW | 0029 | Confer with FMC team regarding Canadian and U.S. mediation orders. | 0.3 |
| 13-Jul-11 | ALM | 0029 | Meeting with Michael Wunder and Ryan Jacobs regarding Canadian and U.S. court orders for allocation mediation. | 0.3 |
| 13-Jul-11 | ALM | 0032 | Review of Supplemental Order of Judge Gross. | 0.2 |
| 13-Jul-11 | ALM | 0007 | Telephone conference call with Committee professionals. | 0.9 |
| 13-Jul-11 | ALM | 0008 | Review and analyze court orders and endorsements for allocation mediation. | 0.8 |
| 13-Jul-11 | RCJ | 0029 | Review email correspondence among Cleary and Monitor's counsel regarding judicial mediation. | 0.3 |
| 13-Jul-11 | RCJ | 0029 | Review US/Canadian court mediation orders/endorsement for discussion with FMC team regarding draft form of Canadian | 0.5 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2851386  
Page 9 of 18  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | order. | |
| 13-Jul-11 | RCJ | 0016 | Review Edmund Fitzgerald lift stay motion and Canadian issues on same. | 0.8 |
| 13-Jul-11 | RCJ | 0007 | Participate in Committee professionals call. | 0.9 |
| 13-Jul-11 | RCJ | 0029 | Conference with Fraser team regarding judicial mediation. | 0.4 |
| 13-Jul-11 | RCJ | 0012 | Continue analysis of bond claim issues. | 1.9 |
| 14-Jul-11 | MJW | 0007 | Review agenda for Committee meeting and related material and prepare for presentation of Canadian issues. | 0.5 |
| 14-Jul-11 | MJW | 0007 | Attend on Committee call. | 0.9 |
| 14-Jul-11 | MJW | 0029 | Review and analyze draft inter-company documentation including proposed settlement transactions. | 0.9 |
| 14-Jul-11 | MJW | 0029 | Attend on conference call with Akin Gump, Cleary and FMC with respect to proposed inter-company matters. | 0.7 |
| 14-Jul-11 | MJW | 0008 | Review draft Canadian court orders with respect to allocation protocol and related direction for mediation, and analyze consistency of draft orders compared to endorsements. | 0.8 |
| 14-Jul-11 | MJW | 0031 | Conference with R. Jacobs and A. MacFarlane regarding allocation mediation court orders. | 0.3 |
| 14-Jul-11 | ALM | 0031 | Confer with Michael Wunder and Ryan Jacobs regarding court orders for allocation mediation. | 0.3 |
| 14-Jul-11 | ALM | 0008 | Review of Endorsements and Orders for allocation mediation. | 0.8 |
| 14-Jul-11 | RCJ | 0031 | Review draft Canadian mediation orders. | 0.4 |
| 14-Jul-11 | RCJ | 0007 | Participate on Committee call. | 0.9 |
| 14-Jul-11 | RCJ | 0007 | Participate on call with UCC professionals. | 0.6 |
| 14-Jul-11 | RCJ | 0029 | Participate on conference call with Akin Gump and Cleary teams regarding Russia settlement and Q1/TPAA agreements. | 0.6 |
| 14-Jul-11 | RCJ | 0029 | Review and comment on latest drafts of Russia settlement and Q1/TPAA agreements. | 1.6 |
| 15-Jul-11 | RSK | 0012 | Review of joint objection and motion by NNI/UCC to dismiss EMEA claims of Nortel UK. | 0.5 |
| 15-Jul-11 | MJW | 0031 | Correspondence with Canadian counsel for Monitor and FMC lawyers with respect to Canadian orders for mediation. | 0.3 |
| 15-Jul-11 | MJW | 0031 | Report to Akin Gump with respect to Canadian mediation orders. | 0.2 |
| 15-Jul-11 | MJW | 0012 | Review motion material by E. Fitzgerald with respect to annuity contract claim and request for lifting of stay to commence action against Nortel Canada, and review Canadian motion record for Canadian annuity contracts. | 0.8 |
| 15-Jul-11 | MJW | 0003 | Prepare May, 2011 fee application. | 1.8 |
| 16-Jul-11 | RCJ | 0012 | Review joint UCC and Debtor objection to NNUK claims filed in US proceeding. | 0.5 |
| 16-Jul-11 | RCJ | 0029 | Review draft Canadian mediation orders. | 0.4 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2851386  
Page 10 of 18  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 18-Jul-11 | MJW | 0003 | Prepare June, 2011 account. | 1.8 |
| 18-Jul-11 | MJW | 0029 | Call with Cleary and Committee advisors with respect to case issues including allocation matters. | 0.6 |
| 18-Jul-11 | MJW | 0016 | Calls to Canadian counsel for Nortel and Akin Gump with respect to E. Fitzgerald and U.S. motion relating to annuity contract, and request for lifting of stay of proceedings. | 0.3 |
| 18-Jul-11 | MJW | 0031 | Review court material filed in Canada with respect to Canadian annuities motion. | 0.7 |
| 18-Jul-11 | RCJ | 0029 | Email correspondence with FMC team regarding Canadian mediation orders. | 0.2 |
| 18-Jul-11 | RCJ | 0012 | Examine bond claim issues. | 1.3 |
| 19-Jul-11 | SEP | 0023 | E-mails relating to IP sale regulatory issues and announcement that transaction will not be subject to review. | 0.3 |
| 19-Jul-11 | MJW | 0024 | Receive update with respect to Canadian regulatory issues regarding intellectual property sale. | 0.2 |
| 19-Jul-11 | RCJ | 0012 | Telephone call with bondholder regarding claims process. | 0.4 |
| 19-Jul-11 | RCJ | 0012 | Email correspondence with M. Wunder and Akin Gump team regarding Fitzgerald annuity issue. | 0.3 |
| 19-Jul-11 | RCJ | 0031 | Review news articles regarding Investment Canada review and correspondence with Akin Gump and Norton Rose teams regarding same. | 0.4 |
| 20-Jul-11 | RSK | 0031 | Telephone attendance with counsel for bondholder regarding status of Canadian proceedings. | 0.4 |
| 20-Jul-11 | MJW | 0024 | Correspondence with Committee advisors with respect to intellectual property sale transaction and regulatory approvals. | 0.2 |
| 20-Jul-11 | MJW | 0019 | Review memo from Akin Gump with respect to Nortel employment issues and proposed incentive payments. | 0.2 |
| 20-Jul-11 | ALM | 0031 | Attend on UCC advisors status call to prepare for Committee meeting. | 0.8 |
| 20-Jul-11 | RCJ | 0031 | Email correspondence with Akin Gump team regarding update on Canadian regulatory review for IP sale. | 0.2 |
| 20-Jul-11 | RCJ | 0031 | Email correspondence with S. Paul regarding Canadian IP sale regulatory review. | 0.1 |
| 20-Jul-11 | RCJ | 0012 | Continue analysis of bond claim issues. | 1.6 |
| 20-Jul-11 | RCJ | 0007 | Participate in Committee professionals call. | 0.8 |
| 21-Jul-11 | MJW | 0029 | Review correspondence from Canadian counsel to Monitor with respect to proposed amendments to confidentiality agreements relating to allocation mediation due diligence. | 0.3 |
| 21-Jul-11 | MJW | 0029 | Email correspondence with Akin Gump and FMC regarding Monitor's proposals for amendments to confidentiality agreements. | 0.3 |
| 21-Jul-11 | MJW | 0012 | Correspondence with Goodmans with respect to UK claims against Canadian estate and reporting to Akin Gump with respect | 0.3 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2851386  
Page 11 of 18  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | to claims settlement timetables. | |
| 21-Jul-11 | MJW | 0016 | Review and analyze Fitzgerald U.S. motion and analyze Canadian implications. | 0.8 |
| 21-Jul-11 | MJW | 0016 | Conference with R. Jacobs with respect to E. Fitzgerald motion. | 0.2 |
| 21-Jul-11 | MJW | 0016 | Call to Canadian counsel for Nortel with respect to E. Fitzgerald litigation. | 0.2 |
| 21-Jul-11 | MJW | 0016 | Report to Akin Gump with respect to Canadian issues relating to E. Fitzgerald litigation. | 0.7 |
| 21-Jul-11 | ALM | 0031 | Emails to and email from Goodmans regarding EMEA claims. | 0.3 |
| 21-Jul-11 | ALM | 0031 | Email from Goodmans regarding Joint Administrators and mediation. | 0.2 |
| 21-Jul-11 | RCJ | 0012 | Conference with A. MacFarlane regarding EMEA claims. | 0.2 |
| 21-Jul-11 | RCJ | 0012 | Email correspondence with FMC and Goodmans teams regarding EMEA claims litigation. | 0.2 |
| 21-Jul-11 | RCJ | 0012 | Telephone call with bondholder group Canadian counsel regarding EMEA claims. | 0.3 |
| 21-Jul-11 | RCJ | 0029 | Review letter correspondence from Goodmans regarding amendment to confidentiality agreement. | 0.2 |
| 21-Jul-11 | RCJ | 0029 | Review proposed amendment to confidentiality agreement. | 0.3 |
| 21-Jul-11 | RCJ | 0029 | Telephone call with Akin Gump regarding UCC confidentiality agreement and Goodmans proposed amendment to general confidentiality agreement. | 0.4 |
| 21-Jul-11 | RCJ | 0029 | Email correspondence to Akin team regarding Monitor proposal to amend confidentiality agreement. | 0.3 |
| 21-Jul-11 | RCJ | 0012 | Analysis of EMEA claims. | 2.8 |
| 22-Jul-11 | MJW | 0002 | Review U.S. critical dates summary received from Delaware counsel for Committee. | 0.1 |
| 22-Jul-11 | MJW | 0029 | Correspondence with Akin Gump and FMC with respect to creditor group negotiations and allocation strategies. | 0.8 |
| 22-Jul-11 | MJW | 0029 | Conference with R. Jacobs with respect to allocation issues. | 0.2 |
| 22-Jul-11 | MJW | 0029 | Review correspondence received from UK counsel for UK Joint Administrators with respect to due diligence disclosure issues regarding allocation mediation. | 0.2 |
| 22-Jul-11 | MJW | 0012 | Analyze UK/EMEA claims against Nortel Canada and related issues. | 1.6 |
| 22-Jul-11 | MJW | 0016 | Review correspondence from Akin Gump with respect to Fitzgerald U.S. motion and related Canadian issues. | 0.2 |
| 22-Jul-11 | MJW | 0029 | Emails with FMC and Akin Gump lawyers regarding creditor meetings regarding allocation negotiations. | 0.4 |
| 22-Jul-11 | MJW | 0012 | Review letter from UK Joint Administrators UK counsel regarding EMEA claims and process, and email correspondence with Akin Gump regarding same. | 0.6 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.  

INVOICE 2851386  
Page 12 of 18  
Matter # 538462-000001  

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 22-Jul-11 | ALM | 0031 | Review of correspondence from Herbert Smith. | 0.1 |
| 22-Jul-11 | ALM | 0031 | Confer with FMC team regarding allocation mediation issues. | 0.1 |
| 22-Jul-11 | ALM | 0031 | Email to M. Starnino regarding U.K. pension issues. | 0.1 |
| 22-Jul-11 | RCJ | 0029 | Investigate PWC allocation discussions with Canadian constituents. | 0.4 |
| 22-Jul-11 | RCJ | 0029 | Email correspondence with FMC and Akin Gump teams regarding PWC allocation discussions. | 0.3 |
| 22-Jul-11 | RCJ | 0029 | Email correspondence with Akin and FMC teams regarding allocation negotiations and next steps. | 0.6 |
| 22-Jul-11 | RCJ | 0012 | Review letter received from Herbert Smith regarding EMEA claims. | 0.5 |
| 22-Jul-11 | RCJ | 0029 | Review and comment on latest drafts of Q1 and TPAA agreements. | 0.9 |
| 22-Jul-11 | RCJ | 0012 | Continue analysis of bond claim issues. | 1.1 |
| 22-Jul-11 | RCJ | 0012 | Telephone calls with bondholders regarding claim issues. | 0.4 |
| 23-Jul-11 | RCJ | 0029 | Email correspondence with Akin Gump and FMC teams regarding Herbert Smith letter correspondence and allocation issues. | 0.4 |
| 24-Jul-11 | RCJ | 0029 | Email correspondence with Akin Gump and FMC teams regarding allocation next steps. | 0.2 |
| 25-Jul-11 | RSK | 0031 | Review of Nortel motion regarding constitutional question on environmental issues. | 0.3 |
| 25-Jul-11 | MJW | 0029 | Correspondence with Akin Gump with respect to allocation claim issues. | 0.3 |
| 25-Jul-11 | RCJ | 0029 | Review email correspondence from Cleary and Akin Gump regarding Q1 and TPAA agreements, Russia settlement. | 0.3 |
| 25-Jul-11 | RCJ | 0029 | Review latest draft TPAA and Q1 agreement and Russia settlement. | 0.9 |
| 25-Jul-11 | RCJ | 0012 | Review notice of constitutional question served by NNL regarding EPA. | 0.6 |
| 26-Jul-11 | MJW | 0024 | Receive and analyze proposed amendment to side letter with respect to intellectual property sale and escrow issues. | 0.4 |
| 26-Jul-11 | MJW | 0012 | Review bond contracts and analyze claims issues. | 1.3 |
| 26-Jul-11 | RCJ | 0029 | Telephone call with Akin Gump regarding in-person meetings with Debtors and bondholder professionals. | 0.3 |
| 26-Jul-11 | RCJ | 0012 | Analysis of bond claim issues. | 1.6 |
| 26-Jul-11 | RCJ | 0012 | Telephone call with K. Zych regarding bond claim issues. | 0.5 |
| 26-Jul-11 | RCJ | 0024 | Email correspondence with Akin Gump and FMC regarding proposed language to Iceberg side agreement and escrows. | 0.5 |
| 27-Jul-11 | RSK | 0012 | Review correspondence regarding Nortel bond claims. | 0.2 |
| 27-Jul-11 | MJW | 0007 | Attend on Committee advisor call in preparation for Committee meeting. | 1.3 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2851386  
Page 13 of 18  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 27-Jul-11 | MJW | 0031 | Review and analyze Canadian disclosure issues and confidentiality issues. | 0.8 |
| 27-Jul-11 | MJW | 0024 | Review correspondence regarding IP sale break-up fee. | 0.2 |
| 27-Jul-11 | ALM | 0031 | Committee advisors' professional conference call. | 1.3 |
| 27-Jul-11 | RCJ | 0024 | Email correspondence with M. Peters regarding iceberg break fee. | 0.2 |
| 27-Jul-11 | RCJ | 0002 | Participate on Committee professionals' call. | 1.3 |
| 27-Jul-11 | RCJ | 0031 | Analysis of confidentiality issues. | 0.9 |
| 27-Jul-11 | RCJ | 0029 | Email correspondence with Akin Gump and Fraser team regarding judicial mediation and next steps. | 0.2 |
| 27-Jul-11 | RCJ | 0024 | Email correspondence with Akin Gump regarding IP sale license fee issues. | 0.4 |
| 28-Jul-11 | PDS | 0031 | Conference with Michael Wunder regarding Nortel Canadian environmental motion. | 0.2 |
| 28-Jul-11 | PDS | 0031 | Review of additional motion material filed by Nortel Canada on constitutional issue. | 0.2 |
| 28-Jul-11 | RSK | 0031 | Review of letter from Justice Winkler regarding Nortel mediation. | 0.2 |
| 28-Jul-11 | MJW | 0018 | Conference with FMC lawyers with respect to Canadian issues relating to break-up fee from intellectual property sale. | 0.4 |
| 28-Jul-11 | MJW | 0018 | Review and analyze email exchange with counsel for various parties with respect to IP break-up fee issues, and call with Akin Gump regarding same. | 0.3 |
| 28-Jul-11 | MJW | 0007 | Attend on Committee call and follow-up call with advisors. | 2.1 |
| 28-Jul-11 | MJW | 0031 | Conference with S. Grieve with respect to Canadian disclosure issues. | 0.3 |
| 28-Jul-11 | MJW | 0008 | Review correspondence from judicial mediator appointed by U.S. and Canadian courts with respect to allocation mediation. | 0.2 |
| 28-Jul-11 | MJW | 0029 | Correspondence with Akin Gump and UCC advisors with respect to letter from judicial mediator regarding allocation and request for submissions. | 0.5 |
| 28-Jul-11 | MJW | 0031 | Confer with and provide instructions to P. Shantz regarding Nortel Canadian environmental claims and motion. | 0.2 |
| 28-Jul-11 | ZN | 0018 | Discuss and analyze Canadian tax issue with Matthew Peters (re: IP sale). | 0.8 |
| 28-Jul-11 | ALM | 0031 | Review correspondence from Justice Winkler regarding allocation mediation. | 0.2 |
| 28-Jul-11 | ALM | 0031 | Emails to and from Akin Gump and FMC regarding allocation mediation. | 0.2 |
| 28-Jul-11 | ALM | 0031 | Discussion with M. Wunder with respect to allocation mediation issues. | 0.2 |
| 28-Jul-11 | RCJ | 0029 | Review email correspondence between Akin Gump and Fraser teams regarding judicial mediation. | 0.4 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2851386  
Page 14 of 18  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 28-Jul-11 | RCJ | 0029 | Review letter correspondence from Justice Winkler regarding mediation. | 0.2 |
| 28-Jul-11 | RCJ | 0024 | Email correspondence with Akin Gump regarding IP sale break-up fee. | 0.2 |
| 28-Jul-11 | RCJ | 0024 | Telephone call with M. Peters regarding IP sale break-up fee. | 0.2 |
| 28-Jul-11 | RCJ | 0012 | Telephone call with Capstone regarding bond claims. | 0.2 |
| 28-Jul-11 | MIP | 0018 | Reviewing and analyzing Canadian withholding tax issues regarding IP sale break-up fee. | 1.1 |
| 28-Jul-11 | MIP | 0031 | Corresponding with Ryan Jacobs, Michael Wunder and Norton Rose regarding IP sale break-up fees. | 0.9 |
| 29-Jul-11 | MJW | 0002 | Correspondence with Committee advisors regarding inter-company claims issues. | 0.2 |
| 29-Jul-11 | MJW | 0029 | Call to legal advisor for mediator with respect to upcoming allocation mediation issues. | 0.3 |
| 29-Jul-11 | MJW | 0029 | Prepare and forward report to Akin Gump with respect to allocation mediation issues and exchange emails with Akin Gump regarding allocation mediation and submissions for Committee. | 0.7 |
| 29-Jul-11 | MJW | 0017 | Review and analyze correspondence from Ashurst with respect to UK pension litigation and potential effects on Nortel proceedings in the UK and Canada. | 0.5 |
| 29-Jul-11 | RCJ | 0017 | Review email correspondence from Ashurst regarding UK pension litigation. | 0.5 |
| 29-Jul-11 | RCJ | 0029 | Review latest draft Q1 and TPAA agreements. | 0.9 |
| | | | **Total** | **172.3** |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2851386
Page 15 of 18
Matter # 538462-000001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Alex L. MacFarlane | Partner | Financial Restructuring | Ontario - 1988 | 24.6 | $800.00 | 19,680.00 |
| Alexandra North | Associate | Financial Restructuring | Ontario - 2009 | 4.2 | $350.00 | 1,470.00 |
| Jarvis Hétu | Associate | Financial Restructuring | Ontario - 2009 | 0.9 | $350.00 | 315.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 0.4 | $775.00 | 310.00 |
| Matthew Peters | Partner | Taxation | Ontario - 2002 | 3.9 | $600.00 | 2,340.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 66.2 | $775.00 | 51,305.00 |
| Paul Shantz | Consultant | Real Estate/Environmental | Ontario - 1979 | 0.4 | $650.00 | 260.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 60.6 | $675.00 | 40,905.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 5.0 | $850.00 | 4,250.00 |
| Susan Paul | Partner | Competition/Anti-Trust | Ontario - 1983 | 5.3 | $700.00 | 3,710.00 |
| Zahra Nurmohamed | Partner | Taxation | Ontario - 2001 | 0.8 | $640.00 | 512.00 |
| TOTAL | | | | | CDN. | $125,057.00 |
| | Less Non-Working Travel Time Discount (50% $387.50) | | | | | ($193.75) |
| TOTAL | | | | | CDN. | $124,863.25 |

**TOTAL PROFESSIONAL FEES** $ 125,057.00
Less Non-Working Travel Time Discount
(50% $387.50)                                                              (193.75)
**NET PROFESSIONAL FEES** $ 124,863.25

**NON-TAXABLE DISBURSEMENTS**

| | | |
|---|---|---|
| Binding Books / Documents | $ | 6.00 |
| Ground Transportation (Taxi Charges/Courier) | | 234.17 |
| Library Computer Research | | 309.70 |
| Long Distance Telephone Calls | | 11.73 |
| Photocopy Charges | | 483.80 |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | $ | 1,045.40 |

**TOTAL DISBURSEMENTS**                                                1,045.40

**TOTAL AMOUNT DUE**                                      $   125,908.65 CDN.

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2851386
Page 16 of 18
Matter # 538462-000001

**TIME SUMMARY BY TASK CODE**

| Code | Task Description | Hours | Fees |
|---|---|---|---|
| 0002 | General Case Administration | 1.6 | 1,110.00 |
| 0003 | FMC Fee Application/Monthly Billing Reports | 4.9 | 3,797.50 |
| 0007 | Creditors Committee Meetings | 17.1 | 12,677.50 |
| 0008 | Court Hearings | 10.9 | 8,605.00 |
| 0012 | General Claims Analysis/Claims Objections | 42.3 | 29,772.50 |
| 0014 | CCAA Order/Court-Ordered Charges/Canadian Analysis | 0.7 | 472.50 |
| 0016 | Lift Stay Litigation | 4.4 | 3,330.00 |
| 0017 | General Adversary Proceedings | 1.0 | 725.00 |
| 0018 | Tax Issues | 5.0 | 3,262.00 |
| 0019 | Labor Issues/Employee Benefits | 0.2 | 155.00 |
| 0023 | Telecommunications/Regulatory | 0.5 | 350.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 22.2 | 16,137.50 |
| 0025 | Travel | 0.5 | 387.50 |
| 0029 | Intercompany Analysis | 22.3 | 16,032.50 |
| 0031 | Canadian Proceedings/Matters | 38.4 | 28,005.00 |
| 0032 | U.S. Proceedings/Matters | 0.3 | 237.50 |
|  | TOTAL | 172.3 | $125,057.00 |
|  | Less Non-Working Travel Time Discount (50%$387.50) |  | ($193.75) |
|  | TOTAL | 172.3 | $124,863.25 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2851386  
Page 17 of 18  
Matter # 538462-000001

**DISBURSEMENT DETAIL**

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 15-Jun-11 | Telephone;19174326957;New YorkNY;4582 | 1.00 | 0.51 |
| 20-Jun-11 | Telephone;19174326957;New YorkNY;4582 | 1.00 | 1.02 |
| 20-Jun-11 | Telephone;19174326957;New YorkNY;4582 | 1.00 | 0.51 |
| 20-Jun-11 | Telephone;19174326957;New YorkNY;4582 | 1.00 | 0.51 |
| 23-Jun-11 | Telephone;12128484855;New YorkNY;4582 | 1.00 | 0.51 |
| 23-Jun-11 | Telephone;12128484855;New YorkNY;4582 | 1.00 | 0.51 |
| 29-Jun-11 | "eCarswell/NORTH,ALEXANDRA" | 1.00 | 76.95 |
| 30-Jun-11 | Beck Taxi/Inv 1721-030/Ryan Jacobs May 25/11 | 1.00 | 34.13 |
| 30-Jun-11 | Beck Taxi/Inv 1721-030/Ryan Jacobs Jun 8/11 | 1.00 | 32.26 |
| 30-Jun-11 | Beck Taxi/Inv 1721-030/Ryan Jacobs June 9/11 | 1.00 | 36.46 |
| 30-Jun-11 | Beck Taxi/Inv 1721-030/Ryan Jacobs May 24/11 | 1.00 | 45.35 |
| 04-Jul-11 | Laser Copy;NELSON M | 71.00 | 7.10 |
| 05-Jul-11 | Laser Copy;NELSON M | 15.00 | 1.50 |
| 05-Jul-11 | Laser Copy;MacFarlaneA | 12.00 | 1.20 |
| 06-Jul-11 | Laser Copy;NELSON M | 328.00 | 32.80 |
| 06-Jul-11 | Laser Copy;Erandio, N. | 324.00 | 32.40 |
| 06-Jul-11 | Laser Copy;Chowdhury, Safiah | 1,069.00 | 106.90 |
| 06-Jul-11 | Laser Copy;MacFarlaneA | 53.00 | 5.30 |
| 06-Jul-11 | Cerlox / Clear Cover | 1.00 | 6.00 |
| 06-Jul-11 | Telephone;12126499596;New YorkNY;4461 | 1.00 | 3.57 |
| 06-Jul-11 | Photocopy;MacFarlaneA | 6.00 | 0.60 |
| 06-Jul-11 | "eCarswell/HETU,JARVIS" | 1.00 | 28.50 |
| 07-Jul-11 | Laser Copy;jacobsr | 121.00 | 12.10 |
| 07-Jul-11 | Laser Copy;NELSON M | 116.00 | 11.60 |
| 07-Jul-11 | Laser Copy;MacFarlaneA | 28.00 | 2.80 |
| 07-Jul-11 | Laser Copy;Chowdhury, Safiah | 12.00 | 1.20 |
| 08-Jul-11 | Laser Copy;NELSON M | 41.00 | 4.10 |
| 08-Jul-11 | Laser Copy;MacFarlaneA | 110.00 | 11.00 |
| 10-Jul-11 | Laser Copy;KenneyJ | 645.00 | 64.50 |
| 11-Jul-11 | Laser Copy;NELSON M | 412.00 | 41.20 |
| 11-Jul-11 | Laser Copy;NORTH, Alexandra | 2.00 | 0.20 |
| 11-Jul-11 | Laser Copy;MacFarlaneA | 153.00 | 15.30 |
| 11-Jul-11 | "eCarswell/NORTH,ALEXANDRA" | 1.00 | 204.25 |
| 11-Jul-11 | Telephone;12128721056;New YorkNY;4715 | 1.00 | 0.51 |
| 12-Jul-11 | Telephone;12129185207;New YorkNY;4715 | 1.00 | 1.53 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2851386  
Page 18 of 18  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 12-Jul-11 | Laser Copy;NELSON M | 56.00 | 5.60 |
| 12-Jul-11 | Laser Copy;MacFarlaneA | 44.00 | 4.40 |
| 12-Jul-11 | Taxi from King St. to University (Court) for M. Wunder on July 11/11; 2011-7-11 | 1.00 | 7.08 |
| 13-Jul-11 | Laser Copy;NELSON M | 394.00 | 39.40 |
| 13-Jul-11 | Telephone;12128721055;New YorkNY;4715 | 1.00 | 0.51 |
| 13-Jul-11 | Telephone;12128721055;New YorkNY;4715 | 1.00 | 0.51 |
| 13-Jul-11 | Laser Copy;MacFarlaneA | 13.00 | 1.30 |
| 15-Jul-11 | Laser Copy;Chowdhury, Safiah | 12.00 | 1.20 |
| 15-Jul-11 | Laser Copy;NELSON M | 50.00 | 5.00 |
| 18-Jul-11 | Laser Copy;Chowdhury, Safiah | 128.00 | 12.80 |
| 18-Jul-11 | Telephone;19174326957;New YorkNY;4582 | 1.00 | 0.51 |
| 18-Jul-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 18-Jul-11 | Laser Copy;NELSON M | 208.00 | 20.80 |
| 19-Jul-11 | Laser Copy;NELSON M | 58.00 | 5.80 |
| 19-Jul-11 | Laser Copy;jacobsr | 27.00 | 2.70 |
| 20-Jul-11 | Laser Copy;NELSON M | 4.00 | 0.40 |
| 21-Jul-11 | Telephone;19175447922;New YorkNY;4715 | 1.00 | 0.51 |
| 21-Jul-11 | Taxi for R. Jacobs on June 14/11; 2011-6-14 | 1.00 | 37.30 |
| 21-Jul-11 | Laser Copy;MacFarlaneA | 4.00 | 0.40 |
| 21-Jul-11 | Taxi for R. Jacobs on June 13/11; 2011-6-13 | 1.00 | 32.74 |
| 22-Jul-11 | Laser Copy;jacobsr | 17.00 | 1.70 |
| 22-Jul-11 | Laser Copy;Tilak, Jaclyn | 7.00 | 0.70 |
| 25-Jul-11 | Laser Copy;jacobsr | 29.00 | 2.90 |
| 25-Jul-11 | Laser Copy;NELSON M | 47.00 | 4.70 |
| 27-Jul-11 | Laser Copy;jacobsr | 2.00 | 0.20 |
| 27-Jul-11 | Laser Copy;NELSON M | 56.00 | 5.60 |
| 27-Jul-11 | Laser Copy;MacFarlaneA | 2.00 | 0.20 |
| 28-Jul-11 | Laser Copy;SHANTZ P | 31.00 | 3.10 |
| 28-Jul-11 | Taxi to FMC office for M. Wunder on July 16/11; 2011-7-16 | 1.00 | 8.85 |
| 28-Jul-11 | Laser Copy;NELSON M | 34.00 | 3.40 |
| 28-Jul-11 | Laser Copy;Chowdhury, Safiah | 28.00 | 2.80 |
| 28-Jul-11 | Laser Copy;MacFarlaneA | 10.00 | 1.00 |
| 29-Jul-11 | Laser Copy;NELSON M | 29.00 | 2.90 |
| 29-Jul-11 | Laser Copy;Chowdhury, Safiah | 30.00 | 3.00 |
| | TOTAL | CDN. | $1,045.40 |

MONTREAL   OTTAWA   TORONTO   EDMONTON   CALGARY   VANCOUVER                      fmc-law.com