# EXHIBIT C

## DISBURSEMENT SUMMARY
## JULY 1 TO JULY 31, 2011
### (All Amounts in Canadian Dollars)

Non-Taxable Disbursements

| | |
|---|---|
| Binding Books / Documents | $ 6.00 |
| Ground Transportation (Taxi Charges/Courier) | $ 234.17 |
| Library Computer Research | $ 309.70 |
| Long Distance Telephone Calls | $ 11.73 |
| Photocopy Charges | $ 483.80 |

Total Non-Taxable Disbursements     **$1,045.40 CDN.**

10235911_2|TorDocs