**EXHIBIT D**

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2851386  
Page 17 of 18  
Matter # 538462-000001

**DISBURSEMENT DETAIL**

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 15-Jun-11 | Telephone;19174326957;New YorkNY;4582 | 1.00 | 0.51 |
| 20-Jun-11 | Telephone;19174326957;New YorkNY;4582 | 1.00 | 1.02 |
| 20-Jun-11 | Telephone;19174326957;New YorkNY;4582 | 1.00 | 0.51 |
| 20-Jun-11 | Telephone;19174326957;New YorkNY;4582 | 1.00 | 0.51 |
| 23-Jun-11 | Telephone;12128484855;New YorkNY;4582 | 1.00 | 0.51 |
| 23-Jun-11 | Telephone;12128484855;New YorkNY;4582 | 1.00 | 0.51 |
| 29-Jun-11 | "eCarswell/NORTH,ALEXANDRA" | 1.00 | 76.95 |
| 30-Jun-11 | Beck Taxi/Inv 1721-030/Ryan Jacobs May 25/11 | 1.00 | 34.13 |
| 30-Jun-11 | Beck Taxi/Inv 1721-030/Ryan Jacobs Jun 8/11 | 1.00 | 32.26 |
| 30-Jun-11 | Beck Taxi/Inv 1721-030/Ryan Jacobs June 9/11 | 1.00 | 36.46 |
| 30-Jun-11 | Beck Taxi/Inv 1721-030/Ryan Jacobs May 24/11 | 1.00 | 45.35 |
| 04-Jul-11 | Laser Copy;NELSON M | 71.00 | 7.10 |
| 05-Jul-11 | Laser Copy;NELSON M | 15.00 | 1.50 |
| 05-Jul-11 | Laser Copy;MacFarlaneA | 12.00 | 1.20 |
| 06-Jul-11 | Laser Copy;NELSON M | 328.00 | 32.80 |
| 06-Jul-11 | Laser Copy;Erandio, N. | 324.00 | 32.40 |
| 06-Jul-11 | Laser Copy;Chowdhury, Safiah | 1,069.00 | 106.90 |
| 06-Jul-11 | Laser Copy;MacFarlaneA | 53.00 | 5.30 |
| 06-Jul-11 | Cerlox / Clear Cover | 1.00 | 6.00 |
| 06-Jul-11 | Telephone;12126499596;New YorkNY;4461 | 1.00 | 3.57 |
| 06-Jul-11 | Photocopy;MacFarlaneA | 6.00 | 0.60 |
| 06-Jul-11 | "eCarswell/HETU,JARVIS" | 1.00 | 28.50 |
| 07-Jul-11 | Laser Copy;jacobsr | 121.00 | 12.10 |
| 07-Jul-11 | Laser Copy;NELSON M | 116.00 | 11.60 |
| 07-Jul-11 | Laser Copy;MacFarlaneA | 28.00 | 2.80 |
| 07-Jul-11 | Laser Copy;Chowdhury, Safiah | 12.00 | 1.20 |
| 08-Jul-11 | Laser Copy;NELSON M | 41.00 | 4.10 |
| 08-Jul-11 | Laser Copy;MacFarlaneA | 110.00 | 11.00 |
| 10-Jul-11 | Laser Copy;KenneyJ | 645.00 | 64.50 |
| 11-Jul-11 | Laser Copy;NELSON M | 412.00 | 41.20 |
| 11-Jul-11 | Laser Copy;NORTH, Alexandra | 2.00 | 0.20 |
| 11-Jul-11 | Laser Copy;MacFarlaneA | 153.00 | 15.30 |
| 11-Jul-11 | "eCarswell/NORTH,ALEXANDRA" | 1.00 | 204.25 |
| 11-Jul-11 | Telephone;12128721056;New YorkNY;4715 | 1.00 | 0.51 |
| 12-Jul-11 | Telephone;12129185207;New YorkNY;4715 | 1.00 | 1.53 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2851386  
Page 18 of 18  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 12-Jul-11 | Laser Copy;NELSON M | 56.00 | 5.60 |
| 12-Jul-11 | Laser Copy;MacFarlaneA | 44.00 | 4.40 |
| 12-Jul-11 | Taxi from King St. to University (Court) for M. Wunder on July 11/11; 2011-7-11 | 1.00 | 7.08 |
| 13-Jul-11 | Laser Copy;NELSON M | 394.00 | 39.40 |
| 13-Jul-11 | Telephone;12128721055;New YorkNY;4715 | 1.00 | 0.51 |
| 13-Jul-11 | Telephone;12128721055;New YorkNY;4715 | 1.00 | 0.51 |
| 13-Jul-11 | Laser Copy;MacFarlaneA | 13.00 | 1.30 |
| 15-Jul-11 | Laser Copy;Chowdhury, Safiah | 12.00 | 1.20 |
| 15-Jul-11 | Laser Copy;NELSON M | 50.00 | 5.00 |
| 18-Jul-11 | Laser Copy;Chowdhury, Safiah | 128.00 | 12.80 |
| 18-Jul-11 | Telephone;19174326957;New YorkNY;4582 | 1.00 | 0.51 |
| 18-Jul-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 18-Jul-11 | Laser Copy;NELSON M | 208.00 | 20.80 |
| 19-Jul-11 | Laser Copy;NELSON M | 58.00 | 5.80 |
| 19-Jul-11 | Laser Copy;jacobsr | 27.00 | 2.70 |
| 20-Jul-11 | Laser Copy;NELSON M | 4.00 | 0.40 |
| 21-Jul-11 | Telephone;19175447922;New YorkNY;4715 | 1.00 | 0.51 |
| 21-Jul-11 | Taxi for R. Jacobs on June 14/11; 2011-6-14 | 1.00 | 37.30 |
| 21-Jul-11 | Laser Copy;MacFarlaneA | 4.00 | 0.40 |
| 21-Jul-11 | Taxi for R. Jacobs on June 13/11; 2011-6-13 | 1.00 | 32.74 |
| 22-Jul-11 | Laser Copy;jacobsr | 17.00 | 1.70 |
| 22-Jul-11 | Laser Copy;Tilak, Jaclyn | 7.00 | 0.70 |
| 25-Jul-11 | Laser Copy;jacobsr | 29.00 | 2.90 |
| 25-Jul-11 | Laser Copy;NELSON M | 47.00 | 4.70 |
| 27-Jul-11 | Laser Copy;jacobsr | 2.00 | 0.20 |
| 27-Jul-11 | Laser Copy;NELSON M | 56.00 | 5.60 |
| 27-Jul-11 | Laser Copy;MacFarlaneA | 2.00 | 0.20 |
| 28-Jul-11 | Laser Copy;SHANTZ P | 31.00 | 3.10 |
| 28-Jul-11 | Taxi to FMC office for M. Wunder on July 16/11; 2011-7-16 | 1.00 | 8.85 |
| 28-Jul-11 | Laser Copy;NELSON M | 34.00 | 3.40 |
| 28-Jul-11 | Laser Copy;Chowdhury, Safiah | 28.00 | 2.80 |
| 28-Jul-11 | Laser Copy;MacFarlaneA | 10.00 | 1.00 |
| 29-Jul-11 | Laser Copy;NELSON M | 29.00 | 2.90 |
| 29-Jul-11 | Laser Copy;Chowdhury, Safiah | 30.00 | 3.00 |
| | TOTAL | CDN. | $1,045.40 |