# EXHIBIT E

10235952_3|TorDocs

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## JULY 1, 2011 THROUGH JULY 31, 2011
### (All Amounts in Canadian Dollars)

| Timekeeper | Title | Department | Province of Bar Admission/Year | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| Alex L. MacFarlane | Partner | Financial Restructuring | Ontario - 1988 | 24.6 | $800.00 | 19,680.00 |
| Alexandra North | Associate | Financial Restructuring | Ontario - 2009 | 4.2 | $350.00 | 1,470.00 |
| Jarvis Hétu | Associate | Financial Restructuring | Ontario - 2009 | 0.9 | $350.00 | 315.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 0.4 | $775.00 | 310.00 |
| Matthew Peters | Partner | Taxation | Ontario - 2002 | 3.9 | $600.00 | 2,340.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 66.2 | $775.00 | 51,305.00 |
| Paul Shantz | Consultant | Real Estate/Environmental | Ontario - 1979 | 0.4 | $650.00 | 260.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 60.6 | $675.00 | 40,905.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 5.0 | $850.00 | 4,250.00 |
| Susan Paul | Partner | Competition/Anti-Trust | Ontario - 1983 | 5.3 | $700.00 | 3,710.00 |
| Zahra Nurmohamed | Partner | Taxation | Ontario - 2001 | 0.8 | $640.00 | 512.00 |
| | | | | | | |
| TOTAL | | | | | CDN. | $125,057.00 |
| | Less Non-Working Travel Time Discount (50% $387.50) | | | | | -$193.75 |
| TOTAL | | | | | CDN. | $124,863.25 |

10235911_2|TorDocs