## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc. et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: September 21, 2011 at 10:00 a.m.** |

### NOTICE OF TENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                                    Fraser Milner Casgrain LLP

Authorized to Provide
Professional Services to:                             Official Committee of Unsecured Creditors

Date of Retention:                                   March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:                         May 1, 2011 through July 31, 2011[2]

Amount of Compensation sought as
actual, reasonable and necessary:                    CDN. $645,682.75 Equivalent to USD $660,791.73[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:                 CDN. $11,314.54 Equivalent to USD $11,579.30[3]

This is (a)n: __X__ interim        ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Fraser Milner Casgrain LLP's May, 2011, June, 2011 and July, 2011 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate as of close of business on August 30, 2011 was CDN. $1.00 : U.S. $1.0234

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
|---|---|---|---|---|---|---|
| Date Filed: 7/19/11 Docket No. 5984 | 5/1/11 - 5/31/11 | $278,165.00 | $5,504.24 | $222,532.00 | $5,504.24 | $55,633.00 |
| Date Filed: 8/12/11 Docket No. 6147 | 6/1/11 - 6/30/11 | $242,654.50 | $4,764.90 | $194,123.60 Pending Obj. Deadline September 2, 2011 | $4,764.90 Pending Obj. Deadline September 2, 2011 | $48,530.90 |
| Date Filed: 8/31/11 Docket No. 6282 | 7/1/11 - 7/31/11 | $124,863.25 | $1,045.40 | $99,890.60 Pending Obj. Deadline September 20, 2011 | $1,045.40 Pending Obj. Deadline September 20, 2011 | $24,972.65 |
| TOTALS: | All amounts in CDN.$ | $645,682.75 | $11,314.54 | $516,546.20 | $11,314.54 | $129,136.55 |

Summary of any Objections to Fee Applications:  None.

Dated: September 1, 2011
       Toronto, Ontario

Michael J. Wunder
FRASER MILNER CASGRAIN, LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, Ontario  M5K 0A1
(416) 863-4511
Canadian Counsel to the Official Committee of
Unsecured Creditors Of Nortel Networks Inc., *et al.*

10218385_1|TorDocs