UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
In re:                                             :   Chapter 11
                                                   :
                                                   :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                 :   (Jointly Administered)
                                                   :
   Debtors.                                        :   **Objection Deadline: September 16, 2011 @ 4:00 p.m.**
                                                   :   **Hearing Date: September 21, 2011 @ 10:00 a.m.**
---------------------------------------------------x

**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF RETIRED
EMPLOYEES PURSUANT TO BANKRUPTCY CODE SECTIONS
1103(a) AND 1114, BANKRUPTCY RULE 2014 AND RULE 2014-1 OF THE
LOCAL RULES FOR AN ORDER APPROVING THE RETENTION OF TOGUT,
SEGAL & SEGAL LLP AS COUNSEL *NUNC PRO TUNC* TO AUGUST 22, 2011**

**PLEASE TAKE NOTICE** that The Official Committee of Retirees (the "Retiree Committee") in the above-captioned cases (the "Chapter 11 Case") filed the application (the "Application") for entry of an order authorizing the Retiree Committee to retain and employ Togut Segal & Segal LLP as counsel to the Retiree Committee pursuant to section 1103(a) and 1114 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), *nunc pro tunc* to August 22, 2011 with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ME1 12209062v.1

Delaware 19801 (the "Bankruptcy Court"). You are being served a copy of the Application in conjunction with this Notice.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Application must be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received by the undersigned proposed counsel for the Chapter 7 Trustee on or before **September 16, 2011 at 4:00 p.m.** prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that if any objection is filed, a hearing on the Application may be held before the Honorable Kevin Gross in the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801, on **September 21, 2011 at 10:00 a.m.** prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures enumerated above, the Bankruptcy Court may enter an Order without further notice or hearing.

Dated: September 1, 2011
Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (DE Bar I.D. #2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 Facsimile
wtaylor@mccarter.com

-and-

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(212) 594-5000
(212) 967-4258 Facsimile
neilberger@teamtogut.com

*Proposed Counsel to the Official Committee of Retirees*

ME1 12209062v.1