## CERTIFICATE OF SERVICE

I, William F. Taylor, Jr., hereby certify that September 1, 2011, I caused a true and correct copy of the foregoing *Notice and Application of the Official Committee of Retired Employees Pursuant to Bankruptcy Code Sections 1103(a) and 1114, Bankruptcy Rule 2014 and Rule 2014-1 of the Local Rules for an Order Approving the Retention of Togut Segal & Segal LLP as Counsel nunc pro tunc to August 22, 2011* to be served upon the attached service list by U.S. Mail, postage pre-paid, or in the manner so indicated.

/s/ *William F. Taylor, Jr.*
William F. Taylor, Jr. (DE Bar I.D. #2936)

ME1 12209062v.1

# NORTEL 2002 SERVICE LIST

Tobey M. Daluz Esq.
Leslie Heilman Esq.
David T. May
Ballard Spahr
919 Market Street, 11th Floor
Wilmington, DE 19801

Derek C. Abbott
Ann C. Cordo
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Inna Rozenberg
Jacqueline Moessner
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Nancy G. Everett
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601

Raymond Howard Lemisch
Benesch Friedlander Coplan & Aronoff, LL
222 Delaware Avenue
Suite 801
Wilmington, DE 19801

Rene E. Thorne
Jackson Lewis LLP
650 Poydras Street
Suite 1900
New Orleans, LA 70130

Gabriel R. MacConaill
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19801

Christopher A. Ward Esq.
Justin K. Edelson Esq.
Polsinelli Shughart PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

David B. Stratton Esq.
Leigh-Anne M. Raport Esq.
Evelyn J. Meltzer Esq
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE 19801

Henry Jaffe Esq.
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE 19801

Joanne B. Domenic Pacitti Esq.
Klehr Harrison
919 Market Street, Suite 1000
Wilmington, DE 19801

Marla R. Eskin Esq.
Ayesha S. Chacko Esq.
Campbell & Levine LLC
800 N King Street, Suite 300
Wilmington, DE 19801

William D. Sullivan Esq.
Sullivan Hazeltine Allinson LLC
4 E 8th Street, Suite 400
Wilmington, DE 19801

| | |
|---|---|
| Mary F. Caloway Esq.<br>P.J. Duhig Esq.<br>Buchanan Ingersoll & Rooney<br>1105 N. Market Street, Suite 1900<br>Wilmington, DE 19801-1228 | William P. Bowden Esq.<br>Ricardo Palacio Esq.<br>Gregory A. Taylor Esq.<br>Benjamin W. Keenan Esq.<br>Ashby & Geddes P.A.<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801 |
| Brett D. Fallon Esq.<br>Carl N. Kunz Esq.<br>Michael J. Custer Esq.<br>Morris James LLP<br>500 Delaware Ave, Suite 1500<br>Wilmington, DE 19801 | US Attorney's Office<br>District of Delaware<br>1007 N. Orange Street<br>Wilmington, DE 19801 |
| Thomas P. Tinker. Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207 Lockbox 35<br>Wilmington, DE 19801-3519 | Mark D. Collins Esq.<br>Christopher M. Samis Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King Street<br>Wilmington, DE 19801 |
| Duane D. Werb Esq.<br>Werb & Sullivan<br>300 Delaware Avenue, 13th Floor<br>Wilmington, DE 19801 | Kathleen M. Miller Esq.<br>Smith Katzenstein & Jenkins LLP<br>800 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801 |
| Rachel B. Mersky Esq.<br>Monzack Mersky McLaughlin<br>and Browder P.A.<br>1201 N Orange Street, Suite 400<br>Wilmington, DE 19801 | Jeffrey S. Wisler Esq.<br>Marc J. Phillips Esq.<br>Connolly Bove<br>The Nemours Building<br>1007 N Orange St<br>Wilmington, DE 19801 |
| Charlene D. Davis Esq.<br>Daniel A. O'Brien Esq.<br>Justin R. Alberto<br>Bayard P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | John V. Fiorella Esq.<br>Charles J. Brown III Esq.<br>Archer & Greiner PC<br>300 Delaware Avenue, Suite 1370<br>Wilmington, DE 19801 |
| Kurt F. Gwynne Esq.<br>J. Cory Falgowski Esq.<br>Reed Smith LLP<br>1201 N Market Street, Suite 1500<br>Wilmington, DE 19801 | Maria Aprile Maria Aprile Sawczuk Esq.<br>Stevens & Lee P.C.<br>1105 N Market Street, 7th Floor<br>Wilmington, DE 19801 |

E1 12209849v.1

| | |
|---|---|
| Laura Davis Jones<br>Timothy P. Cairns<br>Pachulski Stang<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19899-8705 | James L. Patton<br>Edwin J. Harron<br>Young Conaway<br>The Brandywine Bldg<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 |
| Ian Connor Bifferato<br>Kevin G. Collins<br>Bifferato LLC<br>800 N. King Street<br>First Floor<br>Wilmington, DE 19801 | Gregg M. Galardi<br>Sarah E. Pierce<br>Skadden Arps Slate<br>Meagher & Flom LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, DE 19899-0636 |
| Norman L. Pernick<br>Sanjay Bhatnagar<br>Cole Schotz Meisel Forman<br>& Leonard<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | Christopher P. Simon<br>Cross & Simon LLC<br>913 N. Market Street, 11th Floor<br>Wilmington, DE 19801 |
| Stuart M. Brown<br>DLA PIPIER (US)<br>919 N. Market Street, Suite 1500<br>Wilmington, DE 19801 | Michael R. Lastowski<br>Duane Morris LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659 |
| Adam G. Landis Esq.<br>Kerri K. Mumford Esq.<br>J. Landon Ellis Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 | Anthony W. Clark Esq.<br>Michelle L. Green Esq.<br>Kristy M. Peguero Esq.<br>Skadden Arps Slate<br>Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, DE 19801 |
| Javier Schiffrin<br>Kevin Malek<br>Malek Schiffrin LLP<br>340 Madison Avenue, 19th Floor<br>New York, NY 10173-1922 | Mark H. Ralston<br>Ciardi Ciardi & Astin<br>2603 Oak Lawn Avenue, Suite 200<br>Dallas, TX 75219 |
| Rick A. Steinberg<br>Ciardi Ciardi & Astin<br>100 Church Street, 8th Floor<br>New York, NY 10007 | Patricia Antonelli<br>Lauren F. Verni<br>Partridge Snow & Hahn LLP<br>180 S. Main Street<br>Providence, RI 02903 |

| | |
|---|---|
| Amish R. Doshi<br>Magnozzi & Kye LLP<br>One Expressway Plaza, Suite 114<br>Roslyn Heights, NY  11577 | Steven K. Kortanek<br>Matthew P. Ward<br>Womble Carlyle Sandridge & Rice PLLC<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE  19801 |
| Jami B. Nimeroff<br>Brown Stone Nimeroff LLC<br>901 N. Market Street, Suite 1300<br>Wilmington, DE  19801 | Michael D. DeBaecke, Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE  19801 |
| Bruce E. Jameson<br>Prickett Jones & Elliott PA<br>1310 King Street, Box 1328<br>Wilmington, DE  19899 | Daniel K. Astin<br>Joseph J. McMahon Jr.<br>Ciardi Ciardi & Astin<br>919 N. Market Street, Suite 700<br>Wilmington, DE  19801 |
| Donna L. Harris<br>Kevin M. Capuzzi<br>Pinckney Harris & Weidinger LLC<br>1220 N. Market Street, Suite 950<br>Wilmington, DE  19801 | Rafael X. Zahralddin-Aravena<br>Shelley A. Kinsella<br>Elliott Greenleaf<br>1105 N. Market Street, Suite 1700<br>Wilmington, DE  19801 |
| Secretary of Treasury<br>P.O. Box 7040<br>Dover, DE  19903 | Secretary of State Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE  19903 |
| Sheryl L. Moreau Esq.<br>Missouri Dept of Revenue<br>P.O. Box 475<br>Bankruptcy Division<br>Jefferson City, MO  65105-0475 | John P. Dillman Esq.<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, TX  77253-3064 |
| Minoru Inayoshi Gen Mgr of M&A<br>Hitachi Lt. Telecommunicatons<br>& Network Systems  Division<br>216 Totsuka-cho<br>Totsuka-ku<br>Yokohama-shi,  244-8567<br>JAPAN | Stephen Gale<br>Herbert Smith<br>Exchange House<br>Primrose Streeet<br>London, UK  EC2A 2HS<br>ENGLAND |

E1 12209849v.1

Derek Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario K1A 1K3
CANADA

Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay St. Suite 3400
Toronto, Ontario M5H 2S7
CANADA

Michael J. Wunder
R. Snayne Kukulowicz
Alex L. MacFarlane
Fraser Milner Casgrain LLP
77 King Street West, Suite 400
Toronto, Ontario M5K 0A1
CANADA

Jennifer Stam
Ogilvy Renault LLP
Royal Bank Plaza South Tower
200 Bay Street, Suite 3800
Toronto, Ontario M5J 2Z4
CANADA

Rod Andrerson Esq.
Noel R. Boeke Esq.
Holland & Knight LLP
P.O. Box 1288
Tampa, FL 33601-1288

Amos U. Priester IV Esq.
Anna B. Osterhout Esq.
Smith Anderson Blount Dorsett Mitchell & Jernigan LLP
P.O. Box 2611
Raleigh, NC 27602-2611

Brian Trust
Thomas M. Vitale
Amit K. Trehan
Mayer Brown LLP
1675 Broadway
New York, NY 10019

Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

Laura L. McCloud Esq.
Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202

Seth B. Shapiro Esq.
U.S. Dept of Justice Civil Div
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

Jan M. Geht Esquire
U.S. Dept of Justice Tax Div
P.O. Box 227
Washington, DC 20044

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA 19424

David G. Aelvoet Esq.
Linebarger Goggan Blair
& Sampson LLP
Travis Bldg Suite 300
711 Navarro
San Antonio, TX 78205

E1 12209849v.1

| | |
|---|---|
| Ramona Neal Esq.<br>HP Company<br>11307 Chinden Blvd<br>MS 314<br>Boise, ID 83714 | Joseph E. Shickich Jr. Esq.<br>Riddell Williams P.S.<br>1001 4th Avenue, Suite 4500<br>Seattle, WA 98154-1192 |
| Edward C. Wetmore VP & Gen Counsel<br>Amphenol Corporation<br>358 Hall Avenue<br>Wallingford, CT 06492 | Vicente Matias Murrell Esq.<br>Stephen D. Schreiber Esq.<br>Pension Benefit Guaranty Corp<br>1200 K Street NW<br>Washington, DC 20005-4026 |
| Dana S. Plon Esq.<br>Sirlin Gallogly & Lesser<br>123 S. Broad Street, Suite 2100<br>Philadelphia, PA 19109 | Fred S. Kurtzman Esq.<br>Klehr Harrison<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103 |
| Amy D. Brown<br>Margolis Edelstein<br>750 Shipyard Drive, Suite 102<br>Wilmington, DE 19801 | Mark K. Ames<br>Tax Authority Consulting Services P.C.<br>P. O. Box 71476<br>Richmond, VA 23255 |
| Judy D. Thompson<br>JD Thompson Law<br>P.O. Box 33127<br>Charlotte, NC 28233 | David A. Rosenzweig Esq.<br>Fulbright & Jaworski LLP<br>666 5th Avenue<br>New York, NY 10103-3198 |
| Carren B. Shulman Esq.<br>Kimberly K. Smith Esq.<br>Sheppard Mullin Richter & Hampton LLP<br>30 Rockefeller Plaza, 24th Floor<br>New York, NY 10112 | Alistar Bambach<br>SEC NY Regional Office<br>Bankruptcy Division<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022 |
| Michael L. Schein Esq.<br>Vedder Price P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 | Raniero D'Aversa Jr. Esq.<br>Laura D. Metzger Esq.<br>Orrick Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, NY 10103-0001 |

Dennis Dunne Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

N. Thodore Zink Jr. Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Marc Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019-6099

Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas, 19th Floor
New York, NY 10036

Edmond P. O'Brien Esq.
Stempel Bennett Claman
& Hochberg P.C.
675 Third Avenue, 31st Floor
New York, NY 10017

Kristin S. Elliott
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Kenneth E. Noble Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

Michelle McMahon Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Alan Kolod
Christopher J. Caruso
Kent C. Kolbig
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Robert J. Rosenberg
Michael J. Riela
Zachary N. Goldstein
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4068

Steven J. Reisman Esq.
James V. Drew Esq.
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas, 20th Floor
New York, NY 10020

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036

Stephen C. Stapleton
Dykema Gossett PLLC
1717 Main Street, Ste 4000
Dallas, TX 75201-7332

| | |
|---|---|
| Lynnette R. Warman<br>Hunton & Williams<br>1445 Ross Avenue<br>Rountain Place, Suite 3700<br>Dallas, TX 75202-2799 | Jonathan L. Howell Esq.<br>Munsch Hardt Kopf & Harr P.C.<br>3800 Lincoln Plaza<br>500 N Akard Street<br>Dallas, TX 75201-6659 |
| Carol E. Momjian Esq.<br>PA Senior Deputy Atty Gen<br>21 S 12th Street<br>3rd Floor<br>Philadelphia, PA 19107-3603 | David L. Pollack Esq.<br>Jeffrey Meyers Esq.<br>Ballard Spahr Andrews & Ingersoll LLP<br>51st Fl Mellon Bank Ctr<br>1735 Market Street<br>Philadelphia, PA 19103 |
| Alan S. Kopit Esq.<br>Christopher W. Peer Esq.<br>Hahn Loeser & Parks LLP<br>200 Public Square, Suite 2800<br>Cleveland, OH 44114 | David L. Uranga<br>Bell Microproducts Inc<br>201 Monroe Street, Suite 300<br>Montgomery, AL 36104 |
| Cullen K. Kuhn Esq.<br>Bryan Cave LLP<br>211 N Broadway, Suite 3600<br>St. Louis, MO 63102 | Jill L. Murch Esq.<br>Lars A. Peterson Esq.<br>Foley & Lardner LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313 |
| Melissa A. Mickey<br>Mayer Brown LLP<br>71 S. Wacker Drive<br>Chicago, IL 60604-1404 | Eric S. Prezant Esq.<br>Bryan Cave LLP<br>161 N Clark Street, Suite 4300<br>Chicago, IL 60601 |
| John C. Vigano Esq.<br>Patricia J. Fokuo Esq.<br>Schiff Hardin LLP<br>6600 Sears Tower<br>Chicago, IL 60606-6473 | Dustin P. Branch Esq.<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012 |
| Steve Jackman Esq VP<br>Flextronics<br>847 Gibralter Drive<br>Milpitas, CA 95035 | Linda Boyle<br>tw telecom inc.<br>10475 Park Meadows Dr, Suite 400<br>Littleton, CO 80124 |

| | |
|---|---|
| Jeffrey B. Ellman Esq.<br>Robbin S. Rahman Esq.<br>Jones Day<br>1420 Peachtree St NE<br>Ste 800<br>Atlanta, GA 30309 | Darryl S. Laddin Esq.<br>Frank N. White Esq.<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363-1031 |
| Doug Goin CFO<br>APC Workforce Solutions LLC<br>420 South Orange Avenue, 6th Floor<br>Orlando, FL 32801 | Joyce A. Kuhns<br>Saul Ewing LLP<br>500 E. Pratt Street, 8th Floor<br>Baltimore, MD 21202 |
| Richard M. Kremen Esq.<br>Dale K. Cathell Esq.<br>DLA Piper LLP (US)<br>6225 Smith Avenue<br>Baltimore, MD 21209 | Randall D. Crocker Esq.<br>VonBriesen & Roper S.C.<br>411 E Wisconsin Avenue, Ste 700<br>Milwaukee, WI 53202 |
| Shawn M. Christianson Esq.<br>Buchalter Nemer<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126 | Merle C. Meyers Esq.<br>Michele Thompson Esq.<br>Meyers Law Group P.C.<br>44 Montgomery Street, Suite 1010<br>San Francisco, CA 94104 |
| Elizabeth Weller Esq.<br>Linebarger Goggan Blair & Sampson LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201 | David I. Swan Esq.<br>Kenneth M. Misken Esq.<br>McGuireWoods LLP<br>1750 Tysons Blvd, Suite 1800<br>McLean, VA 22102-4215 |
| David M. Schilli Esq.<br>Ty E. Shaffer Esq.<br>Robinson Bradshaw & Hinson P.A.<br>101 North Tryon Street, Suite 1900<br>Charlotte, NC 28246 | Lawrence M. Schwab Esq.<br>Thomas M. Gaa Esq.<br>Patrick M. Costello Esq.<br>Bialson Bergen & Schwab<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA 94306 |
| Frank F. McGinn Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA 02110 | Jennifer V. Doran Esq.<br>Hinckley Allen & Snyder LLP<br>28 State Street<br>Boston, MA 02109 |

E1 12209849v.1

| | |
|---|---|
| Nicholas Skiles Esq.<br>John A. Wetzel Esq.<br>Swartz Campbell LLC<br>One S. Church Street, Suite 400<br>West Chester, PA 19382 | Scott K. Brown Esq.<br>Lewis and Roca LLP<br>40 North Central Avenue, Suite 1900<br>Phoenix, AZ 85004 |
| Rachel S. Budke Esq.<br>FPL Law Department<br>700 Universe Blvd<br>Juno Beach, FL 33408 | James C. Waggoner Esq.<br>Davis Wright Tremaine LLP<br>1300 SW 5th Avenue, Suite 2300<br>Portland, OR 97201-5630 |
| J. Scott Douglass Esq.<br>909 Fannin<br>Suite 1800<br>Houston, TX 77010 | Brian W. Bisignani Esq.<br>Post & Schell P.C.<br>17 N 2nd Street<br>12th Floor<br>Harrisburg, PA 17101-1601 |
| Stephen K. Dexter Esq.<br>Lathrop & Gage LLP<br>US Bank Tower<br>950 Seventeenth Street<br>Suite 2400<br>Denver, CO 80202 | Elizabeth Banda Esq.<br>Perdue Brandon Fielder Collins<br>& Mott LLP<br>4025 Woodland Park Blvd<br>Suite 300<br>Arlington, TX 76013 |
| Beverly H. Shideler BS8399<br>IBM Corporation<br>Two Lincoln Centre<br>Oakbrook Terrace, IL 60181 | Donald K. Ludman Esq.<br>Brown & Connery LLP<br>6 North Broad Street<br>Ste 1000<br>Woodbury, NJ 08096 |
| Attn: Chantel Pinnock<br>Travelers<br>1 Tower Square<br>5MN<br>Hartford, CT 06183-4044 | Andrew Herenstein<br>Monarch Alternative Capital LP<br>535 Madison Avenue<br>New York, NY 10022 |
| Mark G. Ledwin Esq.<br>Wilson Elser Moskowitz<br>Edelman & Dicker LLP<br>3 Gannett Drive<br>White Plains, NY 10604 | Robert S. McWhorter Esq.<br>Nossaman LLP<br>915 L Street<br>Ste 1000<br>Sacramento, CA 95814 |

Deborah B. Waldmeir Esq.
State of MI Dept of Treasury
3030 W Grand Blvd.
Suite 10-200
Cadillac Place
Detroit, MI 48202

Attn: Nathan Fuchs
SEC NY Regional Office
233 Broadway
New York, NY 10279

David N. Crapo Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

Securities & Exchange Commission
100 F Street NE
Washington, DC 20549

Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 S. Service Road
Suite 200
Melville, NY 11747

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Vincent A. D'Agostino Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

R. S. Stahel
IBM Corp. Legal Dept
1503 LBJ Freeway
3rd Floor
Dallas, TX 75234

Ann Groninger Esq.
Patterson Harkavy
225 E. Worthington Ave
Suite 200
Charlotte, NC 28203

Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC 27709

Dennis F. Dunne Esq.
Thomas R. Kreller Esq.
Albert A. Pisa Esq.
Andrew M. Leblanc Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

Ernie Holling President
The InTech Group Inc.
305 Exton Commons
Exton, PA 19341

Aaron L. Hammer Esq.
Devon J. Eggert Esq.
Freeborn & Peters LLP
311 South Wacker Dr
Suite 3000
Chicago, IL 60606

Soren E. Gisleson
Herman Herman Katz & Cotlar
820 O'Keefe Avenue
New Orelans, LA 70113

E1 12209849v.1

| | |
|---|---|
| Shannon E. Hoff<br>Poyner Spruill LLP<br>301 S. College Street<br>Suite 2300<br>Charlotte, NC 28202 | Michael Luskin<br>Derek J.T. Adler<br>Hughes Hubbard<br>One Battery Park Plaza<br>New York, NY 10004 |
| Christopher J. Horvay Esq.<br>Gould & Ratner LLP<br>222 N Lasalle Street<br>Suite 800<br>Chicago, IL 60601 | Stephen C. Tingey Esq.<br>Ray Quinney & Nebeker P.C.<br>36 South State Street<br>Suite 1400<br>Salt Lake City, UT 84145-0385 |
| Devin Lawton Palmer<br>Boylan Brown<br>2400 Chase Square<br>Rochester, NY 14604 | James E. Van Horn<br>McGuireWoods LLP<br>7 Saint Paul Street<br>Suite 1000<br>Baltimore, MD 21202-1671 |
| Susan R. Fuertes Esquire<br>Aldine Independent School District<br>14910 Aldine-Westfield Road<br>Houston, TX 77032 | Denise A. Mertz<br>UC Tax Agent/Bankruptcy Rep<br>PA Department of Labor & Industry<br>Reading Bankrutpcy &<br>Complaince Unit<br>625 Cherry Street<br>Room 203<br>Reading, PA 19602-1184 |
| Kell C. Mercer<br>Afton Sands-Puryear<br>Brown McCarroll LLP<br>111 Congress Avenue<br>Suite 1400<br>Austin, TX 78701 | David Capozzi<br>Acting General Counsel<br>Universal Service Administrative Co<br>2000 L Street NW<br>Suite 200<br>Washington, DC 20036 |
| Mark I. Bane<br>Anne H. Pak<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | Jennifer Feldsher<br>Bracewell & Guiliani LLP<br>1251 Avenue of the Americas<br>New York, NY 10020 |
| Max Taylor Asst. City Atty.<br>Municipal Operations<br>201 W. Colfax Avenue<br>Dept. 1207<br>Denver, CO 80202-5332 | Robert E. Nies Esq.<br>Wolff & Samson PC<br>The Offices at Crystal Lake<br>One Boland Drive<br>West Orange, NJ 07052 |

E1 12209849v.1

Office of Unemplmt Insurance Contributions Div.
MD Department of Labor Licensing & Reg.
Litigation Prosecution Unit
1100 N. Eutaw Street
Room 401
Baltimore, MD 21201

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 N. Stetson Avenue
Suite 3700
Chicago, IL 60601-6710

James H. Lister
Birch Horton Bittner & Cherot
1155 Connecticut Avenue NW
Suite 1200
Washington, DC 20036

Judith W. Ross
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201

David M. Feldman
Mitchell A. Karlan
Matthew K. Kelsey
Gibson Dunn & Krutcher LLP
200 Park Avenue
New York, NY 10166-0193

Philip Mindlin
Douglas K. Mayer
Benjamin M. Roth
Gregory E. Pessin
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York, NY 10019

David W. Hansen Esq.
525 University Avenue
Suite 1100
Palo Alto, CA 94301

Jeffrey B. Rose
Tishler & Walk Ltd.
200 S. Wacker Drive
Suite 3000
Chicago, IL 60606

Lawrence E. Miller Esq.
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092

Tiffany Strelow Cobb
Vorys Sater Seymour and Pease
55 East Gay Street
Columbus, OH 43215

Ronald Rowland Esquire
EMC Corporation
c/o Receivable Management Servs
307 International Circle
Suite 270
Hunt Valley, MD 21094

Stephen J. Shimshak
Marilyn Sobel
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Mary E. Olson
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive
Suite 3000
Chicago, IL 60606

Thomas A. Lerner
Stokes Lawrence P.S.
800 Fifth Ave
Suite 4000
Seattle, WA 98104

E1 12209849v.1

Robert Winter
Paul Hastings Janofsky &
Walker LLP
875 15th Street, N.W.
Washington, DC 20005

James M. Wilton
Patricia I. Chen
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Ernest S. Wechsler
Kramer Levin Naftalis Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

E1 12209849v.1