# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------x
                        :

In re:                     :

Nortel Networks Inc., *et al.*,[1]    :

                        :

          Debtors.   :

                        :

                        :
-------------------------------------------------------x

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**DECLARATION OF WILLIAM F. TAYLOR, JR. IN SUPPORT OF
THE RETENTION OF MCCARTER & ENGLISH, LLP AS DELAWARE
COUNSEL TO THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES**

William F. Taylor, Jr., hereby declares under penalty of perjury:

1.      I am a partner of McCarter & English LLP (the "McCarter & English") located at Renaissance Centre, 405 N. King Street, 8th Floor, Wilmington, DE 19801. I am a member in good standing of the Bars of the State of Delaware and the Commonwealth of Pennsylvania.

2.      I am in all respects competent to make this declaration in support of the application (the "Application") by the Retiree Committee in the above-captioned Chapter 11 case (the "Chapter 11 Case") of Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors") to retain McCarter & English, LLP as its Delaware counsel pursuant to section 1103(a) and 1114 of the Bankruptcy Code, Bankruptcy Rule 2014, Rule 2014-1 and 9010-1(c) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), *nunc pro*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

*tunc* to August 26, 2011. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.[2]

## QUALIFICATIONS AND DISINTERESTEDNESS

3.      McCarter & English's practice is highly diverse and includes Bankruptcy & Restructuring, Business & Financial Services Litigation, Construction, Corporate, Securities and Financial Institutions, Crisis Management, E-Discovery, Environmental, Executive Compensation, Franchising and Distribution Law, Government Contracts, Government Investigations & White Collar Criminal Defense, Health Care, Immigration, Insurance Coverage, Intellectual Property/Information Technology, International, Investment Management, Labor & Employment Law, Private Clients, Product Liability, Public Finance, Public Strategy, Real Estate, Redevelopment and Tax & Benefits.

4.      McCarter & English has considerable experience in complex Chapter 11 cases such as those that involve the Debtors, and has acted in a professional capacity representing the interests of debtors, creditors' committees, trustees, employees, and individual secured and general creditors. McCarter & English also has extensive experience in advising clients on a variety of legal issues related to the establishment and administration of health and welfare benefit plans, including retiree medical plans and voluntary employees' beneficiary associations (VEBAs) established to fund such benefit plans.

5.      McCarter & English has reviewed the Debtors' Chapter 11 Petition, the docket for the Chapter 11 Case and select pleadings, including the Conflicts Check List attached as Exhibit "1" to the Declaration of James L. Bromley in support to the Debtors' application to retain counsel.

---

[2] Capitalized terms which are not defined herein shall have the meanings set forth in the Application.

ME1 12212646v.1

6.      To the best of my knowledge, information and belief, none of the Retiree Committee members, in their individual capacities, have previously retained McCarter & English in this or any other case, nor has any compensation previously been paid to McCarter & English by any members of the Retiree Committee

7.      To the best of my knowledge, information and belief, with respect to the above-captioned case, except as set forth herein, neither I nor any member, attorney or employee of McCarter & English has any connection with:

(a)     the Debtors;

(b)     current and recent directors, officers and shareholders;

(c)     any official committee appointed in the Chapter 11 Case;

(d)     the Debtors' consolidated list of 40 largest unsecured creditors; or

(e)     any other creditor listed in the Debtors' Schedules and Statements of Financial Affairs.

8.      Neither I nor any member, attorney or employee of McCarter & English has ever been a member, officer or employee of the Debtors or had an interest materially adverse to the interests of the Debtors' estates or any creditors by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or any member of the Retiree Committee.

9.      McCarter & English is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, in that McCarter & English, its partners, counsel and associates, except as disclosed herein:

(a)     are not creditors, equity holders or insiders of the Debtors;

(b)     are not and were not, within two years before the Petition Date, directors, officers or employees of the Debtors; and

(c)     do not have an interest materially adverse to the interests of the Debtors' estates or any class of creditors, by reason of any direct or

3

indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

10.     I am not related, and to the best of my knowledge, no attorney at McCarter & English is currently related, to any United States Bankruptcy Judge in the District of Delaware or to the U.S. Trustee or any employee thereof.

11.     McCarter & English will periodically review its files during the pendency of the Chapter 11 Case to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, McCarter & English will use its reasonable efforts to identify any such further developments and will promptly file a supplemental declaration.

## MCCARTER & ENGLISH'S CONNECTIONS WITH PARTIES-IN-INTEREST IN MATTERS UNRELATED TO THIS CHAPTER 11 CASE

12.     McCarter & English and certain of its partners, counsel and associates may have represented in the past, and may represent in the future, parties-in-interest of the Debtors in connection with matters unrelated to the Debtors and the Chapter 11 Case. McCarter & English has reviewed the list of interested parties in the Chapter 11 Case as identified above for any connection it may have to those parties. I have determined that McCarter & English has or had relationships with certain interested parties but that McCarter & English does not now and will not in the future represent these parties in connection with this Chapter 11 case[3]. Attached as Exhibit 1 is a list of the results of the review.

---

[3] McCarter & English represented, only as local counsel, TEK Systems in a preference adversary action. That matter was referred out prior to the filing of this application.

13.     In the event any new facts or relationships subsequently are discovered during the pendency of the Chapter 11 Case, McCarter & English will supplement this declaration and file the same with the Court.

## PROFESSIONAL COMPENSATION

14.     Subject to annual adjustment in January, in accordance with the firm's billing practices, the rates to be charged by McCarter & English for services to be rendered to the Committee shall be the same rates charged to other clients, which are currently in the range of $375 to $825 per hour for partners, $220 to $610 per hour for associates and counsel to McCarter & English, and $85 to $230 per hour for paralegals and law clerks. McCarter & English will also seek reimbursement for actual, necessary expenses pursuant to section 330(a)(1)(B) of the Bankruptcy Code. McCarter & English will promptly advise the United States Trustee of such adjustments when they are made. McCarter & English intends to apply for compensation for professional services rendered in connection with the Chapter 11 Case, subject to this Court's approval and in compliance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, the Local Rules, the Interim Compensation Order, further Orders of this Court, and guidelines established by the U.S. Trustee on an hourly basis, plus reimbursement of actual and necessary expenses and other charges that McCarter & English incurs.

15.     It is McCarter & English's policy to charge its clients for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, photocopying, witness fees, travel expenses, certain necessary secretarial and other overtime expenses, filing and recordation fees, long distance telephone calls, postage, express mail and messenger charges, computerized legal research charges and other computer services, expenses for "working meals" and telecopier charges. McCarter & English will charge the

5

Debtors' estates for these expenses in a manner and at rates consistent with those it generally charges its other clients and in accordance with the Local Rules and U.S. Trustee guidelines.

16.    No promises have been received by McCarter & English nor by any partner, counsel or associate thereof as to compensation in connection with the Chapter 11 Case other than in accordance with the provisions of the Bankruptcy Code.  McCarter & English has no agreement with any other entity to share with such entity any compensation received by the Togut Firm in connection with the Chapter 11 Case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____9/1_____, 2011
      Wilmington, DE

                                          William F. Taylor, Jr., Esquire

ME1 12212646v.1

| Entity | Current (C) or Former (F) Client | Relationship |
|---|---|---|
| CitiGroup | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| IBM | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Wachovia Bank | C | M&E represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Wells Fargo | C | M&E represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Wipro | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Infosys | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Datatech | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Alltel | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| U.S. Cellular | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |

| | | |
|---|---|---|
| AMX | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Emerson | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Johnson Controls | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Bank of America | C | M&E represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Deutche Bank | C | M&E represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| JP Morgan | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| UBS | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Hewlett Packard | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Istar, LLP | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| State Street Bank | F | M&E has represented this entity or an affiliated or related entity |

| | | |
|---|---|---|
| | | in matters unrelated to the Chapter 11 cases. |
| Sprint, | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| A.W. Chesterson | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Morgan Stanley | C | M&E represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Alteon | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Northern Telecom | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Insigna | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Talcott II | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Gateway Associates | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Motorola | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the |

| | | |
|---|---|---|
| | | Chapter 11 cases. |
| Verizon | C | M&E represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Chubb | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Harris Corp. | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| AT&T | C | M&E represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Bank of New York | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Computer Science Corp. | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Anixter | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Telvad | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Tek Systems | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |

| | | |
|---|---|---|
| GFI | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Con Ed. | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Duke Energy | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| JCP&L | C | M&E represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| National Grid | C | M&E represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Comcast | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Embarq | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Frontier Global | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Global Crossing | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| MCI | F | M&E has represented this entity or an affiliated or related entity |

| | | |
|---|---|---|
| | | in matters unrelated to the Chapter 11 cases. |
| Ogilvy Renault | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Ernst Young | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Sony | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Alcatel-Lucent | C | M&E represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Nokia | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Siemens | C | M&E represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Amprise Financial Services | C | M&E represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Barclays Capital | C | M&E represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| BNP Paribus | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the |

| | | Chapter 11 cases. |
|---|---|---|
| Sanford Bernstein | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Brown Brothers | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Credit Suise | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Dresdner | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Goldman Sack | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| H&R Block | C | M&E represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Keybank | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| LPL Financial | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| M&T Bank | C | M&E represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |

| National City Bank | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
|---|---|---|
| Oppenheimer | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| PNC | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Union Bank California | F | M&E has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |