IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
In re                                            :   Chapter 11
                                                 :
Nortel Networks Inc., *et al.*,[1]               :   Case No. 09-10138 (KG)
                                                 :
                Debtors.                  :   Jointly Administered
                                                 :
                                                 :
------------------------------------------------------------X

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 6153

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Debtors' Motion Pursuant To Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving the Proofs of Claims Filed by Emerson Network Power – Embedded Computing, Inc., Emerson, Energy Systems, North America, Inc. and Astec America, Inc.** (the "Motion") (D.I. 6153), filed on August 16, 2011.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than August 30, 2011 at 4:00 p.m. (Eastern Time).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

WHEREFORE, the Debtors respectfully request that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: September 1, 2011
Wilmington, Delaware

                CLEARY GOTTLIEB STEEN &
                HAMILTON LLP

                James L. Bromley *(admitted pro hac vice)*
                Lisa M. Schweitzer *(admitted pro hac vice)*
                One Liberty Plaza
                New York, New York 10006
                Telephone: (212) 225-2000
                Facsimile: (212) 225-3999

                       - and -

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                _____
                Derek C. Abbott (No. 3376)
                Eric D. Schwartz (No. 3134)
                Ann C. Cordo (No. 4817)
                Chad A. Fights (No. 5006)
                1201 North Market Street, 18th Floor
                P.O. Box 1347
                Wilmington, DE 19899-1347
                Telephone: (302) 658-9200
                Facsimile: (302) 425-4663

                *Counsel for the Debtors and*
                *Debtors in Possession*

4472030.1