# CERTIFICATE OF SERVICE

I, An C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Monthly Operating Report (Reporting Period July 1, 2011 Through July 31, 2011)** was caused to be made on September 1, 2011, in the manner indicated upon the entities identified below.

Date: September 1, 2011                               */s/ Ann C. Cordo*
Wilmington, DE                                        Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**                                 **VIA FIRST CLASS MAIL**

Thomas P. Tinker, Esq.                                Fred S. Hodara, Esq.
Office of the U.S. Trustee                            Akin Gump Strauss Hauer & Feld LLP
844 King Street                                       One Bryant Park
Suite 2207, Lockbox 35                                New York, NY  10036
Wilmington, DE  19801-3519                            (Counsel for Official Committee
(Trustee)                                             Of Unsecured Creditors)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

4167932.4