# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NORTEL NETWORKS INC., *et al.,*[1] <br><br> Debtors. | : Chapter 11 <br> : <br> : Case No. 09-10138 (KG) <br> : Jointly Administered <br> : <br> : **Objection Deadline: August 30, 2011 at 4:00 p.m. (ET)** <br> : <br> : **Re: Docket No. 6185** |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 6185

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *Motion of Nortel Networks Inc. to File Under Seal Exhibit B to Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement By and Between Nortel Networks, Inc. and Nokia Siemens Networks US LLC and Nokia Siemens Networks Oy* [D.I. 6185] (the "Motion") filed August 19, 2011. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served no later than August 30, 2011 at 4:00 p.m. (ET).

It is hereby respectfully requested that the proposed Order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] In addition to Nortel Networks Inc., the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA"). Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

Dated: September 1, 2011

          **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:   */s/ Sarah R. Stafford*
      Raymond H. Lemisch, Esquire (No. 4204)
      Jennifer R. Hoover, Esquire (No. 5111)
      Sarah R. Stafford, Esquire (No. 5234)
      222 Delaware Avenue, Suite 801
      Wilmington, DE 19801
      Telephone: (302) 442-7006
      Facsimile: (302) 442-7012
      rlemisch@beneschlaw.com
      jhoover@beneschlaw.com
      sstafford@beneschlaw.com

*Counsel to the Debtors*