IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
In re : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
Debtors. : Jointly Administered
: 
---------------------------------------------------------------X

NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 6, 2011 AT 10:00 A.M. (EASTERN TIME)

| THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT |
|---|

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**CONTINUED/RESOLVED/WITHDRAWN MATTER**

1. Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 5341, Filed 4/28/11).

    Objection Deadline: May 24, 2011 at 4:00 p.m. (ET).

    Responses Received:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] **Amended items appear in bold.**

(a) Response of Corning Incorporated to Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 5410, Filed 5/11/11); and

Related Pleadings:

(a) Order Granting Debtors' Nineteenth Omnibus Objection (Substantive) to Certain Claims (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 5623, Entered 6/7/11);

(b) First Supplemental Order Granting Debtors' Nineteenth Omnibus Objection (Substantive) To Certain Claims And (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 5782, Filed 6/21/11);

(c) Second Supplemental Order Granting Debtors' Nineteenth Omnibus Objection (Substantive) To Certain Claims And (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 5928, Filed 7/11/11);

(d) Third Supplemental Order Granting Debtors' Nineteenth Omnibus Objection (Substantive) To Certain Claims And (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 6108, Filed 8/9/11); and

(e) Notice Of Withdrawal Of Debtors' Nineteenth Omnibus Objection (Substantive) Solely With Respect To Claim No. 880 Filed By Corning Incorporated (D.I. 6200, Filed 8/23/11).

Status:  The Debtors' Nineteenth Omnibus Objection has been withdrawn solely with respect to Claim No. 880 filed by Corning Incorporated.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (C.N.O.)**

2. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving the Proofs of Claims Filed by Emerson Network Power – Embedded Computing, Inc., Emerson, Energy Systems, North America, Inc. and Astec America, Inc. (D.I. 6153, Filed 8/16/11).

Objection Deadline:  August 30, 2011 at 4:00 p.m. (ET)

Responses Received:  None at this time.

Related Pleadings:

(a) Certificate of No Objection Regarding Docket No. 6153 (D.I. **6289**, Filed 9/1/11); and

(b) Proposed Form Of Order.

Status: **The Court has indicated that it intends to sign the order.**

*Nortel Networks Inc. v. Nokia Siemens Networks US LLC, et al., Adv. Proc. Case No. 10-55391*

3. Motion Pursuant To Bankruptcy Rule 9019 For Entry Of An Order Approving The Stipulation Of Settlement Of the Adversary Proceeding Between Nortel Networks, Inc. and Nokia Siemens Networks US LLC And Nokia Siemens Networks Oy (Main Case D.I. 6184/Adv. Proc. D.I. 35, Filed 8/19/11).

   Objection Deadline: August 30, 2011 at 4:00 p.m. (Eastern Time).

   Responses Received: None at this time.

   Related Pleadings:

   (a) Certificate of No Objection Regarding Main Case Docket No. 6184/Adv. Proc. Docket No. 35 (Main Case D.I. **6291**, Filed 9/1/11); and

   (b) Proposed Form Of Order.

   Status: **The Court has indicated that it intends to sign the order.**

4. Motion To File Under Seal Exhibit B To Debtors' Motion Pursuant To Bankruptcy Rule 9019 For Entry Of An Order Approving The Stipulation Of Settlement Of the Adversary Proceeding Between Nortel Networks, Inc. and Nokia Siemens Networks US LLC And Nokia Siemens Networks Oy (Main Case D.I. 6185/Adv. Proc. D.I. 36, Filed 8/19/11).

   Objection Deadline: August 30, 2011 at 4:00 p.m. (Eastern Time).

   Responses Received: None at this time.

   Related Pleadings:

   (a) Certificate of No Objection Regarding Main Case Docket No. 6185/Adv. Proc. Docket No 36] (Main Case D.I. **6292**, Filed 9/1/11); and

   (b) Proposed Form Of Order.

   Status: **The Court has indicated that it intends to sign the order.**

**PRETRIAL CONFERENCE**

5.  Pretrial Conference in AudioCodes Inc. Adversary Case No. 11-52298 (KG).

    **Status:**  The pretrial conference has been adjourned to the pretrial conference scheduled for September 21, 2011 at 10:00 a.m. (ET). The Debtors intend to file a Scheduling Order under Certification of Counsel before the pretrial conference.

Dated: September 1, 2011
       Wilmington, Delaware

> CLEARY GOTTLIEB STEEN & HAMILTON LLP
> James L. Bromley (admitted *pro hac vice*)
> Lisa M. Schweitzer (admitted *pro hac vice*)
> One Liberty Plaza
> New York, New York 10006
> Telephone:  (212) 225-2000
> Facsimile:  (212) 225-3999
>
> and
>
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>
>         */s/ Ann C. Cordo*
> Derek C. Abbott (No. 3376)
> Eric D. Schwartz (No. 3134)
> Ann C. Cordo (No. 4817)
> Chad A. Fights (No. 5006)
> 1201 North Market Street, 18th Floor
> Wilmington, DE  19899-1347
> Telephone:  (302) 658-9200
> Facsimile:  (302) 425-4663
>
> *Counsel for the Debtors and Debtors in Possession*

4472080.1