IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket No. 6184** |
| | ) | |
| Nortel Networks Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 10-55391 (KG) |
| | ) | |
| Nokia Siemens Networks US LLC and Nokia Siemens Netoworks Oy, | ) | |
| | ) | |
| Defendants. | ) | **Re: Docket No. 35** |
| | ) | |

# CONFIDENTIAL

# DOCUMENTS TO BE KEPT UNDER SEAL

EXHIBIT B TO DEBTOR'S MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER APPROVING THE STIPULATION OF SETTLEMENT BY AND BETWEEN NORTEL NETWORKS, INC. AND NOKIA SIEMENS NETWORKS US LLC AND NOKIA SIEMENS NETWORKS OY [D.I. 6184/35]

Raymond H. Lemisch, Esquire (No. 4204)
Jennifer R. Hoover, Esquire (No. 5111)
Sarah R. Stafford, Esquire (No. 5234)
BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
(302) 442-7005
(302) 442-7012 (Facsimile)

*Counsel for the Debtors*