SHARI L. FREIDENRICH
ORANGE COUNTY TREASURER-TAX COLLECTOR
Office of the Orange County Tax Collector
12 Civic Center Plaza, Room G40
Post Office Box 1438
Santa Ana, CA 92702-1438

UNITED STATES BANKRUPTCY COURT

DELAWARE DISTRICT BANKRUPTCY COURT

In re:  NORTEL NETWORKS INC.

Debtor(s).

Case No.: 09-10138 KG
Chapter:  11

**WITHDRAWAL OF PROOF OF CLAIM FILED BY ORANGE COUNTY TREASURER-TAX COLLECTOR**

[NO HEARING DATE]

TO ALL INTERESTED PERSONS AND THEIR COUNSEL OF RECORD, IF ANY:

The undersigned claimant hereby withdraws that certain proof of claim:

Dated  03/3/2009   in the amount of $ 137.07

Dated this August 30, 2011

SHARI L. FREIDENRICH
Orange County Treasurer-Tax Collector

By: _R.D. Butani_____
Ratna D. Butani,
Deputy

PROOF OF SERVICE BY MAIL

WITHDRAWAL OF PROOF OF CLAIM

1

1  I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orange County Treasurer-Tax Collector, 12 Civic Center Plaza, Room G40 Santa Ana, CA 92702.

DOCUMENT(S) SERVED:    Withdrawal of Proof of Claim

On ___August 30, 2011,___ I served the documents named above on the parties in this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

[X] (BY MAIL) I caused each such envelope, with postage fully prepaid, to be placed in the United States mail at Santa Ana, California. I am readily familiar with this office's practice for collecting and processing correspondence for mailing, said practice for collecting and processing correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is place for.

[X] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on ___August 30, 2011___

at Santa Ana, California by

Roselyn Prasad
Deputy Tax Collector

NAME AND ADDRESS OF PERSON(S) SERVED:

*Attorney for the Debtor*
**Alissa T. Gazze**
Morris Nichols Arsht & Tunnell, LLP
1201 N. Market Street
Wilmington, DE 19801

*Claims Agent*
**Nortel Networks Inc.**
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

WITHDRAWAL OF PROOF OF CLAIM

2