**EXHIBIT D**

**<u>Form of Publication Notice</u>**

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| Nortel Networks Inc., *et al.*, | : | Case No. 09-10138 (KG) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |
|  | : |  |

-----------------------------------------------------------X

### NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM OF NON-CANADIAN INTERCOMPANY CREDITORS AND INDEMNIFICATION CLAIMS OF POST-FILING DIRECTORS AND OFFICERS (GENERAL BAR DATE IS NOVEMBER 15, 2011)

**PLEASE TAKE NOTICE THAT:**

On September 21, 2011, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an *Order Establishing Deadlines for Filing Proofs of Claim for Non-Canadian Intercompany Claims and Remaining Director and Officer Claims and Approving Form and Manner of Notice Thereof* (the "Order") [D.I. ●] establishing **4:00 p.m. (prevailing Eastern Time) on November 15, 2011** (the "General Non-Canadian Intercompany Claims and D&O Bar Date") as the last date for filing claims held by Intercompany Creditors against Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), which include claims held by all Intercompany Creditors other than (i) the Canadian Debtors; (ii) the EMEA Claimants whose claims deadline was established pursuant to the EMEA Claims Order [D.I. 5402], and (iii) the Debtors and those direct or indirect subsidiaries in which a Debtor holds a majority of the equity (the "Majority Owned Subsidiaries"). Those Intercompany Creditors subject to the Non-Canadian Intercompany Claims and D&O Bar Dates are collectively referred to as the ("Non-Canadian Intercompany Creditors"). The Order also established the Non-Canadian Intercompany Claims and D&O Bar Dates for the filing of claims held by the directors and officers who were directors and/or officers as of August 1, 2009 (each a "Post-filing Director or Officer" and collectively, the "Post-filing Directors and Officers") for indemnification and/or contribution arising from such director's and or officer's service to the Debtors or any of the Debtors' non-debtor affiliates (the "Indemnification Claims"), which similarly were excluded from prior bar date orders.

Pursuant to the Order, all Non-Canadian Intercompany Creditors and Post-filing Directors and Officers, except for those holders of claims listed in paragraph 5 of the Order that are specifically excluded from the filing requirements of the Non-Canadian Intercompany Claims and D&O Bar Dates, who have a claim or potential claim against the Debtors that arose on or prior to January 14, 2009 or solely in the case of Nortel Networks (CALA) Inc. ("NN CALA") July 14, 2009 (each such respective date referred to as the "Filing Date"), no matter

how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM so as to be actually received at the following address **on or before 4:00 p.m. (prevailing Eastern Time) on November 15, 2011**:

**IF DELIVERED BY MAIL:**

Nortel Networks Inc.
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

**IF DELIVERED BY HAND DELIVERY OR OVERNIGHT COURIER:**

Nortel Networks Inc.
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

Proofs of claim will be deemed filed only when <u>received</u> by Epiq Bankruptcy Solutions, LLC (the "<u>Claims Agent</u>") at the addresses listed herein **on or before 4:00 p.m. (prevailing Eastern Time) on November 15, 2011**. Proofs of claim may not be delivered by facsimile, telecopy or electronic mail transmission.

Your filed proof of claim form must conform substantially to Official Form No. 10. Proof of claim forms may be obtained at http://dm.epiq11.com/nortel and at www.uscourts.gov/bkforms. Any holder of a claim pursuant to Section 503(b)(9) must complete the proof of claim entitled "Section 503(b)(9) Claim Request Form," available at http://dm.epiq11.com/nortel.

**NOTE:** The Debtors **have not** extended the bar date for filing claims of creditors who are not Non-Canadian Intercompany Creditors or Post-filing Directors and Officers, which for Debtors other than NN CALA was September 30, 2009 and for NN CALA was January 25, 2010. **IF YOU ARE NOT A NON-CANADIAN INTERCOMPANY CREDITOR OR A POST-FILING DIRECTOR OR OFFICER, THE DEADLINE FOR FILING CLAIMS HAS NOT BEEN EXTENDED FOR YOU, AND THIS NOTICE DOES NOT APPLY TO YOU.**

ANY NON-CANADIAN INTERCOMPANY CREDITOR OR POST-FILING DIRECTOR OR OFFICER HOLDING AN INDEMNIFICATION CLAIM (EXCEPT THOSE EXCUSED PER PARAGRAPH 5 OF THE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE NON-CANADIAN INTERCOMPANY AND D&O BAR DATE SHALL BE FOREVER BARRED AND ESTOPPED FROM (1) ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND THEIR CHAPTER 11 ESTATES AND (2) VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THESE CHAPTER 11 CASES IN RESPECT OF SUCH CLAIM.

Copies of the Order, proof of claim forms and the Debtors' Schedules of Assets and Liabilities and Schedules of Executory Contracts and Unexpired Leases may be obtained from the independent website maintained by the Claims Agent at http://dm.epiq11.com/nortel, or by written request to the Claims Agent at the following address and telephone number: Nortel

Networks Inc. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017, (646) 282-2500.

BY ORDER OF THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

Dated: Wilmington, Delaware
September [●], 2011

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19801

*Counsel for the Debtors and Debtors in Possession*