EXHIBIT A

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**DUN & BRADSTREET in c/o RMS Bankruptcy Services, with an address of 307 International Circle, Ste. 270, Hunt Valley, MD, 21030, U.S.A.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of the Claims Purchase Agreement dated as of the date hereof, does hereby certify that he has unconditionally and irrevocably sold, transferred and assigned to **AVENUE TC FUND, L.P.**, its successors and assigns, with offices at 399 Park Avenue, 6th Floor, New York, New York 10022, ("Buyer"), all of Seller's rights, title and interest in and to the allowed general unsecured claim (the "Claim") of Seller in the aggregate amount of **$43,000.00** against **Nortel Networks Inc.** ("Debtor"), a debtor-in-possession in bankruptcy proceedings filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court), Case No. 09-10138 (KG) (jointly administered) (the "Case"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), **Claim Number 7406.**

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated the ___ day of August, 2011.

**DUN & BRADSTREET**

By:_____

**AVENUE TC FUND, L.P.**

By:  Avenue TC GenPar, LLC,
        its General Partner
By:  GL TC Partners, LLC,
        its Managing Member

By:_____
        Name:    Sonia E. Gardner
        Title:      Member

**EXHIBIT A**

**EVIDENCE OF TRANSFER OF ADMINISTRATIVE CLAIM**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **DUN & BRADSTREET INC.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **AVENUE TC FUND, L.P.** ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, administrative claims under 11 U.S.C. § 503(b)(9) in the aggregate amount of **$105,000.00** (Claim No. 7406) (the "Assigned Claim"), against **NORTEL NETWORKS INC.** ("Debtor"), the debtor-in-possession in Case No. 09-10138 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of such claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on August ___, 2011.

By: _Chris_____

Name of person signing: CHRISTOPHER RIOS

Title of person signing:

SENIOR LEADER - FINANCE