IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re                                                          :   Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :   Case No. 09-10138
                                                               :
                                                               :   Jointly Administered
                            Debtors.                           :
                                                               :   SEALED PURSUANT TO COURT
                                                               :   ORDER DATED JANUARY 8, 2010
                                                               :   (D.I. 2259)
                                                               :
                                                               :   RE: D.I. 2259, 6284
---------------------------------------------------------------X

RECEIVED / FILED
SEP 06 2011
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**CONFIDENTIAL FILED UNDER SEAL** – <u>Affidavit of Service</u> Re: Notice of Deadline for the Filing of Proofs of Claim Against Nortel Networks (CALA) Inc. on or Before January 25, 2010

Dated:   Wilmington, Delaware
         September 1, 2011

CLEARY GOTTLIEB STEEN & HAMILTON LLP          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

James L. Bromley (No. 5125)                   Derek C. Abbott (No. 3376)
Lisa M. Schweitzer (No. 1033)                 Eric D. Schwartz (No. 3134)
One Liberty Plaza                             Ann C. Cordo (No. 4817)
New York, New York 10006                      Chad A. Fights (No. 5006)
Telephone: (212) 225-2000                     1201 North Market Street
Facsimile: (212) 225-3999                     Wilmington, Delaware 19899-1347
                                              Phone: (302) 658-9200
*Counsel for the Debtors and Debtors in Possession*   Facsimile: (302) 658-3989

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

4370337.1