IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X   Chapter 11
:
: Case No. 09-10138 (KG)
*In re*  :
: Jointly Administered
Nortel Networks Inc., *et al.*,[1] :
: **SEALED PURSUANT TO COURT**
Debtors. : **ORDER DATED JANUARY 8, 2010**
: **(D.I. 2259)**
:
: RE: D.I. 2259, 6284
------------------------------------------------------------X

RECEIVED / FILED SEP 06 2011 U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

**CONFIDENTIAL FILED UNDER SEAL – Affidavit of Service Re: Notice of Deadline for the Filing of Proofs of Claim Against Nortel Networks (CALA) Inc. on or Before January 25, 2010**

Dated:  Wilmington, Delaware
        September 1, 2011

CLEARY GOTTLIEB STEEN & HAMILTON LLP        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

James L. Bromley (No. 5125)                 Derek C. Abbott (No. 3376)
Lisa M. Schweitzer (No. 1033)               Eric D. Schwartz (No. 3134)
One Liberty Plaza                           Ann C. Cordo (No. 4817)
New York, New York 10006                    Chad A. Fights (No. 5006)
Telephone: (212) 225-2000                   1201 North Market Street
Facsimile: (212) 225-3999                   Wilmington, Delaware 19899-1347
                                            Phone: (302) 658-9200
*Counsel for the Debtors and Debtors in Possession*    Facsimile: (302) 658-3989

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

4370337.1