3

## EXHIBIT A

Scott Verification

## VERIFICATION

STATE OF NORTH CAROLINA    )
                                                    ) SS:
COUNTY OF WAKE                       )

James E. Scott, after being duly sworn according to law, deposes and says:

a) I am a Partner with the applicant firm, Ernst & Young LLP.

b) I am familiar with the work performed on behalf of the Debtors by the professionals and staff members at Ernst & Young LLP.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

_____
James E. Scott
Partner, Ernst & Young LLP

SWORN AND SUBSCRIBED before me this 29 day of August, 2011.

_____
Notary Public
My Commission Expires: March 17, 2015

DETR_1752966.1