IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>Nortel Networks Inc., *et al.*, [1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |
| Nortel Networks Inc. v. Ian Martin Limited and Ian Martin Technology Staffing, Inc. | Adv. Pro. No. 10-55929 |
| Nortel Networks Inc. v. Media5 Corporation | 10-55917 |
| Nortel Networks Inc. v. Oclaro Technology Limited f/k/a Oclaro Technology Plc. f/k/a Bookham Technology Plc. f/k/a Avanex Corporation | 10-55919 |
| Nortel Networks Inc. v. OrangeFrance d/b/a Orange Business Services | 10-55920 |
| Nortel Networks Inc. et al v. Prime Carrier Ltd. | 10-55921 |

STATUS REPORT ON AVOIDANCE ACTIONS
ASSIGNED TO THE HONORABLE KEVIN GROSS, CHIEF JUDGE

In accordance with the Court's Chambers' Procedures and the Scheduling Order dated June 7, 2011 entered with respect to the above-captioned adversary proceedings, plaintiffs Nortel Networks Inc. and Nortel Networks (CALA), Inc., by and through its counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submit the following status report with respect to the above-captioned adversary proceedings.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated:    September 6, 2011
          Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Deborah M. Buell (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
Nora K. Abularach (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

    - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Chad A. Fights*
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

4478864.1

2

## STATUS A

## SERVICE NOT YET COMPLETED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS B

## SERVICE COMPLETE, ANSWERS DUE

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS C

## MOTION OR REQUEST FOR DEFAULT FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55920 | OrangeFrance d/b/a Orange Business Services | Answer to complaint was due February 16, 2011. Plaintiff intends to file a motion for default judgment. |

## STATUS D

## NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

NEWYORK:2446674.1

## STATUS E

## RESOLVED/SETTLED:  MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55919 | Oclaro Technology Limited f/k/a Oclaro Technology Plc. f/k/a Bookham Technology Plc. f/k/a Avanex Corporation | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, a motion pursuant to Bankruptcy Rule 9019(b) will be filed in connection with this proposed settlement. |

## STATUS F

## DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55929 | Ian Martin Limited and Ian Martin Technology Staffing, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated June 7, 2011, as modified by the Order dated August 30, 2011. |
| 10-55917 | Media5 Corporation | Discovery will be proceeding in accordance with the Amended Scheduling Order dated August 29, 2011. |
| 10-55921 | Prime Carrier Ltd. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated August 31, 2011. |

## STATUS G

## NOTICE OF SELECTION OF MEDIATOR FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS H

## READY FOR TRIAL

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS I

## DISPOSITIVE MOTION PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS J

## STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS K
## APPEAL PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

3