**EVIDENCE OF TRANSFER OF CLAIM**

Exhibit B

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attn: Clerk

AND TO: NORTEL NETWORKS, INC. ("Debtor")
Case No. 09-10138

Claims: # 3721 (as claimed)

**GILMORE GLOBAL LOGISTICS SERVICES INC.**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**DOVER MASTER FUND II, L.P.**
c/o Longacre Management, LLC
810 Seventh Avenue, 33rd Floor New York, NY 10019
Attn: Vladimir Jelisavcic

its successors and assigns ("Buyer"), all rights, title and interest in and to the claims of Seller, in the principal amount of $589,872.29 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated September 2, 2011.

GILMORE GLOBAL LOGISTICS SERVICES, INC       DOVER MASTER FUND II, L.P.
                                              By Longacre Management, LLC, its General Partner

By: *Louis Coker*                             By: *[signature]*
Name: Louis Coker                             Name: Vladimir Jelisavcic
Title: Controller                             Title: Manager

# 2174903_1.Docx