# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NORTEL NETWORKS INC., *et al.,*[1] | : | Case No. 09-10138 (KG) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Re: Docket Nos. 6296 and 6297** |
| | : | |
| NORTEL NETWORKS INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. No. 10-55391 (KG) |
| | : | |
| NOKIA SIEMENS NETWORKS US LLC and NOKIA SIEMENS NETWORKS OY, | : | |
| | : | |
| Defendants. | : | **Re: Docket Nos. 39 and 40** |
| | : | |

## CERTIFICATE OF SERVICE

I, Sarah R. Stafford, Esquire, hereby certify that on September 7, 2011, true and correct copies of the *Order Approving Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement By and Between Nortel Networks, Inc. and Nokia Siemens Networks US LLC and Nokia Siemens Networks Oy* and the *Order Authorizing Filing Under Seal* were served and via Hand Delivery upon the following:

Norman M. Monhait
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

---

[1] In addition to Nortel Networks Inc., the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA"). Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

Dated: September 7, 2011

        **BENESCH, FRIEDLANDER, COPLAN**
          **& ARONOFF LLP**

By:   */s/ Sarah R. Stafford*
      Raymond H. Lemisch, Esquire (No. 4204)
      Jennifer R. Hoover, Esquire (No. 5111)
      Sarah R. Stafford, Esquire (No. 5234)
      222 Delaware Ave., Suite 801
      Wilmington, DE 19801
      302-442-7010 (telephone)
      302-442-7012 (facsimile)
      rlemisch@beneschlaw.com
      jhoover@beneschlaw.com
      sstafford@beneschlaw.com

      *Attorneys for the Debtors*