**EXHIBIT 2**

**SunLife**
OF CANADA (U.S.)

One Sun Life Executive Park
Wellesley Hills, Massachusetts 02181
Telephone (617) 237-6030

SUN LIFE ASSURANCE COMPANY OF CANADA (US)

("Sun Life")

agrees to pay benefits in accordance with this Group Pension Contract Number S-0179-G which is issued to the Contract Holder.

CONTRACT HOLDER: NORTHERN TELECOM INC.

EFFECTIVE DATE: OCTOBER 1, 1985

This Contract is not eligible to receive any distribution of Sun Life's surplus.

A premium is due and payable by the Contract Holder on each date, as notified to Sun Life by the Contract Holder, on which an annuity is to be purchased under this policy for any person named by the Contract Holder. Each premium shall be payable in the amount determined in accordance with the specifications for the annuity to be purchased as agreed to between Sun Life and the Contract Holder at the time of purchase.

This Contract is delivered in and is subject to and governed by the laws of the State of Tennessee.

President:                                Secretary:

Countersigned: _____           Examined: _____

                                         Date: 24 June 86

\*   \*   \*   \*   \*   \*   \*   \*

The Contract Holder hereby applies for and accepts this Contract from Sun Life.

Signed at: _____               Per: _____

Date:                                    Title:

                                         Witness:

GROUP PENSION CONTRACT - NON-PARTICIPATING

SINGLE PREMIUM GROUP ANNUITY - TERMINAL FUNDING CONTRACT

Sun Life Assurance Company of Canada (U.S.). A wholly-owned subsidiary of Sun Life Assurance Company of Canada.
Home Office: 100 West Tenth Street, Wilmington, Delaware 19801

1. **ANNUITANT**
   The word "annuitant", as used herein, means any person in respect of whom an annuity has been purchased under this Contract.

2. **ANNUITY**
   The amount of annuity to be provided under this Contract in respect of any annuitant, the date of first payment of this annuity, the form of the annuity, and the payee or payees to whom such annuity is to be paid shall be as specified by the Contract Holder at the time the annuity is purchased. Once purchased, an annuity may not be surrendered in whole or in part for cash.

3. **DEATH BENEFIT**
   In the event of the death of an annuitant while covered hereunder, in lieu of all other benefits under this Contract Holder in respect of such annuitant, Sun Life will pay the amounts, if any, remaining to be paid in accordance with the form of the annuity purchased under this Contract in respect of the annuitant.

4. **AGE AND SURVIVAL**
   Before annuity payments begin, Sun Life will require proof of age of the annuitant. Before each annuity payment is made, Sun Life may require proof that the annuitant is living.

5. **MISSTATEMENTS**
   If the information on which the purchase of annuity is based is misstated, Sun Life reserves the right to adjust the amount of the annuity payments to allow for the difference arising from the misstatement.

6. **POLICY**
   This Contract constitutes the entire contract between the parties hereto.

Page 2