**EXHIBIT 3**


**nt** **northern telecom**

## Employee Thrift/Savings Plan
## Withdrawal/Termination Notification

| Social Security Number | Division name | Loc. | Empl. no. | Division code | Effective date |
|---|---|---|---|---|---|
| ▓▓▓▓▓▓▓ | N·T·L  WOODMONT | | | | Mo. / Dy. / Yr. |

| First name | M.I. | Last name |
|---|---|---|
| E D M U N D | B | F I T Z G E R A L D |

| Street address, Apt. no., P.O. box | City | State | Zip |
|---|---|---|---|
| 3434 Woodmont Blvd. | Nashville | TN | 37205 |

### WITHDRAWAL
Check appropriate box

☐ W—Inservice (Subject to provisions of the Thrift/Savings plan)

☐ H—Hardship (Approval by the Employee Benefits Committee is required for hardship distribution.)

☐ T—Termination   Mo. | Dy. | Yr. |

☒ R—Retirement   Mo. 0 7 | Dy. 0 1 | Yr. 9 0

☐ I—Disability   Mo. | Dy. | Yr. |

☐ D—Death   Mo. | Dy. | Yr. |   Beneficiary's Soc. Sec. No. | | | — | | | — | | | |

Check one box only

☐ I elect to withdraw | | | | | | from my account(s). This distribution must be $100.00 or more.

☒ I elect to withdraw all funds available from my account.

☐ I elect to receive my Vested Stock Account (employee and company) in Northern Telecom Ltd. company stock. If my Vested Stock Account has less than 50 shares, or if this request is for a hardship withdrawal, I understand that the distribution will be made in dollars.

☐ I elect to receive my Vested Stock Account (employee and/or company contributions) in dollars.

*Human resources*

### DEFERRAL  N/A
(Vested account balance must be $3500 or more to defer distribution.)

☐ Retirement   Mo. | Dy. | Yr. |

☐ Termination   Mo. | Dy. | Yr. |

I understand that if my withdrawal requires the cashing out of any portion of my Vested Stock Account, the amount available may be less than the amount I requested (due to possible changes in the price of NT Ltd. stock), and I agree that payment is to be made regardless of such an occurrence.

Employee signature X _Edmund B. Fitzgerald_   date 7 June 90

| Human Resources Signature | date | Payroll signature | date |
|---|---|---|---|
| | | | 6/14/90 |

34-618-1 (10/89)