**EXHIBIT 4**

NORTHERN TELECOM INC.
EMPLOYEE THRIFT/SAVINGS PLAN
DISTRIBUTION STATEMENT

07/30/90
DIV 500

EDMUND B FITZGERALD
127 WOODMONT BLVD.
NASHVILLE TN 37205

RE: DISTRIBUTION FROM THE NTI EMPLOYEE THRIFT/SAVINGS PLAN
    SOCIAL SECURITY NUMBER: ████████

UNDER SEPARATE COVER YOU HAVE RECEIVED OR WILL RECEIVE A CHECK
IN THE AMOUNT OF $397,325.25. THIS REPRESENTS THE CASH PAYMENT DUE
YOU FROM THE NTI EMPLOYEE THRIFT/SAVINGS PLAN PER YOUR
DISTRIBUTION REQUEST (RETIREMENT).

IF YOU SHOULD HAVE ANY QUESTIONS REGARDING THIS DISTRIBUTION,
PLEASE CONTACT MS. VICKY DAVIS, YOUR BENEFITS ADMINISTRATOR
IN HUMAN RESOURCES.

******** YOUR DISTRIBUTION WAS CALCULATED AS FOLLOWS ********

A. GROSS VALUE OF YOUR DISTRIBUTION              $ 397,325.25
   1. FEDERAL TAX WITHHELD                    .00
   2. STATE TAX WITHHELD                      .00
   3. 10% PENALTY TAX WITHHELD                .00
   4. CASH DISTRIBUTED              $ 397,325.25

B. TOTAL EMPLOYEE DEDUCTIONS DISTRIBUTED         $  27,400.00
   (REPRESENTS THE POST-TAX PORTION OF YOUR DISTRIBUTION)

C. EXCESS VALUE RECEIVED OVER EMPLOYEE DEDUCTIONS $ 369,925.25*
   (*INCLUDES DEFERRED DEDUCTIONS OF $108,519.00, WHICH
    REPRESENT YOUR EMPLOYEE CONTRIBUTIONS TO THE 401(K))

   1. AMOUNT TAXABLE AS ORDINARY INCOME          $ 369,925.25

THE PROCEDURE USED TO DETERMINE YOUR TAXABLE BASIS SHOWN
ABOVE CONFORMS WITH CURRENT FEDERAL TAX REGULATIONS.  TAXABLE
INCOME RESULTING FROM THIS DISTRIBUTION AND ANY TAXES WITHHELD
WILL BE REPORTED TO THE INTERNAL REVENUE SERVICE AND APPROPRIATE
STATE TAX AUTHORITIES.  A FORM 1099R WILL BE MAILED TO YOU IN
JANUARY, 1991 FOR YOUR TAX RECORDS.

THIS DISTRIBUTION QUALIFIES FOR FAVORABLE TAX TREATMENT UNDER
FEDERAL TAX LAWS.  AS A RESULT, PART OR ALL OF THE DISTRIBUTION
MAY BE "ROLLED-OVER" TAX-FREE INTO ANOTHER QUALIFIED RETIREMENT
PLAN OR INTO AN INDIVIDUAL RETIREMENT ACCOUNT (IRA).  THIS
ROLLOVER MUST BE COMPLETED WITHIN 60 DAYS OF THE DAY THIS
DISTRIBUTION IS RECEIVED BY YOU.  TO THE EXTENT YOUR DISTRIBUTION
IS IN NTL SHARES, YOU MAY CONTRIBUTE THE SHARES DIRECTLY
(PROVIDING THE RECEIVING PLAN OR IRA PERMITS) OR SELL THE SHARES
AND CONTRIBUTE THE CASH PROCEEDS (WITHIN THE 60-DAY TIME
PERIOD).  A "CONDUIT" IRA SHOULD BE USED IF YOU THINK YOU MAY
WISH TO ROLL OVER THE DISTRIBUTION TO ANOTHER QUALIFIED PLAN
AFTER THE 60 DAY PERIOD HAS ELAPSED.

UNLESS THIS DISTRIBUTION QUALIFIES AS A "LUMP-SUM" DISTRIBUTION PURSUANT TO FEDERAL TAX LAW, THE DISTRIBUTION WILL NOT QUALIFY FOR 5-YEAR FORWARD AVERAGING.  IF YOU REQUIRE ASSISTANCE IN DETERMINING WHETHER THIS DISTRIBUTION CONSTITUTES A LUMP SUM DISTRIBUTION OR IF YOU NEED FURTHER TAX INFORMATION, PLEASE CONSULT WITH YOUR PERSONAL TAX ADVISOR.

THE WYATT COMPANY