**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| ------------------------------------------------------------X : | |
| *In re* : | Chapter 11 |
| : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] : | |
| : | Jointly Administered |
| Debtors. : | |
| : | **RE: D.I. _____** |
| ------------------------------------------------------------X : | |
| - : | |
| : | |
| Nortel Networks Inc., : | |
| : | |
| and : | Adv. Proc. No. 11-50193 (KG) |
| : | |
| Nortel Networks (CALA) Inc. : | |
| : | |
| Plaintiffs, : | |
| : | |
| Anixter Inc. : | |
| : | |
| and : | |
| : | |
| Anixter de Mexico, SA de CV : | |
| : | |
| Defendants. : | |
| ------------------------------------------------------------X | |

**ORDER UNDER 11 U.S.C. § 102(1) SHORTENING NOTICE OF MOTION OF
DEBTORS, PURSUANT TO BANKRUPTCY RULE 9019, FOR ENTRY OF AN ORDER
APPROVING THE STIPULATION OF SETTLEMENT OF AVOIDANCE CLAIM BY**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**AND BETWEEN NORTEL NETWORKS, INC. AND NORTEL NETWORKS (CALA) INC. AND ANIXTER INC. AND ANIXTER DE MEXICO, SA DE CV, AND RESOLVING PROOFS OF CLAIM NOS. 4639 AND 6830 FILED BY ANIXTER INC. AND ANIXTER ARGENTINA SA**

Upon the motion dated September 7, 2011 (the "<u>Motion</u>"),[2] of Nortel Networks Inc., Nortel Networks (CALA) Inc., and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "<u>Debtors</u>"), for entry of an order, as more fully described in the Motion, pursuant to section 102(1) of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Rule 9006-1(e), shortening the notice period related to the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 For Entry of an Order Approving the Stipulation of Settlement of Avoidance Claim By and Between Debtors and Anixter Inc. and Anixter de Mexico, SA de CV and Resolving Proofs of Claim Nos. 4639 and 6830 Filed By Anixter Inc. and Anixter Argentina SA (the "<u>Settlement Motion</u>"); and adequate notice of the Motion having been given as set forth in the Motion; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and upon the record therein; and it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, the Debtors' creditors and other parties in interest in these cases; and the Court having determined that "cause" exists to shorten the notice period related to the Settlement Motion; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

    1.    The Motion is GRANTED.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2.  The Settlement Motion will be considered at the hearing scheduled on September 21, 2011 at 10:00 a.m. (Eastern Time).

3.  Objections, if any, to the Settlement Motion shall be filed and served in accordance with the Local Rules of this Court by no later than September 19, 2011 at 4:00 p.m. (Eastern Time).

Dated: _____, 2011
       Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
CHIEF, UNITED STATES BANKRUPTCY JUDGE