**CERTIFICATE OF SERVICE**

      I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion for Entry of an Order Under 11 U.S.C. § 102(1) Shortening Notice of Motion of Debtors, Pursuant to Bankruptcy Rule 9019, for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claim by and Between Nortel Networks, Inc. and Nortel Networks (CALA) Inc. and Anixter Inc. and Anixter de Mexico, SA, DE, CV, and Resolving Proofs of Claim Nos. 4639 and 6830 Filed by Anixter Inc. and Anixter Argentina SA** was caused to be made on September 7, 2011, in the manner indicated upon the entities identified below and on the attached service list.

Date: September 7, 2011  
Wilmington, DE

*/s/ Chad A. Fights*  
  Chad A. Fights (No. 5006)

**Via Hand Delivery**

Ian Connor Bifferato  
Bifferato LLC  
800 N. King Street  
Plaza Level  
Wilmington, DE 19801

Ayesha Chacko Bennett  
Campbell & Levine, LLC  
800 North King Street  
Suite 300  
Wilmington, DE 19801

**Via Overnight Mail**

Jeffrey M. Carbino  
Patrick W. Carothers  
Gregory W. Hauswirth  
THORP REED & ARMSTRONG, LLP  
One Oxford Centre  
301 Grant Street, 14th Floor  
Pittsburgh, Pennsylvania 15219-1425

Anixter de Mexico, SA de CV  
Attn: Officer, Managing or General Agent  
Av. Viveros de Atizapan No. 123-A  
Col. Viveros de la Loma  
Tlalnepantla, Edo. C.P. 54080  
Mexico

Anixter Inc.  
Attn: Officer, Managing or General Agent  
2301 Patriot Blvd  
Glenview, IL 60026

Anixter Argentina S.A.  
Castro 1844/46  
Capital Federal  
Buenos Aires, C1237AAP  
Argentina