Exhibit B



# KCC AGREEMENT FOR SERVICES

This Agreement is entered into as of the _6th_ day of _September_, 2011, between the Official Committee of Long-Term Disability Participants (together with its members, agents and representatives, the "Committee") appointed in the chapter 11 cases (the "Cases") of _Nortel Networks Inc. et al._ (the "Debtors"), and Kurtzman Carson Consultants LLC (together with its affiliates and subcontractors, "KCC").

The services rendered by KCC will commence _September 6_, 2011, and continue until either party shall exercise its rights of suspension or termination as set forth below.

In consideration of the premises set forth herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

**Terms and Conditions**

I.    SERVICES

A.    KCC agrees to provide the Committee with technology and other services in connection with the Committee's involvement in the Cases.

B.    KCC may upon request provide a communications plan including but not limited to preparation of communications materials, dissemination of information and a call center staffed by KCC.

C.    KCC agrees to provide copy and notice services consistent with the applicable Local Rules of the United States Bankruptcy Court (the "Bankruptcy Court") and as requested by the Committee and/or the Bankruptcy Court.

D.    The Committee agrees and understands that KCC shall not provide the Committee with any legal advice.

II.    PRICES, CHARGES AND PAYMENT

A.    KCC agrees to charge and the Committee agrees to use its best efforts to cause the Debtors to pay KCC for its services, expenses and supplies at the rates or prices outlined in the pricing schedule provided to the Committee and the Debtors (the "KCC Fee Structure"). KCC's prices are generally adjusted periodically to reflect changes in the business and economic environment. KCC reserves the right to reasonably increase its prices, charges and rates annually. If any price increases exceed 10%, KCC will give thirty (30) days written notice to the Committee.

B.    KCC agrees to charge and the Committee agrees to use its best efforts to cause the Debtors to pay expenses incurred by KCC related to transportation, lodging, meals, publications, postage and other third-party charges, in addition to the hourly consulting fees and any other fees set forth in the KCC Fee Structure.

1


KURTZMAN
CARSON
CONSULTANTS

# KCC AGREEMENT FOR SERVICES

C.      KCC agrees to submit its invoice to the Committee and the Debtors monthly. The Committee agrees that the amount invoiced is due and payable upon its receipt of the invoice. However, where total fees and expenses are expected to exceed $10,000 in any single month, KCC may require advance payment prior to the performance of services. If any amount is unpaid as of thirty (30) days from the receipt of the invoice, the Committee further agrees to use its best efforts to cause the Debtors to pay a late charge, in addition to the fees and expenses due and owing to KCC, calculated as one and one-half percent (1-1/2%) of the amount unpaid every thirty (30) days. In the case of a dispute in the invoice amount, the Committee shall give KCC written notice within ten (10) days of receipt of the invoice by the Committee. Late charges shall not accrue on any amounts in dispute. The undisputed portion of the invoice amount is due and payable in the normal course. Unless otherwise agreed to in writing, the fees for print notice and media publication (including commissions) as well as certain expenses must be paid at least three (3) days in advance of those fees and expenses being incurred.

D.      As full compensation for the services to be provided by KCC and in conjunction with the Committee's efforts to cause the Debtors to pay KCC for its services, the Committee agrees to file an application with the Bankruptcy Court to require the Debtors to pay KCC its fees and expenses as outlined in the KCC Fee Structure through submission by KCC to the Committee and the Debtors of monthly invoices summarizing in reasonable detail the services rendered and expenses incurred in connection therewith and without the need of KCC to file formal fee applications.

III.    RIGHTS OF OWNERSHIP

A.      The parties understand that the software programs and other materials furnished by KCC pursuant to this Agreement and/or developed during the course of this Agreement by KCC are the sole property of KCC. The term "program" shall include, without limitation, data processing programs, specifications, applications, routines, and documentation. The Committee agrees not to copy or permit others to copy the source code from the support software or any other programs or materials furnished pursuant to this Agreement.

B.      The Committee further agrees that any ideas, concepts, know-how or techniques relating to data processing or KCC's performance of its services developed during the course of its Agreement with KCC shall be the exclusive property of KCC.

C.      Furthermore, upon the Committee's request, KCC shall immediately deliver to the Committee, at the Committee's sole expense, any or all of the non-proprietary data and records held by KCC pursuant to this Agreement, in the form requested by the Committee.

IV.     CONFIDENTIALITY

KCC, on behalf of itself and its employees, agrees to keep confidential all records and other information with respect to the Committee. The Committee, on behalf of itself and its employees, agrees to keep all proprietary, non-public information with respect to KCC's system, procedures and software confidential. However, if either party is required to produce any such information by order of any governmental agency or other regulatory body it may, upon not less than five (5) business days' written notice to the other party, release the required information.



# KCC AGREEMENT FOR SERVICES

V.      SUSPENSION OF SERVICE AND TERMINATION

A.      This Agreement shall remain in force until terminated or suspended by either party upon thirty (30) days' written notice to the other party, or for Cause (as defined herein), in which event no notice shall be required. The term "Cause" means an act or omission to act by KCC performed with either gross negligence or willful misconduct that causes, or an act or omission with the intent to cause, harm to the Committee's efforts in the Cases. The term "Cause" also means failure of the Committee or the Debtors to pay KCC invoices for more than sixty (60) days from the date of invoice, or the accrual of invoices or unpaid services in excess of the retainer held by KCC where KCC has a reasonable fear of non-payment.

B.      KCC shall be entitled to an administrative expense claim for all fees and expenses outstanding at the time of termination.

C.      In the event that this contract is terminated, regardless of the reason for such termination; KCC shall cooperate with the Committee to maintain an orderly transfer of record keeping functions and KCC shall provide all necessary staff, services and assistance required for an orderly transfer (collectively, "Wind-Down Services"). The Committee agrees to use its best efforts to cause the Debtors to pay for all of KCC's fees and expenses outstanding at the time of termination as well as fees and expenses incurred in the performance of Wind-Down Services at KCC's then existing prices for such services.

VI.     SYSTEM IMPROVEMENTS

KCC strives to provide continuous improvements in the quality of service to the Committee. Therefore, KCC reserves the right to make changes in its operating procedures, operating systems, programming languages, general purpose library programs, application programs, time period of accessibility, types of terminal and other equipment and the KCC data center serving the Committee, so long as any such changes do not materially interfere with ongoing services provided to the Committee.

VII.    LIMITATIONS OF LIABILITY AND INDEMNIFICATION

A.      The Committee shall indemnify and hold KCC, its officers, employees and agents harmless against any losses, claims, damages, judgments, liabilities and expenses (including reasonable counsel fees and expenses) resulting from action taken or permitted by KCC in good faith with due care and without gross negligence in reliance upon instructions or orders received from the Committee as to anything arising in connection with KCC's performance under this Agreement. KCC shall be without liability to the Committee with respect to any performance or non-performance, in accordance with the terms of this Agreement or instructions properly received pursuant hereto, if done in good faith and without gross negligence or willful or wanton misconduct.

B.      Except as provided herein, KCC's liability to the Committee or any person making a claim through or under the Committee for any claim, loss, damages or expense of any kind, even if KCC has been advised of the possibility of such damages, whether direct or indirect and unless due to gross negligence or willful misconduct of KCC, shall be limited to the total amount billed

3



# KCC AGREEMENT FOR SERVICES

or billable to the Committee for the portion of the particular work which gave rise to the loss or damage. In no event shall KCC's liability to the Committee for any losses or damages arising out of this Agreement, whether direct or indirect, exceed the total amount billed to the Committee and paid to KCC for the services contemplated under this Agreement. In no event shall KCC be liable for any indirect, special or consequential damages such as loss of anticipated profits or other economic loss in connection with or arising out of the services provided for in this Agreement.

C.        The Committee is responsible for the accuracy of the programs and data it submits for processing to KCC and for the output. The Committee agrees to initiate and maintain backup files that would allow the Committee to regenerate or duplicate all programs and data submitted by the Committee to KCC.

D.        The Committee agrees that except as set forth herein, KCC makes no representations or warranties, express or implied, including, but not limited to, any implied or express warranty of merchantability, fitness or adequacy for a particular purpose or use, quality, productiveness or capacity.

VIII.    INDEPENDENT CONTRACTORS

The Committee and KCC are and shall be independent contractors of each other and no agency, partnership, joint venture or employment relationship shall arise, directly or indirectly, as a result of this Agreement.

IX.      LIMITATIONS OF LIABILITY AND INDEMNIFICATION

A.        Except as provided herein, KCC's liability to the Committee or any person claiming through or under the Committee for any losses, claims, damages, judgments, liabilities and/or expenses (including reasonable counsel fees and expenses) (collectively, "Losses"), even if KCC has been advised of the possibility of such Losses, whether direct or indirect and unless due to gross negligence or willful misconduct of KCC, shall be limited to the total amount billed or billable to the Committee for the portion of the particular work which gave rise to the alleged Loss. In no event shall KCC's liability to the Committee or any person claiming through or under the Committee for any Losses, whether direct or indirect, arising out of this Agreement exceed the total amount billed to the Committee and actually paid to KCC for the services contemplated under the Agreement. In no event shall KCC be liable for any indirect, special or consequential damages such as loss of anticipated profits or other economic loss in connection with or arising out of the services provided for in this Agreement.

B.        The Committee is responsible for the accuracy of the programs, data and information it or any representative of the Committee submits for processing to KCC and for the output of such information. KCC does not verify information provided by the Committee. The Committee agrees to initiate and maintain backup files that would allow the Committee to regenerate or duplicate all programs and data submitted by the Committee to KCC.



# KCC AGREEMENT FOR SERVICES

C.      The Committee agrees that except as expressly set forth herein, KCC makes no representations or warranties, express or implied, including, but not limited to, any implied or express warranty of merchantability, fitness or adequacy for a particular purpose or use, quality, productiveness or capacity.

X.      FORCE MAJEURE

Whenever performance by KCC of any of its obligations hereunder is substantially prevented by reason of any act of God, strike, lock-out or other industrial or transportation disturbance, fire, lack of materials, law, regulation or ordinance, war or war conditions or by reason of any other matter beyond KCC's reasonable control, then such performance shall be excused and this Agreement shall be deemed suspended during the continuation of such prevention and for a reasonable time thereafter.

XI.     NOTICES

All notices and requests in connection with this Agreement shall be given or made upon the respective parties in writing and shall be deemed as given as of the third day following the day it is deposited in the U.S. Mail, postage pre-paid or on the day it is given if sent by facsimile or on the day after the day it is sent if sent by overnight courier to the appropriate address set forth below:

Kurtzman Carson Consultants LLC           Committee
2335 Alaska Ave.                          Address      1105 N. Market Street, Suite 1700
El Segundo, CA  90245                     City, ST, Zip  Wilmington, DE
Attn:  Drake D. Foster                    Attn: Rafael X. Zahralddin-Aravena, Esq.
Tel: (310) 823-9000                       Tel:  302-384-9400
Fax: (310) 823-9133                       Fax:   302-384-9399

Or to such other address as the party to receive the notice or request so designates by written notice to the other.

XII.    APPLICABLE LAW

The validity, enforceability, and performance of this Agreement shall be governed by and construed in accordance with the laws of the State of California.

XIII.   ENTIRE AGREEMENT/ MODIFICATIONS

Each party acknowledges that it has read this Agreement, understands it, and agrees to be bound by its terms and further agrees that it is the complete and exclusive statement of the agreement between the parties, which supersedes and merges all prior proposals, understandings and other agreements, oral and written between the parties relating to the subject matter of this Agreement. The Committee represents that it has the authority to enter into this Agreement, and this Agreement is non-dischargeable under any applicable statute or law.  If any provision of this Agreement shall be held to be invalid, illegal or unenforceable, the validity, legality and enforceability of the remaining provisions shall in no way be affected or impaired thereby.  This



## KCC AGREEMENT FOR SERVICES

Agreement may be modified only by a written instrument duly executed by an authorized representative of the Committee and an officer of KCC.

### XV.    ASSIGNMENT

This Agreement and the rights and duties hereunder shall not be assignable by the parties hereto except upon written consent of the other, with the exception that this Agreement can be assigned by KCC to a wholly-owned subsidiary or affiliate of KCC.

### XVI.    ARBITRATION

Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be settled by arbitration in accordance with the rules of the American Arbitration Association, and judgment upon the award rendered by the arbitrator(s) shall be entered in any court having jurisdiction thereof. For that purpose, the parties hereto consent to the jurisdiction and venue of an appropriate court located in Los Angeles County, State of California.

### XVII.    ATTORNEYS' FEES

In the event that any legal action, including an action for declaratory relief, is brought to enforce the performance or interpret the provisions of this Agreement, the parties agree to reimburse the prevailing party's reasonable attorneys' fees, Court costs, and all other related expenses, which may be set by the Court in the same action or in a separate action brought for that purpose, in addition to any other relief to which the prevailing party may be entitled.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement effective as of the first date mentioned above.

Kurtzman Carson Consultants LLC

BY: ALBERT H KASS
TITLE: V P, Corporate Restructuring


Committee

_____

BY:
TITLE:

6


KURTZMAN
CARSON
CONSULTANTS

# KCC AGREEMENT FOR SERVICES

Agreement may be modified only by a written instrument duly executed by an authorized representative of the Committee and an officer of KCC.

### XV. ASSIGNMENT

This Agreement and the rights and duties hereunder shall not be assignable by the parties hereto except upon written consent of the other, with the exception that this Agreement can be assigned by KCC to a wholly-owned subsidiary or affiliate of KCC.

### XVI. ARBITRATION

Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be settled by arbitration in accordance with the rules of the American Arbitration Association, and judgment upon the award rendered by the arbitrator(s) shall be entered in any court having jurisdiction thereof. For that purpose, the parties hereto consent to the jurisdiction and venue of an appropriate court located in Los Angeles County, State of California.

### XVII. ATTORNEYS' FEES

In the event that any legal action, including an action for declaratory relief, is brought to enforce the performance or interpret the provisions of this Agreement, the parties agree to reimburse the prevailing party's reasonable attorneys' fees, Court costs, and all other related expenses, which may be set by the Court in the same action or in a separate action brought for that purpose, in addition to any other relief to which the prevailing party may be entitled.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement effective as of the first date mentioned above.

Kurtzman Carson Consultants LLC

_____

BY:
TITLE:

Committee

_Barbara Gallagher_
BY: Barbara Gallagher
TITLE: Chairperson, Nortel LTD 1102 Committee

6

Exhibit C

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.*[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF DRAKE D. FOSTER IN SUPPORT OF THE APPLICATION FOR ORDER UNDER 11 U.S.C. 105(A), 1102(B)(3) AND 1103(C) AUTHORIZING THE RETENTION OF KURTZMAN CARSON CONSULTANTS, LLC AS COMMUNICATIONS AGENT FOR THE OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PARTICIPANTS AND APPROVING RELATED AGREEMENT**

| | |
|---|---|
| State of California | ) |
| | ) ss: |
| County of Los Angeles | ) |

I, Drake D. Foster, being duly sworn, deposes and says:

1.      I am the General Counsel of Kurtzman Carson Consultants, LLC ("KCC") and I am authorized to make and submit this affidavit (the "Affidavit") on behalf of KCC. This Affidavit is submitted in support of the Application of the Official Committee of Long-Term Disability Participants (the "Committee") of Nortel Networks Inc., et al., (collectively, the "Debtors"), for authorization to retain KCC as official communications agent ("Agent") in the Debtors' chapter 11 cases, pursuant to §§ 11 U.S.C. 105(a), 1102(b)(3) and 1103(c) (the "Application") and to approve a related agreement. The statements contained herein are based upon personal knowledge.

---

[1] The Debtors in these chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Application Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc. Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.eqipsystems.com/nortel.

2.     KCC is one of the country's leading chapter 11 administrators with expertise in noticing, claims processing, balloting and distribution. In the normal course of its business, KCC is often called upon to create websites for the purpose of providing access to information to creditors. KCC is well qualified to provide the Committee and the Debtors' creditors with access to information in connection with these cases. KCC currently serves as the information agent for the Official Committee of Unsecured Creditors in the Debtors' cases. Recent large chapter 11 cases in this and other Districts in which KCC has been retained as noticing and claims agent and created websites to provide access to information include: *In re DSI Holdings, Inc., et al.*, Case No. 11-11941 (Bankr. D. Del. June 26, 2011); *In re Nebraska Book Co., Inc., et al.*, Case No. 11-12005 (Bankr. D. Del. June 27, 2011); *In re Caribe Media, Inc., et al.*, Case No. 11-11387 (Bankr. D. Del. May 3, 2011); *In re Barnes Bay Development, Ltd., et al.*, Case No. 11-10792 (Bankr. D. Del. March 17, 2011); *In re New Stream Secured Capital, Inc., et al.*, Case No. 11-10753 (Bankr. D. Del. March 13, 2011); *In re Ultimate Acquisition Partners, LP*, Case No. 11-10245 (Bankr. D. Del. January 26, 2011); *In re Javo Beverage Co., Inc.*, Case No. 11-10212 (Bankr. D. Del. January 24, 2011); *In re Appleseed's Intermediate Holdings LLC*, Case No. 11-10160 (Bankr. D. Del. January 19, 2011); *In re Constar Int'l Inc.*, Case No. 11-10109 (Bankr. D. Del. January 11, 2011); *In re Local Insight Media Holdings, Inc., et al.*, Case No. 10-13677 (Bankr. D. Del. November 17, 2010); *In re Claim Jumper Restaurants, LLC, et al.*, Case No. 10-12819 (Bankr. D. Del. September 10, 2010); *In re Caribbean Petroleum Corp., et al.*, Case No. 10-12553 (Bankr. D. Del. August 12, 2010); *In re American Safety Razor Company, LLC, et al.*, Case No. 10-12351 (Bankr. D. Del. July 28, 2010); *In re Marco Polo Seatrade B.V., et al.*, Case No. 11-13634 (Bankr. S.D.N.Y. July 29, 2011); *In re MSR Resort Golf Course LLC, et al.*, Case No. 11-10372 (Bankr. S.D.N.Y. February 1, 2011); *In re Vertis Holdings, Inc.*, Case No. 10-

16170 (Bankr. S.D.N.Y. November 17, 2010); *In re American Media, Inc.*, Case No. 10-16140

(Bankr. S.D.N.Y. November 17, 2010); *In re Loehmann's Holdings, Inc.*, Case No. 10-16077

(Bankr. S.D.N.Y. November 15, 2010); *In re Archdiocese of Milwaukee*, Case No. 11-20059

(Bankr. E.D. Wisc. January 4, 2011); *In re Ecoly Int'l, Inc., et al. (a/k/a Sexy Hair Concepts,*

*LLC)*, Case No. 10-25922 (Bankr. C.D. Cal. December 21, 2010); *In re Black Gaming, LLC*, No.

10-13301 (Bankr. D. Nev. Mar. 5, 2010); *In re Movie Gallery, Inc.*, No. 10-30696 (Bankr. E.D.

Va. Feb. 3, 2010).  As such, KCC is well qualified to prepare the Committee Website and to

assist the Committee in providing the Debtors' unsecured creditors with access to information in

connection with these cases.

      3.     The Committee selected KCC to serve as its communications agent for these

cases, as set forth in more detail in the Application filed contemporaneously herewith.  To the

best of my knowledge, neither KCC, nor any of its professional personnel, have any relationship

with the Committee or the Debtors that would impair KCC's ability to serve as Agent.  As noted

above, KCC currently serves as the information agent for the Official Committee of Unsecured

Creditors in the Debtors' cases.  KCC does have relationships with some of the Debtors'

creditors, but they are in matters completely unrelated to these cases, either as vendors or in

cases where KCC serves in a neutral capacity as a bankruptcy claims and noticing agent or class

action settlement claims administrator.  KCC's assistance in the cases where KCC acts as a

bankruptcy claims and noticing agent or class action settlement claims administrator has been

primarily related to the design and dissemination of legal notice and other administrative

functions in class actions.  KCC has working relationships with certain of the professionals

retained by the Committee or the Debtors and other parties herein, but such relationships are

completely unrelated to the Debtors' cases.  In addition, KCC personnel may have relationships

with some of the Debtors' creditors. Such relationships are, however, of a personal financial nature and are wholly unrelated to the Debtors' cases. KCC has and will continue to represent clients in matters unrelated to the Debtors' cases and has had and will continue to have relationships in the ordinary course of its business with certain vendors and professionals in connection with matters unrelated to these cases.

4.    In connection with its proposed retention by the Committee in these cases, KCC undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. In connection with this inquiry, KCC obtained the names set forth in a list of parties identified in the Debtors' application to retain Cleary Gottlieb Steen & Hamilton LLP ("Cleary") as counsel to the Debtors (the "Cleary Application"), and additional parties identified by Akin Gump Strauss Hauer & Feld LLP (counsel to the Official Committee of Unsecured Creditors), which included: (i) the Debtors, their affiliates and related parties; (ii) professionals representing the Debtors; (iii) creditors of the Debtors; (iv) the Debtors' major shareholders; (v) directors and officers of the Debtors; (vi) the Debtors' 40 largest vendors; (vii) the Debtors' litigants; (viii) the Debtors' lenders; (ix) the Debtors' banks and money market funds; (x) the Debtors' significant customers; (xi) the Debtors' landlords; (xii) the Debtors' insurers; (xiii) counterparties to the Debtors' significant contracts; (xiv) the Debtors' bondholders and trustees; (xv) the Debtors' proposed professionals; (xvi) the proposed professionals of the Debtors' creditors; and (xviii) parties who have filed a notice of appearance in these cases as of February 2009. A copy of the list of the parties searched by KCC is annexed hereto as Schedule 1 (collectively, the "Searched Parties"). With the exception of sub-categories (xvi) and (xvii) listed above, the entities listed in Schedule 1 were identified in the Cleary Application.

5.    KCC is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code, in that KCC and its professional personnel: (a) are not creditors, equity security holders or insiders of the Debtors; (b) are not and were not, within two years before the date of the filing of the Debtors' petitions, directors, officers or employees of the Debtors; and (c) do not have an interest materially adverse to the interests of the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors.

6.    To the best of my knowledge, KCC has not been retained to assist any entity or person other than the Committee on matters relating to, or in connection with, these chapter 11 cases.  If KCC's proposed retention is approved by this Court, KCC will not accept any engagement or perform any service for any entity or person other than the Committee in the Debtors' cases.  KCC may, however, provide professional services to entities or persons that may be creditors or parties in interest in the Debtors' cases, which services do not relate to, or have any direct connection with, the Debtors' cases, the Committee or the Debtors.

Drake D. Foster

Subscribed and sworn to (or affirmed) before me
this 6ᵗʰ day of September, 2011 by Drake P. Foster
proved to me on the basis of satisfactory evidence to be
the person who appeared before me.

Notary Public
Commission # 1867869
Expires 10/10/2013

ELIZABETH MARIE BARNETT
Commission # 1867869
Notary Public - California
Los Angeles County
My Comm. Expires Oct 10, 2013

## SCHEDULE 1

*Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))*

Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.
Star 21 Networks GmbH
Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD
Nortel Networks Slovensko, s.r.o.

Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Ltd.
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Ltd.)
Nortel Networks Communications (Israel) Ltd.
Nortel Networks Malta Ltd.
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Ltd.
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Ltd.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Ltd.
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
North Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Technology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Inc.
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Ltd.
Nortel Networks (Shannon) Ltd.
Nortel Networks Europe Sales Ltd.
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation
PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.
Nortel Networks (Thailand) Ltd.

2

Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Ltd.
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Ltd. Liability Co.
Nortel Networks France SAS
Matra Communications Business Systeme GmbH

3

Northern Telecom International Ltd.
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH

### *Debtors' 5% Shareholders*

NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5% shareholders for conflict check purposes.

NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflict check purposes.

Alteon WebSystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Alteon WebSystems International Inc. is a Delaware corporation, wholly owned by Alteon WebSystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.

Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

CoreTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Optical Components Inc. is a Delaware corporation, jointly owned by NNI and NNL; therefore, there are no 5% shareholders for conflicts purposes.

4

Nortel Networks HPOCS Inc. is a Delaware corporation, wholly owned by Nortel Networks Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

### *Debtors' Significant Equity Investors*

Because the Debtors are wholly or jointly owned by affiliates, as detailed above, there are no significant equity investors for conflict check purposes.

### *Current Directors and Officers of the Debtors and for two years prior to the Petition Date*

Current Directors and Officers of NNI

Donald Powers
Christopher Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Wood

Former Directors and Officers of NNI for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
Joseph F. Dearing
John Doolittle
Lynn Egan
William R. Ellis
Thomas A. Gigliotti
Clarke Glaspell
Mark J. Hamilton
Ernest R. Higginbotham
Paul W. Karr
Paul T. Knudsen
Laurie A. Krebs
William J. LaSalle
Peter Look

Eugene McClain
Claudio Morfe Jr.
Kimberly P. Poe
Charles R. Raphun
Karen E. Sledge
Katharine B. Stevenson
Allan K. Stout
Anna Ventresca

Current Directors and Officers of NNCC

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Paul W. Karr
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Katharine B. Stevenson

Current Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.)

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.)
for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle

Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
A. Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe

Current Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon Websystems International Inc.)

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon Websystems International Inc.) for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Abdul Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe

Current Directors and Officers of Architel Systems (U.S.) Corporation

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies

7

John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Xros, Inc..

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Sonoma Systems

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle

8

Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Qtera Corporation

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Qtera Corporation for the Two Years Prior to the
Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
 Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Officers and Directors of CoreTek, Inc.

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition
Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle

9

Lynn Cecelia Egan
Clarke Glaspell
Laurie A. Krebs
Robert J. Looney
Michael W. McCorkle

Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks Optical Components Inc.

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis

Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks HPOCS Inc.

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks International Inc.

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Networks International Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis

11

Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Northern Telecom International Inc.

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Northern Telecom International Inc. for the Two Years
Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks Cable Solutions, Inc.

Raj Krishnan
Christopher Ricaurte
Timothy C. Ross
Allen K. Stout
Jeffrey T. Wood

Former Directors and Officers of Nortel Networks Cable Solutions, Inc.

John D. Atkinson
Francois Audet
Mary Barnes
Allan Bifield
Kevin Boyle II
Shelley Bracken

12

Roger W. Britt
Mario Brown
Glenn Brownridge
Francois Burton
Tom Buttermore
Matteo Candaten
Dennis Carey
Norman Caron
Serge Caron
Sudarshan Chitale
Russell Coffin
Graeme Currie
Gordon A. Davies
John M. Doolittle
Lynn Cecelia Egan
Emre Erkol
J. Erik Fako
Jean-Pierre Fortin
Jeremy Fuller
Tim Gaiser
Sonia Garapaty
Michael Gawargy
William Gentry
Duncan Gillibrand
Clarke Glaspell
Paul Granville
Andrew Harrison
Christopher Hogg
Henry Holland
Gregory Hood
Robin Scott Hughes
Ken Huntington
Camille Issa
Oya Istemi
Anthony Jones
Joel Joseph, Jr.
Ricky Kaura
Mark Kepke
Christian Kittlitz
Paul T. Knudsen
Peter Krautle
Laurie A. Krebs
Guy Lafontaine
Keith Landau
Gregor W. Larson
Michael Leeder

Louis LeVay
Brian Lindsay
Robert Litalien
Dennis Lloyd
Wade Lyon
Anthony G. MacDonald
John R. McCready
James McEachern
Steve J. McKinnon
Swapan Nandi
James Ostrom
Alain Papineau
April A. Pennisi
David Price
Alan W. Pritchard
Robert C. Pugh
Stephan Radatus
Dharmaraja Rajan
Parviz Rashidi
Ron Ryan
Mehdi Sajasi
Donna Samper
Robert Saunders
Ian Scales
Kevin Sembrat
Iain Sharp
Elaine Smiles
Eric L. Smith
Pete Streng
Guillaume Strub
Dany Sylvain
Richard C. Taylor
Tom P. Taylor
Craig Telke
Denis R. X. Thibault
Bill Thompson
Greg Thor
Lee B. Valerius
Guy Vonderweidt
Richard Willis
Cortland Wolfe
Steven Woods
Wei Jen Yeh

Current Directors and Officers of Nortel Networks (CALA) Inc.

Christopher Ricaurte

14

Timothy C. Ross
Allen K. Stout

<u>Former Directors and Officers of Nortel Networks (CALA) Inc. for the Two Years Prior
to the Petition Date</u>

Alvio Silvio Barrios
Martha Helena Bejar
Juan Jose Chico
Gordon Allan Davis
Joseph F. Dearing
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Cristina Gomez
Felipe Gonzales
Jacqueline C. Hea
Robert Michael Kales
Paul Karr
Fabiola Leva
Peter Look
Norberto Milan
Eduardo Santoyo
Jorge Humberto Suarez
Hector Benjamin Viana

***Debtors' Vendors***

Wistron
JDS Uniphase Corporation
Bookham Technology Ltd.
IBM -
Delta Networks Systems SA DE CV
Texas Instruments Inc.
Motorola Corporation
Applied Micro Circuits Corporation
Artesyn Technologies
Audiocodes Ltd.
Sanmina SCI Corporation
Astec
Amphenol
Andrew Corporation
Qualcomm Inc.
Xilinx Inc.
Freescale Semiconductor
Trapeze Networks Inc.

15

Santur Corporation
Altera
STMicroelectronics
Broadcom Corporation
Hewlett Packard
Spectra Link
Alanex Corporation
Alpha Networks - 1
Excelight Communications Inc.
Daeduck Electronics Company
Micron
Sun Microsystems
Airvana
Witness Systems Inc.
Scansoft
Minerva Systems Inc.
Microsoft
Itel House
Oracle Corporation
Wind River Systems Inc.
Wipro
TCS Consulting
Sasken
Tejas
Infosys
Bell Micro
ITC
Airspan
Mera
Polycom
Flextronics
CTDI
Advanced Information Management
Kuehne & Nagel International AG
Anixter International
Accton Technolgies
Emerson
Polytronix
Brookfield Lepage Johnson
Johnson Controls Inc.
Cigna


***Debtors' Litigants***

California State Board of Equalization
Highpoint Telecommunications Inc.

Motorola
Patricia Harmon
Teligent Services Inc.
Verizon New York, Inc.
Robert Buchwald
Alexander Lovgren
Sharon Tangney
A.W. Chesterton, Inc.
Federal Insurance Company (Chubb)
Aldine Independent School District
Joseph Srygler
Ernest Demel
Steven Domenikos
Carrasco
Mack Thorpe, Jr.
Pavel Molodetskiy
Pamela Richardson
Harris Corporation
Scott M. Johnson
Terrence Freeman
Lisa Fitzgerald
Wanland and Associates
Jay Colton
Jim and Elaine Wright
Certain Tunable Laser Chips
Nortel Networks Corp. "ERISA" Litigation Plaintiffs


### Debtors' Lenders

Export Development Canada


### Debtors' Banks and Money Market Funds

Citibank
Bank of America
Deutsche Bank
JP Morgan
Morgan Stanley
UBS
Federated Treasury Obligations
JP Morgan U.S. Money Market Funds
Fidelity Treasury Portfolio Fund
Dreyfus Government Cash Management Fund
Government Prime Cash Management Fund
Reserve Primary Fund

17

***Debtors' Significant Customers***

Verizon
Korea Telecom – Freetel
AT&T
BCE
Telefonica
LGT
Datatec Networking and Com.
Sprint Nextel
Direct Touch Federal
SK Telecom
Telus
France Telecom/Orange
Alltel (ACI)
Hanoi Telecom
British Telecom
US Cellular
Deutsche Telecom
Tech Data Corp.
AMX
Motorola
BSNL
China Mobility

***Debtors' Landlords***

Hewlett Packard Financial Services
Meadow Brook Office LLC
New Boston 175 Capital Boulevard LP
Bonham Golf & Country Club, Inc.
City of Bonham
Woodfield Holdings Pt., LLC
Tomorrow 35 Century L.P.
Riverdale Office Properties Partnership
IStar Ctl. 1, L.P./Lehman Ali Inc.
Ciminelli Development Co. Inc.
Gail G. Anderson dba Willard T. Anderson Properties
Campbell Creek Ltd.
10 Sylvan SPE LLC
Sunset Land Company LLC
State Street Bank & Trust Co.
USAA Real Estate Company
Metropolitan Tulsa Investments LLC
Brookfield Lakes Corporate Center
Insignia ESG, Inc.

TCIT Dallas Industrial, Inc.
West Colony Office Associates, LP
Teachers Insurance & Annuity Corp.
Genesis Building LLC
Duke Realty Ohio
Technology Park X LTD Partnership
Flagler Development Company
7884 BR LLC
Behringer Harvard TIC
Coliseum Transfer Inc.
The Plaza CP, LLC
Omega Corporate Center, LP
Omaha Plaza Investments c/o CBRE The Mega Group
The Irvine Company and ACE Parking Management
Metropark South LLC
RP Sam Houston Plaza, L.P.
I & G Direct Real Estate 16, LP
Deka Immobilien Investment GMBH
One Boston Place, LLC
Crescent Peakview Tower LLC
Biltmore Financial Center II
Wireless (TX) LP QRS 14
UCM/SREP-Corporate Woods, LLC
Sobrato Land Holdings
Reckson Operating Partnership
IPC Metrocenter LLC
Technology Center Associates LP
Talcott III Ormsby LLC
Talcott II Alamo LP
101 Constitution Trust
HQ Global Workplaces Inc.
Colliers Dickson Flake Partners Inc.
Open Terrace Associates LLC
California State Teachers Retierment
Duesenberg Investment Company
Tallahassee Corporate Center LLC
Two Towne Square LLC
Duke Realty Ohio
One Capital Mall Investors LP
One Capital Mall Investors LP
Hines Riverfront Plaza, LP
Canal View Properties III, LLC
Green 485 Owner LLC
13560 Morris Road Office Investors, LLC
Tower 333 LLC
IGD Properties Corp.

Technology Park V LP

### Debtors' Insurers

ACE USA
ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Arch Insurance Company
Arrowhead General Insurance Agency
Allied World Assurance Company Ltd
Chubb Insurance Company of Canada
Continental Casualty Company
American Home Assurance Company (National Union)
Empire Indemnity
Falvey Cargo Underwriting
GCAN Insurance Company
Great American Insurance Group
Hartford Fire Insurance Company
Liberty International Underwriters Canada
Beazley Syndicate
Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Max Bermuda Ltd.
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd.
Zurich Insurance Company

### Counterparties to Debtors' Significant Contracts

The counterparties to the Debtors significant contracts are the Debtors' significant
customers and vendors, as listed above.

### Debtors' Bondholders and Trustees

Bank of New York
Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C

Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington & Co, Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities, Inc
Cede & Co.[1]
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Haywood Securities, Inc.
H&R Block
Huntington National Bank
Ingalls & Snyder, LLC

---

[1]    Securities registered in the name of Cede & Co. as nominee for the Depository Trust Company; the beneficial holders are not known to the Debtors.

Interactive Brokers, LLC/Retail Clearance
Jefferies & Co., Inc.
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association
Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company
Suntrust Bank - 4

TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC - 1
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank

### *Debtors' Professionals*

Cleary Gottlieb Steen & Hamilton LLP
Morris, Nichols, Arsht & Tunnell LLP
Crowell & Moring LLP
Jackson Lewis LLP
Shearman & Sterling LLP
Lazard Frères & Co., LLC
Mercer (US) Inc.
Huron Consulting Group
Palisades Capital Advisors LLC
Punter Southall
Special Counsel Inc.
Global IP Law Group, LLC
RLKS Executive Solutions LLC
Chilmark Partners, LLC
Grant Thornton LLP
Linklaters LLP
Benesch Friedlander Coplan & Aronoff LLP
Torys LLP
Addrex Inc.
CB Richard Ellis, Inc.
Ernst & Young LLP
Cassidy Turley CPS
Eugene F. Collins

### *Unsecured Creditors Committee's Professionals*

Akin Gump Strauss Hauer & Feld LLP
Fraser Milner Casgrain LLP

Ashurst LLP
Capstone Advisory Group, LLC
Jefferies & Co., Inc.
Richards, Layton & Finger

***Debtors' Major Competitors***

Sony Ericsson Mobile Communications A.B.
Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE
NEC
Foundry
Hitachi Cable
Avaya
Motorola
IBM
Hewlett Packard

***Top 40 Unsecured Creditors***

The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior
Notes, Due 2016
The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes,
Due 2011
The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed
Rate Senior Notes, Due 2014
The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed
Rate Senior Notes, Due 2012
The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior
Notes, Due 2013
Export Development Canada
The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior
Notes, Due 2026
Flextronics
Flextronics America LLC
Flextronics International Europe BV
SEAL Consulting
Computer Science Corporation
Jabil Circuit Inc (GDL)

24

Beeline
Infosys Technologies Ltd.
JDS Uniphase Corporation
Tata Consultancy Services
Communications Test Design Inc.
Glow Networks
Anixter
Flextronics International
ITC Networks
Johnson Controls Inc.
Emerson Network Power Embedded
Wistron InfoComm Technology Corp.
Wipro Technologies
Flextronics Logistics USA Inc.
Wipro Systems Ltd.
Tetrads Networks Ltd.
Advanced Information Management
Airspan Communications Ltd.
McCann Erickson San Francisco
TEKsystems Inc.
Covergence Inc.
GFI Inc.
Flextronics Sales & Marketing North
Coams Inc.
IBM Corporation
Nortel Networks Corp. "ERISA" Litigation
Pension Benefit Guaranty Corporation

*Utilities*

Atmos Energy
City of Richardson
Suez Energy Resources N.A. Inc.
TXU Energy
Con Ed
City of Durham
Duke Energy Company
PSNC Energy
National Fuel
JCP&L
City of Santa Clara
PG&E – California
National Grid
National Grid – Massachusetts
National Grid - Melville
Town of Billerica
LIPA

Suffolk County Water Authority
Great Oaks Water Company
SRP
City of Sunrise
FPL
AT&T
BT Americas Inc
Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell 1
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing
Hydro One Telecom Inc.
Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.
PCCW Global Inc

### *Others*

Ogilvy Renault LLP
Ernst & Young Inc. 4
Allen & Overy LLP
American Movil
Richardson Independent School District (ISD)
Texas Comptroller of Public Accounts
Margolis Edelstein
Cellco Partnership
Iron Mountain Information Management Inc.
Telmar Network Technology Inc.
Precision Communication Services, Inc.
Automotive Rentals, Inc.
ABN AMRO Bank N.V.
Bexar County
Westcon Group North America Inc.
SprintCom Inc.
Sprint/United Management Company
The Prudential Insurance Company of America
Tata American International Corporation
Scott Douglass
Powerwave Technologies, Inc.

26

NeoPhotonics Corp.
Oracle USA, Inc.
Cummins, Inc.
485 Lexington Owner LLC
GTCI
Hok, Inc,
Alpha Network USA, Inc.
SAP America, Inc.
Qwest Communications Corporation and Qwest Corporation
Sumitomo Electric Lightwave Corporation
Insight Direct USA, Inc.
Harris County
APC Workforce Solutions
Unisys
County of Loudon
Right Management
Slash Support
Clearwire Corp.
tw telecom
Aon Consulting
Tandberg
Xeta Technologies
Monarch Alternative Capital LP
State of Michigan, Department of Treasury
Commonwealth of Pennsylvania, Department of Revenue
Tennessee Department of Revenue
Harte-Hanks, Inc.
Intech Group, Inc.
Lisa Fitzgerald
Alan Robert Bloom (UK Administrator)
Christopher John Wilkinson Hall (UK Administrator)
Alan Michael Hudson (UK Administrator)
Steven John Harris (UK Administrator)
Eltek Valere U.S. Inc.
Thomas & Betts Manufacturing Inc.
City and County of Denver
MatlinPatterson Global Advisors LLP
Avaya Inc.
Gores Group, Inc.
Aldine Independent School District
TTI Team Telecom Netherlands B.V.
GE Fanuc Embedded Systems, Inc.
Commonwealth of Pennsylvania, Department of Revenue
Keith Weiner
Rudy Mathieu
Wendell Allen Neff

Charles Rowe
Neal Shact
Fred Scott 1
Jac Goudsmit
Dwayne Roberts
William Weidner
Price Paschall
The Internal Revenue Service
Bell Microproducts Canada-Tenex Data ULC
Law Debenture Trust Company of New York
Kien Chen
Moreno Minto
Nortel Networks UK Pension Trust Limited & The Board of the Pension Protection Fund
Guyana Telephone and Telegraph Company Limited
Cypress Communications, Inc.
Duane Morris LLP
Baker Botts L.L.P.
GENBAND, Inc.
Westchester Fire Insurance Company
ACE USA
Nuance Communications, Inc.
ACS Cable Systems, Inc.
One Equity Partners III, L.P.
Radware Ltd.
Telefonaktiebolaget LM Ericsson
Kapsch Carriercom AG
East Camelback Road, Inc.
Department of the Navy
Arthur A. Russell
Thomas & Betts Manufacturing Inc.
City and County of Denver
Aldine Independent School District
TTI Team Telecom Netherlands B.V.
Amphenol Corporation
Amphenol Fiber Optics
Andrew, LLC
Avanex
Dell Marketing, LP
Graybar Electric Company, Inc.
Staples National Advantage
Starent Networks Corp.
Tyco Electronics
Volex, Inc.
Zyxel Communications, Inc.
EMC Corporation
Sodexo, Inc.

28

Microvision, Inc.
Avidity Partners LLC
Acme Packet, Inc.
PSP Holding LLC
Google, Inc.
Spectrum Group Management LLC
Exide Technologies
Credit Suisse Strategic Partners
ASM Capital III, L.P.
ASM Capital, L.P.
Michael Alms
Gussie Anderson
Faye Brown
Roger Carlsen
John Elliott
Nanette Faison
Bert Fletcher
Barbara Gallagher
Gary Garrett
Laura Hale
Janette Head
Brad Henry
Mark Janis
William Johnson
Deborah (Margaret) Jnes
Peter Lawrence
James Lee
Fred Lindow
David Litz
Kerry Logan
Robert Martel
Terry Massengill
Reid Mullett
Pamela Powell
Frankie Proctor
Janie Proctor
Carol Raymond
William Reed
Ronald Rose Jr.
Charles Sandner
Cynthia Schmidt
Wayne Schmidt
Manuel Segura
Leolia Strickland
Michael Stutts
Carmel Totman

Claudia Vidmer
Susan Widener
Vada Wilson
Thomas Patrick Tinker (Assistant US Trustee)
William K. Harrington (Office of the US Trustee)
David Buchbinder (Office of the US Trustee)
Diane Giordano (Office of the US Trustee)
Christine Green (Office of the US Trustee)
Jeffrey Heck (Office of the US Trustee)
Mark Kenney (Office of the US Trustee)
David Klauder (Office of the US Trustee)
Jane Leamy (Office of the US Trustee)
James R. O'Malley (Office of the US Trustee)
Lauren O'Neal (Office of the US Trustee)
Michael Panacio (Office of the US Trustee)
Juliet Sarkessian (Office of the US Trustee)
Richard Schepacarter (Office of the US Trustee)
Ramona Vinson (Office of the US Trustee)
Michael West (Office of the US Trustee)
Shakima L. Williams (Office of the US Trustee)
Dion Wynn (Office of the US Trustee)
The Hon. Kevin Gross -*Only family relationships with Judge Gross need be disclosed

***Ad Hoc Bondholder Group***
Mackay Sheilds LLC
Loomis Sayles & Company, L.P.
Fidelity Management & Research Co.
Pacific Investment Management Company LLC
Sankaty Advisors LLC
Milbank Tweed LLP (advisors)

***Top 20 Creditors of Nortel Networks (CALA) Inc.***
Lederfyl SA
Optime Consulting Inc
Mcomm Group Inc
I and C SA
Telmar Network Technology
United Business Media LLC dba Everything Channel
Newcomm 2000
Central General Engineering and Maintenance Limited
Wireless Integrated Networks WIN
Siemens Enterprise Comm Inc
Manning Global
Mercury America USA Corp
Isbel SA
Alvarion Ltd

30

Coams Inc
Rerate Limited Inc
J Mock & Co SA
Konet PR
Online 2000 Inc
Verint Americas Inc

***Mediator***
Layn R. Phillips
Irell & Manella LLP

***Principal Officer***
John Ray