IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |

## CERTIFICATE OF SERVICE

I, Shelley A. Kinsella, proposed counsel to the Official Committee of Long Term Disability Participants, hereby certify that I caused copies of the *Exhibits B & C to Application for an Order Pursuant to 11 U.S.C. §§ 105(A), 1102(B)(3) and 1103(C) Authorizing the Employment and Retention of Kurtzman Carson Consultants, LLC as Website Provider for the Official Committee of Long Term Disability Plan Participants and Approving Related Agreement* to be served on September 7, 2011 via hand delivery on all local parties and via first class mail or international first class mail on all remaining parties on the attached service list.

*(signature on next page)*

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: September 7, 2011
Wilmington, DE

**ELLIOTT GREENLEAF**

*/s/ Shelley A. Kinsella*
———————————————
Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
Jonathan M. Stemerman (DE No. 4510)
1105 N. Market Street, Ste. 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email: jms@elliottgreenleaf.com

*Proposed Counsel for the Long-Term Disability Participants*

| | |
|---|---|
| **By Hand Delivery**<br>William D. Sullivan Esq.<br>Sullivan Hazeltine Allinson LLC<br>4 E 8th Street<br>Suite 400<br>Wilmington, DE 19801 | **By Hand Delivery**<br>Derek C. Abbott Esq.<br>Annie C. Cordo Esq.<br>Morris Nichols Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801-1347 |
| **By Hand Delivery**<br>Tobey M. Daluz Esq.<br>Leslie Heilman Esq.<br>David T. May<br>Ballard Spahr<br>919 Market Street<br>11th Floor<br>Wilmington, DE 19801 | **By Hand Delivery**<br>Christopher A. Ward Esq.<br>Justin K. Edelson Esq.<br>Polsinelli Shughart PC<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington, DE 19801 |
| **By Hand Delivery**<br>David B. Stratton Esq.<br>Leigh-Anne M. Raport Esq.<br>Evelyn J. Meltzer Esq<br>Pepper Hamilton LLP<br>1313 Market Street<br>Suite 5100<br>Wilmington, DE 19801 | **By Hand Delivery**<br>Henry Jaffe Esq.<br>Pepper Hamilton LLP<br>1313 Market Street<br>Suite 5100<br>Wilmington, DE 19801 |
| **By Hand Delivery**<br>Joanne B. Wills Esq.<br>Klehr Harrison<br>919 Market Street<br>Suite 1000<br>Wilmington, DE 19801 | **By Hand Delivery**<br>Marla R. Eskin Esq.<br>Ayesha S. Chacko Esq.<br>Campbell & Levine LLC<br>800 N King Street<br>Suite 300<br>Wilmington, DE 19801 |
| **By Hand Delivery**<br>William P. Bowden Esq.<br>Amanda M. Winfree Esq.<br>Ashby & Geddes P.A.<br>500 Delaware Avenue<br>8th Floor<br>Wilmington, DE 19801 | **By Hand Delivery**<br>Mary F. Caloway Esq.<br>P.J. Duhig Esq.<br>Buchanan Ingersoll & Rooney<br>1000 West Street<br>Suite 1410<br>Wilmington, DE 19801 |
| **By Hand Delivery**<br>Brett D. Fallon Esq.<br>Morris James LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801 | **By Hand Delivery**<br>Carl N. Kunz Esq.<br>Michael J. Custer Esq.<br>Morris James LLP<br>500 Delaware Ave<br>Suite 1500<br>Wilmington, DE 19801 |
| **By Hand Delivery**<br>US Attorney's Office<br>District of Delaware<br>1007 N. Orange Street<br>Wilmington, DE 19801 | **By Hand Delivery**<br>Thomas P. Tinker. Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207 Lockbox 35<br>Wilmington, DE 19801-3519 |

**By Hand Delivery**
Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801

**By Hand Delivery**
Duane D. Werb Esq.
Werb & Sullivan
300 Delaware Avenue
13th Floor
Wilmington, DE 19801

**By Hand Delivery**
Kathleen M. Miller Esq.
Smith Katzenstein & Furlow
800 Delaware Avenue
10th Floor
Wilmington, DE 19801

**By Hand Delivery**
Maria Aprile Maria Aprile Sawczuk Esq.
Stevens & Lee P.C.
1105 N Market Street
7th Floor
Wilmington, DE 19801

**By Hand Delivery**
Ricardo Palacio Esq.
Ashby & Geddes P.A.
500 Delaware Avenue
Wilmington, DE 19801

**By Hand Delivery**
Gregory A. Taylor Esq.
Benjamin W. Keenan Esq.
Ashby & Geddes P.A.
500 Delaware Avenue
8th Floor
Wilmington, DE 19801

**By Hand Delivery**
Rachel B. Mersky Esq.
Monzack Mersky McLaughlin
and Browder P.A.
1201 N Orange Street
Suite 400
Wilmington, DE 19801

**By Hand Delivery**
Jeffrey S. Wisler Esq.
Marc J. Phillips Esq.
Connolly Bove
The Nemours Building
1007 N Orange St
Wilmington, DE 19801

**By Hand Delivery**
Charlene D. Davis Esq.
Daniel A. O'Brien Esq.
Justin R. Alberto
Bayard P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

**By Hand Delivery**
John V. Fiorella Esq.
Archer & Greiner PC
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801

**By Hand Delivery**
Charles J. Brown III Esq.
Archer & Greiner PC
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801

**By Hand Delivery**
Kurt F. Gwynne Esq.
J. Cory Falgowski Esq.
Reed Smith LLP
1201 N Market Street
Suite 1500
Wilmington, DE 19801

**By Hand Delivery**
Michael R. Lastowski
Duane Morris LLP
1100 N. Market Street
Suite 1200
Wilmington, DE 19801

**By Hand Delivery**
Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705

**By Hand Delivery**
James L. Patton
Edwin J. Harron
Young Conaway
The Brandywine Bldg
1000 West Street
17th Floor
Wilmington, DE 19801

**By Hand Delivery**
Gregg M. Galardi
Sarah E. Pierce
Skadden Arps Slate
Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

**By Hand Delivery**
Christopher P. Simon
Cross & Simon LLC
913 N. Market Street
11th Floor
Wilmington, DE 19801

**First Class Mail**
Sheryl L. Moreau Esq.
Missouri Dept of Revenue
P.O. Box 475
Bankruptcy Division
Jefferson City, MO 65105-0475

**International First Class Mail**
Michael J. Wunder
R. Snayne Kukulowicz
Alex L. MacFarlane
Fraser Milner Casgrain LLP
1 First Canadian Place
100 King Street West
Floor 42
Toronto, Ontario M5X 1B2
CANADA

**International First Class Mail**
Stephen Gale
Herbert Smith
Exchange House
Primrose Streeet
London, UK EC2A 2HS
ENGLAND

Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

**By Hand Delivery**
Ian Connor Bifferato
Kevin G. Collins
Bifferato LLC
800 N. King Street
First Floor
Wilmington, DE 19801

**By Hand Delivery**
Norman L. Pernick
Sanjay Bhatnagar
Cole Schotz Meisel Forman
& Leonard
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

**By Hand Delivery**
Stuart M. Brown
Edwards Angell Palmer & Dodge
919 N. Market Street
Suite 1500
Wilmington, DE 19801

**International First Class Mail**
Jennifer Stam
Ogilvy Renault LLP
Royal Bank Plaza South Tower
200 Bay Street
Suite 3800
Toronto, Ontario M5J 2Z4
CANADA

**International First Class Mail**
Derek Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario K1A 1K3
CANADA

**International First Class Mail**
Minoru Inayoshi, Gen Mgr of M&A
Hitachi, Lt.
Telecommunicatons & Network
Systems Division
216 Totsuka-cho
Totsuka-ku, Yokohama
-shi 244-8567
JAPAN

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC 28233

**First Class Mail**
Rod Andrerson Esq.
Noel R. Boeke Esq.
Holland & Knight LLP
P.O. Box 1288
Tampa, FL 33601-1288

**First Class Mail**
Centralized Insolvency Operation
Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326

**First Class Mail**
Laura L. McCloud Esq.
Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202

**First Class Mail**
Jan M. Geht, Esquire
U.S. Dept of Justice Tax Div
P.O. Box 227
Washington, DC 20044

**First Class Mail**
Vicente Matias Murrell Esq.
Stephen D. Schreiber Esq.
Pension Benefit Guaranty Corp
1200 K Street NW
Washington, DC 20005-4026

**First Class Mail**
John P. Dillman Esq.
Linebarger Goggan Blair
& Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

**First Class Mail**
Amos U. Priester IV Esq.
Anna B. Osterhout Esq.
Smith Anderson Blount Dorsett
Mitchell & Jernigan LLP
P.O. Box 2611
Raleigh, NC 27602-2611

**First Class Mail**
L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

**First Class Mail**
Seth B. Shapiro Esq.
U.S. Dept of Justice Civil Div
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

**First Class Mail**
Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA 19424

**First Class Mail**
Dana S. Plon Esq.
Sirlin Gallogly & Lesser
123 S. Broad Street
Suite 2100
Philadelphia, PA 19109

**First Class Mail**
Edward C. Wetmore VP & Gen Counsel
Amphenol Corporation
358 Hall Avenue
Wallingford, CT 06492

**First Class Mail**
Joseph E. Shickich Jr. Esq.
Riddell Williams P.S.
1001 4th Avenue
Suite 4500
Seattle, WA  98154-1192

**First Class Mail**
David G. Aelvoet Esq.
Linebarger Goggan Blair
& Sampson LLP
Travis Bldg Suite 300
711 Navarro
San Antonio, TX  78205

**First Class Mail**
Carren B. Shulman Esq.
Kimberly K. Smith Esq.
Sheppard Mullin Richter
& Hampton LLP
30 Rockefeller Plaza
24th Floor
New York, NY  10112

**First Class Mail**
Edmond P. O'Brien Esq.
Stempel Bennett Claman
& Hochberg P.C.
675 Third Avenue
31st Floor
New York, NY  10017

**First Class Mail**
Raniero D'Aversa Jr. Esq.
Laura D. Metzger Esq.
Weston T. Eguchi Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103-0001

**First Class Mail**
Michelle McMahon Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104

**First Class Mail**
Alan Kolod
Christopher J. Caruso
Kent C. Kolbig
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174

**First Class Mail**
Ramona Neal Esq.
HP Company
11307 Chinden Blvd
MS 314
Boise, ID  83714

**First Class Mail**
David A. Rosenzweig Esq.
Fulbright & Jaworski LLP
666 5th Avenue
New York, NY  10103-3198

**First Class Mail**
Alistar Bambach
SEC NY Regional Office
Bankruptcy Division
3 World Financial Center
Suite 400
New York, NY  10281-1022

**First Class Mail**
Michael L. Schein Esq.
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY  10019

**First Class Mail**
Dennis Dunne Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413

**First Class Mail**
N. Thodore Zink Jr. Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

**First Class Mail**
Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY  10020

**First Class Mail**
Val Mandel Esq.
Val Mandel P.C.
80 Wall Street
Ste 1115
New York, NY 10005

**First Class Mail**
Steven J. Reisman Esq.
James V. Drew Esq.
Curtis Mallet-Prevost Colt
& Mosle LLP
101 Park Avenue
New York, NY 10178-0061

**First Class Mail**
Jeremy E. Crystal Esq.
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019

**First Class Mail**
Robert J. Rosenberg
Michael J. Riela
Zachary N. Goldstein
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY 10022-4068

**First Class Mail**
Kristin S. Elliott
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**First Class Mail**
Terry Zale
Flextronics International
305 Interlocken Pkwy
Broomfield, CO 80021

**First Class Mail**
Lynnette R. Warman
Hunton & Williams
1445 Ross Avenue
Rountain Place
Suite 3700
Dallas, TX 75202-2799

**First Class Mail**
Kenneth E. Noble Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

**First Class Mail**
Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas
19th Floor
New York, NY 10036

**First Class Mail**
Marc Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019-6099

**First Class Mail**
David S. Allinson
Thomas Malone
Alexandra Croswell
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY 10022-4068

**First Class Mail**
Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036

**First Class Mail**
Stephen C. Stapleton
Dykema Gossett PLLC
1717 Main Street
Ste 4000
Dallas, TX 75201-7332

**First Class Mail**
Jonathan L. Howell Esq.
Munsch Hardt Kopf & Harr P.C.
3800 Lincoln Plaza
500 N Akard Street
Dallas, TX 75201-6659

**First Class Mail**
Robert T. Vance Jr.
Law Offices of Robert T. Vance Jr.
100 South Broad Street
Suite 1530
Philadelphia, PA 19110

**First Class Mail**
Carol E. Momjian Esq.
PA Senior Deputy Atty Gen
21 S 12th Street
3rd Floor
Philadelphia, PA 19107-3603

**First Class Mail**
David L. Pollack Esq.
Jeffrey Meyers Esq.
Robert McL. Bootel
Ballard Spahr Andrews
& Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market Street
Philadelphia, PA 19103

**First Class Mail**
Alan S. Kopit Esq.
Christopher W. Peer Esq.
Hahn Loeser & Parks LLP
200 Public Square
Suite 2800
Cleveland, OH 44114

**First Class Mail**
Linda Boyle
tw telecom inc.
10475 Park Meadows Dr
Suite 400
Littleton, CO 80124

**First Class Mail**
Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031

**First Class Mail**
Dustin P. Branch Esq.
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

**First Class Mail**
John C. Vigano Esq.
Patricia J. Fokuo Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606-6473

**First Class Mail**
Eric S. Prezant Esq.
Bryan Cave LLP
161 N Clark Street
Suite 4300
Chicago, IL 60601

**First Class Mail**
Melissa A. Mickey
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60604-1404

**First Class Mail**
Jill L. Murch Esq.
Lars A. Peterson Esq.
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60654-5313

**First Class Mail**
Cullen K. Kuhn Esq.
Bryan Cave LLP
211 N Broadway
Suite 3600
St. Louis, MO 63102

**First Class Mail**
David L. Uranga
Bell Microproducts Inc
201 Monroe Street
Suite 300
Montgomery, AL 36104

**First Class Mail**
Jeffrey B. Ellman Esq.
Robbin S. Rahman Esq.
Jones Day
1420 Peachtree St NE
Ste 800
Atlanta, GA 30309

**First Class Mail**
Rachel S. Budke Esq.
FPL Law Department
700 Universe Blvd
Juno Beach, FL 33408

**First Class Mail**
Joyce A. Kuhns
Saul Ewing LLP
500 E. Pratt Street
8th Floor
Baltimore, MD 21202

**First Class Mail**
Randall D. Crocker Esq.
VonBriesen & Roper S.C.
411 E Wisconsin Avenue
Ste 700
Milwaukee, WI 53202

**First Class Mail**
Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street
Suite 1010
San Francisco, CA 94104

**First Class Mail**
James C. Waggoner Esq.
Davis Wright Tremaine LLP
1300 SW 5th Avenue
Suite 2300
Portland, OR 97201-5630

**First Class Mail**
Scott K. Brown Esq.
Lewis and Roca LLP
40 North Central Avenue
Suite 1900
Phoenix, AZ 85004

**First Class Mail**
Jennifer V. Doran Esq.
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA 02109

**First Class Mail**
Doug Goin CFO
APC Workforce Solutions LLC
420 South Orange Avenue
6th Floor
Orlando, FL 32801

**First Class Mail**
Richard M. Kremen Esq.
Dale K. Cathell Esq.
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209

**First Class Mail**
Shawn M. Christianson Esq.
Buchalter Nemer
333 Market Street
25th Floor
San Francisco, CA 94105-2126

**First Class Mail**
Elizabeth Weller Esq.
Linebarger Goggan Blair
& Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201

**First Class Mail**
Brian W. Bisignani Esq.
Post & Schell P.C.
17 N 2nd Street
12th Floor
Harrisburg, PA 17101-1601

**First Class Mail**
Nicholas Skiles Esq.
John A. Wetzel Esq.
Swartz Campbell LLC
One S. Church Street
Suite 400
West Chester, PA 19382

**First Class Mail**
Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110

**First Class Mail**
Lawrence M. Schwab Esq.
Thomas M. Gaa Esq.
Patrick M. Costello Esq.
Bialson Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA  94306

**First Class Mail**
David I. Swan Esq.
Kenneth M. Misken Esq.
McGuireWoods LLP
1750 Tysons Blvd
Suite 1800
McLean, VA  22102-4215

**First Class Mail**
Ann Groninger Esq.
Patterson Harkavy
225 E. Worthington Ave
Suite 200
Charlotte, NC  28203

**First Class Mail**
Elizabeth Banda Esq.
Perdue Brandon Fielder Collins
& Mott LLP
4025 Woodland Park Blvd
Suite 300
Arlington, TX  76013

**First Class Mail**
Donald K. Ludman Esq.
Brown & Connery LLP
6 North Broad Street
Ste 1000
Woodbury, NJ  08096

**First Class Mail**
Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Avenue
New York, NY  10022

**First Class Mail**
Robert S. McWhorter Esq.
Nossaman LLP
915 L Street
Ste 1000
Sacramento, CA  95814

**First Class Mail**
David M. Schilli Esq.
Ty E. Shaffer Esq.
Robinson Bradshaw & Hinson P.A.
101 North Tryon Street
Suite 1900
Charlotte, NC  28246

**First Class Mail**
J. Scott Douglass Esq.
909 Fannin
Suite 1800
Houston, TX  77010

**First Class Mail**
Stephen K. Dexter Esq.
Lathrop & Gage LLP
370 17th Street
Ste 4650
Denver, CO  80202

**First Class Mail**
Beverly H. Shideler BS8399
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL  60181

**First Class Mail**
Attn:  Chantel Pinnock
Travelers
1 Tower Square
5MN
Hartford, CT  06183-4044

**First Class Mail**
Mark G. Ledwin Esq.
Wilson Elser Moskowitz
Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY  10604

**First Class Mail**
Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC  27709

**First Class Mail**
Ernie Holling President
The InTech Group Inc.
305 Exton Commons
Exton, PA  19341

**First Class Mail**
R. S. Stahel
IBM Corp. Legal Dept
1503 LBJ Freeway
3rd Floor
Dallas, TX  75234

**First Class Mail**
Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

**First Class Mail**
David N. Crapo Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

**First Class Mail**
Attn: Nathan Fuchs
SEC NY Regional Office
233 Broadway
New York, NY  10279

**First Class Mail**
Devin Lawton Palmer
Boylan Brown
2400 Chase Square
Rochester, NY  14604

**First Class Mail**
Soren E. Gisleson
Herman Herman Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA  70113

**First Class Mail**
Hubert H. Kuo Esq.
Buus Kim Kuo & Tran LLP
4675 MacArthur Ct
Suite 590
Newport Beach, CA  92660

**First Class Mail**
Vincent A. D'Agostino Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

**First Class Mail**
Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 S. Service Road
Suite 200
Melville, NY  11747

**First Class Mail**
Securities & Exchange Commission
100 F Street NE
Washington, DC  20549

**First Class Mail**
Deborah B. Waldmeir Esq.
State of MI Dept of Treasury
3030 W Grand Blvd.
Suite 10-200
Cadillac Place
Detroit, MI  48202

**First Class Mail**
Dennis F. Dunne Esq.
Thomas R. Kreller Esq.
Albert A. Pisa Esq.
Andrew M. Leblanc Esq.
Milbank Tweed Hadley
& McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005

**First Class Mail**
Shannon E. Hoff
Poyner Spruill LLP
301 S. College Street
Suite 2300
Charlotte, NC  28202

**First Class Mail**
Aaron L. Hammer Esq.
Devon J. Eggert Esq.
Freeborn & Peters LLP
311 South Wacker Dr
Suite 3000
Chicago, IL  60606

**First Class Mail**
Christopher J. Horvay Esq.
Gould & Ratner LLP
222 N Lasalle Street
Suite 800
Chicago, IL  60601

**First Class Mail**
Stephen C. Tingey, Esq.
Ray Quinney & Nebeker P.C.
36 South State Street
Suite 1400
Salt Lake City, UT  84145-0385

**First Class Mail**
Robert E. Nies Esq.
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ  07052

**First Class Mail**
Jennifer Feldsher
Bracewell & Guiliani LLP
1177 Avenue of the Americas
New York, NY  10036-2714

**First Class Mail**
David Capozzi
Acting General Counsel
Universal Service Administrative Co
2000 L Street NW
Suite 200
Washington, DC  20036

**First Class Mail**
Denise A. Mertz
UC Tax Agent/Bankruptcy Rep
PA Department of Labor & Industry
Reading Bankrutpcy &
Complaince Unit
625 Cherry Street
Room 203
Reading, PA  19602-1184

**First Class Mail**
Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY  10004

**First Class Mail**
Robert N. Brier
Brier Irish Hubbard & Erhard PLC
2400 E. Arizona Biltmore Circle
Suite 1300
Phoenix, AZ  85016-2115

**First Class Mail**
James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street
Suite 1000
Baltimore, MD  21202-1671

**First Class Mail**
Max Taylor Asst. City Atty.
Municipal Operations
201 W. Colfax Avenue
Dept. 1207
Denver, CO  80202-5332

**First Class Mail**
Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704

**First Class Mail**
Kell C. Mercer
Afton Sands-Puryear
Brown McCarroll LLP
111 Congress Avenue
Suite 1400
Austin, TX  78701

**First Class Mail**
Susan R. Fuertes Esquire
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032

**First Class Mail**
Stephen J. Shimshak
Marilyn Sobel
Paul Weiss Rifkind Wharton
& Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

**First Class Mail**
Jeffrey B. Rose
Tishler & Walk, Ltd.
200 S. Wacker Drive
Suite 3000
Chicago, IL 60606

**First Class Mail**
Lawrence E. Miller Esq.
Dewey & LeBoeuf LLP
125 W. 55th Street
New York, NY 10019

**First Class Mail**
Tiffany Strelow Cobb
Vorys Sater Seymour and Pease
55 East Gay Street
Columbus, OH 43215

**First Class Mail**
Ronald Rowland Esquire
EMC Corporation
c/o Receivable Management Servs
307 International Circle
Suite 270
Hunt Valley, MD 21094

**First Class Mail**
J. Douglas Bacon
Alice Decker Burke
Joseph A. Simei
Latham & Watkins LLP
233 South Wacker Drive
Suite 5800
Chicago, IL 60606

**First Class Mail**
James M. Wilton
Patricia I. Chen
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

**First Class Mail**
Office of Unemplmt Insurance Contributions Div.
MD Department of Labor
Licensing & Reg.
Litigation Prosecution Unit
1100 N. Eutaw Street
Room 401
Baltimore, MD 21201

**First Class Mail**
Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 N. Stetson Avenue
Suite 3700
Chicago, IL 60601-6710

**First Class Mail**
James H. Lister
Birch Horton Bittner & Cherot
1155 Connecticut Avenue NW
Suite 1200
Washington, DC 20036

**First Class Mail**
Judith W. Ross
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201

**First Class Mail**
Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
J. Landon Ellis, Esq.
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

**First Class Mail**
Ernest S. Wechsler
Kramer Levin Naftalis Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**First Class Mail**
Hilla Uribe
Richard Chesley
Paul Hastings Janofsky &
Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606