**Wave 8 Service List**

**Via Hand Delivery**

Gregory Taylor
Benjamin Keenan
Ashby & Geddes, P.A.
500 Delaware Ave.
Wilmington, DE 19899

Natasha Songonuga
GIBBONS P.C.
1000 N. West St.
Wilmington, DE 19801

**Via First Class Mail**

David Crapo
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102