**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*<br><br>Nortel Networks Inc., *et al.,* [1]<br><br>                         Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |
| Nortel Networks Inc. v. The Advertising Checking Bureau, Inc. | Adv. Pro. No. 10-55905 |
| Nortel Networks Inc. v. Aricent Technologies (Holdings) Limited | 10-55834 |
| Nortel Networks Inc. v. Axerra Networks, Inc. | 10-55836 |
| Nortel Networks Inc. v. Citrix Systems, Inc. | 10-55838 |
| Nortel Networks Inc. v. CMGRP, Inc. d/b/a Weber Shandwick | 10-55933 |
| Nortel Networks Inc., *et al.* v. CoAMS, Inc., *et al.* | 10-55840 |
| Nortel Networks Inc. v. Continuous Computing Corporation | 10-55862 |
| Nortel Networks Inc. v. Global IP Solutions, Inc. | 10-55864 |
| Nortel Networks Inc. v. Insight Direct USA, Inc. | 10-55868 |

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| Nortel Networks Inc. v. Layne Communications, LP | 10-55877 |
| Nortel Networks Inc. v. LTS Managed Technical Services LLC | 10-55879 |
| Nortel Networks (CALA) Inc. v. Manning Global, Inc. | 10-55882 |
| Nortel Networks Inc., *et al.* v. McCann-Erickson Worldwide, Inc. | 10-55937 |
| Nortel Networks Inc. v. Monster Worldwide, Inc. | 10-55884 |
| Nortel Networks Inc. v. NSG Technology Inc. | 10-55887 |
| Nortel Networks Inc. v. Prudential Relocation, Inc. | 10-55931 |
| Nortel Networks Inc. v. Razorfish, LLC | 10-55938 |
| Nortel Networks Inc. v. Real Time Monitors, Inc. | 10-55896 |
| Nortel Networks Inc. et al. v. Right Management Inc. | 10-55928 |
| Nortel Networks Inc. v. SecureLogix Corporation | 10-55898 |
| Nortel Networks Inc. v. Siemens Enterprise Communications, Inc. | 10-55930 |
| Nortel Networks Inc. v. Sourcefire, Inc. | 10-55906 |
| Nortel Networks Inc. v. Starent Networks LLC | 10-55932 |
| Nortel Networks Inc. v. Sterling Mets, L.P., *et al.* | 10-55903 |
| Nortel Networks Inc. v. Trapeze Networks, Inc. | 10-55907 |

| | |
|---|---|
| Nortel Networks Inc. v. TTI Team Telecom International Inc. | 10-55888 |
| Nortel Networks Inc. v. Westcon Group (North America), Inc., *et al.* | 10-55899 |
| Nortel Networks Inc. v. ZOHO Corporation f/k/a AdventNet Inc. | 10-55908 |

## STATUS REPORT ON AVOIDANCE ACTIONS
## <u>ASSIGNED TO THE HONORABLE KEVIN GROSS, CHIEF JUDGE</u>

   In accordance with the Court's Chambers' Procedures and the Scheduling Order dated March 9, 2011 entered with respect to the above-captioned adversary proceedings, plaintiffs Nortel Networks Inc. and Nortel Networks (CALA), Inc., by and through its undersigned counsel, submits the following status report with respect to the above-captioned adversary proceedings.

Dated:  September 8, 2011
Wilmington, Delaware

      CLEARY GOTTLIEB STEEN & HAMILTON LLP[2]

      Deborah M. Buell (admitted *pro hac vice*)
      Neil P. Forrest (admitted *pro hac vice*)
      Nora K. Abularach (admitted *pro hac vice*)
      One Liberty Plaza
      New York, New York 10006
      Telephone:  (212) 225-2000
      Facsimile:  (212) 225-3999

       - and -

---

[2] Cleary Gottlieb Steen & Hamilton LLP is Debtors' counsel in each of the above-captioned cases except (i) Nortel Networks Inc., *et al.* v. McCann-Erickson Worldwide, Inc., *et al.*, Adv. Pro. No. 10-55937; (ii) Nortel Networks Inc. v. CMGRP, Inc. d/b/a Weber Shandwick, Adv. Pro. No. 10-55933; (iii) Nortel Networks Inc. v. Prudential Relocation, Inc., Adv. Pro. No. 10-55931; (iv) Nortel Networks Inc. v. Razorfish, LLC, Adv. Pro. No. 10-55938; (v) Nortel Networks Inc. *et al.* v. Right Management Inc., Adv. Pro. No. 10-55928; (vi) Nortel Networks Inc. v. Starent Networks LLC, Adv. Pro. No. 10-55932 and (vii) Nortel Networks Inc. v. Siemens Enterprise Communications, Inc., Adv.Pro. No. 10-55930.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP[3]

_/s/ Chad A. Fights_
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Chad Fights (No. 5006)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

- and –

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP[4]

_/s/ Jennifer R. Hoover_
Raymond H. Lemisch, Esquire (No. 4204)
Jennifer R. Hoover, Esquire (No. 5111)
Jennifer E. Smith, Esquire (No. 5278)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801-7005
(302) 442-7010 (telephone)
(302) 442-7012 (facsimile)
rlemisch@beneschlaw.com
jhoover@beneschlaw.com
jsmith@beneschlaw.com

---

[3]   Morris, Nichols, Arsht & Tunnell LLP is Debtors' counsel in each of the above-captioned cases except (i) Nortel Networks Inc. v. Prudential Relocation, Inc., Adv. Pro. No. 10-55931; (ii) Nortel Networks Inc. et al. v. Right Management Inc., Adv. Pro. No. 10-55928; (iii)  Nortel Networks Inc. v. Starent Networks LLC, Adv. Pro. No. 10-55932; (iv) Nortel Networks Inc. v. Sourcefire, Inc., Adv. Pro. No. 10-55906 and (v) Nortel Networks Inc. v. Siemens Enterprise Communications, Inc., Adv.Pro. No. 10-55930.

[4]   Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch") is Debtors' counsel in (i) Nortel Networks Inc. v. Prudential Relocation, Inc., Adv. Pro. No. 10-55931; (ii) Nortel Networks Inc. et al. v. Right Management Inc., Adv. Pro. No. 10-55928; (iii) Nortel Networks Inc. v. Siemens Enterprise Communications, Inc., Adv.Pro. No. 10-55930; (iv) Nortel Networks Inc. v. Starent Networks LLC, Adv. Pro. No. 10-55932; and (v) Nortel Networks Inc. v. Sourcefire, Inc., Adv. Pro. No. 10-55906.  Benesch is also Debtors' counsel (as to certain defendants only, which defendants have subsequently been dismissed) as set forth in the amended complaint in Nortel Networks Inc., _et al._ v. McCann-Erickson Worldwide, Inc., _et al.,_ Adv. Pro. No. 10-55937.

**STATUS A**

**SERVICE NOT YET COMPLETED**

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

**STATUS B**

**SERVICE COMPLETE, ANSWER DUE**

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

**STATUS C**

**MOTION OR APPLICATION FOR DEFAULT JUDGMENT FILED OR TO BE FILED**

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

**STATUS D**

**NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED**

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55877 | Layne Communications, L.P. | Stipulation of dismissal filed on August 1, 2011.  Proceeding closed by Clerk's Office on August 2, 2011. |
| 10-55930 | Siemens Enterprise Communications, Inc. | Stipulation of dismissal filed. Proceeding closed by Clerk's Office on August 2, 2011 |
| 10-55907 | Trapeze Networks, Inc. | Stipulation of dismissal filed on September 6, 2011. |
| 10-55868 | Insight Direct USA, Inc. | Stipulation of dismissal to be filed. |
| 10-55862 | Continuous Computing Corporation | Stipulation of dismissal filed on September 1, 2011.  Proceeding closed by Clerk's Office on September 2, 2011. |

**STATUS E**

**RESOLVED/SETTLED:  MAY NOT YET BE DISMISSED**

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55864 | Global IP Solutions, Inc. | Parties have reached an agreement in principle to settle this matter.  Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy Court. |
| 10-55834 | Aricent Technologies (Holdings) Limited | Parties have reached an agreement in principle to settle this matter.  Pursuant to the Settlement Procedures Order, the Debtors will provide the Notice Parties with notice of this proposed settlement. |
| 10-55896 | Real Time Monitors, Inc. | Parties have reached an agreement in principle to settle this matter.  Pursuant to the Settlement Procedures Order, the Debtors will provide the Notice Parties with notice of this proposed settlement. |
| 10-55898 | SecureLogix Corporation | Parties have reached an agreement in principle to settle this matter.  Pursuant to the Settlement Procedures Order, the Debtors have provided the Notice Parties with notice of this proposed settlement. |
| 10-55879 | LTS Managed Technical Services L.L.C. | Parties have reached an agreement in principle to settle this matter.  Pursuant to the Settlement Procedures Order, a motion pursuant to Bankruptcy Rule 9019(b) will be filed in connection with this proposed settlement. |
| 10-55887 | NSG Technology Inc. | Parties have reached an agreement in principle to settle this matter.  Pursuant to the Settlement Procedures Order, the Debtors have provided the Notice Parties with notice of this proposed settlement. |
| 10-55908 | Zoho Corporation f/k/a AdventNet Inc. | Parties have reached an agreement in principle to settle this matter.  Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may |

| | | |
|---|---|---|
| | | consummate this settlement without further notice or order of the Bankruptcy Court. |
| 10-55836 | Axerra Networks, Inc. | Parties have reached an agreement in principle to settle this matter.  Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy Court. |
| 10-55840 | CoAMS, Inc., *et al.* | Parties have reached an agreement in principle to settle this matter.  Pursuant to the Settlement Procedures Order, a motion pursuant to Bankruptcy Rule 9019(b) will be filed in connection with the proposed settlement with CoAMS, Inc. and the Debtors are not required to file or serve advance notice of settlements with Pomeroy IT Solutions, Inc. or OneConnect Services Inc. and may consummate those settlements without further notice or order of the Bankruptcy Court. |

## STATUS F

## DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55905 | The Advertising Checking Bureau, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated July 29, 2011.  Defendant's responses to Plaintiff's initial discovery requests due September 15, 2011. |
| 10-55838 | Citrix Systems, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated September 6, 2011. |
| 10-55933 | CMGRP, Inc. d/b/a Weber Shandwick | Discovery will be proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55882 | Manning Global, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated August 4, 2011. |

| 10-55937 | McCann-Erickson Worldwide, Inc., et al. | Discovery will be proceeding against McCann-Erickson Worldwide, Inc. in accordance with the Amended Scheduling Order dated June 6, 2011.  An amended complaint adding additional defendants was filed on April 4, 2011 and a pre-trial conference adjourned with the consent of the Court with respect to those defendants pending service on all defendants. |
|---|---|---|
| 10-55844 | Monster Worldwide, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated August 2, 2011. Plaintiff's responses to Defendant's discovery requests due October 10, 2011. Defendant's responses to Plaintiff's discovery requests due October 10, 2011. |
| 10-55931 | Prudential Relocation, Inc. | Discovery proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55938 | Razorfish, LLC | Discovery will be proceeding in accordance with the Amended Scheduling Order dated June 14, 2011. |
| 10-55928 | Right Management, Inc. | Discovery proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55932 | Starent Networks LLC | Discovery proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55903 | Sterling Mets, L.P., *et al.* | Discovery will be proceeding in accordance with the Amended Scheduling Order dated July 26, 2011.  Defendant's responses to Plaintiff's discovery requests due October 14, 2011. Plaintiff's responses to Defendants' discovery requests due October 14, 2011. |
| 10-55888 | TTI Team Telecom International Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated August 26, 2011. |

## STATUS G

## NOTICE OF SELECTION OF MEDIATOR FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55899 | Westcon Group (North America), Inc. | Stipulation of Mediator filed on July 1, 2011.  Order Assigning Adversary Proceeding to Mediation and Appointing |

| | | |
|---|---|---|
| | | Mediator entered on July 15, 2011. Mediation is scheduled to occur on September 15, 2011. |
| 10-55906 | Sourcefire, Inc. | Stipulation of Mediator filed on July 5, 2011. Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on July 6, 2011. |

## STATUS H

### READY FOR TRIAL

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS I

### DISPOSITIVE MOTION PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS J

### STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS K

### APPEAL PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |