# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 8/1/2011  End Date 8/30/2011

**Enter Billing Rate/Hr:** 490.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 3.0 | $490.00 | $1,470.00 |
| 2 | Reviewing operational management of transition services | 14.6 | $490.00 | $7,154.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 119.8 | $490.00 | $58,702.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 8.4 | $490.00 | $4,116.00 |
| 5 | Fee Applications | 7.3 | $490.00 | $3,577.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 8.0 | $245.00 | $1,960.00 |
| | **Hours/Billing Amount for Period:** | **161.1** | | **$76,979.00** |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 8/1/2011 | NBS status call | 2 | 0.5 |
| 8/1/2011 | Case management call | 3 | 1.3 |
| 8/1/2011 | UCC call | 4 | 1.0 |
| 8/1/2011 | 1st half performance metrics | 3 | 1.0 |
| 8/1/2011 | Call with NNCC bondholder re info request | 3 | 1.3 |
| 8/1/2011 | Review and approve employee termination | 3 | 1.0 |
| 8/1/2011 | Employee staffing review re levels | 3 | 1.0 |
| 8/1/2011 | 2nd half performance metrics review and approval | 3 | 1.0 |
| 8/1/2011 | Review of motion to approve ATPA and Q1 settlements | 3 | 2.0 |
| 8/1/2011 | EMEA claims matters | 3 | 1.0 |
| 8/1/2011 | Iceberg closing matter finalization | 3 | 0.5 |
| 8/2/2011 | Preference settlements | 3 | 0.5 |
| 8/2/2011 | Review Genband reply | 3 | 1.0 |
| 8/2/2011 | Conveyance of remaining IPV4 | 3 | 0.3 |
| 8/2/2011 | Staff updates re retiree, claims, IT data, retention | 2 | 2.5 |
| 8/2/2011 | Contract questions re NNI employees | 3 | 2.0 |
| 8/2/2011 | Review of US PO's | 3 | 0.6 |
| 8/2/2011 | US data status | 3 | 2.0 |
| 8/2/2011 | Retiree committee matters | 3 | 2.0 |
| 8/2/2011 | 4th estate matters | 1 | 2.0 |
| 8/3/2011 | Preference settlements | 3 | 0.5 |
| 8/3/2011 | US estate finance work force plan review | 3 | 2.0 |
| 8/3/2011 | Call re 1st half AIP and 2nd half goals with bonds and UCC | 2 | 1.5 |
| 8/3/2011 | NNCC bond issues | 3 | 4.0 |
| 8/3/2011 | Cala waterfall analysis review | 3 | 2.0 |
| 8/4/2011 | Jabil inventory issues | 2 | 1.0 |
| 8/4/2011 | Call re EMEA claims and mediation | 3 | 1.0 |
| 8/4/2011 | Passport matter | 3 | 0.5 |
| 8/4/2011 | Preference settlements | 3 | 0.5 |
| 8/4/2011 | WFP for manufacturing group | 2 | 1.0 |
| 8/4/2011 | NNCC bond follow up | 3 | 1.0 |
| 8/4/2011 | Cala waterfall analysis review | 3 | 2.0 |
| 8/4/2011 | interestate issues | 2 | 2.0 |
| 8/5/2011 | NNCC bond follow up | 3 | 1.5 |
| 8/5/2011 | Call with Cleary re US estate and Canada term sheet | 3 | 2.0 |
| 8/5/2011 | Sub liquidation status call and review | 3 | 2.0 |
| 8/5/2011 | Tax appeal matter | 3 | 1.0 |
| 8/5/2011 | Insurance renewals | 2 | 0.5 |
| 8/5/2011 | Preference settlements | 3 | 0.5 |
| 8/5/2011 | RTP status | 3 | 0.5 |
| 8/5/2011 | IML transaction | 2 | 0.5 |
| 8/5/2011 | Claims estimates work | 3 | 3.0 |
| 8/6/2011 | Monthly fee application | 5 | 3.0 |
| 8/8/2011 | NBS call | 2 | 0.5 |
| 8/8/2011 | Case management call | 3 | 1.0 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 8/8/2011 | UCC call | 4 | 1.3 |
| 8/8/2011 | Review 1H P&L | 2 | 1.0 |
| 8/8/2011 | Call with bondholder re pending matters | 4 | 1.0 |
| 8/8/2011 | EMEA claims scheduling | 3 | 1.0 |
| 8/8/2011 | Jabil inventory | 3 | 1.0 |
| 8/8/2011 | Interestate issues | 3 | 2.0 |
| 8/9/2011 | US IP and M&A costs review | 3 | 1.5 |
| 8/9/2011 | Monthly fee application | 5 | 1.5 |
| 8/9/2011 | Preference matters | 3 | 1.0 |
| 8/9/2011 | Asia release | 1 | 1.0 |
| 8/9/2011 | Retiree matters | 3 | 3.0 |
| 8/9/2011 | July headcount review | 2 | 0.8 |
| 8/9/2011 | VA tax matter | 3 | 0.3 |
| 8/10/2011 | NNCC bond issues | 3 | 2.0 |
| 8/10/2011 | Cala waterfall analysis | 3 | 2.0 |
| 8/10/2011 | IT planning | 3 | 1.0 |
| 8/10/2011 | Claims updates | 3 | 2.0 |
| 8/10/2011 | Retiree matters | 3 | 2.0 |
| 8/10/2011 | Interestate issues | 3 | 2.0 |
| 8/10/2011 | Claims estimates and maters | 3 | 3.0 |
| 8/10/2011 | 4th estate matters | 3 | 1.0 |
| 8/10/2011 | Genband matter | 2 | 1.0 |
| 8/10/2011 | Kapsch documents | 3 | 0.0 |
| 8/10/2011 | FDEP well installation | 3 | 1.0 |
| 8/11/2011 | IP address matter | 3 | 0.8 |
| 8/12/2011 | Subsidiary liquidations reviews | 3 | 3.0 |
| 8/15/2011 | UCC call | 4 | 1.0 |
| 8/15/2011 | Case management call | 3 | 2.0 |
| 8/15/2011 | June MOR questions | 3 | 0.7 |
| 8/15/2011 | Telmar settlement | 3 | 0.3 |
| 8/15/2011 | Claims estimate work | 3 | 4.0 |
| 8/15/2011 | Review AP and approve various admin matters | 2 | 0.0 |
| 8/15/2011 | Florida well installation | 3 | 1.0 |
| 8/16/2011 | Call with UCC re claims | 4 | 1.0 |
| 8/16/2011 | IPA sale; discuss with committee | 4 | 0.3 |
| 8/16/2011 | Deferred comp matter | 3 | 3.0 |
| 8/16/2011 | June MOR | 3 | 0.5 |
| 8/16/2011 | Execute settlements and stips | 3 | 0.5 |
| 8/17/2011 | Travel to NY | 7 | 4.0 |
| 8/17/2011 | Call with Golder re well install | 3 | 1.0 |
| 8/17/2011 | Claims call with bonds | 4 | 1.0 |
| 8/17/2011 | Mediation prep | 3 | 3.0 |
| 8/18/2011 | Mediation re deferred comp | 3 | 9.0 |
| 8/19/2011 | Travel from NY | 7 | 4.0 |
| 8/22/2011 | Call with UK regulator | 3 | 0.8 |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 8/22/2011 | Weekly case management call | 3 | 0.3 |
| 8/22/2011 | Various inter estate matters | 2 | 0.8 |
| 8/22/2011 | Quarterly fee app | 5 | 2.8 |
| 8/23/2011 | Various preference settlement approvals | 3 | 1.5 |
| 8/23/2011 | GDNT reconciliation | 3 | 0.5 |
| 8/23/2011 | Information systems transition | 3 | 0.8 |
| 8/23/2011 | NNCC update | 3 | 0.5 |
| 8/23/2011 | RTP matter and review of modifications | 3 | 2.0 |
| 8/23/2011 | Call with bondholder referred by UCC | 4 | 0.8 |
| 8/24/2011 | Internet address call | 2 | 1.0 |
| 8/24/2011 | RTP agreement mark up and call | 3 | 3.5 |
| 8/24/2011 | Cross border claims | 3 | 2.0 |
| 8/24/2011 | Customs matter | 3 | 1.0 |
| 8/24/2011 | IP addresses | 3 | 1.0 |
| 8/25/2011 | IP addresses | 3 | 1.0 |
| 8/25/2011 | RTP matter | 3 | 2.0 |
| 8/25/2011 | Interco claims and bar date review | 3 | 2.0 |
| 8/25/2011 | ASM matter | 3 | 0.8 |
| 8/26/2011 | Non debtor wind down | 3 | 1.0 |
| 8/26/2011 | Bondholder inquiry | 4 | 0.5 |
| 8/29/2011 | Call with NNCC holder re MOR | 4 | 0.5 |
| 8/30/2011 | MOR revisions | 3 | 1.0 |