Form 210A (10/06)

# United States Bankruptcy Court
## District Of Delaware

In re:     Nortel Networks Inc.,
Case No.    09-10138

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(1)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
**Fair Harbor Capital, LLC**
As assignee of GID 0520948 (aka Khai Vo)

Name of Transferor:
GID 0520948 (aka Khai Vo)

Name and Address where notices to transferee should be sent:

Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023

Court Claim # (if known):
Amount of Claim: $28,967.32
Date Claim Filed:

Name and Address of Transferor:

GID 0520948 (aka Khai Vo)
c/o Nortel Networks Inc
4001 E Chapel Hill - Nelson Pkwy
Research Triangle Park, NC 27709

Phone:    212 967 4035
Last Four Digits of Acct #:    n/a

Phone:
Last Four Digits of Acct. #:    n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:    n/a
Last Four Digits of Acct #:    n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/Fredric Glass      Date:    September 9, 2011
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District Of Delaware

In re:     Nortel Networks Inc.,
Case No.   09-10138

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

### Claim No. (if known)
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on September 9, 2011.

Name of Transferee:
 Fair Harbor Capital, LLC
 As assignee of GID 0520948 (aka Khai Vo)

Name of Alleged Transferor:
 GID 0520948 (aka Khai Vo)

Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY  10023

Name and Address of Alleged Transferor:

GID 0520948 (aka Khai Vo)
c/o Nortel Networks Inc
4001 E Chapel Hill - Nelson Pkwy
Research Triangle Park, NC 27709

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

Clerk of the Court

**TRANSFER NOTICE**

GID 0520948 (aka Khai Vo) ("Assignor"), transfers and assigns unto Fair Harbor Capital, LLC with an address at 1841 Broadway Suite 1007, New York, NY 10023, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title, and interest in, to and under the claim of Assignor as set forth in the Agreement against Nortel Networks, Inc. (the "Debtor"), in the aggregate amount of $28,967.32, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 09-10138.

IN WITNESS WHEREOF, Assignor has signed below as of the __31__ day of __Aug__, 2011.

GID 0520948 (aka Khai Vo)

By: _____      __KHAI T. VO__
   Signature                        Print Name/Title

Fair Harbor Capital, LLC

By: _____
   Fred Glass

Victor Knox

Claim Question? Call: 646 282 2400   Technical Support Question? Call: 800 794 4430

Guest | Sign In

**epiq SYSTEMS** docket club

**NORTEL**
Nortel Networks Inc.
Change Client

Client Home | Claims | Docket | Key Documents

Home>Search Claims

Bookmark this Page

## Search Claims

### Criteria

| | | |
|---|---|---|
| **Claim Number** | **Creditor Name** Name Starts With — gid 05209 | **Scope** Claims and Schedules |
| **Schedule Number** | **Amount** Total Claim Value — Equals | |
| **Docket Number** | **Claim Date Range** — to — | |
| **Debtor** | | |

Order By: Creditor Name    Results Per Page: 25

### Results
Expand All

[1] Page 1 of 1 - 13 total items

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| | 100550920 | GID 0520901 | | Schedule G | No Image |
| | 100550930 | GID 0520902 | | Schedule G | No Image |
| | 100550940 | GID 0520905 | | Schedule G | No Image |
| | 100550950 | GID 0520908 | | Schedule G | No Image |
| | 100550960 | GID 0520914 | | Schedule G | No Image |
| | 100550970 | GID 0520929 | | Schedule G | No Image |
| | 100550980 | GID 0520940 | | Schedule G | No Image |
| | 100550990 | GID 0520945 | | Schedule G | No Image |
| | 100551000 | GID 0520946 | | $28,967.32 | No Image |
| | | NORTEL NETWORKS INC. 4001 E CHAPEL HILL-NELSON HWY RESEARCH TRIANGLE PARK, NC 27709-3010 | Scheduled Priority: Scheduled Unsecured: | $14.74 $28,952.58 | |
| | | Debtor: 09-10138 Nortel Networks Inc. | | | |
| | 100551010 | GID 0520946 | | Schedule G | No Image |
| | | 4001 E CHAPEL HILL-NELSON HWY P.O. BOX 13010 RESEARCH TRIANGLE PARK, NC 27709-3010 | | | |
| | | Debtor: 09-10138 Nortel Networks Inc. | | | |
| | 100551020 | GID 0520955 | | Schedule G | No Image |
| | 100551030 | GID 0520961 | | Schedule G | No Image |
| | 100551040 | GID 0520999 | | Schedule G | No Image |

[1] Page 1 of 1 - 13 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.

In re **NORTEL NETWORKS INC.**                    Case No. 09-10138

Debtor                                           (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. GID 0517953 NORTEL NETWORKS INC. 4001 E. CHAPEL HILL-NELSON HWY RESEARCH TRIANGLE PARK, NC 27709-3010 | | | SEVERANCE | | | | $49,822.78 | $5,340.97 | $44,481.81 |
| ACCOUNT NO. GID 0518668 NORTEL NETWORKS INC. 4001 E. CHAPEL HILL-NELSON HWY RESEARCH TRIANGLE PARK, NC 27709-3010 | | | SEVERANCE | | | | $19,884.60 | $3,973.94 | $15,910.66 |
| ACCOUNT NO. GID 0518998 NORTEL NETWORKS INC. 4001 E. CHAPEL HILL-NELSON HWY RESEARCH TRIANGLE PARK, NC 27709-3010 | | | SEVERANCE | | | | $23,405.04 | $2,855.20 | $20,549.84 |
| ACCOUNT NO. GID 0519369 NORTEL NETWORKS INC. 4001 E. CHAPEL HILL-NELSON HWY RESEARCH TRIANGLE PARK, NC 27709-3010 | | | SEVERANCE | | | | $24,664.59 | $4,312.53 | $20,352.06 |
| ACCOUNT NO. GID 0520312 NORTEL NETWORKS INC. 4001 E. CHAPEL HILL-NELSON HWY RESEARCH TRIANGLE PARK, NC 27709-3010 | | | SEVERANCE | | | | $30,169.42 | $2,215.53 | $27,953.89 |
| ACCOUNT NO. GID 0520948 NORTEL NETWORKS INC. 4001 E. CHAPEL HILL-NELSON HWY RESEARCH TRIANGLE PARK, NC 27709-3010 | | | SEVERANCE | | | | $28,967.32 | $14.74 | $28,952.58 |
| ACCOUNT NO. GID 0521653 NORTEL NETWORKS INC. 4001 E. CHAPEL HILL-NELSON HWY RESEARCH TRIANGLE PARK, NC 27709-3010 | | | SEVERANCE | | | | $22,263.18 | $781.86 | $21,481.32 |

Sheet no. 51 of 124 sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal: $199,176.93 | $19,494.77 | $179,682.16

RELEASE AND ACKNOWLEDGEMENT AGREEMENT
BETWEEN
EMPLOYEE
AND
NORTEL NETWORKS INC.

This Release and Acknowledgment Agreement ("Agreement") is made by and between the employee named in Section 1 below ("Employee") and Nortel Networks Inc., a Delaware Corporation ("NNI"). This Agreement is composed of three sections, I. Employee Data, II. Notice and III. Additional Terms and Conditions, (collectively referred to as Agreement).

A. EMPLOYEE DATA   *[handwritten: employee]*

| | |
|---|---|
| Notice Date: 12/2/08 | Agreement Delivery Date: 12/2/08 |
| Employee: Khai Vo | Employee Number: 520948   *[handwritten: QID #]* |
| Continuous Service Date: 9/29/1997 | Severance Eligibility Date: 9/29/1997 |
| Employment Termination Date: 1/31/2009 | Severance Stop Date: 5/16/2009 |
| Employee Home Address:<br>608 TAYLOR TRAIL<br>MURPHY<br>TX   75094 | Severance Period (for employees with at lea__ months of servic__,<br>Commence Following Termination Date |
| HR Contact: Nortel HR Shared Services<br>Mail Stop 570/02/0C2<br>PO Box 13010<br>4001 E. Chapel Hill-Nelson Hwy<br>Research Triangle Park, NC  27709-3010<br>1-800-676-4636 | *[handwritten: Address]* |

II. NOTICE

**IMPORTANT NOTICE**

Employee's employment is being terminated effective as of the Employment Termination Date specified above in Section I ("Termination Date"). Employee will be eligible for certain payments and/or benefits listed below in Section III (C) if Employee chooses to sign this Agreement and meets the eligibility requirements for those payments and/or benefits. If the Employee does not sign the Agreement and meets the eligibility requirements for those payments and/or benefits, certain benefits will be provided as described in Section III (D) of this Agreement. The benefits described in Section III (D), item 4 and items 8-17 will also be provided to an Employee who signs the Agreement and meets the eligibility requirements for those payments and/or benefits. The benefits described in Section III (D), items 5-7, will also be provided as described in those items to an Employee who signs the Agreement and meets the eligibility requirements for those payments and/or benefits, but elects at the end of this Agreement to "Terminate" the Group Life, AD&D and Health Benefits as described in Section III (C).

Page 1

V12.0

US Standard Release for Group WFR
Age Under 40
Termination With Severance