Form 210A (10/06)

# United States Bankruptcy Court
## District Of Delaware

In re:  Nortel Networks Inc., et al.
Case No.  09-10138, et al.

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
 Fair Harbor Capital, LLC
 As assignee of GID 0520948 (aka Khai Vo Tuan)

Name of Transferor:
 GID 0520948 (aka Khai Vo Tuan)

Name and Address where notices to transferee should be sent:

 Fair Harbor Capital, LLC
 Ansonia Finance Station
 PO Box 237037
 New York, NY 10023

Court Claim # (if known): 397
Amount of Claim: $29,096.00
Date Claim Filed:

Name and Address of Transferor:

 GID 0520948 (aka Khai Vo Tuan)
 608 Taylor Trail
 Murphy, TX 75094

Phone:  212 967 4035
Last Four Digits of Acct #:  n/a

Phone:
Last Four Digits of Acct. #:  n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:  n/a
Last Four Digits of Acct #:  n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Fredric Glass                                          Date:  September 9, 2011
 Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District Of Delaware

In re:      Nortel Networks Inc., et al.
Case No.    09-10138, et al.

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

### Claim No. 397 (if known)

was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on September 9, 2011.

Name of Transferee:
**Fair Harbor Capital, LLC**
As assignee of GID 0520948 (aka Khai Vo Tuan)

Name of Alleged Transferor:
**GID 0520948 (aka Khai Vo Tuan)**

Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023

Name and Address of Alleged Transferor:

GID 0520948 (aka Khai Vo Tuan)
608 Taylor Trail
Murphy, TX 75094

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
Clerk of the Court

GID 0520948 (aka Khai Vo) ("Assignor"), transfers and assigns unto Fair Harbor Capital, LLC with an address at 1841 Broadway Suite 1007, New York, NY 10023, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title, and interest in, to and under the claim of Assignor as set forth in the Agreement against Nortel Networks, Inc. (the "Debtor"), in the aggregate amount of $28,967.32, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 09-10138.

IN WITNESS WHEREOF, Assignor has signed below as of the  31  day of  Aug , 2011.

GID 0520948 (aka Khai Vo)

By: _____   KHAI T. VO
    Signature                Print Name/Title

Fair Harbor Capital, LLC

By: _____
    Fred Glass

Victor Knox

Claim Question? Call: 646 282 2400   Technical Support Question? Call: 800 794 4430

Guest | Sign In

**NORTEL**
Nortel Networks Inc.
Change Client

Client Home | Claims | Docket | Key Documents

Home»Search Claims

Bookmark this Page

## Search Claims

**Criteria**

| Claim Number | Creditor Name | | Scope |
|---|---|---|---|
| | Name Contains | khai | Claims and Schedules |

| Schedule Number | Amount | | |
|---|---|---|---|
| | Total Claim Value | Equals | |

| Docket Number | Claim Date Range | | |
|---|---|---|---|
| | | to | |

Debtor

Order By: Creditor Name       Results Per Page: 25

**Results**
Collapse All

[1] Page 1 of 1 - 02 total items

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| | 100762840 | KHAI VO<br>608 TAYLOR TRAIL<br>MURPHY, TX 75094 | | Schedule G | No Image |
| | | Debtor  09-10136 Nortel Networks Inc | | | |
| 397 | | VO, KHAI TUAN<br>608 TAYLOR TRAIL<br>MURPHY, TX 75094 | 2/24/2009<br>Claimed Unsecured: | $29,096.00<br>$29,096.00 | image |
| | | Debtor  NO CASE NO DEBTOR ASSERTED BY CREDITOR | | | |

[1] Page 1 of 1 - 02 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.

| | |
|---|---|
| **[U.S.] Bankruptcy Court for the District of Delaware**<br>[...] orks Inc. Claims Processing<br>[...] Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | **PROOF OF CLAIM** |
| In Re: Nortel Networks Inc., et al.<br>Debtors.<br>Name of Debtor Against Which Claim is Held | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered<br>Case No. of Debtor |

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)    0000000397

**THIS SPACE IS FOR COURT USE ONLY**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

KHAI TUAN VO
608 TAYLOR TRAIL
MURPHY, TX 75094

Telephone number: (214) 616-9888  Email Address: khaivo@verizon.net

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ **29,096 USD**

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim.
   Attach itemized statement of interest or additional charges.

2. Basis for Claim: **UNPAID SEVERANCE PACKAGE**
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____   Annual Interest Rate _____ %
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____   Basis for perfection: _____

   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

FEB 24 2009

Date: **2/19/2009**
Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

RELEASE AND ACKNOWLEDGEMENT AGREEMENT
BETWEEN
EMPLOYEE
AND
NORTEL NETWORKS INC.

This Release and Acknowledgment Agreement ("Agreement") is made by and between the employee named in Section 1 below ("Employee") and Nortel Networks Inc., a Delaware Corporation ("NNI"). This Agreement is composed of three sections, I. Employee Data, II. Notice and III. Additional Terms and Conditions, (collectively referred to as Agreement).

*Individual*

## I. EMPLOYEE DATA

| Notice Date: 12/2/08 | Agreement Delivery Date: 12/2/08 |
|---|---|
| Employee: Khai Vo | Employee Number: 520948  GID II |
| Continuous Service Date: 9/29/1997 | Severance Eligibility Date: 9/29/1997 |
| Employment Termination Date: 1/31/2009 | Severance Stop Date: 5/16/2009 |
| Employee Home Address: 608 TAYLOR TRAIL MURPHY TX 75094 | Severance Period (for employees with at least 6 months of service): 15 (Number of Weeks) to Commence Following Termination Date |

HR Contact: Nortel HR Shared Services
Mail Stop 570/02/0C2
PO Box 13010
4001 E. Chapel Hill-Nelson Hwy
Research Triangle Park, NC 27709-3010
1-800-676-4636

## II. NOTICE

**IMPORTANT NOTICE**

Employee's employment is being terminated effective as of the Employment Termination Date specified above in Section I ("Termination Date"). Employee will be eligible for certain payments and/or benefits listed below in Section III (C) if Employee chooses to sign this Agreement and meets the eligibility requirements for those payments and/or benefits. If the Employee does not sign the Agreement and meets the eligibility requirements for those payments and/or benefits, certain benefits will be provided as described in Section III (D) of this Agreement. The benefits described in Section III (D), item 4 and items 8-17 will also be provided to an Employee who signs the Agreement and meets the eligibility requirements for those payments and/or benefits. The benefits described in Section III (D), items 5-7, will also be provided as described in those items to an Employee who signs the Agreement and meets the eligibility requirements for those payments and/or benefits, but elects at the end of this Agreement to "Terminate" the Group Life, AD&D and Health Benefits as described in Section III (C).

Page 1

V12.0

US Standard Release for Group WFR
Age Under 40
Termination With Severance