IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT     )
                             ) ss.:
COUNTY OF HARTFORD      )

BRIAN HUNT, being duly sworn, deposes and says:

1.  I am over the age of eighteen years and employed as an Associate Consultant by Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095 and I am not a party to the above-captioned action.

2.  On September 8, 2011, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

    a)  the sellers of the claims as listed on the annexed Exhibit B,
    b)  the buyers of the claims as listed on the annexed Exhibit C,
    c)  counsel to the Debtors as listed on Exhibit D.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Brian Hunt*
Brian Hunt

Sworn to before me this
8th day of September, 2011

*Tim Call*
Tim Conklin
Notary Public, State of Connecticut

TIMOTHY C. CONKLIN
NOTARY PUBLIC
State of Connecticut
My Commission Expires
May 31, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## <u>NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)</u>

To:      **Peter Bingaman**
         **47 Indian Hill Rd.**
         **Wilton, CT  06897**

Your claim, in the amount of **$85,654.10** has been transferred, unless previously expunged by Court Order, to:

         **Liquidity Solutions, Inc.**
         **One University Plaza, Suite 312**
         **Hackensack, NJ  07601**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number # **6222** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By      /s/Brian Hunt
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on <u>September 8, 2011</u>

**EXHIBIT B**

PETER BINGAMAN, 47 INDIAN HILL RD., WILTON, CT  06897

INVENTORY MANAGEMENT PARTNERS LLC, 15 UNION STREET, 2ND FLOOR
LAWRENCE, MA  08140

DUN & BRADSTREET, C/O RECEIVABLE MANAGEMENT SERVICES, PO BOX 5126
TIMONIUM, MD  21094

ARCHON BAY CAPITAL, LLC, ATTN: CLAIMS PROCESSING DEPT., P.O. BOX 14610
SURFSIDE BEACH, SC  29587

DEGREE CONTROLS INC., 18 MEADOWBROOK DRIVE, MILFORD, NH  03055

GILMORE GLOBAL LOGISTICS SERVICES INC., 101 SOUTHCENTER COURT, SUITE 100-E
MORRISVILLE, NC  27560

AXXION GROUP CORPORATION, 1855 NORTHWESTERN DRIVE, EL PASO, TX  79912

MARK S. LERNER, 411 AZALEA WAY, LOS ALTOS, CA  94022

**EXHIBIT C**

LIQUIDITY SOLUTIONS, INC., ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ 07601

TRC MASTER FUND LLC, ATTN: TERREL ROSS, 336 ATLANTIC AVENUE, SUITE 302 EAST ROCKAWAY, NY 11518

AVENUE TC FUND, L.P., ATTN: DAVID S. LEINWAND, 399 PARK AVENUE, 6TH FLOOR NEW YORK, NY 10022

RESTORATION HOLDINGS LTD, ATTN: CLAIMS PROCESSING DEPT. 325 GREENWICH AVE., 3RD FLOOR, GREENWICH, CT 06830

CORRE OPPORTUNITIES FUND, L.P., ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10019

DOVER MASTER FUND II, L.P., ATTN: VLADIMIR JELISAVCIC, C/O LONGACRE MANAGEMENT, LLC, 810 SEVENTH AVENUE, 33RD FLOOR, NEW YORK, NY 10019

**EXHIBIT D**

CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: JAMES BROMLEY, ONE LIBERTY PLAZA, NEW YORK, NY  10006