# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
In re                                                          :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                             :    Case No. 09-10138 (KG)
:
                Debtors.           :    Jointly Administered
:
:
---------------------------------------------------------------X

### CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER WITH RESPECT TO MOTION OF ROBERT HORNE, JAMES YOUNG AND THE *AD HOC* GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN TO COMPEL DISCOVERY FROM THE NORTEL DEBTORS

       I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the proposed *Order With Respect To Motion Of Robert Horne, James Young And The Ad Hoc Group Of Beneficiaries Of The Nortel Networks U.S. Deferred Compensation Plan To Compel Discovery From The Nortel Debtors* (the "Proposed Order"), attached as **Exhibit A** hereto:

       1.      On June 8, 2011, Robert Horne, James Young and the *Ad Hoc* Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan the "Ad Hoc Group") filed a motion (the "Motion") to compel discovery from the Debtors [D.I. 5631].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

2. On July 5, 2011, the Debtors filed an objection to the Motion (the "Objection") [D.I. 5866].

3. On August 23, 2011, the Court heard argument on the Motion and the Objection. Following the Court's rulings on the record, the Court directed counsel to the Debtors to draft a written order consistent with the Court's rulings and attempt to settle a form of order consensually with the Ad Hoc Group.

4. Following the hearing, on August 25, 2011, counsel to the Debtors sent a proposed form of order to counsel to the Ad Hoc Group. Following multiple telephone conversations and the exchange of e-mail correspondence, on September 9, 2011, counsel to the Ad Hoc Group advised counsel to the Debtors that the Ad Hoc Group would not be able to agree to the terms of the Debtors' Proposed Order and would seek a conference before the Court regarding the terms of an order.

5. Attached as Exhibit B is an annotated version of the Proposed Order, which includes references to the official transcript from the August 25 hearing to support each finding and ruling contained in the Proposed Order.

6. Attached as Exhibit C is a true and correct copy of the official transcript from the August 25 hearing.

7. Counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") has reviewed the Proposed Order and has advised the Debtors that the Creditors' Committee supports the Court's entry of the Proposed Order.

8. The Debtors submit that the Proposed Order is consistent with the Court's rulings on the record. Accordingly, the Debtors do not believe that a conference before the Court

regarding the terms of an order is necessary; however, if the Court believes that a conference is appropriate, the Debtors are available at the Court's convenience.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated:  September 12, 2011<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |