Form 210A (10/06)

# United States Bankruptcy Court
## District Of Delaware

In re: **Nortel Networks Inc.,**
Case No. **09-10138 (Jointly Administered Unde Case No. 09-10138)**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(1)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
**Fair Harbor Capital, LLC**
**As assignee of Karen R Dorsey**

Name of Transferor:
**Karen R Dorsey**

Name and Address where notices to transferee should be sent:

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY 10023**

Court Claim # (if known): none
Amount of Claim: $31,737.98
Date Claim Filed:

Name and Address of Transferor:

Karen R Dorsey
5420 Crabtree Park Court
Raleigh, NC 27612

Phone: 212 967 4035
Last Four Digits of Acct # _n/a_

Phone:
Last Four Digits of Acct. #: _n/a_

Name and Address where transferee payments should be sent (if different from above):

Phone: _n/a_
Last Four Digits of Acct #: _n/a_

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/Fredric Glass_     Date: _September 12, 2011_
     Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District Of Delaware

In re: **Nortel Networks Inc.,**
Case No.  09-10138 (Jointly Administered Unde Case No. 09-10138)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

### Claim No. none (if known)
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on September 12, 2011.

Name of Transferee:
**Fair Harbor Capital, LLC**
**As assignee of Karen R Dorsey**

Name of Alleged Transferor:
**Karen R Dorsey**

Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023

Name and Address of Alleged Transferor:

Karen R Dorsey
5420 Crabtree Park Court
Raleigh, NC 27612

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

Clerk of the Court

# TRANSFER NOTICE

KAREN R DORSEY ("Assignor"), transfers and assigns unto Fair Harbor Capital, LLC with an address at 1841 Broadway Suite 1007, New York, NY 10023, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title, and interest in, to and under the claim of Assignor as set forth in the Agreement against Nortel Networks, Inc. (the "Debtor"), in the aggregate amount of $31,737.98, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 09-10138.

IN WITNESS WHEREOF, Assignor has signed below as of the 9 day of Sept, 2011.

KAREN R DORSEY

By: _Karen R. Dorsey_          _Karen R. Dorsey_
    Signature                  Print Name/Title

Fair harbor Capital, LLC

By: Fredricks
    Victor Knox

Claim Question? Call: 646 282 2400   Technical Support Question? Call: 800 794 4430

**epiq SYSTEMS**

**NORTEL**
Nortel Networks Inc.
Guest | Sign In
Change Client

Client Home | Claims | Docket | Key Documents

Home » Search Claims

Bookmark this Page

## Search Claims

**Criteria**

| | | |
|---|---|---|
| Claim Number | Creditor Name — Name Contains: dorsey | Scope: Claims and Schedules |
| Schedule Number | Amount — Total Claim Value: Equals | |
| Docket Number | Claim Date Range: to | |
| Debtor | | |

Order By: Creditor Name         Results Per Page: 25

**Results**
Collapse All

[1] Page 1 of 1 - 04 total items

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| | 100316170 | ELVERT L DORSEY<br>2214 ARRINGTON ST<br>DURHAM, NC 27707<br>Debtor: 09-10138 Nortel Networks Inc. | Scheduled Priority:<br>Scheduled Unsecured: | $14,644.80<br>$6,870.89<br>$7,773.91 | No Image |
| | 100316180 | ELVERT L DORSEY<br>2214 ARRINGTON ST<br>DURHAM, NC 27707<br>Debtor: 09-10138 Nortel Networks Inc. | | Schedule G | No Image |
| | 100761550 | KAREN R DORSEY<br>5420 CRABTREE PARK CT.<br>RALEIGH, NC 27612<br>Debtor: 09-10138 Nortel Networks Inc | Scheduled Priority:<br>Scheduled Unsecured: | $31,737.98<br>$955.84<br>$30,782.14 | No Image |
| | 100761560 | KAREN R DORSEY<br>5420 CRABTREE PARK CT.<br>RALEIGH, NC 27612<br>Debtor: 09-10138 Nortel Networks Inc | | Schedule G | No Image |

[1] Page 1 of 1 - 04 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.