## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) |  |
|  | ) |  |

## CERTIFICATE OF SERVICE

I, Shelley A. Kinsella, proposed counsel to the Official Committee of Long Term Disability Participants, hereby certify that I caused copies of the *Certification of Counsel Regarding Proposed Order Authorizing the Employment and Retention of Elliott Greenleaf as Counsel to the Official Committee of Long Term Disability Participants* to be served on September 13, 2011 via hand delivery on all local parties and via first class mail or international first class mail on all remaining parties on the attached service list.

*(signature on next page)*

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: September 13, 2011
Wilmington, DE

**ELLIOTT GREENLEAF**

_(signature)_

Rafael X. Zakralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
Jonathan M. Stemerman (DE No. 4510)
1105 N. Market Street, Ste. 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email: jms@elliottgreenleaf.com

_Proposed Counsel for the Long-Term Disability
Participants_

Christopher A. Ward Esq.
Justin K. Edelson Esq.
Polsinelli Shughart PC
222 Delaware Avenue
Suite 1101
Wilmington, DE  19801

Henry Jaffe Esq.
Pepper Hamilton LLP
1313 Market Street
Suite 5100
Wilmington, DE  19801

Marla R. Eskin Esq.
Ayesha S. Chacko Esq.
Campbell & Levine LLC
800 N King Street
Suite 300
Wilmington, DE  19801

William D. Sullivan Esq.
Sullivan Hazeltine Allinson LLC
4 E 8th Street
Suite 400
Wilmington, DE  19801

William P. Bowden Esq.
Ricardo Palacio Esq.
Gregory A. Taylor Esq.
Benjamin W. Keenan Esq.
Ashby & Geddes P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801

Jeffrey S. Wisler Esq.
Marc J. Phillips Esq.
Connolly Bove
The Nemours Building
1007 N Orange St
Wilmington, DE  19801

Tobey M. Daluz Esq.
Leslie Heilman Esq.
David T. May
Ballard Spahr
919 Market Street, 11th Floor
Wilmington, DE  19801

David B. Stratton Esq.
Leigh-Anne M. Raport Esq.
Evelyn J. Meltzer Esq
Pepper Hamilton LLP
1313 Market Street
Suite 5100
Wilmington, DE  19801

Joanne B. Domenic Pacitti Esq.
Klehr Harrison
919 Market Street
Suite 1000
Wilmington, DE  19801

Kathleen M. Miller Esq.
Smith Katzenstein & Jenkins LLP
800 Delaware Avenue
10th Floor
Wilmington, DE  19801

Rachel B. Mersky Esq.
Monzack Mersky McLaughlin
and Browder P.A.
1201 N Orange Street
Suite 400
Wilmington, DE  19801

Charlene D. Davis Esq.
Daniel A. O'Brien Esq.
Justin R. Alberto
Bayard P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801

Brett D. Fallon Esq.
Carl N. Kunz Esq.
Michael J. Custer Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

Mary F. Caloway Esq.
P.J. Duhig Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE  19801-1228

US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE  19801

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE  19801

Thomas P. Tinker. Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519

Duane D. Werb Esq.
Werb & Sullivan
300 Delaware Avenue
13th Floor
Wilmington, DE  19801

John V. Fiorella Esq.
Charles J. Brown III Esq.
Archer & Greiner PC
300 Delaware Avenue
Suite 1370
Wilmington, DE  19801

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705

Kurt F. Gwynne Esq.
J. Cory Falgowski Esq.
Reed Smith LLP
1201 N Market Street
Suite 1500
Wilmington, DE  19801

Maria Aprile Sawczuk Esq.
Stevens & Lee P.C.
1105 N Market Street
7th Floor
Wilmington, DE  19801

James L. Patton
Edwin J. Harron
Young Conaway
The Brandywine Bldg
1000 West Street, 17th Floor
Wilmington, DE  19801

Ian Connor Bifferato
Kevin G. Collins
Bifferato LLC
800 N. King Street
First Floor
Wilmington, DE  19801

Gregg M. Galardi
Sarah E. Pierce
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636

Norman L. Pernick
Sanjay Bhatnagar
Cole Schotz Meisel Forman & Leonard
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

Stuart M. Brown
Edwards Angell Palmer & Dodge
919 N. Market Street
Suite 1500
Wilmington, DE 19801

Adam G. Landis Esq.
Kerri K. Mumford Esq.
J. Landon Ellis Esq.
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

Steven K. Kortanek
Matthew P. Ward
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

Michael D. DeBaecke, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

Daniel K. Astin
Joseph J. McMahon Jr.
Ciardi Ciardi & Astin
919 N. Market Street
Suite 700
Wilmington, DE 19801

Donna L. Harris
Kevin M. Capuzzi
Pinckney Harris & Weidinger LLC
1220 N. Market Street
Suite 950
Wilmington, DE 19801

Christopher P. Simon
Cross & Simon LLC
913 N. Market Street
11th Floor
Wilmington, DE 19801

Michael R. Lastowski
Duane Morris LLP
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801-1659

Anthony W. Clark Esq.
Michelle L. Green Esq.
Kristy M. Peguero Esq.
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

Jami B. Nimeroff
Brown Stone Nimeroff LLC
901 N. Market Street
Suite 1300
Wilmington, DE 19801

Bruce E. Jameson
Prickett Jones & Elliott PA
1310 King Street
Box 1328
Wilmington, DE 19899

Ogilvy Renault LLP
Royal Bank Plaza South Tower
200 Bay Street
Suite 3800
Toronto, Ontario M5J 2Z4
CANADA

Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay St. Suite 3400
Toronto, Ontario M5H 2S7
CANADA

Michael J. Wunder
R. Snayne Kukulowicz
Alex L. MacFarlane
Fraser Milner Casgrain LLP
77 King Street West, Suite 400
Toronto, Ontario  M5K 0A1
CANADA

Derek Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario  K1A 1K3
CANADA

Stephen Gale
Herbert Smith
Exchange House
Primrose Streeet
London, UK  EC2A 2HS
ENGLAND

Secretary of State Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

John P. Dillman Esq.
Linebarger Goggan Blair  & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

Amos U. Priester IV Esq.
Anna B. Osterhout Esq.
Smith Anderson Blount Dorsett  Mitchell & Jernigan
LLP
P.O. Box 2611
Raleigh, NC  27602-2611

Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Minoru Inayoshi Gen Mgr of M&A
Hitachi Lt. Telecommunicatons
& Network Systems  Division
216 Totsuka-cho
Totsuka-ku
Yokohama-shi,   244-8567
JAPAN

Secretary of Treasury
P.O. Box 7040
Dover, DE  19903

Sheryl L. Moreau Esq.
Missouri Dept of Revenue
P.O. Box 475
Bankruptcy Division
Jefferson City, MO  65105-0475

Noel R. Boeke Esq.
Holland & Knight LLP
P.O. Box 1288
Tampa, FL  33601-1288

L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA  90054-0110

Seth B. Shapiro Esq.
U.S. Dept of Justice Civil Div
P.O. Box 875
Ben Franklin Station
Washington, DC  20044

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA  19424

Laura L. McCloud Esq.
Assistant Attorney General
P.O. Box 20207
Nashville, TN  37202

Mark K. Ames
Tax Authority Consulting Services P.C.
P. O. Box 71476
Richmond, VA  23255

Jan M. Geht Esquire
U.S. Dept of Justice Tax Div
P.O. Box 227
Washington, DC  20044

Fred S. Kurtzman Esq.
Klehr Harrison
1835 Market Street
Suite 1400
Philadelphia, PA  19103

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC  28233

Dana S. Plon Esq.
Sirlin Gallogly & Lesser
123 S. Broad Street
Suite 2100
Philadelphia, PA  19109

Amy D. Brown
Margolis Edelstein
750 Shipyard Drive
Suite 102
Wilmington, DE  19801

Edward C. Wetmore VP & Gen Counsel
Amphenol Corporation
358 Hall Avenue
Wallingford, CT  06492

Vicente Matias Murrell Esq.
Stephen D. Schreiber Esq.
Pension Benefit Guaranty Corp
1200 K Street NW
Washington, DC  20005-4026

Ramona Neal Esq.
HP Company
11307 Chinden Blvd
MS 314
Boise, ID  83714

Joseph E. Shickich Jr. Esq.
Riddell Williams P.S.
1001 4th Avenue
Suite 4500
Seattle, WA  98154-1192

Carren B. Shulman Esq.
Kimberly K. Smith Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Floor
New York, NY  10112

David G. Aelvoet Esq.
Linebarger Goggan Blair
   & Sampson LLP
Travis Bldg Suite 300
711 Navarro
San Antonio, TX  78205

Michael L. Schein Esq.
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY  10019

David A. Rosenzweig Esq.
Fulbright & Jaworski LLP
666 5th Avenue
New York, NY  10103-3198

Alistar Bambach
SEC NY Regional Office
Bankruptcy Division
3 World Financial Center
Suite 400
New York, NY  10281-1022

Raniero D'Aversa Jr. Esq.
Laura D. Metzger Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103-0001

Michelle McMahon Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY  10020

Steven J. Reisman Esq.
James V. Drew Esq.
Curtis Mallet-Prevost Colt
  & Mosle LLP
101 Park Avenue
New York, NY  10178-0061

Jeremy E. Crystal Esq.
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY  10019

Dennis Dunne Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413

N. Thodore Zink Jr. Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

Alan Kolod
Christopher J. Caruso
Kent C. Kolbig
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174

Stempel Bennett Claman  & Hochberg P.C.
675 Third Avenue
31st Floor
New York, NY  10017

Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas
19th Floor
New York, NY  10036

Robert J. Rosenberg
Michael J. Riela
Zachary N. Goldstein
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY  10022-4068

Javier Schiffrin
Kevin Malek
Malek Schiffrin LLP
340 Madison Avenue
Nineteenth Floor
New York, NY  10173-1922

Marc Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY  10019-6099

David S. Allinson
Thomas Malone
Alexandra Croswell
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY  10022-4068

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY  10036

Stephen C. Stapleton
Dykema Gossett PLLC
1717 Main Street
Ste 4000
Dallas, TX  75201-7332

Lynnette R. Warman
Hunton & Williams
1445 Ross Avenue
Rountain Place
Suite 3700
Dallas, TX  75202-2799

Carol E. Momjian Esq.
PA Senior Deputy Atty Gen
21 S 12th Street
3rd Floor
Philadelphia, PA  19107-3603

Alan S. Kopit Esq.
Christopher W. Peer Esq.
Hahn Loeser & Parks LLP
200 Public Square
Suite 2800
Cleveland, OH  44114

Kristin S. Elliott
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

Kenneth E. Noble Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585

Jonathan L. Howell Esq.
Munsch Hardt Kopf & Harr P.C.
3800 Lincoln Plaza
500 N Akard Street
Dallas, TX  75201-6659

David L. Pollack Esq.
Jeffrey Meyers Esq.
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market Street
Philadelphia, PA  19103

Linda Boyle
tw telecom inc.
10475 Park Meadows Dr
Suite 400
Littleton, CO  80124

John C. Vigano Esq.
Patricia J. Fokuo Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60606-6473

Melissa A. Mickey
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60604-1404

Steve Jackman Esq VP
Flextronics
847 Gibralter Drive
Milpitas, CA  95035

Dustin P. Branch Esq.
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

Eric S. Prezant Esq.
Bryan Cave LLP
161 N Clark Street
Suite 4300
Chicago, IL  60601

Jill L. Murch Esq.
Lars A. Peterson Esq.
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL  60654-5313

David L. Uranga
Bell Microproducts Inc
201 Monroe Street
Suite 300
Montgomery, AL  36104

Jeffrey B. Ellman Esq.
Robbin S. Rahman Esq.
Jones Day
1420 Peachtree St NE
Ste 800
Atlanta, GA  30309

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA  30363-1031

Cullen K. Kuhn Esq.
Bryan Cave LLP
211 N Broadway
Suite 3600
St. Louis, MO  63102

Joyce A. Kuhns
Saul Ewing LLP
500 E. Pratt Street
8th Floor
Baltimore, MD  21202

Doug Goin CFO
APC Workforce Solutions LLC
420 South Orange Avenue
6th Floor
Orlando, FL  32801

Richard M. Kremen Esq.
Dale K. Cathell Esq.
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD  21209

Shawn M. Christianson Esq.
Buchalter Nemer
333 Market Street
25th Floor
San Francisco, CA  94105-2126

Elizabeth Weller Esq.
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX  75201

Rachel S. Budke Esq.
FPL Law Department
700 Universe Blvd
Juno Beach, FL  33408

Randall D. Crocker Esq.
VonBriesen & Roper S.C.
411 E Wisconsin Avenue
Ste 700
Milwaukee, WI  53202

Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street
Suite 1010
San Francisco, CA  94104

James C. Waggoner Esq.
Davis Wright Tremaine LLP
1300 SW 5th Avenue
Suite 2300
Portland, OR  97201-5630

Scott K. Brown Esq.
Lewis and Roca LLP
40 North Central Avenue
Suite 1900
Phoenix, AZ  85004

Jennifer V. Doran Esq.
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA  02109

Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA  02110

Lawrence M. Schwab Esq.
Thomas M. Gaa Esq.
Patrick M. Costello Esq.
Bialson Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA  94306

Nicholas Skiles Esq.
John A. Wetzel Esq.
Swartz Campbell LLC
One S. Church Street
Suite 400
West Chester, PA  19382

David M. Schilli Esq.
Ty E. Shaffer Esq.
Robinson Bradshaw & Hinson P.A.
101 North Tryon Street
Suite 1900
Charlotte, NC  28246

J. Scott Douglass Esq.
909 Fannin
Suite 1800
Houston, TX  77010

Stephen K. Dexter Esq.
Lathrop & Gage LLP
US Bank Tower
950 Seventeenth Street
Suite 2400
Denver, CO  80202

Elizabeth Banda Esq.
Perdue Brandon Fielder Collins
  & Mott LLP
4025 Woodland Park Blvd
Suite 300
Arlington, TX  76013

Beverly H. Shideler BS8399
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL  60181

Attn:  Chantel Pinnock
Travelers
1 Tower Square
5MN
Hartford, CT  06183-4044

David I. Swan Esq.
Kenneth M. Misken Esq.
McGuireWoods LLP
1750 Tysons Blvd
Suite 1800
McLean, VA  22102-4215

Brian W. Bisignani Esq.
Post & Schell P.C.
17 N 2nd Street
12th Floor
Harrisburg, PA  17101-1601

Donald K. Ludman Esq.
Brown & Connery LLP
6 North Broad Street
Ste 1000
Woodbury, NJ  08096

Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Avenue
New York, NY  10022

Robert S. McWhorter Esq.
Nossaman LLP
915 L Street
Ste 1000
Sacramento, CA  95814

Ann Groninger Esq.
Patterson Harkavy
225 E. Worthington Ave
Suite 200
Charlotte, NC  28203

Vincent A. D'Agostino Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Mark G. Ledwin Esq.
Wilson Elser Moskowitz
    Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY  10604

Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC  27709

R. S. Stahel
IBM Corp. Legal Dept
1503 LBJ Freeway
3rd Floor
Dallas, TX  75234

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

David N. Crapo Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

Attn:  Nathan Fuchs
SEC NY Regional Office
233 Broadway
New York, NY  10279

Ernie Holling President
The InTech Group Inc.
305 Exton Commons
Exton, PA  19341

Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 S. Service Road
Suite 200
Melville, NY  11747

Securities & Exchange Commission
100 F Street NE
Washington, DC  20549

Deborah B. Waldmeir Esq.
State of MI Dept of Treasury
3030 W Grand Blvd.
Suite 10-200
Cadillac Place
Detroit, MI  48202

Dennis F. Dunne Esq.
Thomas R. Kreller Esq.
Albert A. Pisa Esq.
Andrew M. Leblanc Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005

Soren E. Gisleson
Herman Herman Katz & Cotlar
820 O'Keefe Avenue
New Orelans, LA  70113

Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY  10004

Christopher J. Horvay Esq.
Gould & Ratner LLP
222 N Lasalle Street
Suite 800
Chicago, IL  60601

Aaron L. Hammer Esq.
Devon J. Eggert Esq.
Freeborn & Peters LLP
311 South Wacker Dr
Suite 3000
Chicago, IL  60606

Shannon E. Hoff
Poyner Spruill LLP
301 S. College Street
Suite 2300
Charlotte, NC  28202

Stephen C. Tingey Esq.
Ray Quinney & Nebeker P.C.
36 South State Street
Suite 1400
Salt Lake City, UT  84145-0385

Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ  07052

Jennifer Feldsher
Bracewell & Guiliani LLP
1251 Avenue of the Americas
New York, NY  10020

Denise A. Mertz
UC Tax Agent/Bankruptcy Rep
PA Department of Labor & Industry
Reading Bankrutpcy &    Complaince Unit
625 Cherry Street
Room 203
Reading, PA  19602-1184
David Capozzi
Acting General Counsel
Universal Service Administrative Co
2000 L Street NW
Suite 200
Washington, DC  20036

Devin Lawton Palmer
Boylan Brown
2400 Chase Square
Rochester, NY  14604

Max Taylor Asst. City Atty.
Municipal Operations
201 W. Colfax Avenue
Dept. 1207
Denver, CO  80202-5332

Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704

Kell C. Mercer
Afton Sands-Puryear
Brown McCarroll LLP
111 Congress Avenue
Suite 1400
Austin, TX  78701

James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street
Suite 1000
Baltimore, MD  21202-1671

Jeffrey B. Rose
Tishler & Walk Ltd.
200 S. Wacker Drive
Suite 3000
Chicago, IL  60606

Lawrence E. Miller Esq.
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY  10019-6092

Susan R. Fuertes Esquire
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032

Office of Unemplmt Insurance Contributions Div.
MD Department of Labor Licensing & Reg.
Litigation Prosecution Unit
1100 N. Eutaw Street
Room 401
Baltimore, MD  21201

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 N. Stetson Avenue
Suite 3700
Chicago, IL  60601-6710

James H. Lister
Birch Horton Bittner & Cherot
1155 Connecticut Avenue NW
Suite 1200
Washington, DC  20036

Judith W. Ross
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201

` Shimshak
Marilyn Sobel
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY  10019-6064

James M. Wilton
Patricia I. Chen
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600

Tiffany Strelow Cobb
Vorys Sater Seymour and Pease
55 East Gay Street
Columbus, OH  43215


Ronald Rowland Esquire
EMC Corporation
c/o Receivable Management Servs
307 International Circle
Suite 270
Hunt Valley, MD  21094


Ernest S. Wechsler
Kramer Levin Naftalis Frankel LLP
1177 Avenue of the Americas
New York, NY  10036


Robert Winter
Paul Hastings Janofsky &
    Walker LLP
875 15th Street, N.W.
Washington, DC  20005


David W. Hansen Esq.
525 University Avenue
Suite 1100
Palo Alto, CA  94301


Philip Mindlin
Douglas K. Mayer
Benjamin M. Roth
Gregory E. Pessin
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York, NY  10019


Brian Trust
Thomas M. Vitale
Amit K. Trehan
Mayer Brown LLP
1675 Broadway
New York, NY  10019


Thomas A. Lerner
Stokes Lawrence P.S.
800 Fifth Ave
Suite 4000
Seattle, WA  98104


Mary E. Olson
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive
Suite 3000
Chicago, IL  60606


David M. Feldman
Mitchell A. Karlan
Matthew K. Kelsey
Gibson Dunn & Krutcher LLP
200 Park Avenue
New York, NY  10166-0193


Patricia Antonelli
Lauren F. Verni
Partridge Snow & Hahn LLP
180 S. Main Street
Providence, RI  02903


Rick A. Steinberg
Ciardi Ciardi & Astin
100 Church Street
8th Floor
New York, NY  10007


Amish R. Doshi
Magnozzi & Kye LLP
One Expressway Plaza
Suite 114
Roslyn Heights, NY  11577


Mark H. Ralston
Ciardi Ciardi & Astin
2603 Oak Lawn Avenue
Suite 200
 Dallas, TX  75219