## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x

In re:                                                      :       Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :       Case No. 09-10138 (KG)
                                                            :
                  Debtors.                                  :       (Jointly Administered)

------------------------------------------------------------ x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

William F. Taylor, Jr., a member of the bar of this Court, pursuant to Bankruptcy Court Local Rule 9010-1 and the attached certification, moves the admission pro hac vice of Lara Sheikh, of Togut, Segal & Segal LLP, One Penn Plaza, New York, New York 10119 to represent the Official Committee of Retirees in the above-captioned bankruptcy case(s).

Dated: September 13, 2011          MCCARTER & ENGLISH, LLP
       Wilmington, DE

                                   _____
                                   William F. Taylor, Jr. (DE Bar I.D. #2936)
                                   Renaissance Centre
                                   405 N. King Street, 8th Floor
                                   Wilmington, DE 19801
                                   (302) 984-6300
                                   (302) 984-6399 Facsimile
                                   wtaylor@mccarter.com

                                   *Proposed Counsel to the Official Committee of
                                   Retirees*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Bankruptcy Court Local Rule 9010-1, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted to practice and in good standing before the New York State Bar, the U.S. District Court, Eastern and Southern Districts of New York; and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I have access to, or have acquired a copy of the Local Rules of this Court and am generally familiar with such Rules and with the Standing Order for District Court Fund effective January 1, 2005.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

                                        *Lara Sheikh*
                                        Lara Sheikh, Esquire
                                        Togut, Segal & Segal LLP
                                        One Penn Plaza, Suite 3335
                                        New York, New York 10119
                                        (212) 594-5000
                                        (212) 967-4258 Facsimile
                                        lsheikh@teamtogut.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for *Admission pro hac vice* is granted.

Dated:_____, 2011         _____
        Wilmington, Delaware          The Honorable Kevin Gross
                                      United States Bankruptcy Judge