EXHIBIT C

```
                  IN THE UNITED STATES BANKRUPTCY COURT
                       FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Case No. 09-10138
                                )    (Jointly Administered)
                                )
NORTEL NETWORKS, INC.,          )    Chapter 11
                                )    Courtroom
          et al.,               )
                                )    824 Market Street
          Debtors.              )    Wilmington, Delaware
                                )
                                )    August 23, 2011
                                )    10:00 a.m.


                       TRANSCRIPT OF PROCEEDINGS
                   BEFORE THE HONORABLE KEVIN GROSS
                     UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtor:              Morris, Nichols, Arsht & Tunnell
                         BY: ANN CORDO, ESQ.
                         BY: ERIC SCHWARTZ, ESQ.
                         1201 North Market Street
                         18th Floor
                         Wilmington, DE 19899-1347
                         (302) 351-9459

                         Cleary Gottlieb Steen & Hamilton
                         BY: LISA SCHWEITZER, ESQ.
                         BY: JAMES BROMLEY, ESQ.
                         BY: DAVID HERRINGTON, ESQ.
                         BY: JANE KIM, ESQ.
                         One Liberty Plaza
                         New York, NY  10006
                         (212) 225-2629

ECRO:                    GINGER MACE

Transcription Service:   DIAZ DATA SERVICES
                         331 Schuylkill Street
                         Harrisburg, Pennsylvania 17110
                         (717) 233-6664
                         www.diazdata.com



Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

1   very, very, small percentage of the total number of
2   employees whose information is being sought, that really
3   this is not the kind of case that you would produce that
4   kind of information.
5           So when we were looking at these documents and
6   trying to figure out what we wanted to do, well how we
7   should treat this information, we dealt with two questions.
8   The first was does it violate the corporate policy so that
9   we can't give that kind of information at all.  And if --
10  even if it didn't, does it violate -- does it affect
11  confidentiality concerns that would prevent us from wanting
12  it to be disseminated on a larger than attorneys' eyes only
13  basis.
14          And we weighed that against the need for that
15  disclosure and Mr. McDonald's interests in seeing that
16  information.  And as he said, he really wants it for -- to
17  see who's eligible and how much money they were making.  And
18  to take -- and really to be able to compare the amount of
19  money that an eligible employee is making and compare that
20  against the total workforce at large to make sure that
21  relatively speaking we're talking about a highly compensated
22  group of people.
23          So we did, we tried on numerous occasions to
24  explore to take those interests, the weighing of those
25  interests and try to see if there was a way for us to be

1   able to find a solution that we could then take back to our
2   client and to this Court, if needed.  We offered on an
3   attorneys' eyes only basis because of the complaints that
4   the spreadsheets might have been hard to read without names
5   attached, we could take names of eligible and participating
6   employees and match it up to the employee identification
7   numbers and give effectively a key so that they could look
8   at the ID numbers and match it up with the names and then be
9   able to see where else those names and ID numbers showed up.
10              We offered to show the names of participating and
11  eligible employees divorced from any compensation
12  information.  And one thing I would -- so that he could see
13  a list of here are the people who are participating
14  employees, here are the people who are eligible employees
15  and, you know, we would consider being able to show that
16  outside of an attorneys' eyes only basis, subject to the
17  confidentiality order.
18              And one thing that I would note, you know, we
19  never talked about the distinction between being able to
20  share information with the steering committee and with the
21  clients and that -- so that just never actually ended up
22  coming into the equation.  We -- but, you know, that was
23  something else that if, you know, we could have considered.
24              And on top of all of that, you know, Mr. McDonald
25  talked about that there are some emails that show up with