# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X

|  |  |
|---|---|
| : | Chapter 11 |
| *In re* : | |
| : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.,*[1] : | |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |
| : | |
| : | **Re: D.I. 6224** |

------------------------------------------------------- X

|  |  |
|---|---|
| : | |
| Nortel Networks Inc., : | |
| : | Adv. Proc. No. 11-50021 (KG) |
| Plaintiff, : | |
| : | **Re: D.I. 43** |
| v. : | |
| : | |
| Telmar Network Technology, Inc., Precision : | |
| Communication Services, Inc., and Precision : | |
| Communication Services Corporation, : | |
| : | |
| Defendants. : | |

---------------------------------------------------------X

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 6224

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols,

Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive

pleading to the **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for an Order**

**Authorizing Entry into, and Approving, the Stipulation of Settlement Between and Among**

**Nortel Networks, Inc., Nortel Networks (CALA) Inc., Nortel Networks Corporation, Nortel**

---

[1]  In addition to Nortel Networks Inc. ("NNI"), the Debtors in the Chapter 11 cases are:  Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA").  Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

**Networks Limited, Telmar Network Technology, Inc., Precision Communication Services,**

**Inc., and Precision Communication Services Corporation** (the "Motion") (Main Case D.I.

6224, Adv. Proc. Case D.I. 43), filed on August 25, 2011.

The undersigned further certifies that Morris Nichols has caused the review of the

Court's docket in these cases and that no answer, objection or other responsive pleading to the

Motion appears thereon.  Pursuant to the Notice of Motion, objections to the Motion were to be

filed and served no later than September 9, 2011 at 4:00 p.m. (ET).

WHEREFORE, the Debtors respectfully request that the Order attached to the

Motion be entered at the earliest convenience of the Court.

Dated:  September 13, 2011
Wilmington, Delaware

CROWELL & MORING LLP
Bruce J. Zabarauskas (admitted *pro hac vice*)
3 Park Plaza, 20th Floor
Irvine, California  92614
Telephone:  (949) 263-8400
Facsimile:  (949) 263-8414

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____/s/ Chad A. Fights_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and*
*Debtors in Possession*

4488135.1