# Exhibit A

2nd Amendment to the Statement of Work



September 12, 2011

Mr. Timothy Ross
VP – Finance Operations and Corporate Secretary
Nortel Networks, Inc.
Nortel Networks India International Inc.
and Nortel Ventures LLC
2221 Lakeside Boulevard
Richardson, Texas 75082-4305

Dear Tim:

This letter is the 2nd amendment (the "2nd Amendment") to the Statement of Work dated March 1, 2011 for tax operations outsourcing and other variable services (as previously amended, the "SOW") entered into pursuant to the Master Tax Services Agreement dated March 1, 2011 between Nortel Networks Inc. ("NNI"), its U.S. debtor affiliates listed in Appendix A of the SOW, Nortel Networks India International Inc., and Nortel Ventures LLC (collectively, "you", the "Client", the "Company," or "Nortel") and Ernst & Young LLP ("EY") for the provision of certain tax services to the Client (the "Agreement"). Pursuant to this 2nd Amendment, the parties agree to the following modifications in the Scope of Services.

## ADDITIONAL SERVICES

As of July 22, 2011 and contingent upon this 2nd Amendment taking effect pursuant to the Bankruptcy Court Order entered on July 22, 2011 (the "Order"), modifying the Agreement, EY will provide the Client with the additional Services described herein. These additional Services are not covered by the SOW and would otherwise fall into the category of "Out-of-Scope Services" as described in the SOW.

These additional Services (as well as any other Services covered by the SOW) may be modified from time to time by mutual written consent of the parties in accordance with the Order.

*Tax Performance Advisory*

EY will provide to the Company assistance relating to the implementation of tax processes and information technology ("IT") systems for the U.S. residual company and the tax data retention strategy/execution for the Company's legacy IT platform. Accordingly, EY will provide assistance as to the existence of tax reporting and processing capabilities for the U.S. residual company after the migration to the new IT systems. EY will also provide assistance regarding the existence of historical tax data and processing support for required years currently stored on the legacy systems prior to the migration date for the following areas:

- Domestic Income Tax (Federal & State)
- U.S. reporting of International Operations (e.g. 5471, 5472, etc.)



- Sales & Use Tax
- Property Tax
- Annual Reporting
- Business Licenses

The Services included under this 2nd Amendment include the following **two** workstreams:

1. Tax Data Retention
2. U.S. Residual Company Tax Reporting

**1. Tax Data Retention**

- Consultation regarding Project Atlantis and the relevant tax applications for the following items: tax data requiring immediate access classified as "high," tax data requiring business imaging and pdf access classified as "medium," and tax data requiring limited access due to non-routine and legacy programs classified as "low."
- Upon determination and review of applications classified as "high," "medium," and "low," co-development and preparation of documentation supporting the detailed tax requirements by application including confirmation and validation of the identified tax requirements with Nortel personnel and RLKS Executive Solutions LLC ("RLKS") consultants.
- Consultation and development of the data retention and extraction approach per application as well as the potential tax data retention solution format for "high," "medium," and "low" applications such as:
    - "High"
        - LiveLink
        - SAP FT
        - SAP BW
    - "Medium"
        - Sabrix
        - Stars
        - Oracle 11i
        - AccuImage
        - Electronic Minute Book
        - IDA (Integrated Document Access)
        - MDM (Master Data Management)
    - "Low"
        - Hyperview/MIPPs
        - Partsmart
        - Pegasus



- Onsite meetings and teleconferences with RKLS consultants and Nortel's IT, tax and accounting personnel to discuss the potential tax data retention solutions and whether the proposed solutions meet the tax reporting requirements for the Client.
- Execute data retention approach for the following applications:
  - LiveLink
  - Sabrix
  - Electronic Minute Book
  - Oracle 11i
- Validate accessibility and usability of data retention solutions, such as the tax department network drive.

### 2. U.S. Residual Company Tax Reporting

- Identification of current Nortel IT application functionality for tax compliance, tax reporting, and tax advisory.
- Review of the sources for Nortel tax data used to satisfy tax reporting requirements including confirmation of data source and its availability and functionality in QuickBooks.
- Consultation and assistance confirming key tax requirements in the conversion approach for QuickBooks, including the ability to retrieve tax data in the post-SAP environment.
- Review of tax fixed assets and co-development of potential solutions of such tax fixed assets outside of QuickBooks.
- Confirm key tax integration points in new business processes (e.g., financial close process, inventory order, sale of fixed assets, master data maintenance, etc.).
- Develop test approach, test scripts, and conduct testing for QuickBooks for tax department requirements, provide feedback and attend status update calls with Nortel team/personnel.
- Develop procedures to support future tax reporting processes.

*Foreign Jurisdiction Tax Assistance*

Upon specific written request by the Client, including a confirmation e-mail from authorized Nortel personnel, EY will provide assistance with (1) the coordination of data relating to the filing of local country income and indirect tax returns for tax periods 2010 through 2012, (2) consultation related to the resolution of tax controversies for tax periods open by statute, and (3) assistance with procedural matters related to the wind-up and final withdrawal of the Client's subsidiaries and branch offices in foreign jurisdictions, provided that such Service is not already covered by the SOW.

*Transfer Pricing Assistance*

Tax consultation regarding transfer pricing related documentation for current federal and state tax filings and in support of discussions with Client counsel as requested in writing, based upon Nortel Transfer Pricing lead terminating employment October 31, 2011.



*Assistance with Accounting and Finance Functions*

EY will provide assistance to the Company with its accounting and finance functions. This will include performing interviews of certain accounting and finance personnel, as directed by you, and obtaining an understanding of certain accounting processes based on draft process flows provided by you. The summary work plan includes the following aspects:

- Meet with key accounting, finance and finance-processes personnel (e.g. meeting initially with Allen Stout, Controller, and Jane Davison, Leader – Finance Processes and Systems and then extending to various key direct reports as directed by you). The purpose and intent of these meetings are to gain a high level understanding of the current environment and the related data flow and technology needs and to gain an understanding of certain of those roles that are expected to be performed on an ongoing basis in 2012.
- Review Nortel's proposed process changes (e.g. sales of inventory/fixed assets, manual journal entry process, financial statement close process, accounts payable process, accounts receivable (as necessary), asset recovery accounting, purchase order, and treasury).
- Review setup of QuickBooks accounts and the related corporate entities that have been setup for review and discussion. Participate in periodic status calls for conversion to QuickBooks for the purpose of understanding key conversion milestones, conversion testing, and key issues associated with the planned conversion. Discussion of the current controls environment and of such current controls future state applicability to the migration to the QuickBooks environment.
- Obtain an understanding of the proposed chart of accounts, entity structure(s) and consolidation of entities based on draft analyses provided by you.
- Obtain an understanding of the Company's approach to data retention of historical financial information and outsourced reporting processes in place at foreign locations.

Certain roles and responsibilities currently being performed by existing NNI accounting and finance personnel may or may not continue beyond 2011. The Services in this 2nd Amendment are being performed by EY at your direction and do not necessarily encompass all accounting and finance roles, responsibilities, processes, policies and systems that may be required in 2012.

**FEES**

With respect to the additional Services covered by this 2nd Amendment, Client shall pay EY's fees for the Services and reimburse EY for reasonable expenses incurred in connection with the additional Services, subject to and in accordance with Bankruptcy Court approval.



The fees for the above Services will be billed on a monthly basis using the rates set forth in the SOW (as applicable to the EY Variable Services) and listed below (which may be adjusted annually to reflect the adjustments to the cost of living index):

| Professional | Rate per Hour |
|---|---|
| Partner | $640 |
| Executive Director | $545 |
| Senior Manager | $540 |
| Manager | $430 |
| Senior | $300 |
| Staff | $170 |

You shall also pay any value-added taxes (VAT), sales taxes, and other indirect taxes incurred in connection with the delivery of the above services, including any such taxes and related administrative costs that result from billing arrangements specifically requested by you.

This letter does not modify any portion of the SOW or Agreement not specifically addressed herein, and all other provisions of the SOW and Agreement are applicable hereto.

We appreciate the opportunity to be of continued service to you. If you have any questions regarding the matters discussed in this letter, please contact James E. Scott at (919) 981-2886.

Please indicate your acceptance of the above arrangements by signing and returning the enclosed copy of this letter.

Very truly yours,

*Ernst + Young LLP*

Nortel Networks Inc. and its U.S. debtor affiliates listed in Appendix A of the SOW
Nortel Networks India International Inc.
Nortel Ventures LLC

By: _____  9/12/11
Mr. Timothy Ross
VP- Finance Operations and Corporate Secretary          Date: