**CERTIFICATE OF SERVICE**

       I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Amendment To The Statement Of Work Entered Into Pursuant To The Tax Services Agreement With Ernst & Young LLP** was caused to be made on September 13, 2011, in the manner indicated upon the entities on the attached service list.

Date: September 13, 2011                  */s/ Ann C. Cordo*
                                                         Ann C. Cordo (No. 4817)

4489317.1