United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| NORTEL NETWORKS,INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-10138 |
| Debtor | } Amount **$16,172.34** |

*AS SET FORTH ON SCHEDULE E*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**NGUYEN,LINH T**
**5240 KATHRN DR**
**GRAND PRAIRIE, TX 75052**

The transfer of your claim as shown above in the amount of **$16,172.34** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Jeff Caress
Liquidity Solutions Inc
(201) 968-0001

514081

In re **NORTEL NETWORKS INC.**  Case No. 09-10138
Debtor  (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> LANYUN GAO <br> 4405 BELVEDERE DR. <br> PLANO, TX  75093 | | | SEVERANCE | | | | $17,051.06 | $4,515.67 | $12,535.39 |
| ACCOUNT NO. <br> LASALLE PARISH SALES TAX FUND <br> SALES & USE TAX DEPARTMENT <br> P.O. BOX 190 <br> VIDALIA, LA  71373 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO. <br> LEON COUNTY <br> TAX COLLECTOR <br> P.O. BOX 1835 <br> TALLAHASSEE, FL  32302 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO. <br> LI ZHANG <br> 2524 CIMA HILL DR <br> PLANO, TX  75025 | | | SEVERANCE | | | | $30,415.36 | $1,948.89 | $28,466.47 |
| ACCOUNT NO. <br> LINCOLN PARISH <br> SALES & USE TAX DIVISION <br> P.O. BOX 863 <br> RUSTON, LA  71273-863 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO. <br> LINH T NGUYEN <br> 5240 KATHRYN DR <br> GRAND PRARI, TX  75052 | | | SEVERANCE | | | | $16,172.34 | $7,432.33 | $8,740.01 |
| ACCOUNT NO. <br> LISA D OVERCASH <br> 5001 DEER LAKE TRL <br> WAKE FOREST, NC  27587 | | | SEVERANCE | | | | $35,075.20 | $7,622.35 | $27,452.85 |
| ACCOUNT NO. <br> LIVINGSTON PARISH SCHOOL BOARD <br> SALES AND USE TAX DEPARTMENT <br> P.O. BOX 1030 <br> LIVINGSTON, LA  70754-1030 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |

Sheet no. 82 of 124 sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal  $98,713.96   $21,519.24   $77,194.72

**TRANSFER NOTICE**

NGUYEN, LINH T ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Nortel Networks Inc.. (the "Debtor"), in the aggregate amount of $16,172.34, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 09-10138.

IN WITNESS WHEREOF, Assignor has signed below as of the ___Y___ day of ___Y___, 2011.

**NGUYEN, LINH T**

_____
(Signature)

LINH NGUYEN
(Print Name and Title)

LIQUIDITY SOLUTIONS, INC.

_____
(Signature)

Jeff CAROSS
(Print Name and Title)