# CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks, Inc. and Nathanson and Company LLC** was caused to be made on September 14, 2011, in the manner indicated upon the individual identified below and on the attached service list.

Date: September 14, 2011  /s/ Chad A. Fights
Wilmington, DE  Chad A. Fights (No. 5006)

**Via Hand Delivery**

Mary E. Augustine
Bifferato LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801