**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>**NORTEL NETWORKS, INC.,**<br>**Debtor** | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered |

**LIST OF AUTHORITIES REFERRED TO IN**
**THE DECLARATION OF PHILIP MARSHALL QC**
**IN OPPOSITION TO**
**THE JOINT OBJECTION AND MOTION TO DISMISS THE CLAIMS**
**OF NORTEL NETWORKS UK LIMITED**

**Index**

**Cases**

1. Adan Shaaban Abou-Rahman v Al-Haji Abdul Kadir Abacha [2006] EWCA Civ 1492
2. Armitage v Nurse [1998] Ch 241
3. AST Sportswear Inc v Majid & Another [2002] EWHC 778
4. Barlow Clowes International v Eurotrust International [2006] 1 WLR 1476
5. BCCI (Overseas) Ltd. v. Akindele [2001] Ch 437
6. Belmont Finance Corporation Ltd. v Williams Furniture Ltd. and Others [1979] Ch. 250
7. Bristol & West Buidling Society v Mothew [1998] Ch 1
8. British Airways Pension Trustees Ltd v Sir Robert McAlpine & Sons Ltd (1994) 45 Con LR 1
9. Caparo Industries Plc v Dickman [1990] 2 AC 605
10. Cook v Deeks [1916] 1 AC 554
11. Cowan de Groot Properties Ltd. v Eagle Trust Plc [1992] 4 All ER 700
12. Dubai Aluminium Co. Ltd. v Salaam [2003] 2 AC 366.
13. El Ajou v Dollar Land Holdings Plc [1994] 2 All ER 685
14. Facia Footwear v Hinchliffe [1998] 1 BCLC 218
15. Gemma Ltd v Davies [2008] 2 BCLC 281
16. Gray v Thames Trains Ltd [2009] 1 AC 1339
17. Holland v Revenue & Customs Commissioners [2010] 1 WLR 2793
18. Hughes v Colin Richards & Co [2004] EWCA Civ 244
19. Kleinwort Benson v. Lincoln City Council [1999] 2 AC 349
20. Kleinwort Sons & Co. v. Dunlop Rubber Co. (1907) 97 LT 263
21. Kuwait Oil Tanker v. Al-Bader [2000] 2 All ER (Comm) 271
22. Lexi Holdings v. Luqman [2007] EWHC 2652 (Ch)
23. Lexi Holdings Plc v. DTZ DEbeham Tie Leung Ltd. [2010] EWHC 2290 (Ch)
24. Lilly Icos LLC v 8PM Chemists Ltd. [2009] EWHC 1905 (Ch)
25. Masri v Consolidated Contractors International [2010] EWHC 2458 (Comm)
26. McPhilemy v Times Newpapers Ltd [1999] 3 All ER 775
27. National Oilwell (UK) Limited v Davy Offshore Ltd. [1993] 2 Lloyd's Rep. 582
28. Nayyar v Denton Wilde Sapte [2009] EWHC 3218 (QB)
29. Paragon Finance v BB Thakrar & Co.  [1999] 1 All ER 400
30. Primlake Ltd. v Matthews Associates [2007] 1 BCLC 666
31. R v Siracusa (1990) 90 Cr. App. R. 340
32. Re Canadian Land Reclaiming and Colonizing Co., Coventry and Dixon's Case (1880) 14 Ch D 660
33. Re City Equitable Fire Insurance Co. Ltd. [1925] Ch 407
34. Re David Payne & Co. Ltd [1904] 2 Ch 608
35. Re Eurofood IFSC Ltd. [2006] Ch. 508
36. Re Hampshire Land Co. [1896] 2 Ch 743
37. Re Hydrodan (Corby) Ltd. [1994] B.C.C. 161
38. Re Kaytech International plc [1999] 2 BCLC 351

39. Re Mea Corporation Ltd. [2007] 1 BCLC 618
40. Re Richborough Furniture Ltd. [1996] B.C.C. 155
41. Royal Brunei Airlines Sdn Bhd v Tan [1995] 2 AC 378
42. Secretary of State v Ashby (No. 1915 of 1992) (unreported)[1]
43. Secretary of State v. Hall  [2006] EWHC 1995 (Ch)
44. Secretary of State v Poulter [2009] BCC 608
45. Secretary of State for Trade and Industry v Deverell [2001] Ch 340
46. Starglade Properties Ltd v Roland Nash [2010] EWCA Civ 1314
47. Stone & Rolls v Moore Stephens [2009] 1 AC 1391
48. Three Rivers DC v Bank of England [2003] 2 AC 1
49. Twinsectra v Yardley [2002] 2 AC 164
50. Ultraframe (UK) Ltd. v Fielding [2005] EWHC 1638 (Ch)
51. Yukong Line of Korea Ltd v Rendsburg Corp Investments of Liberia Inc [1998] 1 WLR 294

**Legislation**

52. Civil Procedure Rules 1998, Rule 3.4
53. Companies Act 1948, section 54
54. Companies Act 2006, section 250
55. Companies Act 2006, section 251
56. Companies Directors Disqualification Act 1986, section 22
57. Insolvency Act 1986, section 212
58. Insolvency Act 1986, section 238
59. Insolvency Rules 1986 rr 2.72(3)
60. Insolvency Rules 1986 rr 2.77
61. Insolvency Rules 1986 rr 2.78
62. Insolvency Rules 1986 rr 4.75(1)
63. Insolvency Rules 1986 rr 4.82
64. Insolvency Rules 1986 rr 4.83
65. Insolvency Rules 1986 rr 6.104
66. Insolvency Rules 1986 rr 6.105
67. Insolvency Rules 1986 rr 6.98(1)
68. Insolvency Rules 1986 rr 7.51A

**European Regulation**

69. Council Regulation (EC) No.1346/2000, Article 3(1)

---

[1] This case has not been reported and as yet cannot be included. However, this case was directly referred to in a subsequent judgement, and that reference has been included.

**Books**
70. Bowstead & Reynolds on Agency (19th Edn.), Article 40, p.184
71. Bowstead & Reynolds on Agency (19th Edn.), Article 76 and commentary
72. Clerk & Lindsell on Torts (20th Edn.), p.433, para 8-15
73. Gower & Davies, Principles of Modern Company Law (8th Edn.), pp 485
74. Gower & Davies, Principles of Modern Company Law (8th Edn.), pp.586-588
75. Snell's Equity (32nd Edn.), Chapter 30, section 5
76. Underhill & Hayton, Law of Trusts & Trustees (18th Edn.), pp.1243-1245

**Journals**
77. Griffin, Confusion surrounding the characteristics, identification and liability of a shadow director, Insolvency Intelligence 2011
78. Sealy, [2011] Company Law Newsletter 1

**Law Commission Reports**
79. Law Commission & Scottish Law Commission, Company Directors: Regulating Conflicts of Interests and Formulating a Statement of Duties (1999), Law Com. No.261, para.17.15

IN THE UNITED STATES
BANKRUPTCY COURT
FOR THE
DISTRICT OF DELAWARE

LIST OF AUTHORITIES
REFERRED TO IN THE
DECLARATION OF
PHILIP MARSHALL QC
IN OPPOSITION TO
THE JOINT OBJECTION AND
MOTION TO DISMISS
THE CLAIMS
OF NORTEL NETWORKS
UK LIMITED

5