# **INDEX ITEMS TO BE PROVIDED UPON REQUEST**