Case 09-10138-MFW    Doc 6375-1    Filed 09/15/11    Page 1 of 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS, INC., | Case No. 09-10138 (KG) |
| Debtor | Jointly Administered |

LIST OF AUTHORITIES REFERRED TO IN
THE DECLARATION OF JOHN HENNESSY SC
IN OPPOSITION TO
THE JOINT OBJECTION AND MOTION TO DISMISS THE CLAIMS
OF NORTEL NETWORKS IRELAND

**Index**

**Cases**

1. MMcC –v- JMcC [1994] 1 293
2. In the matter of Worldport Ireland Limited [2009] 1 IR 398
3. In the matter of Lynrowan Enterprises Limited [2002] IEHC 90
4. Re Hydrodam (Corby) Ltd [1994] 2 BCLC 180
5. Re First Class Toy Traders Ltd: Gray v McLoughlin (High Court, 9 July 2004)
6. Ultraframe (UK) Ltd –v- Fielding [2005] EWHC 1638
7. Re Mea Corporation Limited; Secretary of State for Trade and Industry –v- Aviss & Others [2007] 1 BCLC 618, [2006] EWHC 1846 (Ch)
8. Secretary of State for Trade and Industry –v- Deverell [2000] 2 BCLC 133, [2001] Ch 340 at 354
9. Re Hocroft Developments Limited [2009] IEHC 580
10. Fyffes v DCC & Ors, unreported 21 December 2005, Laffoy, J.
11. Revenue and Customs Commissioners –v- Holland [2010] 1 WLR 2793, [2010] UKSC 52, [2011] 1 All ER 373
12. In re Moorgate Metals Ltd [1995] 1 BCLC 503
13. In re Richborough Furniture Ltd [1996] 1 BCLC 507
14. Secretary of State for Trade and Industry v Tjolle [1998] 1 BCLC 333
15. In re Kaytech International plc [1999] 2 BCLC 351
16. Ultraframe (UK) Ltd v Fielding (No 2) [2006] FSR 293
17. Secretary of State for Trade and Industry v Hollier [2007] Bus LR 352, [2006] EWHC 1804
18. Re. Kendar Holdings Limited (in liquidation) [High Court, 16 January 2009][1]
19. Fyffes plc –v- DCC plc [2009] 2 IR 417
20. Secretary of State v. Becker [2003] 1 BCLC 555
21. Australian Securities Commission v. AS Nominees Limited (1995) 13 ACLC 1596
22. Yukong Line Ltd –v- Rendsburg Investments Corp of Liberia [1998] 1 WLR 294
23. Donoghue –v- Stevenson [1932] AC 562
24. Glencar Exploration v Mayo County Council [2002] 1 IR 84
25. Junior Books Limited –v- Veitchi Co. Ltd. [1983] 1 AC 520
26. McShane Wholesale Fruit and Vegetables Ltd. –v- Johnston Haulage Co. Ltd. [1997] 1 ILRM 86
27. Ward v. McMaster 1989 I.L.R.M. 400
28. Sweeney -v- Duggan, 1991 I.R. 274
29. Breslin v Corcoran & Anor [2003] 2 IR 203
30. Gabbett v Lawder [1882] 11 IR 295
31. Barnes v Addy (1874) 9 LR Ch App 244
32. Royal Brunei Airlines Sdn Bhd –v- Tan Kok Ming [1995] 2 AC 378
33. Re Frederick Inns Ltd [1994] 1 ILRM 387
34. Ulster Factors Ltd –v- Entoglen Ltd [1997] IEHC 34 (21st February, 1997)

---

[1] To Folllow

35. Belmont Finance Corporation Ltd –v- William Furniture (No. 2) [1980 ]1 All ER 393
36. Crofter Hand Woven Harris Tweed Co. Ltd. –v- Veitch [1942] AC 435
37. McGowan –v- Murphy (10 April 1967)
38. Meskell –v- CIE [1973] 1 IR 121
39. R –v- Ahern (High Court, 25 February 1977)
40. Tru-Value Ltd. –v- Switzers & Co. (High Court, 10 March 1972)[2]
41. Sorrell –v- Smith [1925] AC 700
42. Taylor –v- Smyth [1991] IR 142
43. Nolan –v- Nolan (1958) 92 ILTR 94
44. Dublin Corporation –v- Provost of Trinity College, Dublin [1985] ILRM 283
45. Pernod Ricard & Comrie plc –v- FII (Fyffes) plc (Unreported, High Court, 21 October 1988)

**Legislation**

46. Section 2 (1) Companies Act 1963
47. Section 176 Companies Act 1963
48. Section 194 Companies Act 1963
49. Section 231 Companies Act 1963
50. Section 316A Companies Act 1963
51. Section 297A Companies Act 1963
52. Section 8 Companies (Amendment) Act 1990
53. Section 10 Companies Act 1990
54. Section 27 Companies Act 1990
55. Section 29 Companies Act 1990
56. Section 31 Companies Act 1990
57. Section 53 Companies Act 1990
58. Part III Companies Act 1990
59. Part VII Companies Act 1990
60. Part VII Company Law Enforcement Act 2001
61. General Scheme of the new Companies Bill

**Books**

62. Ahern (Directors Duties: Law and Practice), 2009, p61 -71
63. Byrne & McCutcheon on the Irish Legal System, (5th ed., 2009), p437
64. Courtney, The Law of Private Companies, (2nd ed., 2006), p422- 424
65. Delany, Equity and the Law of Trusts in Ireland (5th ed., 2011), p244 -247
66. Goff & Jones, The Law of Restitution (7th ed, 2007), p 51, para 1-059
67. Gower and Davies, Principles of Modern Company Law (8th ed., 2008) p484-485
68. Halsbury's Laws of England (4th ed ) para 770
69. McMahon and Binchy, The Law of Torts (3rd ed., 2005), p834 – 841

---

[2] To follow

70. McDermott, P., Contract Law (1st ed, 2001), p525 -527

WF-3524603-v3

IN THE UNITED STATES
BANKRUPTCY COURT
FOR THE
DISTRICT OF DELAWARE


LIST OF AUTHORITIES
REFERRED TO IN THE
DECLARATION OF
JOHN HENNESSY SC
IN OPPOSITION TO
THE JOINT OBJECTION AND
MOTION TO DISMISS
THE CLAIMS
OF NORTEL NETWORKS
IRELAND

5