IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------
| In re | | Chapter 11 |
|---|---|---|
| | | |
| NORTEL NETWORKS Inc., et al., | | Bankr. Case No. 09-10138 (KG) |
| | | |
| Debtors. | | (Jointly Administered) |

------------------------------------------------------------

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM SERVICE LISTS

The undersigned, Matthew N. Kleiman, Esq., hereby submits this Notice of Withdrawal of Appearance and Request for Removal from Service Lists on behalf of Exide Technologies in connection with the above-captioned case. Exide Technologies requests that it, and its undersigned counsel, be removed from (i) the official service list for the Debtors' bankruptcy cases; and (ii) all e-mail or electronic notice and service lists in the Debtors' bankruptcy cases through the Court's CM/ECF system.  There are currently no motions, applications, or other proceedings by or against Exide Technologies pending before this Court in the Debtors' bankruptcy cases.

Dated: September 16, 2011
                                      MATTHEW N. KLEIMAN, P.C.
                                      Matthew N. Kleiman
                                      2506 North Clark Street, Suite 307
                                      Chicago, IL  60614
                                      Telephone:  (312) 543-0412

                                      /s/ Matthew N. Kleiman

## CERTIFICATION OF FILING AND SERVICE

    The undersigned hereby certifies that the foregoing Notice of Withdrawal of Appearance and Request for Removal from Service Lists has been filed with the Clerk of the U.S. Bankruptcy Court for the District of Delaware and that a copy was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case.

Dated:  September 16, 2011

MATTHEW N. KLEIMAN, P.C.
Matthew N. Kleiman
2506 North Clark Street, Suite 307
Chicago, IL  60614
Telephone:  (312) 543-0412

/s/ Matthew N. Kleiman