IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | Re: Docket No. 6378 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2011, I caused a true and correct copy of the *Response of the Monitor and Canadian Debtors Regarding Debtors' Motion to Establish Deadline to File Proofs of Claim for Non-Canadian Intercompany Claims and Remaining Director and Officer Claims and Approving Form and Manner of Notice Thereof* to be served upon the following list via electronic mail.

Date: September 16, 2011

/s/ Mary Caloway
Mary F. Caloway (No. 3059)

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) (collectively, the "Debtors").

Service List

*Electronic Mail*

Derek C. Abbott
Eric D. Schwartz
Ann C. Cordo
Chad A. Fights
**MORRIS, NICHOLS, ARSHT & TUNNELL, LLP**
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Tel: (302) 658-9200
Fax: (302) 658-3989
Email: dabbot@mnat.com
    eschwartz@mnat.com
    acordo@mnat.com
    cfights@mnat.com

*Electronic Mail*

James L. Bromley
Lisa M. Schweitzer
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Tel: (212) 225-2000
Fax: (212) 225-3999
Email: Jbromley@cgsh.com
    LSchweitzer@cgsh.com