United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| Nortel Networks Inc. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-10138 |
| <u>Debtor</u> | } **Amount $6,096.63** |

*AS SET FORTH ON SCHEDULE F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**RICHARD S GREAVES**
**2301 Pebble Vale Dr, # 428**
**PLANO, TX 75075**

The transfer of your claim as shown above in the amount of **$6,096.63** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    <u>By/s/Jeff Caress</u>
    Liquidity Solutions Inc
    (201) 968-0001

3266847

In re **NORTEL NETWORKS INC.**     Case No. 09-10138

Debtor     (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>RICCARDO A CANNONE<br>8304 TRADING POST COURT<br>NASHVILLE, TN 37221-6520 | | | SEVERANCE | | | | $9,880.00 | $7,150.00 | $2,730.00 |
| ACCOUNT NO.<br>RICHARD A LINGEN<br>473 HARRISON AVE<br>MILLER PLAC, NY 11764 | | | SEVERANCE | | | | $40,337.39 | $1,661.49 | $38,675.90 |
| ACCOUNT NO.<br>RICHARD L GHIONE<br>PO BOX 2034<br>SANTA CLARA, CA 95055 | | | SEVERANCE | | | | $11,081.28 | $7,747.49 | $3,333.79 |
| ACCOUNT NO.<br>RICHARD L MCQUEEN<br>3218 BERRY HOLLOW DR<br>MELISSA, TX 75454 | | | SEVERANCE | | | | $46,482.66 | $6,518.51 | $39,964.15 |
| ACCOUNT NO.<br>RICHARD R LANCASTER<br>1308 HAMPTON VALLEY RD<br>CARY, NC 27511 | | | SEVERANCE | | | | $37,610.40 | $7,185.91 | $30,424.49 |
| ACCOUNT NO.<br>==RICHARD S GREAVES==<br>==2001 EAST SPRING CREEK==<br>==APARTMENT 10306==<br>==PLANO, TX 75074-3241== | | | ==SEVERANCE== | | | | ==$6,096.63== | ==$6,096.63== | ==$0.00== |
| ACCOUNT NO.<br>RICHARDSON INDEPENDENT SCHOOL DISTRICT<br>970 SECURITY ROW<br>RICHARDSON, TX 75081 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>RICHARDSON INDEPENDENT SCHOOL DISTRICT<br>970 SECURITY ROW<br>RICHARDSON, TX 75081 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |

Sheet no. 98 of 124 sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal    $151,488.36    $36,360.03    $115,128.33

**TRANSFER NOTICE**

Richard S Greaves ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Nortel Networks Inc.** (the "Debtor"), in the aggregate amount of **$6,096.63**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 09-10138.

IN WITNESS WHEREOF, Assignor has signed below as of the 16th day of September 2011

Richard S Greaves

_____
(Signature)

Richard Greaves
(Print Name and Title)

_____
Liquidity Solutions, Inc.
JEFF CARESS

Nortel Networks Inc.
Richard S Greaves


3266847