United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| Nortel Networks Inc. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-10138 |
| Debtor | } Amount **$2,538.89** |

*As Set Forth On Schedule E*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**WILLIAM M KNOWLES**
**PO BOX 968**
**GRAY, GA 31032**

The transfer of your claim as shown above in the amount of **$2,538.89** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/Jeff Caress
    Liquidity Solutions Inc
    (201) 968-0001

3266924

In re **NORTEL NETWORKS INC.**　　　　　　　　　　　　　　　Case No. 09-10138
　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>WILFRIDO GALLARDO<br>166 W. PLUM STREET<br>BRENTWOOD, NY  11717 | | | SEVERANCE | | | | $15,235.40 | $8,409.57 | $6,825.83 |
| ACCOUNT NO.<br>WILLIAM G SINNETT<br>139 KENTEAGA RD.<br>TODD, NC  28684 | | | SEVERANCE | | | | $68,538.44 | $4,707.34 | $63,831.10 |
| ACCOUNT NO.<br>WILLIAM KIRKLAND<br>412 RIDGEVIEW<br>MURPHY, TX  75094 | | | SEVERANCE | | | | $9,979.62 | $7,101.78 | $2,877.84 |
| ACCOUNT NO.<br>WILLIAM M KELLY JR<br>5217 TROUTMAN LANE<br>RALEIGH, NC  27613 | | | SEVERANCE | | | | $52,234.62 | $4,792.52 | $47,442.10 |
| ACCOUNT NO.<br>==WILLIAM M KNOWLES==<br>==PO BOX 968==<br>==GRAY, GA  31032== | | | ==SEVERANCE== | | | | ==$2,538.89== | ==$2,538.89== | ==$0.00== |
| ACCOUNT NO.<br>WINN PARISH SCHOOL BOARD SALES & USE TAX<br>SALES AND USE TAX DEPARTMENT<br>P. O. BOX 430<br>WINNFIELD, LA  71483-430 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>WISCONSIN DEPARTMENT OF REVENUE<br>BOX 930389<br>MILWAUKEE, WI  53293-389 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>WISCONSIN DEPT. OF FINANCIAL INSTITUTIONS<br>FOREIGN CORPORATION ANNUAL REPORT<br>DRAWER 978<br>MILWAUKEE, WI  53293-0978 | | | TAXES | X | X | | UNKNOWN | UNKNOWN | UNKNOWN |

Sheet no. 122 of 124 sheets attached to Schedule of Creditors Holding Unsecured Priority Claims　　　　Subtotal　$148,526.97　$27,550.10　$120,976.87

## TRANSFER NOTICE

William M Knowles ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Nortel Networks Inc.** (the "Debtor"), in the aggregate amount of **$2,538.89**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 09-10138.

IN WITNESS WHEREOF, Assignor has signed below as of the 7th day of July, 2011

William M Knowles

_William M Knowles_
(Signature)

_William M Knowles_
(Print Name and Title)

Liquidity Solutions, Inc.
Jeff Caress

Nortel Networks Inc.
William M Knowles


3266924