IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administered |
| | ) **Re: Docket No. 6304** |

### CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER TO MOTION OF THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS TO ESTABLISH PROCEDURES FOR COMPLIANCE WITH 11 U.S.C. §1102(b)(3) AND 1103(c)

I, Shelley A. Kinsella, proposed counsel to the Official Committee of Long Term Disability Participants (collectively, the "LTD Committee"), hereby certify the following:

1. On June 22, 2011, an Order appointing an Official Committee of Long Term Disability Participants was entered (the "LTD Committee Order") (Docket No. 5790).

2. On September 2, 2011 the LTD Committee filed the Motion of the Official Committee of Long Term Disability Plan Participants to Establish Procedures for Compliance with 11 U.S.C. §1102(b)(3) and 1103(c) (the "Motion") (Docket No. 6304).

3. The deadline to file an objection to the Motion was September 14, 2011 and a hearing on the Motion is scheduled for September 21, 2011 at 10:00 a.m.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

4. Subsequent to the filing of the Motion, Counsel to the Official Committee of Unsecured Creditors ("OCUC") and counsel to the Debtors provided comments to the Motion's proposed form of order.

5. Accordingly, a revised proposed form of Order (the "Revised Proposed Order") is attached hereto as Exhibit A which incorporates the OCUC's and Debtors' comments. A blackline comparing the Revised Proposed Order to the original filed on September 2, 2011 is attached hereto as Exhibit B.

6. Counsel has reviewed the docket and no other responses or objections have been filed. Pursuant to Rule 9013-1(j) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and general chambers procedures Section 2(a)(v), it is respectfully requested that the Revised Proposed Order be entered at the earliest convenience of the Court.

Dated: September 19, 2011

ELLIOTT GREENLEAF

_/s/ Shelley A. Kinsella_
Rafael X. Zahralddin-Aravena (DE 4166)
Shelley A. Kinsella (DE 4023)
1105 N. Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

*Counsel to the Official Committee of Long Term Disability Participants*