IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administered |
|  | ) Re: Docket No. 6305 |

### CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER PURSUANT TO 11 U.S.C. §§ 105(A), 1102(B)(3) AND 1103(C) AUTHORIZING THE RETENTION OF KURTZMAN CARSON CONSULTANTS, LLC AS THE WEBSITE PROVIDER FOR THE COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS AND APPROVING RELATED AGREEMENT

I, Shelley A. Kinsella, proposed counsel to the Official Committee of Long Term Disability Participants (collectively, the "LTD Committee"), hereby certify the following:

1. On June 22, 2011, an Order appointing an Official Committee of Long Term Disability Participants was entered. (Docket No. 5790).

2. On September 2, 2011, the LTD Committee filed the Application for an Order Pursuant to 11 U.S.C. §§ 105(a), 1102(b)(3) and 1103(c) Authorizing the Retention of Kurtzman Carson Consultants, LLC as the Website Provider for the Committee of Long Term Disability Plan Participants and Approving Related Agreement (the "Application") (Docket No. 6305).

3. The deadline to file an objection to the Application was September 14, 2011. A

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

hearing on the Application is scheduled for September 21, 2011 at 10:00 a.m.

4. Subsequent to the filing of the Application, Counsel to the Official Committee of Unsecured Creditors ("OCUC") provided comment to the Application's proposed form of order.

5. Accordingly, a revised proposed form of Order (the "Revised Proposed Order") is attached hereto as Exhibit A which incorporates the OCUC's comment. A blackline comparing the Revised Proposed Order to the original filed on September 2, 2011 is attached hereto as Exhibit B.

6. In light of the foregoing, if no objections are filed to the Application, and if the Revised Proposed Order is acceptable to the Court, it is respectfully requested that it be entered after the appropriate certificate of no objection is filed pursuant to Rule 9013-1(j) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

Dated: September 19, 2011

ELLIOTT GREENLEAF

*/s/ Shelley A. Kinsella*

Rafael X. Zahralddin-Aravena (DE 4166)
Shelley A. Kinsella (DE 4023)
1105 N. Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

*Counsel to the Official Committee of Long Term Disability Participants*