UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                      :   Chapter 11
                                            :
Nortel Networks Inc., et al.,[1]            :   Case No. 09-10138 (KG)
                                            :
            Debtors.                        :   (Jointly Administered)
                                            :
                                            :   Related Docket No. 6286
------------------------------------------------------------ x

### CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING THE RETENTION OF TOGUT, SEGAL & SEGAL LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES *NUNC PRO TUNC* TO AUGUST 22, 2011

I, William F. Taylor, Jr., an attorney with McCarter & English, LLP, Proposed Counsel to the Official Committee of Retirees (the "Retiree Committee") for the above referenced bankruptcy proceeding, hereby certify the following:

1.  On June 21, 2011, the Court entered its Order Pursuant to Section 1114 of the Bankruptcy Code Appointing an Official Committee of Retired Employees [D.I. 5783].[2]

2.  On September 1, 2011, the Retiree Committee filed the *Application of the Official Committee of Retired Employees Pursuant to Bankruptcy Code Sections 1103(a) and 1114, Bankruptcy Rule 2014 and Rule 2014-1 of the Local Rules for an Order Approving the Retention of Togut, Segal & Segal LLP as Counsel nunc pro tunc to August 22, 2011* (the "Application") [Docket No. 6286].

3.  The deadline to file an objection to the Application was September 16, 2011 and a hearing on the Application is scheduled for September 21, 2011 at 10:00 a.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] On June 22, 2011, the Court entered an Order Appointing the LTD Committee [D.I. 5790].

ME1 12266669v.1

4.  Subsequent to the filing of the Application, counsel to the Official Committee of Unsecured Creditors (the "OCUC") and counsel to the Debtors provided comments to the Application's proposed form of Order. Accordingly, the Retiree Committee has revised the Application's proposed form of Order to incorporate the comments from the OCUC and the Debtors. The revised proposed form of Order (the "Revised Proposed Order") is attached hereto as **Exhibit A**. A blackline comparing the Revised Proposed Order to the original filed on September 1, 2011, is attached hereto as **Exhibit B**.

5.  Counsel has reviewed the docket and no other responses or objections have been filed. Pursuant to Rule 9013-1(j) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and general chambers procedures Section 2(a)(v), it is respectfully requested that the Revised Proposed Order be entered at the earliest convenience of the Court.

Dated: September 19, 2011  
Wilmington, DE

MCCARTER & ENGLISH, LLP

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (DE Bar I.D. #2936)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 Facsimile
wtaylor@mccarter.com

-and-

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(212) 594-5000
(212) 967-4258 Facsimile
neilberger@teamtogut.com

*Proposed Counsel to the Official Committee of Retirees*

ME1 12266669v.1