Form 210A (10/06)

# United States Bankruptcy Court
## District Of Delaware

In re:    Nortel Networks Inc.,
Case No.  09-10138

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE **or deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee:**
Fair Harbor Capital, LLC
As assignee of Lubna Ahmed

**Name of Transferor:**
Lubna Ahmed

Name and Address where notices to transferee should be sent:

Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023

Court Claim # (if known): none
Amount of Claim: $6,576.37
Date Claim Filed:

**Name and Address of Transferor:**
Lubna Ahmed
Lubna Ahmed
8 Greyswood Ct
Potomac, MD  20854

Phone:  212 967 4035
Last Four Digits of Acct #:  n/a

Phone:
Last Four Digits of Acct. #:  n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:  n/a
Last Four Digits of Acct #  n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Fredric Glass                                   Date:  Monday, September 19, 2011
Transferee/Transferee's Agent
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District Of Delaware

In re:     Nortel Networks Inc.,
Case No.   09-10138

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No. (if known) none**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on Monday, September 19, 2011.

**Name of Transferee:**
Fair Harbor Capital, LLC
As assignee of Lubna Ahmed

Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023

**Name of Transferor:**
Lubna Ahmed

Name and Address of Transferor:

Lubna Ahmed
Lubna Ahmed
8 Greyswood Ct
Potomac, MD 20854

## ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

Clerk of the Court

LUBNA AHMED ("Assignor"), transfers and assigns unto Fair Harbor Capital, LLC with an address at 1841 Broadway Suite 1007, New York, NY 10023, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title, and interest in, to and under the claim of Assignor as set forth in the Agreement against Nortel Networks, Inc. (the "Debtor"), in the aggregate amount of $6,576.37, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 09-10138.

IN WITNESS WHEREOF, Assignor has signed below as of the __16__ day of __Sept__, 2011.

**LUBNA AHMED**

By: _Lubna Ahmed_       Lubna Ahmed
Signature       Print Name/Title

**Fair harbor Capital, LLC**

By: _____
Fred Glass
Victor Knox

New Address: 8 Greyswood Court
Potomac, MD 20854

Claim Question? Call: 646 282 2400   Technical Support Question? Call: 800 794 4430

**epiq** SYSTEMS  debtorMatrix

NORTEL
Nortel Networks Inc.
Change Client

Guest | Sign In

Client Home   Claims   Docket   Key Documents

Home»Search Claims

Bookmark this Page

## Search Claims

### Criteria

| | | |
|---|---|---|
| Claim Number | Creditor Name<br>Name Contains   lubna | Scope<br>Claims and Schedules |
| Schedule Number | Amount<br>Total Claim Value   Equals | |
| Docket Number | Claim Date Range   to | |
| Debtor | | |

Order By: Creditor Name      Results Per Page: 25

### Results
Collapse All

[1] Page 1 of 1 - 02 total items

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| ⊟ | 100768050 | LUBNA AHMED | | $6,576.37 | No Image |
| | | 8 GREYSWOOD CT<br>POTOMAC, MD 20854-6149 | Scheduled Priority: | $6,576.37 | |
| | | Debtor: 09-10138 Nortel Networks Inc. | | | |
| ⊟ | 100768060 | LUBNA AHMED | | Schedule G | No Image |
| | | 8 GREYSWOOD CT<br>POTOMAC, MD 20854-6149 | | | |
| | | Debtor: 09-10138 Nortel Networks Inc. | | | |

[1] Page 1 of 1 - 02 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court; and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.