## CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Amended Agenda of Matters Scheduled for Hearing on September 21, 2011 at 10:00 a.m. (ET)** was caused to be made on September 19, 2011, in the manner indicated upon the entities identified below.

Date: September 19, 2011  /s/ Chad A. Fights
Wilmington, DE  Chad A. Fights (No. 5006)

**Via Fax**

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020
FAX: 212-610-6399

Thomas P. Tinker. Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519
FAX: 302-573-6497

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705
FAX: 302-652-4400

Mary F. Caloway Esq.
Mona A. Parikh
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228
FAX: 302-552-4295

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801
FAX: 302-651-7701

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036
FAX: 212-872-1002

Thomas R. Kreller
MILBANK, TWEED, HADLEY &
MCLOY LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017
FAX: 213-892-4763

William F. Taylor, Jr.
McCarter & English LLP
405 N. King St.
Wilmington, DE 19801
FAX: 302-984-6399

Albert Togut
Neil Berger
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119
FAX: 212-967-4258

4145343.6