IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., et al., | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Mark T. Hurford of Campbell & Levine, LLC and Jonathan P. Guy of Orrick, Herrington & Sutcliffe LLP have appeared as counsel for California Franchise Tax Board (the "CFTB") in the above referenced case.

**TAKE FURTHER NOTICE** that the below now withdraw their appearance. The undersigned counsel certifies that there is no controversy currently pending before the Court and CFTB. In addition, the CFTB consents to withdrawal of the undersigned as counsel.

**TAKE FURTHER NOTICE** that the below now withdraw their previous request for service of notices and papers in this case and request that parties in interest remove their names from the mailing matrix in this case, including electronic mail lists.

| | |
|---|---|
| Mark T. Hurford | Jonathan P. Guy |
| CAMPBELL & LEVINE, LLC | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 800 N. King Street, Suite 300 | The Columbia Center |
| Wilmington, DE 19801 | 1152 15th Street, N.W. |
| Tel: (302) 426-1900 | Washington, DC 20005-1706 |
| Fax: (302) 426-9947 | Telephone: (202) 339-8400 |
| mhurford@camlev.com | Facsimile: (202) 339-8500 |
| | jguy@orrick.com |

Wilmington, Delaware
Dated: September 20, 2011

Respectfully submitted,
CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Mark T. Hurford (DE No. 3299)
800 N. King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947

{D0211790.1 }

-and-

Jonathan P. Guy (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Counsel to California Franchise Tax Board*