IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: 
In re : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
---------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON SEPTEMBER 22, 2011 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**CONTINUED/RESLOVED/WITHDRAWN MATTER**

1. Debtors' Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International, Inc. (D.I. 5196, Filed 4/1/11).

    Objection Deadline: May 17, 2011 at 4:00 p.m. (ET).

    Responses Received:

    (a) Creditor's Opposition to Debtors' Motion for a Protective Order (D.I. 5384, Filed 5/5/11).

    Related Pleadings:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

(a) Declaration of Stephen Kenkel in Support of Debtors' Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International, Inc. (D.I. 5197, Filed 4/1/11);

(b) The Monitor's (I) Statement in Support of Debtors' Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International, Inc., and (II) Request for Joint Hearing on Such Motion (D.I. 5199, Filed 4/1/11);

(c) Debtors' Reply in Further Support of their Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International, Inc. (D.I. 5558, Filed 6/1/11);

(d) Declaration of George Reichert in Support of Debtors' Reply in Further Support of their Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International, Inc. (D.I. 5559, Filed 6/1/11);

(e) Supplemental Declaration of Stephen Kenkel in Support of Debtors' Reply in Further Support of their Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International, Inc. (D.I. 5560, Filed 6/1/11); and

(f) Notice Pursuant To Section 12(d) Of The Cross-Border Protocol Of Filing Of Motion Record And Factum Filed In The Canadian Proceedings To Approve The Order Regarding SNMP RI Discovery Motion (D.I. 5561, Filed 6/2/11).

Status: The hearing on this matter has been adjourned to the joint hearing scheduled for October 26, 2011 at 10:00 a.m. (ET).

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (C.N.O.)

2. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Settlement of the Nortel ERISA Litigation, Amending the Automatic Stay as Necessary in Connection with such Settlement, and Approving the Stipulation Resolving Proof of Claim No. 5043 Filed By Chubb Insurance Company of Canada (D.I. 6288, Filed 9/1/11).

Objection Deadline: September 15, 2011 at 4:00 p.m. (ET).

Responses Received: None at this time.

Related Pleadings:

(a) Certificate of No Objection Regarding Docket No. 6288 (D.I. 6409, Filed 9/20/11); and

(b) Proposed Form of Order.

Status:  This matter was originally scheduled for a joint hearing.  As no objections were received in either this Court or in Canada, the hearing in Canada was moved up to September 20, 2011 at 10:00 a.m. (ET).  At the hearing Justice Morawetz endorsed the proposed order as submitted and approved the Motion.  A CNO has been filed with this Court.

Dated: September 20, 2011
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

     */s/ Chad A. Fights*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4478894.3