IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
In re:                                             :  Chapter 11
                                                   :
NORTEL NETWORKS Inc., *et al.*,[1]                 :  Case No. 09-10138 (KG)
                                                   :
Debtors.                                           :  Jointly Administered
                                                   :
---------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

Reference is hereby made to the Settlement and Loss Portfolio Transfer Agreement entered into as of July 18, 2011 by and between Liberty Mutual Insurance Company ("**Liberty**") on behalf of itself and its subsidiaries and affiliated companies (including but not limited to Helmsman Management Services, LLC ("**Helmsman**" and together with Liberty, the "**Claimant**"), and certain other parties named therein (the "**Settlement Agreement**"), as approved by the Court on August 8, 2011, pursuant to the *Order Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 Approving Settlement and Loss Portfolio Transfer Agreement with Liberty Mutual Insurance Company* (Docket No. 6098).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Pursuant to the Settlement Agreement, the Claimant, by and through its undersigned authorized counsel, hereby withdraws with prejudice in the above-captioned bankruptcy cases proof of claim numbers 5664 through 5680.

Dated: September 19, 2011
      Wilmington, Delaware

**LIBERTY MUTUAL INSURANCE COMPANY**

And

**HELMSMAN MANAGEMENT SERVICES, LLC,**

By Their Attorneys,

Douglas R. Gooding
Mark A. DeFeo
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617) 248-4000