# **<u>EXHIBIT A</u>**

**NORTEL EXHIBIT A-TIME DETAILS PERIOD AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 8/2/2011 | Call with R. Boris and Carolyn Shields of Nortel and K. O'Neill and M. Mendolaro of Cleary for the weekly claims status call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 8/9/2011 | Call with R. Boris and Carolyn Shields of Nortel and K. O'Neill and M. Mendolaro of Cleary for the weekly claims status call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 8/16/2011 | Call with R. Boris and Carolyn Shields of Nortel and K. O'Neill and M. Mendolaro of Cleary for the weekly claims status call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 8/23/2011 | Call with R. Boris and Carolyn Shields of Nortel and K. O'Neill and M. Mendolaro of Cleary for the weekly claims status call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 8/30/2011 | Call with R. Boris and Carolyn Shields of Nortel and K. O'Neill and M. Mendolaro of Cleary for the weekly claims status call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 8/23/2011 | Nortel-conference with E. Smith of Nortel and Huron director, discuss cerain reporting requirements, follow-up for counsel | 0.50 | 725 | 362.50 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 8/24/2011 | Nortel-conference with counsel, and L. Schweitzer of Cleary, regarding reporting question and general status matters | 0.30 | 725 | 217.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 8/3/2011 | Nortel-review draft MOR. | 0.40 | 725 | 290.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 8/3/2011 | Nortel-review MOR related e-mail, note to Huron director on comments. | 0.10 | 725 | 72.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 8/23/2011 | Nortel-review form 26 and MOR forms and requirements, preparation for conference with E. Smith of Nortel, regarding reporting. | 1.00 | 725 | 725.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 8/23/2011 | Nortel-call with MF, discuss agenda for call with E. Smith of Nortel, requirements. | 0.10 | 725 | 72.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 8/24/2011 | Nortel-details to Huron director regarding reporting and discussion with counsel. | 0.10 | 725 | 72.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 8/24/2011 | Nortel-update on file regarding reporting and questions, conf. with counsel. | 0.10 | 725 | 72.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 8/25/2011 | Nortel-review file on reporting, communications to E. Smith of Nortel regarding initial draft approach. | 0.30 | 725 | 217.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 8/29/2011 | Nortel-review draft July MOR, comments to Huron director. | 0.50 | 725 | 362.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 8/30/2011 | Nortel-re MOR review, review comments on disclosure, escrow, response and additional correspondence. | 0.30 | 725 | 217.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 8/31/2011 | Nortel-review updated comments on MOR. | 0.20 | 725 | 145.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 8/22/2011 | Reviewed MOR and met with E. Smith of Nortel to discuss cash basis monthly reporting. | 1.00 | 555 | 555.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 8/1/2011 | Corresponded with C. Tuttle of Huron regarding July time and expenses. | 1.10 | 410 | 451.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 8/2/2011 | Corresponded with J. Moldrem of Nortel regarding Huron monthly fee and expense estimates. | 0.50 | 410 | 205.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 8/15/2011 | Corresponded with M. DeCarli regarding the monthly fee application certificate of no objection. | 0.80 | 410 | 328.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 6 | Retention and Fee Applications | Coley P. Brown | 8/15/2011 | Corresponded with C. Tuttle of Huron regarding July time and expenses. | 1.30 | 410 | 533.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 8/18/2011 | Reviewed and updated the July monthly fee application time and expense details. | 0.80 | 410 | 328.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 8/18/2011 | Reviewed and updated the July monthly fee application documents and exhibits. | 1.10 | 410 | 451.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 8/18/2011 | Provided the updated July monthly fee application to Huron managing director for his review and signoff. | 0.80 | 410 | 328.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 8/19/2011 | Updated the July monthly fee application per request from A. Cordo of MNAT. | 1.20 | 410 | 492.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 8/25/2011 | Updated the 10th quarterly fee application and provided to Huron managing director for his review and signature. | 1.30 | 410 | 533.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 8/26/2011 | Updated the 10th quarterly fee application per request from A. Cordo of MNAT. | 0.60 | 410 | 246.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Coley P. Brown | 8/2/2011 | Reviewed claims database and docket and provided updates for the disclosure statement to R. Boris of Nortel. | 1.30 | 410 | 533.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Coley P. Brown | 8/2/2011 | Reviewed claims database and docket and provided updates for the disclosure statement to C. Fischer of Cleary. | 0.80 | 410 | 328.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Michael Scannella | 8/23/2011 | Discussion with Huron director regarding steps going forward related to liquidation analysis. Assignment of roles, timelines, etc. | 1.00 | 335 | 335.00 |
| 11 | Asset Sale & Disposition Support | Michael Scannella | 8/23/2011 | Review of CVAS contract request from J. Croft, Cleary. | 0.80 | 335 | 268.00 |
| 11 | Asset Sale & Disposition Support | Michael Scannella | 8/24/2011 | Review of CVAS contract request from J. Croft, Cleary. | 0.70 | 335 | 234.50 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/1/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/1/2011 | Corresponded with B. Phelps and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/1/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/1/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/1/2011 | Corresponded with B. Phelps and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/1/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/2/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from D. Culver of MNAT. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/2/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/2/2011 | Corresponded with L. Rowan and/or D. Rutledge of Nortel regarding contract documents. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/2/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/2/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/2/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 1.20 | 410 | 492.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/2/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/2/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Lacks of Cleary. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/2/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/2/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/3/2011 | Corresponded with C. Shields of Nortel regarding preference update. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/3/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/3/2011 | Reviewed claims database and docket and provided updates for the disclosure statement to C. Fischer of Cleary. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/3/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/3/2011 | Corresponded with B. Phelps and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/3/2011 | Corresponded with L. Rowan and/or D. Rutledge of Nortel regarding contract documents. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/4/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/4/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/4/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/4/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Lacks of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/4/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Lacks of Cleary. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/4/2011 | Corresponded with D. Rutledge and/or R. Izzard of Nortel regarding contract documents. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/4/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from S. McCoy of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/4/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from S. McCoy of Cleary. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/9/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/9/2011 | Corresponded with B. Phelps and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/9/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 1.40 | 410 | 574.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/9/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/9/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/9/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/9/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/9/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/9/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/9/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/9/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/9/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/9/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from B. Gibbon of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/10/2011 | Corresponded with B. Phelps and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/11/2011 | Corresponded with L. Rowan and/or D. Rutledge of Nortel regarding contract documents. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/12/2011 | Corresponded with B. Phelps of Nortel regarding pending preference settlements and their receipt status. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/15/2011 | Corresponded with B. Phelps and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/15/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/15/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/15/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/15/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/16/2011 | Corresponded with Cleary team regarding preference summary update per request of J. Hyland of Capstone. | 1.40 | 410 | 574.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/16/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/16/2011 | Corresponded with D. Rutledge and/or R. Izzard of Nortel regarding contract documents. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/17/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/17/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/17/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/17/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/17/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/18/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/18/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/18/2011 | Corresponded with R. Izzard of Nortel regarding supplier information. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/18/2011 | Corresponded with B. Phelps and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/19/2011 | Corresponded with J. Galvin of Cleary regarding preference summary update per request of J. Hyland of Capstone. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/19/2011 | Updated the Nortel preference summary and provided to J. Ray of Nortel and J. Hyland of Capstone. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/22/2011 | Corresponded with B. Phelps and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/22/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/23/2011 | Corresponded with B. Phelps and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/23/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/23/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/24/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/24/2011 | Corresponded with D. Rutledge and/or R. Izzard of Nortel regarding contract documents. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/24/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.30 | 410 | 533.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/24/2011 | Corresponded with M. Taylor of Nortel regarding supplier communications. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/25/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/29/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/29/2011 | Corresponded with B. Phelps and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/29/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/29/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/29/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/29/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from N. Abularach of Cleary. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/30/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/30/2011 | Corresponded with B. Phelps and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 1.20 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/30/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/30/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/31/2011 | Corresponded with A. Cowie of Capstone regarding the Nortel preference summary. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/31/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 0.70 | 410 | 287.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 8/31/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Action / Reclamation Analysis | James Lukenda | 8/8/2011 | Nortel-file maintenance and review, close out binders on amnesty letters and status | 1.00 | 725 | 725.00 |
| 15 | Avoidance Action / Reclamation Analysis | James Lukenda | 8/22/2011 | Nortel-review correspondence and update files on status of preference matters, Huron manager communications | 1.20 | 725 | 870.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/1/2011 | Corresponded with C. Gannon of Nortel regarding employee claims. | 0.60 | 410 | 246.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/2/2011 | Corresponded with C. Gannon of Nortel regarding employee claims. | 0.60 | 410 | 246.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/2/2011 | Investigated certain scheduled claim information per request from R. Boris of Nortel. | 1.30 | 410 | 533.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/4/2011 | Corresponded with R. Boris of Nortel regarding an updated claims database. | 1.30 | 410 | 533.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/5/2011 | Investigated claims information per request from C. Fischer of Cleary. | 1.20 | 410 | 492.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/5/2011 | Updated the subsidiary claims report per request from B. Faubus of Cleary. | 1.30 | 410 | 533.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/9/2011 | Investigated certain scheduled claim information per request from R. Boris of Nortel. | 1.20 | 410 | 492.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/15/2011 | Investigated and provided certain claim information to R. Baik of Cleary. | 1.20 | 410 | 492.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/16/2011 | Updated certain claim information for R. Baik of Cleary. | 0.80 | 410 | 328.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 8/25/2011 | Corresponded with C. Gannon and R. Boris of Nortel regarding employee claims. | 1.20 | 410 | 492.00 |
| 16 | Unsecured Claim Analysis | Lee Sweigart | 8/10/2011 | Reviewed certain claims information per request from R. Baik of Cleary. | 1.00 | 555 | 555.00 |