# **<u>EXHIBIT B</u>**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| | | | | - |