IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
:
*In re*                                                    :     Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                         :     Case No. 09-10138 (KG)
:
               Debtors.   :     Jointly Administered
:
---------------------------------------------------------- X     **RE: D.I. 6173**

**NOTICE OF SUPPLEMENTAL EXHIBIT TO THE THIRTY-FIRST INTERIM
APPLICATION OF CLEARY GOTTLIEB STEEN & HAMILTON LLP**

     **PLEASE TAKE NOTICE** that on August 19, 2011, Cleary Gottlieb Steen & Hamilton, LLP ("Cleary Gottlieb"), attorneys for the debtors and debtors-in-possession (collectively the "Debtors") in the above captioned cases, filed the Thirty-First Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2011 Through July 31, 2011 (the "Application") [D.I. 6173].

     **PLEASE TAKE FURTHER NOTICE** that after receiving informal comments from the Office of the United States Trustee (the "U.S. Trustee") to certain expenses included in the Application, and after discussions with the U.S. Trustee, Cleary Gottlieb has today filed the supplement (the "Supplemental Exhibit"), attached hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: September 20, 2011
      Wilmington, Delaware

    CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*