**Exhibit A**

**Supplemental Exhibit to Thirty-First Interim Fee Application of Cleary Gottlieb**

Cleary Gottlieb received informal comments from the Office of the United States Trustee (the "U.S. Trustee") to the Application filed on August 19, 2011 regarding conference and meal expenses during the period from June 27, 2011 to June 30, 2011, in the amount of $101,973.00 (the "Disputed Amount"). Pursuant to subsequent discussions with the U.S. Trustee, Cleary Gottlieb files this Supplemental Exhibit to provide additional details about the Disputed Amount.

During the four-day period in question, Cleary Gottlieb hosted at its offices an auction of Nortel's patents and related intellectual property (the "Auction"). Cleary Gottlieb provided the space necessary to conduct the auction, as it has for previous auctions held in the above-captioned cases. The Auction commenced on June 27, 2011 with a stalking horse bid of $900 million submitted by an affiliate of Google, Inc. The auction continued through the evening of June 30, 2011 through multiple rounds, with the final winning bid of $4.5 billion being submitted by a consortium of bidders including Apple, Ericsson, Sony, Microsoft and Research in Motion. Throughout this four day period, Cleary Gottlieb provided 24 hour support, including food and drinks at breakfast, lunch, dinner, snacks and late night food, to approximately 200 auction participants, including legal, business and financial representatives of all of the bidders, the U.S. Debtors, the Official Committee of Unsecured Creditors, the Ad Hoc Bondholder Group, the Canadian Debtors, the Canadian Monitor, the French Office Holders, and the Joint Administrators of the EMEA Debtors.

Below please find a summary of the Cleary Gottlieb's out-of-pocket expenses, as they related to the Disputed Amount:

3

| **Date** | **Disputed Amount** | **Additional Detail** |
|---|---|---|
| June 27 | $12,263.14 | Dinner for 202 attendees, including kosher meals which incurred a separate service charge ($11,263.50). NYS sales tax ($999.64). |
| June 27 | $17,784.10 | Lunch for 231 attendees, including kosher meals which incurred a separate service charge ($9,981.50). Equipment, furniture, chairs, chafers, glassware rentals for five days, plus delivery and pick-up ($3,165.18). Additional food charges in firm cafeteria by attendees ($486.72). NYS sales tax ($4,150.70). |
| June 27 | $33,135.00 | Service charges for food, beverage, and conference staff for entire four-day auction period for breakfast, lunch, dinner, and snacks. Note: The auction process started early each morning, and went well until the late evening each day. This necessitated that Cleary Gottlieb hire additional staff and provide overtime for others, so that there would be sufficient staff present to setup at 6:00 am prior to the arrival of the attendees arrived and to clean up after the attendees left for the night, typically after midnight. |
| June 28 | $12,189.37 | Dinner for 202 attendees, including kosher meals which incurred a separate service charge ($11,195.75). NYS sales tax ($933.62). |
| June 29 | $11,964.06 | Dinner for 201 attendees, including kosher meals which incurred a separate service charge ($10,988.80). NYS sales tax ($975.26). |
| June 30 | $14,588.00 | Dinner for 201 attendees, including kosher meals which incurred a separate service charge ($10,988.80). NYS sales tax ($1,189.15).[2] |

---

[2] Cleary Gottlieb will take a reduction in expenses requested in the amount of $2,411.00.