# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
In re                                        :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]           :    Case No. 09-10138 (KG)
:
Debtors.                              :    Jointly Administered
:
------------------------------------------------------------X

## NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 21, 2011 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

### CONTINUED/RESOLVED/WITHDRAWN MATTER

1.  Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 3942, Filed 9/14/10).

    Objection Deadline: October 7, 2010 at 4:00 p.m. (ET). Extended for Amphenol Corporation and its affiliates to October 20, 2011 at 4:00 p.m. (ET). Extended for the Debtors, with respect to Unisys's response to the objection, to October 12, 2011 at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] **Amended items appear in bold.**

<u>Remaining Response Received</u>:

(a) Response Of Unisys Corporation To Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) Filed by Unisys Corporation (D.I. 4106, Filed 10/7/10).

<u>Related Pleading</u>:

(a) Order Granting Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 4163, Filed 10/14/10).

<u>Status</u>:  The hearing with respect to the objections to Claim Nos. 5500, 5501, 5502, 5504, 5505 and 5506 filed by Amphenol Corporation and its affiliates has been adjourned to the hearing scheduled for October 26, 2011 at 10:00 a.m. (ET).  The hearing with respect to the response filed by Unisys Corporation has been adjourned to the hearing scheduled for October 19, 2011 at 10:00 a.m. (ET).

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (C.N.O.) OR CERTIFICATION OF COUNSEL (C.O.C.)

2. Third Monthly (For Period June 1, 2011 Through July 31, 2011) and Final Application of Addrex Inc. as a Broker to Debtors and Debtors-In-Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period November 24, 2010 Through August 2, 2011 (D.I. 6115, Filed 8/10/11).

   <u>Objection Deadline</u>:  August 30, 2011 at 4:00 p.m. (ET).

   <u>Responses Received</u>:  None at this time.

   <u>Related Pleadings</u>:

   (a) Second Monthly Application of Addrex Inc. as a Broker to Debtors and Debtors-In-Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2011 Through May 31, 2011 (D.I. 5735, Filed 6/16/11);

   (b) Certificate of No Objection Regarding Docket No. 5735 (D.I. 5916, Filed 7/8/11);

   (c) Certificate of No Objection Regarding Docket No. 6115 (D.I. 6300, Filed 9/2/11); and

      **(d)** **Order Approving Third Monthly (For Period June 1, 2011 Through July 31, 2011) and Final Application of Addrex Inc. as a Broker to Debtors and Debtors-In-Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period November 24, 2010 Through August 2, 2011 (D.I. 6414, Entered 9/20/11).**

    **Status:  An order has been entered regarding this matter.**

3.   Application for an Order Authorizing the Employment and Retention of Elliott Greenleaf as Counsel to the Official Committee of Long-Term Disability Participants *Nunc Pro Tunc* to June 22, 2011 (D.I. 6201, Filed 8/23/11).

    Objection Deadline:  September 6, 2011 at 4:00 p.m. (ET).

    Responses Received:   Informal comments from the Debtors and the Official Committee of Unsecured Creditors.

    Related Pleadings:

    (a)   Certification of Counsel Regarding Proposed Order Authorizing the Employment and Retention of Elliott Greenleaf as Counsel to the Official Committee of Long Term Disability Participants (D.I. 6346, Filed 9/12/11);

    (b)   Notice of Withdrawal of Certification of Counsel Regarding Proposed Order Authorizing the Employment and Retention of Elliott Greenleaf as Counsel to the Official Committee of Long Term Disability Participants (D.I. 6347, Filed 9/12/11);

    (c)   Certification of Counsel Regarding Proposed Order Authorizing the Employment and Retention of Elliott Greenleaf as Counsel to the Official Committee of Long Term Disability Participants (D.I. 6349, Filed 9/13/11); and

    **(d)** **Order Authorizing the Employment and Retention of Elliott Greenleaf as Counsel to the Official Committee of Long-Term Disability Participants *Nunc Pro Tunc* to August 2, 2011 (D.I. 6415, Entered 9/20/11).**

    **Status:  An order has been entered regarding this matter.**

4.   Final Application of Special Counsel, Inc. as a Service Provider to Debtors and Debtors-In-Possession, for Allowance of Interim Compensation  and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 15, 2009 Through October 31, 2009 (D.I. 6217, Filed 8/24/11).

    Objection Deadline:  September 13, 2011 at 4:00 p.m. (ET).

Responses Received:  None at this time.

Related Pleadings:

(a)   Certificate of No Objection Regarding Docket No. 6217 (D.I. 6383, Filed 9/16/11); and

**(b)   Order Approving Final Application of Special Counsel, Inc. as a Service Provider to Debtors and Debtors-In-Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 15, 2009 Through October 31, 2009 (D.I. 6416, Entered 9/20/11).**

**Status:  An order has been entered regarding this matter.**

5.  Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 330 and 331 for Entry of an Order Approving the Reimbursement of the Costs of the Professional Services Rendered and Expenses Incurred by Global IP Law Group, LLC (D.I. 6277, Filed 8/31/11).

Objection Deadline:  September 14, 2011 at 4:00 p.m. (ET).

Responses Received:  None at this time.

Related Pleadings:

(a)   Certificate of No Objection Regarding Docket No. 6277 (D.I. 6390, Filed 9/19/11); and

**(b)   Order Approving the Reimbursement of NNL for NNI's Share of the Costs of the Professional Services Rendered and Expenses Incurred by Global IP Law Group, LLC (D.I. 6417, Entered 9/20/11).**

**Status:  An order has been entered regarding this matter.**

6.  Motion of the Official Committee of Long Term Disability Participants for an Order Establishing Procedures for Compliance with 11 U.S.C. § 1102(b)(3) and 1103(c) (D.I. 6304, Filed 9/2/11).

Objection Deadline:  September 14, 2011 at 4:00 p.m. (ET).

Responses Received:  Informal comments from the Debtors and the Official Committee of Unsecured Creditors.

Related Pleadings:

    (a)    Certification of Counsel Regarding Proposed Order to Motion of the Official Committee of Long Term Disability Plan Participants to Establish Procedures for Compliance with 11 U.S.C. § 1102(b)(3) and 1103(c) (D.I. 6391, Filed 9/19/11); and

    **(b)**    **Order Granting Motion Of The Official Committee Of Long Term Disability Plan Participants To Establish Procedures For Compliance With 11 U.S.C. Sections 1102(b)(3) And 1103(c) (D.I. 6418, Entered 9/20/11).**

    <u>Status</u>:  **An order has been entered regarding this matter.**

7.    Application for an Order Pursuant to 11 U.S.C. §§ 105(a), 1102(b)(3) and 1103(c) Authorizing the Employment and Retention of Kurtzman Carson Consultants, LLC as Website Provider for the Official Committee of Long Term Disability Plan Participants and Approving Related Agreement (D.I. 6305, Filed 9/2/11).

    <u>Objection Deadline</u>:  September 14, 2011 at 4:00 p.m. (ET).

    <u>Responses Received</u>:  Informal comments from the Debtors and the Official Committee of Unsecured Creditors.

    <u>Related Pleadings</u>:

    (a)    Exhibits B and C (D.I. 6327, Filed 9/7/11);

    (b)    Certification of Counsel Regarding Proposed Order Pursuant to 11 U.S.C. §§ 105(a), 1102(b)(3) and 1103(c) Authorizing the Retention of Kurtzman Carson Consultants, LLC as the Website Provider for the Committee of Long Term Disability Plan Participants and Approving Related Agreement (D.I. 6392, Filed 9/19/11); and

    **(c)**    **Order Authorizing Retention of Kurtzman Carson Consultants, LLC as Website Provider for the Official Committee of Long Term Disability Plan Participants and Approving Related Agreement (D.I. 6419, Entered 9/20/11).**

    <u>Status</u>:  **An order has been entered regarding this matter.**

*Nortel Networks Inc. v. Telmar Network Technology, Inc., Precision Communication Services, Inc., and Precision Communication Services Corporation, Adv. Proc. Case No. 11-50021*

8.    Debtors' Motion Pursuant to Bankruptcy Rule 9019 for an Order Authorizing Entry into, and Approving, the Stipulation of Settlement Between and Among Nortel Networks, Inc., Nortel Networks (CALA) Inc., Nortel Networks Corporation, Nortel Networks Limited, Telmar Network Technology, Inc., Precision Communication Services, Inc., and Precision Communication Services Corporation (Main Case D.I. 6224, Adv. Proc. Case D.I. 43, Filed 8/25/11).

    Objection Deadline:  September 9, 2011 at 4:00 p.m. (ET).

    Responses Received:  None at this time.

    Related Pleadings:

    (a)    Certificate of No Objection Regarding Docket No. 6244 (Main Case D.I. 6357, Adv. Proc. Case D.I. 46, Filed 9/13/11); and

    **(b)**    **Order Approving the Stipulation of Settlement Between and Among Nortel Networks, Inc., Nortel Networks (CALA) Inc., Nortel Networks Corporation, Nortel Networks Limited, Telmar Network Technology, Inc., Precision Communication Services, Inc., and Precision Communication Services Corporation (Main Case D.I. 6424, Adv. Proc. Case D.I. 51, Entered 9/20/11).**

    **Status:  An order has been entered regarding this matter.**

9.    Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal, in Part, Exhibit B to Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. 9019 or Entry of an Order Approving Settlement Agreement (Main Case D.I. 6225, Adv. Proc. Case D.I. 44, Filed 8/25/11).

    Objection Deadline:  September 9, 2011 at 4:00 p.m. (ET).

    Responses Received:  None at this time.

    Related Pleadings:

    (a)    Certificate of No Objection Regarding Docket No. 6244 (Main Case D.I. 6358, Adv. Proc. Case D.I. 47, Filed 9/13/11); and

    **(b)**    **Order Authorizing the Debtors to File Under Seal, in Part, Exhibit B to Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. 9019 or Entry of an Order Approving Settlement Agreement (Main Case D.I. 6422, Adv. Proc. Case D.I. 50, Entered 9/20/11).**

    **Status:  An order has been entered regarding this matter.**

**UNCONTESTED MATTERS GOING FORWARD**

*Nortel Networks Inc. v. Anixter Inc. and Anixter de Mexico, SA de CV, Adv. Proc. Case No. 11-50193*

10.    Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claim by and Between Nortel Networks, Inc. and

6

Nortel Networks (CALA), Inc. and Anixter Inc. and Anixter de Mexico, SA de CV, and Resolving Proofs of Claim Nos. 4639 and 6830 Filed by Anixter Inc. and Anixter Argentina SA (Main Case D.I. 6324, Adv. Proc. Case D.I. 19, Filed 9/7/11).

Objection Deadline: September 19, 2011 at 4:00 p.m. (ET).

Responses Received: None at this time.

Related Pleadings:

(a) Order Under 11 U.S.C. § 102(1) Shortening Notice of Motion of Debtors, Pursuant to Bankruptcy Rule 9019, for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claim by and Between Nortel Networks, Inc. and Nortel Networks (CALA) Inc. and Anixter Inc. and Anixter de Mexico, SA de CV, and Resolving Proofs of Claim Nos. 4639 and 6830 Filed by Anixter Inc. and Anixter Argentina SA (Main Case D.I. 6329, Adv. Proc. Case D.I. 21, Entered 9/8/11).

Status: The hearing on this matter will go forward.

11. Application of the Official Committee of Retired Employees Pursuant to Bankruptcy Code Sections 1103(a) and 1114, Bankruptcy Rule 2014 and Rule 2014-1 of the Local Rules for an Order Approving the Retention of Togut, Segal & Segal LLP as Counsel *Nunc Pro Tunc* to August 22, 2011 (D.I. 6286, Filed 9/1/11).

Objection Deadline: September 16, 2011 at 4:00 p.m. (ET).

Responses Received: Informal comments from the Debtors and the Official Committee of Unsecured Creditors.

Related Pleadings:

(a) Certification of Counsel Regarding Proposed Order Approving the Retention of Togut, Segal & Segal LLP as Counsel to the Official Committee of Retired Employees *Nunc Pro Tunc* to August 22, 2011 (D.I. 6395, Filed 9/19/11); and

**(b) Order Approving the Retention of Togut, Segal & Segal LLP as Counsel to the Official Committee of Retired Employees *Nunc Pro Tunc* to August 22, 2011 (D.I. 6412, Entered 9/20/11).**

**Status: An order has been entered regarding this matter.**

12. Application of the Official Committee of Retired Employees Pursuant to Bankruptcy Code Sections 1103(a) and 1114, Bankruptcy Rule 2014 and Rule 2014-1 of the Local Rules for an Order Approving the Retention of McCarter & English, LLP as Delaware Counsel *Nunc Pro Tunc* to August 26, 2011 (D.I. 6287, Filed 9/1/11).

Objection Deadline: September 16, 2011 at 4:00 p.m. (ET).

Responses Received: Informal comments from the Debtors and the Official Committee of Unsecured Creditors.

Related Pleadings:

(a) Certification of Counsel Regarding Proposed Order Approving the Retention of McCarter & English, LLP as Delaware Counsel *Nunc Pro Tunc* to August 26, 2011 (D.I. 6396, Filed 9/19/11); and

**(b) Order Approving the Retention of McCarter & English, LLP as Delaware Counsel to the Official Committee of Retired Employees *Nunc Pro Tunc* to August 26, 2011 (D.I. 6413, Entered 9/20/11).**

**Status: An order has been entered regarding this matter.**

### CONTESTED MATTER GOING FORWARD

13. Motion of Edmund B. Fitzgerald for Relief from the Automatic Stay (D.I. 5951, Filed 7/13/11).

    Objection Deadline: August 1, 2011 at 4:00 p.m. (ET). Extended for the Debtors and the Official Committee of Unsecured Creditors to September 7, 2011 at 4:00 p.m. (ET).

    Responses Received:

    (a) Debtors' Objection to the Motion of Edmund B. Fitzgerald for Relief from the Automatic Stay (D.I. 6322, Filed 9/7/11).

    Related Pleadings:

    (a) Order Granting Motion of Edmund B. Fitzgerald for an Order Limiting Notice with Respect to Motion for Relief from the Automatic Stay (D.I. 6293, Entered 9/1/11).

    Status: The hearing on this matter will go forward.

14. Debtors' Motion for an Order Establishing Deadlines for Filing Proofs of Claim for Non-Canadian Intercompany Claims and Remaining Director and Officer Claims and Approving Form and Manner of Notice Thereof (D.I. 6303, Filed 9/2/11).

    Objection Deadline: September 14, 2011 at 4:00 p.m. (ET). Extended to September 15, 2011 at 12:00 p.m. (ET) for the Fourth Estate. Extended to September 16, 2011 at 12:00 p.m. (ET) for the Canadian Debtors.

Responses Received:

(a) Response of the Monitor and Canadian Debtors Regarding Debtors' Motion to Establish Deadline to File Proofs of Claim for Non-Canadian Intercompany Claims and Remaining Director and Officer Claims and Approving Form and Manner of Notice Thereof (D.I. 6378, Filed 9/16/11).

Related Pleadings: None.

Status: The hearing on this matter will go forward.

## FEE APPLICATIONS

15. Tenth Quarterly Fee Hearing Applications.

    Related Pleading:

    (a) See Exhibit A.

    Objection Deadline: N/A.

    Responses Received: None.

    Status: This matter is going forward.

## PRETRIAL CONFERENCE

16. Pretrial Conference in Nortel Networks Inc. v. AudioCodes, Inc. et al., Adversary Case No. 11-52298 (KG)

    Status: The pretrial scheduling conference has been adjourned to the hearing scheduled for October 19, 2011 at 10:00 a.m. (ET) by agreement of the parties.

Dated: September **21**, 2011
       Wilmington, Delaware

                        CLEARY GOTTLIEB STEEN & HAMILTON LLP
                        James L. Bromley (admitted *pro hac vice*)
                        Lisa M. Schweitzer (admitted *pro hac vice*)
                        One Liberty Plaza
                        New York, New York 10006
                        Telephone: (212) 225-2000
                        Facsimile: (212) 225-3999

                        and

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                 */s/ Chad A. Fights*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663
*Counsel for the Debtors and Debtors in Possession*

4474767