**EXHIBIT A**

**EXHIBIT A**

**Nortel Networks Inc, Bankruptcy Case No. 09-10138**

**Summary of Fees and Expenses for the Period
From May 1, 2011 through July 31, 2011, unless otherwise specified**

**Hearing: September 21, 2011 at 10:00 a.m. (Eastern Time)**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A. Tenth Interim Fee Application Request Of Akin Gump As Co-Counsel For The Official Committee Of Unsecured Creditors For The Period May 1, 2011 Through July 31, 2011 (D.I. 6262, Filed 8/30/11).

   1. Twenty-Eighth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2011 Through May 31, 2011 (D.I. 5900, Filed 7/7/11);

   2. Certification Of No Objection Regarding Twenty-Eighth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2011 Through May 31, 2011 (D.I. 6055, Filed 7/29/11);

   3. Twenty-Ninth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2011 Through June 30, 2011 (D.I. 6182, Filed 8/19/11);

   4. Certification Of No Objection Regarding Twenty-Ninth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2011 Through June 30, 2011 (D.I. 6345, Filed 9/12/11); and

   5. Thirtieth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2011 Through July 31, 2011 (D.I. 6254, Filed 8/29/11).

Ashurst LLP

B.  Tenth Interim Fee Application Request Of Ashurst As European Counsel To The Official Committee Of Unsecured Creditors For The Period May 1, 2011 Through July 31, 2011 (D.I. 6280, Filed 8/31/11).

   1. Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2011 Through May 31, 2011 (D.I. 5814, Filed 6/27/11);

   2. Certification Of No Objection Regarding Twenty-Fifth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2011 Through May 31, 2011 (D.I. 5995, Filed 7/20/11);

   3. Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2011 Through June 30, 2011 (D.I. 6052, Filed 7/29/11);

   4. Certification Of No Objection Regarding Twenty-Sixth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2011 Through June 30, 2011 (D.I. 6197, Filed 8/23/11);  and

   5. Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2011 Through July 31, 2011 (D.I. 6276, Filed 8/31/11).

Benesch, Friedlander, Coplan & Aronoff, LLP

C.  Fourth Quarterly Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From May 1, 2011 Through July 31, 2011 (D.I. 6211, Filed 8/24/11).

   1. Eighth Interim Application Of  Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From May 1, 2011 Through May 31, 2011 (D.I. 5745, Filed 6/17/11);

   2. Certification Of No Objection Regarding Docket No. 5745 (D.I. 5957, Filed 7/14/11);

   3.     Ninth Interim Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From June 1, 2011 Through June 30, 2011 (D.I. 6032, Filed 7/25/11);

   4.     Certification Of No Objection Regarding Docket No. 6032 (D.I. 6171, Filed 8/19/11);

   5.     Tenth Interim Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From July 1, 2011 Through July 31, 2011 (D.I. 6189, Filed 8/23/11); and

   6.     Certification Of No Objection Regarding Docket No. 6189 (D.I. 6377, Filed 9/15/11).

<u>Capstone Advisory Group, LLC</u>

D.    Tenth Interim Fee Application Request Of Capstone As Financial Advisor For The Official Committee Of Unsecured Creditors for the Period May 1, 2011 Through May 31, 2011 (D.I. 6270, Filed 8/30/11).

   1.     Twenty-Eighth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2011 Through May 31, 2011 (D.I. 5815, Filed 6/27/11);

   2.     Certification Of No Objection Regarding Twenty-Eighth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2011 Through May 31, 2011 (D.I. 5996, Filed 7/20/11);

   3.     Twenty-Ninth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2011 Through June 30, 2011 (D.I. 6114, Filed 8/9/11);

   4.     Certification of No Objection Regarding Twenty-Ninth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2011 Through June 30, 2011 (D.I. 6301, Filed 9/2/11);

    5.    Thirtieth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2011 Through July 31, 2011 (D.I. 6238, Filed 8/26/11); and

    6.    Certification of No Objection Regarding Thirtieth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2011 Through July 31, 2011 (D.I. 6401, Filed 9/19/11).

<u>Chilmark Partners LLC</u>

E.    Sixth Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period May 1, 2011 Through July 31, 2011 (D.I. 6256, Filed 8/29/11).

    1.    Fifteenth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From May 1, 2011 Through May 31, 2011 (D.I. 5974, Filed 7/18/11);

    2.    Certificate Of No Objection Regarding Docket No. 5974 (D.I. 6125, Filed 8/10/11);

    3.    Sixteenth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From June 1, 2011 Through June 30, 2011 (D.I. 5975, Filed 7/18/11);

    4.    Certificate Of No Objection Regarding Docket No. 5975 (D.I. 6126, Filed 8/10/11);

    5.    Seventeenth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period July 1, 2011 Through July 31, 2011 (D.I. 6226, Filed 8/25/11); and

    6.    Certificate Of No Objection Regarding Docket No. 6226 (D.I. 6400, Filed 9/19/11).

<u>Cleary Gottlieb Steen & Hamilton LLP ("Cleary")</u>

F.    Tenth Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period May 1, 2011 Through May 31, 2011 (D.I. 6188, Filed 8/22/11).

1. Twenty-Ninth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2011 Through May 31, 2011 (D.I. 5874, Filed 7/5/11);

2. Certificate Of No Objection Regarding Docket No. 5874 (D.I. 6039, Filed 7/27/11);

3. Amended Certificate Of No Objection Regarding Docket No. 5874 (D.I. 6077, Filed 8/3/11);

4. Thirtieth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2011 Through June 30, 2011 (D.I. 6046, Filed 7/28/11);

5. Certificate Of No Objection Regarding Docket No. 6046 (D.I. 6199, Filed 8/23/11);

6. Thirty-First Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2011 Through July 31, 2011 (D.I. 6173, Filed 8/19/11);

7. Certificate Of No Objection Regarding Docket No. 6173 (D.I. 6348, Filed 9/12/11); and

8. **Notice of Supplemental Exhibit to the Thirty-First Interim Application of Cleary Gottlieb Steen & Hamilton LLP (D.I. 6428, Filed 9/20/11).**

Crowell & Moring LLP

G. Tenth Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel For Debtors And Debtors-In-Possession, For The Period May 1, 2011 Through July 31, 2011 (D.I. 6232, Filed 8/26/11).

1. Twenty-Ninth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2011 Through May 31, 2011 (D.I. 6228, Filed 8/26/11);

2. Certificate Of No Objection Regarding Docket No. 6228 (D.I. 6404, Filed 9/19/11);

3. Thirtieth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And

2981307.17
Nortel - Exhibit A

5

        For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2011 Through June 30, 2011 (D.I. 6229, Filed 8/26/11);

    4.    Certificate Of No Objection Regarding Docket No. 6229 (D.I. 6405, Filed 9/19/11);

    5.    Thirty-First Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2011 Through July 31, 2011 (D.I. 6230, Filed 8/26/11); and

    6.    Certificate Of No Objection Regarding Docket No. 6230 (D.I. 6407, Filed 9/19/11).

<u>Ernst & Young LLP</u>

H.    Tenth Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of May 1, 2011 Through July 31, 2011 (D.I. 6244, Filed 8/26/11).

    1.    Twelfth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of May 1, 2011 Through May 31, 2011 (D.I. 6169, Filed 8/18/11);

    2.    Certificate Of No Objection Regarding Docket No. 6169 (D.I. 6343, Filed 9/9/11);

    3.    Thirteenth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of June 1, 2011 Through July 31, 2011 (D.I. 6242, Filed 8/26/11);

    4.    Notice of Filing Verification of James E. Scott in Support of Twelfth Interim Application of Ernst & Young LLP for Allowance of Compensation for Services Rendered as Indirect Tax Service Advisor to the Debtors and Debtors-In-Possession for Period of June 1, 2011 Through July 31, 2011 (D.I. 6311, Filed 9/6/11); and

    5.    Certificate Of No Objection Regarding Docket No. 6242 (D.I. 6406, Filed 9/19/11).

<u>Eugene F. Collins</u>

I.    First Quarterly Fee Application Request Of Eugene F. Collins Solicitors, As Delaware And General Special Irish Counsel To Debtors For The Period June 13, 2011 Through July 31, 2011 (D.I. 6261, Filed 8/30/11).

    1.    First Monthly Application Of Eugene F. Collins As Special Irish Counsel To Debtors, For Allowance Of Interim Compensation And For Interim Reimbursement Of All

   Actual And Necessary Expenses Incurred For The Period June 13, 2011 Through July 31, 2011 (D.I. 6260, Filed 8/30/11).

Fraser Milner Casgrain LLP

J. Tenth Interim Fee Application Request Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors For The Period May 1, 2011 Through July 31, 2011 (D.I. 6285, Filed 9/1/11).

  1. Twenty-Eighth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2011 Through May 31, 2011 (D.I. 5984, Filed 7/19/11);

  2. Certification Of No Objection Regarding Twenty-Eighth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2011 Through May 31, 2011 (D.I. 6128, Filed 8/10/11);

  3. Twenty-Ninth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2011 Through June 30, 2011 (D.I. 6147, Filed 8/12/11);

  4. Certification Of No Objection Regarding Twenty-Ninth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From June 1, 2011 Through June 30, 2011 (D.I. 6323, Filed 9/7/11); and

  5. Thirtieth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From July 1, 2011 Through July 31, 2011 (D.I. 6282, Filed 8/31/11).

Huron Consulting Group

K. Tenth Quarterly Fee Application Request Of Huron Consulting Group As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period May 1, 2011 Through July 31, 2011 (D.I. 6231, Filed 8/26/11).

  1. Twenty-Eighth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of

       Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2011 Through May 31, 2011 (D.I. 5758, Filed 6/21/11);

2. Certificate Of No Objection Regarding Docket No.5758 (D.I. 5956, Filed 7/13/11);

3. Twenty-Ninth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2011 Through June 30, 2011 (D.I. 6015, Filed 7/22/11);

4. Certificate Of No Objection Regarding Docket No. 6015 (D.I. 6151, Filed 8/15/11);

5. Thirtieth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2011 Through July 31, 2011 (D.I. 6180, Filed 8/19/11); and

6. Certificate Of No Objection Regarding Docket No. 6180 (D.I. 6344, Filed 9/12/11).

<u>Jackson Lewis LLP</u>

L. Tenth Quarterly Fee Application Request Of Jackson Lewis LLP As Counsel To Debtors And Debtors-In-Possession, The Period May 1, 2011 Through July 31, 2011 (D.I. 6240, Filed 8/26/11).

    1. Twenty-Seventh Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2011 Through May 31, 2011 (D.I. 6213, Filed 8/24/11);

    2. Certificate Of No Objection Regarding Docket No. 6213 (D.I. 6387, Filed 9/16/11);

    3. Twenty-Eighth Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2011 Through June 30, 2011 (D.I. 6214, Filed 8/24/11);

    4. Certificate Of No Objection Regarding Docket No. 6214 (D.I. 6388, Filed 9/16/11);

    5. Twenty-Ninth Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2011 Through July 31, 2011 (D.I. 6218, Filed 8/24/11); and

      6.      Certificate Of No Objection Regarding Docket No. 6214 (D.I. 6389, Filed 9/16/11).

<u>Jeffries & Company, Inc</u>

M.      Tenth Interim Application Of Jeffries As Investment Banker To The Official Committee Of Unsecured Creditors, For Compensation And Reimbursement Of Expenses For The Period May 1, 2011 Through July 31, 2011 (D.I. 6281, Filed 8/31/11).

      1.      Twenty-Eighth Monthly Fee Application Of Jefferies & Company, Inc., For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors, For The Period May 1, 2011 Through May 31, 2011 (D.I. 6271, Filed 8/30/11);

      2.      Twenty-Ninth Monthly Fee Application Of Jefferies & Company, Inc., For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors, For The Period June 1, 2011 Through June 30, 2011 (D.I. 6272, Filed 8/30/11); and

      3.      Thirtieth Monthly Fee Application Of Jefferies & Company, Inc., For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors, For The Period July 1, 2011 Through July 31, 2011 (D.I. 6273, Filed 8/30/11).

<u>John Ray</u>

N.      Seventh Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period May 1, 2011 through July 31, 2011 (D.I. 6212, Filed 8/24/11).

      1.      Seventeenth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2011 Through May 31, 2011 (D.I. 5636, Filed 6/8/11);

      2.      Certificate Of No Objection Regarding Docket No. 5636 (D.I. 5832, Filed 6/30/11);

      3.      Eighteenth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2011 Through June 30, 2011 (D.I. 5906, Filed 7/7/11);

      4.      Certificate Of No Objection Regarding Docket No. 5906 (D.I. 6058, Filed 7/29/11);

      5.      Nineteenth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim

       Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2011 Through July 31, 2011 (D.I. 6109, Filed 8/9/11); and

6.    Certificate Of No Objection Regarding Docket No. 6109 (D.I. 6279, Filed 8/31/11).

Keightley & Ashner LLP

O.    Second Quarterly Fee Application Request Of Keightley & Ashner LLP As Special Pension Benefits Counsel For Debtors And Debtors-In-Possession, For The Period May 1, 2011 Through July 31, 2011 (D.I. 6239, filed 8/26/11).

    1.    Second Monthly Fee Application Of Keightley & Ashner LLP As Special Pension Benefits Counsel For Debtors And Debtors-In-Possession, For The Period May 1, 2011 Through July 31, 2011 (D.I. 6237, filed 8/26/11).

Linklaters LLP

P.    Sixth Quarterly Fee Application Of Linklaters LLP, As U.K. Counsel For Debtors And Debtors-In-Possession, For The Period May 1, 2011 Through July 31, 2011 (D.I. 6269, Filed 8/30/11).

    1.    Seventh Monthly Application Of Linklaters LLP, As. U.K. Counsel, To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2011 Through July 31, 2011 (D.I. 6268, Filed 8/30/11).

Mercer (US) Inc.

Q.    Tenth Quarterly Fee Application Request Of Mercer (US) Inc., As Compensation Specialist To The Debtors, For The Period Of May 1, 2011 Through July 31, 2011 (D.I. 6236, Filed 8/26/11).

    1.    Tenth Interim Application Of Mercer (US) Inc. As Compensation Specialist and Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of May 1, 2011 Through July 31, 2011 (D.I. 6235, Filed 8/26/11).

Morris, Nichols, Arsht & Tunnell LLP

R.    Tenth Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period May 1, 2011 Through July 31, 2011 (D.I. 6165, Filed 8/17/11).

    1.    Twenty-Ninth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All

        Actual And Necessary Expenses Incurred For The Period May 1, 2011 Through May 31, 2011 (D.I. 5800, Filed 6/23/11);

2. Certificate of No Objection Regarding Docket No. 5800 (D.I. 5969, Filed 7/15/11);

3. Thirtieth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2011 Through June 30, 2011 (D.I. 6040, Filed 7/28/11);

4. Certificate Of No Objection Regarding Docket No. 6040 (D.I. 6198, Filed 8/23/11);

5. Thirty-First Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2011 Through July 31, 2011 (D.I. 6158, Filed 8/16/11); and

6. Certificate Of No Objection Regarding Docket No. 6158 (D.I. 6334, Filed 9/8/11).

Punter Southall LLC

S. Ninth Quarterly Fee Application Request Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period May 1, 2011 Through July 31, 2011 (D.I. 6234, Filed 8/26/11).

1. Eleventh Monthly Application Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period May 1, 2011 Through July 31, 2011 (D.I. 6233, Filed 8/26/11); and

2. Certificate Of No Objection Regarding Docket No. 6233 (D.I. 6402, Filed 9/19/11).

RLKS Executive Solutions, LLC

T. Fifth Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period May 1, 2011 Through July 31, 2011 (D.I. 6252, Filed 8/29/11).

1. Eleventh Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2011 Through May 31, 2011 (D.I. 6249, Filed 8/29/11);

2. Twelfth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To

      The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2011 Through June 30, 2011 (D.I. 6250, Filed 8/29/11); and

3.    Thirteenth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2011 Through July 31, 2011 (D.I. 6251, Filed 8/29/11).

Richards, Layton & Finger, PA

U.    Tenth Interim Fee Application Request Of Richards, Layton & Finger, PA As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From May 1, 2011 Through July 31, 2011 (D.I. 6275, Filed 8/31/11).

1.    Twenty-Eighth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From May 1, 2011 Through May 31, 2011 (D.I. 5801, Filed 6/23/11);

2.    Certification Of No Objection Regarding Twenty-Eighth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From May 1, 2011 Through May 31, 2011 (D.I. 5968, Filed 7/15/11);

3.    Twenty-Ninth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From June 1, 2011 Through June 30, 2011 (D.I. 5992, Filed 7/20/11);

4.    Certification Of No Objection Regarding Twenty-Ninth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From June 1, 2011 Through June 30, 2011 (D.I. 6142, Filed 8/11/11); and

5.    Thirtieth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From July 1, 2011 Through July 31, 2011 (D.I. 6263, Filed 8/30/11).

Shearman & Sterling LLP

V.      Ninth Quarterly Fee Application Request Of Shearman & Sterling LLP, As Non-Ordinary Course Professional Special Litigation Counsel To Debtors And Debtors-IN-Possession, For The Period February 1, 2011 Through July 31, 2011 (D.I. 6265, Filed 8/30/11).

      1.      Ninth Interim Application Of Shearman & Sterling LLP, As Non-Ordinary Course Professional Special Litigation Counsel, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2011 Through July 31, 2011 (D.I. 6264, Filed 8/30/11).

Special Counsel, Inc.

W.      Final Application Of Special Counsel, Inc. As A Service Provider To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 15, 2009 Through October 31, 2009 (D.I. 6217, Filed 8/24/11).

Torys LLP

X.      Third Quarterly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2011 Through July 31, 2011 (D.I. 6243, Filed 8/26/11).

      1.      Third Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2011 Through May 31, 2011 (D.I. 5863, Filed 7/5/11);

      2.      Certificate Of No Objection Regarding Docket No. 5863 (D.I. 6038, Filed 7/27/11);

      3.      Fourth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2011 Through June 30, 2011 (D.I. 6102, Filed 8/8/11);

      4.      Certificate Of No Objection Regarding Docket No. 6102 (D.I. 6278, Filed 8/31/11);

      5.      Fifth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2011 Through July 31, 2011 (D.I. 6241, Filed 8/26/11); and

      6.      Certificate Of No Objection Regarding Docket No. 6241 (D.I. 6403, Filed 9/19/11).