# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 21, 2011 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matters:*

**1)**  PTC in Adv. 10-53065 ;OMNIBUS, FEE APPLICATIONS HEARING
    **R / M #:**   6,430 / 0

**2) ADV: 1-10-53065**
    **Nortel Networks, Inc. vs Communications Test Design, Inc.**
    Pretrial Conference
    **R / M #:**   0 / 0

**3) ADV: 1-11-50193**
    **Nortel Networks (CALA) Inc. vs Anixter Inc.**
    9019 Settlement Motion
    **R / M #:**   23 / 0

**4) ADV: 1-11-52298**
    **Nortel Networks Inc. vs AudioCodes, Inc.**
    Pretrial Conference
    **R / M #:**   0 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 -  Adjourned to 10/26/11 @ 10:00 am
#2 - CNO Filed and Order Signed
#3 - Certification of Counsel - ORDER SIGNED
#4 - #5 - CNO Filed and Order Signed
#6 - #7 - Certification of Counsel - ORDER SIGNED
#8 - Adv. 11-50021 Telmar Network Technology, Inc.CNO Filed and Order Signed
#9 - CNO Filed and Order Signed
#10 -  Adv. 11-50193 Anixter Inc. & Anixter de Mexico, SA de CV -  ORDER SIGNED
#11 - #12 - Certification of Counsel - ORDER SIGNED
#13 - Matter continued to a later date - discovery to be taken
#14 -  Approved -  Revised Order to be submitted
#15 - FEE APPLICATIONS -  Revised ORDER SIGNED
#16 - Adv. 11-52298 AudioCodes, Inc. -  Pretrial Conference  adjourned to 10/19/11 @ 10:00 am.