**SIGN-IN-SHEET**

| CASE NAME: | Nortel Networks, Inc. | | COURTROOM LOCATION: 3 |
|---|---|---|---|
| CASE NO.: | 09-10138 - KG | | DATE: 9/21/11 |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Sylvia Schultz | Akin Gump | Creditors' Committee |
| Brad Kahn | (") | (") |
| Chris Samis | Richards, Layton & Finger P.A. | (") |
| Ken Coleman | Allen & Overy | E-Y Canadian Monitor |
| Dan Guyder | " | " |
| Jenifer Stam | Norton Rose | " |
| Monica Perrette | Buchanan Ingersoll | " |
| Annie Cordo | Morris, Nichols, Arsht+Tunnell | Debtors |
| Derek Abbott | " | " |
| Gisela Schweitzer | Cleary Gottlieb Steen+Hamilton | " |
| Louis Lipner | " | " |
| Ayesha Chacko Bennett | Campbell + Levine | Anixter |
| Carl N. Kunz III | Morris James LLP | Edmund B. Fitzgerald |
| Kathleen P. Makowski | Pachulski Stang Ziehl & Jones | Bondholders |
| Kevin Mann | Cross & Simon | Jefferies & Co. |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: **09/21/2011**
Calendar Time: **10:00 AM ET**

*Amended Calendar 09/21/2011 06:06 AM*

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Harold Ashner | | Keightley & Ashner LLP | Debtor, Nortel Networks / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Neil Berger | | Togut, Segal & Segal LLP | Creditor, Official Committee to the Retiree's / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | James Bromley | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Cindy Chen Delano | | Milbank, Tweed, Hadley & McCloy, | Interested Party, Ad Hoc Committee / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Matthew Cheney | | Crowell & Moring LLP | Other Prof., Crowell & Moring LLP / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Terence Gilroy | | Shearman & Sterling | Representing, Shearman & Sterling  / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Aaron Hammer | | Freeborn & Peters LLP | Other Prof., Mercer / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Joanne Lee | | Foley & Lardner, LLP | Financial Advisor, Ernst & Young LLP / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Raymond Lemisch | | Benesch Friedlander Coplan & | Representing, Special Counsel to Debtors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | James Lukenda | | Huron Consulting Services LLC | Financial Advisor, Huron Consulting Services LLC / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Olivia Mauro | | Barclays Capital, Inc. | Interested Party, Barclay's Capital, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Ryan D. McGlothlin | | Punter Southall Limited | Financial Advisor, Punter Southall LLC / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Jared Oyston   Mark Blyea | | Linklaters LLP | Interested Party, Linklaters LLP / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | John Ray | | Avidity Partners/ Trustee | Client, John Ray / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Kathy Schultea | | RLKS Executive Solutions | Consultant, RLKS Executive Solutions / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Hondo Sen | | Cetus Capital | Creditor, Hondo Sen / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Mitchell Sockett | | King Street Capital Management, LLC | Interested Party, King Street Capital Management, LLC / LISTEN ONLY |

CourtConfCal2009

Raymond Reyes

| | | | | |
|---|---|---|---|---|
| Nortel Networks Inc.,, 09-10138 et al. | Hearing | 4461850  Jason Stein | Jackson Lewis (New Orleans) | Debtor, Nortel Networks, Inc. & Erisa Class Actions Suit / LIVE |
| Nortel Networks Inc., 09-10138 et al. | Hearing | 4472684  Amit K. Trehan | Mayer Brown LLP | Representing, The Fourth Estate Directors & Fourth Estate Subsidiaries / LIVE |
| Nortel Networks Inc.,, 09-10138 et al. | Hearing | 4471524  Michael Wunder | Fraser Milner & Casgrain | Interested Party, Fraser Milner & Casgrain / LIVE |

CourtConfCal2009

Raymond Reyes