Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2011

| Date | Atty | Services | Hours |
|---|---|---|---|
| 08/05/11 | RHL | Review information on omnibus hearing | 0.10 |
| 08/10/11 | EH | Review notice of rescheduled 9/19 hearing; track rescheduled hearing date | 0.10 |
| 08/22/11 | EH | Review agenda for 8/23/11 hearing | 0.10 |
| 08/26/11 | EH | Review draft agenda for 9/06/11 hearing; discuss with J. Hoover | 0.20 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 0.10 | $59.50 |
| | | | 0.10 | $59.50 |
| **PARALEGAL** | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 0.40 | $94.00 |
| | | | 0.40 | $94.00 |
| | | TOTAL: | 0.50 | $153.50 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2011

| Date | Atty | Services | Hours |
|---|---|---|---|
| 08/02/11 | LMS | Email to J. Moldrem regarding Benesch estimated accruals for July 2011 | 0.20 |
| 08/09/11 | JRH | Email with L. Behra regarding quarterly fee applications in Nortel | 0.10 |
| 08/09/11 | LMS | Review docket and emails regarding next quarterly fee application hearing date | 0.20 |
| 08/14/11 | RHL | Edit time for monthly fee application | 0.20 |
| 08/19/11 | LMS | Preparation of BFCA monthly fee application for July 2011 | 0.50 |
| 08/19/11 | LMS | Review docket regarding objections to BFCA monthly fee application for June 2011 | 0.10 |
| 08/19/11 | LMS | Prepare CNO regarding BFCA monthly fee application for June 2011 | 0.10 |
| 08/19/11 | LMS | File CNO regarding BFCA monthly fee application for June 2011 | 0.10 |
| 08/19/11 | EH | Review ECF notices and download CNO to BFCA June 2011 fee application | 0.10 |
| 08/22/11 | RHL | Review monthly fee application and respond to L. Behra | 0.20 |
| 08/22/11 | LMS | Preparation of BFCA monthly fee application for July 2011 | 0.70 |
| 08/23/11 | LMS | Preparation of BFCA monthly fee application for July 2011 | 0.40 |
| 08/23/11 | LMS | File BFCA monthly fee application for July 2011 | 0.10 |
| 08/23/11 | LMS | Docket objection deadline regarding BFCA monthly fee application for July 2011 | 0.10 |
| 08/23/11 | EH | Review ECF notices and download BFCA July 2011 monthly fee application | 0.10 |
| 08/24/11 | LMS | Preparation of BFCA Fourth Quarterly Fee Application | 1.20 |
| 08/24/11 | LMS | File BFCA Fourth Quarterly Fee Application | 0.10 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 08/24/11 | LMS | Docket hearing date regarding quarterly fee hearing | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 0.40 | $238.00 |
| | | | 0.40 | $238.00 |
| **ASSOCIATE** | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 0.10 | $38.00 |
| | | | 0.10 | $38.00 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMS) | $195.00 | 3.90 | $760.50 |
| ELIZABETH HEIN | (EH ) | $235.00 | 0.20 | $47.00 |
| | | | 4.10 | $807.50 |
| | | TOTAL: | 4.60 | $1,083.50 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2011

| Date | Atty | Services | Hours |
|---|---|---|---|
| 08/01/11 | JRH | Review email from E. Meltzer regarding stipulation of dismissal, review changes, coordinate filing thereof | 0.30 |
| 08/01/11 | JES | Review emails from E. Meltzer and J. Hoover regarding Siemens stipulation of dismissal | 0.20 |
| 08/01/11 | SRS | Draft 9019 motion | 1.00 |
| 08/01/11 | SRS | Correspond with client regarding status of stipulation of settlement and next steps | 0.20 |
| 08/01/11 | SRS | Review correspondence from opposing counsel regarding revisions to stipulation of settlement and steps needed for final approval | 0.10 |
| 08/01/11 | SRS | Review opposing counsel's revisions to stipulation of settlement | 0.10 |
| 08/01/11 | SRS | Correspond with opposing counsel regarding revisions to stipulation of settlement and 9019 motion | 0.10 |
| 08/01/11 | EH | File stipulation of dismissal in Siemens adversary | 0.30 |
| 08/01/11 | EH | Review email from J. Hoover regarding dismissal of Siemens adversary (0.10); follow-up discussion with J. Hoover regarding same (0.10) | 0.20 |
| 08/02/11 | JRH | Emails regarding Nortel filing of stipulation | 0.20 |
| 08/02/11 | EH | Review email from J. Galvin regarding amended Sourcefire scheduling order | 0.10 |
| 08/03/11 | JES | Review emails from J. Galvin and J. Hoover regarding Sourcefire stipulation | 0.30 |
| 08/03/11 | SRS | Draft 9019 motion | 1.20 |
| 08/03/11 | EH | Format and finalize certification of counsel regarding amended Sourcefire scheduling order | 0.30 |
| 08/03/11 | EH | File certification of counsel regarding amended Sourcefire scheduling order and coordinate delivery to Judge Gross (0.20); email to J. Galvin (0.10) | 0.30 |
| 08/04/11 | SRS | Review correspondence from J. Hea regarding status of dispute | 0.10 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 08/04/11 | SRS | Draft 9019 motion | 1.40 |
| 08/04/11 | EH | Research form of 9019 settlement motion and motion to seal exhibits in connection with Nokia adversary per S. Stafford request (0.30); discuss with S. Stafford (0.10) | 0.40 |
| 08/04/11 | EH | Review ECF notices and download amended Sourcefire scheduling order; email to J. Galvin regarding same | 0.10 |
| 08/04/11 | EH | Review I. Bifferato statement of no conflict in connection with appointment as mediator in Sourcefire adversary | 0.10 |
| 08/04/11 | EH | Review amended Sourcefire scheduling order and track extended discovery deadlines | 0.20 |
| 08/05/11 | RHL | Discuss status of Starent matter with J. Smith | 0.20 |
| 08/05/11 | SRS | Correspond with J. Hea regarding status of dispute | 0.10 |
| 08/05/11 | SRS | Draft under seal filing motion for stipulation of settlement | 1.20 |
| 08/05/11 | SRS | Finalize 9019 motion and send to J. Hoover for review | 0.70 |
| 08/05/11 | EH | Review clerk's notice of case closing | 0.10 |
| 08/08/11 | RHL | Review 9019 motion for notice and adversary and respond | 0.20 |
| 08/08/11 | SRS | Review comments from R. Lemisch on draft 9019 motion | 0.10 |
| 08/08/11 | SRS | Review correspondence from opposing counsel regarding status of signatures on stipulation of settlement | 0.10 |
| 08/08/11 | SRS | Correspond with opposing counsel regarding signatures for stipulation of settlement | 0.10 |
| 08/08/11 | SRS | Discuss draft 9019 motion and next steps with J. Hoover | 0.30 |
| 08/09/11 | RHL | Received correspondence regarding withdrawal of Siemens' claim | 0.10 |
| 08/09/11 | JRH | Review local rules, review and revise 9019 motion for Nokia settlement agreement (1.20); meeting with S. Stafford to discuss revisions and procedures related to seal issues (0.30) | 1.50 |
| 08/09/11 | JRH | Review and respond to R. Boris email relating to Siemens settlement agreement | 0.20 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 08/09/11 | JES | Confer with J. Hoover regarding Siemens settlement and treatment of its proof of claims (.3); review various emails from R. Boris regarding Siemens (.2); confer with J. Hoover regarding adversary proceedings' status (.2) | 0.70 |
| 08/09/11 | SRS | Discuss draft 9019 motion with J. Hoover | 0.20 |
| 08/09/11 | SRS | Review signed stipulation from Nokia to confirm correct version and correspond with opposing counsel and client regarding signatures and finalizing of settlement | 1.20 |
| 08/09/11 | SRS | Draft under seal filing motion and send to J. Hoover for review | 2.00 |
| 08/10/11 | RHL | Review notice to extend stay in CTDI to 9/14/11 | 0.10 |
| 08/10/11 | RHL | Received correspondence from J. Hoover - changes to motion to file under seal | 0.10 |
| 08/10/11 | RHL | Received correspondence from K. Bifferato regarding available mediation dates | 0.10 |
| 08/10/11 | JRH | Review and revise motion to file under seal and follow up with S. Stafford | 0.50 |
| 08/10/11 | SRS | Call with opposing counsel regarding status of stipulation of settlement and motion for approval | 0.10 |
| 08/11/11 | SRS | Finalize draft under seal filing motion and send same to opposing counsel for review | 0.40 |
| 08/11/11 | SRS | Call to J. Ray regarding signing of stipulation of settlement | 0.10 |
| 08/11/11 | SRS | Review correspondence from J. Hoover regarding comments to under seal motion | 0.10 |
| 08/11/11 | EH | Review 8/11/11 adversary status report | 0.10 |
| 08/12/11 | SRS | Correspond with D. McKenna regarding contacting J. Ray regarding signing stipulation of settlement | 0.10 |
| 08/15/11 | RHL | Received correspondence from Bill Bowden regarding status of Right Management preference and forward to J. Hoover and J. Smith | 0.10 |
| 08/15/11 | RHL | Received correspondence from J. Hoover regarding status of Right Management | 0.10 |
| 08/15/11 | JRH | Meeting with J. Smith and email with K. Law regarding status | 0.30 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 08/15/11 | JRH | Emails regarding open preference actions | 0.30 |
| 08/16/11 | RHL | Received correspondence regarding mediation date | 0.20 |
| 08/16/11 | JRH | Review emails on status of Nortel/Right Management position statement, etc. | 0.20 |
| 08/16/11 | JRH | Email with K. Law regarding Starent preference action | 0.10 |
| 08/16/11 | JES | Confer with J. Hoover regarding Right Management mediation (.2); email J. Carignan regarding Right Management position statement and mediation (.2); review email from mediator B. Bowden and respond (.2); review and respond to additional emails from B. Bowden (.2) | 0.80 |
| 08/16/11 | SRS | Review opposing counsel's correspondence and comments regarding draft 9019 motion and motion for under seal filing | 0.40 |
| 08/16/11 | SRS | Correspond with client regarding signature for stipulation of settlement and draft approval motion | 0.10 |
| 08/17/11 | JRH | Email S. Stafford regarding status of 9019 motion | 0.20 |
| 08/17/11 | JES | Review email from B. Bowden regarding mediation (.1); email J. Clasen regarding Prudential Relocation position statement and mediation (.2) | 0.30 |
| 08/17/11 | SRS | Correspond with J. Hoover regarding status of settlement agreement and approval | 0.10 |
| 08/17/11 | SRS | Review correspondence from D. McKenna regarding status of signing settlement agreement | 0.10 |
| 08/18/11 | JRH | Meeting with J. Smith regarding pending preference actions and mediation preparation | 0.30 |
| 08/18/11 | JRH | Review items for conference call with K. Law (.5) and conference call with K. Law (.3) | 0.80 |
| 08/18/11 | JES | Confer with J. Hoover regarding Starent and Prudential Relocation (.3); follow up with J. Hoover regarding discovery and status of Starent and next steps (.3) | 0.60 |
| 08/18/11 | EH | Draft proposed order approving motion to file Nokia stipulation under seal; email to S. Stafford for review | 0.30 |
| 08/18/11 | EH | Draft proposed order for motion to approve Nokia settlement; discuss with S. Stafford | 0.50 |
| 08/19/11 | RHL | Received correspondence from Bifferato's office regarding mediation dates | 0.10 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 08/19/11 | SRS | Call with J. Ray regarding status of settlement agreement | 0.10 |
| 08/19/11 | SRS | Correspond with J. Ray regarding copy of settlement agreement for electronic signature | 0.10 |
| 08/19/11 | SRS | Finalize and prepare 9019 motion and under seal motion for filing | 1.60 |
| 08/19/11 | EH | File and serve Nokia 9019 settlement motion and related motion to seal settlement stipulation | 0.80 |
| 08/19/11 | EH | Track hearing date and objection deadline for Nokia settlement motion and related motion to seal exhibit | 0.10 |
| 08/19/11 | EH | Revise, format and finalize motion to seal Nokia stipulation | 0.40 |
| 08/19/11 | EH | Draft notice of motion to seal Nokia stipulation | 0.20 |
| 08/19/11 | EH | Draft certificate of service for motion to seal Nokia stipulation | 0.20 |
| 08/19/11 | EH | Revise, format and finalize Nokia 9019 motion | 0.30 |
| 08/19/11 | EH | Draft notice for Nokia 9019 motion | 0.20 |
| 08/19/11 | EH | Draft certificate of service for Nokia 9019 motion | 0.20 |
| 08/22/11 | RHL | Review various e-mails regarding status of SourceFire adversary | 0.20 |
| 08/22/11 | EH | Review ECF notices and download notice of continuation of stay of CTDI adversary proceeding; track extended deadline to file settlement stipulation or notice of further continuance | 0.10 |
| 08/23/11 | RHL | Received correspondence from J. Smith and B. Bowden regarding October 13th mediation | 0.20 |
| 08/23/11 | RHL | Received correspondence from B. Bowden regarding status of mediation | 0.10 |
| 08/23/11 | JRH | Review status of various preference issues | 0.20 |
| 08/23/11 | JES | Review and respond to email from J. Carignan regarding Right Management (.2); review and respond to email from B. Bowden regarding mediation of Right Management (.2); review email from B. Bowden and update calendar (.1); review and respond to email from J. Carignan regarding discovery in Right Management (.2) | 0.70 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 08/23/11 | EH | Review and analysis of pleadings and discovery material for file organization with regard to Starent, Right Management, Prudential, Sourcefire, Siemens, CTDI and McCann adversaries | 1.50 |
| 08/23/11 | EH | Review F. Monaco mediation status report regarding Starent adversary | 0.10 |
| 08/23/11 | EH | Review email from J. Smith regarding scheduling of Right Management mediation; track mediation date | 0.10 |
| 08/24/11 | JRH | Meeting with J. Smith regarding mediations, etc. | 0.30 |
| 08/24/11 | JES | Confer with J. Hoover regarding Starent and Prudential Relocation status and next steps (.3); email J. Clasen regarding Prudential Relocation mediation and position statement (.2) | 0.50 |
| 08/25/11 | JES | Review emails regarding agenda for September 6th hearing | 0.20 |
| 08/26/11 | JRH | Telephone call and emails with C. Fight to coordinate issues related to agenda/seal issues | 0.30 |
| 08/26/11 | EH | Review open adversary dockets (0.30); review and analysis of pleadings and related documents for file organization (0.60) | 0.90 |
| 08/28/11 | JRH | Attend to preference litigation, including Starent adversary, review discovery responses, and follow up related thereto; review claim | 4.20 |
| 08/29/11 | JES | Email J. Carignan regarding Right Management position statement | 0.20 |
| 08/30/11 | JES | Call with A. Cordo regarding hearing on 9/6 and agenda (.2); various emails to E. Hein regarding filing CNOs in connection with hearing on 9/6 (.2); review and respond to email from A. Cordo (.2) | 0.60 |
| 08/30/11 | SRS | Review docket for objections to 9019 motion | 0.10 |
| 08/30/11 | EH | Review and respond to email from M. DeCarli regarding sealed version of Nokia settlement agreement for 9/06/11 hearing binder | 0.10 |
| 08/31/11 | JRH | Discuss agenda, seal issues and upcoming deadlines with E. Hein | 0.40 |
| 08/31/11 | SRS | Discuss status of Court's review of 9019 motion and hearing on 9/6 with E. Hein | 0.10 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 08/31/11 | EH | Prepare redacted and confidential version of motion to approve Nokia settlement for 9/06/11 hearing (0.80); coordinate delivery to M. DeCarli (0.10) | 0.90 |
| 08/31/11 | EH | Discuss 9/06/11 hearing agenda, Nokia seal motion and upcoming deadlines with J. Hoover | 0.40 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| _PARTNER_ | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 1.80 | $1,071.00 |
| | | | 1.80 | $1,071.00 |
| _ASSOCIATE_ | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 10.30 | $3,914.00 |
| JENNIFER E. SMITH | (JES) | $250.00 | 5.10 | $1,275.00 |
| SARAH R. STAFFORD | (SRS) | $300.00 | 13.70 | $4,110.00 |
| | | | 29.10 | $9,299.00 |
| _PARALEGAL_ | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 9.50 | $2,232.50 |
| | | | 9.50 | $2,232.50 |
| | | TOTAL: | 40.40 | $12,602.50 |

**Document Reproduction**

| Date | User | Description | Amount |
|---|---|---|---|
| 08/03/11 | EH | Document Reproduction 16 copies | 1.60 |
| 08/19/11 | EH | Document Reproduction 168 copies | 16.80 |
| 08/19/11 | EH | Document Reproduction 144 copies | 14.40 |
| 08/19/11 | EH | Document Reproduction 4 copies | 0.40 |
| 08/23/11 | LMS | Document Reproduction 70 copies | 7.00 |
| 08/23/11 | LMS | Document Reproduction 140 copies | 14.00 |
| 08/24/11 | LMS | Document Reproduction 9 copies | 0.90 |
| 08/24/11 | LMS | Document Reproduction 45 copies | 4.50 |
| 08/31/11 | EH | Document Reproduction 54 copies | 5.40 |
| | | TOTAL: | $65.00 |

**Delivery Fee - Outside**

| Date | User | Description | Amount |
|---|---|---|---:|
| 08/17/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC 8/3 TO JUDGE KEVIN GROSS | 5.00 |
| 08/31/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC 8/19 | 79.50 |
| | | TOTAL: | $84.50 |

**Outside Professional Services**

| Date | User | Description | Amount |
|---|---|---|---|
| 08/18/11 | RHL | Outside Professional Services - Vendor: PARCELS, INC BLOWBACK FROM CD WITH SLIP SHEETS IN BETWEEN DOCTUMENTS X 2   7/21 | 3,206.58 |
| | | TOTAL: | $3,206.58 |

**Computer Research**

| Date | User | Description | | | Amount |
|---|---|---|---|---|---|
| 08/03/11 | XXX | Computer Research - Pacer PACER 2011 1 PAGES | | AUGUST | 0.08 |
| 08/03/11 | XXX | Computer Research - Pacer PACER 2011 2 PAGES | | AUGUST | 0.16 |
| 08/04/11 | XXX | Computer Research - Pacer PACER 2011 2 PAGES | | AUGUST | 0.16 |
| 08/04/11 | XXX | Computer Research - Pacer PACER 2011 2 PAGES | | AUGUST | 0.16 |
| 08/04/11 | XXX | Computer Research - Pacer PACER 2011 4 PAGES | | AUGUST | 0.32 |
| 08/04/11 | XXX | Computer Research - Pacer PACER 2011 1 PAGES | | AUGUST | 0.08 |
| 08/04/11 | XXX | Computer Research - Pacer PACER 2011 30 PAGES | | AUGUST | 2.40 |
| 08/04/11 | XXX | Computer Research - Pacer PACER 2011 6 PAGES | | AUGUST | 0.48 |
| 08/04/11 | XXX | Computer Research - Pacer PACER 2011 1 PAGES | | AUGUST | 0.08 |
| 08/04/11 | XXX | Computer Research - Pacer PACER 2011 2 PAGES | | AUGUST | 0.16 |
| 08/04/11 | XXX | Computer Research - Pacer PACER 2011 4 PAGES | | AUGUST | 0.32 |
| 08/04/11 | XXX | Computer Research - Pacer PACER 2011 3 PAGES | | AUGUST | 0.24 |
| 08/04/11 | XXX | Computer Research - Pacer PACER 2011 10 PAGES | | AUGUST | 0.80 |
| 08/04/11 | XXX | Computer Research - Pacer PACER 2011 2 PAGES | | AUGUST | 0.16 |
| 08/04/11 | XXX | Computer Research - Pacer PACER 2011 12 PAGES | | AUGUST | 0.96 |
| 08/04/11 | XXX | Computer Research - Pacer PACER 2011 1 PAGES | | AUGUST | 0.08 |
| 08/04/11 | XXX | Computer Research - Pacer PACER 2011 4 PAGES | | AUGUST | 0.32 |

| | | | | |
|---|---|---|---|---|
| 08/04/11 | XXX | Computer Research - Pacer PACER 2011 8 PAGES | AUGUST | 0.64 |
| 08/04/11 | XXX | Computer Research - Pacer PACER 2011 3 PAGES | AUGUST | 0.24 |
| 08/04/11 | XXX | Computer Research - Pacer PACER 2011 2 PAGES | AUGUST | 0.16 |
| 08/04/11 | XXX | Computer Research - Pacer PACER 2011 5 PAGES | AUGUST | 0.40 |
| 08/05/11 | SRS | Computer Research - Westlaw | | 15.00 |
| 08/09/11 | SRS | Computer Research - Westlaw | | 15.00 |
| 08/09/11 | XXX | Computer Research - Pacer PACER 2011 30 PAGES | AUGUST | 2.40 |
| 08/19/11 | XXX | Computer Research - Pacer PACER 2011 14 PAGES | AUGUST | 1.12 |
| 08/19/11 | XXX | Computer Research - Pacer PACER 2011 30 PAGES | AUGUST | 2.40 |
| 08/19/11 | XXX | Computer Research - Pacer PACER 2011 4 PAGES | AUGUST | 0.32 |
| 08/19/11 | XXX | Computer Research - Pacer PACER 2011 12 PAGES | AUGUST | 0.96 |
| 08/19/11 | XXX | Computer Research - Pacer PACER 2011 28 PAGES | AUGUST | 2.24 |
| 08/19/11 | XXX | Computer Research - Pacer PACER 2011 1 PAGES | AUGUST | 0.08 |
| 08/19/11 | XXX | Computer Research - Pacer PACER 2011 3 PAGES | AUGUST | 0.24 |
| 08/19/11 | XXX | Computer Research - Pacer PACER 2011 4 PAGES | AUGUST | 0.32 |
| 08/19/11 | XXX | Computer Research - Pacer PACER 2011 30 PAGES | AUGUST | 2.40 |
| 08/19/11 | XXX | Computer Research - Pacer PACER 2011 5 PAGES | AUGUST | 0.40 |
| 08/23/11 | XXX | Computer Research - Pacer PACER 2011 1 PAGES | AUGUST | 0.08 |
| 08/24/11 | XXX | Computer Research - Pacer PACER 2011 30 PAGES | AUGUST | 2.40 |

| | | | | |
|---|---|---|---|---|
| 08/24/11 | XXX | Computer Research - Pacer PACER 2011 11 PAGES | AUGUST | 0.88 |
| 08/26/11 | XXX | Computer Research - Pacer PACER 2011 3 PAGES | AUGUST | 0.24 |
| 08/26/11 | XXX | Computer Research - Pacer PACER 2011 3 PAGES | AUGUST | 0.24 |
| | | TOTAL: | | $55.12 |