Exhibit A

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[3] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Benesch, Friedlander, Coplan & Aronoff LLP | 5/1/11-7/31/11 | $90,170.00 | $72,136.00 | $18,034.00 | $6,853.75 | $97,023.75 | 0.00 | $97,023.75 | $352,109.33 | $352,109.33 |
| Chilmark Partners, LLC | 5/1/11-7/31/11 | $750,000.00 | $600,000.00 | $150,000.00 | $19,336.39 | $769,336.39 | 0.00 | $769,336.39 | $4,418,675.31 | $4,418,675.31 |
| Cleary Gottlieb Steen & Hamilton LLP | 5/1/11-7/31/11 | $16,341,660.50 | $13,073,328.40 | $3,268,332.10 | $733,208.24[4] | $17,072,848.48 | 0.00 | $17,072,848.48 | $149,804,002.33 | $149,804,002.33 |
| Crowell & Moring LLP | 5/1/11-7/31/11 | $67,721.60 | $54,177.28 | $13,544.32 | $150.88 | $67,872.48 | 0.00 | $67,872.48 | $618,401.37 | $618,401.37 |
| Ernst & Young LLP | 5/1/11-7/31/11 | $2,081,845.00 | $1,665,476.00 | $416,369.00 | $0.00 | $2,081,845.00 | 0.00 | $2,081,845.00 | $6,516,918.49 | $6,516,918.49 |

[3]  Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or an admission by the referenced Applicant that such amounts were actually paid by the Debtors.

[4]  This amount includes a request for expenses that was previously held back. Cleary Gottlieb received informal comments from the Office of the United States Trustee (the "U.S. Trustee") regarding expenses in the amount of $14,464.05. At the time of the filing of its Certification of No Objection on August 3, 2011 for its May 2011 interim fee application (the "May CNO") [D.I. 6039], Cleary Gottlieb had agreed with the U.S. Trustee to a reduction of the requested expenses in the amount of $249.87. Cleary Gottlieb had also agreed with the U.S. Trustee to exclude on a provisional basis $14,214.18 (the "Provisionally Excluded Amount") from its May CNO while it resolved the remaining comments. Cleary Gottlieb is now seeking payment of the Provisionally Excluded Amount, as the comments have been resolved to the satisfaction of the U.S. Trustee and that amount is included herein.  Also, please note Cleary Gottlieb has agreed to voluntarily take a reduction in expenses requested in the amount of $2,411.00. This reduction in expenses is reflected herein.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Eugene F. Collins | 6/13/11-7/31/11 | €18,757.00[5] (€26,981.94) | €15,005.60 ($21,585.56) | €3,751.40 ($5,396.39) | €34.82 ($50.09) | €18,791.82 ($27,032.03) | 0.00 | €18,791.82 ($27,032.03) | €18,791.82 ($27,032.03) |
| Huron Consulting Group | 5/1/11-7/31/11 | $175,934.70 | $140,747.76 | $35,186.94 | $82.99 | $176,017.69 | 0.00 | $176,017.69 | $7,143,673.61 |
| Jackson Lewis LLP | 5/1/11-7/31/11 | $22,229.25 | $17,783.40 | $4,445.85 | $5.43 | $22,234.68 | 0.00 | $22,234.68 | $350,497.95 |
| John Ray | 5/1/11-7/31/11 | $292,597.50 | $234,078.00 | $58,519.50 | $20,302.34 | $312,899.84 | 0.00 | $312,899.84 | $1,801,484.70 |
| Keightley & Ashner LLP | 5/1/11-7/31/11 | $28,335.00 | $22,668.00 | $5,667.00 | $0.00 | $28,335.00 | 0.00 | $28,335.00 | $34,865.00 |
| Linklaters LLP | 5/1/11-7/31/11 | £16,727.50[6] ($27,098.55) | £13,382.00 ($21,678.84) | £3,345.50 ($5,419.71) | £18,157.30 ($29,414.82) | £34,884.80 ($56,513.37) | 0.00 | £34,884.80 ($56,513.37) | £735,399.49 ($1,124,924.10) |
| Mercer | 5/1/11-7/31/11 | $124,663.86 | $99,731.09 | $24,932.77 | $14,881.05 | $139,544.91 | 0.00 | $139,544.91 | $1,013,918.25[7] |
| Morris, Nichols, Arsht & Tunnell LLP | 5/1/11-7/31/11 | $399,187.00 | $319,349.60 | $79,837.40 | $62,892.42 | $462,079.42 | 0.00 | $462,079.42 | $3,778,694.54 |
| Punter Southall LLC | 5/1/11-7/31/11 | $58,500.00 | $46,800.00 | $11,700.00 | $0.00 | $58,500.00 | 0.00 | $58,500.00 | $1,084,693.50 |
| RLKS Executive Solutions, LLC | 5/1/11-7/31/11 | $353,970.00 | $283,176.00 | $70,794.00 | $34,736.33 | $388,706.33 | 0.00 | $388,706.33 | $1,063,370.98 |
| Shearman & Sterling LLP | 2/1/11-7/31/11 | $1,791.50 | $1,433.20 | $358.30 | $2,622.63 | $4,414.13 | 0.00 | $4,414.13 | $395,812.61 |
| Torys LLP | 5/1/11-7/31/11 | $686,610.00 | $549,288.00 | $137,322.00 | $9,976.67 | $696,586.67 | 0.00 | $696,586.67 | $1,974,184.69 |
| **TOTALS** | | $22,031,244.69 £16,727.50 €18,757.00 | $17,625,139.76 £13,382.00 €15,005.60 | $4,406,248.94 £3,345.50 €3,751.40 | $934,904.77 £18,157.30 €34.82 | $22,966,152.46 £34,884.80 €18,791.82 | $0.00 £0.00 €0.00 | $22,966,152.46 £34,884.80 €18,791.82 | $182,007,618.08 £735,399.49 €18,791.82 |

---

[5] The amounts stated in parentheses are for informational purposes only and reflects the international foreign exchange rate of €1.00 to US $1.4385 as published by the Irish Times on the date of the application.

[6] The amounts stated in parentheses are for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.63 as published by Bloomberg.com on the date of the application.

[7] At the request of the UST, $27,000 was held back (the "Holdback") from the total authorized amount for Mercer for the January 14, 2009 – April 30, 2009 interim fee period. The UST and Mercer have agreed to an interim allowance of the Holdback (and similar amounts during the periods from May 1, 2009 through April 30, 2011 and the Interim Period) pending resolution of the dispute at the final fee hearing in these cases.

2