# **CERTIFICATE OF SERVICE**

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks, Inc. and ITC Networks SRL** was caused to be made on September 21, 2011, in the manner indicated upon the entities identified below and on the attached service list.

Date: September 21, 2011  
Wilmington, Delaware

*/s/ Chad A. Fights*  
Chad A. Fights (No. 5006)

### **Via Hand Delivery**

Vivian A. Houghton, Esquire  
800 West Street, 2nd Floor  
Wilmington, DE 19801-1526

### **Via First Class Mail**

Gambourg & Borsen LLP  
Roman Gambourg  
2185 Lemoine Ave., Suite B1  
Fort Lee, NJ 07024