## CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks, Inc. and NeoPhotonics Corporation** was caused to be made on September 21, 2011, in the manner indicated upon the entities identified below and on the attached service list.

Date: September 21, 2011                             */s/ Chad A. Fights*
Wilmington, Delaware                                  Chad A. Fights (No. 5006)

**Via First Class Mail**

Sheppard Mullin Richter & Hampton LLP
Carren Shulman
Blanka Wolfe
30 Rockefeller Plaza, Suite 2400
New York, NY 10112