**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
: 
: Chapter 11
*In re* :
:
Nortel Networks Inc., *et al.*,[1] : Bankr. Case No. 09-10138 (KG)
:
            Debtors. :
: (Jointly Administered)
:
:
: Re: D.I. 6445
------------------------------------------------------------X
Nortel Networks Inc. :
            Plaintiff, :
v. : Adv. Proc. No. 11-50193 (KG)
:
Anixter Inc. : Re: D.I. 26
:
and :
:
Anixter de Mexico, SA de CV, :
:
            Defendants. :
------------------------------------------------------------X

**NOTICE OF SERVICE**

        PLEASE TAKE NOTICE that on September 21, 2011, a copy of the **Order Approving the Stipulation of Settlement of Avoidance Claims By and Between Nortel Networks, Inc. and Nortel Networks (CALA) Inc. and Anixter Inc. and Anixter de Mexico, SA de CV, and Resolving Proofs of Claim Nos. 4639 and 6830 Filed by Anixter Inc. and Anixter Argentina SA** was served in the manner indicated on the persons identified on the attached service lists.

Dated: September 21, 2011        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
      Wilmington, Delaware

                                          */s/ Chad A. Fights*
                                       Donna L. Culver (No. 2983)
                                       Chad A. Fights (No. 5006)
                                       1201 North Market Street
                                       Wilmington, Delaware 19801
                                       Telephone: (302) 658-9200
                                       Facsimile: (302) 658-3989

                                       and

---

[1] In addition to Nortel Networks Inc. and Nortel Networks (CALA) Inc., the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://epiq11.com/nortel.

                CLEARY GOTTLIEB STEEN & HAMILTON LLP
                Deborah M. Buell (admitted *pro hac vice*)
                Neil P. Forrest (admitted *pro hac vice*)
                One Liberty Plaza
                New York, NY 10006
                Telephone: (212) 225-2000
                Facsimile: (212) 225-3999

4500880.1             Counsel for the Debtors and Debtors in Possession

**Service List**

**Via First Class Mail**

Jeffrey M. Carbino
Patrick W. Carothers
Gregory W. Hauswirth
THORP REED & ARMSTRONG, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, Pennsylvania 15219-1425

Anixter de Mexico, SA de CV
Attn: Officer, Managing or General Agent
Av. Viveros de Atizapan No. 123-A
Col. Viveros de la Loma
Tlalnepantla, Edo. C.P. 54080
Mexico

Anixter Inc.
Attn: Officer, Managing or General Agent
2301 Patriot Blvd
Glenview, IL 60026

Anixter Argentina S.A.
Castro 1844/46
Capital Federal
Buenos Aires, C1237AAP
Argentina