IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X  Chapter 11
:
In re                                                    :  Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]                       :  Jointly Administered
:
Debtors.                                         :  Re: D. I. 6414, 6416 & 6417
------------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 20, 2011, copies of the following

**1. Order Approving Third Monthly (For Period June 1, 2011 Through July 31, 2011) and Final Application of Addrex Inc. as Broker to the Debtors and Debtors-In-Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses for the Period November 24, 2010 Through August 2, 2011 (D.I. 6414, Entered 9/20/11);**

**2. Order Approving Final Application of Special Counsel. Inc. as a Service Provider to Debtors and Debtors-In-Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 15, 2009 Through October 31, 2009 (D.I. 6416, Entered 9/20/11); and**

**3. Order Approving the Reimbursement of NNL for NNI's Share of the Costs of the Professional Services Rendered and Expenses Incurred by Global IP Law Group, LLC (D.I. 6417, Entered 9/20/11).**

were served in the manner indicated upon the individual identified below and on the individuals identified on the attached service list.

### Via First Class Mail

Allen K. Stout
Nortel Networks, Inc.
220 Athens Way, Suite 300
Nashville, TN 37228

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: September 21, 2011
       Wilmington, Delaware

                                CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Ann Cordo_
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

4168078.1                                               *Counsel for the Debtors and Debtors in Possession*