IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
In re                                                         :   Chapter 11
:
Nortel Networks Inc., et al.,[1]                              :   Case No. 09-10138 (KG)
:
                    Debtors.                                  :   (Jointly Administered)
:
:   Re: D.I. 6422 & 6424
---------------------------------------------------------- X
:
Nortel Networks Inc.,                                         :
:   Adv. Proc. No. 11-50021 (KG)
                    Plaintiff,                                :
:   Re: D.I. 50 & 51
v.                                                            :
:
Telmar Network Technology, Inc., Precision                    :
Communication Services, Inc., and Precision                   :
Communication Services Corporation,                           :
:
                    Defendants.                               :
:
---------------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 20, 2011, copies of the following

**1. Order Authorizing the Debtors to File Under Seal, in Part, Exhibit B to Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 for Entry of an Order Approving Settlement Agreement (D.I. 6422, Entered 9/20/11); and**

**2. Order Approving the Stipulation of Settlement Between and Among Nortel Networks Inc., Nortel Networks (CALA), Inc., Nortel Networks Corporation, Nortel Networks Limited, Telmar Network,**

---

[1] In addition to Nortel Networks Inc. ("NNI"), the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA"). Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

**Inc., Precision Communication Services, Inc., and Precision Communication Services Corporation (D.I. 6424, Entered 9/20/11).**

were served in the manner indicated upon the individuals identified on the attached service list.

Dated: September 21, 2011
      Wilmington, Delaware

    CLEARY GOTTLIEB STEEN & HAMILTON LLP
Deborah M. Buell (admitted pro hac vice)
James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

4168078.1     *Counsel for the Debtors and Debtors in Possession*