UNITED STATES BANKRUPTCY COURT FILED

2011 SEP 22 AM 9: 14

FOR THE         District Of    DELAWARE

CLERK
BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re NORTEL NETWORKS INC. )
et al.,                    )  Case No. 09-10138(KG)
                           )
                           )  Chapter 11

# NOTICE
# OF
# VINCENT E. RHYNES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(A). Vincent E. Rhynes On Behalf Of His Self & His Sole Syndicate Entity & Forward Contract Merchants, Now Come Notice By Way & Through Vincent E. Rhynes That Issues Of "EXTRADITION" May Be At Hand In Our Favor Rightfully So.

(B). General Beneficial LP, Warehouse Holdings, Merchants Equity & Vincent E. Rhynes Are Receiving & Under "NOTICE" With Respect To (A) Above. Also Please Review Section 503(b)(3) Of The Bankruptcy Code. (public interest)

( C ). General Benificial LP, ACCT. # 9725
    Warehouse Holdings (546) ACCT. # 9867
      Vincent E. Rhynes ACCT. # 3390 Transaction Statements
Are Attach Hereto In Respect Of (A) Above.

(D). Vincent E. Rhynes May Fax, Mail Or Disclose This NOTICE

To Entities Other Than Those Listed In (B) Above Such As
The United States Trustee, The SEC & For Any Other etc.


Dated: 09-17-2011
Gardena CALIF.

*Vincent E. Rhynes*
Vincent E. Rhynes(Pro Se)
(310)329-4254

**ORIGINAL**

SUBJECT : NOTICE OF VINCENT E. RHYNES
"EXTRADITION MAY BE AT HAND"

Citi Personal Wealth Management



# CONFIRMATION

MAIL TO:

¶ 000067 XPV01DP1 000000
**GENERAL BENEFICIAL LP**

1522 W. MANCHESTER AVENUE
LOS ANGELES CA 90047-5424



Account Number: 9725
Account Type: 1



For additional information, please see the reverse side.

**You Sold:**

**NORTEL NETWORKS NEW COM**

Trade Date: 03-15-11
Process Date: 03-15-11
Settlement Date: 03-18-11
Cusip: 656568-50-8
Symbol: NRTLQ

We confirm the below trade, subject to the terms and conditions set forth on this confirmation.

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMPLEXITY | SERVICE CHARGE | TRANS. FEE | NET AMOUNT USD | CAPACITY |
|---|---|---|---|---|---|---|---|---|---|
| I7KT5O | 20,000 | 0.025 | 500.00 | | 74.95 | | 0.01 | 425.04 | 1 |

Unsolicited Order    Your Broker    Acted As Agent

Default Tax Lot Disposition Method : FIRST IN FIRST OUT
The tax lot disposition method you have chosen was used for this transaction. Tax lots have been selected and disposed of in accordance with this method.
For specific information on the lots used with this transaction, please contact your investment professional.
Tax lot information will only be displayed for partial dispositions. For full dispositions, all the available tax lots will be disposed of with the transaction.
Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. CGMI and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc. Citi and Citi with Arc Design are registered service marks of Citigroup Inc. or its affiliates.

This will confirm that the order(s) described above was not solicited in any way by, nor made on the basis of any recommendation or information from Citigroup Global Markets Inc., any of its affiliates, or any of its employees. If this is not in accordance with your understanding of this order, please contact the Branch Manager of the office servicing your account immediately

**INVESTMENT PRODUCTS:   NOT FDIC INSURED • NO BANK GUARANTEE • MAY LOSE VALUE**

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES) IF "DIF"
APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION.THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST.    PAGE: 1 of 2



**BancWest Investment Services**
13505 California Street
Omaha, NE 68154
1-800-338-3919

▶ **go paperless**
Ask about e-delivery

IF YOU WOULD LIKE TO RECEIVE YOUR TRADE CONFIRMATIONS ONLINE, PLEASE CONTACT YOUR INVESTMENT PROFESSIONAL OR FINANCIAL ORGANIZATION.

# CONFIRMATION

MAIL TO:

WAREHOUSE HOLDINGS (546)
513 W 159TH ST
GARDENA CA 90248-2411

For the account of:

WAREHOUSE HOLDINGS (546)

| | |
|---|---|
| Account Number: | 19867 |
| Account Type: | 1 |
| Your Account Executive: | CHARLES HAHN |
| A.E. Number: | MHD |
| DDA Number: | 775051469 |

**You Sold:**

For additional information, please see the reverse side.

NORTEL NETWORKS NEW COM

| | |
|---|---|
| Trade Date: | 03-15-11 |
| Process Date: | 03-15-11 |
| Settlement Date: | 03-18-11 |
| Cusip: | 656568-50-8 |
| Symbol: | NRTLQ |

We confirm the below trade, subject to the terms and conditions set forth on this confirmation.

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMM EQUIV | SERVICE CHARGE | TRANS FEE | NET AMOUNT USD | CAPACITY |
|---|---|---|---|---|---|---|---|---|---|
| I7JRHT | 90,000 | 0.024 | 2,160.00 | | 50.96 | | 0.05 | 2,108.99 | 8 |

Unsolicited Order   Pershing LLC Makes   A Mkt In This Sec &   Acted As Principal

Default Tax Lot Disposition Method : FIRST IN FIRST OUT
The tax lot disposition method you have chosen was used for this transaction. Tax lots have been selected and disposed of in accordance with this method. For specific information on the lots used with this transaction, please contact your investment professional. Tax lot information will only be displayed for partial dispositions. For full dispositions, all the available tax lots will be disposed of with the transaction.
. Not FDIC insured
. May lose value
. No bank guarantee
. Not a deposit
Not insured by any government agency

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE. REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF "DIF" APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED CLEARING THROUGH PERSHING LLC, MEMBER FINRA, NYSE, SIPC. PERSHING IS A SUBSIDIARY OF THE BANK

UNIONBANC INVESTMENT SERVICES
P.O. BOX 513100
LOS ANGELES, CA 90051

A7111028419
VINCENT RHYNES
513 WEST 159TH STREET
GARDENA CA 90248


UnionBanc Investment Services

**IMPORTANT MESSAGE**

UnionBanc Investment Services brokerage statements and trade confirmations are now available online. With e-Notification you can keep your investments on track by keeping them all in one place. Visit www.mystreetscape.com/my/uis today.

**TRADE CONFIRMATION SUMMARY REPORT**

Account: ━━3390
Confirm Date: 03/29/2011

Investment Rep Name: LORI RUDOW
For Questions Call: (800) 805-9869

| YOU SOLD | | | | | | |
|---|---|---|---|---|---|---|
| Symbol | Cusip | Qty | Price | Cusip | Trade Date: 03-29-11 | Settlement Date: 04-01-11 |
| NRTLQ | 11088-0C9G08 | 75,000 | .0273 | 656568608 | Type 1* | Reg Rep Orig 185 729 |

SECURITY DESCRIPTION
NORTEL NETWORKS CORPORATION COM NPV
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD PER CUSTOMER INSTRUCTIONS.

Principal Amount   2,047.50
Commission         92.14
Activity Assessment Fee  .04
Service Fee        3.50
Settlement Amount  1,951.82