**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------X
:      Chapter 11

In re                              :      Case No. 09-10138 (KG)

Nortel Networks Inc., *et al.*,[1]       :      Jointly Administered

          Debtors.        :      **Re: D. I. 6444**
---------------------------------------------------------------------X

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 21, 2011, a copy of the **Tenth Omnibus Order Allowing Certain Professionals Interim Compensation for Services Rendered and Reimbursement of Expenses** was served in the manner indicated upon the individual identified below and on the individuals identified on the attached service list.

**Via First Class Mail**

Allen K. Stout
Nortel Networks, Inc.
220 Athens Way, Suite 300
Nashville, TN 37228

Dated:  September 22, 2011
           Wilmington, Delaware

                          CLEARY GOTTLIEB STEEN & HAMILTON LLP
                          James L. Bromley (admitted pro hac vice)
                          Lisa M. Schweitzer (admitted pro hac vice)
                          One Liberty Plaza
                          New York, NY 10006
                          Telephone: (212) 225-2000
                          Facsimile: (212) 225-3999

                          and

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*

Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

4168078.1

*Counsel for the Debtors and Debtors in Possession*