**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------X
                      :
                      :      Chapter 11

*In re*                    :
                      :      Case No. 09-10138 (KG)

Nortel Networks Inc., *et al.*,[1]    :
                      :      Jointly Administered
         Debtors.      :
                      :
----------------------------------------------------------X

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, Chad A. Fights, hereby moves for the admission pro hac vice of Aren Goldsmith (the "Admittee") of Cleary Gottlieb Steen & Hamilton LLP, 12 rue de Tilsitt, 75008 Paris, France to represent Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively the "Debtors"), in connection with the above-captioned proceedings.

Dated:  September 22, 2011        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware

                                */s/ Chad A. Fights*
                        Chad A. Fights (No. 5006)
                        1201 North Market Street
                        Wilmington, Delaware 19801
                        Telephone:  (302) 658-9200
                        Facsimile: (302) 658-3989

                        *Counsel for the Debtors*
                        *and Debtors-in-Possession*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this

Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New

York and the Bar of Paris, France and submit to the disciplinary jurisdiction of this Court for any

alleged misconduct which occurs in the preparation or course of this proceeding. I also certify that I

am generally familiar with this Court's Local Rules and with Standing Order for District Court

Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of

Court for District Court.

Dated: September 22, 2011
Paris, France

Aren Goldsmith
Cleary Gottlieb Steen & Hamilton LLP
12, rue de Tilsitt
75008 Paris, France
Telephone: +33 1 40 74 68 00
Facsimile: +33 1 40 74 68 88
Email: agoldsmith@cgsh.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____, 2011

_____
The Honorable Kevin Gross
Chief United States Bankruptcy Judge

4501072.1