IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
              Debtors. : Jointly Administered
:
: **Re: D.I. 6303; 6378**
:
------------------------------------------------------------X

### CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER ESTABLISHING DEADLINES FOR FILING PROOFS OF CLAIM FOR NON-CANADIAN INTERCOMPANY CLAIMS AND REMAINING DIRECTOR AND OFFICER CLAIMS AND APPROVING FORM AND MANNER OF NOTICE THEREOF

        I, Chad A. Fights, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the proposed *Order Establishing Deadlines for Filing Proofs of Claim for Non-Canadian Intercompany Claims and Remaining Director and Officer Claims and Approving Form and Manner of Notice Thereof* (the "Proposed Order"), attached as **Exhibit A** hereto:

        1.      On September 2, 2011, the Debtors filed a motion (the "Motion")[2] to fix deadlines and establish procedures for filing proofs of claim by the Non-Canadian Intercompany

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

Creditors and Indemnification Claims of the Post-filing Directors and Officers against the Debtors and approving the form and manner of notice thereof [D.I. 6303].

2. On September 16, 2011, Ernst & Young Inc., the court-appointed monitor (the "Monitor") and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the "Canadian Debtors") in proceedings under Canada's Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) and the Canadian Debtors filed a response to the Motion (the "Response") [D.I. 6378].

3. On September 21, 2011, the Court heard argument on the Motion and the Response. Following the Court's rulings on the record, the Court directed counsel to the Debtors to draft a written order consistent with the Court's rulings and attempt to settle a form of order consensually with the Monitor and Canadian Debtors (collectively, with the Debtors, the "Parties").

4. Following the hearing, on September 21, 2011, counsel to the Debtors sent a proposed form of order to counsel to the Monitor and Canadian Debtors. Following the exchange of e-mail correspondence, on September 22, 2011, the Parties reached an agreement on the Proposed Order.

5. Attached as **Exhibit B** is a redlined version of the Proposed Order.

6. The Debtors submit that the Proposed Order is consistent with the Court's rulings on the record.

WHEREFORE, the Debtors respectfully request that the Court: (i) enter the Proposed Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

Dated:  September 22, 2011  
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone:  (212) 225-2000  
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 */s/ Chad A. Fights*  
Derek C. Abbott (No. 3376)  
Eric D. Schwartz (No. 3134)  
Ann C. Cordo (No. 4817)  
Chad A. Fights (No. 5006)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, Delaware 19801  
Telephone:  (302) 658-9200  
Facsimile: (302) 658-3989

*Counsel for the Debtors*  
*and Debtors in Possession*