**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
              Debtors. :
: **Hearing date: 10/19/11 @ 10:00 a.m.**
: **Objections due: 10/12/11 @ 4:00 p.m.**
---------------------------------------------------------------x

**NOTICE OF MOTION OF THE OFFICIAL COMMITTEE**
**OF RETIRED EMPLOYEES PURSUANT TO 11 U.S.C.**
**§§ 105(a), 1102(b)(3)(A), 1103(c), 1114(b)(2) AND 1114(k)(3) FOR**
**ENTRY OF AN ORDER CLARIFYING ITS REQUIREMENT TO**
**PROVIDE ACCESS TO INFORMATION UNDER 11 U.S.C. § 1102(b)(3)(A)**

**PLEASE TAKE NOTICE** that The Official Committee of Retirees (the "Retiree Committee") in the above-captioned cases (the "Chapter 11 Case") filed the motion (the "Motion"), pursuant to sections 105(a), 1102(b)(3)(A), 1103(c), 1114(b)(2) and 1114(k)(3) of title 11 of the United States Code (the "Bankruptcy Code") for entry of an order clarifying the Retiree Committee's obligation to provide access to information to its constituents under Bankruptcy Code section 1102(b)(3)(A) with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). You are being served a copy of the Motion in conjunction with this Notice.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received by the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ME1 12294687v.1

2

undersigned counsel for the Chapter 7 Trustee on or before **October 12, 2011 at 4:00 p.m**. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that if any objection is filed, a hearing on the Motion may be held before the Honorable Kevin Gross in the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801, on **October 29, 2011 at 10:00 a.m.** prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures enumerated above, the Bankruptcy Court may enter an Order without further notice or hearing.

Dated: September 22, 2011
      Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (DE Bar I.D. #2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 Facsimile
wtaylor@mccarter.com

-and-

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(212) 594-5000
(212) 967-4258 Facsimile
neilberger@teamtogut.com

*Counsel to the Official Committee of Retirees*