**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
            Debtors. :
: **Hearing date: 10/19/11 @ 10:00 a.m.**
: **Objections due: 10/12/11 @ 4:00 p.m.**
----------------------------------------------------------x

**NOTICE OF APPLICATION FOR AN ORDER PURSUANT TO**
**11 U.S.C. §§ 105(a), 1102(b)(3) AND 1103(c) AUTHORIZING**
**THE EMPLOYMENT AND RETENTION OF KURTZMAN**
**CARSON CONSULTANTS LLC AS COMMUNICATIONS AGENT FOR**
**THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES AND APPROVING**
<u>**RELATED AGREEMENT, NUNC PRO TUNC TO SEPTEMBER 9, 2011**</u>

**PLEASE TAKE NOTICE** that The Official Committee of Retirees (the "Retiree Committee") in the above-captioned cases (the "Chapter 11 Case") filed the application (the "Application") for the entry of an order authorizing and approving the employment and retention of Kurtzman Carson Consultants LLC as communications agent for the Retiree Committee pursuant to sections 105(a), 1102(b)(3) and 1103(c) of title 11 of the United States Code (the "Bankruptcy Code"), *nunc pro tunc* to September 9, 2011 with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). You are being served a copy of the Application in conjunction with this Notice.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Application must be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received by

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ME1 12295391v.1

the undersigned counsel for the Chapter 7 Trustee on or before **October 12, 2011 at 4:00 p.m**. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that if any objection is filed, a hearing on the Application may be held before the Honorable Kevin Gross in the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801, on **October 19, 2011 at 10:00 a.m.** prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures enumerated above, the Bankruptcy Court may enter an Order without further notice or hearing.

Dated: September 22, 2011
Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (DE Bar I.D. #2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 Facsimile
wtaylor@mccarter.com

-and-

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(212) 594-5000
(212) 967-4258 Facsimile
neilberger@teamtogut.com

*Counsel to the Official Committee of Retirees*