

**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

September 14, 2011

Epiq Bankruptcy Solutions, LLC
P.O. Box 4470,
Beaverton, OR  97005

Re:  Nortel Networks Inc., et al., Debtors // To: Centennial Ventures VII, L.P.

Case No.  0910138KG

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Centennial Ventures VII, L.P. Currently, the state lists Corporation Service Company as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

*[signature]*

Ken Dunnigan
Corporate Operations Specialist

Log# 519137508

FedEx Tracking# 797517229462

cc:  Delaware District - U.S. Bankruptcy Court
     824 Market Street,
     5th Floor,
     Wilmington, DE  19801