IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
:
------------------------------------------------------------X

**NOTICE OF DEADLINE REQUIRING FILING OF NON-CANADIAN
INTERCOMPANY AND REMAINING DIRECTOR AND OFFICER PROOFS
OF CLAIM AGAINST THE DEBTORS ON OR BEFORE NOVEMBER 15, 2011[2]**

**PLEASE TAKE NOTICE THAT:**

  The United States Bankruptcy Court for the District of Delaware (the "Court") has entered an *Order Establishing Deadlines for Filing Proofs of Claim for Non-Canadian Intercompany Claims and Remaining Director and Officer Claims and Approving Form and Manner of Notice Thereof* (the "Order") [D.I. 6464] establishing **4:00 p.m. (prevailing Eastern Time) on November 15, 2011** (the "General Non-Canadian Intercompany Claims and D&O Bar Date") as the last date for filing claims held by Intercompany Creditors against Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), which include claims held by all Intercompany Creditors other than (i) the Canadian Debtors; (ii) the EMEA Claimants whose claims deadline was established pursuant to the EMEA Claims Order [D.I. 5402] and (iii) the Debtors and those direct or indirect subsidiaries in which a Debtor holds a majority of the equity (the "Majority Owned Subsidiaries").[3]  Those

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]  Pursuant to the terms of the Order, this Notice is being provided to notify you of the entry of the Order and for other purposes as set forth herein.  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

[3]  Solely for the purpose of this Motion, the Majority Owned Subsidiaries are:  Nortel Networks India International Inc., Nortel Technology Excellence Centre Private Limited, Nortel Networks Japan, Nortel Networks de Guatemala, Ltda., Nortel Networks Trinidad and Tobago Limited, Nortel Networks Europe Sales Limited, Nortel Ventures LLC, Nortel Networks Technology Ltd., Nortel Altsystems International Limited, Nortel Networks

Intercompany Creditors subject to the Non-Canadian Intercompany Claims and D&O Bar Dates are collectively referred to as the ("Non-Canadian Intercompany Creditors").  The Order also established the Non-Canadian Intercompany Claims and D&O Bar Dates as the deadline for the filing of claims held by directors and officers who were directors and/or officers as of August 1, 2009 (each a "Post-filing Director or Officer" and collectively, the "Post-filing Directors and Officers") for indemnification and/or contribution arising from such director's and or officer's service to the Debtors or any of the Debtors' non-debtor affiliates (the "Indemnification Claims"), which similarly were excluded from prior bar date orders.

The General Non-Canadian Intercompany Claims and D&O Bar Date and the procedures set forth below for filing proofs of claim apply only to all claims against the Debtors that arose prior to January 14, 2009 or solely in the case of Nortel Networks (CALA) Inc. ("NN CALA") July 14, 2009 (each such respective date referred to as the "Filing Date"), the date on which the Debtors commenced cases under chapter 11 of the United States Bankruptcy Code, except for those holders of the claims listed in Section 4 below that are specifically excluded from the filing requirements of the Non-Canadian Intercompany Claims and D&O Bar Dates.

The Debtors **have not** extended the previously established bar dates for the filing of claims for any other creditors (including without limitation employees) who are not Non-Canadian Intercompany Creditors or Post-filing Directors and Officers.[4]  **IF YOU ARE NOT A NON-CANADIAN INTERCOMPANY CREDITOR OR A POST-FILING DIRECTOR OR OFFICER, THE DEADLINE FOR FILING CLAIMS HAS NOT BEEN EXTENDED FOR YOU, AND THIS NOTICE DOES NOT APPLY TO YOU.**

1. **WHO MUST FILE A PROOF OF CLAIM**

If you are a Non-Canadian Intercompany Creditor or a Post-filing Director or Officer holding an Indemnification Claim, you MUST file a proof of claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim (as defined in section 101(5) of the Bankruptcy Code) that arose prior to the Filing Date, and it is not one of the types of claims described in Section 4 below.  Claims based on acts or omissions of the Debtors that occurred before the Filing Date must be filed so as to be actually received on or prior to the General Non-Canadian Intercompany Claims and D&O Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Filing Date.

Under section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is

---

(Shannon) Limited, Nortel Altsystems AB, Bay Networks Redes de Dados Para Sistemas Informaticos, Lda., Nortel Networks Eastern Mediterranean Ltd., Nortel Networks Technology K.K. and Nortel Networks Technology (Thailand) Ltd.

[4]   The general bar date for filing claims was September 30, 2009 for claims against all of the Debtors except NN CALA, and January 25, 2010 for NN CALA.

2

reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

**2.      WHAT TO FILE**

The Debtors are enclosing a proof of claim form for use in the Debtors' cases (Attachment A).  If your claim is scheduled by the Debtors, the attached form sets forth the amount of your claim as scheduled by the Debtors, the specific Debtor against which the claim is scheduled and whether the claim is scheduled as disputed, contingent or unliquidated.  You will receive a different proof of claim form for each claim scheduled in your name by the Debtors.  You may utilize the proof of claim form(s) provided by the Debtors to file your claim.  Additional proof of claim forms may be obtained at www.uscourts.gov/bkforms or http://dm.epiq11.com/nortel.

Section 503(b)(9) of the Bankruptcy Code provides administrative claim priority for "the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business."  Any holder of a claim pursuant to Section 503(b)(9) must complete the proof of claim form enclosed as Attachment B to indicate that a section 503(b)(9) priority is being asserted.

All proof of claim forms must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.  They must be written in English and be denominated in United States currency.  You should attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

Any holder of a claim against more than one Debtor must file a separate proof of claim with respect to each such Debtor and all holders of claims must identify on their proof of claim the specific Debtor against which the claim is asserted and the case number of that Debtor's bankruptcy case.

**3.      WHEN AND WHERE TO FILE**

Except as provided for herein, all proofs of claim against the Debtors must be filed <u>so as to be actually received</u> at the following address **on or before 4:00 p.m. (prevailing Eastern Time) on November 15, 2011**:

| | |
|---|---|
| **IF DELIVERED BY MAIL:** | **IF DELIVERED BY HAND DELIVERY OR OVERNIGHT COURIER:** |
| Nortel Networks Inc. | Nortel Networks Inc. |
| Claims Processing Center | Claims Processing Center |
| c/o Epiq Bankruptcy Solutions, LLC | c/o Epiq Bankruptcy Solutions, LLC |
| FDR Station, P.O. Box 5075 | 757 Third Avenue, 3rd Floor |
| New York, NY 10150-5075 | New York, NY 10017 |

Proofs of claim will be deemed filed only when <u>received</u> by Epiq Bankruptcy Solutions, LLC (the "<u>Claims Agent</u>") at the addresses listed above **on or before 4:00 p.m. (prevailing Eastern Time) on November 15, 2011**. Proofs of claim may not be delivered by facsimile, telecopy or electronic mail transmission.

**4.     WHO NEED NOT FILE A PROOF OF CLAIM**

If you are a Non-Canadian Intercompany Creditor or a Post-filing Director or Officer holding an Indemnification Claim, you **do not** need to file a proof of claim on or prior to the General Non-Canadian Intercompany Claims and D&O Bar Date **only** if you are a:

(a)     Non-Canadian Intercompany Creditor or Post-filing Director or Officer holding an Indemnification Claim that has already filed a proof of claim against the Debtors with the Clerk of the Bankruptcy Court for the District of Delaware or the Claims Agent in a form substantially similar to Official Form No. 10 and/or the Section 503(b)(9) Claim Form for such claim;

(b)     Non-Canadian Intercompany Creditor or Post-filing Director or Officer holding an Indemnification Claim whose claim is listed on the Schedules filed by the Debtors, provided that (i) the claim is <u>not</u> scheduled as "disputed," "contingent" or "unliquidated"; <u>and</u> (ii) the claimant does not disagree with the amount, nature and priority of the claim as set forth in the Schedules; <u>and</u> (iii) the claimant does not dispute that the claim is an obligation of the specific Debtor against which the claim is listed in the Schedules;

(c)     Non-Canadian Intercompany Creditor holding a claim against the Debtors or Post-filing Director or Officer holding an Indemnification Claim that heretofore has been allowed by order of this Court;

(d)     Non-Canadian Intercompany Creditor or Post-filing Director or Officer holding an Indemnification Claim whose claim against the Debtors has been paid in full by the Debtors pursuant to an order of this Court; and

(e)     Non-Canadian Intercompany Creditor holding a claim against the Debtors or Post-filing Director or Officer holding an Indemnification Claim for which specific deadlines have previously been fixed by this Court.

This Notice is being sent to many entities that have had some relationship with or have done business with the Debtors but may not have an unpaid claim against the Debtors. The fact that you have received this Notice does not mean that you have a claim or that the Debtors or the Court believe that you have a claim against the Debtors.

**5.     EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

If you are a Non-Canadian Intercompany Creditor or Post-filing Director or Officer holding an Indemnification Claim and have a claim arising out of the rejection of an executory

4

contract or unexpired lease by the Debtors as to which the order and/or notice authorizing such rejection is dated on or before September 23, 2011, you must file a proof of claim by the General Non-Canadian Intercompany Claims and D&O Bar Date.  If you have a claim arising from the rejection of an executory contract or unexpired lease by the Debtors as to which the order is dated after September 23, 2011, and your claim is not subject to a prior deadline for the filing of claims established by order of the Court, you must file a proof of claim with respect to such claim by  the latter of:  (a) the General Non-Canadian Intercompany Claims and D&O Bar Date, or (b) the date that is either (i) 30 days after entry of an order authorizing such rejection or (ii) 35 days after the Debtors file or serve by email, first class U.S. mail or overnight courier a notice of the rejection of such executory contract or unexpired lease, whichever is applicable.

6. **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE NON-CANADIAN INTERCOMPANY CLAIMS AND D&O BAR DATE**

**ANY NON-CANADIAN INTERCOMPANY CREDITOR OR POST-FILING DIRECTOR OR OFFICER HOLDING AN INDEMNIFICATION CLAIM (EXCEPT THOSE EXCUSED PER SECTION 4 ABOVE) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE NON-CANADIAN INTERCOMPANY AND D&O BAR DATE SHALL BE FOREVER BARRED AND ESTOPPED FROM (1) ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND THEIR CHAPTER 11 ESTATES AND (2) VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THESE CHAPTER 11 CASES IN RESPECT OF SUCH CLAIM.**

7. **THE DEBTORS' SCHEDULES AND ACCESS THERETO**

You may be listed as the holder of a claim against one or more of the Debtors in the relevant Debtor's Schedules of Assets and Liabilities and/or Schedules of Executory Contracts and Unexpired Leases (collectively, the "<u>Schedules</u>").

If you rely on the Schedules, it is your responsibility to determine that the claim is accurately listed in the Schedules.

As set forth above, if you agree with the nature, amount and status of your claim as listed in the relevant Debtor's Schedules, and if you do not dispute that your claim is only against the specifically identified Debtor, and if your claim is not described as "disputed," "contingent," or "unliquidated," you need not file a proof of claim.  Otherwise, or if you decide to file a proof of claim, you must do so before the General Non-Canadian Intercompany Claims and D&O Bar Date in accordance with the procedures set forth in this Notice.

Copies of the Schedules may also be examined between the hours of 8:00 a.m. and 4:00 p.m., Monday through Friday at the Clerk's Office, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.  Copies of the Schedules may also be obtained by written request to the Claims Agent at the following address and telephone number:  Nortel Networks Inc. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017,  (646) 282-2400.  Copies of the Schedules also are available for

inspection on the independent website maintained by the Claims Agent at http://dm.epiq11.com/nortel.

Copies of the Order and proof of claim forms may be obtained from the independent website maintained by the Claims Agent at http://dm.epiq11.com/nortel, or by contacting the Claims Agent at the address and telephone number set forth in the preceding paragraph.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

BY ORDER OF THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

Dated: Wilmington, Delaware
September 23, 2011

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*