# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Nortel Networks Inc., et al.
2221 Lakeside Boulevard
Richardson, TX 75082
 **EIN:** 04–2486332

**Chapter:** 11

Allen & Overy LLP,
1221 Avenue of the Americas
New York, NY 10020

*Case No*.: 09–10138–KG

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

   A transcript of the proceeding held on 9/21/2011 was filed on 9/22/2011 . The following deadlines apply:

   The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 10/13/2011 .

   If a request for redaction is filed, the redacted transcript is due 10/24/2011 .

   If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 12/21/2011 unless extended by court order.

   To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*/s/ David D. Bird*

Clerk of Court

Date: 9/22/11

(ntc)

```
                              United States Bankruptcy Court
                                    District of Delaware

In re:                                                        Case No. 09-10138-KG
Nortel Networks Inc., et al.                                  Chapter 11
Nanette Faison
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0311-1          User: Brandon              Page 1 of 2              Date Rcvd: Sep 22, 2011
                              Form ID: ntcBK             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2011.
db          +Nortel Networks Inc., et al.,    2221 Lakeside Boulevard,   Richardson, TX 75082-4305
aty          Andrew R. Remming,    Morris, Nichols, Arsht & Tunnell,   1201 North Market Street,
              P.O. Box 1347,    Wilmington, DE  19899-1347
aty          Ann C. Cordo,    Morris Nichols Arsht & Tunnell LLP,   1201 N. Market Street,    P.O. Box 1347,
              Wilmington, DE  19899-1347
aty          Chad A. Fights,    Morris, Nichols, Arsht & Tunnell LLP,   1201 North Market Street,
              P.O. Box 1347,    Wilmington, DE  19899-1347
aty         +Derek C. Abbott,    Morris Nichols Arsht & Tunnell,   1201 N. Market Street,
              Wilmington, DE 19801-1146
aty         +Elihu Ezekiel Allinson, III,    Sullivan Hazeltine Allinson LLC,
              901 North Market Street, Siote 1300,    Suite 1300,   Wilmington, DE 19801-3079
aty         +Eric D. Schwartz,    Morris, Nichols, Arsht & Tunnell,   1201 N.Market Street,    P. O. Box 1347,
              Wilmington, DE 19899-1347
aty         +Inna Rozenberg,    Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
              New York, NY 10006-1470
aty         +Jacqueline Moessner,    Cleary Gottlieb Steen & Hamilton LLP,    1 Liberty Plaza,
              New York, NY 10006-1470
aty         +James Croft,    Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
              New York, NY 10006-1470
aty         +James L. Bromley,    Cleary Gottlieb Steen & Hamilton,   One Liberty Plaza,
              New York, NY 10006-1470
aty         +Jennifer M. Westerfield,    Cleary Gottlieb Steen & Hamilton, LLP,    One Liberty Plaza,
              New York, NY 10006-1470
aty         +Juliet A. Drake,    Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
              New York, NY 10006-1470
aty         +Kerrin T. Klein,    Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
              New York, NY 10006-1470
aty         +Lauren L. Peacock,    Cleary Gottlieb Steen & Hamilton LLP,    1 Liberty Plaza,
              New York, NY 10006-1470
aty         +Louis A. Lipner,    Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
              New York, NY 10006-1470
aty          Mary Caloway,    Buchanan Ingersoll & Rooney PC,   1105 North Market Street,    Suite 1900,
              Wilmington, DE  19801-1228
aty         +Matthew Gurgel,    Cleary Gottlieb Steen & Hamilton LLP,    1 Liberty Plaza,
              New York, NY 10006-1470
aty          Mona A. Parikh,    Buchanan Ingersoll & Rooney PC,   1105 North Market Street,    Suite 1900,
              Wilmington, DE  19801-1228
aty         +Nancy G. Everett,    Winston & Strawn LLP,   35 W. Wacker Drive,   Chicago, IL 60601-1695
aty         +Neil P Forrest,    Cleary Gottlieb Steen & Hamiton LLP,   One Liberty Plaza,
              New York, NY 10006-1470
aty         +Nora K Abularach,    Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
              New York, NY 10006-1470
aty          Peter James Duhig,    Buchanan Ingersoll & Rooney PC,   1105 North Market Street,    Suite 1900,
              Wilmington, DE  19801-1228
aty         +Raymond Howard Lemisch,    Benesch Friedlander Coplan & Aronoff, LL,    222 Delaware Avenue,
              Suite 801,    Wilmington, DE 19801-1611
aty         +Rene E. Thorne,    Jackson Lewis LLP,   650 Poydras Street,   Suite 1900,
              New Orleans, LA 70130-7209
aty         +Robin J. Baik,    Cleary Gottlieb Steen & Hamilton LLP,   One Liverty Plaza,
              New York, NY 10006-1470
aty         +Sarah R Stafford,    Benesch,Friedlander,Coplan & Aronoff LLP,   222 Delaware Avenue,,    Suite 801,
              Wilmington, DE 19801-1611
aty         +Scott D. McCoy,    Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
              New York, NY 10006-1470
aty         +Thomas F. Driscoll, III,    Morris, Nichols, Arsht & Tunnell LLP,   1201 North Market Street,
              Wilmington, DE 19801-1146
aty         +Tomislav A. Joksimovic,    Cleary Gottlieb Steen & Hamilton LLP,    1 Liberty Plaza,
              New York, NY 10006-1470
frep        +Allen & Overy LLP,,   1221 Avenue of the Americas,   New York, NY 10020-1005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Sep 22 2011 20:42:29     Thomas Patrick Tinker,
              Office of the U.S. Trustee,   844 King Street Suite 2207,   Wilmington, DE 19801-3519
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0311-1          User: Brandon              Page 2 of 2           Date Rcvd: Sep 22, 2011
                              Form ID: ntcBK             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 24, 2011**                    **Signature:**    _Joseph Speetjens_