# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*, [1] <br><br>               Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks Inc. v. Actuate Corporation | 10-55144 |
| Nortel Networks Inc. v. Baldwin& Creative LLC d/b/a Baldwin& | 10-55161 |
| Nortel Networks Inc., *et. al.* v. Beeline.com, Inc. | 10-55165 |
| Nortel Networks Inc. v. Bick Group, Inc. | 10-55168 |
| Nortel Networks Inc. v. Bridgewater Systems, Inc. | 10-55175 |
| Nortel Networks Inc. v. BWCS, Ltd. | 10-53184 |
| Nortel Networks Inc. v. Celestica Thailand, Ltd., *et. al.* | 10-53185 |
| Nortel Networks Inc. v. Continuum Worldwide Corporation | 10-55191 |
| Nortel Networks Inc. v. Critical Path Strategies, Inc. | 10-55193 |
| Nortel Networks Inc. v. Excellence In Motivation, Inc. | 10-55198 |
| Nortel Networks Inc. v. Exide Technologies | 10-55199 |
| Nortel Networks Inc. v. Global Electric Electronic Processing (USA), Inc., *et. al.* | 10-55201 |
| Nortel Networks Inc. v. Ixia | 10-55202 |
| Nortel Networks Inc. v. Jack Morton Worldwide, Inc. | 10-55203 |
| Nortel Networks (CALA) Inc. v. Kodiak Technology Partners, LLC | 10-55206 |

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| Nortel Networks Inc. v. Maritz Canada Inc. | 10-53187 |
| Nortel Networks Inc. v. McKinsey & Co., Inc. | 10-55159 |
| Nortel Networks Inc. v. MobileNet Services, Inc. | 10-55164 |
| Nortel Networks Inc. v. NeoPhotonics Corporation | 10-55167 |
| Nortel Networks Inc. v. Nera, Inc. | 10-55170 |
| Nortel Networks Inc. v. NetIQ Corporation | 10-55171 |
| Nortel Networks Inc. v. Oplink Communications, Inc. | 10-55174 |
| Nortel Networks Inc. v. Opnext Subsytems, Inc. f/k/a StrataLight Communications, Inc., *et. al.* | 10-53177 |
| Nortel Networks Inc. v. Paradigm Works, Inc. | 10-55176 |
| Nortel Networks Inc. v. Red Hat, Inc. | 10-55179 |
| Nortel Networks Inc. v. SBA Network Services, Inc. | 10-55187 |
| Nortel Networks Inc. v. Sumitomo Electric Device Innovations, U.S.A., Inc. f/k/a ExceLight Communications, Inc. | 10-55189 |
| Nortel Networks Inc. v. TEKsystems Inc. | 10-55192 |
| Nortel Networks Inc. v. TGS, Inc. | 10-55194 |
| Nortel Networks Inc. v. Weston Solutions, Inc. | 10-55195 |

**STATUS REPORT ON AVOIDANCE ACTIONS
<u>ASSIGNED TO THE HONORABLE KEVIN GROSS, CHIEF JUDGE</u>**

In accordance with the Court's Chambers' Procedures and the Scheduling Order dated February 9, 2011 entered with respect to the above-captioned adversary proceedings, plaintiff, Nortel Networks Inc., by and through its counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submits the following status report.

Dated: September 26, 2011
Wilmington, Delaware

                                              CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                              Deborah M. Buell (admitted *pro hac vice*)
                                              Neil P. Forrest (admitted *pro hac vice*)
                                              Nora K. Abularach (admitted *pro hac vice*)
                                              One Liberty Plaza
                                              New York, New York 10006
                                              Telephone: (212) 225-2000
                                              Facsimile: (212) 225-3999

2

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Chad A. Fights*
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Chad Fights (No. 5006)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

4506348.1

## STATUS A

## SERVICE NOT YET COMPLETED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55165 | Beeline.com, Inc. | Plaintiffs filed an amended complaint on June 22, 2011; not all Defendants have been served to date. The Pretrial Conference is currently scheduled to take place on October 19, 2011. |
| 10-53187 | Maritz Canada Inc. | Plaintiff filed an amended complaint on June 3, 2011; not all Defendants have been served to date. The Pretrial Conference is currently scheduled to take place on November 29, 2011. |

## STATUS B

## SERVICE COMPLETE, ANSWERS DUE

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS C

## MOTION OR REQUEST FOR DEFAULT FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS D

## NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55193 | Critical Path Strategies, Inc. | Parties settled this matter. Notice of dismissal filed on September 13, 2011. Adversary proceeding |

| | | |
|---|---|---|
| | | closed by Clerk of the Court on September 14, 2011. |
| 10-55159 | McKinsey & Co., Inc. | Parties have settled this matter. Order Approving the Stipulation of Settlement of Avoidance Claims entered on July 22, 2011. Notice of dismissal filed on August 15, 2011. Adversary proceeding closed by Clerk of the Court on August 16, 2011. |
| 10-55199 | Exide Technologies | Parties settled this matter. Stipulation of dismissal filed on August 10, 2011. Adversary proceeding closed by Clerk of the Court on August 11, 2011. |
| 10-55202 | Ixia | Parties settled this matter. Stipulation of dismissal filed on September 19, 2011. Adversary proceeding closed by Clerk of the Court on September 20, 2011. |
| 10-55206 | Kodiak Technology Partners, LLC | Parties settled this matter. Notice of dismissal filed on August 19, 2011. Adversary proceeding closed by Clerk of the Court on August 23, 2011. |
| 10-55170 | Nera, Inc. | Parties settled this matter. Stipulation of dismissal filed on August 15, 2011. Adversary proceeding closed by Clerk of the Court on August 16, 2011. |
| 10-55171 | NetIQ Corporation | Parties settled this matter. Stipulation of dismissal filed on August 10, 2011. Adversary proceeding closed by Clerk of the Court on August 11, 2011. |
| 10-55176 | Paradigm Works, Inc. | Parties settled this matter. Stipulation of dismissal filed on September 1, 2011. Adversary proceeding closed by Clerk |

| Adversary No. | Defendant | Status |
|---|---|---|
|  |  | the Court on September 2, 2011. |
| 10-55194 | TGS, Inc. | Parties settled this matter. Stipulation of dismissal filed on September 15, 2011. Adversary proceeding closed by Clerk of the Court on September 16, 2011. |
| 10-55164 | MobileNet Services, Inc. | Parties settled this matter. Stipulation of dismissal filed on September 13, 2011. Adversary proceeding closed by Clerk of the Court on September 14, 2011. |
| 10-55195 | Weston Solutions, Inc. | Parties settled this matter. Stipulation of dismissal filed on September 23, 2011. |

## STATUS E

## RESOLVED/SETTLED: MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-53185 | Celestica Thailand, Ltd., *et. al.* | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will have provided Notice Parties with notice of this proposed settlement. |
| 10-55179 | Red Hat, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide Notice Parties with notice of this proposed settlement. |
| 10-53184 | BWCS, Ltd. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement |

|  |  | any may consummate this settlement without further notice or order of the Bankruptcy Court. |
|---|---|---|
| 10-55201 | Global Electric Electronic Processing (USA), Inc., et. al. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors have provided Notice Parties with notice of this proposed settlement. |
| 10-55167 | NeoPhotonics Corporation | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, a motion pursuant to Bankruptcy Rule 9019(b) was filed in connection with this proposed settlement on September 21, 2011. |

## STATUS F

## DISCOVERY UNDERWAY

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 10-55144 | Actuate Corporation | Discovery will be proceeding in accordance with the Amended Scheduling Order dated August 5, 2011. |
| 10-55175 | Bridgewater Systems, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated August 5, 2011. |
| 10-55191 | Continuum Worldwide Corporation | Discovery will be proceeding in accordance with the Amended Scheduling Order dated August 4, 2011.  Defendant's responses to Plaintiff's initial discovery requests were due June 6, 2011 and Plaintiff reserves all rights. |
| 10-55198 | Excellence In Motivation, Inc. | Discovery will be proceeding in accordance with the Amended |

| Adversary No. | Defendant | Status |
|---|---|---|
| | | Scheduling Order dated August 29, 2011.  Both parties' responses to initial discovery requests due October 7, 2011. |
| 10-53177 | Opnext Subsytems, Inc. f/k/a StrataLight Communications, *et. al.* | Discovery will be proceeding in accordance with the Amended Scheduling Order dated July 29, 2011.  Both parties' responses to initial discovery requests due November 23, 2011. |
| 10-55189 | Sumitomo Electric Device Innovations, U.S.A., Inc. f/k/a ExceLight Communications, Inc. | Discovery will be proceeding in accordance with the Scheduling Order dated August 5, 2011. Defendant's responses to Plaintiff's initial discovery requests due October 7, 2011, and Plaintiff's responses to Defendant's initial discovery requests due October 6, 2011. |
| 10-55192 | TEKsystems Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order to be entered by the Court on October 19, 2011. Both parties' responses to initial discovery requests due November 14, 2011. |

## **STATUS G**

### **NOTICE OF SELECTION OF MEDIATOR FILED**

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 10-55161 | Baldwin& Creative LLC d/b/a Baldwin& | Stipulation Regarding Appointment of Mediator filed on June 1, 2011. Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on June 5, 2011. Pursuant to the Amended Scheduling Order dated August |

| | | |
|---|---|---|
| | | 4, 2011, mediation to be completed by January 18, 2012. |
| 10-55203 | Jack Morton Worldwide, Inc. | Stipulation Regarding Appointment of Mediator filed on June 7, 2011. Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on June 9, 2011. Pursuant to the Amended Scheduling Order dated July 27, 2011, mediation to be completed by November 3, 2011. |
| 10-55168 | Bick Group, Inc. | Stipulation Regarding Appointment of Mediator filed on June 29, 2011. Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on June 30, 2011. Mediation began on September 20, 2011 and is ongoing. |
| 10-55174 | Oplink Communications, Inc. | Stipulation Regarding Appointment of Mediator filed on June 3, 2011. Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on June 9, 2011. Pursuant to the Amended Scheduling Order dated August 3, 2011, mediation to be completed by October 5, 2011. |
| 10-55187 | SBA Network Services, Inc. | Stipulation Regarding Appointment of Mediator filed on July 5, 2011. Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on July 6, 2011. Pursuant to the Amended Scheduling Order dated June 29, 2011, mediation to be completed by November 23, 2011. |

## STATUS H

## READY FOR TRIAL

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS I

## DISPOSITIVE MOTION PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS J

## STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS K
## APPEAL PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |