# UNITED STATES BANKRUPTCY COURT

## FOR THE _____ District Of ___DELAWARE___

In re  NORTEL NETWORKS INC.  )
      et al.,                ) Case No. 09-10138(KG)
                                 )
                                 ) Chapter  11

## PROOF OF TRANSMITTAL
## UNDER SECTION 5005 (b)(2) BR.

*************************************************

I Vincent E. Rhynes On 09-20-2011 Fax Copies Of The "NOTICE OF VINCENT E. RHYNES" Dated 09-17-2011 (With Transaction Statements Attach) To The United States Trustee as Provided For Under Section 5005(b)(2) BR.

With The Same Above Mailed Copies To The SEC.

Dated: 09-20-2011
Gardena CALIF.

                                            Vincent E. Rhynes(Pro Se)
                              513 W. 159th StreetGardenaCALIF.
                                   90248 (310)329-4254


ORIGINAL