# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NORTEL NETWORKS INC., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that the undersigned hereby enter their appearance for and on behalf of Mike Zafirovski, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"); and the undersigned hereby request, pursuant to Rules 2002 and 9001 of the Bankruptcy Rules and 11 U.S.C. § 342, that copies of all notices and pleadings given or filed in these cases be given and served upon the parties listed below at the following addresses and telephone numbers:

> Douglas J. Lipke, Esq.
> Robert F. Simon, Esq.
> VEDDER PRICE P.C.
> 222 North LaSalle Street, Suite 2600
> Chicago, Illinois 60601
> (312) 609-7500  Telephone
> (312) 609-5005  Facsimile
> dlipke@vedderprice.com
> rsimon@vedderprice.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein. This Notice of Appearance and Request for Notice, and any subsequent appearance, pleading, claim, or suit, shall not be deemed or construed to be a waiver of Mike Zafirovski's right (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Mike Zafirovski is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Mike Zafirovski expressly reserves.

Dated: September 26, 2011

Respectfully Submitted,

VEDDER PRICE P.C.

By: ___/s/ Douglas J. Lipke___
       Douglas J. Lipke

VEDDER PRICE P.C.
Douglas J. Lipke, Esq.
Robert F. Simon, Esq.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
Telephone: (312) 609-7500
Facsimile: (312) 609-5005
dlipke@vedderprice.com
rsimon@vedderprice.com

*Attorneys for Mike Zafirovski*