## NOTICE OF CLAIMS PURCHASE AGREEMENT
(Proof of Claim Number #765)

PARADIGM WORKS INC, a Delaware Corporation, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto CORRE OPPORTUNITIES FUND, LP, a Delaware limited partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $273,500.00 (proof of claim amount, defined as the "Claim") against Nortel Networks Inc. et. al. (the "Debtor" ) together with interest, if any, in the United States Bankruptcy Court, District of Delaware, or any other court with jurisdiction over the proceedings (the "Court"), Administered at Case Number 09-10138 (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representative dated the 20th day of Sept, 2011.

WITNESS: _Ronald Lague_
Ronald Lague CPA
(Print Name and Title of Witness)

Paradigm Works, Inc.
_(Signature of Corporate Officer)_
Michael D Hoyt CEO
(Print Name and Title of Corporate Officer)

WITNESS: _K. Barrett_
Kevin Barrett
(Print Name and Title of Witness)

Corre Opportunities Fund, LP
_(Signature of Fund Representative)_
Eric Soderlund
(Print Name and Title of Fund Representative)