# **EXHIBIT A**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

September 26, 2011  
Invoice 389387  
Page 2  
Client #  732310

Matter # 165839

For services through August 31, 2011  
relating to Case Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/11 | Review docket (.1); Review and update critical dates (.1) | Paralegal — Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 08/02/11 | Retrieve re: appointment of official creditor committee of long term disability participants (.1); Retrieve re: appointment of official creditor committee of retired employees (.1); E-mail to C. Samis re: same (.1) | Paralegal — Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 08/02/11 | Review and calendar upcoming critical dates | Associate — Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 08/08/11 | Review docket (.1); Review and update critical dates (.1) | Paralegal — Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 08/15/11 | Attention to upcoming critical dates | Associate — Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 08/26/11 | Review and calendar upcoming critical dates | Associate — Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 08/30/11 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | Paralegal — Barbara J. Witters | 0.50 hrs. | 200.00 | $100.00 |

Total Fees for Professional Services   $444.00

**TOTAL DUE FOR THIS INVOICE**   **$444.00**  
BALANCE BROUGHT FORWARD   $1,091.30

**TOTAL DUE FOR THIS MATTER**   **$1,535.30**

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | September 26, 2011<br>Invoice 389387<br>Page 3<br>Client #  732310<br><br>Matter # 165839 |

For services through August 31, 2011
relating to  Claims Administration

| | | | | |
|---|---|---|---|---|
| 08/03/11 | Emails to A. Cordo re: scheduling of EMEA claims trial dates (x2) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| | | | | |
| 08/09/11 | Call to R. Haskin re: timing and amount of payment on claims (.3); Meet with B. Witters re: incoming creditor claim inquiries (.2) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 340.00 | $170.00 |
| | | | | |
| 08/16/11 | Review 9019 motion for Emerson claims | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 340.00 | $238.00 |
| | | | | |
| 08/26/11 | Review Telmar 9019 motion and related documentation (.6); Call to S. Leonhardt re: timing and amount of distributions and status of case (.3) | | | |
| Associate | Christopher M. Samis | 0.90 hrs. | 340.00 | $306.00 |

|  | |
|---|---|
| Total Fees for Professional Services | $782.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$782.00** |
| BALANCE BROUGHT FORWARD | $8,828.00 |
| **TOTAL DUE FOR THIS MATTER** | **$9,610.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

September 26, 2011  
Invoice 389387  
Page 4  
Client # 732310

Matter # 165839

For services through August 31, 2011  
relating to Court Hearings

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/05/11 | Review agenda for 8/23/11 hearing (.2); Emails to B. Kahn re: logistics of 8/23/11 hearing (.2); Email to A. Cordo re: telephonic hearing on EMEA claims on 8/22/11 (.1) | Associate | Christopher M. Samis | 0.50 hrs. | 340.00 | $170.00 |
| 08/05/11 | Review email from J. Schairer re: agenda re: 8/9/11 hearing (.1); Review same (.2); Review emails (x2) from B. Kahn re: same (.1) | Associate | Drew G. Sloan | 0.40 hrs. | 340.00 | $136.00 |
| 08/05/11 | Retrieve 8/9/11 hearing agenda (.1); Circulate same to distribution (.1); Schedule telephonic appearance for B. Kahn (.1); Circulate confirmation of same (.1) | Paralegal | Jamie E. Schairer | 0.40 hrs. | 200.00 | $80.00 |
| 08/08/11 | Review 8/9/11 agenda (.1); Retrieve re: 8/9/11 agenda pleadings (.2); Prepare 8/9/11 hearing binder (.5) | Paralegal | Barbara J. Witters | 0.80 hrs. | 200.00 | $160.00 |
| 08/08/11 | Prepare for 8/9/11 hearing (1.6); Call to B. Kahn re: preparation for 8/9/11 hearing (.2) | Associate | Christopher M. Samis | 1.80 hrs. | 340.00 | $612.00 |
| 08/09/11 | Prepare for 8/9/11 hearing (1.1); Attend 8/9/11 hearing (.5) | Associate | Christopher M. Samis | 1.60 hrs. | 340.00 | $544.00 |
| 08/10/11 | Circulate re: 8/9/11 hearing transcript | Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| 08/19/11 | Retrieve and circulate 8/23/11 agenda to workgroup | Paralegal | Ann Jerominski | 0.10 hrs. | 200.00 | $20.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

September 26, 2011  
Invoice 389387  
Page 5  
Client #  732310  

Matter # 165839  

| Date | Description | | | |
|---|---|---|---|---|
| 08/19/11<br>Associate | Review agenda for 8/23/11 hearing<br>Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 08/19/11<br>Associate | Review agenda re: 8/23/11 hearing<br>Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| 08/22/11<br>Paralegal | Preparation of 8/23/11 hearing notebooks for C. Samis (3 sets)<br>Ann Jerominski | 1.50 hrs. | 200.00 | $300.00 |
| 08/22/11<br>Associate | Email to A. Jerominski re: logistics of 8/23/11 hearing<br>Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| 08/23/11<br><br>Associate | Prepare for 8/23/11 hearing (1.3); Attend 8/23/11 hearing (4.0); Calls to/from B. Kahn re: logistics of 8/23/11 hearing (.4); Emails to B. Kahn re: logistics of 8/2311 hearing (.2)<br>Christopher M. Samis | 5.90 hrs. | 340.00 | $2,006.00 |
| 08/31/11<br>Associate | Email to D. Sloan re: coverage for 9/6/11 hearing<br>Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |

Total Fees for Professional Services    $4,252.00

**TOTAL DUE FOR THIS INVOICE**    **$4,252.00**  
BALANCE BROUGHT FORWARD    $8,677.30  

**TOTAL DUE FOR THIS MATTER**    **$12,929.30**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

September 26, 2011  
Invoice 389387  
Page 6  
Client #  732310  

Matter #  165839

For services through August 31, 2011  
relating to Litigation/Adversary Proceedings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/16/11 | Retrieve and circulate notice of scheduling of oral argument per C. Samis | Paralegal — Ann Jerominski | 0.10 hrs. | 200.00 | $20.00 |
| 08/16/11 | Emails to A. Jerominski re: circulation of notice of oral argument for U.K. Pension appeal (x2) | Associate — Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 08/16/11 | Review notice of oral argument re: Third Circuit (.1); Review email from F. Hodara re: same (.1) | Associate — Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| 08/17/11 | Call from B. Rohrbacher re: strategy for presentation in Third Circuit U.K. Pension appeal (.3); Emails to R. Stearn, R. Silberglied and M. Ramos re: strategy for presentation in Third Circuit U.K. Pension appeal (.4); Email to general litigation partners re: strategy for presentation in Third Circuit U.K. Pension appeal (.1); Emails to L. Beckerman re: strategy for presentation in Third Circuit U.K. Pension appeal (.3); Emails to M. Collins re: strategy for presentation in Third Circuit U.K. Pension appeal (.2) | Associate — Christopher M. Samis | 1.30 hrs. | 340.00 | $442.00 |
| 08/17/11 | Emails with C. Samis re: Third Circuit | Director — Russell Silberglied | 0.10 hrs. | 625.00 | $62.50 |
| 08/19/11 | Review Ad Hoc Deferred Compensation Beneficiaries motion to compel discovery (1.1); Review objection to Ad Hoc Deferred Compensation Beneficiaries motion to compel discovery (.8) | Associate — Christopher M. Samis | 1.90 hrs. | 340.00 | $646.00 |
| 08/22/11 | Finalize and efile Division of Argument Time in 3rd Circuit (.1); Coordinate email and regular mail service of same (.3); Email to co-counsel to confirm filing of same (.1) | Paralegal — Ann Jerominski | 0.50 hrs. | 200.00 | $100.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

September 26, 2011  
Invoice 389387  
Page 7  
Client # 732310

Matter # 165839

---

| Date | Description | | | | |
|---|---|---|---|---|---|
| 08/22/11 | Prepare for call with L. Beckerman, D. Buell, R. Stearn and others re: U.K. Pension appeal panel (.3); Meet with R. Stearn re: U.K. Pension appeal and discussion on panel (.3); Participate in call with L. Beckerman, D. Buell, R. Stearn and others re: U.K. Pension appeal panel (.6); Emails to A. Jerominski re: filing and service of division of time form for Third Circuit appellate argument in U.K. Pension appeal (.2); Calls to/from A. Kurlekar re: filing and service of division of time form for Third Circuit appellate argument in U.K. Pension appeal (.2); Emails to B. Kahn re: logistics of 8/23/11 hearing (.2); Email to A. Kurlekar re: filing and service of division of time form for Third Circuit appellate argument in U.K. Pension appeal (.1) | | | | |
| Associate | Christopher M. Samis | 1.90 hrs. | 340.00 | | $646.00 |
| 08/22/11 | Meetings with C. Samis re: Third Circuit appeal argument (.2); Meetings with R. Stearn re: same (.1); Review Third Circuit filing regarding timing of arguments (.1) | | | | |
| Director | Mark D. Collins | 0.40 hrs. | 725.00 | | $290.00 |
| 08/22/11 | Review issues relating to Third Circuit judges and prepare for conference call thereon (.2); confer with C. Samis in preparation for call (.2); phone call with C. Samis, D. Buell, P. Millet, G. Werkheiser et al re: appeal (.6) | | | | |
| Director | Robert J. Stearn, Jr | 1.00 hrs. | 650.00 | | $650.00 |
| 08/23/11 | Review notice re: division of argument re: Third Circuit appeal (.1); Discussion with C. Samis re: same (.1) | | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | | $68.00 |
| 08/30/11 | Retrieve re: third circuit amended oral argument (.1); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | | $40.00 |
| 08/30/11 | Email to B. Witters re: circulation of oral argument notification for Third Circuit U.K. Pension appeal | | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | | $34.00 |

Total Fees for Professional Services                                  $3,134.50

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

September 26, 2011
Invoice 389387
Page 8
Client #  732310

Matter #  165839

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | $3,134.50 |
| BALANCE BROUGHT FORWARD | $5,128.40 |
| **TOTAL DUE FOR THIS MATTER** | **$8,262.90** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

September 26, 2011  
Invoice 389387  
Page 9  
Client # 732310

Matter # 165839

For services through August 31, 2011  
relating to Retention of Others

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/24/11 | Review application to retain Elliot Greenleaf | Associate | Christopher M. Samis | 0.80 hrs. | 340.00 | $272.00 |
| 08/29/11 | Attention to e-mail from B. Kahn re: seventh supplemental declaration of Akin Gump retention (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal | Barbara J. Witters | 0.60 hrs. | 200.00 | $120.00 |
| 08/29/11 | Review seventh supplemental Akin retention declaration (.2); Email to B. Kahn re: filing and service of seventh supplemental Akin retention declaration (.1) | Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |

Total Fees for Professional Services  $494.00

TOTAL DUE FOR THIS INVOICE  **$494.00**  
BALANCE BROUGHT FORWARD  $167.20

**TOTAL DUE FOR THIS MATTER**  **$661.20**

| | | | |
|---|---|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY 10036 | | September 26, 2011<br>Invoice 389387<br>Page 10<br>Client # 732310 | |
| | | Matter # 165839 | |

For services through August 31, 2011
relating to RLF Fee Applications

| Date | Description | | | |
|---|---|---|---|---|
| 08/02/11<br>Paralegal | E-mail to B. Kahn re: RLF fee and expense July estimates<br>Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| 08/09/11<br>Paralegal | Review RLF July bill memo<br>Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 08/09/11<br><br>Associate | Review July bill memos re: RLF monthly fee application (.3); Discussion with B. Witters re: comments to same (.1)<br>Drew G. Sloan | 0.40 hrs. | 340.00 | $136.00 |
| 08/11/11<br>Associate | Email to B. Witters re: CNO for RL&F June 2011 fee application<br>Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| 08/11/11<br><br><br>Associate | Review email from B. Witters re: filing of certificate of no objection re: RLF monthly fee application (.1); Review email from C. Samis re: same (.1); Review and execute certificate of no objection re: same (.1)<br>Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |
| 08/12/11<br><br>Paralegal | Prepare letter to A. Stout re: RLF June fees and expenses (.2); Coordinate to A. Stout re: same (.1)<br>Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 08/29/11<br><br>Paralegal | Review and revise RLF July fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2)<br>Barbara J. Witters | 0.70 hrs. | 200.00 | $140.00 |
| 08/29/11<br><br>Associate | Review, revise and finalize Thirtieth RL&F monthly fee application and time memo<br>Christopher M. Samis | 0.80 hrs. | 340.00 | $272.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

September 26, 2011  
Invoice 389387  
Page 11  
Client # 732310

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/30/11 | Revise RLF July fee application (.1); Revise notice of application and cos re: same (.2); Finalize, file and coordinate service re: same (.3); Prepare tenth RLF interim fee application (.5); E-mail to accounting re: same (.1) | Paralegal — Barbara J. Witters | 1.20 hrs. | 200.00 | $240.00 |
| 08/30/11 | Review, revise and finalize 30th monthly RL&F fee application | Associate — Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |
| 08/31/11 | Prepare cos re: RLF 10th interim fee application (.2); Finalize, file and coordinate service re: same (.3) | Paralegal — Barbara J. Witters | 0.50 hrs. | 200.00 | $100.00 |
| 08/31/11 | Review, revise and finalize 10th RL&F interim fee application | Associate — Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $1,368.00 |
| TOTAL DUE FOR THIS INVOICE | **$1,368.00** |
| BALANCE BROUGHT FORWARD | $1,275.60 |
| **TOTAL DUE FOR THIS MATTER** | **$2,643.60** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

September 26, 2011  
Invoice 389387  
Page 12  
Client #  732310

Matter # 165839

---

For services through August 31, 2011  
relating to Fee Applications of Others

| Date | Description | | | Amount |
|---|---|---|---|---|
| 08/01/11 Paralegal | Update fee status chart<br>Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 08/08/11 Paralegal | Update fee status chart<br>Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 08/09/11 Paralegal | Attention to e-mail re: Capstone June fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3)<br>Barbara J. Witters | 1.00 hrs. | 200.00 | $200.00 |
| 08/09/11 Associate | Review, revise and finalize June 2011 Capstone monthly fee application<br>Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 08/09/11 Associate | Review email from B. Kahn re: Capstone monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1)<br>Drew G. Sloan | 0.50 hrs. | 340.00 | $170.00 |
| 08/10/11 Paralegal | Prepare cno re: Fraser Milner May fee application (.2); Finalize and file cno re: same (.2); E-mail to M. Wunder re: as-filed pdf of same (.1)<br>Barbara J. Witters | 0.50 hrs. | 200.00 | $100.00 |
| 08/10/11 Associate | Review email from B. Witters re: filing certificate of no objection re: Fraser Milner monthly fee application (.1); Review email from M. Wunder re: same (.1); Review and execute certificate of no objection re: Fraser Milner monthly fee application (.1)<br>Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |
| 08/11/11 Paralegal | Prepare cno re: RLF June fee application (.2); Finalize and file cno re: same (.2)<br>Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

September 26, 2011  
Invoice 389387  
Page 13  
Client #  732310

Matter #  165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/12/11 | Attention to e-mail from M. Wunder re: Fraser Milner June fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); E-mail to M. Wunder re: as-filed of same (.1) | Paralegal — Barbara J. Witters | 0.80 hrs. | 200.00 | $160.00 |
| 08/12/11 | Review and revise 29th monthly fee application of Fraser | Associate — Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 08/12/11 | Review emails (x3) from M. Wunder re: filing Fraser Milner monthly fee application (.1); Review emails (x3) from B. Witters re: same (.1); Email to B. Witters re: same (.1) | Associate — Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |
| 08/12/11 | Finalize and file Fraser fee application (.1); Coordinate service of same (.1) | Paralegal — Rebecca V. Speaker | 0.20 hrs. | 200.00 | $40.00 |
| 08/19/11 | Prepare notice of and COS for Akin Gump's 29th monthly fee application (.2); Finalize and efile same (.2); Coordinate service of same (.1) | Paralegal — Ann Jerominski | 0.50 hrs. | 200.00 | $100.00 |
| 08/19/11 | Review Akin June 2011 fee application | Associate — Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 08/19/11 | Review emails (x3) from B. Kahn re: Akin Gump monthly fee application (.1); Email to B. Kahn re: same (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with A. Jerominski re: filing and service of same (.1) | Associate — Drew G. Sloan | 0.60 hrs. | 340.00 | $204.00 |
| 08/23/11 | Email distribution group re: CNO for Ashurst fee application (.1); Finalize and efile same (.1) | Paralegal — Ann Jerominski | 0.20 hrs. | 200.00 | $40.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

September 26, 2011  
Invoice 389387  
Page 14  
Client # 732310  

Matter # 165839  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/23/11 | Review email from A. Jerominski re: filing of certificate of no objection re: Ashurst monthly fee application (.1); Review and execute same (.1); Email to B. Kahn re: same (.1); Review email from B. Kahn re: same (.1) | | | | |
| | Associate — Drew G. Sloan | | 0.40 hrs. | 340.00 | $136.00 |
| 08/26/11 | Preparation of notice of and COS for Capstone's 30th fee application (.2); Finalize and efile same (.6); Coordinate service of same (.2) | | | | |
| | Paralegal — Ann Jerominski | | 1.00 hrs. | 200.00 | $200.00 |
| 08/26/11 | Review, revise and finalize 30th fee application of Capstone | | | | |
| | Associate — Christopher M. Samis | | 0.30 hrs. | 340.00 | $102.00 |
| 08/29/11 | Attention to e-mail re: Akin Gump July fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| | Paralegal — Barbara J. Witters | | 1.00 hrs. | 200.00 | $200.00 |
| 08/29/11 | Call to B. Kahn re: addressing sensitive information in Thirtieth RL&F monthly fee application and time memo (.2); Meet with B. Witters re: addressing sensitive information in Thirtieth RL&F monthly fee application and time memo (.2); Review, revise and finalize July 2011 Akin fee application (.2) | | | | |
| | Associate — Christopher M. Samis | | 0.60 hrs. | 340.00 | $204.00 |
| 08/30/11 | Attention to e-mail from B. Kahn re: Akin Gump 10th interim fee application (.1); Retrieve and review re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); Attention to e-mail from B. Kahn re: Capstone 10th interim fee application (.1); Retrieve and review re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| | Paralegal — Barbara J. Witters | | 1.40 hrs. | 200.00 | $280.00 |
| 08/30/11 | Review, revise and finalize 10th interim fee application of Akin (.2); Review, revise and finalize 10th interim fee application of Capstone (.2) | | | | |
| | Associate — Christopher M. Samis | | 0.40 hrs. | 340.00 | $136.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

September 26, 2011  
Invoice 389387  
Page 15  
Client #  732310

Matter #  165839

---

| Date | Description | | | |
|---|---|---|---|---|
| 08/31/11 | Attention to e-mail re: Ashurst July fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); Attention to e-mail re: Ashurst tenth interim fee application (.1); Retrieve and review re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); Attention to e-mail re: Jefferies tenth interim fee application (.1); Retrieve and review re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to P. Morrow re: as-filed pdf of Jefferies 10th interim fee application (.1); Attention to Fraser Milner July fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 3.20 hrs. | 200.00 | $640.00 |
| 08/31/11 | Review, revise and finalize 30th Ashurst fee application (.2); Review, revise and finalize 10th Jefferies interim fee application (.2) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 340.00 | $136.00 |

Total Fees for Professional Services             $3,636.00

TOTAL DUE FOR THIS INVOICE                      **$3,636.00**
BALANCE BROUGHT FORWARD                          $3,352.00

**TOTAL DUE FOR THIS MATTER**                    **$6,988.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

September 26, 2011  
Invoice 389387  
Page 16  
Client # 732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Ann Jerominski | 3.90 | 200.00 | 780.00 |
| Barbara J. Witters | 14.80 | 200.00 | 2,960.00 |
| Christopher M. Samis | 23.40 | 340.00 | 7,956.00 |
| Drew G. Sloan | 3.80 | 340.00 | 1,292.00 |
| Jamie E. Schairer | 0.40 | 200.00 | 80.00 |
| Mark D. Collins | 0.40 | 725.00 | 290.00 |
| Rebecca V. Speaker | 0.20 | 200.00 | 40.00 |
| Robert J. Stearn, Jr | 1.00 | 650.00 | 650.00 |
| Russell Silberglied | 0.10 | 625.00 | 62.50 |
| TOTAL | 48.00 | $293.97 | 14,110.50 |

**TOTAL DUE FOR THIS INVOICE**                                                                    $16,354.08

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310