# **<u>EXHIBIT B</u>**



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

September 26, 2011
Invoice 389387

Page 1
Client # 732310
Matter # 165839

For disbursements incurred through August 31, 2011
relating to Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Court Reporter Services | $30.00 |
| Document Retrieval | $100.32 |
| Filing Fees | $30.00 |
| Long distance telephone charges | $8.34 |
| Messenger and delivery service | $410.77 |
| Photocopying/ Printing  10,623 @ $.10/pg. / 2,326 @ $.10/pg. | $1,294.90 |
| Postage | $369.25 |

| | |
|---|---:|
| Other Charges | $2,243.58 |
| **TOTAL DUE FOR THIS INVOICE** | **$2,243.58** |
| BALANCE BROUGHT FORWARD | $1,855.69 |
| **TOTAL DUE FOR THIS MATTER** | **$4,099.27** |

■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

| | |
|---|---|
| Nortel Creditors Committee | September 26, 2011 |
| c/o Fred S. Hodara, Esq. | Invoice 389387 |
| Akin Gump Strauss Hauer Feld LLP | Page 17 |
| One Bryant Park | |
| New York NY 10036 | Client # 732310 |

Client: Official Committee of the Board of Directors of Nortel Networks Inc

Matter: Nortel - Representation of Creditors Committee
Case Administration
Claims Administration
Court Hearings
Litigation/Adversary Proceedings
Retention of Others
RLF Fee Applications
Fee Applications of Others

| Date | Description | | | Summary Phrase |
|---|---|---|---|---|
| 08/01/11 | Messenger and delivery | | | MESS |
| | | Amount = | $6.40 | |
| 08/01/11 | PACER | | | DOCRETRI |
| | | Amount = | $8.96 | |
| 08/05/11 | PACER | | | DOCRETRI |
| | | Amount = | $1.68 | |
| 08/08/11 | PACER | | | DOCRETRI |
| | | Amount = | $14.80 | |
| 08/08/11 | Printing | | | DUP.10CC |
| | | Amount = | $6.90 | |
| 08/08/11 | Printing | | | DUP.10CC |
| | | Amount = | $4.80 | |
| 08/08/11 | Printing | | | DUP.10CC |
| | | Amount = | $3.90 | |
| 08/08/11 | Printing | | | DUP.10CC |
| | | Amount = | $3.90 | |
| 08/08/11 | Printing | | | DUP.10CC |
| | | Amount = | $23.70 | |
| 08/08/11 | Printing | | | DUP.10CC |
| | | Amount = | $12.00 | |
| 08/08/11 | Printing | | | DUP.10CC |
| | | Amount = | $6.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

September 26, 2011  
Invoice 389387  
Page 18  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 08/08/11 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 08/09/11 | Photocopies | | DUP.10CC |
| | Amount = | $32.50 | |
| 08/09/11 | 19198860054 Long Distance | | LD |
| | Amount = | $5.56 | |
| 08/09/11 | Messenger and delivery | | MESS |
| | Amount = | $12.00 | |
| 08/09/11 | PACER | | DOCRETRI |
| | Amount = | $3.04 | |
| 08/09/11 | Postage | | POST |
| | Amount = | $9.24 | |
| 08/09/11 | Printing | | DUP.10CC |
| | Amount = | $5.90 | |
| 08/10/11 | DIAZ DATA SERVICES: | | CTRPT |
| | Amount = | $30.00 | |
| 08/12/11 | COURTCALL LLC: | | FLFEE |
| | Amount = | $30.00 | |
| 08/12/11 | NORTEL NETWORKS - Messenger and delivery | | MESS |
| | Amount = | $17.57 | |
| 08/12/11 | Photocopies | | DUP.10CC |
| | Amount = | $39.90 | |
| 08/12/11 | Messenger and delivery | | MESS |
| | Amount = | $63.30 | |
| 08/12/11 | Postage | | POST |
| | Amount = | $14.79 | |
| 08/12/11 | Printing | | DUP.10CC |
| | Amount = | $7.30 | |
| 08/12/11 | Printing | | DUP.10CC |
| | Amount = | $6.90 | |
| 08/16/11 | PACER | | DOCRETRI |
| | Amount = | $0.16 | |
| 08/19/11 | Photocopies | | DUP.10CC |
| | Amount = | $55.50 | |
| 08/19/11 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |

| | | | |
|---|---|---|---|
| Nortel Creditors Committee | | September 26, 2011 | |
| c/o Fred S. Hodara, Esq. | | Invoice 389387 | |
| Akin Gump Strauss Hauer Feld LLP | | Page 19 | |
| One Bryant Park | | | |
| New York NY  10036 | | Client #  732310 | |

| Date | Description | Amount | Code |
|---|---|---|---|
| 08/19/11 | Postage | Amount = $14.25 | POST |
| 08/19/11 | Printing | Amount = $9.80 | DUP.10CC |
| 08/22/11 | Photocopies | Amount = $215.20 | DUP.10CC |
| 08/22/11 | Photocopies | Amount = $5.20 | DUP.10CC |
| 08/22/11 | Messenger and delivery | Amount = $51.30 | MESS |
| 08/22/11 | PACER | Amount = $35.76 | DOCRETRI |
| 08/22/11 | Postage | Amount = $14.04 | POST |
| 08/22/11 | Printing | Amount = $30.20 | DUP.10CC |
| 08/22/11 | Printing | Amount = $39.80 | DUP.10CC |
| 08/22/11 | Printing | Amount = $13.30 | DUP.10CC |
| 08/22/11 | Printing | Amount = $5.80 | DUP.10CC |
| 08/22/11 | Printing | Amount = $9.30 | DUP.10CC |
| 08/22/11 | Printing | Amount = $2.20 | DUP.10CC |
| 08/26/11 | Photocopies | Amount = $30.00 | DUP.10CC |
| 08/26/11 | Messenger and delivery | Amount = $51.30 | MESS |
| 08/26/11 | Messenger and delivery | Amount = $12.00 | MESS |
| 08/26/11 | Postage | Amount = $8.64 | POST |
| 08/26/11 | Printing | Amount = $5.40 | DUP.10CC |

| | | |
|---|---|---|
| Nortel Creditors Committee | | September 26, 2011 |
| c/o Fred S. Hodara, Esq. | | Invoice 389387 |
| Akin Gump Strauss Hauer Feld LLP | | Page 20 |
| One Bryant Park | | |
| New York NY  10036 | | Client #  732310 |

| Date | Description | | Code |
|---|---|---|---|
| 08/29/11 | Photocopies | | DUP.10CC |
| | Amount = | $44.50 | |
| 08/29/11 | Photocopies | | DUP.10CC |
| | Amount = | $543.00 | |
| 08/29/11 | 12128728121 Long Distance | | LD |
| | Amount = | $2.78 | |
| 08/29/11 | Messenger and delivery charges | | MESS |
| | Amount = | $115.20 | |
| 08/29/11 | Messenger and delivery | | MESS |
| | Amount = | $63.30 | |
| 08/29/11 | Postage | | POST |
| | Amount = | $267.97 | |
| 08/29/11 | Postage | | POST |
| | Amount = | $14.79 | |
| 08/29/11 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 08/29/11 | Printing | | DUP.10CC |
| | Amount = | $2.00 | |
| 08/29/11 | Printing | | DUP.10CC |
| | Amount = | $1.90 | |
| 08/29/11 | Printing | | DUP.10CC |
| | Amount = | $3.40 | |
| 08/29/11 | Printing | | DUP.10CC |
| | Amount = | $1.60 | |
| 08/29/11 | Printing | | DUP.10CC |
| | Amount = | $2.30 | |
| 08/29/11 | Printing | | DUP.10CC |
| | Amount = | $1.90 | |
| 08/30/11 | Photocopies | | DUP.10CC |
| | Amount = | $2.50 | |
| 08/30/11 | Photocopies | | DUP.10CC |
| | Amount = | $29.50 | |
| 08/30/11 | PACER | | DOCRETRI |
| | Amount = | $1.92 | |
| 08/30/11 | PACER | | DOCRETRI |
| | Amount = | $34.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

September 26, 2011  
Invoice 389387  
Page 21  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 08/30/11 | Postage | | POST |
| | Amount = $8.04 | | |
| 08/30/11 | Postage | | POST |
| | Amount = $3.24 | | |
| 08/30/11 | Printing | | DUP.10CC |
| | Amount = $2.00 | | |
| 08/31/11 | Photocopies | | DUP.10CC |
| | Amount = $64.50 | | |
| 08/31/11 | Messenger and delivery | | MESS |
| | Amount = $12.00 | | |
| 08/31/11 | Postage | | POST |
| | Amount = $14.25 | | |
| 08/31/11 | Printing | | DUP.10CC |
| | Amount = $5.70 | | |
| 08/31/11 | Printing | | DUP.10CC |
| | Amount = $5.20 | | |
| 08/31/11 | Printing | | DUP.10CC |
| | Amount = $1.60 | | |
| 08/31/11 | Printing | | DUP.10CC |
| | Amount = $5.00 | | |

TOTALS FOR   732310         Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $2,243.58