IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Debbie Laskin, an employee of the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to Joint Administrators being duly sworn according to law, deposes and says that on September 15, 2011, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list.

Joint Administrators' Memorandum of Law in Opposition to the Debtors' and Committee's Joint Objection and Motion to Dismiss the Claims of Nortel Networks UK Limited [D.I. 6373]

Declaration of Philip Marshall QC [D.I. 6374]

Declaration of John Hennessy SC [D.I. 6375]

Declaration of Professor Michel Menjucq [D.I. 6376]

                                                     Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 19th day of September 2011.

                                                     Notary Public
                                                     My Commission Expires: 9/6/2013

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 6, 2013

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

## SERVICE LIST

Derek C. Abbott, Esq.
Anne Cordo, Esq.
Thomas F. Driscoll, III, Esq.
Ann C. Cordo, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19801
(Chapter 11 Debtors)
*Hand Delivery*

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
*Hand Delivery*

D. Buell, H. Zelbo, I. Rozenberg
L. Barefoot, L. Peacock
J. Moessner, T. Joksimovic
M. Gurgel, K. Klein
J. Okim
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Chapter 11 Debtors
*Federal Express*

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Chapter 11 Debtors
*Federal Express*

Fred S. Hodara, Esq.
David Botter, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Co-Counsel to the Official Committee of Unsecured Creditors)
*Federal Express*