# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.* | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |
| | ) | |
| GENBAND US LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| v. | ) | Civil Action No. 11-197 (LPS) |
| | ) | |
| NORTEL NETWORKS INC., *et al.*, | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated and agreed between the above-referenced appellant, GENBAND US LLC, and the above-referenced appellees, Nortel Networks Inc. *et. al.*, each debtors and debtors-in-possession in the above-captioned chapter 11 proceeding pending before the United States Bankruptcy Court for the District of Delaware, all acting by and through their respective counsel, that the above-captioned appeal, Case No. 11-197 (LPS), is dismissed with prejudice pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure. Each party shall bear their own costs and attorneys fees.

AGREED TO this 27th day of September, 2011.

| DUANE MORRIS LLP | MORRIS NICHOLS ARSHT & TUNNELL LLP |
|---|---|
| */s/ Sommer L. Ross* | */s/ Chad A. Fights* |
| Michael R. Lastowski (No. 3892) | Derek C. Abbott (No. 3376) |
| Sommer L. Ross (No. 4598) | Eric D. Schwartz (No. 3134) |
| 222 Delaware Avenue, Suite 1600 | Ann C. Cordo (No. 4817) |
| Wilmington, DE 19801 | Chad A. Fights (No. 5006) |
| (302) 657-4900 | 1201 N. Market Street, 18th Floor |
| | Wilmington, DE 19801 |
| *Counsel to Plaintiff GENBAND US LLC* | (302) 658-9200 |
| | -and- |
| | CLEARY GOTTLIEB STEIN & HAMILTON LLP |
| | One Liberty Plaza |
| | James L. Bromley (admitted *pro hac vice*) |
| | Lisa M. Schweitzer (admitted *pro hac vice*) |
| | David H. Herrington (admitted *pro hac vice*) |
| | New York, NY 10006 |
| | *Counsel to Defendants Nortel Networks Inc., et al.* |