# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No.: 09-10138 (KG)<br>)<br>) Jointly Administered<br>)<br>) TRANSFER OF CLAIM<br>) BANKRUPTCY RULE 3001(E)(2)<br>) |

PLEASE TAKE NOTICE that the claim(s) of KHADBAI, AZIZ (underlying creditor or "Transferor"), against the above captioned Debtor in the amount of $400,984.09, as set forth in proof of claim number 4219 filed 9/28/2009 and all claims of Transferor associated with such claim have been transferred and assigned (absolutely and not for security) to United States Debt Recovery X, LP, ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. The clerk of the court is authorized to changed the address and holder of this claim from Transferor to that of the Transferee, USDR below.

TRANSFEROR: KHADBAI, AZIZ

Print Name: Aziz KHADBAI        Title: _____

Signature: [signature]        Date: SEPT 24, 2011

Corrected Address (if req.) _____

Phone: 972-473-4848    E-Mail: Khadbai9@GMAIL.COM

TRANSFEREE:
United States Debt Recovery X, LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: [signature]
Nathan E. Jones, Managing Director