Exhibit B

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **20 September 2011**      Our Ref: **GDB/CCN01.00001**                    Invoice No.: **316068**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** |  |  |  |
| **To our professional fees** (NT) | 0.00 | 0.00 | 349,215.50 |
| For the period to 31 August 2011. |  |  |  |
| (Please see attached). |  |  |  |
| Document Production (NT) | 0.00 | 0.00 | 302.52 |
| **Disbursements:** (NT) |  |  |  |
| Incidental Expenses | 0.00 | 0.00 | 97.88 |
|  | 0.00 |  | 349,615.90 |
|  |  | VAT | 0.00 |
|  |  | Total | 349,615.90 |
|  |  | **Balance Due** | **349,615.90** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest · 15 Bishopsgate, London, EC2P 2AP · **Account No.:** 00404268
**Sort Code:** 50-00-00 · **Swift Code:** NWBKGB2L · **IBAN Code:** GB12NWBK50000000404268
Please quote reference 316068 when settling this invoice
**Payment Terms:** 21 days

**Legal services are 100% foreign source**

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is regulated by the Solicitors Regulation Authority of England and Wales. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN
MUNICH  NEW YORK  PARIS  ROME  SINGAPORE  STOCKHOLM  TOKYO  WASHINGTON DC



The Official Unsecured Creditors Committee
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/08/2011

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Carl Meyntjens | 5.00 | 3,300.00 | (C0012) |
| | | **5.00** | **3,300.00** | |
| Partner: | David von Saucken | 4.00 | 2,640.00 | (C0012) |
| | | **4.00** | **2,640.00** | |
| Partner: | Jose Christian Bertram | 1.30 | 858.00 | (C0012) |
| | | **1.30** | **858.00** | |
| Partner: | Klaus Herkenroth | 0.50 | 330.00 | (C0012) |
| | | **0.50** | **330.00** | |
| Partner: | Paola Flora | 2.50 | 1,650.00 | (C0012) |
| | | **2.50** | **1,650.00** | |
| Partner: | Ugo Giordano | 24.40 | 16,836.00 | (C0012) |
| | | **24.40** | **16,836.00** | |
| Partner: | Steven Hull | 0.40 | 264.00 | (C0019) |
| | | **0.40** | **264.00** | |
| Partner: | Angela Pearson | 3.30 | 2,178.00 | (C0019) |
| | | **3.30** | **2,178.00** | |
| Consultant: | Elsa Arbrandt | 52.60 | 32,086.00 | (C0012) |
| | | **52.60** | **32,086.00** | |
| Counsel: | Arnaud Wtterwulghe | 0.30 | 174.00 | (C0012) |
| | | **0.30** | **174.00** | |
| Counsel: | Johan Gregow | 83.90 | 48,662.00 | (C0012) |
| | | **83.90** | **48,662.00** | |
| Counsel: | Kelly Cherretté | 34.30 | 19,894.00 | (C0012) |
| | | **34.30** | **19,894.00** | |
| Counsel: | Marcus Fink | 0.50 | 290.00 | (C0012) |
| | | **0.50** | **290.00** | |

| | | | | |
|---|---|---|---|---|
| Senior Associate: | Luke Rollason | 2.10 | 1,071.00 | (C0007) |
| | | 2.80 | 1,428.00 | (C0031) |
| | | **4.90** | **2,499.00** | |
| Senior Associate: | Óscar Franco | 35.00 | 16,100.00 | (C0012) |
| | | **35.00** | **16,100.00** | |
| Senior Associate: | Sofia De Cristofaro | 41.60 | 22,464.00 | (C0012) |
| | | **41.60** | **22,464.00** | |
| Senior Associate: | Tanyel Serpemen | 23.00 | 10,580.00 | (C0012) |
| | | **23.00** | **10,580.00** | |
| Senior Associate: | Malte Stüber | 0.50 | 270.00 | (C0012) |
| | | **0.50** | **270.00** | |
| Senior Associate: | Lindsay Connal | 0.50 | 230.00 | (C0012) |
| | | **0.50** | **230.00** | |
| Associate: | Paul Bagon | 13.20 | 5,214.00 | (C0003) |
| | | 1.90 | 750.50 | (C0007) |
| | | 78.80 | 31,126.00 | (C0012) |
| | | 20.30 | 8,018.50 | (C0019) |
| | | 8.50 | 3,357.50 | (C0031) |
| | | **122.70** | **48,466.50** | |
| Associate | Johan Levinsson | 13.10 | 5,567.50 | (C0012) |
| | | **13.10** | **5,567.50** | |
| Associate | Luca Peretti | 48.80 | 19,276.00 | (C0012) |
| | | **48.80** | **19,276.00** | |
| Junior Associate | Lindsay Roberts | 1.00 | 290.00 | (C0007) |
| | | 0.20 | 58.00 | (C0019) |
| | | **1.20** | **348.00** | |
| Junior Associate | Carlos Llamas | 7.00 | 2,205.00 | (C0012) |
| | | **7.00** | **2,205.00** | |
| Junior Associate | Josefin Holmgren | 15.50 | 4,495.00 | (C0012) |
| | | **15.50** | **4,495.00** | |
| Junior Associate | Jonathan Firmston | 40.00 | 12,600.00 | (C0012) |
| | | **40.00** | **12,600.00** | |
| Junior Associate | Manuela Krach | 26.40 | 7,656.00 | (C0012) |
| | | **26.40** | **7,656.00** | |
| Junior Associate | Nicolas Schepkens | 30.80 | 8,932.00 | (C0012) |
| | | **30.80** | **8,932.00** | |
| Junior Associate | Paul Stein | 4.00 | 1,260.00 | (C0012) |
| | | **4.00** | **1,260.00** | |
| Junior Associate | Ricardo García-Borregón | 3.90 | 1,228.50 | (C0012) |
| | | **3.90** | **1,228.50** | |

| | | | | |
|---|---|---|---|---|
| Junior Associate | Valentina Di Vito | 4.60 | 1,449.00 | (C0012) |
| | | **4.60** | **1,449.00** | |
| Trainee: | Alice Douglas | 1.70 | 314.50 | (C0012) |
| | | **1.70** | **314.50** | |
| Trainee: | María Fernández | 5.00 | 925.00 | (C0012) |
| | | **5.00** | **925.00** | |
| Trainee: | Karla Lennon | 2.00 | 370.00 | (C0012) |
| | | **2.00** | **370.00** | |
| Trainee: | Amanda Eve | 1.40 | 259.00 | (C0012) |
| | | **1.40** | **259.00** | |
| Trainee: | Hadrien Peiffer | 51.70 | 9,564.50 | (C0012) |
| | | **51.70** | **9,564.50** | |
| Trainee: | Josefin Holmgren | 155.20 | 28,712.00 | (C0012) |
| | | **155.20** | **28,712.00** | |
| Trainee: | Kyla Fidgeon | 6.10 | 1,128.50 | (C0012) |
| | | **6.10** | **1,128.50** | |
| Trainee: | Sabrina Salonna | 38.10 | 7,048.50 | (C0012) |
| | | **38.10** | **7,048.50** | |
| Trainee: | Jack Gillions | 8.40 | 1,554.00 | (C0019) |
| | | **8.40** | **1,554.00** | |
| Trainee: | Sophie Law | 1.50 | 277.50 | (C0007) |
| | | 2.00 | 370.00 | (C0012) |
| | | 0.60 | 111.00 | (C0031) |
| | | **4.10** | **758.50** | |
| Trainee: | Sara Granlund | 20.50 | 3,792.50 | (C0012) |
| | | **20.50** | **3,792.50** | |
| | **Total** | **930.70** | **349,215.50** | |

The Official Unsecured Creditors Committee
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/08/2011

## Matter: CCN01.00001 – BANKRUPTCY

### C0003     Ashurst Fee Application/Monthly Billing Reports

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associate** |  |  |  |  |
| PDB | Paul Bagon | 13.20 | 395.00 | 5,214.00 |
|  |  |  | Total | **5,214.00** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/08/2011 | Paul Bagon | LETT | fees update to AG. | 0.10 | 395.00 | 39.50 |
| 16/08/2011 | Paul Bagon | LETT | Ashurst monthly fee app. | 2.30 | 395.00 | 908.50 |
| 17/08/2011 | Paul Bagon | DRFT | Ashurst monthly fee app. | 1.50 | 395.00 | 592.50 |
| 18/08/2011 | Paul Bagon | DRFT | Ashurst monthly fee app. | 2.00 | 395.00 | 790.00 |
| 19/08/2011 | Paul Bagon | LETT | Responding to LCP query re fees and emails re monthly fee app. | 1.50 | 395.00 | 592.50 |
| 31/08/2011 | Paul Bagon | DRFT | finalising and sending out Ashurst monthly fee app. | 4.50 | 395.00 | 1,777.50 |
| 31/08/2011 | Paul Bagon | DRFT | Ashurst interim fee app. | 1.30 | 395.00 | 513.50 |
|  |  |  |  |  |  | 5,214.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

## C0007    Creditors Committee Meetings

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| LAR | Luke Rollason | 2.10 | 510.00 | 1,071.00 |
| **Associate** | | | | |
| PDB | Paul Bagon | 1.90 | 395.00 | 750.50 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.00 | 290.00 | 290.00 |
| **Trainee** | | | | |
| SLAW | Sophie Law | 1.50 | 185.00 | 277.50 |
| | | | Total | **2,389.00** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/08/2011 | Lindsey Roberts | PHON | Committee call with Akin Gump | 1.00 | 290.00 | 290.00 |
| 03/08/2011 | Paul Bagon | PHON | UCC weekly call. | 1.00 | 395.00 | 395.00 |
| 03/08/2011 | Sophie Law | LETT | Committee call; email update to Ashurst team | 1.50 | 185.00 | 277.50 |
| 10/08/2011 | Paul Bagon | PHON | UCC weekly call. | 0.90 | 395.00 | 355.50 |
| 25/08/2011 | Luke Rollason | LETT | Committee call.  Prep for call | 2.10 | 510.00 | 1,071.00 |
| | | | | | | 2,389.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0012**</u>    <u>**General Claims Analysis/Claims Objections**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| CEM | Carl Meyntjens | 5.00 | 660.00 | 3,300.00 |
| DQS | David von Saucken | 4.00 | 660.00 | 2,640.00 |
| JCB | Jose Christian Bertram | 1.30 | 660.00 | 858.00 |
| KEH | Klaus Herkenroth | 0.50 | 660.00 | 330.00 |
| PPF | Paola Flora | 2.50 | 660.00 | 1,650.00 |
| UGIORD | Ugo Giordano | 24.40 | 690.00 | 16,836.00 |
| **Consultant** | | | | |
| ARBRAN | Elsa Arbrandt | 52.60 | 610.00 | 32,086.00 |
| **Counsel** | | | | |
| AXW | Arnaud Wtterwulghe SEL | 0.30 | 580.00 | 174.00 |
| JZG | Johan Gregow | 83.90 | 580.00 | 48,662.00 |
| KKC | Kelly Cherretté SEL | 34.30 | 580.00 | 19,894.00 |
| MDF | Marcus Fink | 0.50 | 580.00 | 290.00 |
| **Senior Associate** | | | | |
| LCC | Lindsay Connal | 0.50 | 460.00 | 230.00 |
| MGS | Malte Strüber | 0.50 | 540.00 | 270.00 |
| OFP | Óscar Franco | 35.00 | 460.00 | 16,100.00 |
| SDECRI | Sofia De Cristofaro | 41.60 | 540.00 | 22,464.00 |
| TUS | Tanyel Serpemen | 23.00 | 460.00 | 10,580.00 |
| **Associate** | | | | |
| JFREDR | Johan Levinsson | 13.10 | 425.00 | 5,567.50 |
| LPERET | Luca Peretti | 48.80 | 395.00 | 19,276.00 |
| PDB | Paul Bagon | 78.80 | 395.00 | 31,126.00 |
| **Junior Associate** | | | | |
| CLLAMA | Carlos Llamas | 7.00 | 315.00 | 2,205.00 |
| JHOLMG | Josefin Holmgren | 15.50 | 290.00 | 4,495.00 |
| JWF | Jonathan Firmston | 40.00 | 315.00 | 12,600.00 |
| MKRACH | Manuela Krach | 26.40 | 290.00 | 7,656.00 |
| NSCHEP | Nicolas Schepkens | 30.80 | 290.00 | 8,932.00 |
| PSTEIN | Paul Stein | 4.00 | 315.00 | 1,260.00 |
| RYG | Ricardo García-Borregón | 3.90 | 315.00 | 1,228.50 |
| VDIVIT | Valentina Di Vito | 4.60 | 315.00 | 1,449.00 |
| **Trainee** | | | | |
| ADOUGL | Alice Douglas | 1.70 | 185.00 | 314.50 |
| AEVE | Amanda Eve | 1.40 | 185.00 | 259.00 |
| HPEIFF | Hadrien Peiffer | 51.70 | 185.00 | 9,564.50 |
| JHOLMG | Josefin Holmgren | 155.20 | 185.00 | 28,712.00 |
| KFIDGE | Kyla Fidgeon | 6.10 | 185.00 | 1,128.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0012**</u>     <u>**General Claims Analysis/Claims Objections**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| KLENNO | Karla Lennon | 2.00 | 185.00 | 370.00 |
| MFERNA | María Fernández | 5.00 | 185.00 | 925.00 |
| SGRANL | Sara Granlund | 20.50 | 185.00 | 3,792.50 |
| SLAW | Sophie Law | 2.00 | 185.00 | 370.00 |
| SSALON | Sabrina Salonna | 38.10 | 185.00 | 7,048.50 |

Total     **324,643.50**

**Matter: CCN01.00001 – BANKRUPTCY**

**C0012**     **General Claims Analysis/Claims Objections**

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/07/2011 | Kyla Fidgeon | LETT | Research: ex turpi causa. | 3.30 | 185.00 | 610.50 |
| 13/07/2011 | Kyla Fidgeon | LETT | Memo on ex turpi causa. | 2.80 | 185.00 | 518.00 |
| 26/07/2011 | Kelly Cherretté SEL | READ | review initial e-mail and internal discussions | 0.20 | 580.00 | 116.00 |
| 01/08/2011 | Elsa Arbrandt | LETT | Commenced review of first draft from JH, meeting with JH and JG regarding outline. | 1.80 | 610.00 | 1,098.00 |
| 01/08/2011 | Elsa Arbrandt | LETT | Discussed outline of memo with J. Gregow and J. Holmgren. | 1.40 | 610.00 | 854.00 |
| 01/08/2011 | Arnaud Witterwulghe SEL | LETT | E-mails. Update. | 0.30 | 580.00 | 174.00 |
| 01/08/2011 | Hadrien Peiffer | INTD | With Kelly and Nicolas re drafting the memo | 0.50 | 185.00 | 92.50 |
| 01/08/2011 | Hadrien Peiffer | RSCH | Research on enrichment without cause | 4.10 | 185.00 | 758.50 |
| 01/08/2011 | Josefin Holmgren | DRFT | Drafting memo regarding Swedish law claim. | 8.60 | 185.00 | 1,591.00 |
| 01/08/2011 | Johan Gregow | LETT | Legal investigations, internal meetings, work in relation to the drafting of memo, emails to Ashurst London | 5.00 | 580.00 | 2,900.00 |
| 01/08/2011 | Kelly Cherretté SEL | READ | review documents | 5.00 | 580.00 | 2,900.00 |
| 01/08/2011 | Karla Lennon | LETT | Discussions with Paul Bagon re the court of appeal hearing | 0.40 | 185.00 | 74.00 |
| 01/08/2011 | Luca Peretti | LETT | Research on art. 2497 of the Italian civil code and transfer pricing mechanism | 2.00 | 395.00 | 790.00 |
| 01/08/2011 | Manuela Krach | DRFT | Drafted memorandum on the German law perspective regarding the claims asserted by the Joint Administrators in their amended proof of claim filed 3 June 2011. | 2.80 | 290.00 | 812.00 |
| 01/08/2011 | Nicolas Schepkens | READ | Readings on de facto directors and the fiduciary duty of directors, drafting a memo on the Belgian corporate matters | 6.00 | 290.00 | 1,740.00 |
| 01/08/2011 | Óscar Franco | LETT | Preparing Spanish memorandum | 6.00 | 460.00 | 2,760.00 |
| 01/08/2011 | Paul Bagon | LETT | various emails re claims analysis. | 0.50 | 395.00 | 197.50 |
| 01/08/2011 | Paul Bagon | LETT | Emails and analysis re NN Sweden claims analysis. | 1.00 | 395.00 | 395.00 |
| 01/08/2011 | Sofia De Cristofaro | MISC | Completing review of claim by Nortel Italy and internal with L. Peretti to discuss items to be researched and how to structure the memo and legal issues at stake. | 2.20 | 540.00 | 1,188.00 |
| 02/08/2011 | Elsa Arbrandt | LETT | Continued review of draft preliminary version of memorandum. | 3.40 | 610.00 | 2,074.00 |
| 02/08/2011 | Elsa Arbrandt | LETT | Discussed FSD-question with JG and JH. | 0.30 | 610.00 | 183.00 |
| 02/08/2011 | David von Saucken | DRFT | Review draft memorandum on claims brought by Nortel GmbH insolvency administrators, give further instructions to Tanyel Serpemen and Manuela Kraft in order to cover additional items of German law and to clarify the results in the presentation. Looking at results of legal research on German law destructive shareholder intervention. | 4.00 | 660.00 | 2,640.00 |
| 02/08/2011 | Hadrien Peiffer | RSCH | Re claim against NNI (enrichment without case, civil liability, etc.) | 1.80 | 185.00 | 333.00 |
| 02/08/2011 | Hadrien Peiffer | RSCH | Enrichment without cause damages base on 1382 civil code, mistake, implied contract, etc. | 6.00 | 185.00 | 1,110.00 |
| 02/08/2011 | Josefin Holmgren | DRFT | Drafting memo regarding Swedish law claim and internal discussions. | 9.50 | 185.00 | 1,757.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0012    General Claims Analysis/Claims Objections

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 02/08/2011 | Johan Gregow | LETT | Internal meetings, investigations of legal questions in relation to the claims made by Nortel Sweden, planning of the work to conduct the memo etc | 2.70 | 580.00 | 1,566.00 |
| 02/08/2011 | Kelly Cherretté SEL | LETT | read file/review other memos/research | 5.00 | 580.00 | 2,900.00 |
| 02/08/2011 | Luca Peretti | LETT | Instructions to Sabrina and Giulia - research on the definition of "civil conspiracy" - Internal meeting with Paul Bagon - Reading Joint objection and motion of NNSA | 5.00 | 395.00 | 1,975.00 |
| 02/08/2011 | María Fernández | RSCH | Research case-law about the de facto directors for OFP. | 2.50 | 185.00 | 462.50 |
| 02/08/2011 | Manuela Krach | DRFT | Drafted memorandum on the German law perspective regarding the claims asserted by the Joint Administrators in their amended proof of claim filed 3 June 2011. | 5.80 | 290.00 | 1,682.00 |
| 02/08/2011 | Nicolas Schepkens | DRFT | Drafting the memo on the Belgian corporate matters of the claims, search and reading on the fiduciary duty and hidden dividends | 7.00 | 290.00 | 2,030.00 |
| 02/08/2011 | Óscar Franco | LETT | Preparing and drafting Spanish memorandum. | 7.00 | 460.00 | 3,220.00 |
| 02/08/2011 | Paul Bagon | LETT | to Sweden office re claims analysis. | 0.50 | 395.00 | 197.50 |
| 02/08/2011 | Paul Bagon | ATTD | with Italian desk re Italian claims analysis and related emails and research. | 1.50 | 395.00 | 592.50 |
| 02/08/2011 | Sofia De Cristofaro | MISC | Email to P. Flora to request tax advice. Continuing review of court papers and of English memo. Internal with P. Bagon and L. Peretti to discuss queries. Internal with L. Peretti to discuss direction and coordination issue. | 3.50 | 540.00 | 1,890.00 |
| 02/08/2011 | Sara Granlund | LETT | Examined ways to identify phenomenom close to/possible to equate with civil conspiracy under state law, e.g. quasi-agreements and economical criminal acts that could apply to the company's actions. On behalf of Josefin Holmgren. | 3.50 | 185.00 | 647.50 |
| 02/08/2011 | Sophie Law | LETT | Mtg with Italian team re claims analysis, read through Nortel published judgments (for admin hearing, COMI arguments), search through UK court docs fro WS and Italian co. court order, sent to Italian team | 1.30 | 185.00 | 240.50 |
| 02/08/2011 | Tanyel Serpenen | LETT | Review Nortel memo and discussion | 1.50 | 460.00 | 690.00 |
| 03/08/2011 | Elsa Arbrandt | LETT | Commenced review of draft version of memorandum. | 3.00 | 610.00 | 1,830.00 |
| 03/08/2011 | Hadrien Peiffer | RSCH | Research | 9.50 | 185.00 | 1,757.50 |
| 03/08/2011 | Josefin Holmgren | DRFT | Drafting memo regarding Swedish law claims. | 7.90 | 185.00 | 1,461.50 |
| 03/08/2011 | Kelly Cherretté SEL | READ | review file, internal discussions, research | 5.00 | 580.00 | 2,900.00 |
| 03/08/2011 | Lindsay Connal | READ | Email from PB | 0.10 | 460.00 | 46.00 |
| 03/08/2011 | Lindsay Connal | READ | Email | 0.10 | 460.00 | 46.00 |
| 03/08/2011 | Luca Peretti | READ | Review of the French Memo and administration orders | 2.00 | 395.00 | 790.00 |
| 03/08/2011 | María Fernández | RSCH | Research case law for OFP. | 1.00 | 185.00 | 185.00 |
| 03/08/2011 | Manuela Krach | DRFT | Continued to draft of memorandum on claims alleged by the Joint Administrators. | 6.30 | 290.00 | 1,827.00 |
| 03/08/2011 | Nicolas Schepkens | DRFT | Drafting the memo on corporate matters | 5.30 | 290.00 | 1,537.00 |
| 03/08/2011 | Óscar Franco | LETT | Preparing and drafting Spanish memorandum. | 7.00 | 460.00 | 3,220.00 |
| 03/08/2011 | Sara Granlund | LETT | Examined ways to identify phenomenons close to/possible to equate with civil conspiracy under state law, e.g. quasi-agreements and economical criminal acts that could apply to the company's actions. On behalf of Josefin Holmgren. | 8.00 | 185.00 | 1,480.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

## C0012    General Claims Analysis/Claims Objections

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 03/08/2011 | Sabrina Salonna | RSCH | Research on Article 2497 of the Italian Civil Code in relation to the Claim 2 of the proof of claim. | 4.00 | 185.00 | 740.00 |
| 03/08/2011 | Tanyel Serpemen | LETT | Memo Nortel GmbH - German claims | 5.00 | 460.00 | 2,300.00 |
| 04/08/2011 | Elsa Arbrandt | LETT | Research on subrogation of claims; finalized review of draft version. | 2.50 | 610.00 | 1,525.00 |
| 04/08/2011 | Hadrien Peiffer | DRFT | Drafting memorandum re Proof of claim N Belgium | 9.00 | 185.00 | 1,665.00 |
| 04/08/2011 | Johan Levinsson | LETT | Preparations for Swedish memo drafting (value transfers). | 4.10 | 425.00 | 1,742.50 |
| 04/08/2011 | Josefin Holmgren | DRFT | Drafting a memo regarding Swedish law claims. | 11.40 | 185.00 | 2,109.00 |
| 04/08/2011 | Luca Peretti | DRFT | Memo on Italian law claims | 2.00 | 395.00 | 790.00 |
| 04/08/2011 | María Fernández | RSCH | Research case law and articles for OFP regarding the time limit of the directors' responsibility. | 1.50 | 185.00 | 277.50 |
| 04/08/2011 | Manuela Krach | MISC | Research on several legal questions and update of the memorandum on claims of NN Germany against NNI filed by the Joint Administrators. | 3.90 | 290.00 | 1,131.00 |
| 04/08/2011 | Nicolas Schepkens | DRFT | Drafting the memo on corporate matters, reading UK and Paris Memo and memo of the French expert | 7.00 | 290.00 | 2,030.00 |
| 04/08/2011 | Óscar France | LETT | Preparing and drafting Spanish memo. | 3.00 | 460.00 | 1,380.00 |
| 04/08/2011 | Paul Bagon | INTD | claims analysis, discussions with AG and Angela and related emails to Ashurst team | 3.00 | 395.00 | 1,185.00 |
| 04/08/2011 | Paul Bagon | LETT | Discussions re German claims analysis. | 0.50 | 395.00 | 197.50 |
| 04/08/2011 | Ricardo García-Borregón | LETT | Reading claim. Research of info relative to transfer pricing and APAs applicable to the case. | 2.90 | 315.00 | 913.50 |
| 04/08/2011 | Sofia De Cristofaro | READ | Beginning to review COMI filings (to refute argument that Italian company was managed by US company). | 0.50 | 540.00 | 270.00 |
| 04/08/2011 | Sara Granlund | LETT | Examined if quasi-agreements are applicable to the actions of NNI, if any criminal acts could have been committed to cause liability for NNI towards NN Sweden, if there is a general rule for liability because of negligence when in breach of law. On behalf of Josefin Holmgren. | 7.50 | 185.00 | 1,387.50 |
| 04/08/2011 | Sabrina Salonna | RSCH | Research on Article 2497 of the Italian Civil Code in relation to the Claim 2 of the proof of claim. | 4.00 | 185.00 | 740.00 |
| 04/08/2011 | Tanyel Serpemen | LETT | Memo Nortel GmbH - German claims | 6.00 | 460.00 | 2,760.00 |
| 05/08/2011 | Alice Douglas | MISC | Updating files | 1.70 | 185.00 | 314.50 |
| 05/08/2011 | Elsa Arbrandt | LETT | Continued research on shadow directors and limitation of liability. | 6.00 | 610.00 | 3,660.00 |
| 05/08/2011 | Hadrien Peiffer | DRFT | Memo re Proof of claim NN Belgium | 4.00 | 185.00 | 740.00 |
| 05/08/2011 | Hadrien Peiffer | READ | Review Memo re Proof of claim of NN Belgium | 2.20 | 185.00 | 407.00 |
| 05/08/2011 | Johan Levinsson | LETT | Drafted Swedish memo. | 3.50 | 425.00 | 1,487.50 |
| 05/08/2011 | Josefin Holmgren | DRFT | Drafting a memo regarding Swedish law claims. | 8.20 | 185.00 | 1,517.00 |
| 05/08/2011 | Johan Gregow | LETT | Legal investigations and analysis of claims | 7.00 | 580.00 | 4,060.00 |
| 05/08/2011 | Karla Lennon | MISC | Investigating and emailing Paul Bagon in relation to obtaining transcripts from Court of Appeal hearing | 1.30 | 185.00 | 240.50 |
| 05/08/2011 | Karla Lennon | INTD | Discussions with Paul Bagon re provable debts issue at hearing | 0.30 | 185.00 | 55.50 |
| 05/08/2011 | Luca Peretti | PHON | Call with Paola Flora re transfer pricing | 0.50 | 395.00 | 197.50 |
| 05/08/2011 | Luca Peretti | DRFT | Memo on Italian law claims | 5.00 | 395.00 | 1,975.00 |
| 05/08/2011 | Luca Peretti | INTD | Internal discussion with Sofia De Cristofaro on the grounds of each asserted claim - Internal discussion with Sabrina Salonna | 1.30 | 395.00 | 513.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0012    General Claims Analysis/Claims Objections

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 05/08/2011 | Manuela Krach | RSCH | Research on the recognition of foreign insolvency proceedings in the US and the applicable law regarding rights to invoke antecedent transactions. | 2.10 | 290.00 | 609.00 |
| 05/08/2011 | Nicolas Schepkens | DRFT | Correcting memo on corporate issues | 3.00 | 290.00 | 870.00 |
| 05/08/2011 | Óscar Franco | LETT | Preparing and drafting Spanish memo. | 5.00 | 460.00 | 2,300.00 |
| 05/08/2011 | Paul Bagon | LETT | re Italian claims analysis query. | 0.50 | 395.00 | 197.50 |
| 05/08/2011 | Paul Bagon | LETT | to team re depositions process. | 0.50 | 395.00 | 197.50 |
| 05/08/2011 | Paul Bagon | LETT | NNSA re depositions. | 0.20 | 395.00 | 79.00 |
| 05/08/2011 | Paola Flora | LETT | analysis of the document sent by SDECRI + tax research + conference call with SDECRI | 2.50 | 660.00 | 1,650.00 |
| 05/08/2011 | Ricardo García-Barregón | LETT | Drafting e-mail for OFP on vicarious and joint and several liability under Spanish Tax Law applicable to de facto and de jure directors. Researching liability procedures. | 1.00 | 315.00 | 315.00 |
| 05/08/2011 | Sofia De Cristofaro | MISC | Internal with L. Peretti to run through claims in more detail and allocate the Italian legal qualification to each claim. Review of group structure and checking which entity consolidated the accounts of Nortel Italy (NNL or NNC?). Review of excerpt from the companies register for NN Italy. Call with P. Flora to discuss transfer pricing claim. Continuing to review COMI witness statement | 2.20 | 540.00 | 1,188.00 |
| 05/08/2011 | Sara Granlund | LETT | Examined whether there is a presumption of liability for a company/employee when violating a rule of law, examined applicable law for a bankruptcy administrator's actions. On behalf of Josefin Holmgren. | 1.50 | 185.00 | 277.50 |
| 05/08/2011 | Sophie Law | LETT | Email to Karla Lennon re transcripts | 0.50 | 185.00 | 92.50 |
| 05/08/2011 | Sabrina Salonna | MISC | Research on the Italian cases law in respect of the breach of Article 2497 of the Italian Civil Code | 3.00 | 185.00 | 555.00 |
| 05/08/2011 | Tanyel Serpemen | LETT | Nortel GmbH – German claims | 4.50 | 460.00 | 2,070.00 |
| 06/08/2011 | Hadrien Pelffer | DRFT | Amend Memo re Proof of claim of NN Belgium | 2.00 | 185.00 | 370.00 |
| 07/08/2011 | Sofia De Cristofaro | DRFT | Completing review of section of French objections to claim relating to COMI arguments; comparing statements in Nortel Italy's claim against 2009 witness statement and drafting section on COMI for the Italian memo | 1.80 | 540.00 | 972.00 |
| 08/08/2011 | Elsa Arbrandt | LETT | Work with memorandum on Swedish law. | 7.00 | 610.00 | 4,270.00 |
| 08/08/2011 | Hadrien Pelffer | LETT | Review Memo re NN Belgium's proof of claim + amend | 2.70 | 185.00 | 499.50 |
| 08/08/2011 | Jose Christian Bertram | LETT | Review of report on Spain | 1.30 | 660.00 | 858.00 |
| 08/08/2011 | Josefin Holmgren | DRFT | Drafting memo regarding Swedish law claims. | 13.00 | 185.00 | 2,405.00 |
| 08/08/2011 | Jonathan Firmston | READ | Briefing from Paul. Reading English and French law analysis reports | 1.50 | 315.00 | 472.50 |
| 08/08/2011 | Klaus Herkenroth | LETT | review | 0.50 | 660.00 | 330.00 |
| 08/08/2011 | Luca Peretti | DRFT | Memo on Italian law claims | 8.00 | 395.00 | 3,160.00 |
| 08/08/2011 | Malte Strüber | INTD | internal discussion re German tax related claims by joint administrators of Nortel GmbH | 0.50 | 540.00 | 270.00 |
| 08/08/2011 | Óscar Franco | LETT | Drafting Spanish memorandum. | 4.00 | 460.00 | 1,840.00 |
| 08/08/2011 | Paul Bagon | LETT | civil law claims analysis discussions | 1.50 | 395.00 | 592.50 |
| 08/08/2011 | Paul Bagon | READ | NN Spain memo | 2.00 | 395.00 | 790.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

## C0012    General Claims Analysis/Claims Objections

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 08/08/2011 | Sabrina Salonna | MISC | Nortel Claims asserted by joint administrators of NN Italy in their amended proof of claim filed 3 June 2011: drafting memorandum in relation to the Claim for breach of proper management rules pursuant to article 2497 of the Italian Civil Code. | 5.30 | 185.00 | 980.50 |
| 08/08/2011 | Tanyel Serpemen | LETT | Nortel - review and amendments Memo German claims | 4.00 | 460.00 | 1,840.00 |
| 09/08/2011 | Elsa Arbrandt | LETT | Review of memorandum on Rider on Proof of Claims. | 7.00 | 610.00 | 4,270.00 |
| 09/08/2011 | Josefin Holmgren | DRFT | Drafting memo regarding Swedish law claims. | 11.90 | 185.00 | 2,201.50 |
| 09/08/2011 | Jonathan Firmston | READ | Reviewing advice notes on claims validity | 1.50 | 315.00 | 472.50 |
| 09/08/2011 | Kelly Cherretté SEL | LETT | internal discussions | 0.10 | 580.00 | 58.00 |
| 09/08/2011 | Luca Peretti | DRFT | Memo on Italian law claims | 7.00 | 395.00 | 2,765.00 |
| 09/08/2011 | Luca Peretti | MISC | Research on Articles 2043 and 2055 of the Italian Civil Code | 1.50 | 395.00 | 592.50 |
| 09/08/2011 | Manuela Krach | DRFT | Drafted new parts of memorandum related to claims of NN Germany against NNI. | 2.40 | 290.00 | 696.00 |
| 09/08/2011 | Nicolas Schepkens | DRFT | Amendments to the memo regarding the corporate issues | 1.50 | 290.00 | 435.00 |
| 09/08/2011 | Paul Bagon | DRFT | Spanish claims analysis memo | 8.00 | 395.00 | 3,160.00 |
| 09/08/2011 | Sabrina Salonna | MISC | Nortel Claims asserted by joint administrators of NN Italy in their amended proof of claim filed 3 June 2011: drafting memorandum in relation to the Claim for breach of proper management rules pursuant to article 2497 of the Italian Civil Code. | 6.30 | 185.00 | 1,165.50 |
| 10/08/2011 | Elsa Arbrandt | LETT | Continued review of the memorandum; correspondence with P.B. | 2.50 | 610.00 | 1,525.00 |
| 10/08/2011 | Elsa Arbrandt | LETT | Work with memorandum on Swedish law. | 1.20 | 610.00 | 732.00 |
| 10/08/2011 | Hadrien Peiffer | DRFT | Amend memo | 0.50 | 185.00 | 92.50 |
| 10/08/2011 | Josefin Holmgren | DRFT | Drafting memo regarding Swedish law claims. | 2.60 | 185.00 | 481.00 |
| 10/08/2011 | Jonathan Firmston | READ | Reviewing US proof of claim against NN Spain and Ashurst Memo. Make comments. | 3.00 | 315.00 | 945.00 |
| 10/08/2011 | Kelly Cherretté SEL | READ | review draft memo | 3.00 | 580.00 | 1,740.00 |
| 10/08/2011 | Lindsay Connal | READ | Email from PB | 0.10 | 460.00 | 46.00 |
| 10/08/2011 | Lindsay Connal | INTD | AMP | 0.10 | 460.00 | 46.00 |
| 10/08/2011 | Luca Peretti | INTD | Internal discussion with Sabrina re claim under Article 2497 and with Giulia re induzione all'inadempimento | 1.00 | 395.00 | 395.00 |
| 10/08/2011 | Luca Peretti | DRFT | Memo on Italian law claims - review of legal elements drafted by Sabrina | 7.00 | 395.00 | 2,765.00 |
| 10/08/2011 | Nicolas Schepkens | LETT | Amendments and comments on the Belgian memo | 1.00 | 290.00 | 290.00 |
| 10/08/2011 | Paul Bagon | LETT | re Swedish claims analysis memo. | 0.30 | 395.00 | 118.50 |
| 10/08/2011 | Paul Bagon | DRFT | Spanish claims analysis memo. | 5.00 | 395.00 | 1,975.00 |
| 10/08/2011 | Sophie Law | READ | Read emails | 0.20 | 185.00 | 37.00 |
| 10/08/2011 | Sabrina Salonna | MISC | Nortel Claims asserted by joint administrators of NN Italy in their amended proof of claim filed 3 June 2011: drafting memorandum in relation to the Claim for breach of proper management rules pursuant to article 2497 of the Italian Civil Code. | 5.20 | 185.00 | 962.00 |
| 11/08/2011 | Elsa Arbrandt | LETT | Commenced review of new version of memorandum. | 3.00 | 610.00 | 1,830.00 |
| 11/08/2011 | Hadrien Peiffer | DRFT | Amend memo | 5.80 | 185.00 | 1,073.00 |
| 11/08/2011 | Johan Levinsson | LETT | Updated the Swedish memo. | 5.50 | 425.00 | 2,337.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0012    General Claims Analysis/Claims Objections

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 11/08/2011 | Josefin Holmgren | DRFT | Drafting memo and internal discussions regarding Swedish law claims. | 9.80 | 185.00 | 1,813.00 |
| 11/08/2011 | Jonathan Firmston | DRFT | Re Spanish memo , Paul B and emails | 0.40 | 315.00 | 126.00 |
| 11/08/2011 | Johan Gregow | LETT | Work with memo and analyze of the legal claims | 5.90 | 580.00 | 3,422.00 |
| 11/08/2011 | Luca Peretti | MISC | Research on concept of "induzione all'inadempimento" and Article 2043 of the Italian Civil Code | 1.50 | 395.00 | 592.50 |
| 11/08/2011 | Paul Bagon | LETT | Nortel Spain claims analysis. | 8.00 | 395.00 | 3,160.00 |
| 11/08/2011 | Sabrina Salonna | MISC | Drafting memorandum in relation to Claim 2- Breach of Article 2497 of the Italian Civil Code and 4 - Aiding and Abetting Breach of Fiduciary Duty or Tortius Conduct under the Italia law of the Proof of Claim. Internal with L.Peretti. | 4.20 | 185.00 | 777.00 |
| 11/08/2011 | Tanyel Serpemen | LETT | Nortel GmbH - Memo on German claims | 2.00 | 460.00 | 920.00 |
| 12/08/2011 | Amanda Eve | MISC | Reviewing and amending memorandum on Spanish law; discussion with Paul Bagon as to the same. | 1.40 | 185.00 | 259.00 |
| 12/08/2011 | Elsa Arbrandt | LETT | Reviewed and commented on new version of part one of the memorandum. | 1.00 | 610.00 | 610.00 |
| 12/08/2011 | Elsa Arbrandt | LETT | Review of new versions. | 4.50 | 610.00 | 2,745.00 |
| 12/08/2011 | Hadrien Peiffer | DRFT | Amend memo | 1.80 | 185.00 | 333.00 |
| 12/08/2011 | Hadrien Peiffer | DRFT | Amend memo | 1.80 | 185.00 | 333.00 |
| 12/08/2011 | Josefin Holmgren | DRFT | Drafting memo and internal discussions regarding Swedish law claims. | 4.50 | 185.00 | 832.50 |
| 12/08/2011 | Jonathan Firmston | DRFT | Reviewing and commenting on several version of Spanish memorandum of advice, cross ref against claims, and discussions with Paul B. | 4.50 | 315.00 | 1,417.50 |
| 12/08/2011 | Johan Gregow | LETT | Work with memo and analyze of the legal claims | 6.50 | 580.00 | 3,770.00 |
| 12/08/2011 | Kelly Cherretté SEL | LETT | amending memo | 3.00 | 580.00 | 1,740.00 |
| 12/08/2011 | Luca Peretti | DRFT | Memo on Italian law claims and release of the first draft | 3.00 | 395.00 | 1,185.00 |
| 12/08/2011 | Paul Bagon | DRFT | finalising amendments on the draft NN Spain claims memo and sending comments to Madrid office. | 5.00 | 395.00 | 1,975.00 |
| 12/08/2011 | Paul Bagon | DRFT | German claims analysis memo | 2.50 | 395.00 | 987.50 |
| 12/08/2011 | Sabrina Salonna | MISC | Drafting memorandum in relation to Claim 4 of the Proof of Claim regarding the Aiding and Abetting breach of Fiduciary Duty or Tortius Conduct under Italian law | 3.00 | 185.00 | 555.00 |
| 13/08/2011 | Josefin Holmgren | PHON | Phone call regarding memo on Swedish law claims. | 0.30 | 185.00 | 55.50 |
| 14/08/2011 | Johan Gregow | LETT | Work with memo and analyze the legal claims | 7.00 | 580.00 | 4,060.00 |
| 15/08/2011 | Elsa Arbrandt | LETT | Review of new draft versions of memorandum on Swedish law. | 6.00 | 610.00 | 3,660.00 |
| 15/08/2011 | Josefin Holmgren | DRFT | Drafting memo on Swedish law claims. | 12.40 | 185.00 | 2,294.00 |
| 15/08/2011 | Johan Gregow | LETT | Work with memo and analyze of legal claims | 7.80 | 580.00 | 4,524.00 |
| 15/08/2011 | Paul Bagon | READ | Reviewing German Claims analysis. | 7.00 | 395.00 | 2,765.00 |
| 15/08/2011 | Paul Stein | READ | Proof read memorandum. | 2.00 | 315.00 | 630.00 |
| 15/08/2011 | Sabrina Salonna | MISC | Review of the Italian memorandum in respect of the Claim for breach of proper management rules pursuant to article 2497 of the Italian Civil Code and the claim for aiding and abetting breach of fiduciary duties owned by NN Italy's Directors or tortius conduct. | 2.20 | 185.00 | 407.00 |
| 16/08/2011 | Josefin Holmgren | RSCH | Internal discussions and research regarding Swedish law claims. | 3.10 | 185.00 | 573.50 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0012**</u>    <u>**General Claims Analysis/Claims Objections**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 16/08/2011 | Jonathan Firmston | READ | Reviewing Swedish claim documentation from Paul B in relation to NN Sweden. comments | 2.80 | 315.00 | 882.00 |
| 16/08/2011 | Johan Gregow | LETT | Internal meeting, investigations, work draft memo | 1.20 | 580.00 | 696.00 |
| 16/08/2011 | Paul Bagon | LETT | German claims analysis. | 3.00 | 395.00 | 1,185.00 |
| 16/08/2011 | Paul Stein | READ | Proof read memorandum. | 2.00 | 315.00 | 630.00 |
| 17/08/2011 | Josefin Holmgren | RSCH | Research regarding memo on Swedish law claims. | 7.30 | 185.00 | 1,350.50 |
| 17/08/2011 | Jonathan Firmston | DRFT | Brief from Paul. Reviewing pack of documents provided / file. Initial comments on note. | 3.00 | 315.00 | 945.00 |
| 17/08/2011 | Johan Gregow | LETT | Legal investigations | 1.60 | 580.00 | 928.00 |
| 17/08/2011 | Kelly Cherretté SEL | DRFT | reviewing and amending memo | 5.00 | 580.00 | 2,900.00 |
| 17/08/2011 | Lindsay Connal | READ | Email from PB | 0.10 | 460.00 | 46.00 |
| 17/08/2011 | Marcus Fink | LETT | review P Bagon email and summary of pending matters. Consider next steps. | 0.50 | 580.00 | 290.00 |
| 17/08/2011 | Paul Bagon | READ | Swedish claims analysis. | 0.30 | 395.00 | 118.50 |
| 17/08/2011 | Paul Bagon | DRFT | Amending German claims analysis. | 3.70 | 395.00 | 1,461.50 |
| 17/08/2011 | Sofia De Cristofaro | READ | Considering Italian law angle of proprietary claims | 0.80 | 540.00 | 432.00 |
| 17/08/2011 | Sofia De Cristofaro | READ | Beginning to review memo on claims of Nortel Italy | 1.00 | 540.00 | 540.00 |
| 17/08/2011 | Ugo Giordano | LETT | Review of memorandum initial drafting memorandum; internal with Sofia. | 1.80 | 690.00 | 1,242.00 |
| 18/08/2011 | Josefin Holmgren | RSCH | Research regarding Swedish law claims. | 6.60 | 185.00 | 1,221.00 |
| 18/08/2011 | Johan Gregow | LETT | Legal investigations, new draft of memo | 2.60 | 580.00 | 1,508.00 |
| 18/08/2011 | Paul Bagon | DRFT | Amending German claims analysis. | 7.00 | 395.00 | 2,765.00 |
| 18/08/2011 | Sofia De Cristofaro | READ | Continuing review and finalization of memo on Italian claims | 3.00 | 540.00 | 1,620.00 |
| 18/08/2011 | Ugo Giordano | DRFT | Review of memorandum and commenting | 1.50 | 690.00 | 1,035.00 |
| 19/08/2011 | Josefin Holmgren | RSCH | Research regarding memo on Swedish law claims, | 7.40 | 185.00 | 1,369.00 |
| 19/08/2011 | Jonathan Firmston | PHON | Discussion with Paul Bagon re reviews. | 0.10 | 315.00 | 31.50 |
| 19/08/2011 | Jonathan Firmston | READ | Reviewing Swedish claim form and compare against review. Mark up. | 2.00 | 315.00 | 630.00 |
| 19/08/2011 | Johan Gregow | LETT | Legal investigations in relation to the FSD dispute and draft of revised memo in relation to this | 3.70 | 580.00 | 2,146.00 |
| 19/08/2011 | Kelly Cherretté SEL | READ | further review and finalising memo | 5.00 | 580.00 | 2,900.00 |
| 19/08/2011 | Paul Bagon | LETT | finalising amends to first draft of German law analysis. | 15.00 | 395.00 | 5,925.00 |
| 19/08/2011 | Sofia De Cristofaro | DRFT | Continuing review and update of memorandum; direction and coordination section | 2.40 | 540.00 | 1,296.00 |
| 19/08/2011 | Sabrina Salonna | INTD | Internal with S. De Cristofaro on the Italian Memorandum in relation to the claim on the liability under Article 2497  of the Italian Civil Code. | 0.90 | 185.00 | 166.50 |
| 19/08/2011 | Ugo Giordano | DRFT | Memorandum further researches of academic opinion and case law; internal with Sofia. | 2.00 | 690.00 | 1,380.00 |
| 20/08/2011 | Kelly Cherretté SEL | DRFT | finalising memo | 3.00 | 580.00 | 1,740.00 |
| 22/08/2011 | Carl Meyntjens | LETT | Nortel: Belgian memo | 1.00 | 660.00 | 660.00 |
| 22/08/2011 | Josefin Holmgren | RSCH | Research regarding memo on Swedish law claims. | 8.70 | 185.00 | 1,609.50 |
| 22/08/2011 | Johan Gregow | LETT | Work with memo especially in relation to the FSD claims, legal investigations | 7.00 | 580.00 | 4,060.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0012    General Claims Analysis/Claims Objections

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 22/08/2011 | Manuela Krach | DRFT | Instructed intern to do research task, included findings in memo and realised further amendments. | 1.60 | 290.00 | 464.00 |
| 22/08/2011 | Sofia De Cristofaro | MISC | Continuing review and update of memo (direction and coordination and tort liability sections) and finalizing first part of memo. Review of sample financial statements of Nortel Italy and internal with V. di Vito to research information on the direction and coordination filings made by Nortel Italy with the Italian Companies Register | 4.50 | 540.00 | 2,430.00 |
| 22/08/2011 | Ugo Giordano | DRFT | Memorandum researches of academic opinion, case law, drafting and reviewing; internal with Sofia | 2.00 | 690.00 | 1,380.00 |
| 22/08/2011 | Valentina Di Vito | LETT | Liaising with Cerved Data Base and Companies Register of Milan re issuance of a certificate for the purposes of Art. 2497 bis of the Italian civil code; liaising with the Milan office for the collection of this certificate | 0.80 | 315.00 | 252.00 |
| 23/08/2011 | Josefin Holmgren | RSCH | Research and internal discussions concerning Swedish law claims. | 6.20 | 185.00 | 1,147.00 |
| 23/08/2011 | Jonathan Firmston | DRFT | Commenting on Swedish opinion | 1.50 | 315.00 | 472.50 |
| 23/08/2011 | Johan Gregow | LETT | Work with memo, internal meeting, legal investigations | 7.00 | 580.00 | 4,060.00 |
| 23/08/2011 | Manuela Krach | RSCH | Research on limitation periods and their suspension because of filing of claims in insolvency proceedings and on filing claims during proceedings (for German law memo). | 0.90 | 290.00 | 261.00 |
| 23/08/2011 | Sofia De Cristofaro | MISC | Review of declaration od direction and coordination made by Nortel Italy in 2005 and review of issue of statute of limitation applicable to the Joint Administrators' claim under article 2043 of the Italian Civil Code; instructions to V. di Vito to carry out further research on these issues. Review of issue of joint direction and coordination and internal with L. Peretti and S. Salonna to check scholars' positions | 1.00 | 540.00 | 540.00 |
| 23/08/2011 | Ugo Giordano | LETT | Review of memorandum internal with Sofia | 2.50 | 690.00 | 1,725.00 |
| 23/08/2011 | Valentina Di Vito | LETT | Research re certains aspects of Italian civil and insolvency law ("Confessione" and "Termini di Prescrizione applicabili al Curatore Fallimentare"). | 3.00 | 315.00 | 945.00 |
| 24/08/2011 | Carl Meyntjens | LETT | Nortel | 2.00 | 660.00 | 1,320.00 |
| 24/08/2011 | Carlos Llamas | RSCH | Research about trans-national insolvency proceedings regarding Spanish law. Adding comments to the memorandum. | 2.50 | 315.00 | 787.50 |
| 24/08/2011 | Josefin Holmgren | RSCH | Research and internal discussions regarding Swedish law claims. | 8.10 | 185.00 | 1,498.50 |
| 24/08/2011 | Jonathan Firmston | LETT | Emails re Swedish opinion | 0.10 | 315.00 | 31.50 |
| 24/08/2011 | Johan Gregow | LETT | Review new draft memo, analyze and internal meeting | 2.60 | 580.00 | 1,508.00 |
| 24/08/2011 | Óscar Franco | LETT | Drafting memo. | 3.00 | 460.00 | 1,380.00 |
| 24/08/2011 | Sofia De Cristofaro | DRFT | NN Italy: review of and drafting parts of memo concerning proprietary claims and taxation matters. | 1.40 | 540.00 | 756.00 |
| 24/08/2011 | Sofia De Cristofaro | MISC | Revising scholars' articles on the possibility of joint direction and coordination and updating relevant sections of the memo; internal with v. di Vito to discuss outcome of research on statute of limitation of claims for damages brought by the receiver on behalf of the company and on effect of declarations under article 2497-bis of the Italian civil code; internal with U. Giordano to discuss comments to the first part of the memo and including comments | 4.00 | 540.00 | 2,160.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

## C0012      General Claims Analysis/Claims Objections

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 24/08/2011 | Ugo Giordano | MISC | Further analysis of claims; internal with Sofia; review of English law documentation; research on key provisions of Italian corporate law; memo | 3.30 | 690.00 | 2,277.00 |
| 24/08/2011 | Valentina Di Vito | LETT | Research re certaing aspects of Italian civil and insolvency law ("Confessione" and "Termini di Prescrizione applicabili al Curatore Fallimentare"). | 0.80 | 315.00 | 252.00 |
| 25/08/2011 | Elsa Arbrandt | LETT | Review of new draft version. | 2.00 | 610.00 | 1,220.00 |
| 25/08/2011 | Carl Meyntjens | LETT | Nortel claims memo | 1.00 | 660.00 | 660.00 |
| 25/08/2011 | Josefin Holmgren | DRFT | Drafting memo on Swedish law claims. | 7.40 | 185.00 | 1,369.00 |
| 25/08/2011 | Jonathan Firmston | LETT | Emails internally re Sweden. Structure chart. | 0.30 | 315.00 | 94.50 |
| 25/08/2011 | Jonathan Firmston | READ | Delta view Swedish law memo changes from previous version, compare to previous mark up | 1.30 | 315.00 | 409.50 |
| 25/08/2011 | Jonathan Firmston | DRFT | Start second mark up of memo. | 1.50 | 315.00 | 472.50 |
| 25/08/2011 | Johan Gregow | LETT | Work with memo | 6.40 | 580.00 | 3,712.00 |
| 25/08/2011 | Manuela Krach | DRFT | Amended German law memo after having received internal feedback. | 0.60 | 290.00 | 174.00 |
| 25/08/2011 | Sofia De Cristofaro | DRFT | Reviewing and finalizing section of the memo relating to breach of fiduciary duties and civil conspiracy claims and beginning to review section on past dispositions of business. Internal with English team to clarify scope of review required in respect of the aiding and abetting and civil conspiracy claims | 3.50 | 540.00 | 1,890.00 |
| 25/08/2011 | Ugo Giordano | MISC | Further analysis of claims; internal with Sofia; research on key provisions of Italian corporate law; memo | 3.00 | 690.00 | 2,070.00 |
| 26/08/2011 | Carl Meyntjens | LETT | Nortel Belgium claims analysis memo | 1.00 | 660.00 | 660.00 |
| 26/08/2011 | Carlos Llamas | DRFT | Research about trans-national insolvency proceedings regarding Spanish Law. Adding comments to the memorandum. | 4.50 | 315.00 | 1,417.50 |
| 26/08/2011 | Josefin Holmgren | INTD | Internal discussion regarding Swedish law claim. | 0.30 | 185.00 | 55.50 |
| 26/08/2011 | Jonathan Firmston | DRFT | Read, consider and mark up Swedish memo. Incorporate and amend previous comments. Compare to Rider. | 6.00 | 315.00 | 1,890.00 |
| 26/08/2011 | Johan Gregow | LETT | Legal investigations and work with memo | 2.30 | 580.00 | 1,334.00 |
| 26/08/2011 | Sofia De Cristofaro | DRFT | NN Italy: reviewing and finalizing sections of the memo relating to claims on implied contract and implied contract term and mistake. Review of special declaration of French counsel in respect of the claims made for the FSD liability and preparing section of the Italian memo on these claims. Finalizing first complete draft of memo for review by U. Giordano. | 6.50 | 540.00 | 3,510.00 |
| 26/08/2011 | Ugo Giordano | MISC | Analysis of latest set of claims; internal with Sofia; analysis of civil law provisions; memo | 4.00 | 690.00 | 2,760.00 |
| 29/08/2011 | Josefin Holmgren | RSCH | Research regarding Memo on Swedish law claims. | 1.30 | 290.00 | 377.00 |
| 29/08/2011 | Johan Gregow | LETT | Further legal investigations in relation to NN Swedens claims | 1.60 | 580.00 | 928.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0012**</u>        <u>**General Claims Analysis/Claims Objections**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 30/08/2011 | Josefin Holmgren | RSCH | Research regarding memo on Swedish law claims. | 5.90 | 290.00 | 1,711.00 |
| 30/08/2011 | Jonathan Firmston | DRFT | Reviewing Swedish law advice. | 5.00 | 315.00 | 1,575.00 |
| 30/08/2011 | Johan Gregow | LETT | Work with memo, legal investigations | 2.80 | 580.00 | 1,624.00 |
| 30/08/2011 | Sofia De Cristofaro | DRFT | NN Italy: review of commentaries and judgments on article 100 of the Italian civil Procedure code (interest to act)in relation to the FSD claims and the taxation matters claims and internal with U. Giordano to discuss. Updating the memo including interest to act comments and internal with U. giordano for comments on second part of the memo; finalizing document and circulation to P. Bagon | 3.30 | 540.00 | 1,782.00 |
| 30/08/2011 | Ugo Giordano | MISC | Internal with Sofia, finalising memo | 4.30 | 690.00 | 2,967.00 |
| 31/08/2011 | Josefin Holmgren | DRFT | Research, internal discussion and update of the memo on Swedish law claims. | 8.30 | 290.00 | 2,407.00 |
| 31/08/2011 | Jonathan Firmston | DRFT | Reviewing and commenting on Swedish drafting and comp. against Rider | 5.50 | 315.00 | 1,732.50 |
| 31/08/2011 | Johan Gregow | LETT | Work with memo, additions to the memo | 3.20 | 580.00 | 1,856.00 |
| 31/08/2011 | Luca Peretti | INTD | Review of the Memo and internal discussion with Ugo and Sofia | 2.00 | 395.00 | 790.00 |
| 31/08/2011 | Paul Bagon | READ | Reviewing Belgian law claims analysis memo. | 2.30 | 395.00 | 908.50 |

324,643.50

**Matter: CCN01.00001 – BANKRUPTCY**

## C0019    Labor Issues/Employee Benefits

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** |  |  |  |  |
| AMP | Angela Pearson | 3.30 | 660.00 | 2,178.00 |
| SEH | Steven Hull | 0.40 | 660.00 | 264.00 |
| **Associate** |  |  |  |  |
| PDB | Paul Bagon | 20.30 | 395.00 | 8,018.50 |
| **Junior Associate** |  |  |  |  |
| LROBER | Lindsey Roberts | 0.20 | 290.00 | 58.00 |
| **Trainee** |  |  |  |  |
| JGILLI | Jack Gillions | 8.40 | 185.00 | 1,554.00 |
|  |  |  | Total | 12,072.50 |


## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/08/2011 | Angela Pearson | READ | Review emails | 0.30 | 660.00 | 198.00 |
| 01/08/2011 | Jack Gillions | DRFT | Preparation of case summary of Nortel/Lehman Court of Appeal hearing. Discussions with Marcus Finkand Paul Bagon. | 4.50 | 185.00 | 832.50 |
| 01/08/2011 | Paul Bagon | READ | Submissions re FSD court of appeal submissions. | 4.30 | 395.00 | 1,698.50 |
| 02/08/2011 | Angela Pearson | DRFT | Review summary of Nortel litigation | 0.50 | 660.00 | 330.00 |
| 02/08/2011 | Angela Pearson | READ | Review emails | 0.50 | 660.00 | 330.00 |
| 02/08/2011 | Jack Gillions | RSCH | Reading Nortel/Lehman case summaries and drafting summary document. Discussions with Paul Bagon, Marcus Fink and SJG on summary document. | 3.90 | 185.00 | 721.50 |
| 02/08/2011 | Paul Bagon | READ | FSD case - discussions with MDF, JG, KC and SJG. Preparing related email of advice. | 4.00 | 395.00 | 1,580.00 |
| 03/08/2011 | Angela Pearson | READ | Review email | 0.30 | 660.00 | 198.00 |
| 03/08/2011 | Angela Pearson | INTD | Discussion with LROBER re:con call | 0.20 | 660.00 | 132.00 |
| 03/08/2011 | Paul Bagon | DRFT | Memo re Nortel Lehman FSD case | 3.50 | 395.00 | 1,382.50 |
| 04/08/2011 | Angela Pearson | PHON | Telephone conversation with PBAGON | 0.30 | 660.00 | 198.00 |
| 04/08/2011 | Angela Pearson | READ | Review emails | 0.30 | 660.00 | 198.00 |
| 04/08/2011 | Paul Bagon | DRFT | pensions memo | 2.50 | 395.00 | 987.50 |
| 05/08/2011 | Paul Bagon | DRFT | FSD memo | 1.50 | 395.00 | 592.50 |
| 08/08/2011 | Angela Pearson | READ | Review emails | 0.40 | 660.00 | 264.00 |
| 08/08/2011 | Paul Bagon | LETT | Nortel Lehman analysis | 4.50 | 395.00 | 1,777.50 |
| 09/08/2011 | Angela Pearson | READ | Review emails | 0.20 | 660.00 | 132.00 |
| 17/08/2011 | Lindsey Roberts | READ | Reading emails | 0.20 | 290.00 | 58.00 |
| 17/08/2011 | Steven Hull | READ | Review Paul Bagon email re summary of pending matters and US appeal hearing and review attachments | 0.40 | 660.00 | 264.00 |
| 31/08/2011 | Angela Pearson | READ | Review emails | 0.30 | 660.00 | 198.00 |

12,072.50

**Matter: CCN01.00001 - BANKRUPTCY**

#### C0031    European Proceedings/Matters

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| LAR | Luke Rollason | 2.80 | 510.00 | 1,428.00 |
| **Associate** | | | | |
| PDB | Paul Bagon | 8.50 | 395.00 | 3,357.50 |
| **Trainee** | | | | |
| SLAW | Sophie Law | 0.60 | 185.00 | 111.00 |
| | | | Total | **4,896.50** |

#### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/08/2011 | Paul Bagon | PHON | professionals pre-call | 0.70 | 395.00 | 276.50 |
| 03/08/2011 | Paul Bagon | LETT | update to team re mediation and claims process. | 1.50 | 395.00 | 592.50 |
| 03/08/2011 | Paul Bagon | PHON | Post-UCC advisers call. | 1.00 | 395.00 | 395.00 |
| 10/08/2011 | Paul Bagon | LETT | update email to team. | 0.80 | 395.00 | 316.00 |
| 10/08/2011 | Paul Bagon | LETT | Post UCC call update to team. | 1.20 | 395.00 | 474.00 |
| 17/08/2011 | Paul Bagon | PHON | professionals call | 0.80 | 395.00 | 316.00 |
| 17/08/2011 | Paul Bagon | CASE | update email to team. | 1.00 | 395.00 | 395.00 |
| 17/08/2011 | Paul Bagon | LETT | various emails. | 0.50 | 395.00 | 197.50 |
| 17/08/2011 | Sophie Law | LETT | Read emails re committee call, debt wire article, ashurst workstreams | 0.30 | 185.00 | 55.50 |
| 19/08/2011 | Sophie Law | LETT | Read update emails | 0.30 | 185.00 | 55.50 |
| 24/08/2011 | Luke Rollason | LETT | Attending professionals pre-call. Prep for call. | 1.30 | 510.00 | 663.00 |
| 30/08/2011 | Luke Rollason | LETT | Prep for call. Professionals pre-call. | 1.50 | 510.00 | 765.00 |
| 31/08/2011 | Paul Bagon | LETT | various emails. | 1.00 | 395.00 | 395.00 |
| | | | | | | **4,896.50** |