Exhibit C

**DISBURSEMENT SUMMARY**
**AUGUST 01, 2011 THROUGH AUGUST 31, 2011**

| Document Production | £302.52 |
|---|---|
| Meals | £32.70 |
| Incidental Expenses | £48.00 |
| Search Fees | £17.18 |
| **TOTAL** | **£400.40** |