Exhibit D

## Disbursements Detailed Breakdown

### Document Production                                                                                                                   302.52

### Fares, Courier Charges and Incidental Expenses (Meals)

| | | |
|---|---|---|
| 03/08/2011 | VENDOR: Conference Room Catering INVOICE#: 01 07 08 2011 DATE: 09/08/2011 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Aug 3 2011 | 6.05 |
| 10/08/2011 | VENDOR: Conference Room Catering INVOICE#: 08 14 08 2011 DATE: 15/08/2011 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Aug 10 2011 | 12.55 |
| 26/07/2011 | VENDOR: Conference Room Catering INVOICE#: 25-31-07-2011 DATE: 04/08/2011 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Jul 26 2011 | 10.05 |
| 27/07/2011 | VENDOR: Conference Room Catering INVOICE#: 25-31-07-2011 DATE: 04/08/2011 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Jul 27 2011 | 4.05 |

### Fares, Courier Charges and Incidental Expenses (Sundries)

| | | |
|---|---|---|
| 26/08/2011 | PAYEE: Roberts, Lindsey; REQUEST#: 451221; DATE: 26/08/2011, - Bacs payment to reimburse expenses of LROBER | 48.00 |
| 26/08/2011 | PAYEE: Transfer Supplier Movements; REQUEST#: 452861; DATE: 26/08/2011. Miscellaneous VDIVIT: Chamber of Commerce doc. CEW/40314/2011/CMI1282 del 23/8/11 | 17.18 |

                                                                                                                                          400.40