## Exhibit E

### SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD AUGUST 01, 2011 THROUGH AUGUST 31 2011

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Carl Meyntjens | Partner for 13 years; Admitted in 1994 in Belgium; Managing Partner and Corporate Group; Brussels | £660 | 5.00 | 3,300.00 |
| David von Saucken | Partner for 14 years; Admitted in 1996 in Germany, Restructuring and Special Situations Group; London | £660 | 4.00 | 2,640.00 |
| Jose Christian Bertram | Partner for 3 years; Admitted in 1995 in Spain; Finance Group, Madrid | £660 | 1.30 | 858.00 |
| Klaus Herkenroth | Partner for 12 years; Admitted in 1987 in Germany; Tax Group; Frankfurt | £660 | 0.50 | 330.00 |
| Paola Flora | Partner for 5 years; Admitted to the Italian Association of Chartered Accountants in 1994; Tax Group; Milan | £660 | 2.50 | 1,650.00 |
| Ugo Giordano | Partner for 11 years; Admitted in 1995 in Italy, International Finance Group, London | £690 | 24.40 | 16,836.00 |
| Steven Hull | Partner for 14 years; Admitted in 1989 in England and Wales; Employment, Incentives and Pensions Group, UK | £660 | 0.40 | 264.00 |
| Angela Pearson | Partner for 5 years; Admitted in 1991 in England and Wales; Litigation Group, London | £660 | 3.30 | 2,178.00 |
| Elsa Arbrandt | Senior Legal Consultant; Admitted in 2002 in Sweden; Corporate Group, Stockholm | £610.00 | 52.60 | 32,086.00 |
| Arnaud Wtterwulghe | Counsel; Admitted in England and Wales in 2005; Finance Group; Brussels | £580 | 0.30 | 174.00 |
| Johan Gregow | Counsel; Admitted in 2000 in Sweden; Litigation Group; Stockholm | £580 | 83.90 | 48,662.00 |
| Kelly Cherretté | Counsel; Admitted in 1998 in Belgium; International Finance Group, Brussels | £580 | 34.30 | 19,894.00 |

23

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Marcus Fink | Counsel for 1 year; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £580 | 0.50 | 290.00 |
| Luke Rollason | Associate for 6 years; Admitted in 2005 in England and Wales; Restructuring and Special Situations Group, London | £510 | 4.90 | 2,499.00 |
| Oscar Franco | Associate for 8 years; Admitted in 2003 in Spain; Litigation Group, Madrid | £460 | 35.00 | 16,100.00 |
| Sofia De Cristofaro | Associate for 7 years; Admitted in 2004 in Italy; Finance Group, London | £540 | 41.60 | 22,464.00 |
| Tanyel Serpemen | Associate for 4 years; Admitted in 2007 in Germany; Restructuring and Special Situations Group, London | £460 | 23.00 | 10,580.00 |
| Malte Strüber | Associate for 9 years; Admitted in 2002 in Germany; Tax Group, Frankfurt | £540 | 0.50 | 270.00 |
| Lindsay Connal | Associate for 5 years; Admitted in 2006 in England and Wales; Litigation Group, London | £460 | 0.50 | 230.00 |
| Paul Bagon | Associate for 3 years; Admitted in 2008 in England and Wales; Restructuring and Special Situations Group, London | £395 | 122.70 | 48,466.50 |
| Johan Levinsson | Associate for 6 years; Admitted in 2005 in Sweden; Corporate Group, Stockholm | £425 | 13.10 | 5,567.50 |
| Luca Peretti | Associate for 2 years; Admitted in 2009 in Italy; International Finance Group; London | £395 | 48.80 | 19,276.00 |
| Lindsey Roberts | Newly qualified Associate; Admitted in 2011 in England and Wales; Litigation Group, London | £290 | 1.20 | 348.00 |
| Carlos Llamas | Associate for 3 years; Admitted in 2008 in Spain; Litigation Group; Madrid | £315 | 7.00 | 2,205.00 |
| Josefin Holmgren | Newly Qualified Associate; Admitted in 2011 in Sweden; Corporate Group; Stockholm | £290 £185 | 15.50 155.20 | 4,495.00 28,712.00 |
| Jonathan Firmstrong | Associate for 1 year; Admitted in 2010 in England and Wales; Restructuring and Special Situations Group; London | £315 | 40.00 | 12,600.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Manuela Krach | Newly qualified Associate; Admitted in 2011 in Germany; Restructuring and Special Situations Group, London | £290 | 26.40 | 7,656.00 |
| Nicolas Schepkens | Associate for 1 year; Admitted in 2010 in Belgium; Corporate Group, Brussels | £290 | 30.80 | 8,932.00 |
| Paul Stein | Associate for 1 years; Admitted in 2010 in England and Wales and the Republic of Ireland; Corporate Group; Stockholm | £315 | 4.00 | 1,260.00 |
| Ricardo García-Borregón | Associate for 3 years; Admitted in 2008 in Spain; Tax Group; Madrid | £315 | 3.90 | 1,228.50 |
| Valentina Di Vito | Associate for 1 year; Admitted in 2010 in Italy; International Finance Group; London | £315 | 4.60 | 1,449.00 |
| Alice Douglas | Trainee Solicitor; Litigation Group; London | £185 | 1.70 | 314.50 |
| María Fernández | Trainee Solicitor; Corporate Group; Madrid | £185 | 5.00 | 925.00 |
| Karla Lennon | Trainee Solicitor; Litigation Group, London | £185 | 2.00 | 370.00 |
| Amanda Eve | Trainee Solicitor; Restructuring and Special Situations Group; London | £185 | 1.40 | 259.00 |
| Hadrien Peiffer | Trainee Solicitor; Corporate Group; Brussels | £185 | 51.70 | 9,564.50 |
| Kyla Fidgeon | Trainee Solicitor; Litigation Group; London | £185 | 6.10 | 1,128.50 |
| Sabrina Salonna | Trainee Solicitor; International Finance Group; London | £185 | 38.10 | 7,048.50 |
| Jack Gillions | Trainee Solicitor; Employment, Incentives and Pensions Group, London | £185 | 8.40 | 1,554.00 |
| Sophie Law | Trainee Solicitor; Restructuring and Special Situations Group, London | £185 | 4.10 | 758.50 |

25

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Sara Granlund | Trainee Solicitor; Litigation Group; London | £185 | 20.50 | 3,792.50 |
| TOTAL | | | 930.70 | 349,215.50 |

## COMPENSATION BY PROJECT CATEGORY
## AUGUST 01, 2011 THROUGH AUGUST 31, 2011

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 13.20 | 5,214.00 |
| Creditors Committee Meetings | 6.50 | 2,389.00 |
| General Claims Analysis | 866.50 | 324,643.50 |
| Labor Issues / Employee Benefits | 32.60 | 12,072.50 |
| European Proceedings/Matters | 11.90 | 4,896.50 |
| TOTAL | 930.70 | 349,215.50 |