# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NORTEL NETWORKS, INC., *et al*., | : | Case No. 09-10138 (KG) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| In re: | : | Chapter 15 |
| | : | |
| NORTEL NETWORKS CORPORATION, *et al.*, FOREIGN APPLICANTS IN FOREIGN PROCEEDINGS. | : | Case No. 09-10164 (KG) |
| | : | Jointly Administered |
| | : | |
| Nortel Networks Inc. and Nortel Networks Limited, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Adv. Pro. No. 10-53065 (KG) |
| | : | Jointly Administered |
| Communications Test Design, Inc., | : | |
| | : | |
| Defendant. | : | **Hearing date: October 19, 2011 at 10:00 a.m. (ET)** |
| | : | **Objections due: October 12, 2011 at 4:00 p.m. (ET)** |

## **NOTICE OF MOTION**

TO:  (i) U.S. Trustee; (ii) counsel to the Committee; (iii) counsel to the Bondholder Group; (iv) counsel to the Defendant; (v) the purchasers in the Debtors' post-petition asset sales; and (vi) the general service list established in these chapter 11 cases.

Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, have filed the *Motion for Entry of an Order Approving (I) Settlement Agreement Among Nortel Parties and Communications Test Design, Inc. and (II) Related Side Agreement Among Nortel Parties* (the "Motion").

You are required to file a response, if any, to the attached Motion on or before **October 12, 2011 at 4:00 pm. (ET)**.

At the same time, you must serve a copy of the response upon the Debtors' attorneys:

| | |
|---|---|
| Raymond H. Lemisch, Esquire<br>Jennifer R. Hoover, Esquire<br>BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE  19801 | James L. Bromley, Esquire<br>Lisa M. Schweitzer, Esquire<br>David H. Herrington, Esquire<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006 |

A HEARING ON THIS MATTER WILL BE HELD ON **OCTOBER 19, 2011 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.

Date:  September 28, 2011

        **BENESCH, FRIEDLANDER, COPLAN<br>        & ARONOFF, LLP**

By:   */s/ Raymond H. Lemisch*
       Raymond H. Lemisch, Esquire (No. 4204)
       Jennifer R. Hoover, Esquire (No. 5111)
       222 Delaware Ave., Suite 801
       Wilmington, DE 19801
       302-442-7010  telephone
       302-442-7012  facsimile
       rlemisch@beneschlaw.com
       jhoover@beneschlaw.com

       - and -

        James L. Bromley (admitted *pro hac vice*)
        Lisa M. Schweitzer (admitted *pro hac vice*)
        David H. Herrington (admitted *pro hac vice*)
        **CLEARY GOTTLIEB STEEN**
         **& HAMILTON LLP**
        One Liberty Plaza
        New York, New York 10006
        Telephone:  (212) 225-2000
        Facsimile:  (212) 225-3999

        *Counsel for the Debtors and Debtors in Possession*