**EXHIBIT A**

**Debtors' Tenth Ordinary Course Professional Quarterly Statement for April 1, 2011 – June 30, 2011**

| Ordinary Course Professional | Description of Services | April Fees | April Disbursements & Expenses | May Fees | May Disbursements & Expenses | June Fees | June Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz | General labor and employment legal services, including representation in employment and employee benefit matters | $738.00 | $0.00 | $0.00 | $0.00 | $3,650.85 | $0.00 | $0.00 | $0.00 | **$4,388.85** |
| Call & Jensen[1] | Litigation services, specifically enforcement of trademark and copyright rights against alleged infringers in civil litigation | $231.00 | $238.41 | $0.00 | $160.00 | $0.00 | $160.00 | $0.00 | $0.00 | **$231.00** |
| Ford & Harrison LLP | Labor and employment legal services, including representation before administrative agencies and in state and federal courts | $1,123.50 | $0.00 | $654.00 | $0.00 | $1,831.00 | $0.00 | $0.00 | $0.00 | **$3,608.50** |

---

[1] All references to Call & Jensen in this statement refer to Call & Jensen as well as to Call, Jensen and Farrell, its predecessor firm.

| Ordinary Course Professional | Description of Services | April Fees | April Disbursements & Expenses | May Fees | May Disbursements & Expenses | June Fees | June Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Helein & Marashlian LLC | Specialized legal counsel for telecommunications, Voice over IP, telemarketing and other matters arising under U.S. regulatory system | $0.00 | $0.00 | $298.00 | $7.45 | $0.00 | $0.00 | $0.00 | $2.44[2] | **$298.00** |
| Hiscock & Barclay LLP | Legal representation in several litigated matters pending in New York State | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $190.00[3] | $0.00 | **$190.00** |
| Huddleston Bolen LLP | Defense counsel for Debtors against breach of warranty and related claims pending in West Virginia state court. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $157.50[4] | $0.00 | **$157.50** |
| InTax Inc | Property Tax Services | $0.00 | $0.00 | $0.00 | $0.00 | $7,239.25 | $0.00 | $0.00 | $0.00 | **$7,239.25** |
| KPMG LLP | 401k, VEBA and Retirement Income Plan | $0.00 | $0.00 | $9,880.00 | $0.00 | $15,738.00 | $932.00 | $0.00 | $0.00 | **$25,618.00** |

---

[2] Helein & Marashlian LLC incurred $2.44 in disbursements and expenses for professional services provided to the Debtors during October 2010

[3] Hiscock & Barclay LLP incurred $190.00 in fees for professional services provided to the Debtors during February 2011.

[4] Huddleston Bolen LLP incurred $157.50 in fees for professional services provided to the Debtors during January 2011.

| Ordinary Course Professional | Description of Services | April Fees | April Disbursements & Expenses | May Fees | May Disbursements & Expenses | June Fees | June Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| William D. Preston, P.A. | Legal services regarding Florida environmental regulatory issues | $0.00 | $0.00 | $1,543.50 | $18.66 | $0.00 | $661.50 | $0.00 | $0.00 | **$1,543.50** |