IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF STATE

STATE OF CONNECTICUT     )
                        ) ss.:
COUNTY OF HARTFORD       )

BRIAN HUNT, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as an Associate Consultant by Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095 and I am not a party to the above-captioned action.

2. On September 28, 2011, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

    a) the sellers of the claims as listed on the annexed Exhibit B,
    b) the buyers of the claims as listed on the annexed Exhibit C,
    c) counsel to the Debtors as listed on Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Brian Hunt

Sworn to before me this
28th day of September, 2011

_____
Tim Conklin
Notary Public, State of Connecticut

TIMOTHY C. CONKLIN
NOTARY PUBLIC
State of Connecticut
My Commission Expires
May 31, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:   Michael G. Larj
      20 Friendship Street
      Billerica, MA  01821

Your claim, in the amount of **$54,931.54** has been transferred, unless previously expunged by Court Order, to:

   **Liquidity Solutions, Inc.**
   One University Plaza, Suite 312
   Hackensack, NJ  07601

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number # **6462** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By    /s/Brian Hunt
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 28, 2011

**EXHIBIT B**

MICHAEL G. LARJ, 20 FRIENDSHIP STREET, BILLERICA, MA  01821

ONPROCESS TECHNOLOGY, 200 HOMER AVENUE, ASHLAND, MA  01721

CHARLES BRIDGES, 5408 HUNTER HOLLOW DR., RALEIGH, NC  27006

GEORGE VANISH, 30 ORCHARD ST., TRUCKSVILLE, PA  18708

ANIXTER, 2301 PATRIOT BOULEVARD, GLENVIEW, IL  60026

LOWE-MARTIN GROUP, 400 HUNT CLUB ROAD, OTTAWA, ON  K1V 1C1 CANADA

PARADIGM WORKS, INC., 300 BRICKSTONE SQUARE, SUITE 104 ANDOVER, MA  01810

PATTON BOGGS LLP, 2550 M STREET NW, WASHINGTON, DC  20037

ROCKNESS EDUCATION SERVICE, 8424 BALD EAGLE LANE, WILMINGTON, DE  28411

**EXHIBIT C**

LIQUIDITY SOLUTIONS, INC., ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ  07601

SONAR CREDIT PARTNERS, LLC, 200 BUSINESS PARK DRIVE, SUITE 201
ARMONK, NY  10504

ARGO PARTNERS, 12 WEST 37TH STREET, 9TH FLOOR, NEW YORK, NY  10018

HAIN CAPITAL HOLDINGS, LTD., ATTN: RACHEL YAMNICK, 301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ  07070

CORRE OPPORTUNITIES FUND, L.P., ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, NEW YORK, NY  10019

**EXHIBIT D**

CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA, NEW YORK, NY 10006