# EXHIBIT C

## DISBURSEMENT SUMMARY
## AUGUST 1, 2011 THROUGH AUGUST 31, 2011

| | |
|---|---:|
| Bank Fees & Charges | $13.20 |
| Computerized Research, Corporate Service Fees & PACER Charges | $4,003.15 |
| Conference Call /Telephone/Video Conferencing | $3,888.47 |
| Courier Service/Postage | $78.26 |
| Duplicating (@ $0.10 per page) | $324.20 |
| Duplicating (Third-Party charges billed at cost) | $1,212.65 |
| Meals/Committee Meeting Expenses | $1,755.34 |
| Professional Fees | $1,722.86 |
| Travel Expenses – Ground Transportation | $306.48 |
| Travel Expenses – Train Fare | $924.40 |
| **TOTAL** | **$14,229.01** |