# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELDLLP

▬▬▬▬▬▬▬▬▬ Attorneys at Law

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | |
| ATTN: JOHN DOLITTLE | |
| 2221 LAKESIDE BOULEVARD | |
| RICHARDSON, TX 75082 | |

| | |
|---|---|
| Invoice Number | 1384692 |
| Invoice Date | 09/19/11 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/11 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 05/19/11 | Meals - Business Working dinner; L. Beckerman; La Isla Cuban Receipt | $50.00 |
| 05/26/11 | Meals (100%) 5/23/11 - B. Kahn - Professionals' meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 20338001038; DATE: 5/26/2011 | $97.44 |
| 05/26/11 | Meals (100%) 5/25/11 - P. Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 20338001038; DATE: 5/26/2011 | $397.39 |
| 06/07/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUL11-53062500000206 DATE: 7/28/2011 PASSENGER: Botter David H TICKET #:  DEPARTURE DATE: 07/06/2011 ROUTE: WIL/NYP | $-190.80 |
| 06/07/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUL11-53062500000206 DATE: 7/28/2011 PASSENGER: Kahn Brad M TICKET #: DEPARTURE DATE: 07/06/2011 ROUTE: WIL/NYP | $-190.80 |
| 06/30/11 | Travel - Ground Transportation  Cab ride to 50 Franklin Street; NYC Taxi Cab Receipt | $13.00 |
| 07/07/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: JUL11-53062500000206 DATE: 7/28/2011 | $37.00 |

| | | |
|---|---|---|
| 07/07/11 | PASSENGER: Botter David H TICKET #: 0547999955 DEPARTURE DATE: 07/07/2011 ROUTE: NYP/WIL/NYP Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL11-53062500000206 DATE: 7/28/2011 | $37.00 |
| 07/08/11 | PASSENGER: Kuhn Stephen B TICKET #: 0547999951 DEPARTURE DATE: 07/07/2011 ROUTE: NYP/WIL/NYP Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL11-53062500000206 DATE: 7/28/2011 | $37.00 |
| 07/09/11 | PASSENGER: Sturm Joshua TICKET #: 0548032554 DEPARTURE DATE: 07/08/2011 ROUTE: NYP/WIL/NYP Meals - Business  Working Dinner; L. Beckerman; Tony's Di Napoli Receipt | $35.00 |
| 07/11/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL11-53062500000206 DATE: 7/28/2011 PASSENGER: Botter David H TICKET #:   DEPARTURE DATE: 07/07/2011 ROUTE: NYP/WIL/NYP | $165.00 |
| 07/11/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL11-53062500000206 DATE: 7/28/2011 PASSENGER: Botter David H TICKET #:   DEPARTURE DATE: 07/07/2011 ROUTE: NYP/WIL/NYP | $228.00 |
| 07/11/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL11-53062500000206 DATE: 7/28/2011 PASSENGER: Kuhn Stephen B TICKET #:   DEPARTURE DATE: 07/07/2011 ROUTE: NYP/WIL/NYP | $165.00 |
| 07/11/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL11-53062500000206 DATE: 7/28/2011 PASSENGER: Kuhn Stephen B TICKET #:   DEPARTURE DATE: 07/07/2011 ROUTE: NYP/WIL/NYP | $228.00 |
| 07/11/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL11-53062500000206 DATE: 7/28/2011 PASSENGER: Kuhn Stephen B TICKET #:   DEPARTURE DATE: 07/11/2011 ROUTE: WIL/NYP | $16.00 |
| 07/11/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JUL11-53062500000206 DATE: 7/28/2011 PASSENGER: Sturm Joshua TICKET #:   DEPARTURE DATE: 07/08/2011 ROUTE: NYP/WIL/NYP | $393.00 |
| 07/26/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 984868 DATE: 7/31/2011 Lilling Austin - Kodama Japanese - | $33.76 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1384692

| | | |
|---|---|---|
| | 07/26/2011 | |
| 07/26/11 | Travel - Ground Transportation  Travel to meeting at Debtor's law firm; Medallion cab | $11.76 |
| 07/27/11 | Document Production - In House REQUESTOR: S BRAUNER; DESCRIPTION: COLOR COPIES; QUANTITY: 435; DATE ORDERED: 7/27/11 | $43.50 |
| 07/28/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 984868 DATE: 7/31/2011 Catering Akin Gump - Mendy's Kosher Restaurant - 07/28/2011 | $17.73 |
| 07/28/11 | Meals (100%) 7/28/11  B Kahn - Professionals meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800147; DATE: 7/28/2011 | $43.01 |
| 07/28/11 | Meals (100%) 7/28/11  P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800147; DATE: 7/28/2011 | $358.47 |
| 08/02/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 990500 DATE: 8/7/2011 Catering Akin Gump - Mendy's at Rock Center - 08/02/2011 | $19.58 |
| 08/02/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 990500 DATE: 8/7/2011 Kahn Brad - Mi Nidito - 08/02/2011 | $35.61 |
| 08/02/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 674525 DATE: 8/12/2011  Vendor: Executive Royal Voucher #: 340005 Date: 08/02/2011 Name: Brad Kahn||Car Service, Vendor: Executive Royal Voucher #: 340005 Date: 08/02/2011 Name: Brad Kahn | $26.93 |
| 08/03/11 | Duplication - In House  Photocopy - Millett, Patricia, DC, 796 page(s) | $79.60 |
| 08/03/11 | Duplication - In House  Photocopy - Brauner, Sara, NY, 1088 page(s) | $108.80 |
| 08/03/11 | Duplication - In House  Photocopy - Brauner, Sara, NY, 524 page(s) | $52.40 |
| 08/03/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1124929 DATE: 8/24/2011  Vendor: Dial Car Voucher #: DLA3432210 Date: 08/03/2011 Name: Lisa Beckerman||Car Service, Vendor: | $67.99 |

| | | |
|---|---|---|
| | Dial Car Voucher #: DLA3432210 Date: 08/03/2011 Name: Lisa Beckerman | |
| 08/04/11 | Meals (100%)  8/4/11   B Kahn - Meeting with committee member (4 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800148; DATE: 8/4/2011 | $67.77 |
| 08/04/11 | Meals (100%)  8/3/11   P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800148; DATE: 8/4/2011 | $286.78 |
| 08/04/11 | Meals (100%)  8/2/11   B Kahn - Professionals' call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800148; DATE: 8/4/2011 | $86.23 |
| 08/04/11 | Professional Fees - Miscellaneous  File history retrieval VENDOR: THOMSON COMPUMARK INC; INVOICE#: 2011042891; DATE: 8/4/2011 | $1,144.80 |
| 08/05/11 | Audio and Web Conference Services VENDOR: TELCONF LLC/DERAVENTURES, INC; INVOICE#: 08001-54901-11; DATE: 8/5/2011 | $3,888.47 |
| 08/08/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 8/8/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $545.34 |
| 08/08/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 674525 DATE: 8/12/2011 Vendor: Executive Royal Voucher #: 321768 Date: 08/08/2011 Name: Brad Kahn||Car Service, Vendor: Executive Royal Voucher #: 321768 Date: 08/08/2011 Name: Brad Kahn | $29.09 |
| 08/08/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 991851 DATE: 8/14/2011 Kahn Brad - Szechuan Gourmet - 08/08/2011 | $24.96 |
| 08/08/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 674741 DATE: 8/19/2011 Vendor: Executive Royal Voucher #: 287818 Date: 08/08/2011 Name: Fred Hodara||Car Service, Vendor: Executive Royal Voucher #: 287818 Date: 08/08/2011 Name: Fred Hodara | $31.36 |
| 08/09/11 | Duplication - In House  Photocopy - Brauner, Sara, NY, 1 page(s) | $0.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                    Page 5
Bill Number: 1384692                                                       09/19/11

| | | |
|---|---|---|
| 08/09/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 674741 DATE: 8/19/2011  Vendor: Executive Royal Voucher #: 303319 Date: 08/09/2011 Name: Sara Brauner‖Car Service, Vendor: Executive Royal Voucher #: 303319 Date: 08/09/2011 Name: Sara Brauner | $33.58 |
| 08/09/11 | Professional Fees - Miscellaneous Trademark Searches for all marks contained "NORTEL" in China VENDOR: FANGDA PARTNERS; INVOICE#: 11CYWTM215; DATE: 8/9/2011 | $578.06 |
| 08/09/11 | Bank Fees & Charges  Trademark Searches for all marks contained "NORTEL" in China VENDOR: FANGDA PARTNERS; INVOICE#: 11CYWTM215; DATE: 8/9/2011 | $13.20 |
| 08/10/11 | Computerized Legal Research - Westlaw User: BRAUNER,SARA Date: 8/10/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $20.48 |
| 08/10/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 8/10/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $103.77 |
| 08/10/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 991851 DATE: 8/14/2011 Woodson Jenny Jennifer) - Lan Sheng Restaurant - 08/10/2011 | $17.68 |
| 08/10/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 674741 DATE: 8/19/2011  Vendor: Executive Royal Voucher #: 336938 Date: 08/10/2011 Name: Jenny Woodson‖Car Service, Vendor: Executive Royal Voucher #: 336938 Date: 08/10/2011 Name: Jenny Woodson | $56.31 |
| 08/11/11 | Computerized Legal Research - Westlaw User: BRAUNER,SARA Date: 8/11/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $19.20 |
| 08/11/11 | Computerized Legal Research - Westlaw User: LILLING,AUSTIN Date: 8/11/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $344.71 |
| 08/11/11 | Computerized Legal Research - Westlaw User: VIRA,DAN Date: 8/11/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $226.54 |
| 08/11/11 | Computerized Legal Research - Westlaw User: FENER,SCOTT Date: 8/11/2011 | $563.15 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1384692

Page 6
09/19/11

| | | |
|---|---|---|
| | AcctNumber: 1000193694 ConnectTime: 0.0 | |
| 08/11/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $11.25 |
| 08/11/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $11.25 |
| 08/11/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 991851 DATE: 8/14/2011 Lilling Austin - Kodama Japanese - 08/11/2011 | $33.76 |
| 08/11/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 991851 DATE: 8/14/2011 Brauner Sara - Fuel Grill & Juice Bar - 08/11/2011 | $19.69 |
| 08/11/11 | Meals (100%) VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 991851 DATE: 8/14/2011 Kahn Brad - Baluchi's West) - 08/11/2011 | $25.26 |
| 08/11/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 674741 DATE: 8/19/2011 Vendor: Executive Royal Voucher #: 248976 Date: 08/11/2011 Name: Sara Brauner\|Car Service, Vendor: Executive Royal Voucher #: 248976 Date: 08/11/2011 Name: Sara Brauner | $36.46 |
| 08/12/11 | Computerized Legal Research - Westlaw User: FENER,SCOTT Date: 8/12/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $46.08 |
| 08/12/11 | Computerized Legal Research - Westlaw User: PRATER,KENNIE Date: 8/12/2011 AcctNumber: 1000812018 ConnectTime: 0.0 | $768.66 |
| 08/15/11 | Duplication - In House Photocopy - Krasa-Berstell, Dagmar, NY, 392 page(s) | $39.20 |
| 08/15/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 8/15/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $6.40 |
| 08/15/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 996055 DATE: 8/21/2011 Lilling Austin - Kodama Japanese - 08/15/2011 | $39.16 |
| 08/15/11 | Meals (100%) VENDOR: SEAMLESS | $35.55 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1384692

| Date | Description | Amount |
|---|---|---|
| | NORTH AMERICA LLC INVOICE#: 996055 DATE: 8/21/2011 Kahn Brad - Mi Nidito - 08/15/2011 | |
| 08/16/11 | Computerized Legal Research - Westlaw User: ACKER-RAMIREZ,REFUGIO Date: 8/16/2011 AcctNumber: 1000045367 ConnectTime: 0.0 | $97.68 |
| 08/16/11 | Computerized Legal Research - Westlaw User: SLAVIN,RISA Date: 8/16/2011 AcctNumber: 1000045367 ConnectTime: 0.0 | $458.10 |
| 08/16/11 | Computerized Legal Research - Westlaw User: SOUTHWELL,TRACY Date: 8/16/2011 AcctNumber: 1000045367 ConnectTime: 0.0 | $282.50 |
| 08/16/11 | Computerized Legal Research - Westlaw User: LILLING,AUSTIN Date: 8/16/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $110.92 |
| 08/16/11 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 996055 DATE: 8/21/2011 Lilling Austin - Hill Country Barbecue - 08/16/2011 | $30.51 |
| 08/17/11 | Computerized Legal Research - Westlaw User: ACKER-RAMIREZ,REFUGIO Date: 8/17/2011 AcctNumber: 1000045367 ConnectTime: 0.0 | $84.96 |
| 08/17/11 | Duplication - Off Site  Heavy Litigation VENDOR: SITELOGIC TECHNOLOGIES, LLC; INVOICE#: 625580; DATE: 8/17/2011 | $1,212.65 |
| 08/20/11 | Courier Service/Messenger Service- Off Site  8/17/11: Millett Robert King from Amity Kurlekar VENDOR: UNITED PARCEL SERVICE; INVOICE#: 0000Y58F73341; DATE: 8/20/2011 | $47.40 |
| 08/22/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 8/22/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $65.70 |
| 08/24/11 | Computerized Legal Research - Westlaw User: BRAUNER,SARA Date: 8/24/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $66.77 |
| 08/24/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 8/24/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $169.69 |
| 08/26/11 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E351A DATE: 8/27/2011 TRACKING #: 1Z02E52EPG52880037; PICKUP DATE: 08/26/2011; SENDER: Brad Kahn / KB; RECEIVER: Unknown - Fred Hodara; | $30.86 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1384692

Page 8
09/19/11

| 08/30/11 | Duplication - In House Photocopy - Brauner, Sara, NY, 6 page(s) | $0.60 |
| --- | --- | --- |
| | Current Expenses | $14,229.01 |
| | **Total Amount of This Invoice** | **$604,041.01** |