# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## AUGUST 1, 2011 THROUGH AUGUST 31, 2011

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 12 years; Admitted in 1989; Financial Restructuring Department | $975 | 68.70 | $66,982.50 |
| David H. Botter | Partner for 10 years; Admitted in 1990; Financial Restructuring Department | $900 | 62.90 | $56,610.00 |
| Fred S. Hodara | Partner for 22 years; Admitted in 1982; Financial Restructuring Department | $990 | 67.05 | $66,379.50 |
| Karol A. Kepchar | Partner for 10 years; Admitted in 1992; Intellectual Property Department | $700 | 7.30 | $5,110.00 |
| Stephen B. Kuhn | Partner for 11 years; Admitted in 1991; Corporate Department | $790 | 7.80 | $6,162.00 |
| Patricia A. Millett | Partner for 4 years; Admitted in 1988; Litigation department | $790 | 17.20 | $13,588.00 |
| Deborah Newman | Partner for 1 year; Admitted in 2003; Litigation Department | $650 | 3.00 | $1,950.00 |
| Abid Qureshi | Partner for 4 years; Admitted in 1995; Financial restructuring Department | $790 | 17.30 | $13,667.00 |
| Kim E. Ramsey | Partner for 21 years; Admitted in 1981; Corporate Department | $700 | 51.50 | $36,050.00 |
| Sarah Link Schultz | Partner for 2 years; Admitted in 2001; Financial Restructuring Department | $700 | 36.00 | $25,200.00 |
| Aaron A. Scow | Partner for 2 years; Admitted in 1998; Corporate Department | $600 | 4.20 | $2,520.00 |
| Bruce E. Simonetti | Partner for 7 years; Admitted in 1995; Tax Department | $795 | 9.20 | $7,314.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David C. Lee | Senior Counsel for 1 year; Admitted in 1999; Intellectual Property Department | $560 | 9.70 | $5,432.00 |
| Austin S. Lilling | Senior Counsel for 1 year; Admitted in 2001; Tax Department | $610 | 53.30 | $32,513.00 |
| Kevin M. Rowe | Senior Counsel for 11 years; Admitted in 1985; Tax Department | $690 | 24.30 | $16,767.00 |
| Christopher M. Egleson | Counsel for 1 year; Admitted in 2006; Litigation Department | $560 | 2.10 | $1,176.00 |
| Tony D. Feuerstein | Counsel for 3 years; Admitted in 2003; Corporate Department | $610 | 10.20 | $6,222.00 |
| Amit Kurlekar | Counsel for 3 years; Admitted in 2002; Litigation Department | $560 | 59.90 | $33,544.00 |
| David C. Vondle | Counsel for 3 years; Admitted in 2003; Intellectual Property Department | $560 | 32.10 | $17,976.00 |
| Graeme D. Bell | International Law Advisor for 3 years; Admitted in 2003; Financial Restructuring Department | $600 | 13.20 | $7,920.00 |
| Sara L. Brauner | Associate for 1 year; Admitted in 2011; Financial Restructuring Department | $360 | 42.60 | $15,336.00 |
| Brad M. Kahn | Associate for 4 years; Admitted in 2008; Financial Restructuring Department | $510 | 198.65 | $101,311.50 |
| Nyron I. Persaud | Associate for 4 years; Admitted in 2008; Tax Department | $510 | 1.60 | $816.00 |
| Jason P. Rubin | Associate for 7 years; Admitted in 2005; Financial Restructuring Department | $560 | 4.40 | $2,464.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Joshua Y. Sturm | Associate for 5 years; Admitted in 2007; Financial Restructuring Department | $550 | 16.90 | $9,295.00 |
| Daniel Z. Vira | Associate for 11 years; Admitted in 1992; ERISA Department | $615 | 20.30 | $12,484.50 |
| Sarah J. Woodell | Associate for 1 year; Admitted in 2010; Financial Restructuring Department | $335 | 26.90 | $9,011.50 |
| Jennifer L. Woodson | Associate for 2 years; Admitted in 2010; Tax department | $400 | 20.70 | $8,280.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 21 years; Financial Restructuring Department | $230 | 6.50 | $1,495.00 |
| Jonathan A. Sampler | Legal Assistant for 1 year; Financial Restructuring Department | $210 | 2.20 | $462.00 |
| Jerry R. Sierecki | Legal Assistant for 6 years; Litigation Department | $185 | 5.00 | $925.00 |
| Risa J. Slavin | Legal Assistant for 23 years; Litigation Department | $230 | 6.80 | $1,564.00 |
| Tracy Southwell | Legal Assistant for 18 years; Financial Restructuring Departments | $230 | 6.10 | $1,403.00 |
| Peter J. Sprofera | Legal Assistant for 35 years; Financial Restructuring Department | $265 | 7.10 | $1,881.50 |

Total Amount of Fees:      $589,812.00
Total Number of Hours:   922.70
Blended Hourly Rate:      $639.22