**CERTIFICATE OF SERVICE**

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Plaintiffs' Motion Pursuant to 11 U.S.C. § 105(a), Federal Rules of Bankruptcy Procedure 7004 and 9006, and Federal Rule of Civil Procedure 4(m) for Further Enlargement of Time Period Provided by Rule 4(m)** was caused to be made on September 29, 2011, in the manner indicated upon the individuals identified below and on the attached service list.

Date: September 29, 2011  /s/ Chad A. Fights
Wilmington, Delaware     Chad A. Fights (No. 5006)

**Via Hand Delivery**

Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue
P.O. Box 25046
Wilmington, DE 19801
(Counsel for McCann-Erickson Worldwide, Inc., McCann Relationship Marketing, and Wahlstrom)

Potter Anderson & Corroon LLP
Jeremy Ryan
R. Stephen McNeill
1313 N Market St.
Wilmington, DE 19801
(Counsel for International Data Group)

Michael David Debaecke
Blank Rome LLP
1201 Market St.
Suite 800
Wilmington, DE 19899
(Counsel for Cable News)

**Via First Class Mail**

Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
(Counsel for Cable News, Time, and Turner)

**Via Facsimile and FedEx Priority International Mail**

Global Broadcast News
Attn: Anuj Garg
Express Trade Tower, Plot No 15-16
Sector 16A
Firm City
Noida, Utlar Pradesh  201 301
India
Facsimile: +91 0120 4324106

4219743.1