# EXHIBIT A

# EXHIBIT A

4277185.1

**Keightley & Ashner LLP**
One Metro Center
700 12th Street, N.W., Suite 700
Washington, DC 20005
Federal Tax ID: 20-2443815

Invoice submitted to:
John J. Ray, III
Principal Officer, Nortel Networks, Inc.
c/o Avidity Partners LLC
18 West 140 Butterfield Road, 15th Floor
Oakbrook Terrace, IL 60181
September 29, 2011

In Reference To: Nortel Employee Benefits Issues (August 1-31, 2011)

Invoice # 2098

Professional Services

| Date | Person | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Fee/Employment Applications** | | |
| 8/9/2011 | Harold Ashner | Review email from Annie Cordo re fee applications and fee hearing | 0.10 $700.00/hr | $70.00 |
| 8/22/2011 | Harold Ashner | Telephone conference with Annie Cordo re fee application issues | 0.20 $700.00/hr | $140.00 |
| | Harold Ashner | Edit K&A bill (work performed on August 14, 20, 21, and 22) | 2.10 $700.00/hr | $1,470.00 |
| | Harold Ashner | Prepare 2nd interim fee application and 2nd quarterly fee application, and send to Jim Keightley to review | 1.80 $700.00/hr | $1,260.00 |
| 8/24/2011 | Jim Keightley | Review 2nd interim fee application and 2nd quarterly fee application, and send comments and changes to Harold Ashner | 0.30 $750.00/hr | $225.00 |
| | Harold Ashner | Revise 2nd interim fee application and 2nd quarterly fee application, and send revised drafts, with K&A bill, to Annie Cordo and Louis Lipner for review and final changes | 0.30 $700.00/hr | $210.00 |
| 8/26/2011 | Harold Ashner | Email exchanges with Annie Cordo re fee application issues | 0.10 $700.00/hr | $70.00 |
| | Harold Ashner | Telephone conference with Annie Cordo re fee application issues | 0.10 $700.00/hr | $70.00 |
| | Harold Ashner | Confer with Jim Keightley re fee application issues | 0.10 $700.00/hr | $70.00 |
| | Jim Keightley | Confer with Harold Ashner re fee application issues | 0.10 $750.00/hr | $75.00 |
| | Harold Ashner | Final review of interim and quarterly fee applications | 0.20 $700.00/hr | $140.00 |
| | Harold Ashner | Review comments from Louis Lipner on fee application package, revise accordingly, and send package, with instructions, to Annie Cordo | 1.30 $700.00/hr | $910.00 |
| | Jim Keightley | Review final fee application packages | 0.20 $750.00/hr | $150.00 |
| | SUBTOTAL: | | [ 6.90 | $4,860.00] |
| | | **Employee Benefits/Pensions** | | |
| 8/2/2011 | Bill Beyer | Review recent developments in other bankruptcy case as described by Louis Lipner | 0.10 $700.00/hr | $70.00 |
| | Harold Ashner | Review pleadings in other bankruptcy case, as forwarded by Louis Lipner, along with his explanatory cover email | 0.20 $700.00/hr | $140.00 |
| | Deborah West | Review pleadings in other bankruptcy case, as forwarded by Louis Lipner, along with his explanatory cover email | 0.20 $700.00/hr | $140.00 |
| 8/9/2011 | Bill Beyer | Review Certification of Counsel filed in other bankruptcy case, as forwarded by Luke Barefoot | 0.20 $700.00/hr | $140.00 |
| | Harold Ashner | Review email and attached pleadings, sent by Luke Barefoot, re other bankrutpcy case | 0.20 $700.00/hr | $140.00 |
| | Deborah West | Review email and attached pleadings, sent by Luke Barefoot, re other bankrutpcy case | 0.20 $700.00/hr | $140.00 |
| 8/17/2011 | Harold Ashner | Review email from Louis Lipner re developments in other bankruptcy case | 0.10 $700.00/hr | $70.00 |
| | Deborah West | Review email from Louis Lipner re developments in other bankruptcy case | 0.10 $700.00/hr | $70.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 8/17/2011 | Bill Beyer | Review email from Louis Lipner re developments in other bankruptcy case | 0.10 $700.00/hr | $70.00 |
| 8/22/2011 | Harold Ashner | Review notes from Deborah West of telecons on 5-19-11 and 6-2-11 | 0.30 $700.00/hr | $210.00 |
|  | SUBTOTAL: |  | [ 1.70 | $1,190.00] |
|  | For professional services rendered |  | 8.60 | $6,050.00 |