# UNITED STATES BANKRUPTCY COURT

FOR THE District Of DELAWARE

In re NORTEL NETWORKS INC. )
et al., )  Case No. 09-10138(KG)
)
) Chapter 11

## DISCLOSURE STATEMENT
## OF VINCENT E. RHYNES

*********************************************************

(A). I Vincent E. Rhynes Testify Under Oath That I Am Not A Employee, Retired Employee, Long Term Disability Plan Participants Of Nortel Networks Inc. et al., With Respect To Now, Or In The Pass.

(B). With Respect To Docket # 6453 field 09-22-2011 I have Disclosed all Copies Contain Therein By Mail To "ELLIOTT GREENLEAF" 1105 N. Market Street, Suite 1700 Wilmington, Delaware 19801 & "MCCARTER & ENGLISH, LLP" 405 N. King Street, 8th Floor Wilmington, Delaware 19801.

(C). The Disclosure Was Made In Respect Of Section 1102(b)(3) A & C With Respect To Docket # 6453.

Date: 09-27-2011
Gardena CALIF.

*Vincent E. Rhynes*
Vincent E. Rhynes (Pro-Se)
513 W. 159 th Street
Gardena CALIF. 90248
(310) 329-4254