**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11** |
| | ) | |
| **NORTEL NETWORKS, INC.,** *et al.*, | ) | **Case No. 09-10138-KG** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Jon C. Vigano, Esquire of Schiff Hardin LLP, has appeared as counsel for Anixter Inc. ("Anixter"), in the above referenced bankruptcy case.

**TAKE FURTHER NOTICE** that the below now withdraws his appearance. The undersigned counsel certifies that there is no controversy currently pending before the Court and Anixter consents to withdrawal of Jon C. Vigano as counsel.

**TAKE FURTHER NOTICE** that the below now withdraws his previous request for service of notices and papers in this case and requests that parties in interest remove his name from the mailing matrix in this case, including electronic mail lists.

SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL  60606-6473
_____

SCHIFF HARDIN LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606

Tel:    (312) 258-5500 (phone)
Fax:    (312) 258-5700 (fax)

Attn:    Jon C. Vigano
Email:  jvigano@schiffhardin.com

[SIGNATURE ON NEXT PAGE]

{D0212492.1 }

|  |  |
|---|---|
| Dated  September 30, 2011 | CAMPBELL & LEVINE, LLC |
|  | _/s/ Ayesha Chacko Bennett_ |
|  | Marla R. Eskin (#2989) |
|  | Ayesha Chacko Bennett (#4994) |
|  | 800 N. King St., Suite 300 |
|  | Wilmington, DE  19899 |
|  | (302) 426-1900 (phone) |
|  | (302) 426-9947 (fax) |
|  | meskin@camlev.com |
|  | abennett@camlev.com |