IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
---------------------------------------------------------- X

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 6335

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht and Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Twentieth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2011 Through August 31, 2011** (the "Application") (D.I. 6335), filed on September 8, 2011.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than September 28, 2011 at 4:00 p.m. (Eastern Time).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

3424282.19

Accordingly, pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Fees And Expenses for Professionals and Official Committee Members entered on February 4, 2009, the Debtors are authorized to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) +(3) ) |
|---|---|---|---|
| $76,979.00 | $2,347.85 | $61,583.20 | $63,931.05 |

WHEREFORE, the Debtors respectfully request that the Application be approved.

Dated: September 30, 2011
Wilmington, Delaware

    CLEARY GOTTLIEB STEEN & HAMILTON LLP

    James L. Bromley (No. 5125)
    Lisa M. Schweitzer (No. 1033)
    One Liberty Plaza
    New York, New York 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

    - and -

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Ann C. Cordo*
    Derek C. Abbott (No. 3376)
    Eric D. Schwartz (No. 3134)
    Ann C. Cordo (No. 4817)
    Alissa T. Gazze (No. 5338)
    1201 North Market Street, 18th Floor
    P.O. Box 1347
    Wilmington, DE 19899-1347
    Telephone: (302) 658-9200
    Facsimile: (302) 425-4663

    *Counsel for the Debtors and Debtors In Possession*