**CERTIFICATE OF SERVICE**

       I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Certification Of Counsel Regarding Omnibus Hearing Dates** was caused to be made on September 30, 2011, in the manner indicated upon the entities identified on the attached service list.

Date: September 30, 2011                   */s/ Ann C. Cordo*
                                                    Ann C. Cordo (No. 4817)