Form 210A (10/06)

# United States Bankruptcy Court
## District Of Delaware

In re:     Nortel Networks Inc.,
Case No.   09-10138, (Jointly Administered Under Case No. 09-10138)

### Amended NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
(see Dkt # 6903)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
 Fair Harbor Capital, LLC
 As assignee of Jacqueline Robinson

Name of Transferor:
 Jacqueline Robinson

Name and Address where notices to transferee should be sent:

   Fair Harbor Capital, LLC
   Ansonia Finance Station
   PO Box 237037
   New York, NY 10023

Court Claim # (if known): 2670
Amount of Claim: $42,275.73
Date Claim Filed:

Name and Address of Transferor:

   Jacqueline Robinson
   3933 Lost Creek Drive
   Plano, TX 75074

Phone: 212 967 4035
Last Four Digits of Acct #: n/a

Phone:
Last Four Digits of Acct. #: n/a

Name and Address where transferee payments should be sent (if different from above):

Phone: n/a
Last Four Digits of Acct #: n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Fredric Glass                              Date: September 27, 2011
    Transferee/Transferee's Agent
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## United States Bankruptcy Court
## District Of Delaware

In re:     Nortel Networks Inc.,
Case No.   09-10136, (Jointly Administered Under Case No. 09-10138)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No. 2670 (if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on September 27, 2011.

Name of Transferee:
Fair Harbor Capital, LLC
As assignee of Jacqueline Robinson

Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023

Name of Alleged Transferor:
Jacqueline Robinson

Name and Address of Alleged Transferor:

Jacqueline Robinson
3933 Lost Creek Drive
Plano, TX 75074

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

                                                    Clerk of the Court

$42,275.73 /k

JACQUELINE ROBINSON ("Assignor") transfers and assigns unto Fair Harbor Capital, LLC with an address at 1841 Broadway Suite 1007, New York, NY 10023, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title, and interest in, to and under the claim of Assignor as set forth in the Agreement against Nortel Networks, Inc. (the "Debtor"), in the aggregate amount of $42,445.90, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered at Case No. 09-10138.

IN WITNESS WHEREOF, Assignor has signed below as of the 27th day of Sept., 2011.

JACQUELINE ROBINSON

By *Jacqueline Robinson*      JACQUELINE ROBINSON
Signature                                   Print Name/Title

Fair Harbor Capital, LLC

By_____
Fred Glass

Victor Knox