IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., et al., | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| ---------------------------------------------------- x | | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on October 3, 2011, the undersigned counsel for Edmund B. Fitzgerald served the *Edmund B. Fitzgerald's First Set of Interrogatories and Requests for Production Directed to Debtors* upon counsel for the Debtors as indicated on the attached service list.

Dated: October 3, 2011

MORRIS JAMES LLP

Carl N. Kunz, III (DE Bar No. 3201)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com

Attorneys for Edmund B. Fitzgerald

3856488/1

**Service List:**

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
|---|---|
| Donna C. Culver, Esq. | Deborah M. Buell, Esq. |
| Derek C. Abbott, Esq. | Howard S. Zelbo, Esq. |
| Erick D. Schwartz, Esq. | James L. Bromley, Esq. |
| Chad A. Fights, Esq. | Lisa M. Schweitzer, Esq. |
| Ann C. Cordo, Esq. | Cleary Gottlieb Steen & Hamilton LLP |
| Morris, Nichols, Arsht & Tunnell LLP | One Liberty Plaza |
| 1201 North Market Street | New York, NY 10006 |
| P.O. Box 1347 | [Counsel for the Debtors and |
| Wilmington, DE 19801 | Debtors in Possession] |
| [Counsel for the Debtors and | |
| Debtors in Possession] | |