# UNITED STATES BANKRUPTCY COURT

__FOR THE__ **DISTRICT OF** DELAWARE

In re NORTEL NETWORKS INC. **Case NO.** 09-10138(KG)
   et al.,

**Chapter** 11

*******************************************************************************

## CERTIFICATE OF SERVICE

I Vincent E. Rhynes, Certify That I Am Not Less Than 18 Years Of Age, And That Service By "Priority Mail" Of The Notice Of Vincent E. Rhynes Dated: 09-22-2011 ( with transaction statememt attach) As Found In Docket # 6453 Was Cause To Be Made On 09-29-2011 To The Law Firm Listed On Exhibit A Attach Hereto.

Dated: 09-29-2011
Gardena CALIF.

_____
Vincent E. Rhynes