# EXHIBIT A

---

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, Delaware 19801
ATTN: Chad Fights