IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
               Debtors. : Jointly Administered
---------------------------------------------------------------X

*Re Dkt #6534*

## OMNIBUS HEARING ORDER

      **IT IS HEREBY ORDERED,** that the following omnibus hearings have been scheduled in the above-referenced cases:

| DATE | TIME |
| --- | --- |
| February 9, 2012 | 10:00 a.m. (Eastern Time) |
| February 23, 2012 | 10:00 a.m. (Eastern Time) |
| March 22, 2012 | 10:00 a.m. (Eastern Time)[2] |
| April 4, 2012 | 10:00 a.m. (Eastern Time) |
| April 18, 2012 | 10:00 a.m. (Eastern Time) |

Dated: Wilmington, Delaware
      Oct. 3_____, 2011

                                                        */s/ Kevin Gross*
                                        The Honorable Kevin Gross
                                        United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Quarterly fee applications for the November 1, 2011 through January 31, 2012 will be heard at the March 22, 2012 omnibus hearing at 10:00 a.m.