# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------X<br>In re<br>Nortel Networks Inc., *et al.*,[1]<br>        Debtors.<br>------------------------------------------------------------X | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered<br>**Re: D. I. 6544** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 3, 2011, copies of the **Omnibus Hearing Order** were served in the manner indicated upon the individuals identified on the attached service list.

Dated: October 4, 2011
      Wilmington, Delaware

                              CLEARY GOTTLIEB STEEN & HAMILTON LLP
                              James L. Bromley (admitted pro hac vice)
                              Lisa M. Schweitzer (admitted pro hac vice)
                              One Liberty Plaza
                              New York, NY 10006
                              Telephone: (212) 225-2000
                              Facsimile: (212) 225-3999

                              and

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

       */s/ Chad A. Fights*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347


Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4498739.3