## <u>CERTIFICATE OF SERVICE</u>

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Rescheduled Hearing Date from October 13-14, 2011 at 9:30 a.m. to October 14, 2011 at 9:00 a.m.** was caused to be made on October 5, 2011, in the manner indicated upon the entities identified on the attached service list.

Date:  October 5, 2011

_____*/s/ Chad A. Fights*_____
Chad A. Fights (No. 5006)

4235288.2