## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Reply Declaration of Michael Todd Q.C. in Support of the Joint Objection and Motion to Dismiss the Claims of Nortel Networks UK Limited** was caused to be made on October 5, 2011, in the manner indicated upon the entities identified below.

Date: October 5, 2011                              /s/      Ann C. Cordo
Wilmington, DE                                      Ann C. Cordo (No. 4817)


## Via E-Mail

Ken Coleman Esq.
(ken.coleman@allenovery.com)
Lisa J.P. Kraidin Esq.
(lisa.kraidin@allenovery.com)
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Thomas P. Tinker Esq.
(thomas.p.tinker@usdoj.gov)
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519

Laura Davis Jones (ljones@pszjlaw.com)
Timothy P. Cairns (tcairns@pszjlaw.com)
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705

Mary F. Caloway
(mary.caloway@bipc.com)
Mona A. Parikh (mona.parikh@bipc.com)
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

Mark D. Collins Esq. (collins@rlf.com)
Christopher M. Samis Esq. (samis@rlf.com)
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE  19801

Fred S. Hodara Esq.
(fhodara@akingump.com)
David H. Botter Esq.
(dbotter@akingump.com)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036

Thomas R. Kreller (tkreller@milbank.com)
MILBANK, TWEED, HADLEY &
MCLOY LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

John Dorsey (jdorsey@ycgt.com)
Edwin Harron (eharron@ycst.com)
Jamie Luton (jluton@ycgt.com)
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801

Derek Adler (adler@hugheshubbard.com)
Michael Luskin
(luskin@hugheshubbard.com)
Neil Oxford (oxford@hughes hubbard.com)
Ashley Laurie (laurie@hugheshubbard.com)
Hughes Hubbard
One Battery Park Plaza
New York, New York 10004-1482

Rory Cochrane
(rory.cochrane@herbertsmith.com)
John Whiteoak
(john.whiteoak@herbertsmith.com)
Richard Lawton
(richard.lawton@herbertsmith.com)
Kevin Lloyd
(kevin.lloyd@herbertsmith.com)
Herbert Smith LLP
Exchange House
Primrose Street
London
EC2A 2HS

4523598.1