# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ----------------------------------------------------------X | Chapter 11 |
| In re : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] : | Jointly Administered |
| Debtors. : | **Re: D. I. 6553-6556** |
| ----------------------------------------------------------X |  |

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on October 6, 2011, copies of the following were served in the manner indicated upon the individuals identified on the attached service list.

1. **Joint Reply in Further Support of Objection and Motion to Dismiss Claims of Nortel Networks UK Limited (D.I. 6553);**

2. **Reply Declaration of Michael Todd Q.C. in Further Support of Joint Objection and Motion to Dismiss Claims of Nortel Networks UK Limited (D.I. 6554);**

3. **Reply Declaration of Aidan Redmond SC in Support of the Joint Objection and Motion to Dismiss the Claims of Nortel Networks Ireland (NN Ireland) (D.I. 6555); and**

4. **Second Declaration of Guilhem Bremond in Support of Joint Objection and Motion to Dismiss Claims of Nortel Networks S.A. (NNSA) and its French Liquidator (D.I. 6556).**

Dated: October 6, 2011
        Wilmington, Delaware

                                    CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                    James L. Bromley (admitted pro hac vice)
                                    Lisa M. Schweitzer (admitted pro hac vice)
                                    One Liberty Plaza

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Chad A. Fights*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4498739.4

**Via Hand Delivery**

Thomas P. Tinker Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705

Mary F. Caloway
Mona A. Parikh
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801

John Dorsey
Edwin Harron
Jamie Luton
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801

**Via First Class Mail**

Ken Coleman Esq.
Lisa J.P. Kraidin Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Thomas R. Kreller
MILBANK, TWEED, HADLEY &
MCLOY LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

Derek Adler
Michael Luskin
Neil Oxford
Ashley Laurie
Hughes Hubbard
One Battery Park Plaza
New York, New York 10004-1482

Rory Cochrane
John Whiteoak
Richard Lawton
Kevin Lloyd
Herbert Smith LLP
Exchange House
Primrose Street
London
EC2A 2HS