To Whom It May Concern:

I am writing this to report what I consider to be Fraud by Nortel Networks with their Retiree Healthcare plan. Or to be directed to whom should be notified.

The Honorable Kevin Gross is the presiding United States Bankruptcy Judge handling Nortel's case. Recently a letter was send to retirees stating that a Retiree Committee was being formed to provide a solution to Nortel's request to dissolve the current retiree healthcare program.

When turning 65 Nortel notified me that my 80/20 plan was no longer available as I'd have to go to the retiree indemnity plan because of going on Medicare. My monthly premiums increased from $97 to $267. That's on top of the $115.40 that my wife and I each pay to Medicare for our part B Premium. So at age 65 my medical insurance cost as increased from $97 a month to $497.8 a month. Ok, cost are high, however if something were to happen we would be covered.

Not so.

It turns out that Nortel's so call indemnity supplemental is not even as good as a Supplement plan A from any of the Insurance companies on the open market at a third of the cost Nortel charges.

We found this out after my wife had to have emergency surgery. Medicare covered the bulk of the cost. We had expected that Nortel (Nortel is self funded with CIGNA as the administrator.) at the minimum would provide the coverage of a Plan C Supplemental but hopefully to the level of a Plan F Supplemental.

Questions to both Nortel and CIGNA hasn't provided any answers, nor a clear idea what the coverage is. One source that called me back from Nortel stated that I'd be better off getting other insurance and added Nortel was looking to stopping retiree benefits by the end of this year anyway.
CIGNA just states that if a cost met their approval and was higher that what Medicare paid than they would pay something. i.e. I take that to mean, "We will never pay".

I also believe it's fraudulent for CIGNA to claim on their form showing what was billed and what I owed and the fact that the CIGNA plan paid nothing. Then they have the gall to state that I save x% off the bill because of the discount provide by CIGNA's plan. What I owe on the bill is what Medicare states that is all I have to pay from what Medicare has already paid. Nothing to do with CIGNA, it's what the government has mandated.

In the letter from the Honorable Kevin Gross office it didn't state how the committee was going to be picked. Only that some number of retirees would be enlisted. I would love to sever on such a committee. I have nothing to gain from this. As I'm not going to continue to pay monthly premiums for no coverage, Nortel will state I'm no longer eligible for retiree healthcare benefits. However I'd love to be able to save those that don't know there being taken. Nortel states that retiree healthcare cost $1,000,000 a month. I question how much of that is for real medical services and what percentage is administration. My feeling that the most of the cost relates to administration and very small percentage to actual medical services.

Nortel's retirees desire better. We have already lost everything we worked for. They

don't need to continue to ripe us off.

Thank you for your time.

Sincerely

Ron Osborn

rsosborn@epbfi.com

*3901 Hearthstone Circle*
Chattanooga, TN 37415

Home phone 423-531-9231
Cell 352-408-9580

Case 09-10138-MFW    Doc 6566    Filed 10/03/11    Page 3 of 7

Connecticut General Life Insurance Company
SHERMAN CLAIM OFFICE
P. O. BOX 182223
CHATTANOOGA TN 37422-7223


CIGNA

Connecticut General Life Insurance Company AS AGENT FOR NORTEL NETWORKS

RONALD OSBORN
3901 HEARTHSTONE CIRCLE
CHATTANOOGA TN 37415-3584

**Customer service**
Call the number on the back of your ID card or
(800) 257-2702
www.myCIGNA.com
*If you have any questions about this document, please call Customer Service at the number above. Please have your reference number ready.*

**Service dates**
May 12, 2011 - May 13, 2011

**THIS IS NOT A BILL.**
Your health care professional may bill you directly for any amount that you owe.

**Reference # / ID**
8221121500472 / U09254952

**Account name / Account #**
NORTEL NETWORKS / 3203196

# Explanation of benefits

for a claim received for SUSAN OSBORN, Reference # 8221121500472

## Summary of a claim for services on May 12, 2011 - May 13, 2011

for services provided by MEML HLTH CARE SYS INC

| | | |
|---|---|---|
| Amount Billed | $16,089.81 | This was the amount that was billed for your visit on 05/12/2011 through 05/13/2011. |
| Amount not covered | $8,044.44 | This is the portion of your bill that's not covered by your CIGNA plan. You may or may not need to pay this amount. See the Notes section on the following pages for more information. |
| What CIGNA plan paid | $0.00 | Your CIGNA plan did not pay any of the amount billed. This could be because you haven't met your deductible yet or your plan doesn't cover the services you received. |
| Other insurance | $6,913.37 | $6,913.37 was paid by other insurance coverage. |
| What I owe | $1,132.00 | This is the amount you owe after your discount, what your CIGNA plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |

**PLEASE SEE CLAIM DETAILS ON PAGE 3.**

Page 1 of 4

Connecticut General Life Insurance Company
SHERMAN CLAIM OFFICE
P. O. BOX 182223
CHATTANOOGA TN 37422-7223

020198

**CIGNA**

Connecticut General Life Insurance Company AS AGENT FOR NORTEL NETWORKS

RONALD OSBORN
3901 HEARTHSTONE CIRCLE
CHATTANOOGA TN 37415-3584

**Customer service**
Call the number on the back of your ID card or
(800) 257-2702
www.myCIGNA.com

*If you have any questions about this document, please call Customer Service at the number above. Please have your reference number ready.*

**Service date**
May 12, 2011

**THIS IS NOT A BILL.**
Your health care professional may bill you directly for any amount that you owe.

**Reference # / ID**
8221122093672 / U09254952

**Account name / Account #**
NORTEL NETWORKS / 3203196

# Explanation of benefits

for a claim received for SUSAN OSBORN, Reference # 8221122093672

## Summary of a claim for services on May 12, 2011

for services provided by CHATTANOOGA EMERG MED

| | | |
|---|---|---|
| **Amount Billed** | $583.00 | This was the amount that was billed for your visit on 05/12/2011. |
| **Amount not covered** | $419.87 | This is the portion of your bill that's not covered by your CIGNA plan. You may or may not need to pay this amount. See the Notes section on the following pages for more information. |
| **What CIGNA plan paid** | $0.00 | Your CIGNA plan did not pay any of the amount billed. This could be because you haven't met your deductible yet or your plan doesn't cover the services you received. |
| **Other insurance** | $130.50 | $130.50 was paid by other insurance coverage. |
| **What I owe** | $32.63 | This is the amount you owe after your discount, what your CIGNA plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |

**PLEASE SEE CLAIM DETAILS ON PAGE 3.**

Page 1 of 4

Connecticut General Life Insurance Company
SHERMAN CLAIM OFFICE
P. O. BOX 182223
CHATTANOOGA TN 37422-7223

023744

**CIGNA**

Connecticut General Life Insurance Company AS AGENT FOR NORTEL NETWORKS

**Customer service**
Call the number on the back of your ID card or
(800) 257-2702
www.myCIGNA.com

*If you have any questions about this document, please call Customer Service at the number above. Please have your reference number ready.*

RONALD OSBORN
3901 HEARTHSTONE CIRCLE
CHATTANOOGA TN 37415-3584

**Service date**
May 12, 2011

**THIS IS NOT A BILL.**
*Your health care professional may bill you directly for any amount that you owe.*

**Reference # / ID**
8221120999430 / U09254952

**Account name / Account #**
NORTEL NETWORKS / 3203196

# Explanation of benefits

for a claim received for SUSAN OSBORN, Reference # 8221120999430

## Summary of a claim for services on May 12, 2011

for services provided by ROBERT T MILLS MD

| | | |
|---|---|---|
| Amount Billed | $25.00 | This was the amount that was billed for your visit on 05/12/2011 |
| Discount | $8.50 | **You saved $8.50.** CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What CIGNA plan paid | $0.00 | Your CIGNA plan did not pay any of the amount billed. This could be because you haven't met your deductible yet or your plan doesn't cover the services you received. |
| What I owe | $16.50 | This is the amount you owe after your discount, what your CIGNA plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |
| You saved |  34% | You saved $8.50 (or 34%) off the total amount billed. This is a total of your discount and what your CIGNA plan paid. To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

**PLEASE SEE CLAIM DETAILS ON PAGE 3.**

Connecticut General Life Insurance Company
SHERMAN CLAIM OFFICE
P. O. BOX 182223

To Whom It May Concern:

Per the instructions receive by email from Tricia Blanford I'm sending a hard copy of my concerns/complaint to the court.

Also enclosed are copies of what CIGNA has so far send in regard to billing request.

Sincerely

Ron Osborn

From: Tricia_Blanford@deb.uscourts.gov
Subject: **Re: Fw: Nortel Networks Retiree Healthcare Fraud**
Date: September 27, 2011 7:13:51 AM EDT
To: rsosborn@epbfi.com
Cc: Deborah_Colmyer@deb.uscourts.gov, Julia_Johnston@deb.uscourts.gov

Good Morning Mr. Osborn,

I understand your frustration, however, the Court does not recognize emailed correspondence. Please mail an original document to the U S Bankruptcy Court at 824 N. Market Street, 3rd Floor, Wilmington DE 19801.

If you wish to report suspected bankruptcy fraud, please review the information found on our website at www.deb.uscourts.gov. Select the Resources link. This will take you to the site for the Department of Justice - Bankruptcy Fraud Hotline.

Best Regards,
Tricia Blanford
Case Administrator
 US Bankruptcy Court
District of Delaware
tricia_blanford@deb.uscourts.gov



From:   Pat Kirk/DEB/03/USCOURTS
To: Tricia Blanford/DEB/03/USCOURTS@USCOURTS
Cc: Deborah Colmyer/DEB/03/USCOURTS@USCOURTS, Julia
            Johnston/DEB/03/USCOURTS@USCOURTS
Date:   09/26/2011 01:03 PM
Subject:    Fw: Nortel Networks Retiree Healthcare Fraud



----- Forwarded by Pat Kirk/DEB/03/USCOURTS on 09/26/2011 01:03 PM -----

            Ron & Sue
            Osborn
            <rsosborn@epbfi                                                     To
            .com>           helpdeskde@deb.uscourts.gov
                                                                                cc
            09/26/2011
            01:01 PM                                                       Subject
                            Fwd: Nortel Networks Retiree
                            Healthcare Fraud