**CERTIFICATE OF SERVICE**

      I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion for Entry of an Order Approving a Second Amendment to the Terms of Compensation of Lazard Frères & Co. LLC as Financial Advisor and Investment Banker to the Debtors** was caused to be made on October 7, 2011, in the manner indicated upon the entities identified on the attached service list.

Date: October 7, 2011                           */s/ Chad A. Fights*
Wilmington, DE                                 Chad A. Fights (No. 5006)