**CERTIFICATE OF SERVICE**

   I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Periodic Report Regarding Value, Operations and Profitability of Entities in Which the Estates of Nortel Networks Inc., Nortel Altsystems Inc., and Nortel Networks (CALA) Inc. Hold a Substantial or Controlling Interest** was caused to be made on October 7, 2011, in the manner indicated upon the entities identified on the attached service list.

Date: October 7, 2011            */s/ Chad A. Fights*
Wilmington, DE               Chad A. Fights (No. 5006)