IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **NORTEL NETWORKS, INC.,** *et al.*, | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that law firms referenced below have appeared as counsel for Anixter Inc. ("Anixter"), in the above referenced bankruptcy case.

**TAKE FURTHER NOTICE** that the below now withdraw their appearance. The undersigned counsel certifies that there is no controversy currently pending before the Court and Anixter consents to withdrawal as counsel.

**TAKE FURTHER NOTICE** that the below now withdraw their previous request for service of notices and papers in this case and request that parties in interest remove their names from the mailing matrix in this case, including electronic mail lists.

| | |
|---|---|
| SCHIFF HARDIN LLP | CAMPBELL & LEVINE, LLC |
| 233 South Wacker Drive | 800 N. King Street |
| Suite 6600 | Suite 300 |
| Chicago, IL 60606 | Wilmington, DE 19801 |
| Tel:   (312) 258-5500 (phone) | Tel:   (302) 426-1900 |
| Fax:   (312) 258-5700 (fax) | Fax:   (302) 426-9947 |
| Attn:   Jason M. Torf | Attn:   Marla R. Eskin |
| Email: jtorf@schiffhardin.com |            Ayesha Chacko Bennett |
| | Email: meskin@camlev.com |
| |            abennett@camlev.com |

Dated  October 7, 2011              CAMPBELL & LEVINE, LLC

                                    __/s/ Ayesha Chacko Bennett_____
                                    Marla R. Eskin (#2989)
                                    Ayesha Chacko Bennett (#4994)
                                    800 N. King St., Suite 300
                                    Wilmington, DE  19899

{D0212821.1 }

(302) 426-1900 (phone)
(302) 426-9947 (fax)
meskin@camlev.com
abennett@camlev.com