# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **NORTEL NETWORKS, INC.,** *et al.*, | ) | Case No. 09-10138-KG |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Ayesha Chacko Bennett, of Campbell & Levine, LLC, hereby certify that on October 7, 2011, I caused a copy of the *Notice of Withdrawal of Appearance and Request for Service of Papers* to be served on the individuals listed below via first class mail:

| | |
|---|---|
| Deborah M. Buell, Esquire | Donna L. Culver, Esquire |
| Cleary Gottlieb Steen & Hamilton | Morris Nichols Arsht & Tunnell |
| 1 Liberty Plaza | 1201 North Market Street |
| New York, NY 10006 | P.O. Box 1347 |
| | Wilmington, DE 19899 |

DATED: October 7, 2011

*/s/ Ayesha Chacko Bennett*
Ayesha Chacko Bennett (#4994)

{D0212897.1 }