**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
                                                         :    Chapter 11
In re:                                                   :
                                                         :    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                       :
                                                         :    Jointly Administered
                    Debtors.                             :
                                                         :    Hearing date: 10/26/2011 @ 10:00 a.m.
                                                         :    Objections due: 10/19/2011 @ 4:00 p.m.
---------------------------------------------------------x

**NOTICE OF JOINT MOTION OF THE OFFICIAL COMMITTEE OF**
**RETIRED EMPLOYEES AND THE OFFICIAL COMMITTEE OF**
**LONG-TERM DISABILITY PARTICIPANTS FOR AN ORDER**
**AUTHORIZING THE EMPLOYMENT AND RETENTION OF ALVAREZ**
**& MARSAL HEALTHCARE INDUSTRY GROUP, LLC AS**
<u>**FINANCIAL ADVISORS *NUNC PRO TUNC* TO SEPTEMBER 8, 2011**</u>

**PLEASE TAKE NOTICE** that The Official Committee of Retired Employees (the "Retiree Committee") and the Official Committee of Long-Term Disability Participants (the "LTD Committee," together with the Retiree Committee, the "Committees") in the above-captioned cases (the "Chapter 11 Case") filed the joint motion for an order authorizing the employment and retention of Alvarez & Marsal Healthcare Industry Group, LLC as Financial Advisors *nunc pro tunc* to September 8, 2011 (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ME1 12368409v.1

Delaware 19801 (the "Bankruptcy Court").  You are being served a copy of the Motion in conjunction with this Notice.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received by the undersigned counsel for the Chapter 7 Trustee on or before **October 19, 2011 at 4:00 p.m**. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that if any objection is filed, a hearing on the Motion may be held before the Honorable Kevin Gross in the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801, on **October 26, 2011 at 10:00 a.m.** prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures enumerated above, the Bankruptcy Court may enter an Order without further notice or hearing.

Dated: October 7, 2011
       Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (DE Bar I.D. #2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 Facsimile
wtaylor@mccarter.com

-and-

2

ME1 12368409v.1

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(212) 594-5000
(212) 967-4258 Facsimile
neilberger@teamtogut.com

*Counsel to the Official Committee of Retirees*

3