EXHIBIT "B"

DECLARATION OF RONALD WINTERS AND VINCENT BODNAR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
                                                       :    Chapter 11
In re:                                                 :
                                                       :    Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹                         :
                                                       :    Jointly Administered
                                      Debtors.         :
                                                       :
                                                       :
-------------------------------------------------------x
```

DECLARATION IN SUPPORT OF JOINT MOTION OF
THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES AND
THE OFFICIAL COMMITTEE OF LONG-TERM DISABILITY
PARTICIPANTS FOR AN ORDER AUTHORIZING EMPLOYMENT
AND RETENTION OF ALVAREZ & MARSAL HEALTHCARE
INDUSTRY GROUP, LLC AS FINANCIAL ADVISORS

I, Ronald Winters, hereby declare under penalty of perjury as follows:

1.      I am a Managing Director with Alvarez & Marsal Healthcare Industry Group,

LLC (together with employees of its affiliates (all of which are wholly-owned by its parent

company and employees), its wholly owned subsidiaries, agents and independent contractors,

"A&M"), a financial advisory services firm with numerous offices throughout the country.  I

submit this Declaration on behalf of A&M (the "Declaration") in support of the joint motion (the

"Motion") of the Official Committee of Retired Employees and the Official Committee of Long-

Term Disability Participants (the "Committees") in the above-captioned chapter 11 cases (the

"Chapter 11 Case"), for an order authorizing the retention and employment of A&M as financial

---

¹    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number,
are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769),
Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation
(0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel
Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.)
Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286),
Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the
Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

advisors under the terms and conditions set forth in the Motion.  Except as otherwise noted[2], I have personal knowledge of the matters set forth herein.

**Disinterestedness and Eligibility**

2.      A&M together with its affiliates (the "Firm") utilize certain procedures ("**Firm Procedures**") to determine the Firm's relationships, if any, to parties that may have a connection to a client committee.  In implementing the Firm Procedures, the following actions were taken to identify parties that may have connections to the Debtors, its creditors, the Committees, the Bondholder Group[3] or the U.S. Trustee and the Firm's relationship with such parties:

(a)      A&M requested and obtained extensive lists of interested parties and significant creditors (the "**Potential Parties in Interest**").[4]  The list of Potential Parties in Interest which A&M reviewed is annexed hereto as Schedule A.  The Potential Parties in Interest reviewed include, among others the Debtors, prepetition bondholders, current and recent officers, directors and shareholders, the forty (40) largest unsecured creditors of the Debtors (on a consolidated basis), significant customers and suppliers, significant counterparties to material agreements and significant litigation claimants.

(b)      A&M then compared the names of each of the Potential Parties in Interest to the names in its master electronic database of the Firm's current and recent clients (the "**Client Database**").  The Client Database generally includes the name of each client of the Firm, the name of each party who is or was known to be adverse to the client of the Firm in connection

---

[2]   Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at A&M and are based on information provided by them.

[3]   Terms used and not otherwise defined in this Declaration shall have the meaning ascribed by the Motion.

[4]   The list of Potential Parties in Interest is expected to be updated during these cases.  A&M continues to review the relationships it may have with potentially interested parties and to determine whether any relationships other than those set forth herein exist.  As may be necessary, A&M will supplement this Declaration if it becomes aware of a relationship that may adversely affect A&M's retention in these cases or discovers additional parties in interest.

with the matter in which the Firm is representing such client, the name of each party that has, or

had, a substantial role with regard to the subject matter of the Firm's retention, and the names of

the Firm professionals who are, or were, primarily responsible for matters for such clients.

(c)      An email was issued to all Firm professionals requesting disclosure of

information regarding:  (i) any known personal connections between the respondent and/or the

Firm on the one hand, and either the Potential Parties in Interest or the Debtors, on the other

hand,[5] (ii) any known connections or representation by the respondent and/or the Firm of any of

the Potential Parties in Interest in matters relating to the Debtors; and (iii) any other conflict or

reason why A&M may be unable to represent the Committees.

(d)      Known connections between former or recent clients of the Firm and the

Potential Parties in Interest were compiled for purposes of preparing this Declaration.  These

connections are listed in Schedule B annexed hereto.

3.      Based on the results of its review, except as otherwise discussed herein A&M

does not have a relationship with any of the parties on Schedule A in matters related to these

proceedings.  A&M has provided and could reasonably expect to continue to provide services

wholly unrelated to the Debtors' cases for the various entities shown on Schedule B.  A&M's

assistance to these parties has been related to providing various financial restructuring, litigation

support and/or engineering and scientific investigation consulting services. To the best of my

knowledge, no services have been provided to these parties in interest which are adverse to the

---

[5]    In reviewing its records and the relationships of its professionals, A&M did not seek information as to whether
any A&M professional or member of his/her immediate family: (a) indirectly owns, through a public mutual
fund or through partnerships in which certain A&M professionals have invested but as to which such
professionals have no control over or knowledge of investment decisions, securities of the Debtors or any other
party in interest; or (b) has engaged in any ordinary course consumer transaction with any party in interest.  If
any such relationship does exist, I do not believe it would impact A&M's disinterestedness or otherwise give
rise to a finding that A&M holds or represents an interest adverse to the Debtors' estates.

rights of the Committees, nor does A&M's involvement in these cases compromise its ability to continue such consulting services.

4.      In addition to the foregoing:

a.  In 2009, A&M's affiliates advised a noteholder of the Debtors regarding matters relating to the Debtors6. Such engagement is complete, no personnel that provided such services will work on this engagement nor does A&M believe that the matters in which such affiliate provided such services have any relation to the matters in which A&M is advising the Committees.

b.  An A&M affiliate provided prepetition business consulting services to the Debtors.  Such affiliate currently holds a general unsecured claim against the Debtors on account of such services.  This claim is in the process of being transferred to a third party and A&M will not exercise any interest thereon.

c.  A&M provides interim and crisis management services to Lehman Brothers Holdings, Inc. and certain of its affiliates as debtors and debtors in possession ("Lehman") in bankruptcy proceedings in the Southern District of New York. Certain debtor and non-debtor affiliates of Lehman have been identified as Potential Parties in Interest.  It is possible that A&M's services for Lehman may relate to Lehman's interest in the Debtor's cases however, (a) no personnel providing such services will provide services to the Committees and (b) A&M does not expect that such matters will relate to the services A&M is providing to the Committees hereunder.

---

[6]    Such noteholder is also indicated on Exhibit A as a party with respect to whom A&M has other relationships which were unrelated to the Debtors.

d.  Certain Debtors are or were members of groups of creditors, including as members of official committees of unsecured creditors, for whom A&M has provided financial advisory services on matters unrelated to the Debtors. Such representations have not included the representation of any of the Debtors in their individual capacities.

e.  JPMorgan Chase Bank, N.A. ("JPMC") and/or certain of its affiliates (collectively, "JPM"), Wells Fargo Bank, National Association ("WFBNA") and/or certain of its affiliates (collectively, "Wells Fargo") and T.D. Bank, N.A. and/or certain of its affiliates (collectively, "TD Bank") are believed to be Potential Parties in Interest in the Debtors' chapter 11 cases.  Under a credit facility (the "Credit Facilities") to A&M's parent company Alvarez & Marsal Holdings, LLC ("A&M Holdings"): WFBNA and JPMC are the co-lead banks (the "Lead Banks"), Wells Fargo Securities, LLC and J.P. Morgan Securities LLC are the co-lead arrangers, WFBNA is the administrative agent, JPMC is the syndication agent, and each of the Lead Banks and TD Bank (among others) are providing financing.  In addition to the Lead Banks' and TD Bank's receipt of interest in their capacity as a lenders under the Credit Facilities, Wells Fargo and JPM have received certain customary and negotiated fees and reimbursement of expenses in connection with their roles under the Credit Facilities.   A&M Holdings believes that the terms of the Credit Facilities have been negotiated at arm's-length and represent market terms and such relationship is wholly unrelated to the services that A&M will provide to the Committees.

5

f.  USAA Real Estate (a Potential Party in Interest) is a landlord to A&M and/or its affiliates with respect to one or more of its offices.

5.      Further, as part of its diverse practice, A&M appears in numerous cases, proceedings and transactions that involve many different professionals, including attorneys, accountants and financial consultants, who may represent claimants and parties-in-interest in the Debtors' cases. Also, A&M has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys, law firms and financial institutions, some of whom may be involved in these proceedings. In addition, A&M has in the past, may currently and will likely in the future be working with or against other professionals involved in these cases in matters unrelated to the Debtors and these cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Committees herein in matters upon which A&M is to be employed, and none are in connection with these cases.

6.      Further, neither I nor any other member of the A&M engagement team serving these Committees, to the best of my knowledge, is a holder of any outstanding debt instruments or shares of the Debtors' stock.

7.      As such, to the best of my knowledge, A&M does not represent any other entity having an interest adverse to the Committees in connection with this case, and therefore believes it is eligible to represent the Committees under Section 1103(b) of the Bankruptcy Code.

8.      In connection with the actuarial services to be provided hereunder, from time to time A&M may utilize the services of Vincent L. Bodnar, ASA, MAAA ("Bodnar") as a subcontractor to perform a portion of the services described in the Engagement Letter.  Bodnar

6

will be billed at a rate of $475 per hour and his fees and expenses will be included with requests for fees and expenses by A&M without any mark-up or profit to A&M on account of such fees and expenses. In addition, from time to time, A&M may utilize the services of employees of its affiliates. Such affiliates are wholly owned by A&M's parent company and employees. A&M personnel providing services to the Committees may also work with other A&M clients in conjunction with unrelated matters.

9.      It is A&M's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, A&M will promptly file a Bankruptcy Rule 2014(a) Supplemental Declaration.

## Professional Compensation

10.      Subject to Court approval and in accordance with the Engagement Letter and the applicable provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure, applicable U.S. Trustee guidelines and the local rules of this District, A&M will seek payment for compensation on an hourly basis, plus reimbursement of actual and necessary expenses incurred by A&M. A&M's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Motion for the employment of A&M. These hourly rates are adjusted annually.

11.      According to A&M's books and records, during the ninety day period prior to the Debtors' petition date, A&M performed no professional services or incurred any reimbursable expenses on behalf of the Debtors.

12.      To the best of my knowledge, a) no commitments have been made or received by A&M with respect to compensation or payment in connection with these cases other than in

7

accordance with the provisions of the Bankruptcy Code and b) A&M has no agreement with any other entity to share with such entity any compensation received by A&M in connection with these chapter 11 cases.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on September 28, 2011

Ronald Winters
Managing Director
Alvarez & Marsal Healthcare Industry Group, LLC

8

# SCHEDULE A

**Listing of Parties-in-Interest Reviewed for Relationships**

**Conflict Check List Entities**

*Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))*

Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.
Star 21 Networks GmbH
Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD
Nortel Networks Slovensko, s.r.o.

1

Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Ltd.
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Ltd.)
Nortel Networks Communications (Israel) Ltd.
Nortel Networks Malta Ltd.
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Ltd.
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Ltd.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Ltd.
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
North Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Techonology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Inc.
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Ltd.
Nortel Networks (Shannon) Ltd.
Nortel Networks Europe Sales Ltd.
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation
PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.
Nortel Networks (Thailand) Ltd.

NEWYORK:2014217.30

Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Ltd.
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Ltd. Liability Co.
Nortel Networks France SAS
Matra Communications Business Systeme GmbH

3

Northern Telecom International Ltd.
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH

*Debtors' 5% Shareholders*

NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5% shareholders for conflict check purposes.

NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflict check purposes.

Alteon WebSystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Alteon WebSystems International Inc. is a Delaware corporation, wholly owned by Alteon WebSystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.

Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

CoreTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Optical Components Inc. is a Delaware corporation, jointly owned by NNI and NNL; therefore, there are no 5% shareholders for conflicts purposes.

4

Nortel Networks HPOCS Inc. is a Delaware corporation, wholly owned by Nortel Networks Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

### *Debtors' Significant Equity Investors*

Because the Debtors are wholly or jointly owned by affiliates, as detailed above, there are no significant equity investors for conflict check purposes.

### *Current Directors and Officers of the Debtors and for two years prior to the Petition Date*

Current Directors and Officers of NNI

Christopher Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Wood

Former Directors and Officers of NNI for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
Joseph F. Dearing
John Doolittle
Lynn Egan
William R. Ellis
Thomas A. Gigliotti
Clarke Glaspell
Mark J. Hamilton
Ernest R. Higginbotham
Paul W. Karr
Paul T. Knudsen
Laurie A. Krebs
William J. LaSalle
Peter Look
Eugene McClain

5

NEWYORK:2014217.30

Claudio Morfe Jr.
Kimberly P. Poe
Donald Powers
Charles R. Raphun
Karen E. Sledge
Katharine B. Stevenson
Allan K. Stout
Anna Ventresca

Current Directors and Officers of NNCC

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Paul W. Karr
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Katharine B. Stevenson

Current Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.)

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.)
for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle

6

Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
A. Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe

Current Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon Websystems International Inc.)

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon Websystems International Inc.) for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Abdul Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe

Current Directors and Officers of Architel Systems (U.S.) Corporation

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies

7

John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Xros, Inc..

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Sonoma Systems

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle

8

Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Qtera Corporation

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Qtera Corporation for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
 Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Officers and Directors of CoreTek, Inc.

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle

9

Lynn Cecelia Egan
Clarke Glaspell
Laurie A. Krebs
Robert J. Looney
Michael W. McCorkle

Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks Optical Components Inc.

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis

10

Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks HPOCS Inc.

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks International Inc.

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Networks International Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis

11

Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

<u>Current Directors and Officers of Northern Telecom International Inc.</u>

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

<u>Former Directors and Officers of Northern Telecom International Inc. for the Two Years
Prior to the Petition Date</u>

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

<u>Current Directors and Officers of Nortel Networks Cable Solutions, Inc.</u>

Raj Krishnan
Christopher Ricaurte
Timothy C. Ross
Allen K. Stout
Jeffrey T. Wood

<u>Former Directors and Officers of Nortel Networks Cable Solutions, Inc.</u>

John D. Atkinson
Francois Audet
Mary Barnes
Allan Bifield
Kevin Boyle II
Shelley Bracken

12

Roger W. Britt
Mario Brown
Glenn Brownridge
Francois Burton
Tom Buttermore
Matteo Candaten
Dennis Carey
Norman Caron
Serge Caron
Sudarshan Chitale
Russell Coffin
Graeme Currie
Gordon A. Davies
John M. Doolittle
Lynn Cecelia Egan
Emre  Erkol
J. Erik Fako
Jean-Pierre Fortin
Jeremy Fuller
Tim Gaiser
Sonia Garapaty
Michael Gawargy
William Gentry
Duncan Gillibrand
Clarke Glaspell
Paul Granville
Andrew Harrison
Christopher Hogg
Henry Holland
Gregory Hood
Robin Scott Hughes
Ken Huntington
Camille Issa
Oya Istemi
Anthony Jones
Joel Joseph, Jr.
Ricky Kaura
Mark Kepke
Christian Kittlitz
Paul T. Knudsen
Peter Krautle
Laurie A. Krebs
Guy Lafontaine
Keith Landau
Gregor W. Larson
Michael Leeder

13

Louis LeVay
Brian Lindsay
Robert Litalien
Dennis Lloyd
Wade Lyon
Anthony G. MacDonald
John R. McCready
James McEachern
Steve J. McKinnon
Swapan Nandi
James Ostrom
Alain Papineau
April A. Pennisi
David Price
Alan W. Pritchard
Robert C. Pugh
Stephan Radatus
Dharmaraja Rajan
Parviz Rashidi
Ron Ryan
Mehdi Sajasi
Donna Samper
Robert Saunders
Ian Scales
Kevin Sembrat
Iain Sharp
Elaine Smiles
Eric L. Smith
Pete Streng
Guillaume Strub
Dany Sylvain
Richard C. Taylor
Tom P. Taylor
Craig Telke
Denis R. X. Thibault
Bill Thompson
Greg Thor
Lee B. Valerius
Guy Vonderweidt
Richard Willis
Cortland Wolfe
Steven Woods
Wei Jen Yeh

Current Directors and Officers of Nortel Networks (CALA) Inc.

Christopher Ricaurte

14

Timothy C. Ross
Allen K. Stout

<u>Former Directors and Officers of Nortel Networks (CALA) Inc. for the Two Years Prior
to the Petition Date</u>

Alvio Silvio Barrios
Martha Helena Bejar
Juan Jose Chico
Gordon Allan Davis
Joseph F. Dearing
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Cristina Gomez
Felipe Gonzales
Jacqueline C. Hea
Robert Michael Kales
Paul Karr
Fabiola Leva
Peter Look
Norberto Milan
Eduardo Santoyo
Jorge Humberto Suarez
Hector Benjamin Viana

### *Debtors' Vendors*

Wistron
JDS Uniphase Corporation
Bookham Technology Ltd.
IBM
Delta Networks Systems SA DE CV
Texas Instruments Inc.
Motorola Corporation
Applied Micro Circuits Corporation
Artesyn Technologies
Audiocodes Ltd.
Sanmina SCI Corporation
Astec
Amphenol
Andrew Corporation
Qualcomm Inc.
Xilinx Inc.
Freescale Semiconductor
Trapeze Networks Inc.

15

Santur Corporation
Altera
STMicroelectronics
Broadcom Corporation
Hewlett Packard
Spectra Link
Alanex Corporation
Alpha Networks
Excelight Communications Inc.
Daeduck Electronics Company
Micron
Sun Microsystems
Airvana
Witness Systems Inc.
Scansoft
Minerva Systems Inc.
Microsoft
Itel House
Oracle Corporation
Wind River Systems Inc.
Wipro
TCS Consulting
Sasken
Tejas
Infosys
Bell Micro
ITC
Airspan
Mera
Polycom
Flextronics
CTDI
Advanced Information Management
Kuehne & Nagel International AG
Anixter International
Accton Technolgies
Emerson
Polytronix
Brookfield Lepage Johnson
Johnson Controls Inc.
Cigna

***Debtors' Litigants***

California State Board of Equalization
Highpoint Telecommunications Inc.

16

Motorola
Patricia Harmon
Teligent Services Inc.
Verizon New York, Inc.
Robert Buchwald
Alexander Lovgren
Sharon Tangney
A.W. Chesterton, Inc.
Federal Insurance Company (Chubb)
Aldine Independent School District
Joseph Srygler
Ernest Demel
Steven Domenikos
Carrasco
Mack Thorpe, Jr.
Pavel Molodetskiy
Pamela Richardson
Harris Corporation
Scott M. Johnson
Terrence Freeman
Lisa Fitzgerald
Wanland and Associates
Jay Colton
Jim and Elaine Wright
Certain Tunable Laser Chips
Nortel Networks Corp. "ERISA" Litigation Plaintiffs


***Debtors' Lenders***

Export Development Canada


***Debtors' Banks and Money Market Funds***

Citibank
Bank of America
Deutsche Bank
JP Morgan
Morgan Stanley
UBS
Federated Treasury Obligations
JP Morgan U.S. Money Market Funds
Fidelity Treasury Portfolio Fund
Dreyfus Government Cash Management Fund
Government Prime Cash Management Fund
Reserve Primary Fund

17

### *Debtors' Significant Customers*

Verizon
Korea Telecom – Freetel
AT&T
BCE
Telefonica
LGT
Datatec Networking and Com.
Sprint Nextel
Direct Touch Federal
SK Telecom
Telus
France Telecom/Orange
Alltel (ACI)
Hanoi Telecom
British Telecom
US Cellular
Deutsche Telecom
Tech Data Corp.
AMX
Motorola
BSNL
China Mobility

### *Debtors' Landlords*

Hewlett Packard Financial Services
Meadow Brook Office LLC
New Boston 175 Capital Boulevard LP
Bonham Golf & Country Club, Inc.
City of Bonham
Woodfield Holdings Pt., LLC
Tomorrow 35 Century L.P.
Riverdale Office Properties Partnership
IStar Ctl. 1, L.P./Lehman Ali Inc.
Ciminelli Development Co. Inc.
Gail G. Anderson dba Willard T. Anderson Properties
Campbell Creek Ltd.
10 Sylvan SPE LLC
Sunset Land Company LLC
State Street Bank & Trust Co.
USAA Real Estate Company
Metropolitan Tulsa Investments LLC
Brookfield Lakes Corporate Center
Insignia ESG, Inc.

18

TCIT Dallas Industrial, Inc.
West Colony Office Associates, LP
Teachers Insurance & Annuity Corp.
Genesis Building LLC
Duke Realty Ohio
Technology Park X LTD Partnership
Flagler Development Company
7884 BR LLC
Behringer Harvard TIC
Coliseum Transfer Inc.
The Plaza CP, LLC
Omega Corporate Center, LP
Omaha Plaza Investments c/o CBRE The Mega Group
The Irvine Company and ACE Parking Management
Metropark South LLC
RP Sam Houston Plaza, L.P.
I & G Direct Real Estate 16, LP
Deka Immobilien Investment GMBH
One Boston Place, LLC
Crescent Peakview Tower LLC
Biltmore Financial Center II
Wireless (TX) LP QRS 14
UCM/SREP-Corporate Woods, LLC
Sobrato Land Holdings
Reckson Operating Partnership
IPC Metrocenter LLC
Technology Center Associates LP
Talcott III Ormsby LLC
Talcott II Alamo LP
101 Constitution Trust
HQ Global Workplaces Inc.
Colliers Dickson Flake Partners Inc.
Open Terrace Associates LLC
California State Teachers Retierment
Duesenberg Investment Company
Tallahassee Corporate Center LLC
Two Towne Square LLC
Duke Realty Ohio
One Capital Mall Investors LP
Gateway Associates Ltd.
Hines Riverfront Plaza, LP
Canal View Properties III, LLC
Green 485 Owner LLC
13560 Morris Road Office Investors, LLC
Tower 333 LLC
IGD Properties Corp.

19

Technology Park V LP

### *Debtors' Insurers*

ACE USA
ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Arch Insurance Company
Arrowhead General Insurance Agency
Allied World Assurance Company Ltd
Chubb Insurance Company of Canada
Continental Casualty Company
American Home Assurance Company (National Union)
Empire Indemnity
Falvey Cargo Underwriting
GCAN Insurance Company
Great American Insurance Group
Hartford Fire Insurance Company
Liberty International Underwriters Canada
Beazley Syndicate
Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Max Bermuda Ltd.
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd.
Zurich Insurance Company


### *Counterparties to Debtors' Significant Contracts*

The counterparties to the Debtors significant contracts are the Debtors' significant
customers and vendors, as listed above.

### *Debtors' Bondholders and Trustees*

Bank of New York
Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C

20

Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington & Co, Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities, Inc
Cede & Co.[1]
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Haywood Securities, Inc.
H&R Block
Huntington National Bank
Ingalls & Snyder, LLC

---

[1]    Securities registered in the name of Cede & Co. as nominee for the Depository Trust Company; the beneficial holders are not known to the Debtors.

NEWYORK:2014217.30

Interactive Brokers, LLC/Retail Clearance
Jefferies & Co., Inc.
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association
Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company
Suntrust Bank

22

TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank

### *Debtors' Professionals*

Cleary Gottlieb Steen & Hamilton LLP
Morris, Nichols, Arsht & Tunnell LLP
Crowell & Moring LLP
Jackson Lewis LLP
Shearman & Sterling LLP
Lazard Frères & Co., LLC
Mercer (US) Inc.
Huron Consulting Group
Palisades Capital Advisors LLC
Punter Southall
Special Counsel Inc.
Global IP Law Group, LLC
RLKS Executive Solutions LLC
Chilmark Partners, LLC
Grant Thornton LLP
Linklaters LLP
Benesch Friedlander Coplan & Aronoff LLP
Torys LLP
Addrex Inc.
CB Richard Ellis, Inc.
Ernst & Young LLP
Cassidy Turley CPS
Eugene F. Collins

### *Unsecured Creditors Committee's Professionals*

Akin Gump Strauss Hauer & Feld LLP
Fraser Milner Casgrain LLP

23

Ashurst LLP
Capstone Advisory Group, LLC
Jefferies & Co., Inc.
Richards, Layton & Finger

***Debtors' Major Competitors***

Sony Ericsson Mobile Communications A.B.
Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE
NEC
Foundry
Hitachi Cable
Avaya
Motorola
IBM
Hewlett Packard

***Top 40 Unsecured Creditors***

The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016
The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011
The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014
The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012
The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013
Export Development Canada
The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026
Flextronics
Flextronics America LLC
Flextronics International Europe BV
SEAL Consulting
Computer Science Corporation
Jabil Circuit Inc (GDL)

24

Beeline
Infosys Technologies Ltd.
JDS Uniphase Corporation
Tata Consultancy Services
Communications Test Design Inc.
Glow Networks
Anixter
Flextronics International
ITC Networks
Johnson Controls Inc.
Emerson Network Power Embedded
Wistron InfoComm Technology Corp.
Wipro Technologies
Flextronics Logistics USA Inc.
Wipro Systems Ltd.
Telrad Networks Ltd.
Advanced Information Management
Airspan Communications Ltd.
McCann Erickson San Francisco
TEKsystems Inc.
Covergence Inc.
GFI Inc.
Flextronics Sales & Marketing North
Coams Inc.
IBM Corporation
Nortel Networks Corp. "ERISA" Litigation
Pension Benefit Guaranty Corporation

### *Utilities*

Atmos Energy
City of Richardson
Suez Energy Resources N.A. Inc.
TXU Energy
Con Ed
City of Durham
Duke Energy Company
PSNC Energy
National Fuel
JCP&L
City of Santa Clara
PG&E – California
National Grid
National Grid – Massachusetts
National Grid - Melville
Town of Billerica
LIPA

25

Suffolk County Water Authority
Great Oaks Water Company
SRP
City of Sunrise
FPL
AT&T
BT Americas Inc
Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing
Hydro One Telecom Inc.
Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.
PCCW Global Inc

*Others*

Ogilvy Renault LLP
Ernst & Young Inc.
Allen & Overy LLP
American Movil
Richardson Independent School District (ISD)
Texas Comptroller of Public Accounts
Margolis Edelstein
Cellco Partnership
Iron Mountain Information Management Inc.
Telmar Network Technology Inc.
Precision Communication Services, Inc.
Automotive Rentals, Inc.
ABN AMRO Bank N.V.
Bexar County
Westcon Group North America Inc.
SprintCom Inc.
Sprint/United Management Company
The Prudential Insurance Company of America
Tata American International Corporation
Scott Douglass
Powerwave Technologies, Inc.

26

NeoPhotonics Corp.
Oracle USA, Inc.
Cummins, Inc.
485 Lexington Owner LLC
GTCI
Hok, Inc,
Alpha Network USA, Inc.
SAP America, Inc.
Qwest Communications Corporation and Qwest Corporation
Sumitomo Electric Lightwave Corporation
Insight Direct USA, Inc.
Harris County
APC Workforce Solutions
Unisys
County of Loudon
Right Management
Slash Support
Clearwire Corp.
tw telecom
Aon Consulting
Tandberg
Xeta Technologies
Monarch Alternative Capital LP
State of Michigan, Department of Treasury
Commonwealth of Pennsylvania, Department of Revenue
Tennessee Department of Revenue
Harte-Hanks, Inc.
Intech Group, Inc.
Lisa Fitzgerald
Alan Robert Bloom (UK Administrator)
Christopher John Wilkinson Hall (UK Administrator)
Alan Michael Hudson (UK Administrator)
Steven John Harris (UK Administrator)
Eltek Valere U.S. Inc.
Thomas & Betts Manufacturing Inc.
City and County of Denver
MatlinPatterson Global Advisors LLP
Avaya Inc.
Gores Group, Inc.
Aldine Independent School District
TTI Team Telecom Netherlands B.V.
GE Fanuc Embedded Systems, Inc.
Commonwealth of Pennsylvania, Department of Revenue
Keith Weiner
Rudy Mathieu
Wendell Allen Neff

27

Charles Rowe
Neal Shact
Fred Scott
Jac Goudsmit
Dwayne Roberts
William Weidner
Price Paschall
The Internal Revenue Service
Bell Microproducts Canada-Tenex Data ULC
Law Debenture Trust Company of New York
Kien Chen
Moreno Minto
Nortel Networks UK Pension Trust Limited & The Board of the Pension Protection Fund
Guyana Telephone and Telegraph Company Limited
Cypress Communications, Inc.
Duane Morris LLP
Baker Botts L.L.P.
GENBAND, Inc.
Westchester Fire Insurance Company
ACE USA
Nuance Communications, Inc.
ACS Cable Systems, Inc.
One Equity Partners III, L.P.
Radware Ltd.
Telefonaktiebolaget LM Ericsson
Kapsch Carriercom AG
East Camelback Road, Inc.
Department of the Navy
Arthur A. Russell
Thomas & Betts Manufacturing Inc.
City and County of Denver
Aldine Independent School District
TTI Team Telecom Netherlands B.V.
Amphenol Corporation
Amphenol Fiber Optics
Andrew, LLC
Avanex
Dell Marketing, LP
Graybar Electric Company, Inc.
Staples National Advantage
Starent Networks Corp.
Tyco Electronics
Volex, Inc.
Zyxel Communications, Inc.
EMC Corporation
Sodexo, Inc.

28

Microvision, Inc.
Avidity Partners LLC
Acme Packet, Inc.
PSP Holding LLC
Google, Inc.
Spectrum Group Management LLC
Exide Technologies
Credit Suisse Strategic Partners
ASM Capital III, L.P.
ASM Capital, L.P.
Michael Alms
Gussie Anderson
Faye Brown
Roger Carlsen
John Elliott
Nanette Faison
Bert Fletcher
Barbara Gallagher
Gary Garrett
Laura Hale
Janette Head
Brad Henry
Mark Janis
William Johnson
Deborah (Margaret) Jnes
Peter Lawrence
James Lee
Fred Lindow
David Litz
Kerry Logan
Robert Martel
Terry Massengill
Reid Mullett
Pamela Powell
Frankie Proctor
Janie Proctor
Carol Raymond
William Reed
Ronald Rose Jr.
Charles Sandner
Cynthia Schmidt
Wayne Schmidt
Manuel Segura
Leolia Strickland
Michael Stutts
Carmel Totman

29

Claudia Vidmer
Susan Widener
Vada Wilson
Ranger Inc.
Microsoft Corporation
Oracle America, Inc.
Annabelle W. Caffry and Susannah C. Lund, Trustees of the John W. Caffry Family Trust
SNMP Research International, Inc.
Solus Alternative Asset Management LP
Barbara Gallagher
Thomas Patrick Tinker (Assistant US Trustee)
William K. Harrington (Office of the US Trustee)
David Buchbinder (Office of the US Trustee)
Diane Giordano (Office of the US Trustee)
Christine Green (Office of the US Trustee)
Jeffrey Heck (Office of the US Trustee)
Mark Kenney (Office of the US Trustee)
David Klauder (Office of the US Trustee)
Jane Leamy (Office of the US Trustee)
James R. O'Malley (Office of the US Trustee)
Lauren O'Neal (Office of the US Trustee)
Michael Panacio (Office of the US Trustee)
Juliet Sarkessian (Office of the US Trustee)
Richard Schepacarter (Office of the US Trustee)
Ramona Vinson (Office of the US Trustee)
Michael West (Office of the US Trustee)
Shakima L. Williams (Office of the US Trustee)
Dion Wynn (Office of the US Trustee)
The Hon. Kevin Gross -*Only family relationships with Judge Gross need be disclosed

***Ad Hoc Bondholder Group***
Mackay Sheilds LLC
Loomis Sayles & Company, L.P.
Fidelity Management & Research Co.
Pacific Investment Management Company LLC
Sankaty Advisors LLC
Milbank Tweed LLP (advisors)

***Top 20 Creditors of Nortel Networks (CALA) Inc.***
Lederfyl SA
Optime Consulting Inc
Mcomm Group Inc
I and C SA
Telmar Network Technology
United Business Media LLC dba Everything Channel

30

Newcomm 2000
Central General Engineering and Maintenance Limited
Wireless Integrated Networks WIN
Siemens Enterprise Comm Inc
Manning Global
Mercury America USA Corp
Isbel SA
Alvarion Ltd
Coams Inc
Rerate Limited Inc
J Mock & Co SA
Konet PR
Online 2000 Inc
Verint Americas Inc

***Mediator***
Layn R. Phillips
Irell & Manella LLP
Warren K. Winkler

***Principal Officer***
John Ray

31

## SCHEDULE B

**Nortel – Section 1114 Committee - Disclosure**

**Current and Former Clients of A&M and/or its Affiliates[1]**

ABN AMRO Bank N.V
ACE USA
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Aonh Consulting
AT&T
Avaya Inc
Bank of America
Bank of New York
Bank of Tokyo-Mitsubishi UFJ, Ltd.
Barclay's Capital, Inc
Behringer Harvard
BMO Nesbitt Burns Inc.
BNP of Paribas Prime Brokerage, Inc
Broadcom Corporation
Cassidy Turley CPS
Cellco Partnership
Charles Schwab & Co., Inc
CIBC World Markets, Inc
Ciena Corporation
Cisco Systems Inc
Cigna
Citibank/Citigroup
Comcast
Comerica Bank
Continental Casualty Company
Cox Communications
Credit Suisse Securities (USA)
Dell Marketing, LP
Department of the Navy
Deutsche Bank
E*Trade Capital Markets, LLC
Embarq
EMC Corporation
Emerson
Ernst & Young LLP
Fifth Third Bank
Flextronics
Freescale Semiconductor
Frontier Communications

GE Fanuc Embedded Systems, Inc.
Goldman Sachs International Ltd
Gores Group, Inc
Grant Thornton LLP
H&R Block
Harris County
Hewlett Packard Financial Services
Huntington National Bank
Huron Consulting Group
IBM
Irvine Company
Jabil Circuit Inc (GDL)
JP Morgan
Juniper Networks Inc
Law Debenture Trust Company of NY
Lazard Freres & Co LLC
MatlinPatterson Global Advisors LLP
McCann Erickson San Francisco
MCI
Merrill Lynch Pierce Fenner & Smith Inc
Microsoft Corporation
Morgan Stanley
Morgan, Keegan & Company, Inc
National City Bank
NEC
Nokia
Northern Trust Company
Oracle Corporation
Oracle USA, Inc
Pacific Investment Management Company
Pershing, LLC
PG&E – California
PNC Bank, NA
Polycom
Powerwave Technologies, Inc
Prudential
Qwest Communications Corporation
Raymond James & Associates, Inc
RBC Dominion Securities Inc
Sankaty Advisors LLC
Scottrade, Inc
Siemens Enterprise
Solus Alternative Asset Management LP
Southwest Securities Inc
Staples National Advantage
Starent Networks Corp

---

[1] A & M and/ or an affiliate is currently providing or has previously provided certain consulting services to these parties or their affiliates in wholly unrelated matters.

1

Suez Energy Resources N.A. Inc
Sumitomo Electric Lightwave Corporation
Sun Microsystems
Suntrust Bank
TD Ameritrade Inc
Telefonica
Trustmark
Tyco Electronics
UBS Financial Services, Inc
Union Bank of California
Unisys
USAA Real Estate Company
US Bank NA
US Cellular
Verizon
Wachovia Bank, NA
Wells Fargo Bank
Xilinx Inc
XL Insurance Company Ltd
Zurich Insurance Company

## Significant Equity Holders of Current and Former A&M Clients[2]
ABN AMRO Bank N.V
ACE USA
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Ameriprise Financial Services, Inc
Bank of America
Bank of New York
Barclay's Capital, Inc
BNP of Paribas Prime Brokerage, Inc
Charles Schwab & Co., Inc
CIBC World Markets, Inc
Cisco Systems Inc
Citibank/Citigroup
Comerica Bank
Credit Suisse Securities (USA)
Deutsche Bank
EMC Corporation
GE Fanuc Embedded Systems, Inc.

Goldman Sachs International Ltd
Google, Inc
Gores Group, Inc
Hewlett Packard Financial Services
Iron Mountain Information Management
Jefferies & Co., Inc
JP Morgan
Law Debenture Trust Company of NY
Lazard Freres & Co LLC
Loomis Sayles & Company, L.P
Merrill Lynch Pierce Fenner & Smith Inc
Microsoft Corporation
Morgan Stanley
National City Bank
Northern Trust Company
Oppenheimer & Co., Inc
Palisades Capital Advisors LLC
Pershing, LLC
PG&E – California
PNC Bank, NA
Prudential
Raymond James & Associates, Inc
RBC Dominion Securities Inc
Sankaty Advisors LLC
Scottrade, Inc
Siemens Enterprise
Sony Ericsson Mobile Communications AB
State Street Bank & Trust Co
Sumitomo Electric Lightwave Corporation
Suntrust Bank
Tata American International Corporation
TD Ameritrade Inc
Telefonica
Travelers Guarantee Company of Canada
Tyco
UBS
Union Bank of California
Unisys
US Bank NA
Verizon
Wachovia Bank, NA
Wells Fargo Bank
Zurich Insurance Company

---

[2] These parties or their affiliates are significant equity holders of clients or former clients of A&M or its affiliates in wholly unrelated matters.

**Creditors in A&M Engagements**[3]
ABN AMRO Bank N.V
ACE USA
AIG Commercial Insurance Company of
AT&T
Canada
Allianz Global Risks US Insurance Company
Bank of America
Bank of New York
Barclay's Capital, Inc
BNP of Paribas Prime Brokerage, Inc
Brown Brothers Harriman & Co
CIBC World Markets, Inc
Citibank/Citigroup
Comerica Bank
Con Ed
Continental Casualty Company
Credit Suisse Securities (USA)
Dell Marketing, LP
Deutsche Bank
Ernst & Young LLP
Export Development Canada
GE Fanuc Embedded Systems, Inc.
Goldman Sachs International Ltd
Hewlett Packard Financial Services
Huawei
Huntington National Bank
IBM
Irell & Manella LLP
JP Morgan
Juniper Networks Inc
Keybank National Association
Law Debenture Trust Company of NY
Loomis, Sayles & Co.
Mackay Sheilds LLC
Merrill Lynch Pierce Fenner & Smith Inc
Monarch Alternative Capital LP
Morgan Stanley
Motorola
National City Bank

Oppenheimer & Co., Inc
Oracle Corporation
Pacific Investment Management Company
Pension Benefit Guaranty
PNC Bank, NA
Prudential
RBC Dominion Securities Inc
Sankaty Advisors LLC
Siemens Enterprise
Sony Ericsson Mobile Communications AB
Sprint Nextel
State Street Bank & Trust Co
Sumitomo Electric Lightwave Corporation
Suntrust Bank
TD Ameritrade Inc
Teachers Insurance & Annuity Corp
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
The Fifth Third Bank
The Northern Trust Company
Travelers Guarantee Company of Canada
UBS
Union Bank of California
US Bank NA
USAA Real Estate Company
Verizon
Wachovia Bank, NA
Wells Fargo Bank

**Professionals & Advisors**[4]
Akin Gump Strauss Hauer & Feld LLP
Allen & Overy LLP
Ashurst LLP
Baker Botts L.L.P.
Bank of America
Benesch Friedlander Coplan & Aronoff LLP
Capstone Advisory Group LLC
CB Richard Ellis Inc
Chilmark Partners
Cleary Gottlieb Steen & Hamilton LLP
Crowell & Moring LLP

---

[3] A&M is currently advising or has previously advised these parties or their affiliates as creditors or various official or unofficial creditors' committees in which these parties or their affiliates were members, in each case with respect to matters unrelated to the Debtors or these Chapter 11 cases.

[4] These professionals have represented clients in matters where A&M was also an advisor (or provided crisis management) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.

Deutsche Bank
Duane Morris LLP
Ernst & Young LLP
Fraser Milner Casgrain LLP
Grant Thornton LLP
Huron Consulting Group
Irell & Manella LLP
Jackson Lewis LLP
Jefferies & Co., Inc
JP Morgan
Lazard Freres & Co LLC
Linklaters LLP
Milbank Tweed LLP
Morgan Stanley
Morris Nichols Arsht & Tunnell LLP
Ogilvy Renault LLP
Oracle Corporation
Richards Layton & Finger
Shearman & Sterling LLP
Torys LLP
UBS
Zurich Insurance Company

**Significant Joint Venture Partners**[5]
Bank of America
California State Teachers Retirement
Citibank
Deutsche Bank
Duke Realty Ohio
Goldman Sachs International Ltd
IBM
JP Morgan
Microsoft Corporation
Siemens Enterprise
Tata American International Corporation

---

[5] These parties or their affiliates are significant joint
venture partners of other clients or former clients of
A&M or its affiliates in wholly unrelated matters.

4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x

In re:                                              :        Chapter 11
                                                    :
Nortel Networks Inc., *et al.*,[1]                  :        Case No. 09-10138 (KG)
                                                    :
                                   Debtors.         :        Jointly Administered
                                                    :
                                                    :
                                                    :
---------------------------------------------------------------x

## DECLARATION IN SUPPORT OF JOINT MOTION OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES AND THE OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PARTICIPANTS FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC AS FINANCIAL ADVISORS

STATE OF PENNSYLVANIA    )
                         ) ss.
COUNTY OF BUCKS          )

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, Vincent Bodnar declares the following:

1.  I am a Principal and Consulting Actuary with DaVinci Consulting Group, LLC ("DaVinci"), an actuarial consulting firm. I submit this Declaration on behalf of DaVinci (the "Declaration") in support of the joint motion (the "Motion") of the Official Committee of Retired Employees and the Official Committee of Long-term Disability Participants (the "Committees")

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

in the above-captioned chapter 11 cases (the "Chapter 11 Case"), for an order authorizing the

retention and employment of A&M as financial advisors under the terms and conditions set forth

in the Motion. In connection with the actuarial services to be provided under the Engagement

Letter,[2] from time to time DaVinci may be utilized as a subcontractor to A&M (as described in

the Motion). Except as otherwise noted,[3] I have personal knowledge of the matters set forth

herein. I am the current, sole member of DaVinci and am personally involved with all client

relationships, projects and decisions related to major purchases and vendors.

### Disinterestedness and Eligibility

2.      The following actions were taken to identify parties that may have connections to

the Debtors, its creditors, the Committees, the Bondholder Group or the U.S. Trustee and the

Firm's relationship with such parties:

(a)      DaVinci requested and obtained from A&M (who upon information and

belief obtained from Committee representatives) extensive lists of interested parties and

significant creditors (the "**Potential Parties in Interest**").[4] The list of Potential Parties in

Interest which DaVinci reviewed is annexed hereto as <u>Schedule A</u>. The Potential Parties in

Interest reviewed include, among others, the Debtors, prepetition bondholders, current and recent

officers, directors and shareholders, the forty (40) largest unsecured creditors of the Debtors (on

---

[2]    Terms used and not otherwise defined in this Declaration shall have the meaning ascribed by the Motion.

[3]    Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at A&M and are based on information provided by them.

[4]    The list of Potential Parties in Interest is expected to be updated during these cases. A&M continues to review the relationships it may have with potentially interested parties and to determine whether any relationships other than those set forth herein exist. As may be necessary, A&M will supplement this Declaration if it becomes aware of a relationship that may adversely affect A&M's retention in these cases or discovers additional parties in interest.

a consolidated basis), significant customers and suppliers, significant counterparties to material agreements and significant litigation claimants.

      (b)    I then compared the names of each of the Potential Parties in Interest to lists of current and past clients, projects, vendors, major purchasers and hard assets.

      (c)    Known connections between DaVinci and the Potential Parties in Interest are as follows:

      a.    DaVinci is a customer of or purchased or leases products from the following entities and/or their affiliates

      i.    IBM

      ii.    Hewlett Packard

      iii.    Microsoft

      iv.    Polycom

      v.    Verizon

      vi.    PNC Bank, NA

      b.    DaVinci provides consulting services to Citigroup and/or its affiliates on matters wholly unrelated to the Debtors or these Chapter 11 cases.

      c.    DaVinci provides consulting services to a client in a matter related to such client's relationship with Great American Insurance Group.  Such matter and DaVinci's services are wholly unrelated to the Debtors or these Chapter 11 cases.

    3.    Based on the results of its review, DaVinci does not have a relationship with any of the Potential Parties in Interest in matters related to these proceedings.  DaVinci has provided

3

and could reasonably expect to continue to provide services unrelated to the Debtors' cases for the entities noted above. To the best of my knowledge, no services have been provided to the Potential Parties in Interest in interest which are adverse to the rights of the Committees, nor does DaVinci's involvement in these cases compromise its ability to continue such consulting services.

4.     Consequently, DaVinci is not believed to be a "creditor" with respect to fees and expenses of any of the Debtors within the meaning of Section 101(10) of the Bankruptcy Code. Further, neither I nor any other member of the DaVinci engagement team serving these Committees, to the best of my knowledge, is a holder of any outstanding debt instruments or shares of the Debtors' stock.

5.     As such, to the best of my knowledge, DaVinci does not represent any other entity having an interest adverse to the Committees in connection with this case, and therefore believes it is eligible to represent the Committees under Section 1103(b) of the Bankruptcy Code.

6.     It is DaVinci's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, DaVinci will promptly file a Bankruptcy Rule 2014(a) Supplemental Declaration.

## Professional Compensation

7.     Subject to Court approval and in accordance with the Engagement Letter and the applicable provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure, applicable U.S. Trustee guidelines and the local rules of this District, DaVinci will seek payment (through A&M) for compensation on an hourly basis, plus reimbursement of actual and necessary expenses incurred by DaVinci.

4

DaVinci's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Motion for the employment of A&M. These hourly rates are adjusted annually.

8.    According to DaVinci's books and records, during the ninety day period prior to the Debtors' petition date, DaVinci performed no professional services or incurred any reimbursable expenses on behalf of the Debtors.

9.    To the best of my knowledge, a) no commitments have been made or received by DaVinci with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code and b) DaVinci has no agreement with any other entity to share with such entity any compensation received by DaVinci in connection with these chapter 11 cases.

Dated this 28th day of September 2011.

(signature) _____

Vincent L. Bodnar _____

SUBSCRIBED AND SWORN TO BEFORE ME this 28th day of September 2011.

_____
Notary Public

My Commission Expires:

_10/31/12_____

NOTARIAL SEAL
DEVIN KELLEY
Notary Public
NORTHAMPTON TWP., BUCKS COUNTY
My Commission Expires Oct 31, 2012

5

## SCHEDULE A

**Listing of Parties-in-Interest Reviewed for Current Relationships**

**EXHIBIT I: Conflict Check List Entities**

*Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))*

Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.
Star 21 Networks GmbH
Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD
Nortel Networks Slovensko, s.r.o.

1

Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Ltd.
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Ltd.)
Nortel Networks Communications (Israel) Ltd.
Nortel Networks Malta Ltd.
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Ltd.
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Ltd.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Ltd.
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
North Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Techonology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Inc.
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Ltd.
Nortel Networks (Shannon) Ltd.
Nortel Networks Europe Sales Ltd.
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation
PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.
Nortel Networks (Thailand) Ltd.

2

Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Ltd.
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Ltd. Liability Co.
Nortel Networks France SAS
Matra Communications Business Systeme GmbH

3

Northern Telecom International Ltd.
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH

### *Debtors' 5% Shareholders*

NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5% shareholders for conflict check purposes.

NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflict check purposes.

Alteon WebSystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Alteon WebSystems International Inc. is a Delaware corporation, wholly owned by Alteon WebSystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.

Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

CoreTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Optical Components Inc. is a Delaware corporation, jointly owned by NNI and NNL; therefore, there are no 5% shareholders for conflicts purposes.

4

Nortel Networks HPOCS Inc. is a Delaware corporation, wholly owned by Nortel Networks Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

### *Debtors' Significant Equity Investors*

Because the Debtors are wholly or jointly owned by affiliates, as detailed above, there are no significant equity investors for conflict check purposes.

### *Current Directors and Officers of the Debtors and for two years prior to the Petition Date*

#### Current Directors and Officers of NNI

Christopher Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Wood

#### Former Directors and Officers of NNI for the Two Years Prior to the Petition Date

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
Joseph F. Dearing
John Doolittle
Lynn Egan
William R. Ellis
Thomas A. Gigliotti
Clarke Glaspell
Mark J. Hamilton
Ernest R. Higginbotham
Paul W. Karr
Paul T. Knudsen
Laurie A. Krebs
William J. LaSalle
Peter Look
Eugene McClain

5

Claudio Morfe Jr.
Kimberly P. Poe
Donald Powers
Charles R. Raphun
Karen E. Sledge
Katharine B. Stevenson
Allan K. Stout
Anna Ventresca

Current Directors and Officers of NNCC

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Paul W. Karr
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Katharine B. Stevenson

Current Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.)

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.)
for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle

6

Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
A. Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe

Current Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon Websystems International Inc.)

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon Websystems International Inc.) for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Abdul Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe

Current Directors and Officers of Architel Systems (U.S.) Corporation

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies

NEWYORK:2014217.30

John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Xros, Inc..

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Sonoma Systems

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle

8

Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Qtera Corporation

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Qtera Corporation for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Officers and Directors of CoreTek, Inc.

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle

9

Lynn Cecelia Egan
Clarke Glaspell
Laurie A. Krebs
Robert J. Looney
Michael W. McCorkle

Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks Optical Components Inc.

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis

10

Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks HPOCS Inc.

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior
to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks International Inc.

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Nortel Networks International Inc. for the Two Years
Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis

11

Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Northern Telecom International Inc.

Christopher Simon Ricaurte
Timothy C. Ross
Allen Keith Stout
Jeffrey Thomas Wood

Former Directors and Officers of Northern Telecom International Inc. for the Two Years
Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Karen E. Sledge

Current Directors and Officers of Nortel Networks Cable Solutions, Inc.

Raj Krishnan
Christopher Ricaurte
Timothy C. Ross
Allen K. Stout
Jeffrey T. Wood

Former Directors and Officers of Nortel Networks Cable Solutions, Inc.

John D. Atkinson
Francois Audet
Mary Barnes
Allan Bifield
Kevin Boyle II
Shelley Bracken

12

Roger W. Britt
Mario Brown
Glenn Brownridge
Francois Burton
Tom Buttermore
Matteo Candaten
Dennis Carey
Norman Caron
Serge Caron
Sudarshan Chitale
Russell Coffin
Graeme Currie
Gordon A. Davies
John M. Doolittle
Lynn Cecelia Egan
Emre  Erkol
J. Erik Fako
Jean-Pierre Fortin
Jeremy Fuller
Tim Gaiser
Sonia Garapaty
Michael Gawargy
William Gentry
Duncan Gillibrand
Clarke Glaspell
Paul Granville
Andrew Harrison
Christopher Hogg
Henry Holland
Gregory Hood
Robin Scott Hughes
Ken Huntington
Camille Issa
Oya Istemi
Anthony Jones
Joel Joseph, Jr.
Ricky Kaura
Mark Kepke
Christian Kittlitz
Paul T. Knudsen
Peter Krautle
Laurie A. Krebs
Guy Lafontaine
Keith Landau
Gregor W. Larson
Michael Leeder

13

Louis LeVay
Brian Lindsay
Robert Litalien
Dennis Lloyd
Wade Lyon
Anthony G. MacDonald
John R. McCready
James McEachern
Steve J. McKinnon
Swapan Nandi
James Ostrom
Alain Papineau
April A. Pennisi
David Price
Alan W. Pritchard
Robert C. Pugh
Stephan Radatus
Dharmaraja Rajan
Parviz Rashidi
Ron Ryan
Mehdi Sajasi
Donna Samper
Robert Saunders
Ian Scales
Kevin Sembrat
Iain Sharp
Elaine Smiles
Eric L. Smith
Pete Streng
Guillaume Strub
Dany Sylvain
Richard C. Taylor
Tom P. Taylor
Craig Telke
Denis R. X. Thibault
Bill Thompson
Greg Thor
Lee B. Valerius
Guy Vonderweidt
Richard Willis
Cortland Wolfe
Steven Woods
Wei Jen Yeh

Current Directors and Officers of Nortel Networks (CALA) Inc.

Christopher Ricaurte

14

Timothy C. Ross
Allen K. Stout

Former Directors and Officers of Nortel Networks (CALA) Inc. for the Two Years Prior to the Petition Date

Alvio Silvio Barrios
Martha Helena Bejar
Juan Jose Chico
Gordon Allan Davis
Joseph F. Dearing
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Cristina Gomez
Felipe Gonzales
Jacqueline C. Hea
Robert Michael Kales
Paul Karr
Fabiola Leva
Peter Look
Norberto Milan
Eduardo Santoyo
Jorge Humberto Suarez
Hector Benjamin Viana

*Debtors' Vendors*

Wistron
JDS Uniphase Corporation
Bookham Technology Ltd.
IBM
Delta Networks Systems SA DE CV
Texas Instruments Inc.
Motorola Corporation
Applied Micro Circuits Corporation
Artesyn Technologies
Audiocodes Ltd.
Sanmina SCI Corporation
Astec
Amphenol
Andrew Corporation
Qualcomm Inc.
Xilinx Inc.
Freescale Semiconductor
Trapeze Networks Inc.

15

Santur Corporation
Altera
STMicroelectronics
Broadcom Corporation
Hewlett Packard
Spectra Link
Alanex Corporation
Alpha Networks
Excelight Communications Inc.
Daeduck Electronics Company
Micron
Sun Microsystems
Airvana
Witness Systems Inc.
Scansoft
Minerva Systems Inc.
Microsoft
Itel House
Oracle Corporation
Wind River Systems Inc.
Wipro
TCS Consulting
Sasken
Tejas
Infosys
Bell Micro
ITC
Airspan
Mera
Polycom
Flextronics
CTDI
Advanced Information Management
Kuehne & Nagel International AG
Anixter International
Accton Technolgies
Emerson
Polytronix
Brookfield Lepage Johnson
Johnson Controls Inc.
Cigna

### *Debtors' Litigants*

California State Board of Equalization
Highpoint Telecommunications Inc.

16

Motorola
Patricia Harmon
Teligent Services Inc.
Verizon New York, Inc.
Robert Buchwald
Alexander Lovgren
Sharon Tangney
A.W. Chesterton, Inc.
Federal Insurance Company (Chubb)
Aldine Independent School District
Joseph Srygler
Ernest Demel
Steven Domenikos
Carrasco
Mack Thorpe, Jr.
Pavel Molodetskiy
Pamela Richardson
Harris Corporation
Scott M. Johnson
Terrence Freeman
Lisa Fitzgerald
Wanland and Associates
Jay Colton
Jim and Elaine Wright
Certain Tunable Laser Chips
Nortel Networks Corp. "ERISA" Litigation Plaintiffs


***Debtors' Lenders***

Export Development Canada


***Debtors' Banks and Money Market Funds***

Citibank
Bank of America
Deutsche Bank
JP Morgan
Morgan Stanley
UBS
Federated Treasury Obligations
JP Morgan U.S. Money Market Funds
Fidelity Treasury Portfolio Fund
Dreyfus Government Cash Management Fund
Government Prime Cash Management Fund
Reserve Primary Fund

17

***Debtors' Significant Customers***

Verizon
Korea Telecom – Freetel
AT&T
BCE
Telefonica
LGT
Datatec Networking and Com.
Sprint Nextel
Direct Touch Federal
SK Telecom
Telus
France Telecom/Orange
Alltel (ACI)
Hanoi Telecom
British Telecom
US Cellular
Deutsche Telecom
Tech Data Corp.
AMX
Motorola
BSNL
China Mobility

***Debtors' Landlords***

Hewlett Packard Financial Services
Meadow Brook Office LLC
New Boston 175 Capital Boulevard LP
Bonham Golf & Country Club, Inc.
City of Bonham
Woodfield Holdings Pt., LLC
Tomorrow 35 Century L.P.
Riverdale Office Properties Partnership
IStar Ctl. 1, L.P./Lehman Ali Inc.
Ciminelli Development Co. Inc.
Gail G. Anderson dba Willard T. Anderson Properties
Campbell Creek Ltd.
10 Sylvan SPE LLC
Sunset Land Company LLC
State Street Bank & Trust Co.
USAA Real Estate Company
Metropolitan Tulsa Investments LLC
Brookfield Lakes Corporate Center
Insignia ESG, Inc.

18

TCIT Dallas Industrial, Inc.
West Colony Office Associates, LP
Teachers Insurance & Annuity Corp.
Genesis Building LLC
Duke Realty Ohio
Technology Park X LTD Partnership
Flagler Development Company
7884 BR LLC
Behringer Harvard TIC
Coliseum Transfer Inc.
The Plaza CP, LLC
Omega Corporate Center, LP
Omaha Plaza Investments c/o CBRE The Mega Group
The Irvine Company and ACE Parking Management
Metropark South LLC
RP Sam Houston Plaza, L.P.
I & G Direct Real Estate 16, LP
Deka Immobilien Investment GMBH
One Boston Place, LLC
Crescent Peakview Tower LLC
Biltmore Financial Center II
Wireless (TX) LP QRS 14
UCM/SREP-Corporate Woods, LLC
Sobrato Land Holdings
Reckson Operating Partnership
IPC Metrocenter LLC
Technology Center Associates LP
Talcott III Ormsby LLC
Talcott II Alamo LP
101 Constitution Trust
HQ Global Workplaces Inc.
Colliers Dickson Flake Partners Inc.
Open Terrace Associates LLC
California State Teachers Retierment
Duesenberg Investment Company
Tallahassee Corporate Center LLC
Two Towne Square LLC
Duke Realty Ohio
One Capital Mall Investors LP
Gateway Associates Ltd.
Hines Riverfront Plaza, LP
Canal View Properties III, LLC
Green 485 Owner LLC
13560 Morris Road Office Investors, LLC
Tower 333 LLC
IGD Properties Corp.

19

Technology Park V LP

### Debtors' Insurers

ACE USA
ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Arch Insurance Company
Arrowhead General Insurance Agency
Allied World Assurance Company Ltd
Chubb Insurance Company of Canada
Continental Casualty Company
American Home Assurance Company (National Union)
Empire Indemnity
Falvey Cargo Underwriting
GCAN Insurance Company
Great American Insurance Group
Hartford Fire Insurance Company
Liberty International Underwriters Canada
Beazley Syndicate
Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Max Bermuda Ltd.
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd.
Zurich Insurance Company


### Counterparties to Debtors' Significant Contracts

The counterparties to the Debtors significant contracts are the Debtors' significant
customers and vendors, as listed above.

### Debtors' Bondholders and Trustees

Bank of New York
Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C

20

Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington
& Co, Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities,
Inc
Cede & Co.[1]
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Haywood Securities, Inc.
H&R Block
Huntington National Bank
Ingalls & Snyder, LLC

---

[1]      Securities registered in the name of Cede & Co. as nominee for the Depository Trust Company;
the beneficial holders are not known to the Debtors.

NEWYORK:2014217.30

Interactive Brokers, LLC/Retail Clearance
Jefferies & Co., Inc.
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association
Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company
Suntrust Bank

22

TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank

### *Debtors' Professionals*

Cleary Gottlieb Steen & Hamilton LLP
Morris, Nichols, Arsht & Tunnell LLP
Crowell & Moring LLP
Jackson Lewis LLP
Shearman & Sterling LLP
Lazard Frères & Co., LLC
Mercer (US) Inc.
Huron Consulting Group
Palisades Capital Advisors LLC
Punter Southall
Special Counsel Inc.
Global IP Law Group, LLC
RLKS Executive Solutions LLC
Chilmark Partners, LLC
Grant Thornton LLP
Linklaters LLP
Benesch Friedlander Coplan & Aronoff LLP
Torys LLP
Addrex Inc.
CB Richard Ellis, Inc.
Ernst & Young LLP
Cassidy Turley CPS
Eugene F. Collins

### *Unsecured Creditors Committee's Professionals*

Akin Gump Strauss Hauer & Feld LLP
Fraser Milner Casgrain LLP

23

Ashurst LLP
Capstone Advisory Group, LLC
Jefferies & Co., Inc.
Richards, Layton & Finger

### *Debtors' Major Competitors*

Sony Ericsson Mobile Communications A.B.
Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE
NEC
Foundry
Hitachi Cable
Avaya
Motorola
IBM
Hewlett Packard

### *Top 40 Unsecured Creditors*

The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016
The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011
The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014
The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012
The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013
Export Development Canada
The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026
Flextronics
Flextronics America LLC
Flextronics International Europe BV
SEAL Consulting
Computer Science Corporation
Jabil Circuit Inc (GDL)

24

Beeline
Infosys Technologies Ltd.
JDS Uniphase Corporation
Tata Consultancy Services
Communications Test Design Inc.
Glow Networks
Anixter
Flextronics International
ITC Networks
Johnson Controls Inc.
Emerson Network Power Embedded
Wistron InfoComm Technology Corp.
Wipro Technologies
Flextronics Logistics USA Inc.
Wipro Systems Ltd.
Telrad Networks Ltd.
Advanced Information Management
Airspan Communications Ltd.
McCann Erickson San Francisco
TEKsystems Inc.
Covergence Inc.
GFI Inc.
Flextronics Sales & Marketing North
Coams Inc.
IBM Corporation
Nortel Networks Corp. "ERISA" Litigation
Pension Benefit Guaranty Corporation

*Utilities*

Atmos Energy
City of Richardson
Suez Energy Resources N.A. Inc.
TXU Energy
Con Ed
City of Durham
Duke Energy Company
PSNC Energy
National Fuel
JCP&L
City of Santa Clara
PG&E – California
National Grid
National Grid – Massachusetts
National Grid - Melville
Town of Billerica
LIPA

25

Suffolk County Water Authority
Great Oaks Water Company
SRP
City of Sunrise
FPL
AT&T
BT Americas Inc
Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing
Hydro One Telecom Inc.
Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.
PCCW Global Inc

### Others

Ogilvy Renault LLP
Ernst & Young Inc.
Allen & Overy LLP
American Movil
Richardson Independent School District (ISD)
Texas Comptroller of Public Accounts
Margolis Edelstein
Cellco Partnership
Iron Mountain Information Management Inc.
Telmar Network Technology Inc.
Precision Communication Services, Inc.
Automotive Rentals, Inc.
ABN AMRO Bank N.V.
Bexar County
Westcon Group North America Inc.
SprintCom Inc.
Sprint/United Management Company
The Prudential Insurance Company of America
Tata American International Corporation
Scott Douglass
Powerwave Technologies, Inc.

26

NeoPhotonics Corp.
Oracle USA, Inc.
Cummins, Inc.
485 Lexington Owner LLC
GTCI
Hok, Inc,
Alpha Network USA, Inc.
SAP America, Inc.
Qwest Communications Corporation and Qwest Corporation
Sumitomo Electric Lightwave Corporation
Insight Direct USA, Inc.
Harris County
APC Workforce Solutions
Unisys
County of Loudon
Right Management
Slash Support
Clearwire Corp.
tw telecom
Aon Consulting
Tandberg
Xeta Technologies
Monarch Alternative Capital LP
State of Michigan, Department of Treasury
Commonwealth of Pennsylvania, Department of Revenue
Tennessee Department of Revenue
Harte-Hanks, Inc.
Intech Group, Inc.
Lisa Fitzgerald
Alan Robert Bloom (UK Administrator)
Christopher John Wilkinson Hall (UK Administrator)
Alan Michael Hudson (UK Administrator)
Steven John Harris (UK Administrator)
Eltek Valere U.S. Inc.
Thomas & Betts Manufacturing Inc.
City and County of Denver
MatlinPatterson Global Advisors LLP
Avaya Inc.
Gores Group, Inc.
Aldine Independent School District
TTI Team Telecom Netherlands B.V.
GE Fanuc Embedded Systems, Inc.
Commonwealth of Pennsylvania, Department of Revenue
Keith Weiner
Rudy Mathieu
Wendell Allen Neff

27

Charles Rowe
Neal Shact
Fred Scott
Jac Goudsmit
Dwayne Roberts
William Weidner
Price Paschall
The Internal Revenue Service
Bell Microproducts Canada-Tenex Data ULC
Law Debenture Trust Company of New York
Kien Chen
Moreno Minto
Nortel Networks UK Pension Trust Limited & The Board of the Pension Protection Fund
Guyana Telephone and Telegraph Company Limited
Cypress Communications, Inc.
Duane Morris LLP
Baker Botts L.L.P.
GENBAND, Inc.
Westchester Fire Insurance Company
ACE USA
Nuance Communications, Inc.
ACS Cable Systems, Inc.
One Equity Partners III, L.P.
Radware Ltd.
Telefonaktiebolaget LM Ericsson
Kapsch Carriercom AG
East Camelback Road, Inc.
Department of the Navy
Arthur A. Russell
Thomas & Betts Manufacturing Inc.
City and County of Denver
Aldine Independent School District
TTI Team Telecom Netherlands B.V.
Amphenol Corporation
Amphenol Fiber Optics
Andrew, LLC
Avanex
Dell Marketing, LP
Graybar Electric Company, Inc.
Staples National Advantage
Starent Networks Corp.
Tyco Electronics
Volex, Inc.
Zyxel Communications, Inc.
EMC Corporation
Sodexo, Inc.

28

Microvision, Inc.
Avidity Partners LLC
Acme Packet, Inc.
PSP Holding LLC
Google, Inc.
Spectrum Group Management LLC
Exide Technologies
Credit Suisse Strategic Partners
ASM Capital III, L.P.
ASM Capital, L.P.
Michael Alms
Gussie Anderson
Faye Brown
Roger Carlsen
John Elliott
Nanette Faison
Bert Fletcher
Barbara Gallagher
Gary Garrett
Laura Hale
Janette Head
Brad Henry
Mark Janis
William Johnson
Deborah (Margaret) Jnes
Peter Lawrence
James Lee
Fred Lindow
David Litz
Kerry Logan
Robert Martel
Terry Massengill
Reid Mullett
Pamela Powell
Frankie Proctor
Janie Proctor
Carol Raymond
William Reed
Ronald Rose Jr.
Charles Sandner
Cynthia Schmidt
Wayne Schmidt
Manuel Segura
Leolia Strickland
Michael Stutts
Carmel Totman

29

Claudia Vidmer
Susan Widener
Vada Wilson
Ranger Inc.
Microsoft Corporation
Oracle America, Inc.
Annabelle W. Caffry and Susannah C. Lund, Trustees of the John W. Caffry Family
Trust
SNMP Research International, Inc.
Solus Alternative Asset Management LP
Barbara Gallagher
Thomas Patrick Tinker (Assistant US Trustee)
William K. Harrington (Office of the US Trustee)
David Buchbinder (Office of the US Trustee)
Diane Giordano (Office of the US Trustee)
Christine Green (Office of the US Trustee)
Jeffrey Heck (Office of the US Trustee)
Mark Kenney (Office of the US Trustee)
David Klauder (Office of the US Trustee)
Jane Leamy (Office of the US Trustee)
James R. O'Malley (Office of the US Trustee)
Lauren O'Neal (Office of the US Trustee)
Michael Panacio (Office of the US Trustee)
Juliet Sarkessian (Office of the US Trustee)
Richard Schepacarter (Office of the US Trustee)
Ramona Vinson (Office of the US Trustee)
Michael West (Office of the US Trustee)
Shakima L. Williams (Office of the US Trustee)
Dion Wynn (Office of the US Trustee)
The Hon. Kevin Gross -*Only family relationships with Judge Gross need be disclosed

***Ad Hoc Bondholder Group***
Mackay Sheilds LLC
Loomis Sayles & Company, L.P.
Fidelity Management & Research Co.
Pacific Investment Management Company LLC
Sankaty Advisors LLC
Milbank Tweed LLP (advisors)

***Top 20 Creditors of Nortel Networks (CALA) Inc.***
Lederfyl SA
Optime Consulting Inc
Mcomm Group Inc
I and C SA
Telmar Network Technology
United Business Media LLC dba Everything Channel

30

Newcomm 2000
Central General Engineering and Maintenance Limited
Wireless Integrated Networks WIN
Siemens Enterprise Comm Inc
Manning Global
Mercury America USA Corp
Isbel SA
Alvarion Ltd
Coams Inc
Rerate Limited Inc
J Mock & Co SA
Konet PR
Online 2000 Inc
Verint Americas Inc

*Mediator*
Layn R. Phillips
Irell & Manella LLP
Warren K. Winkler

*Principal Officer*
John Ray

31

NEWYORK:2014217.30