IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re                                              :    Chapter 11
                                                   :
NORTEL NETWORKS, INC., ET AL.,                     :    Case No. 09-10138 (KG)
                                                   :
                     Debtors.                      :    (Jointly Administered)
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Karen M. Wagner, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the proposed communication agent for the Official Committee of Retired Employees, in the above-captioned cases:

On October 7, 2011, I caused to be served the following document via First-Class Mail on those parties identified on **Exhibit A**:

- Joint Motion of the Official Committee of Retired Employees and the Official Committee of Long-Term Disability Participants for an Order Authorizing the Employment and Retention of Alvarez & Marsal Healthcare Industry Group, LLC as Financial Advisors Nunc Pro Tunc to September 8, 2011 **[Docket No. 6570]**

Dated: October 10, 2011

/s/ Karen M. Wagner
Karen M. Wagner
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
310.823.9000

State of California   )
                      ) ss
County of Los Angeles )

Subscribed and sworn to (or affirmed) before me on this 10th day of October, 2011, by Karen M. Wagner, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: /s/

ELIZABETH MARIE BARNETT
Commission # 1867869
Notary Public - California
Los Angeles County
My Comm. Expires Oct 10, 2013

# Exhibit A

Exhibit A
Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Akin Gump | Fred S. Hodara Esq | Ryan C Jacobs Esq | David H Botter Esq | One Bryant Park | New York | NY | 10036-0000 | |
| Aldine Independent School District | Susan R. Fuertes Esq | 14910 Aldine-Westfield Road | | | Houston | TX | 77032-0000 | |
| Allen & Overy LLP | Ken Coleman Esq | Lisa J.P. Kraidin Esq | 1221 Ave of the Americas 20th Fl | | New York | NY | 10020-0000 | |
| Alvarez & Marsal Healthcare Industry Group, Ll | Ronald Winters, Managing Director | 600 Lexington Ave 6th Fl | | | New York | NY | 10022-0000 | |
| Amphenol Corporation | Edward C. Wetmore VP & Gen Counsel | 358 Hall Ave | | | Wallingford | CT | 06492-0000 | |
| APC Workforce Solutions LLC | Doug Goin CFO | 420 South Orange Ave | 6th Floor | | Orlando | FL | 32801-0000 | |
| Archer & Greiner PC | Charles J. Brown III Esq | 300 Delaware Ave | Ste 1370 | | Wilmington | DE | 19801-0000 | |
| Archer & Greiner PC | John V. Fiorella Esq | 300 Delaware Ave | Ste 1370 | | Wilmington | DE | 19801-0000 | |
| Arnall Golden Gregory LLP | Darryl S. Laddin Esq | Frank N Whiite Esq | 171 17th St NW Ste 2100 | | Atlanta | GA | 30363-1031 | |
| Ashby & Geddes P.A. | Gregory A. Taylor Esq | Benjamin W Keenan Esq | 500 Delaware Ave 8th Fl | | Wilmington | DE | 19801-0000 | |
| Ashby & Geddes P.A. | Ricardo Palacio Esq | 500 Delaware Ave | | | Wilmington | DE | 19801-0000 | |
| Ashby & Geddes P.A. | William P. Bowden Esq | 500 Delaware Ave | 8th Floor | | Wilmington | DE | 19801-0000 | |
| Assistant Attorney General | Laura L. McCloud Esq | P.O. Box 20207 | | | Nashville | TN | 37202-0000 | |
| Baker Botts LLP | Judith W. Ross | 2001 Ross Ave | | | Dallas | TX | 75201-0000 | |
| Ballard Spahr | Tobey M. Daluz Esq | Leslie Heillman Esq | David T May | 919 Market St 11th Fl | Wilmington | DE | 19801-0000 | |
| Ballard Spahr Andrews & Ingersoll LLP | David L. Pollack Esq | 51st Fl Mellon Bank Ctr | Jeffrey Meyers Esq | 1735 Market St | Philadelphia | PA | 19103-0000 | |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn Esq | 155 Federal St | 9th Floor | | Boston | MA | 02110-0000 | |
| Bayard P.A. | Charlene D. Davis Esq | Daniel A O'Brien Esq | Justin R Alberto | 222 Delaware Ave Ste 900 | Wilmington | DE | 19801-0000 | |
| Bell Microproducts Inc | David L. Uranga | 201 Monroe St | Ste 300 | | Montgomery | AL | 36104-0000 | |
| Bialson Bergen & Schwab | Lawrence M. Schwab Esq | Thomas M Gaa Esq | Patrick M Costello Esq | 2600 El Camino Real Ste 300 | Palo Alto | CA | 94306-0000 | |
| Bifferato LLC | Ian Connor Bifferato | Kevin G Collins | 800 N. King St 1st Fl | | Wilmington | DE | 19801-0000 | |
| Birch Horton Bittner & Cherot | James H. Lister | 1155 Connecticut Ave NW | Ste 1200 | | Washington | DC | 20036-0000 | |
| Blank Rome LLP | Michael D. DeBaecke Esq | 1201 Market St | Ste 800 | | Wilmington | DE | 19801-0000 | |
| Boylan Brown | Devin Lawton Palmer | 2400 Chase Square | | | Rochester | NY | 14604-0000 | |
| Bracewell & Guiliani LLP | Jennifer Feldsher | 1251 Ave of the Americas | | | New York | NY | 10020-0000 | |
| Brown & Connery LLP | Donald K. Ludman Esq | 6 North Broad St | Ste 1000 | | Woodbury | NJ | 08096-0000 | |
| Brown McCarroll LLP | Kell C. Mercer | Afton Sands-Puryear | 111 Congress Ave Ste 1400 | | Austin | TX | 78701-0000 | |
| Brown Stone Nimeroff LLC | Jami B. Nimeroff | 901 N. Market St | Ste 1300 | | Wilmington | DE | 19801-0000 | |
| Bryan Cave LLP | Cullen K. Kuhn Esq | 211 N Broadway | Ste 3600 | | St. Louis | MO | 63102-0000 | |
| Bryan Cave LLP | Eric S. Prezant Esq | 161 N Clark St | Ste 4300 | | Chicago | IL | 60601-0000 | |
| Bryan Cave LLP | Michelle McMahon Esq | 1290 Ave of the Americas | | | New York | NY | 10104-0000 | |
| Buchalter Nemer | Shawn M. Christianson Esq | 333 Market St | 25th Floor | | San Francisco | CA | 94105-2126 | |
| Buchanan Ingersoll & Rooney | Mary F. Caloway Esq | P J Duhig Esq | 1105 N. Market St Ste 1900 | | Wilmington | DE | 19801-1228 | |
| Campbell & Levine LLC | Marla R. Eskin Esq | Ayesha S Chacko Esq | 800 N King St Ste 300 | | Wilmington | DE | 19801-0000 | |
| Chadbourne & Parke LLP | N. Thodore Zink Jr. Esq | 30 Rockefeller Plaza | | | New York | NY | 10112-0000 | |
| Ciardi Ciardi & Astin | Daniel K. Astin | Joseph J McMahon Jr | 919 N. Market St Ste 700 | | Wilmington | DE | 19801-0000 | |
| Ciardi Ciardi & Astin | Mark H. Ralston | 2603 Oak Lawn Ave | Ste 200 | | Dallas | TX | 75219-0000 | |
| Ciardi Ciardi & Astin | Rick A. Steinberg | 100 Church St | 8th Floor | | New York | NY | 10007-0000 | |
| Cole Schotz Meisel Forman & Leonard | Norman L. Pernick Sanjay Bhatnagar | Sanjay Bhatnagar | 500 Delaware Ave Ste 1410 | | Wilmington | DE | 19801-0000 | |
| Connolly Bove | Jeffrey S. Wisler Esq | Marc J Phillips Esq | The Nemours Building | 1007 N Orange St | Wilmington | DE | 19801-0000 | |
| Cross & Simon LLC | Christopher P. Simon | 913 N. Market St | 11th Floor | | Wilmington | DE | 19801-0000 | |
| Curtis Mallet-Prevost Colt & Mosle LLP | Steven J. Reisman Esq | James V Drew Esq | 101 Park Ave | | New York | NY | 10178-0061 | |
| David W. Hansen Esq | | 525 University Ave | Ste 1100 | | Palo Alto | CA | 94301-0000 | |
| Davis Wright Tremaine LLP | James C. Waggoner Esq | 1300 SW 5th Ave | Ste 2300 | | Portland | OR | 97201-5630 | |
| Dewey & LeBoeuf LLP | Lawrence E. Miller Esq | 1301 Ave of the Americas | | | New York | NY | 10019-6092 | |
| Dewey & LeBoeuf LLP | Mohsin N. Khambati | Two Prudential Plaza Ste 3700 | 180 N. Stetson Ave | | Chicago | IL | 60601-6710 | |
| DLA Piper LLP (US) | Richard M. Kremen Esq | Dale K Cathell Esq | 6225 Smith Ave | | Baltimore | MD | 21209-0000 | |
| Duane Morris LLP | Michael R. Lastowski | 222 Delaware Ave | Ste 1600 | | Wilmington | DE | 19801-1659 | |
| Dykema Gossett PLLC | Stephen C. Stapleton | 1717 Main St | Ste 4000 | | Dallas | TX | 75201-7332 | |
| Edwards Angell Palmer & Dodge | Stuart M. Brown | 919 N. Market St | Ste 1500 | | Wilmington | DE | 19801-0000 | |
| Elliott Greenleaf | Rafael X. Zahralddin-Aravena | Shelley A Kinsella | 1105 N. Market St Ste 1700 | | Wilmington | DE | 19801-0000 | |
| EMC Corporation | Ronald Rowland Esq | c/o Receivable Management Servs | 307 International Circle Ste 270 | | Hunt Valley | MD | 21094-0000 | |
| Export Development Canada | Derek Austin | 151 O'Connor St | | | Ottowa | ON | K1A 1K3 | CANADA |

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Flextronics | Steve Jackman Esq VP | 847 Gibralter Drive | | | Milpitas | CA | 95035-0000 | |
| Foley & Lardner LLP | Jill L. Murch Esq | Lars A Peterson Esq | 321 North Clark St Ste 2800 | | Chicago | IL | 60654-5313 | |
| FPL Law Department | Rachel S. Budke Esq | 700 Universe Blvd | | | Juno Beach | FL | 33408-0000 | |
| Franchise Tax | Secretary of State Division of Corporations | P.O. Box 7040 | | | Dover | DE | 19903-0000 | |
| Fraser Milner Casgrain LLP | Michael J. Wunder | R Snayne Kuklowicz & Alex L MacFarlane | 77 King St West Ste 400 | | Toronto | ON | M5K 0A1 | CANADA |
| Freeborn & Peters LLP | Aaron L. Hammer Esq | Devon J Eggert Esq | 311 South Wacker Dr Ste 3000 | | Chicago | IL | 60606-0000 | |
| Fulbright & Jaworski LLP | David A. Rosenzweig Esq | 666 5th Ave | | | New York | NY | 10103-3198 | |
| Gibbons P.C. | David N. Crapo Esq | One Gateway Center | | | Newark | NJ | 07102-5310 | |
| Gibson Dunn & Krutcher LLP | David M. Feldman | Mitchell A Karlan | Matthew K Kelsey | 200 Park Ave | New York | NY | 10166-0193 | |
| Goodmans LLP | Chris Armstrong | Bay Adelaide Centre | 333 Bay St. Ste 3400 | | Toronto | ON | M5H 2S7 | CANADA |
| Gould & Ratner LLP | Christopher J. Horvay Esq | 222 N Lasalle St | Ste 800 | | Chicago | IL | 60601-0000 | |
| Hahn Loeser & Parks LLP | Alan S. Kopit Esq | Christopher W Peer Esq | 200 Public Square Ste 2800 | | Cleveland | OH | 44114-0000 | |
| Herbert Smith | Stephen Gale | Exchange House | Primrose Streeet | | London | UK | EC2A 2HS | ENGLAND |
| Herman Herman Katz & Cotlar | Soren E. Gisleson | 820 O'Keefe Ave | | | New Orleans | LA | 70113-0000 | |
| Hinckley Allen & Snyder LLP | Jennifer V. Doran Esq | 28 State St | | | Boston | MA | 02109-0000 | |
| Hitachi Lt. Telecommunicatons & Network Systems Division | Minoru Inayoshi Gen Mgr of M&A | 216 Totsuka-cho | Totsuka-ku | | Yokohama-shi | | 244-8567 | JAPAN |
| Holland & Knight LLP | Rod Andrerson Esq | Noel R Boeke Esq | P.O. Box 1288 | | Tampa | FL | 33601-1288 | |
| HP Company | Ramona Neal Esq | 11307 Chinden Blvd | MS 314 | | Boise | ID | 83714-0000 | |
| Hughes Hubbard | Michael Luskin | Derek J T Adler | One Battery Park Plaza | | New York | NY | 10004-0000 | |
| Hunton & Williams | Lynnette R. Warman | 1445 Ross Ave | Ste 3700 | | Dallas | TX | 75202-2799 | |
| IBM Corp. Legal Dept | R. S. Stahel | 1503 LBJ Freeway | 3rd Floor | | Dallas | TX | 75234-0000 | |
| IBM Corporation | Beverly H. Shideler BS8399 | Two Lincoln Centre | | | Oakbrook Terrace | IL | 60181-000 | |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| J. Scott Douglass Esq | | 909 Fannin | Ste 1800 | | Houston | TX | 77010-0000 | |
| JD Thompson Law | Judy D. Thompson | P.O. Box 33127 | | | Charlotte | NC | 28233-0000 | |
| Jones Day | Jeffrey B. Ellman Esq | Robbin S Rahman Esq | 1420 Peachtree St NE Ste 800 | | Atlanta | GA | 30309-0000 | |
| Katten Muchin Rosenman LLP | Dustin P. Branch Esq | 2029 Century Park East | Ste 2600 | | Los Angeles | CA | 90067-3012 | |
| Katten Muchin Rosenman LLP | Kenneth E. Noble Esq | 575 Madison Ave | | | New York | NY | 10022-2585 | |
| Kelley Drye & Warren LLP | Kristin S. Elliott | 101 Park Ave | | | New York | NY | 10178-0000 | |
| Klehr Harrison | Fred S. Kurtzman Esq | 1835 Market St | Ste 1400 | | Philadelphia | PA | 19103-0000 | |
| Klehr Harrison | Joanne B. Domenic Pacitti Esq | 919 Market St | Ste 1000 | | Wilmington | DE | 19801-0000 | |
| Kramer Levin Naftalis Frankel LLP | Ernest S. Wechsler | 1177 Ave of the Americas | | | New York | NY | 10036-0000 | |
| L.A. County Treasurer & Tax Collector | | P.O. Box 54110 | | | Los Angeles | CA | 90054-0110 | |
| Landis Rath & Cobb LLP | Adam G. Landis Esq | Kerri K Mumford Esq | J Landon Ellis Esq | 919 Market St Ste 1800 | Wilmington | DE | 19801-0000 | |
| Latham & Watkins LLP | David S. Allinson | Thomas Malone | Alexandra Croswell | 885 Third Ave Ste 1000 | New York | NY | 10022-4068 | |
| Latham & Watkins LLP | Robert J. Rosenberg | Michael J Riela | Zachary N Goldstein | 885 Third Ave Ste 1000 | New York | NY | 10022-4068 | |
| Lathrop & Gage LLP | Stephen K. Dexter Esq | US Bank Tower Ste 2400 | 950 Seventeenth St | | Denver | CO | 80202-0000 | |
| Lewis and Roca LLP | Scott K. Brown Esq | 40 North Central Ave | Ste 1900 | | Phoenix | AZ | 85004-0000 | |
| Linebarger Goggan Blair & Sampson LLP | David G. Aelvoet Esq | Travis Bldg Ste 300 | 711 Navarro | | San Antonio | TX | 78205-0000 | |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller Esq | 2323 Bryan St | Ste 1600 | | Dallas | TX | 75201-0000 | |
| Linebarger Goggan Blair & Sampson LLP | John P. Dillman Esq | P.O. Box 3064 | | | Houston | TX | 77253-3064 | |
| Lowenstein Sandler PC | Michael S. Etkin | Ira M Levee | 65 Livingston Ave | | Roseland | NJ | 07068-0000 | |
| Lowenstein Sandler PC | Vincent A. D'Agostino Esq | 65 Livingston Ave | | | Roseland | NJ | 07068-0000 | |
| Magnozzi & Kye LLP | Amish R. Doshi | One Expressway Plaza | Ste 114 | | Roslyn Heights | NY | 11577-0000 | |
| Malek Schiffrin LLP | Javier Schiffrin | Kevin Malek | 340 Madison Ave 19th Fl | | New York | NY | 10173-1922 | |
| Margolis Edelstein | Amy D. Brown | 750 Shipyard Drive | Ste 102 | | Wilmington | DE | 19801-0000 | |
| Mayer Brown LLP | Brian Trust | Thomas M Vitale | Amit K Trehan | 1675 Broadway | New York | NY | 10019-000 | |
| Mayer Brown LLP | Melissa A. Mickey | 71 S. Wacker Drive | | | Chicago | IL | 60604-1404 | |
| McCarter & English LLP | Willaim F. Taylor Jr. | 405 N. King St 8th Floor | Renaissance Centre | | Wilmington | DE | 19801-0000 | |
| McGuireWoods LLP | David I. Swan Esq | Kenneth M Misken Esq | 1750 Tysons Blvd Ste 1800 | | McLean | VA | 22102-4215 | |
| McGuireWoods LLP | James E. Van Horn | 7 Saint Paul St | Ste 1000 | | Baltimore | MD | 21202-1671 | |

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| MD Department of Labor Licensing & Reg | Office of Unemplmt Insurance Contributions Div. | Litigation Prosecution Unit | 1100 N. Eutaw St Room 401 | | Baltimore | MD | 21201-0000 | |
| Meyers Law Group P.C. | Merle C. Meyers Esq | Michele Thompson Esq | 44 Montgomery St Ste 1010 | | San Francisco | CA | 94104-0000 | |
| Milbank Tweed Hadley & McCloy LLP | Albert A. Pisa Esq | Andrew W Leblanc Esq | One Chase Manhattan Plaza | | New York | NY | 10005-0000 | |
| Milbank Tweed Hadley & McCloy LLP | Dennis Dunne Esq | One Chase Manhattan Plaza | | | New York | NY | 10005-1413 | |
| Milbank Tweed Hadley & McCloy LLP | Thomas R. Kreller | 601 South Figueroa St | Ste 3000 | | Los Angeles | CA | 90017-0000 | |
| Missouri Dept of Revenue | Sheryl L. Moreau Esq | P.O. Box 475 | Bankruptcy Division | | Jefferson City | MO | 65105-0475 | |
| Monarch Alternative Capital LP | Andrew Herenstein | 535 Madison Ave | | | New York | NY | 10022-0000 | |
| Monzack Mersky McLaughlin & Browder PA | Rachel B. Mersky Esq | 1201 N Orange St | Ste 400 | | Wilmington | DE | 19801-0000 | |
| Morris James LLP | Brett D. Fallon Esq | 500 Delaware Ave Ste 1500 | | | Wilmington | DE | 19801-0000 | |
| Morris James LLP | Carl N. Kunz Esq | Michael J Custer Esq | 500 Delaware Ave Ste 1500 | | Wilmington | DE | 19801-0000 | |
| Moses & Singer LLP | Alan Kolod | Christopher J Caruso & Ken C Kolbig | The Chrysler Building | 405 Lexington Ave | New York | NY | 10174-0000 | |
| Municipal Operations | Max Taylor Asst. City Atty. | 201 W. Colfax Ave | Dept. 1207 | | Denver | CO | 80202-5332 | |
| Munsch Hardt Kopf & Harr P.C. | Jonathan L. Howell Esq | 3800 Lincoln Plaza | 500 N Akard St | | Dallas | TX | 75201-6659 | |
| Nossaman LLP | Robert S. McWhorter Esq | 915 L St | Ste 1000 | | Sacramento | CA | 95814-0000 | |
| Office of the U.S. Trustee | Thomas P. Tinker. Esq | 844 King St | Ste 2207 Lockbox 35 | | Wilmington | DE | 19801-3519 | |
| Ogilvy Renault LLP | Jennifer Stam | Royal Bank Plaza South Tower | 200 Bay St Ste 3800 | | Toronto | ON | M5J 2Z4 | CANADA |
| Orrick Herrington & Sutcliffe LLP | Raniero D'Aversa Jr. Esq | Laura D Metzger Esq | 666 Fifth Ave | | New York | NY | 10103-0001 | |
| PA Department of Labor & Industry | Denise A. Mertz UC Tax Agent/Bankr Rep | Reading Bankr & Complaince Unit | 625 Cherry St Room 203 | | Reading | PA | 19602-1184 | |
| PA Senior Deputy Atty Gen | Carol E. Momjian Esq | 21 S 12th St | 3rd Floor | | Philadelphia | PA | 19107-3603 | |
| Pachulski Stang Ziehl & Jones | Laura Davis Jones | Timothy P Cairns | 919 N. Market St 17th Fl | | Wilmington | DE | 19899-8705 | |
| Partridge Snow & Hahn LLP | Patricia Antonelli | Lauren F Verni | 180 S. Main St | | Providence | RI | 02903-0000 | |
| Patterson Harkavy | Ann Groninger Esq | 225 E. Worthington Ave | Ste 200 | | Charlotte | NC | 28203-0000 | |
| Paul Hastings Janofsky & Walker LLP | Robert Winter | 875 15th St N.W. | | | Washington | DC | 20005-0000 | |
| Paul Weiss Rifkind Wharton & Garrison | Stephen J. Shimshak | Marilyn Sobel | 1285 Ave of the Americas | | New York | NY | 10019-6064 | |
| Pension Benefit Guaranty Corp | Vicente Matias Murrell Esq | Stephen D Schreiber Esq | 1200 K St NW | | Washington | DC | 20005-4026 | |
| Pepper Hamilton LLP | David B. Stratton Esq Leigh-Anne M. Raport Esq Evelyn J. Meltzer Esq | Leigh-Anne M Raport Esq | Evelyn J Meltzer Esq | 1313 Market St Ste 5100 | Wilmington | DE | 19801-0000 | |
| Pepper Hamilton LLP | Henry Jaffe Esq | 1313 Market St Ste 5100 | | | Wilmington | DE | 19801-0000 | |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda Esq | 4025 Woodland Park Blvd | Ste 300 | | Arlington | TX | 76013-0000 | |
| Pinckney Harris & Weidinger LLC | Donna L. Harris | Donna L Harris | 1220 N. Market St Ste 950 | | Wilmington | DE | 19801-0000 | |
| Polsinelli Shughart PC | Christopher A. Ward Esq | Justin K Edelson Esq | 222 Delaware Ave Ste 1101 | | Wilmington | DE | 19801-0000 | |
| Post & Schell P.C. | Brian W. Bisignani Esq | 17 N 2nd St | 12th Floor | | Harrisburg | PA | 17101-1601 | |
| Poyner Spruill LLP | Shannon E. Hoff | 301 S. College St | Ste 2300 | | Charlotte | NC | 28202-0000 | |
| Prickett Jones & Elliott PA | Bruce E. Jameson | 1310 King St | Box 1328 | | Wilmington | DE | 19899-0000 | |
| Ray Quinney & Nebeker P.C. | Stephen C. Tingey Esq | 36 South State St | Ste 1400 | | Salt Lake City | UT | 84145-0385 | |
| Reed Smith LLP | Kurt F. Gwynne Esq | J Cory Falgowski Esq | 1201 N Market St Ste 1500 | | Wilmington | DE | 19801-0000 | |
| Richards Layton & Finger | Mark D. Collins Esq | Christopher M Samis Esq | One Rodney Square | 920 N King St | Wilmington | DE | 19801-0000 | |
| Riddell Williams P.S. | Joseph E. Shickich Jr. Esq | 1001 4th Ave | Ste 4500 | | Seattle | WA | 98154-1192 | |
| Robbins Geller Rudman & Dowd LLP | Samuel H. Rudman David A. Rosenfeld | David A Rosenfeld | 58 S. Service Road Ste 200 | | Melville | NY | 11747-0000 | |
| Robinson Bradshaw & Hinson P.A. | David M. Schilli Esq | Ty E Shaffer Esq | 101 North Tryon St Ste 1900 | | Charlotte | NC | 28246-0000 | |
| Ropes & Gray LLP | James M. Wilton | Patricia I Chen | Prudential Tower | 800 Boylston St | Boston | MA | 02199-3600 | |
| Ropes & Gray LLP | Mark I. Bane | Anne H Pak | 1211 Ave of the Americas | | New York | NY | 10036-8704 | |
| Saul Ewing LLP | Joyce A. Kuhns | 500 E. Pratt St | 8th Floor | | Baltimore | MD | 21202-0000 | |
| Schiff Hardin LLP | John C. Vigano Esq | Patricia J Fokuo Esq | 6600 Sears Tower | | Chicago | IL | 60606-6473 | |
| SEC NY Regional Office | Attn: Nathan Fuchs | 233 Broadway | | | New York | NY | 10279-0000 | |
| SEC NY Regional Office Bankruptcy Division | Alistar Bambach | 3 World Financial Center | Ste 400 | | New York | NY | 10281-1022 | |
| Secretary of Treasury | | P.O. Box 7040 | | | Dover | DE | 19903-0000 | |
| Securities & Exchange Commission | | 100 F St NE | | | Washington | DC | 20549-0000 | |

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Sheppard Mullin Richter & Hampton LLP | Carren B. Shulman Esq | Kimberly K Smith Esq | 30 Rockefeller Plaza 24th Fl | | New York | NY | 10112-0000 | |
| Sirlin Gallogly & Lesser | Dana S. Plon Esq | 123 S. Broad St | Ste 2100 | | Philadelphia | PA | 19109-0000 | |
| Skadden Arps Slate Meagher & Flom LLP | Anthony W. Clark Esq | Michelle L Green Esq | Kristy M Peguero Esq | One Rodney Square | Wilmington | DE | 19801-0000 | |
| Skadden Arps Slate Meagher & Flom LLP | Gregg M. Galardi | Sarah E Pierce | One Rodney Square | PO Box 636 | Wilmington | DE | 19899-0636 | |
| Smith Anderson Blount Dorsett Mitchell & Jernigan LLP | Amos U. Priester IV Esq | Anna B Osterhout Esq | P.O. Box 2611 | | Raleigh | NC | 27602-2611 | |
| Smith Katzenstein & Jenkins LLP | Kathleen M. Miller Esq | 800 Delaware Ave | 10th Floor | | Wilmington | DE | 19801-0000 | |
| State of MI Dept of Treasury | Deborah B. Waldmeir Esq | Cadillac Place Ste 10-200 | 3030 W Grand Blvd. | | Detroit | MI | 48202-0000 | |
| Stempel Bennett Claman & Hochberg P.C. | Edmond P. O'Brien Esq | 675 Third Ave | 31st Floor | | New York | NY | 10017-0000 | |
| Stevens & Lee P.C. | Maria Aprile Maria Aprile Sawczuk Esq | 1105 N Market St | 7th Floor | | Wilmington | DE | 19801-0000 | |
| Stokes Lawrence P.S. | Thomas A. Lerner | 800 Fifth Ave | Ste 4000 | | Seattle | WA | 98104-0000 | |
| Sullivan Hazeltine Allinson LLC | William D. Sullivan Esq | 4 E 8th St | Ste 400 | | Wilmington | DE | 19801-0000 | |
| Sumitomo Electric | Chris Finch Credit Manager | 78 Alexander Drive | PO Box 13445 | | Triangle Park | NC | 27709-0000 | |
| Swartz Campbell LLC | Nicholas Skiles Esq John A. Wetzel Esq | One S. Church St | Ste 400 | | West Chester | PA | 19382-0000 | |
| Tax Authority Consulting Services P.C. | Mark K. Ames | P. O. Box 71476 | | | Richmond | VA | 23255-0000 | |
| The InTech Group Inc. | Ernie Holling President | 305 Exton Commons | | | Exton | PA | 19341-0000 | |
| The Interpublic Group of Companies | Nicholas Vianna | 1114 Ave of the Americas | 19th Floor | | New York | NY | 10036-0000 | |
| Tishler & Walk Ltd. | Jeffrey B. Rose | 200 S. Wacker Drive | Ste 3000 | | Chicago | IL | 60606-0000 | |
| Togut Segal & Segal LLP | Albert Togut | Neil Berger | One Penn Plaza | | New York | NY | 10119-0000 | |
| Travelers | Attn Chantel Pinnock | 1 Tower Square | 5MN | | Hartford | CT | 06183-4044 | |
| tw telecom inc. | Linda Boyle | 10475 Park Meadows Dr | Ste 400 | | Littleton | CO | 80124-0000 | |
| U.S. Dept of Justice Civil Div | Seth B. Shapiro Esq | P.O. Box 875 | Ben Franklin Station | | Washington | DC | 20044-0000 | |
| U.S. Dept of Justice Tax Div | Jan M. Geht Esq | P.O. Box 227 | | | Washington | DC | 20044-0000 | |
| Unisys Corporation | Janet Fitzpatrick | P.O. Box 500 | M/S E8-108 | | Blue Bell | PA | 19424-0000 | |
| Universal Service Administrative Co | David Capozzi Acting General Counsel | 2000 L St NW | Ste 200 | | Washington | DC | 20036-0000 | |
| US Attorney's Office | District of Delaware | 1007 N. Orange St | | | Wilmington | DE | 19801-0000 | |
| Vedder Price P.C. | Douglas J. Lipke, Esq | Robert F Simon Esq | 222 North LaSalle Street, Suite 2600 | | Chicago | IL | 60601-0000 | |
| Vedder Price P.C. | Michael L. Schein Esq | 1633 Broadway | 47th Floor | | New York | NY | 10019-0000 | |
| VonBriesen & Roper S.C. | Randall D. Crocker Esq | 411 E Wisconsin Ave | Ste 700 | | Milwaukee | WI | 53202-0000 | |
| Vorys Sater Seymour and Pease | Tiffany Strelow Cobb | 55 East Gay St | | | Columbus | OH | 43215-0000 | |
| Wachtell Lipton Rosen & Katz | Philip Mindlin | Douglas K Mayer | Benjamin M Roth & Gregory E Pessin | 51 West 52nd St | New York | NY | 10019-0000 | |
| Werb & Sullivan | Duane D. Werb Esq | 300 Delaware Ave | 13th Floor | | Wilmington | DE | 19801-0000 | |
| Wildman Harrold Allen & Dixon LLP | Mary E. Olson | 225 West Wacker Drive | Ste 3000 | | Chicago | IL | 60606-0000 | |
| Willkie Farr & Gallagher LLP | Jeremy E. Crystal Esq | 787 7th Ave | | | New York | NY | 10019-0000 | |
| Willkie Farr & Gallagher LLP | Marc Abrams | Brian E O'Connor | Sameer Advani | 787 7th Ave | New York | NY | 10019-6099 | |
| Wilson Elser Moskowitz Edelman & Dicker LLP | Mark G. Ledwin Esq | 3 Gannett Drive | | | White Plains | NY | 10604-0000 | |
| Wolff & Samson PC | Robert E. Nies Esq | The Offices at Crystal Lake | One Boland Drive | | West Orange | NJ | 07052-0000 | |
| Womble Carlyle Sandridge & Rice PLLC | Steven K. Kortanek | Matthew P Ward | 222 Delaware Ave Ste 1501 | | Wilmington | DE | 19801-0000 | |
| Young Conaway | James L. Patton | Edwin J Harron | The Brandywine Bldg | 1000 West St 17th Fl | Wilmington | DE | 19801-0000 | |