**Wave 7 Service List**

**Via Hand Delivery**

Ian Connor Bifferato
Bifferato LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801

**Via First Class Mail**

Jeffrey M. Carbino
Patrick W. Carothers
Gregory W. Hauswirth
THORP REED & ARMSTRONG, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, Pennsylvania 15219-1425

4370035.1