MARY LOFTUS
6730 VERNON AVE SOUTH, 406
EDINA, MN 55436
**CERTIFIED MAIL: 7010 0290 0002 6336 1549**

October 3, 2011

Clerk of the United State Bankruptcy Court
District of Delaware
824 Market Street
3rd Floor
Wilmington, DE 19801

> **RE: NOTIC OF MTOTION OF THE OFFICIAL COMMITTEE OF RETIRED EMEPLOYEES PURSUANT TO 11 U.S.C. 105(A), 1102(B)(3)(A), 1114(B)(2) AND 1114(K)(3) FOR ENTRY OF AN ORDER CLARIFYING ITS REQUIREMENTS TO PROVIDE ACCESS TO INFORMATION UNDER 11 U.S.C. 1102(B)(3)(A)**

To All Concerned:

In reference to The U.S. Bankruptcy Court of the Honorable Kevin Gross; The Courts decision regarding Nortel Networks Chapter 11 Bankruptcy Petition and subsequent negative impact on Nortel Networks Retiree Benefits, such as:

- Long Term Care Insurance
- Paid Life Insurance

In light of Nortel Networks <u>lucrative</u> sale of its Intellectual Property Patents to Google, AFTER petitioning the Court for Chapter 11 Bankruptcy Relief of its obligations to Nortel Networks Retirees this situation appears to be outrageously unfair.

I believe the Court has, at a minimum, the obligation to allow Nortel Networks financially injured Retirees to have access to information regarding historical, current and ongoing status of Nortel Networks Insurance Plans relating to 1) Long Term Care Insurance, 2) Term Life Insurance.

Access to historical and current information of these plans as well as the names and address of its agents could facilitate an opportunity for a Coalition of Nortel Networks Retirees or Individual Retirees the ability to negotiate continuation of those Insurance Programs with the Providers.

It is my understanding per the Communication of Case No. 09—10138 (KG) that "The Official Committee of Retirees (the "Retiree Committee") and its undersigned counsel should/will serve as a conduit of information to and for the financial injured Nortel Networks Retirees resulting from the Chapter 11 Nortel Networks Bankruptcy Judgment. If such is the case, I concur.

Sincerely,

Mary Loftus
Nortel Networks US Retiree 2005


CC: MCCARTER & ENGLISH, LLP
CC: TOGUT, SEGAL & SEGAL, LLP
CC: KURTZMAN CARSON CONSULTANTS, LLC