# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
In re                                            :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]               :    Case No. 09-10138 (KG)
:
Debtors.                          :    Jointly Administered
:
-----------------------------------------------------------X

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
## ON OCTOBER 14, 2011 AT 9:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**CONTESTED MATTERS GOING FORWARD**

1.  Joint Objection and Motion to Dismiss Claims of Nortel Networks UK Limited (D.I. 5970, Filed 7/15/11).

    Objection Deadline:  August 12, 2011 at 4:00 p.m. (ET).

    Responses Received:

    (a)   The Joint Administrators' Memorandum of Law in Opposition to the Debtors' and Committee's Joint Objection and Motion to Dismiss the Claims of Nortel Networks UK Limited (D.I. 6373, Filed 9/14/11); and

    (b)   Declaration of Philip Marshall QC in Opposition to Joint Objection and Motion to Dismiss Claims of Nortel Networks UK Limited (D.I. 6374, Filed 9/15/11).

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Related Pleadings:

(a)   Declaration of Michael Todd Q.C. in Support of Joint Objection and Motion to Dismiss Claims of Nortel Networks UK Limited (D.I. 5971, Filed 7/15/11);

(b)   Declaration of Luke A. Barefoot in Support of Joint Objection and Motion to Dismiss Claims of Nortel Networks UK Limited (D.I. 5972, Filed 7/15/11); and

(c)   Joint Reply in Further Support of Objection and Motion to Dismiss Claims of Nortel Networks UK Limited (D.I. 6553, Filed 10/5/11); and

(d)   Reply Declaration of Michael Todd QC in Support of Joint Objection and Motion to Dismiss Claims of Nortel Networks UK Limited (D.I. 6554, Filed 10/5/11).

Status:  The hearing on this matter will go forward.

2.   Joint Objection and Motion to Dismiss Claims of Nortel Networks (Ireland) Limited (D.I. 6022, Filed 7/22/11).

Objection Deadline:  August 19, 2011 at 4:00 p.m. (ET).

Responses Received:

(a)   The Joint Administrators' Memorandum of Law in Opposition to the Debtors' and Committee's Joint Objection and Motion to Dismiss Claims of Nortel Networks (Ireland) Limited (D.I. 6379, Filed 9/16/11); and

(b)   Declaration of John Hennessy SC in Opposition to the Joint Objection and Motion to Dismiss the Claims of Nortel Networks Ireland (D.I. 6375, Filed 9/15/11).

Related Pleadings:

(a)   Declaration of Aidan Redmond SC in Support of the Joint Objection and Motion to Dismiss Claims of Nortel Networks Ireland (Nortel Ireland) (D.I. 6023, Filed 7/22/11);

(b)   Declaration of Tomislav A. Joksimovic in Support of Joint Objection and Motion to Dismiss Claims of Nortel Networks (Ireland) Limited (D.I. 6024, Filed 7/22/11);

(c)   Reply Memorandum of Law Further Support of Joint Objection and Motion to Dismiss Claims of Nortel Networks (Ireland) Limited (D.I. 6574, Filed 10/7/11); and

2

    (d)    Reply Declaration of Aidan Redmond SC in Support of the Joint Objection and Motion to Dismiss Claims of Nortel Networks Ireland (Nortel Ireland) (D.I. 6555, Filed 10/5/11).

Status:  The hearing on this matter will go forward.

3. Joint Objection and Motion to Dismiss Claims of Nortel Networks S.A. (NNSA) and its French Liquidator (D.I. 6026, Filed 7/22/11).

 Objection Deadline:  August 19, 2011 at 4:00 p.m. (ET).

Responses Received:

(a)    The Joint Administrators' Memorandum of Law in Opposition to the Debtors' and Committee's Joint Objection and Motion to Dismiss Claims of Nortel Networks S.A. (NNSA) and its French Liquidator (6380, Filed 9/16/11); and

(b)    Declaration of Professor Michel Menjucq in Support of Joint Administrators' Opposition to the Debtors' and Committee's Joint Objection and Motion to Dismiss the Claims of Nortel Networks S. A. (NNSA) and its French Liquidator (D.I. 6376, Filed 9/15/11).

Related Pleadings:

(a)    Declaration of Guilhem Bremond in Support of Joint Objection and Motion to Dismiss Claims of Nortel Networks S.A. (NNSA) and its French Liquidator (D.I. 6027, Filed 7/22/11);

(b)    Declaration of Lauren L. Peacock in Support of Joint Objection and Motion to Dismiss Claims of Nortel Networks S.A. (NNSA) and its French Liquidator (D.I. 6028, Filed 7/22/11);

(c)    Joint Reply in Further Support of Objection and Motion to Dismiss Claims of Nortel Networks S.A. (NNSA) and its French Liquidator (D.I. 6575, Filed 10/7/11); and

(d)    Second Declaration of Guilhem Bremond in Support of Joint Objection and Motion to Dismiss Claims of Nortel Networks S.A. (NNSA) and its French Liquidator (D.I. 6556, Filed 10/5/11).

Status:  The hearing on this matter will go forward.

Dated: October 12, 2011
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Chad A Fights*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4506522.3