IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

In re                                              : Chapter 11
                                                   :
Nortel Networks Inc., *et al.*,[1]                 : Case No. 09-10138 (KG)
                                                   :
              Debtors.                : Jointly Administered
                                                   :
------------------------------------------------------------X

*RECEIVED / FILED OCT 12 2011 U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE*

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Oclaro Technology Ltd. f/k/a Oclaro Technology Plc. f/k/a Bookham Technology Plc. hereby withdraws Proof of Claim number 4653 with prejudice in the above-captioned cases. For the avoidance of doubt, this withdrawal shall have no effect upon Proof of Claim numbers 4684 and 4685.

Dated: October 7, 2011

Oclaro Technology Ltd.

By: _____          Witness: _____
Jerry Turin                      Christopher Croddy
Director                         Oclaro, Inc. Corporate Controller
                                 2560 Junction Ave., San Jose, CA

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at available at http://epiq11.com/nortel.