## EXHIBIT A

**(i)     Counterparties to Limited Notice Avoidance Settlements Since First Settlement Notice**

Abacus Solutions, LLC
Automotive Rentals, Inc.
Avea Iletisim Hizmtleri A.S.
Axerra Networks, Inc.
Celestica Holdings PTE Ltd. and Celestica Thailand Ltd.
Certicom Corporation
Continuous Computing Corporation
Critical Path Strategies, Inc.
Devoteam Danet GmbH
Eltek Valere Inc. and Eltek Energy LLC
Exide Technologies
Global Knowledge Training LLC
Green Hills Software, Inc.
Ingram Micro Inc.
Insight Direct USA, Inc.
Ixia
Kodiak Technology Partners LLC
Layne Communications, LP
MobileNet Services, Inc.
Nera, Inc.
NetIQ Corporation
Paradigm Works, Inc.
PMC-Sierra, Inc. and PMC-Sierra Ltd.
Red Hat, Inc.
SAS Institute, Inc.
SecureLogix Corporation
Skillsoft Corporation
TGS, Inc.
Trapeze Networks, Inc.
Weston Solutions, Inc. d/b/a Weston International

**(ii)    Cash Amount of Limited Notice Avoidance Settlements Since First Settlement Notice**

$1,017,000.00