# CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Second Notice of Settlement of Certain Avoidance Claims** was caused to be made on October 12, 2011, in the manner indicated upon the entities identified on the attached service list.

Date: October 12, 2011

*/s/ Chad A. Fights*
Chad A. Fights (No. 5006)

4359283.2