## EXHIBIT A

**(i)** **Proofs of Claim Settled Since First Settlement Notice**[1]

| Claim Number | Claimant |
|---|---|
| 1702 | NetIQ Corporation |
| 999 | Securitas |
| 7516 | Eltek Valere Inc. |
| 267 | Exide Technologies |
| 1562 | Pineview Associates |
| 880 | Corning Incorporated |
| 6834 | Hub Properties Trust |
| 5040 | Reckson Operating Partnership L.P. |
| 6981 | Reckson Operating Partnership L.P. |
| 5899 | Springwell Capital Partners LLC |
| 4545 | Celestica Japan K.K. |
| 4546 | Celestica Holdings PTE, Ltd. |
| 1593 | MobileNet Services, Inc. |
| 6123 | Ingram Micro Chile, S.A. |
| 3942 | Red Hat, Inc. |
| 974 | Trapeze Networks, Inc. |

**(ii)** **Allowed Amount of Limited Notice Claims' Settlements Since First Settlement Notice**

$3,599,753.19

---

[1] Includes Proofs of Claim disallowed in full or withdrawn pursuant to the Limited Notice Claims' Settlements.