Case 09-10138-MFW    Doc 6586-2    Filed 10/12/11    Page 1 of 1

# **CERTIFICATE OF SERVICE**

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Second Notice of Settlement of Certain Prepetition Claims Against the Debtors** was caused to be made on October 12, 2011, in the manner indicated upon the entities identified on the attached service list.

Date: October 12, 2011

*/s/ Chad A. Fights*
Chad A. Fights (No. 5006)

4197702.3