# **<u>EXHIBIT A</u>**

**NORTEL EXHIBIT A-TIME DETAILS PERIOD SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 9/8/2011 | Call with J. Sherret of Cleary to discuss preference analyses. | 0.60 | 410 | 246.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 9/8/2011 | Call with J. Sherret of Cleary to discuss preference analyses. | 0.70 | 410 | 287.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 9/8/2011 | Call with J. Sherret of Cleary to discuss preference analyses. | 0.70 | 410 | 287.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 9/12/2011 | Call with M. Vanek of Cleary to discuss preference analyses. | 0.40 | 410 | 164.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 9/13/2011 | Call with A. Kagan of Cleary regarding certain scheduled items. | 0.40 | 410 | 164.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 9/13/2011 | Call with R. Boris and J. Davison of Nortel and K. O'Neill and M. Mendolaro of Cleary for the weekly claims status call. | 0.50 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 9/13/2011 | Call with T. Britt of Cleary regarding employee HR and contact information. | 0.80 | 410 | 328.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 9/16/2011 | Call with T. Britt of Cleary and B. Hunt of Epiq regarding the bar date package. | 1.00 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 9/16/2011 | Call with T. Britt of Cleary and B. Hunt of Epiq regarding the bar date package. | 1.00 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 9/20/2011 | Call with R. Boris and J. Davison of Nortel and K. O'Neill and M. Mendolaro of Cleary for the weekly claims status call. | 0.50 | 410 | 205.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 9/14/2011 | Provided A. Kagan of Cleary with information on the schedules. | 1.20 | 410 | 492.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 9/16/2011 | Corresponded with A. Tsai of Epiq regarding certain schedule information. | 1.30 | 410 | 533.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 9/19/2011 | Provided A. Kagan of Cleary with schedule analysis per request. | 1.00 | 410 | 410.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 9/21/2011 | Provided T. Britt of Cleary with information on the schedules. | 1.30 | 410 | 533.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 9/23/2011 | Investigated certain schedule items for notification purposes per request of T. Britt of Cleary. | 1.10 | 410 | 451.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 9/12/2011 | Nortel-review draft June 2011 Form 26, note to Huron director. | 1.20 | 725 | 870.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 9/14/2011 | Nortel-update on reporting matters, MOR draft revisions, correspondence and case file. | 1.00 | 725 | 725.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 9/15/2011 | Nortel-review draft MOR, cash detail, notes. | 0.60 | 725 | 435.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 9/15/2011 | Nortel-notes on MOR draft to client. | 0.10 | 725 | 72.50 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 9/15/2011 | Nortel-conference call with client re MOR, discussion items on cash reporting, accruals on a go forward basis in 2012, tax reporting requirements. | 0.40 | 725 | 290.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 9/26/2011 | Nortel-review and respond to E. Smith at Nortel re updated draft of MOR and disclosures. | 0.70 | 725 | 507.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 9/26/2011 | Nortel-follow-up on MOR draft correspondence with E. Smith of Nortel. | 0.20 | 725 | 145.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 9/28/2011 | Nortel-address question from counsel regarding certain scheduled items. review and inquiry. | 0.30 | 725 | 217.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 9/28/2011 | Nortel-review August MOR draft | 0.50 | 725 | 362.50 |
| 6 | Retention and Fee Applications | Coley P. Brown | 9/1/2011 | Corresponded with J. Moldrem of Nortel regarding Huron monthly fee and expense estimates. | 0.20 | 410 | 82.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 9/12/2011 | Corresponded with M. DeCarli regarding the monthly fee application certificate of no objection. | 0.30 | 410 | 123.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 9/19/2011 | Corresponded with C. Tuttle of Huron regarding August time and expenses. | 0.40 | 410 | 164.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 9/19/2011 | Provided the updated August monthly fee application to Huron managing director for his review and signoff. | 0.80 | 410 | 328.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 9/19/2011 | Reviewed and updated the August monthly fee application time and expense details. | 1.50 | 410 | 615.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 9/19/2011 | Reviewed and updated the August monthly fee application documents and exhibits. | 1.70 | 410 | 697.00 |
| 6 | Court Hearings / Preparation | James Lukenda | 9/20/2011 | Nortel-review fee application details and preparation for quarterly fee application hearing. | 0.40 | 725 | 290.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/1/2011 | Corresponded with B. Phelps and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/1/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from N. Abularach of Cleary. | 1.50 | 410 | 615.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/6/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/7/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/8/2011 | Corresponded with B. Phelps and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/8/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/8/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/8/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/8/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/9/2011 | Corresponded with B. Phelps and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 0.60 | 410 | 246.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/9/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/9/2011 | Corresponded with Nortel AR regarding certain payments received from preference defendants. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/12/2011 | Corresponded with L. Rowan and/or D. Rutledge of Nortel regarding contract documents. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/12/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/12/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/12/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 0.80 | 410 | 328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/12/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/12/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/12/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/12/2011 | Corresponded with B. Phelps and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/13/2011 | Corresponded with B. Phelps and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/13/2011 | Corresponded with M. Hilton of Nortel regarding contract documents. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/13/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/14/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/15/2011 | Corresponded with B. Phelps and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 0.60 | 410 | 246.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/15/2011 | Requested claim recons from R. Boris of Nortel for preference analysis purposes. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/16/2011 | Corresponded with B. Phelps and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/16/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 1.30 | 410 | 533.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/16/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 1.40 | 410 | 574.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/19/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/19/2011 | Corresponded with B. Phelps and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 1.30 | 410 | 533.00 |

**NORTEL EXHIBIT A-TIME DETAILS PERIOD SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/20/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/21/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 0.50 | 410 | 205.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/21/2011 | Corresponded with S. Cummins of Nortel regarding refunds/credits as they relate to preference matters. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/21/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 1.50 | 410 | 615.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/22/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/22/2011 | Investigated vendor historical paid invoice activity with the assistance of G. Townsend of Nortel. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/23/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 1.00 | 410 | 410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/23/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 1.10 | 410 | 451.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 9/23/2011 | Corresponded with B. Phelps and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 1.50 | 410 | 615.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/6/2011 | Prepared employee claim analysis and provided to J. Davison of Nortel. | 1.20 | 410 | 492.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/12/2011 | Corresponded with C. Gannon of Nortel regarding employee claim information and provided updated analysis of the same. | 1.30 | 410 | 533.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/15/2011 | Reconciled multiple claim invoices to determine overlap per request from B. Faubus of Cleary. | 1.60 | 410 | 656.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/22/2011 | Requested an updated version of the claims database from R. Boris of Nortel. | 0.40 | 410 | 164.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 9/23/2011 | Updated the subsidiary claims report and provided to B. Faubus of Nortel. | 2.30 | 410 | 943.00 |
| 16 | Unsecured Claim Analysis | Lee Sweigart | 9/13/2011 | Reviewed unsecured claim information and provided update to R. Baik of Cleary. | 1.00 | 555 | 555.00 |
| 25 | Case Administration | Coley P. Brown | 9/1/2011 | Call with Huron managing director and director to provide update on preference workstream and other deliverables. | 0.80 | 410 | 328.00 |
| 25 | Case Administration | James Lukenda | 9/1/2011 | Nortel-conference with Huron director and manager regarding discussion of workstream status and update. | 0.80 | 725 | 580.00 |