# **<u>EXHIBIT B</u>**

**NORTEL EXHIBIT B-EXPENSE DETAILS PERIOD  SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
|  |  |  |  | - |