**<u>EXHIBIT A</u>**

00033

Court File No. 09-CL-7950

*ONTARIO*
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

IN THE MATTER OF THE *COMPANIES' CREDITORS
ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF
COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS
TECHNOLOGY CORPORATION

SEVENTY-THIRD REPORT OF THE MONITOR
DATED AUGUST 17, 2011

00034

## TABLE OF CONTENTS

Page

I.      INTRODUCTION ...................................................................................................1
II.     PURPOSE.............................................................................................................3
III.    TERMS OF REFERENCE ...................................................................................4
IV.     BACKGROUND ...................................................................................................4
V.      CURRENT STATUS.............................................................................................6
VI.     INTERIM DISTRIBUTION..................................................................................7
VII.    SPECIFIC PROCESS MATTERS .......................................................................8
VIII.   PENSIONER LIFE ...............................................................................................9
IX.     MONITOR'S RECOMMENDATION.................................................................10

00035

Court File No. 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS***
***ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF**
**COMPROMISE OR ARRANGEMENT OF**
**NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,**
**NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS**
**INTERNATIONAL CORPORATION AND NORTEL NETWORKS**
**TECHNOLOGY CORPORATION**

**SEVENTY-THIRD REPORT OF THE MONITOR**
**DATED AUGUST 17, 2011**

**I.    INTRODUCTION**

1.    On January 14, 2009 (the "**Filing Date**") Nortel Networks Corporation ("**NNC**" and collectively with all its subsidiaries "**Nortel**" or the "**Company**"), Nortel Networks Limited ("**NNL**"), Nortel Networks Technology Corporation, Nortel Networks International Corporation and Nortel Networks Global Corporation (collectively the "**Applicants**") filed for and obtained protection under the *Companies' Creditors Arrangement Act* ("**CCAA**"). Pursuant to the Order of this Honourable Court dated January 14, 2009, as amended and restated (the "**Initial Order**"), Ernst & Young Inc. was appointed as the Monitor of the Applicants (the "**Monitor**") in the CCAA proceedings. The stay of proceedings was extended to December 14, 2011, by this Honourable Court in its Order dated June 30, 2011.

2.    Nortel Networks Inc. ("**NNI**") and certain of its U.S. subsidiaries concurrently filed voluntary petitions under Chapter 11 of Title 11 of the U.S. Bankruptcy Code (the "**Code**") in the United States Bankruptcy Court for the District of Delaware (the "**U.S. Court**") on January 14, 2009 (the "**Chapter 11 Proceedings**"). As required by U.S. law, an official unsecured creditors committee (the "**Committee**") was established in January, 2009.

00036

- 2 -

3.    An *ad hoc* group of holders of bonds issued by NNL, NNC and Nortel Networks Capital Corporation has been organized and is participating in these proceedings as well as the Chapter 11 Proceedings (the "**Bondholder Group**"). In addition, pursuant to Orders of this Honourable Court dated May 27, 2009, July 22, 2009 and July 30, 2009, representative counsel was appointed on behalf of the former employees of the Applicants, the continuing employees of the Applicants and the LTD Beneficiaries, respectively, and each of these groups is participating in the CCAA proceedings.

4.    Nortel Networks (CALA) Inc. (together with NNI and certain of its subsidiaries that filed on January 14, 2009, the "**U.S. Debtors**") filed a voluntary petition under Chapter 11 of Title 11 of the Code in the U.S. Court on July 14, 2009.

5.    Nortel Networks UK Limited ("**NNUK**") and certain of its subsidiaries located in EMEA were granted Administration orders (the "**UK Administration Orders**") by the High Court of England and Wales on January 14, 2009 (collectively the "**EMEA Debtors**"). The UK Administration Orders appointed Alan Bloom, Stephen Harris, Alan Hudson and Chris Hill of Ernst & Young LLP as Administrators of the various EMEA Debtors, except for Ireland, to which David Hughes (Ernst & Young LLP Ireland) and Alan Bloom were appointed (collectively the "**Joint Administrators**").

6.    Subsequent to the Filing Date, Nortel Networks SA commenced secondary insolvency proceedings within the meaning of Article 27 of the European Union's Council Regulation (EC) No 1346/2000 on Insolvency Proceedings in the Republic of France pursuant to which a liquidator and an administrator have been appointed by the Versailles Commercial Court.

7.    The CCAA proceedings and the UK Administration proceedings of NNUK have been recognized by the U.S. Court as foreign main proceedings under Chapter 15 of the Code.

8.    Subsequent to the Filing Date, certain other Nortel subsidiaries have filed for creditor protection or bankruptcy proceedings in the local jurisdiction in which they are located.

00037

## II.   PURPOSE

9.     The purpose of this Seventy-Third Report of the Monitor (the "**Seventy-Third Report**")
       is to seek this Honourable Court's approval of an interim distribution to those LTD
       Beneficiaries entitled to LTD Life and LTD Optional Life Benefit from funds held in the
       Applicants' Health and Welfare Trust (the "**HWT**") and such ancillary relief as is just
       and convenient.

10.    As a result of a decision of the Supreme Court of Canada dismissing an application by
       counsel for a small group of dissenting LTD Beneficiaries for leave to appeal in respect
       of the HWT Allocation Order, there is now certainty that the distribution of the HWT
       corpus is to be made in accordance with the Approved HWT Allocation Methodology.
       Further, the Monitor believes the total ultimate distribution from the HWT is likely to
       meet or exceed 33.8% of the value of the Participating Benefits, the percentage indicated
       in the illustrative scenarios filed with the Supplement to the Monitor's Fifty-First Report.
       However, some degree of uncertainty still remains regarding the final amount that will be
       available to distribute from the HWT, which will be based on the outcome of matters
       referred to in the Monitor's prior reports, and below.  Accordingly, the Monitor is not yet
       able to recommend that a final distribution be made from the HWT.

11.    The Participating Beneficiaries include survivors who have either SIBs or STBs in Pay.
       However, the survivors do not have any life benefits.  The Participating Beneficiaries
       also include pensioners who do have life benefits[1].  No interim distribution is being made
       to them at this time as the process for confirming their entitlements, including relevant
       data, and for making distributions to them is not as advanced as it is for those LTD
       Beneficiaries entitled to LTD Life and LTD Optional Life Benefit, as explained further in
       this report.

12.    The Former Employees' Representatives and the CAW have requested that a distribution
       be made as soon as practicable to those pensioners whose pensions have been most
       reduced in the course of the registered pension plan wind-up to alleviate to some extent
       any hardship they may be experiencing.  The Monitor will work with the relevant parties

---

[1] LTD Beneficiaries are also entitled to Pensioner Life benefits.

00038

to determine how this might be achieved in an equitable, expeditious and cost effective manner and report back to this Honourable Court.

13.   The Former Employees' Representatives and their advisors and the CAW agree that an interim distribution to the LTD Beneficiaries should not be delayed in the meantime and, along with the LTD Beneficiaries' Representative and her advisors, consent hereto.

14.   The Monitor will continue to work diligently with the Applicants, the Trustee, Sun Life, the LTD Beneficiaries' Representative and her advisors, the Former Employees' Representatives and their advisors, the CAW and others to finalize outstanding matters so that the final distribution from the HWT may be made to all Participating Beneficiaries.

## III.    TERMS OF REFERENCE

15.   In preparing this Seventy-Third Report, the Monitor has relied upon unaudited financial information, the Company's books and records, financial information prepared by the Company and discussions with Nortel management.   The Monitor has not audited, reviewed or otherwise attempted to verify the accuracy or completeness of the information and, accordingly, expresses no opinion or other form of assurance on the information contained in this Seventy-Third Report.

16.   Capitalized terms used herein (including in the preceding paragraphs) shall have the meanings given to them herein or in the Monitor's Fifty-First Report dated August 27, 2010 (the "**Fifty-First Report**"), filed in support of the application for approval of the Approved HWT Allocation Methodology.

17.   Unless otherwise stated, all monetary amounts contained herein are expressed in Canadian dollars.

## IV.    BACKGROUND

18.   The Monitor has filed a number of reports that provide information concerning the HWT, the Approved HWT Allocation Methodology and interim distributions and other payments made to Income Beneficiaries since January 1, 2011, among other things. The illustrative allocation scenarios attached as Appendix "B" to the Supplement to Fifty-First Report of the Monitor dated September 17, 2010 (the "**Supplemental Fifty-First**

00039

Report") are attached hereto as Appendix "A". Scenario 2 illustrates the Approved HWT Allocation Methodology. An index of the reports filed in support of the previous distributions from the HWT to Income Beneficiaries was attached at Appendix "A" to the Sixty-Ninth Report and is attached hereto as Appendix "B".

19.   As further described in the Fifty-First Report, Nortel provided certain benefits through the HWT, some of which were paid on a "pay as you go basis."

20.   Under the Approved HWT Allocation Methodology, distributions will be made on account of the following benefits:

(a)   Pensioner Life;

(b)   LTD Life;

(c)   LTD Income;

(d)   LTD Optional Life Benefit;

(e)   SIBs; and

(f)   STBs in Pay

21.   The valuation of the above benefits using the Approved HWT Allocation Methodology was contained in two reports, copies of which are attached hereto as Appendices "C" and "D" respectively, being:

(a)   a report of Mercer dated August 27, 2010 (the "**Mercer 2010 HWT Preliminary Valuation**"), providing a preliminary valuation of certain non-pension post retirement benefit plans and post employment benefit plans, which was attached as Appendix "C" to the Fifty-First Report and did not include an amount for the LTD Optional Life Benefit as there was insufficient data; and

(b)   the Mercer 2010 Addendum, providing a preliminary valuation of the LTD Optional Life Benefit, which was attached as Appendix "A" to the Supplemental Fifty-First Report.

00040

## V.    CURRENT STATUS

22.    As indicated above, while the Monitor believes the ultimate total distribution from the HWT is likely to meet or exceed 33.8% of the value of the Participating Benefits[2], being the percentage indicated in the illustrative scenario reflecting the Approved HWT Allocation Methodology filed with the Supplemental Fifty-First Report, some degree of uncertainty remains. Given the decision of the Supreme Court of Canada referred to above, it is now certain that the distribution of the corpus of the HWT will be in accordance with the Approved HWT Allocation Methodology. In addition, progress has been made in resolving uncertainties respecting the ultimate cash and liabilities of the HWT. Therefore, some of the uncertainties referred to in prior reports with respect to the ultimate distribution are no longer relevant. However, certain of the concerns continue, including those referred to below.

23.    The Monitor's Fifty-First Report indicated that for the purposes of the illustrative scenarios, the cash balance available for distribution on the termination of the HWT would be $80 million (including Pensioner Life premiums for 2010 of $7.8 million, which will be treated as a charge against any distribution in respect of Pensioner Life) but that the actual amount of cash available would be subject to adjustment for a number of factors including:

(a)    investment returns;

(b)    treatment of stale-dated cheques;

(c)    the actual amount of Pensioner Life premiums paid during 2010;

(d)    the treatment of costs related to expenses incurred prior to the termination of the HWT but not submitted by February 28, 2010 and therefore not paid by Nortel pursuant to the Settlement Agreement;

---

[2]  With the value of Pensioner Life relating to Pensioners being reduced as a result of actual 2010 Pensioner Life premiums.

- 7 -

(e)    taxes and administrative costs; and

(f)    any fees paid from HWT assets pursuant to the Settlement Agreement with respect to any dispute or litigation regarding the HWT.

24.    There are also uncertainties with respect to the liabilities of the HWT, as previously reported, which include:

(a)    changes to the estimated actuarial value of benefits as a result of status changes occurring with respect to the individual, such as recovery or death;

(b)    the resolution of contingencies; and

(c)    updating of data to December 31, 2010.

25.    The Monitor and the Applicants are reviewing the cash available from the HWT with the LTD Beneficiaries' Representative and her advisors, the Former Employees' Representatives and their advisors, and the CAW, and will seek the approval of this court with respect to the accounting and form of financial reporting thereon.

## VI.    INTERIM DISTRIBUTION

26.    The LTD Beneficiaries have to date received 25% of the value of their LTD Income benefit as a result of a series of interim distributions approved by this Honourable Court. The most recent interim distribution on account of LTD Income was made in July 2011.

27.    Attached as Appendix "E" is a chart illustrating the proposed interim distribution of 25% of LTD Life and LTD Optional Life Benefit calculated in accordance with the Approved HWT Allocation Methodology using data as at December 31, 2010 available from the Applicants as of July 31, 2011. The distribution on account of LTD Life would result in a total payment to LTD Beneficiaries entitled thereto of approximately $0.6 million and an average of approximately $1,800. The distribution on account of LTD Optional Life Benefit would result in a total payment to LTD Beneficiaries entitled thereto of approximately $1.3 million and an average of approximately $4,700. There are approximately 354 individuals entitled to LTD Life and 269 individuals entitled to a LTD Optional Life Benefit. LTD Beneficiaries entitled to LTD Life could elect out of life

coverage and some did so.  As well, only LTD Beneficiaries who had optional life coverage at the time they become disabled are entitled to the LTD Optional Life Benefit.

28.    In evaluating an interim distribution on account of LTD Life and LTD Optional Life Benefit, the Monitor considered a number of factors, including that cumulative interim distributions totalling 25% of the Income Benefits have previously been approved by this Honourable Court and paid from the corpus of the HWT and the Monitor continues to believe that the ultimate distribution from the HWT is likely to meet or exceed 33.8% of the value of the Participating Benefits.  The Monitor is therefore of the view that the Interim Distribution will not prejudice any party.

29.    LTD Beneficiaries' Representative Counsel and Former Employees' Representative Counsel, in conjunction with CAW Counsel and with the assistance and cooperation of the Applicants and the Monitor, have obtained a ruling from the Canada Revenue Agency with respect to payments from the corpus of the HWT, including payments for those benefits contemplated by this interim distribution.  The Canada Revenue Agency ruled on July 19, 2011 that the payments contemplated by this interim distribution will be subject to income tax.

30.    If approved, the Monitor anticipates this interim distribution will be made by the end of September 2011.

## VII.    SPECIFIC PROCESS MATTERS

31.    As discussed in the Fifty-First Report, the Mercer 2010 HWT Preliminary Valuation was prepared on an aggregate basis to assist in an analysis of the effect of various scenarios (including the allocation methodology proposed in the Fifty-First Report) on the various benefits covered by the HWT and thereby on the aggregate group of individuals participating in those benefits.  At the request of the LTD Beneficiaries' Representative, the Monitor provided a statement to the Income Beneficiaries setting out an estimate of the amount they would receive if the proposed allocation methodology were approved, subject to certain caveats (a "**Beneficiary Estimated Allocation Statement**").

32.    The Beneficiary Estimated Allocation Statement was substantially in the form attached to the Fifty-First Report as Appendix "NNN", which is also attached hereto as Appendix

00043

"F". Those beneficiaries with LTD Optional Life Benefit were subsequently sent a Revised Beneficiary Estimated Allocation Statement.

33.    On November 16, 2010, the Monitor caused to be sent to each Income Beneficiary a form indicating certain data from Nortel's books and records on which the particular Beneficiary Estimated Allocation Statement was based and requesting corrections, if any, to the data. This form contained all the data on which the LTD Income was based but did not contain all the data on which the LTD Life and LTD Optional Life Benefit was based.

34.    In anticipation of an interim distribution on account of LTD Life and LTD Optional Life Benefit, the Monitor is causing to be sent to each LTD Beneficiary having either or both a value for LTD Life or LTD Optional Life Benefit a form indicating the data from Nortel's books and records on which the particular Beneficiary Estimated Allocation Statement was based and asking that any corrections to the data be forwarded to the Monitor (the "**Personal Data Confirmation Form**"). The form of the Personal Data Confirmation Form is attached hereto as Appendix "G". The Applicants will amend their books and records according to any corrections received and validated.

## VIII.   PENSIONER LIFE

35.    Using data as at December 31, 2010 available from the Applicants as of July 31, 2011, there are in total approximately 8,200 Pensioner Life beneficiaries[3]. Pensioner benefits, including pensions, were not paid directly by the Applicants and accordingly the process of distributing to them requires the establishment of a payment mechanism. Further, Pensioner Life beneficiaries have not yet reviewed and verified the benefit value and the underlying data that relate to their entitlement, an important step to be taken in making a distribution.

36.    The Monitor believes the process of establishing a practical, efficient and cost effective method for making Pensioner Life payments should not delay the payment of benefits to other life beneficiaries at least equal to the percentage of the interim distributions made to date. The Monitor and the Applicants are continuing to work on establishing a practical,

---

[3] Excluding LTD Beneficiaries with Pensioner Life.

00044

- 10 -

cost effective, and efficient method for finalizing data confirmation and distribution on account of the Pensioner Life, and will continue to consult with the LTD Beneficiaries' Representative and her advisors, the Former Employees' Representatives and their advisors, and the CAW. Approval for an interim distribution of Pensioner Life will be sought as soon as practicable.

37.  As discussed above, the Former Employees' Representatives and the CAW have requested that a distribution be made as soon as practicable to those pensioners whose pensions have been most reduced in the course of the registered pension plan wind-up to alleviate to some extent any hardship they may be experiencing. The Monitor will work with the relevant parties to determine how this might be achieved in an equitable, expeditious and cost effective manner and report back to this Honourable Court.

## IX.    MONITOR'S RECOMMENDATION

38.  The Monitor believes that an interim distribution to LTD Beneficiaries on account of LTD Life and LTD Optional Life Benefit is appropriate in the circumstances and that an interim distribution of 25% of the LTD Life and LTD Optional Life Benefit will not prejudice any party. The distribution on account of LTD Life and LTD Optional Life Benefit is another step in the wind-down and termination of the HWT and its ultimate distribution to its beneficiaries. The Monitor therefore believes that the proposed interim distribution will assist with the distribution of the HWT corpus in a timely and cost effective manner.

39.  Accordingly, the Monitor requests that this Honourable Court grant the Order in the form submitted.

00045

All of which is respectfully submitted this 17th day of August, 2011.

**ERNST & YOUNG INC.**

**In its capacity as Monitor of the Applicants**

Per:

Murray A. McDonald
President

\5994733

00046

# APPENDIX "A"

00047

APPENDIX B TO SUPPLEMENTAL FIFTY-FIRST REPORT –
REVISED APPENDIX D TO FIFTY-FIRST REPORT –
ILLUSTRATIVE SCENARIOS

00048

# Nortel Health and Welfare Trust
REVISED Illustrative Allocation Scenarios
Scenario: Optional Life does not participate
Cdn Millions

REVISED Appendix D-1
Scenarios 1 to 4

| Type of Benefit | Benefit Liabilities[6] | 1 — All Benefits Share Pro Rata (Distribution %: 14.6%) | 2 — Proposed Participating Benefits Share Pro Rata (Distribution %: 33.8%) | 3 — Benefits in Pay Share Pro Rata (Distribution %: 72.1%) | 4 — Reserved Asset Method[3,5] (Distribution %: N/A) |
|---|---|---|---|---|---|
| Pensioner Life (including ADB)[1] | $ 126.9 | $ 10.72 | $ 35.05 | $ - | $ 33.53 |
| Pensioner M&D | 251.3 | 36.67 | - | - | - |
| Pensioner Benefit Total | 378.2 | 47.39 | 35.05 | - | 33.53 |
| LTD Income (including IBNR) | 79.9 | 11.66 | 26.98 | 57.57 | 21.47 |
| LTD M&D[2] | 29.7 | 4.33 | - | - | - |
| LTD - STB accrued | 0.3 | 0.04 | - | - | - |
| LTD Life[2] | 4.5 | 0.66 | 1.52 | - | 0.65 |
| LTD Optional Life Benefit (including IBNR) | 5.3 | 0.78 | 1.80 | - | - |
| LTD Benefit Total | 119.7 | 17.47 | 30.30 | 57.57 | 22.12 |
| SIB[4] | 16.2 | 2.36 | 5.47 | 11.57 | 16.55 |
| STB - in pay | 4.1 | 0.60 | 1.38 | 2.96 | - |
| STB - accrued | 30.0 | 4.38 | - | - | - |
| Optional Life | - | - | - | - | - |
| Total Benefits | $ 543.2 | $ 72.2 | $ 72.2 | $ 72.2 | $ 72.2 |
| Pensioner Life 2010 Premiums[1] | NA | 7.80 | 7.80 | 7.80 | 7.80 |
| Total | $ 543.2 | $ 80.0 | $ 80.0 | $ 80.0 | $ 80.0 |

NOTES
1. Pensioner Life Premiums for 2010 have been treated as charge against the distribution in respect of the Pensioner Life Benefit (if any)
2. LTD Life and LTD M&D includes $2.0 million and $5.2 million, respectively, related to LTD individuals who are assumed to proceed to retirement and become eligible as pensioners.
3. Optional life reserved asset of $18.7 million has been allocated pro rata amongst the other reserved assets based on asset value
4. The pro-rata allocation of the optional life reserved asset amongst the other remaining reserved asset categories results in the SIB reserved asset allocation exceeding the total benefit claim attributable to this category. No adjustments have been made to limit the SIB distribution under the reserved asset method
5. The Reserved Asset Method allocates HWT Assets using the reserved asset mix as at December 31, 2009 (as disclosed in the 2009 Health Welfare Trust Financial Statements)
6. Source: Mercer 2010 HWT Preliminary Valuation

REVISED Illustrative Allocation Scenarios

00049

# Nortel Health and Welfare Trust
## REVISED Illustrative Allocation Scenarios
Scenario: Optional Life is a participating benefit.
Cdn Millions

REVISED Appendix D-2

Scenarios 5 to 8

| Type of Benefit | Benefit Liabilities[4] | 5 — All Benefits Share Pro Rata | 6 — Proposed Participating Benefits Share Pro Rata | 7 — Benefits In Pay Share Pro Rata | 8 — Reserved Asset Method[3] |
|---|---|---|---|---|---|
| | | [Distribution %: 11.2%] | [Distribution %: 25.9%] | [Distribution %: 53.3%] | [Distribution %: N/A] |
| Pensioner Life (including ADB)[1] | $ 126.9 | $ 6.38 | $ 25.01 | $ - | $ 23.85 |
| Pensioner M&D | 251.3 | 28.08 | - | - | - |
| Pensioner Benefit Total | 378.2 | 34.46 | 25.01 | - | 23.85 |
| LTD Income (including IBNR) | 79.9 | 8.93 | 20.66 | 42.63 | 16.44 |
| LTD M&D[2] | 29.7 | 3.32 | - | - | - |
| LTD – STB accrued | 0.3 | 0.03 | - | - | - |
| LTD Life[2] | 4.5 | 0.50 | - | - | - |
| LTD Optional Life Benefit (including IBNR) | 5.3 | 0.60 | 1.16 | - | 0.50 |
| LTD Benefit Total | 119.7 | 13.38 | 21.82 | 42.63 | 16.94 |
| SIB | | 18.74 | 18.74 | 18.74 | 18.74 |
| STB - in pay | 16.2 | 1.81 | 4.19 | 8.64 | - |
| STB - accrued | 4.1 | 0.46 | 1.06 | 2.19 | - |
| Optional Life | 30.0 | 3.35 | 1.38 | - | 12.67 |
| Total Benefits | $ 548.2 | $ 72.2 | $ 72.2 | $ 72.2 | $ 72.2 |
| Pensioner Life 2010 Premiums[f] | NA | 7.80 | 7.80 | 7.80 | 7.80 |
| Total | $ 548.2 | $ 80.0 | $ 80.0 | $ 80.0 | $ 80.0 |

REVISED Illustrative Allocation Scenarios

NOTES:
1. Pensioner Life Premiums for 2010 have been treated as charge against the distribution in respect of the Pensioner Life Benefit. (if any)
2. LTD Life and LTD M&D includes $2.0 million and $5.2 million, respectively, related to LTD individuals who are assumed to proceed to retirement and become eligible as pensioners.
3. The Reserved Asset Method allocates HWT Assets using the reserved asset mix as at December 31, 2009 (as disclosed in the 2009 Health Welfare Trust Financial Statements)
4. Source: Mercer 2010 HWT Preliminary Valuation

000050

# Nortel Health and Welfare Trust
## REVISED Illustrative Allocation Scenarios

Scenario: STB Liability is excluded and Optional Life does not participate

Cdn Millions

**REVISED Appendix D-3**

Scenarios 9 to 11

| Type of Benefit | Benefit Liabilities [3] | 9 All Benefits Share Pro Rata (Distribution %: 15.6%) | 10 Proposed Participating Benefits (Distribution %: 34.4%) | 11 Benefits in Pay Share Pro Rata (Distribution %: 75.1%) |
|---|---|---|---|---|
| Pensioner Life (including ADB) [1] | $ 126.9 | $ 11.96 | $ 35.80 | $ - |
| Pensioner M&D | 251.3 | 39.13 | - | - |
| Pensioner Benefit Total | 378.2 | 51.08 | 35.80 | - |
| LTD Income (including IBNR) | 79.9 | 12.44 | 27.45 | 60.03 |
| LTD M&D [2] | 29.7 | 4.62 | - | - |
| LTD - STB accrued | EXCLUDED | - | - | - |
| LTD Life [2] | 4.5 | 0.70 | 1.55 | - |
| LTD Optional Life Benefit (including IBNR) | 5.3 | 0.83 | 1.83 | - |
| LTD Benefit Total | 119.4 | 18.60 | 30.83 | 60.03 |
| SIB | | | | 60.03 |
| STB - in pay | 16.2 | 2.52 | 5.57 | 12.17 |
| STB - accrued | EXCLUDED | - | - | - |
| Optional Life | EXCLUDED | - | - | - |
| Total Benefits | $ 513.8 | $ 72.2 | $ 72.2 | $ 72.2 |
| Pensioner Life 2010 Premiums [1] | NA | 7.80 | 7.80 | 7.80 |
| Total | $ 513.8 | $ 80.0 | $ 80.0 | $ 80.0 |

NOTES
1. Pensioner Life Premiums for 2010 have been treated as charge against the distribution in respect of the Pensioner Life Benefit. (if any)
2. LTD Life and LTD M&D includes $2.0 million and $5.2 million, respectively, related to LTD individuals who are assumed to proceed to retirement and become eligible as pensioners.
3. Source: Mercer 2010 HWT Preliminary Valuation (excludes STB Liability)

00051

# Nortel Health and Welfare Trust

REVISED Appendix D-4

## REVISED Illustrative Allocation Scenarios

Scenarios 12 to 14

Scenario: STB Liability is excluded and Optional Life is a participating benefit

Cdn Millions

| Type of Benefit | Benefit Liabilities [3] | 12 All Benefits Share Pro Rata (Distribution %: 11.9%) | 13 Proposed Participating Benefits (Distribution %: 26.3%) | 14 Benefits in Pay Share Pro Rata (Distribution %: 55.6%) |
|---|---|---|---|---|
| Pensioner Life (including ADB) [1] | $ 126.9 | $ 7.33 | $ 25.59 | $ 25.59 |
| Pensioner M&D | 251.3 | 29.96 | - | - |
| Pensioner Benefit Total | 378.2 | 37.29 | 25.59 | 25.59 |
| | | | | |
| LTD - Income (including IBNR) | 79.9 | 9.53 | 21.02 | 44.45 |
| LTD M&D [2] | 29.7 | 3.54 | - | - |
| LTD - STB accrued | EXCLUDED | - | - | - |
| LTD Life [2] | 4.5 | 0.54 | 1.18 | - |
| LTD Optional Life Benefit (including IBNR) | 5.3 | 0.64 | 1.40 | - |
| LTD Benefit Total | 119.4 | 14.24 | 23.61 | 44.45 |
| | | | | |
| SIB | | | | |
| STB - in pay | 16.2 | 1.93 | 4.26 | 9.01 |
| STB - accrued | EXCLUDED | - | - | - |
| Optional Life | EXCLUDED | 18.74 | 18.74 | 18.74 |
| Total Benefits | $ 513.8 | $ 72.2 | $ 72.2 | $ 72.2 |
| | | | | |
| Pensioner Life 2010 Premiums [1] | NA | 7.80 | 7.80 | 7.80 |
| | | | | |
| Total | $ 508.5 | $ 80.0 | $ 80.0 | $ 80.0 |

NOTES
1. Pensioner Life Premiums for 2010 have been treated as charge against the distribution in respect of the Pensioner Life Benefit (if any)
2. LTD Life and LTD M&D includes $2.0 million and $5.2 million, respectively, related to LTD individuals who are assumed to proceed to retirement and become eligible as pensioners.
3. Source: Mercer 2010 HWT Preliminary Valuation (excludes STB Liability)

REVISED Illustrative Allocation Scenarios

00052

# APPENDIX "B"

00053

### Appendix "A" to Sixty-Ninth Report

### Index of Reports

| Appendix | Description of Report |
|---|---|
| Appendix "B" | Fifty-First Report filed in support of the motion for approval of the HWT allocation methodology |
| Appendix "C" | Supplemental Fifty-First Report, providing an update to the Fifty-First Report and attaching: |
| |     1.    the Mercer 2010 Addendum reflecting information received with respect to the LTD Optional Life Benefit; and |
| |     2.    revised illustrative allocation scenarios reflecting the valuation of the LTD Optional Life Benefit |
| Appendix "D" | Fifty-Seventh Report filed in support of the January Interim Distribution |
| Appendix "E" | Fifty-Ninth Report filed in support of the Termination Fund Payments |
| Appendix "F" | Sixty-Second Report filed in support of the April SIB/STB Payment |
| Appendix "G" | Sixty-Fourth Report filed in support of the May/June Interim Distribution |

\5978802

00054

# APPENDIX "C"

00055

27 August 2010

# Valuation of the Obligations of the Non-Pension Benefits as at December 31, 2010
Nortel Networks Limited

# MERCER

MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

Consulting. Outsourcing. Investments.

00056

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010                                    Nortel Networks Limited

# Contents

1. Introduction ..............................................................................................................1

2. Valuation Results .....................................................................................................5

3. Membership Data .....................................................................................................7
   - Included Members .............................................................................................9
   - Member Headcount .........................................................................................10
   - Summary of Data .............................................................................................11

4. Methods and Assumptions .....................................................................................14
   - Post Retirement Medical, Dental and Life Insurance Benefits (PRB – M&D, PRB
     – Life and PRB – ADB) ....................................................................................15
   - Benefits Provided to Disabled Members – LTD Income, Medical, Dental, Life
     Insurance, Optional Life Insurance and STB Benefits (LTD – Income, LTD –
     IBNR, LTD – M&D, LTD – Life, LTD – Optional Life, LTD – STB – Accruals) .....20
   - Survivor Benefits (SIB, STB) ...........................................................................25

5. Calculations for Individual Member Allocation of Trust .........................................26

6. Non-Pension Benefit Plan Provisions ....................................................................28
   - Post Retirement Benefits .................................................................................28
   - Benefits Provided to Disabled Members .........................................................33
   - Survivor Benefits .............................................................................................34

7. Employer Certification ............................................................................................35

l:\nortel\opeb\year2010\report\non-pension benefit valn\nortel - dec 31 10 non-pension ben valn - aug 27 (final).doc

00057

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited



**1**

# Introduction

To Nortel Networks Limited ("Nortel" or the "Company") and Ernst & Young Inc. (the "Monitor").

In accordance with your request, we have performed a valuation of the non-pension benefits provided by Nortel for purposes of termination of their Health and Welfare Trust ("Trust"). This report contains preliminary estimated liabilities for the identified non-pension plans and plan members based on assumptions and methodologies as reviewed with Nortel and the Monitor. We understand that the liability figures provided in this report (along with the corresponding per member Excel file) are expected to be used for the following purposes:

1. To determine a pro-rata allocation of the accumulated Trust funds to different benefit types.

2. To determine an initial estimate of the corresponding per claimant liabilities for a certain subset of the specific benefits provided in this report. These liabilities, after potential adjustments for updates, will be used to determine the pro-rata allocation of the Trust funds for the specified benefit, to the individual claimants on a pro-rata basis.

This is all subject to the approval of the court in Nortel's insolvency proceedings.

We understand that Nortel will stop making benefit payments under both the non-pension post retirement, long-term post employment and survivor benefit plans as at December 31, 2010. The liabilities in this report have been determined using the membership status as at the dates outlined below projected to December 31, 2010. The liabilities represent the present value as at December 31, 2010, of expected benefits to be received/claimed after December 31, 2010. The membership data used for the valuations is outlined in Section 3.

00058

Nortel has established a Health & Welfare Trust for the purposes of funding its member benefit plans. Most of Nortel's benefits, including life insurance, disability, medical and dental, and survivor income benefits, are funded through the Trust. These benefits are extended to active, disabled and certain pensioned members and their beneficiaries. Most of the benefits are funded by Nortel on a "pay-as-you-go" basis. Nortel makes contributions to the Trust to pay for the current benefits paid for by the Trust. Nortel has made contributions in excess of current benefit payments, and therefore funds have accumulated in the Trust.

We understand that as part of the insolvency proceedings, the Trust will be terminated and the accumulated funds distributed to the beneficiaries, subject to the approval of the court in the insolvency proceedings. We understand that the liabilities identified in this report, subject to potential subsequent adjustments, will be referenced to determine the allocation to different benefit types and to different individual claimants.

The scope of our work did not include legal or tax review of the Trust or a determination of appropriate contribution levels.

Liabilities for the following benefit plans have been provided in this report:

1.  Post retirement medical and dental benefits (PRB – M&D)
2.  Post retirement life insurance (PRB – Life)
3.  Post retirement additional death benefit (PRB – ADB)
4.  Long term disability income benefits (LTD – Income)
5.  Medical and Dental benefits for LTD[1] claimants (LTD – M&D)
6.  Life insurance benefits for LTD[2] claimants (LTD – Life)
7.  Optional life insurance benefits for LTD claimants (LTD – Optional Life)
8.  Survivor Transition Benefits for members on LTD (STB – LTD – accrual)
9.  Survivor Income Benefit plan (SIB)
10. Survivor Transition Benefit plan (STB)

We have only provided a liability estimate for the benefits outlined above.  Note that any references for the dental plan for the LTD members, includes vision care and hearing costs (DVH plan), whereas for the PRB plans these costs are measured separately but included in PRB-M&D.  At this time, we had insufficient data to determine a liability for the waiver of premium for the Optional Life Insurance benefit while the member is on LTD, including which employees on LTD participate in the Optional Life Insurance plan and therefore it has yet to be determined.

---

[1]     Members on LTD with full benefit offsets (i.e. WSIB income benefit is greater than the LTD income
        benefit) that are still eligible for Medical and Dental Benefits have been included in the information
        provided.

[2]     Members on LTD with full benefit offsets (i.e. WSIB income benefit is greater than the LTD income
        benefit) that are still eligible for Life Insurance Benefits have been included in the information provided.

00059

**Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010**

In our opinion:

- The individual membership data on which the valuation is based are sufficient and reliable for the purposes of preparing a preliminary estimate of the aggregate liabilities. However, for certain members, we were unable to obtain complete membership data, or to reconcile and validate the membership data. Furthermore, changes in status may occur for some members between the effective date of the data and the valuation date. Therefore, at this time, individual liability amounts should be considered as preliminary estimates only, subject to revision and correction when complete and correct data becomes available.

- The assumptions are in accordance with the instructions received from the Company and the Monitor, and in our opinion, are in aggregate, appropriate for the purposes of this report. The assumptions may not be appropriate for other purposes.

- The methods employed are in accordance with the instructions received from the Company and the Monitor for the valuation and, in our opinion, are appropriate for the purposes of the valuation.

This report has been prepared and our opinions given, in accordance with accepted actuarial practice in Canada. However, we are not aware of any actuarial standards or practice requirements specifically designed for settlement of non-pension benefits as outlined in this report. With respect to the selection of the discount rate and the assumed mortality we have used the assumptions described in Section 3800 – *Pension Commuted Values* of the Canadian Institute of Actuaries Standards of Practice.

The information contained in this report was prepared exclusively for Nortel and the Monitor, in connection with the court application with respect to the distribution of the Trust. This report is only intended for the purposes outlined above. Mercer assumes no liability for the use, or reliance upon, this report for purposes other than those specifically identified in this report.

Respectfully submitted,

Ellen Whelan
Fellow of the Canadian Institute of Actuaries
Fellow of the Society of Actuaries

Karen Dixon
Fellow of the Society of Actuaries

August 27, 2010
Date

August 27, 2010
Date

Mercer (Canada) Limited; 161 Bay Street, P.O. Box 501; Toronto, Ontario  M5J 2S5

n0060

**Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010**

A complete description of the valuation including the benefits included, the assumptions used and the results is provided in the body of this report.

Although we have included the above Plans, we understand that no determination has been made of benefits that would participate in a distribution of the Trust on termination. Further, we make no comment on the applicability of the assumptions used herein, including the valuation date, for any purpose other than the valuation of the liabilities with respect to the termination of the Trust.

00061

**2**

# Valuation Results

The following table presents a summary of the estimated liabilities from our valuation as at December 31, 2010 (in millions Canadian dollars).

| Plans | Actives | LTD | Pensioners/ Beneficiaries | Total | Percent |
|---|---|---|---|---|---|
| PRB - M&D | $1.0 | $5.2 | $250.3 | $256.5 | 47.2% |
| PRB – Life | 1.0 | 2.0 | 124.9 | 127.9 | 23.6% |
| PRB – ADB | | | 1.0 | 1.0 | 0.2% |
| **PRB – Total** | **$2.0** | **$7.2** | **$376.2** | **$385.4** | **71.0 %** |
| | | | | | |
| LTD – Income | | $77.3 | | $77.3 | 14.2% |
| LTD – IBNR | | 2.6 | | 2.6 | 0.5% |
| LTD – M&D | | 24.5 | | 24.5 | 4.5% |
| LTD – Life | | 2.5 | | 2.5 | 0.5% |
| LTD – Optional Life | | TBD | | TBD | TBD |
| LTD – STB - accrual | | 0.3 | | 0.3 | 0.1% |
| **LTD – Total** | **$0.0** | **$107.2** | **$0.0** | **$107.2** | **19.7%** |
| | | | | | |
| SIB | | | $16.2 | $16.2 | 3.0% |
| STB – in receipt | | | 4.1 | 4.1 | 0.8% |
| STB – accrual | | | 30.0 | 30.0 | 5.5% |
| **SIB/STB – Total** | **$0.0** | **$0.0** | **$50.3** | **$50.3** | **9.3%** |
| | | | | | |
| **Grand Total** | **$2.0** | **$114.4** | **$426.5** | **$542.9** | **100.0%** |

00062

**Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010**

Nortel Networks Limited

Please note the following:

- LTD – IBNR:  As at June 30, 2010 there were 4 members on short term disability (STD) and 2 members with LTD claims under appeal.  The status of their claim for LTD as at December 31, 2010 cannot be known for certain at this time.  Therefore, an estimate of their LTD income and medical, dental, basic and optional life insurance and STB benefits has been determined assuming they are an open LTD claim at December 31, 2010 and included in the table above under LTD -- IBNR. One of these members would meet the eligibility requirements for the post retirement benefits as at December 31, 2010 if they were still employed at that date and the liability for this has been included in the post retirement liabilities (PRB) above for this member.

- LTD – Optional Life:  At this time, we had insufficient data to determine a liability for the waiver of premium for the Optional Life Insurance benefit while the member is on LTD, including which employees on LTD participate in the Optional Life Insurance plan and therefore a liability estimate for this benefit has yet to be determined.

- LTD – STB – accrual:  As at June 30, 2010, there are 101 members on LTD who have beneficiaries which will be eligible for the STB benefit upon the member's death if the member dies while on LTD.  This information was based upon the members' date of disability and that they have elected family coverage for medical benefits.

- STB – in receipt:  As at June 30, 2010 there were 305 surviving spouses currently in receipt of Income benefits with a benefit ending date after December 31, 2010.

- STB – accrual:  As at June 30, 2010 there are 2,873 pensioners who have beneficiaries which will be eligible for the STB benefit upon the member's death if they survive the member.

**Mercer (Canada) Limited**

6

00063

3

# Membership Data

The membership data has been provided to us by the Company collected at different dates, as follows:

- PRB – Pensioner and Active data (including LTD) as at August 31, 2009, updated to reflect known restructuring and divestitures to March 31, 2010 was projected to December 31, 2010 and used for the PRB – M&D, PRB – Life and PRB – ADB Plans
- LTD (and STD) data as at June 30, 2010 was projected to December 31, 2010 and used for the LTD – Income, LTD – IBNR, LTD – M&D, LTD – Life Plans, LTD – STB – accrual Plans  (LTD – Optional Life – data yet to be obtained)
- Survivor data as at June 30, 2010 was projected to December 31, 2010 and used for the SIB and STB income Plans; STB accruals were based on the PRB – Pensioner data outlined above

Due to the differences in the dates of the valuation data, certain members' status may be inconsistent between Plans.  This explains the difference in the LTD headcounts shown on the membership statistics table on the next page (i.e. 355 LTD members were included in the PRB – M&D valuation; however, 360 (351 + 9 with $0 net benefit) were included for LTD – Income).

We have not independently verified the accuracy or completeness of the data except to the extent required by generally accepted professional standards and practices. Mercer will not be held responsible for any liability arising from the use of incomplete, inaccurate or not up-to-date data or documentation. We have applied tests for internal consistency, as well as for consistency with the data used for the previous valuation. These tests were applied to membership reconciliation, basic information (date of birth, date of hire, date of membership, gender, etc.), earnings, and service. The results of these tests were satisfactory for the purpose of determining a reasonable estimate of the aggregate liabilities of the plan.  The data are not sufficiently complete and reliable (and not as of the required valuation date) for the purpose of allocation of assets to individual

00064

Nortel Networks Limited

> members without the benefit of subsequent adjustments to reflect true-ups in the
> membership data.

Mercer has used and relied on the membership data supplied by Nortel, and
summarized in this valuation report.  Nortel is responsible for ensuring that such
membership data provides an accurate description of all persons who are eligible for
benefits as of December 31, 2010 and that it is sufficiently comprehensive and accurate
for the purposes of this report.

00065

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

## Included Members

The following table describes the basis for establishing the estimated liability as of
December 31, 2010 for each member group:

| Member Group | Liability Determination Basis |
|---|---|
| PRB - Pensioners/ Beneficiaries | The liability represents the actuarial present value of the benefits payable under the Plans as of December 31, 2010 based on members who were retired as at the dates of the data as outlined above. |
| PRB – Active Members | The liability represents the actuarial present value of the benefits payable under the Plans assuming the member terminated employment on December 31, 2010 and benefits commence immediately if the member met the eligibility requirements for the plan at that date, based on members who were active as at the dates of the data as outlined above.  If the member does not meet the eligibility requirements for the plan at December 31, 2010 no liability has been calculated. |
| PRB – Disabled Members | The liability represents the actuarial present value of the benefits payable under the Plans assuming the members remain on LTD until age 65 and commence these benefits at age 65 if they meet the eligibility requirements at that date.  The actuarial present value is discounted by the cumulative ultimate recovery rates for the period between the projected age at December 31, 2010 and the earliest eligibility age for these benefits. |
| LTD - Disabled Members | The liability represents the actuarial present value of the benefits (i.e. LTD - Income, LTD – M&D, LTD – Life, LTD – Optional Life, LTD – STB - accrual) payable after December 31, 2010 and until the earliest of age 65, recovery, or death according to the recovery and mortality assumptions.<br><br>For members who are on Short Term Disability or have appealed STD or LTD claims as at the date of the data as outlined above, a liability has been included in this report (LTD – IBNR) for them in the same manner as open LTD claims as outlined above for the Income, Medical, Dental, Basic and Optional Life insurance and STB benefits. |
| SIB/STB – Pensioners/ Beneficiaries | The liability represents the actuarial present value of the benefits payable under the Plans as of December 31, 2010 based on members who were retired as at the dates of the data as outlined above for the "accruals", and based on beneficiaries who were in receipt of the benefits as at the date of the data as outlined above for the "in receipt". |

The data used in this valuation includes plan provisions, membership data, and claims
data.  This data has been provided by Nortel and Sun Life.

This valuation is based on the plan provisions as provided by Nortel and the provisions
of Government Healthcare Programs as they existed at the time of the valuation.  Except
as otherwise noted, it has been assumed that the Nortel and Government plan
provisions described and valued in this report continue unchanged.

00066

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited

## Member Headcount

| Plans | Remaining Active | LTD | Pensioners/ Beneficiaries | Total |
|---|---|---|---|---|
| PRB – M&D[3] | 165 | 355 | 10,660 | 11,180 |
| PRB – Life | 165 | 355 | 9,941 | 10,461 |
| PRB – ADB | 0 | 0 | 77 | 77 |
| | | | | |
| LTD – Income | 0 | 351 | 0 | 351 |
| LTD – IBNR | 0 | 6 | 0 | 6 |
| LTD – M&D[4] | 0 | 360 | 0 | 360 |
| LTD – Life | 0 | 358 | 0 | 358 |
| LTD – Optional Life | 0 | TBD | 0 | TBD |
| LTD – STB – accrual | 0 | 101 | 0 | 101 |
| | | | | |
| SIB | 0 | 0 | 81 | 81 |
| STB – in receipt | 0 | 0 | 305 | 305 |
| STB – accrual | 0 | 0 | 2,873 | 2,873 |

---

[3]   There are also 6,251 spouses of pensioners covered for benefits.

[4]   There are also 158 spouses and 160 children covered for benefits (85 members with children).

Mercer (Canada) Limited

10

00067

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited

## Summary of Data

| | Non-Union | Union | Total |
|---|---|---|---|
| **PRB – Pensioner/Beneficiary Members projected to 31.12.10** | | | |
| *Pensioners* | | | |
| Total Number | 4,580 | 5,495 | 10,075 |
| ▪ Average Age (years) | 73.4 | 74.9 | 74.2 |
| Number with Medical/Dental | 3,956 | 5,490 | 9,446 |
| ▪ Average Age (years) | 73.8 | 74.9 | 74.4 |
| Number with Life Insurance | 4,555 | 5,386 | 9,941 |
| ▪ Average Age (years) | 73.4 | 74.7 | 74.1 |
| ▪ Average Life Insurance | $36,279 | $14,618 | $23,690 |
| Number with ADB | 77 | | 77 |
| ▪ Average Age (years) | 87.5 | | 87.5 |
| ▪ Average ADB Benefit | $23,714 | | $23,714 |
| | | | |
| *Spouses of Pensioners* | | | |
| Number with Medical/Dental | 2,859 | 3,392 | 6,251 |
| ▪ Average Age (years) | 70.3 | 72.6 | 71.5 |
| | | | |
| *Surviving Spouses* | | | |
| Number with Medical/Dental | 577 | 637 | 1,214 |
| ▪ Average Age (years) | 81.3 | 78.6 | 79.9 |
| | | | |
| **PRB - Active Members projected to 31.12.10** | | | |
| Number | 150 | 15 | 165 |
| ▪ Average age (years) | 59.1 | 58.1 | 59.0 |
| ▪ Average service (years) | 31.3 | 33.1 | 31.5 |
| ▪ Average life insurance | $24,000 | $38,446 | $25,234 |
| | | | |
| **PRB - LTD Members projected to 31.12.10** | | | |
| Number | 211 | 144 | 355 |
| ▪ Average age (years) | 54.9 | 58.5 | 56.4 |
| ▪ Average service (years) | 30.7 | 25.6 | 28.6 |
| ▪ Average life insurance | $19,555 | $37,883 | $26,958 |

00068

**Valuation of the Obligations of the Non-Pension**                    Nortel Networks Limited
**Benefits as at December 31, 2010**

| | Non-Union | Union | Total |
|---|---|---|---|
| **LTD Members projected to 31.12.10[5]** | | | |
| Number with Income Benefits[6] | 225 | 126 | 351 |
| ▪  Average age (years) | 54.5 | 58.3 | 55.8 |
| ▪  Average duration on claim | 12.2 | 17.6 | 14.2 |
| ▪  Average monthly benefit | $3,018 | $1,651 | $2,527 |
| Number with Medical/Dental | 232 | 128 | 360 |
| ▪  Average age (years) | 54.4 | 58.2 | 55.8 |
| ▪  Average duration on claim | 12.3 | 17.6 | 14.2 |
| Number with Basic Life Insurance | 232 | 126 | 358 |
| ▪  Average age (years) | 54.4 | 59.2 | 56.1 |
| ▪  Average duration on claim | 12.3 | 17.9 | 14.2 |
| ▪  Average life insurance benefit | $65,305 | $33,536 | $54,124 |
| Number with Optional Life Insurance | TBD | TBD | TBD |
| Average age (years) | TBD | TBD | TBD |
| Average duration on claim | TBD | TBD | TBD |
| Average optional life insurance benefit | TBD | TBD | TBD |
| Number with STB accrual | | 101 | 101 |
| ▪  Average age (years) | | 57.0 | 57.0 |
| ▪  Average monthly STB benefit | | $551 | $551 |
| | | | |
| **LTD – IBNR[7] Members projected to 31.12.10** | | | |
| Number with Income Benefits | 6 | | 6 |
| ▪  Average age (years) | 50.2 | | 50.2 |
| ▪  Average duration on claim | 1.7 | | 1.7 |
| ▪  Average monthly benefit | $5,013 | | $5,013 |
| Number with Medical/Dental | 6 | | 6 |
| ▪  Average age (years) | 50.2 | | 50.2 |
| ▪  Average duration on claim | 1.7 | | 1.7 |
| Number with Basic Life Insurance | 6 | | 6 |
| ▪  Average age (years) | 50.2 | | 50.2 |
| ▪  Average duration on claim | 1.7 | | 1.7 |
| ▪  Average life insurance benefit | $103,453 | | $103,453 |

---

[5]  3 Non-Union and 3 Union members from the data provided were excluded as they will reach age 65 before December 31, 2010.

[6]  6 Non-union and 2 Union members from the data provided have $0 net benefit as the Workers' Compensation benefits or other offsets have reduced the net benefit to $0. One Non-Union member is from previous divestitures and Nortel is only responsible for their medical/dental and life insurance benefits.  All 9 of these records have been excluded from the LTD income benefit information.

[7]  There are 4 members on STD and 2 members with STD/LTD claims under appeal as at the date of this report.  We have included a liability estimate for these members assuming they are on open LTD claim as at December 31, 2010.

00069

**Valuation of the Obligations of the Non-Pension Benefits as at December 31, 2010**

Nortel Networks Limited

| | | | |
|---|---|---|---|
| Number with Optional Life Insurance | TBD | TBD | TBD |
| Average age (years) | TBD | TBD | TBD |
| Average duration on claim | TBD | TBD | TBD |
| Average optional life insurance benefit | TBD | TBD | TBD |

**SIB/STB – Beneficiaries in receipt of SIB/STB projected to 31.12.10**

| | | | |
|---|---|---|---|
| Number of STB | | 305 | 305 |
| ▪ Average Age (years) | | 76.7 | 76.7 |
| ▪ Average monthly STB benefit | | $535 | $535 |
| Number of SIB | 81 | | 81 |
| ▪ Average Age (years) | 70.5 | | 70.5 |
| ▪ Average monthly SIB benefit | $1,395 | | $1,395 |

**STB – Accruals for Future Beneficiaries projected to 31.12.10**

| | | | |
|---|---|---|---|
| Number | | 2,873 | 2,873 |
| ▪ Average Age (years) | | 74.5 | 74.5 |
| ▪ Average monthly STB Benefit | | $579 | $579 |

00070

<div style="border:1px solid black; width:120px; height:120px;">

**4**
</div>

# Methods and Assumptions

## Comments

The actuarial assumptions and methodologies used were reviewed with Nortel and the Monitor.

The future is uncertain and the actual experience will differ from those assumptions. These differences may be significant or material because valuation results are very sensitive to the assumptions made and, in some cases, to the interaction between assumptions. Different assumptions or scenarios within a range of possibilities may also be reasonable and results based on those assumptions would be different. No one projection of the future or set of assumptions for the future covering a long period of time is uniquely "correct". Due to the limited scope of our assignment, we did not perform, nor do we present, an analysis of the potential range of future possibilities and scenarios.

The figures provided in this report do not reflect the potential tax consequences, if any, on the liability estimates.

In connection with the discount rate, there is no applicable standard of practice which specify how the discount rate should be determined for purposes of the settlement of the non-pension benefits. The discount rate has been determined based on the assumptions described in Section 3800 – *Pension Commuted Values* of the Canadian Institute of Actuaries Standards of Practice. The discount rate(s) selected reflect a reasonable choice of rate(s), but do not reflect in detail all potential considerations.

00071

Nortel Networks Limited

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

# Post Retirement Medical, Dental and Life Insurance Benefits (PRB – M&D, PRB – Life and PRB – ADB)

The liability for the PRBs is determined for each individual. The liability is equal to the present value of expected future benefits after December 31, 2010. Anticipated benefits are discounted for payment eligibility, for increases in medical and dental costs and the time value of money.

The assumptions used are described in the following table:

| Measurement date | December 31, 2010 | |
|---|---|---|
| Discount rate | 3.70% per annum for 10 years, then 5.10% per annum thereafter | |
| Health care cost trend rates | *Grandfathered Traditional Program* | |
| | Semi-Private Hospital | 4.75% per annum |
| | Prescription Drugs | 8.40% per annum in 2011 grading down to 5.00% per annum in and after 2028 |
| | Other Health Care | 4.75% per annum |
| | Vision Care | 0.00% per annum |
| | Dental Care | 4.75% per annum |
| | Provincial Premium (non-BC) | 3.25% per annum |
| | BC Provincial Premium | 6.0% per annum for 1 year, then 4.5% per annum thereafter |

00072

**Valuation of the Obligations of the Non-Pension**
**Benefits as at December 31, 2010**

| | | |
|---|---|---|
| *Health care cost trend rates (Cont'd)* | ***Non-Grandfathered Traditional Program*** | |
| | Catastrophic Plan | 7.55% per annum in 2011 grading down to 5.00% per annum in and after 2028 |
| | Healthcare Spending Account Allocation | No increases |
| | Provincial Premium (non-BC) | 3.25% per annum |
| | BC Provincial Premium | 6.0% per annum for 1 year, then 4.5% per annum thereafter |
| | ***Balanced Program and SARP*** | |
| | Healthcare Spending Account Allocation | No increases |
| | Provincial Premium (non-BC) | 3.25% per annum |
| | BC Provincial Premium | 6.0% per annum for 1 year, then 4.5% per annum thereafter |
| *Mortality* | UP 94 mortality table with generational improvements projected to 2020 | |
| *Retirement rates* | Members currently in receipt of LTD benefits are assumed to retire at age 65. | |
| | Active members who meet the eligibility requirements for benefits are assumed to retire at December 31, 2010. | |
| *Marital status* | For active members, 90% are assumed to be married at retirement with males assumed to be 3 years older than their female spouses. | |
| | For current pensioners, actual spousal information was used | |

00073

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited

| 2011 per capita claim cost at age 65 | Grandfathered Traditional Program | |
|---|---|---|
| | Semi-private Hospital | $25 |
| | Prescription Drugs[6] | 793 |
| | Vision Care | 17 |
| | Other Medical | 120 |
| | Dental Care | 245 |
| | Total | $1,200 |
| | Non-Grandfathered Traditional Program | |
| | Catastrophic Medical Program | $1,004 |
| | Healthcare Spending Account | $50[9] per year of service from age 40 to retirement age |
| | Balanced Program | |
| | Healthcare Spending Account | $50[9] per year of service from age 40 to retirement age |
| | SARP Program | |
| | Healthcare Spending Account | $50[9] per year of service from age 40 to retirement age |

| Increases in cost by age | | Cost at Age | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 55 | 60 | 65 | 70 | 75 | 80 | 85 |
| | Supplementary Hospital | 45% | 64% | 100% | 161% | 253% | 388% | 562% |
| | Prescription Drugs[6] | 75% | 88% | 100% | 109% | 113% | 114% | 113% |
| | Other Medical | 106% | 103% | 100% | 102% | 110% | 121% | 135% |
| | Vision Care | 106% | 103% | 100% | 97% | 95% | 92% | 89% |
| | Dental Care | 107% | 104% | 100% | 95% | 90% | 83% | 74% |
| | Catastrophic Medical Plan | 75% | 88% | 100% | 109% | 113% | 114% | 113% |
| | Healthcare Spending Account | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

| Prescription drug offset assumption at age 65 and after | Alberta: 55% of claims |
|---|---|
| | Ontario: 65% of claims |
| | Quebec: 50% of claims |
| | Others: 0% |

---

[8]   Drug costs are reduced from age 65 due to coverage from the provincial government drug plans. The assumptions shown here are before the assumed offset.

[9]   Amount decreases to 50% upon members' death and continues for surviving spouses.

Mercer (Canada) Limited

00074

**Valuation of the Obligations of the Non-Pension**
**Benefits as at December 31, 2010**

Nortel Networks Limited

| | |
|---|---|
| *Adjustment factors for the Catastrophic Medical Plan deductible and lifetime maximum* | The liabilities for the catastrophic medical coverage under the Non-Grandfathered Traditional Program were initially calculated based on the above claims cost, aging, trend and drug offset assumptions. The resulting obligations were then reduced by multiplying by the following factors by age at the valuation date to reflect the expected impact of the plan's lifetime deductible ($7,500 per family) and lifetime maximum ($500,000 per family) provisions. It has been assumed that the current flat lifetime deductible and maximum amounts do not increase in the future. |

| Age Group | Adjustment Factors |
|---|---|
| Less than 30 | 0.96 |
| 30 to 34 | 0.95 |
| 35 to 39 | 0.93 |
| 40 to 44 | 0.92 |
| 45 to 49 | 0.89 |
| 50 to 54 | 0.87 |
| 55 to 59 | 0.82 |
| 60+ | 0.89 |

| | |
|---|---|
| *Provincial government plans* | As of January 1, 2010 the pensioner premium for the government plans are as follows: |

| Province | Single | Family |
|---|---|---|
| RAMQ Premium (Nortel reimbursement) | $175 | $350 |
| British Columbia MSP | $57 ($60 projected to 2011) | $102 ($108 projected to 2011) |

## Claims Cost Development

### Grandfathered Traditional Plan

The 2011 per covered person claim costs at age 65 are based on actual claims experience for Nortel's retired members or surviving spouses for the calendar years, 2007 to 2009, applying equal weight to all experience years. Claim costs were trended to the mid-point (July 1, 2011) of the current valuation period. Refer to the schedule for the development of the 2011 claim costs on the following page.

### Catastrophic Plan

To determine the per capita costs at age 65 for the catastrophic plan, we relied on the data used for the Grandfathered Traditional Plan and applied certain relative value adjustments for the differences in plan designs, to develop the costs for the catastrophic plan.

00075

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited

## Grandfathered Traditional Plan

| | 2009 Total | 2008 Total | 2007 Total |
|---|---|---|---|
| **Actual Nortel pensioners' paid claims (before administration costs and taxes)** | | | |
| Hospital | $906,256 | $1,078,173 | $1,100,660 |
| Drug | 6,866,200 | 6,864,493 | 6,538,106 |
| Vision care | 328,025 | 285,046 | 287,077 |
| Other medical | 2,249,351 | 2,506,056 | 1,845,079 |
| Dental | 4,007,245 | 3,499,054 | 3,450,648 |
| Total | $14,357,078 | $14,232,822 | $13,221,571 |
| | | | |
| **Number of Nortel pensioners, spouses and surviving spouses** | | | |
| • Eligible for medical benefits | 17,995 | 17,943 | 17,856 |
| • Eligible for dental benefits | 17,995 | 17,943 | 17,856 |
| | | | |
| **Per covered member costs** | | | |
| Hospital | $50.36 | $60.09 | $61.64 |
| Drug | 381.56 | 382.57 | 366.16 |
| Vision care | 18.23 | 15.89 | 16.08 |
| Other medical | 125.00 | 139.67 | 103.33 |
| Dental | 222.69 | 195.01 | 193.25 |
| Total | $797.84 | $793.22 | $740.46 |
| | | | |
| **Trend to July 01, 2009** | | | |
| Hospital | 1.00 | 1.05 | 1.10 |
| Drug | 1.00 | 1.09 | 1.19 |
| Vision care | 1.00 | 1.00 | 1.00 |
| Other medical | 1.00 | 1.05 | 1.10 |
| Dental | 1.00 | 1.05 | 1.10 |
| | | | |
| **2009 per covered member costs** | | | |
| Hospital | $50.36 | $62.94 | $67.64 |
| Drug | 381.56 | 417.00 | 435.03 |
| Vision care | 18.23 | 15.89 | 16.08 |
| Other medical | 125.00 | 146.30 | 113.38 |
| Dental | 222.69 | 204.27 | 212.04 |
| Total | $797.84 | $846.41 | $844.17 |
| | | | |
| Weighting | 33% | 33% | 33% |
| | | | |
| **Trend to July 01, 2011** | | | |
| Hospital | 1.097 | | |
| Drug | 1.182 | | |
| Vision care | 1.000 | | |
| Other medical | 1.097 | | |
| Dental | 1.097 | | |
| | | | |
| **2011 per covered member costs** | | | |
| Hospital | $66.18 | | |
| Drug | 485.86 | | |
| Vision care | 16.73 | | |
| Other medical | 140.70 | | |
| Dental | 233.72 | | |
| Total | $943.18 | | |
| | | | |
| **Adjustment factors to convert 2011 per covered member costs into age 65 per covered member costs** | | | |
| Hospital | 0.3778 | | |
| Drug | 1.6322 | | |
| Vision care | 1.0161 | | |
| Other medical | 0.8529 | | |
| Dental | 1.0483 | | |
| | | | |
| Drug offset assumption at age 65 | 0% | | |
| | | | |
| **Per covered member age 65 claims costs (2011 per covered member costs x adjustment factors)** | | | |
| Hospital | $25.00 | | |
| Drug - incorporating 0% drug offset | 793.00 | | |
| Vision care | 17.00 | | |
| Other medical | 120.00 | | |
| Dental | 245.00 | | |
| Total | $1,200.00 | | |

Mercer (Canada) Limited

19

00076

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited

# Benefits Provided to Disabled Members – LTD Income, Medical, Dental, Life Insurance, Optional Life Insurance and STB Benefits (LTD – Income, LTD – IBNR, LTD – M&D, LTD – Life, LTD – Optional Life, LTD – STB – Accruals)

In general, disabled members are provided the same benefits as active members.[10] Benefits are paid to the earlier of recovery, death or attainment of age 65. The benefits provided are the benefits in effect at the time the member is disabled. The liability associated with this obligation is the present value of income payments, health care claim reimbursements and life insurance benefits provided to disabled members while they are disabled or upon their death during disability. Income and/or benefits are discounted for the likelihood of continuing disability and the time value of money. Anticipated payments are increased to reflect increases in the cost of living for members with indexed LTD income benefits or trend rate increases in the cost of medical and dental benefits.

| Measurement date | December 31, 2010 |
|---|---|
| Discount rate | 3.70% per annum for 10 years, then 5.10% per annum thereafter |
| COLA increase for members with indexed benefits | 60% of (1.66% per annum for 10 years, then 2.49% per annum thereafter) |
| Medical trend rate | 8.4% per annum in 2011 grading down linearly to 5.0% per annum in and after 2028. |
| Dental (DVH) trend rate | 4.75% per annum |
| CPP offset | If the LTD claimant has an approved CPP/QPP disability pension at the date of the valuation, the valuation assumes that benefit level will continue. |
| | If the LTD claimant does not have an approved CPP/QPP disability pension at the date of the valuation, the valuation assumes no disability pension will be awarded in the future. |
| Termination rate (due to mortality, termination and recovery) assumption | Canadian Group Long Term Disability Termination Experience 1988-1997 as at December 31, 2009 assuming a 6 month elimination period for non-union members and a 12 month elimination period for union members, no modifications applied; 11.99% Quebec assumed |
| Covered dependents | Actual covered dependent information was used to determine the medical and dental liabilities for the non-union members. |
| | Coverage level (EE Only or EE&Family) was used to determine the medical and dental liabilities for the union members and for their STB accrual liabilities, |
| Average STB monthly benefit | Actual STB monthly benefit was known for 2 eligible members and assumed to be $550 per month for other eligible members. |

---

[10] Where the benefit program has changed since the member became disabled, the member may be provided benefits under the earlier benefit program or may have been changed to the newer benefit plan. As an example, certain disabled union members are provided with STB coverage.

**Mercer (Canada) Limited**

20

00077

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited

| 2011 per capita claim cost (contributions not subtracted) NON-UNION[11] | Employee | Employee + Spouse | Employee + Child | Employee + Spouse + Child |
|---|---|---|---|---|
| **Medical** | | | | |
| ▪ Comprehensive | $3,883 | $4,549 | $4,382 | $5,048 |
| ▪ Plus | $4,357 | $5,223 | $4,821 | $5,687 |
| ▪ Select | $9,085 | $15,439 | $9,445 | $15,799 |
| **Dental (DVH)[12]** | | | | |
| ▪ Comprehensive | $462 | $823 | $1,085 | $1,446 |
| ▪ Plus | $671 | $1,150 | $1,480 | $1,959 |

| UNION | Employee | Employee + Spouse | Employee + Child | Employee + Spouse + Child |
|---|---|---|---|---|
| **Medical** | $4,464 | N/A | N/A | $7,090 |
| **Dental[11]** | $433 | N/A | N/A | $1,370 |

| 2011 annual employee contributions NON-UNION[10] | Employee | Employee + Spouse | Employee + Child | Employee + Spouse + Child |
|---|---|---|---|---|
| **Medical** | | | | |
| ▪ Comprehensive | $0 | $72 | $56 | $135 |
| ▪ Plus | $150 | $461 | $356 | $616 |
| ▪ Select | $277 | $831 | $468[13] | $1,115 |
| **Dental (DVH)[11]** | | | | |
| ▪ Comprehensive | $0 | $41 | $26 | $110 |
| ▪ Plus | $97 | $345 | $233 | $519 |

## Claims Cost Development

The 2011 per covered person claim costs are based on actual claims experience for Nortel's disabled members and their covered dependents for the calendar years, 2008 to 2009, applying equal weight to all experience years. Claims totalling $292,800 for 2008 and $106,800 for 2009 were provided but not indentified as being from union or non-union members. These claims were allocated to the union and non-union groups on a pro-rata basis. Claim costs were then trended to the mid-point (July 1, 2011) of the

---

[11] There are 5 union members who are identified as receiving the Non-Union plan and paying appropriate contributions, so we have included them in the Non-Union plan.

[12] Dental costs for disabled members also include Vision Care and Hearing benefit costs.

[13] There are 2 members with this level of coverage and paying different contributions rates. The average has been shown here.

00078

**Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010**

Nortel Networks Limited

current valuation period. Refer to the schedules for the development of the 2011 claim
costs on the following pages.

00079

**Valuation of the Obligations of the Non-Pension Benefits as at December 31, 2010**

Nortel Networks Limited

## 2008 Data

| Employee | Records | Med | DVH | Total | Records | Per Capita Claim Costs Med | DVH | Trend to 2011 Med | DVH | Trended Claim Costs Med | DVH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Union | 150 | $894,225 | $62,620 | $756,845 | 179.76 | $3,861.39 | 348.36 | 1.287909 | 1.149376 | $4,973.89 | $400.39 |
| Non-Union | 222 | $977,166 | $117,345 | $1,094,511 | 267.24 | $3,656.50 | 439.10 | 1.287909 | 1.149376 | $4,709.23 | $504.69 |
| Medical COMP-Comprehensive Medical | 154 | $902,489 N/A | | $902,489 | 184.55 | $3,264.60 N/A | N/A | 1.287909 | 1.149376 | $4,204.51 | N/A |
| PLUS-Plus Medical | 55 | $246,843 N/A | | $246,843 | 65.91 | $3,745.07 N/A | N/A | 1.287909 | 1.149376 | $4,823.31 | N/A |
| SMED-Select Medical | 14 | $127,834 N/A | | $127,834 | 16.78 | $7,619.37 N/A | N/A | 1.287909 | 1.149376 | $9,813.05 | N/A |
| WAIV-Waived Medical | 0 | $0 N/A | | $0 | - | - N/A | N/A | 1.287909 | 1.149376 | - | N/A |
| DVH COMP-Comprehensive DVH | 164 N/A | | $77,876 | $77,876 | 195.54 N/A | | $395.24 | 1.287909 | 1.149376 | | $455.43 |
| PLUS-Plus DVH | 59 N/A | | $39,499 | $39,499 | 70.71 N/A | | $558.22 | 1.287909 | 1.149376 | | $641.60 |
| WAIV-Waived DVH | 0 N/A | | $0 | $0 | - N/A | | - | 1.287909 | 1.149376 | | - |
| Total | 447 | $1,671,392 | $179,965 | $1,851,357 | 447.00 | $3,736.13 | $422.61 | 1.287909 | 1.149376 | $4,815.66 | $462.75 |

| Spouse | Records | Med | DVH | Total | Records | Per Capita Claim Costs Med | DVH | Trend to 2011 Med | DVH | Trended Claim Costs Med | DVH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Union | 82 | $133,938 | $30,174 | $164,111 | 97.20 | $1,377.96 | 310.43 | 1.287909 | 1.149376 | $1,774.69 | $356.80 |
| Non-Union | 123 | $148,422 | $47,796 | $195,218 | 145.80 | $1,017.98 | 327.82 | 1.287909 | 1.149376 | $1,311.07 | $376.78 |
| Medical COMP-Comprehensive Medical | 81 | $47,750 N/A | | $47,767 | 96.01 | $497.50 N/A | N/A | 1.287909 | 1.149376 | $640.73 | N/A |
| PLUS-Plus Medical | 31 | $33,300 N/A | | $26,300 | 35.75 | $715.71 N/A | N/A | 1.287909 | 1.149376 | $921.77 | N/A |
| SMED-Select Medical | 11 | $74,355 N/A | | $74,355 | 13.04 | $5,702.51 N/A | N/A | 1.287909 | 1.149376 | $7,344.32 | N/A |
| WAIV-Waived Medical | 0 | $0 N/A | | $0 | - | - N/A | N/A | 1.287909 | 1.149376 | - | N/A |
| DVH COMP-Comprehensive DVH | 88 N/A | | $30,729 | $30,729 | 101.94 N/A | | $301.43 | 1.287909 | 1.149376 | | $346.46 |
| PLUS-Plus DVH | 37 N/A | | $17,067 | $17,067 | 45.86 N/A | | $388.14 | 1.287909 | 1.149376 | | $447.27 |
| WAIV-Waived DVH | 0 N/A | | $0 | $0 | - N/A | | - | 1.287909 | 1.149376 | | - |
| Total | 243 | $282,360 | $77,969 | $360,328 | 243.00 | $1,161.98 | $320.86 | 1.287909 | 1.149376 | $1,496.82 | $368.79 |

| Child | Records | Med | DVH | Total | Records | Per Capita Claim Costs Med | DVH | Trend to 2011 Med | DVH | Trended Claim Costs Med | DVH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Union | 33 | $27,667 | $20,628 | $48,275 | 36.76 | $752.58 | 550.57 | 1.287909 | 1.149376 | $969.25 | $644.30 |
| Non-Union | 81 | $32,232 | $50,810 | $83,012 | 90.24 | $358.86 | 553.08 | 1.287909 | 1.149376 | $459.60 | $647.19 |
| Medical COMP-Comprehensive Medical | 50 | $20,682 N/A | | $20,682 | 55.70 | $371.30 N/A | N/A | 1.287909 | 1.149376 | $478.20 | N/A |
| PLUS-Plus Medical | 24 | $9,640 N/A | | $9,640 | 28.74 | $380.54 N/A | N/A | 1.287909 | 1.149376 | $490.05 | N/A |
| SMED-Select Medical | 7 | $1,950 N/A | | $1,950 | 7.80 | $241.07 N/A | N/A | 1.287909 | 1.149376 | $310.48 | N/A |
| WAIV-Waived Medical | 0 | $0 N/A | | $0 | - | - N/A | N/A | 1.287909 | 1.149376 | - | N/A |
| DVH COMP-Comprehensive DVH | 59 N/A | | $31,264 | $31,264 | 64.61 N/A | | $459.85 | 1.287909 | 1.149376 | | $558.13 |
| PLUS-Plus DVH | 23 N/A | | $19,547 | $19,547 | 25.62 N/A | | $762.86 | 1.287909 | 1.149376 | | $876.81 |
| WAIV-Waived DVH | 0 N/A | | $0 | $0 | - N/A | | - | 1.287909 | 1.149376 | | - |
| Total | 127 | $59,889 | $71,419 | $131,287 | 127.00 | $471.41 | $562.35 | 1.287909 | 1.149376 | $607.13 | $646.35 |

Mercer (Canada) Limited

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited

00080

## 2009 Data

| Employee Union Non-Union | | Records | Med | DVH | Total | Records | Per Capita Claim Costs | | | Trend to 2011 | | Trended Claim Costs | | Averaged Claim Costs | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Med | DVH | Med | Dent | Med | DVH | Med | DVH |
| Medical | COMP-Comprehensive Medical | 152 | $465,558 | $70,973 | $582,429 | 181 | $3,345.71 | 424.72 | 1.191959 | 1.097256 | 3,992.18 | 466.03 | | |
| | PLUS-Flex Medical | 245 | $1,003,342 | $142,143 | $1,145,488 | 252 | 2,426.04 | 486.35 | 1.191959 | 1.097256 | 4,253.92 | 534.13 | | |
| | SMED-Select Medical | 181 | $585,669 N/A | N/A | $595,656 | 184 | 3,974.80 N/A | | 1.191959 | 1.097256 | 3,962.31 | | | 518.41 |
| | WAIV-Waived Medical | 60 | $228,405 N/A | N/A | $228,405 | 73 | 3,255.98 N/A | | 1.191959 | 1.097256 | 3,880.88 | | | |
| | | 21 | $173,239 N/A | N/A | $173,239 | 25 | 7,073.59 N/A | | 1.191959 | 1.097256 | 8,537.91 | | | |
| | | 0 | $0 N/A | | $0 | 0 | N/A | | 1.191959 | 1.097256 | | | | |
| DVH | COMP-Comprehensive DVH | 173 N/A | $83,554 | $83,554 | $88,854 | 209 N/A | N/A | 425.13 | 1.191959 | 1.097256 | | 497.57 | | |
| | PLUS-Flex DVH | 69 N/A | $53,192 | $53,192 | $53,192 | 83 N/A | N/A | 639.86 | 1.191959 | 1.097256 | | 701.02 | | |
| | WAIV-Waived DVH | 0 N/A | $0 | $50 | $50 | 0 N/A | N/A | | 1.191959 | 1.097256 | | | | |
| **Total** | | 473 | $1,508,899 | $279,018 | $1,927,917 | 473 | 3,401.46 | 493.04 | 1.191959 | 1.097256 | 4,019.68 | 535.07 | 4,417.37 | 485.41 |
| Spouse Union Non-Union | | Records | Med | DVH | Total | Records | Med | DVH | Med | Dent | Med | DVH | Med | DVH |
| Medical | COMP-Comprehensive Medical | 83 | $112,826 | $31,222 | $144,030 | 95 | 1,358.04 | 343.19 | 1.191959 | 1.097256 | 1,446.42 | 380.25 | 1,269.30 | 398.31 |
| | PLUS-Flex Medical | 151 | $165,745 | $59,395 | $224,031 | 152 | 1,088.07 | 392.62 | 1.191959 | 1.097256 | 1,286.52 | 419.84 | | |
| | SMED-Select Medical | 89 | $353,681 N/A | N/A | $355,681 | 95 | 365.87 N/A | | 1.191959 | 1.097256 | 692.51 | | | |
| | WAIV-Waived Medical | 36 | $526,055 N/A | N/A | $526,055 | 39 | 696.35 N/A | | 1.191959 | 1.097256 | 810.36 | | | |
| | | 17 | $83,379 N/A | N/A | $83,379 | 16 | 4,538.36 N/A | | 1.191959 | 1.097256 | 5,063.36 | | | |
| | | 0 | $0 N/A | | $0 | | N/A | | 1.191959 | 1.097256 | | | | |
| DVH | COMP-Comprehensive DVH | 34 N/A | $34,674 | $34,674 | $34,674 | 102 N/A | N/A | 341.43 | 1.191959 | 1.097256 | | 374.94 | | |
| | PLUS-Flex DVH | 47 N/A | $23,912 | $23,912 | $23,912 | 51 N/A | N/A | 465.01 | 1.191959 | 1.097256 | | 510.23 | | |
| | WAIV-Waived DVH | 0 N/A | $0 | $50 | $50 | 0 N/A | N/A | | 1.191959 | 1.097256 | | | | |
| **Total** | | 242 | $779,833 | $85,527 | $868,860 | 242 | 1,151.05 | 399.87 | 1.191959 | 1.097256 | 1,356.04 | 405.54 | 1,428.28 | 397.31 |
| Child Union Non-Union | | Records | Med | DVH | Total | Records | Med | DVH | Med | Dent | Med | DVH | Med | DVH |
| Medical | COMP-Comprehensive Medical | 31 | $28,619 | $14,825 | $43,443 | 53 | 664.57 | 447.85 | 1.191959 | 1.097256 | 1,021.55 | 491.41 | 472.29 | 677.27 |
| | PLUS-Flex Medical | 82 | $26,481 | $33,567 | $86,368 | 83 | 414.23 | 644.45 | 1.191959 | 1.097256 | 493.44 | 707.34 | | |
| | SMED-Select Medical | 39 | $23,316 N/A | N/A | $23,316 | 53 | 442.45 N/A | | 1.191959 | 1.097256 | 525.43 | | | |
| | WAIV-Waived Medical | 26 | $10,888 N/A | N/A | $10,888 | 28 | 392.53 N/A | | 1.191959 | 1.097256 | 453.51 | | | |
| | | 11 | $4,067 N/A | N/A | $4,067 | 12 | 346.29 N/A | | 1.191959 | 1.097256 | 409.17 | | | |
| | | 0 | $0 N/A | | $0 | | N/A | | 1.191959 | 1.097256 | | | | |
| DVH | COMP-Comprehensive DVH | 58 N/A | $28,946 | $28,946 | $28,946 | 62 N/A | N/A | 626.85 | 1.191959 | 1.097256 | | 690.01 | | |
| | PLUS-Flex DVH | 29 N/A | $22,041 | $22,041 | $22,041 | 31 N/A | N/A | 676.34 | 1.191959 | 1.097256 | | 742.01 | | |
| | WAIV-Waived DVH | 2 N/A | $0 | $50 | $50 | 4 N/A | N/A | | 1.191959 | 1.097256 | | | | |
| **Total** | | 126 | $97,100 | $74,711 | $141,811 | 126 | 532.54 | 592.35 | 1.191959 | 1.097256 | 629.23 | 650.61 | 618.18 | 548.45 |

00081

**Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010**

## Survivor Benefits (SIB, STB)

The liability for the survivor benefits is determined for each individual. The liability is equal to the present value of expected future benefits after December 31, 2010 for those currently in receipt of a benefit. For certain pensioners, their beneficiaries are eligible for an STB benefit upon their death. The present value of these expected payments, that would start upon the member's death, has been included in the STB – accrual figures. Anticipated benefits are discounted for payment eligibility and the time value of money.

The assumptions used are described in the following table:

| | |
|---|---|
| Measurement date | December 31, 2010 |
| Discount rate | 3.70% per annum for 10 years, then 5.10% per annum thereafter |
| Mortality | UP 94 mortality table with generational improvements projected to 2020 |



# Calculations for Individual Member Allocation of Trust

The aggregate estimated liabilities contained in this report are expected to be used to allocate the accumulated Trust assets to different benefit types, subject to court approval. The estimated liabilities for each covered individual as at the valuation date have also been calculated for LTD – Income, LTD – Life and SIB and STB – in receipt benefits. Individual member's amounts are expected to be used to allocate a pro-rata share of the accumulated Trust assets to each member, based on the allocation to that benefit level.

The following unique member information was used in determining the individual amounts for the LTD – Income and LTD life insurance amounts:

1.  Attained age
2.  Duration on disability
3.  Gender
4.  Net Monthly LTD income benefit after offsets for other income benefits (i.e. CPP, WSIB)
5.  LTD index option
6.  Basic life insurance volume

The following unique beneficiary information was used in determining the individual amounts for the SIB and STB amounts in receipt of payment:

1.  Attained age
2.  Remaining payment period for STB
3.  Gender
4.  Monthly STB or SIB income benefit

The estimated liability for each individual member on LTD or pensioner/beneficiary has not been calculated at this time for the LTD – M&D plan, LTD – IBNR, LTD – Optional

00083

**Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010**

Life, the PRB – M&D, PRB – Life, PRB – ADB, or STB - accruals.  To do so, the following unique member information would be used as required for the appropriate plan:

1.  Attained age
2.  Duration on disability
3.  Gender
4.  Basic life insurance volume or ADB volume or Optional Life volume
5.  Benefit plan (union, non-union grandfathered, etc)
6.  Benefit coverage (pensioner, pensioner and spouse, pensioner and spouse and child, etc)
7.  Monthly STB income benefit

As noted in Section 3, the data are not sufficiently complete and reliable (and not as of the required valuation date) for purposes of the allocation of assets to individual members without the benefit of subsequent adjustments to reflect true ups in the membership data.

00084

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited



**6**

# Non-Pension Benefit Plan Provisions

## Post Retirement Benefits

### *Non-Union Pensioners (Retired on or after January 1, 2008)*

On June 2, 2006 Nortel announced changes to the post retirement benefits provided to non-union members. Effective January 1, 2008, non-union members who were not at least 50 years of age with 5 years of service on July 1, 2006:

- Would be provided with medical and dental benefits on an "access-only" basis (100% paid by pensioner)
- A flat $10,000 life benefit

### *Non-Union Pensioners (Retired before January 1, 2008)*

May be covered by one of the various plans outlined on the following pages depending on their compensation plan and depending on their retirement date.

### *Union Pensioners*

Union pensioners are covered under the Traditional Grandfathered plan or SARP plan as shown on the following pages.  (There are a few plan differences for the union members covered under the Traditional plan than the non-union members covered under this plan.)

00085

Nortel Networks Limited

**Valuation of the Obligations of the Non-Pension Benefits as at December 31, 2010**

| | Grandfathered Traditional Program | Non-Grandfathered Traditional Program<br>Catastrophic Program | Non-Grandfathered Traditional, Balanced Program and SARP<br>Healthcare Spending Account |
|---|---|---|---|
| Eligibility | • Age 50 or have at least 28 years of service as at April 30, 2000<br>• Part I: Member must retire directly from active status or Long Term Disability<br>• Part II: Member must be at least age 55 with 5 years of service at retirement | • If member does not qualify for the Grandfathered Traditional program<br>• Part I: Member must retire directly from active status or Long Term Disability<br>• Part II: Member must be at least age 55 with 10 years of service at retirement | • Part I: Member must retire directly from active status or Long Term Disability<br>• Part II: Balanced Program & SARP; member must be at least age 55 with 10 years of service at retirement<br>• Investor program for Quebec pensioners under age 65 who retire from active status |
| *Medical and Dental Coverage* | | | |
| Deductible | • $25/$50 (single/family) per calendar year<br>• Applies to expenses incurred under either or both health and dental plans | • $7,500 lifetime out-of-pocket deductible per family<br>• Applies to certain medical benefits only | • N/A |
| Overall Plan Maximum | • Unlimited | • $500,000 lifetime medical maximum per family | |
| Benefit Amount | • Out-of-pocket maximum of $1,000 per calendar year per family | • Reimburses 100% (from catastrophic plan) of eligible medical expenses after the lifetime deductible is satisfied | • Annual company paid allocation is $50 per year of service from age 40 |
| Spousal & Dependent Coverage | • Yes | • Yes | • N/A |
| Cost Sharing | | | • Annual company paid allocation reduced by half after the death of the pensioner |
| Medical | • 100% Nortel-paid if member at least age 50 with 5 years service at July 1, 2006, otherwise, 100% pensioner-paid | • 100% Nortel-paid if member at least age 50 with 5 years service at July 1, 2006, otherwise, 100% pensioner-paid | • 100% Nortel-paid if member at least age 50 with 5 years service at July 1, 2006, otherwise, 100% pensioner-paid |
| Drug (Non-Quebec) | • Prescription drugs covered at 80% | • Prescription drugs, generic substitution where possible<br>• $7 dispensing fee maximum | • Not covered |

29

Mercer (Canada) Limited

**Valuation of the Obligations of the Non-Pension Benefits as at December 31, 2010**

Nortel Networks Limited

00086

| | Grandfathered Traditional Program | Non-Grandfathered Traditional Program | Non-Grandfathered Traditional, Balanced Program and SARP |
|---|---|---|---|
| | | Catastrophic Program | Healthcare Spending Account |
| **Drug (Quebec) – Pensioners 65 and over, 2 Choices** | Provincial RQ Drug Plan | Provincial RQ Drug Plan | Provincial RQ Drug Plan |
| | • Covers 68% up to $954 out of pocket/yr | • Covers 68% up to $954 out of pocket/yr | • Covers 68% up to $954 out of pocket/yr |
| | • 100% of expenses in excess of $954 | • 100% of expenses in excess of $954 | • 100% of expenses in excess of $954 |
| | • Monthly deductible $14.95/month | • Monthly deductible $14.95/month | • Monthly deductible $14.95/month |
| | • Nortel pays premiums (taxable benefit) to a maximum of $175/yr | • Nortel pays premiums (taxable benefit) to a maximum of $175/yr | • Nortel pays premiums (taxable benefit) to a maximum of $175/yr |
| | NN RAMQ Equivalent Drug Plan | NN RAMQ Equivalent Drug Plan | NN RAMQ Equivalent Drug Plan |
| | • 80% eligible on RAMQ formulary up to $954 out of pocket a year and 100% of expenses in excess of $954; $25/$50 deductible | • 80% eligible on RAMQ formulary up to $954 out of pocket a year and 100% of expenses in excess of $954; $25/$50 deductible | • 80% eligible on RAMQ formulary up to $954 out of pocket a year and 100% of expenses in excess of $954 |
| | • Pensioner pays premiums | • Pensioner pays premiums | • Pensioner pays premiums |
| **Hospital** | • 100% of the first $50 per day and 50% of the remaining cost | • Not covered | • Not covered |
| | • Difference between ward and private room coverage | | |
| **Private Duty Nursing** | • 80% to a maximum of $12,500 in period of illness/injury | • 100% subject to deductible and overall plan maximum | • Not covered |
| **Vision Care** | Non-Union | • Not covered | • Not covered |
| | • 50% up to a maximum of $100/ 2yrs /per person, and $200/2yrs for severe eye conditions | | |
| | CAW and COEU | | |
| | • Maximum of $100 /2yrs /per person, and $200/2yrs for severe eye conditions | | |
| **Hearing Aid** | • 50% to a maximum of $200 /2yrs/ per person | • Not covered | • Not covered |
| **Provincial Health Insurance Premium** | Nortel Networks pays100% of the provincial health insurance premiums for pensioners in British Columbia. | Nortel Networks pays100% of the provincial health insurance premiums for pensioners in British Columbia. | Nortel Networks pays 100% of the provincial health insurance premiums for pensioners in British Columbia. |

Mercer (Canada) Limited

30

00087

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited

| | Grandfathered Traditional Program | Non-Grandfathered Traditional Program | Non-Grandfathered Traditional, Balanced Program and SARP |
|---|---|---|---|
| Other Medical | ▪ Includes: | Catastrophic Program | Healthcare Spending Account |
| | 80% co-insurance: | ▪ Includes: | ▪ Not covered |
| | – Out of province medical coverage | – Medical equipment and supplies | |
| | – Medical equipment and supplies | – Ambulance services | |
| | – Ambulance services | – X-rays | |
| | – X-rays | – Selected list of paramedical services (physiotherapist, chiropractor, speech therapist, osteopath) $250 maximum per practitioner per calendar year | |
| | – Accidental dental | | |
| | – Paramedical services ($250 maximum per person per calendar year) | – 100% subject to deductible and overall plan maximum | |
| | – Orthopaedic shoes | | |
| | – Physiotherapist (no maximum) | | |
| | – Other parameds ($250 maximum) | | |
| | 50% co-insurance: | | |
| | – Hearing aids | | |
| | – Nursing Homes | | |
| Dental | Coinsurance of: | Not Covered | Not covered |
| Basic | 80% | | |
| Periodontic / Endodontic | 50% | | |
| Major Restorative | 50% | | |
| Orthodontic | None | | |
| Maximum Benefit | ▪ Periodontic / Endodontic: $1,000 per person in any 3 years | | |
| | ▪ Major: $1,000 per person per calendar year | | |

Mercer (Canada) Limited

00088

**Valuation of the Obligations of the Non-Pension Benefits as at December 31, 2010**

Nortel Networks Limited

| | Grandfathered Traditional Program | Non-Grandfathered Traditional Program<br>Catastrophic Program | Non-Grandfathered Traditional, Balanced Program and SARP<br>Healthcare Spending Account |
|---|---|---|---|
| Life Insurance | • Equal to pre-retirement basic life coverage<br>• Non-union members receive $10,000 if not at least age 50 with 5 years service on July 1, 2006<br>• Reducing by 5% on each retirement anniversary<br><br>Non-Union<br>Non-Union Pre '91 Pensioner<br>  – Reduction stops when coverage is 75% of pre-retirement basic life coverage<br><br>Non-Union Post '91 Pensioner<br>  – Reduction stops when coverage is 25% of pre-retirement basic life coverage<br>• Minimum coverage of $20,000<br><br>Exceptions to the Above:<br>• For pensioners on private payroll whose band was 12 and above, and for NEDCO pensioners: the initial amount of insurance remains level after retirement<br>• There is an identified group of members who retired (mostly) pre-1983 receiving an additional death benefit of 1x preretirement earnings, with no reductions<br><br>Union<br>Union Pre '91 Pensioner<br>  – Reduction stops when coverage is 75% of pre-retirement basic life coverage<br><br>Union Post '91 Pensioner<br>• Reduction stops when coverage is 50% of pre-retirement basic life coverage<br>• Minimum coverage of $10,000 except for CAW who have a minimum coverage of $25,000 | Non-Grandfathered Traditional<br>• $25,000 in company paid coverage or $10,000 death benefit if at least age 50 with 5 years service at July 1, 2006, otherwise, $10,000 | Balanced<br>• $25,000 in company paid coverage or $10,000 death benefit if at least age 50 with 5 years service at July 1, 2006, otherwise, $10,000<br><br>SARP<br>• $30,000 in company paid coverage or $10,000 death benefit for CAW pensioners<br>• $35,000 in company paid coverage or $10,000 death benefit for COEU pensioners |

00089

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

## Benefits Provided to Disabled Members

### *LTD – Income Benefits*

For most union members, the income benefit is a flat amount based on their benefit group. There is a 12 month elimination period to be satisfied before LTD starts. Effective January 1, 2004, members of the COEU have the non-union LTD FLEX plan design. Before January 1, 2004, the benefit ranged from $1,850 to $3,050 per month. The current benefit range for members of the CUCW is $1,975 to $2,250. The benefit for members of the CAW before April 1, 2003 ranged from $1,850 to $3,050 and after April 1, 2003 the range is $1,950 to $3,150. There is a 75% all source maximum and no provision for Cost of Living Adjustment (COLA) on the benefit.

For the non-union members, the income benefit is based on their Flexible Benefit plan election, with the option of 50% or 66 2/3% of salary (reduced from 70%, effective January 1, 2006), with or without Cost of Living Adjustment (COLA) benefit. Beginning after two years of receiving LTD benefit payments, each January, the full amount of disability payment will be increased by the lesser of 60% of the Consumer Price Index or 6%. There is a 6 month elimination period to be satisfied before LTD starts. This COLA feature does not apply if the member is covered under the core LTD option only.

For both union and non-union LTD members, continuation of medical and dental benefits and life insurance is provided up to the earlier of recovery, death or age 65. If the non-union member has waived coverage or is in the Basic or Comprehensive plan, they will be put into the Comprehensive plan at no cost to them. If the member is in the Plus or Select plan, they can continue in that plan provided they pay the member contributions. If the union member went on disability before April 1, 2003 and have a covered dependent, they are eligible to receive the STB income benefit, if they die while on LTD.

### *Medical and Dental Benefits*

In general, disabled members are provided the same benefits as active members.[14] Benefits are paid to the earlier of recovery, death or attainment of age 65. The benefits provided are the benefits in effect at the time the member is disabled.

### *Life Insurance for Members on LTD*

There is employer-paid basic coverage for life insurance. Premium for the basic life insurance is continued and paid by Nortel.

For union members, the basic coverage is a flat amount for members of the CUCW; a flat amount that varies by benefit group for members of the CAW; and the FLEX non union basic life for members of the COEU. The coverage varies from $32,500 to about $45,000. Effective April 1, 2003 basic life for members of the CAW increased for any member not on LTD to range from $76,000 to $87,000 depending on benefit group.

---

[14]   Where the benefit program has changed since the member became disabled, the member may be
       provided benefits under the earlier benefit program or may have been changed to the newer benefit
       plan. As an example, certain disabled union members are provided with STB coverage.

00090

For non-union members, the basic coverage is one-time salary.

For both groups, the definition of disability is the same as the LTD definition.

## Survivor Benefits

### Survivor Income Benefits (SIB) and Survivor Transition Benefits (STB)

Survivor Income Benefit (SIB) is a monthly income benefit provided upon the death of non-union members. This benefit coverage is no longer provided with the exception of a closed group of surviving spouses. The payment of benefits is provided for the lifetime of the surviving spouse.

Survivor Transition Benefit (STB) is a monthly income benefit provided upon the death of certain union members or certain retired union members. The monthly benefit is provided to the surviving spouse for 60 months following the death of the member.  Monthly benefit amounts range from $250 - $825.

Coverage for two of the union groups is as follows:

- CAW – Effective April 1, 2003, there is no STB for active members or future pensioners. Members on LTD at the time of this benefit change will maintain STB coverage while on LTD, but will no longer have STB coverage if they retire or return to active status.

- COEU – Effective January 1, 2004, active members were covered under the non union Flex plan, and STB benefits for current or future pensioners were eliminated.

Current pensioners retain eligibility for the STB coverage if they retired before the dates outlined above and they have an eligible dependent.

00091

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Network Limited



**7**

## Employer Certification

With respect to the Report on the Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010 for Nortel's Benefit Plans, I hereby certify that, to the
best of my knowledge and belief:

* The membership data supplied to the actuary provides a complete and accurate
  description of all persons who are entitled to benefits under the terms of the Plan for
  service up to the date of the data provided as outlined in Section 3.

* A copy of the plan documents and of all amendments made up to the date of the
  valuation were supplied to the actuary.

* All events subsequent to the valuation that may have an impact on the results of the
  valuation have been communicated to the actuary.

.    August 27, 2010
    Date

. .....  Julie Graffam
    Signed

    Julie Graffam
    Name

    Director, HR Operations
    Title

Mercer (Canada) Limited

35

00092

# MERCER



MARSH   MERCER   KROLL
GUY CARPENTER   ·OLIVER WYMAN

Mercer (Canada) Limited
161 Bay Street
P.O. Box 501
Toronto, Ontario  M5J 2S5
+1 416 868 2000

Consulting. Outsourcing. Investments.

Mercer (Canada) Limited

00093

# APPENDIX "D"

00094

APPENDIX A TO SUPPLEMENTAL FIFTY-FIRST REPORT -
ADDENDUM TO MERCER 2010 PRELIMINARY HWT VALUATION

00095

# MERCER



MARSH  MERCER  KROLL
GUY CARPENTER   OLIVER WYMAN

## Addendum

16 September 2010

To Nortel Networks Limited ("Nortel" or the "Company") and Ernst & Young Inc. (the "Monitor").

In accordance with your request, and further to our report titled *Valuation of the Obligations of the Non-Pension Benefits as at December 31, 2010*, dated August 27, 2010, the purpose of this addendum is to provide updated pages of the August 27, 2010 report to reflect the estimated liabilities for the Optional Employee Life Insurance benefit for disabled members. This addendum should be read in combination with the August 27, 2010 report which contains the details on the methods and assumptions used for all calculations, as well as the necessary certifications.

Each non-union employee can elect Optional Employee Life Insurance amounts ranging from a minimum of 1 to a maximum of 5 times their annual earnings. Each union employee can elect Optional Employee Life Insurance which is a flat amount that varies depending on the option level selected. The Optional Employee Life Insurance benefit is employee paid. While the employee is disabled, the employee-paid premiums are waived.

Optional Employee Life Insurance amounts for the LTD members was provided as at June 30, 2010 and projected to December 31, 2010 and used for the LTD – Optional Life plans.

The updated Valuation Results (page 5) and Membership Data (pages 10, 12, and 13) from the August 27, 2010 report are attached, as well as a new Employer Certification (page 35) reflecting the Optional Employee Life Insurance data provided subsequent to the August 27, 2010 report.

I:\nortel\opeb\year2010\correspondence\addendum - sep 16 10.doc

Mercer (Canada) Limited

Consulting. Outsourcing. Investments.

00096

---

**2**

## Valuation Results

The following table presents a summary of the estimated liabilities from our valuation as at December 31, 2010 (in millions Canadian dollars).

| Plans | Actives | LTD | Pensioners/ Beneficiaries | Total | Percent |
|---|---|---|---|---|---|
| PRB - M&D | $1.0 | $5.2 | $250.3 | $256.5 | 46.8% |
| PRB – Life | 1.0 | 2.0 | 124.9 | 127.9 | 23.3% |
| PRB – ADB | | | 1.0 | 1.0 | 0.2% |
| PRB – Total | $2.0 | $7.2 | $376.2 | $385.4 | 70.3% |
| | | | | | |
| LTD – Income | | $77.3 | | $77.3 | 14.1% |
| LTD – IBNR | | 2.7 | | 2.7 | 0.5% |
| LTD – M&D | | 24.5 | | 24.5 | 4.5% |
| LTD – Life | | 2.5 | | 2.5 | 0.4% |
| LTD – Optional Life | | 5.2 | | 5.2 | 0.9% |
| LTD – STB - accrual | | 0.3 | | 0.3 | 0.1% |
| LTD – Total | $0.0 | $112.5 | $0.0 | $112.5 | 20.5% |
| | | | | | |
| SIB | | | $16.2 | $16.2 | 3.0% |
| STB – in receipt | | | 4.1 | 4.1 | 0.7% |
| STB – accrual | | | 30.0 | 30.0 | 5.5% |
| SIB/STB – Total | $0.0 | $0.0 | $50.3 | $50.3 | 9.2% |
| | | | | | |
| Grand Total | $2.0 | $119.7 | $426.5 | $548.2 | 100.0% |

00097

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited (September 16, 2010)

## Member Headcount

| Plans | Remaining Active | LTD | Pensioners/ Beneficiaries | Total |
|---|---|---|---|---|
| PRB – M&D[1] | 165 | 355 | 10,660 | 11,180 |
| PRB – Life | 165 | 355 | 9,941 | 10,461 |
| PRB – ADB | 0 | 0 | 77 | 77 |
| | | | | |
| LTD – Income | 0 | 351 | 0 | 351 |
| LTD – IBNR | 0 | 6 | 0 | 6 |
| LTD – M&D[2] | 0 | 360 | 0 | 360 |
| LTD – Life | 0 | 358 | 0 | 358 |
| LTD – Optional Life | 0 | 273 | 0 | 273 |
| LTD – STB – accrual | 0 | 101 | 0 | 101 |
| | | | | |
| SIB | 0 | 0 | 81 | 81 |
| STB – in receipt | 0 | 0 | 305 | 305 |
| STB – accrual | 0 | 0 | 2,873 | 2,873 |

[1]    There are also 6,251 spouses of pensioners covered for benefits.

[2]    There are also 158 spouses and 160 children covered for benefits (85 members with children).

Mercer (Canada) Limited

00098

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited (September 16, 2010)

| | Non-Union | Union | Total |
|---|---|---|---|
| **LTD Members projected to 31.12.10[3]** | | | |
| Number with Income Benefits[4] | 225 | 126 | 351 |
| • Average age (years) | 54.5 | 58.3 | 55.8 |
| • Average duration on claim | 12.2 | 17.6 | 14.2 |
| • Average monthly benefit | $3,018 | $1,651 | $2,527 |
| Number with Medical/Dental | 232 | 128 | 360 |
| • Average age (years) | 54.4 | 58.2 | 55.8 |
| • Average duration on claim | 12.3 | 17.6 | 14.2 |
| Number with Basic Life Insurance | 232 | 126 | 358 |
| • Average age (years) | 54.4 | 59.2 | 56.1 |
| • Average duration on claim | 12.3 | 17.9 | 14.2 |
| • Average life insurance benefit | $65,305 | $33,536 | $54,124 |
| Number with Optional Life Insurance | 171 | 102 | 273 |
| • Average age (years) | 54.1 | 56.9 | 55.1 |
| • Average duration on claim | 12.6 | 17.6 | 14.5 |
| • Average optional life insurance benefit | $189,041 | $64,711 | $142,586 |
| Number with STB accrual | | 101 | 101 |
| • Average age (years) | | 57.0 | 57.0 |
| • Average monthly STB benefit | | $551 | $551 |
| | | | |
| **LTD – IBNR[5] Members projected to 31.12.10** | | | |
| Number with Income Benefits | 6 | | 6 |
| • Average age (years) | 50.2 | | 50.2 |
| • Average duration on claim | 1.7 | | 1.7 |
| • Average monthly benefit | $5,013 | | $5,013 |
| Number with Medical/Dental | 6 | | 6 |
| • Average age (years) | 50.2 | | 50.2 |
| • Average duration on claim | 1.7 | | 1.7 |
| Number with Basic Life Insurance | 6 | | 6 |
| • Average age (years) | 50.2 | | 50.2 |
| • Average duration on claim | 1.7 | | 1.7 |
| • Average life insurance benefit | $103,453 | | $103,453 |

---

[3]  3 Non-Union and 3 Union members from the data provided were excluded as they will reach age 65 before December 31, 2010.

[4]  6 Non-union and 2 Union members from the data provided have $0 net benefit as the Workers' Compensation benefits or other offsets have reduced the net benefit to $0. One Non-Union member is from previous divestitures and Nortel is only responsible for their medical/dental and life insurance benefits. All 9 of these records have been excluded from the LTD income benefit information.

[5]  There are 4 members on STD and 2 members with STD/LTD claims under appeal as at the date of this report. We have included a liability estimate for these members assuming they are on open LTD claim as at December 31, 2010.

Mercer (Canada) Limited

00099

Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010

Nortel Networks Limited (September 16, 2010)

| | Non-Union | Union | Total |
|---|---|---|---|
| Number with Optional Life Insurance | 4 | | 4 |
| • Average age (years) | 48.3 | | 48.3 |
| • Average duration on claim | 0.8 | | 0.8 |
| • Average optional life insurance benefit | $367,000 | | $367,000 |
| **SIB/STB – Beneficiaries in receipt of SIB/STB projected to 31.12.10** | | | |
| Number of STB | | 305 | 305 |
| • Average Age (years) | | 76.7 | 76.7 |
| • Average monthly STB benefit | | $535 | $535 |
| Number of SIB | 81 | | 81 |
| • Average Age (years) | 70.5 | | 70.5 |
| • Average monthly SIB benefit | $1,395 | | $1,395 |
| **STB – Accruals for Future Beneficiaries projected to 31.12.10** | | | |
| Number | | 2,873 | 2,873 |
| • Average Age (years) | | 74.5 | 74.5 |
| • Average monthly STB Benefit | | $579 | $579 |

Mercer (Canada) Limited

Nortel  Julie  Graffam        9723627152

00100

Valuation of the Obligations of the Non-Pension        Nortel Networks Limited (September 16, 2010)
Benefits as at December 31, 2010

<div style="border:1px solid;">

**7**

</div>

## Employer Certification

With respect to the Addendum to the *Valuation of the Obligations of the Non-Pension
Benefits as at December 31, 2010* (dated August 27, 2010) for Nortel's Benefit Plans, I
hereby certify that to the best of my knowledge and belief:

- The Optional Employee Life Insurance data for members on Long Term Disability
  supplied to the actuary provides a complete and accurate description of all persons
  who are entitled to benefits under the terms of the Plan for service up to the date of
  the data provided as outlined in this Addendum.

- A copy of the plan documents and of all amendments made up to the date of the
  valuation were supplied to the actuary.

- All events subsequent to the valuation that may have an impact on the results of the
  valuation have been communicated to the actuary.

September 16, 2010
Date

*Julie Graffam*
Signed

Julie Graffam
Name

Director, HR Operations
Title

00101

# APPENDIX "E"

# Nortel Health and Welfare Trust
## Proposed Fourth Interim Distribution
Cdn (000s)

Appendix E

00102

| Beneficiaries (including IBNR) | # of Beneficiaries[1] | Estimated life benefit claim[1] | # of Beneficiaries[2] | Estimated life benefit claim[2] | Estimated 25% Interim Distribution | Average Individual Interim Distribution Amount at 25% |
|---|---|---|---|---|---|---|
| LTD Life | 364 | $ 2,639 | 354 | $ 2,538 | $ 635 | $ 1.8 |
| LTD Optional Life | 277 | $ 5,337 | 269 | $ 5,036 | $ 1,259 | $ 4.7 |
| | | $ 7,976 | | $ 7,574 | $ 1,894 | |

The following tables stratify the LTD Life Beneficiaries by the estimated 25% distribution amounts that would be received by them individually, solely with respect to the proposed LTD Life Interim Distribution:

**LTD Life**

| Range of interim Distributions | Total interim distribution | Median interim distribution | Average interim distribution | # of beneficiaries |
|---|---|---|---|---|
| <$1K | $ 74 | $ 0.6 | $ 0.5 | 135 |
| ≥ $1K & < $5K | $ 435 | $ 1.9 | $ 2.2 | 199 |
| ≥ $5K & < $10K | $ 126 | $ 5.9 | $ 6.3 | 20 |
| ≥ $10K | - | $ - | - | - |
| Total | $ 635 | | | 354 |

**LTD Optional Life**

| Range of interim Distributions | Total interim distribution | Median interim distribution | Average interim distribution | # of beneficiaries |
|---|---|---|---|---|
| <$1K | $ 27 | $ - | $ 0.2 | 51 |
| ≥ $1K & < $5K | $ 357 | $ 2.3 | $ 2.6 | 138 |
| ≥ $5K & < $10K | $ 351 | $ 7.0 | $ 6.9 | 51 |
| ≥ $10K | $ 524 | $ 16.2 | $ 18.1 | 29 |
| Total | $ 1,259 | | | 269 |

[1] Based on data as of June 30, 2010 as reflected in the Illustrative HWT Allocation Scenarios in Appendix D to the Monitor's Fifty-First Report.
[2] Based on data as of December 31, 2010 updated to July 31, 2011 using the methodology used in the Monitor's Fifty-First Report. Numbers are subject to change based on any status changes and estimated life benefits are subject to change based on confirmation of personal data.

00103

# APPENDIX "F"

00104

# Beneficiary Estimated Allocation Statement

[Benefit Recipient's name and address; merge]

[Benefit Recipient's identification # merge]

PRIVATE AND CONFIDENTIAL

Nortel's Health and Welfare Trust (the "HWT")

As you know, Nortel Networks Corporation and certain of its Canadian subsidiaries (collectively, "Nortel") filed for protection from its creditors pursuant to provisions of the Companies' Creditors Arrangement Act ("CCAA") on January 14, 2009. Ernst & Young Inc. was appointed by the Ontario Superior Court of Justice (the "Court") as Monitor.

Nortel is in the process of realizing on its remaining assets and winding down operations. As part of this process and as per the settlement agreement approved by the Court on March 31, 2010, all non-pension income still being paid by Nortel to long term disability employees and surviving spouses and health care and life insurance benefits currently being paid by Nortel to long term disability employees, former employees and their survivors will terminate on December 31, 2010.

Since 1980, Nortel has administered various benefit programs through the HWT. The assets are insufficient to cover the full value of the benefits.

The Settlement Agreement requires the parties to work towards a court-approved distribution of the HWT assets in 2010. The Monitor has filed with the Court a motion for approval of a proposed allocation method for the distribution of the assets held within the HWT. This motion is to be heard on September 29, 2010 in Toronto, Ontario and may be supported or opposed by other interested parties. Further information and copies of the relevant motion materials filed with the Court, including the Monitor's [•] report, can be obtained from the Monitor's website www.ey.com/ca.nortel or by contacting the Monitor at •.

[Benefit Recipient's last name merge]                                                                 1

00105

The Monitor has analyzed the terms and provisions of the HWT agreement as well as other applicable documentation and has developed a proposed allocation method which is illustrated in the materials filed on the Monitor's website.

You are receiving this notice as you are a recipient of long term disability benefits ("LTD-Income"), survivor income benefits ("SIB") or survivor transition benefits ("STB"). Your court-appointed representatives have asked that each recipient of LTD-Income, SIB or STB be provided with an estimate of the lump sum distribution he or she will receive from the HWT based on the Monitor's proposal.

**Estimate of your distribution from the HWT:**

The following is a preliminary estimate of your distribution from the HWT. This preliminary estimate is based upon membership data as at June 30, 2010 and assumes the Monitor's proposal is approved by the Court. Your actual distribution will be based on information updated to December 31, 2010. Your estimated distribution from the HWT relating to income <and basic life insurance> **[NTD: include bracketed words for long term disability recipients only]** has been calculated by multiplying the estimated benefit value times the proposed distribution percentage. <The estimates for the benefit value of optional life or pensioner life benefits to which you may be entitled are yet to be determined as data to calculate these amounts for each individual is not currently available.> **[NTD: include bracketed words for long term disability recipients only]** No estimated distribution has been included with respect to medical benefits as medical benefits are not eligible for a distribution from the HWT under the Monitor's proposal.

| | Your estimated benefit value | x | Proposed distribution percentage per Monitor proposal | = | Your estimated distribution lump sum payout |
|---|---|---|---|---|---|
| Income benefit | <IBCLAIM> | | <34.5%> | | <IBLSUM> |
| These next 3 rows for LTD recipients only<br>Life insurance benefit | <LICLAIM> | | <34.5%> | | <LILSUM> |
| Optional life insurance benefit | TBD | | <34.5%> | | TBD |
| Pensioner life insurance benefit | TBD | | <34.5%> | | TBD |

[Benefit Recipient's last name merge]

00106

**Important:** The amounts in the chart above are conditional upon court approval and could change depending on several factors which include, among others, the Court's determination as to the appropriate allocation methodology, the HWT assets available for distribution as at December 31, 2010, changes in status (e.g. death, recovery from LTD) and refinement of data with respect to actual eligible participants as at December 31, 2010.

You should be aware a tax ruling has been sought from the Canada Revenue Agency as to whether these HWT payments can be made on a tax free basis.

In addition to your share of the distribution of assets from the HWT, you may also have a claim against the Nortel estates for any remaining unrecovered benefits, (including other benefits that are not part of the HWT distribution). The amount of such claims and timing of any recovery on such claims is uncertain at this time and will be the subject of a further Court motion. If you have other claims of this nature, you will receive additional future correspondence from the Monitor.

At the present time, you are not required to take any action. You will be provided with further information regarding the distribution of HWT assets in due course.

00107

# APPENDIX "G"

00108

## Appendix G

**PRIVATE AND CONFIDENTIAL**

<FNAME> <LNAME>
<Address1>
<Address2>, <Address3>
<Address4>   <Address5>

<GID>

**Nortel's Health and Welfare Trust (the "HWT") Personal Data Confirmation - Part II**

You were sent a Beneficiary Estimated Allocation Statement (a "BEAS") on or about August 2010. The BEAS included a preliminary estimate of your LTD Income and LTD basic life benefit. If you had an optional life benefit a preliminary estimate of that was included on a revised BEAS.

Confirmation of the personal data used to calculate the estimate of your LTD Income was sent to you in November 2010. The purpose of this letter is to now confirm the additional personal data used to calculate the estimates of your basic and optional life benefits.

If the information in the chart below is <u>correct</u>, do not take any further action at this time.

If any of the information in the chart below is <u>incorrect</u>, please insert the correct information in the column titled "Corrections, if any" in the chart below and <u>send this form along with all supporting documentation</u>, back to the Monitor using the contact information below by September 15, 2011.

|  | Details per Nortel records as at June 30/10 | Corrections, if any |
|---|---|---|
| LTD basic life insurance amount at December 31, 2010 | <LIFEP> |  |
| LTD optional life insurance amount at December 31, 2010 | <OPTLP> |  |
| Union (Y/N)? | <USTAT> |  |

| Monitor's contact information: | Fax: | (416) 943-2808 |
|---|---|---|
|  | Email: | Nortel.monitor@ca.ey.com |
|  | Mailing address: | Ernst & Young Inc.<br>ATTN: Nortel Monitor, LTD Life Benefits<br>222 Bay Street, P.O. Box 251<br>Toronto, ON   M5K 1J7<br>Canada |

Please note: data for your post-retirement benefits will be confirmed at a later date.

If you have any questions about this letter or any of the information above, please contact the Monitor at 1 866 942 7177.

<LNAME>                    PERSONAL DATA CONFIRMATION AUGUST 15, 2011

Court File No: 09-CL-7950

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985,
c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL
NETWORKS CORPORATION *et al.*

---

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

Proceeding commenced at Toronto

---

**SEVENTY-THIRD REPORT**
**OF THE MONITOR**
**DATED AUGUST 17, 2011**

---

**GOODMANS LLP**
Barristers & Solicitors
Bay Adelaide Centre, 333 Bay Street
Toronto, Canada  M5H 2S7

Jay A. Carfagnini (LSUC#: 222936)
Fred Myers  (LSUC#: 26301A)
Gale Rubenstein (LSUC# 17088E)
Melaney J. Wagner (LSUC# 44063B)

Tel: 416.979.2211
Fax: 416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

00109

5994733