**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF SEVENTY-FOURTH REPORT OF THE MONITOR OF THE CANADIAN NORTEL COMPANIES IN THE CANADIAN PROCEEDINGS**

     **PLEASE TAKE NOTICE** that on October 13, 2011, Ernst & Young Inc., the Monitor and foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation, in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List), by its undersigned counsel, filed, in the above-captioned cases, a copy of the Seventy-Fourth Report of the Monitor (the "**Seventy-Fourth Report**"), dated September 14, 2011. A copy of the Seventy-Fourth Report is annexed hereto as Exhibit A.

     **PLEASE TAKE FURTHER NOTICE** that a copy of the Seventy-Fourth Report is also available on the Monitor's website, www.ey.com/ca/nortel or upon request to the Monitor's counsel.

Dated: October 13, 2011           **BUCHANAN INGERSOLL & ROONEY PC**
      Wilmington, Delaware

                                     /s/ Mona A. Parikh
                                     Mary F. Caloway (No. 3059)
                                     Mona A. Parikh (No. 4901)
                                     1105 North Market Street, Suite 1900
                                     Wilmington, Delaware 19801
                                     T: (302) 552-4200
                                     F: (302) 552-4295
                                     mary.caloway@bipc.com
                                     mona.parikh@bipc.com

                                             - and -

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Ken Coleman
Lisa Kraidin
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York  10020
T: (212) 610-6300
F: (212) 610-6399
ken.coleman@allenovery.com
lisa.kraidin@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor
and Foreign Representative of the Canadian Nortel Group*

#1022146-v1

2