# Exhibit B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2011 Through August 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Court Costs | | 14,776.00 |
| Transcripts | | 6,095.73 |
| Consulting/Professional Services | | 815.00 |
| Photos/Art/ Spec Duplicating | | 10,966.00 |
| Travel | | 853.00 |
| Meals | | 1,336.60 |
| Messenger Service | | 432.00 |
| Courier/Delivery Service | | 2,051.01 |
| Computer Research | Westlaw | 338.20 |
| Special Supplies | | 654.03 |
| Duplicating | In Office | 1,099.65 |
| Facsimile | | 1,500.00 |
| Postage | | 791.58 |
| Pacer | | 2,171.60 |
| Paralegal Overtime | | 67.37 |
| Hotel Accommodations | | 279.00 |
| Conference Calls | | 1,074.57 |
| **Grand Total Expenses** | | **$45,301.34** |

Nortel Networks, Inc.
63989-DIP
DATE: 10/13/11 13:44:47

PRO FORMA 279137        AS OF 08/31/11        INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 847246 | 11/09/10 | B | 4,750.00 | Court Costs AMERICAN EXPRESS' COURTS/ USBC-DE - 11/09/10 | 503 | 203 | 176195 |
| 847247 | 11/09/10 | B | 5,750.00 | Court Costs AMERICAN EXPRESS' COURTS/ USBC-DE - 11/09/10 | 503 | 203 | 176195 |
| 847248 | 11/10/10 | B | 211.00 | Court Costs AMERICAN EXPRESS' COURTS/ USBC-DE - 11/10/10 | 503 | 203 | 176195 |
| 854252 | 01/04/11 | B | 250.00 | Court Costs AMERICAN EXPRESS' COURTS/USBC-DE COURT FEES - 01/4/2011 | 503 | 203 | 177539 |
| 854255 | 01/06/11 | B | 250.00 | Court Costs AMERICAN EXPRESS' COURTS/ USBC-DE - COURT FEES - 01/06/2011 | 503 | 948 | 177539 |
| 854257 | 01/07/11 | B | 360.00 | Court Costs AMERICAN EXPRESS' COURTS/ USBC-DE - 1/7/2011 | 503 | 948 | 177539 |
| 854263 | 01/13/11 | B | 750.00 | Court Costs AMERICAN EXPRESS' COURTS/USBC-DE - 01/13/2011 | 503 | 209 | 177539 |
| 854264 | 01/14/11 | B | 1,250.00 | Court Costs AMERICAN EXPRESS' COURTS / USBC-DE - 01/14/2011 | 503 | 203 | 177539 |
| 854268 | 01/19/11 | B | 881.00 | Court Costs AMERICAN EXPRESS' COURTS/USBC-DE - 01/19/2011 | 503 | 203 | 177539 |
| 862806 | 02/11/11 | B | 44.00 | Court Costs - AMERICAN EXPRESS' COURTCALL - PROFESSIONAL SERVICES - 02/11/201 | 503 1 | 904 | 178319 |
| 869330 | 03/25/11 | B | 30.00 | Court Costs AMERICAN EXPRESS' COURTCALL - 03/25/2011 | 503 | 948 | 179126 |
| 869331 | 03/25/11 | B | 30.00 | Court CostsAMERICAN EXPRESS' COURTCALL - 03/25/2011 | 503 | 948 | 179126 |
| 869332 | 03/25/11 | B | 30.00 | Court Costs - AMERICAN EXPRESS' COURCALL - 03/25/2011 | 503 | 948 | 179126 |
| 876901 | 04/14/11 | B | 65.00 | Court Costs - AMERICAN EXPRESS' COURTS/USBC-DE - COURT FEES - 04/14/2011 | 503 | 904 | 180058 |
| 890774 | 08/10/11 | B | 100.00 | Court Costs - CLERK, U.S. DISTRICT COURT' 4 PRO HAC ADMISSIONS RE: NORTEL - ROZENBERG, KLEIN, GURGLE & MOESSNER - 08/10/2011 | 503 | 900 | 181619 |
| 892029 | 08/19/11 | B | 25.00 | Court Costs - CLERK, U.S. DISTRICT COURT' PRO HAC VICE FEE FOR RENE THORNE OF JACKSON LEWIS LLP | 503 | 684 | 181829 |
| 878205 | 12/16/10 | B | 1,900.50 | Transcripts - ELLEN GRAUER CT. REPORTING, LL TRANSCRIPT - 12/16/2010 | 506 | 203 | 180254 |
| 866905 | 02/09/11 | B | 970.20 | Transcripts - WILCOX & FETZER, LTD' TRANSCRIPT OF BANKRUPTCY COURT HEARING - 02/09/2011 | 506 | 904 | 178819 |
| 887783 | 06/10/11 | B | 175.63 | Transcripts - VERITEXT PENNSYLVANIA REPORTING CO' CERTIFIED TRANSCRIPT - JOB NO. 169266 - 06/10/2011 | 506 | 904 | 181325 |
| 891082 | 08/10/11 | B | 60.50 | Transcripts - DIAZ DATA SERVICES' CASE NO. 09-10138 TRANSCRIPT - 08/10/2011 | 506 | 904 | 181664 |
| 893683 | 08/23/11 | B | 2,175.30 | Transcripts - WILCOX & FETZER, LTD' TRANSCRIPT OF COURT HEARING - 08/23/2011 | 506 | 904 | 182062 |
| 893687 | 08/26/11 | B | 813.60 | Transcripts - DIAZ DATA SERVICES' CASE NO. 09-10138 - TRANSCRIPT - 08/26/2011 | 506 | 904 | 182066 |

Nortel Networks, Inc.
63989-DIP
DATE: 10/13/11 13:44:47

PRO FORMA   279137          AS OF 08/31/11                                 INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 854258 | 01/07/11 | B | 30.00 | Consulting/Professional Services AMERICAN EXPRESS' COURTCALL - PROFESSIONAL SERVICES RENDERED - 01/7/2011 | 509 | 203 | 177539 |
| 854259 | 01/07/11 | B | 30.00 | Consulting/Professional Services AMERICAN EXPRESS' COURTCALL - 1/7/2011 | 509 | 203 | 177539 |
| 854260 | 01/07/11 | B | 30.00 | Consulting/Professional Services AMERICAN EXPRESS' COURTCALL - 01/7/2011 | 509 | 203 | 177539 |
| 854261 | 01/07/11 | B | 30.00 | Consulting/Professional Services AMERICAN EXPRESS' COURTCALL - 1/7/2011 | 509 | 203 | 177539 |
| 854267 | 01/19/11 | B | 695.00 | Consulting/Professional Services AMERICAN EXPRESS' CORPORATE LANGUAGE - 01/19/2011 | 509 | 948 | 177539 |
| 891864 | 02/03/11 | B | 685.93 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' DIGITAL PRINTS (15 ORIGINALS x 174 COPIES) - 02/03/2011 | 510 | 684 | 181793 |
| 891868 | 06/06/11 | B | 744.00 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' OVERSIZE DOCUMENT LARGER THAN 11x17 - 06/06/2011 | 510 | 684 | 181804 |
| 891072 | 08/09/11 | B | 370.65 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' DIGITAL PRINTS (3 ORIGINALS x 183 COPIES) - 08/09/2011 | 510 | 684 | 181657 |
| 891361 | 08/10/11 | B | 741.79 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' DIGITAL PRINTS (15 ORIGINALS x 183 COPIES) - 08/10/2011 | 510 | 684 | 181688 |
| 891354 | 08/11/11 | B | 67.20 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' B&W COPIES A - AUTO FEED - 08/11/2011 | 510 | 684 | 181684 |
| 892337 | 08/16/11 | B | 1,822.60 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' DIGITAL PRINTS (62 ORIGINALS x 184 COPIES) - 08/16/2011 | 510 | 904 | 181867 |
| 891977 | 08/16/11 | B | 766.94 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' DIGITAL PRINTS (16 ORIGINALS x 184 COPIES) - 08/16/2011 | 510 | 684 | 181819 |
| 892339 | 08/17/11 | B | 766.94 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' DIGITAL PRINTS (16 ORIGINALS x 184 COPIES) - 08/17/2011 | 510 | 684 | 181869 |
| 893412 | 08/18/11 | B | 100.70 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' DIGITAL PRINTS (967 ORIGINALS x 1 COPY) - CUSTOM EXHIBIT TABS PRINTED & INSERTED - 08/18/2011 | 510 | 684 | 182018 |
| 893411 | 08/24/11 | B | 685.57 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' B&W COPIES A; AUTOFEED - ENVELOPES & MAILOUTS 08/24/2011 | 510 - | 684 | 182017 |
| 893668 | 08/25/11 | B | 2,479.56 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' MAILOUT, HAND DELIVERIES & B&W COPIES A; AUTOFEED - 08/25/2011 | 510 | 900 | 182028 |

Nortel Networks, Inc.
63989-DIP
DATE: 10/13/11 13:44:47

PRO FORMA 279137  AS OF 08/31/11  INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 893689 | 08/25/11 | B | 7.58 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS - 08/25/2011 | 510 | 546 | 182068 |
| 893690 | 08/25/11 | B | 114.36 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS - 08/25/2011 | 510 | 546 | 182069 |
| 894126 | 08/30/11 | B | 357.80 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (2 ORIGINALS x 184 COPIES) - 08/30/2011 | 510 | 684 | 182118 |
| 895460 | 08/31/11 | B | 141.90 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` B&W PAGES PRINTED FROM PDF - 08/31/2011 | 510 | 684 | 182146 |
| 895603 | 08/31/11 | B | 1,112.48 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (26 ORIGINALS x 184 COPIES) - 08/31/2011 | 510 | 904 | 182180 |
| 853283 | 12/10/10 | B | 10.00 | Travel PETTY CASH` D. CULVER PARKING FROM TRIP TO NY - 12/16/201 | 5110 | 203 | 177404 |
| 887473 | 06/07/11 | B | 475.00 | Travel - AMERICAN EXPRESS` EXECUTIVE TOWNCAR - PU; 824 N. MARKET ST - DO; NYC - 06/07/2011 | 511 | 904 | 181297 |
| 887479 | 06/11/11 | B | 220.00 | Travel - AMERICAN EXPRESS` AMTRAK - A. CORDO WILMINGTON TO NY - 06/11/20 | 511 11 | 904 | 181297 |
| 887484 | 06/20/11 | B | 34.80 | Travel - AMERICAN EXPRESS` USPS.COM - SERVICE UPON 2 PARTIES W/ PO BOX ADDRESSES - 06/20/2011 | 511 | 948 | 181297 |
| 887488 | 06/24/11 | B | 16.00 | Travel - AMERICAN EXPRESS` AMTRAK - A. CORDO WILMINGTON TO NY - 06/24/20 | 511 11 | 904 | 181297 |
| 895488 | 08/23/11 | B | 97.20 | Travel - EAGLE CHAUFFEURED SERVICES, INC.` D. RAY - PU; MNAT - DO; PHL AP - 08/23/2011 | 511 | 000 | 182161 |
| 875998 | 04/26/11 | B | 233.50 | Meals AMERICAN EXPRESS` COSI - LUNCH FOR 12 - 04/26/2011 | 512 | 948 | 179923 |
| 890778 | 06/07/11 | B | 26.00 | Meals - PETTY CASH` A.GAZZE - DINNER - 06/07/2011 | 512 | 948 | 181621 |
| 881185 | 06/21/11 | B | 70.00 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 8 - 06/21/11 | 512 | 904 | 180658 |
| 890900 | 07/11/11 | B | 30.04 | Meals - AMERICAN EXPRESS` WAWA - SNACKS/DRINKS FOR 9 - 07/11/2011 | 512 | 904 | 181622 |
| 890901 | 07/12/11 | B | 309.25 | Meals - AMERICAN EXPRESS` COSI - LUNCH FOR 16 - 07/12/2011 | 512 | 904 | 181622 |
| 890906 | 07/21/11 | B | 96.25 | Meals - AMERICAN EXPRESS` COSI - LUNCH FOR 5 - 07/21/2011 | 512 | 904 | 181622 |
| 890911 | 07/28/11 | B | 102.50 | Meals - AMERICAN EXPRESS` COSI - LUNCH FOR 5 - 07/28/2011 | 512 | 904 | 181622 |
| 892955 | 08/22/11 | B | 35.00 | Meals - URBAN CAFE, LLC` SNACKS FOR 7 - 08/22/2011 | 512 | 900 | 181910 |
| 892954 | 08/23/11 | B | 122.50 | Meals - URBAN CAFE, LLC` BREAKFAST FOR 14 - 08/23/2011 | 512 | 900 | 181909 |
| 896089 | 08/23/11 | B | 311.56 | Meals - MOVABLE FEAST INC.` LUNCH FOR 14 - 08/23/2011 | 512 | 900 | 182280 |
| 854288 | 01/31/11 | B | 3.00 | Messenger Service | 513S | 369 | |
| 875199 | 04/29/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 888862 | 06/27/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 888866 | 06/27/11 | B | 3.00 | Messenger Service | 513S | 684 | |

Case 09-10138-MFW    Doc 6592-3    Filed 10/13/11    Page 5 of 16

Nortel Networks, Inc.
63989-DIP
DATE: 10/13/11 13:44:47

PRO FORMA  279137          AS OF 08/31/11          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 888868 | 06/27/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 888890 | 06/28/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 888910 | 06/29/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 888925 | 06/29/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 888929 | 06/29/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 888930 | 06/29/11 | B | 15.00 | Messenger Service | 513S | 684 | |
| 888932 | 06/29/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 888959 | 06/30/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 888941 | 06/30/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 888942 | 06/30/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 888946 | 06/30/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 888948 | 06/30/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 888952 | 06/30/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894269 | 08/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894270 | 08/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894271 | 08/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894272 | 08/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894276 | 08/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894290 | 08/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894300 | 08/02/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894308 | 08/03/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894309 | 08/03/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894337 | 08/03/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894343 | 08/03/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894344 | 08/03/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894346 | 08/04/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894347 | 08/04/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894353 | 08/04/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894354 | 08/04/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894355 | 08/04/11 | B | 3.00 | Messenger Service | 513S | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 10/13/11 13:44:47

PRO FORMA  279137          AS OF 08/31/11          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 894357 | 08/04/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894361 | 08/05/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894362 | 08/05/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894373 | 08/05/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894374 | 08/05/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894376 | 08/05/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894384 | 08/05/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894391 | 08/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894392 | 08/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894393 | 08/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894394 | 08/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894395 | 08/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894396 | 08/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894397 | 08/08/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894400 | 08/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894406 | 08/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894408 | 08/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894409 | 08/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894412 | 08/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894418 | 08/08/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894424 | 08/09/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894428 | 08/09/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894429 | 08/09/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894430 | 08/09/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894431 | 08/09/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894432 | 08/09/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894433 | 08/09/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894434 | 08/09/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894438 | 08/10/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894443 | 08/10/11 | B | 3.00 | Messenger Service | 513S | 000 | |

Nortel Networks, Inc.
63989-DIP
DATE: 10/13/11 13:44:47

PRO FORMA 279137            AS OF 08/31/11            INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 894444 | 08/10/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894448 | 08/10/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894456 | 08/10/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894464 | 08/10/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894466 | 08/11/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894476 | 08/11/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894484 | 08/12/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894491 | 08/12/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894492 | 08/12/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894505 | 08/12/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894512 | 08/15/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894513 | 08/15/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894526 | 08/16/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894529 | 08/16/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894537 | 08/16/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894562 | 08/16/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894563 | 08/16/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894565 | 08/16/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894566 | 08/17/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894583 | 08/17/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894584 | 08/17/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894586 | 08/18/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894587 | 08/18/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894590 | 08/18/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894603 | 08/18/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894604 | 08/19/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894607 | 08/19/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894609 | 08/19/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894610 | 08/19/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894616 | 08/19/11 | B | 3.00 | Messenger Service | 513S | 000 | |

Nortel Networks, Inc.
63989-DIP
DATE: 10/13/11 13:44:47

PRO FORMA   279137          AS OF 08/31/11          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 894617 | 08/19/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894622 | 08/19/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894630 | 08/19/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894642 | 08/22/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894649 | 08/22/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894654 | 08/22/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894657 | 08/22/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894658 | 08/22/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894665 | 08/23/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894680 | 08/23/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894681 | 08/23/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894682 | 08/23/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894683 | 08/23/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894684 | 08/24/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894692 | 08/24/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894694 | 08/25/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894698 | 08/25/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894699 | 08/25/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894700 | 08/25/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894704 | 08/25/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894705 | 08/25/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894713 | 08/25/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894714 | 08/25/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894715 | 08/25/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894716 | 08/26/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894717 | 08/26/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894718 | 08/26/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894720 | 08/26/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894725 | 08/26/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894726 | 08/26/11 | B | 3.00 | Messenger Service | 513S | 000 | |

Nortel Networks, Inc.
63989-DIP
DATE: 10/13/11 13:44:47

PRO FORMA 279137     AS OF 08/31/11     INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 894734 | 08/29/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894741 | 08/29/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894743 | 08/29/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894745 | 08/29/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894746 | 08/29/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894748 | 08/29/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894755 | 08/29/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894756 | 08/29/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894759 | 08/29/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894762 | 08/29/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894763 | 08/29/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894771 | 08/29/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894778 | 08/29/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894780 | 08/29/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894781 | 08/29/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 894785 | 08/31/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 847242 | 11/04/10 | B | 17.40 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - 11/04/10 | 514 | 904 | 176195 |
| 847243 | 11/04/10 | B | 34.80 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - 11/04/10 | 514 | 904 | 176195 |
| 847244 | 11/04/10 | B | 17.40 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - 11/04/10 | 514 | 904 | 176195 |
| 847250 | 11/10/10 | B | (17.40) | )Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - 11/10/10 | 514 | 904 | 176195 |
| 847251 | 11/10/10 | B | (17.40) | )Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - 11/10/10 | 514 | 904 | 176195 |
| 847256 | 11/16/10 | B | 174.00 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - 11/16/10 | 514 | 904 | 176195 |
| 847257 | 11/16/10 | B | 52.20 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - 11/16/10 | 514 | 904 | 176195 |
| 854262 | 01/10/11 | B | 34.80 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - 1/10/2011 | 514 | 948 | 177539 |
| 854273 | 01/25/11 | B | 34.80 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - 01/25/2011 | 514 | 594 | 177539 |

Nortel Networks, Inc.
63989-DIP
DATE: 10/13/11 13:44:47

PRO FORMA   279137                         AS OF 08/31/11                                                INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 862770 | 01/28/11 | B | 34.80 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - 01/28/2011 | 514 | 904 | 178319 |
| 862790 | 02/07/11 | B | 34.80 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - TRANSPORTATION & SPECIAL HANDLING SERVICES - 02/07/2011 | 514 | 684 | 178319 |
| 862814 | 02/17/11 | B | 34.80 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - TRANSPORTATION & SPECIAL HANDLING SERVICES - 02/17/2011 | 514 | 904 | 178319 |
| 869328 | 03/21/11 | B | 34.80 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - M. DECARLI - 03/21/2011 | 514 | 684 | 179126 |
| 876895 | 03/31/11 | B | 34.80 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM SHIPPING LABELS - 03/31/2011 | 514 | 684 | 180058 |
| 876898 | 04/07/11 | B | 17.40 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - COURIER COSTS - 04/07/2011 | 514 | 203 | 180058 |
| 876907 | 04/21/11 | B | 34.80 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - COURIER/DELIVERY CHARGES - 04/21/2011 | 514 | 904 | 180058 |
| 876908 | 04/21/11 | B | 17.40 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - COURIER/DELIVERY CHARGES - 04/21/2011 | 514 | 904 | 180058 |
| 876909 | 04/21/11 | B | 17.40 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - COURIER/DELIVERY CHARGES - 04/21/2011 | 514 | 904 | 180058 |
| 876910 | 04/25/11 | B | 174.00 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - COURIER/DELIVERY CHARGES - 04/25/2011 | 514 | 904 | 180058 |
| 876911 | 04/25/11 | B | 69.60 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - COURIER/DELIVERY CHARGES - 04/25/2011 | 514 | 904 | 180058 |
| 876916 | 04/28/11 | B | 34.80 | Courier/Delivery Service AMERICAN EXPRESS' USPS.COM - COURIER/DELIVERY SERVICES - 04/28/2011 | 514 | 904 | 180058 |
| 872945 | 04/28/11 | B | 11.15 | Courier/Delivery Service BLUE MARBLE LOGISTIC LLC | 514 | 000 | 179480 |
| 887472 | 06/03/11 | B | 34.80 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - 2 OVERNIGHT SERVICES OF AGENDA - 06/03/2011 | 514 | 904 | 181297 |
| 887483 | 06/17/11 | B | 69.60 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - 4 EXPRESS MAIL LABELS - 06/17/2011 | 514 | 948 | 181297 |
| 893430 | 07/08/11 | B | 34.80 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - COURIER CHARGES - 07/08/2011 | 514 | 000 | 182019 |
| 893431 | 07/08/11 | B | 17.40 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - COURIER CHARGES - 07/08/2011 | 514 | 000 | 182019 |
| 891496 | 08/01/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181707 |
| 891497 | 08/03/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 181707 |
| 891035 | 08/05/11 | B | 11.90 | Courier/Delivery Service | 514 | 322 | 181641 |
| 891036 | 08/05/11 | B | 16.34 | Courier/Delivery Service | 514 | 322 | 181641 |
| 891037 | 08/05/11 | B | 11.90 | Courier/Delivery Service | 514 | 322 | 181641 |
| 891038 | 08/05/11 | B | 11.90 | Courier/Delivery Service | 514 | 322 | 181641 |

```
Nortel Networks, Inc.                        PRO FORMA  279137           AS OF 08/31/11                    INVOICE# ******
63989-DIP
DATE: 10/13/11 13:44:47

INDEX   DATE     STAT  AMOUNT   DESCRIPTION                                                    CODE  TKPER  VOUCHER
891039  08/05/11  B    11.90   Courier/Delivery Service                                        514   322    181641
891040  08/05/11  B    11.90   Courier/Delivery Service                                        514   322    181641
891043  08/05/11  B    31.35   Courier/Delivery Service - FEDERAL EXPRESS CORP.                514   000    181642
893255  08/08/11  B     6.90   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC           514   000    181986
893256  08/08/11  B     6.90   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC           514   000    181986
893257  08/08/11  B     6.90   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC           514   000    181986
893258  08/09/11  B     6.90   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC           514   000    181986
893259  08/09/11  B     6.90   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC           514   000    181986
893260  08/09/11  B     6.90   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC           514   000    181986
893261  08/10/11  B    11.15   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC           514   000    181986
893262  08/10/11  B    43.61   Courier/Delivery Service - FEDERAL EXPRESS CORP.                514   000    182010
893404  08/11/11  B    43.61   Courier/Delivery Service - FEDERAL EXPRESS CORP.                514   000    182010
893405  08/11/11  B    43.61   Courier/Delivery Service - FEDERAL EXPRESS CORP.                514   000    182114
894121  08/11/11  B    49.74   Courier/Delivery Service - FEDERAL EXPRESS CORP.                514   000    181885
892783  08/11/11  B    11.15   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC           514   000    181986
893263  08/12/11  B    22.30   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC           514   000    181985
893204  08/16/11  B    17.57   Courier/Delivery Service                                        514   322    181831
892263  08/16/11  B    17.57   Courier/Delivery Service                                        514   322    181831
892264  08/16/11  B    17.57   Courier/Delivery Service                                        514   322    181831
892265  08/16/11  B    19.81   Courier/Delivery Service                                        514   322    181831
892266  08/16/11  B    17.57   Courier/Delivery Service                                        514   322    181831
892267  08/17/11  B     6.90   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC           514   000    181985
892268  08/17/11  B     6.90   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC           514   000    181985
893205  08/18/11  B    11.15   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC           514   000    181985
893206  08/19/11  B     6.90   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC           514   000    181985
893207  08/19/11  B     6.90   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC           514   000    181985
893208  08/19/11  B    31.35   Courier/Delivery Service - FEDERAL EXPRESS CORP.                514   000    182115
893209  08/19/11  B    24.24   Courier/Delivery Service                                        514   322    181903
894122  08/19/11  B    11.90   Courier/Delivery Service                                        514   322    181903
892897  08/19/11  B    11.90   Courier/Delivery Service                                        514   322    181903
892898  08/19/11  B    11.90   Courier/Delivery Service                                        514   322    181903
892899  08/19/11  B    11.90   Courier/Delivery Service                                        514   322    181903
892900  08/19/11  B    11.90   Courier/Delivery Service                                        514   322    181903
892901  08/19/11  B    16.34   Courier/Delivery Service                                        514   322    181903
892902  08/19/11  B    11.90   Courier/Delivery Service                                        514   322    181903
892903  08/19/11  B    11.90   Courier/Delivery Service                                        514   322    181903
894243  08/22/11  B    11.15   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC           514   000    182123
894229  08/22/11  B    11.15   Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC           514   000    182123
```

Nortel Networks, Inc.
63989-DIP
DATE: 10/13/11 13:44:47

PRO FORMA  279137          AS OF 08/31/11                                      INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 894230 | 08/23/11 | B | 11.15 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182123 |
| 894231 | 08/23/11 | B | 11.15 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182123 |
| 894232 | 08/23/11 | B | 11.15 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182123 |
| 894233 | 08/23/11 | B | 11.15 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182123 |
| 893184 | 08/23/11 | B | 28.08 | Courier/Delivery Service | 514 | 322 | 181974 |
| 894234 | 08/24/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182123 |
| 894235 | 08/25/11 | B | 11.15 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182123 |
| 894236 | 08/25/11 | B | 11.15 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182123 |
| 894237 | 08/25/11 | B | 53.27 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182123 |
| 894238 | 08/27/11 | B | 15.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182123 |
| 895610 | 08/29/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182182 |
| 895611 | 08/30/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182182 |
| 895612 | 08/30/11 | B | 60.66 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182182 |
| 895613 | 08/30/11 | B | 13.25 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182182 |
| 895614 | 08/30/11 | B | 13.25 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182182 |
| 895615 | 08/30/11 | B | 13.25 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182182 |
| 895616 | 08/30/11 | B | 13.25 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182182 |
| 895617 | 08/30/11 | B | 13.25 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182182 |
| 895618 | 08/31/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182182 |
| 845658 | 12/07/10 | B | 17.64 | Computer Research - Westlaw Search Performed by: KRESS,ADAM | 515 | 988 | |
| 892681 | 08/09/11 | B | 90.53 | Computer Research - Westlaw Search Performed by: FIGHTS,CHAD | 515 | 900 | |
| 893480 | 08/17/11 | B | 20.28 | Computer Research - Westlaw Search Performed by: GAZZE,ALISSA | 515 | 948 | |
| 893765 | 08/22/11 | B | 209.75 | Computer Research - Westlaw Search Performed by: FIGHTS,CHAD | 515 | 900 | |
| 891358 | 08/09/11 | B | 526.38 | Special Supplies - IKON OFFICE SOLUTIONS' ENVELOPES, BANKRUPCY MAILOUTS & HAND DELIVERI - 08/09/2011 | 518H ES | 684 | 181686 |
| 891355 | 08/11/11 | B | 111.90 | Special Supplies - IKON OFFICE SOLUTIONS' ENVELOPES & HAND DELIVERIES - 08/11/2011 | 518H | 684 | 181684 |
| 893413 | 08/18/11 | B | 15.75 | Special Supplies - DIGITAL LEGAL SERVICES LLC 3" CLEARVIEW D-RING BINDERS - EXHIBIT TABS INSERTED - 08/18/2011 | 518H | 684 | 182018 |
| 844822 | 12/07/10 | B | 1.70 | In-House Duplicating | 519 | 622 | |
| 856759 | 01/31/11 | B | 0.80 | In-House Duplicating | 519 | 554 | |
| 856787 | 01/31/11 | B | 0.60 | In-House Duplicating | 519 | 684 | |
| 888720 | 08/01/11 | B | 10.40 | In-House Duplicating | 519 | 684 | |
| 889585 | 08/03/11 | B | 18.30 | In-House Duplicating | 519 | 684 | |
| 889827 | 08/04/11 | B | 4.00 | In-House Duplicating | 519 | 684 | |
| 889909 | 08/05/11 | B | 13.80 | In-House Duplicating | 519 | 594 | |

Nortel Networks, Inc.
63989-DIP
DATE: 10/13/11 13:44:47

PRO FORMA  279137    AS OF 08/31/11    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 889910 | 08/05/11 | B | 1.80 | In-House Duplicating | 519 | 594 | |
| 889911 | 08/05/11 | B | 30.60 | In-House Duplicating | 519 | 594 | |
| 889912 | 08/05/11 | B | 3.00 | In-House Duplicating | 519 | 594 | |
| 890516 | 08/08/11 | B | 6.20 | In-House Duplicating | 519 | 554 | |
| 890515 | 08/08/11 | B | 0.20 | In-House Duplicating | 519 | 684 | |
| 890675 | 08/09/11 | B | 8.80 | In-House Duplicating | 519 | 684 | |
| 890967 | 08/10/11 | B | 0.80 | In-House Duplicating | 519 | 670 | |
| 890968 | 08/10/11 | B | 2.70 | In-House Duplicating | 519 | 684 | |
| 890969 | 08/10/11 | B | 1.20 | In-House Duplicating | 519 | 684 | |
| 891112 | 08/11/11 | B | 18.10 | In-House Duplicating | 519 | 670 | |
| 891741 | 08/16/11 | B | 24.70 | In-House Duplicating | 519 | 605 | |
| 891740 | 08/16/11 | B | 38.80 | In-House Duplicating | 519 | 684 | |
| 891902 | 08/17/11 | B | 18.80 | In-House Duplicating | 519 | 684 | |
| 892159 | 08/19/11 | B | 5.80 | In-House Duplicating | 519 | 684 | |
| 892160 | 08/19/11 | B | 18.50 | In-House Duplicating | 519 | 684 | |
| 892161 | 08/19/11 | B | 12.80 | In-House Duplicating | 519 | 684 | |
| 892455 | 08/22/11 | B | 0.20 | In-House Duplicating | 519 | 546 | |
| 892456 | 08/22/11 | B | 1.40 | In-House Duplicating | 519 | 594 | |
| 892457 | 08/22/11 | B | 0.30 | In-House Duplicating | 519 | 594 | |
| 892821 | 08/23/11 | B | 63.70 | In-House Duplicating | 519 | 637 | |
| 892820 | 08/23/11 | B | 12.20 | In-House Duplicating | 519 | 904 | |
| 893011 | 08/24/11 | B | 1.30 | In-House Duplicating | 519 | 594 | |
| 893012 | 08/24/11 | B | 22.00 | In-House Duplicating | 519 | 624 | |
| 893130 | 08/25/11 | B | 0.20 | In-House Duplicating | 519 | 594 | |
| 893131 | 08/25/11 | B | 1.30 | In-House Duplicating | 519 | 594 | |
| 893128 | 08/25/11 | B | 1.40 | In-House Duplicating | 519 | 594 | |
| 893129 | 08/25/11 | B | 1.90 | In-House Duplicating | 519 | 546 | |
| 893343 | 08/25/11 | B | 56.90 | In-House Duplicating | 519 | 594 | |
| 893344 | 08/26/11 | B | 49.20 | In-House Duplicating | 519 | 546 | |
| 893604 | 08/29/11 | B | 30.40 | In-House Duplicating | 519 | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 10/13/11 13:44:47

PRO FORMA   279137         AS OF 08/31/11                         INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 893605 | 08/29/11 | B | 39.50 | In-House Duplicating | 519 | 684 | |
| 893857 | 08/30/11 | B | 14.50 | In-House Duplicating | 519 | 684 | |
| 893858 | 08/30/11 | B | 0.90 | In-House Duplicating | 519 | 684 | |
| 893859 | 08/30/11 | B | 18.10 | In-House Duplicating | 519 | 684 | |
| 893860 | 08/30/11 | B | 2.80 | In-House Duplicating | 519 | 684 | |
| 893861 | 08/30/11 | B | 17.00 | In-House Duplicating | 519 | 684 | |
| 893940 | 08/31/11 | B | 7.80 | In-House Duplicating | 519 | 684 | |
| 851067 | 11/18/10 | B | 3.12 | Postage | 520 | 904 | |
| 851068 | 11/18/10 | B | 20.44 | Postage | 520 | 000 | |
| 877881 | 04/14/11 | B | 383.88 | Postage | 520 | 000 | |
| 877884 | 04/15/11 | B | 201.56 | Postage | 520 | 684 | |
| 888544 | 06/23/11 | B | 128.48 | Postage | 520 | 684 | |
| 896380 | 08/11/11 | B | 1.76 | Postage | 520 | 684 | |
| 896385 | 08/11/11 | B | 4.92 | Postage | 520 | 684 | |
| 896373 | 08/16/11 | B | 0.88 | Postage | 520 | 684 | |
| 896370 | 08/17/11 | B | 4.84 | Postage | 520 | 684 | |
| 896368 | 08/18/11 | B | 18.04 | Postage | 520 | 684 | |
| 896366 | 08/24/11 | B | 6.16 | Postage | 520 | 684 | |
| 896364 | 08/26/11 | B | 13.10 | Postage | 520 | 546 | |
| 896361 | 08/29/11 | B | 2.64 | Postage | 520 | 684 | |
| 896359 | 08/30/11 | B | 1.76 | Postage | 520 | 684 | |
| 890642 | 08/05/11 | B | 702.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX - 08/05/2011 | 522H | 684 | 181607 |
| 893290 | 08/19/11 | B | 798.00 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX - 08/19/2011 | 522H | 594 | 181990 |
| 850202 | 12/31/10 | B | 455.04 | Pacer charges for the month of December | 529 | 000 | |
| 850267 | 12/31/10 | B | 5.60 | Pacer charges for the month of December | 529 | 000 | |
| 854969 | 01/31/11 | B | 370.24 | Pacer charges for the month of January | 529 | 000 | |
| 855030 | 01/31/11 | B | 11.84 | Pacer charges for the month of January | 529 | 000 | |
| 864332 | 02/28/11 | B | 350.72 | Pacer charges for the month of February | 529 | 000 | |
| 864385 | 02/28/11 | B | 27.04 | Pacer charges for the month of February | 529 | 000 | |

Nortel Networks, Inc.
63989-DIP
DATE: 10/13/11 13:44:47

PRO FORMA 279137    AS OF 08/31/11    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 870027 | 03/31/11 | B | 572.32 | Pacer charges for the month of March | 529 | 000 | |
| 870088 | 03/31/11 | B | 1.04 | Pacer charges for the month of March | 529 | 000 | |
| 877564 | 04/30/11 | B | 99.20 | Pacer charges for the month of April | 529 | 000 | |
| 877617 | 04/30/11 | B | 2.24 | Pacer charges for the month of April | 529 | 000 | |
| 880056 | 05/31/11 | B | 73.36 | Pacer charges for the month of May | 529 | 000 | |
| 887516 | 06/30/11 | B | 129.28 | Pacer charges for the month of June | 529 | 000 | |
| 887550 | 06/30/11 | B | 3.36 | Pacer charges for the month of June | 529 | 000 | |
| 892563 | 07/31/11 | B | 70.24 | Pacer charges for the month of July | 529 | 000 | |
| 892602 | 07/31/11 | B | 0.08 | Pacer charges for the month of July | 529 | 000 | |
| 890799 | 07/20/11 | B | 16.04 | Paralegal Overtime | 530S | 684 | |
| 890801 | 07/22/11 | B | 51.33 | Paralegal Overtime | 530S | 684 | |
| 856760 | 01/31/11 | B | 2.90 | In-House Printing - black & white | 541 | 684 | |
| 888721 | 08/01/11 | B | 1.40 | In-House Printing - black & white | 541 | 684 | |
| 889397 | 08/02/11 | B | 21.40 | In-House Printing - black & white | 541 | 684 | |
| 889586 | 08/03/11 | B | 1.40 | In-House Printing - black & white | 541 | 684 | |
| 889828 | 08/04/11 | B | 14.20 | In-House Printing - black & white | 541 | 670 | |
| 889845 | 08/04/11 | B | 0.20 | In-House Printing - black & white | 541 | 605 | |
| 889913 | 08/05/11 | B | 11.10 | In-House Printing - black & white | 541 | 594 | |
| 890676 | 08/08/11 | B | 1.80 | In-House Printing - black & white | 541 | 605 | |
| 890517 | 08/08/11 | B | 1.20 | In-House Printing - black & white | 541 | 684 | |
| 890677 | 08/09/11 | B | 4.05 | In-House Printing - black & white | 541 | 684 | |
| 890970 | 08/10/11 | B | 6.90 | In-House Printing - black & white | 541 | 684 | |
| 891113 | 08/11/11 | B | 6.90 | In-House Printing - black & white | 541 | 684 | |
| 891384 | 08/12/11 | B | 2.80 | In-House Printing - black & white | 541 | 546 | |
| 891742 | 08/16/11 | B | 93.75 | In-House Printing - black & white | 541 | 684 | |
| 891903 | 08/17/11 | B | 47.95 | In-House Printing - black & white | 541 | 546 | |
| 892162 | 08/18/11 | B | 19.50 | In-House Printing - black & white | 541 | 605 | |
| 892163 | 08/19/11 | B | 120.70 | In-House Printing - black & white | 541 | 684 | |
| 892458 | 08/22/11 | B | 34.25 | In-House Printing - black & white | 541 | 651 | |
| 892822 | 08/23/11 | B | 6.05 | In-House Printing - black & white | 541 | 904 | |

Nortel Networks, Inc.
63989-DIP
DATE: 10/13/11 13:44:47

PRO FORMA 279137          AS OF 08/31/11          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 893013 | 08/24/11 | B | 1.55 | In-House Printing - black & white | 541 | 637 | |
| 893132 | 08/25/11 | B | 4.70 | In-House Printing - black & white | 541 | 594 | |
| 893606 | 08/29/11 | B | 21.95 | In-House Printing - black & white | 541 | 684 | |
| 893862 | 08/30/11 | B | 76.30 | In-House Printing - black & white | 541 | 684 | |
| 893941 | 08/31/11 | B | 11.30 | In-House Printing - black & white | 541 | 684 | |
| 847508 | 10/22/10 | B | 279.00 | Hotel Accommodations HOTEL DUPONT` HOTEL CHARGE FOR KEN RUBINSTEIN - 10/22/10 | 549 | 000 | 176233 |
| 852593 | 11/18/10 | B | 8.01 | Conference Calls SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 203 | 177193 |
| 855475 | 01/04/11 | B | 11.05 | Conference Calls SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 177664 |
| 855476 | 01/04/11 | B | 7.72 | Conference Calls SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 948 | 177664 |
| 855469 | 01/06/11 | B | 2.94 | Conference Calls SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 177664 |
| 855579 | 01/14/11 | B | 2.37 | Conference Calls SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 177671 |
| 855603 | 01/27/11 | B | 8.54 | Conference Calls SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 948 | 177672 |
| 876917 | 04/28/11 | B | 65.00 | Conference Calls AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 04/28/2011 | 552H | 948 | 180058 |
| 876918 | 04/28/11 | B | 58.00 | Conference Calls AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 04/28/2011 | 552H | 948 | 180058 |
| 887477 | 06/09/11 | B | 359.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - COURT CONFERENCE CALL - 06/09/201 | 552H 1 | 948 | 181297 |
| 887478 | 06/09/11 | B | 359.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - COURT CONFERENCE CALL - 06/09/201 | 552H 1 | 948 | 181297 |
| 887486 | 06/23/11 | B | 44.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - COURT CONFERENCE CALL - 06/23/201 | 552H 1 | 904 | 181297 |
| 893425 | 07/06/11 | B | 30.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 07/06/2011 | 552H | 961 | 182019 |
| 891684 | 07/07/11 | B | 1.58 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 181760 |
| 891687 | 07/08/11 | B | 10.78 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 181760 |
| 893437 | 07/14/11 | B | 100.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - CONFERENCE CALL - 07/14/2011 | 552H | 000 | 182019 |
| 896403 | 08/29/11 | B | 4.12 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 182345 |
| 896404 | 08/29/11 | B | 2.46 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 182345 |

45,301.34