**EXHIBIT A**

Court File No. 09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

**IN THE MATTER OF THE *COMPANIES' CREDITORS***
***ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF**
**COMPROMISE OR ARRANGEMENT OF**
**NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,**
**NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS**
**INTERNATIONAL CORPORATION AND NORTEL NETWORKS**
**TECHNOLOGY CORPORATION**

**SUPPLEMENT TO SEVENTY-FIFTH REPORT OF THE MONITOR**
**DATED OCTOBER 4, 2011**

**PURPOSE**

1.      This supplement to the Seventy-Fifth Report of the Monitor ("**Supplemental Seventy-Fifth Report**") is provided in reference to the Monitor's Seventy-Fifth Report dated September 19, 2011 (the "**Seventy-Fifth Report**").  The purpose of this Supplemental Seventy-Fifth Report is to provide:

   (a)      French translations of the following documents that were attached in English as appendices to the Seventy-Fifth Report:

      (i)      Information Statement Package;

      (ii)      letters referenced in paragraph 128 of the Seventy-Fifth Report to Active Employees, Post-Filing Transferred Employees who are not receiving an Information Statement Package and Employees with out of country

   addresses who are not receiving an Information Statement Package (collectively, the "**Letters**");

  (iii) form of notice for publication;

 (b) English and French versions of examples of the form of personalized cover letter and Information Statement that will be sent to Pre-Filing Terminated Employees, Post-Filing Terminated Employees, Post-Filing Transferred Employees, Pensioners and LTD Beneficiaries (collectively, the "**Individualized Information Statement Forms**"); and

 (c) minor clarification changes to:

  (i) pages 10 and 34 of the Mercer 2011 Non-Registered Pension/Pension Accruals Valuation;

  (ii) page 30 of the Mercer 2011 Non-Pension Benefits Valuation; and

  (iii) charts 7.3, 14 and 15 of the Severance Grid Formulae.

## TERMS OF REFERENCE

2. In preparing this Supplemental Seventy-Fifth Report, the Monitor has relied upon unaudited financial information, the Company's books and records, financial information prepared by the Company and discussions with management of Nortel. The Monitor has not audited, reviewed or otherwise attempted to verify the accuracy or completeness of the information and accordingly, expresses no opinion or other form of assurance on the

information contained in this Supplemental Seventy-Fifth Report.   Unless otherwise stated, all monetary amounts contained herein are expressed in Canadian dollars.

3.    Capitalized terms used in this Supplemental Seventy-Fifth Report (including in the preceding paragraphs) are as defined herein or in the Seventy-Fifth Report, including the Glossary attached as Appendix "A" thereto.

**GENERAL BACKGROUND**

4.    The Seventy-Fifth Report was filed in support of the Applicants' motion for approval of the Compensation Claims Methodology Order and the Compensation Claims Procedure Order and contained information on or relevant to the Compensation Claims Process. This information included:

(a)    as Appendix "N", an English version in substantially the form of the Information Statement Package which will be individualized and mailed to each Identified Claimant;

(b)    as Appendices "P", "Q" and "R", English versions of the Letters;

(c)    as Appendix "S", an English version of the notice for publication;

(d)    as Appendix "B", the Mercer 2011 Non-Registered Pension/Pension Accruals Valuation;

(e)    as Appendix "C", the Mercer 2011 Non-Pension Benefits Valuation; and

(f)　　as Appendix "D-3", the Severance Grid Formulae.

**FRENCH TRANSLATIONS AND INDIVIDUALIZED INFORMATION STATEMENTS**

5.　　As referenced in the Fifty-First Report, French versions of the following documents will, where applicable, be sent to Employees who indicated French as their language preference according to the Applicants' records:

(a)　　an Information Statement Package, individualized to the particular Employee; and

(b)　　the Letters, sent to Active Employees and those Post-Filing Transferred Employees and Employees with out of country addresses who are not receiving an Information Statement Package.

6.　　In addition, the Monitor will publish a French version of the notice for publication in La Presse and Le Droit.

7.　　English versions of the Information Statement Package (not individualized), the Letters and the notice for publication were attached as Appendices to the Seventy-Fifth Report. As indicated in paragraph 114 of the Seventy-Fifth Report, English and French versions of the Individualized Statement Forms were to be attached as appendices to a supplementary report of the Monitor to be served and filed in advance of the within motion.

8.　　Accordingly, the following documents are attached as Appendices to this Supplemental Seventy-Fifth Report:

(a)     Appendix "A" – the French version of substantially the form of the Information Statement Package (not individualized);

(b)     Appendices "B" to "F" – English and French versions of the Individualized Information Statement Forms as follows:

    (i)     Appendix "B" – Substantially the Form of Pre-Filing Terminated Employee Information Statement;

    (ii)    Appendix "C" – Substantially the Form of Post-Filing Terminated Employee Information Statement;

    (iii)   Appendix "D" – Substantially the Form of Post-Filing Transferred Employee Information Statement;

    (iv)    Appendix "E" – Substantially the Form of Pensioner Information Statement; and

    (v)     Appendix "F" – Substantially the Form of LTD Beneficiary Information Statement;

(c)     Appendices "G" to "I" – the French version of the Letters as follows:

    (i)     Appendix "G" – Substantially the form of the letter to Active Employees;

    (ii)    Appendix "H" – Substantially the form of the letter to Post-Filing Transferred Employees who are not receiving an Information Statement Package; and

      (iii)     Appendix "I" – Substantially the form of the letter to Employees with out of country addresses who are not receiving and Information Statement Package; and

(d)     Appendix "J" – the French version of substantially the form of the notice for publication.

## MINOR CLARIFICATION CHANGES

9.     There are a few minor clarification changes made to the Mercer 2011 Valuations and the Severance Grid Formulae, which changes are for clarification only and do not change the Compensation Claims Methodology.

        **(a)    Mercer    2011    Non-Registered    Pension/Pension    Accruals Valuation**

10.    Page 10 of the Mercer 2011 Non-Registered Pension/Pension Accruals Valuation is a chart showing the results of the valuation. Although, in accordance with footnote 15, the category Other Terminated Members includes Terminated Canadian Service Members, the liability numbers reflected in the chart on page 10 were not updated to remove the liability of Terminated Canadian Service Members from the category 2009/10 Transaction Members and include the liability in the Other Terminated Members category. Mercer has now updated the valuation chart on page 10 to move the liability of Terminated Canadian Service Members into the correct category. This change does not impact the aggregate liability for these two categories (namely, 2009/10 Transaction Members and Other Terminated Members), which aggregate liability before adjustment for the notice period and gross up remains in aggregate $30.9 million; it simply allocates

the liability to the correct categories. Attached as Appendix "K" is both a clean and blacklined copy of revised page 10 of the Mercer 2011 Non-Registered Pension/Pension Accruals Valuation reflecting this change. The Monitor will replace page 10 of the Mercer 2011 Non-Registered Pension/Pension Accruals Valuation (page 140 of the Motion Record) in the materials posted on its website.

11.    Page 34 of the Mercer 2011 Non-Registered Pension/Pension Accruals Valuation is an eligibility chart that summarizes information provided in greater detail elsewhere in the Valuation, including Appendices "A" to "E" thereto. The description on page 34 of eligibility for Traditional Non-Grandfathered Part I and II under the TRA and RAP is currently:

"Same as Traditional Grandfathered Part I members".

12.    However, as set out elsewhere in the Valuation, including the detailed summary of the TRA and RAP found in Appendices "A" and "B", respectively, the description of eligibility was intended to be:

"Same as Traditional Grandfathered Part I and II members" [emphasis added].

13.    Accordingly, Mercer has revised the eligibility chart on page 34 to add the words "and II" after the words "Part I" for clarification and consistency with the description of eligibility set out in more detail elsewhere in the Valuation. Attached as Appendix "L" is both a clean and blacklined copy of revised page 34 of the Mercer 2011 Non-Registered Pension/Pension Accruals Valuation reflecting this change. The Monitor will replace page 34 of the Mercer 2011 Non-Registered Pension/Pension Accruals Valuation (page 164 of the Motion Record) in the materials posted on its website.

### (b)    Mercer 2011 Non-Pension Benefits Valuation

14.    Page 30 of the Mercer 2011 Non-Pension Benefits Valuation is a summary eligibility chart relating to plan coverage for Unionized Employees.  The summary chart has been amended for clarification purposes to:

(a)    in the Grandfathering criteria for both the Negotiated Pension Program I and Negotiation Pension Program II, add a reference to the COEU union in addition to the CAW; and

(b)    in the PRB eligibility at retirement for the Negotiated Pension Program I, delete the reference to "Part I" and to "Part II – Minimum age 55 with 5 years of service at retirement" as these were inadvertent holdovers from a prior column and are not applicable to PRB eligibility at retirement for the Negotiated Pension Program I.

15.    Attached as Appendix "M" is both a clean and blacklined copy of revised page 30 of the Mercer 2011 Non-Pension Benefits Valuation reflecting these changes.  The Monitor will replace page 30 of the Mercer 2011 Non-Pension Benefits Valuation (page 221 of the Motion Record) in the materials posted on its website.

### (c)    Severance Grid Formulae

16.    Charts 14 and 15 of the Severance Grid Formulae apply to the Applicable Rehired Employees.  As set out in the Termination and Severance Claim Methodology described in Appendix "D-1" to the Seventy-Fifth Report, for Post-Filing Terminated Employees, Post-Filing Transferred Employees (for the purposes of this clarification, only those Post-

Filing Transferred Employees who were offered employment with a buyer but rejected that offer) and Pensioner Eligible Terminated Employees who are Applicable Rehired Employees, the rate of 5.14% for employee benefits is applied to base weekly salary for the ESA Minimum Notice Period[1].  However, charts 14 and 15 inadvertently include in the application of the 5.14% a reference to "severance amount" and "severance period", respectively.  Charts 14 and 15 were intended to be consistent with the Termination and Severance Claim Methodology.  Accordingly, the Monitor has revised charts 14 and 15 of the Severance Grid Formulae to remove the reference to "severance amount" and "severance period", respectively, from the application of the employee benefit rate of 5.14%.  Attached as Appendix "N" are clean and blacklined versions of charts 14 and 15 reflecting this change.  The Monitor will replace charts 14 and 15 of the Severance Grid Formulae (pages 284 and 285, respectively, of the Motion Record) in the materials posted on its website.

17.     In addition, chart 7.3 of the Severance Grid Formulae has been amended to clarify what items are multiplied or added to give the result and a clean and blacklined version of chart 7.3 is attached as Appendix "O".  The Monitor will replace chart 7.3 of the Severance Grid Formulae (page 274 of the Motion Record) in the materials posted on its website.

---

[1] See sections 3(f)(ii)(3), 4(f)(iv)(3) and 5(f)(ii)(2) of Appendix "D-1", respectively.

00010

All of which is respectfully submitted this 4<sup>th</sup> day of October, 2011.

**ERNST & YOUNG INC.**
In its capacity as Monitor of the Applicants

Per:

Murray A. McDonald
President

# APPENDIX "A"

<NAME> <EEID>

# Votre trousse de déclaration des renseignements
dans l'affaire de la procédure en vertu de la LACC de Nortel Canada

00011

Personnel et confidentiel

<NAME>                                   <SEQNO>
<ADDR1>
[*Variable print – ADDRPRT – for employees with a second address line*]
<<ADDR2>>
<CITY>, <PROV> <POSTAL>
<COUNTRY>

---

LE PRÉSENT DOCUMENT CONTIENT D'IMPORTANTS RENSEIGNEMENTS
JURIDIQUES. VOUS (OU VOTRE REPRÉSENTANT AUTORISÉ) DEVEZ LE LIRE
ATTENTIVEMENT ET PASSER EN REVUE LES RENSEIGNEMENTS QUI Y SONT
PRÉSENTÉS. VOUS N'AVEZ RIEN À FAIRE SI LES RENSEIGNEMENTS SONT
EXACTS. CEPENDANT, SI DES CORRECTIONS SONT REQUISES, VOUS DEVEZ AGIR
D'ICI LE **23 DÉCEMBRE 2011**.

---

*En cas de disparité entre la version anglaise et la version française, la version anglaise a préséance.*

Comme vous le savez, Nortel Networks Limitée, Corporation Nortel Networks, Corporation Technologie Nortel Networks, Corporation Internationale Nortel Networks et Nortel Networks Global Corporation (collectivement désignées «Nortel Canada») se sont placées sous la protection de la *Loi sur les arrangements avec les créanciers des compagnies* (la «LACC») le 14 janvier 2009, et Ernst & Young Inc. a été nommée contrôleur. Vos représentants nommés par le tribunal, les conseillers juridiques nommés par le tribunal pour agir en votre nom ainsi que les conseillers juridiques de TCA-Canada ont participé à la préparation de la présente trousse. Les mots et expressions non définis aux présentes doivent recevoir le sens qui leur est donné, le cas échéant, dans le 75ᵉ rapport du contrôleur.

La détermination et l'évaluation des pertes subies par les employés, les anciens employés, les retraités et leurs survivants en raison de l'insolvabilité de Nortel Canada est une étape cruciale de la procédure en vertu de la LACC. Un processus de réclamation a été établi pour les réclamations liées à l'emploi, processus désigné «*Compensation Claims Procedure*» dans les documents du tribunal et désigné le «processus de réclamation au titre de la rémunération» aux présentes. Ce processus, notamment la base de calcul de votre réclamation liée à l'emploi («réclamation au titre de la rémunération»), a été approuvé par la Cour supérieure de justice de l'Ontario (le «tribunal»). À moins d'indication contraire, tous les montants mentionnés dans la présente trousse sont en dollars canadiens.

Selon les dossiers de Nortel Canada, vous avez une réclamation au titre de la rémunération contre celle-ci. Comme il est indiqué dans le formulaire A et d'après les renseignements personnels figurant dans le formulaire B de la présente trousse, votre réclamation au titre de la rémunération[1]

<SEQNO>                                                                     1

<NAME> <EEID>

contre Nortel Canada totalise : • $ CA et • $ US, moins un montant de • <SOVCUR> dû à Nortel Canada[2].

00012

Nortel Canada étant insolvable, vous ne recevrez qu'un pourcentage de la valeur totale de votre réclamation au titre de la rémunération, sous la forme d'un ou de plusieurs paiements sur l'actif de Nortel Canada. À ce stade, le moment et le montant de ce(s) paiement(s) ne sont pas connus, mais d'autres renseignements vous seront transmis au cours du processus de réclamation afin de vous tenir à jour.

Si vous avez besoin d'aide relativement à cette trousse, vous trouverez les coordonnées des conseillers juridiques nommés par le tribunal pour agir en votre nom à la fin de la présente lettre.

**Note :** Le présent processus de réclamation au titre de la rémunération n'englobe pas les réclamations au titre **des déficits de solvabilité** des régimes de retraite agréés. Ces réclamations ont été soumises par l'administrateur du régime de retraite agréé au nom de tous les participants du régime. Tout paiement à l'égard de ces réclamations sera versé aux régimes de retraite agréés et profitera éventuellement aux participants du régime. Toute question concernant vos régimes de retraite agréés doit être acheminée à Morneau Shepell ltée (site Web : www.pensionwindups.morneausobeco.com, téléphone : régime négocié : 1 877 392 2073, régime destiné aux cadres : 1 877 392 2074, courriel : nortelwindup@morneausobeco.com).

---

[1] Le montant total des paiements que vous recevrez de Nortel Canada sera réduit du montant des paiements que vous avez reçus, le cas échéant, du fonds d'indemnisation pour difficultés d'existence (*Hardship Fund*).

[*Variable print – FOOTPRT13 – for employees with foreign overpayment*]
[2] Le montant de votre réclamation totale au titre de la rémunération sera réduit du montant que vous devez à Nortel Canada.

[*Variable print – FOOTPRT1 – for employees with a severance claim*]
Votre réclamation au titre de l'indemnité de départ de base a été réduite du montant des paiements vous ayant été versés, le cas échéant, du fonds de cessation d'emploi (*Termination Fund*).

[*Variable print – FOOTPRT2 – for employees with a non-pension claim*]
Votre réclamation au titre de la rémunération sera réduite du montant des paiements que vous avez reçus, le cas échéant, de la fiducie de santé et de bien-être (*Health & Welfare Trust*).

[*Variable print – FOOTPRTN – For employees with negative claims – CDN Only*]
Une valeur négative attribuée à votre réclamation signifie que le montant que vous devez à Nortel Canada est supérieur au montant de la réclamation au titre de la rémunération calculé dans votre cas.

[*Variable print – FOOTPRTN – For employees with negative CDN claim and a USD claim*]
Une valeur négative attribuée à votre réclamation signifie que le montant que vous devez à Nortel Canada est supérieur au montant de la réclamation en dollars canadiens calculé dans votre cas. Vous pouvez avoir une réclamation au titre de la rémunération si la réclamation en dollars canadiens négative est compensée par la réclamation en dollars américains, ou vous pouvez devoir un montant à Nortel Canada.

<NAME> <EEID>

**[*Variable LETTER – prints for employees with a Benefits Claim and lost pension ONLY*]**
Votre réclamation au titre des prestations (qui comprend les régimes de retraite non agréés et les prestations postérieures à l'emploi, dont les prestations ILD, les prestations postérieures à la retraite et/ou les prestations de survivant) a été calculée par Mercer (Canada) limitée («Mercer») (les actuaires mandatés par Nortel Canada), et les actuaires œuvrant pour le compte de vos représentants nommés par le tribunal et des conseillers juridiques de TCA-Canada en ont vérifié l'exactitude. Les données personnelles utilisées pour calculer votre réclamation au titre de la rémunération sont tirées des dossiers de Nortel Canada. La méthodologie et les hypothèses sur lesquelles sont fondées les évaluations actuarielles (y compris les augmentations de votre réclamation au titre de la rémunération se rapportant à la majoration au titre de l'impôt sur le revenu[1] et à la majoration pour frais administratifs[2], selon le cas) ont été approuvées par le tribunal et ne peuvent être modifiées. Les évaluations de Mercer pour 2011 (*Valuation of Non-Pension Benefits for Claims Purposes as at the Determination Date by Mercer dated September 2011* et *Valuation of Non-Registered Pension Benefits and loss of Registered Pension Benefit Accruals for Claims Purposes as at the Determination Date by Mercer dated September 2011*) donneront d'autres précisions sur les prestations postérieures à la retraite et les régimes non agréés et sur les hypothèses utilisées pour calculer ces réclamations. Les évaluations de Mercer pour 2011 et les hypothèses connexes approuvées par le tribunal peuvent être consultées à l'adresse www.ey.com/ca/nortel. Les conseillers juridiques agissant en votre nom ont préparé des questions et réponses concernant ces rapports et ces hypothèses. Vous trouverez leurs coordonnées à la fin de la présente lettre.

**[*Variable print – for employees with a non-pension benefit (LTDs included)*]**
Si vous recevez des paiements de la fiducie de santé et de bien-être (*Health & Welfare Trust*) (la «FSBE»), le total des paiements de la FSBE reçus sera soustrait de votre réclamation au titre de la rémunération.

**[*Variable print – for LTD employees, SIB's and STB's in receipt*]**
Vous avez peut-être déjà reçu un relevé de la somme estimative attribuée au bénéficiaire (*Beneficiary Estimated Allocation Statement*) (le «relevé») concernant la somme estimative qui vous est attribuée sur l'actif de la FSBE. La valeur de vos réclamations au titre de la FSBE figurant dans le relevé est différente de celle indiquée pour les mêmes prestations dans la présente trousse de déclaration des renseignements. La valeur dans la trousse de déclaration des renseignements est différente en raison de l'utilisation de dates de détermination différentes dans les hypothèses actuarielles et de la mise à jour des données au 31 décembre 2010.

**[*Variable print – for transferred/declined*]**
Une réclamation pour la charge de retraite au titre d'un régime agréé perdue pendant votre période de préavis approuvée par le tribunal et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ a été calculée pour tenir compte :
    a)    du montant supérieur que vous auriez reçu, le cas échéant, dans le cadre du régime à prestations déterminées; ou
    b)    de la cotisation de Nortel Canada dans le cadre du régime à cotisations déterminées.

La méthodologie et les hypothèses sur lesquelles sont fondées les évaluations actuarielles ont été approuvées par le tribunal et ne peuvent être modifiées. Vous trouverez d'autres précisions concernant les calculs, notamment sur les hypothèses approuvées par le tribunal applicables, à l'adresse www.ey.com/ca/nortel.

---

[1] Un montant supplémentaire correspondant à 11,1 % de vos réclamations au titre d'un régime de retraite non agréé, réclamations pour prestations de survivant, réclamations au titre de l'assurance-vie et réclamations pour la charge de retraite au titre d'un régime agréé perdue applicables a été ajouté pour tenir compte du fait que ces réclamations sont imposables. Le pourcentage de 11,1 % équivaut à une majoration au titre de l'impôt sur le revenu effective nette de 10 %.

[2] Un montant supplémentaire correspondant à 10 % de vos réclamations au titre de l'assurance médicale et de l'assurance dentaire a été ajouté pour tenir compte des frais administratifs.

\<NAME\> \<EEID\>

00014

**[*Variable LETTER – print for Patent and Terminated employees including lost pension*]**
Selon les dossiers de Nortel Canada, votre emploi a pris fin et vous n'avez pas reçu la totalité de votre indemnité de départ :

a) si vous avez reçu un avis de cessation d'emploi avant le 14 janvier 2009, votre réclamation au titre de l'indemnité de départ de base[1] est fondée sur le solde dû aux termes de votre entente de cessation d'emploi ou de votre convention collective avec Nortel Canada, calculé en fonction de l'entente en question et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ;

b) si vous avez reçu un avis de cessation d'emploi le 14 janvier 2009 ou après cette date, votre réclamation au titre de l'indemnité de départ de base[1] a été calculée à partir des données tirées des dossiers de Nortel Canada et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ; ou

c) si vous étiez en congé d'incapacité de longue durée en date du 31 décembre 2010, votre réclamation au titre de l'indemnité de départ de base[1] a été calculée avec le 31 décembre 2010 comme date de cessation d'emploi, à partir des données tirées des dossiers de Nortel Canada et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ.

**[*Variable Print – Print only for non-LTD*]**
Une réclamation pour la charge de retraite au titre d'un régime agréé perdue pendant votre période de préavis approuvée par le tribunal et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ a été calculée pour tenir compte :

a) du montant supérieur que vous auriez reçu, le cas échéant, dans le cadre du régime à prestations déterminées; ou

b) de la cotisation de Nortel Canada dans le cadre du régime à cotisations déterminées.

La méthodologie et les hypothèses sur lesquelles sont fondées les évaluations actuarielles ont été approuvées par le tribunal et ne peuvent être modifiées.

**[*Variable Print – Print only for LTD*]**
Une réclamation pour la charge de retraite au titre d'un régime agréé perdue a été calculée pour tenir compte :

a) du montant supérieur que vous auriez reçu, le cas échéant, dans le cadre du régime à prestations déterminées si vous aviez pris votre retraite à l'âge de 65 ans au lieu du 31 décembre 2010; ou

b) de la cotisation de Nortel Canada dans le cadre du régime à cotisations déterminées entre le 31 décembre 2010 et votre 65e anniversaire.

La méthodologie et les hypothèses sur lesquelles sont fondées les évaluations actuarielles ont été approuvées par le tribunal et ne peuvent être modifiées.

**[*Variable Print – for all Patent and Terminated employees including lost pension*]**
Votre réclamation au titre d'une prime pour brevet a été calculée en fonction du programme de brevets de Nortel Canada et à partir des hypothèses approuvées par le tribunal et des données tirées des dossiers de Nortel Canada.

Toutes les hypothèses incluses dans votre réclamation au titre d'une prime pour brevet et la méthodologie pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ ont été approuvées par le tribunal et ne peuvent être modifiées. Vous trouverez d'autres précisions concernant les calculs, notamment sur les hypothèses approuvées par le tribunal applicables, à l'adresse www.ey.com/ca/nortel.

---

[1] Le calcul de votre réclamation au titre de l'indemnité de départ de base figure dans le tableau «Calcul détaillé personnalisé de la réclamation au titre de l'indemnité de départ de base selon la méthodologie pour les réclamations au titre de la rémunération» du formulaire A.

<NAME> <EEID>

## Que devez-vous faire maintenant?

00015

### Formulaire A – Montant de votre réclamation au titre de la rémunération

Le montant de la réclamation au titre de la rémunération indiqué dans le formulaire A sera accepté comme étant votre réclamation au titre de la rémunération dans le cadre de la procédure en vertu de la LACC de Nortel Canada à toutes fins que de droit et sera modifié **seulement** si vous soumettez des corrections aux renseignements personnels figurant dans le formulaire B *et* que le contrôleur accepte ces corrections. *Note* : Ce ne sont pas toutes les corrections qui feront changer le montant de votre réclamation au titre de la rémunération. Par exemple, la correction de votre nom ou de votre numéro d'identification ne donnera pas lieu à un montant différent.

### Formulaire B – Formulaire de modification de vos renseignements personnels

Ce formulaire contient des renseignements personnels vous concernant et se rapportant à votre réclamation au titre de la rémunération tirés des dossiers de Nortel Canada.

Veuillez passer soigneusement en revue les renseignements figurant dans le formulaire B et lire le *Guide d'utilisation du formulaire B* inclus dans la trousse pour de plus amples renseignements. Vous avez ici l'occasion de corriger les erreurs qui auraient pu se glisser en ce qui a trait aux renseignements personnels applicables aux fins de votre réclamation au titre de la rémunération.

1. ***Si les renseignements sont exacts*** : Vous n'avez rien d'autre à faire concernant ces renseignements ou pour prouver votre réclamation. Votre réclamation au titre de la rémunération telle qu'elle est indiquée dans le formulaire A sera acceptée dans le cadre de la procédure en vertu de la LACC sur la base des renseignements indiqués dans le formulaire B.

2. ***Si les renseignements doivent être changés ou corrigés*** : Vous devez retourner le formulaire B au contrôleur (à l'aide des coordonnées précisées ci-après) en indiquant clairement les changements que vous souhaitez faire et joindre tout document pertinent à l'appui de ces changements, le cas échéant. Au besoin, utilisez une feuille supplémentaire pour décrire les changements demandés. Consultez le *Guide d'utilisation du formulaire B* pour des exemples de documents à l'appui pouvant être acceptés par le contrôleur.

   Si aucune correction au formulaire B n'est reçue au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011 (la «date limite»), les renseignements contenus dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit.

   Si les changements apportés aux renseignements figurant dans le formulaire B sont acceptés par le contrôleur et entraînent la modification du montant de votre réclamation au titre de la rémunération figurant dans le formulaire A, un relevé de vos renseignements révisé (comprenant les formulaires A et B) sera produit et vous sera transmis par la poste. Si les changements n'influent pas sur le montant de votre réclamation au titre de la rémunération, vous recevrez un «avis d'acceptation (renseignements personnels)» à cet égard.

   Si le contrôleur n'accepte pas les changements apportés aux renseignements figurant dans le formulaire B, vous recevrez un «avis de rejet (renseignements personnels)» à cet égard. Pour en savoir davantage au sujet du règlement des réclamations, veuillez consulter l'ordonnance

<NAME> <EEID>

relative à la procédure de réclamation au titre de la rémunération (*Compensation Claims Procedure Order*) sur le site Web du contrôleur.

00016

Le contrôleur enverra aussi une copie des corrections qu'il a reçues et de sa réponse aux corrections en question aux conseillers juridiques agissant en votre nom.

Ne comptez pas recevoir pareilles communications de la part du contrôleur avant l'écoulement d'un délai de 90 jours après la date limite.

3. ***Si vous croyez avoir <u>des</u> réclamations ne figurant pas dans le formulaire A*** : Vous devez remplir le formulaire C, *Preuve de réclamation canadienne au titre de la rémunération – Re : autres réclamations au titre de la rémunération,* et le transmettre au contrôleur d'ici la date limite du 23 décembre 2011. Les renseignements relatifs au formulaire C sont contenus dans le *Guide pour la préparation du formulaire C.* **Veuillez noter que des délais et des restrictions s'appliquent à la transmission du formulaire C, tel qu'il est décrit dans le *Guide pour la préparation du formulaire C.***

Si vous avez des questions, communiquez avec les conseillers juridiques agissant en votre nom. Reportez-vous aux coordonnées fournies à la fin de la présente lettre.

<SEQNO>

6

<NAME> <EEID>

## Date limite pour la soumission de changements ou corrections

00017

Vous devez envoyer les corrections apportées aux renseignements figurant dans le formulaire B **au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011**, par la poste, par télécopieur ou par courriel (copie numérisée) à :

Ernst & Young Inc.
222 Bay St., P.O. Box 251
Toronto-Dominion Centre
Toronto, ON M5K 1J7   CANADA
Attention : Nortel Claims
Télécopieur : 416 943 2808
Courriel : nortel.monitor@ca.ey.com

Le contrôleur enverra aussi une copie des corrections qu'il a reçues et de sa réponse aux corrections en question aux conseillers juridiques agissant en votre nom.

**Si vous ne retournez pas les corrections au formulaire B au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011**, les renseignements figurant dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit.

**Vous n'aurez pas d'autre occasion d'apporter des corrections.**

## Distributions

Vous recevrez éventuellement des paiements de Nortel Canada. Il y a paiement, ou distribution, lorsqu'une partie de l'argent de Nortel Canada est distribuée entre les personnes qui ont des réclamations contre Nortel Canada. Comme Nortel Canada est insolvable, vous ne recevrez qu'un pourcentage de la valeur totale de votre réclamation au titre de la rémunération, sous la forme d'un ou de plusieurs paiements sur l'actif de Nortel Canada. À ce stade, le moment et le montant de ce(s) paiement(s) ne sont pas connus, mais nous vous transmettrons d'autres renseignements au cours de la procédure de réclamation afin de vous tenir à jour.

Les paiements seront assujettis aux retenues à la source prévues par la loi, le cas échéant.

Prenez soin de tenir à jour vos coordonnées figurant aux dossiers du contrôleur. **Si votre adresse postale change**, veuillez transmettre votre nouvelle adresse, en indiquant aussi votre nom et votre numéro d'identification (que vous trouverez au haut de la page), au contrôleur par téléphone, par télécopieur ou par courriel, à l'aide des coordonnées précisées ci-après. Il vous incombe de tenir ces renseignements à jour.

## Si vous avez des questions

**Veuillez communiquer avec :**

- le contrôleur, par téléphone au 1 866 942 7177 ou au 416 943 4439, ou par courriel à l'adresse nortel.monitor@ca.ey.com;

- les conseillers juridiques nommés par le tribunal agissant au nom des anciens employés et des bénéficiaires ILD (*Court-appointed Representative Counsel for Former Employees,*

<SEQNO>                                                                                              7

&lt;NAME&gt; &lt;EEID&gt;

*LTD Beneficiaries*) : Koskie Minsky, par téléphone au 1 866 777 6344, ou par courriel à l'adresse nortel@kmlaw.ca;

00018

- les conseillers juridiques nommés par le tribunal agissant au nom des employés encore en fonction et des employés mutés (*Court-appointed Representative Counsel for Continuing and Transferred employees*) : Nelligan O'Brien Payne, par téléphone au 1 877 542 9254, ou par courriel à l'adresse ncce@nelligan.ca;

- TCA–Canada : Barry E. Wadsworth, avocat-conseil associé, par téléphone au 416 495 3776, ou par courriel à l'adresse linda.cantin@caw.ca.

*En cas de disparité entre la version anglaise et la version française, la version anglaise a préséance.*

00019

# Formulaire A – Montant de votre réclamation au titre de la rémunération

## Montant de votre réclamation au titre de la rémunération

Le tableau ci-après dresse la liste des réclamations au titre de la rémunération auxquelles Nortel Canada croit que vous avez droit. L'évaluation de ces réclamations a été faite conformément à la méthodologie approuvée par le tribunal pour les réclamations au titre de la rémunération et à partir des renseignements personnels indiqués dans le formulaire B. Certaines des réclamations au titre des prestations indiquées ci-après représentent la valeur actualisée qui a été déterminée par des actuaires des réclamations en question.

Si vous croyez avoir d'autres réclamations ne figurant pas dans le présent formulaire A, vous devrez remplir le formulaire C.

| Description | Montant de votre réclamation[1] |
|---|---|
| Réclamation au titre de l'indemnité de départ de base[2] | <SEVCLAIM>><SURCUR> |
| Réclamation au titre de l'indemnité de départ – charge de retraite perdue | <PENACC>> |
| Réclamation au titre de l'indemnité de départ – équivalent de pension[3] | <SPENEQ>> |
| Perte subie par les bénéficiaires ILD au titre de la valeur de rente dans le cadre du régime de retraite agréé après le 31 décembre 2010 | <LOSSPEN>> |
| Régime supplémentaire de Nortel Networks Limitée – partie I (*Excess Plan Part I*) («régime supplémentaire – partie I») | <ALEXC>> |
| Régime supplémentaire de Nortel Networks Limitée – partie II (*Excess Plan Part II*) («régime supplémentaire – partie II») | <ALEXC>> |
| Régime d'allocations de retraite de transition de Nortel Networks Limitée (*Transitional Retirement Allowance Plan (TRA)*) («RART») | <ALTRA > |
| Régime d'allocations de retraite de Nortel Networks Limitée (*Retirement Allowance Plan*) («RAR») | <ALRAP>> |
| Régime de retraite complémentaire pour les dirigeants (*Supplementary Executive Retirement Plan*) («SERP») | <ALSERP1>> |
| Régime de retraite international de Nortel (*Nortel International Pension Plan*) («RRI») | <ALIPP>>[USD] |
| Prestations de survivant (*Survivor Income Benefit*) («PS») / allocations de transition aux survivants (*Survivor Transition Benefit*) («ATS»)[4] | <SIBSTBAMT><STBACC> |
| ATS – charge au titre de l'assurance médicale et de l'assurance dentaire | <STB5YR>> |

Formulaire A – <NAME> <EEID>

00020

| | |
|---|---|
| Assurance-vie – retraités[4] (y compris la prestation supplémentaire au décès, le cas échéant) | <PENLIF>> |
| Assurance médicale et assurance dentaire postérieures à la retraite | <NPMEDDEN>> |
| Assurance-vie ILD[4] (y compris les assurances de base, facultative, décès ou mutilation accidentels et pour personne à charge, le cas échéant) | <NPLTDIL>> |
| Revenu ILD[4] | <NPLTDINC>> |
| Assurance médicale et assurance dentaire – ILD | <NPLTDMD>> |
| Majoration au titre de l'impôt sur le revenu[5] | <TAXGU> |
| Majoration au titre de l'impôt sur le revenu à l'égard du RRI[5] | <TAXGUUS$> [USD] |
| Majoration pour frais administratifs[6] | <ADMIN> |
| Réclamation au titre d'une prime pour brevet | <PATCLAIM>> [USD] |
| Moins le montant dû à Nortel Canada | (OVTPMT) |
| **Montant total de la réclamation au titre de la rémunération[7]** | **<2W> <CLAIMCADN> $ CA**<br>**<CLAIMUS> $ US** |
| Moins le montant dû à Nortel Canada | (SOVPMTF) <SOVCUR>[8] |

[1] Le montant total des paiements que vous recevrez de Nortel Canada sera réduit du montant des paiements que vous avez reçus, le cas échéant, du fonds d'indemnisation pour difficultés d'existence.

*[Variable print – for non-LTD employees with Severance claim]*
[2] Le montant de votre réclamation au titre de l'indemnité de départ de base a été réduit du montant des paiements vous ayant été versés, le cas échéant, sur le fonds de cessation d'emploi. La réclamation au titre de l'indemnité de départ de base ne comprend pas la charge de retraite ou les autres prestations de pension ou prestations postérieures à la retraite des régimes non agréés auxquelles vous avez pu devenir admissible à la fin de la période de préavis approuvée par le tribunal vous étant applicable. Si vous êtes devenu(e) admissible à pareilles prestations à la fin de la période de préavis approuvée par le tribunal vous étant applicable, une réclamation à ce titre sera incluse dans le formulaire A aux rubriques «Assurance-vie – retraités», «Assurance médicale et assurance dentaire postérieures à la retraite», «Réclamation au titre de l'indemnité de départ – charge de retraite perdue» et/ou au titre du régime de retraite non agréé applicable. Le calcul détaillé de votre réclamation au titre de l'indemnité de départ de base personnelle apparaît à la fin du présent formulaire A.

*[Variable print for LTD employees with Severance claim]*
[2] Le montant de votre réclamation au titre de l'indemnité de départ de base a été réduit du montant des paiements vous ayant été versés, le cas échéant, sur le fonds de cessation d'emploi. La réclamation au titre de l'indemnité de départ de base ne comprend pas la charge de retraite ou les autres prestations de pension ou de retraite des régimes non agréés. Comme, selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ, vous êtes réputé(e) continuer de recevoir des prestations ILD jusqu'à 65 ans, une réclamation à ce titre a été incluse, s'il y a lieu, dans le formulaire A aux rubriques «Assurance-vie – retraités», «Assurance médicale et assurance dentaire postérieures à la retraite», «Perte subie par les bénéficiaires ILD au titre de la valeur de rente après la fin du régime de retraite agréé après le 31 décembre 2010» et/ou au titre d'un régime de retraite non agréé. Le calcul détaillé de votre réclamation au titre de l'indemnité de départ de base personnelle apparaît à la fin du présent formulaire A.

[3] Suivant votre convention collective, vous avez droit au raccordement et à des paiements d'équivalent de pension. Une réclamation a été calculée par Mercer pour représenter la valeur actualisée de ces paiements.

[4] Votre réclamation au titre de la rémunération sera réduite du montant des paiements que vous avez reçus, le cas échéant, de la fiducie de santé et de bien-être.

[5] Un montant supplémentaire correspondant à 11,1 % de vos réclamations au titre des régimes de retraite non agréés, réclamations pour prestations de survivant, réclamations au titre de l'assurance-vie et réclamations pour la charge de retraite au titre d'un régime agréé perdue applicables a été ajouté pour tenir compte du fait que ces réclamations sont imposables. Le pourcentage de 11,1 % équivaut à une majoration au titre de l'impôt sur le revenu effective nette de 10 %.

[6] Un montant supplémentaire correspondant à 10 % de vos réclamations au titre de l'assurance médicale et de l'assurance dentaire a été ajouté pour tenir compte des frais administratifs.

FORMULAIRE A    <SEQNO>                                                                    2

Formulaire A – <NAME> <EEID>

00021

**[*Variable print – FOOTPRTN – For employees with negative claims – CDN Only*]**
[7] Une valeur négative attribuée à votre réclamation signifie que le montant que vous devez à Nortel Canada est supérieur au montant de la réclamation au titre de la rémunération calculé dans votre cas.

**[*Variable print – FOOTPRTN – For employees with negative CDN claim and a USD Claim*]**
[7] Une valeur négative attribuée à votre réclamation signifie que le montant que vous devez à Nortel Canada est supérieur au montant de la réclamation en dollars canadiens calculé dans votre cas. Vous pouvez avoir une réclamation au titre de la rémunération si la réclamation en dollars canadiens négative est compensée par la réclamation en dollars américains, ou vous pouvez devoir un montant à Nortel Canada.

[8] Le montant de votre réclamation totale au titre de la rémunération sera réduit du montant que vous devez à Nortel Canada.

**[*Variable print – for Employees with a Benefit Claim*]**
Les dossiers de Nortel Canada indiquent que : vous avez reçu des prestations (prestations en vertu de régimes de retraite non agréés et prestations postérieures à l'emploi, dont les prestations ILD, les prestations postérieures à la retraite et/ou les prestations de survivant); vous étiez admissible à des prestations en date du 31 décembre 2010; vous étiez en ILD le 31 décembre 2010 ou vous êtes devenu(e) admissible aux prestations à la fin de votre période de préavis ou d'indemnité de départ. Vos réclamations au titre des prestations ont été calculées par Mercer (Canada) limitée («Mercer»), les actuaires mandatés par Nortel Canada, et les actuaires œuvrant pour le compte de vos représentants nommés par le tribunal et les conseillers juridiques de TCA-Canada en ont vérifié l'exactitude. Les données personnelles utilisées pour calculer votre réclamation au titre de la rémunération sont tirées des dossiers de Nortel Canada. La méthodologie et les hypothèses sur lesquelles sont fondées les évaluations actuarielles (y compris les augmentations de votre réclamation au titre de la rémunération se rapportant à la majoration au titre de l'impôt sur le revenu[1] et à la majoration pour frais administratifs[2], selon le cas) ont été approuvées par le tribunal et ne peuvent être modifiées. Les évaluations de Mercer pour 2011 (*Valuation of Non-Pension Benefits for Claims Purposes as at the Determination Date by Mercer dated September 2011* et *Valuation of Non-Registered Pension Benefits and Loss of Registered Pension Benefit Accruals for Claims Purposes as at the Determination Date by Mercer dated September 2011*) donneront d'autres précisions sur les prestations postérieures à la retraite et les régimes non agréés et sur les hypothèses utilisées pour calculer ces réclamations. Les évaluations de Mercer pour 2011 et les hypothèses connexes approuvées par le tribunal peuvent être consultées à l'adresse www.ey.com/ca/nortel. Les conseillers juridiques agissant en votre nom ont préparé des questions et réponses concernant ces rapports et ces hypothèses.

**[*Variable print – for LTD, SIB's and STB's in receipt*]**
Vous avez peut-être déjà reçu un relevé de la somme estimative attribuée au bénéficiaire (*Beneficiary Estimated Allocation Statement*) (le «relevé») concernant la somme estimative qui vous est attribuée sur l'actif de la FSBE. La valeur de vos réclamations au titre de la FSBE figurant dans le relevé est différente de celle indiquée pour les mêmes prestations dans la présente trousse de déclaration des renseignements. La valeur dans la trousse de déclaration des renseignements est différente en raison de l'utilisation de dates de détermination différentes dans les hypothèses actuarielles et de la mise à jour des données au 31 décembre 2010.

---

[1] Un montant supplémentaire correspondant à 11,1 % de vos réclamations au titre des régimes de retraite non agréés, réclamations pour prestations de survivant, réclamations au titre de l'assurance-vie et réclamations pour la charge de retraite au titre d'un régime agréé perdue applicables a été ajouté pour tenir compte du fait que ces réclamations sont imposables. Le pourcentage de 11,1 % équivaut à une majoration au titre de l'impôt sur le revenu effective nette de 10 %.
[2] Un montant supplémentaire correspondant à 10 % de vos réclamations au titre de l'assurance médicale et de l'assurance dentaire a été ajouté pour tenir compte des frais administratifs.

00022

[*Variable print – for Terminated employees*]
Selon les dossiers de Nortel Canada, votre emploi a pris fin et vous n'avez pas reçu la totalité de votre indemnité de départ :
- a) si vous avez reçu un avis de cessation d'emploi avant le 14 janvier 2009, votre réclamation au titre de l'indemnité de départ de base est fondée sur le solde dû aux termes de votre entente de cessation d'emploi ou de votre convention collective avec Nortel Canada, calculé en fonction de l'entente en question et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ;
- b) si vous avez reçu un avis de cessation d'emploi le 14 janvier 2009 ou après cette date, votre réclamation au titre de l'indemnité de départ de base a été calculée à partir des données tirées des dossiers de Nortel Canada et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ; ou
- c) si vous étiez en incapacité de longue durée en date du 31 décembre 2010, votre réclamation au titre de l'indemnité de départ de base a été calculée en utilisant le 31 décembre 2010 comme date de cessation d'emploi, à partir des données tirées des dossiers de Nortel Canada et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ.

[*Variable Print – non-LTD with a lost pension accrual claim*]
Une réclamation pour la charge de retraite au titre d'un régime agréé perdue pendant votre période de préavis approuvée par le tribunal et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ a été calculée pour tenir compte :
- a) du montant supérieur que vous auriez reçu, le cas échéant, dans le cadre du régime à prestations déterminées; ou
- b) de la cotisation de Nortel Canada dans le cadre du régime à cotisations déterminées.

La méthodologie et les hypothèses sur lesquelles sont fondées les évaluations actuarielles ont été approuvées par le tribunal et ne peuvent être modifiées.

[*Variable Print – LTD with a lost pension accrual claim*]
Une réclamation pour la charge de retraite au titre d'un régime agréé perdue a été calculée pour tenir compte :
- a) du montant supérieur que vous auriez reçu, le cas échéant, dans le cadre du régime à prestations déterminées si vous aviez pris votre retraite à l'âge de 65 ans au lieu du 31 décembre 2010; ou
- b) de la cotisation de Nortel Canada dans le cadre du régime à cotisations déterminées entre le 31 décembre 2010 et votre 65$^e$ anniversaire.

La méthodologie et les hypothèses sur lesquelles sont fondées les évaluations actuarielles ont été approuvées par le tribunal et ne peuvent être modifiées.

[*Variable print – for Employees with a Patent Award Claim*]
Votre réclamation au titre d'une prime pour brevet a été calculée en fonction du programme de brevets de Nortel Canada et à partir des hypothèses approuvées par le tribunal et des données tirées des dossiers de Nortel Canada. Toutes les hypothèses incluses dans votre réclamation au titre d'une prime pour brevet ont été approuvées par le tribunal.

Vous trouverez d'autres précisions concernant les calculs, notamment sur les hypothèses approuvées par le tribunal applicables, à l'adresse www.ey.com/ca/nortel.

[*Variable print – for Transferred employees with a lost pension accrual claim*]
Une réclamation pour la charge de retraite au titre d'un régime agréé perdue pendant votre période de préavis approuvée par le tribunal et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ a été calculée pour tenir compte :
- a) du montant supérieur que vous auriez reçu, le cas échéant, dans le cadre du régime à prestations déterminées; ou
- b) de la cotisation de Nortel Canada dans le cadre du régime à cotisations déterminées.

La méthodologie et les hypothèses sur lesquelles sont fondées les évaluations actuarielles ont été approuvées par le tribunal et ne peuvent être modifiées. Vous trouverez d'autres précisions concernant les calculs, notamment sur les hypothèses approuvées par le tribunal applicables, à l'adresse www.ey.com/ca/nortel.

**Note** : Le présent processus de réclamation au titre de la rémunération n'englobe pas les réclamations au titre **des déficits de solvabilité** des régimes de retraite agréés. Ces réclamations ont été soumises par l'administrateur du régime de retraite agréé au nom de

00023

tous les participants du régime. Tout paiement à l'égard de ces réclamations sera versé aux régimes de retraite agréés et profitera éventuellement aux participants du régime. Toute question concernant vos régimes de retraite agréés doit être acheminée à Morneau Shepell ltée (site Web : www.pensionwindups.morneausobeco.com, téléphone : régime négocié : 1 877 392 2073, régime destiné aux cadres : 1 877 392 2074, courriel : nortelwindup@morneausobeco.com).

00024

**Calcul détaillé personnalisé de la réclamation au titre de l'indemnité de départ de base selon la méthodologie pour les réclamations au titre de la rémunération[1]**

| | | | |
|---|---|---|---|
| Salaire hebdomadaire de base = salaire annuel (ligne 67) ÷ 52 | 100 000 $ ÷ 52 | 1 923,08 $ | A |
| Années de service = (date de cessation d'emploi (ligne 66) − date d'embauche (ligne 65)) ÷ 365 | (31 décembre 2010 − 1er janvier 2000) ÷ 365 | 11,00 | B |
| Période de préavis selon la méthodologie = 3,3 semaines x années de service [min. 8; max. 78] | 3,3 x 11,00 | 36,30 | C |
| *Indemnité de départ =* | 36,30 x 1 923,08 $ | 69 807,80 $ | D=C*A |
| Taux des avantages sociaux | 5,14 % | | E |
| *Avantages sociaux à l'égard de l'indemnité de départ* | 5,14 % x 69 807,80 $ | 3 588,12 $ | F = E*D |
| Période de préavis prévue par la loi à laquelle vous aviez droit (ligne 79) | 8 | | G |
| Droits à vacances accumulés = droits à vacances annuels (ligne 81) ÷ 5 jours de travail/semaine ÷ 52 semaines/année | 20 ÷ 5 ÷ 52 | | H |
| *Indemnité de vacances à l'égard de la période de préavis minimale prévue par la loi non réglée* | 8 x 20 ÷ 5 ÷ 52 x 1 923,08 $ | 1 183,43 $ | I = G*H*A |
| *Moins : Paiement du fonds de cessation d'emploi* | | (3 000,00) $ | J |
| **Total de la réclamation au titre de l'indemnité de départ de base** | | **71 579,35 $** | K =D+F+I-J |

[1]***[Variable print – for non-LTD employees with severance claim]***
Le calcul présenté dans ce tableau n'indique que le montant de la réclamation au titre de l'indemnité de départ de base et ne comprend pas la charge de retraite perdue ou les autres prestations de pension ou de retraite des régimes non agrées auxquelles vous avez pu devenir admissible à la fin de la période de préavis approuvée par le tribunal vous étant applicable. Si vous êtes devenu(e) admissible à pareilles prestations à la fin de la période de préavis approuvée par le tribunal vous étant applicable, une réclamation à ce titre sera incluse dans le formulaire A aux rubriques «Assurance-vie – retraites», «Assurance médicale et assurance dentaire postérieures à la retraite», «Réclamation au titre de l'indemnité de départ – charge de retraite perdue» et/ou au titre du régime de retraite non agréé applicable.

***[Variable print –for LTD employees]***
Le calcul présenté dans ce tableau n'indique que le montant de la réclamation au titre de l'indemnité de départ de base, lequel ne comprend pas la charge de retraite perdue ou les autres prestations de pension ou de retraite des régimes non agrées. Comme, selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ, vous êtes réputé(e) continuer de recevoir des prestations ILD jusqu'à 65 ans, une réclamation à ce titre a été incluse, s'il y a lieu, dans le formulaire A aux rubriques «Assurance-vie – retraites», «Assurance médicale et assurance dentaire postérieures à la retraite», «Perte subie par les bénéficiaires ILD au titre de la valeur de rente dans le cadre du régime de retraite agréé après le 31 décembre 2010» et/ou au titre d'un régime de retraite non agréé.

## Formulaire B – Formulaire de modification de vos renseignements personnels

Le montant de la réclamation au titre de la rémunération indiqué dans le formulaire A sera modifié **seulement** si vous soumettez des corrections aux renseignements personnels tirés des dossiers de Nortel Canada figurant ci-après *et* que le contrôleur accepte ces corrections. Veuillez consulter le *Guide d'utilisation du formulaire B* pour en savoir davantage sur la rubrique de chaque ligne du tableau ci-après et sur la documentation suggérée que le contrôleur pourrait accepter à l'appui des corrections que vous apportez. *Note* : Ce ne sont pas toutes les corrections qui feront changer le montant de votre réclamation au titre de la rémunération. Par exemple, la correction de votre nom ou de votre numéro d'identification ne donnera pas lieu à un montant différent.

Les numéros de ligne dans le formulaire B correspondent à ceux mentionnés dans le *Guide d'utilisation du formulaire B*. Comme les données sont personnalisées, le formulaire B ne comportera que les rubriques qui se rapportent à votre situation.

**Si vous ne retournez pas de corrections à vos données et les renseignements justificatifs au contrôleur au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011,** les renseignements figurant dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit.

| N° de ligne | Renseignements personnels | Détails selon les dossiers de Nortel Canada au 31 décembre 2010 | Corrections, s'il y a lieu |
|---|---|---|---|
| 1 | Dernier employeur canadien en liste | <ENTITY> | |
| 2 | Nom | <NAME> | |
| 3 | Numéro d'identification | <EEID> | |
| 4 | Sexe | <GENDER> | |
| 5 | Année de naissance | <DOB> | |
| 6 | Le réclamant <FNAME> <LNAME> est-il décédé? (Si oui, indiquez la date du décès) | No | |
| 7 | Nom du syndicat, s'il y a lieu | <UNIONST>> | |
| 8 | Votre conjoint(e) à la date de votre départ à la retraite était-il / était-elle toujours votre conjoint(e) le 31 décembre 2010 et vivant(e) à cette date? | Yes | |
| 9 | Année de naissance du / de la conjoint(e) | <ESPBIRTH > | |
| 10 | Date du début du service ininterrompu («DDSI») | <EHIRE > | |
| 11 | Groupe de prestations aux fins de la retraite | <BENGRP>> | |

00026

| 12 | Année du début de l'incapacité de courte durée | &lt;DODISP&gt;&gt; | |
| 13 | Années de service donnant droit à pension | &lt;PENSVC&gt; | |
| 14 | Statut protégé par des droits acquis en date du 31 décembre 2007[1] aux fins du régime de retraite agréé | &lt;GFSTAT07&gt;&gt; | |
| 15 | Salaire moyen final / salaire maximal moyen | &lt;FAEBAE&gt;&gt; | |
| 16 | Salaire maximal moyen au 31 décembre 1998 | &lt;BAE98&gt;&gt; | |
| 17 | Crédits accumulés au titre du pourcentage | &lt;PSP&gt;&gt; | |
| 18 | Crédits accumulés au titre du pourcentage au 31 décembre 1998 | &lt;PSP98&gt;&gt;&gt; | |
| 19 | Revenu mensuel au titre de l'incapacité pour 2010 | &lt;DISPINC&gt; | |
| 20 | ILD – ajustement au coût de la vie / aucun ajustement au coût de la vie pour 2010 | &lt;LTDIND&gt; | |
| 21 | Option de couverture dans le cadre du régime d'assurance médicale – ILD | &lt;MEDLEV1&gt; | |
| 22 | Option aux fins du régime d'assurance médicale – ILD | &lt;MEDCOV1&gt; | |
| 23 | Option de couverture dans le cadre du régime d'assurance dentaire – ILD | &lt;DENLEV1&gt; | |
| 24 | Option aux fins du régime d'assurance dentaire – ILD | &lt;DENCOV1&gt; | |
| 25 | Montant de l'assurance-vie de base – ILD[1] | &lt;BLIF&gt; | |
| 26 | Montant de l'assurance-vie facultative – ILD | &lt;OLIF&gt; | |
| 27 | Montant de l'assurance-décès et mutilation accidentels facultative – ILD[1] | &lt;ADDAMT&gt; | |
| 28 | Montant de l'assurance-vie pour personne à charge – ILD | &lt;DLIF&gt; | |
| 29 | Montant mensuel des ATS – ILD[1] | &lt;STBAMT&gt;&gt; | |
| 30 | Province où vous bénéficiez d'une assurance-maladie au 31 décembre 2010 | &lt;PROVRES&gt; | |
| 31 | Forme de rente pour le régime supplémentaire | &lt;PENFORM1&gt;&gt; | |
| 32 | Forme de rente pour le SERP | &lt;PENFORM2&gt;&gt; | |

00027

| 33 | Réception d'une rente réversible aux termes du régime de retraite agréé | <PENFORM3>> | |
| 34 | Rente mensuelle indexable en vertu du régime supplémentaire – partie I au 14 janvier 2009 | <EXCESSI>> | |
| 35 | Rente mensuelle non indexable en vertu du régime supplémentaire – partie I au 14 janvier 2009 | <EXCESSNI>> | |
| 36 | Rente mensuelle en vertu du régime supplémentaire – partie II au 14 janvier 2009 | <EXCESSI>> | |
| 37 | Taux d'indexation annuel pour les rentes en vertu du régime supplémentaire – partie II | <EXINDEX>> | |
| 38 | Somme forfaitaire en vertu du RART/RAR | <LSTRA><LSRAP> | |
| 39 | Somme forfaitaire en vertu du régime supplémentaire | <LSEXEC> | |
| 40 | Somme forfaitaire en vertu du SERP | <LSSERP> | |
| 41 | Paiement mensuel brut en vertu du RART/RAR | <MTHRTB> | |
| 42 | Date de la fin des paiements / prestations en vertu du RART/RAR | <ESTOP> | |
| 43 | Paiement résiduel du dernier mois en vertu du RART/RAR | <MTHRES>>> | |
| 44 | Rente mensuelle brute en vertu du SERP | <MTHSERP1>> | |
| 45 | Date du décès du retraité décédé | <EDEATH>>> | |
| 46 | Montant mensuel brut des PS/ATS | <MTHSIBSTB>> | |
| 47 | Somme forfaitaire au titre des ATS[1] | <LSSTB>> | |
| 48 | Date de la fin des ATS[1] | <STBEND>> | |
| 49 | Régime d'assurance médicale/dentaire – retraités[1] | <MEDCOV2>> | |
| 50 | Option de couverture dans le cadre du régime d'assurance médicale/dentaire – retraités | <MEDLEV2>> | |
| 51 | Montant courant d'assurance-vie – retraités au 31 décembre 2010[1] | <RETLAMTC>> | |
| 52 | Montant final d'assurance-vie – retraités[1] | <RETLAMTU>> | |

00028

| 53 | Montant du compte de remboursement des soins de santé annuel des retraités au 31 décembre 2010[1] | <HSAAMT>> | |
| 54 | Montant de la prestation supplémentaire au décès | <ADB> | |
| 55 | □□emière date de départ à la retraite bonifiée | <EUNRED>> | |
| 56 | Rente de retraite normale différée mensuelle totale en vertu de la partie I du régime destiné aux cadres et du régime supplémentaire<br><br>• de base<br>• supplémentaire admissible<br>• supplémentaire non admissible<br> Total | <BASIC><br><ADDI>><br><ADDNI>><br>———————————<br><DEFTOTAL>> | |
| 57 | Rente de retraite normale différée mensuelle totale en vertu de la partie II du régime destiné aux cadres et du régime supplémentaire | <BASIC>> | |
| 58 | Rente de retraite normale différée mensuelle payable en vertu du SERP | <MTHSERP1>> | |
| 59 | Années de service donnant droit à pension en vertu du RRI | <PENSVC> | |
| 60 | Date de cessation d'emploi (utilisée pour le salaire maximal moyen aux fins du RRI) | <ETERM> | |
| 61 | Pays où vous avez été muté(e) | <COUNTRY> | |
| 62 | Valeur courante des réductions en vertu du RRI pour le pays où vous avez été muté(e) | <IPPCVLOC > | |
| 63 | Taux d'indexation annuel avant l'âge de 65 ans | <PREIDX> | |
| 64 | Taux d'indexation annuel après l'âge de 65 ans | <POSTIDX>> | |
| 65 | Date d'embauche aux seules fins du calcul de l'indemnité de départ fondée sur - <HIREC> | <SEVHIRE> | |
| 66 | Date de cessation d'emploi | <SEVTERM> | |
| 67 | Salaire annuel | <SEVRATE> | |
| 68 | Salaire par deux semaines | <SEVRATEB> | |
| 69 | Heures de travail hebdomadaires normales | <STDHRS> | |

00029

| 70 | Ajustement au coût de la vie pour les employés syndiqués aux fins de l'indemnité de départ | <COLA> | |
|----|----|----|----|
| 71 | Date de préavis | <NOTDAT> | |
| 72 | Période de préavis selon l'entente de cessation d'emploi | <NOTAGR> | |
| 73 | Date du début de l'entente de cessation d'emploi | <BRST> | |
| 74 | Date de la fin de l'entente de cessation d'emploi | <BREND> | |
| 75 | N[bre] de semaines selon l'entente[1] | <CONT> | |
| 76 | Date du dernier paiement | <LSTPMT> | |
| 77 | Montant de l'indemnité de départ selon votre entente de cessation d'emploi avec Nortel Canada | <SEVAGR><SEVCUR>>> | |
| 78 | Paiements déjà versés par Nortel Canada au titre de l'indemnité de cessation d'emploi (*Note : Ce montant a déjà été déduit de la valeur de votre réclamation.*) | <SEVPARTPAY> | |
| 79 | Période de préavis prévue par la loi à laquelle vous aviez droit[1] | <ESA> | |
| 80 | Indemnité de départ prévue par la *Loi sur les normes d'emploi* à laquelle vous aviez droit[1] | <SESASEV> | |
| 81 | Droits à vacances annuels | <VACA> | |
| 82 | Régime de retraite agréé | <RPP> | |
| 83 | Nom de la société à l'égard de laquelle vous avez reçu une offre dans le cadre d'une transaction | <CO> | |
| 84 | Paiement reçu du fonds de cessation d'emploi (*Note : Ce montant a déjà été déduit de la valeur de votre réclamation.*) | <TERMFUND> | |
| 85 | Numéro de divulgation aux fins de la prime pour brevets demandés | <DISCF> | |
| 86 | Numéro de divulgation aux fins de la prime pour brevets délivrés | <DISCI> | |
| 87 | Statut cumulatif en matière de délivrance au 31 décembre 2009 | <PATSTAT>> | |
| 88 | Montant dû à Nortel Canada (*Note : Ce montant a déjà été déduit de la valeur de votre réclamation.*) | <OVTPMT> | |

00030

| 89 | Montant dû à Nortel Canada (monnaie locale) | <OVOMTF><SOVCUR> | |

[1] Si cette donnée est inexacte, d'autres renseignements personnels peuvent devoir être corrigés. Veuillez consulter le *Guide d'utilisation du formulaire B* pour en savoir davantage.

## &lt;4A&gt;Confirmation des changements ou corrections aux renseignements personnels

00031

1. Si vous êtes D'ACCORD avec tous les renseignements contenus dans le présent formulaire B, vous n'avez pas besoin d'en signer ou retourner une copie. Vous n'avez rien à faire en ce qui a trait à votre réclamation au titre de la rémunération.

2. Si vous avez des CHANGEMENTS OU CORRECTIONS à apporter à l'un ou l'autre des renseignements contenus dans le formulaire B, vous devez faire les corrections appropriées dans la colonne intitulée «Corrections, s'il y a lieu» du formulaire B, remplir la section qui suit et retourner toutes les pages du présent formulaire B ainsi que la documentation à l'appui. Le contrôleur pourrait refuser les changements ou corrections pour lesquels la documentation à l'appui requise selon le *Guide d'utilisation du formulaire B* n'est pas fournie.

   Si vous ne retournez pas vos changements ou corrections au formulaire B au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011 (la «date limite»), les renseignements contenus dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit.

   Si les changements apportés aux renseignements figurant dans le formulaire B sont acceptés par le contrôleur et entraînent la modification de votre réclamation au titre de la rémunération, un relevé de vos renseignements révisé (comprenant les formulaires A et B) sera produit et vous sera transmis par la poste. Si les changements n'influent pas sur le montant de votre réclamation au titre de la rémunération, vous recevrez un «avis d'acceptation (renseignements personnels)» à cet égard.

   Si le contrôleur n'accepte pas les changements apportés aux renseignements figurant dans le formulaire B, vous recevrez un «avis de rejet (renseignements personnels)» à cet égard. Pour en savoir davantage au sujet du règlement des réclamations, veuillez consulter l'ordonnance relative à la procédure de réclamation au titre de la rémunération (*Compensation Claims Process Order*) sur le site Web du contrôleur.

   Le contrôleur enverra aussi une copie des corrections qu'il a reçues et de sa réponse aux corrections en question aux conseillers juridiques agissant en votre nom.

   Ne comptez pas recevoir pareilles communications de la part du contrôleur avant l'écoulement d'un délai de 90 jours après la date limite.

3. Si vous croyez avoir d'autres réclamations ne figurant pas dans le formulaire A, vous devrez remplir le *Formulaire C – Preuve de réclamation canadienne au titre de la rémunération – Re : autres réclamations au titre de la rémunération* et le transmettre au contrôleur d'ici la date limite. Les renseignements relatifs au formulaire C sont contenus dans le *Guide pour la préparation du formulaire C*. **Veuillez noter que des délais et des restrictions s'appliquent à la transmission du formulaire C, tel qu'il est décrit dans le *Guide pour la préparation du formulaire C*.**

**IMPORTANT : Si vous ne retournez pas les corrections au formulaire B au plus tard à** 00032
**16 heures (heure normale de l'Est), le 23 décembre 2011, accompagnés de la documentation à l'appui, les renseignements contenus dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit. Vous n'aurez pas d'autre occasion d'apporter des corrections.**

**Veuillez conserver une copie pour vos dossiers.**

Je confirme la véracité des corrections que j'ai faites aux renseignements contenus dans le formulaire B.

_____          _____
**Signature**                                              **Date**


_____          _____
**Signature du témoin**                              **Nom du témoin (en lettres moulées)**
**(qui n'est ni votre conjoint(e) ni votre enfant)**

**Coordonnées si on a besoin de me joindre pour clarifier un changement :**

                                                    (        )
_____          _____
**Courriel**                                            **Numéro de téléphone le jour**

                                                    (        )
                                        _____
                                        **Autre numéro de téléphone**

                                                    (        )
                                        _____
                                        **Autre numéro de téléphone**

## Représentant autorisé

**À remplir SEULEMENT** si vous préparez et signez le présent formulaire B au nom d'un réclamant de Nortel Canada **et** que vous occupez **l'une des fonctions suivantes :**
- titulaire d'une procuration perpétuelle ou non relativement aux biens; ou
- fiduciaire/administrateur/exécuteur/liquidateur de la succession.

Veuillez inscrire vos nom complet, adresse, numéro de téléphone et adresse de courriel ci-dessous. Outre le présent formulaire B, veuillez nous fournir une copie notariée de la procuration, un certificat de nomination à titre de fiduciaire de la succession, une copie notariée du dernier testament vous nommant à titre de fiduciaire/exécuteur/liquidateur de la succession ou tout autre document pouvant être accepté par le contrôleur. Toutes les copies doivent être certifiées par un notaire public.

| | |
|---|---|
| **Nom du représentant** | |
| **Adresse du représentant** | |
| **Numéro de téléphone du représentant** | |
| **Courriel du représentant** | |

Guide d'utilisation du formulaire B – <NAME> <EEID>

*En cas de disparité entre la version anglaise et la version française, la version anglaise a*          00033
*préséance.*

# Guide d'utilisation du formulaire B

Les deux tableaux qui suivent ont pour but de vous aider à repérer les rubriques qui peuvent figurer dans votre formulaire B en fonction de votre statut et de votre admissibilité à déposer une réclamation. Toutefois, le formulaire B a été personnalisé en fonction de votre situation. Ainsi, toutes les rubriques ne sont pas pertinentes aux fins du calcul vous concernant, et certaines peuvent donc ne pas faire partie du formulaire B.

La méthodologie utilisée pour déterminer les données nécessaires pour calculer les réclamations qui apparaissent dans le formulaire A a été élaborée avec la participation de vos représentants nommés par le tribunal, des conseillers juridiques nommés par le tribunal pour agir en votre nom, des conseillers juridiques de TCA-Canada ainsi que de leurs actuaires et conseillers financiers.

| Statut du participant | N° de ligne Toutes les réclamations | N°s de ligne supplémentaires pour les situations particulières énumérées ci-après : | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | SERP | RAR *(RAP)* | RART(TRA) ou Régime sup-plémentaire *(Excess Plan)* et participant de la partie I du régime de retraite non négocié destiné aux cadres *(Managerial and Non-negotiated Pension Plan)* | Régime sup-plémentaire *(Excess Plan)* et participant de la partie II du régime de retraite non négocié destiné aux cadres | Admissible à des prestations postérieures à la retraite | Réclamation au titre de l'indemnité de départ ou méthodologie pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ | Réclamation au titre d'une prime pour brevet |
| Employés visés par une transaction<br><br>Employés dont l'emploi a pris fin avant le dépôt de la procédure titulaires d'une réclamation au titre de l'indemnité de départ impayée<br><br>Employés dont l'emploi a pris fin après le dépôt de la procédure | 1-6, 88, 89 | 13-15, 40 | 7, 11, 13 | 11,13-15, 38, 39 | 13 -18, 39 | 10, 30, 49, 51-53 | 7, 65-84 | 85-87 |
| Réclamants ILD | 1-6 12, | 13-15 | 7, 11, 13 | 11, 13-15 | 13-18 | 10, 30, 49, 51-53 | 7, 65-84 | 85-87 |

1

| | 19-29 | | | | | | | |

| Statut du participant | N° de ligne | N°s de ligne supplémentaires pour les situations particulières énumérées ci-après : | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Toutes les récla-mations | SERP | Régime supplémentaire (*Excess Plan*) et partie I du régime de retraite non négocié destiné aux cadres (*Managerial and Non-negotiated Pension Plan*) | Régime sup-plémentaire (*Excess Plan*) et partie II du régime de retraite non négocié destiné aux cadres | RART/RAR (*TRA/ RAP*) | PS/ATS déjà versées ou ATS cumulées (*SIB/STB*) | Prestations postérieures à la retraite | Réclamation au titre d'une prime pour brevet |
| Bénéficiaires survivants | 1-6 | 44 | 34, 35, 39 | 36, 37, 39 | 38, 41-43 | 46-48 | 30,49, 50,53 | |
| Retraités | 1-6, 45, 88, 89 | 8, 9, 32, 40, 44 | 8, 9, 31, 34, 35, 39 | 8, 9, 31, 36, 37, 39 | 38, 41-43 | 8,9, 46, 47 | 8, 9, 30, 33, 49-54 | 85-87 |
| Titulaires d'une rente différée | 1-6, 85 | 58 | 55, 56 | 55, 57, 63, 64 | | | | |
| RRI | 15, 59-62, 88, 89 | | | | | | | |

2

Guide d'utilisation du formulaire B – <NAME> <EEID>30035

Le tableau suivant explique les renseignements figurant aux diverses rubriques du formulaire B et précise les documents pouvant être utilisés pour corriger une rubrique du formulaire B. Les numéros de ligne de ce tableau correspondent à ceux des lignes du formulaire B.

| N° de ligne | Renseignements personnels | Définition | Documents desquels les renseignements en question peuvent être tirés et qui peuvent servir à justifier une correction si une donnée est manquante ou inexacte |
|---|---|---|---|
| 1 | Dernier employeur canadien en liste | Si vous receviez déjà une prestation ou que vous êtes titulaire d'une rente différée, ce renseignement figure dans votre documentation relative à la retraite. Sinon, il s'agit de votre dernier employeur canadien (ou de son successeur) selon les dossiers de Nortel Canada. Si cet employeur n'est pas connu ou qu'il a cessé d'exister, le nom de Nortel Networks Limitée sera utilisé. | • Lettre de cessation d'emploi<br>• Bordereau de paie de la dernière année d'emploi ou<br>• Documentation relative à la retraite |
| 2 | Nom | Il s'agit du nom de la personne qui recevra les paiements (le cas échéant) dans le cadre de la procédure en vertu de la LACC.<br><br>Il pourrait s'agir du nom de l'employé de Nortel Canada ou du nom du survivant admissible à une prestation de survivant.<br><br>Si le réclamant est décédé, voir la ligne 6. | • Copie d'un document délivré par le gouvernement fédéral ou provincial montrant l'orthographe correcte du nom<br>• Approbation du changement de nom légal |
| 3 | Numéro d'identification | Matricule mondial de l'employé de Nortel Canada réclamant ou numéro de rentier du bénéficiaire. | • Toute communication de Nortel Canada mentionnant votre matricule<br>• Bordereau de paie de Nortel Canada ou<br>• Communication de Sun Life indiquant votre numéro de rentier |
| 4 | Sexe | Sexe | • Copie d'un document délivré par le gouvernement fédéral ou provincial indiquant le sexe |
| 5 | Année de naissance | Année de naissance | • Copie d'un document délivré par le gouvernement fédéral ou provincial indiquant l'année de naissance |

3

| 6 | Le réclamant est-il décédé? (Si oui, indiquez la date du décès) | Si le réclamant est décédé, tout paiement sera versé, le cas échéant, à sa succession. S'il y a un testament ou que le réclamant est décédé intestat, l'exécuteur / la succession / le liquidateur / l'administrateur / le fiduciaire doit fournir la documentation appropriée au contrôleur.<br><br>Indiquez la date du décès dans la colonne «Corrections».<br><br>Note : La valeur de la réclamation au titre de la rémunération est fixée sur la prémisse que le réclamant vit toujours. | • Certificat/acte de décès, copie notariée du testament du réclamant (y compris l'acceptation de la désignation de l'exécuteur, etc.) ou<br>• Certificat de nomination du fiduciaire de la succession avec/sans testament |
|---|---|---|---|
| 7 | Nom du syndicat s'il y a lieu | Les prestations varient selon l'appartenance ou non à un syndicat. Si vous étiez syndiqué(e), les possibilités sont* :<br>• *CAW* (TCA);<br>• *ATES* (Association des ingénieurs et scientifiques des télécommunications);<br>• *CUCW#1* (Union canadienne des travailleurs en communication – unité n° 1) (employés de bureau et employés à l'heure membres des Teamsters; anciennement le SCEB); ou<br>• *Divested union* (syndicat dissous) (vous étiez membre d'un syndicat dissous, comme le SCEP n° 9, le Syndicat des métallos ou l'Union canadienne des travailleurs en communication – unité n° 2, et vous receviez des ATS ou des prestations d'ILD lors de la dissolution de l'unité fonctionnelle ou du syndicat.)<br><br>Le numéro de local n'est pas requis.<br><br>* Comme les codes utilisés sont en anglais, nous laissons ceux-ci en précisant leur traduction entre parenthèses. | • Preuve de l'appartenance syndicale |
| 8 | Votre conjoint(e) à la date de votre départ à la retraite était-il / était-elle toujours votre conjoint(e) le 31 décembre 2010 et vivant(e) à cette date? | Selon les dossiers de Nortel Canada, vous avez choisi une rente réversible dans le cadre de votre régime de retraite agréé, du régime supplémentaire ou du SERP et/ou une protection familiale pour les prestations postérieures à la retraite. Vous devez aviser le contrôleur s'il y a eu rupture de l'union depuis la date de votre départ à la retraite ou si votre conjoint(e) était décédé(e) le 31 décembre 2010. | • Aucun document supplémentaire n'est requis en guise de preuve. Il suffit de faire la correction et de retourner le formulaire de modification de vos renseignements personnels dûment signé |
| 9 | Année de naissance du / de la conjoint(e) | Il s'agit de l'année de naissance de votre conjoint(e) selon les dossiers de Nortel Canada.<br><br>S'il est inscrit que cette année de naissance est inconnue (*unknown*), vous devez corriger et soumettre la documentation requise au contrôleur. | • Copie d'une pièce d'identité délivrée par un gouvernement |

4

| 10 | Date du début du service ininterrompu | Il s'agit de la date servant à déterminer l'admissibilité aux prestations postérieures à la retraite conformément aux documents régissant le régime.<br><br>Il s'agit de la date du début du service ininterrompu (*Continuous Service Date / CSD*) («DDSI») communiquée par Nortel Canada. | • Relevés de pension au 31 décembre 2009<br>• Autres documents de Nortel Canada indiquant la DDSI |
|---|---|---|---|
| 11 | Groupe de prestations aux fins de la retraite | Pour les participants syndiqués, il s'agit du groupe indiqué dans votre régime de retraite.<br><br>Pour les participants non syndiqués, le groupe a été déterminé par la Société en fonction de l'échelon de votre poste. Il est mentionné à titre informatif, car il ne vous a pas été communiqué antérieurement. | • Pour les participants syndiqués : relevé de pension au 31 décembre 2009<br>• Pour les participants non syndiqués, cette information découle de vos données personnelles |
| 12 | Année du début de l'incapacité de courte durée | Année où votre incapacité de courte durée a commencé. | • Année du début de l'incapacité selon les relevés de Sun Life<br>• Demande de règlement au titre de l'incapacité |
| 13 | Années de service donnant droit à pension | Années de service accumulées aux termes des régimes de retraite à prestations déterminées servant à déterminer le montant des prestations de pension et de retraite. La période de préavis est incluse dans le calcul, sauf dans le cas des réclamants ILD.<br><br>Dans le cas des réclamants ILD, il s'agit des années de service donnant droit à pension au 31 décembre 2010.<br><br>Pour ceux qui ont une réclamation en vertu du régime de retraite international («RRI») (*International Pension Plan / IPP*), il s'agit des années de services donnant droit à pension accumulées pendant votre emploi dans le pays où vous avez été muté(e).<br><br>Vous trouverez d'autres détails concernant la définition des années de service admissibles dans votre documentation relative au régime de retraite visé ou aux prestations en cause. | • Relevé de pension au 31 décembre 2009, en plus du dernier bordereau de paie ou d'une autre preuve du lien d'emploi avec Nortel Canada en 2010 |

| 14 | Statut protégé par des droits acquis en date du 31 décembre 2007 aux fins du régime de retraite agréé | Ce critère est celui établi dans les modifications du programme d'accumulation du capital et de retraite (*Capital Accumulation and Retirement Program / CARP*) («PACR») qui sont entrées en vigueur le 1$^{er}$ janvier 2008. Vous êtes, en vertu de droits acquis, un participant à la partie I et à la partie II du régime de retraite destiné aux cadres si, le 31 décembre 2007, vous : <br>• aviez au moins 60 ans; <br>• comptiez au moins 28 années de service donnant droit à pension; ou <br>• aviez au moins 55 ans et cumuliez au moins 70 points (âge plus années de service donnant droit à pension). <br><br>Si vous étiez en ILD le 31 décembre 2007 sans jamais avoir repris le service avant le 31 décembre 2010, vous n'étiez pas visé(e) par les modifications. Vous participez donc au même régime de retraite que celui auquel vous participiez le 31 décembre 2007. Ce champ n'est pertinent que pour les personnes frappées d'une incapacité après le 31 décembre 2007 et celles qui ont repris le service avant le 31 décembre 2010. | • S'il y a erreur, corrigez également votre année de naissance (ligne 5) et/ou les années de service donnant droit à pension (ligne 13) |

6

| 15 | Salaire moyen final / salaire maximal moyen | De façon générale, le «salaire moyen final» (*Final average earnings / FAE*) est une mesure utilisée dans le cadre de la partie II du régime de retraite destiné aux cadres. Il s'agit du salaire maximal moyen pour une période de trois années consécutives au cours des 10 dernières années de service. De façon générale, le «salaire maximal moyen» (*Best Average Earnings / BAE*) est une mesure utilisée dans le cadre de la partie I du régime de retraite destiné aux cadres. Il s'agit du salaire maximal moyen pour une période de trois années consécutives au cours de toutes les années de service.<br><br>La période de préavis approuvée par le tribunal est incluse dans le calcul, sauf dans le cas des réclamants ILD.<br><br>Dans le cas des réclamants ILD, le salaire est établi au 31 décembre 2010. Il s'agit de votre salaire antérieur à l'incapacité, et non pas de votre revenu ILD.<br><br>Pour ceux qui ont une réclamation en vertu du RRI, le salaire maximal moyen a été converti en dollars américains conformément à la politique de Nortel sur le taux de change pour le RRI. Pour chaque année civile, le salaire est converti selon la moyenne arithmétique des taux de change le premier jour ouvrable de chaque mois. Le salaire maximal moyen est calculé à partir des 36 meilleurs mois consécutifs au cours des 60 derniers mois d'emploi.<br><br>Vous trouverez d'autres détails concernant la définition de salaire et le calcul applicable dans les documents régissant le régime de retraite. | • Relevé de pension au 31 décembre 2009, plus les redressements en fonction d'un changement de poste ou de salaire en 2010 ou<br>• Bordereau de paie pour chacune des trois années en question<br>• Communication relative au RRI reçue à la cessation d'emploi<br>• Déclarations de revenus |
| 16 | Salaire maximal moyen au 31 décembre 1998 | De façon générale, le «salaire maximal moyen» (*Best Average Earnings / BAE*) est une mesure utilisée dans le cadre de la partie I du régime de retraite destiné aux cadres. Il s'agit du salaire maximal moyen pour une période de trois années consécutives au cours de toutes les années de service.<br><br>Cette donnée ne vise que ceux qui sont passés de la partie I à la partie II du régime de retraite destiné aux cadres en raison de la modification du régime intervenue le 1er janvier 1999.<br><br>Dans le cas des bénéficiaires ILD, il s'agit de votre salaire antérieur à l'incapacité, et non de votre revenu ILD. | • Relevé de pension pour 1998<br>• Estimation de pension pour 1998 |

| 17 | Crédits accumulés au titre du pourcentage | Crédits accumulés au titre du pourcentage (*Accumulated Percentage Credits*) aux fins du calcul de la valeur de rachat aux termes de la partie II du régime de retraite destiné aux cadres.<br><br>La période de préavis approuvée par le tribunal est incluse dans le calcul, sauf dans le cas des réclamants ILD.<br><br>Dans le cas des réclamants ILD, il s'agit des crédits accumulés au 31 décembre 2010. | • Relevé de pension au 31 décembre 2009, plus les redressements pour 2010 |
|----|----|----|----|
| 18 | Crédits accumulés au titre du pourcentage au 31 décembre 1998 | Crédits accumulés au titre du pourcentage (*Accumulated Percentage Credits*) aux fins du calcul de la valeur de rachat aux termes de la partie II du régime de retraite destiné aux cadres.<br><br>Cette donnée ne vise que ceux qui sont passés de la partie I à la partie II du régime de retraite destiné aux cadres en raison de la modification du régime intervenue le 1$^{er}$ janvier 1999. | • Relevé de pension pour 1998<br>• Estimation de pension pour 1998 |
| 19 | Revenu mensuel au titre de l'incapacité pour 2010 | Revenu mensuel reçu directement de Sun Life, après toutes les déductions applicables aux prestations, telles les cotisations au RPC, au RRQ et/ou au régime d'indemnisation des accidents du travail, mais avant les retenues d'impôt sur le revenu. | • Demande de règlement au titre de l'incapacité faite en 2010 ou<br>• Chèque reçu au titre de l'incapacité pour n'importe quel mois de 2010 |
| 20 | ILD – ajustement au coût de la vie / aucun ajustement au coût de la vie pour 2010 | Certains revenus au titre de l'incapacité sont ajustés chaque année en fonction de l'augmentation du coût de la vie.<br><br>*COLA* (ajustement au coût de la vie)* – signifie que votre revenu est visé par l'ajustement au coût de la vie.<br><br>*Non-COLA* (aucun ajustement au coût de la vie) – signifie que votre revenu ne fait pas l'objet d'un ajustement au coût de la vie.<br><br>Pour en savoir davantage, consultez la documentation relative à vos avantages sociaux.<br><br>* Comme les codes utilisés sont en anglais, nous laissons ceux-ci en précisant leur traduction entre parenthèses. | • Demande de règlement au titre de l'incapacité ou<br>• Copie de la confirmation de votre participation aux avantages sociaux |

| 21 | Option de couverture dans le cadre du régime d'assurance médicale – ILD | Il s'agit du niveau de couverture que vous avez choisi dans le cadre du régime d'assurance médicale l'année où votre incapacité de courte durée a commencé. Vous pouvez avoir choisi* : | • Copie de la confirmation de votre participation aux avantages sociaux<br>• Copie d'un talon de chèque provenant de Sun Life au titre d'une demande de règlement pour vous, votre conjoint et/ou une personne à charge pour prouver le niveau de couverture que vous avez choisi |
|----|----|----|----|
| | | EE (EE)　　　　　Vous seulement | |
| | | EE+CH　　　　　Vous et vos enfants et/ou (EE+Enfant)　　ceux de votre conjoint(e) | |
| | | EE+SP　　　　　Vous et votre conjoint(e) (EE+Conjoint(e)) | |
| | | EE+SP+CH　　　Vous et votre famille (EE+Famille)　　(conjoint(e) et enfants et/ou enfants de votre conjoint(e)) | |
| | | Opted-out　　　Aucune couverture; vous (Retrait)　　　avez choisi de ne pas participer au régime d'assurance médicale | |
| | | *Comme les codes utilisés sont en anglais, nous laissons ceux-ci en précisant leur traduction entre parenthèses.* | |
| 22 | Option aux fins du régime d'assurance médicale – ILD | Couverture que vous avez choisie dans le cadre du régime d'assurance médicale l'année où votre incapacité de courte durée a commencé. Vous pouvez avoir choisi* :<br><br>Non-syndiqués :<br>• Waived (Renonciation) (aucune couverture)<br>• Select (de choix)<br>• Plus (supérieur) ou<br>• Comprehensive (complet)<br>Syndiqués :<br>• Waived (Renonciation) (aucune couverture) ou<br>• Extended (élargi)<br><br>*Comme les codes utilisés sont en anglais, nous laissons ceux-ci en précisant leur traduction entre parenthèses.* | • Copie du formulaire d'inscription |

9

| 23 | Option de couverture dans le cadre du régime d'assurance dentaire – ILD | Niveau de couverture que vous avez choisi dans le cadre du régime d'assurance dentaire (plus soins de la vue et de l'ouïe) l'année où votre incapacité de courte durée a commencé. Vous pouvez avoir choisi* : <br><br>*EE* (EE)   Vous seulement <br><br>*EE+CH* (EE+Enfant)   Vous et vos enfants et/ou ceux de votre conjoint(e) <br><br>*EE+SP* (EE+Conjoint(e))   Vous et votre conjoint(e) <br><br>*EE+SP+CH* (EE+Famille)   Vous et votre famille (conjoint(e) et enfants et/ou enfants de votre conjoint(e)) <br><br>*Opted-out* (Retrait)   Aucune couverture; vous avez choisi de ne pas participer au régime d'assurance dentaire <br><br>* Comme les codes utilisés sont en anglais, nous laissons ceux-ci en précisant leur traduction entre parenthèses. | • Copie du formulaire d'inscription <br>• Copie d'un talon de chèque provenant de Sun Life au titre d'une demande de règlement pour vous, votre conjoint et/ou une personne à charge pour prouver le niveau de couverture que vous avez choisi |
| --- | --- | --- | --- |
| 24 | Option aux fins du régime d'assurance dentaire – ILD | Couverture que vous avez choisie dans le cadre du régime d'assurance dentaire (plus soins de la vue et de l'ouïe) l'année où votre incapacité de courte durée a commencé. Vous pouvez avoir choisi* : <br><br>Non-syndiqués : <br>• *Waived* (renonciation) (aucune couverture) <br>• *Plus* (supérieur) ou <br>• *Comprehensive* (complet) <br><br>Syndiqués : <br>• *Waived* (Renonciation) (aucune couverture) ou <br>• *Dental* (dentaire) <br><br>* Comme les codes utilisés sont en anglais, nous laissons ceux-ci en précisant leur traduction entre parenthèses. | • Copie de la confirmation de la participation aux avantages sociaux |
| 25 | Montant de l'assurance-vie de base – ILD | Montant de l'assurance-vie de base payable si un participant ILD meurt alors qu'il est toujours en ILD. Si vous êtes un employé non syndiqué, ce montant correspond à 1 x votre salaire de base comme défini dans le *Manuel du régime de couverture médicale et d'avantages sociaux pour le groupe Nortel.* <br><br>Si vous êtes un employé syndiqué, le montant dépend de votre groupe de prestations aux fins de la retraite (ligne 11). | S'il y a erreur : <br>• Pour les participants non syndiqués, corrigez également votre salaire annuel (ligne 67) <br><br>• Pour les participants syndiqués, corrigez également votre groupe de prestations aux fins de la retraite (ligne 11) |
| 26 | Montant de l'assurance-vie facultative – ILD | Il s'agit du montant de l'assurance-vie facultative que vous avez choisi l'année où votre incapacité a commencé. | • Copie de la confirmation de la participation aux avantages sociaux |

| 27 | Montant de l'assurance-décès et mutilation accidentels facultative – ILD | Il s'agit du montant de l'assurance-décès et mutilation accidentels facultative payable, en plus de l'assurance-vie de base, si un participant ILD meurt alors qu'il est toujours en ILD. Par exemple, si votre manuel indique 2 x l'assurance-vie de base, vous verrez un montant à la ligne 25 et le même montant à la ligne 27, ce qui totalise 2 x l'assurance-vie de base. Il s'agit d'une couverture facultative pour les participants non syndiqués et d'une couverture pour les participants syndiqués. | • Pour les participants non syndiqués – Copie de la confirmation de la participation aux avantages sociaux<br>• Pour les participants syndiqués – s'il y a erreur, corrigez également le montant de votre assurance-vie de base (ligne 25) |
| --- | --- | --- | --- |
| 28 | Montant de l'assurance-vie pour personne à charge – ILD | Il s'agit d'un régime facultatif, et le montant indiqué représente l'assurance-vie pour personne à charge que vous avez choisie l'année où votre incapacité a commencé. | • Copie de la confirmation de la participation aux avantages sociaux |
| 29 | Montant mensuel des ATS – ILD | Ces prestations ne sont offertes qu'à certains participants syndiqués et à certains participants retraités. Il s'agit d'un montant mensuel auquel vous étiez admissible à la date de l'incapacité, selon le groupe de prestations aux fins de la retraite dont vous faisiez alors partie. | • S'il y a erreur, corrigez également votre groupe de prestations aux fins de la retraite (ligne 11) |
| 30 | Province où vous bénéficiiez d'une assurance-maladie au 31 décembre 2010 | Il s'agit de la province de résidence du réclamant au 31 décembre 2010. S'il est indiqué «*Out of Country*» (à l'étranger), il est présumé que vous n'avez droit à aucun régime d'assurance-maladie provincial et que vous n'avez donc pas droit à l'assurance médicale en vertu du régime de soins médicaux de Nortel. Par conséquent, aucune réclamation n'a été calculée relativement à l'assurance médicale dans votre cas. | • Facture d'électricité / de service Internet / de câble pour le mois de décembre 2010, avis de cotisation pour 2010 |
| 31 | Forme de rente pour le régime supplémentaire | Quand vous avez pris votre retraite, vous avez choisi l'une des formes de rente suivantes pour votre régime supplémentaire* :<br>• *JS* (rente réversible); ou<br>• *LS* (rente viagère seulement).<br><br>* Comme les codes utilisés sont en anglais, nous laissons ceux-ci en précisant leur traduction entre parenthèses. | • Copie du formulaire de choix signé soumis dans votre documentation relative à la retraite |
| 32 | Forme de rente pour le SERP | Quand vous avez pris votre retraite, vous aviez la forme de rente suivante pour votre SERP* :<br>• *JS* (rente réversible);<br>• *AC* (rente certaine); ou<br>• *LS* (rente viagère seulement).<br>* Comme les codes utilisés sont en anglais, nous laissons ceux-ci en précisant leur traduction entre parenthèses. | • Copie du formulaire de choix soumis dans votre documentation relative à la retraite |
| 33 | Réception d'une rente réversible aux termes du régime de retraite agréé | Quand vous avez pris votre retraite, vous aviez la forme de rente suivante pour votre régime de retraite agréé* :<br>• *JS* (rente réversible); ou<br>• *LS* (rente viagère seulement).<br>* Comme les codes utilisés sont en anglais, nous laissons ceux-ci en précisant leur traduction entre parenthèses. | • Copie du formulaire de choix soumis dans votre documentation relative à la retraite |

11

| 34 | Rente mensuelle indexable en vertu du régime supplémentaire – partie I au 14 janvier 2009 | Partie mensuelle de votre rente payable dans le cadre du régime supplémentaire qui est assujettie à des ajustements postérieurs à la retraite en vertu de la partie I du régime de retraite destiné aux cadres. | • Copie du formulaire de choix signé soumis dans votre documentation relative à la retraite |
|---|---|---|---|
| 35 | Rente mensuelle non indexable en vertu du régime supplémentaire – partie I au 14 janvier 2009 | Partie mensuelle de votre rente payable dans le cadre du régime supplémentaire qui n'est pas assujettie à des ajustements postérieurs à la retraite. | • Copie du formulaire de choix signé soumis dans votre documentation relative à la retraite |
| 36 | Rente mensuelle en vertu du régime supplémentaire partie II au 14 janvier 2009 | Montant mensuel de votre rente payable dans le cadre du régime supplémentaire relativement à vos années de service en vertu de la partie II du régime de retraite destiné aux cadres. | • Copie du formulaire de choix signé soumis dans votre documentation relative à la retraite |
| 37 | Taux d'indexation annuel pour les rentes en vertu du régime supplémentaire – partie II | Taux d'indexation annuel applicable à votre régime supplémentaire pour les participants de la partie II du régime de retraite destiné aux cadres. | • Documentation relative à la retraite |
| 38 | Somme forfaitaire en vertu du RART/RAR | Selon les dossiers de Nortel Canada, vous avez choisi l'option de réception d'une somme forfaitaire dans votre documentation relative à la retraite. Il s'agit du montant indiqué dans la documentation relative à la retraite qui vous a été transmise. | • Documentation relative à la retraite |
| 39 | Somme forfaitaire en vertu du régime supplémentaire | Selon les dossiers de Nortel Canada, vous avez choisi l'option de réception d'une somme forfaitaire dans votre documentation relative à la retraite. Il s'agit du montant indiqué dans la documentation relative à la retraite qui vous a été transmise. | • Documentation relative à la retraite |
| 40 | Somme forfaitaire en vertu du SERP | Selon les dossiers de Nortel Canada, vous avez choisi l'option de réception d'une somme forfaitaire dans votre documentation relative à la retraite. Il s'agit du montant indiqué dans la documentation relative à la retraite qui vous a été transmise. | • Documentation relative à la retraite |
| 41 | Paiement mensuel brut en vertu du RART/RAR | Montant du paiement mensuel que vous recevez déjà du régime d'allocations de retraite de transition (RART) ou du régime d'allocations de retraite (RAR). | • Documentation relative à la retraite ou<br>• Talon de chèque mensuel |
| 42 | Date de la fin des paiements / prestations en vertu du RART/RAR | Date du paiement final initialement prévue au titre des paiements mensuels en vertu du RART/RAR. | • Documentation relative à la retraite |

| 43 | Paiement résiduel du dernier mois en vertu du RART/RAR | Si vous avez pris votre retraite en juillet 2004 ou avant cette date, votre paiement initial a peut-être été un paiement partiel. Le cas échéant, vous aurez un montant au titre du paiement résiduel du dernier mois. Ce montant résiduel n'apparaîtra pas dans votre relevé de pension. Paiement résiduel payable pour le dernier mois des paiements mensuels en vertu du RART/RAR, le cas échéant, comme prévu dans le cadre du régime. Il ne s'agit pas du montant impayé qui vous est dû par suite de la cessation des paiements par la Société. | • Documentation relative à la retraite et premier paiement |
| --- | --- | --- | --- |
| 44 | Rente mensuelle brute en vertu du SERP | Rente mensuelle en vertu du SERP. | • Documentation relative à la retraite ou<br>• Copie d'un bordereau de paiement |
| 45 | Date du décès du retraité décédé | Date du décès du participant initial du régime de retraite de Nortel Canada. | • Certificat/acte de décès |
| 46 | Montant mensuel brut des PS/ATS | Dans le cas d'un survivant, montant que vous receviez ou aviez le droit de recevoir au titre d'une prestation de survivant ou d'une allocation de transition aux survivants.<br><br>Dans le cas des retraités syndiqués ayant droit à une allocation de transition aux survivants : montant auquel la personne qui vous survit aurait droit. | • Bordereau de paiement mensuel ou<br>• Lettre de Nortel Canada lors du décès |
| 47 | Somme forfaitaire au titre des ATS | Le participant décédé avait choisi que le bénéficiaire reçoive une somme forfaitaire au titre des allocations de transition aux survivants plutôt qu'une allocation mensuelle. La somme forfaitaire dépend du groupe auquel appartenait le participant décédé aux fins des prestations et est aussi fondée sur ce qui est mentionné dans votre brochure des avantages sociaux de TCA. | • S'il y a erreur, corrigez également votre groupe de prestations aux fins de la retraite (ligne 11) |
| 48 | Date de la fin des ATS | Date à laquelle les ATS cesseront. Les allocations de transition aux survivants sont versées pendant 60 mois à compter du premier mois suivant la date du décès, à moins qu'il n'y ait aucune personne à charge admissible. Cette date est indiquée dans la lettre reçue lors du décès. | • S'il y a erreur, corrigez également la date du décès du retraité décédé (ligne 45) |

| 49 | Régime d'assurance médicale/dentaire – retraités | Pour avoir droit à l'assurance médicale – retraités, vous devez avoir pris votre retraite de Nortel Canada, être devenu(e) admissible à des prestations de retraite à la fin de votre période de préavis ou avoir été en ILD le 31 décembre 2010. La couverture est fondée sur votre participation au régime de retraite, sur l'âge et sur les années de service. Les régimes de soins médicaux et d'assurance-vie offerts aux retraités sont les suivants* :<br>• *GF* – programme traditionnel – régime de soins médicaux des employés retraités protégés par des droits acquis;<br>• *CATA* – participants du régime de soins médicaux des retraités du programme traditionnel admissibles au programme d'assurance médicale en cas de catastrophe en plus du HCSA (compte de remboursement des soins de santé);<br>• *HCSA* – compte de remboursement des soins de santé – participants du régime de soins médicaux des retraités du programme traditionnel admissibles au compte de remboursement des soins de santé seulement; ou<br>• *No Coverage* (aucune couverture).<br><br>Voici certaines des raisons pour lesquelles la mention «No Coverage» pourrait être indiquée :<br>  o Vous ne répondiez pas aux conditions d'admissibilité pour le maintien de l'assurance médicale/dentaire aux termes des modifications du PACR qui sont entrées en vigueur le 1er janvier 2008;<br>  o Au moment de votre retraite, vous étiez assujetti(e) au régime pour investisseurs qui ne comportait pas de prestations pour les retraités; ou<br>  o Vous étiez syndiqué(e) et assujetti(e) à la partie II du régime de retraite négocié qui ne comportait pas de prestations pour les retraités.<br><br>Si vous étiez en ILD le 31 décembre 2007 sans jamais avoir repris le service avant le 31 décembre 2010, vous n'étiez pas visé(e) par les modifications du PACR, de sorte que vous avez droit au même programme de prestations au titre des soins médicaux et de l'assurance-vie que ceux offerts au régime de retraite auquel vous participiez le 31 décembre 2007. Par contre, si la protection sous-jacente des régimes postérieurs à la retraite a changé au fil du temps, votre réclamation a été évaluée en fonction de la protection actuelle. | • Documentation relative à la retraite, si elle a été reçue<br>• Sinon, s'il y a erreur, corrigez également votre année de naissance (ligne 5), la DDSI (ligne 10), le statut protégé par des droits acquis aux fins du régime de retraite (ligne 14) et le régime de retraite agréé auquel vous participiez (ligne 82) |

| | | | |
|---|---|---|---|
| | | Le mode de détermination de votre admissibilité à l'assurance médicale/dentaire – retraités est décrit plus amplement à l'annexe A de l'évaluation des prestations autres qu'au titre de la retraite (*Non-Pension Benefits*) pour 2011 de Mercer.<br>* Comme les codes utilisés sont en anglais, nous laissons ceux-ci. | |
| 50 | Option de couverture dans le cadre du régime d'assurance médicale/dentaire – retraités | Pour les retraités, il s'agit du niveau de couverture que vous avez choisi dans le cadre de l'assurance médicale/dentaire – retraités* :<br>• *S* – vous seul(e)<br>• *F* – famille; ou<br>• *N* – aucune couverture. Voir la ligne 49 pour les raisons pour lesquelles vous pourriez ne pas avoir de couverture.<br><br>Si vous recevez des prestations de survivant, il sera indiqué que vous avez une couverture pour vous seul(e), puisque c'est la seule couverture offerte aux survivants.<br><br>* Comme les codes utilisés sont en anglais, nous laissons ceux-ci. | • Copie de la confirmation de la participation aux avantages sociaux ou<br>• Copie d'un bordereau de paiement montrant le paiement d'une demande de règlement pour le (la) conjoint(e) |
| 51 | Montant courant d'assurance-vie – retraités au 31 décembre 2010 | Votre montant courant d'assurance-vie – retraités au 31 décembre 2010.<br><br>Si vous n'êtes pas syndiqué(e) et que le code «GF» figure à la ligne 49, votre assurance-vie au moment de la retraite était au départ du même montant qu'avant votre retraite, sous réserve des réductions annuelles applicables.<br><br>Si le code «CATA» ou «HCSA» figure à la ligne 49, le montant indiqué sera 35 000 $ si vous avez choisi à la fois l'assurance-vie et l'option de prestation au décès, ou 10 000 $ si vous avez choisi seulement l'option de prestation au décès.<br><br>Pour en savoir davantage sur les montants d'assurance-vie et les conditions d'admissibilité, voir l'annexe A de l'évaluation des prestations autres qu'au titre de la retraite (*Non-Pension Benefits*) pour 2011 de Mercer. | • Documentation relative à la retraite / formulaires d'inscription, s'il y a lieu<br>• Tout document confirmant la couverture<br>• Sinon, s'il y a erreur, corrigez également la rubrique «Régime d'assurance médicale/dentaire – retraités» (ligne 49) |

| 52 | Montant final d'assurance-vie – retraités | Il s'agit du montant final (ou plancher) qu'atteindra l'assurance-vie, sous réserve des réductions annuelles applicables. Selon l'année de votre départ à la retraite et votre régime de retraite, ce montant peut correspondre à celui du montant courant d'assurance-vie figurant à la ligne 51.<br><br>Pour en savoir davantage sur les montants d'assurance-vie et les conditions d'admissibilité, voir l'annexe A de l'évaluation des prestations autres qu'au titre de la retraite (*Non-Pension Benefits*) pour 2011 de Mercer. | • Documentation relative à la retraite / formulaires d'inscription, s'il y a lieu<br>• Tout document confirmant la couverture<br>• Sinon, s'il y a erreur, corrigez également la rubrique «Régime d'assurance médicale/dentaire – retraités» (ligne 49) |
| 53 | Montant du compte de remboursement des soins de santé annuel des retraités au 31 décembre 2010 | Pour les retraités assujettis au compte de remboursement des soins de santé, il s'agit de l'allocation annuelle au compte de remboursement des soins de santé en fonction du nombre d'années de service à votre date de départ à la retraite. Vous ne recevrez cette allocation que si vous avez le code «HCSA» à la rubrique «Régime d'assurance médicale/dentaire – retraités» (ligne 49).<br><br>Consultez la brochure sur l'assurance-vie et les soins de santé pour les retraités pour en savoir davantage. | • S'il y a erreur, corrigez également la rubrique «Régime d'assurance médicale/dentaire – retraités» (ligne 49) |
| 54 | Montant de la prestation supplémentaire au décès | Cette prestation n'est pas liée à la prestation au décès qui est offerte aux termes des divers régimes de retraite. Il s'agit d'une prestation supplémentaire aux termes d'un régime dont certains anciens employés retraités de Northern Electric Company bénéficient en vertu de droits acquis. | • Documentation relative à la retraite<br>• Autre documentation |
| 55 | Première date de départ à la retraite bonifiée | Date à laquelle vous aurez le droit de commencer à toucher votre rente différée sans réduction ou avec une réduction pour retraite anticipée subventionnée. | • Documentation relative à la retraite<br>• Relevé de pension |

16

| 56 | Rente de retraite normale différée mensuelle totale en vertu de la partie I du régime destiné aux cadres et du régime supplémentaire | Cette donnée ne vise que ceux qui ont indiqué dans la documentation relative à la retraite transmise à Mercer avant le 30 septembre 2010 qu'ils étaient titulaires d'une rente différée en vertu de la partie I du régime de retraite destiné aux cadres. Comme une partie de votre rente est indexée en fonction de l'augmentation de l'indice des prix à la consommation, votre rente est divisée en trois parties : la rente de base, la rente supplémentaire admissible et la rente non admissible. Il s'agit de la rente mensuelle totale payable en vertu de la partie I du régime de retraite destiné aux cadres à votre date de retraite normale avant l'application du plafond en vertu de la *Loi de l'impôt sur le revenu*. La partie de la rente mensuelle qui ne peut pas être versée dans le cadre du régime de retraite destiné aux cadres en raison du plafond sera payable dans le cadre du régime supplémentaire. | • Documentation relative à la retraite |
| 57 | Rente de retraite normale différée mensuelle totale en vertu de la partie II du régime destiné aux cadres et du régime supplémentaire | Cette donnée ne vise que ceux qui ont indiqué dans la documentation relative à la retraite transmise à Mercer avant le 30 septembre 2010 qu'ils étaient titulaires d'une rente différée en vertu de la partie II du régime de retraite destiné aux cadres. Il s'agit de la rente mensuelle totale payable en vertu de la partie II du régime de retraite destiné aux cadres à votre date de retraite normale avant l'application du plafond en vertu de la *Loi de l'impôt sur le revenu*. | • Documentation relative à la retraite |
| 58 | Rente de retraite normale différée mensuelle payable en vertu du SERP | Cette donnée ne vise que ceux qui ont indiqué dans la documentation relative à la retraite transmise à Mercer avant le 30 septembre 2010 qu'ils étaient titulaires d'une rente différée en vertu du SERP. Il s'agit de la partie de votre rente mensuelle en vertu du SERP à votre date de retraite normale. | • Documentation relative à la retraite |
| 59 | Années de service donnant droit à pension en vertu du RRI | Il s'agit des années de service ouvrant droit à pension admissibles aux fins du régime de retraite international («RRI»). | • Communication relative au RRI<br>• Relevés du RRI pour 2007 |
| 60 | Date de cessation d'emploi (utilisée pour le salaire maximal moyen aux fins du RRI) | Il s'agit de la date à laquelle votre emploi auprès de Nortel Canada ou de l'une de ses sociétés affiliées a pris fin. Votre salaire maximal moyen aux fins du RRI est établi en fonction de toutes les années de service jusqu'à votre date de cessation d'emploi. Cette date peut être différente de la date de fin utilisée pour calculer vos années de service donnant droit à pension en vertu du RRI si vous demeurez au service d'une société affiliée de Nortel après avoir quitté le pays où vous avez été muté(e). | • Relevé d'emploi ou équivalent dans le pays visé<br>• Communication relative au RRI<br>• Lettre de cessation d'emploi<br>• Documentation de cessation d'emploi |

17

| 61 | Pays où vous avez été muté(e) | Pays admissible aux fins du RRI | • Relevés du RRI pour 2007<br>• Communication relative au RRI à la cessation d'emploi |
|----|----|----|----|
| 62 | Valeur courante des réductions en vertu du RRI dans le pays où vous avez été muté(e) | Cette valeur est fournie à titre informatif seulement.<br><br>Elle a été calculée par les actuaires, Mercer, en fonction des prestations offertes dans le pays où vous avez été muté(e). Aux termes du RRI, il s'agit du montant duquel le montant brut en vertu du RRI est réduit. | À titre informatif seulement. Les documents suivants peuvent être consultés à des fins de comparaison :<br>• Relevés du RRI pour 2007<br>• Communication relative au RRI à la cessation d'emploi |
| 63 | Taux d'indexation annuel avant l'âge de 65 ans | Hausse annuelle de votre rente mensuelle différée en vertu de la partie II entre votre date de cessation d'emploi et votre date de retraite normale à l'âge de 65 ans. | • Documentation relative à la retraite |
| 64 | Taux d'indexation annuel après l'âge de 65 ans | Hausse annuelle de votre rente mensuelle différée en vertu de la partie II après votre date de retraite normale à l'âge de 65 ans. | • Documentation relative à la retraite |
| 65 | Date d'embauche aux seules fins du calcul de l'indemnité de départ | Selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ :<br>• Le code *RHD* (date de réembauche) est utilisé si vous aviez démissionné, que votre emploi avait déjà pris fin ou que vous n'aviez pas été en fonction auprès de Nortel Canada pendant une période de plus de trois mois dans chaque cas. À cette fin, le passage d'une entité Nortel à une autre ne constitue pas une démission ou une suspension des fonctions;<br>• La date spéciale qui figure dans votre contrat d'emploi / vos documents d'embauche est utilisée si ce contrat / ces documents précisent une date d'entrée en fonction. Il est entendu qu'un employé peut tout de même présenter une demande de correction assortie d'une preuve satisfaisante établissant la date spéciale; sinon<br>• La date du début du service ininterrompu (DDSI) est utilisée.<br>Note : Le raccordement au titre des années de service s'applique aux vacances et aux avantages sociaux SEULEMENT. | • Lettre d'offre d'emploi ou contrat d'emploi |

| 66 | Date de cessation d'emploi | Il s'agit :<br>• de la date indiquée dans votre entente/lettre de cessation d'emploi;<br>• de la date de clôture de la transaction pour les employés qui ont été mutés dans le cadre de la vente d'une unité fonctionnelle; ou<br>• de la date de la fin du congé spécial avant la retraite pour les employés dont l'emploi a pris fin avant le 14 janvier 2009 et qui bénéficiaient d'un tel congé;<br>• du 31 décembre 2010 pour les employés qui étaient en ILD à cette date. | • Lettre de cessation d'emploi<br>• Copie de la lettre relative à votre congé spécial avant la retraite |
|---|---|---|---|
| 67 | Salaire annuel | Pour les employés non syndiqués : Il s'agit de votre salaire annuel à votre date de cessation d'emploi.<br><br>Pour les employés des ventes non syndiqués : Il s'agit de votre rémunération totale cible à votre date de cessation d'emploi.<br><br>Pour les employés syndiqués : Il s'agit de votre salaire annuel (non ajusté au coût de la vie) à votre date de cessation d'emploi.<br><br>Pour les personnes en incapacité de longue durée : Il s'agit de votre salaire annuel à la date de votre incapacité. | • Bordereaux de paie pour deux semaines pour la dernière période de paie avant votre cessation d'emploi |
| 68 | Salaire par deux semaines | Pour les employés dont la lettre de cessation d'emploi indiquait un montant par deux semaines, il s'agit du montant qui était inscrit dans cette lettre. | • Bordereaux de paie pour deux semaines pour la dernière période de paie avant votre cessation d'emploi<br>• Lettre de cessation d'emploi |
| 69 | Heures de travail hebdomadaires normales | Heures de travail hebdomadaires normales à votre date de cessation d'emploi. | • Bordereau de paie |
| 70 | Ajustement au coût de la vie pour les employés syndiqués aux fins de l'indemnité de départ | Cette donnée ne vise que les syndiqués. Il s'agit de l'ajustement au coût de la vie annuel pour l'année de votre cessation d'emploi. | • Bordereau de paie |
| 71 | Date de préavis | Cette donnée vise ceux dont l'emploi auprès de Nortel Canada a pris fin avant le 14 janvier 2009 et ceux dont l'emploi a pris fin après le 14 janvier 2009 et qui ont reçu un préavis de travail. Il s'agit de la date à laquelle vous avez été avisé(e) de votre date de cessation d'emploi effective. | • Entente/lettre de cessation d'emploi |

| 72 | Période de préavis selon l'entente de cessation d'emploi | Cette donnée vise ceux dont l'emploi auprès de Nortel Canada a pris fin avant le 14 janvier 2009 et ceux dont l'emploi a pris fin après le 14 janvier 2009 et qui ont reçu un préavis de travail. Il s'agit de la période de préavis indiquée dans votre lettre de cessation d'emploi.<br><br>Pour les syndiqués, il s'agit de la période de préavis selon la convention collective.<br><br>Note : La période de préavis de 60 jours se compte en jours civils et représente donc 8,4 semaines. | • Entente/lettre de cessation d'emploi |
|----|----|----|----|
| 73 | Date du début de l'entente de cessation d'emploi | Cette donnée vise ceux qui ont fait l'objet d'une entente de cessation d'emploi avant le 14 janvier 2009. Il s'agit de la date de votre premier paiement comme il est indiqué dans votre entente de cessation d'emploi. | • Entente/lettre de cessation d'emploi |
| 74 | Date de la fin de l'entente de cessation d'emploi | Cette donnée vise ceux qui avaient une entente avant le 14 janvier 2009. Il s'agit de la date de votre dernier paiement comme il est indiqué dans votre :<br>• entente relative à un congé spécial avant la retraite;<br>• entente de raccordement; ou<br>• entente pour imprévus approuvée. | • Entente/lettre de cessation d'emploi |
| 75 | N$^{bre}$ de semaines selon l'entente | Nombre de semaines :<br>• indiqué dans votre entente pour imprévus approuvée;<br>• d'indemnité de départ selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ;<br>• d'indemnité de départ selon votre lettre de cessation d'emploi ou<br>• indiqué dans votre contrat d'emploi. | • Documents montrant que Nortel Canada a approuvé les semaines prévues à votre entente pour imprévus<br>• Lettre de cessation d'emploi<br>• Contrat d'emploi |
| 76 | Date du dernier paiement | Pour ceux dont l'emploi a pris fin avant le 14 janvier 2009, il s'agit de la date de la dernière période de paiement. | • Bordereaux de paie<br>• Relevés bancaires |
| 77 | Montant de l'indemnité de départ selon votre entente de cessation d'emploi avec Nortel Canada | Il s'agit de l'indemnité de départ que vous avez déjà acceptée, avant le 14 janvier 2009, selon une :<br>• entente de cessation d'emploi; ou<br>• entente de règlement. | • Lettre/entente de cessation d'emploi |

Guide d'utilisation du formulaire B – <NAME> <EEID> 00053

| 78 | Paiements déjà versés par Nortel Canada au titre de l'indemnité de cessation d'emploi | Pour les employés dont l'emploi a pris fin avant le 14 janvier 2009, la date de la dernière période de paie était :<br>• le 2 janvier 2009 pour les employés qui étaient en congé spécial avant la retraite ou visés par un programme de maintien du salaire;<br>• le 18 janvier 2009 dans les autres cas.<br><br>Pour les employés qui ont droit à la période de préavis minimale prévue par la *Loi sur les normes d'emploi*, il s'agit de l'indemnité de départ qui a été versée par Nortel Canada à la suite d'un départ antérieur.<br><br>*(Note : Ce montant a déjà été déduit de la valeur de votre réclamation.)* | • Bordereaux de paie pour la période de préavis<br>• Relevés bancaires |
| --- | --- | --- | --- |
| 79 | Période de préavis prévue par la loi à laquelle vous aviez droit | Il s'agit de la période de préavis, en semaines, à laquelle vous aviez droit en fonction de vos années de service, de l'admissibilité en raison d'un licenciement collectif et de la loi (ou des lois) régissant les normes d'emploi ou du travail dans votre province. | • S'il y a erreur, corrigez également votre date d'embauche aux fins de l'indemnité de départ (ligne 65) et/ou votre date de cessation d'emploi (ligne 66) |
| 80 | Indemnité de départ prévue par la *Loi sur les normes d'emploi* à laquelle vous aviez droit | Pour les résidants de l'Ontario seulement. Il s'agit du nombre de semaines exigé en vertu de la *Loi sur les normes d'emploi* pour l'indemnité de départ. | • S'il y a erreur, corrigez également votre date d'embauche aux fins de l'indemnité de départ (ligne 65) et/ou votre date de cessation d'emploi (ligne 66) |
| 81 | Droits à vacances annuels | Selon l'entente particulière applicable à votre emploi, vous aviez droit :<br>• à 15 jours;<br>• à 20 jours;<br>• à 25 jours;<br>• au montant prévu dans votre contrat d'emploi; ou<br>• au nombre de jours indiqué dans la brochure des avantages sociaux de votre syndicat.<br><br>Note : Le raccordement des années de service vise SEULEMENT les droits à vacances et les avantages sociaux. | • Selon vos années de service auprès de Nortel Canada et la politique de Nortel Canada en matière de vacances |

| 82 | Régime de retraite agréé | Seuls ceux qui font l'objet d'une période de préavis selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ doivent confirmer cette donnée. Il s'agit du régime auquel vous participiez à la première des dates suivantes : votre date de cessation d'emploi ou la date de clôture de la transaction (pour ceux qui sont passés au service d'un acheteur) ou le 30 septembre 2010. Le 30 septembre 2010, Nortel a cessé d'administrer les régimes. À compter du 1er octobre 2010, Morneau Shepell ltée (société ayant succédé à Morneau Shepell S.E.C.) est devenue l'administrateur du régime de retraite.<br><br>Pour les autres, vos autres données suffisent pour reconfirmer votre participation à un régime de retraite agréé.<br><br>Les régimes de retraite sont les suivants* :<br><br>a) «*Traditional program Part I*» (partie I du régime traditionnel) – participant, protégé par des droits acquis, de la partie I du régime non négocié destiné aux cadres<br><br>b) «*Traditional program Part II*» (partie II du régime traditionnel) – participant, protégé par des droits acquis, de la partie II du régime non négocié destiné aux cadres<br><br>c) «*Negotiated Part I*» (partie I du régime négocié) – participant de la partie I du régime négocié<br><br>d) «*Negotiated Part II*» («DCPP») (partie II du régime négocié) – participant de la partie II du régime négocié<br><br>e) «*DCPP (Part III) Previously Balanced*» – ancien participant du régime équilibré devenu participant du régime de retraite à cotisations déterminées («RRCD») (*DCPP*) à la suite des modifications du PACR en 2007<br><br>f) «*DCPP (Part III) Previously Investor*» – ancien participant du régime pour investisseurs devenu participant du RRCD (*DCPP*) à la suite des modifications du PACR en 2007<br><br>g) «*DCPP/Non-grandfathered Part I*» – ancien participant de la partie I du régime traditionnel devenu participant du RRCD (*DCPP*) à la suite des modifications du PACR en 2007 | • Relevé de pension pour 2009 |
|---|---|---|---|

| | | h) «DCPP/Non-grandfathered Part II» – ancien participant de la partie II du régime traditionnel devenu participant du RRCD (DCPP) à la suite des modifications du PACR en 2007<br><br>i) «DCPP (Part III)» – (RRCD (partie III)) – participant de la partie III du régime non négocié destiné aux cadres<br>* Comme les codes utilisés sont en anglais, nous laissons ceux-ci en précisant leur traduction entre parenthèses. | |
|---|---|---|---|
| 83 | Nom de la société à l'égard de laquelle vous avez reçu une offre dans le cadre d'une transaction | Il s'agit du nom de la société auprès de laquelle vous avez accepté un emploi (ou qui vous a offert un emploi que vous avez refusé) par suite d'une transaction effectuée par Nortel Canada et la société désignée. | • Bordereau de paie de la nouvelle société |
| 84 | Paiement reçu du fonds de cessation d'emploi | Il s'agit du paiement de 3 000 $ versé aux anciens employés (y compris les employés en ILD) qui étaient admissibles à un paiement du fonds de cessation d'emploi. Ceux qui étaient admissibles en ont déjà été avisés (les critères d'admissibilité appliqués se trouvent sur le site Web du contrôleur).<br>(Note : Ce montant a déjà été déduit de la valeur de votre réclamation.) | • Si vous avez reçu vos documents du fonds de cessation d'emploi et que vous ne les avez pas soumis, communiquez avec le contrôleur |
| 85 | Numéro de divulgation aux fins des primes pour brevets demandés | Le numéro de divulgation est le numéro unique attribué à une invention soumise par un ou plusieurs inventeurs à Nortel Canada.<br><br>Il s'agit du numéro de divulgation pour lequel la prime pour les brevets demandés est calculée. | • Toute communication de Nortel Canada indiquant le numéro de divulgation |
| 86 | Numéro de divulgation aux fins des primes pour brevets délivrés | Le numéro de divulgation est le numéro unique attribué à une invention soumise par un ou plusieurs inventeurs à Nortel Canada.<br><br>Il s'agit du numéro de divulgation pour lequel la prime pour les brevets délivrés est calculée. | • Toute communication de Nortel Canada indiquant le numéro de divulgation |
| 87 | Statut cumulatif en matière de délivrance au 31 décembre 2009 | Il s'agit du statut cumulatif pour tous les numéros de divulgation au 31 décembre 2009 pour lesquels vous avez reçu une prime pour les brevets délivrés. | • Toute communication de Nortel Canada faisant état de votre statut cumulatif |
| 88 | Montant dû à Nortel Canada | Ce montant est composé :<br>• d'un montant payé en trop sur votre paie par Nortel Canada; ou<br>• du montant du remboursement d'impôt canadien que vous deviez remettre à Nortel Canada selon votre entente en matière de péréquation fiscale avec celle-ci, mais que vous n'aviez pas encore remis en date du 26 juillet 2011.<br><br>(Note : Ce montant a déjà été déduit de la valeur de votre réclamation.) | • Copie du paiement à Nortel Canada<br>• Bordereau de paie montrant les retenues à payer |

| 89 | Montant dû à Nortel Canada (monnaie locale) | Il s'agit du montant, dans la monnaie locale précisée, que vous deviez remettre à Nortel Canada selon votre entente en matière de péréquation fiscale avec celle-ci, mais que vous n'aviez pas encore remis en date du 26 juillet 2011.<br><br>(*Note : Ce montant sera déduit de la valeur de votre réclamation.*) | • Copie du paiement à Nortel Canada<br>• Bordereau de paie montrant les retenues à payer |

À remplir seulement si vous croyez que vous avez : a) une réclamation au titre de la rémunération à titre d'administrateur de Nortel Canada; b) une réclamation pour indemnisation et/ou contribution contre Nortel Canada découlant de votre fonction d'administrateur ou de dirigeant de celle-ci; ou c) une autre réclamation liée à l'emploi ne figurant pas dans le formulaire A (collectivement désignées une «autre réclamation au titre de la rémunération»).

**PREUVE DE RÉCLAMATION CANADIENNE AU TITRE DE LA RÉMUNÉRATION –**
Re : autres réclamations au titre de la rémunération

## Nortel Canada

| | *Formulaire C* |

**❶    Nom de la société débitrice (la «société débitrice»)**

☐    Nortel Networks Limitée                     ☐    Corporation Nortel Networks
☐    Corporation Internationale Nortel Networks   ☐    Nortel Networks Global Corporation
                                                 ☐    Corporation Technologie Nortel Networks

**❷    Identification du créancier initial (le «créancier»)**

| Nom légal du créancier | | Nom de la personne-ressource si différent |
|---|---|---|
| Adresse | Matricule mondial / nᵒ d'employé | Nᵒ de téléphone |
| | Nᵒ d'assurance sociale | Nᵒ de télécopieur |
| Ville | Pays | Code postal/zip | Courriel |

**❸    Montant de la réclamation**

La société débitrice avait et a toujours la dette suivante envers le créancier :

*Les réclamations seront tenues pour «non garanties» sauf si «Garantie» est coché.*

| Monnaie | Montant initial dans cette monnaie | Garantie | | Si vous faites une réclamation contre un dirigeant ou un administrateur, cochez la case ci-dessous, faites la liste des dirigeants ou administrateurs visés par la réclamation et précisez contre qui est dirigée la réclamation[1]. |
|---|---|---|---|---|
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |

**❹    Documentation**
Donnez tous les détails de l'autre réclamation au titre de la rémunération, dont le montant, la description de la (des) transaction(s) ou de l'entente (des ententes) donnant lieu à l'autre réclamation au titre de la rémunération et le nom de la caution ayant cautionné ladite réclamation, le cas échéant. Joignez toutes les pièces justificatives.

**❺    Attestation**                                                                 | Espace réservé au contrôleur |

J'atteste par la présente que :

• je suis le créancier ou son représentant autorisé;

• j'ai connaissance personnelle de toutes les circonstances entourant la présente autre réclamation au titre de la rémunération;

• le créancier fait valoir la présente réclamation contre la société débitrice et contre les dirigeants et administrateurs comme susmentionné;

• la documentation complète à l'appui de la présente réclamation est jointe.

| Signature | Nom |
|---|---|
| Date | Lieu |

**❻    Dépôt de la preuve d'autre réclamation au titre de la rémunération**

**La présente preuve de réclamation canadienne au titre de la rémunération doit parvenir au contrôleur au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011 par courrier ordinaire affranchi, par messager, par livraison en mains propres ou par voie électronique ou numérique aux adresses ou numéros suivants :**

Ernst & Young Inc.
222 Bay St., P.O. Box 251
Toronto-Dominion Centre
Toronto, ON  M5K 1J7
CANADA
Attention: Nortel Claims

Télécopieur : 416 943 2808
Téléphone : 1 866 942 7177
ou 416 943 4439
Courriel :
nortel.monitor@ca.ey.com

[1] Ces réclamations ne visent que les réclamations liées à la rémunération et sont limitées par les ordonnances relatives aux autres réclamations. Le présent document est une traduction. En cas de disparité entre les deux versions, la version anglaise a préséance.

# GUIDE POUR LA PRÉPARATION DU FORMULAIRE C

*En cas de disparité entre la version anglaise et la version française, la version anglaise a préséance.*

Vous n'avez pas à remplir et soumettre le formulaire C relativement à une réclamation au titre de la rémunération indiquée dans le formulaire A.

Vous pouvez remplir et soumettre le formulaire C si vous croyez que vous avez : a) une réclamation au titre de la rémunération à titre d'administrateur de Nortel Canada; b) une réclamation pour indemnisation et/ou contribution contre Nortel Canada découlant de votre fonction d'administrateur ou de dirigeant de celle-ci; ou c) un grief pour une compensation monétaire; ou d) une autre réclamation liée à l'emploi ne figurant pas dans le formulaire A (collectivement désignées une «autre réclamation au titre de la rémunération»). Veuillez communiquer avec votre syndicat si vous croyez avoir un grief pour une compensation monétaire, car c'est le syndicat qui doit le soumettre. Veuillez soumettre votre réclamation dans sa monnaie de départ, en précisant celle-ci si la réclamation n'est pas exprimée en dollars canadiens. En l'absence d'indication, le contrôleur tiendra pour acquis que la réclamation au titre de la rémunération est en dollars canadiens.

Veuillez noter qu'aux termes de l'ordonnance du tribunal en date du 31 mars 2010 et de l'entente de règlement approuvée dans le cadre de celle-ci, certaines réclamations sont prescrites ou autrement limitées.

Le présent guide a été préparé pour aider les créanciers titulaires de réclamations au titre de la rémunération à remplir le formulaire C à l'égard des sociétés débitrices énumérées à la rubrique 1 ci-après. Si vous avez d'autres questions concernant la façon de remplir le formulaire C, veuillez consulter le site Web du contrôleur à l'adresse www.ey.com/ca/nortel ou communiquer avec le contrôleur dont les coordonnées sont précisées ci-après.

Vous pourrez obtenir d'autres exemplaires du formulaire *Preuve de réclamation canadienne au titre de la rémunération – Re : autres réclamations au titre de la rémunération* sur le site Web du contrôleur à l'adresse susmentionnée.

Veuillez noter qu'il s'agit d'un simple guide et qu'en cas de contradiction entre le contenu du présent guide et celui de l'ordonnance relative à la procédure de réclamation au titre de la rémunération prononcée le 7 octobre 2011, le contenu de l'ordonnance relative à la procédure de réclamation au titre de la rémunération aura préséance.

## Rubrique 1 – Nom de la société débitrice :
- Voici une liste des sociétés débitrices contre qui une réclamation peut être présentée dans le cadre du présent processus de réclamation. Veuillez cocher la (les) case(s) appropriée(s) pour indiquer le nom de la (des) débitrice(s) :
  - Corporation Nortel Networks
  - Nortel Networks Limitée
  - Nortel Networks Global Corporation
  - Corporation Internationale Nortel Networks
  - Corporation Technologie Nortel Networks

## Rubrique 2 – Créancier initial
- Chaque personne faisant valoir une réclamation contre une société débitrice mentionnée à la rubrique 1 doit déposer un formulaire *Preuve de réclamation*

*canadienne au titre de la rémunération – Re : autres réclamations au titre de la rémunération.*

- Le créancier doit indiquer toutes les réclamations qu'il fait valoir contre une société débitrice dans une même preuve de réclamation.
- Le nom légal complet du créancier doit être fourni.
- Si le créancier utilise divers noms, veuillez l'indiquer sur un feuillet distinct joint à la documentation à l'appui de la réclamation.
- Les communications, avis, etc. concernant la réclamation seront tous transmis par la suite à l'adresse et à la personne indiquées dans cette rubrique.

### Rubrique 3 – Montant de la réclamation du créancier contre la débitrice

- Indiquez le montant de la dette qu'avait/avaient et a/ont toujours la société débitrice / le(s) dirigeants ou l'administrateur / les administrateurs envers le créancier.

*Monnaie, montant initial dans cette monnaie*

- Le montant de la réclamation doit être indiqué dans la monnaie dans laquelle la réclamation était exprimée quand elle a pris naissance.
- Indiquez la monnaie applicable dans la colonne portant l'en-tête «Monnaie».
- Si la réclamation est exprimée dans plusieurs monnaies, inscrivez chaque montant de la réclamation exprimé dans une monnaie différente sur une ligne distincte. Si l'espace est insuffisant, joignez un feuillet séparé fournissant les renseignements requis.

*Garantie*

- Cochez la case «Garantie» SEULEMENT si la réclamation inscrite à la ligne en question est garantie. Ne cochez pas la case si votre réclamation n'est pas garantie. **NOTE** : En règle générale, les réclamations au titre de la rémunération sont des réclamations non garanties.
- Si la valeur de la garantie de votre réclamation est inférieure au montant de votre réclamation, inscrivez la différence sur une autre ligne à titre de réclamation non garantie.
- Les documents constatant la garantie que vous détenez doivent être soumis avec le formulaire de preuve de réclamation. Donnez tous les détails se rapportant à la garantie, dont sa nature, la date à laquelle elle a été consentie et la valeur que vous attribuez à la sûreté garantissant votre réclamation. Joignez une copie de tous les documents connexes relatifs à la sûreté.

*Dirigeants et administrateurs*

- Cochez cette case seulement si vous faites également valoir votre réclamation contre un dirigeant, un administrateur, un ancien dirigeant ou un ancien administrateur de la débitrice.
- Vous devez identifier chacun des dirigeants ou administrateurs contre qui vous faites valoir la réclamation.

### Rubrique 4 – Documentation

- Joignez au formulaire de preuve de réclamation tous les détails de la réclamation, dont le montant, la description de la (des) transaction(s) ou de l'entente (des ententes) donnant lieu à la réclamation et le nom de la caution ayant cautionné la créance, le cas échéant. Joignez les pièces justificatives.

### Rubrique 5 – Attestation

- La personne qui signe le formulaire de preuve de réclamation au titre de la rémunération doit :

2

- o avoir personnellement connaissance de toutes les circonstances entourant la réclamation en question;
- o être le créancier ou son représentant autorisé;
  - ▪ Un représentant autorisé est titulaire d'une procuration perpétuelle ou non relativement aux biens ou agit comme fiduciaire/administrateur/ exécuteur/liquidateur de la succession. Vous devrez joindre au formulaire de preuve de réclamation au titre de la rémunération une copie notariée de la procuration, un certificat de nomination à titre de fiduciaire de la succession, une copie notariée du dernier testament vous nommant à titre de fiduciaire/exécuteur/liquidateur de la succession ou tout autre document pouvant être accepté par le contrôleur. Toutes les copies doivent être certifiées par un notaire public.
- • En signant et soumettant la preuve de réclamation, le créancier fait valoir la réclamation contre la débitrice et/ou les dirigeants ou administrateurs indiqués.

### Rubrique 6 – Dépôt de la preuve de réclamation

- • La preuve de réclamation **doit parvenir** au contrôleur au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011. Les preuves de réclamation doivent être envoyées par courrier ordinaire affranchi, par messager, par livraison en mains propres ou par voie électronique ou numérique aux adresses ou numéros suivants :

> Ernst & Young Inc.
> Court-appointed Monitor of Nortel Networks Corporation & others
> 222 Bay Street, P.O. Box 251
> Toronto, Ontario
> Canada M5K 1J7
> Attention:    Nortel Claims
>
> Téléphone :    1 866 942 7177 ou 416 943 4439
> Courriel :    nortel.monitor@ca.ey.com
> Télécopieur :    416 943 2808

**À défaut de déposer votre *Preuve de réclamation canadienne au titre de la rémunération – Re : autres réclamations au titre de la rémunération* de manière qu'elle parvienne au contrôleur au plus tard à 16 heures (heure normale de l'Est) à la date limite de réclamation du 23 décembre 2011, votre autre réclamation au titre de la rémunération sera prescrite, et vous ne pourrez plus faire valoir ou invoquer pareille réclamation contre la société débitrice ni aucun des dirigeants ou administrateurs ou des anciens dirigeants ou administrateurs des débitrices. De plus, vous n'aurez droit à aucun autre avis, et vous n'aurez pas le droit de participer à la procédure à titre de créancier en ce qui a trait à votre autre réclamation au titre de la rémunération.**

# APPENDIX "B"

SAMPLE PREFILING – 0

# Your Information Statement Package

00061

## In the Matter of Nortel Canada CCAA Proceedings

Personal & Confidential

00001

SAMPLE PREFILING
TEST ADDRESS
TORONTO, ON X1X 1X1
CANADA

> THIS DOCUMENT CONTAINS IMPORTANT LEGAL INFORMATION - YOU (OR YOUR AUTHORIZED REPRESENTATIVE) MUST READ IT CAREFULLY AND REVIEW THE INFORMATION CONTAINED HEREIN. YOU DO NOT NEED TO TAKE ANY ACTION IF THE INFORMATION IS CORRECT. HOWEVER, IF CORRECTIONS ARE REQUIRED, YOU MUST TAKE THE ACTIONS BY DECEMBER 23, 2011.

As you know, Nortel Networks Limited, Nortel Networks Corporation, Nortel Networks Technology Corporation, Nortel Networks International Corporation and Nortel Networks Global Corporation (collectively "Nortel Canada") filed for protection under the *Companies' Creditors Arrangement Act* (CCAA) on January 14, 2009 and Ernst & Young Inc. was appointed as the Monitor. This package has been prepared with the input of your Court-appointed Representatives and your Court-appointed Representative Legal Counsel, as well as with the input of counsel to CAW-Canada. Capitalized terms not defined in this package are as defined in the 75th Report of the Monitor.

Assessing and valuing the losses that employees, former employees, pensioners and their survivors have experienced due to Nortel Canada's insolvency is a key step in the CCAA proceedings. A claims process has been established for employment-related claims which is referred to as the "Compensation Claims Procedure" in the Court material. This process, including the basis for calculating your employment-related claim ("Compensation Claim"), has been approved by the Ontario Superior Court of Justice (the "Court"). Unless otherwise stated, all monetary amounts contained in this package are expressed in Canadian dollars.

Nortel Canada's records indicate you have a Compensation Claim against Nortel Canada. As set out in *Form A* and based on the personal information shown on *Form B* of this package, your aggregate Compensation Claim[1] against Nortel Canada is: $ -

Since Nortel Canada is insolvent you will receive only a percentage of the full value of your Compensation Claim, in the form of one or more payments of money from the Nortel Canada estate. At this point, the timing and the amount is not yet known, but you will receive further information during the claims process to keep you up to date.

If you need assistance with respect to this package, please refer to the contact information for your court-appointed Representative Legal Counsel at the end of this letter.

---

[1] The total of all the payments that you receive from Nortel Canada will be reduced by payments made to you, if any, from the Hardship Fund.
Your Base Severance Claim amount has been reduced by payments made to you, if any, from the Termination Fund.

SAMPLE PREFILING – 0

00062

**Note:** This Compensation Claims Process does not include claims for **the funding deficits** in the registered pension plans. Those claims have been made by the Administrator of the registered pension plan on behalf of all plan members. Any payments on those claims will be paid to the registered pension plans and will ultimately benefit the plan members. Any questions regarding your registered pension plans should be directed to Morneau Shepell Ltd. at: website: www.pensionwindups.morneausobeco.com, phone: Negotiated Plan: 1-877-392-2073, phone: Managerial Plan: 1-877-392-2074, email: nortelwindup@morneausobeco.com.

Your Benefit Claim (which includes non-registered pension plans and post-employment benefits such as LTD, post-retirement and/or survivor benefits) has been calculated by Mercer (Canada) Limited ("Mercer"), the actuaries retained by Nortel Canada, and has been reviewed for accuracy by actuaries working on behalf of your Court-appointed Representatives and counsel to CAW – Canada. The personal data used to calculate your Compensation Claim is from Nortel Canada's records. The methodology and assumptions on which the actuarial valuations have been based (including increases to your Compensation Claim relating to income tax gross up[2] and administrative gross up[3] as applicable) have been approved by the Court and cannot be modified. The Mercer 2011 Valuations ("Valuation of Non-Pension Benefits for Claims Purposes as at the Determination Date by Mercer dated September 2011" and "Valuation of Non-Registered Pension Benefits and loss of Registered Pension Benefit Accruals for Claims Purposes as at the Determination Date by Mercer dated September 2011") will provide further details on the post retirement benefits and non-registered plans and the assumptions used to calculate these claims. These Mercer 2011 Valuations and related Court-approved assumptions can be viewed at www.ey.com/ca/nortel. Your Representative Legal Counsel have prepared FAQ's/Questions and Answers regarding these reports and assumptions. Their contact information can be found at the end of this letter.

Nortel Canada's records indicate that you were terminated and have not received all of your severance pay:

    a) If you received notice of termination prior to January 14, 2009, your Base Severance Claim[4] is based on any balance owing under your severance agreement or collective bargaining agreement with Nortel Canada, calculated based on such agreement and using the Court-approved Termination and Severance Claim Methodology;

    b) If you received notice of termination on/after January 14, 2009, your Base Severance Claim[4] has been calculated using data from Nortel Canada's records and the Court-approved Termination and Severance Claim Methodology; or

    c) If you were on long-term disability as at December 31, 2010, your Base Severance Claim[4] has been calculated using a termination date of December 31, 2010, data from Nortel Canada's records and the Court-approved Termination and Severance Claim Methodology.

A claim for lost registered pension accrual during your Court-approved notice period and using the Court-approved Termination and Severance Claim Methodology has been calculated to reflect either:

    a) The increased pension amount, if any, you would have received under the defined benefit plan; or

    b) Nortel Canada's contribution under the defined contribution plan.

The methodology and assumptions on which the actuarial valuations have been based are approved by the Court and cannot be modified.

The methodology used to calculate your Termination and Severance Claim has been approved by the Court and cannot be modified. You can view additional details about the calculations, including the applicable Court-approved assumptions, at www.ey.com/ca/nortel.

---

[2] An additional 11.1% of your applicable non-registered pension plan claims, survivor benefit claims, life claims and lost registered pension accrual claim has been added in recognition of the taxable nature of these claims. The 11.1% is equivalent to a net effective income tax gross up of 10%.

[3] An additional 10% of your medical and dental claims has been added in recognition of administrative costs.

[4] Your Base Severance Claim is calculated in the Personal Detailed Base Severance Claim Calculation based on the Compensation Claims Methodology and set out in the table included in *Form A*.

SAMPLE PREFILING – 0
00063

## *What do you need to do now?*

### *Form A – Your Compensation Claim Amount*

Your Compensation Claim amount set out on *Form A* will be accepted as your Compensation Claim in Nortel Canada's CCAA proceedings for all purposes and will **only** be modified if you submit corrections to the personal information on *Form B* **and** these corrections are accepted by the Monitor. *Note:* Not all data corrections will change the amount of your Compensation Claim. For example, corrections to your name or ID will not change the amount.

### *Form B – Personal Information Change Form*

This form contains personal information applicable to you and your Compensation Claim, based on Nortel Canada's records.

Please review carefully the information contained in *Form B* and read the *Guide to Using Form B* included in your package for further information. This is your opportunity to correct any errors in the personal information applicable to your Compensation Claim.

1. **If the information is correct:** You do not have to do anything more with respect to this information or to establish your claim. Your Compensation Claim as set out in *Form A* will be accepted in the CCAA proceedings based on the information in *Form B*.

2. **If you have any changes or corrections to the information:** You must return *Form B* to the Monitor (using contact information listed below) with your changes clearly marked, and enclose any applicable supporting documentation you have for those changes. If necessary, use an additional piece of paper to describe your changes. See the *Guide to Using Form B* for examples of supporting documentation acceptable to the Monitor.

   If you do not return any corrections to *Form B* by December 23, 2011 at 4:00 p.m. (Eastern Standard Time) (the "Bar Date"), the information contained in *Form B* will be deemed to be correct and complete in all respects and the Compensation Claim set out in *Form A* will be your Compensation Claim against Nortel Canada for all purposes.

   If changes to the information in *Form B* are accepted by the Monitor, and result in a change in your Compensation Claim amount, as set out in *Form A*, a Revised Information Statement (including *Form A* and *Form B*) will be generated and mailed to you. If the changes do not result in a change to your Compensation Claim amount, you will receive a Notice of Acceptance (Personal Information) to this effect.

   If the changes to the information in *Form B* are not accepted by the Monitor, you will receive a Notice of Disallowance (Personal Information) to this effect. For further information regarding the resolution of claims, please refer to the Compensation Claims Procedure Order on the Monitor's website.

   Copies of any corrections received by the Monitor and responses to those corrections by the Monitor will also be sent to your Representative Legal Counsel.

   You can expect to receive such communications from the Monitor no earlier than 90 days after the Bar Date.

3. **If you believe you have claims not listed on Form A:** You will have to complete *Form C – Canadian Compensation Proof of Claim re: Other Compensation Claims* and submit it to the Monitor by the Bar Date of December 23, 2011. Information with respect to *Form C* is contained in the *Guide to Completing Form C*. **Please note that there are deadlines and restrictions applicable to the submission of Form C, as described in *Guide to Completing Form C*.**

   If you have any additional questions, contact your Representative Legal Counsel. Please refer to the contact information at the end of this letter.

SAMPLE PREFILING – 0
00064

# Deadline for Submission of Changes or Corrections

You must send any corrections to the information in *Form B* **no later than December 23, 2011 at 4:00 p.m. (Eastern Standard Time)** by mail, by fax, or by sending a scanned copy by email to:

Ernst & Young Inc.
222 Bay St., P.O. Box 251
Toronto-Dominion Centre
Toronto, ON M5K 1J7 CANADA
Attention: Nortel Claims
Fax: 416-943-2808
or e-mail: nortel.monitor@ca.ey.com

Copies of any corrections received by the Monitor and responses to those corrections by the Monitor will also be sent to your Representative Legal Counsel.

**If you do not return your corrections to *Form B* by December 23, 2011 at 4:00 p.m. (Eastern Standard Time),** the information contained in *Form B* will be deemed to be correct and complete in all respects and the Compensation Claim set out in *Form A* will be your Compensation Claim against Nortel Canada for all purposes.

**You will not have another opportunity to make corrections.**

# Distributions

You will eventually receive payments from Nortel Canada. A payment, or distribution, occurs when some of the money from Nortel Canada is distributed among people who have claims against Nortel Canada. Since Nortel Canada is insolvent you will receive only a percentage of the full value of your Compensation Claim, in the form of one or more payments of money from the Nortel Canada estate. At this point, the timing and the amount is not yet known, but you will receive further information during the claims process to keep you up to date.

Payments will be subject to statutory withholdings if applicable.

Please ensure that the contact details the Monitor has on file for you remain current. **If your mailing address changes** please phone, mail, fax or email your new address, along with your name and ID number (which you will find at the top of the page) to the Monitor using the contact details noted below. It is your responsibility to keep this information up to date.

# If you have any questions

**Please contact:**

- Monitor at 1-866-942-7177 or 416-943-4439 or email the Monitor at nortel.monitor@ca.ey.com.
- Court-appointed Representative Counsel for Former Employees, LTD Beneficiaries: Koskie Minsky at 1-866-777-6344 or email: nortel@kmlaw.ca
- Court-appointed Representative Counsel for Continuing and Transferred employees: Nelligan O'Brien Payne at 1-877-542-9254 or email: nccc@nelligan.ca
- CAW – Canada: Barry E. Wadsworth, Associate Counsel at 416-495-3776 or email: linda.cantin@caw.ca

# Form A – Your Compensation Claim Amount

## Your Compensation Claim Amount

00065

The table below lists the Compensation Claims that Nortel Canada believes you are entitled to. The valuation of those claims is in accordance with the Court-approved Compensation Claims Methodology and based on the personal information listed in *Form B*. Certain of the benefit claims listed below represent the actuarially determined present value of such claims.

If you believe that there are other claims not listed on this *Form A*, you will have to complete *Form C*.

| Description | Your Claim Amount[1] |
|---|---|
| Base Severance Claim[2] | $ - |
| Nortel Networks Limited Transitional Retirement Allowance Plan ("TRA") | $ - |
| Income Tax Gross Up[3] | $ - |
| **Aggregate Compensation Claim Amount** | $ - |

[1] The total of all the payments that you receive from Nortel Canada will be reduced by payments made to you, if any, from the Hardship Fund.

[2] Base Severance Claim amount has been reduced by payments made to you, if any, from the Termination Fund. The Base Severance Claim amount does not include the pension accrual or other non-registered pension or post-retirement benefits you could have become entitled to at the end of your Court-approved notice period. If you become entitled to such benefits at the end of your Court-approved notice period, a claim for these benefits will be included in *Form A* as 'Pensioner life', 'Post-retirement Medical & Dental', 'Severance Claim – Lost Pension Accrual' and/or the applicable Non-Registered Pension Plan. Your personal detailed Base Severance Claim Calculation appears at the end of this *Form A*.

[3] An additional 11.1% of your applicable non-registered pension plan claims, survivor benefit claims, life claims and lost registered pension accrual claims has been added in recognition of the taxable nature of these claims. The 11.1% is equivalent to a net effective income tax gross up of 10%.

Nortel Canada's records indicate that you were terminated and have not received all of your severance pay:

    a) If you received notice of termination prior to January 14, 2009, your Base Severance Claim is based on any balance owing under your severance agreement or collective bargaining agreement with Nortel Canada, calculated based on such agreement and using the Court-approved Termination and Severance Claim Methodology;

    b) If you received notice of termination on/after January 14, 2009, your Base Severance Claim has been calculated using data from Nortel Canada's records and the Court-approved Termination and Severance Claim Methodology; or

    c) If you were on long-term disability as at December 31, 2010, your Base Severance Claim has been calculated using a termination date of December 31, 2010, data from Nortel Canada's records and the Court-approved Termination and Severance Claim Methodology.

A claim for lost registered pension accrual during your Court-approved notice period and using the Court-approved Termination and Severance Claim Methodology has been calculated to reflect either:

    a) The increased pension amount, if any, you would have received under the defined benefit plan; or

    b) Nortel Canada's contribution under the defined contribution plan.

The methodology and assumptions on which the actuarial valuations have been based are approved by the Court and cannot be modified.

**Note:** This Compensation Claims Process does not include claims for **the funding deficits** in the registered pension plans. Those claims have been made by the Administrator of the registered pension plan on behalf of all plan members. Any payments on those claims will be paid to the registered

00066

pension plans and will ultimately benefit the plan members. Any questions regarding your registered pension plans should be directed to Morneau Shepell Ltd website: www.pensionwindups.morneausobeco.com, phone: Negotiated Plan: 1-877-392-2073, phone: Managerial Plan: 1-877-392-2074, email: nortelwindup@morneausobeco.com.

# Personal Detailed Base Severance Claim Calculation Based on the Compensation Claims Methodology[1]

| | | | |
|---|---|---|---|
| Base Weekly Salary = (Annual Salary (line 67) ÷ 26.089 + .009) rounded down to whole number first, then ÷ 2 | ($50,000.00 ÷ 26.089 + .009) ÷ 2 | $958.00/week | A |
| Outstanding Lump Sum Employee Notice Period = (Termination Date (line 66) - Last Payment Date (line 76)) ÷ 7 | (February 1, 2009 - January 18, 2009) ÷ 7 | 2.00 | B |
| Severance amount as per your Agreement (line 77) | | $20,000.00 | C |
| Less: Termination Payment made by Nortel Canada (line 78) | | ($10,000.00) | D |
| *Outstanding Notice/Severance Amount* | *(2.00 x $958.00) + $20,000.00 - $10,000.00* | *$11,916.00* | *E = B\*A+C-D* |
| Lapsed ESA Minimum Notice Period = (Last Payment Date (line 76) - Notice Date (line 71)) ÷ 7 days/week | (January 18, 2009 - January 1, 2009) ÷ 7 | 2.43 weeks | F |
| Outstanding ESA Minimum Notice Period = Entitled Statutory notice period (line 79) – Lapsed ESA Minimum Notice Period | 8.00 - 2.43 | 5.57 weeks | G |
| Vacation accrual = Annual Vacation Entitlement (line 81) ÷ 5 working days/week ÷ 52 weeks/year | 25 ÷ 5 ÷ 52 | | H |
| *Vacation pay on outstanding ESA Minimum Notice Period* | *5.57 x 25 ÷ 5 ÷ 52 x $958.00* | *$513.08* | *I = G\*H\*A* |
| *Less: Payment received from Termination Fund (line 84)* | | *($3,000.00)* | *J* |
| **Total Base Severance Claim** | | **$9,429.08** | **K = E+I-J** |

[1] This calculation table only shows the Base Severance Claim amount and does not illustrate the lost pension accrual or other non-registered pension or retiree benefits you could have become entitled to at the end of your Court-approved Notice Period. If you become entitled to such benefits at the end of your Court-approved Notice Period, a claim for these benefits will be included in *Form A* as 'Pensioner Life', 'Post-retirement Medical & Dental', 'Severance Claim – Lost Pension Accrual' and/or the applicable Non-Registered Pension Plan.

00068

# Form B – Your Personal Information Change Form

The Compensation Claim amount set out in *Form A* will only be modified if you submit corrections to the personal information that Nortel Canada has on file for you that are listed below **and** those corrections are accepted by the Monitor. Please refer to the *Guide to Using Form B* for further information on each line item listed in the chart below and suggested documentation that would be acceptable to the Monitor to support any corrections you make. *Note:* Not all data corrections will change the amount of your Compensation Claim. For example, corrections to your name or ID will not change the amount.

The line numbers in this *Form B* correspond to the line numbers in *Guide to Using Form B*. As this is a personalized data form, *Form B* will contain only those line items that pertain to your situation.

**If you do not return your data corrections and supporting information to the Monitor by December 23, 2011 at 4:00 p.m. (Eastern Standard Time)**, the information contained in *Form B* will be deemed to be correct and complete in all respects and the Compensation Claim set out in *Form A* will be your Compensation Claim against Nortel Canada for all purposes.

| Line # | Personal Information | Details per Nortel Canada's Records as at December 31, 2010 | Corrections, if any |
|---|---|---|---|
| 1. | Last Canadian employer of record | Nortel Networks Limited | |
| 2. | Name | SAMPLE PREFILING | |
| 3. | ID | 0 | |
| 4. | Gender | Female | |
| 5. | Year of birth | 1965 | |
| 6. | Is the Claimant SAMPLE PREFILING, deceased? (If so, provide date of death) | No | |
| 11. | Benefit group for Pension purposes | 5 | |
| 13. | Pensionable service | 0.00 years | |
| 15. | Final average earnings / Best average earnings | $0.00 | |
| 38. | TRA/RAP Lump sum | $14,218.50 | |
| 66. | Date of termination of employment | February 1, 2009 | |
| 67. | Annual salary | $50,000.00 | |
| 71. | Notice Date | January 1, 2009 | |
| 76. | Last Payment Date | January 18, 2009 | |
| 77. | Severance amount per your termination agreement with Nortel Canada | $20,000.00 | |
| 78. | Termination payments made by Nortel Canada *(Note: This amount has already been reduced from your claim value)* | $10,000.00 | |

Form B – SAMPLE PREFILING – 0

| Line # | Personal Information | Details per Nortel Canada's Records as at December 31, 2010 | Corrections, if any |
|--------|---------------------|-----------------------------------------------------------|---------------------|
| 79. | Entitled statutory notice period[1] | 8.00 | |
| 81. | Annual Vacation Entitlement | 25 | |
| 82. | Registered Pension Plan | DCPP/Non-Grandfathered Part I | |
| 84. | Payment received from Termination Fund (*Note: This amount has already been reduced from your claim value*) | $3,000.00 | |

[1] If this is incorrect, there is other personal information that may require correction. Please refer to the *Guide to Using Form B* for further detail.

## Confirming Changes or Corrections to My Personal Information

1. If you AGREE with all of the information contained in this *Form B*, you do not need to sign or return a copy of *Form B*. No further action is required with respect to your Compensation Claim.

2. If you have CHANGES OR CORRECTIONS to any of the information contained in *Form B*, you must make your corrections on *Form B in the column labeled "Corrections, if any"*, complete the following section, and return all pages of this *Form B*, along with your supporting documentation. Changes or corrections without appropriate supporting documentation as required by the *Guide to Using Form B* may not be accepted by the Monitor.

   If you do not return your changes or corrections to *Form B* by December 23, 2011 at 4:00 p.m. (Eastern Standard Time) (the "Bar Date"), the information contained in *Form B* will be deemed to be correct and complete in all respects and the Compensation Claim set out in *Form A* will be your Compensation Claim against Nortel Canada for all purposes.

   If changes to the information in *Form B* are accepted by the Monitor, and result in a change in your Compensation Claim amount as set out in *Form A*, a Revised Information Statement (including *Form A and Form B*) will be generated and mailed to you. If the changes do not result in a change to your Compensation Claim amount, you will receive a Notice of Acceptance (Personal Information) to this effect.

   If the changes to the information in *Form B* are not accepted by the Monitor, you will receive a Notice of Disallowance (Personal Information) to this effect. For further information regarding the resolution of claims, please refer to the Compensation Claims Procedure Order on the Monitor's website.

   Copies of any corrections received by the Monitor and responses to those corrections by the Monitor will also be sent to your Representative Legal Counsel.

   You can expect to receive such communications from the Monitor no earlier than 90 days after the Bar Date.

3. If you believe that there are other claims not listed on *Form A*, you will have to complete *Form C-Canadian Compensation Proof of Claim re: Other Compensation Claims* and submit it to the Monitor by the Bar Date. Information with respect to *Form C* is contained in the *Guide to Completing Form C*. **Please note that there are deadlines and restrictions applicable to the submission of *Form C*, as described in *Guide to Completing Form C*.**

**IMPORTANT: If you do not return any corrections by December 23, 2011 at 4:00 p.m. (Eastern Standard Time) together with supporting documentation, the information contained in this *Form B* will be deemed to be correct and complete in all respects and the Compensation Claim set out in *Form A* will be your Compensation Claim against Nortel Canada for all purposes.**

**You will not have another opportunity to make corrections.**

**Please retain a copy for your records.**

I confirm the truth of the corrections made by me to the information in this Form B:

| | |
|---|---|
| **Signature** | **Date** |

| | |
|---|---|
| **Signature of witness** **(other than your spouse or children)** | **Name of witness (print)** |

**Contact information in the event I need to be reached to clarify any changes:**

| | ( ) |
|---|---|
| **Email address** | **Daytime phone number** |

( )

**Alternate phone number**

( )

**Alternate phone number**

**Authorized Representative**

<u>To be completed ONLY</u> **if you are completing and signing this** *Form B* **on behalf of a Nortel Canada claimant and you are one of the following;**

– Continuing/non-continuing Power of Attorney for Property; or

– Estate Trustee/Administrator/Executor.

Please print your full name, address, telephone number, and email address below. In addition to this *Form B*, please also send us a notarized copy of the Power of Attorney documents, certificate of appointment of estate trustee, a notarized copy of the last will and testament naming you the estate trustee/executor or other documents acceptable to the Monitor. All copies must be notarized by a Notary Public.

| | |
|---|---|
| **Representative's Name** | |
| **Representative's Address** | |
| **Representative's Telephone Number** | |
| **Representative's Email Address** | |

# Votre trousse de déclaration des renseignements

## dans l'affaire de la procédure en vertu de la LACC de Nortel Canada

Personnel et confidentiel

00001

SAMPLE PREFILING
TEST ADDRESS
TORONTO, ON X1X 1X1
CANADA

---

> LE PRÉSENT DOCUMENT CONTIENT D'IMPORTANTS RENSEIGNEMENTS JURIDIQUES. VOUS (OU VOTRE REPRÉSENTANT AUTORISÉ) DEVEZ LE LIRE ATTENTIVEMENT ET PASSER EN REVUE LES RENSEIGNEMENTS QUI Y SONT PRÉSENTÉS. VOUS N'AVEZ RIEN À FAIRE SI LES RENSEIGNEMENTS SONT EXACTS. CEPENDANT, SI DES CORRECTIONS SONT REQUISES, VOUS DEVEZ AGIR D'ICI LE **23 DÉCEMBRE 2011.**

---

*En cas de disparité entre la version anglaise et la version française, la version anglaise a préséance.*

Comme vous le savez, Nortel Networks Limitée, Corporation Nortel Networks, Corporation Technologie Nortel Networks, Corporation Internationale Nortel Networks et Nortel Networks Global Corporation (collectivement désignées «Nortel Canada») se sont placées sous la protection de la *Loi sur les arrangements avec les créanciers des compagnies* (la «LACC») le 14 janvier 2009, et Ernst & Young Inc. a été nommée contrôleur. Vos représentants nommés par le tribunal, les conseillers juridiques nommés par le tribunal pour agir en votre nom ainsi que les conseillers juridiques de TCA-Canada ont participé à la préparation de la présente trousse. Les mots et expressions non définis aux présentes doivent recevoir le sens qui leur est donné, le cas échéant, dans le 75e rapport du contrôleur.

La détermination et l'évaluation des pertes subies par les employés, les anciens employés, les retraités et leurs survivants en raison de l'insolvabilité de Nortel Canada est une étape cruciale de la procédure en vertu de la LACC. Un processus de réclamation a été établi pour les réclamations liées à l'emploi, processus désigné «*Compensation Claims Procedure*» dans les documents du tribunal et désigné le «processus de réclamation au titre de la rémunération» aux présentes. Ce processus, notamment la base de calcul de votre réclamation liée à l'emploi («réclamation au titre de la rémunération»), a été approuvé par la Cour supérieure de justice de l'Ontario (le «tribunal»). À moins d'indication contraire, tous les montants mentionnés dans la présente trousse sont en dollars canadiens.

Selon les dossiers de Nortel Canada, vous avez une réclamation au titre de la rémunération contre celle-ci. Comme il est indiqué dans le formulaire A et d'après les renseignements personnels figurant dans le formulaire B de la présente trousse, votre réclamation au titre de la rémunération[1] contre Nortel Canada totalise: - $.

---

[1] Le montant total des paiements que vous recevrez de Nortel Canada sera réduit du montant des paiements que vous avez reçus, le cas échéant, du fonds d'indemnisation pour difficultés d'existence (*Hardship Fund*).
Votre réclamation au titre de l'indemnité de départ de base a été réduite du montant des paiements vous ayant été versés, le cas échéant, du fonds de cessation d'emploi (*Termination Fund*).

Nortel Canada étant insolvable, vous ne recevrez qu'un pourcentage de la valeur totale de votre réclamation au titre de la rémunération, sous la forme d'un ou de plusieurs paiements sur l'actif de Nortel Canada. À ce stade, le moment et le montant de ce(s) paiement(s) ne sont pas connus, mais d'autres renseignements vous seront transmis au cours du processus de réclamation afin de vous tenir à jour.

Si vous avez besoin d'aide relativement à cette trousse, vous trouverez les coordonnées des conseillers juridiques nommés par le tribunal pour agir en votre nom à la fin de la présente lettre.

**Note :** Le présent processus de réclamation au titre de la rémunération n'englobe pas les réclamations au titre **des déficits de solvabilité** des régimes de retraite agréés. Ces réclamations ont été soumises par l'administrateur du régime de retraite agréé au nom de tous les participants du régime. Tout paiement à l'égard de ces réclamations sera versé aux régimes de retraite agréés et profitera éventuellement aux participants du régime. Toute question concernant vos régimes de retraite agréés doit être acheminée à Morneau Shepell ltée (site Web : www.pensionwindups.morneausobeco.com, téléphone : régime négocié : 1 877 392 2073, régime destiné aux cadres : 1 877 392 2074, courriel : nortelwindup@morneausobeco.com).

Votre réclamation au titre des prestations (qui comprend les régimes de retraite non agréés et les prestations postérieures à l'emploi, dont les prestations ILD, les prestations postérieures à la retraite et/ou les prestations de survivant) a été calculée par Mercer (Canada) limitée («Mercer») (les actuaires mandatés par Nortel Canada), et les actuaires œuvrant pour le compte de vos représentants nommés par le tribunal et des conseillers juridiques de TCA-Canada en ont vérifié l'exactitude. Les données personnelles utilisées pour calculer votre réclamation au titre de la rémunération sont tirées des dossiers de Nortel Canada. La méthodologie et les hypothèses sur lesquelles sont fondées les évaluations actuarielles (y compris les augmentations de votre réclamation au titre de la rémunération se rapportant à la majoration au titre de l'impôt sur le revenu[2] et à la majoration pour frais administratifs[3], selon le cas) ont été approuvées par le tribunal et ne peuvent être modifiées. Les évaluations de Mercer pour 2011 (*Valuation of Non-Pension Benefits for Claims Purposes as at the Determination Date by Mercer dated September 2011* et *Valuation of Non-Registered Pension Benefits and loss of Registered Pension Benefit Accruals for Claims Purposes as at the Determination Date by Mercer dated September 2011*) donneront d'autres précisions sur les prestations postérieures à la retraite et les régimes non agréés et sur les hypothèses utilisées pour calculer ces réclamations. Les évaluations de Mercer pour 2011 et les hypothèses connexes approuvées par le tribunal peuvent être consultées à l'adresse www.ey.com/ca/nortel. Les conseillers juridiques agissant en votre nom ont préparé ces questions et réponses concernant ces rapports et ces hypothèses. Vous trouverez leurs coordonnées à la fin de la présente lettre.

Selon les dossiers de Nortel Canada, votre emploi a pris fin et vous n'avez pas reçu la totalité de votre indemnité de départ :

a) si vous avez reçu un avis de cessation d'emploi avant le 14 janvier 2009, votre réclamation au titre de l'indemnité de départ de base[4] est fondée sur le solde dû aux termes de votre entente de cessation d'emploi ou de votre convention collective avec Nortel Canada, calculé en fonction de l'entente en question et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ;

b) si vous avez reçu un avis de cessation d'emploi le 14 janvier 2009 ou après cette date, votre réclamation au titre de l'indemnité de départ de base[4] a été calculée à partir des données tirées des dossiers de Nortel Canada et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ; ou

c) si vous étiez en congé d'incapacité de longue durée en date du 31 décembre 2010, votre réclamation au titre de l'indemnité de départ de base[4] a été calculée avec le 31 décembre 2010 comme date de cessation d'emploi, à partir des données tirées des dossiers de Nortel Canada et

selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ.

Une réclamation pour la charge de retraite au titre d'un régime agréé perdue pendant votre période de préavis approuvée par le tribunal et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ a été calculée pour tenir compte :

    a) du montant supérieur que vous auriez reçu, le cas échéant, dans le cadre du régime à prestations déterminées; ou

    b) de la cotisation de Nortel Canada dans le cadre du régime à cotisations déterminées.

La méthodologie et les hypothèses sur lesquelles sont fondées les évaluations actuarielles ont été approuvées par le tribunal et ne peuvent être modifiées.

La méthodologie ayant servi au calcul de votre réclamation au titre de la cessation d'emploi et de l'indemnité de départ a été approuvée par le tribunal et ne peut être modifiée. Vous trouverez d'autres précisions concernant les calculs, notamment sur les hypothèses approuvées par le tribunal applicables, à l'adresse www.ey.com/ca/nortel.

---

[2] Un montant supplémentaire correspondant à 11,1 % de vos réclamations au titre d'un régime de retraite non agréé, réclamations pour prestations de survivant, réclamations au titre de l'assurance-vie et réclamations pour la charge de retraite au titre d'un régime agréé perdue applicables a été ajouté pour tenir compte du fait que ces réclamations sont imposables. Le pourcentage de 11,1 % équivaut à une majoration au titre de l'impôt sur le revenu effective nette de 10 %.

[3] Un montant supplémentaire correspondant à 10 % de vos réclamations au titre de l'assurance médicale et de l'assurance dentaire a été ajouté pour tenir compte des frais administratifs.

[4] Le calcul de votre réclamation au titre de l'indemnité de départ de base figure dans le tableau «Calcul détaillé personnalisé de la réclamation au titre de l'indemnité de départ de base selon la méthodologie pour les réclamations au titre de la rémunération» du formulaire A.

## *Que devez-vous faire maintenant?*

### *Formulaire A – Montant de votre réclamation au titre de la rémunération*

Le montant de la réclamation au titre de la rémunération indiqué dans le formulaire A sera accepté comme étant votre réclamation au titre de la rémunération dans le cadre de la procédure en vertu de la LACC de Nortel Canada à toutes fins que de droit et sera modifié **seulement** si vous soumettez des corrections aux renseignements personnels figurant dans le formulaire B *et* que le contrôleur accepte ces corrections. *Note* : Ce ne sont pas toutes les corrections qui feront changer le montant de votre réclamation au titre de la rémunération. Par exemple, la correction de votre nom ou de votre numéro d'identification ne donnera pas lieu à un montant différent.

### *Formulaire B – Formulaire de modification de vos renseignements personnels*

Ce formulaire contient des renseignements personnels vous concernant et se rapportant à votre réclamation au titre de la rémunération tirés des dossiers de Nortel Canada.

Veuillez passer soigneusement en revue les renseignements figurant dans le formulaire B et lire le *Guide d'utilisation du formulaire B* inclus dans la trousse pour de plus amples renseignements. Vous avez ici l'occasion de corriger les erreurs qui auraient pu se glisser en ce qui a trait aux renseignements personnels applicables aux fins de votre réclamation au titre de la rémunération.

1. **Si les renseignements sont exacts** : Vous n'avez rien d'autre à faire concernant ces renseignements ou pour prouver votre réclamation. Votre réclamation au titre de la rémunération telle qu'elle est indiquée dans le formulaire A sera acceptée dans le cadre de la procédure en vertu de la LACC sur la base des renseignements indiqués dans le formulaire B.

2. **Si les renseignements doivent être changés ou corrigés** : Vous devez retourner le formulaire B au contrôleur (à l'aide des coordonnées précisées ci-après) en indiquant clairement les changements que vous souhaitez faire et joindre tout document pertinent à l'appui de ces changements, le cas échéant. Au besoin, utilisez une feuille supplémentaire pour décrire les changements demandés. Consultez le *Guide d'utilisation du formulaire B* pour des exemples de documents à l'appui pouvant être acceptés par le contrôleur.

   Si aucune correction au formulaire B n'est reçue au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011 (la «date limite»), les renseignements contenus dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit.

   Si les changements apportés aux renseignements figurant dans le formulaire B sont acceptés par le contrôleur et entraînent la modification du montant de votre réclamation au titre de la rémunération figurant dans le formulaire A, un relevé de vos renseignements révisé (comprenant les formulaires A et B) sera produit et vous sera transmis par la poste. Si les changements n'influent pas sur le montant de votre réclamation au titre de la rémunération, vous recevrez un «avis d'acceptation (renseignements personnels)» à cet égard.

   Si le contrôleur n'accepte pas les changements apportés aux renseignements figurant dans le formulaire B, vous recevrez un «avis de rejet (renseignements personnels)» à cet égard. Pour en savoir davantage au sujet du règlement des réclamations, veuillez consulter l'ordonnance relative à la procédure de réclamation au titre de la rémunération (*Compensation Claims Procedure Order*) sur le site Web du contrôleur.

   Le contrôleur enverra aussi une copie des corrections qu'il a reçues et de sa réponse aux corrections en question aux conseillers juridiques agissant en votre nom.

   Ne comptez pas recevoir pareilles communications de la part du contrôleur avant l'écoulement d'un délai de 90 jours après la date limite.

3. **Si vous croyez avoir des réclamations ne figurant pas dans le formulaire A** : Vous devez remplir le formulaire C, *Preuve de réclamation canadienne au titre de la rémunération – Re : autres réclamations au titre de la rémunération,* et le transmettre au contrôleur d'ici la date limite du 23 décembre 2011. Les renseignements relatifs au formulaire C sont contenus dans le *Guide pour la préparation du formulaire C.* **Veuillez noter que des délais et des restrictions s'appliquent à la transmission du formulaire C, tel qu'il est décrit dans le *Guide pour la préparation du formulaire C.***

Si vous avez des questions, communiquez avec les conseillers juridiques agissant en votre nom. Reportez-vous aux coordonnées fournies à la fin de la présente lettre.

## Date limite pour la soumission de changements ou corrections

Vous devez envoyer les corrections apportées aux renseignements figurant dans le formulaire B **au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011**, par la poste, par télécopieur ou par courriel (copie numérisée) à :

Ernst & Young Inc.
222 Bay St., P.O. Box 251
Toronto-Dominion Centre
Toronto, ON M5K 1J7 CANADA
Attention : Nortel Claims
Télécopieur : 416-943-2808
Courriel : nortel.monitor@ca.ey.com

Le contrôleur enverra aussi une copie des corrections qu'il a reçues et de sa réponse aux corrections en question aux conseillers juridiques agissant en votre nom.

**Si vous ne retournez pas les corrections au formulaire B au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011**, les renseignements figurant dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit.

**Vous n'aurez pas d'autre occasion d'apporter des corrections.**

## Distributions

Vous recevrez éventuellement des paiements de Nortel Canada. Il y a paiement, ou distribution, lorsqu'une partie de l'argent de Nortel Canada est distribuée entre les personnes qui ont des réclamations contre Nortel Canada. Comme Nortel Canada est insolvable, vous ne recevrez qu'un pourcentage de la valeur totale de votre réclamation au titre de la rémunération, sous la forme d'un ou de plusieurs paiements sur l'actif de Nortel Canada. À ce stade, le moment et le montant de ce(s) paiement(s) ne sont pas connus, mais nous vous transmettrons d'autres renseignements au cours de la procédure de réclamation afin de vous tenir à jour.

Les paiements seront assujettis aux retenues à la source prévues par la loi, le cas échéant.

Prenez soin de tenir à jour vos coordonnées figurant aux dossiers du contrôleur. **Si votre adresse postale change**, veuillez transmettre votre nouvelle adresse, en indiquant aussi votre nom et votre numéro d'identification (que vous trouverez au haut de la page), au contrôleur par téléphone, par télécopieur ou par courriel, à l'aide des coordonnées précisées ci-après. Il vous incombe de tenir ces renseignements à jour.

## Si vous avez des questions

**Veuillez communiquer avec :**

- le contrôleur, par téléphone au 1 866 942 7177 ou au 416 943 4439, ou par courriel à l'adresse nortel.monitor@ca.ey.com;
- les conseillers juridiques nommés par le tribunal agissant au nom des anciens employés et des bénéficiaires ILD (*Court-appointed Representative Counsel for Former Employees, LTD Beneficiaries*) : Koskie Minsky, par téléphone au 1 866 777 6344, ou par courriel à l'adresse nortel@kmlaw.ca;
- les conseillers juridiques nommés par le tribunal agissant au nom des employés encore en fonction et des employés mutés (*Court-appointed Representative Counsel for Continuing and Transferred employees*) : Nelligan O'Brien Payne, par téléphone au 1 877 542 9254, ou par courriel à l'adresse ncce@nelligan.ca;
- TCA–Canada : Barry E. Wadsworth, avocat-conseil associé, par téléphone au 416 495 3776, ou par courriel à l'adresse linda.cantin@caw.ca

00078

# Formulaire A – Montant de votre réclamation au titre de la rémunération

*En cas de disparité entre la version anglaise et la version française, la version anglaise a préséance.*

## Montant de votre réclamation au titre de la rémunération

Le tableau ci-après dresse la liste des réclamations au titre de la rémunération auxquelles Nortel Canada croit que vous avez droit. L'évaluation de ces réclamations a été faite conformément à la méthodologie approuvée par le tribunal pour les réclamations au titre de la rémunération et à partir des renseignements personnels indiqués dans le formulaire B. Certaines des réclamations au titre des prestations indiquées ci-après représentent la valeur actualisée qui a été déterminée par des actuaires des réclamations en question.

Si vous croyez avoir d'autres réclamations ne figurant pas dans le présent formulaire A, vous devrez remplir le formulaire C.

| Description | Montant de votre réclamation[1] |
|---|---|
| Réclamation au titre de l'indemnité de départ de base[2] | - $ |
| Régime d'allocations de retraite de transition de Nortel Networks Limitée (*Transitional Retirement Allowance Plan (TRA)*) («RART») | - $ |
| Majoration au titre de l'impôt sur le revenu[3] | - $ |
| **Montant total de la réclamation au titre de la rémunération** | - $ |

[1] Le montant total des paiements que vous recevrez de Nortel Canada sera réduit du montant des paiements que vous avez reçus, le cas échéant, du fonds d'indemnisation pour difficultés d'existence.

[2] Le montant de votre réclamation au titre de l'indemnité de départ de base a été réduit du montant des paiements vous ayant été versés, le cas échéant, sur le fonds de cessation d'emploi. La réclamation au titre de l'indemnité de départ de base ne comprend pas la charge de retraite ou les autres prestations de pension ou prestations postérieures à la retraite des régimes non agréés auxquelles vous avez pu devenir admissible à la fin de la période de préavis approuvée par le tribunal vous étant applicable. Si vous êtes devenu(e) admissible à pareilles prestations à la fin de la période de préavis approuvée par le tribunal vous étant applicable, une réclamation à ce titre sera incluse dans le formulaire A aux rubriques «Assurance-vie – retraités», «Assurance médicale et assurance dentaire postérieures à la retraite», «Réclamation au titre de l'indemnité de départ – charge de retraite perdue» et/ou au titre du régime de retraite non agréé applicable. Le calcul détaillé de votre réclamation au titre de l'indemnité de départ de base personnelle apparaît à la fin du présent formulaire A.

[3] Un montant supplémentaire correspondant à 11,1 % de vos réclamations au titre des régimes de retraite non agréés, réclamations pour prestations de survivant, réclamations au titre de l'assurance-vie et réclamations pour la charge de retraite au titre d'un régime agréé perdue applicables a été ajouté pour tenir compte du fait que ces réclamations sont imposables. Le pourcentage de 11,1 % équivaut à une majoration au titre de l'impôt sur le revenu effective nette de 10 %.

Selon les dossiers de Nortel Canada, votre emploi a pris fin et vous n'avez pas reçu la totalité de votre indemnité de départ :

    a) si vous avez reçu un avis de cessation d'emploi avant le 14 janvier 2009, votre réclamation au titre de l'indemnité de départ de base est fondée sur le solde dû aux termes de votre entente de cessation d'emploi ou de votre convention collective avec Nortel Canada, calculé en fonction de l'entente en question et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ;

    b) si vous avez reçu un avis de cessation d'emploi le 14 janvier 2009 ou après cette date, votre réclamation au titre de l'indemnité de départ de base a été calculée à partir des données tirées des dossiers de Nortel Canada et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ; ou

    c) si vous étiez en incapacité de longue durée en date du 31 décembre 2010, votre réclamation au titre de l'indemnité de départ de base a été calculée en utilisant le 31 décembre 2010 comme

00080

date de cessation d'emploi, à partir des données tirées des dossiers de Nortel Canada et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ.

Une réclamation pour la charge de retraite au titre d'un régime agréé perdue pendant votre période de préavis approuvée par le tribunal et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ a été calculée pour tenir compte :

    a) du montant supérieur que vous auriez reçu, le cas échéant, dans le cadre du régime à prestations déterminées; ou

    b) de la cotisation de Nortel Canada dans le cadre du régime à cotisations déterminées.

La méthodologie et les hypothèses sur lesquelles sont fondées les évaluations actuarielles ont été approuvées par le tribunal et ne peuvent être modifiées.

**Note:** Le présent processus de réclamation au titre de la rémunération n'englobe pas les réclamations au titre **des déficits de solvabilité** des régimes de retraite agréés. Ces réclamations ont été soumises par l'administrateur du régime de retraite agréé au nom de tous les participants du régime. Tout paiement à l'égard de ces réclamations sera versé aux régimes de retraite agréés et profitera éventuellement aux participants du régime. Toute question concernant vos régimes de retraite agréés doit être acheminée à Morneau Shepell ltée (site Web : www.pensionwindups.morneausobeco.com, téléphone : régime négocié : 1 877 392 2073, régime destiné aux cadres : 1 877 392 2074, courriel : nortelwindup@morneausobeco.com).

Form A – SAMPLE PREFILING – 0

## Calcul détaillé personnalisé de la réclamation au titre de l'indemnité de départ de base selon la méthodologie pour les réclamations au titre de la rémunération[1]

| | | | |
|---|---|---|---|
| Salaire hebdomadaire de base = (salaire annuel (ligne 67) ÷ 26,089 + 26,089 + ,009) arrondi au nombre entier le plus près, puis ÷ 2 | (50 000,00 $ ÷ 26,089 + ,009) ÷ 2 | 958,00 $/ semaine | A |
| Somme forfaitaire impayée au titre de la période de préavis de l'employé = (date de cessation d'emploi (ligne 66) − date du dernier paiement (ligne 76)) ÷ 7 | (1er février 2009 - 18 janvier 2009) ÷ 7 | 2,00 | B |
| Indemnité de départ selon votre entente (ligne 77) | | 20 000,00 $ | C |
| Moins : Paiement versé par Nortel Canada au titre de l'indemnité de cessation d'emploi (ligne 78) | | (10 000,00 $) | D |
| *Montant impayé au titre du préavis / de l'indemnité de départ* | *(2,00 x 958,00 $) + 20 000,00 $ - 10 000,00 $* | *11 916,00 $* | *E = B\*A+C-D* |
| Période de préavis minimale prévue par la loi déjà écoulée = (date du dernier paiement (ligne 76) − date de préavis (ligne 71)) ÷ 7 jours/semaine | (18 janvier 2009 - 1er janvier 2009) ÷ 7 | 2,43 semaines | F |
| Période de préavis minimale prévue par la loi non réglée = période de préavis prévue par la loi à laquelle vous aviez droit (ligne 79) − période de préavis minimale prévue par la loi déjà écoulée | 8,00 - 2,43 | 5,57 semaines | G |
| Droits à vacances accumulés = droits à vacances annuels (ligne 82) ÷ 5 jours de travail/ semaine ÷ 52 semaines/année | 25 ÷ 5 ÷ 52 | | H |

[1] Le calcul présenté dans ce tableau n'indique que le montant de la réclamation au titre de l'indemnité de départ de base et ne comprend pas la charge de retraite perdue ou les autres prestations de pension ou de retraite des régimes non agréés auxquelles vous avez pu devenir admissible à la fin de la période de préavis approuvée par le tribunal vous étant applicable. Si vous êtes devenu(e) admissible à pareilles prestations à la fin de la période de préavis approuvée par le tribunal vous étant applicable, une réclamation à ce titre sera incluse dans le formulaire A aux rubriques «Assurance-vie – retraités», «Assurance médicale et assurance dentaire postérieures à la retraite», «Réclamation au titre de l'indemnité de départ – charge de retraite perdue» et/ou au titre du régime de retraite non agréé applicable.

00082

| | | | |
|---|---|---|---|
| *Indemnité de vacances à l'égard de la période de préavis minimale prévue par la loi non réglée* | *5,57 x 25 ÷ 5 ÷ 52 x 958,00 $* | *513,08 $* | *I = G\*H\*/* |
| *Moins : Paiement reçu du fonds de cessation d'emploi (ligne 84)* | | *(3 000,00 $)* | *J* |
| **Total de la réclamation au titre de l'indemnité de départ de base** | | **9 429,08 $** | **K = E+I-J** |

*En cas de disparité entre la version anglaise et la version française, la version anglaise a préséance.*

# Formulaire B – Formulaire de modification de vos renseignements personnels

Le montant de la réclamation au titre de la rémunération indiqué dans le formulaire A sera modifié **seulement** si vous soumettez des corrections aux renseignements personnels tirés des dossiers de Nortel Canada figurant ci-après *et* que le contrôleur accepte ces corrections. Veuillez consulter le *Guide d'utilisation du formulaire B* pour en savoir davantage sur la rubrique de chaque ligne du tableau ci-après et sur la documentation suggérée que le contrôleur pourrait accepter à l'appui des corrections que vous apportez. *Note* : Ce ne sont pas toutes les corrections qui feront changer le montant de votre réclamation au titre de la rémunération. Par exemple, la correction de votre nom ou de votre numéro d'identification ne donnera pas lieu à un montant différent.

Les numéros de ligne dans le formulaire B correspondent à ceux mentionnés dans le *Guide d'utilisation du formulaire B*. Comme les données sont personnalisées, le formulaire B ne comportera que les rubriques qui se rapportent à votre situation.

**Si vous ne retournez pas de corrections à vos données et les renseignements justificatifs au contrôleur au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011,** les renseignements figurant dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit.

| Nº de ligne | Renseignements personnels | Détails selon les dossiers de Nortel Canada au 31 décembre 2010 | Corrections, s'il y a lieu |
|---|---|---|---|
| 1. | Dernier employeur canadien en liste | Nortel Networks Limited | |
| 2. | Nom | SAMPLE PREFILING | |
| 3. | Numéro d'identification | 0 | |
| 4. | Sexe | Femme | |
| 5. | Année de naissance | 1965 | |
| 6. | Le réclamant SAMPLE PREFILING est-il décédé? (Si oui, indiquez la date du décès) | Non | |
| 11. | Groupe de prestations aux fins de la retraite | 5 | |
| 13. | Années de service donnant droit à pension | 0,00 années | |
| 15. | Salaire moyen final / salaire maximal moyen | 0,00 $ | |
| 38. | Paiement résiduel du dernier mois en vertu du RART/RAR | 14 218,50 $ | |

00084

| Nº de ligne | Renseignements personnels | Détails selon les dossiers de Nortel Canada au 31 décembre 2010 | Corrections, s'il y a lieu |
|---|---|---|---|
| 66. | Date de cessation d'emploi | 1er février 2009 | |
| 67. | Salaire annuel | 50 000,00 $ | |
| 71. | Date de préavis | 1er janvier 2009 | |
| 76. | Date du dernier paiement | 18 janvier 2009 | |
| 77. | Montant de l'indemnité de départ selon votre entente de cessation d'emploi avec Nortel Canada | 20 000,00 $ | |
| 78. | Paiements déjà versés par Nortel Canada au titre de l'indemnité de cessation d'emploi (*Note : Ce montant a déjà été déduit de la valeur de votre réclamation.*) | 10 000,00 $ | |
| 79. | Période de préavis prévue par la loi à laquelle vous aviez droit[1] | 8,00 | |
| 81. | Droits à vacances annuels | 25 | |
| 82. | Régime de retraite agréé | DCPP/Non-Grandfathered Part I | |
| 84. | Paiement reçu du fonds de cessation d'emploi (*Note : Ce montant a déjà été déduit de la valeur de votre réclamation.*) | 3 000,00 $ | |

[1] Si cette donnée est inexacte, d'autres renseignements personnels peuvent devoir être corrigés. Veuillez consulter le *Guide d'utilisation du formulaire B* pour en savoir davantage.

Form B – SAMPLE PREFILING – 0

# Confirmation des changements ou corrections aux renseignements personnels

1. Si vous êtes <u>D'ACCORD</u> avec tous les renseignements contenus dans le présent formulaire B, vous <u>n'avez pas</u> besoin d'en signer ou retourner une copie. Vous n'avez rien à faire en ce qui a trait à votre réclamation au titre de la rémunération.

2. Si vous avez des <u>CHANGEMENTS OU CORRECTIONS</u> à apporter à l'un ou l'autre des renseignements contenus dans le formulaire B, vous devez faire les corrections appropriées dans la colonne intitulée «Corrections, s'il y a lieu» du formulaire B, remplir la section qui suit et retourner toutes les pages du présent formulaire B ainsi que la documentation à l'appui. Le contrôleur pourrait refuser les changements ou corrections pour lesquels la documentation à l'appui requise selon le *Guide d'utilisation du formulaire B* n'est pas fournie.

   Si vous ne retournez pas vos changements ou corrections au formulaire B au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011 (la «date limite»), les renseignements contenus dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit.

   Si les changements apportés aux renseignements figurant dans le formulaire B sont acceptés par le contrôleur et entraînent la modification de votre réclamation au titre de la rémunération, un relevé de vos renseignements révisé (comprenant les formulaires A et B) sera produit et vous sera transmis par la poste. Si les changements n'influent pas sur le montant de votre réclamation au titre de la rémunération, vous recevrez un «avis d'acceptation (renseignements personnels)» à cet égard.

   Si le contrôleur n'accepte pas les changements apportés aux renseignements figurant dans le formulaire B, vous recevrez un «avis de rejet (renseignements personnels)» à cet égard. Pour en savoir davantage au sujet du règlement des réclamations, veuillez consulter l'ordonnance relative à la procédure de réclamation au titre de la rémunération (*Compensation Claims Process Order*) sur le site Web du contrôleur.

   Le contrôleur enverra aussi une copie des corrections qu'il a reçues et de sa réponse aux corrections en question aux conseillers juridiques agissant en votre nom.

   Ne comptez pas recevoir pareilles communications de la part du contrôleur avant l'écoulement d'un délai de 90 jours après la date limite.

3. Si vous croyez avoir d'autres réclamations ne figurant pas dans le formulaire A, vous devrez remplir le *Formulaire C – Preuve de réclamation canadienne au titre de la rémunération -- Re : autres réclamations au titre de la rémunération* et le transmettre au contrôleur d'ici la date limite. Les renseignements relatifs au formulaire C sont contenus dans le *Guide pour la préparation du formulaire C.* **Veuillez noter que des délais et des restrictions s'appliquent à la transmission du formulaire C, tel qu'il est décrit dans le *Guide pour la préparation du formulaire C.***

**IMPORTANT : Si vous ne retournez pas les corrections au formulaire B au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011, accompagnés de la documentation à l'appui, les renseignements contenus dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit.**

**Vous n'aurez pas d'autre occasion d'apporter des corrections.**

**Veuillez conserver une copie pour vos dossiers.**

Form B – SAMPLE PREFILING – 0

Je confirme la véracité des corrections que j'ai faites aux renseignements contenus dans le formulaire B.

| | |
|---|---|
| **Signature** | **Date** |

| | |
|---|---|
| **Signature du témoin** **(qui n'est ni votre conjoint(e) ni votre enfant)** | **Nom du témoin (en lettres moulées)** |

**Coordonnées si on a besoin de me joindre pour clarifier un changement :**

| | ( ) |
|---|---|
| **Courriel** | **Numéro de téléphone le jour** |
| | ( ) |
| | **Autre numéro de téléphone** |
| | ( ) |
| | **Autre numéro de téléphone** |

**Représentant autorisé**

**À remplir SEULEMENT** si vous préparez et signez le présent formulaire B au nom d'un réclamant de Nortel Canada **et** que vous occupez **l'une des fonctions suivantes :**

– titulaire d'une procuration perpétuelle ou non relativement aux biens; ou

– fiduciaire/administrateur/exécuteur/liquidateur de la succession.

Veuillez inscrire vos nom complet, adresse, numéro de téléphone et adresse de courriel ci-dessous. Outre le présent formulaire B, veuillez nous fournir une copie notariée de la procuration, un certificat de nomination à titre de fiduciaire de la succession, une copie notariée du dernier testament vous nommant à titre de fiduciaire/exécuteur/liquidateur de la succession ou tout autre document pouvant être accepté par le contrôleur. Toutes les copies doivent être certifiées par un notaire public.

| | |
|---|---|
| **Nom du représentant** | |
| **Adresse du représentant** | |
| **Numéro de téléphone du représentant** | |
| **Courriel du représentant** | |

# APPENDIX "C"

SAMPLE TERMINATED – 22222

# Your Information Statement Package

## In the Matter of Nortel Canada CCAA Proceedings

Personal & Confidential

00004

SAMPLE TERMINATED
TEST ADDRESS
TORONTO, ON X1X 1X1
CANADA

> THIS DOCUMENT CONTAINS IMPORTANT LEGAL INFORMATION - YOU (OR YOUR
> AUTHORIZED REPRESENTATIVE) MUST READ IT CAREFULLY AND REVIEW THE
> INFORMATION CONTAINED HEREIN. YOU DO NOT NEED TO TAKE ANY ACTION IF
> THE INFORMATION IS CORRECT. HOWEVER, IF CORRECTIONS ARE REQUIRED, YOU
> MUST TAKE THE ACTIONS BY DECEMBER 23, 2011.

As you know, Nortel Networks Limited, Nortel Networks Corporation, Nortel Networks Technology Corporation, Nortel Networks International Corporation and Nortel Networks Global Corporation (collectively "Nortel Canada") filed for protection under the *Companies' Creditors Arrangement Act* (CCAA) on January 14, 2009 and Ernst & Young Inc. was appointed as the Monitor. This package has been prepared with the input of your Court-appointed Representatives and your Court-appointed Representative Legal Counsel, as well as with the input of counsel to CAW-Canada. Capitalized terms not defined in this package are as defined in the 75th Report of the Monitor.

Assessing and valuing the losses that employees, former employees, pensioners and their survivors have experienced due to Nortel Canada's insolvency is a key step in the CCAA proceedings. A claims process has been established for employment-related claims which is referred to as the "Compensation Claims Procedure" in the Court material. This process, including the basis for calculating your employment-related claim ("Compensation Claim"), has been approved by the Ontario Superior Court of Justice (the "Court"). Unless otherwise stated, all monetary amounts contained in this package are expressed in Canadian dollars.

Nortel Canada's records indicate you have a Compensation Claim against Nortel Canada. As set out in *Form A* and based on the personal information shown on *Form B* of this package, your aggregate Compensation Claim[1] against Nortel Canada is: $--.

Since Nortel Canada is insolvent you will receive only a percentage of the full value of your Compensation Claim, in the form of one or more payments of money from the Nortel Canada estate. At this point, the timing and the amount is not yet known, but you will receive further information during the claims process to keep you up to date.

If you need assistance with respect to this package, please refer to the contact information for your court-appointed Representative Legal Counsel at the end of this letter.

---

[1] The total of all the payments that you receive from Nortel Canada will be reduced by payments made to you, if any, from the Hardship Fund.
Your Base Severance Claim amount has been reduced by payments made to you, if any, from the Termination Fund.

00088

SAMPLE TERMINATED -- 22222

**Note:** This Compensation Claims Process does not include claims for **the funding deficits** in the registered pension plans. Those claims have been made by the Administrator of the registered pension plan on behalf of all plan members. Any payments on those claims will be paid to the registered pension plans and will ultimately benefit the plan members. Any questions regarding your registered pension plans should be directed to Morneau Shepell Ltd. at: website: www.pensionwindups.morneausobeco.com, phone: Negotiated Plan: 1-877-392-2073, phone: Managerial Plan: 1-877-392-2074, email: nortelwindup@morneausobeco.com.

Nortel Canada's records indicate that you were terminated and have not received all of your severance pay:

a) If you received notice of termination prior to January 14, 2009, your Base Severance Claim[2] is based on any balance owing under your severance agreement or collective bargaining agreement with Nortel Canada, calculated based on such agreement and using the Court-approved Termination and Severance Claim Methodology;

b) If you received notice of termination on/after January 14, 2009, your Base Severance Claim[2] has been calculated using data from Nortel Canada's records and the Court-approved Termination and Severance Claim Methodology; or

c) If you were on long-term disability as at December 31, 2010, your Base Severance Claim[2] has been calculated using a termination date of December 31, 2010, data from Nortel Canada's records and the Court-approved Termination and Severance Claim Methodology.

A claim for lost registered pension accrual during your Court-approved notice period and using the Court-approved Termination and Severance Claim Methodology has been calculated to reflect either:

a) The increased pension amount, if any, you would have received under the defined benefit plan; or

b) Nortel Canada's contribution under the defined contribution plan.

The methodology and assumptions on which the actuarial valuations have been based are approved by the Court and cannot be modified.

The methodology used to calculate your Termination and Severance Claim has been approved by the Court and cannot be modified. You can view additional details about the calculations, including the applicable Court-approved assumptions, at www.ey.com/ca/nortel.

---

[2] Your Base Severance Claim is calculated in the Personal Detailed Base Severance Claim Calculation based on the Compensation Claims Methodology and set out in the table included in *Form A*.