00089

SAMPLE TERMINATED – 22222

## What do you need to do now?

### Form A – Your Compensation Claim Amount

Your Compensation Claim amount set out on *Form A* will be accepted as your Compensation Claim in Nortel Canada's CCAA proceedings for all purposes and will **only** be modified if you submit corrections to the personal information on *Form B and* these corrections are accepted by the Monitor. *Note:* Not all data corrections will change the amount of your Compensation Claim. For example, corrections to your name or ID will not change the amount.

### Form B – Personal Information Change Form

This form contains personal information applicable to you and your Compensation Claim, based on Nortel Canada's records.

Please review carefully the information contained in *Form B* and read the *Guide to Using Form B* included in your package for further information. This is your opportunity to correct any errors in the personal information applicable to your Compensation Claim.

1. ***If the information is correct:*** You do not have to do anything more with respect to this information or to establish your claim. Your Compensation Claim as set out in *Form A* will be accepted in the CCAA proceedings based on the information in *Form B.*

2. ***If you have any changes or corrections to the information:*** You must return *Form B* to the Monitor (using contact information listed below) with your changes clearly marked, and enclose any applicable supporting documentation you have for those changes. If necessary, use an additional piece of paper to describe your changes. See the *Guide to Using Form B* for examples of supporting documentation acceptable to the Monitor.

   If you do not return any corrections to *Form B* by December 23, 2011 at 4:00 p.m. (Eastern Standard Time) (the "Bar Date"), the information contained in *Form B* will be deemed to be correct and complete in all respects and the Compensation Claim set out in *Form A* will be your Compensation Claim against Nortel Canada for all purposes.

   If changes to the information in *Form B* are accepted by the Monitor, and result in a change in your Compensation Claim amount, as set out in *Form A*, a Revised Information Statement (including *Form A* and *Form B*) will be generated and mailed to you. If the changes do not result in a change to your Compensation Claim amount, you will receive a Notice of Acceptance (Personal Information) to this effect.

   If the changes to the information in *Form B* are not accepted by the Monitor, you will receive a Notice of Disallowance (Personal Information) to this effect. For further information regarding the resolution of claims, please refer to the Compensation Claims Procedure Order on the Monitor's website.

   Copies of any corrections received by the Monitor and responses to those corrections by the Monitor will also be sent to your Representative Legal Counsel.

   You can expect to receive such communications from the Monitor no earlier than 90 days after the Bar Date.

3. ***If you believe you have claims not listed on Form A:*** You will have to complete *Form C – Canadian Compensation Proof of Claim re: Other Compensation Claims* and submit it to the Monitor by the Bar Date of December 23, 2011. Information with respect to *Form C* is contained in the *Guide to Completing Form C.* **Please note that there are deadlines and restrictions applicable to the submission of *Form C*, as described in *Guide to Completing Form C.***

   If you have any additional questions, contact your Representative Legal Counsel. Please refer to the contact information at the end of this letter.

SAMPLE TERMINATED – 22222

## Deadline for Submission of Changes or Corrections

You must send any corrections to the information in *Form B* **no later than December 23, 2011 at 4:00 p.m. (Eastern Standard Time)** by mail, by fax, or by sending a scanned copy by email to:

Ernst & Young Inc.
222 Bay St., P.O. Box 251
Toronto-Dominion Centre
Toronto, ON M5K 1J7 CANADA
Attention: Nortel Claims
Fax: 416-943-2808
or e-mail: nortel.monitor@ca.ey.com

Copies of any corrections received by the Monitor and responses to those corrections by the Monitor will also be sent to your Representative Legal Counsel.

**If you do not return your corrections to *Form B* by December 23, 2011 at 4:00 p.m. (Eastern Standard Time),** the information contained in *Form B* will be deemed to be correct and complete in all respects and the Compensation Claim set out in *Form A* will be your Compensation Claim against Nortel Canada for all purposes.

**You will not have another opportunity to make corrections.**

## Distributions

You will eventually receive payments from Nortel Canada. A payment, or distribution, occurs when some of the money from Nortel Canada is distributed among people who have claims against Nortel Canada. Since Nortel Canada is insolvent you will receive only a percentage of the full value of your Compensation Claim, in the form of one or more payments of money from the Nortel Canada estate. At this point, the timing and the amount is not yet known, but you will receive further information during the claims process to keep you up to date.

Payments will be subject to statutory withholdings if applicable.

Please ensure that the contact details the Monitor has on file for you remain current. **If your mailing address changes** please phone, mail, fax or email your new address, along with your name and ID number (which you will find at the top of the page) to the Monitor using the contact details noted below. It is your responsibility to keep this information up to date.

## If you have any questions

**Please contact:**

- Monitor at 1-866-942-7177 or 416-943-4439 or email the Monitor at nortel.monitor@ca.ey.com.
- Court-appointed Representative Counsel for Former Employees, LTD Beneficiaries: Koskie Minsky at 1-866-777-6344 or email: nortel@kmlaw.ca
- Court-appointed Representative Counsel for Continuing and Transferred employees: Nelligan O'Brien Payne at 1-877-542-9254 or email: ncce@nelligan.ca
- CAW – Canada: Barry E. Wadsworth, Associate Counsel at 416-495-3776 or email: linda.cantin@caw.ca

00091

# Form A – Your Compensation Claim Amount

## Your Compensation Claim Amount

The table below lists the Compensation Claims that Nortel Canada believes you are entitled to. The valuation of those claims is in accordance with the Court-approved Compensation Claims Methodology and based on the personal information listed in *Form B*. Certain of the benefit claims listed below represent the actuarially determined present value of such claims.

If you believe that there are other claims not listed on this *Form A*, you will have to complete *Form C*.

| Description | Your Claim Amount[1] |
|---|---|
| Base Severance Claim[2] | |
| **Aggregate Compensation Claim Amount** | **$-** |

[1] The total of all the payments that you receive from Nortel Canada will be reduced by payments made to you, if any, from the Hardship Fund.

[2] Base Severance Claim amount has been reduced by payments made to you, if any, from the Termination Fund. The Base Severance Claim amount does not include the pension accrual or other non-registered pension or post-retirement benefits you could have become entitled to at the end of your Court-approved notice period. If you become entitled to such benefits at the end of your Court-approved notice period, a claim for these benefits will be included in *Form A* as 'Pensioner life', 'Post-retirement Medical & Dental', 'Severance Claim – Lost Pension Accrual' and/or the applicable Non-Registered Pension Plan. Your personal detailed Base Severance Claim Calculation appears at the end of this *Form A*.

Nortel Canada's records indicate that you were terminated and have not received all of your severance pay:

  a) If you received notice of termination prior to January 14, 2009, your Base Severance Claim is based on any balance owing under your severance agreement or collective bargaining agreement with Nortel Canada, calculated based on such agreement and using the Court-approved Termination and Severance Claim Methodology;

  b) If you received notice of termination on/after January 14, 2009, your Base Severance Claim has been calculated using data from Nortel Canada's records and the Court-approved Termination and Severance Claim Methodology; or

  c) If you were on long-term disability as at December 31, 2010, your Base Severance Claim has been calculated using a termination date of December 31, 2010, data from Nortel Canada's records and the Court-approved Termination and Severance Claim Methodology.

A claim for lost registered pension accrual during your Court-approved notice period and using the Court-approved Termination and Severance Claim Methodology has been calculated to reflect either:

  a) The increased pension amount, if any, you would have received under the defined benefit plan; or

  b) Nortel Canada's contribution under the defined contribution plan.

The methodology and assumptions on which the actuarial valuations have been based are approved by the Court and cannot be modified.

**Note:** This Compensation Claims Process does not include claims for **the funding deficits** in the registered pension plans. Those claims have been made by the Administrator of the registered pension plan on behalf of all plan members. Any payments on those claims will be paid to the registered pension plans and will ultimately benefit the plan members. Any questions regarding your registered pension plans should be directed to Morneau Shepell Ltd website: www.pensionwindups.morneausobeco.com, phone: Negotiated Plan: 1-877-392-2073, phone: Managerial Plan: 1-877-392-2074, email: nortelwindup@morneausobeco.com.

00092

# Personal Detailed Base Severance Claim Calculation Based on the Compensation Claims Methodology[1]

| | | | |
|---|---|---|---|
| Base Weekly Salary = Annual Salary (line 67) ÷ 52 | $75,000.00 ÷ 52 | $1,442.31/ week | A |
| Years of Service = (Termination Date (line 66) - Hire Date (line 65)) ÷ 365 | (December 31, 2010 - January 21, 2008) ÷ 365 | 2.95 years | B |
| Methodology Notice Period = 3.3 Weeks x Years of service [Min 8; Max 78] | 3.3 x 2.95 | 9.74 weeks | C |
| *Severance Amount* | *$1,442.31 x 9.74* | *$14,048.10* | *D = A\*C* |
| Employee benefit rate of | 5.14% | | E |
| *Employee benefits on Severance Amount* | *5.14% x $14,048.10* | *$722.07* | *F = E\*D* |
| Entitled statutory notice period (line 79) | 2.00 | | G |
| Vacation accrual = Annual Vacation Entitlement (line 81) ÷ 5 working days/week ÷ 52 weeks/year | 25 ÷ 5 ÷ 52 | | H |
| *Vacation pay on ESA Minimum Notice Period* | *2.00 x 25 ÷ 5 ÷ 52 x $1,442.31* | *$277.37* | *I = G\*H\*A* |
| *Less: Payment received from Termination Fund (line 84)* | | *($0.00)* | *J* |
| **Total Base Severance Claim** | | **$15,047.54** | **K = D+F+I-J** |

---

[1] This calculation table only shows the Base Severance Claim amount and does not illustrate the lost pension accrual or other non-registered pension or retiree benefits you could have become entitled to at the end of your Court-approved Notice Period. If you become entitled to such benefits at the end of your Court-approved Notice Period, a claim for these benefits will be included in *Form A* as 'Pensioner Life', 'Post-retirement Medical & Dental', 'Severance Claim – Lost Pension Accrual' and/or the applicable Non-Registered Pension Plan.

00093

# Form B – Your Personal Information Change Form

The Compensation Claim amount set out in *Form A* will **only be modified** if you submit corrections to the personal information that Nortel Canada has on file for you that are listed below **and** those corrections are accepted by the Monitor. Please refer to the *Guide to Using Form B* for further information on each line item listed in the chart below and suggested documentation that would be acceptable to the Monitor to support any corrections you make. *Note:* Not all data corrections will change the amount of your Compensation Claim. For example, corrections to your name or ID will not change the amount.

The line numbers in this *Form B* correspond to the line numbers in *Guide to Using Form B*. As this is a personalized data form, *Form B* will contain only those line items that pertain to your situation.

**If you do not return your data corrections and supporting information to the Monitor by December 23, 2011 at 4:00 p.m. (Eastern Standard Time)**, the information contained in *Form B* will be deemed to be correct and complete in all respects and the Compensation Claim set out in *Form A* will be your Compensation Claim against Nortel Canada for all purposes.

| Line # | Personal Information | Details per – Nortel Canada's Records as at December 31, 2010 | Corrections, if any |
|--------|----------------------|--------------------------------------------------------------|---------------------|
| 1. | Last Canadian employer of record | Nortel Networks Limited | |
| 2. | Name | SAMPLE TERMINATED | |
| 3. | ID | 22222 | |
| 4. | Gender | Male | |
| 5. | Year of birth | 1963 | |
| 6. | Is the Claimant SAMPLE TERMINATED, deceased? (If so, provide date of death) | No | |
| 65. | Date of hire for severance calculation purposes is based on – RHD due to break in service. | January 21, 2008 | |
| 66. | Date of termination of employment | December 31, 2010 | |
| 67. | Annual salary | $75,000.00 | |
| | | | |
| 79. | Entitled statutory notice period[1] | 2.00 | |
| 81. | Annual Vacation Entitlement | 25 | |

[1] If this is incorrect, there is other personal information that may require correction. Please refer to the *Guide to Using Form B* for further detail.

00094

Form B – SAMPLE TERMINATED – 22222

## Confirming Changes or Corrections to My Personal Information

1. If you <u>AGREE</u> with all of the information contained in this *Form B*, you <u>do not</u> need to sign or return a copy of *Form B*. No further action is required with respect to your Compensation Claim.

2. If you have <u>CHANGES OR CORRECTIONS</u> to any of the information contained in *Form B*, you must make your corrections on *Form B in the column labeled "Corrections, if any"*, complete the following section, and return all pages of this *Form B*, along with your supporting documentation. Changes or corrections without appropriate supporting documentation as required by the *Guide to Using Form B* may not be accepted by the Monitor.

   If you do not return your changes or corrections to *Form B* by December 23, 2011 at 4:00 p.m. (Eastern Standard Time) (the "Bar Date"), the information contained in *Form B* will be deemed to be correct and complete in all respects and the Compensation Claim set out in *Form A* will be your Compensation Claim against Nortel Canada for all purposes.

   If changes to the information in *Form B* are accepted by the Monitor, and result in a change in your Compensation Claim amount as set out in *Form A*, a Revised Information Statement (including *Form A and Form B*) will be generated and mailed to you. If the changes do not result in a change to your Compensation Claim amount, you will receive a Notice of Acceptance (Personal Information) to this effect.

   If the changes to the information in *Form B* are not accepted by the Monitor, you will receive a Notice of Disallowance (Personal Information) to this effect. For further information regarding the resolution of claims, please refer to the Compensation Claims Procedure Order on the Monitor's website.

   Copies of any corrections received by the Monitor and responses to those corrections by the Monitor will also be sent to your Representative Legal Counsel.

   You can expect to receive such communications from the Monitor no earlier than 90 days after the Bar Date.

3. If you believe that there are other claims not listed on *Form A*, you will have to complete *Form C- Canadian Compensation Proof of Claim re: Other Compensation Claims* and submit it to the Monitor by the Bar Date. Information with respect to *Form C* is contained in the *Guide to Completing Form C*. **Please note that there are deadlines and restrictions applicable to the submission of *Form C*, as described in *Guide to Completing Form C*.**

**IMPORTANT: If you do not return any corrections by December 23, 2011 at 4:00 p.m. (Eastern Standard Time) together with supporting documentation, the information contained in this *Form B* will be deemed to be correct and complete in all respects and the Compensation Claim set out in *Form A* will be your Compensation Claim against Nortel Canada for all purposes.**

**You will not have another opportunity to make corrections.**

**Please retain a copy for your records.**

I confirm the truth of the corrections made by me to the information in this Form B:

| | |
|---|---|
| **Signature** | **Date** |

| | |
|---|---|
| **Signature of witness** (other than your spouse or children) | **Name of witness (print)** |

00095

Form B – SAMPLE TERMINATED – 22222

**Contact information in the event I need to be reached to clarify any changes:**

| | |
|---|---|
| _____ | ( ___ ) _____ |
| Email address | **Daytime phone number** |
| | ( ___ ) _____ |
| | **Alternate phone number** |
| | ( ___ ) _____ |
| | **Alternate phone number** |

**Authorized Representative**

<u>To be completed ONLY</u> **if you are completing and signing this** *Form B* **on behalf of a Nortel Canada claimant and you are one of the following;**

– Continuing/non-continuing Power of Attorney for Property; or

– Estate Trustee/Administrator/Executor.

Please print your full name, address, telephone number, and email address below. In addition to this *Form B*, please also send us a notarized copy of the Power of Attorney documents, certificate of appointment of estate trustee, a notarized copy of the last will and testament naming you the estate trustee/executor or other documents acceptable to the Monitor. All copies must be notarized by a Notary Public.

| | |
|---|---|
| **Representative's Name** | |
| **Representative's Address** | |
| **Representative's Telephone Number** | |
| **Representative's Email Address** | |

00096



00097

SAMPLE TERMINATED – 22222

# Votre trousse de déclaration des renseignements

## dans l'affaire de la procédure en vertu de la LACC de Nortel Canada

Personnel et confidentiel

00004

SAMPLE TERMINATED
TEST ADDRESS
TORONTO, ON X1X 1X1
CANADA

> LE PRÉSENT DOCUMENT CONTIENT D'IMPORTANTS RENSEIGNEMENTS JURIDIQUES. VOUS (OU VOTRE REPRÉSENTANT AUTORISÉ) DEVEZ LE LIRE ATTENTIVEMENT ET PASSER EN REVUE LES RENSEIGNEMENTS QUI Y SONT PRÉSENTÉS. VOUS N'AVEZ RIEN À FAIRE SI LES RENSEIGNEMENTS SONT EXACTS. CEPENDANT, SI DES CORRECTIONS SONT REQUISES, VOUS DEVEZ AGIR D'ICI LE **23 DÉCEMBRE 2011.**

*En cas de disparité entre la version anglaise et la version française, la version anglaise a préséance.*

Comme vous le savez, Nortel Networks Limitée, Corporation Nortel Networks, Corporation Technologie Nortel Networks, Corporation Internationale Nortel Networks et Nortel Networks Global Corporation (collectivement désignées «Nortel Canada») se sont placées sous la protection de la *Loi sur les arrangements avec les créanciers des compagnies* (la «LACC») le 14 janvier 2009, et Ernst & Young Inc. a été nommée contrôleur. Vos représentants nommés par le tribunal, les conseillers juridiques nommés par le tribunal pour agir en votre nom ainsi que les conseillers juridiques de TCA-Canada ont participé à la préparation de la présente trousse. Les mots et expressions non définis aux présentes doivent recevoir le sens qui leur est donné, le cas échéant, dans le 75e rapport du contrôleur.

La détermination et l'évaluation des pertes subies par les employés, les anciens employés, les retraités et leurs survivants en raison de l'insolvabilité de Nortel Canada est une étape cruciale de la procédure en vertu de la LACC. Un processus de réclamation a été établi pour les réclamations liées à l'emploi, processus désigné «*Compensation Claims Procedure*» dans les documents du tribunal et désigné le «processus de réclamation au titre de la rémunération» aux présentes. Ce processus, notamment la base de calcul de votre réclamation liée à l'emploi («réclamation au titre de la rémunération»), a été approuvé par la Cour supérieure de justice de l'Ontario (le «tribunal»). À moins d'indication contraire, tous les montants mentionnés dans la présente trousse sont en dollars canadiens.

Selon les dossiers de Nortel Canada, vous avez une réclamation au titre de la rémunération contre celle-ci. Comme il est indiqué dans le formulaire A et d'après les renseignements personnels figurant dans le formulaire B de la présente trousse, votre réclamation au titre de la rémunération[1] contre Nortel Canada totalise: **-- $.**

---

[1] Le montant total des paiements que vous recevrez de Nortel Canada sera réduit du montant des paiements que vous avez reçus, le cas échéant, du fonds d'indemnisation pour difficultés d'existence (*Hardship Fund*).
Votre réclamation au titre de l'indemnité de départ de base a été réduite du montant des paiements vous ayant été versés, le cas échéant, du fonds de cessation d'emploi (*Termination Fund*).

00098

SAMPLE TERMINATED – 22222

Nortel Canada étant insolvable, vous ne recevrez qu'un pourcentage de la valeur totale de votre réclamation au titre de la rémunération, sous la forme d'un ou de plusieurs paiements sur l'actif de Nortel Canada. À ce stade, le moment et le montant de ce(s) paiement(s) ne sont pas connus, mais d'autres renseignements vous seront transmis au cours du processus de réclamation afin de vous tenir à jour.

Si vous avez besoin d'aide relativement à cette trousse, vous trouverez les coordonnées des conseillers juridiques nommés par le tribunal pour agir en votre nom à la fin de la présente lettre.

**Note :** Le présent processus de réclamation au titre de la rémunération n'englobe pas les réclamations au titre **des déficits de solvabilité** des régimes de retraite agréés. Ces réclamations ont été soumises par l'administrateur du régime de retraite agréé au nom de tous les participants du régime. Tout paiement à l'égard de ces réclamations sera versé aux régimes de retraite agréés et profitera éventuellement aux participants du régime. Toute question concernant vos régimes de retraite agréés doit être acheminée à Morneau Shepell ltée (site Web : www.pensionwindups.morneausobeco.com, téléphone : régime négocié : 1 877 392 2073, régime destiné aux cadres : 1 877 392 2074, courriel : nortelwindup@morneausobeco.com).

Selon les dossiers de Nortel Canada, votre emploi a pris fin et vous n'avez pas reçu la totalité de votre indemnité de départ :

   a) si vous avez reçu un avis de cessation d'emploi avant le 14 janvier 2009, votre réclamation au titre de l'indemnité de départ de base[2] est fondée sur le solde dû aux termes de votre entente de cessation d'emploi ou de votre convention collective avec Nortel Canada, calculé en fonction de l'entente en question et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ;

   b) si vous avez reçu un avis de cessation d'emploi le 14 janvier 2009 ou après cette date, votre réclamation au titre de l'indemnité de départ de base[2] a été calculée à partir des données tirées des dossiers de Nortel Canada et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ; ou

   c) si vous étiez en congé d'incapacité de longue durée en date du 31 décembre 2010, votre réclamation au titre de l'indemnité de départ de base[2] a été calculée avec le 31 décembre 2010 comme date de cessation d'emploi, à partir des données tirées des dossiers de Nortel Canada et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ.

Une réclamation pour la charge de retraite au titre d'un régime agréé perdue pendant votre période de préavis approuvée par le tribunal et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ a été calculée pour tenir compte :

   a) du montant supérieur que vous auriez reçu, le cas échéant, dans le cadre du régime à prestations déterminées; ou

   b) de la cotisation de Nortel Canada dans le cadre du régime à cotisations déterminées.

La méthodologie et les hypothèses sur lesquelles sont fondées les évaluations actuarielles ont été approuvées par le tribunal et ne peuvent être modifiées.

La méthodologie ayant servi au calcul de votre réclamation au titre de la cessation d'emploi et de l'indemnité de départ a été approuvée par le tribunal et ne peut être modifiée. Vous trouverez d'autres précisions concernant les calculs, notamment sur les hypothèses approuvées par le tribunal applicables, à l'adresse www.ey.com/ca/nortel.

---

[2] Le calcul de votre réclamation au titre de l'indemnité de départ de base figure dans le tableau «Calcul détaillé de la réclamation au titre de l'indemnité de départ de base selon la méthodologie pour les réclamations au titre de la rémunération» du formulaire A.

SAMPLE TERMINATED – 22222

## *Que devez-vous faire maintenant?*

### *Formulaire A – Montant de votre réclamation au titre de la rémunération*

Le montant de la réclamation au titre de la rémunération indiqué dans le formulaire A sera accepté comme étant votre réclamation au titre de la rémunération dans le cadre de la procédure en vertu de la LACC de Nortel Canada à toutes fins que de droit et sera modifié **seulement** si vous soumettez des corrections aux renseignements personnels figurant dans le formulaire B *et* que le contrôleur accepte ces corrections. *Note* : Ce ne sont pas toutes les corrections qui feront changer le montant de votre réclamation au titre de la rémunération. Par exemple, la correction de votre nom ou de votre numéro d'identification ne donnera pas lieu à un changement différent.

### *Formulaire B – Formulaire de modification de vos renseignements personnels*

Ce formulaire contient des renseignements personnels vous concernant et se rapportant à votre réclamation au titre de la rémunération tirés des dossiers de Nortel Canada.

Veuillez passer soigneusement en revue les renseignements figurant dans le formulaire B et lire le *Guide d'utilisation du formulaire B* inclus dans la trousse pour de plus amples renseignements. Vous avez ici l'occasion de corriger les erreurs qui auraient pu se glisser en ce qui a trait aux renseignements personnels applicables aux fins de votre réclamation au titre de la rémunération.

1. *Si les renseignements sont exacts* : Vous n'avez rien d'autre à faire concernant ces renseignements ou pour prouver votre réclamation. Votre réclamation au titre de la rémunération telle qu'elle est indiquée dans le formulaire A sera acceptée dans le cadre de la procédure en vertu de la LACC sur la base des renseignements indiqués dans le formulaire B.

2. *Si les renseignements doivent être changés ou corrigés* : Vous devez retourner le formulaire B au contrôleur (à l'aide des coordonnées précisées ci-après) en indiquant clairement les changements que vous souhaitez faire et joindre tout document pertinent à l'appui de ces changements, le cas échéant. Au besoin, utilisez une feuille supplémentaire pour décrire les changements demandés. Consultez le *Guide d'utilisation du formulaire B* pour des exemples de documents à l'appui pouvant être acceptés par le contrôleur.

   Si aucune correction au formulaire B n'est reçue au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011 (la «date limite»), les renseignements contenus dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit.

   Si les changements apportés aux renseignements figurant dans le formulaire B sont acceptés par le contrôleur et entraînent la modification du montant de votre réclamation au titre de la rémunération figurant dans le formulaire A, un relevé de vos renseignements révisé (comprenant les formulaires A et B) sera produit et vous sera transmis par la poste. Si les changements n'influent pas sur le montant de votre réclamation au titre de la rémunération, vous recevrez un «avis d'acceptation (renseignements personnels)» à cet égard.

   Si le contrôleur n'accepte pas les changements apportés aux renseignements figurant dans le formulaire B, vous recevrez un «avis de rejet (renseignements personnels)» à cet égard. Pour en savoir davantage au sujet du règlement des réclamations, veuillez consulter l'ordonnance relative à la procédure de réclamation au titre de la rémunération (*Compensation Claims Procedure Order*) sur le site Web du contrôleur.

   Le contrôleur enverra aussi une copie des corrections qu'il a reçues et de sa réponse aux corrections en question aux conseillers juridiques agissant en votre nom.

   Ne comptez pas recevoir pareilles communications de la part du contrôleur avant l'écoulement d'un délai de 90 jours après la date limite.

3. *Si vous croyez avoir des réclamations ne figurant pas dans le formulaire A* : Vous devez remplir le formulaire C, *Preuve de réclamation canadienne au titre de la rémunération – Re : autres réclamations au titre de la rémunération,* et le transmettre au contrôleur d'ici la date limite du 23 décembre 2011. Les renseignements relatifs au formulaire C sont contenus dans le *Guide pour la préparation du formulaire C.* **Veuillez noter que des délais et des restrictions s'appliquent à la transmission du formulaire C, tel qu'il est décrit dans le** *Guide pour la préparation du* **formulaire C.**

00100

SAMPLE TERMINATED – 22222

Si vous avez des questions, communiquez avec les conseillers juridiques agissant en votre nom. Reportez-vous aux coordonnées fournies à la fin de la présente lettre.

## Date limite pour la soumission de changements ou corrections

Vous devez envoyer les corrections apportées aux renseignements figurant dans le formulaire B **au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011**, par la poste, par télécopieur ou par courriel (copie numérisée) à :

Ernst & Young Inc.
222 Bay St., P.O. Box 251
Toronto-Dominion Centre
Toronto, ON M5K 1J7 CANADA
Attention : Nortel Claims
Télécopieur : 416-943-2808
Courriel : nortel.monitor@ca.ey.com

Le contrôleur enverra aussi une copie des corrections qu'il a reçues et de sa réponse aux corrections en question aux conseillers juridiques agissant en votre nom.

**Si vous ne retournez pas les corrections au formulaire B au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011**, les renseignements figurant dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit.

<u>**Vous n'aurez pas d'autre occasion d'apporter des corrections.**</u>

## Distributions

Vous recevrez éventuellement des paiements de Nortel Canada. Il y a paiement, ou distribution, lorsqu'une partie de l'argent de Nortel Canada est distribuée entre les personnes qui ont des réclamations contre Nortel Canada. Comme Nortel Canada est insolvable, vous ne recevrez qu'un pourcentage de la valeur totale de votre réclamation au titre de la rémunération, sous la forme d'un ou de plusieurs paiements sur l'actif de Nortel Canada. À ce stade, le moment et le montant de ce(s) paiement(s) ne sont pas connus, mais nous vous transmettrons d'autres renseignements au cours de la procédure de réclamation afin de vous tenir à jour.

Les paiements seront assujettis aux retenues à la source prévues par la loi, le cas échéant.

Prenez soin de tenir à jour vos coordonnées pour aux dossiers du contrôleur. **Si votre adresse postale change**, veuillez transmettre votre nouvelle adresse, en indiquant aussi votre nom et votre numéro d'identification (que vous trouverez au haut de la page), au contrôleur par téléphone, par télécopieur ou par courriel, à l'aide des coordonnées précisées ci-après. Il vous incombe de tenir ces renseignements à jour.

## Si vous avez des questions

**Veuillez communiquer avec :**

- le contrôleur, par téléphone au 1 866 942 7177 ou au 416 943 4439, ou par courriel à l'adresse nortel.monitor@ca.ey.com;
- les conseillers juridiques nommés par le tribunal agissant au nom des anciens employés et des bénéficiaires ILD (*Court-appointed Representative Counsel for Former Employees, LTD Beneficiaries*) : Koskie Minsky, par téléphone au 1 866 777 6344, ou par courriel à l'adresse nortel@kmlaw.ca;
- les conseillers juridiques nommés par le tribunal agissant au nom des employés encore en fonction et des employés mutés (*Court-appointed Representative Counsel for Continuing and Transferred employees*) : Nelligan O'Brien Payne, par téléphone au 1 877 542 9254, ou par courriel à l'adresse ncce@nelligan.ca;
- TCA–Canada : Barry E. Wadsworth, avocat-conseil associé, par téléphone au 416 495 3776, ou par courriel à l'adresse linda.cantin@caw.ca

00101

## Formulaire A – Montant de votre réclamation au titre de la rémunération

*En cas de disparité entre la version anglaise et la version française, la version anglaise a préséance.*

### Montant de votre réclamation au titre de la rémunération

Le tableau ci-après dresse la liste des réclamations au titre de la rémunération auxquelles Nortel Canada croit que vous avez droit. L'évaluation de ces réclamations a été faite conformément à la méthodologie approuvée par le tribunal pour les réclamations au titre de la rémunération et à partir des renseignements personnels indiqués dans le formulaire B. Certaines des réclamations au titre des prestations indiquées ci-après représentent la valeur actualisée qui a été déterminée par des actuaires des régimes en question.

Si vous croyez avoir d'autres réclamations ne figurant pas dans le présent formulaire A, vous devrez remplir le formulaire C.

| Description | Montant de votre réclamation[1] |
|---|---|
| Réclamation au titre de l'indemnité de départ de base[2] | |
| **Montant total de la réclamation au titre de la rémunération** | **-- $** |

[1] Le montant total des paiements que vous recevez de Nortel Canada sera réduit du montant des paiements que vous avez reçus, le cas échéant, du fonds d'indemnisation pour difficultés d'existence.

[2] Le montant de votre réclamation au titre de l'indemnité de départ de base a été réduit du montant des paiements vous ayant été versés, le cas échéant, sur le fonds de cessation d'emploi. La réclamation au titre de l'indemnité de départ de base ne comprend pas la charge de retraite ou les autres prestations de pension ou prestations postérieures à la retraite des régimes non agréés auxquelles vous avez pu devenir admissible à la fin de la période de préavis approuvée par le tribunal vous étant applicable. Si vous êtes devenu(e) admissible à pareilles prestations à la fin de la période de préavis approuvée par le tribunal vous étant applicable, une réclamation à ce titre sera incluse dans le formulaire A aux rubriques «Assurance-vie – retraités», «Assurance médicale et assurance dentaire postérieures à la retraite», «Réclamation au titre de l'indemnité de départ – charge de retraite perdue» et/ou au titre du régime de retraite non agréé applicable. Le calcul détaillé de votre réclamation au titre de l'indemnité de départ de base personnelle apparaît à la fin du présent formulaire A.

Selon les dossiers de Nortel Canada, votre emploi a pris fin et vous n'avez pas reçu la totalité de votre indemnité de départ :

    a) si vous avez reçu un avis de cessation d'emploi avant le 14 janvier 2009, votre réclamation au titre de l'indemnité de départ de base est fondée sur le solde dû aux termes de votre entente de cessation d'emploi ou de votre convention collective avec Nortel Canada, calculé en fonction de l'entente en question et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ;

    b) si vous avez reçu un avis de cessation d'emploi le 14 janvier 2009 ou après cette date, votre réclamation au titre de l'indemnité de départ de base a été calculée à partir des données tirées des dossiers de Nortel Canada et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ; ou

    c) si vous étiez en incapacité de longue durée en date du 31 décembre 2010, votre réclamation au titre de l'indemnité de départ de base a été calculée en utilisant le 31 décembre 2010 comme date de cessation d'emploi, à partir des données tirées des dossiers de Nortel Canada et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ.

Une réclamation pour la charge de retraite au titre d'un régime agréé perdue pendant votre période de préavis approuvée par le tribunal et selon la méthodologie approuvée par le tribunal pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ a été calculée pour tenir compte :

00102

Form A – SAMPLE TERMINATED – 22222

    a) du montant supérieur que vous auriez reçu, le cas échéant, dans le cadre du régime à prestations déterminées; ou

    b) de la cotisation de Nortel Canada dans le cadre du régime à cotisations déterminées.

La méthodologie et les hypothèses sur lesquelles sont fondées les évaluations actuarielles ont été approuvées par le tribunal et ne peuvent être modifiées.

**Note:** Le présent processus de réclamation au titre de la rémunération n'englobe pas les réclamations au titre **des déficits de solvabilité** des régimes de retraite agréés. Ces réclamations ont été soumises par l'administrateur du régime de retraite agréé au nom de tous les participants du régime. Tout paiement à l'égard de ces réclamations sera versé aux régimes de retraite agréés et profitera éventuellement aux participants du régime. Toute question concernant vos régimes de retraite agréés doit être acheminée à Morneau Shepell ltée (site Web : www.pensionwindups.morneausobeco.com, téléphone : régime négocié : 1 877 392 2073, régime destiné aux cadres : 1 877 392 2074, courriel : nortelwindup@morneausobeco.com).



00103

Form A – SAMPLE TERMINATED – 22222

## Calcul détaillé personnalisé de la réclamation au titre de l'indemnité de départ de base selon la méthodologie pour les réclamations au titre de la rémunération[1]

| | | | |
|---|---|---|---|
| Salaire hebdomadaire de base = salaire annuel (ligne 67) ÷ 52 | 75 000,00 $ ÷ 52 | 1 442,31 $/ semaine | A |
| Années de service = (date de cessation d'emploi (ligne 66) – date d'embauche (ligne 65)) ÷ 365 | (31 décembre 2010 - 21 janvier 2008) ÷ 365 | 2,95 années | B |
| Période de préavis selon la méthodologie = 3,3 semaines x années de service [min. 8; max. 78] | 3,3 x 2,95 | 9,74 semaines | C |
| *Indemnité de départ* | *1 442,31 $ x 9,74* | *14 048,10 $* | *D = A\*C* |
| Taux des avantages sociaux de | 5,14 % | | E |
| *Avantages sociaux à l'égard de l'indemnité de départ* | *5,14 % x 14 048,10 $* | *722,07 $* | *F = E\*D* |
| Période de préavis prévue par la loi à laquelle vous aviez droit (ligne 79) | 2,00 | | G |
| Droits à vacances accumulés = droits à vacances annuels (ligne 81) ÷ 5 jours de travail/ semaine ÷ 52 semaines/année | 25 ÷ 5 ÷ 52 | | H |
| *Indemnité de vacances à l'égard de la période de préavis minimale prévue par la loi* | *2,00 x 25 ÷ 5 ÷ 52 x 1 442,31 $* | *277,37 $* | *I = G\*H\*A* |
| *Moins : Paiement reçu du fonds de cessation d'emploi (ligne 84)* | | *(0,00 $)* | *J* |
| **Total de la réclamation au titre de l'indemnité de départ de base** | | **15 047,54 $** | **K = D+F+I-J** |

[1] Le calcul présenté dans ce tableau n'indique que le montant de la réclamation au titre de l'indemnité de départ de base et ne comprend pas la charge de retraite perdue ou les autres prestations de pension ou de retraite des régimes non agréés auxquelles vous avez pu devenir admissible à la fin de la période de préavis approuvée par le tribunal vous étant applicable. Si vous êtes devenu(e) admissible à pareilles prestations à la fin de la période de préavis approuvée par le tribunal vous étant applicable, une réclamation à ce titre sera incluse dans le formulaire A aux rubriques «Assurance-vie – retraités», «Assurance médicale et assurance dentaire postérieures à la retraite», «Réclamation au titre de l'indemnité de départ – charge de retraite perdue» et/ou au titre du régime de retraite non agréé applicable.

00104



00105

*En cas de disparité entre la version anglaise et la version française, la version anglaise a préséance.*

## Formulaire B – Formulaire de modification de vos renseignements personnels

Le montant de la réclamation au titre de la rémunération indiqué dans le formulaire A sera modifié **seulement** si vous soumettez des corrections aux renseignements personnels tirés des dossiers de Nortel Canada figurant ci-après *et* que le contrôleur accepte ces corrections. Veuillez consulter le *Guide d'utilisation du formulaire B* pour en savoir davantage sur la rubrique de chaque ligne du tableau ci-après et sur la documentation suggérée que le contrôleur pourrait accepter à l'appui des corrections que vous apportez. *Note* : Ce ne sont pas toutes les corrections qui feront changer le montant de votre réclamation au titre de la rémunération. Par exemple, la correction de votre nom ou de votre numéro d'identification ne donnera pas lieu à un montant différent.

Les numéros de ligne dans le formulaire B correspondent à ceux mentionnés dans le *Guide d'utilisation du formulaire B*. Comme les données sont personnalisées, le formulaire B ne comportera que les rubriques qui se rapportent à votre situation.

**Si vous ne retournez pas de corrections à vos données et les renseignements justificatifs au contrôleur au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011,** les renseignements figurant dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit.

| Nº de ligne | Renseignements personnels | Détails selon les dossiers de Nortel Canada au 31 décembre 2010 | Corrections, s'il y a lieu |
|---|---|---|---|
| 1. | Dernier employeur canadien en liste | Nortel Networks Limitée | |
| 2. | Nom | SAMPLE TERMINATED | |
| 3. | Numéro d'identification | 22222 | |
| 4. | Sexe | Homme | |
| 5. | Année de naissance | 1963 | |
| 6. | Le réclamant SAMPLE TERMINATED est-il décédé? (Si oui, indiquez la date du décès) | Non | |
| 65. | Date d'embauche aux seules fins du calcul de l'indemnité de départ fondée sur – RHD due to break in service. | 21 janvier 2008 | |
| 66. | Date de cessation d'emploi | 31 décembre 2010 | |
| 67. | Salaire annuel | 75 000,00 $ | |
| | | | |

00106

Form B – SAMPLE TERMINATED – 22222

| Nº de ligne | Renseignements personnels | Détails selon les dossiers de Nortel Canada au 31 décembre 2010 | Corrections, s'il y a lieu |
|---|---|---|---|
| 79. | Période de préavis prévue par la loi à laquelle vous aviez droit[1] | 2,00 | |
| 81. | Droits à vacances annuels | 25 | |

[1] Si cette donnée est inexacte, d'autres renseignements personnels peuvent devoir être corrigés. Veuillez consulter le *Guide d'utilisation du formulaire B* pour en savoir davantage.



00107

Form B – SAMPLE TERMINATED – 22222

## Confirmation des changements ou corrections aux renseignements personnels

1. Si vous êtes D'ACCORD avec tous les renseignements contenus dans le présent formulaire B, vous n'avez pas besoin d'en signer ou retourner une copie. Vous n'avez rien à faire en ce qui a trait à votre réclamation au titre de la rémunération.

2. Si vous avez des CHANGEMENTS OU CORRECTIONS à apporter à l'un ou l'autre des renseignements contenus dans le formulaire B, vous devez faire les corrections appropriées dans la colonne intitulée «Corrections, s'il y a lieu» du formulaire B, remplir la section qui suit et retourner toutes les pages du présent formulaire B ainsi que la documentation à l'appui. Le contrôleur pourrait refuser les changements ou corrections pour lesquels la documentation à l'appui requise selon le *Guide d'utilisation du formulaire B* n'est pas fournie.

   Si vous ne retournez pas vos changements ou corrections au formulaire B au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011 (la «date limite»), les renseignements contenus dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit.

   Si les changements apportés aux renseignements figurant dans le formulaire B sont acceptés par le contrôleur et entraînent la modification de votre réclamation au titre de la rémunération, un relevé de vos renseignements révisé (comprenant les formulaires A et B) sera produit et vous sera transmis par la poste. Si les changements n'influent pas sur le montant de votre réclamation au titre de la rémunération, vous recevrez un «avis d'acceptation (renseignements personnels)» à cet égard.

   Si le contrôleur n'accepte pas les changements apportés aux renseignements figurant dans le formulaire B, vous recevrez un «avis de rejet (renseignements personnels)» à cet égard. Pour en savoir davantage au sujet du règlement des réclamations, veuillez consulter l'ordonnance relative à la procédure de réclamation au titre de la rémunération (*Compensation Claims Process Order*) sur le site Web du contrôleur.

   Le contrôleur enverra aussi une copie des corrections qu'il a reçues et de sa réponse aux corrections en question aux conseillers juridiques agissant en votre nom.

   Ne comptez pas recevoir pareilles communications de la part du contrôleur avant l'écoulement d'un délai de 90 jours après la date limite.

3. Si vous croyez avoir d'autres réclamations ne figurant pas dans le formulaire A, vous devrez remplir le *Formulaire C – Preuve de réclamation canadienne au titre de la rémunération -- Re : autres réclamations au titre de la rémunération* et le transmettre au contrôleur d'ici la date limite. Les renseignements relatifs au formulaire C sont contenus dans le *Guide pour la préparation du formulaire C*. **Veuillez noter que des délais et des restrictions s'appliquent à la transmission du formulaire C, tel qu'il est décrit dans le** *Guide pour la préparation du formulaire C*.

**IMPORTANT : Si vous ne retournez pas les corrections au formulaire B au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011, accompagnés de la documentation à l'appui, les renseignements contenus dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit.**

**Vous n'aurez pas d'autre occasion d'apporter des corrections.**

**Veuillez conserver une copie pour vos dossiers.**

00108

Form B – SAMPLE TERMINATED – 22222

Je confirme la véracité des corrections que j'ai faites aux renseignements contenus dans le formulaire B.

| | |
|---|---|
| **Signature** | **Date** |

| | |
|---|---|
| **Signature du témoin** (qui n'est ni votre conjoint(e) ni votre enfant) | **Nom du témoin (en lettres moulées)** |

**Coordonnées si on a besoin de me joindre pour clarifier un changement :**

| | ( ) |
|---|---|
| **Courriel** | **Numéro de téléphone le jour** |
| | ( ) |
| | **Autre numéro de téléphone** |
| | ( ) |
| | **Autre numéro de téléphone** |

**Représentant autorisé**

**À remplir SEULEMENT** si vous préparez et signez le présent formulaire B au nom d'un réclamant de Nortel Canada **et** que vous occupez **l'une des fonctions suivantes :**

– titulaire d'une procuration perpétuelle ou non relativement aux biens; ou

– fiduciaire/administrateur/exécuteur/liquidateur de la succession.

Veuillez inscrire vos nom complet, adresse, numéro de téléphone et adresse de courriel ci-dessous. Outre le présent formulaire B, veuillez nous fournir une copie notariée de la procuration, un certificat de nomination à titre de fiduciaire de la succession, une copie notariée du dernier testament vous nommant à titre de fiduciaire/exécuteur/liquidateur de la succession ou tout autre document pouvant être accepté par le contrôleur. Toutes les copies doivent être certifiées par un notaire public.

| | |
|---|---|
| **Nom du représentant** | |
| **Adresse du représentant** | |
| **Numéro de téléphone du représentant** | |
| **Courriel du représentant** | |

# APPENDIX "D"

SAMPLE TRANSFERRED – 33333

# Your Information Statement Package

## In the Matter of Nortel Canada CCAA Proceedings

Personal & Confidential

00005

SAMPLE TRANSFERRED
TEST ADDRESS
TORONTO, ON X1X 1X1
CANADA

> THIS DOCUMENT CONTAINS IMPORTANT LEGAL INFORMATION - YOU (OR YOUR AUTHORIZED REPRESENTATIVE) MUST READ IT CAREFULLY AND REVIEW THE INFORMATION CONTAINED HEREIN. YOU DO NOT NEED TO TAKE ANY ACTION IF THE INFORMATION IS CORRECT. HOWEVER, IF CORRECTIONS ARE REQUIRED, YOU MUST TAKE THE ACTIONS BY DECEMBER 23, 2011.

As you know, Nortel Networks Limited, Nortel Networks Corporation, Nortel Networks Technology Corporation, Nortel Networks International Corporation and Nortel Networks Global Corporation (collectively "Nortel Canada") filed for protection under the *Companies' Creditors Arrangement Act* (CCAA) on January 14, 2009 and Ernst & Young Inc. was appointed as the Monitor. This package has been prepared with the input of your Court-appointed Representatives and your Court-appointed Representative Legal Counsel, as well as with the input of counsel to CAW-Canada. Capitalized terms not defined in this package are as defined in the 75th Report of the Monitor.

Assessing and valuing the losses that employees, former employees, pensioners and their survivors have experienced due to Nortel Canada's insolvency is a key step in the CCAA proceedings. A claims process has been established for employment-related claims which is referred to as the "Compensation Claims Procedure" in the Court material. This process, including the basis for calculating your employment-related claim ("Compensation Claim"), has been approved by the Ontario Superior Court of Justice (the "Court"). Unless otherwise stated, all monetary amounts contained in this package are expressed in Canadian dollars.

Nortel Canada's records indicate you have a Compensation Claim against Nortel Canada. As set out in *Form A* and based on the personal information shown on *Form B* of this package, your aggregate Compensation Claim[1] against Nortel Canada is: $--.

Since Nortel Canada is insolvent you will receive only a percentage of the full value of your Compensation Claim, in the form of one or more payments of money from the Nortel Canada estate. At this point, the timing and the amount is not yet known, but you will receive further information during the claims process to keep you up to date.

If you need assistance with respect to this package, please refer to the contact information for your court-appointed Representative Legal Counsel at the end of this letter.

---

[1] The total of all the payments that you receive from Nortel Canada will be reduced by payments made to you, if any, from the Hardship Fund.

SAMPLE TRANSFERRED – 33333

**Note:** This Compensation Claims Process does not include claims for **the funding deficits** in the registered pension plans. Those claims have been made by the Administrator of the registered pension plan on behalf of all plan members. Any payments on those claims will be paid to the registered pension plans and will ultimately benefit the plan members. Any questions regarding your registered pension plans should be directed to Morneau Shepell Ltd. at: website: www.pensionwindups.morneausobeco.com, phone: Negotiated Plan: 1-877-392-2073, phone: Managerial Plan: 1-877-392-2074, email: nortelwindup@morneausobeco.com.

Your Benefit Claim (which includes non-registered pension plans and post-employment benefits such as LTD, post-retirement and/or survivor benefits) has been calculated by Mercer (Canada) Limited ("Mercer"), the actuaries retained by Nortel Canada, and has been reviewed for accuracy by actuaries working on behalf of your Court-appointed Representatives and counsel to CAW – Canada. The personal data used to calculate your Compensation Claim is from Nortel Canada's records. The methodology and assumptions on which the actuarial valuations have been based (including increases to your Compensation Claim relating to income tax gross up[2] and administrative gross up[3] as applicable) have been approved by the Court and cannot be modified. The Mercer 2011 Valuations ("Valuation of Non-Pension Benefits for Claims Purposes as at the Determination Date by Mercer dated September 2011" and "Valuation of Non-Registered Pension Benefits and loss of Registered Pension Benefit Accruals for Claims Purposes as at the Determination Date by Mercer dated September 2011") will provide further details on the post retirement benefits and non-registered plans and the assumptions used to calculate these claims. These Mercer 2011 Valuations and related Court-approved assumptions can be viewed at www.ey.com/ca/nortel. Your Representative Legal Counsel have prepared FAQ's/Questions and Answers regarding these reports and assumptions. Their contact information can be found at the end of this letter.

---

[2] An additional 11.1% of your applicable non-registered pension plan claims, survivor benefit claims, life claims and lost registered pension accrual claim has been added in recognition of the taxable nature of these claims. The 11.1% is equivalent to a net effective income tax gross up of 10%.

[3] An additional 10% of your medical and dental claims has been added in recognition of administrative costs.

SAMPLE TRANSFERRED – 33333

## *What do you need to do now?*

### *Form A – Your Compensation Claim Amount*

Your Compensation Claim amount set out on *Form A* will be accepted as your Compensation Claim in Nortel Canada's CCAA proceedings for all purposes and will **only** be modified if you submit corrections to the personal information on *Form B and* these corrections are accepted by the Monitor. *Note:* Not all data corrections will change the amount of your Compensation Claim. For example, corrections to your name or ID will not change the amount.

### *Form B – Personal Information Change Form*

This form contains personal information applicable to you and your Compensation Claim, based on Nortel Canada's records.

Please review carefully the information contained in *Form B* and read the *Guide to Using Form B* included in your package for further information. This is your opportunity to correct any errors in the personal information applicable to your Compensation Claim.

1. *If the information is correct:* You do not have to do anything more with respect to this information or to establish your claim. Your Compensation Claim as set out in *Form A* will be accepted in the CCAA proceedings based on the information in *Form B*.

2. *If you have any changes or corrections to the information:* You must return *Form B* to the Monitor (using contact information listed below) with your changes clearly marked, and enclose any applicable supporting documentation you have for those changes. If necessary, use an additional piece of paper to describe your changes. See the *Guide to Using Form B* for examples of supporting documentation acceptable to the Monitor.

   If you do not return any corrections to *Form B* by December 23, 2011 at 4:00 p.m. (Eastern Standard Time) (the "Bar Date"), the information contained in *Form B* will be deemed to be correct and complete in all respects and the Compensation Claim set out in *Form A* will be your Compensation Claim against Nortel Canada for all purposes.

   If changes to the information in *Form B* are accepted by the Monitor, and result in a change in your Compensation Claim amount, as set out in *Form A*, a Revised Information Statement (including *Form A* and *Form B*) will be generated and mailed to you. If the changes do not result in a change to your Compensation Claim amount, you will receive a Notice of Acceptance (Personal Information) to this effect.

   If the changes to the information in *Form B* are not accepted by the Monitor, you will receive a Notice of Disallowance (Personal Information) to this effect. For further information regarding the resolution of claims, please refer to the Compensation Claims Procedure Order on the Monitor's website.

   Copies of any corrections received by the Monitor and responses to those corrections by the Monitor will also be sent to your Representative Legal Counsel.

   You can expect to receive such communications from the Monitor no earlier than 90 days after the Bar Date.

3. *If you believe you have claims not listed on Form A*: You will have to complete *Form C – Canadian Compensation Proof of Claim re: Other Compensation Claims* and submit it to the Monitor by the Bar Date of December 23, 2011. Information with respect to *Form C* is contained in the *Guide to Completing Form C*. **Please note that there are deadlines and restrictions applicable to the submission of *Form C*, as described in *Guide to Completing Form C*.**

   If you have any additional questions, contact your Representative Legal Counsel. Please refer to the contact information at the end of this letter.

SAMPLE TRANSFERRED – 33333

## Deadline for Submission of Changes or Corrections

You must send any corrections to the information in *Form B* **no later than December 23, 2011 at 4:00 p.m. (Eastern Standard Time)** by mail, by fax, or by sending a scanned copy by email to:

Ernst & Young Inc.
222 Bay St., P.O. Box 251
Toronto-Dominion Centre
Toronto, ON M5K 1J7 CANADA
Attention: Nortel Claims
Fax: 416-943-2808
or e-mail: nortel.monitor@ca.ey.com

Copies of any corrections received by the Monitor and responses to those corrections by the Monitor will also be sent to your Representative Legal Counsel.

**If you do not return your corrections to *Form B* by December 23, 2011 at 4:00 p.m. (Eastern Standard Time),** the information contained in *Form B* will be deemed to be correct and complete in all respects and the Compensation Claim set out in *Form A* will be your Compensation Claim against Nortel Canada for all purposes.

**You will not have another opportunity to make corrections.**

## Distributions

You will eventually receive payments from Nortel Canada. A payment, or distribution, occurs when some of the money from Nortel Canada is distributed among people who have claims against Nortel Canada. Since Nortel Canada is insolvent you will receive only a percentage of the full value of your Compensation Claim, in the form of one or more payments of money from the Nortel Canada estate. At this point, the timing and the amount is not yet known, but you will receive further information during the claims process to keep you up to date.

Payments will be subject to statutory withholdings if applicable.

Please ensure that the contact details the Monitor has on file for you remain current. **If your mailing address changes** please phone, mail, fax or email your new address, along with your name and ID number (which you will find at the top of the page) to the Monitor using the contact details noted below. It is your responsibility to keep this information up to date.

## If you have any questions

**Please contact:**

- Monitor at 1-866-942-7177 or 416-943-4439 or email the Monitor at nortel.monitor@ca.ey.com.
- Court-appointed Representative Counsel for Former Employees, LTD Beneficiaries: Koskie Minsky at 1-866-777-6344 or email: nortel@kmlaw.ca
- Court-appointed Representative Counsel for Continuing and Transferred employees: Nelligan O'Brien Payne at 1-877-542-9254 or email: ncce@nelligan.ca
- CAW – Canada: Barry E. Wadsworth, Associate Counsel at 416-495-3776 or email: linda.cantin@caw.ca

Form A – SAMPLE TRANSFERRED – 33333

# Form A – Your Compensation Claim Amount

## Your Compensation Claim Amount

The table below lists the Compensation Claims that Nortel Canada believes you are entitled to. The valuation of those claims is in accordance with the Court-approved Compensation Claims Methodology and based on the personal information listed in *Form B*. Certain of the benefit claims listed below represent the actuarially determined present value of such claims.

If you believe that there are other claims not listed on this *Form A*, you will have to complete *Form C*.

| Description | Your Claim Amount[1] |
|---|---|
| Nortel Networks Limited Transitional Retirement Allowance Plan ("TRA") | |
| Income Tax Gross Up[2] | |
| **Aggregate Compensation Claim Amount** | $.. |

[1] The total of all the payments that you receive from Nortel Canada will be reduced by payments made to you, if any, from the Hardship Fund.

[2] An additional 11.1% of your applicable non-registered pension plan claims, survivor benefit claims, life claims and lost registered pension accrual claims has been added in recognition of the taxable nature of these claims. The 11.1% is equivalent to a net effective income tax gross up of 10%.

Nortel Canada's records indicate that: you received benefits (non-registered pension plans and post employment benefits, such as LTD, post-retirement and/or survivor benefits); were eligible to receive the benefit as at December 31, 2010; were on LTD at December 31, 2010; or became eligible to receive the benefit by the end of your severance or notice period. Your benefit claims have been calculated by Mercer (Canada) Limited ("Mercer"), the actuaries retained by Nortel Canada, and have been reviewed for accuracy by actuaries working on behalf of your Court-appointed Representatives and counsel to the CAW – Canada. The personal data used to calculate your Compensation Claim is from Nortel Canada's records. The methodology and assumptions on which the actuarial valuations have been based (including increases to your Compensation Claim relating to income tax gross up[3] and administrative gross up[4], as applicable) have been approved by the Court and cannot be modified. The Mercer 2011 Valuations ("Valuation of Non-Pension Benefits for Claims Purposes at the Determination Date by Mercer dated September 2011" and "Valuation of Non-Registered Pension Benefits and Loss of Registered Pension Benefit Accruals for Claims Purposes at the Determination Date by Mercer dated September 2011") will provide further details on the post retirement benefits and non-registered plans and the assumptions used to calculate these claims. These Mercer 2011 valuations and related Court-approved assumptions can be viewed at www.ey.com/ca/nortel. Your Representative Legal Counsel have prepared FAQ's/Questions and Answers regarding these reports and assumptions.

**Note:** This Compensation Claims Process does not include claims for **the funding deficits** in the registered pension plans. Those claims have been made by the Administrator of the registered pension plan on behalf of all plan members. Any payments on those claims will be paid to the registered pension plans and will ultimately benefit the plan members. Any questions regarding your registered pension plans should be directed to Morneau Shepell Ltd website: www.pensionwindups.morneausobeco.com, phone: Negotiated Plan: 1-877-392-2073, phone: Managerial Plan: 1-877-392-2074, email: nortelwindup@morneausobeco.com.

[3] An additional 11.1% of your applicable non-registered pension plans claims, survivor benefit claims, life claims and lost registered pension accrual claims has been added in recognition of the taxable nature of these claims. The 11.1% is equivalent to a net effective income tax gross up of 10%.

[4] An additional 10% of your medical and dental claims has been added in recognition of administrative costs.

00114

## Personal Detailed Base Severance Claim Calculation Based on the Compensation Claims Methodology

This is the formulae used to determine the Methodology Notice Period as per the Termination and Severance Claim Methodology. This Methodology Notice Period was used (i) to calculate the claim for lost pension accrual/lost pension contributions during the Methodology Notice Period; and (ii) to determine whether you became eligible for post-retirement benefit claims and/or non-registered pension plans claims by the end of this Methodology Notice Period.

| | | | |
|---|---|---|---|
| Years of Service = (Termination Date (line 66) - Hire Date (line 65)) ÷ 365 | (March 19, 2010 - September 2, 1980) ÷ 365 | 29.56 years | A |
| Methodology Notice Period = 3.3 Weeks x Years of service [Min 8; Max 78] | 3.3 x 29.56 | 78.00 weeks | B |



00005

2 of 2

# Form B – Your Personal Information Change Form

The Compensation Claim amount set out in *Form A* will **only be modified** if you submit corrections to the personal information that Nortel Canada has on file for you that are listed below **and** those corrections are accepted by the Monitor. Please refer to the *Guide to Using Form B* for further information on each line item listed in the chart below and suggested documentation that would be acceptable to the Monitor to support any corrections you make. *Note:* Not all data corrections will change the amount of your Compensation Claim. For example, corrections to your name or ID will not change the amount.

The line numbers in this *Form B* correspond to the line numbers in *Guide to Using Form B*. As this is a personalized data form, *Form B* will contain only those line items that pertain to your situation.

**If you do not return your data corrections and supporting information to the Monitor by December 23, 2011 at 4:00 p.m. (Eastern Standard Time)**, the information contained in *Form B* will be deemed to be correct and complete in all respects and the Compensation Claim set out in *Form A* will be your Compensation Claim against Nortel Canada for all purposes.

| Line # | Personal Information | Details per – Nortel Canada's Records as at December 31, 2010 | Corrections, if any |
|--------|---------------------|------------------------------------------------------------|---------------------|
| 1. | Last Canadian employer of record | Nortel Networks Limited | |
| 2. | Name | SAMPLE TRANSFERRED | |
| 3. | ID | 33333 | |
| 4. | Gender | Male | |
| 5. | Year of birth | 1960 | |
| 6. | Is the Claimant SAMPLE TRANSFERRED, deceased? (If so, provide date of death) | No | |
| 11. | Benefit group for Pension purposes | 5 | |
| 13. | Pensionable service | 27.33 years | |
| 14. | Grandfathered status at December 31, 2007 for Registered Pension purposes[1] | Non-Grandfathered | |
| 15. | Final average earnings / Best average earnings | $97,000.00 | |
| 38. | TRA/RAP Lump sum | $73,875.20 | |
| 65. | Date of hire for severance calculation purposes is based on – CSD | September 2, 1980 | |
| 66. | Date of termination of employment | March 19, 2010 | |
| 67. | Annual salary | $96,485.00 | |
| 82. | Registered Pension Plan | DCPP/Non-Grandfathered Part I | |

Form B – SAMPLE TRANSFERRED – 33333

| Line # | Personal Information | Details per – Nortel Canada's Records as at December 31, 2010 | Corrections, if any |
|--------|---------------------|--------------------------------------------------------------|---------------------|
| 83. | Name of the company to which you were offered a deal as part of a transaction | CIENA | |

[1] If this is incorrect, there is other personal information that may require correction. Please refer to the *Guide to Using Form B* for further detail.



00117

Form B – SAMPLE TRANSFERRED – 33333

## Confirming Changes or Corrections to My Personal Information

1. If you <u>AGREE</u> with all of the information contained in this *Form B*, you <u>do not</u> need to sign or return a copy of *Form B*. No further action is required with respect to your Compensation Claim.

2. If you have <u>CHANGES OR CORRECTIONS</u> to any of the information contained in *Form B*, you must make your corrections on *Form B in the column labeled "Corrections, if any"*, complete the following section, and return all pages of this *Form B*, along with your supporting documentation. Changes or corrections without appropriate supporting documentation as required by the *Guide to Using Form B* may not be accepted by the Monitor.

   If you do not return your changes or corrections to *Form B* by December 23, 2011 at 4:00 p.m. (Eastern Standard Time) (the "Bar Date"), the information contained in *Form B* will be deemed to be correct and complete in all respects and the Compensation Claim set out in *Form A* will be your Compensation Claim against Nortel Canada for all purposes.

   If changes to the information in *Form B* are accepted by the Monitor, and result in a change in your Compensation Claim amount as set out in *Form A*, a Revised Information Statement (including *Form A and Form B*) will be generated and mailed to you. If the changes do not result in a change to your Compensation Claim amount, you will receive a Notice of Acceptance (Personal Information) to this effect.

   If the changes to the information in *Form B* are not accepted by the Monitor, you will receive a Notice of Disallowance (Personal Information) to this effect. For further information regarding the resolution of claims, please refer to the Compensation Claims Procedure Order on the Monitor's website.

   Copies of any corrections received by the Monitor and responses to those corrections by the Monitor will also be sent to your Representative Legal Counsel.

   You can expect to receive such communications from the Monitor no earlier than 90 days after the Bar Date.

3. If you believe that there are other claims not listed on *Form A*, you will have to complete *Form C-Canadian Compensation Proof of Claim re: Other Compensation Claims* and submit it to the Monitor by the Bar Date. Information with respect to *Form C* is contained in the *Guide to Completing Form C*. **Please note that there are deadlines and restrictions applicable to the submission of *Form C*, as described in *Guide to Completing Form C*.**

**IMPORTANT: If you do not return any corrections by December 23, 2011 at 4:00 p.m. (Eastern Standard Time) together with supporting documentation, the information contained in this *Form B* will be deemed to be correct and complete in all respects and the Compensation Claim set out in *Form A* will be your Compensation Claim against Nortel Canada for all purposes.**

**You will not have another opportunity to make corrections.**

**Please retain a copy for your records.**

I confirm the truth of the corrections made by me to the information in this Form B:

_____         _____
**Signature**                                        **Date**

_____         _____
**Signature of witness**                        **Name of witness (print)**
**(other than your spouse or children)**

Form B – SAMPLE TRANSFERRED – 33333

**Contact information in the event I need to be reached to clarify any changes:**

| | |
|---|---|
| _____<br>**Email address** | ( )_____<br>**Daytime phone number** |
| | ( )_____<br>**Alternate phone number** |
| | ( )_____<br>**Alternate phone number** |

### Authorized Representative

<u>To be completed ONLY</u> **if you are completing and signing this** *Form B* **on behalf of a Nortel Canada claimant and you are one of the following;**

– Continuing/non-continuing Power of Attorney for Property; or

– Estate Trustee/Administrator/Executor.

Please print your full name, address, telephone number, and email address below. In addition to this *Form B*, please also send us a notarized copy of the Power of Attorney documents, certificate of appointment of estate trustee, a notarized copy of the last will and testament naming you the estate trustee/executor or other documents acceptable to the Monitor. All copies must be notarized by a Notary Public.

| | |
|---|---|
| **Representative's Name** | |
| **Representative's Address** | |
| **Representative's Telephone Number** | |
| **Representative's Email Address** | |

00119

SAMPLE TRANSFERRED – 33333

# Votre trousse de déclaration des renseignements

## dans l'affaire de la procédure en vertu de la LACC de Nortel Canada

Personnel et confidentiel

00005

SAMPLE TRANSFERRED
TEST ADDRESS
TORONTO, ON X1X 1X1
CANADA

> LE PRÉSENT DOCUMENT CONTIENT D'IMPORTANTS RENSEIGNEMENTS JURIDIQUES. VOUS (OU VOTRE REPRÉSENTANT AUTORISÉ) DEVEZ LE LIRE ATTENTIVEMENT ET PASSER EN REVUE LES RENSEIGNEMENTS QUI Y SONT PRÉSENTÉS. VOUS N'AVEZ RIEN À FAIRE SI LES RENSEIGNEMENTS SONT EXACTS. CEPENDANT, SI DES CORRECTIONS SONT REQUISES, VOUS DEVEZ AGIR D'ICI LE **23 DÉCEMBRE 2011.**

*En cas de disparité entre la version anglaise et la version française, la version anglaise a préséance.*

Comme vous le savez, Nortel Networks Limitée, Corporation Nortel Networks, Corporation Technologie Nortel Networks, Corporation Internationale Nortel Networks et Nortel Networks Global Corporation (collectivement désignées «Nortel Canada») se sont placées sous la protection de la *Loi sur les arrangements avec les créanciers des compagnies* (la «LACC») le 14 janvier 2009, et Ernst & Young Inc. a été nommée contrôleur. Vos représentants nommés par le tribunal, les conseillers juridiques nommés par le tribunal pour agir en votre nom ainsi que les conseillers juridiques de TCA-Canada ont participé à la préparation de la présente trousse. Les mots et expressions non définis aux présentes doivent recevoir le sens qui leur est donné, le cas échéant, dans le 75e rapport du contrôleur.

La détermination et l'évaluation des pertes subies par les employés, les anciens employés, les retraités et leurs survivants en raison de l'insolvabilité de Nortel Canada est une étape cruciale de la procédure en vertu de la LACC. Un processus de réclamation a été établi pour les réclamations liées à l'emploi, processus désigné «*Compensation Claims Procedure*» dans les documents du tribunal et désigné le «processus de réclamation au titre de la rémunération» aux présentes. Ce processus, notamment la base de calcul de votre réclamation liée à l'emploi («réclamation au titre de la rémunération»), a été approuvé par la Cour supérieure de justice de l'Ontario (le «tribunal»). À moins d'indication contraire, tous les montants mentionnés dans la présente trousse sont en dollars canadiens.

Selon nos dossiers de Nortel Canada, vous avez une réclamation au titre de la rémunération contre celle-ci. Comme il est indiqué dans le formulaire A et d'après les renseignements personnels figurant dans le formulaire B de la présente trousse, votre réclamation au titre de la rémunération[1] contre Nortel Canada totalise: -- $.

---

[1] Le montant total des paiements que vous recevrez de Nortel Canada sera réduit du montant des paiements que vous avez reçus, le cas échéant, du fonds d'indemnisation pour difficultés d'existence (*Hardship Fund*).

00120

SAMPLE TRANSFERRED – 33333

Nortel Canada étant insolvable, vous ne recevrez qu'un pourcentage de la valeur totale de votre réclamation au titre de la rémunération, sous la forme d'un ou de plusieurs paiements sur l'actif de Nortel Canada. À ce stade, le moment et le montant de ce(s) paiement(s) ne sont pas connus, mais d'autres renseignements vous seront transmis au cours du processus de réclamation afin de vous tenir à jour.

Si vous avez besoin d'aide relativement à cette trousse, vous trouverez les coordonnées des conseillers juridiques nommés par le tribunal pour agir en votre nom à la fin de la présente lettre.

**Note :** Le présent processus de réclamation au titre de la rémunération n'englobe pas les réclamations au titre **des déficits de solvabilité** des régimes de retraite agréés. Ces réclamations ont été soumises par l'administrateur du régime de retraite agréé au nom de tous les participants du régime. Tout paiement à l'égard de ces réclamations sera versé aux régimes de retraite agréés et profitera éventuellement aux participants du régime. Toute question concernant vos régimes de retraite agréés doit être acheminée à Morneau Shepell ltée (site Web : www.pensionwindups.morneausobeco.com, téléphone : régime négocié : 1 877 392 2073, régime destiné aux cadres : 1 877 392 2074, courriel : nortelwindup@morneausobeco.com).

Votre réclamation au titre des prestations (qui comprend les régimes de retraite non agréés et les prestations postérieures à l'emploi, dont les prestations ILD, les prestations postérieures à la retraite et/ou les prestations de survivant) a été calculée par Mercer (Canada) limitée («Mercer») (les actuaires mandatés par Nortel Canada), et les actuaires œuvrant pour le compte de vos représentants nommés par le tribunal et des conseillers juridiques de TCA-Canada en ont vérifié l'exactitude. Les données personnelles utilisées pour calculer votre réclamation au titre de la rémunération sont tirées des dossiers de Nortel Canada. La méthodologie et les hypothèses sur lesquelles sont fondées les évaluations actuarielles (y compris les augmentations de votre réclamation au titre de la rémunération se rapportant à la majoration au titre de l'impôt sur le revenu[2] et à la majoration pour frais administratifs[3], selon le cas) ont été approuvées par le tribunal et ne peuvent être modifiées. Les évaluations de Mercer pour 2011 (*Valuation of Non-Pension Benefits for Claims Purposes as at the Determination Date by Mercer dated September 2011* et *Valuation of Non-Registered Pension Benefits and loss of Registered Pension Benefit Accruals for Claims Purposes as at the Determination Date by Mercer dated September 2011*) donneront d'autres précisions sur les prestations postérieures à la retraite et les régimes non agréés et sur les hypothèses utilisées pour calculer ces réclamations. Les évaluations de Mercer pour 2011 et les hypothèses connexes approuvées par le tribunal peuvent être consultées à l'adresse www.ey.com/ca/nortel. Les conseillers juridiques agissant en votre nom ont préparé des questions et réponses concernant ces rapports et ces hypothèses. Vous trouverez leurs coordonnées à la fin de la présente lettre.

---

[2] Un montant supplémentaire correspondant à 11,1 % de vos réclamations au titre d'un régime de retraite non agréé, réclamations pour prestations de survivant, réclamations au titre de l'assurance-vie et réclamations pour la charge de retraite au titre d'un régime agréé perdue applicables a été ajouté pour tenir compte du fait que ces réclamations sont imposables. Le pourcentage de 11,1 % équivaut à une majoration au titre de l'impôt sur le revenu effective nette de 10 %.

[3] Un montant supplémentaire correspondant à 10 % de vos réclamations au titre de l'assurance médicale et de l'assurance dentaire a été ajouté pour tenir compte des frais administratifs.

00121

SAMPLE TRANSFERRED – 33333

## *Que devez-vous faire maintenant?*

### *Formulaire A – Montant de votre réclamation au titre de la rémunération*

Le montant de la réclamation au titre de la rémunération indiqué dans le formulaire A sera accepté comme étant votre réclamation au titre de la rémunération dans le cadre de la procédure en vertu de la LACC de Nortel Canada à toutes fins que de droit et sera modifié **seulement** si vous soumettez des corrections aux renseignements personnels figurant dans le formulaire B *et* que le contrôleur accepte ces corrections. *Note* : Ce ne sont pas toutes les corrections qui feront changer le montant de votre réclamation au titre de la rémunération. Par exemple, la correction de votre nom ou de votre numéro d'identification ne donnera pas lieu à un montant différent.

### *Formulaire B – Formulaire de modification de vos renseignements personnels*

Ce formulaire contient des renseignements personnels vous concernant et se rapportant à votre réclamation au titre de la rémunération tirés des dossiers de Nortel Canada.

Veuillez passer soigneusement en revue les renseignements figurant dans le formulaire B et lire le *Guide d'utilisation du formulaire B* inclus dans la trousse pour de plus amples renseignements. Vous avez ici l'occasion de corriger les erreurs qui auraient pu se glisser en ce qui a trait aux renseignements personnels applicables aux fins de votre réclamation au titre de la rémunération.

1. ***Si les renseignements sont exacts*** : Vous n'avez rien d'autre à faire concernant ces renseignements ou pour prouver votre réclamation. Votre réclamation au titre de la rémunération telle qu'elle est indiquée dans le formulaire A sera acceptée dans le cadre de la procédure en vertu de la LACC sur la base des renseignements indiqués dans le formulaire B.

2. ***Si les renseignements doivent être changés ou corrigés*** : Vous devez retourner le formulaire B au contrôleur (à l'aide des coordonnées précisées ci-après) en indiquant clairement les changements que vous souhaitez faire et joindre tout document pertinent à l'appui de ces changements, le cas échéant. Au besoin, utilisez une feuille supplémentaire pour décrire les changements demandés. Consultez le *Guide d'utilisation du formulaire B* pour des exemples de documents à l'appui pouvant être acceptés par le contrôleur.

   Si aucune correction au formulaire B n'est reçue au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011 (la «date limite»), les renseignements contenus dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit.

   Si les changements apportés aux renseignements figurant dans le formulaire B sont acceptés par le contrôleur et entraînent la modification du montant de votre réclamation au titre de la rémunération figurant dans le formulaire A, un relevé de vos renseignements révisé (comprenant les formulaires A et B) sera produit et vous sera transmis par la poste. Si les changements n'influent pas sur le montant de votre réclamation au titre de la rémunération, vous recevrez un «avis d'acceptation (renseignements personnels)» à cet égard.

   Si le contrôleur n'accepte pas les changements apportés aux renseignements figurant dans le formulaire B, vous recevrez un «avis de rejet (renseignements personnels)» à cet égard. Pour en savoir davantage au sujet du règlement des réclamations, veuillez consulter l'ordonnance relative à la procédure de réclamation au titre de la rémunération (*Compensation Claims Procedure Order*) sur le site Web du contrôleur.

   Le contrôleur enverra aussi une copie des corrections qu'il a reçues et de sa réponse aux corrections en question aux conseillers juridiques agissant en votre nom.

   Ne comptez pas recevoir pareilles communications de la part du contrôleur avant l'écoulement d'un délai de 90 jours après la date limite.

3. ***Si vous croyez avoir des réclamations ne figurant pas dans le formulaire A*** : Vous devez remplir le formulaire C, *Preuve de réclamation canadienne au titre de la rémunération – Re : autres réclamations au titre de la rémunération,* et le transmettre au contrôleur d'ici la date limite du 23 décembre 2011. Les renseignements relatifs au formulaire C sont contenus dans le *Guide pour la préparation du formulaire C*. **Veuillez noter que des délais et des restrictions s'appliquent à la transmission du formulaire C, tel qu'il est décrit dans le *Guide pour la préparation du formulaire C*.**

SAMPLE TRANSFERRED – 33333

Si vous avez des questions, communiquez avec les conseillers juridiques agissant en votre nom. Reportez-vous aux coordonnées fournies à la fin de la présente lettre.

## Date limite pour la soumission de changements ou corrections

Vous devez envoyer les corrections apportées aux renseignements figurant dans le formulaire B **au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011**, par la poste, par télécopieur ou par courriel (copie numérisée) à :

Ernst & Young Inc.
222 Bay St., P.O. Box 251
Toronto-Dominion Centre
Toronto, ON M5K 1J7 CANADA
Attention : Nortel Claims
Télécopieur : 416-943-2808
Courriel : nortel.monitor@ca.ey.com

Le contrôleur enverra aussi une copie des corrections qu'il a reçues et de sa réponse aux corrections en question aux conseillers juridiques agissant en votre nom.

**Si vous ne retournez pas les corrections au formulaire B au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011**, les renseignements figurant dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit.

**Vous n'aurez pas d'autre occasion d'apporter des corrections.**

## Distributions

Vous recevrez éventuellement des paiements de Nortel Canada. Il y a paiement, ou distribution, lorsqu'une partie de l'argent de Nortel Canada est distribuée entre les personnes qui ont des réclamations contre Nortel Canada. Comme Nortel Canada est insolvable, vous ne recevrez qu'un pourcentage de la valeur totale de votre réclamation au titre de la rémunération, sous la forme d'un ou de plusieurs paiements sur l'actif de Nortel Canada. À ce stade, le moment et le montant de ce(s) paiement(s) ne sont pas connus, mais nous vous transmettrons d'autres renseignements au cours de la procédure de réclamation afin de vous tenir à jour.

Les paiements seront assujettis aux retenues à la source prévues par la loi, le cas échéant.

Prenez soin de tenir à jour vos coordonnées figurant aux dossiers du contrôleur. **Si votre adresse postale change**, veuillez transmettre votre nouvelle adresse, en indiquant aussi votre nom et votre numéro d'identification (que vous trouverez au haut de la page), au contrôleur par téléphone, par télécopieur ou par courriel, à l'aide des coordonnées précisées ci-après. Il vous incombe de tenir ces renseignements à jour.

## Si vous avez des questions

**Veuillez communiquer avec :**

- le contrôleur, par téléphone au 1 866 942 7177 ou au 416 943 4439, ou par courriel à l'adresse nortel.monitor@ca.ey.com;

- les conseillers juridiques nommés par le tribunal agissant au nom des anciens employés et des bénéficiaires ILD (*Court-appointed Representative Counsel for Former Employees, LTD Beneficiaries*) : Koskie Minsky, par téléphone au 1 866 777 6344, ou par courriel à l'adresse nortel@kmlaw.ca;

- les conseillers juridiques nommés par le tribunal agissant au nom des employés encore en fonction et des employés mutés (*Court-appointed Representative Counsel for Continuing and Transferred employees*) : Nelligan O'Brien Payne, par téléphone au 1 877 542 9254, ou par courriel à l'adresse nccc@nelligan.ca;

- TCA–Canada : Barry E. Wadsworth, avocat-conseil associé, par téléphone au 416 495 3776, ou par courriel à l'adresse linda.cantin@caw.ca

# Formulaire A – Montant de votre réclamation au titre de la rémunération

*En cas de disparité entre la version anglaise et la version française, la version anglaise a préséance.*

## Montant de votre réclamation au titre de la rémunération

Le tableau ci-après dresse la liste des réclamations au titre de la rémunération auxquelles Nortel Canada croit que vous avez droit. L'évaluation de ces réclamations a été faite conformément à la méthodologie approuvée par le tribunal pour les réclamations au titre de la rémunération et à partir des renseignements personnels indiqués dans le formulaire B. Certaines des réclamations au titre des prestations indiquées ci-après représentent la valeur actualisée qui a été déterminée par des actuaires des réclamations en question.

Si vous croyez avoir d'autres réclamations ne figurant pas dans le présent formulaire A, vous devrez remplir le formulaire C.

| Description | Montant de votre réclamation[1] |
|---|---|
| Régime d'allocations de retraite de transition de Nortel Networks Limitée (*Transitional Retirement Allowance Plan (TRA)*) («RART») | |
| Majoration au titre de l'impôt sur le revenu[2] | |
| **Montant total de la réclamation au titre de la rémunération** | -- $ |

[1] Le montant total des paiements que vous recevrez de Nortel Canada sera réduit du montant des paiements que vous avez reçus, le cas échéant, du fonds d'indemnisation pour difficultés d'existence.

[2] Un montant supplémentaire correspondant à 11,1 % de vos réclamations au titre des régimes de retraite non agréés, réclamations pour prestations de survivant, réclamations au titre de l'assurance-vie et réclamations pour la charge de retraite au titre d'un régime agréé perdue applicables a été ajouté pour tenir compte du fait que ces réclamations sont imposables. Le pourcentage de 11,1 % équivaut à une majoration au titre de l'impôt sur le revenu effective nette de 10 %.

00124

Les dossiers de Nortel Canada indiquent que : vous avez reçu des prestations (prestations en vertu de régimes de retraite non agréés et prestations postérieures à l'emploi, dont les prestations ILD, les prestations postérieures à la retraite et/ou les prestations de survivant); vous étiez admissible à des prestations en date du 31 décembre 2010; vous étiez en ILD le 31 décembre 2010 ou vous êtes devenu(e) admissible aux prestations à la fin de votre période de préavis ou d'indemnité de départ. Vos réclamations au titre des prestations ont été calculées par Mercer (Canada) limitée («Mercer»), les actuaires mandatés par Nortel Canada, et les actuaires œuvrant pour le compte de vos représentants nommés par le tribunal et des conseillers juridiques de TCA-Canada en ont vérifié l'exactitude. Les données personnelles utilisées pour calculer votre réclamation au titre de la rémunération sont tirées des dossiers de Nortel Canada. La méthodologie et les hypothèses sur lesquelles sont fondées les évaluations actuarielles (y compris les augmentations de votre réclamation au titre de la rémunération se rapportant à la majoration au titre de l'impôt sur le revenu[3] et à la majoration pour frais administratifs[4], selon le cas) ont été approuvées par le tribunal et ne peuvent être modifiées. Les évaluations de Mercer pour 2011 (*Valuation of Non-Pension Benefits for Claims Purposes as at the Determination Date by Mercer dated September 2011* et *Valuation of Non-Registered Pension Benefits and Loss of Registered Pension Benefit Accruals for Claims Purposes as at the Determination Date by Mercer dated September 2011*) donneront d'autres précisions sur les prestations postérieures à la retraite et les régimes non agréés et sur les hypothèses utilisées pour calculer ces réclamations. Les évaluations de Mercer pour 2011 et les hypothèses connexes approuvées par le tribunal peuvent être consultées à l'adresse www.ey.com/ca/nortel. Les conseillers juridiques agissant en votre nom ont préparé des questions et réponses concernant ces rapports et ces hypothèses.

**Note:** Le présent processus de réclamation au titre de la rémunération n'englobe pas les réclamations au titre **des déficits de solvabilité** des régimes de retraite agréés. Ces réclamations ont été soumises par l'administrateur du régime de retraite agréé au nom de tous les participants du régime. Tout paiement à l'égard de ces réclamations sera versé aux régimes de retraite agréés et profitera éventuellement aux participants du régime. Toute question concernant vos régimes de retraite agréés doit être acheminée à Morneau Shepell ltée (site Web : www.pensionwindups.morneausobeco.com, téléphone : régime négocié : 1 877 392 2073, régime destiné aux cadres : 1 877 392 2074, courriel : nortelwindup@morneausobeco.com).

---

[3] Un montant supplémentaire correspondant à 11,1 % de vos réclamations au titre des régimes de retraite non agréés, réclamations pour prestations de survivant, réclamations au titre de l'assurance-vie et réclamations pour la charge de retraite au titre d'un régime agréé perdue applicables a été ajouté pour tenir compte du fait que ces réclamations sont imposables. Le pourcentage de 11,1 % équivaut à une majoration au titre de l'impôt sur le revenu effective nette de 10 %.

[4] Un montant supplémentaire correspondant à 10 % de vos réclamations au titre de l'assurance médicale et de l'assurance dentaire a été ajouté pour tenir compte des frais administratifs.

00125

Form A – SAMPLE TRANSFERRED – 33333

## Calcul détaillé personnalisé de la réclamation au titre de l'indemnité de départ de base selon la méthodologie pour les réclamations au titre de la rémunération

Voici la formule utilisée pour déterminer la période de préavis selon la méthodologie conformément à la méthodologie pour les réclamations au titre de la cessation d'emploi et de l'indemnité de départ. Cette période de préavis selon la méthodologie a été utilisée i) pour calculer la réclamation pour la charge de retraite perdue / les cotisations à un régime de retraite perdues au cours de la période de préavis selon la méthodologie; et ii) pour déterminer si vous étiez devenu(e) admissible à des réclamations pour prestations postérieures à la retraite et/ou réclamations pour les régimes de retraite non agréés à la fin de cette période de préavis selon la méthodologie.

| | | | |
|---|---|---|---|
| Années de service = (date de cessation d'emploi (ligne 66) – date d'embauche (ligne 65)) ÷ 365 | (19 mars 2010 - 2 septembre 1980) ÷ 365 | 29,56 années | A |
| Période de préavis selon la méthodologie = 3,3 semaines x années de service [min. 8; max. 78] | 3,3 x 29,56 | 78,00 semaines | B |

00126



00127

*En cas de disparité entre la version anglaise et la version française, la version anglaise a préséance.*

## Formulaire B – Formulaire de modification de vos renseignements personnels

Le montant de la réclamation au titre de la rémunération indiqué dans le formulaire A sera modifié **seulement** si vous soumettez des corrections aux renseignements personnels tirés des dossiers de Nortel Canada figurant ci-après *et* que le contrôleur accepte ces corrections. Veuillez consulter le *Guide d'utilisation du formulaire B* pour en savoir davantage sur la rubrique de chaque ligne du tableau ci-après et sur la documentation suggérée que le contrôleur pourrait accepter à l'appui des corrections que vous apportez. *Note* : Ce ne sont pas toutes les corrections qui feront changer le montant de votre réclamation au titre de la rémunération. Par exemple, la correction de votre nom ou de votre numéro d'identification ne donnera pas lieu à un montant différent.

Les numéros de ligne dans le formulaire B correspondent à ceux mentionnés dans le *Guide d'utilisation du formulaire B*. Comme ces données sont personnalisées, le formulaire B ne comportera que les rubriques qui se rapportent à votre situation.

**Si vous ne retournez pas de corrections à vos données et les renseignements justificatifs au contrôleur au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011, les renseignements figurant dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit.**

| Nº de ligne | Renseignements personnels | Détails selon les dossiers de Nortel Canada au 31 décembre 2010 | Corrections, s'il y a lieu |
|---|---|---|---|
| 1. | Dernier employeur canadien en liste | Nortel Networks Limitée | |
| 2. | Nom | SAMPLE TRANSFERRED | |
| 3. | Numéro d'identification | 33333 | |
| 4. | Sexe | Homme | |
| 5. | Année de naissance | 1960 | |
| 6. | Le réclamant SAMPLE TRANSFERRED est-il décédé? (Si oui, indiquez la date du décès) | Non | |
| 11. | Groupe de prestations aux fins de la retraite | 5 | |
| 13. | Années de service donnant droit à pension | 27,33 années | |
| 14. | Statut protégé par des droits acquis en date du 31 décembre 2007[1] aux fins du régime de retraite agréé | Non visé(e) par des droits acquis | |

00128

Form B – SAMPLE TRANSFERRED – 33333

| Nº de ligne | Renseignements personnels | Détails selon les dossiers de Nortel Canada au 31 décembre 2010 | Corrections, s'il y a lieu |
|---|---|---|---|
| 38. | Paiement résiduel du dernier mois en vertu du RART/RAR | 73 875,20 $ | |
| 65. | Date d'embauche aux seules fins du calcul de l'indemnité de départ fondée sur – CSD | 2 septembre 1980 | |
| 66. | Date de cessation d'emploi | 19 mars 2010 | |
| 67. | Salaire annuel | 96 485,00 $ | |
| 82. | Régime de retraite agréé | DCPP/Non-Grandfathered Part I | |
| 83. | Nom de la société à l'égard de laquelle vous avez reçu une offre dans le cadre d'une transaction | CIENA | |

[1] Si cette donnée est inexacte, d'autres renseignements personnels peuvent devoir être corrigés. Veuillez consulter le *Guide d'utilisation du formulaire B* pour en savoir davantage.

## Confirmation des changements ou corrections aux renseignements personnels

1. Si vous êtes D'ACCORD avec tous les renseignements contenus dans le présent formulaire B, vous n'avez pas besoin d'en signer ou retourner une copie. Vous n'avez rien à faire en ce qui a trait à votre réclamation au titre de la rémunération.

2. Si vous avez des CHANGEMENTS OU CORRECTIONS à apporter à l'un ou l'autre des renseignements contenus dans le formulaire B, vous devez faire les corrections appropriées dans la colonne intitulée «Corrections, s'il y a lieu» du formulaire B, remplir la section qui suit et retourner toutes les pages du présent formulaire B ainsi que la documentation à l'appui. Le contrôleur pourrait refuser les changements ou corrections pour lesquels la documentation à l'appui requise selon le *Guide d'utilisation du formulaire B* n'est pas fournie.

   Si vous ne retournez pas vos changements ou corrections au formulaire B au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011 (la «date limite»), les renseignements contenus dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit.

   Si les changements apportés aux renseignements figurant dans le formulaire B sont acceptés par le contrôleur et entraînent la modification de votre réclamation au titre de la rémunération, un relevé de vos renseignements révisé (comprenant les formulaires A et B) sera produit et vous sera transmis par la poste. Si les changements n'influent pas sur le montant de votre réclamation au titre de la rémunération, vous recevrez un «avis d'acceptation (renseignements personnels)» à cet égard.

   Si le contrôleur n'accepte pas les changements apportés aux renseignements figurant dans le formulaire B, vous recevrez un «avis de rejet (renseignements personnels)» à cet égard. Pour en savoir davantage au sujet du règlement des réclamations, veuillez consulter l'ordonnance relative à la procédure de réclamation au titre de la rémunération (*Compensation Claims Process Order*) sur le site Web du contrôleur.

   Le contrôleur enverra aussi une copie des corrections qu'il a reçues et de sa réponse aux corrections en question aux conseillers juridiques agissant en votre nom.

   Ne comptez pas recevoir pareilles communications de la part du contrôleur avant l'écoulement d'un délai de 90 jours après la date limite.

3. Si vous croyez avoir d'autres réclamations ne figurant pas dans le formulaire A, vous devrez remplir le *Formulaire C – Preuve de réclamation canadienne au titre de la rémunération -- Re : autres réclamations au titre de la rémunération* et le transmettre au contrôleur d'ici la date limite. Les renseignements relatifs au formulaire C sont contenus dans le *Guide pour la préparation du formulaire C*. **Veuillez noter que des délais et des restrictions s'appliquent à la transmission du formulaire C, tel qu'il est décrit dans le *Guide pour la préparation du formulaire C*.**

**IMPORTANT : Si vous ne retournez pas les corrections au formulaire B au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011, accompagnés de la documentation à l'appui, les renseignements contenus dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit.**

**Vous n'aurez pas d'autre occasion d'apporter des corrections.**

**Veuillez conserver une copie pour vos dossiers.**

00130

Form B – SAMPLE TRANSFERRED – 33333

Je confirme la véracité des corrections que j'ai faites aux renseignements contenus dans le formulaire B.

| | |
|---|---|
| **Signature** | **Date** |

| | |
|---|---|
| **Signature du témoin** (qui n'est ni votre conjoint(e) ni votre enfant) | **Nom du témoin (en lettres moulées)** |

**Coordonnées si on a besoin de me joindre pour clarifier un changement :**

| | |
|---|---|
| **Courriel** | ( ) **Numéro de téléphone le jour** |
| | ( ) **Autre numéro de téléphone** |
| | ( ) **Autre numéro de téléphone** |

**Représentant autorisé**

**À remplir SEULEMENT** si vous préparez et signez le présent formulaire B au nom d'un réclamant de Nortel Canada **et** que vous occupez **l'une des fonctions suivantes :**

– titulaire d'une procuration perpétuelle ou non relativement aux biens; ou

– fiduciaire/administrateur/exécuteur/liquidateur de la succession.

Veuillez inscrire vos nom complet, adresse, numéro de téléphone et adresse de courriel ci-dessous. Outre le présent formulaire B, veuillez nous fournir une copie notariée de la procuration, un certificat de nomination à titre de fiduciaire de la succession, une copie notariée du dernier testament vous nommant à titre de fiduciaire/exécuteur/liquidateur de la succession ou tout autre document pouvant être accepté par le contrôleur. Toutes les copies doivent être certifiées par un notaire public.

| | |
|---|---|
| **Nom du représentant** | |
| **Adresse du représentant** | |
| **Numéro de téléphone du représentant** | |
| **Courriel du représentant** | |

# APPENDIX "E"

00131

SAMPLE PENSIONER – 11111

# Your Information Statement Package

## In the Matter of Nortel Canada CCAA Proceedings

Personal & Confidential

00002

SAMPLE PENSIONER
TEST ADDRESS
TORONTO, ON X1X 1X1
CANADA

> THIS DOCUMENT CONTAINS IMPORTANT LEGAL INFORMATION - YOU (OR YOUR AUTHORIZED REPRESENTATIVE) MUST READ IT CAREFULLY AND REVIEW THE INFORMATION CONTAINED HEREIN. YOU DO NOT NEED TO TAKE ANY ACTION IF THE INFORMATION IS CORRECT. HOWEVER, IF CORRECTIONS ARE REQUIRED, YOU MUST TAKE THE ACTIONS BY DECEMBER 23, 2011.

As you know, Nortel Networks Limited, Nortel Networks Corporation, Nortel Networks Technology Corporation, Nortel Networks International Corporation and Nortel Networks Global Corporation (collectively "Nortel Canada") filed for protection under the *Companies' Creditors Arrangement Act* (CCAA) on January 14, 2009 and Ernst & Young Inc. was appointed as the Monitor. This package has been prepared with the input of your Court-appointed Representatives and your Court-appointed Representative Legal Counsel, as well as with the input of counsel to CAW-Canada. Capitalized terms not defined in this package are as defined in the 75th Report of the Monitor.

Assessing and valuing the losses that employees, former employees, pensioners and their survivors have experienced due to Nortel Canada's insolvency is a key step in the CCAA proceedings. A claims process has been established for employment-related claims which is referred to as the "Compensation Claims Procedure" in the Court material. This process, including the basis for calculating your employment-related claim ("Compensation Claim"), has been approved by the Ontario Superior Court of Justice (the "Court"). Unless otherwise stated, all monetary amounts contained in this package are expressed in Canadian dollars.

Nortel Canada's records indicate you have a Compensation Claim against Nortel Canada. As set out in *Form A* and based on the personal information shown on *Form B* of this package, your aggregate Compensation Claim[1] against Nortel Canada is: $--.

Since Nortel Canada is insolvent you will receive only a percentage of the full value of your Compensation Claim, in the form of one or more payments of money from the Nortel Canada estate. At this point, the timing and the amount is not yet known, but you will receive further information during the claims process to keep you up to date.

If you need assistance with respect to this package, please refer to the contact information for your court-appointed Representative Legal Counsel at the end of this letter.

---

[1] The total of all the payments that you receive from Nortel Canada will be reduced by payments made to you, if any, from the Hardship Fund.
Your Compensation Claim will be reduced by any payment received from the Health & Welfare Trust.

00132

SAMPLE PENSIONER – 11111

**Note:** This Compensation Claims Process does not include claims for **the funding deficits** in the registered pension plans. Those claims have been made by the Administrator of the registered pension plan on behalf of all plan members. Any payments on those claims will be paid to the registered pension plans and will ultimately benefit the plan members. Any questions regarding your registered pension plans should be directed to Morneau Shepell Ltd. at: website: www.pensionwindups.morneausobeco.com, phone: Negotiated Plan: 1-877-392-2073, phone: Managerial Plan: 1-877-392-2074, email: nortelwindup@morneausobeco.com.

Your Benefit Claim (which includes non-registered pension plans and post-employment benefits such as LTD, post-retirement and/or survivor benefits) has been calculated by Mercer (Canada) Limited ("Mercer"), the actuaries retained by Nortel Canada, and has been reviewed for accuracy by actuaries working on behalf of your Court-appointed Representatives and counsel to CAW – Canada. The personal data used to calculate your Compensation Claim is from Nortel Canada's records. The methodology and assumptions on which the actuarial valuations have been based (including increases to your Compensation Claim relating to income tax gross up[2] and administrative gross up[3] as applicable) have been approved by the Court and cannot be modified. The Mercer 2011 Valuations ("Valuation of Non-Pension Benefits for Claims Purposes as at the Determination Date by Mercer dated September 2011" and "Valuation of Non-Registered Pension Benefits and loss of Registered Pension Benefit Accruals for Claims Purposes as at the Determination Date by Mercer dated September 2011") will provide further details on the post retirement benefits and non-registered plans and the assumptions used to calculate these claims. These Mercer 2011 Valuations and related Court-approved assumptions can be viewed at www.ey.com/ca/nortel. Your Representative Legal Counsel have prepared FAQ's/Questions and Answers regarding these reports and assumptions. Their contact information can be found at the end of this letter.

If you receive any payments from the Health & Welfare Trust (the "HWT"), the total of the HWT payments received will be subtracted from your Compensation Claim.



---

[2] An additional 11.1% of your applicable non-registered pension plan claims, survivor benefit claims, life claims and lost registered pension accrual claim has been added in recognition of the taxable nature of these claims. The 11.1% is equivalent to a net effective income tax gross up of 10%.

[3] An additional 10% of your medical and dental claims has been added in recognition of administrative costs.

00133

SAMPLE PENSIONER – 11111

## *What do you need to do now?*

### *Form A – Your Compensation Claim Amount*

Your Compensation Claim amount set out on *Form A* will be accepted as your Compensation Claim in Nortel Canada's CCAA proceedings for all purposes and will **only** be modified if you submit corrections to the personal information on *Form B* **and** these corrections are accepted by the Monitor. *Note:* Not all data corrections will change the amount of your Compensation Claim. For example, corrections to your name or ID will not change the amount.

### *Form B – Personal Information Change Form*

This form contains personal information applicable to you and your Compensation Claim, based on Nortel Canada's records.

Please review carefully the information contained in *Form B* and read the *Guide to Using Form B* included in your package for further information. This is your opportunity to correct any errors in the personal information applicable to your Compensation Claim.

1. ***If the information is correct:*** You do not have to do anything more with respect to this information or to establish your claim. Your Compensation Claim as set out in *Form A* will be accepted in the CCAA proceedings based on the information in *Form B*.

2. ***If you have any changes or corrections to the information:*** You must return *Form B* to the Monitor (using contact information listed below) with your changes clearly marked, and enclose any applicable supporting documentation you have for those changes. If necessary, use an additional piece of paper to describe your changes. See the *Guide to Using Form B* for examples of supporting documentation acceptable to the Monitor.

    If you do not return any corrections to *Form B* by December 23, 2011 at 4:00 p.m. (Eastern Standard Time) (the "Bar Date"), the information contained in *Form B* will be deemed to be correct in all respects and the Compensation Claim set out in *Form A* will be your Compensation Claim against Nortel Canada for all purposes.

    If changes to the information in *Form B* are accepted by the Monitor, and result in a change in your Compensation Claim amount, as set out in *Form A*, a Revised Information Statement (including *Form A* and *Form B*) will be generated and mailed to you. If the changes do not result in a change to your Compensation Claim amount, you will receive a Notice of Acceptance (Personal Information) to this effect.

    If the changes to the information in *Form B* are not accepted by the Monitor, you will receive a Notice of Disallowance (Personal Information) to this effect. For further information regarding the resolution of claims, please refer to the Compensation Claims Procedure Order on the Monitor's website.

    Copies of any corrections received by the Monitor and responses to those corrections by the Monitor will also be sent to your Representative Legal Counsel.

    You can expect to receive such communications from the Monitor no earlier than 90 days after the Bar Date.

3. ***If you believe you have claims not listed on Form A:*** You will have to complete *Form C – Canadian Compensation Proof of Claim re: Other Compensation Claims* and submit it to the Monitor by the Bar Date of December 23, 2011. Information with respect to *Form C* is contained in the *Guide to Completing Form C*. **Please note that there are deadlines and restrictions applicable to the submission of *Form C*, as described in *Guide to Completing Form C*.**

    If you have any additional questions, contact your Representative Legal Counsel. Please refer to the contact information at the end of this letter.

00134

## Deadline for Submission of Changes or Corrections

You must send any corrections to the information in *Form B* **no later than December 23, 2011 at 4:00 p.m. (Eastern Standard Time)** by mail, by fax, or by sending a scanned copy by email to:

Ernst & Young Inc.
222 Bay St., P.O. Box 251
Toronto-Dominion Centre
Toronto, ON M5K 1J7 CANADA
Attention: Nortel Claims
Fax: 416-943-2808
or e-mail: nortel.monitor@ca.ey.com

Copies of any corrections received by the Monitor and responses to those corrections by the Monitor will also be sent to your Representative Legal Counsel.

**If you do not return your corrections to *Form B* by December 23, 2011 at 4:00 p.m. (Eastern Standard Time),** the information contained in *Form B* will be deemed to be correct and complete in all respects and the Compensation Claim set out in *Form A* will be your Compensation Claim against Nortel Canada for all purposes.

**You will not have another opportunity to make corrections.**

## Distributions

You will eventually receive payments from Nortel Canada. A payment, or distribution, occurs when some of the money from Nortel Canada is distributed among people who have claims against Nortel Canada. Since Nortel Canada is insolvent you will receive only a percentage of the full value of your Compensation Claim, in the form of one or more payments of money from the Nortel Canada estate. At this point, the timing and the amount is not yet known, but you will receive further information during the claims process to keep you up to date.

Payments will be subject to statutory withholdings if applicable.

Please ensure that the contact details the Monitor has on file for you remain current. **If your mailing address changes** please phone, mail, fax or email your new address, along with your name and ID number (which you will find at the top of the page) to the Monitor using the contact details noted below. It is your responsibility to keep this information up to date.

## If you have any questions

**Please contact:**

- Monitor at 1-866-942-7177 or 416-943-4439 or email the Monitor at nortel.monitor@ca.ey.com.
- Court-appointed Representative Counsel for Former Employees, LTD Beneficiaries: Koskie Minsky at 1-866-777-6344 or email: nortel@kmlaw.ca
- Court-appointed Representative Counsel for Continuing and Transferred employees: Nelligan O'Brien Payne at 1-877-542-9254 or email: ncce@nelligan.ca
- CAW – Canada: Barry E. Wadsworth, Associate Counsel at 416-495-3776 or email: linda.cantin@caw.ca

00135

## Form A – Your Compensation Claim Amount

## Your Compensation Claim Amount

The table below lists the Compensation Claims that Nortel Canada believes you are entitled to. The valuation of those claims is in accordance with the Court-approved Compensation Claims Methodology and based on the personal information listed in *Form B*. Certain of the benefit claims listed below represent the actuarially determined present value of such claims.

If you believe that there are other claims not listed on this *Form A*, you will have to complete *Form C*.

| Description | Your Claim Amount[1] |
|---|---|
| Nortel Networks Limited Excess Plan – Part I ("Excess Plan – Part I") | |
| Nortel Networks Limited Transitional Retirement Allowance Plan ("TRA") | |
| Supplementary Executive Retirement Plan ("SERP") | |
| Pensioner Life (including ADB, if applicable)[2] | |
| Post-Retirement Medical & Dental | |
| Income Tax Gross Up[3] | |
| Administrative Cost Gross Up[4] | |
| **Aggregate Compensation Claim Amount** | $-- |

[1] The total of all the payments that you receive from Nortel Canada will be reduced by payments made to you, if any, from the Hardship Fund.

[2] Your Compensation Claim will be reduced by any payments received from the Health & Welfare Trust.

[3] An additional 11.1% of your applicable non-registered pension plan claims, survivor benefit claims, life claims and lost registered pension accrual claims has been added in recognition of the taxable nature of these claims. The 11.1% is equivalent to a net effective income tax gross up of 10%.

[4] An additional 10% of your medical and dental claims has been added in recognition of administrative costs.

00136

Nortel Canada's records indicate that: you received benefits (non-registered pension plans and post employment benefits, such as LTD, post-retirement and/or survivor benefits); were eligible to receive the benefit as at December 31, 2010; were on LTD at December 31, 2010; or became eligible to receive the benefit by the end of your severance or notice period. Your benefit claims have been calculated by Mercer (Canada) Limited ("Mercer"), the actuaries retained by Nortel Canada, and have been reviewed for accuracy by actuaries working on behalf of your Court-appointed Representatives and counsel to the CAW – Canada. The personal data used to calculate your Compensation Claim is from Nortel Canada's records. The methodology and assumptions on which the actuarial valuations have been based (including increases to your Compensation Claim relating to income tax gross up[5] and administrative gross up[6], as applicable) have been approved by the Court and cannot be modified. The Mercer 2011 Valuations ("Valuation of Non-Pension Benefits for Claims Purposes at the Determination Date by Mercer dated September 2011" and "Valuation of Non-Registered Pension Benefits and Loss of Registered Pension Benefit Accruals for Claims Purposes at the Determination Date by Mercer dated September 2011") will provide further details on the post retirement benefits and non-registered plans and the assumptions used to calculate these claims. These Mercer 2011 valuations and related Court-approved assumptions can be viewed at www.ey.com/ca/nortel. Your Representative Legal Counsel have prepared FAQ's/Questions and Answers regarding these reports and assumptions.

**Note:** This Compensation Claims Process does not include claims for **the funding deficits** in the registered pension plans. Those claims have been made by the Administrator of the registered pension plan on behalf of all plan members. Any payments on those claims will be paid to the registered pension plans and will ultimately benefit the plan members. Any questions regarding your registered pension plans should be directed to Morneau Shepell Ltd website: www.pensionwindups.morneausobeco.com, phone: Negotiated Plan: 1-877-392-2073, phone: Managerial Plan: 1-877-392-2074, email: nortelwindup@morneausobeco.com.

---

[5] An additional 11.1% of your applicable non-registered pension plans claims, survivor benefit claims, life claims and lost registered pension accrual claims has been added in recognition of the taxable nature of these claims. The 11.1% is equivalent to a net effective income tax gross up of 10%.

[6] An additional 10% of your medical and dental claims has been added in recognition of administrative costs.

00137

# Form B – Your Personal Information Change Form

The Compensation Claim amount set out in *Form A* will **only be modified** if you submit corrections to the personal information that Nortel Canada has on file for you that are listed below **and** those corrections are accepted by the Monitor. Please refer to the *Guide to Using Form B* for further information on each line item listed in the chart below and suggested documentation that would be acceptable to the Monitor to support any corrections you make. *Note:* Not all data corrections will change the amount of your Compensation Claim. For example, corrections to your name or ID will not change the amount.

The line numbers in this *Form B* correspond to the line numbers in *Guide to Using Form B*. As this is a personalized data form, *Form B* will contain only those line items that pertain to your situation.

**If you do not return your data corrections and supporting information to the Monitor by December 23, 2011 at 4:00 p.m. (Eastern Standard Time)**, the information contained in *Form B* will be deemed to be correct and complete in all respects and the Compensation Claim set out in *Form A* will be your Compensation Claim against Nortel Canada for all purposes.

| Line # | Personal Information | Details per – Nortel Canada's Records as at December 31, 2010 | Corrections, if any |
|---|---|---|---|
| 1. | Last Canadian employer of record | Nortel Networks Limited | |
| 2. | Name | SAMPLE PENSIONER | |
| 3. | ID | 11111 | |
| 4. | Gender | Male | |
| 5. | Year of birth | 1947 | |
| 6. | Is the Claimant SAMPLE PENSIONER, deceased? (If so, provide date of death) | No | |
| 8. | Was the spouse at the date of your Retirement, still your spouse as of December 31, 2010 and alive as of December 31, 2010? | Yes | |
| 9. | Spousal Year of Birth | 1950 | |
| 30. | At December 31, 2010, this is the province in which you had health care coverage | ON | |
| 31. | Pension form for Excess Plan Pension | Joint & Survivor - 60% | |
| 32. | Pension form for SERP Pension | Joint & Survivor - 60% | |
| 33. | Receiving joint and survivor pension under the Registered Pension Plan | Yes | |

00138

Form B – SAMPLE PENSIONER – 11111

| Line # | Personal Information | Details per – Nortel Canada's Records as at December 31, 2010 | Corrections, if any |
|--------|---------------------|------------------------------------------------------------|---------------------|
| 35. | Excess Plan Part I monthly pension at January 14, 2009 not eligible for indexing | $3,231.57 | |
| 41. | Gross monthly TRA / RAP payment | $1,121.00 | |
| 42. | TRA / RAP payment / benefit end date | December 31, 2012 | |
| 44. | Gross monthly SERP pension | $2,000.22 | |
| 49. | Retiree medical / dental plan[1] | GF | |
| 50. | Retiree medical / dental plan coverage option | F | |
| 51. | Current retiree life insurance amount at December 31, 2010[1] | $187,200.00 | |
| 52. | Ultimate retiree life insurance amount[1] | $72,000.00 | |

[1] If this is incorrect, there is other personal information that may require correction. Please refer to the *Guide to Using Form B* for further detail.

00139

## Confirming Changes or Corrections to My Personal Information

1. If you <u>AGREE</u> with all of the information contained in this *Form B*, you <u>do not</u> need to sign or return a copy of *Form B*. No further action is required with respect to your Compensation Claim.

2. If you have <u>CHANGES OR CORRECTIONS</u> to any of the information contained in *Form B*, you must make your corrections on *Form B in the column labeled "Corrections, if any"*, complete the following section, and return all pages of this *Form B*, along with your supporting documentation. Changes or corrections without appropriate supporting documentation as required by the *Guide to Using Form B* may not be accepted by the Monitor.

   If you do not return your changes or corrections to *Form B* by December 23, 2011 at 4:00 p.m. (Eastern Standard Time) (the "Bar Date"), the information contained in *Form B* will be deemed to be correct and complete in all respects and the Compensation Claim set out in *Form A* will be your Compensation Claim against Nortel Canada for all purposes.

   If changes to the information in *Form B* are accepted by the Monitor, and result in a change in your Compensation Claim amount as set out in *Form A*, a Revised Information Statement (including *Form A and Form B*) will be generated and mailed to you. If the changes do not result in a change to your Compensation Claim amount, you will receive a Notice of Acceptance (Personal Information) to this effect.

   If the changes to the information in *Form B* are not accepted by the Monitor, you will receive a Notice of Disallowance (Personal Information) to this effect. For further information regarding the resolution of claims, please refer to the Compensation Claims Procedure Order on the Monitor's website.

   Copies of any corrections received by the Monitor and responses to those corrections by the Monitor will also be sent to your Representative Legal Counsel.

   You can expect to receive such communications from the Monitor no earlier than 90 days after the Bar Date.

3. If you believe that there are other claims not listed on *Form A*, you will have to complete *Form C- Canadian Compensation Proof of Claim re: Other Compensation Claims* and submit it to the Monitor by the Bar Date. Information with respect to *Form C* is contained in the *Guide to Completing Form C*. **Please note that there are deadlines and restrictions applicable to the submission of *Form C*, as described in *Guide to Completing Form C*.**

**IMPORTANT: If you do not return any corrections by December 23, 2011 at 4:00 p.m. (Eastern Standard Time) together with supporting documentation, the information contained in this *Form B* will be deemed to be correct and complete in all respects and the Compensation Claim set out in *Form A* will be your Compensation Claim against Nortel Canada for all purposes.**

**You will not have another opportunity to make corrections.**

**Please retain a copy for your records.**

I confirm the truth of the corrections made by me to the information in this Form B:

| | |
|---|---|
| **Signature** | **Date** |

| | |
|---|---|
| **Signature of witness** | **Name of witness (print)** |
| **(other than your spouse or children)** | |

00140

**Contact information in the event I need to be reached to clarify any changes:**

| | |
|---|---|
| _____ | ( ) _____ |
| **Email address** | **Daytime phone number** |
| | ( ) _____ |
| | **Alternate phone number** |
| | ( ) _____ |
| | **Alternate phone number** |

**Authorized Representative**

**To be completed ONLY** if you are completing and signing this *Form B* on behalf of a Nortel Canada claimant and you are one of the following;

   – Continuing/non-continuing Power of Attorney for Property; or

   – Estate Trustee/Administrator/Executor.

Please print your full name, address, telephone number, and email address below. In addition to this *Form B*, please also send us a notarized copy of the Power of Attorney documents, certificate of appointment of estate trustee, a notarized copy of the last will and testament naming you the estate trustee/executor or other documents acceptable to the Monitor. All copies must be notarized by a Notary Public.

| | |
|---|---|
| **Representative's Name** | |
| **Representative's Address** | |
| **Representative's Telephone Number** | |
| **Representative's Email Address** | |

Sample

00141

SAMPLE PENSIONER – 11111

# Votre trousse de déclaration des renseignements

## dans l'affaire de la procédure en vertu de la LACC de Nortel Canada

Personnel et confidentiel

00002

SAMPLE PENSIONER
TEST ADDRESS
TORONTO, ON X1X 1X1
CANADA

> LE PRÉSENT DOCUMENT CONTIENT D'IMPORTANTS RENSEIGNEMENTS JURIDIQUES. VOUS (OU VOTRE REPRÉSENTANT AUTORISÉ) DEVEZ LE LIRE ATTENTIVEMENT ET PASSER EN REVUE LES RENSEIGNEMENTS QUI Y SONT PRÉSENTÉS. VOUS N'AVEZ RIEN À FAIRE SI LES RENSEIGNEMENTS SONT EXACTS. CEPENDANT, SI DES CORRECTIONS SONT REQUISES, VOUS DEVEZ AGIR D'ICI LE **23 DÉCEMBRE 2011.**

*En cas de disparité entre la version anglaise et la version française, la version anglaise a préséance.*

Comme vous le savez, Nortel Networks Limitée, Corporation Nortel Networks, Corporation Technologie Nortel Networks, Corporation Internationale Nortel Networks et Nortel Networks Global Corporation (collectivement désignées «Nortel Canada») se sont placées sous la protection de la *Loi sur les arrangements avec les créanciers des compagnies* (la «LACC») le 14 janvier 2009, et Ernst & Young Inc. a été nommée contrôleur. Vos représentants nommés par le tribunal, les conseillers juridiques nommés par le tribunal pour agir en votre nom ainsi que les conseillers juridiques de TCA-Canada ont participé à la préparation de la présente trousse. Les mots et expressions non définis aux présentes doivent recevoir le sens qui leur est donné, le cas échéant, dans le 75e rapport du contrôleur.

La détermination et l'évaluation des pertes subies par les employés, les anciens employés, les retraités et leurs survivants en raison de l'insolvabilité de Nortel Canada est une étape cruciale de la procédure en vertu de la LACC. Un processus de réclamation a été établi pour les réclamations liées à l'emploi, processus désigné «*Compensation Claims Procedure*» dans les documents du tribunal et désigné le «processus de réclamation au titre de la rémunération» aux présentes. Ce processus, notamment la base de calcul de votre réclamation liée à l'emploi («réclamation au titre de la rémunération»), a été approuvé par la Cour supérieure de justice de l'Ontario (le «tribunal»). À moins d'indication contraire, tous les montants mentionnés dans la présente trousse sont en dollars canadiens.

Selon les dossiers de Nortel Canada, vous avez une réclamation au titre de la rémunération contre celle-ci. Comme il est indiqué dans le formulaire A et d'après les renseignements personnels figurant dans le formulaire B de la présente trousse, votre réclamation au titre de la rémunération[1] contre Nortel Canada totalise: -- $.

---

[1] Le montant total des paiements que vous recevrez de Nortel Canada sera réduit du montant des paiements que vous avez reçus, le cas échéant, du fonds d'indemnisation pour difficultés d'existence (*Hardship Fund*).
Votre réclamation au titre de la rémunération sera réduite du montant des paiements que vous avez reçus, le cas échéant, de la fiducie de santé et de bien-être (*Health & Welfare Trust*).

00142

SAMPLE PENSIONER – 11111

Nortel Canada étant insolvable, vous ne recevrez qu'un pourcentage de la valeur totale de votre réclamation au titre de la rémunération, sous la forme d'un ou de plusieurs paiements sur l'actif de Nortel Canada. À ce stade, le moment et le montant de ce(s) paiement(s) ne sont pas connus, mais d'autres renseignements vous seront transmis au cours du processus de réclamation afin de vous tenir à jour.

Si vous avez besoin d'aide relativement à cette trousse, vous trouverez les coordonnées des conseillers juridiques nommés par le tribunal pour agir en votre nom à la fin de la présente lettre.

**Note :** Le présent processus de réclamation au titre de la rémunération n'englobe pas les réclamations au titre **des déficits de solvabilité** des régimes de retraite agréés. Ces réclamations ont été soumises par l'administrateur du régime de retraite agréé au nom de tous les participants du régime. Tout paiement à l'égard de ces réclamations sera versé aux régimes de retraite agréés et profitera éventuellement aux participants du régime. Toute question concernant vos régimes de retraite agréés doit être acheminée à Morneau Shepell ltée (site Web : www.pensionwindups.morneausobeco.com, téléphone : régime négocié : 1 877 392 2073, régime destiné aux cadres : 1 877 392 2074, courriel : nortelwindup@morneausobeco.com).

Votre réclamation au titre des prestations (qui comprend les régimes de retraite non agréés et les prestations postérieures à l'emploi, dont les prestations ILD, les prestations postérieures à la retraite et/ou les prestations de survivant) a été calculée par Mercer (Canada) limitée («Mercer») (les actuaires mandatés par Nortel Canada), et les actuaires œuvrant pour le compte de vos représentants nommés par le tribunal et des conseillers juridiques agréé de TCA-Canada en ont vérifié l'exactitude. Les données personnelles utilisées pour calculer votre réclamation au titre de la rémunération sont tirées des dossiers de Nortel Canada. La méthodologie et les hypothèses sur lesquelles sont fondées les évaluations actuarielles (y compris les augmentations de votre réclamation au titre de la rémunération se rapportant à la majoration au titre de l'impôt sur le revenu[2] et à la majoration pour frais administratifs[3], selon le cas) ont été approuvées par le tribunal et ne peuvent être modifiées. Les évaluations de Mercer pour 2011 (*Valuation of Non-Pension Benefits for Claims Purposes as at the Determination Date by Mercer dated September 2011* et *Valuation of Non-Registered Pension Benefits and loss of Registered Pension Benefit Accruals for Claims Purposes as at the Determination Date by Mercer dated September 2011*) donneront d'autres précisions sur les prestations postérieures à la retraite et les régimes de retraite non agréés et sur les hypothèses utilisées pour calculer ces réclamations. Les évaluations de Mercer pour 2011 et les hypothèses connexes approuvées par le tribunal peuvent être consultées à l'adresse www.ey.com/ca/nortel. Les conseillers juridiques agissant en votre nom ont préparé des questions et réponses concernant ces rapports et ces hypothèses. Vous trouverez leurs coordonnées à la fin de la présente lettre.

Si vous recevez des paiements de la fiducie de santé et de bien-être (*Health & Welfare Trust*) (la «FSBE»), le total des paiements de la FSBE reçus sera soustrait de votre réclamation au titre de la rémunération.

---

[2] Un montant supplémentaire correspondant à 11,1 % de vos réclamations au titre d'un régime de retraite non agréé, réclamations pour prestations de survivant, réclamations au titre de l'assurance-vie et réclamations pour la charge de retraite au titre d'un régime agréé perdue applicables a été ajouté pour tenir compte du fait que ces réclamations sont imposables. Le pourcentage de 11,1 % équivaut à une majoration au titre de l'impôt sur le revenu effective nette de 10 %.

[3] Un montant supplémentaire correspondant à 10 % de vos réclamations au titre de l'assurance médicale et de l'assurance dentaire a été ajouté pour tenir compte des frais administratifs.

00143

SAMPLE PENSIONER – 11111

## Que devez-vous faire maintenant?

### Formulaire A – Montant de votre réclamation au titre de la rémunération

Le montant de la réclamation au titre de la rémunération indiqué dans le formulaire A sera accepté comme étant votre réclamation au titre de la rémunération dans le cadre de la procédure en vertu de la LACC de Nortel Canada à toutes fins que de droit et sera modifié **seulement** si vous soumettez des corrections aux renseignements personnels figurant dans le formulaire B *et* que le contrôleur accepte ces corrections. *Note* : Ce ne sont pas toutes les corrections qui feront changer le montant de votre réclamation au titre de la rémunération. Par exemple, la correction de votre nom ou de votre numéro d'identification ne donnera pas lieu à un montant différent.

### Formulaire B – Formulaire de modification de vos renseignements personnels

Ce formulaire contient des renseignements personnels vous concernant et se rapportant à votre réclamation au titre de la rémunération tirés des dossiers de Nortel Canada.

Veuillez passer soigneusement en revue les renseignements figurant dans le formulaire B et lire le *Guide d'utilisation du formulaire B* inclus dans la trousse pour de plus amples renseignements. Vous avez ici l'occasion de corriger les erreurs qui auraient pu se glisser en ce qui a trait aux renseignements personnels applicables aux fins de votre réclamation au titre de la rémunération.

1. *Si les renseignements sont exacts* : Vous n'avez rien d'autre à faire concernant ces renseignements ou pour prouver votre réclamation. Votre réclamation au titre de la rémunération telle qu'elle est indiquée dans le formulaire A sera acceptée dans le cadre de la procédure en vertu de la LACC sur la base des renseignements indiqués dans le formulaire B.

2. *Si les renseignements doivent être changés ou corrigés* : Vous devez retourner le formulaire B au contrôleur (à l'aide des coordonnées précisées ci-après) en indiquant clairement les changements que vous souhaitez faire et joindre tout document pertinent à l'appui de ces changements, le cas échéant. Au besoin, utilisez une feuille supplémentaire pour décrire les changements demandés. Consultez le *Guide d'utilisation du formulaire B* pour des exemples de documents à l'appui pouvant être acceptés par le contrôleur.

   Si aucune correction au formulaire B n'est reçue au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011 (la «date limite»), les renseignements contenus dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit.

   Si les changements apportés aux renseignements figurant dans le formulaire B sont acceptés par le contrôleur et entraînent la modification du montant de votre réclamation au titre de la rémunération figurant dans le formulaire A, un relevé de vos renseignements révisé (comprenant les formulaires A et B) sera produit et vous sera transmis par la poste. Si les changements n'influent pas sur le montant de votre réclamation au titre de la rémunération, vous recevrez un «avis d'acceptation (renseignements personnels)» à cet égard.

   Si le contrôleur n'accepte pas les changements apportés aux renseignements figurant dans le formulaire B, vous recevrez un «avis de rejet (renseignements personnels)» à cet égard. Pour en savoir davantage au sujet du règlement des réclamations, veuillez consulter l'ordonnance relative à la procédure de réclamation au titre de la rémunération (*Compensation Claims Procedure Order*) sur le site Web du contrôleur.

   Le contrôleur enverra aussi une copie des corrections qu'il a reçues et de sa réponse aux corrections en question aux conseillers juridiques agissant en votre nom.

   Ne comptez pas recevoir pareilles communications de la part du contrôleur avant l'écoulement d'un délai de 90 jours après la date limite.

3. *Si vous croyez avoir des réclamations ne figurant pas dans le formulaire A* : Vous devez remplir le formulaire C, *Preuve de réclamation canadienne au titre de la rémunération – Re : autres réclamations au titre de la rémunération,* et le transmettre au contrôleur d'ici la date limite du 23 décembre 2011. Les renseignements relatifs au formulaire C sont contenus dans le *Guide pour la préparation du formulaire C*. **Veuillez noter que des délais et des restrictions s'appliquent à la transmission du formulaire C, tel qu'il est décrit dans le *Guide pour la préparation du formulaire C.***

Si vous avez des questions, communiquez avec les conseillers juridiques agissant en votre nom. Reportez-vous aux coordonnées fournies à la fin de la présente lettre.

## Date limite pour la soumission de changements ou corrections

Vous devez envoyer les corrections apportées aux renseignements figurant dans le formulaire B **au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011**, par la poste, par télécopieur ou par courriel (copie numérisée) à :

Ernst & Young Inc.
222 Bay St., P.O. Box 251
Toronto-Dominion Centre
Toronto, ON M5K 1J7 CANADA
Attention : Nortel Claims
Télécopieur : 416-943-2808
Courriel : nortel.monitor@ca.ey.com

Le contrôleur enverra aussi une copie des corrections qu'il a reçues et de sa réponse aux corrections en question aux conseillers juridiques agissant en votre nom.

**Si vous ne retournez pas les corrections au formulaire B au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011**, les renseignements figurant dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit.

**Vous n'aurez pas d'autre occasion d'apporter des corrections.**

## Distributions

Vous recevrez éventuellement des paiements de Nortel Canada. Il y a paiement, ou distribution, lorsqu'une partie de l'argent de Nortel Canada est distribuée entre les personnes qui ont des réclamations contre Nortel Canada. Comme Nortel Canada est insolvable, vous ne recevrez qu'un pourcentage de la valeur totale de votre réclamation au titre de la rémunération, sous la forme d'un ou de plusieurs paiements sur l'actif de Nortel Canada. À ce stade, le moment et le montant de ce(s) paiement(s) ne sont pas connus, mais nous vous transmettrons d'autres renseignements au cours de la procédure de réclamation afin de vous tenir à jour.

Les paiements seront assujettis aux retenues à la source prévues par la loi, le cas échéant.

Prenez soin de tenir à jour vos coordonnées figurant aux dossiers du contrôleur. **Si votre adresse postale change**, veuillez transmettre votre nouvelle adresse, en indiquant aussi votre nom et votre numéro d'identification (que vous trouverez au haut de la page), au contrôleur par téléphone, par télécopieur ou par courriel, à l'aide des coordonnées précisées ci-après. Il vous incombe de tenir ces renseignements à jour.

## Si vous avez des questions

**Veuillez communiquer avec :**

- le contrôleur, par téléphone au 1 866 942 7177 ou au 416 943 4439, ou par courriel à l'adresse nortel.monitor@ca.ey.com;

- les conseillers juridiques nommés par le tribunal agissant au nom des anciens employés et des bénéficiaires ILD (*Court-appointed Representative Counsel for Former Employees, LTD Beneficiaries*) : Koskie Minsky, par téléphone au 1 866 777 6344, ou par courriel à l'adresse nortel@kmlaw.ca;

- les conseillers juridiques nommés par le tribunal agissant au nom des employés encore en fonction et des employés mutés (*Court-appointed Representative Counsel for Continuing and Transferred employees*) : Nelligan O'Brien Payne, par téléphone au 1 877 542 9254, ou par courriel à l'adresse nccc@nelligan.ca;

- TCA–Canada : Barry E. Wadsworth, avocat-conseil associé, par téléphone au 416 495 3776, ou par courriel à l'adresse linda.cantin@caw.ca

00145

## Formulaire A – Montant de votre réclamation au titre de la rémunération

*En cas de disparité entre la version anglaise et la version française, la version anglaise a préséance.*

### Montant de votre réclamation au titre de la rémunération

Le tableau ci-après dresse la liste des réclamations au titre de la rémunération auxquelles Nortel Canada croit que vous avez droit. L'évaluation de ces réclamations a été faite conformément à la méthodologie approuvée par le tribunal pour les réclamations au titre de la rémunération et à partir des renseignements personnels indiqués dans le formulaire B. Certaines des réclamations au titre des prestations indiquées ci-après représentent la valeur actualisée qui a été déterminée par des actuaires des réclamations en question.

Si vous croyez avoir d'autres réclamations ne figurant pas dans le présent formulaire A, vous devrez remplir le formulaire C.

| Description | Montant de votre réclamation[1] |
|---|---|
| Régime supplémentaire de Nortel Networks Limitée – partie I (*Excess Plan Part I*) («régime supplémentaire – partie I») | |
| Régime d'allocations de retraite de transition de Nortel Networks Limitée (*Transitional Retirement Allowance Plan (TRA)*) («RART») | |
| Régime de retraite complémentaire pour les dirigeants (*Supplementary Executive Retirement Plan*) («SERP») | |
| Assurance-vie – retraités (y compris la prestation supplémentaire au décès, le cas échéant)[2] | |
| Assurance médicale et assurance dentaire postérieures à la retraite | |
| Majoration au titre de l'impôt sur le revenu[3] | |
| Majoration pour frais administratifs[4] | |
| **Montant total de la réclamation au titre de la rémunération** | **-- $** |

[1] Le montant total des paiements que vous recevrez de Nortel Canada sera réduit du montant des paiements que vous avez reçus, le cas échéant, du fonds d'indemnisation pour difficultés d'existence.

[2] Votre réclamation au titre de la rémunération sera réduite du montant des paiements que vous avez reçus, le cas échéant, de la fiducie de santé et de bien-être.

[3] Un montant supplémentaire correspondant à 11,1 % de vos réclamations au titre des régimes de retraite non agréés, réclamations pour prestations de survivant, réclamations au titre de l'assurance-vie et réclamations pour la charge de retraite au titre d'un régime agréé perdue applicables a été ajouté pour tenir compte du fait que ces réclamations sont imposables. Le pourcentage de 11,1 % équivaut à une majoration au titre de l'impôt sur le revenu effective nette de 10 %.

[4] Un montant supplémentaire correspondant à 10 % de vos réclamations au titre de l'assurance médicale et de l'assurance dentaire a été ajouté pour tenir compte des frais administratifs.

00146

Les dossiers de Nortel Canada indiquent que : vous avez reçu des prestations (prestations en vertu de régimes de retraite non agréés et prestations postérieures à l'emploi, dont les prestations ILD, les prestations postérieures à la retraite et/ou les prestations de survivant); vous étiez admissible à des prestations en date du 31 décembre 2010; vous étiez en ILD le 31 décembre 2010 ou vous êtes devenu(e) admissible aux prestations à la fin de votre période de préavis ou d'indemnité de départ. Vos réclamations au titre des prestations ont été calculées par Mercer (Canada) limitée («Mercer»), les actuaires mandatés par Nortel Canada, et les actuaires œuvrant pour le compte de vos représentants nommés par le tribunal et des conseillers juridiques de TCA-Canada en ont vérifié l'exactitude. Les données personnelles utilisées pour calculer votre réclamation au titre de la rémunération sont tirées des dossiers de Nortel Canada. La méthodologie et les hypothèses sur lesquelles sont fondées les évaluations actuarielles (y compris les augmentations de votre réclamation au titre de la rémunération se rapportant à la majoration au titre de l'impôt sur le revenu[5] et à la majoration pour frais administratifs[6], selon le cas) ont été approuvées par le tribunal et ne peuvent être modifiées. Les évaluations de Mercer pour 2011 (*Valuation of Non-Pension Benefits for Claims Purposes as at the Determination Date by Mercer dated September 2011* et *Valuation of Non-Registered Pension Benefits and Loss of Registered Pension Benefit Accruals for Claims Purposes as at the Determination Date by Mercer dated September 2011*) donneront d'autres précisions sur les prestations postérieures à la retraite et les régimes non agréés et sur les hypothèses utilisées pour calculer ces réclamations. Les évaluations de Mercer pour 2011 et les hypothèses connexes approuvées par le tribunal peuvent être consultées à l'adresse www.ey.com/ca/nortel. Les conseillers juridiques agissant en votre nom ont préparé des questions et réponses concernant ces rapports et ces hypothèses.

**Note:** Le présent processus de réclamation au titre de la rémunération n'englobe pas les réclamations au titre **des déficits de solvabilité** des régimes de retraite agréés. Ces réclamations ont été soumises par l'administrateur du régime de retraite agréé au nom de tous les participants du régime. Tout paiement à l'égard de ces réclamations sera versé aux régimes de retraite agréés et profitera éventuellement aux participants du régime. Toute question concernant vos régimes de retraite agréés doit être acheminée à Morneau Shepell ltée (site Web : www.pensionwindups.morneausobeco.com, téléphone : régime négocié : 1 877 392 2073, régime destiné aux cadres : 1 877 392 2074, courriel : nortelwindup@morneausobeco.com).

---

[5] Un montant supplémentaire correspondant à 11,1 % de vos réclamations au titre des régimes de retraite non agréés, réclamations pour prestations de survivant, réclamations au titre de l'assurance-vie et réclamations pour la charge de retraite au titre d'un régime agréé perdue applicables a été ajouté pour tenir compte du fait que ces réclamations sont imposables. Le pourcentage de 11,1 % équivaut à une majoration au titre de l'impôt sur le revenu effective nette de 10 %.

[6] Un montant supplémentaire correspondant à 10 % de vos réclamations au titre de l'assurance médicale et de l'assurance dentaire a été ajouté pour tenir compte des frais administratifs.

00147

*En cas de disparité entre la version anglaise et la version française, la version anglaise a préséance.*

## Formulaire B – Formulaire de modification de vos renseignements personnels

Le montant de la réclamation au titre de la rémunération indiqué dans le formulaire A sera modifié **seulement** si vous soumettez des corrections aux renseignements personnels tirés des dossiers de Nortel Canada figurant ci-après *et* que le contrôleur accepte ces corrections. Veuillez consulter le *Guide d'utilisation du formulaire B* pour en savoir davantage sur la rubrique de chaque ligne du tableau ci-après et sur la documentation suggérée que le contrôleur pourrait accepter à l'appui des corrections que vous apportez. *Note* : Ce ne sont pas toutes les corrections qui feront changer le montant de votre réclamation au titre de la rémunération. Par exemple, la correction de votre nom ou de votre numéro d'identification ne donnera pas lieu à un montant différent.

Les numéros de ligne dans le formulaire B correspondent à ceux mentionnés dans le *Guide d'utilisation du formulaire B*. Comme les données sont personnalisées, le formulaire B ne comportera que les rubriques qui se rapportent à votre situation.

**Si vous ne retournez pas de corrections à vos données et les renseignements justificatifs au contrôleur au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011,** les renseignements figurant dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit.

| Nº de ligne | Renseignements personnels | Détails selon les dossiers de Nortel Canada au 31 décembre 2010 | Corrections, s'il y a lieu |
|---|---|---|---|
| 1. | Dernier employeur canadien en liste | Nortel Networks Limitée | |
| 2. | Nom | SAMPLE PENSIONER | |
| 3. | Numéro d'identification | 11111 | |
| 4. | Sexe | Homme | |
| 5. | Année de naissance | 1947 | |
| 6. | Le réclamant SAMPLE PENSIONER est-il décédé? (Si oui, indiquez la date du décès) | Non | |
| 8. | Votre conjoint(e) à la date de votre départ à la retraite était-il / était-elle toujours votre conjoint(e) le 31 décembre 2010 et vivant(e) à cette date? | Oui | |
| 9. | Année de naissance du / de la conjoint(e) | 1950 | |
| 30. | Province où vous bénéficiiez d'une assurance-maladie au 31 décembre 2010 | ON | |

00148

| Nº de ligne | Renseignements personnels | Détails selon les dossiers de Nortel Canada au 31 décembre 2010 | Corrections, s'il y a lieu |
|---|---|---|---|
| 31. | Forme de rente pour le régime supplémentaire | rente réversible - 60 % | |
| 32. | Forme de rente pour le SERP | rente réversible - 60 % | |
| 33. | Réception d'une rente réversible aux termes du régime de retraite agréé | oui | |
| 35. | Rente mensuelle non indexable en vertu du régime supplémentaire – partie I au 14 janvier 2009 | 3 231,57 $ | |
| 41. | Somme forfaitaire en vertu du RART/ RAR | 1 121,00 $ | |
| 42. | Somme forfaitaire en vertu du régime supplémentaire | 31 décembre 2012 | |
| 44. | Paiement mensuel brut en vertu du RART/RAR | 2 000,22 $ | |
| 49. | Régime d'assurance médicale/dentaire – retraités[1] | GF | |
| 50. | Option de couverture dans le cadre du régime d'assurance médicale/dentaire – retraités | F | |
| 51. | Montant courant d'assurance-vie – retraités au 31 décembre 2010[1] | 187 200,00 $ | |
| 52. | Montant final d'assurance-vie – retraités[1] | 72 000,00 $ | |

[1] Si cette donnée est inexacte, d'autres renseignements personnels peuvent devoir être corrigés. Veuillez consulter le *Guide d'utilisation du formulaire B* pour en savoir davantage.

00149

Form B – SAMPLE PENSIONER – 11111

## Confirmation des changements ou corrections aux renseignements personnels

1. Si vous êtes <u>D'ACCORD</u> avec tous les renseignements contenus dans le présent formulaire B, vous <u>n'avez pas</u> besoin d'en signer ou retourner une copie. Vous n'avez rien à faire en ce qui a trait à votre réclamation au titre de la rémunération.

2. Si vous avez des <u>CHANGEMENTS OU CORRECTIONS</u> à apporter à l'un ou l'autre des renseignements contenus dans le formulaire B, vous devez faire les corrections appropriées dans la colonne intitulée «Corrections, s'il y a lieu» du formulaire B, remplir la section qui suit et retourner toutes les pages du présent formulaire B ainsi que la documentation à l'appui. Le contrôleur pourrait refuser les changements ou corrections pour lesquels la documentation à l'appui requise selon le *Guide d'utilisation du formulaire B* n'est pas fournie.

   Si vous ne retournez pas vos changements ou corrections au formulaire B au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011 (la «date limite»), les renseignements contenus dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit.

   Si les changements apportés aux renseignements figurant dans le formulaire B sont acceptés par le contrôleur et entraînent la modification de votre réclamation au titre de la rémunération, un relevé de vos renseignements révisé (comprenant les formulaires A et B) sera produit et vous sera transmis par la poste. Si les changements n'influent pas sur le montant de votre réclamation au titre de la rémunération, vous recevrez un «avis d'acceptation (renseignements personnels)» à cet égard.

   Si le contrôleur n'accepte pas les changements apportés aux renseignements figurant dans le formulaire B, vous recevrez un «avis de rejet (renseignements personnels)» à cet égard. Pour en savoir davantage au sujet du règlement des réclamations, veuillez consulter l'ordonnance relative à la procédure de réclamation au titre de la rémunération (*Compensation Claims Process Order*) sur le site Web du contrôleur.

   Le contrôleur enverra aussi une copie des corrections qu'il a reçues et de sa réponse aux corrections en question aux conseillers juridiques agissant en votre nom.

   Ne comptez pas recevoir pareilles communications de la part du contrôleur avant l'écoulement d'un délai de 90 jours après la date limite.

3. Si vous croyez avoir d'autres réclamations ne figurant pas dans le formulaire A, vous devrez remplir le *Formulaire C – Preuve de réclamation canadienne au titre de la rémunération -- Re : autres réclamations au titre de la rémunération* et le transmettre au contrôleur d'ici la date limite. Les renseignements relatifs au formulaire C sont contenus dans le *Guide pour la préparation du formulaire C*. Veuillez noter que des délais et des restrictions s'appliquent à la transmission du formulaire C, tel qu'il est décrit dans le *Guide pour la préparation du formulaire C*.

**IMPORTANT : Si vous ne retournez pas les corrections au formulaire B au plus tard à 16 heures (heure normale de l'Est), le 23 décembre 2011, accompagnés de la documentation à l'appui, les renseignements contenus dans le formulaire B seront réputés être exacts et complets à tous égards, et la réclamation au titre de la rémunération indiquée dans le formulaire A sera votre réclamation au titre de la rémunération contre Nortel Canada à toutes fins que de droit.**

**Vous n'aurez pas d'autre occasion d'apporter des corrections.**

**Veuillez conserver une copie pour vos dossiers.**

00150

Je confirme la véracité des corrections que j'ai faites aux renseignements contenus dans le formulaire B.

_____         _____
**Signature**                                    **Date**

_____         _____
**Signature du témoin**                          **Nom du témoin (en lettres moulées)**
**(qui n'est ni votre conjoint(e) ni votre enfant)**

**Coordonnées si on a besoin de me joindre pour clarifier un changement :**

_____         ( )
**Courriel**                                     _____
                                                 **Numéro de téléphone le jour**

                                                 ( )
                                                 _____
                                                 **Autre numéro de téléphone**

                                                 ( )
                                                 _____
                                                 **Autre numéro de téléphone**

**Représentant autorisé**

**À remplir SEULEMENT** si vous préparez et signez le présent formulaire B au nom d'un réclamant de Nortel Canada **et** que vous occupez **l'une des fonctions suivantes :**

    – titulaire d'une procuration perpétuelle ou non relativement aux biens; ou

    – fiduciaire/administrateur/exécuteur/liquidateur de la succession.

Veuillez inscrire vos nom complet, adresse, numéro de téléphone et adresse de courriel ci-dessous. Outre le présent formulaire B, veuillez nous fournir une copie notariée de la procuration, un certificat de nomination à titre de fiduciaire de la succession, une copie notariée du dernier testament vous nommant à titre de fiduciaire/exécuteur/liquidateur de la succession ou tout autre document pouvant être accepté par le contrôleur. Toutes les copies doivent être certifiées par un notaire public.

| | |
|---|---|
| **Nom du représentant** | |
| **Adresse du représentant** | |
| **Numéro de téléphone du représentant** | |
| **Courriel du représentant** | |

# APPENDIX "F"

00151

SAMPLE LTD – 44444

# Your Information Statement Package

## In the Matter of Nortel Canada CCAA Proceedings

Personal & Confidential

00001

SAMPLE LTD
TEST ADDRESS
TORONTO, ON X1X 1X1
CANADA

> THIS DOCUMENT CONTAINS IMPORTANT LEGAL INFORMATION - YOU (OR YOUR AUTHORIZED REPRESENTATIVE) MUST READ IT CAREFULLY AND REVIEW THE INFORMATION CONTAINED HEREIN. YOU DO NOT NEED TO TAKE ANY ACTION IF THE INFORMATION IS CORRECT. HOWEVER, IF CORRECTIONS ARE REQUIRED, YOU MUST TAKE THE ACTIONS BY DECEMBER 23, 2011.

As you know, Nortel Networks Limited, Nortel Networks Corporation, Nortel Networks Technology Corporation, Nortel Networks International Corporation and Nortel Networks Global Corporation (collectively "Nortel Canada") filed for protection under the *Companies' Creditors Arrangement Act* (CCAA) on January 14, 2009 and Ernst & Young Inc. was appointed as the Monitor. This package has been prepared with the input of your Court-appointed Representatives and your Court-appointed Representative Legal Counsel, as well as with the input of counsel to CAW-Canada. Capitalized terms not defined in this package are as defined in the 75th Report of the Monitor.

Assessing and valuing the losses that employees, former employees, pensioners and their survivors have experienced due to Nortel Canada's insolvency is a key step in the CCAA proceedings. A claims process has been established for employment-related claims which is referred to as the "Compensation Claims Procedure" in the Court material. This process, including the basis for calculating your employment-related claim ("Compensation Claim"), has been approved by the Ontario Superior Court of Justice (the "Court"). Unless otherwise stated, all monetary amounts contained in this package are expressed in Canadian dollars.

Nortel Canada's records indicate you have a Compensation Claim against Nortel Canada. As set out in *Form A* and based on the personal information shown on *Form B* of this package, your aggregate Compensation Claim[1] against Nortel Canada is: $--.

Since Nortel Canada is insolvent you will receive only a percentage of the full value of your Compensation Claim, in the form of one or more payments of money from the Nortel Canada estate. At this point, the timing and the amount is not yet known, but you will receive further information during the claims process to keep you up to date.

If you need assistance with respect to this package, please refer to the contact information for your court-appointed Representative Legal Counsel at the end of this letter.

---

[1] The total of all the payments that you receive from Nortel Canada will be reduced by payments made to you, if any, from the Hardship Fund.
Your Base Severance Claim amount has been reduced by payments made to you, if any, from the Termination Fund.
Your Compensation Claim will be reduced by any payment received from the Health & Welfare Trust.