The following table describes the basis for establishing the claim under each Plan for each member group:

| Plan and Member Group | Claim Basis |
|---|---|
| All Plans<br><br>All members who received a pension package after December 31, 2008 | The claim equals the lump sum shown on the pension package.<br><br>Such lump sum was calculated as at the members' date of termination or retirement under the registered pension plans for members who terminated or retired after 2008 based on the CIA assumptions at that date. For deferred vested members who terminated prior to January 14, 2009 and received a package after January 14, 2009, the date of calculation is the date on which the package was prepared.<br><br>Where applicable, the claim is based on service including the member's Notice Period assuming the member terminated plan membership at the end of the Notice Period, if such an amount is greater than the lump sum shown on the member's package.<br><br>There is no claim for TRA and RAP for members who were eligible to retire at the date of termination and elected a commuted value transfer of their benefits under the registered pension plans, despite the fact that a TRA or RAP lump sum was included on their pension packages. An eligible-to-retire member must elect to receive an immediate pension in order to receive the TRA and RAP benefits in accordance with the plan provisions.<br><br>A claim was included for members who have not selected any payment option yet or elected to commence a monthly pension under the registered pension plans.<br><br>A claim was also included for Managerial Plan members who were not eligible to retire at the date of termination but eligible for a reduced TRA benefit as a result of the work force reduction provisions with 20 years of service, regardless of the payment options elected under the registered pension plan |
| TRA and RAP<br><br>Active members, including Active Canadian Service Members | The claim represents the actuarial present value of the benefits payable assuming the member terminated employment on December 31, 2010, calculated as at December 31, 2010 based on assumptions at December 31, 2010.<br><br>We have also considered that any members whose age plus years of service equal at least 55 at December 31, 2010 under the work force reduction provisions would be entitled to enhanced early retirement benefits.<br><br>An active member who would not meet the benefit eligibility requirements on December 31, 2010 if they terminated employment on December 31, 2010 is assumed to have no claim for these benefits at this time. |
| TRA and RAP<br>LTD Claimants | The claim represents the actuarial present value of the projected benefits that the members will receive at age 65 assuming they will remain on disability and continue to accrue benefits until age 65 and commence these benefits at age 65. The actuarial present value is calculated as at December 31, 2010 based on assumptions at December 31, 2010. The |

**Nortel Networks Limited**

Preliminary Valuation of Non-Registered Pension Benefits
for Claim Purposes as at the Determination Date

| Plan and Member Group | Claim Basis |
|---|---|
| | actuarial present value is discounted by interest and mortality for the period between December 31, 2010 and age 65 for TRA or the earliest retirement age for RAP as there is no pre-retirement death benefit payable before those ages.  The actuarial present value is also discounted by the cumulative ultimate recovery rates for the period between December 31, 2010 and the earliest benefit eligibility age[21] as it is assumed that members will be terminated immediately upon recovery and no benefits would be payable if such termination occurs before the earliest benefit eligibility age. |
| TRA and RAP<br><br>Pensioners and survivors as at December 31, 2010[22] where the member retired prior to January 14, 2009 | The claim represents the actuarial present value of the monthly benefits payable between January 14, 2009 and the benefit end date, calculated as at January 14, 2009 based on assumptions at January 14, 2009. |
| TRA and RAP<br><br>Deceased pensioners and members as at December 31, 2010 | For deceased pensioners, the claim equals the total monthly benefits that should have been made between January 14, 2009 and the date of death (or the benefit end date if earlier).  No interest is assumed in this calculation.<br><br>For other deceased members, the claim equals the lump sum, if any, communicated on the pension package to the survivor.  Such lump sum was calculated as at the members' date of death based on the CIA assumptions at that date. |
| TRA and RAP<br><br>Deferred vested as at December 31, 2010 who terminated prior to January 14, 2009 | A TRA claim is included for Managerial Plan members who were not eligible to retire at the date of termination but terminated under work force reduction provisions with 20 years of service and therefore eligible for a reduced TRA benefit in accordance with the plan provisions.  The claim equals the amount shown on their pension packages.<br><br>Otherwise, no claim is included since they are not entitled to the TRA or RAP benefits. |
| TRA and RAP<br><br>Terminated Members or members retired on or after January 14, | For members who received a pension package after December 31, 2008, the claim equals the lump sum shown on the pension package, if any, subject to the applicable situations described below.<br><br>For members who did not receive a pension package[23], the claim equals the lump sum that would have been included on the package if a package |

---

[21] For TRA, the earliest benefit eligibility age is the earlier of age 55 and the age at which the member attains 20 years of service.  For RAP, the earliest benefit eligibility age is the earlier of age 55 and the age at which the member attains 30 years of service.

[22] Effective date of data.

[23] Since the transfer of the administration responsibility of the registered pension plans from Nortel to Morneau Shepell Ltd. effective September 30, 2010, issuance of termination and retirement packages were suspended under the registered plans as instructed by Morneau Shepell Ltd.  Therefore, members who terminated or retired before October 1, 2010 had received a pension package whereas members who terminated or retired after September 30, 2010 had not received any package.

**Mercer (Canada) Limited**

**Nortel Networks Limited**

| Plan and Member Group | Claim Basis |
|---|---|
| 2009, including members on SPLA, salary continuance, and members with an outstanding lump sum severance, and Terminated Canadian Service Members (excluding members affected by transactions) | was provided to them, subject to the applicable situations described below. |
| | We have also considered that any members whose age plus years of service equal at least 55 at the date of termination under the work force reduction provisions would be entitled to enhanced early retirement benefits. |
| | Where applicable, the claim is based on service including the member's Notice Period assuming the member terminated plan membership at the end of the Notice Period, if such an amount is greater than the lump sum shown on the member's package or the lump sum that would have been shown on the package had the member received a package. |
| | There is no claim for TRA and RAP for members who were eligible to retire at the date of termination and elected a commuted value transfer of their benefits under the registered pension plans, despite the fact that a TRA or RAP lump sum was included on their pension packages. An eligible-to-retire member must elect to receive an immediate pension in order to receive the TRA and RAP benefits in accordance with the plan provisions. |
| | A claim was included for members who have not selected any payment option yet or elected to commence a monthly pension under the registered pension plans. |
| | A claim was also included for Managerial Plan members who were not eligible to retire at the date of termination but eligible for a reduced TRA benefit as a result of the work force reduction provisions with 20 years of service, regardless of the payment options elected under the registered pension plans. |
| | A member who did not meet the benefit eligibility requirements at the date of termination or did not become eligible by the end of the applicable Notice Period would have no claim for TRA and RAP. |

**Nortel Networks Limited**                    Preliminary Valuation of Non-Registered Pension Benefits
for Claim Purposes as at the Determination Date

| Plan and Member Group | Claim Basis |
|---|---|
| TRA and RAP<br><br>Terminated Members affected by the 2009/2010 transactions | Due to legislative requirements for the registered pension plans, not all members affected by the 2009/2010 transactions received a pension package at the date of transfer. Specifically, only members in British Columbia, Alberta, and Quebec received a pension package at the date of transfer. Subject to the below, the claim for such members is the lump sum shown on the member's pension package. Members in other jurisdictions will receive a pension package when they terminate employment with the purchasers. |
| | For members who have not received a pension package, the claim represents the lump sum that the member would have seen on the pension package had a pension package been issued to the member at the date of transfer, subject to the applicable situations described below. For greater clarity, the lump sum was calculated at the date of transfer based on service, earnings, and assumptions at the date of transfer. |
| | We have also considered that any members whose age plus years of service equal at least 55 at the date of transfer under the work force reduction provisions would be entitled to enhanced early retirement benefits. |
| | Where applicable, the claim is based on service including the member's Notice Period assuming the member terminated plan membership at the end of the Notice Period, if such an amount is greater than the lump sum shown on the member's package or the lump sum that would have been shown on the package had the member received a package. |
| | There is no claim for TRA and RAP for members who were eligible to retire at the date of transfer and elected a commuted value transfer of their benefits under the registered pension plans. An eligible-to-retire member must elect to receive an immediate pension in order to receive the TRA and RAP benefits in accordance with the plan provisions. |
| | A claim was also included for Managerial Plan members who were not eligible to retire at the date of termination but eligible for a reduced TRA benefit as a result of the work force reduction provisions with at least 20 years of service, regardless of the payment options elected under the registered pension plans. |
| | A member who did not meet the benefit eligibility requirements at date of transfer or did not become eligible by the end of the Notice Period where applicable would have no claim for TRA and RAP. |
| RAP Only<br><br>Members affected by Precision | A claim is calculated for former Nortel Canada employees for whom Precision had notified Nortel Canada of their retirements and therefore the commencement of their RAP benefits. For greater clarity, this valuation does not include former Nortel Canada employees who are still active with Precision. |
| | For members who were in receipt of a monthly RAP benefit from Nortel Canada at January 14, 2009, the claim represents the actuarial present value of the monthly benefits payable from Nortel Canada between January 14, 2009 and the benefit end date, calculated as at January 14, |

**Nortel Networks Limited**

Preliminary Valuation of Non-Registered Pension Benefits
for Claim Purposes as at the Determination Date

00147

| Plan and Member Group | Claim Basis |
|---|---|
| | 2009 based on assumptions at January 14, 2009.<br><br>For members who retired after January 14, 2009, the claim equals the Nortel Canada portion of the RAP lump sum as calculated by Precision at the date of the retirement. |
| TRA and RAP<br><br>Members affected by Flextronics, Expertech, and Nordx/CDT | No claim is included for members transferred to these companies. |
| Excess Plan<br><br>Active members, including Active Canadian Service Members | The claim represents the actuarial present value of the benefits payable assuming the member terminated employment on December 31, 2010, calculated as at December 31, 2010 based on assumptions at December 31, 2010.<br><br>We have also considered that any members whose age plus years of service equal at least 55 at December 31, 2010 under the work force reduction provisions would be entitled to enhanced early retirement benefits.<br><br>An active member who would not meet the benefit eligibility requirements on December 31, 2010 if they terminated employment on December 31, 2010 is assumed to have no claim for these benefits at this time. |
| Excess Plan<br><br>LTD Claimants | The claim represents the actuarial present value of the projected benefits that the members will receive at age 65, assuming they will remain on LTD and continue to accrue benefits until age 65, and commence these benefits at age 65. The actuarial present value is calculated as at December 31, 2010 based on assumptions at December 31, 2010. For greater clarity, the actuarial present value is discounted by interest but not by mortality nor recovery for the period between December 31, 2010 and age 65 (i.e. assuming members will still be entitled to an Excess Plan benefit if they recover before age 65 or a death benefit if they die before age 65). |
| Excess Plan<br><br>Pensioners and survivors as at December 31, 2010 who retired prior to January 14, 2009 | The claim represents the actuarial present value as at January 14, 2009 of the future monthly benefits payable based on assumptions at January 14, 2009. |
| Excess Plan<br><br>Deceased pensioners and deceased members as at December 31, 2010 | For deceased pensioners, the claim equals the total monthly benefits that should have been made between January 14, 2009 and the date of death. No interest is assumed in this calculation.<br><br>For other deceased members, the claim equals the lump sum, if any, communicated on the pension package to the survivor. Such lump sum was calculated as at the members' date of death based on the CIA assumptions at that date. |
| Excess Plan<br><br>Deferred vested as at December 31, | The claim represents the actuarial present value as at January 14, 2009 of the future benefits payable based on assumptions at January 14, 2009. |

**Nortel Networks Limited**

| Plan and Member Group | Claim Basis |
|---|---|
| 2010 who terminated prior to January 14, 2009 | |
| Excess Plan<br><br>Terminated Members or members retired on or after January 14, 2009 including members on SPLA, salary continuance, and members with an outstanding lump sum severance, and Terminated Canadian Service Members<br><br>(excluding members affected by transactions) | For members who received a pension package after December 31, 2008, the claim equals the lump sum shown on the pension package, if any, subject to the applicable situations described below.<br><br>For members who did not receive a pension package[24], the claim equals the lump sum that would have been included on the package if a package was provided to them, subject to the applicable situations described below.<br><br>We have also considered that any members whose age plus years of service equal at least 55 at the date of termination under the work force reduction provisions would be entitled to enhanced early retirement benefits.<br><br>Where applicable, the claim is based on service including the member's Notice Period assuming the member terminated plan membership at the end of the Notice Period, if such an amount is greater than the lump sum shown on the member's package or the lump sum that would have been shown on the package had the member received a package. |
| Excess Plan<br><br>Terminated Members affected by the 2009/2010 transactions | Due to legislative requirements for the registered pension plans, not all members affected by the 2009/2010 transactions received a pension package at the date of transfer.  Specifically, only members in British Columbia, Alberta, and Quebec received a pension package at the date of transfer.  Subject to the below, the claim for such members is the lump sum shown on the member's package.  Members in other jurisdictions will receive a pension package when they terminate employment with the purchasers.<br><br>For members who have not received a pension package, the claim represents the lump sum that the member would have seen on the pension package had a pension package been issued to the member at the date of transfer.  For greater clarity, the lump sum was calculated at the date of transfer based on service, earnings, and assumptions at the date of transfer.<br><br>We have also considered that any members whose age plus years of service equal at least 55 at the date of transfer under the work force reduction provisions would be entitled to enhanced early retirement benefits.<br><br>Where applicable, the claim is based on service including the member's Notice Period assuming the member terminated plan membership at the end of the Notice Period, if such an amount is greater than the lump sum shown on the member's package or the lump sum that would have been shown on the package had the member received a package. |

---

[24] Since the transfer of the administration responsibility of the registered pension plans from Nortel to Momeau Shepell Ltd. effective September 30, 2010, issuance of termination and retirement packages were suspended under the registered plans as instructed by Momeau Shepell Ltd.  Therefore, members who terminated or retired before October 1, 2010 had received a pension package whereas members who terminated or retired after September 30, 2010 had not received any package.

**Mercer (Canada) Limited**

**Nortel Networks Limited**

Preliminary Valuation of Non-Registered Pension Benefits
for Claim Purposes as at the Determination Date

| Plan and Member Group | Claim Basis |
|---|---|
| <u>SERP</u><br><br>Active members, including Active Canadian Service Members | There is no member in this category. |
| <u>SERP</u><br>LTD Claimants | The claim represents the actuarial present value of the projected benefits that the members will receive at age 65 assuming they will remain on LTD and continue to accrue benefits until age 65 and commence their pension at age 65.  The actuarial present value is calculated as at December 31, 2010 based on assumptions at December 31, 2010.  For greater clarity, the actuarial present value is discounted by interest and mortality for the period between the age at December 31, 2010 and age 65 as there is no pre-retirement death benefit payable. |
| <u>SERP</u><br><br>Pensioners and survivors as at December 31, 2010, excluding executive pensioners and survivors whose pension should be split between Nortel Canada and Bell | The claim represents the actuarial present value as at January 14, 2009 of the future monthly benefits payable based on assumptions at January 14, 2009. |
| <u>SERP</u><br><br>Executive pensioners and survivors whose pension should be split between Nortel Canada and Bell | <u>Pensioners and survivors who were receiving their pension from Nortel Canada</u><br>The claim represents the actuarial present value as at January 14, 2009 of the Nortel Canada portion of the future monthly benefits payable  based on assumptions at January 14, 2009.<br><u>Pensioners and survivors who were receiving their pension from Bell</u><br>Based on past payment practice, Bell would have the primary responsibility to pay these pensioners and survivors.  As such, no claim has been valued for these pensioners and survivors. |
| <u>SERP</u><br><br>Deceased pensioners and members as at December 31, 2010 | For deceased pensioners, the claim equals the total monthly benefits that should have been made between January 14, 2009 and the date of death.  No interest is included in the calculation.<br>No member died from active or disabled status after January 14, 2009 according to our data at the time this report is prepared. |
| <u>SERP</u><br><br>Deferred vested members as at December 31, 2010 terminated prior to January 14, 2009 | There is no member in this category. |
| <u>SERP</u><br>Terminated | The claim represents the commuted value of the Canadian SERP entitlements as at the date of termination based on the CIA assumptions |

**Mercer (Canada) Limited**

**Nortel Networks Limited**

Preliminary Valuation of Non-Registered Pension Benefits
for Claim Purposes as at the Determination Date

| Plan and Member Group | Claim Basis |
|---|---|
| Members or members retired on or after January 14, 2009 including members on SPLA, salary continuance, and members with an outstanding lump sum severance, and Terminated Canadian Service Members<br><br>(excluding members affected by transactions) | at the date of termination.<br><br>Where applicable, the claim is based on service including the member's Notice Period assuming the member terminated plan membership at the end of the Notice Period, if such an amount is greater than the commuted value as at the date of termination without the Notice Period. |
| <u>SERP</u><br><br>Members affected by the 2009/2010 transactions | There is no member in this category. |
| <u>IPP</u><br>Active members | The claim represents the actuarial present value of the benefits payable assuming the member terminated employment on December 31, 2010, calculated as at December 31, 2010 based on assumptions at December 31, 2010. |
| <u>IPP</u><br><br>Deferred Vested members and Terminated Members | <u>Members who have received an IPP package before January 14, 2008</u><br>Since it cannot be confirmed if the IPP benefits have been paid already, the IPP benefits are assumed to have been paid and therefore there is no claim to be made for the purpose of this valuation.<br><u>Members who have not received an IPP package</u><br>The claim represents the termination lump sum the member would have received had a pension package been provided at the date of termination. The termination lump sum would have been calculated based on service and earnings at the date of termination, and the assumptions used in the last formal valuation for IPP as at December 31, 2007[25]. |

---

[25] It has been Nortel's practice to determine the IPP lump sum for a terminated member based on the assumptions used in the last formal valuation. The last formal valuation was performed as at December 31, 2007. The assumptions used in the December 31, 2007 valuation were consistent with the assumptions used for Nortel Canada's 2007 yearend financial disclosure.

**Nortel Networks Limited**                    Preliminary Valuation of Non-Registered Pension Benefits
for Claim Purposes as at the Determination Date

| Plan and Member Group | Claim Basis |
|---|---|
| Lost Pension Accrual for LTD Claimants under the RPP DB | The claim equals A minus B, where A and B are defined as follows:<br><br>A = the actuarial present value of the projected RPP DB benefits that the members will receive at age 65 assuming they will remain on LTD and continue to accrue RPP DB benefits until age 65 and commence these benefits at age 65.  The actuarial present value is calculated as at December 31, 2010 based on assumptions at December 31, 2010.  For greater clarity, the actuarial present value is discounted by interest but not by mortality nor recovery for the period between the age at December 31, 2010 and age 65; and<br><br>B = the actuarial present value of the benefits payable assuming the member terminated employment on December 31, 2010, calculated as at December 31, 2010 based on assumptions at December 31, 2010.<br><br>If A is less than B (i.e. the value of the missed benefit payments between the optimal retirement age and age 65 is higher than the value of continued benefit accruals to age 65), the claim equals $0.<br><br>We have also considered that any members whose age plus years of service equal at least 55 at December 31, 2010 under the work force reduction provisions would be entitled to enhanced early retirement benefits. |
| Lost Pension Accrual for LTD Claimants under the RPP DC | The claim equals the actuarial present value of the projected DC allocations at 2% of salary for Managerial Plan members and 4% of salary for Negotiated Plan members between December 31, 2010 and age 65, calculated as at December 31, 2010 based on assumptions at December 31, 2010. |
| Lost Pension Accrual during Notice Period for Terminated Members and members on SPLA and salary continuance under RPP DB | The claim equals C minus D, where C and D are defined as follows:<br><br>C = the actuarial present value of the projected RPP DB benefits that the members would receive based on service accrued up to the end of the Notice Period and the member terminated plan membership at the end of the Notice Period.  The actuarial present value is calculated as at the member's date of termination under the registered pension plans based on assumptions on that date; and<br><br>D = the actuarial present value of the benefits payable at the member's date of termination under the registered pension plans based on service accrued up to the date of termination without Notice Period.<br><br>If C is less than D (i.e. the value of the missed benefit payments between the optimal retirement age and the end of the Notice Period is higher than the value of continued benefit accruals to the end of the Notice Period), the claim equals $0.<br><br>We have considered that any members whose age plus years of service equal at least 55 at the date of termination under the work force reduction provisions would be entitled to enhanced early retirement benefits. |

**Nortel Networks Limited**    Preliminary Valuation of Non-Registered Pension Benefits
for Claim Purposes as at the Determination Date    00152

| Plan and Member Group | Claim Basis |
|---|---|
| Lost Pension Accrual during Notice Period for Terminated Members and members on SPLA and salary continuance under RPP DC | For members not affected by the 2009/2010 transactions with a vested DC balance at the member's date of termination, the claim equals the actuarial present value of the projected DC allocations at 2% of salary for Managerial Plan members and 4% of salary for Negotiated Plan members between the member's date of termination under the registered pension plans and the end of the Notice Period, calculated as at the member's date of termination based on assumptions at the same date.<br><br>For members not vested at the member's date of termination, the claim is based on total service up to the end of the Notice Period instead of the service between the member's date of termination and the end of the Notice Period only.<br><br>As instructed by Nortel Canada and the Monitor, for Managerial Plan members affected by Ciena and Genband, the claim is based on the projected DC allocations at 1% of salary for Managerial Plan members and 0% of salary for Negotiated Plan members.<br><br>For Managerial Plan members affected by the other 2009/10 transactions and Negotiated Plan members affected by the other 2009/10 transactions, no DC accrual claim is included, as the new companies offer a DC plan which provides for a company contribution of at least 2% of salary for Managerial Plan members and 4% of salary for Negotiated Plan members, which is equal to Nortel Canada's contribution and therefore no DC loss has been incurred by these members. |
| Union Members Eligible for Pension Equivalent Bridging | The Lost Pension Equivalent claim equals the total monthly pension equivalent amount the member would have received during the bridging period. The monthly pension equivalent amount represents the DB monthly pension payable from the Negotiated Plan assuming the member retired at the end of the bridging period with service accrued up to the end of the bridging period. |

**Nortel Networks Limited**                    Preliminary Valuation of Non-Registered Pension Benefits
for Claim Purposes as at the Determination Date

00153

## *Actuarial Assumptions*

### *For Active, Active Canadian Service Members and LTD Claimants*

| | |
|---|---|
| Determination Date | December 31, 2010 |
| Interest Rates | CIA rates for December 2010 without the 2-month lag (i.e. based on the month end CANSIM rates for December 2010):<br>• Non-indexed: 3.6% per year for 10 years, 4.9% per year thereafter<br>• Fully indexed: 1.8% per year for 10 years, 2.2% per year thereafter |
| Inflation | 1.77% per year for 10 years, 2.64% per year thereafter |
| ITA Limit | Actual amounts for years up to 2011, and projected at inflation + 1% from the 2011 level |
| Mortality | UP94 projected to 2020 using AA scale (sex distinct) |
| Retirement age | For LTD claimants, the assumed retirement age is 65.<br>For active members, the optimal age is determined for each Plan separately as follows:<br>Excess – age that would maximize the total benefit from the registered pension plan, the Excess Plan and SERP<br>TRA / RAP – immediate age<br>IPP – immediate age<br>SERP – not applicable as there is only one LTD member remaining in the Plan |
| Family composition | 90% probability of having a spouse at retirement with males assumed to be 3 years older than their female spouses. |
| LTD Recovery Assumption | Based on Canadian Group Long Term Disability Termination Experience 1988-1997 |
| Income Tax Gross Up | An effective 10%[26]. |

---

[26] Claim with income tax gross-up = Claim before income tax gross-up / (1 – 10%).  For example, if the claim before income tax gross-up is $100, then the claim with income tax gross-up is $111.11 (i.e. $100 / (1-10%) ).

**Nortel Networks Limited**    Preliminary Valuation of Non-Registered Pension Benefits
for Claim Purposes as at the Determination Date

00154

*For pensioners and survivors in receipt of monthly benefits at January 14, 2009
and deferred vested members with a benefit entitlement as at January 14, 2009
who received a pension package prior to December 31, 2008 (excluding
members with IPP benefits)*

| | |
|---|---|
| Determination Date | January 14, 2009 |
| Interest Rates | CIA rates for January 2009 without the 2-month lag (i.e. based on the month end CANSIM rates for January 2009) <br><br> ▪ Non-indexed: 3.0% per year for 10 years, 5.0% per year thereafter <br><br> ▪ Fully indexed: 2.0% per year for 10 years, 3.25% per year thereafter |
| Inflation | 0.94% per year for 10 years, 1.69% per year thereafter |
| ITA Limit | For deferred vested members only: <br><br> Actual amounts for years up to 2011, and projected at inflation + 1% from the 2011 level |
| Mortality | UP94 projected to 2015 using AA scale (sex distinct) |
| Retirement age | Age 65 for deferred vested members. <br> Not applicable for pensioners. |
| Family composition | For deferred vested members: <br> 90% probability of having a spouse at retirement with males assumed to be 3 years older than their female spouses. <br><br> For pensioners and survivors: <br> Pensioners are assumed married and their eligible spouses are still alive if the pension is payable in a joint and survivor form.  For current pensioners the actual spousal date of birth information was used where available.  Where actual spousal dates of birth were not provided, males are assumed to be 3 years older than their female spouses. |
| Income Tax Gross Up | An effective 10%. |

**Nortel Networks Limited**                    Preliminary Valuation of Non-Registered Pension Benefits
                                               for Claim Purposes as at the Determination Date

_Members with IPP benefits who did not receive a pension package_

The claim equals the lump sum that would have been calculated had the member received a pension package at the date of termination. Specifically, it has been Nortel Canada's practice to determine the IPP lump sum for a terminated member based on the assumptions used in the last formal valuation. The last formal valuation was performed as at December 31, 2007. The assumptions used in the December 31, 2007 valuation were consistent with the assumptions used for Nortel Canada Canada's 2007 yearend financial disclosure. A summary of the assumptions is provided below:

| Interest Rates | 5.5% per annum |
|---|---|
| Inflation | 2.0% per annum |
| Mortality | RP2000 (no collar) with projected improvements to 2016 (sex distinct) |
| Retirement age | Age 65 for members under age 55, immediate age for members at least age 55 |
| Family composition | 100% married, males are assumed to be 3 years older than their female spouses where spousal date of birth information is not available. |
| Income Tax Gross Up | An effective 10%. |

_For Terminated Members and members who retired on or after January 14, 2009 or members who received a pension package after December 31, 2008_

The claim is based on the assumptions described in _Section 3500 – Pension Commuted Values of the Canadian Institute of Actuaries' Standards of Practice_ applicable for the date of calculation of the package. For most members, the date of calculation is the date of termination or date of retirement. For deferred vested members who have terminated for more than 6 months, the date of calculation is the date when the pension package was prepared.

As instructed by Nortel Canada and the Monitor, the claim is grossed-up by an effective 10% for income tax.

_For members affected by the 2009/10 transactions_

For members who received a pension package, the claim is based on the assumptions described in _Section 3500 – Pension Commuted Values of the Canadian Institute of Actuaries' Standards of Practice_ applicable for the date of calculation of the package.

For members who did not receive a pension package, the claim is based on the assumptions described in _Section 3500 – Pension Commuted Values of the Canadian Institute of Actuaries' Standards of Practice_ applicable for the date of transfer.

As instructed by Nortel Canada and the Monitor, the claim is grossed-up by an effective 10% for income tax.

**Nortel Networks Limited**

*For deceased pensioners and deceased members*

The claim equals the total monthly benefits that should have been paid to the deceased pensioners between January 14, 2009 and date of death.  No interest is assumed in this calculation.

As instructed by Nortel Canada and the Monitor, the claim is grossed-up by an effective 10% for income tax.

**Nortel Networks Limited**



**4**

# Membership Data

This valuation is based on the membership data as at December 31, 2010 provided by Nortel Canada, supplemented by the Notice Period data as calculated per the proposed compensation claims methodology.

We have not independently verified the accuracy or completeness of the data except to the extent required by generally accepted professional standards and practices. Mercer will not be held responsible for any liability arising from the use of incomplete, inaccurate or not up-to-date data or documentation. We have applied tests for internal consistency, as well as for consistency with the data used for the previous valuation. These tests were applied to membership reconciliation, basic information (date of birth, date of hire, date of membership, gender, etc.), earnings, and service. The results of these tests were satisfactory.  Individual claim statements will be sent to all members to communicate the claim amount and confirm their data and should there be changes to the data, their claim will be adjusted according to the claims resolution process to be approved by the Court.

**Nortel Networks Limited**

## Membership Statistics

### Active Members

| | Non-Union | Union |
|---|---|---|
| **Number with TRA or RAP benefits** | **73** | **2** |
| ▪ Average age at 12.31.2010 | 55.9 | 57.1 |
| ▪ Average best average earnings at 12.31.2010 | $117,925 | N/A |
| ▪ Average pensionable service at 12.31.2010 (in years) | 24.7 | 21.2 |
| **Number with Excess Plan benefits** | **2[27]** | **N/A** |
| ▪ Average age at 12.31.2010 | 60.7 | - |
| ▪ Average best average earnings / final average earnings at 12.31.2010 | $235,230 | - |
| ▪ Average pensionable service at 12.31.2010 (in years) | 18.4 | - |

---

[27] Both active members with Excess Plan benefits are in Part I of the Managerial Plan.

**Mercer (Canada) Limited**

## LTD Claimants

|  | Non-Union | Union |
|---|---|---|
| **Number with Canadian SERP and Excess Plan benefits** | 1[28] | N/A |
| ▪ Average age at 12.31.2010 | * | - |
| ▪ Average final average earnings at 12.31.2010 | * | - |
| ▪ Average pensionable service at 12.31.2010 (in years) | * | - |
| **Number with TRA or RAP benefits** | **124** | **124** |
| ▪ Average age at 12.31.2010 | 56.6 | 56.7 |
| ▪ Average best average earnings / final average earnings at 12.31.2010 | $55,797 | N/A |
| ▪ Average pensionable service at 12.31.2010 (in years) | 26.8 | 30.6 |
| **Number with Lost Pension Accrual (DB) claim – Part I Managerial Plan or Program I Negotiated Plan** | **25** | **9** |
| ▪ Average age at 12.31.2010 | 49.0 | 50.2 |
| ▪ Average best average earnings at 12.31.2010 | $48,123 | N/A |
| ▪ Average pensionable service at 12.31.2010 (in years) | 17.2 | 16.0 |
| **Number with Lost Pension Accrual (DB) claim – Part II Managerial Plan** | **34** | **N/A** |
| ▪ Average age at 12.31.2010 | 52.0 | - |
| ▪ Average final average earnings at 12.31.2010 | $76,667 | - |
| ▪ Average pensionable service at 12.31.2010 (in years) | 16.8 | - |
| **Number with Lost Pension Accrual (DC) Claim – Part III of Managerial Plan and Part II of Negotiated Plan** | **56** | **3** |
| ▪ Average age at 12.31.2010 | 48.4 | 52.0 |
| ▪ Average earnings | $80,593 | $59,016 |
| ▪ Average annual Company DC contributions | $2,254 | $2,361 |

---

[28] This member is in Part I of the Managerial Plan.  The data is not shown for privacy reason.

**Nortel Networks Limited**   Preliminary Valuation of Non-Registered Pension Benefits
for Claim Purposes as at the Determination Date

### Pensioners and Survivors[29]

|  | Non-Union | Union |
|---|---|---|
| **Number with TRA or RAP benefits** | **449** | **306**[30] |
| ▪ Average age | 61.8 | 61.3 |
| ▪ Average monthly benefit at 1.14.2009 | $960 | $867 |
| ▪ Average years of remaining payments | 2.9 | 2.6 |
| **Number with Excess Plan benefits** | **260** | **N/A** |
| ▪ Average age | 65.7 | - |
| ▪ Average monthly benefit at 1.14.2009 | $2,285 | - |
| **Number with Canadian SERP benefits** | **102** | **N/A** |
| ▪ Average age | 70.7 | - |
| ▪ Average monthly benefit at 1.14.2009 | $3,583 | - |

### Deferred Vested Members

|  | Non-Union | Union |
|---|---|---|
| **Number with Excess Plan benefits** |  | **N/A** |
| ▪ Received a pension package after December 31, 2008 | 8 |  |
| ▪ Did not receive a pension package after December 31, 2008 | 14 |  |
| **Number with Canadian SERP benefits** | **1**[31] | **N/A** |
| **Number with IPP benefits** | **22** | **N/A** |

---

[29] Headcounts include deceased pensioners, deceased members and survivors, but the average ages exclude such members whose date of birth is not available

[30] Including 47 Precision members (37 retired prior to January 14, 2009 and 10 retired after January 14, 2009). Statistics on average age, monthly benefit and years of remaining payments provided here exclude the 10 Precision members retired after January 14, 2009 whose claim is based on the RAP lump sum calculated by Precision.

[31] Data is not shown for privacy reason.

**Nortel Networks Limited**                    Preliminary Valuation of Non-Registered Pension Benefits
                                              for Claim Purposes as at the Determination Date

### Terminated Members, Terminated Canadian Service Members and Members Retired on or after January 14, 2009
### (Before Adjustment for Notice Period)

|  | Non-Union | Union |
|---|---|---|
| **Number with TRA or RAP benefits** |  |  |
| ▪ SPLA / Salary Continuance / Outstanding Severance | 34 | 3 |
| ▪ Other Nortel Canada members | 318 | 44 |
| **Number with Excess benefits** |  |  |
| ▪ SPLA / Salary Continuance / Outstanding Severance | 3 | - |
| ▪ Other Nortel Canada members | 49 | - |
| **Number with IPP benefits** | 2 | - |

### Members Affected by 2009/10 Transactions
### (Before Adjustment for Notice Period)

|  | Non-Union | Union |
|---|---|---|
| **Number with TRA or RAP benefits** |  |  |
| ▪ Avaya | 61 | 3 |
| ▪ Ericsson | 62 | - |
| ▪ Ciena | 111 | 2 |
| ▪ Ericsson / Kapsch | - | - |
| ▪ Genband | 52 | 2 |
| **Number with Excess Plan benefits[32]** |  | N/A |
| ▪ Avaya | - | - |
| ▪ Ericsson | 1 | - |
| ▪ Ciena | 4 | - |
| ▪ Ericsson / Kapsch | - | - |
| ▪ Genband | - | - |

---

[32] All 2009/10 Sales Members with Excess Plan benefits are in Part I of the Managerial Plan.

**Nortel Networks Limited**

### Terminated Members with a Notice Period

| | Number of Members with a Notice Period | Number of Members with an Increased Claim[33] Due to Notice Period | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | TRA / RAP (already has a claim without Notice Period) | TRA / RAP (new claim) | Excess Plan | SERP | RPP DB Accrual | RPP DC Accrual |
| SPLA / Salary Continuance / Outstanding Severance | 304 | 12 | 2 | - | - | 8 | 201 |
| 2009/10 Transaction Members | | | | | | | |
| ▪ Avaya | 814 | 49 | 12 | - | - | 10 | - |
| ▪ Ericsson | 895 | 51 | 4 | - | - | 15 | - |
| ▪ Ciena | 1,298 | 98 | 6 | 2 | - | 28 | 1,247 |
| ▪ Ericsson / Kapsch | 7 | - | - | - | - | - | - |
| ▪ Genband | 476 | 38 | 8 | - | - | 9 | 463 |
| Other Terminated Members | 1,221 | 67 | 5 | 1 | - | 22 | 1,154 |

### Union Members Eligible for Lost Pension Equivalent Claim

| | Non-Union | Union |
| --- | --- | --- |
| **Number with Pension Equivalent Claim** | N/A | 13 |

---

[33] A claim may increase, compared to the claim at the member's date of termination without the Notice Period, due to additional benefit accrual during the Notice Period, or the inclusion of the Notice Period would allow the member to meet the eligibility requirements for a better benefit (e.g. Rule of 55). However, a claim may decrease since the member is assumed to terminate at the end of the Notice Period and miss the benefit payments that he would have received before the Notice Period end date. The above chart only includes members whose claim has been increased due to the Notice Period.

**5**

# Summary of Benefit Eligibility Requirements

The following table summarizes the eligibility requirements for a member to receive a benefit by plans

00164

## Eligibility to Receive Benefit

### Managerial and Non-Negotiated (Non-Union)

| | TRA (Non-Union) and RAP (Union) | Excess Plan | SERP | RPP DB and RPP DC |
|---|---|---|---|---|
| Traditional Grandfathered Part I and II | **Part I:** Retire directly from active or LTD status (i.e. attained age 55 or 30 years of service under work force reduction) with 4 years of service and commence the monthly pension immediately at retirement<br><br>OR<br><br>Terminate before age 55 under work force reduction provisions with at least 20 years of service<br><br>**Part II:** Not eligible to receive any benefit | Terminate or retire with a DB pension benefit that is capped by the maximum pension limits under the *Income Tax Act*. | Designated executives who terminate or retire after the earliest of:<br><br>▪ age 65;<br>▪ age 60 with 20 years of service;<br>▪ age 58 with 85 points (age + service); or<br>▪ for Current Revised SERP and New SERP only, age 60 with 5 years of service, provided hired directly onto the Executive Leadership Team after December 31, 1998 | Continue to accrue RPP DB pensionable and eligible service until termination or retirement date<br><br>Not eligible to receive RPP DC contributions |
| Traditional Non-Grandfathered Part I and II | Same as Traditional Grandfathered Part I members | Same as Traditional Grandfathered Part I and II members | Same as Traditional Grandfathered Part I and II members | Continue to accrue RPP DB eligible service but not pensionable service since December 31, 2007<br><br>In addition, the members also receive RPP DC contributions until termination or retirement |

34

00165

**Nortel Networks Limited**

| | TRA (Non-Union) and RAP (Union) | Excess Plan | SERP | RPP DB and RPP DC |
|---|---|---|---|---|
| | | **Eligibility to Receive Benefit** | | |
| **Managerial and Non-Negotiated (Non-Union)** | | | | |
| Balanced | Not eligible to receive any benefit | Same as Traditional Grandfathered Part I and II members for members with a suspended RPP DB pension benefit | Same as Traditional Grandfathered Part I and II members for members with a suspended RPP DB pension benefit | Eligible to receive RPP DC contributions until termination or retirement. If addition, for members with a suspended RPP DB pension, they also accrue RPP DB eligible service but not pensionable service |
| Investor | Not eligible to receive any benefit | Same as Traditional Grandfathered Part I and II members for members with a suspended RPP DB pension benefit | Same as Traditional Grandfathered Part I and II members for members with a suspended RPP DB pension benefit | Eligible to receive RPP DC contributions since December 31, 2007 until termination or retirement. If addition, for members with a suspended RPP DB pension, they also accrue RPP DB eligible service but not pensionable service |
| All employees hired on or after January 1, 2008 | Not eligible to receive any benefit | Not eligible to receive any benefit | Not eligible to receive any benefit | Eligible to receive RPP DC contributions if vested at the date of termination |

**Mercer (Canada) Limited**

35

Preliminary Valuation of Non-Registered Pension Benefits
for Claim Purposes as at the Determination Date

Nortel Networks Limited

## Eligibility to Receive Benefit

| | TRA (Non-Union) and RAP (Union) | Excess Plan | SERP | RPP DB and RPP DC |
|---|---|---|---|---|
| **Negotiated (Union)** | | | | |
| Program I | Retire directly from active or LTD status (i.e. attained age 55 or 30 years of service under work force reduction) with 10 years of service and commence the monthly pension immediately at retirement | Not eligible to receive any benefit | Not eligible to receive any benefit | Continue to accrue RPP DB pensionable and eligible service until termination or retirement date<br><br>Not eligible to receive RPP DC contributions |
| Program II | Not eligible to receive any benefit | Not eligible to receive any benefit | Not eligible to receive any benefit | Eligible to receive RPP DC contributions until termination or retirement<br><br>If addition, for members with a suspended RPP DB pension, they also accrue RPP DB eligible service but not pensionable service |

00167

Preliminary Valuation of Non-Registered Pension Benefits
for Claim Purposes as at the Determination Date

37

| | | Eligibility to Receive Benefit | | |
|---|---|---|---|---|
| | **TRA (Non-Union) and RAP (Union)** | **Excess Plan** | **SERP** | **RPP DB and RPP DC** |
| **Surviving Spouses and Beneficiaries** | | | | |
| Surviving spouses and beneficiaries of deceased pensioners | Present value of any remaining monthly payments payable to the deceased pensioners | In accordance with the pension form elected by the deceased pensioner at retirement, if any | In accordance with the pension form elected by the deceased pensioner at retirement, if any | In accordance with the RPP DB pension form elected by the deceased pensioner at retirement, if any |
| Surviving spouses and beneficiaries of deceased members who have not commenced a monthly pension | Not eligible for any benefit | A pre-retirement death benefit is payable to the surviving spouse or the beneficiary if there is no spouse or the spouse has waived the pre-retirement death benefit if the deceased member's DB pension is capped by the maximum pension limits under the Income Tax Act at the date of death | Not eligible for any benefit | A pre-retirement death benefit is payable to the surviving spouse or the beneficiary if there is no spouse or the spouse has waived the pre-retirement death benefit |

Mercer (Canada) Limited

Case 09-10138-MFW    Doc 6593-4    Filed 10/13/11    Page 26 of 136    00168

**Nortel Networks Limited**                    Preliminary Valuation of Non-Registered Pension Benefits
                                               for Claim Purposes as at the Determination Date



Appendix A

# Summary of Plan Provisions for the Nortel Networks Limited Transitional Retiring Allowance (TRA)

## Introduction

This Plan provides benefits to employees of Nortel Networks Limited, Nortel Networks Technology Corp. and Prism who retire under the Part I provision of the Nortel Networks Managerial Pension Plan after completion of 4 years of service. Members of the Part II, Balanced and Investor programs are not entitled to TRA, except for those Non-Grandfathered Part I Members who joined the Balanced Program on January 1, 2008.

The plan was amended effective January 1, 2008 to reflect the plan changes announced in June 2006 ("CARP changes"). For members who were not grandfathered in the plan provisions at December 31, 2007:

- their pensionable service for TRA accrual purposes ceases accruing effective December 31, 2007 (but not pensionable service for early retirement eligibility purposes); and

- their Best Average Earnings are determined as at December 31, 2007.

Effective September 30, 2010, the Managerial Plan was amended such that all DB service accruals and DC contributions ceased on that date. As the benefit accruals under the TRA Plan are tied with the DB service accruals under the Managerial Plan, members ceased to accrue further TRA benefits effective September 30, 2010 as well.

The following is a more detailed summary of the plan's main provisions in effect on December 31, 2007, including the CARP changes. It is not intended as a complete description of the plan.

## Grandfathered Members

Grandfathered Members are members who, as at December 31, 2007:

- are at least age 60;
- have at least 30 years of pensionable service;
- are at least age 55 with at least 70 points (age plus years of pensionable service); or
- are on long term disability as at December 31, 2007 and remain on long term disability
- are recovered from long term disability and meet the above age and/or service requirements at the date of recovery

Otherwise, the member is a Non-Grandfathered Member.

## Contributions

No employee contributions are required. The Company pays benefits out of operating income.

## Retirement Dates

The normal, early and postponed retirement dates are the same as in the Nortel Networks Managerial Pension Plan.

## Retirement Benefits

The TRA benefit is a lump sum amount based on earnings, TRA benefit rate, years of employment and age at retirement. The TRA benefit rate is based on the following schedule:

### TRA Benefit Rate

| Benefit Group | Benefit Rate |
|:---:|:---:|
| 1 | $19 |
| 2 | $20 |
| 3 | $22 |
| 4 | $25 |
| 5 | $27 |

With respect to Prism employees transferred from Microtel in accordance with the Purchase and Sale Agreement, service prior to January 1, 1990 is not covered under the TRA Plan.

For Non-Grandfathered Members, the service for benefit accrual purposes ceased accruing as at December 31, 2007 and the best 3 years' average annual salary is

determined as at December 31, 2007, but the completed years of service for the determination of the months of TRA continue to accrue after December 31, 2007.

Effective September 30, 2010, the Managerial Plan was amended such that all DB service accruals and DC contributions ceased on that date. As the benefit accruals under the TRA Plan are tied with the DB service accruals under the Managerial Plan, members ceased to accrue further TRA benefits effective September 30, 2010 as well. For the purpose of the claim calculation, members are assumed to continue to accrue service after September 30, 2010 until the date of termination or the end of the Notice Period.

## Normal Retirement

If a member retires at normal retirement date, the TRA benefit in a lump sum equals the sum of (a) plus (b) as follows:

(a) the TRA benefit rate, multiplied by the number of years of employment service, multiplied by the months of TRA, where the months of TRA are equal to:

### Months of TRA

| Completed years of service | Number of months |
|---|---|
| Less than 4 | 0 |
| 4-10 | 6 |
| 11-16 | Completed years of service less 5 |
| 17-22 | Completed years of service less 4 |
| 23, 24 | Completed years of service less 3 |
| 25, 26 | Completed years of service less 2 |
| 27, 28 | Completed years of service less 1 |
| 29, 30 | Completed years of service |
| 31, 32 | Completed years of service plus 1 |
| 33, 34 | Completed years of service plus 2 |
| 35, 36 | Completed years of service plus 3 |
| 37, 38 | Completed years of service plus 4 |
| 39 and over | 44 |

(b) 3% of the employee's best 3 years' average annual salary in excess of $32,000, multiplied by the employee's completed years of service, in excess of 10.

## Early retirement pension

If a member retires early under company initiated or employee initiated retirement with an unreduced or subsidized pension (Class A, B or C), the TRA benefit in a lump sum equals the sum of (a) plus (b) plus (c) as follows:

(a) the TRA benefit rate, multiplied by the number of completed years of service, multiplied by the value of an annuity payable for the number months of TRA, under normal retirement, determined at 10.25%;

(b) $11.00 multiplied by the number of completed years of service, multiplied by the value of a temporary annuity until age 65, determined at 10.25%;

(c) 3% of the employee's best 3 years' average annual salary in excess of $32,000, multiplied by the employee's completed years of service, in excess of 10 years.

If the member is entitled to an actuarially reduced pension, the TRA will be the actuarial equivalent of the TRA that would be payable at the first age when a Class A, B or C pension would become available to the member, given his pensionable service at retirement.

**Early retirement supplement (ERS)**

Any early retirement supplement payable under the Nortel Networks Managerial Pension Plan is subtracted from the TRA benefit.

## Survivor Benefits

**Member's Death before retirement**

No benefits are payable.

**Member's Death after retirement**

The remaining TRA payments continue to be paid to the surviving beneficiary in equal monthly instalments. All monthly benefits payable are guaranteed.

## Termination Benefits

No benefits are payable upon termination except under workforce reduction conditions. An employee is considered terminated if he or she takes a commuted value under the Managerial Plan.

**Special Termination Benefits**

At the discretion of the company, the following special TRA benefits are provided under workforce reduction conditions:

Under the SPLA policy, up to 2 years of service is provided for Traditional Part I members who would be eligible to retire under Class A, B or C within 2 years. The TRA benefit is determined based on Best Average Earnings at the start of the SPLA but using age and service (including bridged service) at the time of retirement, i.e. at the end of the

SPLA.

For Traditional Part I members with at least 20 years of continuous service but neither eligible to retire nor eligible to be bridged, such member is eligible to receive 50% of the TRA amount payable at the TRA eligibility age[34] based on pensionable service at date of termination. The TRA lump sum payable would be discounted from the TRA eligibility age to the termination age.

---

[34] Earliest of age 65, age 60 with age plus pensionable service equals at least 80, or age 55 with age plus pensionable service equals at least 85.

**Nortel Networks Limited**



Appendix B

# Summary of Plan Provisions for the Nortel Networks Limited Retirement Allowance Plan (RAP)

## Introduction

This Plan provides benefits to employees of Nortel Networks who retire under the Program I provision of the Negotiated Plan after completion of 10 years of service. Program II members are not entitled to RAP.

Notwithstanding the above, Program I members who transferred to a non-union position after April 30, 2000 and who have elected to retain their Program I benefits will be entitled to a portion of the RAP based on their service accrued under Program I to date of transfer over the member's total service.

Effective September 30, 2010, the Negotiated Plan was amended such that all DB service accruals and DC contributions ceased on that date.  As the benefit accruals under the RAP Plan are tied with the DB service accruals under the Negotiated Plan, members ceased to accrue further RAP benefits effective September 30, 2010 as well.

## Contributions

No employee contributions are required. The Company pays benefits out of operating income.

## Retirement Dates

The normal, early and postponed retirement dates are the same as in the Nortel Canada Negotiated Pension Plan.

**Nortel Networks Limited**                    Preliminary Valuation of Non-Registered Pension Benefits
for Claim Purposes as at the Determination Date

## Retirement Benefits

The basic RAP benefit is a monthly amount based on the basic RAP benefit rate, years of employment and age at retirement. Additional RAP is a temporary monthly supplement for retirement before age 65 in addition to the basic RAP benefit. The basic and additional RAP benefit rates are based on the following schedules:

### RAP Benefit Rates before and after 2006 CLA
### CAW Unions

| | Before 2006 CLA | | After 2006 CLA | |
|---|---|---|---|---|
| **Benefit Group** | **January 1, 2005** | **January 1, 2006** | **January 1, 2007** | **January 1, 2008** |
| Basic RAP | | | | |
| 1 | $28.11 | $28.67 | $29.23 | $29.79 |
| 2 | $29.59 | $30.18 | $30.77 | $31.36 |
| 3 | $32.55 | $33.20 | $33.85 | $34.50 |
| 4 | $36.98 | $37.72 | $38.46 | $39.20 |
| 5 | $39.94 | $40.74 | $41.54 | $42.34 |
| Additional RAP | | | | |
| 1 to 5 | $15.97 | $16.28 | $16.60 | $16.92 |

**Nortel Networks Limited**                    Preliminary Valuation of Non-Registered Pension Benefits
for Claim Purposes as at the Determination Date

00175

### RAP Benefit Rates before and after 2007 CLA
### CUCW#1 Unions

| Benefit group | Before 2007 CLA | | After 2007 CLA | |
| --- | --- | --- | --- | --- |
| | Jan. 1, 2006 | Jan. 1, 2007 | Jan. 1, 2010 | Jan. 1, 2011 |
| Basic Rap | | | | |
| 1 | $27.01 | $27.55 | $27.82 | $28.09 |
| 2 | $28.44 | $29.00 | $29.29 | $29.57 |
| 3 | $31.28 | $31.90 | $32.22 | $32.53 |
| 4 | $35.54 | $36.25 | $36.61 | $36.96 |
| 5 | $38.39 | $39.15 | $39.54 | $39.92 |
| Additional RAP | | | | |
| 1 to 5 | $15.34 | $15.65 | $15.80 | $15.96 |

### RAP Benefit Rates before and after 2007 CLA
### CUCWO (formerly COEU) Union

| Benefit group | Before 2007 CLA | | After 2007 CLA | |
| --- | --- | --- | --- | --- |
| | June 19, 2003 | Jan. 1, 2007 | Jan. 1, 2008 | Jan. 1, 2009 |
| Basic Rap | | | | |
| 1 | $27.55 | $28.10 | $28.38 | $28.65 |
| 2 | $29.00 | $29.58 | $29.89 | $30.16 |
| 3 | $31.90 | $32.54 | $32.86 | $33.18 |
| 4 | $36.25 | $36.98 | $37.34 | $37.70 |
| 5 | $39.15 | $39.94 | $40.33 | $40.72 |
| Additional RAP | | | | |
| 1 to 5 | $15.65 | $15.96 | $16.12 | $16.27 |

**Nortel Networks Limited**    Preliminary Valuation of Non-Registered Pension Benefits
for Claim Purposes as at the Determination Date

## RAP Benefit Rates for Divested Unions (e.g. CEP, CUCW#2)

| Benefit Group | January 1, 1998 |
|---|---|
| Basic RAP | |
| 1 | $24.31 |
| 2 | $25.60 |
| 3 | $28.16 |
| 4 | $32.00 |
| 5 | $34.56 |
| Additional RAP | |
| 1 to 5 | $13.81 |

## Normal retirement

If a member retires at normal retirement date, the RAP will be a lump sum equal to the basic RAP benefit rate, multiplied by the number of years of service, multiplied by the months of RAP, where the months of RAP are:

Months of RAP

| Completed years of service | Number of months |
|---|---|
| Less than 10 | 0 |
| 10 | 5 |
| 11-16 | Completed years of service less 5 |
| 17-22 | Completed years of service less 4 |
| 23, 24 | Completed years of service less 3 |
| 25, 26 | Completed years of service less 2 |
| 27, 28 | Completed years of service less 1 |
| 29, 30 | Completed years of service |
| 31, 32 | Completed years of service plus 1 |
| 33, 34 | Completed years of service plus 2 |
| 35, 36 | Completed years of service plus 3 |
| 37, 38 | Completed years of service plus 4 |
| 39 and over | 44 |

## Early retirement benefit

If a member retires early with an unreduced pension (Class A, B or C) under company-initiated or employee-initiated retirement, the RAP benefits equal a monthly amount which is the sum of (a) and (b) as follows, payable until age 65:

(a) the basic RAP benefit rate, multiplied by the number of completed years and months of service, multiplied by the value of an annuity certain payable for the number of months of RAP determined at 10.25%, and divided by the value of a temporary annuity until age 65 determined at 10.25%, plus

(b) the additional RAP benefit rate, multiplied by the number of completed years and months of service.

If the member is entitled to an actuarially reduced pension (Class E), the RAP will be the actuarial equivalent of the RAP that would otherwise be payable at the first age when a Class A, B or C pension would become available to the member, given his pensionable service at retirement.

### Early retirement supplement (ERS)

All members who were entitled to an unreduced pension based on their age and service as at December 31, 1987 are entitled to an ERS under the Nortel Networks Negotiated pension plan. The monthly ERS benefit is $10.00 per year of service to December 31, 1987, payable until age 65.

Any early retirement supplement payable under the Nortel Networks Negotiated pension plan is subtracted from the RAP benefit.

## Survivor Benefits

### Member's Death before retirement

With the exception of CEP* & CUCW#2* members, eligible dependants of a member who dies in service after having met the conditions for a Class A, B, C or E pension will receive RAP payments that would have otherwise been made to the member had the member retired immediately prior to his death. The effective dates for this change are one day after ratification of the 2000 collective labour agreements.

Prior to this change, no benefits were payable upon death prior to retirement.

* New 2000 contracts have not been negotiated for CEP and CUCW#2 members due to sale of businesses in 2000.

### Member's Death after retirement

The remaining RAP payments may be paid to the surviving beneficiary in equal monthly instalments, or converted to a lump sum. All monthly benefits are payable are guaranteed.

## Termination Benefits

No benefits are payable upon termination. An employee is considered terminated if he or she takes a commuted value under the Negotiated Plan.

### Special Termination Benefits

At the discretion of the company, special RAP benefits are provided under workforce reduction conditions.

Under the Special Leave of Absence prior to pension (SPLA) policy, up to 2 years of service is provided for Program I members who would be eligible to retire under Class A, B or C within 2 years. RAP benefit is determined based on RAP rates at the start of the SPLA but using age and service (including bridged service) at the time of retirement, i.e. at the end of the SPLA.

## Special RAP Benefits for Precision Members

Subject to conditions as stipulated in the Purchase and Sale Agreements, certain divested employees who were Program I members of the Negotiated plan at the time the business units were divested and continued employment with the purchaser, shall be entitled to a portion of the RAP benefits based on accrued Nortel Canada service and RAP benefit rates in effect as at the date of divestiture.

The following bullets summarise the special conditions for payment of RAP to divested Program I members

- The divested employee is entitled to a monthly or lump sum RAP, provided that the divested employee retires from the purchaser and elects to receive an immediate pension[35] from the Negotiated Plan and that the divested employee has not commuted his Nortel Canada pension or previously received a RAP benefit from Nortel Canada as at the sale date.  The RAP benefits are pro-rated on the employee's total service with Nortel Canada and with the purchaser, where the portion payable by Nortel Canada is with respect to service accrued with Nortel Canada.

---

[35] Provided that the divested employee has met conditions for an immediate pension from the Negotiated plan and has satisfied the requirement for RAP benefits, i.e. 10 years of combined service from Nortel and the purchaser.

Appendix C

# **Summary of Plan Provisions for the Supplementary Executive Retirement Plan (SERP)**

## Introduction

The SERP is comprised of three components, an Original SERP, a Current Revised SERP and a New SERP. A qualifying executive may be eligible to receive benefits from one or more of these components. If an executive is eligible for benefits from more than one component, the benefit is based on the SERP provisions which produce the highest benefit.

The SERP was amended effective January 1, 2008 to reflect the plan changes announced in June 2006 ("CARP changes"). For members who are not grandfathered in the current plan provisions at December 31, 2007:

- their Credited Service (under the Original SERP and the Current Revised SERP) and Percentage Credits (under the New SERP) cease accruing effective December 31, 2007 (but not pensionable service for early retirement eligibility purposes); and

- their Final Average Earnings are determined as at December 31, 2007.

The SERP was wound up as at December 31, 2010.

## Grandfathered Members

Grandfathered Members are members who, as at December 31, 2007:

- are at least age 60;
- have at least 30 years of pensionable service; or
- are at least age 55 with at least 70 points (age plus years of pensionable service).

Otherwise, the member is a Non-Grandfathered Member.

# Original SERP

## Introduction

This Plan provides benefits to all North American executives of Nortel Networks in Band 11 and above at retirement. Effective January 1, 1999, there will not be any new entrants into the Original SERP.

## Eligibility

A member of the Original SERP will become eligible for benefits at the earliest of:

- 65th birthday;

- 60th birthday with at least 20 years of retirement eligibility service; or

- 58th birthday and the sum of age and actual years of service total 85 or more.

## Normal Retirement Pension

On retirement, a member is entitled to an annual pension equal to 1.3% of Final Average Earnings for each year of Credited Service. Final Average Earnings includes base salary, a portion of the bonus and commissions. The portion of the bonus that is included for this purpose is based on the member's Band level.

For Non-Grandfathered Members, Credited Service ceases accruing effective December 31, 2007 and Final Average Earnings are determined as at December 31, 2007.

## Early Retirement Pension

If a SERP member retires early, the member's pension will be determined based on Final Average Earnings with bonus inclusion reduced by 1/3 of the bonus each year below age 60. This benefit is not payable if a member terminates prior to age 58.

For Non-Grandfathered Members, Credited Service ceases accruing effective December 31, 2007 and Final Average Earnings are determined as at December 31, 2007.

## Retirement Benefit Cap

The total annual pension payable from the plan cannot exceed 70% of the final 12 months base salary.

### Survivor Benefit

On death after retirement, an eligible surviving spouse will receive a benefit for life, of 60% of the retirement benefit calculated under this plan, including the portion applicable to the special pension credits.

## Current Revised SERP

### Introduction

This plan provides benefits to Canadian executives who elected Part I and did not switch to Part II.

Effective January 1, 2000, there were no new entrants into the Current Revised SERP.

### Qualification for SERP

Effective January 1, 1999 through to December 31, 1999, only senior executives with an annual base salary of $200,000 or more qualified for the SERP program. However, senior executives who qualified under the prior eligibility rules (prior Band 11+) by December 31, 1998, continue to participate in the SERP program beyond 1998.

### Eligibility

A member of the Current Revised SERP become eligible for benefits at the earliest of:

- 65th birthday;

- 60th birthday with at least 20 years of retirement eligibility service;

- 58th birthday and the sum of age and actual years of service total 85 or more; or

- age 60 with at least 5 years of continuous service, provided the member was hired directly onto the Executive Leadership Team after December 31, 1998.

### Retirement Pension

On retirement, a member is entitled to an annual pension equal to 1.3% of Final Average Earnings for each year of Credited Service. Final Average Earnings are the average of eligible earnings over a consecutive three-year period. Eligible earnings include base salary, bonuses and commissions. However, bonuses and commissions are included only up to 60% of base salary.

For Non-Grandfathered Members, Credited Service ceases accruing effective December 31, 2007 and Final Average Earnings are determined as at December 31, 2007.

**Nortel Networks Limited**

## Early Retirement Pension

If a SERP member retires early, the member's pension equals the normal retirement pension reduced by 7% per year for each year prior to age 60 (reduction pro-rated for partial years).

## Retirement Benefit Cap

The total annual pension payable from the plan cannot exceed 60% of final average earnings.

## Survivor Benefit

If a member dies after retirement an eligible surviving spouse will receive a benefit for life, of 60% of the retirement benefit calculated under this plan, including the portion applicable to the special pension credits.

# New SERP

## Introduction

This plan provides benefits to Canadian executives who elected to stay in Part I or Part II effective May 1, 2000 (rather than switching to either the Balanced program or the Investor program.

Effective January 1, 2000, there were no new entrants into the New SERP.

## Qualification for SERP

Effective January 1, 1999 through to December 31, 1999, only senior executives with an annual base salary of $200,000 or more qualified for the SERP program.  However, senior executives who qualified under the prior eligibility rules (prior Band 11+) by December 31, 1998, continue to participate in the SERP program beyond 1998.

## Eligibility

A member of the New SERP will become eligible for benefits at the earliest of:

- 65th birthday;

- 60th birthday with at least 20 years of retirement eligibility service;

- 58th birthday and the sum of age and actual years of service total 85 or more; or
- age 60 with at least 5 years of continuous service, provided hired directly onto the Executive Leadership Team post December 31, 1998.

## Normal Retirement Benefit

On retirement, a member is entitled to a lump sum value equal to an accumulated percentage of their Final Average Earnings. The accumulated percentages are calculated according to the following table:

| Points (Age & Service) | Percentage Credit |
|---|---|
| Up to 45 points | 2% |
| 46 to 55 points | 5% |
| 56 to 65 points | 20% |
| 66 to 75 points | 22% |
| over 75 points | 24% |

Final Average Earnings are the average of eligible earnings over a consecutive three-year period. Eligible Earnings include base salary, bonuses and commissions. However, bonuses and commissions are included only up to 60% of base salary. The lump sum value can be converted on an actuarial equivalent basis to a pension.  It is payable as a 60% joint and survivor if the member is married and has elected a joint and survivor pension, and payable as a lifetime pension otherwise.

For Non-Grandfathered Members, Percentage Credits cease accruing effective December 31, 2007 and Final Average Earnings will be determined as at December 31, 2007.

## Early Retirement Pension

There is no reduction if a SERP member retires early.

## Retirement Benefit Cap

The total lump sum value payable from the plan cannot exceed 550% of final average earnings.

Case 09-10138-MFW    Doc 6593-4    Filed 10/13/11    Page 42 of 136

**Nortel Networks Limited**                     Preliminary Valuation of Non-Registered Pension Benefits 90184
                                                for Claim Purposes as at the Determination Date



Appendix D

# Summary of Plan Provisions for the Nortel Networks Limited Managerial and Non-Negotiated Excess Plan (Excess Plan)

The Excess Plan is a non-funded arrangement which provides benefits which, in the absence of the maximum pension limits imposed under the *Income Tax Act* and in the absence of any funding shortfall, would be payable under the Managerial Plan.

For greater clarity, under Part II of the plan, if a member elects an immediate or deferred pension option, post-retirement indexing of the total pension payable under both the Excess Plan and the Managerial Plan is limited to 4.0% per annum and pre-retirement increases are limited such that the cumulative increase for any given member shall not exceed the cumulative increase in the Industrial Aggregate Wage from the member's date of termination to the date of pension commencement.

In contrast, if a Part II member elects a commuted value in settlement of benefit entitlement, the Excess Plan pays any excess of the member's Cash Value over the commuted value of the pension payable under the Managerial Plan. This excess commuted value is paid in the form of a 15-year term certain annuity if this value exceeds 50% of the Final Average Earnings (as defined under Part II of the Managerial Plan) of the member. A lump sum cash payment may be made if this value is less than 50% of the Final Average Earnings of the member.

The Excess Plan was amended effective January 1, 2008 to reflect the plan changes announced in June 2006 ("CARP changes"). In addition, for Quebec Non-Grandfathered Members, the total pension payable under both the Excess Plan and the Managerial Plan will be the greater of:

**Nortel Networks Limited**

- the pension calculated based on Best Average Earnings (under Part I) or Final Average Earnings (under Part II) determined as at December 31, 2007, or

- the pension payable under the Managerial Plan.

The Excess Plan was wound up as at December 31, 2010.



Appendix E

# Summary of Plan Provisions for the Nortel International Pension Plan (IPP Plan)

## Eligibility

The Nortel International Pension Plan became effective January 1, 1996. The Plan provides benefits to those employees who have transferred permanently from employment in one country to another where the new employer does not sponsor a pension plan or where social security benefits will not be payable.

Effective March 1, 2005 membership in the Plan was frozen. No new entrants were eligible to join the Plan on or after March 1, 2005; however current active members will continue to accrue benefits.

Pensionable service includes only the period of Nortel Canada service when the above eligibility requirements were satisfied. Pensionable service is limited to 35 years.

## Normal Retirement Pension

If a member retires on his normal retirement date, he will be entitled to a monthly pension equals 1.67% of his Best Average Earnings multiplied by Pensionable Service reduced by:

a)  benefits payable under the local pension plan; and

b)  benefits payable from social security.

Best Average Earnings equals average Pensionable Earnings in the best 36 consecutive months out of the last 60 months of employment.

Pensionable Earnings equal base earnings, plus target compensation for employees on a sales incentive basis.

## Early Retirement Pension

If a member retires following the attainment of age 60, he will receive a pension without reduction for early commencement. The pension will be calculated at age 65 based on pensionable service and pensionable earnings to the pension commencement date. If he retires after age 55, but prior to age 60, his pension, calculated at age 65 based on pensionable service and earnings to the pension commencement date, will be reduced by 4% per year that the pension commencement date precedes age 60.

A member who terminates employment prior to age 55 may elect to commence his pension as early as age 55. In that event, his pension, calculated at age 65, will be reduced by 6% per year that the pension commencement date precedes age 65.

## Death Benefit

Upon retirement, the pension is payable for the lifetime of the member, with a guarantee of at least 60 payments in the event of death. If the member has a spouse at retirement, the spouse will receive the balance of the 60 payments at 100% of the pension and then receive a pension equals 60% of the pension payable prior to death. In lieu of a pension, the member has the option of receiving a lump sum payment equals the commuted value of the pension.

**Nortel Networks Limited**

Preliminary Valuation of Non-Registered Pension Benefits
for Claim Purposes as at the Determination Date

Appendix F

# Employer Certification

With respect to the Report on the Valuation of Non-Registered Pension Benefits and
Loss of Registered Pension Benefit Accruals for Claim Purposes as at the Determination
Date, I hereby certify that, to the best of my knowledge and belief:

- The membership data supplied to the actuary provides a complete and accurate
  description of all persons who are entitled to benefits under the terms of the Plans for
  service up to the date of the data provided and supplemented by those persons who
  became entitled to benefits during the Notice Period, all as outlined in Section 4.

- A copy of the plan documents and of all amendments made up to the date of the
  valuation were supplied to the actuary.

- All events subsequent to the valuation that may have an impact on the results of the
  valuation have been communicated to the actuary.

September 19, 2011
Date

Signed

John Shaughnessy
Name

HR Leader, Canada
Company and Title

# MERCER

Mercer (Canada) Limited
161 Bay Street, PO Box 501
Toronto, Ontario  M5J 2S5

Consulting. Outsourcing. Investments.

Mercer (Canada) Limited

# APPENDIX "C"

00190

19 September 2011

## Valuation of the Obligations of the Non-Pension Benefits for Claim Purposes as at the Determination Date

Nortel Networks Limited, Nortel Networks Corporation, Nortel Networks Technology Corporation, Nortel Networks International Corporation, Networks Global Corporation (collectively, "Nortel Canada" or the "Company")

# MERCER

Consulting. Outsourcing. Investments.

**Valuation of the Obligations of the Non-Pension Benefits
for Claim Purposes as at the Determination Date**

Nortel Canada

00191

# Contents

1. Introduction ........................................................................................................... 1

2. Valuation Results ................................................................................................. 6

3. Membership Data ................................................................................................. 8
   - Member Headcount ......................................................................................... 9
   - Summary of Data ........................................................................................... 10

4. Methods and Assumptions ............................................................................... 13
   - Valuation Methods ........................................................................................ 13
   - Actuarial Assumptions .................................................................................. 15

Appendix A:    Summary of Plan Provisions for Post Retirement Benefits (including PRB
                for actives and LTD claimants)

Appendix B:    Summary of Plan Provisions for Benefits Provided to LTD Claimants

Appendix C:    Summary of Plan Provisions for Survivor Benefits

Appendix D:    Employer Certification

Valuation of the Obligations of the Non-Pension Benefits
for Claim Purposes as at the Determination Date

Nortel Canada

00192



**1**

# Introduction

To Nortel Canada and Ernst & Young Inc. (the "Monitor").

In accordance with your request, we have performed a valuation of the Non-Pension Benefits (defined below) sponsored by Nortel Canada for purposes of determining the claim against the estate of Nortel Canada by the employees, former employees and their survivors for lost benefit entitlements. This report contains preliminary estimated liabilities for the identified Non-Pension Plans (defined below) and Plan members based on assumptions and methodologies as discussed with Nortel Canada and the Monitor. We understand that the liability figures provided in this report are expected to be used to determine an initial estimate of the per claimant liabilities for the specific benefits provided in this report. These liabilities, after potential adjustments for updates, will be used to determine the claim against the estate for the specified benefit, to the individual claimants.

This is subject to the approval of the Court in Nortel Canada's insolvency proceedings.

The following plans (collectively the "Non-Pension Plans" or the "Plans") and benefits (collectively the "Non-Pension Benefits") are covered in this report:

1. Post retirement medical and dental benefits[1] (PRB – M&D[2])
2. Survivor transition medical and dental benefits for eligible beneficiaries of existing pensioners (STB – accrual - M&D)
3. Post retirement life insurance (PRB – Life)
4. Post retirement additional death benefit (PRB – ADB)
5. Long term disability income benefits (LTD – Income)

---

[1]   Includes M&D benefits for surviving spouses in receipt of STB, SIB and others.

[2]   Note that any references for the dental plan for the LTD members, includes vision care and hearing costs (DVH plan), whereas for the PRB plans these costs are measured separately but included in PRB - M&D.

**Mercer (Canada) Limited**

1

6.  Medical and dental benefits for LTD[3] claimants (LTD – M&D[4])
7.  Basic Life insurance benefits for LTD[5] claimants (LTD – Life)
8.  Optional life insurance benefits for LTD claimants (LTD – Optional Life)
9.  Accidental death and dismemberment benefits for LTD claimants (LTD – AD&D)
10. Dependent life insurance benefits for LTD claimants (LTD – Dep Life)
11. Survivor transition benefits for members on LTD (LTD – STB – accrual)
12. Survivor income benefit plan (SIB)
13. Survivor transition (income) benefit plan (STB – in receipt)
14. Survivor transition (income) benefit plan for eligible beneficiaries of existing
    pensioners (STB – accrual)

Nortel Canada ceased all benefit payments under the Plans as at December 31, 2010.
The liabilities represent the present value as at December 31, 2010, of expected benefits
to be received/claimed after December 31, 2010, or for expected benefits to be
received/claimed after the end of the notice or severance period for terminated or
transferred employees to be Court approved, if later than December 31, 2010.[6]
Therefore, for purposes of the Non-Pension Plans outlined in this report, December 31,
2010 is the Determination Date.

For greater clarity, the aggregate claims presented in this report represent the sum of the
individual claimant liabilities calculated as at the Determination Date without any interest
adjustment to the date of the report or the date of settlement.

All amounts provided in this report are in Canadian dollars, unless specified otherwise.

The list of the Plans was prepared based on information provided by the Company.
Although we have included the above Plans, we understand that there has been no
Court decision on the proposed compensation claims methodology. Further, we make no
comment on the applicability of the assumptions used herein, including the
Determination Date, for any purpose other than the valuation of the liabilities with respect
to the termination of the Plans. The assumptions and methodologies used in this
valuation are described in Section 4 of this report.

---

[3]  LTD claimants with full benefit offsets (i.e. WSIB income benefit is greater than the LTD income
     benefit) that are still eligible for medical and dental benefits have been included in the information
     provided.

[4]  Note that any references for the dental plan for the LTD members, includes vision care and hearing
     costs (DVH plan), whereas for the PRB plans these costs are measured separately but included in
     PRB - M&D.

[5]  LTD claimants with full benefit offsets (i.e. WSIB income benefit is greater than the LTD income
     benefit) that are still eligible for life insurance benefits have been included in the information
     provided.

[6]  For the purpose of this report, terminated or transferred employees are (i) members who were
     involuntarily terminated prior to January 14, 2009 that had a Notice Period extending past
     January 14, 2009, (ii) members who were involuntarily terminated on or after January 14, 2009 and
     on or before December 31, 2010, and (iii) members who were transferred to another employer as
     part of a transaction in 2009 or 2010. For LTD claimants the notice period is not relevant for these
     benefits.

This valuation is based on membership data as at December 31, 2010. Additional information related to the membership data is provided in Section 3 of this report.

This valuation reflects the Plan provisions and the administrative practices related to the application of the Plan provisions as communicated to us by the Company or the insurer. A summary of the Plan provisions is provided in the Appendices.

Please also note the following:

- Notice Period and Periods of special leave of absence prior to pension ("SPLA"), severance and salary continuance for terminated and transferred employees (collectively to be Court approved and referred to as "Notice Period" in this report)
  As instructed by Nortel Canada and the Monitor, the claim for the post retirement benefits (PRB) includes amounts for members who meet the PRB plan eligibility requirements by the end of the Notice period, assuming the member terminated at the end of the Notice Period.

- Income Tax Gross Up
  As instructed by Nortel Canada and the Monitor, life insurance and survivor income benefits covered in this report, have been increased or grossed up by an effective 10% for income tax[7]. That is, the liability amounts determined for PRB – Life, PRB – ADB, LTD – Life, LTD – Optional Life, LTD – AD&D, LTD – Dependent Life, LTD – STB – Accrual, SIB and STB benefits have been grossed up. The gross up amount is shown separately. There has been no increase determined for the LTD – income benefits.

- Administration Costs Gross Up
  As instructed by Nortel Canada and the Monitor, a calculation has been made to increase the medical and dental liabilities by 10%[8]. That is, the liability amounts determined for PRB – M&D and LTD – M&D benefits have been grossed-up. The gross up amount is shown separately.

- Out of Country Addresses
  According to the terms of the Non-Pension medical and dental plans, members who reside outside of Canada are not eligible to have their claims reimbursed under the Plan. As instructed by Nortel Canada and the Monitor, pensioners or LTD claimants with addresses outside of Canada were not provided with a liability estimate for medical and dental benefits. They may still be eligible for other benefits.

---

[7]   Claims with income tax gross-up = Claim amount before income tax gross-up / (1-10%)  For example, if the claim before income tax gross-up is $100, then the claim with income tax gross-up is $111.11 (i.e. $100/(1-10%)).

[8]   Claims with administrative costs gross-up = Claim amounts before administration costs gross-up x (1+10%).  For example, if the claim before administrative tax gross-up is $100, then the claim with administrative tax gross-up is $110.00 (i.e. $100 x(1+10%)).

- Changes in Assumptions and Methods
  The assumptions and methods used in this report are still subject to Court approval. As such, the valuation of the claim provided in this report should be considered as preliminary.

- Active Members
  As instructed by Nortel Canada and the Monitor, the claim for Active Members who met the PRB plan eligibility as at December 31, 2010 is provided in this Report. It is based on the determination date of December 31, 2010 and assumptions in accordance with the CIA standard for pension commuted values as at December 31, 2010. In addition, no consideration is given in this Report for members who might have met the PRB plan eligibility during any Notice Period to which these members might be entitled if they were terminated as at December 31, 2010.

  However, the final claim for PRB benefits for these members will be recalculated upon their actual termination using the same methods and assumptions as described in this report, but based on a determination date at the member's date of termination and assumptions with respect to interest rates and mortality as determined by the CIA standard at that time. As such, the final claim for these members may be higher or lower than the claim provided in this Report. Furthermore, there may be additional claimants not covered by this Report since they were not eligible for PRB benefits as at December 31, 2010 but became eligible at their actual date of termination.

- Deaths in January 2011
  The PRB – Life liability for pensioners who died in January 2011 and have already had their benefit paid out have been removed from this report.

After checking with representatives of the Company, on the date of preparation of this report, to the best of our knowledge, there have been no other subsequent events which, in our opinion, would have a material impact on the results of the valuation.

**Valuation of the Obligations of the Non-Pension Benefits**
**for Claim Purposes as at the Determination Date**

Nortel Canada

00196

In our opinion:

- The individual membership data on which the valuation is based are sufficient and reliable for the purposes of preparing a preliminary estimate of the aggregate liabilities. However, individual members will be provided with a statement for the purpose of correcting their own data. Therefore, at this time, individual liability amounts should be considered as preliminary estimates only, subject to revision and correction when accepted pursuant to the compensation claims resolution process, to be Court approved.

- The assumptions are in accordance with the instructions received from the Company and the Monitor and in aggregate are appropriate for the purposes of this report. The assumptions may not be appropriate for other purposes.

- The methods employed are in accordance with the instructions received from the Company and the Monitor for the valuation and are appropriate for the purposes of the valuation.

This report has been prepared and our opinions given, in accordance with accepted actuarial practice in Canada. However, we are not aware of any actuarial standards or practice requirements specifically designed for valuation of Non-Pension Plans as outlined in this report. With respect to the selection of the discount rate and the assumed mortality, we have used the assumptions described in Section 3800 – *Pension Commuted Values* of the Canadian Institute of Actuaries Standards of Practice.

The information contained in this report was prepared exclusively for Nortel Canada and the Monitor, in connection with the court application with respect to the claim for the benefits payable under the Plans. This report is only intended for the purposes outlined above. Mercer assumes no liability for the use, or reliance upon, this report for purposes other than those specifically identified in this report.

Respectfully submitted,

_Ellen Whelan_

Ellen Whelan
Fellow of the Canadian Institute of Actuaries
Fellow of the Society of Actuaries

September 19, 2011
Date

_Karen Dixon_

Karen Dixon
Fellow of the Canadian Institute of Actuaries
Fellow of the Society of Actuaries

September 19, 2011
Date

Mercer (Canada) Limited; 161 Bay Street, P.O. Box 501; Toronto, Ontario  M5J 2S5

**Valuation of the Obligations of the Non-Pension Benefits
for Claim Purposes as at the Determination Date**

Nortel Canada
00197

<div style="border: 1px solid black;">

**2**

</div>

# Valuation Results

Please see the following page.

00198

Nortel Canada

**Valuation of the Obligations of the Non-Pension Benefits for Claim Purposes as at the Determination Date**

The following table presents a summary of the estimated liabilities from our valuation as at December 31, 2010 (in millions Canadian dollars).

| Plans | Actives | Terminated | | Transferred | | LTD | Pensioners/ Beneficiaries | Subtotal | Income Tax Gross Up | Administration Cost Gross Up | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Before Notice Period Adjustment[9] | Notice Period Adjustment[10] | Before Notice Period Adjustment[9] | Notice Period Adjustment[10] | | | | | | |
| PRB – M&D | $2.3 | $2.4 | $2.8 | $7.7 | $3.6 | $12.8 | $270.9 | $302.5 | $0.0 | $30.3 | $332.8 |
| STB – Accrual - M&D | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.4 | 1.4 | 0.0 | 0.1 | 1.5 |
| PRB – Life | 0.7 | 0.7 | 0.6 | 2.1 | 0.8 | 2.5 | 102.9 | 110.3 | 12.3 | 0.0 | 122.6 |
| PRB – ADB | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.2 | 2.2 | 0.2 | 0.0 | 2.4 |
| **PRB/STB – Total** | **$3.0** | **$3.1** | **$3.4** | **$9.8** | **$4.4** | **$15.3** | **$377.4** | **$416.4** | **$12.5** | **$30.4** | **$459.3** |
| LTD – Income[11] | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $76.2 | $0.0 | $76.2 | $0.0 | $0.0 | $76.2 |
| LTD – M&D | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 24.0 | 0.0 | 24.0 | 2.4 | 0.0 | 26.4 |
| LTD – Basic Life | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.5 | 0.0 | 2.5 | 0.3 | 0.0 | 2.8 |
| LTD – Optional Life | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.0 | 0.0 | 5.0 | 0.6 | 0.0 | 5.6 |
| LTD – AD&D | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.8 | 0.0 | 0.8 | 0.1 | 0.0 | 0.9 |
| LTD – Dependent Life | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 0.0 | 0.3 | ‡ | 0.0 | 0.3 |
| LTD – STB – accrual | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 0.0 | 0.3 | ‡ | 0.0 | 0.3 |
| **LTD – Total** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$109.1** | **$0.0** | **$109.1** | **$1.0** | **$2.4** | **$112.5** |
| SIB | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $16.2 | $16.2 | $1.8 | $0.0 | $18.0 |
| STB – in receipt | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.4 | 5.4 | 0.6 | 0.0 | 6.0 |
| STB – accrual | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 29.9 | 29.9 | 3.3 | 0.0 | 33.2 |
| **SIB/STB – Total** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$51.5** | **$51.5** | **$5.7** | **$0.0** | **$57.2** |
| **Grand Total** | **$3.0** | **$3.1** | **$3.4** | **$9.8** | **$4.4** | **$124.4** | **$428.9** | **$577.0** | **$19.2** | **$32.8** | **$629.0** |

‡ Amounts round to less than $50,000.

[9] Represents the value of the benefit to those that were eligible as at the date of termination/transfer.

[10] Represents the value of the benefit to those that become eligible by the end of the Notice Period.

[11] The liability included in this report is for LTD claimants who were in receipt of an income benefit as at December 31, 2010. No liability is included for members whose LTD status was unresolved as at December 31, 2010.

**Mercer (Canada) Limited**

---

**3**

---

# Membership Data

This valuation is based on membership data as at December 31, 2010. This data has been provided by Nortel Canada and Sun Life.

We have not independently verified the accuracy or completeness of the data except to the extent required by generally accepted professional standards and practices. Mercer will not be held responsible for any liability arising from the use of incomplete, inaccurate or not up-to-date data or documentation. We have applied tests for internal consistency, as well as for consistency with the data used for the previous valuation. These tests were applied to membership reconciliation, basic information (date of birth, date of hire, date of membership, gender, etc.), earnings, and service. The results of these tests were satisfactory. Individual claim statements will be sent to all members to communicate the claim amount and confirm their data and should there be changes to the data, their claim will be adjusted in accordance with the Court approved resolution process.

00200
9

Nortel Canada

**Valuation of the Obligations of the Non-Pension Benefits
for Claim Purposes as at the Determination Date**

# Member Headcount

| Plans | Remaining Active[12] | Terminated Before Notice Period Adjustment[13] | Terminated Notice Period Adjustment | Transferred Before Notice Period Adjustment[14] | Transferred Notice Period Adjustment | LTD | Pensioners/Beneficiaries | Total |
|---|---|---|---|---|---|---|---|---|
| PRB – M&D | 51 | 54 | 54 | 156 | 72 | 321 | 9,311[15] | 10,019 |
| STB – Accrual – M&D | 0 | 0 | 0 | 0 | 0 | 0 | 686 | 686 |
| PRB – Life | 51 | 54 | 55 | 156 | 76 | 330 | 8,195 | 8,917 |
| PRB – ADB | 0 | 0 | 0 | 0 | 0 | 0 | 150 | 150 |
| LTD – Income | 0 | 0 | 0 | 0 | 0 | 344 | 0 | 344 |
| LTD – M&D | 0 | 0 | 0 | 0 | 0 | 349 | 0 | 349 |
| LTD – Life | 0 | 0 | 0 | 0 | 0 | 351 | 0 | 351 |
| LTD – Optional Life | 0 | 0 | 0 | 0 | 0 | 268 | 0 | 268 |
| LTD – AD&D | 0 | 0 | 0 | 0 | 0 | 204 | 0 | 204 |
| LTD – Dependent Life | 0 | 0 | 0 | 0 | 0 | 183 | 0 | 183 |
| LTD – STB – accrual | 0 | 0 | 0 | 0 | 0 | 96 | 0 | 96 |
| SIB | 0 | 0 | 0 | 0 | 0 | 0 | 80 | 80 |
| STB – in receipt | 0 | 0 | 0 | 0 | 0 | 0 | 347 | 347 |
| STB – accrual | 0 | 0 | 0 | 0 | 0 | 0 | 2,846 | 2,846 |

12  As at December 31, 2010 there were 395 active members, of which 51 met the PRB eligibility at December 31, 2010.

13  As at December 31, 2010 there were 1,525 terminated members of which 109 met the PRB eligibility at the date of termination or by the end of their Notice period.

14  As at December 31, 2010 there were 3,490 transferred members of which 232 met the PRB eligibility at the date of transfer or by the end of their Notice period.

15  There are also 6,346 spouses of pensioners covered for benefits. The beneficiaries on STB – in receipt and the beneficiaries on SIB who also are eligible for M&D benefits are included in the PRB- M&D figures for their M&D benefits.

**Mercer (Canada) Limited**

Valuation of the Obligations of the Non-Pension Benefits
for Claim Purposes as at the Determination Date

Nortel Canada

00201

## Summary of Data

| | Non-Union | Union | Total |
|---|---|---|---|
| **PRB – Pensioner/Beneficiary Members** | | | |
| *Pensioners* | | | |
| **Total Number** | **3,763** | **4,656** | **8,419** |
| ▪ Average age (years) | 72.5 | 74.1 | 73.3 |
| **Number with Medical/Dental** | **3,725** | **4,641** | **8,366** |
| ▪ Average age (years) | 72.5 | 74.0 | 73.3 |
| **Number with Life Insurance** | **3,605** | **4,590** | **8,195** |
| ▪ Average age (years) | 72.5 | 74.0 | 73.3 |
| ▪ Average life insurance | $41,106 | $15,758 | $26,909 |
| **Number with ADB** | **150** | **0** | **150** |
| ▪ Average age (years) | 87.9 | N/A | 87.9 |
| ▪ Average ADB benefit | $24,579 | N/A | $24,579 |
| | | | |
| *Spouses of Pensioners* | | | |
| **Number with Medical/Dental** | **3,119** | **3,227** | **6,346** |
| ▪ Average age (years) | 69.9 | 72.1 | 71.0 |
| | | | |
| *Surviving Spouses* | | | |
| **Number with Medical/Dental** | **607** | **338** | **945** |
| ▪ Average age (years) | 77.7 | 75.3 | 76.9 |
| | | | |
| **PRB - Active Members** | | | |
| **Number** | **49** | **2** | **51** |
| ▪ Average age (years) | 58.7 | 57.1 | 58.6 |
| ▪ Average service (years) | 28.3 | 21.2 | 28.0 |
| ▪ Average life insurance | $50,408 | $35,000 | $49,804 |
| | | | |
| **PRB – Terminated** | | | |
| **Number** | **99** | **10** | **109** |
| ▪ Average age (years) | 57.6 | 57.0 | 57.5 |
| ▪ Average service (years) | 22.1 | 29.8 | 22.8 |
| ▪ Average life insurance | $40,646 | $36,750 | $40,289 |
| | | | |
| **PRB –Transferred** | | | |
| **Number** | **212** | **18** | **230** |
| ▪ Average age (years) | 57.5 | 54.1 | 57.2 |
| ▪ Average service (years) | 23.5 | 29.7 | 24.0 |
| ▪ Average life insurance | $43,208 | $40,500 | $42,996 |

**Mercer (Canada) Limited**

**Valuation of the Obligations of the Non-Pension Benefits
for Claim Purposes as at the Determination Date**

Nortel Canada

00202

|  | Non-Union | Union | Total |
|---|---|---|---|
| **PRB - LTD Members** | | | |
| **Number[16]** | **204** | **128** | **332** |
| ▪ Average age (years) | 54.4 | 56.6 | 55.3 |
| ▪ Average service (years) | 24.3 | 30.4 | 26.7 |
| ▪ Average life insurance | $37,294 | $39,639 | $38,198 |
| **LTD Members** | | | |
| **LTD - Income[17]** | | | |
| **Number with Income Benefits** | **217** | **127** | **344** |
| ▪ Average age (years) | 53.8 | 56.6 | 54.8 |
| ▪ Average duration on claim | 12.1 | 17.1 | 13.9 |
| ▪ Average monthly benefit | $3,003 | $1,614 | $2,490 |
| **LTD – M&D[18]** | | | |
| **Number with Medical/Dental** | **222** | **127** | **349** |
| ▪ Average age (years) | 53.8 | 56.5 | 54.8 |
| ▪ Average duration on claim | 12.1 | 17.0 | 13.9 |
| **LTD - Life** | | | |
| **Number with Basic Life Insurance** | **224** | **127** | **351** |
| ▪ Average age (years) | 53.7 | 56.5 | 54.7 |
| ▪ Average duration on claim | 12.1 | 17.0 | 13.9 |
| ▪ Average life insurance benefit | $64,865 | $33,354 | $53,464 |
| **LTD - Optional Life** | | | |
| **Number with Optional Life Insurance** | **167** | **101** | **268** |
| ▪ Average age (years) | 54.3 | 57.0 | 55.3 |
| ▪ Average duration on claim | 12.8 | 17.5 | 14.6 |
| ▪ Average optional life insurance benefit | $187,117 | $63,960 | $140,703 |
| **LTD – AD&D** | | | |
| **Number with AD&D Insurance** | **81** | **123** | **204** |
| ▪ Average age (years) | 51.5 | 56.7 | 54.6 |
| ▪ Average duration on claim | 7.6 | 17.1 | 13.3 |
| ▪ Average AD&D insurance benefit | $262,877 | $34,821 | $125,373 |

---

[16] One member did not elect to join the Nortel Canada pension plan and was therefore not eligible for PRB benefits. Not all LTD Claimants are projected to receive PRB – M&D based on plan eligibility and location of residence.

[17] As at December 31, 2010, there were 353 LTD claimants in total. Six non-union and 2 union members from the data provided have $0 net benefit as the Workers' Compensation benefits or other offsets have reduced the net benefit to $0. One non-union member is from previous divestitures and Nortel Canada is only responsible for their medical/dental and life insurance benefits. All 9 of these records have been excluded from the LTD income benefit information.

[18] Five union members are receiving non-union medical/dental benefits but are included in the union statistics. One non-union member is receiving union medical/dental benefits but is included in the non-union statistics. Four members were excluded since they reside outside of Canada.

**Mercer (Canada) Limited**

**Valuation of the Obligations of the Non-Pension Benefits
for Claim Purposes as at the Determination Date**

Nortel Canada
00203

| | Non-Union | Union | Total |
|---|---|---|---|
| **LTD Members (Cont'd)** | | | |
| **LTD – Dependent Life** | | | |
| **Number with Dependent Life Insurance** | **114** | **69** | **183** |
| ▪ Average age (years) | 53.2 | 57.6 | 54.9 |
| ▪ Average duration on claim | 11.3 | 16.9 | 13.4 |
| ▪ Average dependent life insurance benefit | $69,386 | $16,993 | $49,631 |
| **LTD – STB - Accrual** | | | |
| **Number with STB accrual** | **0** | **96** | **96** |
| ▪ Average age (years) | N/A | 57.1 | 57.1 |
| ▪ Average duration on claim | N/A | 17.8 | 17.8 |
| ▪ Average monthly STB benefit | N/A | $555 | $555 |
| **SIB/STB – Beneficiaries in receipt of SIB/STB** | | | |
| **Number of STB** | **0** | **347** | **347** |
| ▪ Average Age (years) | N/A | 76.9 | 76.9 |
| ▪ Average monthly STB benefit | N/A | $535 | $535 |
| | | | |
| **Number of SIB** | **80** | **0** | **80** |
| ▪ Average Age (years) | 70.4 | N/A | 70.4 |
| ▪ Average monthly SIB benefit | $1,398 | N/A | $1,398 |
| | | | |
| **STB – Accruals for Future Beneficiaries** | | | |
| **Number[19]** | **0** | **2,846** | **2,846** |
| ▪ Average Age (years) | N/A | 74.2 | 74.2 |
| ▪ Average monthly STB benefit | N/A | $574 | $574 |
| ▪ Average lump sum benefit | N/A | $13,417 | $13,417 |

---

[19]  Eighty-nine of these members have elected to take their STB benefit as a lump sum payment rather than as a monthly payment over 5 years.



**4**

# Methods and Assumptions

## Valuation Methods

The claim represents the actuarial present value of the benefits payable under the Plans as at the Determination Date of December 31, 2010.

The following table describes the basis for establishing the claim under each Plan for each member group:

| Member Group | Claim Basis |
|---|---|
| **PRB - Pensioners/ Beneficiaries** | The liability represents the actuarial present value of the benefits payable under the Plans as of December 31, 2010 based on members who were retired or survivors of retirees as at December 31, 2010. |
| **PRB – Active Members** | The liability represents the actuarial present value of the benefits payable under the Plans assuming the member terminated employment on December 31, 2010 and benefits commence immediately if the member met the eligibility requirements for the Plans at December 31, 2010, based on members who were active as at December 31, 2010. If the member does not meet the eligibility requirements for the Plans at December 31, 2010, no liability has been included. |

**Valuation of the Obligations of the Non-Pension Benefits**
**for Claim Purposes as at the Determination Date**

| Member Group | Claim Basis |
|---|---|
| **PRB – Terminated/Transferred** | Due to the insolvency proceedings, there were a number of employees who were terminated by Nortel Canada before and after the CCAA filing date, whose termination and severance pay claims including benefits, were not fully paid or who were transferred to new employers. Employees were tested for inclusion in the valuation as outlined below. |
| | The liability represents the actuarial present value of the benefits payable under the Plans assuming the member terminated employment at the end of their Notice Period. If the member met the eligibility requirements for the Plan as at the end of their Notice Period, it was assumed that benefits commence at the later of December 31, 2010 or the end of the Notice Period. If the Notice Period ends after December 31, 2010, the liability amount is discounted back to December 31, 2010. If the member does not meet the eligibility requirements for the Plans by the end of their Notice Period, no liability has been calculated. If the member met the eligibility requirements for the Plan at the date of termination or transfer, no liability has been calculated if a Traditional Part 1 pension plan members did not elect an immediate pension. |
| **PRB – LTD Claimants** | The liability represents the actuarial present value of the benefits payable under the Plans assuming the members remain on LTD until age 65 and commence these benefits at age 65 if they meet the eligibility requirements at that date. The actuarial present value is discounted by the cumulative ultimate recovery rates for the period between the projected age of the disabled member at December 31, 2010 and the earliest eligibility age for these benefits. |
| **LTD Claimants** | The liability represents the actuarial present value of the benefits (i.e. LTD - Income, LTD – M&D, LTD – Life, LTD – Optional Life, LTD – STB – accrual, LTD – AD&D, LTD – Dependent Life) payable after December 31, 2010 and until the earliest of age 65, recovery, or death according to the disabled recovery and mortality assumptions. |
| **SIB/STB – Pensioners/ Beneficiaries** | The liability for the "accruals" represents the actuarial present value of the benefits payable under the Plans after December 31, 2010 based on members who were retired as at December 31, 2010, and the liability for the SIB and STB "in receipt benefits" is based on beneficiaries who were in receipt of the benefits as at December 31, 2010, that were to continue after December 31, 2010 |

This valuation is based on the plan provisions as provided by Nortel Canada and the provisions of government healthcare programs as they existed at the time of the valuation. Except as otherwise noted, it has been assumed that the Nortel Canada and government plan provisions described and valued in this report continue unchanged.

**Mercer (Canada) Limited**

# Actuarial Assumptions

## *Post Retirement Medical, Dental and Life Insurance Benefits*
### *(PRB – M&D, STB – Accrual – M&D, PRB – Life and PRB – ADB)*

The liability for PRBs is determined for each eligible individual, including LTD claimants. The liability is equal to the present value of expected future benefits after December 31, 2010 or on and after the Notice Period if later than December 31, 2010 then discounted back to December 31, 2010. LTD claimants who were disabled as at December 31, 2007 and never returned to active status by December 31, 2010, were not affected by the CARP changes. Anticipated benefits are discounted for payment eligibility, for increases in medical and dental costs and the time value of money.

| | | |
|---|---|---|
| Determination date | December 31, 2010 | |
| Discount rate | CIA rates for December 2010 without the 2-month lag (i.e. based on the month end CANSIM rates for December 2010): | |
| | ▪  3.6% per year for 10 years, 4.9% per year thereafter | |
| Health care cost trend rates | **Grandfathered Traditional Program** | |
| | Semi-Private Hospital | 4.75% per annum |
| | Prescription Drugs | 8.40% per annum in 2011 grading down to 5.00% per annum in and after 2028 |
| | Other Health Care | 4.75% per annum |
| | Vision Care | 0.00% per annum |
| | Dental Care | 4.75% per annum |
| | Provincial Premium (non-BC) | 0.00% per annum |
| | BC Provincial Premium | 6.0% per annum for 1 year, then 4.5% per annum thereafter |
| | | |
| | **Non-Grandfathered Traditional Program** | |
| | Catastrophic Plan | 7.55% per annum in 2011 grading down to 5.00% per annum in and after 2028 |
| | Healthcare Spending Account Allocation | No increases |
| | Provincial Premium (non-BC) | 0.00% per annum |
| | BC Provincial Premium | 6.0% per annum for 1 year, then 4.5% per annum thereafter |

**Valuation of the Obligations of the Non-Pension Benefits
for Claim Purposes as at the Determination Date**

Nortel Canada

00207

| Health care cost trend rates (Cont'd) | **Balanced Program and SARP** | |
|---|---|---|
| | Healthcare Spending Account Allocation | No increases |
| | Provincial Premium (non-BC) | 0.00% per annum |
| | BC Provincial Premium | 6.0% per annum for 1 year, then 4.5% per annum thereafter |
| Mortality | UP 94 mortality table with generational improvements projected to 2020 using AA scale (sex distinct) | |
| Retirement rates | Members currently in receipt of LTD benefits are assumed to retire at age 65 regardless if they reach 65 before the end of their Notice period. | |
| | Active members who meet the eligibility requirements for benefits are assumed to retire at December 31, 2010. | |
| Marital status | For members not in receipt of PRB benefits as at December 31, 2010, there is a 90% probability of having a covered spouse at retirement. The covered spouse is assumed to be the opposite gender with male spouses assumed to be 3 years older than their female spouses. | |
| | For members currently in receipt of PRB benefits as at December 31, 2010 and enrolled for dependent coverage, actual spousal date of birth information was used where available and the covered spouse is assumed to be the opposite gender. Otherwise, where these members are enrolled for dependent coverage and actual spousal information was not provided, the covered spouse is assumed to be the opposite gender and male spouses are assumed to be 3 years older than their female spouses. | |

2011 per capita claim cost at age 65

**Grandfathered Traditional Program**

| | Retiree | Dependent |
|---|---|---|
| Semi-private Hospital | $33 | $18 |
| Prescription Drugs[20] | 477 | 318 |
| Vision Care | 20 | 16 |
| Other Medical | 140 | 124 |
| Dental Care | 320 | 211 |
| **Total** | **$990** | **$687** |

**Non-Grandfathered Traditional Program**

| | | |
|---|---|---|
| Catastrophic Medical Program [20] | Retiree | $698 |
| | Dependent | $622 |
| Healthcare Spending Account | $50[21] per year of service from age 40 to retirement age | |

---

[20]   Drug costs are reduced from age 65 due to coverage from the provincial government drug plans. The assumptions shown here are after the assumed offset.

[21]   Amount decreases to 50% upon members' death and continues for surviving spouses.

**Mercer (Canada) Limited**

16

**Valuation of the Obligations of the Non-Pension Benefits
for Claim Purposes as at the Determination Date**

Nortel Canada

00208

| | | |
|---|---|---|
| *2011 per capita claim cost at age 65 (Cont'd)* | **Balanced Program** | |
| | Healthcare Spending Account | $50[22] per year of service from age 40 to retirement age |
| | **SARP Program** | |
| | Healthcare Spending Account | $50[22] per year of service from age 40 to retirement age |

| *Increases in cost by age* | | **Cost at Age** | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **55** | **60** | **65** | **70** | **75** | **80** | **85** |
| | Supplementary Hospital | 45% | 64% | 100% | 161% | 253% | 388% | 562% |
| | Prescription Drugs | 75% | 88% | 100% | 109% | 113% | 114% | 113% |
| | Other Medical | 106% | 103% | 100% | 102% | 110% | 121% | 135% |
| | Vision Care | 106% | 103% | 100% | 97% | 95% | 92% | 89% |
| | Dental Care | 107% | 104% | 100% | 95% | 90% | 83% | 74% |
| | Catastrophic Medical Plan | 75% | 88% | 100% | 109% | 113% | 114% | 113% |
| | Healthcare Spending Account | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

| | |
|---|---|
| *Prescription drug offset assumption at age 65 and after* | Average: 55% of prescription drug claims |

| | |
|---|---|
| *Adjustment factors for the Catastrophic Medical Plan deductible and lifetime maximum* | The liabilities for the catastrophic medical coverage under the Non-Grandfathered Traditional Program were initially calculated based on the above claims cost, aging, trend and drug offset assumptions. The resulting obligations were then reduced by multiplying by the following factors by age at the valuation date to reflect the expected impact of the plan's lifetime deductible ($7,500 per family) and lifetime maximum ($500,000 per family) provisions. It has been assumed that the current flat lifetime deductible and maximum amounts do not increase in the future. |

| **Age Group** | **Adjustment Factors** |
|---|---|
| Less than 30 | 0.96 |
| 30 to 34 | 0.95 |
| 35 to 39 | 0.93 |
| 40 to 44 | 0.92 |
| 45 to 49 | 0.89 |
| 50 to 54 | 0.87 |
| 55 to 59 | 0.82 |
| 60+ | 0.89 |

---

[22] Amount decreases to 50% upon members' death and continues for surviving spouses.

**Mercer (Canada) Limited**

**Valuation of the Obligations of the Non-Pension Benefits**
**for Claim Purposes as at the Determination Date**                    Nortel Canada

00209

| Provincial government plans – annual premiums | As of January 1, 2011 the pensioner premium for the government plans are as follows: | | |
|---|---|---|---|
| | **Province** | **Single** | **Couple** |
| | RAMQ Premium (Nortel Canada reimbursement) | $175 | $350 |
| | British Columbia MSP | $726 | $1,308 |

## Claims Cost Development

### Grandfathered Traditional Plan

The 2011 per covered person claim costs at age 65 are based on actual paid claims experience for Nortel Canada's retired members or surviving spouses for the calendar years, 2007 to 2009, applying equal weight to all experience years. Claim costs were trended to the mid-point (July 1, 2011) of the current valuation period. Refer to the schedule for the development of the 2011 claim costs on the following pages for the retired members and the members' spouses.

### Catastrophic Plan

As no credible actual paid claim information is available, to determine the per capita costs at age 65 for the catastrophic plan, actual eligible claims data for the Grandfathered Traditional Plan was relied on and certain relative value adjustments for the differences in plan designs was applied, to develop estimated per capita costs for the catastrophic plan.

**Valuation of the Obligations of the Non-Pension Benefits for Claim Purposes as at the Determination Date**

Nortel Canada

00210

## Grandfathered Traditional Plan – Retired Members

| | 2009 Total | 2008 Total | 2007 Total |
|---|---|---|---|
| **Actual Nortel retirees' paid claims (before administration costs and taxes)** | | | |
| Hospital | $668,346 | $733,075 | $806,179 |
| Drug | 4,458,996 | 4,342,462 | 4,131,161 |
| Vision care | 194,020 | 169,843 | 168,882 |
| Other medical | 1,436,701 | 1,274,631 | 1,130,459 |
| Dental | 2,564,563 | 2,230,421 | 2,198,337 |
| **Total** | $9,322,626 | $8,750,432 | $8,435,018 |
| | | | |
| **Number of Nortel retirees** | | | |
| • Eligible for medical and dental benefits | 9,387 | 9,473 | 9,126 |
| • Eligible for drug benefits | 9,392 | 9,478 | 9,130 |
| | | | |
| **Per covered member costs** | | | |
| Hospital | $71.20 | $77.39 | $88.34 |
| Drug | 474.79 | 458.18 | 452.46 |
| Vision care | 20.67 | 17.93 | 18.51 |
| Other medical | 153.05 | 134.55 | 123.87 |
| Dental | 273.20 | 235.45 | 240.89 |
| **Total** | $992.91 | $923.50 | $924.06 |
| | | | |
| **Trend to July 01, 2009** | | | |
| Hospital | 1.00 | 1.05 | 1.10 |
| Drug | 1.00 | 1.09 | 1.19 |
| Vision care | 1.00 | 1.00 | 1.00 |
| Other medical | 1.00 | 1.05 | 1.10 |
| Dental | 1.00 | 1.05 | 1.10 |
| | | | |
| **2009 per covered member costs** | | | |
| Hospital | $71.20 | $81.06 | $96.93 |
| Drug | 474.79 | 499.42 | 537.57 |
| Vision care | 20.67 | 17.93 | 18.51 |
| Other medical | 153.05 | 140.95 | 135.92 |
| Dental | 273.20 | 246.63 | 264.31 |
| **Total** | $992.91 | $985.99 | $1,053.24 |
| | | | |
| **Weighting** | 33% | 33% | 33% |
| | | | |
| **Trend to July 01, 2011** | | | |
| Hospital | 1.097 | | |
| Drug | 1.182 | | |
| Vision care | 1.000 | | |
| Other medical | 1.097 | | |
| Dental | 1.097 | | |
| | | | |
| **2011 per covered member costs** | | | |
| Hospital | $91.14 | | |
| Drug | 595.42 | | |
| Vision care | 19.03 | | |
| Other medical | 157.24 | | |
| Dental | 286.81 | | |
| **Total** | $1,149.65 | | |
| | | | |
| **Adjustment factors to convert 2011 per covered member costs into age 65 per covered member costs** | | | |
| Hospital | 0.3621 | | |
| Drug | 1.7803 | | |
| Vision care | 1.0507 | | |
| Other medical | 0.8903 | | |
| Dental | 1.1157 | | |
| | | | |
| **Drug offset assumption at age 65** | 55% | | |
| | | | |
| **Per covered member age 65 claims costs (2011 per covered member costs x adjustment factors)** | | | |
| Hospital | $33.00 | | |
| Drug - incorporating 55% drug offset | 477.00 | | |
| Vision care | 20.00 | | |
| Other medical | 140.00 | | |
| Dental | 320.00 | | |
| **Total** | $990.00 | | |

**Mercer (Canada) Limited**

**Valuation of the Obligations of the Non-Pension Benefits
for Claim Purposes as at the Determination Date**

Nortel Canada

## Grandfathered Traditional Plan -- Covered Dependents

| | 2009 Total | 2008 Total | 2007 Total |
|---|---|---|---|
| **Actual Nortel dependents paid claims (before administration costs and taxes)** | | | |
| Hospital | $237,911 | $341,950 | $296,720 |
| Drug | 2,361,121 | 2,485,445 | 2,366,840 |
| Vision care | 129,602 | 110,158 | 111,230 |
| Other medical | 796,565 | 1,212,410 | 694,152 |
| Dental | 1,386,061 | 1,206,572 | 1,182,386 |
| **Total** | $4,911,260 | $5,356,536 | $4,651,327 |
| | | | |
| **Number of Nortel spouses and surviving spouses** | | | |
| • Eligible for medical and dental benefits | 7,528 | 7,517 | 7,385 |
| • Eligible for drug benefits | 7,531 | 7,520 | 7,388 |
| | | | |
| **Per covered member costs** | | | |
| Hospital | $31.60 | $45.49 | $40.18 |
| Drug | 313.51 | 330.50 | 320.36 |
| Vision care | 17.22 | 14.65 | 15.06 |
| Other medical | 105.81 | 161.29 | 93.99 |
| Dental | 184.12 | 160.51 | 160.11 |
| **Total** | $652.27 | $712.45 | $629.70 |
| | | | |
| **Trend to July 01, 2009** | | | |
| Hospital | 1.00 | 1.05 | 1.10 |
| Drug | 1.00 | 1.09 | 1.19 |
| Vision care | 1.00 | 1.00 | 1.00 |
| Other medical | 1.00 | 1.05 | 1.10 |
| Dental | 1.00 | 1.05 | 1.10 |
| | | | |
| **2009 per covered member costs** | | | |
| Hospital | $31.60 | $47.65 | $44.09 |
| Drug | 313.51 | 360.25 | 380.62 |
| Vision care | 17.22 | 14.65 | 15.06 |
| Other medical | 105.81 | 168.95 | 103.14 |
| Dental | 184.12 | 168.14 | 175.68 |
| **Total** | $652.27 | $759.64 | $718.58 |
| | | | |
| **Weighting** | 33% | 33% | 33% |
| | | | |
| **Trend to July 01, 2011** | | | |
| Hospital | 1.097 | | |
| Drug | 1.182 | | |
| Vision care | 1.000 | | |
| Other medical | 1.097 | | |
| Dental | 1.097 | | |
| | | | |
| **2011 per covered member costs** | | | |
| Hospital | $45.11 | | |
| Drug | 415.27 | | |
| Vision care | 15.64 | | |
| Other medical | 138.22 | | |
| Dental | 193.09 | | |
| **Total** | $807.34 | | |
| | | | |
| **Adjustment factors to convert 2011 per covered member costs into age 65 per covered member costs** | | | |
| Hospital | 0.3990 | | |
| Drug | 1.7001 | | |
| Vision care | 1.0228 | | |
| Other medical | 0.8971 | | |
| Dental | 1.0927 | | |
| | | | |
| **Drug offset assumption at age 65** | 55% | | |
| | | | |
| **Per covered member age 65 claims costs (2011 per covered member costs x adjustment factors)** | | | |
| Hospital | $18.00 | | |
| Drug - incorporating 55% drug offset | 318.00 | | |
| Vision care | 16.00 | | |
| Other medical | 124.00 | | |
| Dental | 211.00 | | |
| **Total** | $687.00 | | |

## Benefits Provided to LTD Claimants – LTD Income, Medical, Dental, Life Insurance, Optional Life Insurance, AD&D, Dependent Life Insurance and STB Benefits (LTD – Income, LTD – M&D, LTD – Life, LTD – Optional Life, LTD – AD&D, LTD – Dep Life, LTD – STB – Accruals)

In general, LTD claimants are provided the same benefits as active members.[23] Benefits are paid to the earlier of recovery, death or attainment of age 65. The benefits provided are pursuant to the applicable benefit plan at the time the member became disabled. The liability associated with this obligation is the present value of income payments, health care claim reimbursements and life insurance benefits provided to disabled members while they are disabled or upon their death during disability. Income and/or benefits are discounted for the likelihood of continuing disability and the time value of money. Anticipated payments are increased to reflect increases in the cost of living for members with indexed LTD income benefits or trend rate increases in the cost of medical and dental benefits.

| | |
|---|---|
| Determination date | December 31, 2010 |
| Discount rate | CIA rates for December 2010 without the 2-month lag (i.e. based on the month end CANSIM rates for December 2010):<br><br>▪ 3.6% per year for 10 years, 4.9% per year thereafter |
| COLA increase for members with indexed benefits | 60% of (1.77% per annum for 10 years, then 2.64% per annum thereafter) |
| Medical trend rate | 8.4% per annum in 2011 grading down linearly to 5.0% per annum in and after 2028. |
| BC Provincial Premium | 6.0% per annum for 1 year, then 4.5% per annum thereafter |
| Dental (DVH) trend rate | 4.75% per annum |
| CPP offset | If the LTD claimant has an approved CPP/QPP disability pension at the date of the valuation, the valuation assumes that benefit level will continue.<br><br>If the LTD claimant does not have an approved CPP/QPP disability pension at the date of the valuation, the valuation assumes no disability pension will be awarded in the future. |
| Termination rate (due to mortality, termination and recovery) assumption | Canadian Group Long Term Disability Termination Experience 1988-1997 as at December 31, 2009 assuming a 6 month elimination period for non-union members and a 12 month elimination period for union members, no modifications applied; 15% Quebec assumed; 12 month own occupation period |
| Covered dependents | Actual covered dependent information was used to determine the medical and dental liabilities for the non-union members.<br><br>Coverage level (EE only (EE), Employee and Spouse (EE+SP), Employee, Spouse and child (EE+SP+CH) or Employee and child (EE+CH) was used to determine the medical and dental liabilities for the union members and for their STB accrual liabilities. |

---

[23] Where the benefit program has changed since the member became disabled, the member may be provided benefits under the earlier benefit program or may have been changed to the newer benefit plan. As an example, certain union LTD claimants are provided with STB coverage.

**Valuation of the Obligations of the Non-Pension Benefits
for Claim Purposes as at the Determination Date**

| *Provincial government plans – annual premiums* | As of January 1, 2011 the premium for the government plans are as follows: | | | |
| --- | --- | --- | --- | --- |
| | **Province** | **Single** | **Couple** | **Family** |
| | British Columbia MSP | $726 | $1,308 | $1,452 |

| *2011 per capita claim cost (contributions not subtracted)* | **Non-Union[24]** | **Employee** | **Employee + Spouse** | **Employee + Child** | **Employee + Spouse + Child** |
| --- | --- | --- | --- | --- | --- |
| | **Medical** | | | | |
| | • Comprehensive | $3,883 | $4,549 | $4,382 | $5,048 |
| | • Plus | $4,357 | $5,223 | $4,821 | $5,687 |
| | • Select | $9,085 | $15,439 | $9,445 | $15,799 |
| | **Dental (DVH)[25]** | | | | |
| | • Comprehensive | $462 | $823 | $1,085 | $1,446 |
| | • Plus | $671 | $1,150 | $1,480 | $1,959 |
| | **Union** | **Employee** | **Employee + Spouse** | **Employee + Child** | **Employee + Spouse + Child** |
| | **Medical** | $4,464 | N/A | N/A | $7,090 |
| | **Dental[25]** | $433 | N/A | N/A | $1,370 |

| *2011 annual employee contributions* | **Non-Union** | **Employee** | **Employee + Spouse** | **Employee + Child** | **Employee + Spouse + Child** |
| --- | --- | --- | --- | --- | --- |
| | **Medical** | | | | |
| | • Comprehensive | $0 | $72 | $56 | $135 |
| | • Plus | $150 | $461 | $356 | $616 |
| | • Select | $277 | $831 | $468[26] | $1,115 |
| | **Dental (DVH)[25]** | | | | |
| | • Comprehensive | $0 | $41 | $26 | $110 |
| | • Plus | $97 | $345 | $233 | $519 |

| *Assumed Adjustment for Accidental Deaths* | AD&D liability is determined using the same termination and recovery tables as Basic Life insurance benefits as outlined above, then the results are adjusted by a ratio of the AD&D premium rate over the Basic Life premium rate to reflect accidental mortality (approximately 20.8%) |
| --- | --- |

---

[24]  There are 5 union members who are identified as receiving the Non-Union plan and paying appropriate contributions, so have been valued with the Non-Union plan assumptions. Similarly, 1 non-union member was identified as receiving the Union plan, so has been valued with the Union plan assumptions.

[25]  Dental costs for disabled members also include Vision Care and Hearing benefit costs.

[26]  There are 2 members with this level of coverage and each are paying different contributions rates than the other. The average has been shown here.

**Mercer (Canada) Limited**

| | |
|---|---|
| *Assumed Cost for Dependent Life Insurance* | Dependent Life insurance liability is determined as the present value of dependent life insurance premiums during the disabled employee's expected disabled lifetime. Spousal dependent life premiums are flat for union members, but vary by age and smoker status for non-union members. Child dependent premiums are flat for both groups. The average dependent life premium between the assumed dependent's (+/- 3 years from disabled members) current age and the maximum age based rate was assumed to apply during the entire disabled period for the non-union spousal dependent life benefits. |

## Claims Cost Development

The 2011 per covered person claim costs are based on actual claims experience for Nortel Canada's disabled members and their covered dependents for the calendar years, 2008 to 2009, applying equal weight to all experience years. Claims totalling $292,800 for 2008 and $106,800 for 2009 were provided but not indentified as being from union or non-union members. These claims were allocated to the union and non-union groups on a pro-rata basis. Claim costs were then trended to the mid-point (July 1, 2011) of the current valuation period. Refer to the schedules for the development of the 2011 claim costs on the following pages.

00215

**Valuation of the Obligations of the Non-Pension Benefits
for Claim Purposes as at the Determination Date**

Nortel Canada

## 2008 Data

| | Records | Total Claim Costs | | | Per Capita Claim Costs | | | Trend to 2011 | | Trended Claim Costs | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Med | DVH | Total | Records | Med | DVH | Med | DVH | Med | DVH |
| **Employee** | | | | | | | | | | | |
| Union | 150 | $694,225 | $62,620 | $756,846 | 179.76 | $3,861.98 | 348.36 | 1.287909 | 1.149376 | $4,973.89 | 400.39 |
| | 223 | $977,166 | $117,345 | $1,094,511 | 267.24 | $3,656.50 | 439.10 | 1.287909 | 1.149376 | $4,709.23 | 504.69 |
| Non-Union | | | | | | | | | | | |
| *Medical* COMP-Comprehensive Medical | 154 | $602,489 | N/A | $602,489 | 184.55 | $3,264.60 | N/A | 1.287909 | 1.149376 | $4,204.51 | N/A |
| PLUS-Plus Medical | 55 | $246,843 | N/A | $246,843 | 65.91 | $3,745.07 | N/A | 1.287909 | 1.149376 | $4,823.31 | N/A |
| SMED-Select Medical | 14 | $127,834 | N/A | $127,834 | 16.78 | $7,619.37 | N/A | 1.287909 | 1.149376 | $9,813.06 | N/A |
| WAIV-Waived Medical | 0 | $0 | N/A | $0 | - | $ - | N/A | 1.287909 | 1.149376 | $ - | N/A |
| *DVH* COMP-Comprehensive DVH | 164 N/A | | $77,876 | $77,876 | 196.54 | | 396.24 | 1.287909 | 1.149376 | | 455.43 |
| PLUS-Plus DVH | 59 N/A | | $39,469 | $39,469 | 70.71 | | 558.22 | 1.287909 | 1.149376 | | 641.60 |
| WAIV-Waived DVH | 0 N/A | | $0 | $0 | | | | 1.287909 | 1.149376 | | |
| **Total** | 447 | $1,671,392 | $179,965 | $1,851,357 | 447.00 | $3,739.13 | 402.61 | 1.287909 | 1.149376 | $4,815.66 | 462.75 |
| **Spouse** | | | | | | | | | | | |
| Union | 82 | $153,938 | $30,174 | $164,111 | 97.20 | $1,377.96 | 310.43 | 1.287909 | 1.149376 | $1,774.69 | 356.80 |
| | 123 | $148,422 | $47,796 | $196,218 | 145.80 | $1,017.98 | 327.82 | 1.287909 | 1.149376 | $1,311.07 | 376.78 |
| Non-Union | | | | | | | | | | | |
| *Medical* COMP-Comprehensive Medical | 81 | $47,767 | N/A | $47,767 | 96.01 | $497.50 | N/A | 1.287909 | 1.149376 | $640.73 | N/A |
| PLUS-Plus Medical | 31 | $26,300 | N/A | $26,300 | 36.75 | $715.71 | N/A | 1.287909 | 1.149376 | $921.77 | N/A |
| SMED-Select Medical | 11 | $74,355 | N/A | $74,355 | 13.04 | $5,702.51 | N/A | 1.287909 | 1.149376 | $7,344.32 | N/A |
| WAIV-Waived Medical | 0 | $0 | N/A | $0 | | | N/A | 1.287909 | 1.149376 | | |
| *DVH* COMP-Comprehensive DVH | 86 N/A | | $30,729 | $30,729 | 101.94 | | 301.43 | 1.287909 | 1.149376 | | 346.46 |
| PLUS-Plus DVH | 37 N/A | | $17,067 | $17,067 | 43.86 | | 389.14 | 1.287909 | 1.149376 | | 447.27 |
| WAIV-Waived DVH | 0 N/A | | $0 | $0 | | | | 1.287909 | 1.149376 | | |
| **Total** | 243 | $282,360 | $77,969 | $360,323 | 243.00 | $1,161.98 | 320.86 | 1.287909 | 1.149376 | $1,496.52 | 368.79 |
| **Child** | | | | | | | | | | | |
| Union | 33 | $27,667 | $20,608 | $48,275 | 36.76 | $752.58 | 560.57 | 1.287909 | 1.149376 | $969.25 | 644.30 |
| | 81 | $32,202 | $50,810 | $83,012 | 90.24 | $356.86 | 563.08 | 1.287909 | 1.149376 | $459.60 | 647.19 |
| Non-Union | | | | | | | | | | | |
| *Medical* COMP-Comprehensive Medical | 50 | $20,682 | N/A | $20,682 | 55.70 | $371.30 | N/A | 1.287909 | 1.149376 | $478.20 | N/A |
| PLUS-Plus Medical | 24 | $9,640 | N/A | $9,640 | 26.74 | $360.54 | N/A | 1.287909 | 1.149376 | $464.35 | N/A |
| SMED-Select Medical | 7 | $1,880 | N/A | $1,880 | 7.80 | $241.07 | N/A | 1.287909 | 1.149376 | $310.48 | N/A |
| WAIV-Waived Medical | 0 | $0 | N/A | $0 | | | N/A | 1.287909 | 1.149376 | | |
| *DVH* COMP-Comprehensive DVH | 58 N/A | | $31,264 | $31,264 | 64.61 | | 483.85 | 1.287909 | 1.149376 | | 556.13 |
| PLUS-Plus DVH | 23 N/A | | $19,547 | $19,547 | 25.62 | | 762.86 | 1.287909 | 1.149376 | | 876.81 |
| WAIV-Waived DVH | 0 N/A | | $0 | $0 | | | | 1.287909 | 1.149376 | | |
| **Total** | 127 | $59,869 | $71,419 | $131,287 | 127.00 | $471.41 | 562.35 | 1.287909 | 1.149376 | $607.13 | 646.35 |

**Mercer (Canada) Limited**

**Valuation of the Obligations of the Non-Pension Benefits for Claim Purposes as at the Determination Date**

Nortel Canada

## 2009 Data

| Employee Union Non-Union | Records Med | Records DVH | Med | DVH | Total | Per Capita Claim Costs Records | Per Capita Med | Per Capita DVH | Trend to 2011 Med | Trend to 2011 Dent | Trended Claim Costs Med | Trended Claim Costs DVH | Averaged Claim Costs Med | Averaged Claim Costs DVH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medical COMP-Comprehensive Medical | 150 | $70,873 | $905,596 | $70,873 | $982,429 | 181 | $3,345.71 | 424.12 | 1.181566 | 1.097256 | $3,953.19 | 466.03 | $4,463.53 | $433.21 |
| PLUS-Plus Medical | 252 | $142,145 | $1,003,342 | $142,145 | $1,145,488 | 292 | $3,435.04 | 488.79 | 1.181566 | 1.097256 | $4,058.92 | 534.13 | $4,356.55 | $516.41 |
| SMED-Select Medical | 161 | N/A | $585,698 | N/A | $585,698 | 194 | $3,014.90 | N/A | 1.181566 | 1.097256 | $3,562.31 | | $3,883.41 | |
| WAIV-Waived Medical | 60 | N/A | $236,405 | N/A | $236,405 | 72 | $3,282.98 | N/A | 1.181566 | 1.097256 | $3,880.88 | | $4,357.10 | |
| | 21 | N/A | $175,239 | N/A | $175,239 | 25 | $7,073.36 | N/A | 1.181566 | 1.097256 | $8,357.91 | | $9,066.43 | |
| | 0 | N/A | $0 | N/A | $0 | 0 | | N/A | 1.181566 | 1.097256 | | | | |
| DVH COMP-Comprehensive DVH | 173 | $88,954 | | $88,954 | $88,954 | 208 | | 426.13 | 1.181566 | | | 467.57 | | $481.50 |
| PLUS-Plus DVH | 69 | $53,192 | | $53,192 | $53,192 | 83 | | 638.88 | 1.181566 | | | 701.02 | | $671.31 |
| WAIV-Waived DVH | 0 | $0 | | $0 | $0 | 0 | | | 1.181566 | | | | | |
| Total | 473 | $219,018 | $1,608,899 | $219,018 | $1,827,917 | 473 | $3,461.48 | 463.04 | | | $4,018.08 | 508.07 | $4,417.37 | $485.41 |
| Spouse Union Non-Union | | | | | | | | | | | | | | |
| Medical COMP-Comprehensive Medical | 83 | $31,222 | $112,809 | $31,222 | $144,030 | 90 | $1,259.04 | 348.19 | 1.181566 | 1.097256 | $1,488.46 | 382.05 | $1,635.57 | $399.43 |
| PLUS-Plus Medical | 151 | $58,285 | $165,745 | $58,285 | $224,031 | 152 | $1,089.07 | 382.62 | 1.181566 | 1.097256 | $1,285.62 | 419.84 | $1,288.35 | $398.31 |
| SMED-Select Medical | 36 | N/A | $55,681 | N/A | $55,681 | 36 | $588.87 | N/A | 1.181566 | 1.097256 | $692.01 | | $696.37 | |
| WAIV-Waived Medical | 17 | N/A | $26,695 | N/A | $26,695 | 39 | $686.36 | N/A | 1.181566 | 1.097256 | $810.98 | | $698.38 | |
| | 0 | N/A | $83,370 | N/A | $83,370 | 18 | $4,539.35 | N/A | 1.181566 | 1.097256 | $5,363.56 | | $6,355.94 | |
| | | N/A | $0 | N/A | $0 | | | N/A | | | | | | |
| DVH COMP-Comprehensive DVH | 94 | $34,674 | $34,674 | $34,674 | $34,674 | 102 | | 341.43 | 1.181566 | | | 374.64 | | $362.55 |
| PLUS-Plus DVH | 47 | $23,612 | $23,612 | $23,612 | $23,612 | 51 | | 465.01 | 1.181566 | | | 510.23 | | $478.75 |
| WAIV-Waived DVH | 0 | $0 | $0 | $0 | $0 | 0 | | N/A | 1.181566 | | | | | |
| Total | 242 | $58,507 | $278,553 | $58,507 | $388,660 | 242 | $1,151.05 | 369.87 | | | $1,340.04 | 405.84 | $1,428.28 | $387.31 |
| Child Union Non-Union | | | | | | | | | | | | | | |
| Medical COMP-Comprehensive Medical | 31 | $14,625 | $28,619 | $14,625 | $43,443 | 33 | $864.57 | 447.65 | 1.181566 | 1.097256 | $1,021.55 | 491.41 | $995.40 | $567.85 |
| PLUS-Plus Medical | 82 | $59,887 | $38,461 | $59,887 | $98,388 | 83 | $414.23 | 644.85 | 1.181566 | 1.097256 | $474.52 | 707.34 | $474.52 | $677.27 |
| SMED-Select Medical | 50 | N/A | $23,516 | N/A | $23,516 | 53 | $440.45 | N/A | 1.181566 | 1.097256 | $520.43 | | $499.31 | |
| WAIV-Waived Medical | 26 | N/A | $10,898 | N/A | $10,898 | 28 | $392.53 | N/A | 1.181566 | 1.097256 | $463.81 | | $464.08 | |
| | 11 | N/A | $4,697 | N/A | $4,697 | 12 | $346.28 | N/A | 1.181566 | 1.097256 | $409.17 | | $359.83 | |
| | 0 | N/A | $0 | N/A | $0 | | | N/A | | | | | | |
| DVH COMP-Comprehensive DVH | 59 | $38,946 | $38,946 | $38,946 | $38,946 | 62 | | 628.85 | 1.181566 | | | 650.01 | | $623.07 |
| PLUS-Plus DVH | 29 | $20,941 | $20,941 | $20,941 | $20,941 | 31 | | 676.24 | 1.181566 | | | 742.01 | | $809.41 |
| WAIV-Waived DVH | 0 | $0 | $0 | $0 | $0 | 0 | | N/A | 1.181566 | | | | | |
| Total | 126 | $74,771 | $67,100 | $74,771 | $141,811 | 126 | $532.54 | 592.95 | | | $629.23 | 650.61 | $616.18 | $648.48 |

25

**Mercer (Canada) Limited**

## Survivor Benefits (SIB, STB – in receipt, STB – accrual)

The liability for the survivor benefits is determined for each eligible pensioner or beneficiary in receipt.  The liability is equal to the present value of expected future benefits after December 31, 2010 for those currently in receipt of a benefit (SIB or STB – in receipt). For certain pensioners, their beneficiaries are eligible for an STB benefit upon their death.  The present value of these expected payments, which would start upon the member's death, has been included in the STB – accrual figures. For medical and dental benefits for eligible beneficiaries, refer to the section on PRB-M&D. Anticipated benefits are discounted for payment eligibility and the time value of money.

| | |
|---|---|
| *Determination date* | December 31, 2010 |
| *Discount rate* | CIA rates for December 2010 without the 2-month lag (i.e. based on the month end CANSIM rates for December 2010):<br>▪  3.6% per year for 10 years, 4.9% per year thereafter |
| *Mortality* | UP 94 mortality table with generational improvements projected to 2020 using AA scale (sex distinct) |



Appendix A

# Summary of Plan Provisions for Post Retirement Benefits (including PRB for actives and LTD claimants)

Please see the following pages.

Please note the following comments regarding the eligibility and plan information for the PRB benefits for LTD claimants.

**Non-Union:**
With respect to LTD claimants as of January 1, 2008 who were participants in the CARP as of December 31, 2007 and who never returned to active employment and remained on LTD as at December 31, 2010, the Grandfathering and CARP Criteria in the following table is ignored in determining for which PRB plan the member is eligible. The registered pension plan and PRB plan eligibility requirements are used only, assuming that periods on LTD also qualify as service.

LTD claimants on or after January 1, 2008 are participants in the CARP and therefore the Grandfathering and CARP Criteria in the following table is followed in determining for which PRB plan the member is eligible, assuming that periods on LTD also qualify as service.

**Union:**
The PRB plan is determined based on which registered pension plan the LTD claimants are in, assuming periods on LTD also qualify as service.

Some union groups had life insurance benefit improvements effective in 2005 and onwards which did not apply to members who were on LTD at the time and who never returned to active employment and remained on LTD as at December 31, 2010.  The (PRB) life insurance for these members is determined based on the pre-2005 levels (which may not be captured in the summary below).

00219

Nortel Canada

28

**Valuation of the Obligations of the Non-Pension Benefits for Claim Purposes as at the Determination Date**

PRB – Eligibility and Plan Coverage for Non-Union Members

| Registered Pension Plan | Grandfathering and CARP Criteria | PRB Eligibility Requirements at retirement | Retirement Health Care Plan (PRB– M&D) | Benefits | |
|---|---|---|---|---|---|
| | | | | Basic Life Insurance Benefits (PRB- Life) | Provincial Premiums (PRB – M&D) |
| Managerial and Non-Negotiated Pension (Traditional Part I and Traditional Part II) hired before January 1, 2008 | Minimum age 50 or 28 years of service as of April 30, 2000 | Part I - retire directly from active status or LTD with 55+2 or 30 years of pensionable service; Part II - Minimum age 55 with 5 years of service at retirement | Traditional Grandfathered Plan – Traditional Medical and Dental Benefits (see PRB – M&D Plan Details page for more information) | Basic life insurance amount is equal to pre-retirement basic life coverage (equal to final flex) at retirement. If the member retired before January 1, 1991, the basic life amount will reduce after retirement by 5% per year until the ultimate level of 75% of the original amount. If the member retired on or after January 1, 1991, the basic life amount will reduce after retirement by 5% per year until the ultimate level of 25% of the original amount, subject to a minimum of $20,000.

Prism System Division members have basic life insurance coverage based on years of service and best consecutive years earnings with no reduction after retirement.

Directors have $75,000 basic life insurance.

Additional Death Benefit (ADB) – certain retired Northern Electric Company members have an additional death benefit | British Columbia and Quebec RAMQ premiums are fully or partially company paid |
| | Not age 50 or 28 years of service on April 30, 2000 BUT age 50 or older with 5 years of service as of July 1, 2006 | Part I - retire directly from active status or LTD with 55+2 or 30 years of pensionable service; Part II - Minimum age 55 with 10 years of service at retirement | Traditional Plan – Catastrophic Medical Plan Plus Health Care Spending Account ($50/ year of service from age 40) (see PRB – M&D Plan Details page for more information) | $25,000 life insurance plus $10,000 death benefit or just $10,000 death benefit | British Columbia and Quebec RAMQ premiums are fully or partially company paid |
| | Not age 50 or 28 years of service on April 30, 2000 and NOT age 50 or older with 5 years of service as of July 1, 2006 | If retirement age is at least 55 with 10 years of service | No company sponsored M&D plan as a result of the CARP amendments | $10,000 death benefit | N/A |
| Balanced Program (DC plan; Managerial and Non-Negotiated Pension Plan Part III) hired before January 1, 2008 | Age 50 or older with 5 years of service as of July 1, 2006 | If retirement age is at least 55 with 10 years of service | Balanced Plan – Health Care Spending Account ($50/ year of service from age 40), and prescription drug coverage (matching Traditional Grandfathered plan) for Quebec residents (see PRB – M&D Plan Details page for more information) | $25,000 life insurance plus $10,000 death benefit or just $10,000 death benefit | British Columbia and Quebec RAMQ premiums are fully or partially company paid |
| | NOT age 50 or older with 5 years of service as of July 1, 2006 | If retirement age is at least 55 with 10 years of service | No company sponsored M&D plan as a result of the CARP amendments | $10,000 death benefit | N/A |

**Mercer (Canada) Limited**

Nortel Canada

**Valuation of the Obligations of the Non-Pension Benefits**
**for Claim Purposes as at the Determination Date**

29

| Registered Pension Plan | Grandfathering and CARP Criteria | PRB Eligibility Requirements at retirement | Retirement Health Care Plan (PRB-M&D) | Basic Life Insurance Benefits (PRB- Life) | Provincial Premiums (PRB – M&D) |
|---|---|---|---|---|---|
| | | | **Benefits** | | |
| Investor and Other Pension DC plan members hired before January 1, 2008 | If age 50 or older with 5 years of service as of July 1, 2006 | If retirement age is at least 55 with 10 years of service | No company sponsored M&D plan except for prescription drug coverage (matching Traditional Grandfathered plan) for Quebec residents | N/A | N/A |
| | If NOT age 50 or older with 5 years of service as of July 1, 2006 | If retirement age is at least 55 with 10 years of service | No company sponsored M&D plan | N/A | N/A |
| All employees hired on or after January 1, 2008 | N/A | N/A | N/A | N/A | N/A |
| Nedco | Closed group of covered retirees | Closed group of covered retirees | Company sponsored M&D plan similar to Traditional Grandfathered Plan – Traditional Medical and Dental Benefits | Level benefit; closed group of covered retirees | Quebec RAMQ premiums are fully or partially company paid |

**Mercer (Canada) Limited**

00221

Nortel Canada

**Valuation of the Obligations of the Non-Pension Benefits
for Claim Purposes as at the Determination Date**

30

PRB – Eligibility and Plan Coverage for Union Members

| Registered Pension Plan | Grandfathering criteria | PRB Eligibility at retirement | Retirement Health Care Plan (PRB-M&D) | Benefits | | | Provincial Premiums (PRB – M&D) |
|---|---|---|---|---|---|---|---|
| | | | | Basic Life Insurance Benefits (PRB- Life) | Survivor Transition Benefit (STB – Accrual) | | |
| Negotiated Pension Program I | All employees except CAW Union Group Program II with Pension plan admin code 55 | Part I - retire directly from active status or LTD with 55+2 or 30 years of pensionable service. Part II - Minimum age 55 with 5 years of service at retirement | Traditional Grandfathered Plan – Traditional Medical and Dental Benefits (see PRB – M&D Plan Details page for more information) | Various flat or decreasing amounts based on union group and year of retirement. Refer to Union Life insurance page. | Closed group of covered retirees enrolled with dependent M&D coverage – their surviving beneficiaries are provided with sixty (60) months of income replacement benefits and potentially M&D (see details on Survivor Benefits page) upon the members' death | | British Columbia and Quebec RAMQ premiums are fully or partially company paid |
| Negotiated Pension Program II | CAW Union Group Program II with Pension plan admin code 55 | If retirement age is at least 55 with 10 years of service | SARP – Health Care Spending Account ($50/ year of service from age 40), and prescription drug coverage (matching Traditional Grandfathered plan) for Quebec residents (see PRB – M&D Plan Details page for more information) | Various flat or decreasing amounts based on union group and year of retirement. Refer to Union Life insurance page. | Closed group of covered retirees enrolled with dependent M&D coverage – their surviving beneficiaries are provided with sixty (60) months of income replacement benefits and potentially M&D (see details on Survivor Benefits page) upon the members' death | | British Columbia and Quebec RAMQ premiums are fully or partially company paid |

**Mercer (Canada) Limited**

00222

Nortel Canada

31

**Valuation of the Obligations of the Non-Pension Benefits**
**for Claim Purposes as at the Determination Date**

Survivor Benefits (SIB, STB – in receipt)

| | | Benefits | |
|---|---|---|---|
| **Employee Group** | **Income Benefits** | **Retirement Health Care Plan (PRB – M&D or STB – Accrual – M&D)** | **Provincial Premiums (PRB – M&D or STB – Accrual – M&D)** |
| Non-union | Survivor Income Benefit (SIB) – Surviving spouses of certain non-union deceased retirees are provided with monthly income benefits for life upon the members death. | Traditional Grandfathered or Traditional or Balanced Plan – Eligible surviving spouse receive the same coverage for their lifetime, as when the member was alive. If retiree elected a joint & survivor pension or entitled to the SIB benefit, except for any health care spending account balance which would decrease to 50% of the amount prior to the member's death. | British Columbia and Quebec RAMQ premiums are fully or partially company paid |
| Union | Survivor Transition Benefit (STB) – Surviving spouses of certain union deceased retirees are provided with sixty (60) months of income replacement benefits upon the member's death. They make take the payment as a lump sum or monthly annuity. | Traditional or SARP Plan – Eligible surviving spouses receive the same coverage for their lifetime, as when the member was alive. If retiree elected a joint & survivor pension, except for any health care spending account balance which would decrease to 50% of the amount prior to the member's death.<br><br>If retiree retired from Nortel prior to January 1, 1994 and did not elect a joint & survivor pension and surviving spouse entitled to STB benefit or retiree was a former Nedco employee then survivor coverage provided access for sixty (60) months to this coverage paid 100% by surviving spouse.<br><br>If retiree retired from Nortel after January 1, 1994 and did not elect a joint & survivor pension and surviving spouse entitled to STB benefit, then survivor coverage provided for sixty (60) months at no cost to survivor.<br><br>If retiree did not elect a joint & survivor pension and surviving spouse not entitled to STB benefit, then no survivor coverage provided. | British Columbia and Quebec RAMQ premiums are fully or partially company paid |

**Mercer (Canada) Limited**

00223

Nortel Canada

**Valuation of the Obligations of the Non-Pension Benefits
for Claim Purposes as at the Determination Date**

## PRB – M&D Plan Details

| | Traditional Medical and Dental Plan | Catastrophic Plan | Healthcare Spending Account |
|---|---|---|---|
| Deductible | $25/50 (single/family) per calendar year<br><br>Applies to expenses incurred under either or both health and dental plans | $7,500 lifetime out-of-pocket deductible per family<br><br>Applies to certain medical benefits only | N/A |
| Overall Plan Maximum | Unlimited | $500,000 lifetime maximum per family | N/A |
| Benefit Amount | Out-of-pocket maximum of $1,000 per calendar year per family | Reimburses 100% (from catastrophic plan) of eligible medical expenses after the lifetime deductible is satisfied | Annual company paid allocation is $50 per year of service from age 40 |
| Spousal & Dependent Coverage | Yes, depending on pension joint and survivor elections | Yes, depending on pension joint and survivor elections | Annual company paid allocation reduced by half after the death of the pensioner |
| Drug (Non-Quebec) | Prescription drugs covered at 80% | Prescription drugs, generic substitution where possible, covered at 100%<br><br>$7 dispensing fee maximum | Not covered |
| Drug (Quebec) – Pensioners 65 and over: 2 Choices | Provincial RQ Drug Plan<br><br>• Reimburses a portion of the eligible expenses up to an out of pocket maximum determined by RAMQ and 100% in excess of the out of pocket maximum<br><br>• Nortel Canada pays premiums (taxable benefit) to a maximum of $175/yr<br><br>Nortel Canada RAMQ Equivalent Drug Plan<br><br>• 80% eligible on RAMQ formulary up to an annual out of pocket maximum determined by RAMQ and 100% of expenses in excess of the allowable out of pocket maximum<br><br>• Pensioner pays premiums | Provincial RQ Drug Plan<br><br>• Reimburses a portion of the eligible expenses up to an out of pocket maximum determined by RAMQ and 100% in excess of the out of pocket maximum<br><br>• Nortel Canada pays premiums (taxable benefit) to a maximum of $175/yr<br><br>Nortel Canada RAMQ Equivalent Drug Plan<br><br>• 80% eligible on RAMQ formulary up to an annual out of pocket maximum determined by RAMQ and 100% of expenses in excess of the allowable out of pocket maximum<br><br>• Pensioner pays premiums | Provincial RQ Drug Plan<br><br>• Reimburses a portion of the eligible expenses up to an out of pocket maximum determined by RAMQ and 100% in excess of the out of pocket maximum<br><br>• Nortel Canada pays premiums (taxable benefit) to a maximum of $175/yr<br><br>Nortel Canada RAMQ Equivalent Drug Plan<br><br>• 80% eligible on RAMQ formulary up to an annual out of pocket maximum determined by RAMQ and 100% of expenses in excess of the allowable out of pocket maximum<br><br>• Pensioner pays premiums |
| Hospital | 100% of the first $50 per day and 50% of the remaining cost<br><br>Difference between ward and private room coverage | Not covered | Not covered |
| Private Duty Nursing | 80% to a maximum of $12,500 in period of illness/injury | 100% to a maximum of $12,500 in period of illness/injury, subject to deductible and overall plan maximum | Not covered |
| Vision Care | 50% up to a maximum of $100/ 2yrs per person, and $200/2yrs for severe eye conditions | Not covered | Not covered |
| Hearing Aid | 50% to a maximum of $200 /2yrs/ per person | Not covered | Not covered |
| Provincial Health Insurance Premium | Nortel Canada Networks pays 100% of the provincial health insurance premiums for pensioners in British Columbia. | Nortel Canada Networks pays 100% of the provincial health insurance premiums for pensioners in British Columbia. | Nortel Canada Networks pays 100% of the provincial health insurance premiums for pensioners in British Columbia. |

**Mercer (Canada) Limited**

32

Nortel Canada

**Valuation of the Obligations of the Non-Pension Benefits
for Claim Purposes as at the Determination Date**

| | Traditional Medical and Dental Plan | Catastrophic Plan | Healthcare Spending Account |
|---|---|---|---|
| Other Medical | Includes: | Includes: | Not covered |
| | 80% co-insurance: | • Medical equipment and supplies | |
| | • Out of province medical coverage | • Ambulance services | |
| | • Medical equipment and supplies | • X-rays | |
| | • Ambulance services | • Selected list of paramedical services (physiotherapist, chiropractor, speech therapist, osteopath) $250 maximum per practitioner per calendar year | |
| | • X-rays | • 100% subject to deductible and overall plan maximum | |
| | • Accidental dental | | |
| | • Paramedical services ($250 maximum per person per calendar year) | | |
| | • Orthopaedic shoes | | |
| | • Physiotherapist (no maximum) | | |
| | • Other parameds ($250 maximum) | | |
| | 50% co-insurance: | | |
| | • Nursing Homes ($10 per day for lifetime total of 365 days) | | |
| Dental | Coinsurance of: | Not covered | Not covered |
| • Basic | 80% | | |
| • Periodontic / Endodontic | 50% | | |
| • Major Restorative | 50% | | |
| • Orthodontic | None | | |
| • Maximum Benefit | Periodontic / Endodontic: $1,000 per person in any 3 years | | |
| | Major: $1,000 per person per calendar year | | |

**Mercer (Canada) Limited**

00225

Nortel Canada

**Valuation of the Obligations of the Non-Pension Benefits
for Claim Purposes as at the Determination Date**

## PRB – Union Life Insurance

| Original Basic Life Insurance Amount | | | Reduction Schedule[27] |
|---|---|---|---|
| | **Benefit Group** | **Amount of Coverage** | |
| CAW Program I | 1 | $76,000 | **Retired before January 1, 1991**, basic life insurance coverage will reduce at retirement by 5% per year until it reduces to 75% of original amount. |
| | 2 | 77,500 | **Retired on or after January 1, 1991, but before April 1, 2003**, basic life insurance coverage will reduce at retirement by 5% per year until it reduces to 50% of original amount, subject to a minimum amount of $10,000. |
| | 3 | 80,000 | |
| | 4 | 83,500 | **Retired on or after April 1, 2003**, basic life insurance coverage will reduce by 50% immediately at age 65 or at retirement, whichever is earlier, and will continue to reduce 5% per year thereafter until it reduces to a minimum amount of **$25,000**. |
| | 5 | 87,000 | |
| CAW Program II | **Benefit Group** | **Amount of Coverage** | **Option 1** |
| | 1 | $76,000 | **Retired on or after April 1, 2003**, the basic life insurance coverage will be based on 50% reduction immediately at age 65 or at retirement, whichever is earlier, and will continue to reduce and 5% per year thereafter until it reduces to a minimum amount of $30,000. |
| | 2 | 77,500 | |
| | 3 | 80,000 | **Option 2**: In order to avoid taxable benefits, employee can choose a $10,000 death benefit instead of the Option 1 coverage. |
| | 4 | 83,500 | |
| | 5 | 87,000 | |
| CEP Local 4 and CUCW Local 2 | **Benefit Group** | **Amount of Coverage** | **Retired before January 1, 1991**, basic life insurance coverage will reduce at retirement by 5% per year until it reduces to 75% of original amount. |
| | 4 | $40,000 | **Retired on or after January 1, 1991**, the original basic life insurance amount will reduce by 5% over the next 10 years until it reaches a minimum of $10,000. |
| CEP Local 9 | **Benefit Group** | **Amount of Coverage** | **Retired before January 1, 1991**, basic life insurance coverage will reduce at retirement by 5% per year until it reduces to 75% of original amount. |
| | 1 | $32,500 | |
| | 2 | 34,000 | **Retired on or after January 1, 1991**, the original basic life insurance amount will reduce upon retirement by 5% over the next 10 years until it reaches a minimum of $10,000 |
| | 3 | 36,500 | |
| | 4 | 40,000 | |
| | 5 | 43,500 | |
| COEU | $43,500 | | The original basic life insurance amount will reduce by 5% on each anniversary of your retirement date over the next 10 years until it is reduced by 50% minimum coverage is $10,000. |
| CUCW Local 1 | $87,000 | | **Retired before January 1, 1991**, basic life insurance coverage will reduce at retirement by 5% per year until it reduces to 75% of original amount. |
| | | | **Retired on or after January 1, 1991, but before May 1, 2004**, life insurance coverage will reduce by 5% per year until it reduces to 50% of original amount, subject to a minimum amount of **$10,000**. |
| | | | **Retired on or after May 1, 2004**, life insurance coverage will reduce by 50% immediately at age 65 or at retirement, whichever is earlier, and will continue to reduce 5% per year thereafter until it reduces to a minimum amount of **$21,750**, rounded down to the thousands |
| CUOE and GW Local 100 | **Benefit Group** | **Amount of Coverage** | N/A |
| | 2 | $31,000 | |
| | 3 | 33,500 | |

---

27  All mention of reductions are based on the original amount, and therefore on a straight-line basis.

**Mercer (Canada) Limited**

34

00226

**Valuation of the Obligations of the Non-Pension Benefits for Claim Purposes as at the Determination Date**

Nortel Canada

| | Original Basic Life Insurance Amount | | Reduction Schedule[27] |
|---|---|---|---|
| **IUOE 796** | Benefit Group | Amount of Coverage | |
| | 2 | $77,500 | **Retired before January 1, 1991**, basic life insurance coverage will reduce at retirement by 5% per year until it reduces to 75% of original amount. **Retired on or after January 1, 1991, but before October 1, 2003**, life insurance coverage will reduce by 5% per year until it reduces to 50% of original amount, subject to a minimum amount of **$10,000**. **Retired on or after October 1, 2003**, life insurance coverage will reduce by 50% immediately at age 65 or at retirement, whichever is earlier, and will continue to reduce 5% per year thereafter until it reduces to a minimum amount of **$25,000**; rounded down to the thousands |
| | 3 | 80,000 | |
| **SIPIQ** | Benefit Group | Amount of Coverage | **Retired before January 1, 1991**, basic life insurance coverage will reduce at retirement by 5% per year until it reduces to 75% of original amount. |
| | 2 | $31,000 | **Retired on or after January 1, 1991**, life insurance coverage will reduce by 5% per year until it reduces to 50% of original amount, subject to a minimum amount of **$10,000**. |
| **UNI** | $22,000 | | N/A |
| **United Steelworkers of America, Barrie ON** | 1 x annual base rate of earned income to maximum of $65,000 | | Life insurance coverage will reduce by 50% at age 65 |

35

**Mercer (Canada) Limited**



Appendix B

# Summary of Plan Provisions for Benefits Provided to LTD Claimants

## LTD – Income Benefits

For most union members, the income benefit is a flat amount based on their benefit group. There is a 12 month elimination period to be satisfied before LTD starts. There is a 12 month own occupation period. There is a 75% all source maximum and no provision for Cost of Living Adjustment (COLA) on the benefit.

For the non-union members, the income benefit is based on their Flexible Benefit plan election, with the option of 50% or 66 2/3% of salary (reduced from 70%, effective January 1, 2006), with or without Cost of Living Adjustment (COLA) benefit. Beginning after two years of receiving LTD benefit payments, each January, the full amount of disability payment will be increased by the lesser of 60% of the Consumer Price Index or 6%. There is a 6 month elimination period to be satisfied before LTD starts and a 12 month own occupation period. This COLA feature does not apply if the member is covered under the core LTD option only.

## LTD – Medical and Dental Benefits

For both union and non-union LTD claimants, continuation of medical and dental benefits and life insurance is provided up to the earlier of recovery, death or age 65. If the non-union member has waived coverage or is in the Basic or Comprehensive plan, he or she will be put into the Comprehensive plan at no cost to the member. If the member is in the Plus or Select plan, he or she can continue in that plan provided the member pays the member contributions.

In general, LTD claimants are provided the same benefits as active members.[28] The benefits provided are pursuant to the applicable benefit plan at the time the member is disabled.

Union LTD claimants continue to receive the same benefits as provided under their respective union group. Non-union LTD claimants continue to receive benefits as provided on the next pages under the Nortel Canada Flex Plan.

---

[28]   Where the benefit program has changed since the member became disabled, the member may be provided benefits under the earlier benefit program or may have been changed to the newer benefit plan. As an example, certain disabled union members are provided with STB coverage.

**Mercer (Canada) Limited**

**Valuation of the Obligations of the Non-Pension Benefits for Claim Purposes as at the Determination Date**

Nortel Canada

00229

## LTD – Medical and Dental (Non-Union Flex Plan)

| Benefit | Basic | Comprehensive | Plus | Select |
|---|---|---|---|---|
| Percentage paid for covered services | 80% | 90% | 95% | 100% |
| Prescription drugs | | | | |
| • Generic drugs | Covered under all four options | | | |
| • Brand name drugs | Covered only if there is no generic equivalent on the market | | | |
| • Drug formulary | Basic, Comprehensive, and Plus options: New drugs are not covered under the plan unless approved by at least one provincial plan first | | | New drugs covered automatically, subject to plan provisions |
| • Prior authorization | Required for five categories of drugs, plus the drug Wellbutrin™ | | | Required for two categories of drugs |
| Annual deductible for all eligible medical expenses (except drugs) | | | | |
| • Individual | None | $40 | None | None |
| • Family | None | $80 | None | None |
| Per prescription copayment | $8 | $8 | $8 | $8 |
| Dispensing fee maximum per prescribed drug | $7 | $7 | $7 | $7 |
| Annual out-of-pocket maximum (once you've paid this maximum per year, the balance of prescription drug expenses will be paid at 100% | $954 per person[29] | $954 per person[29] | $954 per person[29] | $954 per person[29] |
| Hospital coverage | | | | |
| • Acute and convalescent care | None | Semi-private room rate, up to $225 per day for acute and convalescent care, and up to 90 days per calendar year for convalescent care | Semi-private room rate for acute and convalescent care, and up to 90 days per calendar year for convalescent care | Semi-private room rate for acute and convalescent care, and up to 90 days per calendar year for convalescent care |
| Ambulance | Ground transportation and emergency air ambulance | | | |
| Professional services | | Maximums per individual year | | |
| • Chiropractor[30] | One combined maximum of $300 for these professionals | $300 | $500 | $500 |
| • Osteopath[31] | | $300 | $500 | $500 |
| • Chiropodist | | $300 | $500 | $500 |
| • Speech therapy | | $300 | $500 | $500 |
| • Naturopath | | $300 | $500 | $500 |
| • Massage therapy[32] | | $300 | $500 | $500 |
| • Podiatrist | | $300 | $500 | $500 |

[29] All plan options covering eligible prescription drugs are designed to meet the current requirements of Bill 33 for Quebec residents.

[30] Under the Basic and Comprehensive options, chiropractic expenses are covered only after provincial health insurance plan coverage, where applicable, has been exhausted. Under the Plus and Select options, chiropractic coverage begins on the first visit, whether or not the provincial health insurance provides coverage.

[31] Services must be performed by a licensed physician (MD) or a licensed acupuncturist approved by the provincial regulating body in the province. Currently, only British Columbia, Alberta and Quebec have provincially regulated acupuncturists. This may be extended to other provinces in the future. In Ontario, osteopathic treatments must be performed by practitioners who are regulated and certified by the College of Physicians and Surgeons of Ontario.

[32] Requires a referral from a physician.

**Mercer (Canada) Limited**

**Valuation of the Obligations of the Non-Pension Benefits for Claim Purposes as at the Determination Date**

Nortel Canada

00230

| Benefit | Basic | Comprehensive | Plus | Select |
|---|---|---|---|---|
| • Acupuncture[33] | | $300 | $500 | $500 |
| • Dietician[34]<br><br>Contract shows dietician covered under Basic Psychologist | | $300 | $500 | $500 |
| Psychologist | $300 | $300 | $500 | $500 |
| Physiotherapy | $300 | $300 | $500 | $500 |
| Private Duty Nursing[34] | | | | |
| • Maximum per calendar year | $10,000 | $12,500 | $15,000 | $15,000 |
| Out-of-province (within Canada) emergency medical expenses and travel assistance while travelling for personal reasons | 21 days maximum | 31 days maximum | 90 days maximum | 90 days maximum |
| Overall maximum per person | $1,000,000 lifetime[35] | | | |

---

[33] Services must be performed by a licensed physician (MD) or a licensed acupuncturist approved by the provincial regulating body in your province. Currently, only British Columbia, Alberta and Quebec have provincially regulated acupuncturists. This may be extended to other provinces in the future. In Ontario, osteopathic treatments must be performed by practitioners who are regulated and certified by the College of Physicians and Surgeons of Ontario.

[34] Requires a referral from a physician.

[35] Quebec residents, please note that all plan options covering eligible prescription drugs are designed to meet the current requirements of Bill 33.

**Mercer (Canada) Limited**

## LTD – Basic Life Insurance and Optional Life Insurance

Premium for the employer paid basic life insurance and employee paid optional insurance are paid by Nortel Canada or waived while the employee is disabled.

Subject to the following, the basic life insurance coverage amount is equal to the original basic life amount (before reduction) as summarized earlier in the post retirement section. For members of certain unions, the basic life insurance coverage amount is equal to the coverage the individual had at the time he or she became an LTD claimant.

For non-union employees, optional employee life insurance coverage are available in multiplies of 1 to 5 times benefit earnings.

For union employees, optional employee life insurance coverage ranges from $10,000 to $110,000.

For both groups, the definition of disability is the same as the LTD definition.

## LTD – AD&D Insurance

Premiums for the AD&D insurance are paid by Nortel Canada or waived while the employee is disabled.

Union employees are entitled to AD&D insurance with coverage equal to their basic life insurance.

Non-union employees are entitled to optional employee and dependent AD&D coverage through the Flex Plan. Premium for the basic life insurance is continued and paid by Nortel Canada while the employee is disabled. Non-union employee AD&D coverage is available in multiples of 1 to 5 times benefit earnings, to a maximum of $1,500,000. AD&D coverage is also available for the employee's spouse and eligible children based on a percentage of the employee's AD&D coverage.

## LTD – Dependent Life Insurance

Premiums for the employee paid optional dependent insurance are paid by Nortel Canada or waived while the employee is disabled.

For non-union employees, the optional dependent spousal life coverage ranges from $10,000 to $500,000. The optional dependent child life coverage ranges from $5,000 to $25,000.

For union employees, the optional dependent spousal life coverage ranges from $5,000 to $45,000. The optional dependent child life coverage ranges from $2,500 to $10,000.

For both groups, the definition of disability is the same as the LTD definition.

00232

## *LTD – STB – Accrual*

If the union member went on disability before April 1, 2003 and has a covered dependent, such dependent is eligible to receive the STB income benefit if the member dies while on LTD.



Appendix C

# Summary of Plan Provisions for Survivor Benefits

## *Survivor Income Benefits (SIB) and Survivor Transition Benefits (STB)*

Survivor Income Benefit (SIB) is a monthly income benefit provided upon the death of non-union members. This benefit coverage is no longer provided with the exception of a closed group of surviving spouses. The payment of benefits is provided for the lifetime of the surviving spouse.

Survivor Transition Benefit (STB) is a monthly income benefit provided upon the death of certain union members or certain retired union members. The monthly benefit is provided to the surviving spouse for 60 months following the death of the member.

Coverage for two of the union groups is as follows:

- CAW – Effective April 1, 2003, there is no STB for active members or future pensioners. Members on LTD at the time of this benefit change will maintain STB coverage while on LTD, but will no longer have STB coverage if they retire or return to active status.

- COEU – Effective January 1, 2004, active members were covered under the non union Flex plan, and STB benefits for current or future pensioners were eliminated.

Current pensioners retain eligibility for the STB coverage if they retired before the dates outlined above and they have an eligible dependent upon their death.

| |
|---|
| Appendix D |

# Employer Certification

With respect to the Report on the Valuation of the Obligations of the Non-Pension Benefits for Claim Purposes as at the Determination Date for Nortel's Benefit Plans, I hereby certify that, to the best of my knowledge and belief:

- The membership data supplied to the actuary provides a complete and accurate description of all persons who are entitled to benefits under the terms of the Plans for service up to the date of the data provided and supplemented by those persons who became entitled to benefits during the Notice Period, all as outlined in Section 3.

- A copy of the plan documents and of all amendments made up to the date of the valuation were supplied to the actuary.

- All events subsequent to the valuation that may have an impact on the results of the valuation have been communicated to the actuary.

September 19, 2011
Date

_Signed_

John Shaughnessy
Name

HR Leader, Canada
Title

00235

# MERCER

Mercer (Canada) Limited
161 Bay Street
P.O. Box 501
Toronto, Ontario  M5J 2S5
+1 416 868 2000

**Consulting. Outsourcing. Investments.**

# APPENDIX "D-1"

# APPENDIX "D" – TERMINATION AND SEVERANCE CLAIM METHODOLOGY

## TABLE OF CONTENTS

### Appendix "D-1" – Description of Termination and Severance Claim Methodology

A.    Pre-Filing Terminated Employees – The Pre-Filing Terminated Employee Termination and Severance Claim Methodology.................................................................................................1

B.    Post-Filing Terminated Employees – The Post-Filing Terminated Employee Termination and Severance Claim Methodology.................................................................................................8

C.    Post-Filing Transferred Employees – The Post-Filing Transferred Employee Termination and Severance Claim Methodology...............................................................................................14

D.    Pensioner Eligible Terminated Employees – The Pensioner Eligible Terminated Employee Termination and Severance Claim Methodology.........................................................19

E.    LTD Beneficiaries – The LTD Beneficiary Termination and Severance Claim Methodology.................................................................................................................................23

F.    Active Employees ..............................................................................................................26

### Appendix "D-2" – Aggregate Severance Grid

### Appendix "D-3 – Severance Grid Formulae

00237

**APPENDIX D**
**TERMINATION AND SEVERANCE CLAIM METHODOLOGY[1]**

1.　　This Appendix sets out the proposed termination and severance claim methodology (the methodology described below and as reflected in the Severance Grid attached as Appendices D-2 and D-3 and the Mercer 2011 Valuations attached as Appendices "B" and "C", the "**Termination and Severance Claim Methodology**"), as applicable to each of the categories of Employees described below.

A.　**Pre-Filing Terminated Employees – The Pre-Filing Terminated Employee Termination and Severance Claim Methodology**

2.　　The termination and severance claims of Terminated Employees who were terminated or received notice of termination prior to the Filing Date and have amounts owing to them under their termination agreements (the "**Pre-Filing Terminated Employees**") will be calculated in accordance with their termination agreements, which differ and encompass different kinds of payments.　Because of these differences, a consistent methodology must be applied to calculate the amounts outstanding.

(a)　　For Pre-Filing Terminated Employees who were bridged to retirement pursuant to their termination agreements (that is, employees whose termination agreements provided for a notice period equal to the amount of time required to make them pensioner eligible[2] or eligible for an enhanced early retirement pension under the defined benefit plan) (collectively, "**Pre-Filing Terminated Bridging**

---

[1] Capitalized terms used but not otherwise defined herein have the meaning given to them in the Seventy-Fifth Report.

[2] For the purposes of this Appendix and the Termination and Severance Claim Methodology described herein, pensioner eligible means an employee who is eligible to retire.

Employees"[3]), the following periods are used in the calculation of the Termination and Severance Pay Claim:

(i) the notice period set out in the termination agreement (the "**Pre-Filing Bridging Notice Period**"); and

(ii) the bridging period set out in the termination agreement, being the period equal to the amount of time required following the Pre-Filing Bridging Notice Period to make the employee pensioner eligible or eligible for an enhanced early retirement pension under the defined benefit plan (the "**Bridging Period**", together with the Pre-Filing Bridging Notice Period, the "**Pre-Filing Notice/Bridging Period**").

(b) Pre-Filing Terminated Bridging Employees have a Termination and Severance Pay Claim for:

(i) the amount of severance outstanding under the termination agreement calculated as:

1. base weekly salary (based on the employee's base salary as at the date the employment was terminated and calculated as reflected in chart 1 of the Severance Grid Formulae) for the Pre-Filing Bridging Notice Period, plus

2. the severance amount set out in the termination agreement, minus

3. any payments made by the Applicants under the termination agreement;

(ii) employee benefits (excluding pension accrual and vacation pay) during the outstanding Pre-Filing Notice/Bridging Period (determined as reflected

---

[3] Pre-Filing Terminated Bridging Employees are employees who were terminated prior to the Filing Date and whose termination agreements provided for a special leave of absence prior to pension ("**SPLA**") at the date of termination provided for therein.

- 3 -

in chart 1 of the Severance Grid Formulae, the "**Outstanding Notice/Bridging Period**") calculated as 5.14% of the base weekly salary for the Outstanding Notice/Bridging Period;

(iii) vacation pay on any outstanding ESA Minimum Notice Period (determined as reflected in chart 1 of the Severance Grid Formulae) based on vacation accrual pursuant to the Nortel Vacation Policy and base weekly salary;

(iv) pension accrual during the Outstanding Notice/Bridging Period as follows: an additional claim amount for any lost pension growth during the Outstanding Notice/Bridging Period (for those employees with continued eligibility under the defined benefit plan) or for lost pension contributions during the Outstanding Notice/Bridging Period (for those employees participating in the defined contribution pension plans) calculated in accordance with the Mercer 2011 Non-Registered Pension/Pension Accruals Valuation;

(v) if a Pre-Filing Terminated Bridging Employee becomes eligible for Pensioner M&D and/or Pensioner Life by the end of the Pre-Filing Notice/Bridging Period, an additional claim amount for these benefits calculated in accordance with the Mercer 2011 Non-Pension Benefits Valuation;

(vi) if a Pre-Filing Terminated Bridging Employee becomes eligible under a Non-Registered Pension Plan by the end of the Pre-Filing Notice/Bridging Period, an additional claim amount under these plans calculated in accordance with the Mercer 2011 Non-Registered Pension/Pension Accruals Valuation; and

(vii) notwithstanding the foregoing, a Pre-Filing Terminated Bridging Employee who was pensioner eligible at the date of termination and opted to take a commuted vale under Part 1 of the Managerial Plan or Program I of the Negotiated Plan:

- 4 -

1.      is entitled to a Termination and Severance Pay Claim set out in 2(b)(iv) above; and

2.      is not entitled to a Termination and Severance Pay Claim set out in 2(b)(v) and 2(b)(vi) (with respect to TRA and RAP) above;

(c)      Pre-Filing Terminated Employees who were on salary continuance pursuant to their termination agreements ("**Pre-Filing Terminated Salary Continuance Employees**") have a Termination and Severance Pay Claim for:

(i)      the amount of severance outstanding under the termination agreement calculated as:

1.      base bi-weekly salary (in the amount set out in the termination agreement and calculated as reflected in chart 2 of the Severance Grid Formulae) during the salary continuance period set out in the termination agreement (the "**Salary Continuance Period**"), minus

2.      any payments made by the Applicants under the termination agreement,

(the "**Salary Continuance Base Severance Amount**");

(ii)      employee benefits (excluding pension accrual and vacation pay) during the outstanding Salary Continuance Period (which outstanding period is determined as reflected in chart 2 of the Severance Grid Formulae, the "**Outstanding Salary Continuance Period**") calculated as 5.14% of the Salary Continuance Base Severance Amount;[4]

(iii)      pension accrual during the Outstanding Salary Continuance Period as follows: an additional claim amount for any lost pension growth during

---

[4] Nortel has advised the Monitor that the termination agreements of Pre-Filing Terminated Salary Continuance Employees provide that vacation does not accrue during the Salary Continuance Period.

the Outstanding Salary Continuance Period (for those employees with continued eligibility under the defined benefit plan) or for lost pension contributions during the Outstanding Salary Continuance Period (for those employees participating in the defined contribution pension plans) calculated in accordance with the Mercer 2011 Non-Registered Pension/Pension Accruals Valuation;

(iv)     if a Pre-Filing Terminated Salary Continuance Employee becomes eligible for Pensioner M&D and/or Pensioner Life by the end of the Salary Continuance Period, an additional claim amount for these benefits calculated in accordance with the Mercer 2011 Non-Pension Benefits Valuation; and

(v)     if a Pre-Filing Terminated Salary Continuance Employee becomes eligible under a Non-Registered Pension Plan by the end of the Salary Continuance Period, an additional claim amount under these plans calculated in accordance with the Mercer 2011 Non-Registered Pension/Pension Accruals Valuation;

(d)     Pre-Filing Terminated Employees who were entitled to a lump sum payment pursuant to their termination agreements[5] (**"Pre-Filing Terminated Lump Sum Employees"**) have a Termination and Severance Pay Claim for:

(i)     the amount of severance outstanding under the termination agreement calculated as:

_____

[5] Nortel has advised the Monitor that the termination agreements of Pre-Filing Terminated Lump Sum Employees provided that such employees could continue to file claims for benefits in accordance with their agreements and therefore employee benefits do not form part of their Termination and Severance Pay Claim. Nortel has also advised the Monitor that the termination agreements of Pre-Filing Terminated Lump Sum Employees provided for a severance amount that encompassed Registered Pension Plan accruals. In addition, grow-ins under the Non-Registered Plans do not form part of the Termination and Severance Pay Claim for Pre-Filing Terminated Lump Sum Employees as Pre-Filing Terminated Lump Sum Employees would have been offered bridging to pensioner eligibility if they were bridging eligible. Further, if Pre-Filing Terminated Lump Sum Employees were pensioner eligible at the time of termination and retired from an Applicant, they are treated as Pensioners.

- 6 -

1.     base monthly salary (for Unionized Employees) or base weekly salary (for Non-Unionized Employees), as applicable (based on the employee's base salary as at the date the employment was terminated and calculated as reflected in charts 3.1 and 3.2, respectively, of the Severance Grid Formulae) during the outstanding notice period under the termination agreement (determined as reflected in charts 3.1 and 3.2 of the Severance Grid Formulae, the "**Outstanding Lump Sum Employee Notice Period**"), plus

2.     the severance amount set out in the termination agreement, minus

3.     any payments made by the Applicants under the termination agreement;

(ii)    vacation pay on any outstanding ESA Minimum Notice Period (determined as reflected in charts 3.1 and 3.2, respectively, of the Severance Grid Formulae) based on vacation accrual pursuant to the Nortel Vacation Policy and base monthly salary (for Unionized Employees) or base weekly salary (for Non-Unionized Employees);

(iii)    pension accrual during the Outstanding Lump Sum Employee Notice Period as follows: an additional claim amount for any lost pension growth during the period (for those employees with continued eligibility under the defined benefit plan) or for lost pension contributions during the applicable period (for those employees participating in the defined contribution pension plans) calculated in accordance with the Mercer 2011 Non-Registered Pension/Pension Accruals Valuation.

(e)    Pre-Filing Terminated Employees determined by the Applicants to be entitled (as at December 31, 2010) to additional contingency weeks of notice pursuant to their

termination agreements[6] (“**Pre-Filing Terminated Contingency Employees**”) have a Termination and Severance Pay Claim for:

    (i)    the amount of severance outstanding for contingency weeks under the termination agreement calculated as:

        1.    base weekly salary (based on the employee’s base salary as at the date the employment was terminated and calculated as reflected in chart 4 of the Severance Grid Formulae) for the number of contingency weeks set out in the termination agreement, minus

        2.    any payments made by the Applicants under the termination agreement in respect of the contingency weeks.

    (f)    Pre-Filing Terminated Employees who have entered into a settlement termination agreement with the Applicants[7] (“**Pre-Filing Terminated Settlement Employees**”) have a Termination and Severance Pay Claim for:

    (i)    the amount of severance outstanding under the settlement termination agreement calculated as:

        1.    the severance amount set out in the settlement termination agreement, minus

---

[6] Nortel has advised the Monitor that Pre-Filing Terminated Contingency Employees received their working notice and full severance payment under their termination agreements such that employee benefits do not form part of the Termination and Severance Pay Claim for Pre-Filing Terminated Contingency Employees. Nortel has also advised the Monitor that the termination agreements of Pre-Filing Terminated Contingency Employees provided for a severance amount that encompassed Registered Pension Plan accruals. In addition, grow-ins under the Non-Registered Plans do not form part of the Termination and Severance Pay Claim for Pre-Filing Terminated Contingency Employees as Pre-Filing Terminated Contingency Employees would have been offered bridging to pensioner eligibility if they were bridging eligible. Further, if Pre-Filing Terminated Contingency Employees were pensioner eligible at the time of termination and retired from an Applicant, they are treated as Pensioners.

[7] Nortel has advised the Monitor that settlement termination agreements provided for a severance amount that encompassed all employee benefits, Registered Pension Plan accruals and grow-ins under Non-Registered Plans such that these claims do not form part of the Termination and Severance Pay Claim for Pre-Filing Terminated Settlement Employees.

- 8 -

    2.      any payments made by the Applicants under the settlement termination agreement.

**B.** **Post-Filing Terminated Employees – The Post-Filing Terminated Employee Termination and Severance Claim Methodology**

3.      The termination and severance claim methodology with respect to Terminated Employees other than Pre-Filing Terminated Employees (the "**Post-Filing Terminated Employees**")[8] is as follows:

    (a)    for Applicable Rehired Employees, the applicable ESA Minimum Notice/Severance Period is used to calculate the Termination and Severance Pay Claim (except for vacation pay);

    (b)    for Post-Filing Terminated Employees who are Unionized Employees, the periods used to calculate the Termination and Severance Pay Claim (except for vacation pay) differ depending on whether the Post-Filing Terminated Employee was pensioner eligible at the date of termination, eligible for bridging to pensioner eligibility at the date of termination or neither as follows:

        (i)    Post-Filing Terminated Employees who are Unionized Employees and are pensioner eligible at the date of termination are addressed in paragraph 5 below;

        (ii)    in respect of Post-Filing Terminated Employees who are Unionized Employees and are eligible for bridging under the applicable collective bargaining agreement at the date of termination ("**CBA Bridging Employees**"), the following periods are used:

---

[8] For the purposes of the Post-Filing Terminated Employee Termination and Severance Claim Methodology, Post-Filing Terminated Employees exclude Post-Filing Transferred Employees, Pensioner Eligible Terminated Employees and LTD Beneficiaries.

1.      the number of weeks the employee is entitled to notice as set out in the collective bargaining agreement (the "**CBA Notice Period**");

2.      the period equal to the amount of time required following the CBA Notice Period to make the employee pensioner eligible (the "**CBA Bridging Period**", together with the CBA Notice Period, the "**CBA Notice/Bridging Period**"); and

3.      the number of months in addition to the CBA Notice Period set out in the collective bargaining agreement in respect of which an employee is entitled to continued non-pension benefits following layoff (the "**CBA Benefit Period**")[9];

(iii)    in respect of Post-Filing Terminated Employees who are Unionized Employees and are not eligible for bridging or are not pensioner eligible at the date of termination under the applicable collective bargaining agreement (the "**Non-Retirement Eligible CBA Employees**"), the CBA Notice Period and CBA Benefit Period[10] are used, as well as the number of weeks set out in the collective bargaining agreement in respect of which an employee with no recall rights is entitled to severance (the "**CBA Severance Period**", together with the CB A Notice Period, the "**CBA Notice/Severance Period**");

(c)     for Post-Filing Terminated Employees who are Non-Unionized Employees and who have a written employment contract with the Applicants that expressly sets out the number of weeks in respect of which the employee is entitled to notice and severance (collectively, the "**Contract Notice Period**"), the Contract Notice

---

[9] The CBA Benefit Period runs concurrently with the CBA Bridging Period and CBA Severance Period, as applicable, such that in certain circumstances, it is the greater of: (i) the CBA Bridging Period or CBA Severance Period, as applicable; and (ii) the CBA Benefit Period, that is used.

[10] See above footnote.

Period is used in calculating the Termination and Severance Pay Claim (except for vacation pay);

(d)    for Post-Filing Terminated Employees who do not fall under category (a), (b) or (c) above, a Termination and Severance Pay Claim is calculated (except for vacation pay) based on a notice period of 3.3 weeks for each year of service (calculated as reflected in the applicable Severance Grid Formulae), subject to a minimum of 8 weeks and a maximum of 78 weeks (the "**Methodology Notice Period**");

(e)    Each of the CBA Notice Period, CBA Severance Period, CBA Benefit Period and Methodology Notice Period is calculated using the Post-Filing Terminated Employee's:

    (i)    rehire date if the Post-Filing Terminated Employee is a Non-Unionized Employee and previously left employment with the Applicants, was previously terminated by the Applicants or had a break in service with the Applicants, each for a period greater than three months; provided that moving employment from one Applicant to another or among an Applicant and another Nortel entity does not for this purpose constitute leaving employment, termination or a break in service;

    (ii)    exception date if a Post-Filing Terminated Employee is a Non-Unionized Employee and his/her employment contract or hire documents with Nortel specifically indicates an exception service date.  For greater certainty, the foregoing shall not preclude a Request for Correction by any Employee supported by satisfactory evidence that establishes an exception date; or

    (iii)    continuous service date if clause (i) or (ii) above does not apply;

(f)     Post-Filing Terminated Employees have a Termination and Severance Pay Claim as follows:

    (i)     a severance amount calculated as follows:

        1.     in respect of CBA Bridging Employees:

            (I)     base monthly salary (based on the employee's base salary as at the date the employment was terminated and calculated as reflected in chart 9.2 of the Severance Grid Formulae) for the outstanding CBA Notice Period (determined as reflected in chart 9.2 of the Severance Grid Formulae), plus

            (II)     a pension equivalent amount (calculated as reflected in the Mercer 2011 Non-Registered Pension/Pension Accruals Valuation) for the CBA Bridging Period if the applicable collective bargaining agreement provides for such amount, plus

            (III)     an amount calculated in accordance with the voluntary retirement option (and as reflected in chart 9.2 of the Severance Grid Formulae for CBA Bridging Employees) if the option is set out in the applicable collective bargaining agreement;

        2.     in respect of Non-Retirement Eligible CBA Employees, base weekly salary (based on such employee's base salary as at the date the employment was terminated and calculated as reflected in chart 9.3 of the Severance Grid Formulae), during the CBA Severance Period and the outstanding CBA Notice Period (determined as reflected in chart 9.3 of the Severance Grid Formulae); and

        3.     in respect of Post-Filing Terminated Employees that are Non-Unionized Employees, base weekly salary based on the employee's base salary as at the date the employment was terminated and calculated as reflected in chart 6 of the Severance Grid Formulae for the Contract Notice Period, chart 10 for the

- 12 -

Methodology Notice Period or chart 14 for the ESA Minimum Notice/Severance Period, as applicable;

(ii)    employee benefits (excluding pension accrual and vacation pay) calculated as 5.14% of:

    1.    the base monthly salary for the outstanding CBA Notice Period and for the greater of the CBA Bridging Period and the CBA Benefit Period in respect of CBA Bridging Employees;

    2.    the base weekly salary for the outstanding CBA Notice Period and for the greater of the CBA Severance Period and the CBA Benefit Period in respect of Non-Retirement Eligible CBA Employees; and

    3.    the base weekly salary for the ESA Minimum Notice Period, Contract Notice Period or Methodology Notice Period, as applicable, in respect of Post-Filing Terminated Employees who are Non-Unionized Employees;

(iii)    vacation pay on the ESA Minimum Notice Period or outstanding ESA Minimum Notice Period, as applicable (determined as reflected in the applicable chart of the Severance Grid Formulae), based on vacation accrual pursuant to the Nortel Vacation Policy and base weekly salary (for Post-Filing Terminated Employees who are Non-Unionized Employees and Non-Retirement Eligible CBA Employees) or base monthly salary (for CBA Bridging Employees);

(iv)    pension accrual during the ESA Minimum Notice/Severance Period, outstanding CBA Notice Period, CBA Severance Period, Contract Notice Period or Methodology Notice Period, as applicable, as follows: a claim amount for any lost pension growth during the applicable period (for those employees with continued eligibility under the defined benefit plan) or for lost pension contributions during the applicable period (for those employees participating in the defined contribution pension plans)

- 13 -

calculated in accordance with the Mercer 2011 Non-Registered Pension/Pension Accruals Valuation;

(v)     if the Post-Filing Terminated Employee becomes eligible for Pensioner M&D and/or Pensioner Life by the end of the ESA Minimum Notice/Severance Period, CBA Notice/Bridging Period, CBA Notice/Severance Period, Contract Notice Period or Methodology Notice Period, as applicable (the "**Post-Filing Terminated Employee Applicable Notice Period**"), an additional claim amount for these benefits calculated in accordance with the Mercer 2011 Non-Pension Benefits Valuation; and

(vi)    if the Post-Filing Terminated Employee becomes eligible under a Non-Registered Pension Plan by the end of the Post-Filing Terminated Employee Applicable Notice Period, an additional claim amount under these plans calculated in accordance with the Mercer 2011 Non-Registered Pension/Pension Accruals Valuation;

(g)    notwithstanding the foregoing, a Post-Filing Terminated Employee who opted to take a commuted value under Part 1 of the Managerial Plan or Program I of the Negotiated Plan is entitled to a Termination and Severance Pay Claim set out in 3(f)(iv) and, in addition, if the employee:

(i)     would have otherwise become eligible for Pensioner Life and/or Pensioner M&D or under any Non-Registered Pension Plan by the end of the Post-Filing Terminated Employee Applicable Notice Period, is entitled to a Termination and Severance Pay Claim set out in 3(f)(v) and3(f)(vi) above; or

(ii)    would not have otherwise become eligible for Pensioner Life and/or Pensioner M&D or under any Non-Registered Pension Plan by the end of the Post-Filing Terminated Employee Applicable Notice Period, is not

- 14 -

entitled to a Termination and Severance Pay Claim set out in 3(f)(v) and 3(f)(vi) above, but is entitled to an additional claim amount under the special termination provisions of the TRA relating to workforce reduction if the Post-Filing Terminated Employee becomes eligible to receive the special termination benefits under the TRA by the end of the Post-Filing Terminated Employee Applicable Notice Period, which claim will be calculated in accordance with the Mercer 2011 Non-Registered Pension/Pension Accruals Valuation; and

(h)     there is no requirement for Post-Filing Terminated Employees to prove that they found (or did not find) another job or that they attempted to find another job and there will be no deduction in respect of mitigation.

C. **Post-Filing Transferred Employees – The Post-Filing Transferred Employee Termination and Severance Claim Methodology**

4.      The termination and severance claim methodology with respect to Post-Filing Transferred Employees[11] is as follows:

(a)     for Applicable Rehired Employees, the applicable ESA Minimum Notice/Severance Period is used in calculating the Termination and Severance Pay Claim (except in relation to (f)(iv) below);

(b)     for Post-Filing Transferred Employees who are Unionized Employees, the CBA Notice Period, CBA Bridging Period and CBA Severance Period, as applicable as described in paragraph 3(b) above in relation to Post-Filing Terminated Employees and calculated as reflected in charts 12.1, 12.2 and 12.3 of the

---

[11] For purposes of the Post-Filing Termination and Severance Claim Methodology, Post-Filing Transferred Employees excludes Pensioner Eligible Terminated Employees.

Severance Grid Formulae, are used in calculating the Termination and Severance Pay Claim (except in relation to (f)(iv) below);

(c)   for Post-Filing Transferred Employees who are Non-Unionized Employees and who have a written employment contract with the Applicants that sets out a Contract Notice Period, the Contract Notice Period is used in calculating the Termination and Severance Pay Claim (except in relation to (f)(iv) below);

(d)   for Post-Filing Transferred Employees who do not fall under category (a), (b) or (c) above, a Termination and Severance Pay Claim is calculated based on the Methodology Notice Period (except in relation to (f)(iv) below);

(e)   Each of the CBA Notice Period, CBA Bridging Period, CBA Severance Period and Methodology Notice Period is calculated using the Post-Filing Transferred Employee's:

(i)    rehire date if the Post-Filing Transferred Employee is a Non-Unionized Employee and previously left employment with the Applicants, was previously terminated by the Applicants or had a break in service with the Applicants, each for a period greater than three months; provided that moving employment from one Applicant to another or among an Applicant and another Nortel entity does not for this purpose constitute leaving employment, termination or a break in service;

(ii)   exception date if a Post Filing Transferred Employee is a Non-Unionized Employee and his/her employment contract or hire documents with Nortel specifically indicates an exception date.  For greater certainty, the foregoing shall not preclude a Request for Correction by any Employee supported by satisfactory evidence that establishes an exception date; or

- 16 -

(iii)    continuous service date if clause (i) or (ii) above does not apply;

(f)    Post-Filing Transferred Employees have a Termination and Severance Pay Claim for:

(i)    pension accrual during the ESA Minimum Notice/Severance Period, outstanding CBA Notice Period[12], CBA Severance Period[13], Contract Notice Period or Methodology Notice Period, as applicable, as follows:

1.    a claim amount for any lost pension growth during the applicable notice period for those employees with continued eligibility under the defined benefit plan at the date of transfer if a buyer did not offer a defined benefit pension plan; and

2.    a claim amount for lost pension contributions during the applicable notice period for those employees participating in the defined contribution pension plans at the date of transfer if the defined contribution plan offered by the applicable buyer included an employer contribution less than provided in Nortel's defined contribution plan or, if no defined contribution plan was offered by the buyer, the applicable buyer did not agree to provide cash compensation to the employee specifically in lieu of providing a defined contribution plan,

each calculated in accordance with the Mercer 2011 Non-Registered Pension/Pension Accruals Valuation;

(ii)    if a buyer did not offer any retiree health, dental and life benefits and a Post-Filing Transferred Employee was eligible for Pensioner M&D and/or Pensioner Life at the date of his/her transfer or becomes eligible by the

---

[12] For all Post-Filing Transferred Employees who are Unionized Employees.

[13] Only for Post-Filing Transferred Employees who are Unionized Employees and who are not eligible for bridging or pensioner eligible at the date of transfer.

end of the ESA Minimum Notice/Severance Period, CBA Notice/Bridging Period, CBA Notice Period[14], CBA Notice/Severance Period, Contract Notice Period or Methodology Notice Period, as applicable (the "**Post-Filing Transferred Employee Applicable Notice Period**"), an additional claim amount for these benefits calculated in accordance with the Mercer 2011 Non-Pension Benefits Valuation; and

(iii)    if a buyer did not offer non-registered pension plans and a Post-Filing Transferred Employee was eligible under a Non-Registered Pension Plan at the date of his/her transfer or becomes eligible by the end of the Post-Filing Transferred Employee Applicable Notice Period, an additional claim amount under these plans calculated in accordance with the Mercer 2011 Non-Registered Pension/Pension Accruals Valuation;

(iv)    only if the Post-Filing Transferred Employee was offered employment with a buyer but rejected that offer:

1.    base weekly salary (based on the employee's base salary as at the date the employment was terminated and calculated as reflected in chart 15 of the Severance Grid Formulae) for the ESA Minimum Notice/Severance Period;

2.    employee benefits (excluding pension accrual and vacation pay) calculated as 5.14% of base weekly salary for the ESA Minimum Notice Period; and

3.    vacation pay on the ESA Minimum Notice Period based on vacation accrual pursuant to the Nortel Vacation Policy and base weekly salary;

---

[14] For Post-Filing Transferred Employees who are Unionized Employees and were pensioner eligible at the date of transfer.

00254

(g)    notwithstanding the foregoing:

    (i)    a Post-Filing Transferred Employee who was pensioner eligible at the date of transfer and opted to take a commuted value under Part 1 of the Managerial Plan or Program I of the Negotiated Plan:

        1.    is entitled to a Termination and Severance Pay Claim set out in 4(f)(i) above;

        2.    is not entitled to a Termination and Severance Pay Claim set out in 4(f)(ii) or 4(f)(iii) (with respect to TRA and RAP) above[15];

    (ii)    a Post-Filing Transferred Employee who was not pensioner eligible at the date of transfer and opted to take a commuted value under Part 1 of the Managerial Plan or Program I of the Negotiated Plan is entitled to a Termination and Severance Pay Claim set out in 4(f)(i) and, in addition, if the employee:

        1.    would have otherwise become eligible for Pensioner Life and/or Pensioner M&D or under any Non-Registered Pension Plan by the end of the Post-Filing Transferred Employee Applicable Notice Period, is entitled to a Termination and Severance Pay Claim set out in 4(f)(ii) and 4(f)(iii) above; or

        2.    would not have otherwise become eligible for Pensioner Life and/or Pensioner M&D or under any Non-Registered Pension Plan by the end of the Post-Filing Transferred Employee Applicable Notice Period, is not entitled to a Termination and Severance Pay Claim set out in 4(f)(ii) and 4(f)(iii) above, but is entitled to an additional claim amount under the special termination provisions

---

[15] Nortel has advised the Monitor that: (i) a pensioner eligible employee must elect to receive an immediate pension at the time of termination or transfer in order to receive the TRA and RAP benefits in accordance with the plan provisions; and (ii) in applying the TRA and RAP to pensioner eligible terminated employees who took commuted value, these employees were not entitled to any TRA or RAP benefits.

of the TRA relating to workforce reduction if the Post-Filing Transferred Employee becomes eligible to receive the special termination benefit under the TRA by the end of the Post-Filing Transferred Employee Applicable Notice Period, which claim will be calculated in accordance with the Mercer 2011 Non-Registered Pension/Pension Accruals Valuation; and

(h) because full mitigation is assumed on salary and all benefits other than those listed in (f) above, the Termination and Severance Pay Claim of Post-Filing Transferred Employees is for the limited benefits listed in (f) above relating to pension accruals and grow-ins to Non-Registered Plans during the Post-Filing Transferred Employee Applicable Notice Period. For greater certainty, the foregoing shall not preclude a claim by a Post-Filing Transferred Employee who has not been employed for the full duration of the CBA Notice Period, CBA Bridging Period, CBA Severance Period, Contract Notice Period and Methodology Notice Period, as applicable, provided that, in any event, any claim shall be determined in accordance with the Post-Filing Terminated Employee Termination and Severance Claim Methodology but subject to deduction for all mitigation.

D. **Pensioner Eligible Terminated Employees – The Pensioner Eligible Terminated Employee Termination and Severance Claim Methodology**

5.    The termination and severance claim methodology with respect to Pensioner Eligible Terminated Employees[16] is as follows:

---

[16] For purposes of the Pensioner Eligible Terminated Employee Termination and Severance Claim Methodology, Pensioner Eligible Terminated Employees excludes Post-Filing Transferred Employees and LTD Beneficiaries.

- 20 -

(a)     for Applicable Rehired Employees, the applicable ESA Minimum Notice/Severance Period is used in calculating the Termination and Severance Pay Claim (except for vacation pay);

(b)     for Pensioner Eligible Terminated Employees who are Unionized Employees, the CBA Notice Period is used in calculating the Termination and Severance Pay Claim (except for vacation pay);

(c)     for Pensioner Eligible Terminated Employees who are Non-Unionized Employees and who have a written employment contract with the Applicants that sets out a Contract Notice Period, the Contract Notice Period is used in calculating the Termination and Severance Pay Claim (except for vacation pay);

(d)     for Pensioner Eligible Terminated Employees who do not fall under category (a), (b) or (c) above, a Termination and Severance Pay Claim is calculated (except for vacation pay) based on the Methodology Notice Period;

(e)     Each of the CBA Notice Period and Methodology Notice Period is calculated using the Pensioner Eligible Terminated Employee's:

    (i)     rehire date if the Pensioner Eligible Terminated Employee is a Non-Unionized Employee and previously left employment with the Applicants, was previously terminated by the Applicants or had a break in service with the Applicants, each for a period greater than three months; provided that moving employment from one Applicant to another or among an Applicant and another Nortel entity does not for this purpose constitute leaving employment, termination or a break in service;

00257

(ii)    exception date if a Pensioner Eligible Terminated Employee is a Non-Unionized Employee and his/her employment contract or hire documents with Nortel specifically indicates an exception date. For greater certainty, the foregoing shall not preclude a Request for Correction by any Employee supported by satisfactory evidence that establishes an exception date; or

(iii)    continuous service date if clause (i) or (ii) above does not apply;

(f)    Pensioner Eligible Terminated Employees have a Termination and Severance Claim for:

(i)    a severance amount calculated as follows:

1.    in respect of Pensioner Eligible Terminated Employees who are Unionized Employees, base monthly salary (based on the employee's base salary as at the date the employment was terminated and calculated as reflected in chart 9.1 of the Severance Grid Formulae) for the outstanding CBA Notice Period (determined as reflected in chart 9.1 of the Severance Grid Formulae), plus an amount calculated in accordance with the voluntary retirement option (and as reflected in chart 9.1 of the Severance Grid Formulae) if the option is set out in the applicable collective bargaining agreement;

2.    in respect of Pensioner Eligible Terminated Employees who are Non-Unionized Employees, base weekly salary based on such employee's base salary as at the date the employment was terminated and calculated as reflected in chart 6 of the Severance Grid Formulae for the Contract Notice Period, chart 10 for the Methodology Notice Period or chart 14 for the ESA Minimum Notice/Severance Period, as applicable;

(ii)     employee benefits (excluding pension accrual and vacation pay) calculated as 5.14% of:

1.    the base monthly salary for the outstanding CBA Notice Period in respect of Pensioner Eligible Terminated who are Unionized Employees; and

2.    the base weekly salary for the ESA Minimum Notice Period, Contract Notice Period or Methodology Notice Period, as applicable, in respect of Pensioner Eligible Terminated Employees who are Non-Unionized Employees;

(iii)    vacation pay on the ESA Minimum Notice Period or outstanding ESA Minimum Notice Period, as applicable (determined as reflected the applicable chart of the Severance Grid Formulae), based on vacation accrual pursuant to the Nortel Vacation Policy and base weekly salary (for Non-Unionized Employees) or base monthly salary (for Unionized Employees);

(iv)    pension accrual during the ESA Minimum Notice/Severance Period, outstanding CBA Notice Period, Contract Notice Period or Methodology Notice Period, as applicable, as follows: an additional claim amount for any lost pension growth during the applicable period (for those employees with continued eligibility under the defined benefit plan) or for lost pension contributions during the applicable period (for those employees participating in the defined contribution pension plans) calculated in accordance with the Mercer 2011 Non-Registered Pension/Pension Accruals Valuation;

(v)     an additional claim amount for Pensioner M&D and/or Pensioner Life calculated in accordance with the Mercer 2011 Non-Pension Benefits Valuation; and

(vi)     if the Pensioner Eligible Terminated Employee is eligible under a Non-Registered Pension Plan, an additional claim amount under these plans calculated in accordance with the Mercer 2011 Non-Registered Pension/Pension Accruals Valuation;

(g)     notwithstanding the foregoing, a Pensioner Eligible Terminated Employee who opted to take a commuted value under Part 1 of the Managerial Plan or Program I of the Negotiated Plan is entitled to pension accrual during the ESA Minimum Notice/Severance Period, outstanding CBA Notice Period, Contract Notice Period or Methodology Notice Period, as applicable, but is not entitled to a claim for Pensioner M&D and/or Pensioner Life or a claim under the TRA or RAP[17]; and

(h)     there is no requirement for Pensioner Eligible Terminated Employees to prove that they found (or did not find) another job or that they attempted to find another job and there will be no deduction in respect of mitigation.

### E.   LTD Beneficiaries – The LTD Beneficiary Termination and Severance Claim Methodology

6.     The termination and severance claim methodology for LTD Beneficiaries is as follows:

(a)     for LTD Beneficiaries who are Unionized Employees, the CBA Notice Period, CBA Bridging Period and CBA Severance Period, as applicable as described in paragraph 3(b) above in relation to Post-Filing Terminated Employees, are used in calculating the Termination and Severance Pay Claim (except for vacation pay);

---

[17] Nortel has advised the Monitor that: (i) a Pensioner Eligible Terminated Employee must elect to receive an immediate pension at the time of termination or transfer in order to receive the TRA and RAP benefits in accordance with the plan provisions; and (ii) in applying the TRA and RAP to Pensioner Eligible Terminated Employees who took commuted value, these Employees were not entitled to any TRA or RAP benefits.

(b)    for LTD Beneficiaries who are Non-Unionized Employees and who have a written employment contract with the Applicants that sets out a Contract Notice Period, the Contract Notice Period is used in calculating the Termination and Severance Pay Claim;

(c)    for LTD Beneficiaries who do not fall under category (a) or (b) above, a Termination and Severance Pay Claim is calculated (except for vacation pay) based on the Methodology Notice Period;

(d)    each of the CBA Notice Period, CBA Bridging Period, CBA Severance Period and Methodology Notice Period is calculated using the LTD Beneficiary's:

(i)    rehire date if the LTD Beneficiary is a Non-Unionized Employee and previously left employment with the Applicants, was previously terminated by the Applicants or had a break in service with the Applicants, each for a period greater than three months; provided that moving employment from one Applicant to another or among an Applicant and another Nortel entity does not for this purpose constitute leaving employment, termination or a break in service;

(ii)    exception date if a LTD Beneficiary is a Non-Unionized Employee and his/her employment contract or hire documents with Nortel specifically indicates an exception date. For greater certainty, the foregoing shall not preclude a Request for Correction by any Employee supported by satisfactory evidence that establishes an exception date; or

(iii)    continuous service date if clause (i) or (ii) above does not apply;

(e)    LTD Beneficiaries have a Termination and Severance Claim for:

(i)    a severance amount calculated as follows:

1.      in respect of LTD Beneficiaries who are Unionized Employees and were eligible for bridging under the applicable collective bargaining agreement as at December 31, 2010:

> (I)      base monthly salary (based on the employee's base salary as at the date the employment was terminated and calculated as reflected in chart 7.2 of the Severance Grid Formulae) for the CBA Notice Period, plus
>
> (II)     a pension equivalent amount (calculated as reflected in the Mercer 2011 Non-Registered Pension/Pension Accruals Valuation) for the CBA Bridging Period if the applicable collective bargaining agreement provides for such amount, plus
>
> (III)    an amount calculated in accordance with the voluntary retirement option (and as reflected in chart 7.2 of the Severance Grid Formulae) for CBA Bridging Employees if the option is set out in the applicable collective bargaining agreement;

2.      in respect of LTD Beneficiaries who are Non-Unionized Employees, base weekly salary (based on such employee's base salary as at the date the employment was terminated and calculated as reflected in chart 8 of the Severance Grid Formulae) for the Contract Notice Period or Methodology Notice Period, as applicable;

3.      in respect of LTD Beneficiaries who are Unionized Employees who were pensioner eligible as at December 31, 2010, base monthly salary for the CBA Notice Period, plus an amount calculated in accordance with the voluntary retirement option set out in the applicable collective bargaining agreement and as reflected in chart 7.1 of the Severance Grid Formulae;

4.      in respect of LTD Beneficiaries who are Unionized Employees and were not eligible for bridging or pensioner eligible as at December

31, 2010, base monthly salary for the CBA Notice/Severance Period;

(ii)     vacation pay on the ESA Minimum Notice Period based on vacation accrual pursuant to the Nortel Vacation Policy, years of service calculated as years of service to the Applicants before becoming an LTD Beneficiary plus the years as an LTD Beneficiary and base weekly salary (for Non-Unionized LTD Beneficiaries) or base monthly salary (for Unionized Employees);

(iii)    since, for the purposes of and as set out in the Mercer 2011 Valuations, LTD Beneficiaries are assumed to remain on LTD benefits, subject to the recovery and mortality assumptions used in the Mercer 2011 Valuations, until they reach the age of 65 and are thereafter assumed to retire, the following are otherwise captured in the Mercer 2011 Valuations for LTD Beneficiaries and are therefore not separately applied to the Termination and Severance Pay Claim of LTD Beneficiaries:

1.     the benefits that encompass the 5.14% fringe rate applied to other categories of Employees; and

2.     pension accrual and grow-ins to Pensioner M&D, Pensioner Life and Non-Registered Pension Plans; and

(f)     there is no requirement for LTD Beneficiaries to prove that they found (or did not find) another job or that they attempted to find another job and there will be no deduction in respect of mitigation.

## F.  **Active Employees**

7.     As appropriate, the Post-Filing Terminated Employee Termination and Severance Claim Methodology, Post-Filing Transferred Employee Termination and Severance Claim Methodology or Pensioner Eligible Terminated Employee Termination and Severance

Claim Methodology will apply to Active Employees upon any termination of their employment without just cause.

\5999337

# APPENDIX "D-2"

**Nortel Canada**
**Summary of Base Severance Claims** [Note 1]
**(in CDN$ millions)**

| | Headcount | Severance Amount per Termination Claim and Severance Methodology | | Payments made | | Employee Benefit at 5.14% | | Vacation pay on ESA period | | Payments from Termination Fund [Note 2] | | Base Severance Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Filing Terminated Employees:** | 311 | $ | 32.84 | $ | (4.95) | $ | 0.43 | $ | 0.07 | $ | (0.92) | $ | 27.47 |
| **Post-Filing Terminated Employees:** | | | | | | | | | | | | | |
| LTD Beneficiaries | 353 | | 23.52 | $ | - | $ | - | $ | 0.29 | $ | (1.05) | $ | 22.76 |
| Other Post-Filing Terminated Employees | 1,221 | | 108.71 | $ | - | $ | 5.58 | $ | 1.32 | $ | (2.58) | $ | 113.03 |
| **Post-Filing Transferred Employees who declined an offer from a Buyer** | 7 | | 0.30 | $ | - | $ | 0.02 | $ | 0.01 | $ | - | $ | 0.32 |
| | 1,892 | $ | 165.37 | $ | (4.95) | $ | 6.03 | $ | 1.69 | $ | (4.55) | $ | 163.58 |

Note 1:  Does not include the claims for Active Employees.

Note 2:  Includes approximately $0.2 million of Termination Fund payments not yet paid to eligible recipients as Termination Fund paperwork has not been received.

# APPENDIX "D-3"

| Chart # 1 - Pre-filing Terminated Bridging Employees[1] | |
|---|---|
| **Base Weekly Salary  = Annual Salary ÷ 26.089 +.009 rounded down to whole number first, then ÷ 2** | A |
| **Pre-Filing Bridging Notice Period** | B |
| **Severance amount as per your Bridging Agreement** | C |
| **Less: Termination payment made by Nortel** | D |
| *Outstanding Notice/Bridging Amount* | $E=B*A+C-D$ |
| **Employee benefit rate of 5.14%** | F |
| **Outstanding Notice/Bridging Period = (Bridging End Date – Last Payment Date) ÷ 7 days/week** | G |
| *Employee benefits on Outstanding Notice/Bridging Period* | $H=F*G*A$ |
| **Outstanding ESA Minimum Notice Period = Entitled statutory notice period  – (Last Payment Date  - Notice Date ) ÷ 7 days/week)** | I |
| **Vacation accrual= Annual Vacation Entitlement  ÷ 5 working days/week ÷ 52 weeks/year** | J |
| *Vacation pay on outstanding ESA Minimum Notice Period* | $K=I*J*A$ |
| *Less : Payment received from Termination Fund* | L |

[1] All values are rounded to the nearest 2 decimal places except for Vacation accrual.

00266

| Chart # 2 - Pre-filing Terminated Salary Continuance Employees[1] | |
|---|---|
| Salary Continuance Period = (Agreement End Date - Agreement Beginning Date) ÷ 7 | A |
| Salary Continuance Amount = Bi-Weekly Salary as per Agreement ÷ 2 x Total # of weeks per Agreement | B |
| Less: Termination payment made by Nortel | C |
| *Outstanding Salary Continuance Base Severance Amount* | $D = B-C$ |
| Employee benefit rate of 5.14% | E |
| *Employee benefits on Outstanding Salary Continuance Base Severance Amount* | $F = E*D$ |
| *Less : Payment received from Termination Fund* | G |

[1] All values are rounded to the nearest 2 decimal places.

| Chart # 3.1 – Unionized Pre-filing Terminated Lump Sum Employees[1] | |
|---|---|
| Base Monthly Salary = Annual Salary $\div$12 + 4.3482 x Standard weekly working hours  x hourly COLA, rounded to 2 decimals places | A |
| Outstanding Lump Sum Employee Notice Period = (Termination Date - Last Payment Date) $\div$ 7 $\div$ 4.3482) | B |
| | |
| Severance amount as per Agreement | C |
| Less: Termination payment made by Nortel | D |
| *Outstanding Notice/Severance Amount* | *E=B\*A+C-D* |
| | |
| Lapsed ESA Minimum Notice Period = (Last Payment Date - Notice Date) $\div$ 7 $\div$ 4.3482 | F |
| Outstanding ESA Minimum Notice Period = Entitled Statutory notice period $\div$ 4.3482 – Lapsed ESA Minimum Notice Period | G |
| | |
| Vacation accrual = Annual Vacation Entitlement $\div$ 5 working days/week $\div$ 52 weeks/year | H |
| *Vacation pay on outstanding ESA Minimum Notice Period* | *I = G\*H\*A* |
| | |
| *Less : Payment received from Termination Fund* | J |

[1] All values are rounded to the nearest 2 decimal places except for Vacation accrual.

00268

| Chart #3.2 - Non-unionized Pre-filing Terminated Lump Sum Employees[1] | |
|---|---|
| Base Weekly Salary = Annual Salary ÷ 26.089 +.009 rounded down to whole number first, then ÷ 2 | A |
| Outstanding Lump Sum Notice Period = (Termination Date - Last Payment Date) ÷ 7 | B |
| Severance amount as per Agreement | C |
| Less: Termination payment made by Nortel | D |
| *Outstanding Notice/Severance Amount* | $E = B*A+C-D$ |
| | |
| Lapsed ESA Minimum Notice Period = (Last Payment Date - Notice Date ) ÷ 7 days/week | F |
| Outstanding ESA Minimum Notice Period = Entitled ESA Minimum Notice Period – Lapsed ESA Minimum Notice Period | G |
| Vacation accrual= Annual Vacation Entitlement ÷ 5 working days/week ÷ 52 weeks/year | H |
| *Vacation pay on outstanding ESA Minimum Notice Period* | $I = H*G*A$ |
| | |
| *Less : Payment received from Termination Fund* | *I* |

[1] All values are rounded to the nearest 2 decimal places except for Vacation accrual.

00269

| Chart #4 - Pre-filing Terminated Contingency Employees[1] | |
|---|---|
| Base Weekly Salary  = Annual Salary ÷ 26.089 +.009 rounded down to whole number first, then ÷ 2 | A |
| Total # of Contingency Weeks | B |
| Contingency Amount = Base Weekly Salary  x Total # of Contingency weeks | C=B*A |
| Less: Termination payment made by Nortel | D |
| *Outstanding Contingency Amount* | *E=C-D* |
| | |
| *Less : Payment received from Termination Fund* | *F* |

[1] All values are rounded to the nearest 2 decimal places.

00270

| Chart #5 - Pre-filing Terminated Settlement Employees[1] | |
|---|---|
| Severance amount as per settlement termination agreement | A |
| Less: Termination payment made by Nortel | B |
| *Outstanding Severance Amount* | *C= A - B* |
| *Less : Payment received from Termination Fund* | *D* |

[1] All values are rounded to the nearest 2 decimal places.

00271

| Chart #6 - Non-Unionized Post-Filing Terminated Employees with Contract provisions[1] | |
|---|---|
| Base Weekly Salary = Annual Salary ÷ 52, rounded to 2 decimal places | A |
| Contract Notice Period | B |
| *Contract Notice Period Amount* | *C = A\*B* |
| | |
| Employee benefit rate of 5.14% | D |
| *Employee benefits on Contract Notice Period Amount* | *E = D\*C* |
| | |
| Entitled ESA Minimum Notice Period | F |
| Vacation accrual = Annual Vacation Entitlement ÷ 5 working days/week ÷ 52 weeks/year | G |
| *Vacation pay on ESA Minimum Notice Period* | *H = F\*G\*A* |
| *Less : Payment received from Termination Fund* | *I* |

[1] All values are rounded to the nearest 2 decimal places except for Vacation accrual.

00272

| Chart # 7.1 – Unionized LTD Beneficiaries who are pensioner eligible[1] | |
|---|---|
| Base Monthly Salary = Annual Salary ÷12 + 4.3482 x Standard weekly working hours x hourly COLA | A |
| CBA  Notice Period  ÷ 4.3482 | B |
| *CEP members:*<br>Pension Incentive | C |
| *CUCW#1 members:*<br>*Less than 30 years of service*<br>Voluntary Retirement Option =  26 weeks ÷ 4.3482 x Base Monthly Salary<br><br>*30 years or more of service*<br>Voluntary Retirement Option = Greater of:<br>a) $40,000; or<br>b) 26 weeks ÷ 4.3482 x Base Monthly Salary | C |
| *CAW members:*<br>Voluntary Retirement Option = Greater of:<br>a) $40,000; or<br>b) 7 x Base Monthly Salary | C |
| *COEU members:*<br>Voluntary Retirement Option = Greater of:<br>a) $40,000; or<br>b) 6 x Base Monthly Salary | C |
| *CBA Notice/VRO Amount* | $D=B*A +C$ |
| | |
| ESA Minimum Notice Period ÷ 4.3482 | E |
| Vacation accrual = Annual Vacation Entitlement ÷ 5 working days/week ÷ 52 weeks/year | F |
| *Vacation pay on ESA Minimum Notice Period, rounded to 2 decimal places* | $G=E*F*A$ |
| *Less : Payment received from Termination Fund* | H |

[1] All values are rounded to the nearest 2 decimal places except for Vacation accrual.

00273

| Chart # 7.2 – Unionized LTD Beneficiaries eligible for bridging[1] | |
|---|---|
| Base Monthly Salary = Annual Salary ÷12 + 4.3482 x Standard weekly working hours x hourly COLA, rounded to 2 decimal places | A |
| Years of Service =  (Termination Date - Hire Date) ÷ 365 | B |
| *CEP members:*<br>Pension Incentive | C |
| *CUCW#1 members:*<br>Voluntary Retirement Option = CBA Bridging Period (weeks) ÷ 4.3482 x Base Monthly Salary | C |
| *CAW members:*<br>Voluntary Retirement Option = CBA Bridging Period (months) x Base Monthly Salary | C |
| *COEU Members:*<br>Voluntary Retirement Option = CBA Bridging Period (months) x Base Monthly Salary | C |
| CBA Notice Period ÷ 4.3482 | D |
| *CBA  Notice/Bridging Amount* | $E=C+(A*D)$ |
| | |
| ESA Minimum Notice Period ÷ 4.3482 | F |
| Vacation accrual = Annual Vacation Entitlement ÷ 5 working days/week ÷ 52 weeks/year | G |
| *Vacation pay on ESA Minimum Notice Period* | $H=F*G*A$ |
| | |
| *Less : Payment received from Termination Fund* | *I* |

[1] All values are rounded to the nearest 2 decimal places except for Vacation accrual.

00274

| Chart # 7.3 – Unionized LTD Beneficiaries not eligible for bridging or pensioner eligible[1] | |
| --- | --- |
| Base Monthly Salary = Annual Salary ÷12 + 4.3482 x Standard weekly working hours x hourly COLA, rounded to 2 decimal places | A |
| Years of Service =  (Termination Date - Hire Date) ÷ 365 | B |
| CBA Severance Amount = CBA Severance Period ÷ 4.3482 | C |
| CBA Notice Period ÷ 4.3482 | D |
| *CBA Notice/Severance Amount* | *E=A\*(C+D)* |
| | |
| ESA Minimum Notice Period ÷ 4.3482 | F |
| Vacation accrual = Annual Vacation Entitlement ÷ 5 working days/week ÷ 52 weeks/year | G |
| *Vacation pay on ESA Minimum Notice Period* | *H=F\*G\*A* |
| | |
| *Less : Payment received from Termination Fund* | *I* |

[1] All values are rounded to the nearest 2 decimal places except for Vacation accrual.