00275

| Chart # 8 - Non-unionized LTD Beneficiaries[1] | |
|---|---|
| Base Weekly Salary = Annual Salary ÷ 52, rounded to 2 decimal places | A |
| Years of Service =  (Termination Date - Hire Date) ÷ 365 | B |
| Methodology Notice Period= 3.3 Weeks x Years of service [Min 8; Max 78] | C |
| *Severance Amount* | $D=A*C$ |
| | |
| ESA Minimum Notice Period | E |
| Vacation accrual = Annual Vacation Entitlement ÷ 5 working days/week ÷ 52 weeks/year | F |
| *Vacation pay on ESA Minimum Notice Period* | $G = E*F*A$ |
| | |
| *Less : Payment received from Termination Fund* | *H* |

[1] All values are rounded to the nearest 2 decimal places except for Vacation accrual.

00276

| Chart #9.1 – Unionized Pensioner Eligible Terminated Employee[1] | |
|---|:---:|
| Base Monthly Salary = Annual Salary ÷12 + 4.3482 x Standard weekly working hours x hourly COLA, rounded to 2 decimal places | A |
| *CUCW#1 members:*<br>*Less than 30 years of service*<br>Voluntary Retirement Option =  26 weeks ÷ 4.3482 x Base Monthly Salary<br><br>*30 years or more of service*<br>Voluntary Retirement Option= Greater of:<br>a) $40,000; or<br>b) 26 weeks ÷ 4.3482 x Base Monthly Salary | B |
| *CAW members:*<br>Voluntary Retirement Option = Greater of:<br>a) $40,000; or<br>b) 7 x Base Monthly Salary | B |
| *COEU members:*<br>Voluntary Retirement Option = Greater of:<br>a) $40,000; or<br>b) 6 x Base Monthly Salary | B |
| Notice Received =  (Last Payment Date - Notice Date) ÷ 7 ÷ 4.3482 | C |
| Outstanding CBA Notice Period =  (CBA Notice Period ÷ 4.3482) - Notice Received | D |
| *Outstanding CBA Notice/VRO Amount* | *E = B + D\*A* |
| | |
| Employee benefit rate of 5.14% | F |
| *Employee benefits on Outstanding CBA Notice Period* | G=F\*D\*A |
| | |
| Outstanding ESA Minimum Notice Period =  (Entitled ESA Minimum Notice Period ÷ 4.3482) - Notice Received) | H |
| Vacation accrual = Annual Vacation Entitlement ÷ 5 working days/week ÷ 52 weeks/year | I |
| *Vacation pay on outstanding ESA Minimum Notice Period* | *J=H\*I\*A* |
| | |
| *Less : Payment received from Termination Fund* | *K* |

[1] All values are rounded to the nearest 2 decimal places except for Vacation accrual.

00277

| Chart # 9.2 – CBA Bridging Employees[1] | |
|---|---|
| Base Monthly Salary = Annual Salary ÷12 + 4.3482 x Standard weekly working hours x hourly COLA, rounded to 2 decimal places | A |
| Years of Service =  (Termination Date - Hire Date) ÷ 365 | B |
| *CEP members:* Pension Incentive | C |
| *CUCW#1 members:* Voluntary Retirement Option = CBA Bridging Period (weeks) ÷ 4.3482 x Base Monthly Salary | C |
| *CAW members:* Voluntary Retirement Option = CBA Bridging Period (months) x Base Monthly Salary | C |
| *COEU Members:* Voluntary Retirement Option = CBA Bridging Period (months) x Base Monthly Salary | C |
| Notice Received =  (Last Payment Date - Notice Date) ÷ 7 ÷ 4.3482 | D |
| Outstanding CBA Notice Period =  (CBA Notice Period  ÷ 4.3482) - Notice Received | E |
| *Outstanding CBA Notice/VRO Amount* | $F = C+(A*E)$ |
| | |
| Employee benefit rate of 5.14% | G |
| *CAW, CUCW#1 and CEP#9 Members:* *Employee benefits on Outstanding CBA Notice Period and the greater of the CBA Bridging Period and the CBA Benefit Period* | $H=G*A*(E + CBA$ *Bridging Period or CBA Benefit Period)* |
| *COEU Members:* *Employee benefits on Outstanding CBA Notice/Bridging Period* | $H=G*A* (E+ CBA$ *Bridging Period)* |
| | |
| Outstanding ESA Minimum Notice Period  =  (Entitled Statutory notice period ÷ 4.3482) - Notice Received) | I |
| Vacation accrual = Annual Vacation Entitlement ÷ 5 working days/week ÷ 52 weeks/year | J |
| *Vacation pay on outstanding ESA Minimum Notice Period* | $K = I*J*A$ |
| | |
| *Less : Payment received from Termination Fund* | L |

[1] All values are rounded to the nearest 2 decimal places except for Vacation accrual.

00278

| Chart # 9.3 – Non-Retirement Eligible CBA Employees[1] | |
|---|---|
| Base Weekly Salary = Annual Salary ÷ 12 ÷ 4.3482 + (Standard weekly working hours x hourly COLA), rounded to 2 decimal places | A |
| CBA Severance Period | B |
| Notice Received =  (Last Payment Date - Notice Date) ÷ 7 | C |
| Outstanding CBA Notice Period =  CBA Notice Period - Notice Received | D |
| *Outstanding CBA Notice/Severance Amount* | $E = (B + D)*A$ |
| Employee benefit rate of 5.14% | F |
| *CAW, CEP#9 and CUCW#1 Members:* *Employee benefits on Outstanding CBA Notice Period and the greater of the CBA Severance Period and the CBA Benefit Period* | $G = F*A*(D+$ CBA Severance period or CBA Benefit period)) |
| *COEU Members:* *Employee benefits on Outstanding CBA Notice Period/Severance Period* | $G = F*A*(B + D)$ |
| | |
| Outstanding ESA Minimum Notice Period  = ( Entitled Statutory notice period - Notice Received) | H |
| Vacation accrual = Annual Vacation Entitlement ÷ 5 working days/week ÷ 52 weeks/year | I |
| *Vacation pay on outstanding ESA Minimum Notice Period* | $J=H*I*A$ |
| | |
| *Less : Payment received from Termination Fund* | K |

[1] All values are rounded to the nearest 2 decimal places except for Vacation accrual.

00279

| Chart #10 - Non-Unionized Post-Filing Terminated Employees[1] | |
|---|---|
| Base Weekly Salary = Annual Salary ÷ 52 | A |
| Years of Service =  (Termination Date - Hire Date) ÷ 365 | B |
| Methodology Notice Period = 3.3 Weeks x Years of service [Min 8; Max 78] | C |
| *Severance Amount* | $D = A*C$ |
| | |
| Employee benefit rate of 5.14% | E |
| *Employee benefits on Severance Amount* | **F=E*D** |
| | |
| | |
| ESA Minimum Notice Period | G |
| | |
| Vacation accrual = Annual Vacation Entitlement ÷ 5 working days/week ÷ 52 weeks/year | H |
| *Vacation pay on ESA Minimum Notice Period* | *I = G*H*A* |
| | |
| *Less : Payment received from Termination Fund* | J |

[1] All values are rounded to the nearest 2 decimal places except for Vacation accrual.

00280

| Chart # 11 - Non-Unionized Post-filing Transferred Employees[1] | |
|---|---|
| This is the formulae used to determine the Methodology Notice Period as per the Termination and Severance Claim Methodology.  This Methodology Notice Period was used (i) to calculate the claim for lost pension accrual/lost pension contributions during the Methodology Notice Period; and (ii) to determine whether you became eligible for post-retirement benefit claims and/or non-registered pension plans claims by the end of this Methodology Notice Period. | |
| Years of Service =  (Termination Date - Hire Date) ÷ 365 | A |
| Methodology Notice Period = 3.3 Weeks x Years of service [Min 8; Max 78] | B |

[1] All values are rounded to the nearest 2 decimal.

00281

| **Chart # 12.1 - Unionized Pensioner Eligible Post-Filing Transferred Employees**[1] | |
|---|---|
| This is the formulae used to determine the CBA Notice Period as per the Termination and Severance Claim Methodology.  This CBA Notice Period was used (i) to calculate the claim for lost pension accrual/lost pension contributions during the CBA Notice Period; and (ii) to determine whether you became eligible for post-retirement benefit claims and/or non-registered pension plans claims by the end of this CBA Notice Period. | |
| Years of Service =  (Termination Date - Hire Date) ÷ 365 | A |
| CBA Notice Period | B |

[1] All values are rounded to the nearest 2 decimal places.

00282

| Chart # 12.2 – CBA Bridging Post-Filing Transferred Employees[1] | |
|---|---|
| This is the formulae used to determine the CBA Notice/Bridging Period as per the Termination and Severance Claim Methodology.  This CBA Notice/Bridging Period was used (i) to calculate the claim for lost pension accrual/lost pension contributions during the CBA Notice/Bridging Period; and (ii) to determine whether you became eligible for post-retirement benefit claims and/or non-registered pension plans claims by the end of this CBA Notice/Bridging Period. | |
| Years of Service =  (Termination Date - Hire Date) ÷ 365 | A |
| CBA Notice Period | B |
| *CAW, COEU and CUCW#1 members:*<br>CBA Bridging Period | C |

[1] All values are rounded to the nearest 2 decimal places.

00283

| Chart # 12.3 – Non Retirement CBA Post-filing Transferred Employees[1] | |
|---|---|
| This is the formulae used to determine the CBA Notice/Severance Period as per the Termination and Severance Claim Methodology.  This CBA Notice/Severance Period was used (i) to calculate the claim for lost pension accrual/lost pension contributions during the CBA Notice/Severance Period; and (ii) to determine whether you became eligible for post-retirement benefit claims and/or non-registered pension plans claims by the end of this CBA Notice/Severance Period. | |
| Years of Service =  (Termination Date - Hire Date) ÷ 365 | A |
| CBA Notice Period | B |
| CBA Severance Period | C |

[1] All values are rounded to the nearest 2 decimal places.

00284

| Chart # 14 - Applicable Rehired Former Employees[1] | |
|---|---|
| It has been determined that the ESA Minimum Notice/Severance Period is greater than the Termination and Severance Claim Methodology. Therefore, your Base Severance Claim based on the option 2. | |
| **Option 1: Termination and Severance Claim Methodology** | |
| Base Weekly Salary = Annual Salary ÷ 52, rounded to 2 decimal places | A |
| Years of Service =  (Termination Date - Hire Date) ÷ 365 | B |
| Methodology Notice Period= 3.3 Weeks x Years of service [Min 8; Max 78] | C |
| *Severance Amount* | **D = A*C** |
| | |
| Employee benefit rate of 5.14% | E |
| *Employee benefits on Methodology Notice Period* | **F=E*D** |
| | |
| ESA Minimum Notice Period | G |
| Vacation accrual = Annual Vacation Entitlement  ÷ 5 working days/week ÷ 52 weeks/year | H |
| *Vacation pay on ESA Minimum Notice Period* | **I = G*H*A** |
| | |
| *Less : Payment received from Termination Fund* | **J** |
| **Option 2: ESA Minimum Notice/Severance Period** | |
| ESA Severance Period (Ontario Only) | L |
| ESA Minimum Notice Period | G |
| *ESA Minimum Notice/Severance Amount* | **M= (L+G) * A** |
| | |
| Employee benefit rate of 5.14% | E |
| *Employee benefits on ESA Notice/Severance Amount, rounded to 2 decimal places* | **N=E *M** |
| | |
| Vacation accrual = Annual Vacation Entitlement ÷ 5 working days/week ÷ 52 weeks/year | H |
| *Vacation pay on ESA Minimum Notice Period, rounded to 2 decimal places* | **O=G*H*A** |
| | |
| *Less : Payment received from Termination Fund* | **J** |
| *Less: Termination payment made by Nortel* | **P** |

[1] All values are rounded to the nearest 2 decimal places except for Vacation accrual.

00285

| Chart # 15 - Post-filing Transferred Applicable Rehired Employees who rejected an offer[1] | |
|---|---|
| The ESA Minimum Notice/Severance Period as per the Termination and Severance Claim Methodology is the combination of the ESA Minimum Notice Period and the ESA Severance Period (if applicable).  This ESA Minimum Notice/Severance Period was used (i) to calculate the claim for lost pension accrual/lost pension contributions during the ESA Minimum Notice/Severance Period; and (ii) (ii) to determine whether you became eligible for post-retirement benefit claims and/or non-registered pension plans claims by the end of this ESA Minimum Notice/Severance Period. | |
| Base Weekly Salary = Annual Salary ÷ 52, rounded to 2 decimal places | A |
| ESA Severance Period (Ontario only) | B |
| ESA Minimum Notice Period | C |
| *ESA Minimum Notice/Severance Amount* | **D=(B+C)\*A** |
| | |
| Employee benefit rate of 5.14% | E |
| *Employee benefits on ESA Minimum Notice/Severance Period* | **F=E\*D** |
| | |
| Vacation accrual = Annual Vacation Entitlement  ÷ 5 working days/week ÷ 52 weeks/year | G |
| *Vacation pay on ESA Minimum Notice Period* | **H=G\*A\*C** |
| | |
| *Less : Payment received from Termination Fund* | *I* |
| *Less: Termination payment made by Nortel* | *J* |

[1] All values are rounded to the nearest 2 decimal places except for Vacation accrual.

| Chart # 16 - Post-filing Transferred Applicable Rehired Employees | |
|---|---|
| It has been determined that the ESA Minimum Notice/Severance Period is greater than the Methodology Notice Period. Therefore, the notice period as per the Termination and Severance Claim Methodology is based on the ESA Minimum Notice/Severance Period.  This ESA Minimum Notice/Severance Period was used (a) to calculate the claim for lost pension accrual/lost pension contributions during the ESA Minimum Notice/Severance Period; and (ii) to determine whether you became eligible for post-retirement benefit claims and/or non-registered pension plans claims by the end of this ESA Minimum Notice/Severance Period. | |
| | |
| **Option 1: Total Court approved Termination and Severance Claim Methodology** | |
| Years of Service =  (Termination Date - Hire Date) ÷ 365 | A |
| Methodology Notice Period= 3.3 Weeks x Years of service [Min 8; Max 78] | B |
| | |
| **Option 2: ESA Minimum Notice/Severance Period** | |
| ESA Severance Period (Ontario residents only) | C |
| ESA Minimum Notice Period | D |

All values are rounded to the nearest 2 decimal places.

# APPENDIX "E"

## APPENDIX "E"
## PATENT AWARD CLAIM METHODOLOGY[1]

The following is the Patent Award Claims Methodology:

1.    Nortel maintains a database of all inventions together with the names of the inventors and their cumulative status with respect to any previous patents filed and granted to Nortel. The inventions are assigned unique disclosure numbers ("**Disc Numbers**").

2.    Nortel has advised it has fully paid all Patent Award payments for Disc Numbers filed by Nortel and/or granted to Nortel up to and including December 31, 2009.

3.    The Applicants, with the assistance of the Monitor, reviewed Nortel's records to determine inventor status and eligibility of Employees (for example, whether an employee-inventor retired, transferred to a buyer or left an Applicant's employ voluntarily) with respect to those Disc Numbers that are included in determining the Patent Award Claims to be set out on the Information Statements for eligible employee-inventors of the Applicants (collectively, the "**Included Disc Numbers**"):

   (a)    in accordance with Nortel's normal process, Nortel has determined which patent filings will not be made for certain Disc Numbers and which prior patent applications will be withdrawn/abandoned. Only the remaining Disc Numbers are included in the calculation.

---

[1] Capitalized terms used but not otherwise defined herein have the meaning given to them in the Seventy-Fifth Report.

4.      With respect to the Disc Numbers remaining following the determination described in clause (a):

   (i)     with respect to Disc Numbers that were purchased by and transferred to a buyer on or before December 31, 2010, if the patent was filed by Nortel or was issued/granted to Nortel prior to the closing date, these Disc Numbers are included; otherwise

   (ii)    Disc Numbers that have been filed by Nortel or patents issued/granted to Nortel during the period January 1, 2010 to December 31, 2010 are included;

   (iii)   Disc Numbers for which Nortel filed a patent application on or prior to December 31, 2009 which did not already result in a patent being granted/issued prior to December 31, 2010 are included; and

   (iv)    Disc Numbers for which Nortel had not filed a patent application on or prior to December 31, 2010 are included.

5.      With respect to Disc Numbers remaining following the application of clause (a), it is assumed that:

   (i)     All remaining unfiled Disc Numbers as at December 31, 2010 will be filed by Nortel on January 1, 2011 and will result in patents being issued/granted to Nortel on January 1, 2011; and

   (ii)    All remaining Disc Numbers for which Nortel filed a patent application as at December 31, 2010 will result in patents being issued/granted to Nortel on January 1, 2011.

6.      If an individual is eligible for a Patent Filing Award and/or Patent Issuance Award with respect to one or more of the Included Disc Numbers, a claim amount relating to any such Patent Award will be set out in such individual's Information Statement.   For

example, a Post-Filing Transferred Employee that is an employee-inventor is eligible for a Patent Filing Award regardless of when the patent was filed, but is only eligible for a Patent Issuance Award if the patent was actually issued before the employee-inventor was transferred to a buyer.

7.    In addition, Cumulative Patent Issuance Awards that would be triggered as a result of the foregoing are included in the Patent Award Claims to be set out on the Information Statements.

8.    For greater certainty, the Patent Award Claims include Disc Numbers which formed part of the sale to Rockstar.

\6002905

Court File No.:09-CL-7950

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

---

*ONTARIO*
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

Proceeding commenced at Toronto

---

MOTION RECORD FOR COMPENSATION CLAIMS METHODOLOGY ORDER AND COMPENSATION CLAIMS PROCEDURE ORDER)
(VOLUME I OF II)
(RETURNABLE OCTOBER 6, 2011)

---

**NORTON ROSE OR LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
Toronto, Ontario M5J 2Z4 CANADA

**Derrick Tay LSUC#: 21152A**
Tel: (416) 216-4832
Email: derrick.tay@nortonrose.com

**Jennifer Stam LSUC #46735J**
Tel: (416) 216-2327
Email: jennifer.stam@nortonrose.com

**Tony Reyes LSUC #28218V**
Tel: (416) 216-4825
Email: tony.reyes@nortonrose.com

Fax: (416) 216-3930
Lawyers for the Applicant

\6006257

APPENDIX "F"

 

00290

# Capital Accumulation and Retirement Program Changes Effective January 1, 2008 — Balanced Program

June 22, 2006

Nortel has announced that it will introduce a number of changes to its Capital Accumulation and Retirement Program (CARP) to take effect on January 1, 2008. The CARP currently includes:

• the Traditional program (Part I) and (Part II);

• the Balanced program; and

• the Investor program.

Effective January 1, 2008, the company will make changes to the pension or retirement savings components of all three programs. There will also be changes to the retiree healthcare and life insurance benefits associated with the Traditional program and the Balanced program for members of these programs who do not meet certain age and service conditions as of July 1, 2006.

This newsletter outlines how these changes will affect you as a member of the Balanced program.

**You will continue to participate under the provisions of the current Balanced program through December 31, 2007.** However, as of January 1, 2008, the level of company contributions to the defined contribution pension plan under the Balanced program will be reduced from 4% to 2% of your eligible earnings.

### Where to Find More Information

Additional information about the CARP changes, including Frequently Asked Questions, can be found on Services@Work under "January 1/08 CARP Changes." If you are not actively at work and are unable to access Services@Work or if you have additional questions, you may contact HR Shared Services at ESN 355-9351 or 1-919-905-9351 (toll-free 1-800-676-4636).

Nortel is providing 18 months' advance notice of the CARP changes in order to give you sufficient time to understand and prepare for the changes that will take effect January 1, 2008. Nortel will continue to provide information, modeling tools and resources to assist you in planning for your retirement. We strongly encourage you to take advantage of all of the resources available to you and to learn what you can do to continue to prepare for retirement.

# NORTEL

00291

## How is Your Current Balanced Program Changing?

Your current Balanced program includes:

- Defined contribution pension plan (DCPP) – Part III of the Nortel Networks Limited Managerial and Non-Negotiated Pension Plan
- Investment plan
- Retiree healthcare and life insurance.

The following pages outline the changes to your current Balanced program that will take effect on January 1, 2008.

### Defined Contribution Pension Plan (DCPP)

Nortel currently contributes an amount equal to 4% of your eligible earnings to your DCPP account. Nortel will continue to contribute at this level through December 31, 2007.

Starting January 1, 2008, Nortel's contributions to your DCPP account will be reduced from 4% to 2% of your eligible earnings.

#### Eligible Earnings

The definition of eligible earnings for all plans under the amended Balanced program will remain unchanged on January 1, 2008. Eligible earnings include base salary and, where applicable, overtime, off-shift differential, actual sales compensation and SUCCESS plan incentive payments.

### Investment Plan

Your current investment plan will remain unchanged on January 1, 2008. You may continue to make voluntary contributions and Nortel will continue to match 50% of the first 6% of eligible earnings that you contribute through payroll deductions (for a maximum match of 3%).

For example, if you contribute 4% of your eligible earnings through payroll deductions, Nortel will contribute 2% in matching contributions; if you contribute 6%, Nortel will contribute 3% in matching contributions. You may contribute more than 6% of your eligible earnings (unmatched by Nortel) if you wish, up to the annual contribution limit. (See Services@Work for details.)

As with the current investment plan, you may continue to direct your contributions to one or a combination of three vehicles: a Registered Retirement Savings Plan (RRSP), a Registered Education Savings Plan (RESP) or an After-Tax Savings Vehicle (ATSV). Nortel's matching contributions go to a Deferred Profit Sharing Plan (DPSP).

If you are not already participating in the investment plan, you may enroll and start payroll contributions at any time. If you do not contribute after January 1, 2008, you will not receive Nortel's matching contributions (up to the maximum 3% of your eligible earnings), but you will receive Nortel's automatic 2% contribution to the DCPP.

00292

*What does this mean for Balanced program members?*

As of January 1, 2008, Nortel's maximum contribution under the amended Balanced program will be 5% of your eligible earnings.

|  | Current Balanced Program | Amended Balanced Program from January 1, 2008 |
|---|---|---|
| Nortel Automatic Contribution | 4% to DCPP account | 2% to DCPP account |
| Nortel Matching Contribution | 3% maximum to DPSP account in investment plan (50% on first 6% of eligible earnings you contribute through payroll deductions) | 3% maximum to DPSP account in investment plan (50% on first 6% of eligible earnings you contribute through payroll deductions) |

You will continue to decide how to invest all contributions to the amended Balanced program, as you do today. When you retire, you will have a number of alternative ways to use your DCPP and investment plan account balances to provide a lifetime retirement income.

## Retiree Healthcare and Life Insurance

On January 1, 2008, there will also be changes to the retiree healthcare and life insurance benefits provided under the CARP. The effect of these changes on you will depend on your age and service on July 1, 2006.

**If you are age 50 or older with at least five years of service on July 1, 2006,** you will continue to qualify for the company-subsidized retiree healthcare and life insurance benefits associated with the Balanced program if you meet the eligibility requirements for these benefits when you retire from Nortel. (Refer to Services@Work for details.)

**If you are not age 50 or older with at least five years of service on July 1, 2006,** you will no longer be eligible for company-subsidized retiree healthcare benefits upon retirement from Nortel. However, you will be able to purchase comprehensive healthcare coverage under preferred terms through Sun Life Financial. This means that you will not have to provide medical evidence of insurability to obtain coverage, provided you apply within 60 days of your retirement. In addition, if you are at least age 55 with 10 years of service when you retire from Nortel, you will qualify for a $10,000 non-taxable post-retirement death benefit.



00293

---

**Disclaimer**

If there are any discrepancies between the information in this communication and the applicable Nortel benefit plan, the actual plan document will, in all cases, govern the details of the benefit coverage and the plan administration. In accordance with applicable law and each plan and/or program, Nortel reserves the right to further amend or discontinue the plan(s) and/or program(s) described in this communication at any time without prior notice to, or consent by, employees.

 

**NORTEL**

00294

## Capital Accumulation and Retirement Program Changes Effective January 1, 2008 — Investor Program

June 22, 2006

Nortel has announced that it will introduce a number of changes to its Capital Accumulation and Retirement Program (CARP) to take effect on January 1, 2008. The CARP currently includes:

• the Traditional program (Part I) and (Part II);

• the Balanced program; and

• the Investor program.

Effective January 1, 2008, the company will make changes to the pension or retirement savings components of all three programs. This newsletter outlines how these changes will affect you as a member of the Investor program.

**You will continue to participate under the provisions of the current Investor program through December 31, 2007.** However, the benefits you earn from January 1, 2008, onward will change.

**Where to Find More Information**

Additional information about the CARP changes, including Frequently Asked Questions, can be found on Services@Work under "January 1/08 CARP Changes." If you are not actively at work and are unable to access Services@Work or if you have additional questions, you may contact HR Shared Services at ESN 355-9351 or 1-919-905-9351 (toll-free 1-800-676-4636).

Nortel is providing 18 months' advance notice of the CARP changes in order to give you sufficient time to understand and prepare for the changes that will take effect January 1, 2008. Nortel will continue to provide information, modeling tools and resources to assist you in planning for your retirement. We strongly encourage you to take advantage of all of the resources available to you and to learn what you can do to continue to prepare for retirement.