# NORTEL

00295

## How is Your Current Investor Program Changing?

Under your current Investor program, Nortel matches 100% of the first 6% of eligible earnings that you contribute through payroll deductions to the investment plan. Nortel's matching contributions on your behalf to the investment plan will continue at this level through December 31, 2007.

*Starting January 1, 2008:*

You will begin participating in the amended Balanced program, which includes the defined contribution pension plan (DCPP) and the investment plan. As a Balanced program participant, you will be eligible for a maximum contribution of 5% of your eligible earnings from Nortel, split between the DCPP and the investment plan, as follows:

**Defined contribution pension plan (DCPP):** Nortel will automatically contribute an amount equal to 2% of your eligible earnings to your DCPP account. You will not be required or permitted to make contributions to the DCPP.

**Investment plan:** Nortel will match 50% of the first 6% of eligible earnings that you contribute through payroll deductions to the investment plan, for a maximum matching contribution of 3% of your eligible earnings.



July 1, 2006

Investor Program

**Defined Contribution Pension Plan**

**Investment Plan** — Nortel provides 100% match on your contributions up to 6% of your eligible earnings (maximum 6% match)

### Eligible Earnings

The definition of eligible earnings for all plans under the amended Balanced program will remain unchanged on January 1, 2008. Eligible earnings include base salary and, where applicable, overtime, off-shift differential, actual sales compensation and SUCCESS plan incentive payments.



## Defined Contribution Pension Plan

As of January 1, 2008, all current Investor program members will be required to join the defined contribution pension plan (DCPP) under the amended Balanced program. You will receive instructions on how to enroll in the DCPP closer to January 1, 2008.

The DCPP is Part III of the Nortel Networks Limited Managerial and Non-Negotiated Pension Plan and, as such, is subject to the laws governing registered pension plans. For example, all contributions to the DCPP may be used only to provide retirement income and cannot be cashed out at any time.

In most other respects, the DCPP works like an RRSP account under the investment plan. You will decide how to invest your DCPP account and will have the same investment options as those available under the investment plan. You will be able to make an investment allocation for your DCPP account at the time you enroll in the plan.

When you retire, you will have a number of alternative ways to use your DCPP account balance to provide a lifetime retirement income.

## Investment Plan

You may continue to make voluntary contributions to the investment plan after the CARP changes take effect on January 1, 2008. However, as of January 1, 2008, Nortel will match 50% of the first 6% of eligible earnings that you contribute through payroll deductions (for a maximum match of 3%).

For example, if you contribute 4% of your eligible earnings through payroll deductions, Nortel will contribute 2% in matching contributions; if you contribute 6%, Nortel will contribute 3% in matching contributions. You may contribute more than 6% of your eligible earnings (unmatched by Nortel) if you wish, up to the annual contribution limit (see Services@Work for details).

As with the current investment plan, you may continue to direct your contributions to one or a combination of three vehicles: a Registered Retirement Savings Plan (RRSP), a Registered Education Savings Plan (RESP) or an After-Tax Savings Vehicle (ATSV). Nortel's matching contributions go to a Deferred Profit Sharing Plan (DPSP).

You will continue to decide how to invest all contributions to your investment plan accounts, as you do today.



00297

## Other Post-Retirement Benefits

There will continue to be no company-sponsored retiree healthcare benefits for current Investor program members when the CARP changes take effect on January 1, 2008.

However, if you retire from Nortel, you will still be able to purchase comprehensive healthcare coverage under preferred terms through Sun Life Financial. This means that you will not have to provide medical evidence of insurability to obtain coverage, provided you apply within 60 days of your retirement.

Disclaimer

If there are any discrepancies between the information in this communication and the applicable Nortel benefit plan, the actual plan document will, in all cases, govern the details of the benefit coverage and the plan administration. In accordance with applicable law and each plan and/or program, Nortel reserves the right to further amend or discontinue the plan(s) and/or program(s) described in this communication at any time without prior notice to, or consent by, employees.

 

# Capital Accumulation and Retirement Program Changes Effective January 1, 2008 — Traditional Program (Part I)

June 22, 2006

Nortel has announced that it will introduce a number of changes to its Capital Accumulation and Retirement Program (CARP) to take effect on January 1, 2008. The CARP currently includes:

- the Traditional program (Part I) and (Part II);
- the Balanced program; and
- the Investor program.

Effective January 1, 2008, the company will make changes to the pension or retirement savings components of all three programs. There will also be changes to the retiree healthcare and life insurance benefits associated with the Traditional program and the Balanced program for members of these programs who do not meet certain age and service conditions as of July 1, 2006.

This newsletter outlines how these changes will affect you as a member of the Traditional program (Part I).

You will continue to earn benefits under the provisions of your current Traditional program through December 31, 2007. **When you retire or leave Nortel, you will receive everything you have earned in accordance with the provisions of the pension or retirement savings plans under the CARP as of December 31, 2007.** However, the benefits you earn from January 1, 2008 onward will be less than what you might have earned if the CARP had continued unchanged.

### Where to Find More Information

Additional information about the CARP changes, including Frequently Asked Questions, can be found on Services@Work under "January 1/08 CARP Changes." If you are not actively at work and are unable to access Services@Work or if you have additional questions, you may contact HR Shared Services at ESN 355-9351 or 1-919-905-9351 (toll-free 1-800-676-4636).

Nortel is providing 18 months' advance notice of the CARP changes in order to give you sufficient time to understand and prepare for the changes that will take effect January 1, 2008. Nortel will continue to provide information, modeling tools and resources to assist you in planning for your retirement. We strongly encourage you to take advantage of all of the resources available to you and to learn what you can do to continue to prepare for retirement.

**NORTEL**

00299

# How Is Your Current Traditional Program Changing?

Your current Traditional program includes:

- Defined benefit pension plan (Part I of the Nortel Networks Limited Managerial and Non-Negotiated Pension Plan)
- Transitional Retirement Allowance (TRA)
- Investment plan
- Retiree healthcare and life insurance.

The following pages outline the changes to your current Traditional program that will take effect on January 1, 2008.

## Defined Benefit Pension Plan (Part I)

Under your current Part I defined benefit pension plan, you earn an annual pension benefit based on the following formula:

*Basic Pension*

- 1.3% of your best average earnings (the average of your best three consecutive years of eligible earnings, including base salary and, where applicable, overtime, off-shift differential and individual sales commission factor) up to $33,000

    *multiplied by*

- Your years of pensionable service

*Additional Pension*

- 1.3% of your best average earnings in excess of $33,000

    *multiplied by*

- Your years of pensionable service

You will continue to earn benefits under the current terms of your Part I defined benefit pension plan and TRA through December 31, 2007.

*Starting January 1, 2008:*

You will begin participating in the amended Balanced program, which includes the defined contribution pension plan (Part III of the Nortel Networks Limited Managerial and Non-Negotiated Pension Plan) and the investment plan. As a Balanced program participant, you will receive automatic company contributions equal to 2% of your eligible earnings to your personal account in the defined contribution pension plan (DCPP).

You will make the investment decisions for your DCPP account and will have the same investment options as those available under the investment plan. When you retire, you will have a number of alternative ways to use your DCPP account balance to provide a lifetime retirement income.

*What Happens to Your Part I Pension Benefit After December 31, 2007?*

If you terminate employment or retire from Nortel after December 31, 2007, your annual Part I pension benefit will be determined as:

*Basic Pension*

- 1.3% of your best average earnings as of December 31, 2007 up to $33,000

    *multiplied by*

- Your years of pensionable service as of December 31, 2007

*Additional Pension*

- 1.3% of your best average earnings as of December 31, 2007 in excess of $33,000

    *multiplied by*

- Your years of pensionable service as of December 31, 2007

**Note:** If eligible, TRA benefits will be based on service and best average earnings as of December 31, 2007. Also, the provisions of the Excess Benefit Plan will continue to apply to Part I pension benefits earned to December 31, 2007, in excess of Canadian tax limits. Please refer to the Questions and Answers on Services@Work to help you further understand how your benefits will be determined.

### Who is Affected?

Members of the Traditional program (Part I) who, on December 31, 2007, are age 55 or older with 70 points (age plus service), or are at least age 60 or have at least 30 years of service will continue under the provisions of their current defined benefit pension plan. You are receiving this letter because our records indicate that you are a Part I member who does not meet these conditions and are, therefore, affected by the CARP changes. If you think you have received this letter in error, contact GES at the number provided.

2





### If You are Employed in Quebec on December 31, 2007

In accordance with Quebec pension legislation, your Part I pension benefit earned under the registered pension plan for service to December 31, 2007, will be based on your best average earnings as of the date of your retirement or termination of employment from Nortel.

### Investment Plan

Your current investment plan will remain unchanged on January 1, 2008. You may continue to make voluntary contributions and Nortel will continue to match 50% of the first 6% of eligible earnings that you contribute through payroll deductions (for a maximum match of 3%).

For example, if you contribute 4% of your eligible earnings through payroll deductions, Nortel will contribute 2% in matching contributions; if you contribute 6%, Nortel will contribute 3% in matching contributions. You may contribute more than 6% of your eligible earnings (unmatched by Nortel) if you wish, up to the annual contribution limit. See Services@Work for details.

*continued on page 4*