

As with the current investment plan, you may continue to direct your contributions to one or a combination of three vehicles: a Registered Retirement Savings Plan (RRSP), a Registered Education Savings Plan (RESP) or an After-Tax Savings Vehicle (ATSV). Nortel's matching contributions will go to a Deferred Profit Sharing Plan (DPSP).

You will continue to decide how to invest all contributions to your investment plan accounts, as you do today. There are no plans to change the investment options currently provided under the investment plan.

If you are not already participating in the investment plan, you may enroll and start contributions at any time. If you do not contribute after January 1, 2008, you will not receive Nortel's matching contributions (up to the maximum 3% of your eligible earnings), but you will receive Nortel's automatic 2% contribution to the DCPP.

### Eligible Earnings

Eligible earnings for purposes of the defined contribution pension plan and the investment plan under the amended Balanced program include base salary and, where applicable, overtime, off-shift differential, actual sales compensation and SUCCESS plan incentive payments.

## Retiree Healthcare and Life Insurance

On January 1, 2008, there will also be changes to the retiree healthcare and life insurance benefits provided under the CARP. The effect of these changes on you will depend on your age and service on July 1, 2006.

**If you are age 50 or older with at least five years of service on July 1, 2006**, you will continue to qualify for the company-sponsored retiree healthcare and life insurance benefits associated with the Traditional program (Part I), if you meet the eligibility requirements for these benefits when you retire from Nortel. (Refer to Services@Work for details.)

**If you are not age 50 or older with at least five years of service on July 1, 2006**, you will no longer be eligible for company-sponsored retiree healthcare benefits upon retirement from Nortel. However, you will be able to purchase comprehensive healthcare coverage under preferred terms through Sun Life Financial. This means that you will not have to provide medical evidence of insurability to obtain coverage, provided you apply within 60 days of your retirement. In addition, if you are at least age 55 with 10 years of service when you retire from Nortel, you will qualify for a $10,000 non-taxable post-retirement death benefit.

### Disclaimer

If there are any discrepancies between the information in this communication and the applicable Nortel benefit plan, the actual plan document will, in all cases, govern the details of the benefit coverage and the plan administration. In accordance with applicable law and each plan and/or program, Nortel reserves the right to further amend or discontinue the plan(s) and/or program(s) described in this communication at any time without prior notice to, or consent by, employees.

# NORTEL

## Capital Accumulation and Retirement Program Changes Effective January 1, 2008 — Traditional Program (Part II)



June 22, 2006

Nortel has announced that it will introduce a number of changes to its Capital Accumulation and Retirement Program (CARP) to take effect on January 1, 2008. The CARP currently includes:

- the Traditional program (Part I) and (Part II);
- the Balanced program; and
- the Investor program.

Effective January 1, 2008, the company will make changes to the pension or retirement savings components of all three programs. There will also be changes to the retiree healthcare and life insurance benefits associated with the Traditional program and the Balanced program for members of these programs who do not meet certain age and service conditions as of July 1, 2006.

This newsletter outlines how these changes will affect you as a member of the Traditional program (Part II).

You will continue to earn benefits under the provisions of your current Traditional program through December 31, 2007. **When you retire or leave Nortel, you will receive everything you have earned in accordance with the provisions of the pension or retirement savings plans under the CARP as of December 31, 2007.** However, the benefits you earn from January 1, 2008, onward will be less than what you might have earned if the CARP had continued unchanged.

### Where to Find More Information

Additional information about the CARP changes, including Frequently Asked Questions, can be found on Services@Work under "January 1/08 CARP Changes." If you are not actively at work and are unable to access Services@Work or if you have additional questions, you may contact HR Shared Services at ESN 355-9351 or 1-919-905-9351 (toll-free 1-800-676-4636).

Nortel is providing 18 months' advance notice of the CARP changes in order to give you sufficient time to understand and prepare for the changes that will take effect January 1, 2008. Nortel will continue to provide information, modeling tools and resources to assist you in planning for your retirement. We strongly encourage you to take advantage of all of the resources available to you and to learn what you can do to continue to prepare for retirement.

**NORTEL**

00303

## How Is Your Current Traditional Program Changing?

Your current Traditional program includes:

- Defined benefit pension plan (Part II of the Nortel Networks Limited Managerial and Non-Negotiated Pension Plan)
- Investment plan
- Retiree healthcare and life insurance.

The following pages outline the changes to your current Traditional program that will take effect on January 1, 2008.

### Defined Benefit Pension Plan (Part II)

Under your current Part II defined benefit pension plan, you earn pension credits based on your age and years of service as a Part II participant. The total of these credits, expressed as a percentage and multiplied by your final average earnings, determines the lump sum value of your pension benefit when you retire – whether you choose to take a lump sum or a monthly pension.

Your annual pension benefit from Part II is equal to 0.8% of your final average earnings (the average of your best three consecutive years of eligible earnings in your last 10 years with Nortel) *multiplied by* your years of pensionable service. If you transitioned from Part I to Part II of the Nortel Networks Limited Managerial and Non-Negotiated Pension Plan on January 1, 1999, this pension benefit will include any minimum benefits resulting from your previous participation in Part I.

You will continue to earn benefits under the current terms of your Part II defined benefit pension plan through December 31, 2007.

*Starting January 1, 2008:*

You will begin participating in the amended Balanced program, which includes the defined contribution pension plan (Part III of the Nortel Networks Limited Managerial and Non-Negotiated Pension Plan) and the investment plan. As a Balanced program participant, you will receive automatic company contributions equal to 2% of your eligible earnings to your personal account in the defined contribution pension plan (DCPP).



July 1, 2006

Traditional Program (Part II)

**Defined Benefit Pension Plan (Part II)**: Benefits build up based on current plan provisions

**Defined Contribution Pension Plan (Part III)**

**Investment Plan**: Nortel provides 60% match on your contributions up to 6% of your eligible earnings (maximum 3.6% match)

### Who is Affected?

Members of the Traditional program (Part II) who, on December 31, 2007, are age 55 or older with at least 70 points (age plus service), or are at least age 60 or have at least 30 years of service will continue under the provisions of their current defined benefit pension plan. You are receiving this letter because our records indicate that you are a Part II member who does not meet these conditions and are, therefore, affected by the CARP changes. If you think you have received this letter in error, contact GES at the number provided.



You will make the investment decisions for your DCPP account and will have the same investment options as those available under the investment plan. When you retire, you will have a number of alternative ways to use your DCPP account balance to provide a lifetime retirement income.

### What Happens to Your Part II Pension Benefit After December 31, 2007?

If you terminate employment or retire from Nortel after December 31, 2007, your annual Part II pension benefit will be determined as:

- 0.8% of your final average earnings as of December 31, 2007

*multiplied by*

- Your pensionable service as of December 31, 2007.

When you leave or retire, you will have the option to transfer the lump sum value of this benefit into another locked-in retirement savings vehicle. If you elect this option, the lump sum value will not be less than the amount determined based on the pension credits you have accumulated through to December 31, 2007.

**Note:** The provisions of the Excess Benefit Plan will continue to apply to Part II pension benefits earned to December 31, 2007, in excess of Canadian tax limits. Please refer to the Questions and Answers on Services@Work to help you understand how your benefit will be determined if it exceeds the tax limits.

### If You are Employed in Quebec on December 31, 2007

In accordance with Quebec pension legislation, your Part II pension benefit earned under the registered pension plan for service to December 31, 2007, will be based on your final average earnings as of the date of your retirement or termination of employment from Nortel.

## Investment Plan

Under the current terms of the Traditional program (Part II), Nortel matches 60% of the first 6% of eligible earnings that you contribute through payroll deductions to the investment plan, for a maximum company match of 3.6%. If you participate in the investment plan, you will continue to earn this matching contribution through December 31, 2007.

*Starting January 1, 2008:*

Nortel's matching contribution will change from 60% to 50% of your contributions, up to 6% of your eligible earnings. For example, if you contribute 4% of your eligible earnings through payroll deductions, Nortel will contribute 2% in matching contributions; if you contribute 6%, Nortel will contribute 3% in matching contributions. You may contribute more than 6% of your eligible earnings (unmatched by Nortel) if you wish, up to the annual contribution limit (see Services@Work for details).



00305

As with the current investment plan, you may continue to direct your contributions to one or a combination of three vehicles: a Registered Retirement Savings Plan (RRSP), a Registered Education Savings Plan (RESP) or an After-Tax Savings Vehicle (ATSV). Nortel's matching contributions go to a Deferred Profit Sharing Plan (DPSP). You will continue to decide how to invest all contributions to your investment plan accounts, as you do today.

If you are not already participating in the investment plan, you may enroll and start contributions at any time. If you do not contribute after January 1, 2008, you will not receive Nortel's matching contributions (up to the maximum 3% of your eligible earnings), but you will receive Nortel's automatic 2% contribution to the DCPP.

### Eligible Earnings

The definition of eligible earnings will not change on January 1, 2008. Eligible earnings include base salary and, where applicable, overtime, off-shift differential, actual sales compensation and SUCCESS plan incentive payments.

## Retiree Healthcare and Life Insurance

On January 1, 2008, there will also be changes to the retiree healthcare and life insurance benefits provided under the CARP. The effect of these changes on you will depend on your age and service on July 1, 2006.

**If you are age 50 or older with at least five years of service on July 1, 2006,** you will continue to qualify for the company-subsidized retiree healthcare and life insurance benefits associated with the Traditional program (Part II), if you meet the eligibility requirements for these benefits when you retire from Nortel (refer to Services@Work for details).

**If you are not age 50 or older with at least five years of service on July 1, 2006,** you will no longer be eligible for company-subsidized retiree healthcare benefits upon retirement from Nortel. However, you will be able to purchase comprehensive healthcare coverage under preferred terms through Sun Life Financial. This means that you will not have to provide medical evidence of insurability to obtain coverage, provided you apply within 60 days of your retirement. In addition, if you are at least age 55 with 10 years of service when you retire from Nortel, you will qualify for a $10,000 non-taxable post-retirement death benefit.

### Disclaimer

If there are any discrepancies between the information in this communication and the applicable Nortel benefit plan, the actual plan document will, in all cases, govern the details of the benefit coverage and the plan administration. In accordance with applicable law and each plan and/or program, Nortel reserves the right to further amend or discontinue the plan(s) and/or program(s) described in this communication at any time without prior notice to, or consent by, employees.

4