UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                            :    Chapter 11

In re:                                                   : 

                                                      :    Case No. 09-10138 (KG)

Nortel Networks Inc., *et al.*,[1]                  : 

                                                      :    Jointly Administered

                                Debtors.    : 

                                                      :    **Related Docket No. 6459**
---------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION REGARDING
APPLICATION FOR AN ORDER PURSUANT TO
11 U.S.C. §§ 105(a), 1102(b)(3) AND 1103(c) AUTHORIZING
THE EMPLOYMENT AND RETENTION OF KURTZMAN
CARSON CONSULTANTS LLC AS COMMUNICATIONS AGENT FOR
THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES AND APPROVING
<u>RELATED AGREEMENT, NUNC PRO TUNC TO SEPTEMBER 9, 2011</u>**

    I, William F. Taylor, Jr., an attorney with McCarter & English LLP, counsel to the for the Official Committee of Retirees (the "Retiree Committee") in the above-captioned case, hereby certify the following:

    1.    On September 22, 2011, the Retiree Committee filed the *Application of the Official Committee of Retired Employees Pursuant to 11 U.S.C. §§ 105(a), 1102(b)(3)(A), 1103(c), Authorizing the Employment and Retention of Kurtzman Carson Consultants LLC as Communications Agent for The Official Committee of Retired Employees and Approving Related Agreement, nunc pro tunc to September 9, 2011* (Docket No. 6459) (the "Application").

    2.    The Notice provided that any objections or responses to the Application were to be filed with the Court and served upon the undersigned counsel by 4:00 p.m. on October 12, 2011.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ME1 12386894v.1

3. As of the date hereof, the undersigned counsel has not been served with any objection or response to the Application. A review of the Court's docket indicates that, as of this date, no responses or objections to the Application have been filed.

WHEREFORE the undersigned, on behalf of the Official Committee of Retirees, respectfully requests the Order approving the Application, attached hereto as <u>Exhibit A</u>, be entered at the Court's earliest convenience.

Dated: October 14, 2011
      Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr._____
William F. Taylor, Jr. (DE Bar I.D. #2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 Facsimile
wtaylor@mccarter.com

-and-

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(212) 594-5000
(212) 967-4258 Facsimile
neilberger@teamtogut.com

*Counsel to the Official Committee of Retirees*