UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
: **Related Docket No. 6458**
---------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION REGARDING
MOTION OF THE OFFICIAL COMMITTEE
OF RETIRED EMPLOYEES PURSUANT TO 11 U.S.C.
§§ 105(a), 1102(b)(3)(A), 1103(c), 1114(b)(2) AND 1114(k)(3) FOR
ENTRY OF AN ORDER CLARIFYING ITS REQUIREMENT TO
PROVIDE ACCESS TO INFORMATION UNDER 11 U.S.C. § 1102(b)(3)(A)**

I, William F. Taylor, Jr., an attorney with McCarter & English LLP, counsel to the for the Official Committee of Retirees (the "Retiree Committee") in the above-captioned case, hereby certify the following:

1. On September 22, 2011, the Retiree Committee filed the *Motion of the Official Committee of Retired Employees Pursuant to 11 U.S.C. §§ 105(a), 1102(b)(3)(A), 1103(c), 1114(b)(2) and 1114(k)(3) for an Entry of an Order Clarifying its Requirement to Provide Access to Information Under 11 U.S.C. §§ 105(a), 1102(b)(3)(A)* (Docket No. 6458) (the "Motion").

2. The Notice provided that any objections or responses to the Motion were to be filed with the Court and served upon the undersigned counsel by 4:00 p.m. on October 12, 2011.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ME1 12386981v.1

3.      As of the date hereof, the undersigned counsel has not been served with any objection or response to the Motion. A review of the Court's docket indicates that, as of this date, no responses or objections to the Motion have been filed.

WHEREFORE the undersigned, on behalf of the Official Committee of Retirees, respectfully requests the Order approving the Motion, attached hereto as <u>Exhibit A</u>, be entered at the Court's earliest convenience.

Dated: October 14, 2011
       Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr._____
William F. Taylor, Jr. (DE Bar I.D. #2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 Facsimile
wtaylor@mccarter.com

-and-

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(212) 594-5000
(212) 967-4258 Facsimile
neilberger@teamtogut.com

*Counsel to the Official Committee of Retirees*