B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

In re   <u>Nortel Networks Inc., *et al*,</u>  Debtors         Case No. <u>09-10138 (KG)</u>
                                              (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Avenue TC Fund, L.P.</u> | <u>Claims Recovery Group, LLC as assignee of Kepner Tregoe Associates, Ltd.</u> |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

399 Park Avenue, 6th Floor
New York, NY  10022
Attn: David S. Leinwand

Phone: <u>(212) 878-3500</u>
Last Four Digits of Acct #: _____

Court Claim # (if known): <u>n/a</u>
Amount of Claim: <u>$74,758.89</u>
Date Claim Filed: <u>n/a- Scheduled</u>

Phone: (201) 266-6988
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u> /s/ David S. Leinwand</u>           Date: <u>  10/14/2011</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.