B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re Nortel Networks Inc., *et al*, Debtors

Case No. 09-10138 (KG)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Avenue TC Fund, L.P.________________

Name of Transferee

Claims Recovery Group, LLC as assignee of Seltech Electronics, Inc.

Name of Transferor

Name and Address where notices to transferee should be sent:

399 Park Avenue, 6th Floor
New York, NY 10022
Attn: David S. Leinwand

Phone: (212) 878-3500
Last Four Digits of Acct #: _______________

Court Claim # (if known): 3109
Amount of Claim: $10,927.50
Date Claim Filed: 9/17/2009

Phone: (201) 266-6988
Last Four Digits of Acct. #: ___________

Name and Address where transferee payments should be sent (if different from above):

Phone: ____________________________________
Last Four Digits of Acct #: ____________________

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ David S. Leinwand_____________________
Transferee/Transferee's Agent

Date: 10/14/2011_____________

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.