# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

September 1, 2011 through September 30, 2011

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

2725046.2

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 9/1/2011 — End Date 9/30/2011

**Enter Billing Rate/Hr:** 490.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 15.3 | $490.00 | $7,497.00 |
| 2 | Reviewing operational management of transition services | 17.6 | $490.00 | $8,624.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 124.3 | $490.00 | $60,907.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 4.3 | $490.00 | $2,107.00 |
| 5 | Fee Applications | 4.8 | $490.00 | $2,352.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 9.0 | $245.00 | $2,205.00 |
| | **Hours/Billing Amount for Period:** | **175.3** | | **$83,692.00** |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 9/1/2011 | Employee matters | 2 | 1.5 |
| 9/1/2011 | Asset sale matter | 3 | 0.5 |
| 9/1/2011 | NNI outstanding PO and risk | 2 | 0.8 |
| 9/1/2011 | July MOR | 3 | 1.0 |
| 9/1/2011 | SERP claim follow up | 3 | 0.3 |
| 9/1/2011 | Interco matters | 1 | 1.0 |
| 9/1/2011 | Customs claims | 3 | 1.0 |
| 9/1/2011 | NNCC matter | 3 | 1.0 |
| 9/1/2011 | ERISA settlement | 3 | 0.3 |
| 9/1/2011 | Call re subsidiary liquidations | 3 | 1.5 |
| 9/2/2011 | Asset sale matter | 3 | 0.8 |
| 9/2/2011 | Siemens settlement | 3 | 0.8 |
| 9/2/2011 | Bar date motion | 3 | 1.5 |
| 9/2/2011 | Annuity claimant matter | 3 | 0.7 |
| 9/6/2011 | Fee application prep | 5 | 2.3 |
| 9/6/2011 | Interco matrix | 1 | 1.0 |
| 9/6/2011 | Preference settlements | 3 | 1.0 |
| 9/6/2011 | Annuity claimant matter | 3 | 0.3 |
| 9/6/2011 | UK pension | 3 | 1.0 |
| 9/6/2011 | RTP matter | 3 | 2.0 |
| 9/6/2011 | Allocation matters; information request | 3 | 1.0 |
| 9/7/2011 | Fee application prep | 5 | 2.0 |
| 9/7/2011 | BRE claim | 3 | 1.0 |
| 9/7/2011 | WPB remediation matter | 3 | 2.0 |
| 9/7/2011 | SNMP matter | 2 | 2.0 |
| 9/7/2011 | Preference matters; settlements | 3 | 1.0 |
| 9/7/2011 | Interco matrix | 3 | 0.5 |
| 9/7/2011 | Software license question | 2 | 0.5 |
| 9/7/2011 | CMC matters | 3 | 1.0 |
| 9/7/2011 | WPB remediation | 3 | 1.0 |
| 9/8/2011 | Fee application prep | 5 | 0.5 |
| 9/8/2011 | Employee matter | 2 | 0.5 |
| 9/8/2011 | Flex matter | 2 | 0.5 |
| 9/8/2011 | Jabil matter | 2 | 3.0 |
| 9/8/2011 | CTDI update | 3 | 1.0 |
| 9/8/2011 | NNIII update | 3 | 0.5 |
| 9/8/2011 | Iceberg matter | 3 | 1.0 |
| 9/8/2011 | UCC call | 4 | 1.3 |
| 9/8/2011 | Case management call | 3 | 1.5 |
| 9/9/2011 | UK pension matter | 3 | 2.0 |
| 9/9/2011 | CMC matters | 3 | 0.8 |
| 9/9/2011 | Antel contract | 2 | 0.7 |
| 9/9/2011 | Flex matters | 2 | 2.5 |
| 9/9/2011 | UK pension matter | 3 | 2.0 |
| 9/9/2011 | Cash management | 2 | 0.3 |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 9/9/2011 | Jalmex matter | 2 | 1.0 |
| 9/9/2011 | Case management call | 3 | 1.0 |
| 9/9/2011 | Preference matters | 3 | 2.5 |
| 9/12/2011 | Preference matters | 3 | 0.5 |
| 9/12/2011 | Cox matter | 3 | 0.3 |
| 9/12/2011 | SNMP matter | 2 | 1.0 |
| 9/12/2011 | Tax matters | 3 | 2.0 |
| 9/12/2011 | RTP mater | 3 | 2.0 |
| 9/12/2011 | UK pension matter | 3 | 1.0 |
| 9/12/2011 | Iceberg closing matter | 3 | 0.5 |
| 9/12/2011 | Head count update | 2 | 0.3 |
| 9/12/2011 | UK pension follow up | 3 | 2.0 |
| 9/13/2011 | Retiree matter | 3 | 2.0 |
| 9/13/2011 | Ltd matter | 3 | 0.3 |
| 9/13/2011 | Call re state tax matters | 3 | 2.0 |
| 9/13/2011 | Antel contract | 3 | 0.5 |
| 9/13/2011 | EMEA claims matter | 3 | 1.0 |
| 9/14/2011 | Call with UCC | 2 | 1.0 |
| 9/14/2011 | Case management call | 3 | 1.0 |
| 9/14/2011 | Inter estate matrix | 1 | 1.0 |
| 9/14/2011 | Software licensing; wind down | 3 | 1.0 |
| 9/14/2011 | UK pension matter | 3 | 2.8 |
| 9/15/2011 | NNIII matter | 3 | 1.0 |
| 9/15/2011 | Bar date motion | 3 | 1.0 |
| 9/15/2011 | UK pension matter | 3 | 1.0 |
| 9/15/2011 | RTP matter | 3 | 1.0 |
| 9/15/2011 | Headcount and administration matters | 3 | 1.0 |
| 9/15/2011 | Interco matrix | 1 | 1.0 |
| 9/15/2011 | CTDI update | 3 | 0.3 |
| 9/15/2011 | Preference settlements | 3 | 0.5 |
| 9/16/2011 | Flex matter and interco between NNL and NNL NNCI | 1 | 3.0 |
| 9/16/2011 | MOR format | 3 | 1.0 |
| 9/16/2011 | Cala maters re liquidations and dividends | 1 | 2.0 |
| 9/16/2011 | Headcount outlook IT | 3 | 1.0 |
| 9/16/2011 | Retiree update | 3 | 1.0 |
| 9/16/2011 | EMEA claims matters; | 3 | 2.0 |
| 9/16/2011 | Preference matters; settlements | 3 | 0.3 |
| 9/16/2011 | CN employee claims | 3 | 0.3 |
| 9/19/2011 | Ciena update | 3 | 0.3 |
| 9/19/2011 | Preference matter | 3 | 0.3 |
| 9/20/2011 | IT outlook re migration | 3 | 1.0 |
| 9/20/2011 | APAC entity claims | 1 | 1.0 |
| 9/20/2011 | Tax matters | 3 | 2.3 |
| 9/20/2011 | ERISA settlement | 3 | 0.3 |
| 9/20/2011 | Tax planning call | 3 | 1.0 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 9/20/2011 | Retiree matter | 3 | 2.3 |
| 9/20/2011 | NNCC schedules | 3 | 1.0 |
| 9/20/2011 | Preferences | 3 | 0.3 |
| 9/20/2011 | Interco bar date | 1 | 1.3 |
| 9/21/2011 | Court hearing | 3 | 2.0 |
| 9/21/2011 | Cross border claims review and call | 1 | 3.0 |
| 9/21/2011 | Tax matters | 3 | 1.0 |
| 9/21/2011 | Settlement stipulation | 3 | 0.3 |
| 9/21/2011 | Flex matter | 3 | 2.0 |
| 9/22/2011 | MOR format | 3 | 1.0 |
| 9/22/2011 | Internet addresses | 3 | 0.7 |
| 9/22/2011 | Interco bar date | 3 | 0.3 |
| 9/22/2011 | Richardson 7 | 3 | 1.0 |
| 9/23/2011 | Subsidiary liquidations | 3 | 2.3 |
| 9/23/2011 | Richardson 7 call | 3 | 1.0 |
| 9/23/2011 | Flex settlement | 3 | 2.0 |
| 9/23/2011 | CTDI settlement and side agreement | 3 | 1.0 |
| 9/23/2011 | Bondholder matter | 3 | 0.3 |
| 9/25/2011 | Travel to NY meeting | 7 | 4.5 |
| 9/25/2011 | EMEA claims matters | 3 | 2.5 |
| 9/25/2011 | Tax meeting prep | 3 | 2.0 |
| 9/26/2011 | Meetings at Cleary related to numerous matters including retiree, claims, sub liquidations, retention | 3 | 9.0 |
| 9/26/2011 | UCC call | 4 | 1.0 |
| 9/27/2011 | Meetings with Cleary and bonds/UCC re tax matters, claims, real estate and retention matters | 3 | 10.0 |
| 9/28/2011 | Travel from NY meetings | 7 | 4.5 |
| 9/28/2011 | Richardson 7 matters | 3 | 1.0 |
| 9/28/2011 | RTP matter | 3 | 2.0 |
| 9/28/2011 | Canadian claims | 2 | 2.0 |
| 9/28/2011 | Lazard amendment motion | 1 | 1.0 |
| 9/28/2011 | Prep for UK meetings | 3 | 2.0 |
| 9/29/2011 | Inventory settlement matter | 3 | 2.0 |
| 9/29/2011 | Retiree matter and A&M engagement | 3 | 1.0 |
| 9/29/2011 | UK meeting prep; materials from Linklater | 3 | 1.5 |
| 9/30/2011 | MOR review | 3 | 1.3 |
| 9/30/2011 | Flex settlement | 3 | 1.5 |
| 9/30/2011 | CALA redistribution | 3 | 1.0 |
| 9/30/2011 | Call with UCC re allocation; follow up US call | 4 | 2.0 |