**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

September 1, 2011 through September 30, 2011

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $     616.40 |
| Travel – Lodging | | 1,989.93 |
| Travel – Meals | | 103.10 |
| Travel – Car Service | | 200.00 |
| Travel – Parking | | 36.00 |
| Office supplies, shipping, and other office related expenses | | 109.90 |
| PACER | | - |
| TOTAL | | $  3,055.33 |

# Nortel Expense Report

PERIOD: September 1, 2011 through September 30, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 9/25/2011 | New York Trip - Air | $ 227.70 | | | | | | |
| 9/25/2011 | New York Trip - Car service | | | | $ 100.00 | | | |
| 9/25/2011 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 9/25/2011 | New York Trip - Hotel tax | | $ 88.31 | | | | | |
| 9/25/2011 | New York Trip - Lunch w/M Kennedy | | | $ 55.42 | | | | |
| 9/25/2011 | New York Trip - Dinner | | | $ 47.68 | | | | |
| 9/26/2011 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 9/26/2011 | New York Trip - Hotel tax | | $ 88.31 | | | | | |
| 9/27/2011 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 9/27/2011 | New York Trip - Hotel tax | | $ 88.31 | | | | | |
| 9/28/2011 | New York Trip - Car service | | | | $ 100.00 | | | |
| 9/28/2011 | New York Trip - Return air | $ 388.70 | | | | | | |
| 9/28/2011 | New York Trip - Parking | | | | | $ 36.00 | | |
| 9/30/2011 | Shipping | | | | | | $ 23.95 | |
| 9/30/2011 | Court Call | | | | | | $ 51.00 | |
| 9/30/2011 | WiFi | | | | | | $ 34.95 | |