**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| NORTEL NETWORKS, INC., *et al*., : | Case No. 09-10138 (KG) |
| : | Jointly Administered |
| Debtors. : | **Objections due: October 12, 2011 at 4:00 p.m. (ET)** |
| : | **Re: Docket No. 6518** |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 6518

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Debtors' Motion for Entry of an Order Approving (I) Settlement Agreement Among Nortel Parties and Communications Test Design, Inc. and (II) Related Side Agreement Among Nortel Parties* [D.I. 6518] (the "Motion") filed September 28, 2011. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served no later than October 12, 2011 at 4:00 p.m. (ET).

It is hereby respectfully requested that the proposed Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: October 14, 2011        **BENESCH, FRIEDLANDER, COPLAN**
                                **& ARONOFF LLP**

                    By:    */s/ Raymond H. Lemisch*
                            Raymond H. Lemisch, Esquire (No. 4204)
                            Jennifer R. Hoover, Esquire (No. 5111)
                            222 Delaware Avenue, Suite 801
                            Wilmington, DE  19801
                            Telephone:  (302) 442-7006
                            Facsimile:  (302) 442-7012
                            rlemisch@beneschlaw.com
                            jhoover@beneschlaw.com

                            *Counsel to the Debtors*

6857845_1.DOC