**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| NORTEL NETWORKS, INC., *et al.*, | : | Case No. 09-10138 (KG) |
|  | : | Jointly Administered |
| Debtors. | : |  |
|  | : | **Objections due: October 12, 2011 at 4:00 p.m. (ET)** |
|  | : |  |
|  | : | **Re: Docket No. 6519** |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 6519

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal (I) the Unredacted Settlement Agreement Among Nortel Parties and Communications Test Design, Inc. and (II) the Related Side Agreement Among Nortel Parties* [D.I. 6519] (the "Motion") filed September 28, 2011. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served no later than October 12, 2011 at 4:00 p.m. (ET).

It is hereby respectfully requested that the proposed Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: October 14, 2011

          **BENESCH, FRIEDLANDER, COPLAN**
            **& ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
       Raymond H. Lemisch, Esquire (No. 4204)
       Jennifer R. Hoover, Esquire (No. 5111)
       222 Delaware Avenue, Suite 801
       Wilmington, DE 19801
       Telephone: (302) 442-7006
       Facsimile: (302) 442-7012
       rlemisch@beneschlaw.com
       jhoover@beneschlaw.com

*Counsel to the Debtors*