## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 8/1/2011 through 8/31/2011**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $760 | 39.80 | $30,248.00 |
| J. Borow | Executive Director | $760 | 99.80 | $75,848.00 |
| J. Hyland | Executive Director | $595 | 161.20 | $95,914.00 |
| A. Cowie | Managing Director | $545 | 128.40 | $69,978.00 |
| D. Rothberg | Director | $415 | 145.90 | $60,548.50 |
| J. Peterson | Director | $365 | 142.70 | $52,085.50 |
| J. Schad | Associate | $325 | 0.80 | $260.00 |
| M. Lasinski | Contractor | $310 | 1.50 | $465.00 |
| T. Morilla | Consultant | $310 | 155.70 | $48,267.00 |
| O. Freidzon | Managing Director | $275 | 2.50 | $687.50 |
| J. Dorans | Research | $160 | 0.50 | $80.00 |
| C. Lister | Research | $125 | 2.00 | $250.00 |
| M. Haverkamp | Paraprofessional | $120 | 27.60 | $3,312.00 |
| **For the Period 8/1/2011 through 8/31/2011** | | | **908.40** | **$437,943.50** |