**Nortel Networks Corporation**
Capstone Advisory Group, LLC
Exhibit B: Summary of Fees by Task Code
For the Period 8/1/2011 through 8/31/2011

| Task Code | Hours | Fees |
|---|---:|---:|
| 01. Asset Acquisition/Disposition | 109.10 | $52,490.00 |
| 05. Professional Retention/Fee Application Preparation | 29.70 | $7,332.50 |
| 07. Interaction/Mtgs with Debtors/Counsel | 11.10 | $8,320.50 |
| 08. Interaction/Mtgs with Creditors | 47.90 | $34,044.50 |
| 09. Employee Issues/KEIP | 63.80 | $35,048.50 |
| 10. Recovery/SubCon/Lien Analysis | 179.10 | $83,087.00 |
| 11. Claim Analysis/Accounting | 178.50 | $88,648.00 |
| 13. Intercompany Transactions/Balance | 12.50 | $5,825.50 |
| 14. Executory Contracts/Leases | 8.40 | $5,606.50 |
| 17. Analysis of Historical Results | 74.70 | $30,778.50 |
| 18. Operating and Other Reports | 65.50 | $27,419.50 |
| 19. Cash Flow/Cash Mgmt Liquidity | 62.10 | $25,420.00 |
| 20. Projections/Business Plan/Other | 17.10 | $7,044.00 |
| 22. Preference/Avoidance Actions | 34.40 | $19,417.50 |
| 33. Intellectual Property | 14.50 | $7,461.00 |
| **For the Period 8/1/2011 through 8/31/2011** | **908.40** | **$437,943.50** |