**Nortel Networks Corporation**
Capstone Advisory Group, LLC
**Exhibit C: Detailed Time Descriptions**
**For the Period 8/1/2011 through 8/31/2011**

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|---------------------------|
| **01. Asset Acquisition/Disposition** | | | |
| 8/2/2011 | C. Kearns | 0.60 | Reviewed ongoing analysis of allocation related issues. |
| 8/2/2011 | M. Haverkamp | 1.60 | Continued researching information for allocation scenario. |
| 8/2/2011 | D. Rothberg | 1.70 | Analyzed proceeds allocations under various methodologies. |
| 8/2/2011 | J. Hyland | 1.80 | Analyzed assets by estate. |
| 8/2/2011 | J. Borow | 2.30 | Participated in discussions re: monetization of brand name. |
| 8/2/2011 | M. Haverkamp | 2.90 | Researched information for allocation scenario. |
| 8/4/2011 | J. Hyland | 0.20 | Reviewed mediation order from Judge Gross. |
| 8/4/2011 | C. Kearns | 0.20 | Reviewed Genband settlement status. |
| 8/4/2011 | C. Kearns | 0.30 | Participated in call with J. Ray re: status of Rabbi Trust. |
| 8/4/2011 | J. Hyland | 2.80 | Reviewed allocation scenario. |
| 8/4/2011 | M. Haverkamp | 2.90 | Continued researching information for allocation scenario. |
| 8/5/2011 | C. Kearns | 0.40 | Reviewed ongoing analysis of allocation related issues. |
| 8/5/2011 | C. Kearns | 0.40 | Participated in teleconference with counsel re: Rabbi Trust. |
| 8/5/2011 | J. Hyland | 0.50 | Participated in call with C. Ricaurte and J. Patchett re: agreement with a buyer. |
| 8/5/2011 | T. Morilla | 1.20 | Reviewed documents related to the sale of the CVAS Business Unit. |
| 8/5/2011 | J. Hyland | 1.70 | Reviewed agreement with buyer and related financial terms. |
| 8/5/2011 | D. Rothberg | 2.00 | Reviewed assets by estate. |
| 8/5/2011 | J. Hyland | 2.80 | Reviewed counsel's allocation scenario. |
| 8/8/2011 | J. Hyland | 1.50 | Reviewed allocation scenarios. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/8/2011 | J. Borow | 1.60 | Participated in discussion with Debtor re: monetization of internet protocol addresses. |
| 8/8/2011 | D. Rothberg | 2.20 | Continued to analyze allocation model. |
| 8/9/2011 | J. Borow | 0.80 | Review finalized Genband docs. |
| 8/9/2011 | J. Peterson | 1.90 | Continued to review and analyze the latest allocation scenarios. |
| 8/9/2011 | J. Peterson | 2.20 | Continued to review potential allocation scenarios. |
| 8/9/2011 | J. Hyland | 2.40 | Revised allocation scenario for counsel. |
| 8/10/2011 | D. Rothberg | 1.20 | Reviewed allocation scenario. |
| 8/10/2011 | J. Hyland | 2.40 | Reviewed allocation scenario planning. |
| 8/11/2011 | D. Rothberg | 1.00 | Reviewed bond indentures. |
| 8/11/2011 | D. Rothberg | 1.20 | Reviewed and analyzed OID calculations for certain bond indentures. |
| 8/11/2011 | D. Rothberg | 2.40 | Analyzed scenario impact on the various estates' claims bases. |
| 8/11/2011 | J. Hyland | 2.70 | Reviewed allocation scenario assumptions. |
| 8/12/2011 | T. Morilla | 2.10 | Reviewed and analyzed the estate-owned assets. |
| 8/12/2011 | D. Rothberg | 2.90 | Reviewed indentures. |
| 8/15/2011 | J. Hyland | 1.20 | Reviewed information re: real estate lease termination. |
| 8/15/2011 | T. Morilla | 1.20 | Reviewed Business Unit divestiture proceeds. |
| 8/15/2011 | D. Rothberg | 1.80 | Continued to analyze calculations related to the indentures. |
| 8/15/2011 | D. Rothberg | 2.80 | Analyzed calculations related to the indentures. |
| 8/16/2011 | C. Kearns | 0.30 | Reviewed summary of additional allocation scenarios to consider. |
| 8/16/2011 | D. Rothberg | 1.20 | Continued to calculate and prepare indenture analysis. |
| 8/16/2011 | D. Rothberg | 1.60 | Prepared indenture analysis. |
| 8/17/2011 | D. Rothberg | 1.20 | Prepared for (0.6) and participated in (0.6) a call with advisors to the ad-hoc bondholders to discuss damages analysis. |
| 8/17/2011 | D. Rothberg | 1.30 | Calculated amounts for indentures. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/17/2011 | D. Rothberg | 2.00 | Met with counsel re: proceeds allocation. |
| 8/17/2011 | D. Rothberg | 2.20 | Analyzed various agreements related to the 2026 indentures. |
| 8/18/2011 | D. Rothberg | 1.70 | Calculated proceeds allocations based on various scenarios. |
| 8/18/2011 | T. Morilla | 2.10 | Reviewed potential allocation scenarios. |
| 8/18/2011 | D. Rothberg | 2.60 | Reviewed and analyzed proceeds allocations under updated allocation and other assumptions methods. |
| 8/19/2011 | D. Rothberg | 1.10 | Reviewed allocations based on scenarios. |
| 8/19/2011 | D. Rothberg | 2.90 | Analyzed proceeds allocations under various methodologies and updated assumption sets. |
| 8/22/2011 | C. Kearns | 0.50 | Reviewed ongoing analysis of allocation issues. |
| 8/22/2011 | T. Morilla | 0.70 | Revised scenario analysis schedule. |
| 8/22/2011 | D. Rothberg | 2.00 | Continued to analyze and review scenarios based on various methodologies. |
| 8/22/2011 | J. Borow | 2.10 | Reviewed issues pertaining to the monetization of additional assets. |
| 8/23/2011 | T. Morilla | 1.30 | Reviewed scenario analysis. |
| 8/23/2011 | J. Hyland | 2.80 | Reviewed allocation models. |
| 8/25/2011 | J. Hyland | 1.10 | Reviewed scenario calculations. |
| 8/26/2011 | C. Kearns | 1.00 | Reviewed ongoing allocation related analysis. |
| 8/26/2011 | D. Rothberg | 1.10 | Reviewed scenario analysis document. |
| 8/26/2011 | J. Borow | 1.60 | Reviewed issues relating to the sale of additional assets. |
| 8/26/2011 | J. Hyland | 2.20 | Reviewed allocation scenario. |
| 8/29/2011 | J. Hyland | 1.70 | Reviewed allocation scenario model. |
| 8/30/2011 | J. Hyland | 0.90 | Reviewed escrow analysis from the Monitor. |
| 8/30/2011 | D. Rothberg | 1.20 | Updated scenario analysis. |
| 8/31/2011 | C. Kearns | 0.40 | Reviewed status of allocation scenarios. |
| 8/31/2011 | D. Rothberg | 0.80 | Reviewed escrow amounts. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/31/2011 | J. Hyland | 1.30 | Analyzed allocation report. |
| 8/31/2011 | J. Hyland | 2.10 | Reviewed escrow flow of funds. |
| 8/31/2011 | J. Hyland | 2.30 | Reviewed escrow report for UCC. |
| Subtotal | | 109.10 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/1/2011 | M. Haverkamp | 2.60 | Continued editing and revising June 2011 fee application. |
| 8/1/2011 | M. Haverkamp | 2.90 | Edited and revised June 2011 fee application. |
| 8/3/2011 | J. Hyland | 0.40 | Reviewed updated fee application. |
| 8/3/2011 | M. Haverkamp | 1.10 | Edited and revised June 2011 fee application. |
| 8/4/2011 | M. Haverkamp | 1.30 | Continued researching information for allocation scenario. |
| 8/9/2011 | J. Borow | 1.10 | Reviewed fee application. |
| 8/10/2011 | J. Hyland | 0.50 | Reviewed final fee application. |
| 8/10/2011 | M. Haverkamp | 2.00 | Continued preparing July 2011 fee application. |
| 8/10/2011 | M. Haverkamp | 2.90 | Prepared July 2011 fee application. |
| 8/12/2011 | T. Morilla | 1.50 | Continued to review the July fee app. |
| 8/12/2011 | T. Morilla | 2.50 | Reviewed the July fee application. |
| 8/23/2011 | J. Hyland | 1.30 | Reviewed fee application. |
| 8/24/2011 | M. Haverkamp | 2.00 | Prepared and edited July 2011 fee application. |
| 8/25/2011 | J. Hyland | 0.70 | Reviewed fee application. |
| 8/25/2011 | M. Haverkamp | 1.80 | Continued preparing July 2011 fee application. |
| 8/25/2011 | M. Haverkamp | 2.30 | Prepared July 2011 fee application. |
| 8/26/2011 | M. Haverkamp | 1.20 | Prepared tenth interim fee application. |
| 8/29/2011 | M. Haverkamp | 0.10 | Finalized interim fee application. |

**Capstone Advisory Group, LLC**
**Invoice for the 8/1/2011-8/31/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 8/29/2011 | J. Hyland | 0.20 | Prepared August fee estimate for counsel. |
| 8/30/2011 | J. Borow | 1.30 | Reviewed fee applications. |
| Subtotal | | 29.70 | |

**07. Interaction/Mtgs w Dbtrs/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 8/8/2011 | C. Kearns | 1.50 | Prepared for and participated in status call with counsel, J. Ray and CGSH. |
| 8/15/2011 | C. Kearns | 1.50 | Prepared for and participated in status call with CGSH, counsel and J. Ray. |
| 8/17/2011 | C. Kearns | 1.00 | Participated in status call with UCC professionals. |
| 8/23/2011 | J. Borow | 1.10 | Participated in discussion with Debtors' counsel re: various claims and other issues. |
| 8/25/2011 | J. Hyland | 0.70 | Conducted call with J. Ray re: a leased property and IPA monetization. |
| 8/31/2011 | J. Borow | 5.30 | Prepared for, attended, and participated in meeting with monitor and monitor's advisors re: settlement issues. |
| Subtotal | | 11.10 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 8/2/2011 | J. Hyland | 0.40 | Conducted calls with B. Kahn re: UCC agenda and AIP reports. |
| 8/2/2011 | J. Hyland | 0.70 | Participated in UCC pre-call with UCC professionals. |
| 8/2/2011 | C. Kearns | 1.40 | Participated in weekly status call with UCC professionals and related follow-up. |
| 8/3/2011 | J. Hyland | 1.00 | Participated in UCC post-call with counsel, Fraser, and Jefferies. |
| 8/3/2011 | J. Hyland | 1.00 | Participated in UCC call with UCC professionals. |
| 8/3/2011 | C. Kearns | 1.80 | Prepared for (0.8) and participated in (1.0) weekly UCC call and related follow-up with counsel. |
| 8/3/2011 | J. Hyland | 2.50 | Prepared for UCC call with reports. |
| 8/3/2011 | J. Borow | 2.60 | Prepared for (1.6) and participated in (1.0) meeting of UCC and advisors to UCC. |
| 8/4/2011 | J. Hyland | 0.30 | Conducted call with B. Kahn re: allocation scenario and UCC reports. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/5/2011 | J. Borow | 1.30 | Participated in discussions with various creditors and parties in interest re: status of matter. |
| 8/8/2011 | J. Hyland | 0.40 | Conducted call with B. Kahn re: allocation scenario, indenture agreements, and UCC reporting. |
| 8/9/2011 | J. Hyland | 3.20 | Participated in call with counsel, Fraser, and Jefferies re: proceeds allocation and UCC matters. |
| 8/9/2011 | C. Kearns | 4.00 | Prepared for (0.8) and met (3.2) with counsel to discuss allocation scenarios, bondholder recovery issues, claims, and IP address monetization. |
| 8/10/2011 | J. Hyland | 0.70 | Prepared for UCC call. |
| 8/10/2011 | J. Hyland | 1.00 | Participated in UCC call. |
| 8/10/2011 | J. Borow | 1.10 | Participated in discussion with UCC member re: claims calculations. |
| 8/10/2011 | J. Borow | 2.40 | Prepared for (1.4) and participated in (1.0) meeting of full UCC and professionals to UCC. |
| 8/11/2011 | J. Borow | 2.10 | Participated in discussion with various creditors and parties in interest re: status of matter. |
| 8/11/2011 | C. Kearns | 2.80 | Participated in a call with ad hocs and related follow up with counsel. |
| 8/15/2011 | J. Borow | 1.10 | Participated in discussions with various creditors and other parties of interest re: status of matter. |
| 8/17/2011 | J. Borow | 2.20 | Prepared for (1.2) and participated in (1.0) discussion with UCC professionals re: various asset sales and distribution scenarios. |
| 8/18/2011 | J. Borow | 1.90 | Participated in discussion with various creditors and other parties in interest re: status of matter. |
| 8/19/2011 | J. Borow | 1.70 | Participated in discussions with various creditors and other parties in interest re: status of matter. |
| 8/23/2011 | J. Hyland | 0.40 | Conducted call with B. Kahn re: claims and UCC reporting. |
| 8/24/2011 | J. Hyland | 0.70 | Participated in pre-UCC call with UCC professionals. |
| 8/24/2011 | C. Kearns | 0.80 | Prepared for (0.1) and participated in (0.7) weekly status call with UCC professionals. |
| 8/25/2011 | J. Hyland | 0.50 | Participated in post-UCC call with UCC professionals. |
| 8/25/2011 | J. Hyland | 0.70 | Participated in UCC call with UCC professionals. |
| 8/25/2011 | C. Kearns | 0.70 | Participated in follow up call with counsel and Jeffries on status of key issues. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/25/2011 | J. Borow | 2.10 | Participated in discussions with various creditors and other parties of interest re: status of matter. |
| 8/25/2011 | J. Borow | 2.60 | Prepared for (2.0) and participated in (0.6) meeting with full UCC and advisors to the UCC. |
| 8/29/2011 | C. Kearns | 1.00 | Responded to inquiries from various public-only creditors. |
| 8/30/2011 | J. Hyland | 0.80 | Participated in call with UCC professionals re: pre-UCC call. |
| Subtotal | | 47.90 | |
| **09. Employee Issues/KEIP** | | | |
| 8/1/2011 | J. Hyland | 0.60 | Participated in call with C. Ricaurte, T. Ross, J. Ray, and M. Sandberg re: NBS AIP. |
| 8/1/2011 | D. Rothberg | 0.80 | Reviewed employment agreement and compensation package for senior employee. |
| 8/1/2011 | D. Rothberg | 1.00 | Prepared for (0.4) and participated in (0.6) a call with NBS management to discuss 1H AIP results and the 2H proposed metrics. |
| 8/1/2011 | J. Peterson | 1.40 | Prepared for (0.8) and participated in (0.6) a call with NBS, FTI and Chilmark re: 1H 2011 NBS AIP results and proposed payout. |
| 8/1/2011 | D. Rothberg | 1.60 | Reviewed Corporate AIP results. |
| 8/1/2011 | T. Morilla | 1.60 | Reviewed and analyzed the employee AIP presentation. |
| 8/1/2011 | J. Peterson | 1.80 | Continued to analyze and draft a report re: 1H 2011 NBS AIP results. |
| 8/1/2011 | J. Hyland | 2.00 | Reviewed AIP report for UCC. |
| 8/1/2011 | J. Peterson | 2.40 | Started to review and draft a summary of the 2H 2011 NBS AIP metrics. |
| 8/1/2011 | J. Hyland | 2.60 | Reviewed AIP schedules. |
| 8/1/2011 | D. Rothberg | 2.90 | Prepared report for the UCC re: NBS AIP. |
| 8/2/2011 | J. Hyland | 0.20 | Conducted call with C. Ricaurte re: NBS AIP. |
| 8/2/2011 | T. Morilla | 1.90 | Reviewed certain employee AIP programs. |
| 8/2/2011 | D. Rothberg | 2.10 | Reviewed report for the UCC re: Corp Group AIP results and proposed metrics. |
| 8/2/2011 | J. Hyland | 2.80 | Revised AIP metric reporting. |

**Capstone Advisory Group, LLC**
**Invoice for the 8/1/2011-8/31/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/2/2011 | J. Hyland | 2.80 | Reviewed AIP analyses. |
| 8/2/2011 | D. Rothberg | 2.90 | Prepared report for the UCC re: NBS AIP payout and 2H metrics. |
| 8/2/2011 | J. Hyland | 2.90 | Analyzed compensation programs. |
| 8/3/2011 | J. Hyland | 0.50 | Conducted call with L. Beckerman and reviewed reports re: pensions. |
| 8/3/2011 | J. Hyland | 1.40 | Reviewed pension reporting. |
| 8/3/2011 | A. Cowie | 1.70 | Analyzed updated pension claim documentation. |
| 8/11/2011 | J. Hyland | 0.90 | Continued reviewing pension liability matters. |
| 8/11/2011 | J. Peterson | 1.30 | Reviewed the July 2011 headcount reports re: actual vs. budget. |
| 8/11/2011 | J. Hyland | 2.30 | Reviewed pension liability calculations and report from Mercer. |
| 8/12/2011 | J. Hyland | 1.00 | Reviewed pension calculations. |
| 8/15/2011 | A. Cowie | 1.80 | Analyzed employee pension update documents. |
| 8/18/2011 | J. Hyland | 1.10 | Reviewed the draft employee claims summary. |
| 8/22/2011 | J. Hyland | 1.20 | Prepared for (0.4) and participated in (0.8) call with Goodmans, Fraser, and other advisors re: Canadian employee claims process. |
| 8/22/2011 | J. Hyland | 1.40 | Prepared for Canadian employee claims procedure presentation. |
| 8/22/2011 | J. Borow | 2.40 | Reviewed and analyzed employee claims in Canada. |
| 8/23/2011 | J. Hyland | 0.30 | Conducted call with T. Ayres re: Canadian employee claims. |
| 8/23/2011 | J. Borow | 1.10 | Review of issues pertaining to Canadian employee claims. |
| 8/23/2011 | J. Borow | 2.10 | Review issues relating to US employee claims. |
| 8/23/2011 | J. Borow | 2.80 | Reviewed and analyzed employee claims in Canada. |
| 8/24/2011 | J. Hyland | 0.50 | Participated in call with Fraser re: Canadian employee claims. |
| 8/24/2011 | J. Hyland | 0.90 | Prepared for employee claim call with Fraser. |
| 8/24/2011 | J. Hyland | 1.10 | Prepared due diligence request for Canadian employee claims process. |
| 8/24/2011 | J. Borow | 1.70 | Review of issues pertaining to Canadian employee claims. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/25/2011 | J. Hyland | 0.10 | Conducted call with M. Dunsmuir re: Canadian compensation claim due diligence. |
| 8/25/2011 | J. Hyland | 0.60 | Revised Canadian employee claims process due diligence list. |
| 8/26/2011 | J. Borow | 1.30 | Reviewed and analyzed employee claims in Canada. |
| Subtotal | | 63.80 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/1/2011 | A. Cowie | 1.70 | Analyzed revised recovery modeling in regard to potential settlement negotiations. |
| 8/1/2011 | D. Rothberg | 1.70 | Analyzed and reviewed asset recovery model. |
| 8/1/2011 | T. Morilla | 2.10 | Reviewed and analyzed the certain recovery scenarios. |
| 8/2/2011 | T. Morilla | 1.00 | Continued to review certain documents related to bondholder recoveries. |
| 8/2/2011 | J. Borow | 1.70 | Review various recovery scenarios. |
| 8/2/2011 | T. Morilla | 2.10 | Reviewed certain documents as it relates to the bondholder recoveries. |
| 8/2/2011 | T. Morilla | 2.20 | Continued to review and edit certain recovery scenarios. |
| 8/2/2011 | A. Cowie | 2.80 | Analyzed creditor recoveries under allocation scenarios by estate. |
| 8/3/2011 | D. Rothberg | 0.70 | Continued to review and analyze creditor recovery model. |
| 8/3/2011 | D. Rothberg | 2.20 | Reviewed updated allocation and recovery model for additional inputs and various methodologies. |
| 8/3/2011 | A. Cowie | 2.40 | Analyzed allocation issues by estate, creditor recovery modeling. |
| 8/3/2011 | T. Morilla | 2.80 | Continued to review and edit reeovery scenarios. |
| 8/3/2011 | T. Morilla | 2.90 | Continued to review and analyze certain recovery scenarios. |
| 8/4/2011 | A. Cowie | 1.20 | Analyzed creditor recovery scenarios. |
| 8/4/2011 | T. Morilla | 2.90 | Reviewed and analyzed certain recovery scenarios. |
| 8/5/2011 | T. Morilla | 1.90 | Continued to review and analyze certain recovery rate scenarios. |
| 8/5/2011 | A. Cowie | 1.90 | Analyzed creditor recovery scenarios. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/5/2011 | T. Morilla | 2.80 | Prepared additional recovery rate scenarios. |
| 8/8/2011 | T. Morilla | 0.80 | Reviewed and analyzed recovery rate scenarios. |
| 8/8/2011 | A. Cowie | 1.40 | Analyzed creditor recovery calculations and summary documents. |
| 8/8/2011 | D. Rothberg | 2.90 | Analyzed recovery model. |
| 8/9/2011 | A. Cowie | 1.70 | Analyzed creditor recovery calculations and summary documents. |
| 8/9/2011 | D. Rothberg | 1.90 | Continued to analyze recovery models and updated scenarios. |
| 8/9/2011 | D. Rothberg | 2.00 | Analyzed asset recovery model. |
| 8/9/2011 | D. Rothberg | 2.50 | Reviewed and analyzed recovery and allocation related topics. |
| 8/9/2011 | T. Morilla | 2.80 | Continued to review and analyze recovery rate scenarios. |
| 8/9/2011 | T. Morilla | 2.90 | Reviewed and analyzed certain recovery rate scenarios. |
| 8/9/2011 | J. Borow | 3.70 | Prepared for (3.2) and participated in (0.5) meeting with counsel and advisors re: settlement issues. |
| 8/10/2011 | J. Borow | 1.20 | Review analyses of recovery issues and related recovery scenarios. |
| 8/10/2011 | D. Rothberg | 1.20 | Analyzed recovery models. |
| 8/10/2011 | C. Kearns | 1.50 | Prepared for (0.5) and participated in (1.0) calls with counsel and one UCC member re: recovery scenarios and related follow up. |
| 8/10/2011 | J. Peterson | 1.70 | Continued to edit and model potential scenario. |
| 8/10/2011 | A. Cowie | 1.80 | Analyzed creditor recovery calculations and summary documents. |
| 8/10/2011 | T. Morilla | 1.90 | Prepared list of recovery scenarios for a report. |
| 8/10/2011 | J. Peterson | 2.40 | Continued to review and analyze potential scenarios. |
| 8/10/2011 | D. Rothberg | 2.70 | Continued to review and analyze creditor recoveries under various scenarios. |
| 8/11/2011 | T. Morilla | 1.30 | Continued to review recovery scenarios. |
| 8/11/2011 | A. Cowie | 1.70 | Analyzed creditor recovery calculations and summary documents. |
| 8/11/2011 | J. Borow | 2.30 | Review analyses of recovery issues and related recovery scenarios. |
| 8/11/2011 | D. Rothberg | 2.80 | Continued to analyze scenario and creditor recoveries. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/12/2011 | J. Borow | 1.40 | Reviewed analyses of recovery issues and related recovery scenarios. |
| 8/12/2011 | A. Cowie | 1.60 | Analyzed creditor recovery calculations and summary documents. |
| 8/12/2011 | T. Morilla | 2.40 | Continued to review and analyze the recovery model. |
| 8/16/2011 | C. Kearns | 1.50 | Reviewed ongoing analysis of claim recoveries. |
| 8/16/2011 | J. Borow | 2.40 | Reviewed various recovery scenarios and evaluated related analyses. |
| 8/17/2011 | T. Morilla | 2.70 | Continued to analyze the intercompany recovery model. |
| 8/17/2011 | T. Morilla | 2.80 | Reviewed and edited the intercompany recovery model. |
| 8/18/2011 | D. Rothberg | 2.20 | Reviewed and analyzed scenario changes on recoveries. |
| 8/18/2011 | J. Borow | 2.40 | Review various recovery scenarios and evaluate related analyses. |
| 8/18/2011 | T. Morilla | 2.80 | Continued working on the recovery scenario presentation. |
| 8/18/2011 | T. Morilla | 2.80 | Constructed recovery scenario presentation. |
| 8/18/2011 | C. Kearns | 4.70 | Met with counsel and individual note holder re: public status and recovery scenarios. |
| 8/19/2011 | J. Hyland | 1.40 | Reviewed claims recovery analyses. |
| 8/19/2011 | T. Morilla | 1.90 | Reviewed recovery scenario presentation. |
| 8/19/2011 | J. Peterson | 2.10 | Reviewed and analyzed the latest recovery scenarios for the U.S., Canada and EMEA estates. |
| 8/19/2011 | J. Borow | 2.60 | Review various recovery scenarios and related analyses. |
| 8/22/2011 | T. Morilla | 0.80 | Edited the recovery presentation based on comments. |
| 8/22/2011 | T. Morilla | 1.70 | Reviewed and edited the recovery model. |
| 8/22/2011 | T. Morilla | 2.10 | Reviewed and analyzed recovery presentation prepared by a creditor. |
| 8/22/2011 | A. Cowie | 2.30 | Analyzed revised escrow calculations and creditor recoveries modeling. |
| 8/22/2011 | D. Rothberg | 2.70 | Analyzed and reviewed recoveries based on various methodologies. |
| 8/22/2011 | T. Morilla | 2.80 | Continued to prepare the recovery scenario presentation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/22/2011 | D. Rothberg | 2.90 | Analyzed and prepared recovery model results to creditors based on various assumptions. |
| 8/23/2011 | A. Cowie | 0.90 | Continued to analyze claim recovery model provided by creditor. |
| 8/23/2011 | T. Morilla | 1.20 | Continued to revise the recovery presentation. |
| 8/23/2011 | D. Rothberg | 2.70 | Continued to review and analyze creditor recoveries based on various methodologies. |
| 8/23/2011 | D. Rothberg | 2.90 | Reviewed creditor recoveries based on various methodologies. |
| 8/23/2011 | A. Cowie | 2.90 | Analyzed claim recovery model provided by creditor. |
| 8/24/2011 | J. Borow | 0.50 | Continued to review various recovery scenarios and related effects on claims and recoveries to various estates. |
| 8/24/2011 | C. Kearns | 0.80 | Analyzed waterfall assumptions from various public-side creditors. |
| 8/24/2011 | T. Morilla | 1.30 | Reviewed and analyzed the recovery model. |
| 8/24/2011 | A. Cowie | 1.30 | Analyzed creditor recoveries under varying input assumptions. |
| 8/24/2011 | A. Cowie | 1.30 | Analyzed claim recovery model provided by a creditor. |
| 8/24/2011 | T. Morilla | 1.40 | Reviewed and analyzed the recovery presentation completed by a creditor. |
| 8/24/2011 | D. Rothberg | 2.20 | Reviewed deck of possible recovery scenarios. |
| 8/24/2011 | A. Cowie | 2.70 | Continued to analyze claim recovery model provided by a creditor. |
| 8/24/2011 | J. Borow | 2.90 | Review various recovery scenarios and related effects on claims and recoveries to various estates. |
| 8/25/2011 | T. Morilla | 0.70 | Continued adjusting the recovery model for an additional scenario. |
| 8/25/2011 | T. Morilla | 1.80 | Prepared recovery summary based on recovery results. |
| 8/25/2011 | T. Morilla | 2.70 | Continued to adjust the recovery model for additional scenarios. |
| 8/25/2011 | T. Morilla | 2.80 | Adjusted the recovery model for additional scenarios. |
| 8/25/2011 | D. Rothberg | 2.90 | Analyzed updated recovery model scenarios. |
| 8/29/2011 | J. Borow | 1.70 | Review various recovery scenarios. |
| 8/30/2011 | D. Rothberg | 0.90 | Reviewed creditor recover model. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/30/2011 | J. Borow | 0.90 | Review various recovery analyses. |
| 8/31/2011 | A. Cowie | 1.00 | Analyzed creditor recovery model results based on alternate asset input figures. |
| 8/31/2011 | T. Morilla | 1.50 | Reviewed and analyzed certain recovery scenarios. |
| 8/31/2011 | J. Borow | 2.10 | Reviewed and analyzed various recovery scenarios. |
| Subtotal | | 179.10 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/1/2011 | C. Kearns | 0.50 | Reviewed status of cross border claims review. |
| 8/1/2011 | T. Morilla | 1.20 | Reviewed and analyzed the Canadian claims. |
| 8/2/2011 | J. Peterson | 2.80 | Continued to analyze and model U.S. claims. |
| 8/2/2011 | J. Peterson | 2.90 | Continued to analyze and model U.S. claims. |
| 8/3/2011 | D. Rothberg | 0.80 | Reviewed detail of U.S. claims base. |
| 8/3/2011 | J. Peterson | 0.80 | Reviewed and analyzed claims scenarios. |
| 8/3/2011 | D. Rothberg | 1.20 | Reviewed detailed Canadian claims. |
| 8/3/2011 | J. Peterson | 2.10 | Started to review the July 2011 Canadian claims update. |
| 8/4/2011 | J. Peterson | 0.70 | Prepared for and participated in a call with Chilmark re: claim calculations. |
| 8/4/2011 | T. Morilla | 1.20 | Reviewed and analyzed the U.S. claims. |
| 8/4/2011 | T. Morilla | 1.30 | Continued to review and analyze the Canadian claims. |
| 8/4/2011 | J. Hyland | 1.40 | Reviewed claim category. |
| 8/4/2011 | D. Rothberg | 2.00 | Reviewed details provided behind certain claims in the U.S. claims base. |
| 8/4/2011 | J. Peterson | 2.40 | Continued to analyze and review the July 2011 Canadian claims update provided by E&Y. |
| 8/4/2011 | J. Hyland | 2.80 | Reviewed U.S. claims analysis. |
| 8/5/2011 | J. Hyland | 0.40 | Participated in call with Cleary and B. Kahn re: claim settlement. |
| 8/5/2011 | J. Peterson | 1.20 | Prepared for and participated in a call with FTI re: claim calculations. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 8/5/2011 | J. Peterson | 1.50 | Prepared for and participated in a call with counsel and Cleary re: cross-border claim tentative settlements. |
| 8/5/2011 | J. Borow | 1.70 | Review intercompany and cross border claims. |
| 8/5/2011 | J. Hyland | 2.20 | Analyzed claims scenario. |
| 8/5/2011 | J. Peterson | 2.60 | Reviewed the latest cross-border claims proposed settlements. |
| 8/8/2011 | C. Kearns | 0.80 | Reviewed status of claims analysis. |
| 8/8/2011 | T. Morilla | 1.60 | Continued to review and analyze the US and Canadian claims. |
| 8/8/2011 | T. Morilla | 1.60 | Continued to review and analyze claim calculations. |
| 8/8/2011 | T. Morilla | 1.90 | Reviewed and analyzed calculations on the bonds. |
| 8/8/2011 | J. Borow | 2.10 | Review intercompany claims and potential related issues. |
| 8/8/2011 | J. Hyland | 2.40 | Reviewed bond claims. |
| 8/8/2011 | J. Hyland | 2.70 | Analyzed claims. |
| 8/8/2011 | J. Peterson | 2.80 | Continued to review and update claims analysis. |
| 8/9/2011 | T. Morilla | 0.80 | Reviewed the Canadian claims. |
| 8/9/2011 | T. Morilla | 0.90 | Continued to review the US claims. |
| 8/9/2011 | T. Morilla | 0.90 | Continued to review and analyze the Canadian claims. |
| 8/9/2011 | J. Hyland | 2.50 | Finalized claims analysis. |
| 8/10/2011 | J. Hyland | 0.10 | Participated in call with B. Kahn re: bond agreement. |
| 8/10/2011 | J. Hyland | 0.40 | Participated in call with S. Kelly and B. Kahn re: claim recoveries. |
| 8/10/2011 | J. Hyland | 0.40 | Participated in call with B. Kahn re: claims. |
| 8/10/2011 | J. Hyland | 1.20 | Analyzed claims. |
| 8/10/2011 | T. Morilla | 1.50 | Reviewed and analyzed the claim calculations. |
| 8/10/2011 | J. Borow | 1.80 | Review issues relating to scenario on claims base. |
| 8/10/2011 | T. Morilla | 2.00 | Continued to prepare claim analysis. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/11/2011 | J. Borow | 1.10 | Review issues relating to scenario on related claims base. |
| 8/11/2011 | T. Morilla | 1.20 | Reviewed the Canadian claims as it relates to scenario issues. |
| 8/11/2011 | T. Morilla | 1.30 | Continued to review certain claim calculations. |
| 8/12/2011 | C. Kearns | 0.50 | Reviewed status of claim analysis. |
| 8/12/2011 | D. Rothberg | 1.20 | Reviewed detailed U.S. Debtor claims. |
| 8/12/2011 | T. Morilla | 1.60 | Reviewed US claims estimates. |
| 8/12/2011 | J. Peterson | 1.70 | Started to review the July 2009 actuarial valuation of the Debtor's pension deficit. |
| 8/12/2011 | J. Hyland | 2.80 | Continued reviewing indenture agreements. |
| 8/12/2011 | J. Hyland | 2.90 | Reviewed indenture agreements. |
| 8/15/2011 | J. Borow | 1.40 | Review various claims and bond claim computations. |
| 8/15/2011 | J. Peterson | 1.80 | Continued to review and analyze claims on scenario calculations. |
| 8/15/2011 | T. Morilla | 2.00 | Reviewed and analyzed certain claim provision analyses. |
| 8/15/2011 | A. Cowie | 2.80 | Analyzed bond holder claims and supporting calculations. |
| 8/15/2011 | D. Rothberg | 2.90 | Reviewed detailed U.S. claims. |
| 8/16/2011 | C. Kearns | 0.40 | Exchanged emails with counsel on claims-related issues. |
| 8/16/2011 | A. Cowie | 0.60 | Participated in a discussion with Chilmark in regard to claims calculations. |
| 8/16/2011 | J. Peterson | 1.20 | Prepared for (0.6) and participated in (0.6) a call with J. Ray and Chilmark re: U.S. claims update. |
| 8/16/2011 | D. Rothberg | 1.70 | Reviewed detailed claims forecasts for Canadian and EMEA estates. |
| 8/16/2011 | A. Cowie | 1.70 | Continued to analyze bondholder claim calculations. |
| 8/16/2011 | J. Borow | 2.10 | Prepared for (1.5) and participated in (0.6) discussion with debtor and Debtors' professionals re: various claims analyses. |
| 8/16/2011 | A. Cowie | 2.90 | Analyzed bondholder claim calculations. |
| 8/17/2011 | T. Morilla | 0.40 | Reviewed issues regarding employee claims. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 8/17/2011 | C. Kearns | 0.50 | Reviewed status of claim base analysis and cross border issues. |
| 8/17/2011 | J. Peterson | 0.60 | Participated in a call with FTI re: claim calculations. |
| 8/17/2011 | A. Cowie | 0.80 | Reviewed bond claim calculations. |
| 8/17/2011 | J. Peterson | 1.20 | Continued to review and edit scenario bond calculations. |
| 8/17/2011 | A. Cowie | 1.70 | Continued to analyze bondholder claim calculations. |
| 8/17/2011 | A. Cowie | 1.70 | Analyzed impact of indenture agreement on claim calculations. |
| 8/17/2011 | J. Borow | 2.20 | Review various claims and bond claim computations. |
| 8/17/2011 | C. Kearns | 2.30 | Reviewed ongoing analysis of possible claims including related discussion with counsel. |
| 8/17/2011 | A. Cowie | 2.80 | Analyzed bondholder claim calculations. |
| 8/18/2011 | T. Morilla | 1.20 | Reviewed and analyzed the employee claims. |
| 8/18/2011 | A. Cowie | 1.40 | Continued to prepare analysis on impact to claims base from scenario. |
| 8/18/2011 | D. Rothberg | 1.50 | Reviewed and analyzed updated Canadian claims. |
| 8/18/2011 | A. Cowie | 1.80 | Prepared analysis of bond claims calculations. |
| 8/18/2011 | A. Cowie | 1.90 | Analyzed documentation in regard to Canadian estate employee claims. |
| 8/18/2011 | A. Cowie | 2.90 | Prepared analysis on impact to claims base from scenario. |
| 8/19/2011 | C. Kearns | 0.50 | Reviewed status of claim analysis. |
| 8/19/2011 | A. Cowie | 1.10 | Analyzed documentation in regard to Canadian estate employee claims. |
| 8/19/2011 | D. Rothberg | 1.20 | Reviewed Canadian claims process document from Monitor. |
| 8/19/2011 | A. Cowie | 1.40 | Continued to prepare analysis of scenario impact on claims and recoveries. |
| 8/19/2011 | D. Rothberg | 1.70 | Reviewed detailed claims in Canada, specifically real estate related claims. |
| 8/19/2011 | A. Cowie | 1.90 | Prepared analysis of scenario impact on claims and recoveries. |
| 8/19/2011 | A. Cowie | 2.80 | Analyzed certain bond holder claim calculations. |
| 8/22/2011 | A. Cowie | 0.70 | Analyzed proposed claim rejection settlement. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/22/2011 | J. Peterson | 0.80 | Participated in a call with Fraser, Ogilvy, counsel and E&Y re: Canadian employee claims. |
| 8/22/2011 | D. Rothberg | 1.00 | Participated in a call with Debtors and Debtors' advisors regarding U.S. Debtor claims. |
| 8/23/2011 | C. Kearns | 1.50 | Reviewed various claims settlement data. |
| 8/24/2011 | J. Peterson | 0.90 | Prepared for (0.4) and participated in (0.5) a call with Fraser and Capstone re: Canadian employee claims. |
| 8/24/2011 | J. Peterson | 1.30 | Continued to review and analyze the Canadian Monitor's reports re: interim distributions made for the Health and Welfare Trust and Termination Fund. |
| 8/24/2011 | D. Rothberg | 1.80 | Reviewed detailed claim valuation package. |
| 8/25/2011 | J. Hyland | 1.30 | Reviewed calculation for real estate claim and related agreement. |
| 8/26/2011 | D. Rothberg | 1.10 | Reviewed actuarial analysis of certain claims. |
| 8/26/2011 | T. Morilla | 1.50 | Reviewed the Canadian claims. |
| 8/26/2011 | A. Cowie | 1.70 | Analyzed bond claim calculations. |
| 8/29/2011 | J. Hyland | 0.50 | Reviewed due diligence request on employee claims. |
| 8/29/2011 | J. Borow | 1.20 | Review various claims including avoidance actions and preference payments. |
| 8/29/2011 | J. Hyland | 1.90 | Reviewed real estate matter and corresponded with counsel. |
| 8/29/2011 | J. Peterson | 1.90 | Continued to review and analyze the global real estate claims. |
| 8/29/2011 | D. Rothberg | 2.00 | Reviewed claim analysis documents for specific claims. |
| 8/29/2011 | J. Hyland | 2.60 | Reviewed claims documentation. |
| 8/30/2011 | J. Hyland | 0.10 | Conducted call with C. McGran and B. Beckenkamp re: Canadian employee claim due diligence. |
| 8/30/2011 | J. Peterson | 0.40 | Prepared for (0.3) and participated in (0.1) a call with E&Y re: Canadian employee due diligence request list. |
| 8/30/2011 | J. Hyland | 0.60 | Participated in call with R. Baik, B. Kahn, and F. Hodara re: settlement of amount for claimant. |
| 8/30/2011 | C. Kearns | 1.00 | Reviewed various claims settlement data. |
| 8/30/2011 | D. Rothberg | 1.00 | Reviewed details of claims analysis provided by the U.S. Debtor. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 8/30/2011 | D. Rothberg | 1.00 | Prepared for (0.4) and participated in (0.6) a call with U.S. Debtors' council regarding claims analysis. |
| 8/30/2011 | D. Rothberg | 1.20 | Reviewed Canadian claims motion. |
| 8/30/2011 | D. Rothberg | 1.40 | Reviewed actuarial analysis of certain claims. |
| 8/30/2011 | A. Cowie | 1.40 | Analyzed proposed claim settlement. |
| 8/30/2011 | A. Cowie | 1.90 | Analyzed bond claim and creditor recovery scenarios. |
| 8/30/2011 | J. Borow | 2.10 | Review U.S. and Canada claims. |
| 8/31/2011 | J. Hyland | 0.10 | Conducted call with R. Boris re: claims included in settlement of claim amount. |
| 8/31/2011 | J. Hyland | 0.40 | Conducted call with M. Sandberg re: Canadian employee compensation claims. |
| 8/31/2011 | D. Rothberg | 0.50 | Prepared (0.4) and participated in (0.1) a call with R. Boris re: claims. |
| 8/31/2011 | D. Rothberg | 0.80 | Reviewed actuarial analysis for certain claims. |
| 8/31/2011 | J. Peterson | 0.90 | Prepared for (0.8) and participated in (0.1) a call with R. Boris re: U.S. claims. |
| 8/31/2011 | J. Borow | 1.10 | Review various claims analyses and related issues. |
| 8/31/2011 | J. Peterson | 1.50 | Started to review and analyze the August 2011 Canadian claims update provided by E&Y. |
| 8/31/2011 | J. Peterson | 1.60 | Reviewed and analyzed the proposed claim settlement of allowed claim. |
| 8/31/2011 | A. Cowie | 2.40 | Analyzed creditor recovery scenarios based on revised claim calculations. |
| Subtotal | | 178.50 | |

**13. Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 8/2/2011 | J. Borow | 1.10 | Review cross border and intercompany claims issues. |
| 8/11/2011 | J. Peterson | 2.30 | Reviewed the August 2011 Asia restructuring update. |
| 8/16/2011 | T. Morilla | 0.90 | Continued to review U.S. intercompany balances. |
| 8/16/2011 | T. Morilla | 2.70 | Reviewed and analyzed U.S. intercompany balances. |
| 8/17/2011 | T. Morilla | 0.90 | Continued reviewing U.S. intercompany balances. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/22/2011 | J. Hyland | 2.40 | Reviewed intercompany matters between NNL and NNI. |
| 8/25/2011 | D. Rothberg | 1.00 | Reviewed detailed intercompany claims balances. |
| 8/25/2011 | J. Borow | 1.20 | Review intercompany claims and potential settlements. |
| Subtotal | | 12.50 | |

**14. Executory Contracts/Leases**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/12/2011 | J. Borow | 1.10 | Review modifications to existing contracts for claims and related rejection damages. |
| 8/15/2011 | A. Cowie | 0.70 | Analyzed proposed lease rejection settlement. |
| 8/25/2011 | J. Hyland | 0.10 | Conducted call with B. Kahn re: real estate lease resolution. |
| 8/25/2011 | J. Hyland | 1.50 | Reviewed settlement documentation for a NNI real estate property. |
| 8/25/2011 | J. Borow | 1.70 | Review provisions of the release of a lease. |
| 8/26/2011 | J. Borow | 1.10 | Review provisions of the release for a lease. |
| 8/26/2011 | J. Hyland | 2.20 | Reviewed lease assignment documentation. |
| Subtotal | | 8.40 | |

**17. Analysis of Historical Results**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/1/2011 | A. Cowie | 1.10 | Analyzed current APAC and CALA performance results. |
| 8/1/2011 | J. Hyland | 1.30 | Reviewed interest calculations. |
| 8/1/2011 | J. Hyland | 1.50 | Analyzed actual professional fees for a service provider. |
| 8/2/2011 | A. Cowie | 1.80 | Analyzed historical operating results for 1H 2011. |
| 8/10/2011 | J. Peterson | 2.70 | Started to review and analyze the 1H 2011 Corporate Group results. |
| 8/11/2011 | J. Peterson | 1.20 | Prepared for and participated in a call with NBS, FTI and Chilmark re: 1H 2011 U.S. results. |
| 8/11/2011 | T. Morilla | 1.20 | Analyzed the Debtors' Q2 financial results. |
| 8/11/2011 | J. Peterson | 2.00 | Continued to review and analyze the 1H 2011 U.S. only results. |
| 8/12/2011 | J. Peterson | 1.10 | Reviewed and analyzed the 1H 2011 Corporate Group's results. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/12/2011 | J. Hyland | 1.20 | Reviewed 1H released financial information. |
| 8/12/2011 | J. Peterson | 2.20 | Started to review Debtors' filed Q2 2011 10Q. |
| 8/12/2011 | J. Peterson | 2.80 | Continued to analyze and review the 1H 2011 Corporate Group results for Canada, APAC and CALA. |
| 8/15/2011 | J. Peterson | 0.70 | Started to review Spain's August 2011 progress report. |
| 8/15/2011 | J. Peterson | 2.60 | Continued to edit and draft the 1H 2011 Corporate Group actual results to budget report. |
| 8/15/2011 | A. Cowie | 2.70 | Prepared 1H 2011 corporate report. |
| 8/15/2011 | J. Peterson | 2.90 | Continued to draft the 1H 2011 Corporate Group actual vs. budget results. |
| 8/16/2011 | J. Peterson | 1.40 | Prepared for and participated in a call with J. Doolittle and C. Glaspell re: Q2 2011 results. |
| 8/16/2011 | J. Peterson | 2.10 | Continued to edit and update the 1H 2011 Corporate Group actual vs. budget results. |
| 8/16/2011 | J. Peterson | 2.40 | Reviewed France SA and France SAS August 2011 progress reports. |
| 8/16/2011 | A. Cowie | 2.80 | Prepared report on 2Q 2011 10Q results. |
| 8/17/2011 | A. Cowie | 1.00 | Prepared operating update discussion points for UCC call. |
| 8/17/2011 | J. Peterson | 1.70 | Reviewed Ireland's August 2011 Administration progress report. |
| 8/17/2011 | J. Peterson | 2.10 | Reviewed NNUK's August 2011 Administration progress report. |
| 8/17/2011 | J. Peterson | 2.20 | Started to draft an overall summary of the EMEA Administration progress reports re: cash and headcount trends. |
| 8/18/2011 | J. Peterson | 0.90 | Reviewed the June 2011 Monthly Operating Report. |
| 8/18/2011 | J. Peterson | 2.70 | Continued to draft a summary of the August 2011 EMEA Administration reports. |
| 8/19/2011 | J. Peterson | 0.70 | Continued to edit the 1H 2011 Corporate Group report re: comments from counsel. |
| 8/19/2011 | J. Hyland | 1.50 | Reviewed 1H CG report for UCC. |
| 8/22/2011 | J. Peterson | 0.90 | Prepared for and participated in a call with T. Ross re: 1H 2011 U.S. only results. |
| 8/22/2011 | A. Cowie | 2.30 | Prepared report on Q1 10Q results. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/23/2011 | T. Morilla | 0.50 | Reviewed and analyzed the Corporate Group report. |
| 8/23/2011 | A. Cowie | 2.10 | Prepared 10Q operating results report. |
| 8/23/2011 | J. Peterson | 2.50 | Continued to draft the U.S. only supporting schedules re: residual and leave behind costs June year-to-date results. |
| 8/23/2011 | J. Peterson | 2.70 | Continued to draft the supporting U.S. only 1H 2011 schedules re: TSAs 1H to budget performance. |
| 8/24/2011 | J. Hyland | 1.70 | Analyzed and prepared Q2 10Q talking points for UCC meeting. |
| 8/25/2011 | J. Peterson | 1.80 | Reviewed the 2011 Q1 and Q2 results. |
| 8/30/2011 | T. Morilla | 1.20 | Reviewed and analyzed certain escrow account releases. |
| 8/30/2011 | T. Morilla | 2.20 | Prepared escrow account schedules. |
| 8/30/2011 | T. Morilla | 2.50 | Continued preparing escrow account schedules. |
| 8/31/2011 | T. Morilla | 0.40 | Continued to edit the escrow report based on comments. |
| 8/31/2011 | T. Morilla | 1.30 | Edited escrow report based on comments. |
| 8/31/2011 | T. Morilla | 2.10 | Continued to review the release of funds from certain escrow accounts. |
| Subtotal | | 74.70 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/1/2011 | J. Peterson | 1.50 | Continued to review and update the historical list of on action item and open issues. |
| 8/1/2011 | A. Cowie | 1.70 | Analyzed current operating reports from the Debtors. |
| 8/1/2011 | A. Cowie | 1.90 | Analyzed case matters, prioritized task list and prepared detailed outstanding matter descriptions. |
| 8/1/2011 | T. Morilla | 2.10 | Reviewed and analyzed report list. |
| 8/2/2011 | J. Peterson | 2.30 | Continued to draft and edit the 1H 2011 Corporate Group results. |
| 8/2/2011 | A. Cowie | 2.40 | Prepared updated talking points and analysis for UCC meeting. |
| 8/3/2011 | T. Morilla | 0.90 | Continued to review claim recovery scenario report. |
| 8/3/2011 | D. Rothberg | 1.00 | Reviewed and analyzed UCC reports. |

Capstone Advisory Group, LLC
Invoice for the 8/1/2011-8/31/2011 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 8/3/2011 | J. Hyland | 1.00 | Analyzed UCC reporting for next week. |
| 8/3/2011 | A. Cowie | 2.90 | Reviewed and analyzed the weekly UCC reports. |
| 8/4/2011 | T. Morilla | 0.20 | Reviewed and analyzed court order regarding a potential mediation postponement. |
| 8/4/2011 | T. Morilla | 1.00 | Continued reviewing and analyzing the Chilmark calculations for scenario. |
| 8/4/2011 | T. Morilla | 1.10 | Reviewed and analyzed the Chilmark calculations for scenario. |
| 8/4/2011 | T. Morilla | 1.10 | Reviewed and analyzed potential reports list. |
| 8/5/2011 | J. Hyland | 0.40 | Reviewed report list for UCC. |
| 8/5/2011 | T. Morilla | 2.20 | Reviewed and analyzed certain bondholder indentures. |
| 8/8/2011 | J. Dorans | 0.50 | Researched offering memorandums for selected bonds. |
| 8/8/2011 | T. Morilla | 2.20 | Reviewed and analyzed the bondholder indentures. |
| 8/8/2011 | J. Peterson | 2.30 | Reviewed bond indentures |
| 8/10/2011 | J. Hyland | 1.30 | Analyzed reporting for UCC. |
| 8/10/2011 | T. Morilla | 2.20 | Reviewed and analyzed the bondholder indentures. |
| 8/11/2011 | T. Morilla | 1.60 | Reviewed certain documents as it relates to certain bondholder provisions. |
| 8/15/2011 | J. Hyland | 0.60 | Reviewed reports for UCC. |
| 8/15/2011 | T. Morilla | 0.90 | Reviewed and analyzed bond prices. |
| 8/15/2011 | O. Freidzon | 1.00 | Researched telecom issuance comps. |
| 8/15/2011 | T. Morilla | 1.40 | Reviewed and analyzed bondholder scenario calculations. |
| 8/15/2011 | C. Lister | 2.00 | Researched and pulled metrics for comps. |
| 8/16/2011 | T. Morilla | 0.60 | Reviewed and analyzed pending reports. |
| 8/16/2011 | O. Freidzon | 1.50 | Reviewed telecom bond research. |
| 8/16/2011 | D. Rothberg | 2.10 | Reviewed and analyzed EMEA operating reports for each entity in administration. |
| 8/17/2011 | D. Rothberg | 0.30 | Reviewed EMEA administrative operating report documents. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/17/2011 | J. Hyland | 1.00 | Reviewed UCC reports. |
| 8/18/2011 | J. Peterson | 1.90 | Reviewed the 72nd report of the Canadian Monitor re: TPA settlement, escrows, and transaction costs. |
| 8/19/2011 | D. Rothberg | 1.10 | Reviewed EMEA administrators operating reports. |
| 8/19/2011 | J. Peterson | 1.60 | Reviewed the 73rd report of the Canadian Monitor re: Health and Welfare Trust and interim distributions. |
| 8/24/2011 | D. Rothberg | 1.00 | Reviewed EMEA administrative operating reports. |
| 8/24/2011 | A. Cowie | 2.70 | Prepared discussion points and documents for UCC meeting. |
| 8/25/2011 | J. Peterson | 1.50 | Reviewed the June 2011 Monthly Operating Report re: balance sheet changes and liabilities subject to compromise. |
| 8/25/2011 | A. Cowie | 2.80 | Prepared revised operating reports and supporting discussion points for UCC meeting. |
| 8/29/2011 | J. Hyland | 1.00 | Reviewed report lists for UCC. |
| 8/29/2011 | T. Morilla | 1.30 | Reviewed deliverable reports for the week's UCC call. |
| 8/30/2011 | A. Cowie | 1.80 | Prepared operating discussion points for UCC meeting. |
| 8/30/2011 | J. Hyland | 2.90 | Reviewed reports for UCC. |
| 8/31/2011 | C. Kearns | 0.70 | Reviewed draft reports for UCC. |
| Subtotal | | 65.50 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/3/2011 | T. Morilla | 0.50 | Reviewed and analyzed the daily cash flash. |
| 8/3/2011 | J. Peterson | 1.90 | Reviewed the July 29, 2011 global cash flash re: monthly FX changes and IP divestiture cash adjustments. |
| 8/9/2011 | T. Morilla | 0.40 | Reviewed and analyzed the daily cash flash. |
| 8/9/2011 | J. Peterson | 0.80 | Reviewed the August 5, 2011 global cash flash. |
| 8/9/2011 | J. Peterson | 1.70 | Reviewed the Rabbi Trust cash and potential payout scenarios. |
| 8/10/2011 | T. Morilla | 0.50 | Continued to review the daily cash flashes. |
| 8/11/2011 | J. Peterson | 1.10 | Reviewed the U.S. weekly cash flash received from the NBS group. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/11/2011 | T. Morilla | 1.50 | Reviewed and analyzed the bi-weekly cash flow report. |
| 8/12/2011 | D. Rothberg | 2.10 | Prepared cash report for the UCC. |
| 8/15/2011 | T. Morilla | 0.40 | Reviewed and analyzed the daily cash flashes. |
| 8/15/2011 | T. Morilla | 2.10 | Reviewed and analyzed the Debtors' cash forecast report. |
| 8/16/2011 | T. Morilla | 0.40 | Reviewed daily cash flash. |
| 8/16/2011 | J. Peterson | 0.60 | Reviewed the August 12th global cash flash. |
| 8/16/2011 | T. Morilla | 1.40 | Reviewed and analyzed the EMEA cash balances. |
| 8/17/2011 | T. Morilla | 2.10 | Continued to review EMEA cash balances. |
| 8/19/2011 | J. Peterson | 2.40 | Continued to analyze the IH 2011 U.S. only results re: balance sheet run-off. |
| 8/22/2011 | J. Hyland | 0.50 | Reviewed cash reporting. |
| 8/22/2011 | J. Peterson | 0.60 | Continued to draft the supporting schedules for the UCC cash update re: China JV cash forecast (7/31 - 12/31/11). |
| 8/22/2011 | J. Peterson | 2.80 | Started to draft the supporting cash schedules for UCC cash update report re: Canadian cash forecast (7/31 - 12/31/11). |
| 8/22/2011 | J. Peterson | 2.90 | Continued to draft the supporting schedules for the UCC cash update re: APAC regions cash forecast (7/31 - 12/31/11). |
| 8/23/2011 | D. Rothberg | 0.90 | Reviewed and edited report for the UCC re: cash report. |
| 8/23/2011 | J. Peterson | 0.90 | Continued to draft the U.S. only cash update schedules re: IH 2011 balance sheet run-off. |
| 8/23/2011 | D. Rothberg | 1.50 | Prepared report for the UCC re: cash report. |
| 8/23/2011 | T. Morilla | 1.80 | Reviewed and analyzed the cash forecast presentation. |
| 8/23/2011 | J. Peterson | 1.90 | Continued to draft a summary of the Canadian, APAC and China JV cash forecasts. |
| 8/23/2011 | J. Hyland | 2.20 | Analyzed cash balances. |
| 8/23/2011 | J. Hyland | 2.90 | Reviewed cash update. |
| 8/24/2011 | T. Morilla | 0.50 | Reviewed and analyzed the cash flash. |
| 8/24/2011 | D. Rothberg | 1.00 | Reviewed report for the UCC re: cash report. |

**Capstone Advisory Group, LLC**
**Invoice for the 8/1/2011-8/31/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|------|------|------|
| 8/24/2011 | T. Morilla | 2.00 | Continued to edit the cash forecast presentation. |
| 8/24/2011 | J. Peterson | 2.00 | Continued to draft and edit the U.S. only 1H 2011 cash update re: executive summary of the U.S. only results. |
| 8/24/2011 | J. Hyland | 2.80 | Prepared cash talking points for UCC meeting. |
| 8/24/2011 | J. Peterson | 2.80 | Finalized the UCC monthly cash update report. |
| 8/24/2011 | J. Hyland | 2.90 | Reviewed final cash report. |
| 8/25/2011 | J. Peterson | 1.00 | Reviewed and analyzed the U.S. only August 18th cash flash. |
| 8/25/2011 | D. Rothberg | 1.10 | Reviewed EMEA cash balances at each entity. |
| 8/25/2011 | C. Kearns | 1.30 | Prepared for (0.6) and participated in (0.7) weekly UCC call, including review of our cash report. |
| 8/26/2011 | J. Hyland | 0.40 | Reviewed NNI weekly cash flash. |
| 8/26/2011 | J. Peterson | 2.20 | Started to review the latest cash forecasts for Canada, APAC and China JV (8/14 - 12/31/11). |
| 8/30/2011 | T. Morilla | 0.60 | Reviewed previous daily cash flashes. |
| 8/30/2011 | J. Peterson | 0.80 | Reviewed and analyzed the August 26th global cash flash. |
| 8/31/2011 | J. Peterson | 1.90 | Reviewed and analyzed the draft UCC escrow account update and analysis report. |
| Subtotal |  | 62.10 |  |

**20. Projections/Business Plan/Other**

| Date | Professional | Hours | Detailed Time Description |
|------|------|------|------|
| 8/3/2011 | D. Rothberg | 0.60 | Participated in a call with D. Cozart re: forecasts. |
| 8/8/2011 | D. Rothberg | 1.40 | Reviewed first half U.S. Debtors results. |
| 8/9/2011 | D. Rothberg | 1.60 | Reviewed U.S. Debtors first half results. |
| 8/10/2011 | D. Rothberg | 0.50 | Reviewed U.S. Debtors' first half results. |
| 8/10/2011 | D. Rothberg | 1.00 | Participated in a call with U.S. Debtors to review first half results. |
| 8/10/2011 | D. Rothberg | 1.40 | Analyzed Corporate Group first half results. |
| 8/11/2011 | D. Rothberg | 0.60 | Reviewed and analyzed the U.S Debtors results for the first half of the year. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/12/2011 | D. Rothberg | 1.90 | Analyzed Corporate Group budget. |
| 8/15/2011 | D. Rothberg | 0.60 | Analyzed Corporate Group cash projections and actual results. |
| 8/16/2011 | D. Rothberg | 1.40 | Reviewed U.S. Debtors 1H actual versus budget results. |
| 8/17/2011 | D. Rothberg | 1.10 | Analyzed U.S. Debtors actual results v budget for the 1H. |
| 8/18/2011 | J. Peterson | 2.40 | Started to bridge EMEA's mediation forecasted cash balances to the August 2011 Administration reports. |
| 8/29/2011 | C. Kearns | 0.50 | Reviewed wind-down budget status. |
| 8/30/2011 | J. Peterson | 2.10 | Started to review and analyze the headcount trends from 2008 to present and impact on employee claims both in the U.S. and Canadian estates. |
| Subtotal | | 17.10 | |

**22. Pref/Avoidance Actions**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/22/2011 | J. Hyland | 0.40 | Participated in call with C. Brown re: NNI avoidance actions. |
| 8/22/2011 | J. Hyland | 1.90 | Reviewed preference analysis and compared to prior summary. |
| 8/22/2011 | A. Cowie | 2.70 | Analyzed revised preference analysis prepared by Huron. |
| 8/23/2011 | A. Cowie | 2.10 | Prepared preference action update report. |
| 8/25/2011 | A. Cowie | 2.50 | Prepared updated preference action report for UCC. |
| 8/25/2011 | A. Cowie | 2.70 | Analyzed revised preference action information provided by Huron. |
| 8/26/2011 | A. Cowie | 2.40 | Continued to prepare updated preference action report for UCC. |
| 8/26/2011 | A. Cowie | 2.90 | Prepared updated preference action report for UCC. |
| 8/29/2011 | A. Cowie | 2.50 | Drafted preference action report for UCC. |
| 8/30/2011 | J. Borow | 1.30 | Review avoidance actions and preference reports to UCC. |
| 8/30/2011 | J. Hyland | 2.70 | Reviewed preference analysis and status. |
| 8/30/2011 | A. Cowie | 2.90 | Prepared updated preference report for UCC. |
| 8/31/2011 | A. Cowie | 1.80 | Continued to revise preference action report. |
| 8/31/2011 | A. Cowie | 2.80 | Revised preference action report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/31/2011 | J. Hyland | 2.80 | Reviewed avoidance action report for UCC. |
| Subtotal | | 34.40 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/2/2011 | J. Hyland | 0.10 | Conducted call with S. Hamilton re: IPA. |
| 8/2/2011 | J. Hyland | 0.20 | Conducted call with A. Rohan re: IPA. |
| 8/3/2011 | J. Hyland | 0.20 | Conducted call with A. Rohan re: IPA. |
| 8/4/2011 | J. Hyland | 0.50 | Conducted call with A. Rohan re: IPA status. |
| 8/8/2011 | J. Hyland | 0.20 | Participated in call with A. Rohan re: IPA. |
| 8/8/2011 | J. Hyland | 0.80 | Participated in call with S. Hamilton, J. Hussain, Jefferies, FTI, and RBC re: IPA. |
| 8/10/2011 | M. Lasinski | 1.50 | Reviewed intellectual property models for allocation. |
| 8/11/2011 | J. Hyland | 0.60 | Participated in call with J. Ray and A. Rohan re: IPA. |
| 8/11/2011 | J. Hyland | 1.50 | Analyzed IPA monetization options. |
| 8/12/2011 | J. Schad | 0.80 | Updated allocation analysis based on comments received from J. Hyland and M. Lasinski. |
| 8/16/2011 | C. Kearns | 0.20 | Reviewed IP address monetization status. |
| 8/16/2011 | J. Hyland | 0.50 | Analyzed IPA status. |
| 8/24/2011 | J. Hyland | 1.00 | Participated in call with S. Hamilton, J. Ray, Chilmark, and Jefferies re: IPA monetization update. |
| 8/25/2011 | J. Hyland | 0.70 | Participated in call with J. Pasqurilla, S. Hamilton, M. Sandberg, J. Ray, L. Carel, and others re: IPA monetization. |
| 8/26/2011 | J. Hyland | 0.10 | Conducted follow-up call with M. Sandberg re: IPA monetization. |
| 8/26/2011 | J. Hyland | 0.40 | Conducted call with M. Sandberg re: IPA monetization. |
| 8/26/2011 | J. Hyland | 0.60 | Participated in call with Cleary, John Ray, and A. Rohan re: IPA monetization. |
| 8/26/2011 | J. Hyland | 1.90 | Reviewed final diligence list for IPA monetization and analyzed with related information. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 8/30/2011 | D. Rothberg | 1.30 | Reviewed Global IP Group reimbursement motion. |
| 8/30/2011 | J. Peterson | 1.40 | Analyzed and reviewed the Global IP reimbursements to NNI, NNL and NNUK. |
| Subtotal | | 14.50 | |
| **Total Hours** | | **908.40** | |