**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 8/1/2011 through 8/31/2011**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/Train** | | | |
| 8/31/2011 | J. Borow | Airfare to Toronto. | $1,930.68 |
| **Subtotal - Airfare/Train** | | | **$1,930.68** |
| **Auto Rental/Taxi** | | | |
| 8/9/2011 | J. Borow | Taxi to meeting at Akin Gump. | $11.00 |
| 8/31/2011 | J. Borow | Cab to/from LaGuardia. | $160.00 |
| **Subtotal - Auto Rental/Taxi** | | | **$171.00** |
| **Research** | | | |
| 8/10/2011 | M. Lasinski | Purchase of IP research materials. | $37.70 |
| **Subtotal - Research** | | | **$37.70** |
| **Telecom** | | | |
| 8/4/2011 | CAG Direct | Conference call telecommunication charge for Nortel. | $58.35 |
| 8/7/2011 | CAG Direct | Telecommunication charges for Nortel. | $648.60 |
| 8/29/2011 | J. Peterson | Telecom for a call to Toronto re: Corporate Group meeting. | $24.50 |
| **Subtotal - Telecom** | | | **$731.45** |
| **For the Period 8/1/2011 through 8/31/2011** | | | **$2,870.83** |

Capstone Advisory Group, LLC
Invoice for the 8/1/2011-8/31/2011 Fee Statement

Page 1 of 1