**EXHIBIT "A"**

| CASE | ADVERSARY CASE NO. |
|---|---|
| **Nortel Networks, Inc. v. Accton Technology Corporation** | **10-55911** |
| **Nortel Networks, Inc. v. AudioCodes, Inc.** | **11-52298** |
| **Nortel Networks, Inc. v. Beeline.com, Inc.** | **10-55165** |