**Via Fax**

(Attorneys for Nathanson and Company, LLC)
Mary E. Augustine
Bifferato Gentilotti
800 N. King St. Plaza Level
Wilmington, DE 19801
Fax: 302-429-8600

(Counsel for ITC Networks)
Vivian A. Houghton, Esquire
800 West Street, 2nd Floor
Wilmington, DE 19801-1526
Fax: 302-658-5731

GAMBOURG & BORSEN LLP
Roman Gambourg, Esq.
The Bridge Plaza Building
2185 Lemoine Avenue
Fort Lee, NJ 07024
Fax: 201-242-6888
(Counsel for ITC Networks)

(Counsel for NeoPhotonics Corporation)
David D'Amour
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
Suite 2400
New York, NY 10012
Fax: 212-653-8701

(Counsel for LTS Managed)
Richard W. Riley
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
302-657-4900
Fax : 302-657-4901

(Counsel to AudioCodes)
Mark C. Hunt
Fulbright & Jaworski LLP
666 Fifth Ave.
New York, NY 10103
Fax: (212) 318-3400

(Counsel for McCann-Erickson Worldwide, Inc., McCann Relationship Marketing, and Wahlstrom)
Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue
P.O. Box 25046
Wilmington, DE 19801
Fax: 302-652-1111

(Counsel for Commonwealth of VA)
Mark K. Ames
Taxing Authority Consulting Serviceves, P.C.
PO Box 71476
Richmond, VA 23255
Fax: 804-440-1171

(Counsel for International Data Group)
Potter Anderson & Corroon LLP
Jeremy Ryan
R. Stephen McNeill
1313 N Market St.
Wilmington, DE 19801
Fax: 302-658-1192

(Attorneys for Nortel)
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
Raymond H. Lemisch, Esq.
Jennifer R. Hoover, Esquire
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Fax: 302-442-7012

(Attorneys for Communications Test Design, Inc.)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
David W. Hansen
525 University Avenue
Suite 1100
Palo Alto, California 94301
Fax: 650-470-4570

(Attorneys for Accton)
Vasquez Benisek & Lindgren LLP
Jeffrey T. Lindgren
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549
Fax: 925-403-0900

(Attorneys for Beeline.com, Inc.)
Daniel J. Merrett
Jones Day
1420 Peachtree St., N.E.; Suite 800
Atlanta, GA 30309-3053
Fax: 404-581-8330

Global Broadcast News
Attn: Anuj Garg
Express Trade Tower, Plot No 15-16
Sector 16A
Firm City
Noida, Utlar Pradesh 201 301
India
Facsimile: +91 0120 4324106

4534553.1