# DEFERRED COMP. SERVICE LIST

**VIA FACSIMILE**

Blank Rome, LLP
Bonnie Glantz Fatell
1201 Market St.
Wilmington, DE 19801
Fax: 302-425-6464

Bernstein, Shur, Sawyer & Nelson
Robert Keach
100 Middle St.
Portland, ME 04104
Fax: 207-774-1127

Robert Wohlford
30 Alexander Place
Pittsburgh, PA  15243
FAX: 412-253-0861

Roger J. Bushnell
101 Maybank Court
Durham, NC  27713
FAX: 919-806-0043

**VIA FEDERAL EXPRESS**

Mysore N. Prakash
5212 Lakecreek Court
Plano, TX  75093

Peter S. Budihardjo
103 Lochfield Drive
Cary, NC  27518

Girishkumar Patel
3905 Jefferson Circle
Plano, TX  75023

Semra Tariq
12325 Richmond Run Drive
Raleigh, NC  27614

John E. Sheppard
4808 Wood Valley Drive
Raleigh, NC  27616

Keith McNulty
793 Bedford Oaks Dr
Marietta, GA  30068

Scott Peters
5520 Claire Rose Lane NW
Atlanta, GA  30327

Raymond Strassburger
2805 Pine Hollow Rd
Oakton, VA  22124

Gerry Cabot
5452 Golden Currant Way
Parker, CO  80134

Bruce Klein
8220 Fountain Park Dr.
Raleigh, NC  27616

Egbert Clarke
16405 Diamond Place
Weston, FL 33331

Bakul & Chander Khanna
58 Blake Rd.
Lexington, MA 02420

4078188.1