# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.  
**CASE NO.:** 09-10138-KG  
**COURTROOM LOCATION:** 3  
**DATE:** 10/14/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Annie Cordo | Morris Nichols Arsht + Tunnell | Debtors |
| Derek Abbott | " | " |
| Howard Zelbo | Cleary Gottlieb Steen Hamilton | " |
| Deborah Buell | " | " |
| James Bromley | " | " |
| Lisa Schweitzer | " | " |
| Luke Barefoot | " | " |
| Justin R. Alberto | Bayard | UK Pension Claimants |
| Brian O'Connor | Willkie Farr | UK Pension Claimants |
| Abid Qureshi | Akin Gump Strauss Hauer + Feld LLP | Creditors' Committee |
| Fred Hodara | " | Creditors' Committee |
| Tom Kreller | Milbank Tweed | Bondholder Group |
| Chris Samis | Richards, Layton & Finger | Creditors' Committee |
| John Dorsey | Young Conaway | EMEA Debtors |
| Derek Adler | Hughes Hubbard | " |
| Kevin Lloyd | Herbert Smith | " |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.  
**CASE NO.:** 09-10138-KG  
**COURTROOM LOCATION:** 3  
**DATE:** 10/14/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ashley Laurie | Hughes Hubbard | EMEA Debtors |
| Michael Luskin | Hughes Hubbard | " |
| Edwin Harron | Young Conaway | " |
| Richard Lawton | Herbert Smith | " |
| John Whiteoak | " | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Amended Calendar 10/14/2011 01:54 PM

Calendar Date: 10/14/2011
Calendar Time: 09:00 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 08-10138 | Hearing | | Chris Hill | | Herbert Smith | Administrator(s), Joint Administrators to the Foreign Debtors / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Sameer Advani | | Willkie Farr & Gallagher LLP | Interested Party, Trustee of Nortel Network UK Pension Plan. et al / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Dax Atkinson | | Carval Investors | Interested Party, Dax Atkinson / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Brent Beekenkamp | | Ernst & Young | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Stephen Blauner | | Solus LP - Client | Creditor, Solus LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Philip E Brown | | PSAM, LP | Interested Party, PSAM / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Oliver Butt | | JPMorgan Chase & Co. | Interested Party, Oliver Butt / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Susan S. Chen | | Macquarie Bank | Creditor, Macquarie Bank / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Weston T. Eguchi | | Willkie Farr & Gallagher LLP | Interested Party, Trustee of Nortel Network UK Pension Plan. et al / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Megan Fleming-De La Cruz | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Andrew G. Friedman | | Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Matthew Gottlieb | | Lax, O'Sullivan, Scott & Lisus | Debtor, Nortel Networks UK / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Peter Gruszka | | Chicago Fundamental Investment | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Tibita P. Kaneene | | DebtWire | Intervenor, Tibita P. Kaneene / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Michael J. Kelly | | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Michael J. Kennedy | | Chilmark Partners | Debtor, Nortel Networks / LIVE |

Peggy Drasal                CourtConfCal2009                Page 1 of 3

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. | 09-10138 | Hearing | 4521332 | Lisa Kraidin | Allen & Overy, LLP | Creditor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | 4516967 | Olivia Mauro | Barclays Capital, Inc. | Interested Party, Barclay's Capital, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | 4521232 | Melanie A. McLaughlin | Milbank, Tweed, Hadley & McCloy, | Representing, Ad Hoc Committee / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | 4521213 | Philip Pallone | Goldman Sachs | Interested Party, Goldman Sachs / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | 4520436 | Amit P. Patel | Avenue Capital | Interested Party, Avenue Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | 4521777 | Steven Robinson | Aristeia Capital | Interested Party, Aristeia Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | 4524411 | Matthew Rosenberg | Chilmark Partners | Debtor, Nortel Networks / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | 4516952 | Dennis Ruggere | UBS Securities LLC | Creditor, UBS / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | 4520878 | Robin Schwill | Davies Ward Phillips & Vineberg LLP | Interested Party, Canadian Counsel / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | 4513676 | Hondo Sen | Cetus Capital | Creditor, Hondo Sen / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | 4520460 | Lara R. Sheikh | Togut, Segal & Segal LLP | Representing, Offical Committee of Retirees / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | 4516999 | Rebecca Song | CITI | Representing, CITI / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | 4487030 | Jennifer Stam | Norton Rose OR LLP | Monitor, Ernst Young / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | 4521388 | Sina Toussi | One East Partners | Creditor, One East Partners / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | 4487041 | Ruth Wahl | Norton Rose OR LLP | Debtor, Nortel Networks Corporation and Nortel Networks Limited / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | 4515284 | Matthew A Zloto | Aurelius Capital Management, LP | Creditor, Aurelius Capital Management / LISTEN ONLY |