**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
                            :

*In re*                           :

Nortel Networks Inc., *et al.*,[1]      :

               Debtors.       :

                            :
------------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**RE: D.I.** 6519

**ORDER AUTHORIZING THE DEBTORS TO FILE**
**UNDER SEAL (I) THE UNREDACTED SETTLEMENT AGREEMENT**
**AMONG NORTEL PARTIES AND COMMUNICATIONS TEST DESIGN, INC.**
**AND (II) THE RELATED SIDE AGREEMENT AMONG NORTEL PARTIES**

Upon the motion dated September 28, 2011 (the "Motion"),[2] of Nortel Networks Inc. and

certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (the

"Debtors"), for entry of an order, as more fully described in the Motion, pursuant to sections

105(a) and 107(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "Local Rules") authorizing the Debtors to file under seal (i) the

settlement agreement (the "Settlement Agreement") and (ii) the related side agreement (the "Side

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]      Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

Agreement"), both as attached in redacted form in Exhibits B and C to the *Debtors' Motion for Entry of an Order Approving (i) Settlement Agreement Among Nortel Parties and Communications Test Design, Inc. and (ii) Related Side Agreement Among Nortel Parties* ; and adequate notice of the Motion having been given as set forth in the Motion; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    The unredacted versions of the Settlement Agreement and Side Agreement delivered to the Court by the Debtors shall be kept segregated and under seal by the Clerk of Court and shall not be made publicly available pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b). Unredacted copies of the Settlement Agreement and Side Agreement will also be provided to (i) the U.S. Trustee, (ii) the Committee and (iii) the Bondholder Group.

3.    The Debtors shall provide the unredacted Settlement Agreement and Side Agreement to the Clerk's Office of the United States Bankruptcy Court for the District of Delaware in a prominently marked envelope with a cover sheet attached containing (i) the caption, (ii) the docket number of the Motion, (iii) the docket number of this Order, (iv) the title

of the Settlement Agreement and (v) the legend "DOCUMENTS TO BE KEPT UNDER SEAL"

in bold print pursuant to Local Rule 9018-1(b).

  4.  The Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.

Dated: _____, 2011
    Wilmington, Delaware

               THE HONORABLE KEVIN GROSS
               CHIEF UNITED STATES BANKRUPTCY JUDGE

3