IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*, | : Case No. 09-10138 (KG) |
| Debtors. | : Jointly Administered |
| | : **Re: Docket No. 6518** |
| In re: | : Chapter 15 |
| NORTEL NETWORKS CORPORATION, *et al.*, FOREIGN APPLICANTS IN FOREIGN PROCEEDINGS. | : Case No. 09-10164 (KG) Jointly Administered |
| Nortel Networks Inc. and Nortel Networks Limited, | : |
| Plaintiffs, | : |
| v. | : Adv. Pro. No. 10-53065 (KG) Jointly Administered |
| Communications Test Design, Inc., | : |
| Defendant. | : **Re: Docket No. 238** |

# CONFIDENTIAL

# DOCUMENTS TO BE KEPT UNDER SEAL

EXHIBITS B AND C TO DEBTORS' MOTION FOR ENTRY
OF AN ORDER APPROVING (I) SETTLEMENT AGREEMENT
AMONG NORTEL PARTIES AND COMMUNICATIONS TEST DESIGN, INC.
AND (II) RELATED SIDE AGREEMENT AMONG NORTEL PARTIES [D.I. 6518]

Raymond H. Lemisch, Esquire (No. 4204)
Jennifer R. Hoover, Esquire (No. 5111)
BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
(302) 442-7005
(302) 442-7012 (Facsimile)

*Special Litigation Counsel for the Debtors*