## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
                  Debtors. :
: **Related to Docket No. 6570**
:
------------------------------------------------------------x

### NOTICE OF FILING OF CORRECTED EXHIBIT "C"

**PLEASE TAKE NOTICE** that on October 7, 2011 The Official Committee of Retired Employees (the "Retiree Committee") and the Official Committee of Long-Term Disability Participants (the "LTD Committee," together with the Retiree Committee, the "Committees") in the above captioned cases (the "Chapter 11 Case") by and through their local counsel, McCarter & English, LLP, filed the joint motion for an order authorizing the employment and retention of Alvarez & Marsal Healthcare Industry Group, LLC as Financial Advisors *nunc pro tunc* to September 8, 2011 [Docket No. 6570] (the "Motion"). You were previously served with a copy of the Motion along with its underlying Exhibits thereto. At the time of filing the Motion, certain pages of Exhibit "C" to the Motion, were inadvertently omitted from the filing ("Exhibit C"). A true and complete corrected copy of Exhibit "C" is attached hereto.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ME1 12404351v.1

| | |
|---|---|
| Dated: October 18, 2011<br>Wilmington, Delaware | **McCARTER & ENGLISH, LLP**<br><br>*/s/ William F. Taylor, Jr.*<br>William F. Taylor, Jr. (DE Bar I.D. #2936)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>(302) 984-6399 Facsimile<br>wtaylor@mccarter.com<br><br>and<br><br>**TOGUT, SEGAL & SEGAL LLP**<br>Albert Togut, Esq.<br>Neil Berger, Esq.<br>Scott E. Ratner, Esq.<br>One Penn Plaza<br>New York, New York 10119<br>(212) 594-5000<br>(212) 967-4258 Facsimile<br>neilberger@teamtogut.com<br><br>*Counsel to the Official Committee of Retirees* |