**Dominion of Canada, PROVINCE OF ONTARIO,**
**MUNICIPALITY of METROPOLITAN TORONTO**

TO WITNESS:

IN THE MATTER OF: NORTEL NETWORKS INC.

**I Patricia Tabone, of the City of Toronto, in the Municipality of Metropolitan Toronto, in the Province of Ontario, Advertising Services Representative, in the employment of The Globe and Mail, make oath and say that the advertisement :**

LEGAL NOTICE

**A true copy of which is hereto annexed, was duly distributed in the issues of The Globe and Mail a daily newspaper, simultaneously published in the Cities of Toronto, Montreal, Vancouver, Halifax, Calgary, Brandon, Canada, on the following dates, namely:**

OCT.4, A.D. 2011

**That I have examined copies of the said newspaper published on the said dates and found the said advertisement to be correctly inserted therein.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* Nortel Networks Inc., *et al.*, Debtors. | ) | Chapter 11 • Case No. 09-10138 (KG) Jointly Administered |

**NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM OF NON-CANADIAN INTERCOMPANY CREDITORS AND INDEMNIFICATION CLAIMS OF POST-FILING DIRECTORS AND OFFICERS**

**(GENERAL BAR DATE IS NOVEMBER 15, 2011)**

**PLEASE TAKE NOTICE THAT:**

On September 23, 2011, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an *Order Establishing Deadlines for Filing Proofs of Claim for Non-Canadian Intercompany Claims and Remaining Director and Officer Claims and Approving Form and Manner of Notice Thereof* (the "Order") [D.I. 6464] establishing **4:00 p.m. (prevailing Eastern Time) on November 15, 2011** (the "General Non-Canadian Intercompany Claims and D&O Bar Date") as the last date for filing claims held by Intercompany Creditors against Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), which include claims held by all Intercompany Creditors other than (i) the Canadian Debtors; (ii) the EMEA Claimants whose claims deadline was established pursuant to the EMEA Claims Order [D.I. 5402]; and (iii) the Debtors and those direct or indirect subsidiaries in which a Debtor holds a majority of the equity (the "Majority Owned Subsidiaries"). Those Intercompany Creditors subject to the Non-Canadian Intercompany Claims and D&O Bar Dates are collectively referred to as the ("Non-Canadian Intercompany Creditors"). The Order also established the Non-Canadian Intercompany Claims and D&O Bar Dates for the filing of claims held by the directors and officers who were directors and/or officers as of August 1, 2009 (each a "Post-filing Director or Officer" and collectively, the "Post-filing Directors and Officers") for indemnification and/or contribution arising from such director's and or officer's service to the Debtors or any of the Debtors' non-debtor affiliates (the "Indemnification Claims"), which similarly were excluded from prior bar date orders.

Pursuant to the Order, all Non-Canadian Intercompany Creditors and Post-filing Directors and Officers, except for those holders of claims listed in paragraph 5 of the Order that are specifically excluded from the filing requirements of the Non-Canadian Intercompany Claims and D&O Bar Dates, who have a claim or potential claim against the Debtors that arose on or prior to January 14, 2009 or solely in the case of Nortel Networks (CALA) Inc. ("NN CALA") July 14, 2009 (each such respective date referred to as the "Filing Date"), no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM so as to be actually received at the following address **on or before 4:00 p.m. (prevailing Eastern Time) on November 15, 2011**: **IF DELIVERED BY MAIL:** Nortel Networks Inc. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, P.O. Box 5075, New York, NY 10150-5075; **IF DELIVERED BY HAND DELIVERY OR OVERNIGHT COURIER:** Nortel Networks Inc. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017.

Proofs of claim will be deemed filed only when received by Epiq Bankruptcy Solutions, LLC (the "Claims Agent") at the addresses listed herein **on or before 4:00 p.m. (prevailing Eastern Time) on November 15, 2011**. Proofs of claim may not be delivered by facsimile, telecopy or electronic mail transmission.

Your filed proof of claim form must conform substantially to Official Form No. 10. Proof of claim forms may be obtained at http://dm.epiq11.com/nortel and at www.uscourts.gov/bkforms. Any holder of a claim pursuant to Section 503(b)(9) must complete the proof of claim entitled "Section 503(b)(9) Claim Request Form," available at http://dm.epiq11.com/nortel.

**NOTE:** The Debtors **have not** extended the bar date for filing claims of creditors who are not Non-Canadian Intercompany Creditors or Post-filing Directors and Officers, which for Debtors other than NN CALA was September 30, 2009 and for NN CALA was January 25, 2010. **IF YOU ARE NOT A NON-CANADIAN INTERCOMPANY CREDITOR OR A POST-FILING DIRECTOR OR OFFICER, THE DEADLINE FOR FILING CLAIMS HAS NOT BEEN EXTENDED FOR YOU, AND THIS NOTICE DOES NOT APPLY TO YOU.**

ANY NON-CANADIAN INTERCOMPANY CREDITOR OR POST-FILING DIRECTOR OR OFFICER HOLDING AN INDEMNIFICATION CLAIM (EXCEPT THOSE EXCUSED PER PARAGRAPH 5 OF THE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE NON-CANADIAN INTERCOMPANY AND D&O BAR DATE SHALL BE FOREVER BARRED AND ESTOPPED FROM (1) ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND THEIR CHAPTER 11 ESTATES AND (2) VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THESE CHAPTER 11 CASES IN RESPECT OF SUCH CLAIM.

Copies of the Order, proof of claim forms and the Debtors' Schedules of Assets and Liabilities and Schedules of Executory Contracts and Unexpired Leases may be obtained from the independent website maintained by the Claims Agent at http://dm.epiq11.com/nortel, or by written request to the Claims Agent at the following address and telephone number: Nortel Networks Inc. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017, (646) 282-2500.

BY ORDER OF THE HONORABLE KEVIN GROSS - CHIEF UNITED STATES BANKRUPTCY JUDGE

Dated: Wilmington, Delaware, September 23, 2011

CLEARY GOTTLIEB STEEN & HAMILTON LLP, James L. Bromley, Lisa M. Schweitzer, One Liberty Plaza, New York, New York 10006 *-and-* MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), Eric D. Schwartz (No. 3134), Ann C. Cordo (No. 4817), 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19801, *Counsel for the Debtors and Debtors in Possession*

**Lesley Verrall, a Commissioner, etc.,**
**Province of Ontario,**
**for The Globe and Mail.**
**Expires January 28, 2012.**

L. Verrall

Sworn before me at the City of Toronto in the Municipality of Metropolitan Toronto this 4th day of OCTOBER A.D. 2011

Patty Tabone

## COMMERCIAL REAL ESTATE

### RECENT ASSET TRANSACTIONS





| GTA: OFFICE | GCA: OFFICE | GVA: INDUSTRIAL |
|---|---|---|
| 901 King St. W., Toronto, $56,816,500 • $222 per sq. ft. | 1331 Macleod Tr. S.E., Calgary-S.E. $90,000,000 • $557 per sq. ft. | 19099 25th Ave., Surrey $5,075,000 • $130 per sq. ft. |

**GREATER TORONTO AREA**

| SECTOR | MUNICIPALITY | ADDRESS | PRICE | DETAILS |
|---|---|---|---|---|
| Industrial | Caledon | 12557 Coleraine Dr. | $22,325,000 | $107/sf |
| Industrial | Etobicoke | 51 Kelfield St. | $7,265,500 | $125/sf |
| Industrial | Mississauga | 1025 Komato Rd. | $7,077,990 | $99/sf |

**GREATER CALGARY AREA**

| SECTOR | MUNICIPALITY | ADDRESS | PRICE | DETAILS |
|---|---|---|---|---|
| Hotel | Calgary-N.E. | 1250 McKinnon Dr. N.E. | $23,500,000 | $139,881/room |
| Office | Calgary-S.W. | 605 11th Ave. S.W. | $14,175,000 | $285/sf |
| Office | Calgary-S.E. | 11500 29th St. S.E. | $3,300,000 | $202/sf |

**GREATER VANCOUVER AREA**

| SECTOR | MUNICIPALITY | ADDRESS | PRICE | DETAILS |
|---|---|---|---|---|
| Apartment | Vancouver | 1996 Trutch St. | $3,450,000 | $313,636/unit |
| Res Land | Surrey | 2846 160th St. | $9,700,000 | 8.110 ac. |
| ICI Land | Surrey | 12697 80th Ave. | $4,100,000 | 2.216 ac. |

Source: RealNet Canada Inc. (www.realnet.ca) • Information Services Powering the Canadian Real Estate Industry

### DOWNTOWN VANCOUVER RETAIL INVESTMENT OPPORTUNITY

- High exposure corner site at West Georgia & Denman St.
- 8,400 sf asset
- 42,000 residents within 1km radius
- Direct daily exposure to 32,000+ vehicles
- Prominent pedestrian corridor near entrance to Stanley Park
- Delivered clear title

AVISON YOUNG Intelligent Real Estate Solutions — Rob Greer 1.604.647.5084 — Mark Hannah 1.604.647.5065

### FOR SALE
PRIME WATERFRONT PROPERTY ON LAKE MUSKOKA

- +/- 2,000 feet fronting Lake Muskoka
- Lot Size: 147.871 acres
- Physical amenities of the property include ideal southwest-west exposure & favourable topography
- Road frontage & three access points to Cedar Beach Road, Golden Beach Road & Santa's Village Road (all connecting to Hwy 118)
- The property is suitable for either commercial development and/or private compound
- Asking Price: $7,800,000

For further information, please email LSGGTA@CBRE.COM

Lauren Doughty* lauren.doughty@cbre.com 416 495 6223 — CBRE

### Redevelopment Opportunity




905 DON MILLS ROAD, TORONTO, ON

- 31,350 square feet
- Corner lot
- South facing exposure
- Lot dimensions suitable for development
- OP Apartment Neighbourhood
- Asking: $5,700,000

collierscanada.com/4043

Dan Gugula* +1 416 791 7237 dan.gugula@colliers.com — Colliers International

www.colliers.com/toronto

### DTZ Barnicke
**For sale**
**Investment opportunity, Kingston ON**

- Six (6) single family homes in line
- Will sell as a package or individually
- Combined asking price of $2,105,000
- Close to Queen's University

Martin L. Skolnick, Broker/Vice President, martin.skolnick@dtzkingston.com
DTZ Barnicke Eastern Ontario Limited, Real Estate Brokerage
Tel: 613 542 2724 www.dtzbarnicke.com

### ROGERS & TRAINOR COMMERCIAL REALTY (2009) INC. BROKERAGE
**BELLEVILLE APT BLDGS FOR SALE**

5 BLDGS
36 UNITS /FULLY LEASED
CAN BE PURCHASED AS 4 BLDGS (24 UNITS) OR 1 BLDG (12 UNITS)
ASKING $69,500/UNIT
BLDGS CLOSE TO DOWNTOWN & THE NEW COURT COMPLEX

Laurence Trainor, Broker of Record 613-384-1997 (11) — John Williams, Sales Representative 613-384-1994 (15)
WWW.RTCR.COM • 613-384-1997

### FOR SALE
INDUSTRIAL BUILDING



- 56,556 sf
- 22' clear height
- Painted warehouse
- Corner location, extra land
- Minutes from Hwy 427 / Airport

CUSHMAN & WAKEFIELD — Gil Gordon* 905-501-6445 gil.gordon@ca.cushwake.com — Matt Jones* 905-501-6464 matt.jones@ca.cushwake.com
*Sales Representative

### FOR SALE

- 14 storey concrete apartment building totaling 102 units
- 6 leased commercial units totaling 16,037 square feet GFA
- Comprehensive Information Package available from Broker
- Bid Date October 28, 2011
- Principals only

ROYAL LEPAGE
Greg Bell Broker 416.921.1112
Royal LePage Real Estate Services Ltd.
greg.bell@royallepage.ca

### MEDICAL OFFICE PORTFOLIO FOR SALE
Three Ontario Buildings:
- Hamilton
- St. Thomas
- Lindsay

For details please contact: bstoneburgh@par-med.com

### Phoenix, Arizona
High Return On Investment
Apartment & Commercial Buildings at Fraction of Replacement Cost.
7 Cap rate or Better
Contact: jlee@taina.com OR • 602 524 5584 •

### RETIREMENT HOME
For Sale
85 Units
Eastern Ontario
Stable Occupancy
Possible Expansion Potential
John A. Jensen Realty Inc. Real Estate Brokerage
416.460.1811
john@jensenrealtyinc.com
www.jensenrealtyinc.com


## LEGALS

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

*In re* Nortel Networks Inc., *et al.*, Debtors. ) Chapter 11 • Case No. 09-10138 (KG) ) Jointly Administered

**NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM OF NON-CANADIAN INTERCOMPANY CREDITORS AND INDEMNIFICATION CLAIMS OF POST-FILING DIRECTORS AND OFFICERS**

**(GENERAL BAR DATE IS NOVEMBER 15, 2011)**

**PLEASE TAKE NOTICE THAT:**

On September 23, 2011, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an *Order Establishing Deadlines for Filing Proofs of Claim for Non-Canadian Intercompany Claims and Remaining Director and Officer Claims and Approving Form and Manner of Notice Thereof* (the "Order") [D.I. 6464] establishing **4:00 p.m. (prevailing Eastern Time) on November 15, 2011** (the "General Non-Canadian Intercompany Claims and D&O Bar Date") as the last date for filing claims held by intercompany Creditors against Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), which include claims held by all intercompany Creditors other than (i) the Canadian Debtors; (ii) the EMEA Claimants whose claims deadline was established pursuant to the EMEA Claims Order [D.I. 5402]; and (iii) the Debtors and those direct or indirect subsidiaries in which a Debtor holds a majority of the equity (the "Majority Owned Subsidiaries"). Those intercompany Creditors subject to the Non-Canadian Intercompany Claims and D&O Bar Dates are collectively referred to as the ("Non-Canadian Intercompany Creditors"). The Order also established the Non-Canadian Intercompany Claims and D&O Bar Dates for the filing of claims held by the directors and officers who were directors and/or officers as of August 1, 2009 (each a "Post-filing Director or Officer" and collectively, the "Post-filing Directors and Officers") for indemnification and/or contribution arising from such director's and or officer's service to the Debtors or any of the Debtors' non-debtor affiliates (the "Indemnification Claims"), which similarly were excluded from prior bar date orders.

Pursuant to the Order, all Non-Canadian Intercompany Creditors and Post-filing Directors and Officers, except for those holders of claims listed in paragraph 5 of the Order that are specifically excluded from the filing requirements of the Non-Canadian Intercompany Claims and D&O Bar Dates, who have a claim or potential claim against the Debtors that arose on or prior to January 14, 2009 or solely in the case of Nortel Networks (CALA) Inc. ("NN CALA") July 14, 2009 (each such respective date referred to as the "Filing Date"), no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM so as to be actually received at the following address **on or before 4:00 p.m. (prevailing Eastern Time) on November 15, 2011: IF DELIVERED BY MAIL:** Nortel Networks Inc. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, P.O. Box 5075, New York, NY 10150-5075; **IF DELIVERED BY HAND DELIVERY OR OVERNIGHT COURIER:** Nortel Networks Inc. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017.

Proofs of claim will be deemed filed only when received by Epiq Bankruptcy Solutions, LLC (the "Claims Agent") at the addresses listed herein **on or before 4:00 p.m. (prevailing Eastern Time) on November 15, 2011.** Proofs of claim may not be delivered by facsimile, telecopy or electronic mail transmission.

Your filed proof of claim form must conform substantially to Official Form No. 10. Proof of claim forms may be obtained at http://dm.epiq11.com/nortel and at www.uscourts.gov/bkforms. Any holder of a claim pursuant to Section 503(b)(9) must complete the proof of claim entitled "Section 503(b)(9) Claim Request Form," available at http://dm.epiq11.com/nortel.

**NOTE:** The Debtors have not extended the bar date for filing claims of creditors who are not Non-Canadian Intercompany Creditors or Post-filing Directors and Officers, which for Debtors other than NN CALA was September 30, 2009 and for NN CALA was January 25, 2010. **IF YOU ARE NOT A NON-CANADIAN INTERCOMPANY CREDITOR OR A POST-FILING DIRECTOR OR OFFICER, THE DEADLINE FOR FILING CLAIMS HAS NOT BEEN EXTENDED FOR YOU, AND THIS NOTICE DOES NOT APPLY TO YOU.**

ANY NON-CANADIAN INTERCOMPANY CREDITOR OR POST-FILING DIRECTOR OR OFFICER HOLDING AN INDEMNIFICATION CLAIM (EXCEPT THOSE EXCUSED PER PARAGRAPH 5 OF THE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE NON-CANADIAN INTERCOMPANY AND D&O BAR DATE SHALL BE FOREVER BARRED AND ESTOPPED FROM (1) ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND THEIR CHAPTER 11 ESTATES AND (2) VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THESE CHAPTER 11 CASES IN RESPECT OF SUCH CLAIM.

Copies of the Order, proof of claim forms and the Debtors' Schedules of Assets and Liabilities and Schedules of Executory Contracts and Unexpired Leases may be obtained from the independent website maintained by the Claims Agent at http://dm.epiq11.com/nortel, or by written request to the Claims Agent at the following address and telephone number: Nortel Networks Inc. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017, (646) 282-2500.

BY ORDER OF THE HONORABLE KEVIN GROSS – CHIEF UNITED STATES BANKRUPTCY JUDGE

Dated: Wilmington, Delaware, September 23, 2011

CLEARY GOTTLIEB STEEN & HAMILTON LLP, James L. Bromley, Lisa M. Schweitzer, One Liberty Plaza, New York, New York 10006 -and- MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), Eric D. Schwartz (No. 3134), Ann C. Cordo (No. 4817), 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19801, *Counsel for the Debtors and Debtors in Possession*


## FRANCHISES

### MASTER LICENSE OPPORTUNITY

*United Franchise Group, leaders in the Franchising Industry for 30 years, is expanding into Canada with one of its Premier Brands. **Plan Ahead Events, Rated #1** in the event planning franchise industry is seeking serious individuals who are interested in acquiring the exclusive master license rights for the development of Canada.*

To learn more about this unique opportunity please call: Mr. Tony Foley, International Director, United Franchise Group, 2121 Vista Parkway, West Palm Beach Florida USA. Office: 561-868-1358 • Mobile: 561-262-0591 tfoley@ufgcorp.com • www.planaheadevents.com




## FRANCHISES

National Senior Care Master Franchise Offered

Right at Home® is an international leader in home care services for seniors and the disabled. We are currently seeking a candidate to help capitalize on the significant market opportunity in Canada. Healthcare experience is not required.




Contact Robert Shaw: rshaw@rightathome.net +1 (949) 419.7429 • www.rahglobal.com

## BUSINESS TO BUSINESS

**AIRCRAFT**
'95 CHALLENGER 601-3R, Cdn., Engines (full warranty), 3400 mi. range. J. Spears 416-203-0600, jspears@jaspears.com.

**BUSINESS OPPORTUNITIES**
ASSISTED LIVING APTS/55 unit senior lifestyle on 1.97 acres land S.W. Ontario. $3.1M. J.S.Gill, Sales Rep., National Realty Centre Inc. Brokerage; 416-669-3025 Email: shamgill@rogers.com

**BUSINESS OPPORTUNITIES**
AUTO WRECKING & recycling yard for sale. 2.4 acs. SW Ont. Financing avail. $799K. 519-588-6425, nzk@hotmail.ca

CGA ACCOUNTING PRACTICE for sale, located in North Halton region, Ontario. Flexible transition period. Please reply to practiceforsale@bellnet.ca

COOKIE MANUFACTURING BUSINESS located in GTA. Established over 25 years. Strong customer base & brand recognition. Growth opportunities. Email: chocolatechip361@gmail.com

## BUSINESS TO BUSINESS

**BUSINESS OPPORTUNITIES**
GREAT OPPORTUNITY Well Established Marketing, Digital Print & Graphics Bus. w/Accounts and Great Repeat Customers. Owner Retiring. No Exp Nec. Training & Local Support Mon-Fri 9-5 Financing Avail. 1-800-675-3925

**BUSINESS OPPORTUNITIES**
HEALTHY SNACKS Route Business. Unique Profitable Products. P/T or F/T. Low Investment. www.pinkribb.com

## BUSINESS TO BUSINESS

**BUSINESS OPPORTUNITIES**
Holiday Inn Express for sale in GTA. 84 rooms. $11M. 416-840-6440 sny711@hotmail.com

**CAPITAL WANTED/AVAILABLE**
GOV'T FUNDS for R&D to 68%. Best rates. We're paid when you're paid. W.A. Easton P.Eng., C.A. eastoneng@aol.com

When the bank says no, come to Prudent Bankruptcy? Proposal? Never thought it would happen to you? Good job. Good income. Now what? Since 1984, Prudent Financial has helped thousands of good income earners get back on the right credit track. Get an open, affordable loan within 60 minutes up to $20k if you have a late model paid off car. We report to Equifax. Go to getdetailstoday.com or 416-634-2019.

**FRANCHISES**
ALL-DAY BREAKFAST. Family Restaurant franchise Opening in Bradford ON. Call Brian at: (416) 525-8781

**WHOLESALE JOB LOTS**
HAVE YOU EVER WANTED to be your own boss? We need retail liquidators in Ontario, Quebec and the Maritimes! We have lucrative trailers of surplus merchandise ideal for liquidators, flea markets, second hand shops and surplus stores. These trailers are shipping direct to you (no cherry picking!) from a major retailer, and have mattresses, furniture, appliances, and hard goods. Contracts are available. Contact us at 519-633-3355 or info@chli.ca

Globe2Go
Register now to receive a FREE 2-week trial
globeandmail.com/globe2go

TO SUBSCRIBE CALL 1-866-36 GLOBE THE GLOBE AND MAIL