STATE OF TEXAS            )
                          )   ss:
CITY AND COUNTY OF DALLAS )

I, Ken Long, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL (Global), a daily national newspaper published and of general circulation in The United States of America, Asia, Europe and that the attached advertisement has been published in THE WALL STREET JOURNAL (Global) for one insertion(s) on the following date(s): October 4, 2011; pertaining to: Nortel Networks Inc., et al.; and that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

_____

Sworn to before me this

4th day of October, 2011.

_____
Notary Public



ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012

Case 09-10138-MFW    Doc 6639    Filed 10/18/11    Page 2 of 2

