# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | RE: Docket Nos. 6589, 6590, 6591 and 6593 |

## CERTIFICATE OF SERVICE

I, Mona A. Parikh, do hereby certify that on the 13th day of October, 2011, I caused copies (without exhibits) of the (1) *Notice of Filing of Seventy-Third Report of the Monitor of the Canadian Nortel Companies in the Canadian Proceedings* [Docket No. 6589]; (2) *Notice of Filing of Seventy-Fourth Report of the Monitor of the Canadian Nortel Companies in the Canadian Proceedings* [Docket No. 6590]; (3) *Notice of Filing of Seventy-Fifth Report of the Monitor of the Canadian Nortel Companies in the Canadian Proceedings* [Docket No. 6591]; and (4) *Notice of Filing of Supplement to Seventy-Fifth Report of the Monitor of the Canadian Nortel Companies in the Canadian Proceedings* [Docket No. 6593] to be served upon the parties identified on the attached service list via the manner indicated.

Dated: October 18, 2011
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Mona A. Parikh
Mona A. Parikh (No. 4901)
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
T: (302) 552-4200
F: (302) 552-4295
mona.parikh@bipc.com

*Co-Counsel for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Group*

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

#1022198-v1