# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**August 1, 2011 - August 31, 2011**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | August 2011 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 54.0 |
| 2 | Business Operations / General Corporate / Real Estate | 28.0 |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 2.0 |
| 6 | Committee Matters and Creditor Meetings | 4.0 |
| 7 | Claims Administration and Analysis | 97.0 |
| 8 | Intercompany Transactions/Balances | 23.0 |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 25.0 |
| 15 | Travel | - |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | 233.0 |

**Summary of Services Rendered by Professional**

| Name | August 2011 Hours |
|---|---|
| Matthew Rosenberg, Member | 108.0 |
| Michael Kennedy, Member | 105.0 |
| Aaron Taylor, Vice President | - |
| Rolando Capinpin, Jr., Vice President | - |
| Michael Sabo, Associate | 20.0 |
| **TOTAL** | 233.0 |

**Nortel Networks, Inc**
August 1, 2011 - August 31, 2011 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | August 2011 Hours | Code |
|------|---------------------|-------------------|------|
| 8/1/2011 | Calls and analysis re claims, intercompany claims, allocation and litigation | 7.0 | 7 |
| 8/2/2011 | Calls and analysis re case management, claims, intercompany claims, allocation and litigation | 8.0 | 7 |
| 8/3/2011 | Calls and analysis re claims, intercompany claims, allocation, litigation and mediation | 4.0 | 14 |
| 8/5/2011 | Calls and analysis re claims, intercompany claims and cost allocations, allocation and litigation | 7.0 | 7 |
| 8/7/2011 | Review materials re intercompany costs | 3.0 | 8 |
| 8/8/2011 | Calls and analysis re intercompany costs, case management, allocation, claims, litigation and mediation | 6.0 | 8 |
| 8/9/2011 | Calls and analysis re case management, intercompany claims and mediation | 4.0 | 2 |
| 8/10/2011 | Calls and analysis re claims and allocation and asset sales | 7.0 | 1 |
| 8/11/2011 | Calls and analysis re claims, allocation and mediation | 5.0 | 14 |
| 8/12/2011 | Calls and analysis re claims, intercompany data, case management and allocation | 6.0 | 7 |
| 8/15/2011 | Calls and analysis re casemanagement, UCC, asset sales and claims | 8.0 | 1 |
| 8/16/2011 | Calls and analysis re claims , allocation and mediation and asset sales | 7.0 | 1 |
| 8/17/2011 | Calls and analysis re intercompany claims and balances | 2.0 | 8 |
| 8/18/2011 | Calls and analysis re intercompany claims and balances | 3.0 | 8 |
| 8/19/2011 | Calls and analysis re claims, intercompany balances, litigation and asset sales | 7.0 | 7 |
| 8/22/2011 | Calls and analysis re case management and claims | 2.0 | 2 |
| 8/23/2011 | Calls and analysis re litigation, claims, intercompany issues and asset sales | 9.0 | 14 |
| 8/24/2011 | Calls and analysis re litigation, claims, intercompany issues, allocation and asset sales | 6.0 | 7 |
| 8/25/2011 | Calls and analysis re litigation, claims and asset sales | 7.0 | 7 |

**August 2011 Total** **108.0**

**Nortel Networks, Inc**
August 1, 2011 - August 31, 2011 Time Detail
Chilmark Partners, LLC
Michael Kennedy, Member

| Date | Description of Work | August 2011 Hours | Code |
|------|---------------------|-------------------|------|
| 8/3/2011 | Calls w/ J Ray and Cleary re: assets and liabilities | 2.0 | 1 |
| 8/3/2011 | Communications w/ Capstone re: claims | 1.0 | 7 |
| 8/3/2011 | Review material prepared by Monitor | 3.0 | 1 |
| 8/3/2011 | Communications with Monitor re: M&A costs | 1.0 | 1 |
| 8/4/2011 | Review material prepared by Monitor | 2.0 | 1 |
| 8/4/2011 | Communications with Monitor re: M&A costs | 1.0 | 1 |
| 8/4/2011 | Review financial performance material | 2.0 | 2 |
| 8/6/2011 | Prepare and discuss CALA claims and recovery analysis | 4.0 | 8 |
| 8/8/2011 | Review M&A cost information with US Advisors | 2.0 | 1 |
| 8/8/2011 | Calls & communication with Cleary & MR re process and case management | 3.0 | 14 |
| 8/9/2011 | Review claims analysis summaries | 1.0 | 7 |
| 8/9/2011 | Call w/ T Ross re: US Debtor assets and financial performance | 1.0 | 2 |
| 8/9/2011 | Prepare and discuss CALA claims and recovery analysis | 3.0 | 8 |
| 8/10/2011 | Call w/ Cleary re: CALA claims and recovery analysis | 2.0 | 8 |
| 8/10/2011 | Review claims estimates, administration and analysis | 2.0 | 7 |
| 8/10/2011 | Prepare and discuss allocation, mediation and financial data issues | 3.0 | 2 |
| 8/10/2011 | Call w/ T Ross re: US Debtor assets and financial performance | 1.0 | 2 |
| 8/11/2011 | Review of draft allocation, mediation and financial data issues material | 2.0 | 2 |
| 8/11/2011 | Calla w/ J Ray and Richard Boris re: claims | 2.0 | 7 |
| 8/11/2011 | Review claims estimates, administration and analysis | 3.0 | 7 |
| 8/11/2011 | Calls w/ J Ray and Cleary re: assets and liabilities | 3.0 | 1 |
| 8/11/2011 | Review financial performance material | 1.0 | 2 |
| 8/15/2011 | Review claims estimates, administration and analysis | 5.0 | 7 |
| 8/15/2011 | Conference call with Cleary | 1.0 | 5 |
| 8/15/2011 | Conference call with UCC advisors | 2.0 | 6 |
| 8/16/2011 | Review claims estimates, administration and analysis | 3.0 | 7 |
| 8/16/2011 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 1 |
| 8/16/2011 | Communications w/ Capstone re: claims | 1.0 | 7 |
| 8/17/2011 | Calls w/ J Ray and Cleary re: assets and liabilities | 4.0 | 1 |
| 8/17/2011 | Communications w/ FTI re: claims | 1.0 | 7 |
| 8/17/2011 | Conf. call w/ JR re: interestate/interco | 2.0 | 7 |
| 8/17/2011 | Communications w/ Capstone re: claims | 2.0 | 7 |
| 8/18/2011 | Calls w/ J Ray and Cleary re: assets and liabilities | 2.0 | 1 |
| 8/18/2011 | Call w/ T Ross re: US Debtor assets and financial performance | 1.0 | 2 |
| 8/18/2011 | Calls w/ Cleary re: claims and intercompany balances with JVs | 2.0 | 2 |
| 8/19/2011 | Call w/ T Ross re: US Debtor assets and financial performance | 1.0 | 2 |
| 8/19/2011 | Calls regarding claim litigation | 3.0 | 14 |
| 8/22/2011 | Conference call with Cleary | 1.0 | 5 |
| 8/22/2011 | Conference call with UCC advisors | 2.0 | 6 |
| 8/23/2011 | Conference call with Monitor re: asset sales | 1.0 | 1 |
| 8/23/2011 | Communications with Monitor re: allocation, mediation and financial data issues | 1.0 | 1 |
| 8/23/2011 | Conference call re: tax analysis | 2.0 | 1 |
| 8/24/2011 | Conference call with Monitor re: asset sales | 1.0 | 1 |
| 8/24/2011 | Call w/ management and Nortel re: pre-petition intercompany loan balances | 1.0 | 7 |
| 8/25/2011 | Call with Cleary on contingent claims | 2.0 | 7 |
| 8/25/2011 | Calls with JR re: status update | 1.0 | 14 |
| 8/29/2011 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 1 |
| 8/30/2011 | Review interestate and intercompany claims issues | 3.0 | 7 |
| 8/30/2011 | Review and prepare cash repatriation, APAC, CALA analysis | 3.0 | 2 |
| 8/31/2011 | Review and communications of admin claim material | 2.0 | 2 |
| 8/31/2011 | Review and prepare cash repatriation, APAC, CALA analysis | 3.0 | 2 |
| **August 2011 Total** | | **105.0** | |

**Nortel Networks, Inc**
August 1, 2011 - August 31, 2011 Time Detail
Chilmark Partners, LLC
Michael Sabo, Associate

| Date | Description of Work | August 2011 Hours | Code |
|------|---------------------|-------------------|------|
| 8/3/2011 | Claims Administration and Analysis | 6.0 | 7 |
| 8/4/2011 | Claims Administration and Analysis | 5.0 | 7 |
| 8/5/2011 | Claims Administration and Analysis | 5.0 | 7 |
| 8/8/2011 | Claims Administration and Analysis | 4.0 | 7 |
| **August 2011 Total** | | **20.0** | |