# EXHIBIT B

## EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2011 through August 31, 2011

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 7/6/11-7/7/11 | Flight to New York, NY | $ 791.40 |
| Mike Kennedy | 7/6/11-7/7/11 | Hotel (one night) | $ 491.19 |
| Mike Kennedy | 7/6/11-7/7/11 | Ground transportation | $ 88.00 |
| Mike Kennedy | 7/6/11-7/7/11 | Meals | $ 68.40 |
| Mike Kennedy | 7/25/11-7/28/11 | Flight to New York, NY | $ 850.40 |
| Mike Kennedy | 7/25/11-7/28/11 | Hotel (three nights) | $ 2,106.99 |
| Mike Kennedy | 7/25/11-7/28/11 | Ground transportation | $ 203.00 |
| Mike Kennedy | 7/25/11-7/28/11 | Meals | $ 213.66 |
| Chilmark | various | Conference Calls | $ 120.12 |
| **Total Expenses** | | | **$ 4,933.16** |