# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
September 1, 2011 - September 30, 2011

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | September 2011 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 67.0 |
| 2 | Business Operations / General Corporate / Real Estate | 35.0 |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 12.0 |
| 6 | Committee Matters and Creditor Meetings | 10.0 |
| 7 | Claims Administration and Analysis | 92.0 |
| 8 | Intercompany Transactions/Balances | 15.0 |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 19.0 |
| 15 | Travel | 17.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **267.0** |

**Summary of Services Rendered by Professional**

| Name | September 2011 Hours |
|---|---|
| Matthew Rosenberg, Member | 102.0 |
| Michael Kennedy, Member | 144.0 |
| Aaron Taylor, Vice President | - |
| Rolando Capinpin, Jr., Vice President | - |
| Michael Sabo, Associate | 21.0 |
| **TOTAL** | **267.0** |

**Nortel Networks, Inc**
September 1, 2011 - September 30, 2011 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | September 2011 Hours | Code |
|---|---|---|---|
| 9/9/2011 | Calls and analysis re case management, claims and allocation | 5.0 | 7 |
| 9/10/2011 | Review materials re claims, litigation and operations | 6.0 | 7 |
| 9/12/2011 | Calls and analysis re claims and case management | 7.0 | 7 |
| 9/13/2011 | Calls and analysis re claims, allocation and litigation | 5.0 | 7 |
| 9/14/2011 | Calls and anlaysis re claims, allocation, UCC and intercompany issues | 7.0 | 8 |
| 9/15/2011 | Calls and anlaysis re claims, allocation and intercompany issues | 3.0 | 8 |
| 9/16/2011 | Calls and anlaysis re claims, allocation and intercompany issues | 8.0 | 7 |
| 9/19/2011 | Calls and analysis re claims, case management, allocation and recovery | 7.0 | 1 |
| 9/20/2011 | Calls and analysis re claims, tax and asset sales | 5.0 | 1 |
| 9/21/2011 | Calls and analysis re claims, tax and asset sales | 7.0 | 7 |
| 9/22/2011 | Calls and analysis re claims, allocation, tax and asset sales | 6.0 | 1 |
| 9/23/2011 | Calls and analysis re claims, allocation, tax, litigation and asset sales | 7.0 | 14 |
| 9/24/2011 | Review materials re claims, tax and allocation | 4.0 | 7 |
| 9/26/2011 | Travel to NYC | 5.0 | 15 |
| 9/27/2011 | Meeting w/ debtor, professionals and creditors re claims, allocation and case management | 10.0 | 7 |
| 9/28/2011 | Meetings w/ debtor and professionals re claims, allocation and case management | 6.0 | 7 |
| 9/28/2011 | Return travel to Chicago | 4.0 | 15 |
| | **September 2011 Total** | **102.0** | |

**Nortel Networks, Inc**
September 1, 2011 - September 30, 2011 Time Detail
Chilmark Partners, LLC
Michael Kennedy, Member

| Date | Description of Work | September 2011 Hours | Code |
|---|---|---|---|
| 9/1/2011 | Review interestate and intercompany claims issues | 2.0 | 7 |
| 9/1/2011 | Communications with T Ross re: claims | 2.0 | 7 |
| 9/2/2011 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 1 |
| 9/2/2011 | Review interestate and intercompany claims issues | 2.0 | 7 |
| 9/5/2011 | Review inter-estate summary of issues and outlook | 5.0 | 2 |
| 9/6/2011 | Conference call with Monitor re: asset sales | 1.0 | 1 |
| 9/6/2011 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 1 |
| 9/6/2011 | Calls & communication with Cleary & JR re process and case management | 2.0 | 1 |
| 9/7/2011 | Review and comment on revised draft allocation, mediation and financial data issues material & schedules | 3.0 | 1 |
| 9/7/2011 | Analysis and research re: claims dispute | 2.0 | 14 |
| 9/7/2011 | Review interestate and intercompany claims issues | 2.0 | 7 |
| 9/8/2011 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 9/8/2011 | Conference call with UCC advisors | 2.0 | 6 |
| 9/8/2011 | Review and comment on revised draft allocation, mediation and financial data issues material & schedules | 3.0 | 1 |
| 9/9/2011 | Call w/ JB re: follow-up to advisor call | 1.0 | 6 |
| 9/9/2011 | Communications with Monitor re: allocation, mediation and financial data issues | 1.0 | 1 |
| 9/9/2011 | Call w/ Nortel management re: cala region entity | 3.0 | 1 |
| 9/9/2011 | Prepare and discuss CALA claims and recovery analysis | 2.0 | 8 |
| 9/12/2011 | Call w/ JR re: case management | 2.0 | 1 |
| 9/12/2011 | Analysis and research re: claims dispute | 4.0 | 14 |
| 9/13/2011 | Call w/ T Ross re: US Debtor assets and financial performance | 2.0 | 2 |
| 9/13/2011 | Analysis and research re: claims dispute | 5.0 | 14 |
| 9/14/2011 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 9/14/2011 | Conference call with UCC advisors | 1.0 | 6 |
| 9/14/2011 | Review interestate and intercompany claims issues | 3.0 | 7 |
| 9/15/2011 | Calls w/ Nortel managemt re: claims database and matrix | 2.0 | 7 |
| 9/15/2011 | Review interestate and intercompany claims issues | 4.0 | 7 |
| 9/16/2011 | Calls w/ J Ray re: claims analysis and review | 2.0 | 7 |
| 9/16/2011 | Analysis and research re: claims dispute | 1.0 | 14 |
| 9/16/2011 | Review and communications of admin claim material | 3.0 | 2 |
| 9/17/2011 | Conference call with Nortel management re: financial performance & claims | 3.0 | 1 |
| 9/17/2011 | Review and summarize the impact of US Debtors assets & claims | 2.0 | 1 |
| 9/19/2011 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 9/19/2011 | Conference call with UCC advisors | 1.0 | 6 |
| 9/19/2011 | Calls w/ J Ray re: claims analysis and review | 2.0 | 7 |
| 9/19/2011 | Prepare and discuss CALA claims and recovery analysis | 3.0 | 8 |
| 9/20/2011 | Review and communications with advisors re: admin claim presentation material | 5.0 | 2 |
| 9/20/2011 | Review and communications of admin claim material | 2.0 | 2 |
| 9/20/2011 | Review and discuss allocation, mediation and financial data issues | 2.0 | 2 |
| 9/20/2011 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 1 |
| 9/21/2011 | Review and communications with advisors re: admin claim presentation material | 5.0 | 2 |
| 9/21/2011 | Calls w/ Cleary & Management re: tax | 2.0 | 2 |
| 9/21/2011 | Calls w/ Nortel managemt re: claims analysis | 2.0 | 7 |
| 9/22/2011 | Conference call with Monitor re: asset sales | 1.0 | 1 |
| 9/22/2011 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 1 |
| 9/26/2011 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 9/26/2011 | Conference call with UCC advisors | 1.0 | 6 |
| 9/26/2011 | Travel to NYC | 4.0 | 15 |
| 9/27/2011 | Meetings w/ debtor and professionals re case management, claims and allocation | 5.0 | 5 |
| 9/27/2011 | Meetings w/ UCC re claims, allocation and case management | 4.0 | 6 |
| 9/28/2011 | Meetings w/ debtor and professionals re case management, claims and allocation | 3.0 | 5 |
| 9/28/2011 | Return travel to Chicago | 4.0 | 15 |
| 9/29/2011 | Prepare, review and discuss CALA intercompany materials | 6.0 | 2 |
| 9/30/2011 | Review and prepare cash repatriation, APAC, CALA analysis | 3.0 | 2 |
| 9/30/2011 | Communications with Nortel management re: allocation, mediation and financial data issues | 3.0 | 1 |
| 9/30/2011 | Communications w/ Capstone re: claims | 1.0 | 7 |
| | **September 2011 Total** | **144.0** | |

**Nortel Networks, Inc**
September 1, 2011 - September 30, 2011 Time Detail
Chilmark Partners, LLC
Michael Sabo, Associate

| Date | Description of Work | September 2011 Hours | Code |
|---|---|---|---|
| 9/21/2011 | Claims Administration and Analysis | 6.0 | 7 |
| 9/22/2011 | Claims Administration and Analysis | 4.0 | 7 |
| 9/28/2011 | Asset Analysis and Recovery | 4.0 | 1 |
| 9/29/2011 | Asset Analysis and Recovery | 4.0 | 1 |
| 9/30/2011 | Asset Analysis and Recovery | 3.0 | 1 |
| **September 2011 Total** | | **21.0** | |