# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2011 through September 30, 2011

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Matt Rosenberg | 9/26/11-9/28/11 | Flight to New York, NY (Airpass) | $ 962.33 |
| Matt Rosenberg | 9/26/11-9/28/11 | Hotel (two nights) | $ 1,556.14 |
| Matt Rosenberg | 9/26/11-9/28/11 | Ground transportation | $ 133.00 |
| Matt Rosenberg | 9/26/11-9/28/11 | Meals | $ 117.64 |
| **Total Expenses** | | | **$ 2,769.11** |