## CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Amended Agenda of Matters Scheduled for Hearing on October 19, 2011 at 10:00 a.m. (ET)** was caused to be made on October 18, 2011, in the manner indicated upon the parties identified in the attached service list.

Dated: October 18, 2011

                                                  */s/ Chad A. Fights*
                                                 Chad A. Fights (No. 5006)