# SERVICE LIST

**Via Fax**

(Attorneys for Nathanson and Company, LLC)
Mary E. Augustine
Bifferato Gentilotti
800 N. King St. Plaza Level
Wilmington, DE 19801
Fax: 302-429-8600

(Counsel for ITC Networks)
Vivian A. Houghton, Esquire
800 West Street, 2nd Floor
Wilmington, DE 19801-1526
Fax: 302-658-5731

(Counsel for ITC Networks)
GAMBOURG & BORSEN LLP
Roman Gambourg, Esq.
The Bridge Plaza Building
2185 Lemoine Avenue
Fort Lee, NJ 07024
Fax: 201-242-6888

(Counsel for NeoPhotonics Corporation)
David D'Amour
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
Suite 2400
New York, NY 10012
Fax: 212-653-8701

(Counsel for LTS Managed)
Richard W. Riley
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
302-657-4900
Fax : 302-657-4901

(Counsel to AudioCodes)
Mark C. Hunt
Fulbright & Jaworski LLP
666 Fifth Ave.
New York, NY 10103
Fax: (212) 318-3400

(Counsel for McCann-Erickson Worldwide, Inc., McCann Relationship Marketing, and Wahlstrom)
Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue
P.O. Box 25046
Wilmington, DE 19801
Fax: 302-652-1111

(Attorneys for Nortel)
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
Raymond H. Lemisch, Esq.
Jennifer R. Hoover, Esquire
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Fax: 302-442-7012

(Attorneys for Communications Test Design, Inc.)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
David W. Hansen
525 University Avenue
Suite 1100
Palo Alto, California 94301
Fax: 650-470-4570

(Attorneys for Beeline.com, Inc.)
Daniel J. Merrett
Jones Day
1420 Peachtree St., N.E.; Suite 800
Atlanta, GA 30309-3053
Fax: 404-581-8330

MCCARTER & ENGLISH, LLP
William F. Taylor, Jr.
405 N. King Street, 8th Floor
Wilmington, DE 19801
Fax: 302-984-6399

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
Fax: 212-967-4258

Ashby & Geddes
Amanda Winfree
500 Delaware Ave.
Wilmington, DE 19801
Fax: 302-654-2067

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020
FAX: 212-610-6399

Thomas P. Tinker. Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519
FAX: 302-573-6497

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705
FAX: 302-652-4400

Mary F. Caloway Esq.
Mona A. Parikh
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228
FAX: 302-552-4295

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801
FAX: 302-651-7701

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY  10036
FAX: 212-872-1002

Thomas R. Kreller
MILBANK, TWEED, HADLEY &
MCLOY LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017
FAX: 213-892-4763

Global Broadcast News
Attn: Anuj Garg
Express Trade Tower, Plot No 15-16
Sector 16A
Firm City
Noida, Utlar Pradesh 201 301
India
Facsimile: +91 0120 4324106

(Counsel for Ian Martin)
Miller Canfield Paddock and Stone P.L.C.
Donald Hutchinson
150 West Jefferson
Detroit, MI 48226
Fax: 313-496-7500

(Counsel for TEKsystems)
Cross & Simon, LLC
Michael Joyce
913 N. Market St.
Wilmington, DE 19801
Fax: 302-777-4224

(Counsel to Ian Martin)
Michael Joseph Custer
Pepper Hamilton LLP
1313 Market Street
Wilmington, DE 19899
Fax : 302-421-8390

(Counsel to Telecom)
Morris James LLP
Carl Kunz III
500 Delaware Ave.
Wilmington, DE 19801
Fax: 302-571-1750

(Counsel to Systems & Software)
ECKERT SEAMANS CHERIN
& MELLOTT, LLC
Ronald S. Gellert
Gaston P. Loomis, II
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Fax: 302-425-0432

4534553.1