# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 17, 2011
Invoice 391001
Page 2
Client #  732310

Matter #  165839

---

For services through September 30, 2011
relating to  Case Administration

| 09/06/11 | Review docket (.2); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.50 hrs. | 200.00 | $100.00 |
| 09/06/11 | Review email from B. Witters re: draft critical dates calendar (.1); Review draft of same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| 09/07/11 | Review upcoming critical dates and update calendar | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 09/19/11 | Review docket (.1); Review and update critical dates (.2) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 09/19/11 | Review upcoming critical dates | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 09/26/11 | Review docket (.1); Review and update critical dates (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 09/30/11 | Organize and maintain original pleadings | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 200.00 | $100.00 |

Total Fees for Professional Services      $504.00

TOTAL DUE FOR THIS INVOICE      **$504.00**
BALANCE BROUGHT FORWARD      $444.00

**TOTAL DUE FOR THIS MATTER**      **$948.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 17, 2011
Invoice 391001
Page 3
Client #  732310

Matter # 165839

---

For services through September 30, 2011

relating to  Automatic Stay/Adequate Protection

| | | | | |
|---|---|---|---|---|
| 09/09/11 | Review objection to Fitzgerald stay relief motion | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 340.00 | $170.00 |

Total Fees for Professional Services $170.00

TOTAL DUE FOR THIS INVOICE **$170.00**

**TOTAL DUE FOR THIS MATTER** **$170.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 17, 2011
Invoice 391001
Page 4
Client #  732310

Matter #  165839

For services through September 30, 2011
relating to  Claims Administration

| | | | | |
|---|---|---|---|---|
| 08/11/11 | Review motion adjusting intercompany agreements (.9); Review motion to shorten for motion adjusting intercompany agreements (.3) | | | |
| Associate | Christopher M. Samis | 1.20 hrs. | 340.00 | $408.00 |
| 09/09/11 | Review intercompany D&O claims bar date motion | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 340.00 | $238.00 |
| 09/12/11 | Call to B. Kahn re: status of allocation litigation and various creditor inquiries (.2); Call to L. Murley re: status of allocation litigation and distributions on general unsecured claims (.2); Call from A. Cordo re: dispute with EMEA on response deadline for omnibus objections (.2); Email to A. Cordo re: D. Sloan covering telephonic hearing on dispute with EMEA on response deadline for omnibus objections (.1) | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 340.00 | $238.00 |
| 09/13/11 | Email to D. Sloan re: resolution of dispute with EMEA debtors over extension of time to respond to EMEA claims objections | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| 09/15/11 | Review Joint Administrator's memorandum of law in support of objection to motion to dismiss EMEA claims and related documentation (2.8); Review Nathanson 9019 motion and related documentation (.6) | | | |
| Associate | Christopher M. Samis | 3.40 hrs. | 340.00 | $1,156.00 |
| 09/16/11 | Complete review of Joint Administrator's memorandum of law in support of objection to motion to dismiss EMEA claims and related documentation (1.2); Review Canadian Monitor's response to Non-Canadian intercompany claims bar date motion (.3); Review Joint Administrator's memorandum of law in support of objection to motion to dismiss NN (Ireland) claims and related documentation (1.5); Review Joint Administrator's and French Liquidator's memorandum of law in support of objection to motion to dismiss  NN, S.A. claims and related documentation (1.5) | | | |
| Associate | Christopher M. Samis | 4.50 hrs. | 340.00 | $1,530.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 17, 2011
Invoice 391001
Page 5

Client #  732310

Matter # 165839

| 09/22/11 | Review revisions to bar date order for non-Canadian intercompany claims | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 09/27/11 | Call to M. Gersten re: status of case and claim | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |

Total Fees for Professional Services $3,774.00

TOTAL DUE FOR THIS INVOICE **$3,774.00**

$782.00

**TOTAL DUE FOR THIS MATTER** **$4,556.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 17, 2011
Invoice 391001

Page 6

Client # 732310

Matter # 165839

For services through September 30, 2011
relating to Court Hearings

| 09/01/11 | Retrieve and review re: 9/6/11 agenda (.1); E-mail to distribution re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 09/02/11 | Retrieve and review re: amended 9/6/11 agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 09/02/11 | Review emails (x4) from C. Samis re: attending 9/6/11 hearing (.1); Emails (x4) to C. Samis re: same (.1); Review amended agenda re: same (.2); Preparation for same (.2) | | | |
| Associate | Drew G. Sloan | 0.60 hrs. | 340.00 | $204.00 |
| 09/09/11 | Discussion with C. Samis re: preparation for and attendance at 9/19/11 hearing (.5); Review pleadings re: same (.4) | | | |
| Associate | Drew G. Sloan | 0.90 hrs. | 340.00 | $306.00 |
| 09/12/11 | Discussion with C. Samis re: retrieve and preparation of binders for third circuit oral argument (.1); Retrieve re: third circuit pleadings re: same (.5); Prepare binders x2 re: same (.8); Prepare index re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.60 hrs. | 200.00 | $320.00 |
| 09/12/11 | Meet with J. Knight re: Third Circuit procedures for U.K. Pension appeal hearing (.2); Review Third Circuit Rules for Third Circuit U.K. Pension appeal hearing (.3); Meet with B. Witters re: preparation for Third Circuit U.K. Pension appeal hearing (.3); Prepare for Third Circuit U.K. Pension appeal hearing (3.1); Emails to J. Sturm re: preparation for Third Circuit U.K. Pension appeal hearing (.3) | | | |
| Associate | Christopher M. Samis | 4.20 hrs. | 340.00 | $1,428.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 17, 2011
Invoice 391001
Page 7

Client #  732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 09/12/11 | Meeting with C. Samis re: participation on call with Court on 9/13/11 (.2); Review email from A. Cordo re: same (.1); Email to A. Cordo and C. Samis re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 340.00 | $136.00 |
| 09/13/11 | Prepare for Third Circuit oral argument in U.K. Pension appeal (3.0); Attend oral argument in U.K. Pension appeal (3.2) | | | |
| Associate | Christopher M. Samis | 6.20 hrs. | 340.00 | $2,108.00 |
| 09/13/11 | Review emails (x2) from J. Luton re: telephonic hearing (.1); Emails (x2) to C. Samis re: same (.1); Preparation for same (.3); Review email from C. Samis re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.60 hrs. | 340.00 | $204.00 |
| 09/16/11 | Review docket re: preparation for hearings on 9/21/11 and 9/22/11 (.3); Preparation for same (.6); Discussion with C. Samis re: same (.2) | | | |
| Associate | Drew G. Sloan | 1.10 hrs. | 340.00 | $374.00 |
| 09/19/11 | Retrieve re: 9/21/11 agenda (.1); Review re: same (.1); E-mail to distribution re: same (.1); Retrieve re: 9/21/11 agenda pleadings (.5); Prepare 9/21/11 hearing binder (.5); Retrieve re: amended 9/21/11 agenda (.1); E-mail to distribution re: same (.1); Revise 9/21/11 hearing binder (.1) | | | |
| Paralegal | Barbara J. Witters | 1.60 hrs. | 200.00 | $320.00 |
| 09/19/11 | Emails to B. Kahn re: upcoming hearing schedule (.2); Email to D. Sloan re: upcoming hearing schedule (.1); Review agenda for 9/21/11 hearing (.2); Email to B. Witters re: preparation for 9/21/11 hearing (.1); Prepare for 9/21/11 hearing (1.6) | | | |
| Associate | Christopher M. Samis | 2.20 hrs. | 340.00 | $748.00 |
| 09/19/11 | Review email from C. Samis re: 9/19/11 hearing (.1); Email to C. Samis re: same (.1); Review email from B. Witters re: agenda re: 9/21/11 hearing (.1); Review agenda re: same (.2) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 340.00 | $170.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 17, 2011
Invoice 391001
Page 8
Client #  732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 09/20/11 | Telephone call to Courtcall re: M. Wunder telephonic appearance for the 9/21/11 hearing (.1); E-mail to M. Wunder re: same (.1); Retrieve and review re: 9/22/11 agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 09/20/11 | Review amended agenda for 9/21/11 hearing (.2); Prepare for 9/21/11 hearing (.9) | | | |
| Associate | Christopher M. Samis | 1.10 hrs. | 340.00 | $374.00 |
| 09/20/11 | Review email from B. Witters re: agenda re: 9/22/11 hearing (.1); Review agenda re: same (.2); Discussion with C. Samis re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 340.00 | $136.00 |
| 09/21/11 | Order 9/21/11 hearing transcript | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| 09/21/11 | Attend 9/21/11 hearing (2.3); Prepare for 9/21/11 hearing (1.2); Email to B. Kahn re: logistics of and preparation for 9/21/11 hearing (.1) | | | |
| Associate | Christopher M. Samis | 3.60 hrs. | 340.00 | $1,224.00 |
| 09/22/11 | Circulate to distribution re: 9/21/11 hearing transcript | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| 09/22/11 | Emails to L. Morris re: logistics of 10/13/11 and 10/1411 hearings (x2) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 09/22/11 | Review transcript form 9/21/11 hearing | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 340.00 | $170.00 |

Total Fees for Professional Services        $8,490.00

TOTAL DUE FOR THIS INVOICE                      **$8,490.00**

$4,252.00

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 17, 2011
Invoice 391001
Page 9

Client #  732310

Matter #  165839

**TOTAL DUE FOR THIS MATTER**                              **$12,742.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 17, 2011
Invoice 391001
Page 10

Client #  732310

Matter #  165839

For services through September 30, 2011
relating to  Employee Issues

| 09/09/11 | Review LTD Committee information protocol motion | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.60 hrs. | 340.00 | $204.00 |
| 09/19/11 | Review changes to LTD 1102/1103 order | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 340.00 | $136.00 |
| 09/22/11 | Review Retiree Committee motion for clarification of information requirements | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 340.00 | $204.00 |

Total Fees for Professional Services          $544.00

TOTAL DUE FOR THIS INVOICE                    **$544.00**

**TOTAL DUE FOR THIS MATTER**                 **$544.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 17, 2011
Invoice 391001
Page 11

Client #  732310

Matter # 165839

---

For services through September 30, 2011
relating to  Litigation/Adversary Proceedings

| | | | | |
|---|---|---|---|---|
| 09/07/11 | Review Anixter 9019 motion | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 340.00 | $204.00 |
| 09/09/11 | Review ERISA litigation 9019 | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 340.00 | $238.00 |
| 09/14/11 | Review email from L. Barefoot re: EMEA scheduling | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |
| 09/22/11 | Review Neophotonics 9019 (.8); Review ITC Networks SRL 9019 (.8) | | | |
| Associate | Christopher M. Samis | 1.60 hrs. | 340.00 | $544.00 |
| 09/28/11 | Review LTS 9019 (.7); Review Test Design 9019 (.7); Review seal motion for Test Design 9019 (.3) | | | |
| Associate | Christopher M. Samis | 1.70 hrs. | 340.00 | $578.00 |
| 09/29/11 | Review 4(m) extension motion | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |

Total Fees for Professional Services                         $1,700.00

**TOTAL DUE FOR THIS INVOICE**                              **$1,700.00**

$3,134.50

**TOTAL DUE FOR THIS MATTER**                               **$4,834.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 17, 2011
Invoice 391001
Page 12

Client #  732310

Matter # 165839

For services through September 30, 2011
relating to  Retention of Others

| 09/09/11 | Review LTD Committee motion to retain KCC (.4); Review Retiree Committee retention application for Togut (.5); Review Retiree Committee retention application for McCarter (.5) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.40 hrs. | 340.00 | $476.00 |
| 09/19/11 | Review changes to LTD KCC retention order | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| 09/22/11 | Review Retiree Committee application to retain KCC | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 340.00 | $238.00 |
| 09/28/11 | Review 10th OCP report | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |

Total Fees for Professional Services        $816.00

TOTAL DUE FOR THIS INVOICE                  **$816.00**

$494.00

**TOTAL DUE FOR THIS MATTER**               **$1,310.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 17, 2011
Invoice 391001
Page 13
Client #  732310

Matter #  165839

---

For services through September 30, 2011
relating to  RLF Fee Applications

| 09/01/11 | E-mail to B. Kahn re: RLF August fee and expense estimates | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| 09/15/11 | Review RLF August bill memo | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 09/15/11 | Review August 2011 bill memos re: RLF monthly fee application (.3); Discussion with B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 340.00 | $136.00 |
| 09/16/11 | Review email from B. Witters re: form of omnibus fee order (.1); Review same (.2); Email to B. Witters and C. Samis re: same (.1); Review email from C. Samis re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 340.00 | $170.00 |
| 09/19/11 | Retrieve re: 10th interim fee applications and related monthly fee applications and cnos | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 09/20/11 | Prepare RLF 10th interim fee binder | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 09/21/11 | Prepare cno re: RLF July fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 09/21/11 | Email to B. Witters re: submitting CNO for July 2011 RL&F fee application | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 17, 2011
Invoice 391001
Page 14

Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 09/21/11 | Review email from B. Witters re: filing certificate of no objection re: RLF monthly fee application (.1); Review email from C. Samis re: same (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |
| 09/27/11 | Review and revise RLF August fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 200.00 | $200.00 |
| 09/27/11 | Review and execute RLF monthly fee application (.3); Review and execute notice re same (.1); Discussion with B. Witters re filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 340.00 | $170.00 |

Total Fees for Professional Services                                $1,092.00

TOTAL DUE FOR THIS INVOICE                                    **$1,092.00**

$1,368.00

**TOTAL DUE FOR THIS MATTER**                                **$2,460.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 17, 2011
Invoice 391001
Page 15
Client # 732310

Matter # 165839

For services through September 30, 2011
relating to Fee Applications of Others

| 09/01/11 | Attention to e-mail re: Fraser Milner 10th interim fee application (.1); Retrieve and review re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to M. Wunder re: confirmation of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.80 hrs. | 200.00 | $160.00 |
| 09/01/11 | Review and finalize for filing Fraser Milner interim fee application | | | |
| Associate | Travis A. McRoberts | 0.10 hrs. | 280.00 | $28.00 |
| 09/02/11 | Prepare cno re: Capstone June fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 09/07/11 | Prepare cno re: Fraser Milner June fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 09/07/11 | Review email from B. Witters re: filing certificate of no objection re: Fraser Milner monthly fee application (.1); Review email from M. Wunder re: same (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |
| 09/09/11 | Review motion to pay Global IP Services | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 340.00 | $170.00 |
| 09/12/11 | Prepare cno re: Akin Gump June fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 09/12/11 | Review email from B. Kahn re: certificate of no objection re: Akin Gump monthly fee application (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |

Nortel Creditors Committee                          October 17, 2011
c/o Fred S. Hodara, Esq.                            Invoice 391001
Akin Gump Strauss Hauer Feld LLP                    Page 16
One Bryant Park
New York NY 10036                                   Client # 732310

                                                    Matter # 165839

---

| 09/14/11 | Prepare exhibit re: 10th interim fee applications (1.3); E-mail to B. Kahn re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.40 hrs. | 200.00 | $280.00 |
| 09/15/11 | Revise exhibit re: 10th interim fee applications | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 09/16/11 | Revise 10th interim fee application exhibit (.2); E-mail to C. Samis and D. Sloan re: same (.1); E-mail to M. DeCarli re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 09/16/11 | Review 10th interim Committee fee schedule | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |
| 09/19/11 | Prepare cno re: Capstone July fee application (.2); Finalize and file cno re: same (.2); E-mail to C. Samis re: 10th interim fee order (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 200.00 | $100.00 |
| 09/19/11 | Email to B. Witters re: status of interim fee exhibit for Committee professionals (.1); Email to A. Cordo re: interim fee exhibit for Committee professionals (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 09/19/11 | Review email from B. Witters re: filing certificate of no objection re: Capstone monthly fee application (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| 09/21/11 | Prepare cno re: Akin Gump July fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 09/21/11 | Review email from B. Witters re: filing certificate of no objection re: Akin Gump monthly fee application (.1); Review email from B. Kahn re: same (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 17, 2011
Invoice 391001
Page 17

Client #  732310

Matter # 165839

---

| 09/22/11 | Update fee app chart (1.4); Prepare cno re: Fraser Milner July fee application (.2); Finalize and file cno re: same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.80 hrs. | 200.00 | $360.00 |
| 09/22/11 | Review email from B. Witters re: filing certificate of no objection re: Fraser Milner monthly fee application (.1); Review email from M. Wunder re: same (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |
| 09/23/11 | Prepare cno re: Ashurst July fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 09/23/11 | Review email from B. Witters re: filing certificate of no objection re: Ashurst monthly fee application (.1); Review email from B. Kahn re: same (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |
| 09/28/11 | Attention to e-mail re: Ashurst August fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Revise re: notice of application and cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.20 hrs. | 200.00 | $240.00 |
| 09/28/11 | Review Ashurst monthly fee application (.2); Review and execute notice re same (.1); Discussion with B. Witters re filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 340.00 | $136.00 |
| 09/29/11 | Attention to e-mail re: Akin Gump August fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 200.00 | $200.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 17, 2011
Invoice 391001
Page 18
Client # 732310

Matter # 165839

| Date | Description | | | |
|------|-------------|---|---|---|
| 09/29/11 | E-mail to K. Prater re: filing and service of Akin August 2011 fee application (.1); E-mail to B. Witters re: filing and service of Akin August 2011 fee application (.1); Review/revise/finalize Akin August 2011 fee application (.3) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 340.00 | $170.00 |
| 09/29/11 | Review Akin Gump monthly fee application (.2); Review and execute notice re same (.1); Discussion with B. Witters re filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 340.00 | $136.00 |
| 09/30/11 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |

Total Fees for Professional Services $3,254.00

TOTAL DUE FOR THIS INVOICE **$3,254.00**

$3,636.00

**TOTAL DUE FOR THIS MATTER** **$6,890.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 17, 2011
Invoice 391001
Page 19
Client #  732310

### Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Barbara J. Witters | 17.60 | 200.00 | 3,520.00 |
| Christopher M. Samis | 40.00 | 340.00 | 13,600.00 |
| Drew G. Sloan | 9.40 | 340.00 | 3,196.00 |
| Travis A. McRoberts | 0.10 | 280.00 | 28.00 |
| TOTAL | 67.10 | $303.19 | 20,344.00 |

**TOTAL DUE FOR THIS INVOICE**                                    **$21,300.79**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310