# **EXHIBIT B**



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.:  51-0226371

October 17, 2011
Invoice 391001

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through September 30, 2011
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Binding | $8.00 |
| Court Reporter Services | $106.20 |
| Document Retrieval | $248.08 |
| Filing Fees | $51.00 |
| Long distance telephone charges | $13.90 |
| Messenger and delivery service | $25.60 |
| Photocopying/ Printing  1,553 @ $.10/pg. / 3,152 @ $.10/pg. | $470.50 |
| Postage | $33.51 |
| Other Charges | $956.79 |

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$956.79** |
| BALANCE BROUGHT FORWARD | $2,243.58 |
| **TOTAL DUE FOR THIS MATTER** | **$3,200.37** |

■ ■ ■

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

October 17, 2011  
Invoice 391001  
Page 20  
Client # 732310  

Client: Official Committee of the Board of Directors of Nortel Networks Inc  
Matter: Nortel - Representation of Creditors Committee  
       Case Administration  
       Automatic Stay/Adequate Protection  
       Claims Administration  
       Court Hearings  
       Employee Issues  
       Litigation/Adversary Proceedings  
       Retention of Others  
       RLF Fee Applications  
       Fee Applications of Others  

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 09/01/11 | Photocopies | | DUP.10CC |
| | Amount = | $2.50 | |
| 09/01/11 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 09/01/11 | Postage | | POST |
| | Amount = | $3.24 | |
| 09/05/11 | PACER | | DOCRETRI |
| | Amount = | $5.28 | |
| 09/07/11 | PACER | | DOCRETRI |
| | Amount = | $5.44 | |
| 09/12/11 | PACER | | DOCRETRI |
| | Amount = | $147.84 | |
| 09/12/11 | Printing | | DUP.10CC |
| | Amount = | $49.40 | |
| 09/12/11 | Printing | | DUP.10CC |
| | Amount = | $6.30 | |
| 09/12/11 | Printing | | DUP.10CC |
| | Amount = | $38.00 | |
| 09/12/11 | Printing | | DUP.10CC |
| | Amount = | $7.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

October 17, 2011  
Invoice 391001  
Page 21  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 09/12/11 | Printing | | DUP.10CC |
| | Amount = | $4.00 | |
| 09/12/11 | Printing | | DUP.10CC |
| | Amount = | $49.40 | |
| 09/12/11 | Printing | | DUP.10CC |
| | Amount = | $13.10 | |
| 09/12/11 | Printing | | DUP.10CC |
| | Amount = | $13.10 | |
| 09/12/11 | Printing | | DUP.10CC |
| | Amount = | $38.00 | |
| 09/12/11 | Printing | | DUP.10CC |
| | Amount = | $7.10 | |
| 09/12/11 | Printing | | DUP.10CC |
| | Amount = | $4.00 | |
| 09/12/11 | Printing | | DUP.10CC |
| | Amount = | $6.30 | |
| 09/19/11 | Binding/Tabs Velobinding | | BIND |
| | Amount = | $8.00 | |
| 09/19/11 | Photocopies | | DUP.10CC |
| | Amount = | $61.80 | |
| 09/19/11 | PACER | | DOCRETRI |
| | Amount = | $59.92 | |
| 09/19/11 | Printing | | DUP.10CC |
| | Amount = | $2.30 | |
| 09/19/11 | Printing | | DUP.10CC |
| | Amount = | $2.30 | |
| 09/19/11 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 09/19/11 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 09/19/11 | Printing | | DUP.10CC |
| | Amount = | $5.30 | |
| 09/19/11 | Printing | | DUP.10CC |
| | Amount = | $6.90 | |
| 09/19/11 | Printing | | DUP.10CC |
| | Amount = | $4.80 | |

| | | |
|---|---|---|
| Nortel Creditors Committee | | October 17, 2011 |
| c/o Fred S. Hodara, Esq. | | Invoice 391001 |
| Akin Gump Strauss Hauer Feld LLP | | Page 22 |
| One Bryant Park | | |
| New York NY 10036 | | Client # 732310 |

| Date | Description | | Code |
|---|---|---|---|
| 09/19/11 | Printing | | DUP.10CC |
| | Amount = | $5.30 | |
| 09/19/11 | Printing | | DUP.10CC |
| | Amount = | $3.10 | |
| 09/19/11 | Printing | | DUP.10CC |
| | Amount = | $2.80 | |
| 09/19/11 | Printing | | DUP.10CC |
| | Amount = | $7.00 | |
| 09/19/11 | Printing | | DUP.10CC |
| | Amount = | $4.60 | |
| 09/19/11 | Printing | | DUP.10CC |
| | Amount = | $2.80 | |
| 09/20/11 | PACER | | DOCRETRI |
| | Amount = | $8.00 | |
| 09/21/11 | Printing | | DUP.10CC |
| | Amount = | $4.20 | |
| 09/22/11 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $106.20 | |
| 09/22/11 | PACER | | DOCRETRI |
| | Amount = | $7.76 | |
| 09/23/11 | COURTCALL LLC: | | FLFEE |
| | Amount = | $51.00 | |
| 09/23/11 | PACER | | DOCRETRI |
| | Amount = | $11.44 | |
| 09/23/11 | Printing | | DUP.10CC |
| | Amount = | $3.60 | |
| 09/27/11 | Photocopies | | DUP.10CC |
| | Amount = | $24.00 | |
| 09/27/11 | 14089955600 Long Distance | | LD |
| | Amount = | $13.90 | |
| 09/27/11 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 09/27/11 | Postage | | POST |
| | Amount = | $7.44 | |
| 09/27/11 | Printing | | DUP.10CC |
| | Amount = | $2.10 | |

| | | |
|---|---|---|
| Nortel Creditors Committee | | October 17, 2011 |
| c/o Fred S. Hodara, Esq. | | Invoice 391001 |
| Akin Gump Strauss Hauer Feld LLP | | Page 23 |
| One Bryant Park | | |
| New York NY  10036 | | Client #  732310 |

| Date | Description | Code |
|---|---|---|
| 09/27/11 | Printing | DUP.10CC |
| | Amount =  $2.10 | |
| 09/27/11 | Printing | DUP.10CC |
| | Amount =  $1.30 | |
| 09/27/11 | Printing | DUP.10CC |
| | Amount =  $1.50 | |
| 09/28/11 | Photocopies | DUP.10CC |
| | Amount =  $26.50 | |
| 09/28/11 | Messenger and delivery charges | MESS |
| | Amount =  $6.40 | |
| 09/28/11 | Messenger and delivery charges | MESS |
| | Amount =  $6.40 | |
| 09/28/11 | PACER | DOCRETRI |
| | Amount =  $2.40 | |
| 09/28/11 | Postage | POST |
| | Amount =  $8.04 | |
| 09/28/11 | Printing | DUP.10CC |
| | Amount =  $4.70 | |
| 09/29/11 | Photocopies | DUP.10CC |
| | Amount =  $40.50 | |
| 09/29/11 | Postage | POST |
| | Amount =  $14.79 | |
| 09/29/11 | Printing | DUP.10CC |
| | Amount =  $7.50 | |
| 09/29/11 | Printing | DUP.10CC |
| | Amount =  $1.30 | |
| 09/30/11 | Printing | DUP.10CC |
| | Amount =  $1.80 | |

TOTALS FOR   732310          Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $956.79