## CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order (I) Approving the Stipulation Resolving Claim Nos. 6980 and 4855 Filed by 485 Lexington Owner LLC and (II) Granting Limited Relief from the Automatic Stay to Effectuate a Setoff** was caused to be made on October 20, 2011, in the manner indicated upon the entities identified below and on the attached service list.

Date: October 20, 2011  /s/ Chad A. Fights
Wilmington, DE  Chad A. Fights (No. 5006)

**Via First Class Mail**

Edmond O'Brien
Stempel Bennett Claman and Hochberg P.C.
675 Third Avenue, 31st Floor
New York, NY 10017