# EXHIBIT C

## DISBURSEMENT SUMMARY
## AUGUST 1 TO AUGUST 31, 2011
### (All Amounts in Canadian Dollars)

Non-Taxable Disbursements

| | |
|---|---|
| Accommodations | $ 465.35 |
| Binding Books / Documents | $ 40.40 |
| Ground Transportation (Taxi Charges/Courier) | $ 182.51 |
| Library Computer Research | $ 297.08 |
| Long Distance Telephone Calls | $ 45.83 |
| Meals & Beverages | $ 60.12 |
| Photocopy & Printing Charges | $ 967.50 |
| Total Non-Taxable Disbursements | **$2,058.79 CDN.** |

10329565_1|TorDocs