**EXHIBIT D**

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2857439  
Page 27 of 30  
Matter # 538462-000001

### DISBURSEMENT DETAIL

| Date | Description | Qty | Amt |
|---|---|---|---|
| 27-Jul-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 31-Jul-11 | Beck Taxi/Inv 1721-031/M.Wunder July 8/11 | 1.00 | 21.60 |
| 31-Jul-11 | Bell Conferencing/M Wunder/Invoice 107373957 | 1.00 | 18.35 |
| 31-Jul-11 | Bell Conferencing/R Jacobs/Invoice 107373957 | 1.00 | 19.95 |
| 02-Aug-11 | Laser Copy;SHANTZ P | 55.00 | 5.50 |
| 02-Aug-11 | Laser Copy;jacobsr | 8.00 | 0.80 |
| 02-Aug-11 | Laser Copy;NELSON M | 42.00 | 4.20 |
| 02-Aug-11 | Laser Copy;NOBILIA | 1.00 | 0.10 |
| 02-Aug-11 | Laser Copy;NOBILIA | 16.00 | 1.60 |
| 02-Aug-11 | Laser Copy;Chowdhury, Safiah | 11.00 | 1.10 |
| 03-Aug-11 | Laser Copy;MacFarlaneA | 37.00 | 3.70 |
| 03-Aug-11 | Laser Copy;NELSON M | 31.00 | 3.10 |
| 03-Aug-11 | Laser Copy;Chowdhury, Safiah | 19.00 | 1.90 |
| 04-Aug-11 | Laser Copy;NELSON M | 82.00 | 8.20 |
| 04-Aug-11 | Laser Copy;MacFarlaneA | 3.00 | 0.30 |
| 04-Aug-11 | Laser Copy;jacobsr | 58.00 | 5.80 |
| 04-Aug-11 | Laser Copy;Chowdhury, Safiah | 4.00 | 0.40 |
| 05-Aug-11 | Laser Copy;Chowdhury, Safiah | 18.00 | 1.80 |
| 05-Aug-11 | Laser Copy;NELSON M | 24.00 | 2.40 |
| 08-Aug-11 | Laser Copy;NELSON M | 2.00 | 0.20 |
| 08-Aug-11 | Laser Copy;Chowdhury, Safiah | 185.00 | 18.50 |
| 08-Aug-11 | Laser Copy;MacFarlaneA | 1.00 | 0.10 |
| 08-Aug-11 | Laser Copy;DuldulaoF | 464.00 | 46.40 |
| 08-Aug-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 2.04 |
| 09-Aug-11 | Laser Copy;NELSON M | 210.00 | 21.00 |
| 09-Aug-11 | Laser Copy;NORTH, Alexandra | 8.00 | 0.80 |
| 09-Aug-11 | Laser Copy;jacobsr | 30.00 | 3.00 |
| 09-Aug-11 | Laser Copy;MacFarlaneA | 27.00 | 2.70 |
| 09-Aug-11 | Laser Copy;Chowdhury, Safiah | 371.00 | 37.10 |
| 09-Aug-11 | Tabs / Cerlox / Clear Cover | 1.00 | 4.80 |
| 09-Aug-11 | "eCarswell/NORTH,ALEXANDRA" | 1.00 | 90.25 |
| 10-Aug-11 | "eCarswell/NORTH,ALEXANDRA" | 1.00 | 179.55 |
| 10-Aug-11 | Tabs / Cerlox / Clear Cover | 1.00 | 3.80 |
| 10-Aug-11 | Laser Copy;jacobsr | 4.00 | 0.40 |
| 10-Aug-11 | Laser Copy;NELSON M | 6.00 | 0.60 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2857439  
Page 28 of 30  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 10-Aug-11 | Laser Copy;Chowdhury, Safiah | 750.00 | 75.00 |
| 10-Aug-11 | Laser Copy;CHUNG G | 76.00 | 7.60 |
| 10-Aug-11 | Laser Copy;NORTH, Alexandra | 32.00 | 3.20 |
| 10-Aug-11 | Laser Copy;Erandio, N. | 1,356.00 | 135.60 |
| 10-Aug-11 | Laser Copy;Levitt, S | 217.00 | 21.70 |
| 10-Aug-11 | Laser Copy;MacFarlaneA | 21.00 | 2.10 |
| 10-Aug-11 | Laser Copy;MCDONALA | 460.00 | 46.00 |
| 10-Aug-11 | Telephone;19175447922;New YorkNY;4715 | 1.00 | 0.51 |
| 10-Aug-11 | Telephone;19175447922;New YorkNY;4715 | 1.00 | 0.51 |
| 11-Aug-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 1.02 |
| 11-Aug-11 | Laser Copy;MacFarlaneA | 9.00 | 0.90 |
| 11-Aug-11 | Laser Copy;MCDONALA | 13.00 | 1.30 |
| 11-Aug-11 | Laser Copy;NELSON M | 13.00 | 1.30 |
| 11-Aug-11 | Laser Copy;Chowdhury, Safiah | 4.00 | 0.40 |
| 11-Aug-11 | Laser Copy;CHUNG G | 372.00 | 37.20 |
| 11-Aug-11 | Laser Copy;Levitt, S | 415.00 | 41.50 |
| 11-Aug-11 | Photocopy;Levitt, S | 264.00 | 26.40 |
| 11-Aug-11 | Photocopy;Levitt, S | 113.00 | 11.30 |
| 11-Aug-11 | Photocopy;Levitt, S | 6.00 | 0.60 |
| 11-Aug-11 | Long distance charges for M. Wunder on July 15/11; 2011-7-15 | 1.00 | 0.53 |
| 11-Aug-11 | Taxi from Avenue Road to King Street for M. Wunder on Aug. 10/11; 2011-8-10 | 1.00 | 8.85 |
| 12-Aug-11 | Cerlox / Clear Cover | 1.00 | 3.00 |
| 12-Aug-11 | Laser Copy;MacFarlaneA | 133.00 | 13.30 |
| 12-Aug-11 | Laser Copy;jacobsr | 17.00 | 1.70 |
| 12-Aug-11 | Laser Copy;NELSON M | 165.00 | 16.50 |
| 12-Aug-11 | Laser Copy;NOBILIA | 54.00 | 5.40 |
| 12-Aug-11 | FedEx delivery Sender: FRASER MILNER CASGRAIN Invoice/Airbill: 595199649/795075806410 Recipient Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 62.53 |
| 12-Aug-11 | "eCarswell/NORTH,ALEXANDRA" | 1.00 | 13.30 |
| 12-Aug-11 | Photocopy;WUNDER M | 611.00 | 61.10 |
| 12-Aug-11 | Tabs/Binder | 1.00 | 13.80 |
| 15-Aug-11 | Laser Copy;Chowdhury, Safiah | 48.00 | 4.80 |
| 15-Aug-11 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 16-Aug-11 | Laser Copy;Chowdhury, Safiah | 107.00 | 10.70 |
| 16-Aug-11 | Photocopy;MacFarlaneA | 3.00 | 0.30 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2857439  
Page 29 of 30  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 16-Aug-11 | Bell Conferening/R Jacobs/Inv. 107473120 | 1.00 | 2.41 |
| 16-Aug-11 | Meals and Beverages - Maxim 204671 Food for working group meeting A.MacFarlane/R. Jacobs/M.Wunder/J Hetu Aug 9/11 Nortel | 1.00 | 21.25 |
| 16-Aug-11 | Laser Copy;NELSON M | 6.00 | 0.60 |
| 16-Aug-11 | Cerlox / Clear Cover | 1.00 | 6.00 |
| 17-Aug-11 | Laser Copy;NELSON M | 209.00 | 20.90 |
| 17-Aug-11 | Cerlox/Clear Covers | 1.00 | 6.00 |
| 17-Aug-11 | Laser Copy;Chowdhury, Safiah | 497.00 | 49.70 |
| 18-Aug-11 | Laser Copy;Chowdhury, Safiah | 122.00 | 12.20 |
| 18-Aug-11 | Cerlox / FMC Cover | 1.00 | 3.00 |
| 18-Aug-11 | Laser Copy;DUNSMUIM | 8.00 | 0.80 |
| 18-Aug-11 | Laser Copy;NELSON M | 26.00 | 2.60 |
| 19-Aug-11 | Laser Copy;Chowdhury, Safiah | 73.00 | 7.30 |
| 19-Aug-11 | Laser Copy;NELSON M | 121.00 | 12.10 |
| 22-Aug-11 | Laser Copy;NELSON M | 29.00 | 2.90 |
| 22-Aug-11 | Laser Copy;Chowdhury, Safiah | 44.00 | 4.40 |
| 22-Aug-11 | Laser Copy;MacFarlaneA | 53.00 | 5.30 |
| 23-Aug-11 | Laser Copy;Chowdhury, Safiah | 7.00 | 0.70 |
| 23-Aug-11 | Laser Copy;jacobsr | 6.00 | 0.60 |
| 23-Aug-11 | Laser Copy;NELSON M | 38.00 | 3.80 |
| 24-Aug-11 | Laser Copy;NORTH, Alexandra | 5.00 | 0.50 |
| 24-Aug-11 | Hotel room at Westin New York for R. Jacobs on August 18/11; 2011-8-18 | 1.00 | 465.35 |
| 24-Aug-11 | "eCarswell/NORTH,ALEXANDRA" | 1.00 | 9.98 |
| 24-Aug-11 | Laser Copy;NELSON M | 93.00 | 9.30 |
| 24-Aug-11 | Working meal at Subway for R. Jacobs on Aug. 10/11; 2011-8-10 | 1.00 | 8.49 |
| 25-Aug-11 | Laser Copy;NELSON M | 111.00 | 11.10 |
| 25-Aug-11 | Laser Copy;MacFarlaneA | 11.00 | 1.10 |
| 25-Aug-11 | Laser Copy;BEAIRSTO | 36.00 | 3.60 |
| 25-Aug-11 | Laser Copy;Chowdhury, Safiah | 180.00 | 18.00 |
| 25-Aug-11 | Laser Copy;jacobsr | 3.00 | 0.30 |
| 26-Aug-11 | Laser Copy;MacFarlaneA | 2.00 | 0.20 |
| 26-Aug-11 | Laser Copy;jacobsr | 5.00 | 0.50 |
| 26-Aug-11 | Laser Copy;MEALING | 22.00 | 2.20 |
| 26-Aug-11 | Laser Copy;NELSON M | 254.00 | 25.40 |
| 26-Aug-11 | Laser Copy;SHANTZ P | 4.00 | 0.40 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2857439  
Page 30 of 30  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 29-Aug-11 | Laser Copy;Chowdhury, Safiah | 173.00 | 17.30 |
| 29-Aug-11 | Library Computer Research Other:10/08/11 | 1.00 | 4.00 |
| 29-Aug-11 | Laser Copy;NELSON M | 44.00 | 4.40 |
| 30-Aug-11 | Laser Copy;jacobsr | 2.00 | 0.20 |
| 30-Aug-11 | Laser Copy;DUNSMUIM | 22.00 | 2.20 |
| 30-Aug-11 | Laser Copy;NELSON M | 144.00 | 14.40 |
| 31-Aug-11 | Laser Copy;Chowdhury, Safiah | 102.00 | 10.20 |
| 31-Aug-11 | Beck Taxi/Inv 1721-032/Michael Wunder Aug 16/11 | 1.00 | 23.66 |
| 31-Aug-11 | Beck Taxi/Inv 1721-032/Michael Wunder Aug 3/11 | 1.00 | 27.77 |
| 31-Aug-11 | Laser Copy;jacobsr | 6.00 | 0.60 |
| 31-Aug-11 | Laser Copy;NELSON M | 94.00 | 9.40 |
| 31-Aug-11 | Laser Copy;NOBILIA | 142.00 | 14.20 |
| 31-Aug-11 | Laser Copy;SHANTZ P | 2.00 | 0.20 |
| 31-Aug-11 | Beck Taxi/Inv 1721-032/Hodara x 2 Aug 26 and 31 | 1.00 | 38.10 |
| 31-Aug-11 | Working lunch from Subway on August 25, 2011 for Ryan Jacobs, Alex MacFarlane and Jarvis Hetu; 2011-8-25 | 1.00 | 30.38 |
| | TOTAL | CDN. | $2,058.79 |