**EXHIBIT E**

10329927_5|TorDocs

## SUMMARY OF LAWYERS AND PARALEGALS RENDERING SERVICES DURING THE PERIOD AUGUST 1, 2011 THROUGH AUGUST 31, 2011
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Alex L. MacFarlane | Partner | Financial Restructuring | Ontario - 1988 | 39.3 | $800.00 | $31,440.00 |
| Alexandra North | Associate | Financial Restructuring | Ontario - 2009 | 16.2 | $350.00 | $5,670.00 |
| Andy Pushalik | Associate | Employment/Labour | Ontario - 2009 | 0.6 | $390.00 | $234.00 |
| Anneli LeGault | Partner | Employment/Labour | Ontario - 1982 | 0.6 | $775.00 | $465.00 |
| Jarvis Hétu | Associate | Financial Restructuring | Ontario - 2009 | 1.4 | $350.00 | $490.00 |
| Kristin Taylor | Partner | Employment/Labour | Ontario - 1995 | 5.6 | $650.00 | $3,640.00 |
| Lisa Telebar | Student | Students | | 1.3 | $215.00 | $279.50 |
| Mark Dunsmuir | Associate | Pensions/Benefits | Ontario - 2006 | 13.9 | $450.00 | $6,255.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 20.9 | $775.00 | $16,197.50 |
| Matthew Peters | Partner | Taxation | Ontario - 2002 | 3.2 | $600.00 | $1,920.00 |
| Michael Beairsto | Partner | Information Technology/ Intellectual Property | Ontario - 1989 | 1.8 | $625.00 | $1,125.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 95.2 | $775.00 | $73,780.00 |
| Neil Bass | Partner | Taxation | Ontario - 1990 | 0.9 | $800.00 | $720.00 |
| Paul Shantz | Consultant | Real Estate/Environmental | Ontario - 1979 | 10.4 | $650.00 | $6,760.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 139.6 | $675.00 | $94,230.00 |
| Samuel Levitt | Student | Students | | 5.5 | $195.00 | $1,072.50 |
| Sander Grieve | Partner | Corporate | Ontario - 1998 | 0.3 | $800.00 | $240.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 6.9 | $850.00 | $5,865.00 |
| Timothy Banks | Partner | Employment/Pension/ Research | Ontario - 2002 | 5.4 | $650.00 | $3,510.00 |
| | | | | | | |
| TOTAL | | | | 369.0 | CDN. | $253,893.50 |
| | Less Non-Working Travel Time Discount (50% $877.50) | | | | | -$438.75 |
| TOTAL | | | | 369.0 | CDN. | $253,454.75 |

10329565_1|TorDocs