# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>Nortel Networks Inc., *et al.*, [1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |
| Nortel Networks Inc. v. Asteelflash California, Inc. | Adv. Pro. No. 10-53166 |
| Nortel Networks Inc. v. CSWL, Inc. | Adv. Pro. No. 10-53169 |
| Nortel Networks Inc. v. Mercury Americas USA, Corp. | Adv. Pro. No. 10-53175 |
| Nortel Networks Inc. v. Nathanson and Company, LLC | Adv. Pro. No. 10-53176 |
| Nortel Networks Inc. v. PowerSteering Software, Inc. | Adv. Pro. No. 10-53179 |
| Nortel Networks Inc. v. STMicroelectronics N.V. | Adv. Pro. No. 10-53181 |

## STATUS REPORT ON AVOIDANCE ACTIONS
## ASSIGNED TO THE HONORABLE KEVIN GROSS, CHIEF JUDGE

In accordance with the Court's Chambers' Procedures and the Scheduling Order dated January 21, 2011 entered with respect to the above-captioned adversary proceedings, plaintiffs Nortel Networks Inc. and Nortel Networks (CALA), Inc., by and through their counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submits the following status report with respect to the above-captioned adversary proceedings.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: October 21, 2011
Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        Deborah M. Buell (admitted *pro hac vice*)
        Neil P. Forrest (admitted *pro hac vice*)
        Nora K. Abularach (admitted *pro hac vice*)
        One Liberty Plaza
        New York, New York 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

            - and -

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Chad A. Fights*
        Donna L. Culver (No. 2983)
        Derek C. Abbott (No. 3376)
        Chad Fights (No. 5006)
        1201 North Market Street, 18th Floor
        P.O. Box 1347
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 425-4663

        *Counsel for the Debtors and*
        *Debtors in Possession*

## STATUS A

## SERVICE NOT YET COMPLETED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS B

## SERVICE COMPLETE, ANSWERS DUE

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS C

## MOTION OR REQUEST FOR DEFAULT FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS D

## NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS E

## RESOLVED/SETTLED: MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-53175 | Mercury Americas USA, Corp. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without |

NEWYORK:2446675.2

| | | |
|---|---|---|
| | | further notice or order of the Bankruptcy Court. |
| 10-53176 | Nathanson and Company, LLC | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, an Order pursuant to Bankruptcy Rule 9019(b) was entered on October 17, 2011. |
| 10-53181 | STMicroelectronics N.V. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors have provided the Notice Parties with notice of this proposed settlement. |

## STATUS F

## DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-53166 | Asteelflash California, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated August 3, 2011.  Defendant's responses to Plaintiff's initial discovery requests due on November 11, 2011. |
| 10-53179 | PowerSteering Software, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated August 8, 2011. |

## STATUS G

## NOTICE OF SELECTION OF MEDIATOR FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-53169 | CSWL, Inc. | Stipulation of Mediator filed on September 6, 2011. |

## STATUS H

## READY FOR TRIAL

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS I

## DISPOSITIVE MOTION PENDING

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS J

## STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS K
## APPEAL PENDING

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |