**Via Hand Delivery**

Rachel B. Mersky
Monzack Mersky McLaughlin & Browder, PA
1201 N. Orange Street
Suite 400
Wilmington, DE 19801
Attorneys for CSWL, Inc.

Mary E. Augustine
Bifferato Gentilotti
800 N. King St.
Plaza Level
Wilmington, DE 19801
Attorneys for Nathanson and Company, LLC

Thomas G. Macauley
Zuckerman and Spaeder LLP
919 Market Street
Suite 990
P.O. Box 1028
Wilmington, DE 19899
Attorneys for PowerSteering Software, Inc.

James S. Green
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue
Suite1500
Wilmington, DE 19801
Attorneys for STMicroelectronics N.V.

Elihu Ezekiel Allinson, III
Sullivan Hazeltine Allinson LLC
4 East 8th Street Suite 400
Wilmington, DE 19801
Attorneys for Asteelflash California, Inc.

**Via First Class Mail**

Jeffrey M. Carbino
Thorp Reed & Armstrong
One Commerce Square
2005 Market Street
Suite 1000
Philadelphia, PA 19103
Attorneys for Mercury Americas USA, Corp.    4125804.1