# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*, [1] <br><br>                 Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks Inc. v. Ian Martin Limited and Ian Martin Technology Staffing, Inc. | Adv. Pro. No. 10-55929 |
| Nortel Networks Inc. v. Media5 Corporation | 10-55917 |
| Nortel Networks Inc. v. Oclaro Technology Limited f/k/a Oclaro Technology Plc. f/k/a Bookham Technology Plc. f/k/a Avanex Corporation | 10-55919 |
| Nortel Networks Inc. v. OrangeFrance d/b/a Orange Business Services | 10-55920 |
| Nortel Networks Inc. et al v. Prime Carrier Ltd. | 10-55921 |

## STATUS REPORT ON AVOIDANCE ACTIONS
## ASSIGNED TO THE HONORABLE KEVIN GROSS, CHIEF JUDGE

        In accordance with the Court's Chambers' Procedures and the Scheduling Order dated June 7, 2011 entered with respect to the above-captioned adversary proceedings, plaintiffs Nortel Networks Inc. and Nortel Networks (CALA), Inc., by and through its counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submits the following status report with respect to the above-captioned adversary proceedings.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: October 21, 2011
Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        Deborah M. Buell (admitted *pro hac vice*)
        Neil P. Forrest (admitted *pro hac vice*)
        Nora K. Abularach (admitted *pro hac vice*)
        One Liberty Plaza
        New York, New York 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

            - and -

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Chad A. Fights*
        Donna L. Culver (No. 2983)
        Derek C. Abbott (No. 3376)
        Chad Fights (No. 5006)
        1201 North Market Street, 18th Floor
        P.O. Box 1347
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 425-4663

        Counsel for the Debtors and
        Debtors in Possession

NEWYORK:2446674.2

## STATUS A

## SERVICE NOT YET COMPLETED

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS B

## SERVICE COMPLETE, ANSWERS DUE

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS C

## MOTION OR REQUEST FOR DEFAULT FILED OR TO BE FILED

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 10-55920 | OrangeFrance d/b/a Orange Business Services | Answer to complaint was due February 16, 2011. Plaintiff intends to file a motion for default judgment. |

## STATUS D

## NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS E

## RESOLVED/SETTLED: MAY NOT YET BE DISMISSED

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 10-55919 | Oclaro Technology Limited f/k/a Oclaro Technology Plc. f/k/a Bookham Technology Plc. f/k/a Avanex Corporation | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, a motion |

NEWYORK:2446674.2

|  | | pursuant to Bankruptcy Rule 9019(b) will be filed in connection with this proposed settlement. |
|---|---|---|

## STATUS F

## DISCOVERY UNDERWAY

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 10-55929 | Ian Martin Limited and Ian Martin Technology Staffing, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated October 20, 2011. |
| 10-55917 | Media5 Corporation | Discovery will be proceeding in accordance with the Amended Scheduling Order dated August 29, 2011. |
| 10-55921 | Prime Carrier Ltd. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated August 31, 2011. |

## STATUS G

## NOTICE OF SELECTION OF MEDIATOR FILED

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS H

## READY FOR TRIAL

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS I

## DISPOSITIVE MOTION PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS J

## STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS K
## APPEAL PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |