## UNITED STATES BANKRUPTCY COURT
### District of Delaware

**In Re:**
Nortel Networks Inc., et al.
2221 Lakeside Boulevard   **Chapter:** 11
Richardson, TX 75082
 **EIN:** 04–2486332

Allen & Overy LLP,
1221 Avenue of the Americas
New York, NY 10020

*Case No*.:  09–10138–KG

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 10/14/2011 was filed on 10/19/2011 . The following deadlines apply:

The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 11/9/2011 .

If a request for redaction is filed, the redacted transcript is due 11/21/2011 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 1/17/2012 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*[signature]*
Clerk of Court

Date: 10/19/11

(ntc)

```
                              United States Bankruptcy Court
                                   District of Delaware

In re:                                                                   Case No. 09-10138-KG
Nortel Networks Inc., et al.                                             Chapter 11
Nanette Faison
         Debtors               CERTIFICATE OF NOTICE
District/off: 0311-1           User: GingerM              Page 1 of 2           Date Rcvd: Oct 19, 2011
                               Form ID: ntcBK             Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2011.
 db           +Nortel Networks Inc., et al.,   2221 Lakeside Boulevard,   Richardson, TX 75082-4305
 aty           Andrew R. Remming,    Morris, Nichols, Arsht & Tunnell,   1201 North Market Street,
                P.O. Box 1347,   Wilmington, DE  19899-1347
 aty           Ann C. Cordo,   Morris Nichols Arsht & Tunnell LLP,   1201 N. Market Street,   P.O. Box 1347,
                Wilmington, DE  19899-1347
 aty           Chad A. Fights,   Morris, Nichols, Arsht & Tunnell LLP,   1201 North Market Street,
                P.O. Box 1347,   Wilmington, DE  19899-1347
 aty          +Derek C. Abbott,   Morris Nichols Arsht & Tunnell,   1201 N. Market Street,
                Wilmington, DE 19801-1146
 aty          +Elihu Ezekiel Allinson, III,   Sullivan Hazeltine Allinson LLC,
                901 North Market Street, Siote 1300,   Suite 1300,   Wilmington, DE 19801-3079
 aty          +Eric D. Schwartz,    Morris, Nichols, Arsht & Tunnell,   1201 N.Market Street,   P. O. Box 1347,
                Wilmington, DE 19899-1347
 aty          +Inna Rozenberg,    Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
                New York, NY 10006-1470
 aty          +Jacqueline Moessner,   Cleary Gottlieb Steen & Hamilton LLP,   1 Liberty Plaza,
                New York, NY 10006-1470
 aty          +James Croft,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
                New York, NY 10006-1470
 aty          +James L. Bromley,   Cleary Gottlieb Steen & Hamilton,   One Liberty Plaza,
                New York, NY 10006-1470
 aty          +Jennifer M. Westerfield,   Cleary Gottlieb Steen & Hamilton, LLP,   One Liberty Plaza,
                New York, NY 10006-1470
 aty          +Jennifer R. Hoover,   Benesch Friedlander Coplan & Aronoff LLP,   222 Delaware Ave.,   Suite 801,
                Wilmington, DE 19801-1611
 aty          +Juliet A. Drake,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
                New York, NY 10006-1470
 aty          +Kerrin T. Klein,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
                New York, NY 10006-1470
 aty          +Lauren L. Peacock,   Cleary Gottlieb Steen & Hamilton LLP,   1 Liberty Plaza,
                New York, NY 10006-1470
 aty          +Louis A. Lipner,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
                New York, NY 10006-1470
 aty           Mary Caloway,   Buchanan Ingersoll & Rooney PC,   1105 North Market Street,   Suite 1900,
                Wilmington, DE  19801-1228
 aty          +Matthew Gurgel,   Cleary Gottlieb Steen & Hamilton LLP,   1 Liberty Plaza,
                New York, NY 10006-1470
 aty           Mona A. Parikh,   Buchanan Ingersoll & Rooney PC,   1105 North Market Street,   Suite 1900,
                Wilmington, DE  19801-1228
 aty          +Nancy G. Everett,   Winston & Strawn LLP,   35 W. Wacker Drive,   Chicago, IL 60601-1695
 aty          +Neil P Forrest,   Cleary Gottlieb Steen & Hamiton LLP,   One Liberty Plaza,
                New York, NY 10006-1470
 aty          +Nora K Abularach,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
                New York, NY 10006-1470
 aty           Peter James Duhig,   Buchanan Ingersoll & Rooney PC,   1105 North Market Street,   Suite 1900,
                Wilmington, DE 19801-1228
 aty          +Raymond Howard Lemisch,   Benesch Friedlander Coplan & Aronoff, LL,   222 Delaware Avenue,
                Suite 801,   Wilmington, DE 19801-1611
 aty          +Rene E. Thorne,   Jackson Lewis LLP,   650 Poydras Street,   Suite 1900,
                New Orleans, LA 70130-7209
 aty          +Robin J. Baik,   Cleary Gottlieb Steen & Hamilton LLP,   One Liverty Plaza,
                New York, NY 10006-1470
 aty          +Sarah R Stafford,   Benesch,Friedlander,Coplan & Aronoff LLP,   222 Delaware Avenue,,   Suite 801,
                Wilmington, DE 19801-1611
 aty          +Scott D. McCoy,   Cleary Gottlieb Steen & Hamilton LLP,   One Liberty Plaza,
                New York, NY 10006-1470
 aty          +Thomas F. Driscoll, III,   Morris, Nichols, Arsht & Tunnell LLP,   1201 North Market Street,
                Wilmington, DE 19801-1146
 aty          +Tomislav A. Joksimovic,   Cleary Gottlieb Steen & Hamilton LLP,   1 Liberty Plaza,
                New York, NY 10006-1470
 frep         +Allen & Overy LLP,,   1221 Avenue of the Americas,   New York, NY 10020-1005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 ust          +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Oct 19 2011 20:26:37    Thomas Patrick Tinker,
                Office of the U.S. Trustee,   844 King Street Suite 2207,   Wilmington, DE 19801-3519
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty           Aren Goldsmith,   Cleary Gottlieb Steen & Hamilton LLP,   12, rue de Tilsitt,   Paris, FR 75008
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0311-1          User: GingerM              Page 2 of 2          Date Rcvd: Oct 19, 2011
                              Form ID: ntcBK             Total Noticed: 33

                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2011**                    **Signature:**    *Joseph Speetjens*