IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                                    :   Chapter 11
:
Nortel Networks Inc., *et al.*,[4]                       :   Bankr. Case No. 09-10138 (KG)
:
            Debtors.                                     :   (Jointly Administered)
:
-------------------------------------------------------- X
:
Nortel Networks Inc.,                                    :
:
            Plaintiff,                                   :
:   Adv. Proc. No. 10-55904 (KG)
v.                                                       :
:
Zhone Technologies, Inc.,                                :
:
            Defendant.                                   :
:
:
---------------------------------------------------------X

## AMENDED SCHEDULING ORDER

This matter having come before the Court on the Stipulation And Agreement Extending Deadlines between Nortel Networks Inc. ("Plaintiff") on the one hand and Zhone Technologies, Inc. ("Defendant," together with Plaintiff, the "Parties") on the other hand (the "Stipulation") and the Parties' request that the Amended Scheduling Order be amended to reflect the schedule as further extended by the Stipulation and set forth on Exhibit 1 thereto; and the Court having

---

[4] In addition to Nortel Networks Inc., the debtors in the Chapter 11 cases ("Debtors") are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

reviewed the Stipulation and sufficient cause appearing for the relief requested therein, it is hereby ORDERED as follows:

1. The Stipulation is approved.

2. Written fact discovery (i.e., requests for the production of documents, interrogatories and requests for admission) shall be initiated so as to be completed no later than January 23, 2012.

3. Pursuant to the General Order Regarding Procedures in Adversary Proceedings entered by the Honorable Mary F. Walrath on April 7, 2004, no later than January 21, 2012 the Parties shall file a Stipulation Regarding Appointment of a Mediator or a statement that the Parties cannot agree on a mediator and a request that the Court select and appoint a mediator to the proceeding. All mediations shall be concluded by March 19, 2012.

4. Fact depositions may be noticed or subpoenaed for a date on or after March 28, 2012 and shall be noticed so as to be concluded by May 18, 2012.

5. The Parties shall provide expert reports for any issue on which they bear the burden of proof, not including any report by Plaintiff on insolvency of the Debtors, by June 7, 2012. If the Defendant intends to provide expert testimony regarding the insolvency of the Debtors, any such expert report must be provided by June 7, 2012. Any expert report by Plaintiff on the insolvency of the Debtors, as well as any Parties' expert report intended to rebut any other expert report, shall be provided by June 27, 2012. Defendant shall provide any expert report intended to rebut any report on insolvency by Plaintiff by July 9, 2012. All reports shall provide the information required by Fed. R. Civ. P. 26(a)(2)(B). All expert discovery shall be completed, and discovery shall close, by July 17, 2012.

6. All dispositive motions shall be filed and served by August 1, 2012, and shall be subject to Del. Bankr. L.R. 7007.

7. The Order Assigning the Adversary Proceeding to Mediation shall set the adversary proceeding for trial on a date to be determined by the Court. The Court may, in its discretion, schedule a pre-trial conference in lieu of or in addition to the trial.

8. The Parties shall comply with the General Order Governing Pre-trial Procedures in Adversary Proceedings Set for Trial Before Judge Kevin Gross. The Parties shall file, no later than two (2) business days prior to the earlier date set for (i) pre-trial conference (if one is scheduled) or (ii) trial, their Final Pre-trial Order approved by all counsel and shall contemporaneously deliver two (2) copies thereof to Chief Judge Gross' chambers.

9. Deadlines contained in this Amended Scheduling Order may be extended by joint agreement of the parties or by the Court upon written motion for good cause shown.

10. The entry of this Amended Scheduling Order is without prejudice to the right of any party or parties to seek further extensions to the deadlines governing this case.

11. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

_October 21_, 2011.

_____
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY
JUDGE