## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
                                                              :
*In re*                                                       :     Chapter 11
                                                              :
Nortel Networks Inc., *et al.*, [1]                           :     Case No. 09-10138 (KG)
                                                              :
                                      Debtors.                :     Jointly Administered
                                                              :
------------------------------------------------------------ X

### CERTIFICATE OF NO OBJECTION
### REGARDING DOCKET NO. 6567

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Debtors' Motion for Entry of an Order Approving a Second Amendment to the Terms of Compensation of Lazard Frères & Co. LLC as Financial Advisor and Investment Banker to the Debtors** (the "Motion") (Docket No. 6567), filed on October 7, 2011.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than October 19, 2011 at 4:00 p.m. (ET)[2].

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]    The objection deadline was extended to October 21, 2011 at 12:00 p.m. (Noon) ET for the Bondholders Group.

WHEREFORE, the Debtors respectfully request that the Order attached to the

Motion be entered at the earliest convenience of the Court.

Dated:  October 24, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (No. 5125)
Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  /s/ Chad A. Fights
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors In Possession*

4098235.1