**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
--------------------------------------------------------X
                                                        :
In re                                                   :        Chapter 11
                                                        :
Nortel Networks Inc., et al.,¹                          :        Case No. 09-10138 (KG)
                                                        :
            Debtors.                                    :        Jointly Administered
                                                        :
--------------------------------------------------------X
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON OCTOBER 26, 2011 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**CONTINUED/RESOLVED/WITHDRAWN MATTERS**

1.      Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 3942, Filed 9/14/10).

        Objection Deadline:   October 7, 2010 at 4:00 p.m. (ET). Extended for Amphenol Corporation and its affiliates to November 23, 2011 at 4:00 p.m. (ET). Extended for the Debtors, with respect to Unisys's response to the objection, to January 3, 2012 at 4:00 p.m. (ET).

        Remaining Response Received:

---

¹       The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(a)     Response Of Unisys Corporation To Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) Filed by Unisys Corporation (D.I. 4106, Filed 10/7/10).

Related Pleading:

(a)     Order Granting Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 4163, Filed 10/14/10).

Status:  The hearing with respect to the objections to Claim Nos. 5500, 5501, 5502, 5504, 5505 and 5506 filed by Amphenol Corporation and its affiliates has been adjourned to the hearing scheduled for November 29, 2011 at 10:00 a.m. (ET).  The hearing with respect to the response filed by Unisys Corporation has been adjourned to the hearing scheduled for January 10, 2012 at 10:00 a.m. (ET).

2.     Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4126, Filed 10/8/10).

Objection Deadline:  October 25, 2010 at 4:00 p.m. (ET).  Extended for GE Fanuc to October 5, 2011 at 4:00 p.m. (ET).

Remaining Responses Received:

(a)     Response To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims), Filed by Commonwealth of Virginia, Department of Taxation (D.I. 4187, Filed 10/22/10).

Related Pleadings:

(a)     Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4256, Filed 11/8/10); and

(b)     First Supplemental Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow

Claims, Redundant Claims, Satisfied Claim, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4403, Filed 11/23/10).

Status:  The hearing with respect to the response filed by the Commonwealth of Virginia, Department of Taxation has been adjourned to the hearing scheduled for November 29, 2011 at 10:00 a.m. (ET). The hearing with respect to the objection to Claim No. 7077 filed by GE Fanuc has been adjourned to the hearing scheduled for January 24, 2012 at 10:00 a.m. (ET).

3.      Debtors' Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International, Inc. (D.I. 5196, Filed 4/1/11).

Objection Deadline:  May 17, 2011 at 4:00 p.m. (ET).

Responses Received:

(a)      Creditor's Opposition to Debtors' Motion for a Protective Order (D.I. 5384, Filed 5/5/11).

Related Pleadings:

(a)      Declaration of Stephen Kenkel in Support of Debtors' Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International, Inc. (D.I. 5197, Filed 4/1/11);

(b)      The Monitor's (I) Statement in Support of Debtors' Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International, Inc., and (II) Request for Joint Hearing on Such Motion (D.I. 5199, Filed 4/1/11);

(c)      Debtors' Reply in Further Support of their Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International, Inc. (D.I. 5558, Filed 6/1/11);

(d)      Declaration of George Reichert in Support of Debtors' Reply in Further Support of their Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International, Inc. (D.I. 5559, Filed 6/1/11);

(e)      Supplemental Declaration of Stephen Kenkel in Support of Debtors' Reply in Further Support of their Motion for Protective Order Limiting Discovery Requests Propounded by SNMP Research International, Inc. (D.I. 5560, Filed 6/1/11); and

(f)      Notice Pursuant To Section 12(d) Of The Cross-Border Protocol Of Filing Of Motion Record And Factum Filed In The Canadian Proceedings To Approve The Order Regarding SNMP RI Discovery Motion (D.I. 5561, Filed 6/1/11).

Status:  The hearing on this matter has been adjourned to a joint hearing to be determined upon consultation with the U.S. and Canadian Courts.

3

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION**

3.    Debtors' Motion for Entry of an Order Approving a Second Amendment to the Terms of Compensation of Lazard Frères & Co. LLC as Financial Advisor and Investment Banker to the Debtors (D.I. 6567, Filed 10/7/11).

Objection Deadline:   October 19, 2011 at 4:00 p.m. (ET).  Extended to October 21, 2011 at 12:00 p.m. (noon) for the Bondholder Group.

Responses Received:  None.

Related Pleadings:

(a)    Certification of No Objection (D.I. 6674, Filed 10/24/11); and

(b)    Proposed Form of Order.

Status: There have been no objections and a CNO has been filed.

4.    Joint Motion of the Official Committee of Retired Employees and the Official Committee of Long-Term Disability Participants for an Order Authorizing the Employment and Retention of Alvarez & Marsal Healthcare Industry Group, LLC as Financial Advisors *Nunc Pro Tunc* to September 8, 2011 (D.I. 6570, Filed 10/7/11).

Objection Deadline:   October 19, 2011 at 4:00 p.m. (ET)

Responses Received:  None.

Related Pleadings:

(a)    Notice of Filing of Corrected Exhibit "C" (D.I. 6637, Filed 10/18/11);

(b)    Certification of No Objection Regarding Joint Motion of the Official Committee of Retired Employees and the Official Committee of Long-Term Disability Participants for an Order Authorizing the Employment and Retention of Alvarez & Marsal Healthcare Industry Group, LLC as Financial Advisors *Nunc Pro Tunc* to September 8, 2011 (D.I. 6664, Filed 10/21/11); and

(c)    Proposed Form of Order.

Status: There are no objections and a CNO has been filed.

Dated: October 24, 2011
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

       */s/ Chad A. Fights*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4542339.5