## **CERTIFICATE OF SERVICE**

        I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on October 26, 2011 at 10:00 a.m. (ET)** was caused to be made on October 24, 2011, in the manner indicated upon the parties identified in the attached service list.

Dated: October 24, 2011

                                                   */s/ Chad A. Fights*
                                                  Chad A. Fights (No. 5006)

3790723.9