# NORTEL 2002 SERVICE LIST
# VIA FAX/OVERNIGHT

**VIA FACSIMILE**

Minoru Inayoshi Gen Mgr of M&A
Hitachi Lt. Telecommunicatons
& Network Systems   Division
216 Totsuka-cho
Totsuka-ku
Yokohama-shi,   244-8567
JAPAN
FAX: +81-45-881-3221

Stephen Gale
Herbert Smith
Exchange House
Primrose Streeet
London, UK   EC2A 2HS
ENGLAND
FAX: 011-44-20-7098-4878

Seth B. Shapiro Esq.
U.S. Dept of Justice Civil Div
P.O. Box 875
Ben Franklin Station
Washington, DC   20044
FAX: 202-307-0494

Vicente Matias Murrell Esq.
Stephen D. Schreiber Esq.
Pension Benefit Guaranty Corp
1200 K Street NW
Washington, DC   20005-4026
FAX: 202-326-4112

Jan M. Geht Esquire
U.S. Dept of Justice Tax Div
P.O. Box 227
Washington, DC   20044
FAX: 202-514-6866

Robert Winter
Paul Hastings Janofsky &
    Walker LLP
875 15th Street   N.W.
Washington, DC   20005
FAX: 202-551-0129

David Capozzi
Acting General Counsel
Universal Service Administrative Co
2000 L Street NW
Suite 200
Washington, DC   20036
FAX: 202-776-0080

Edward C. Wetmore VP & Gen Counsel
Amphenol Corporation
358 Hall Avenue
Wallingford, CT   06492
FAX: 203-265-8827

Joseph E. Shickich Jr. Esq.
Riddell Williams P.S.
1001 4th Avenue
Suite 4500
Seattle, WA   98154-1192
FAX: 206-389-1708

Thomas A. Lerner
Stokes Lawrence P.S.
800 Fifth Ave
Suite 4000
Seattle, WA   98104
FAX: 206-464-1496

Ramona Neal Esq.
HP  Company
11307 Chinden Blvd
MS 314
Boise, ID   83714
FAX: 208-396-3958

David G. Aelvoet Esq.
Linebarger Goggan Blair
    & Sampson LLP
Travis Bldg Suite 300
711 Navarro
San Antonio, TX   78205
FAX: 210-226-4308

Javier Schiffrin
Kevin Malek
Malek Schiffrin LLP
340 Madison Avenue
Nineteenth Floor
New York, NY   10173-1922
FAX: 212-220-9504

Brian Trust
Thomas M. Vitale
Amit K. Trehan
Mayer Brown LLP
1675 Broadway
New York, NY   10019
FAX: 212-262-1910

David M. Feldman
Mitchell A. Karlan
Matthew K. Kelsey
Gibson Dunn & Krutcher LLP
200 Park Avenue
New York, NY  10166-0193
FAX: 212-315-6351

David A. Rosenzweig Esq.
Fulbright & Jaworski LLP
666 5th Avenue
New York, NY  10103-3198
FAX: 212-318-3400

Alistar Bambach
SEC NY Regional Office
Bankruptcy Division
3 World Financial Center
Suite 400
New York, NY  10281-1022
FAX: 212-336-1348

Philip Mindlin
Douglas K. Mayer
Benjamin M. Roth
Gregory E. Pessin
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York, NY  10019
FAX: 212-403-2217

Michael L. Schein Esq.
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY  10019
FAX: 212-407-7799

Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY  10004
FAX: 212-422-4726

Raniero D'Aversa Jr. Esq.
Laura D. Metzger Esq.
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103-0001
FAX: 212-506-5151

Dennis Dunne Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413
FAX: 212-530-5219

Michelle McMahon Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104
FAX: 212-541-4630

N. Thodore Zink Jr. Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
FAX: 212-541-5369

Alan Kolod
Christopher J. Caruso
Kent C. Kolbig
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
FAX: 212-554-7700

Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704
FAX: 212-596-9090

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY  10020
FAX: 212-610-6399

Lawrence E. Miller Esq.
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY  10019-6092
FAX: 212-649-0480

Carren B. Shulman Esq.
Kimberly K. Smith Esq.
Sheppard Mullin Richter
    & Hampton LLP
30 Rockefeller Plaza
24th Floor
New York, NY  10112
FAX: 212-653-8701

Edmond P. O'Brien Esq.
Stempel Bennett Claman
    & Hochberg P.C.
675 Third Avenue
31st Floor
New York, NY  10017
FAX: 212-681-4041

Steven J. Reisman Esq.
James V. Drew Esq.
Curtis Mallet-Prevost Colt
   & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
FAX: 212-697-1559

Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas
19th Floor
New York, NY  10036
FAX: 212-704-2236

Ernest S. Wechsler
Kramer Levin Naftalis Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
FAX: 212-715-8000

Jeremy E.
Crystal Esq.
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY  10019
FAX: 212-728-8111

Marc Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY  10019-6099
FAX: 212-728-8111

Robert J. Rosenberg
Michael J. Riela
Zachary N. Goldstein
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY  10022-4068
FAX: 212-751-4864

David S. Allinson
Thomas Malone
Alexandra Croswell
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY  10022-4068
FAX: 212-751-4864

Stephen J. Shimshak
Marilyn Sobel
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY  10019-6064
FAX: 212-757-3990

Kristin S. Elliott
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
FAX: 212-808-7897

Dennis F. Dunne Esq.
Thomas R. Kreller Esq.
Albert A. Pisa Esq.
Andrew M. Leblanc Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005
FAX: 212-822-5219

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY  10036
FAX: 212-872-1002

Kenneth E. Noble Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY  10022-2585
FAX: 212-894-5653

Jennifer Feldsher
Bracewell & Guiliani LLP
1251 Avenue of the Americas
New York, NY  10020
FAX: 212-938-3837

Albert Togut
Neil Berger
Togut Segal & Segal LLP
One Penn Plaza
New York, NY  10119
FAX: 212-967-4258

Thomas R. Kreller
Milbank Tweed Hadley & McCloy LLP
601 South Figueroa Street
Suite 3000
Los Angeles, CA  90017
FAX: 213-629-5063

Stephen C. Stapleton
Dykema Gossett PLLC
1717 Main Street
Ste 4000
Dallas, TX  75201-7332
FAX: 214-462-6401

Mark H. Ralston
Ciardi Ciardi & Astin
2603 Oak Lawn Avenue
Suite 200
Dallas, TX  75219
FAX: 214-602-1250

Judith W. Ross
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201
FAX: 214-661-4605

Lynnette R. Warman
Hunton & Williams
1445 Ross Avenue
Rountain Place
Suite 3700
Dallas, TX  75202-2799
FAX: 214-740-7181

Carol E. Momjian Esq.
PA Senior Deputy Atty Gen
21 S 12th Street
3rd Floor
Philadelphia, PA  19107-3603
FAX: 215-560-2202

Fred S. Kurtzman Esq.
Klehr Harrison
1835 Market Street
Suite 1400
Philadelphia, PA  19103
FAX: 215-568-6603

David L. Pollack Esq.
Jeffrey Meyers Esq.
Ballard Spahr Andrews
   & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market Street
Philadelphia, PA  19103
FAX: 215-864-9473
215-864-8999

Dana S. Plon Esq.
Sirlin Gallogly & Lesser
123 S. Broad Street
Suite 2100
Philadelphia, PA  19109
FAX: 215-864-9669

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA  19424
FAX: 215-986-5721

Alan S. Kopit Esq.
Christopher W. Peer Esq.
Hahn Loeser & Parks LLP
200 Public Square
Suite 2800
Cleveland, OH  44114
FAX: 216-241-2824

Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346
FAX: 267-941-1015

Susan R. Fuertes Esquire
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032
FAX: 281-985-6321

Christopher A. Ward Esq.
Justin K. Edelson Esq.
Polsinelli Shughart PC
222 Delaware Avenue
Suite 1101
Wilmington, DE  19801
FAX: 302-252-0921

Steven K. Kortanek
Matthew P. Ward
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
Suite 1501
Wilmington, DE  19801
FAX: 302-252-4330

Tobey M. Daluz Esq.
Leslie Heilman Esq.
David T. May
Ballard Spahr
919 Market Street
11th Floor
Wilmington, DE  19801
FAX: 302-252-4466

Ian Connor Bifferato
Kevin G. Collins
Bifferato LLC
800 N. King Street
First Floor
Wilmington, DE  19801
FAX: 302-254-5383

Jami B. Nimeroff
Brown Stone Nimeroff LLC
901 N. Market Street
Suite 1300
Wilmington, DE  19801
FAX: 302-351-2744

Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 N. Market Street
Suite 1700
Wilmington, DE  19801
FAX: 302-384-9399

David B. Stratton Esq.
Leigh-Anne M. Raport Esq.
Evelyn J. Meltzer Esq
Pepper Hamilton LLP
1313 Market Street
Suite 5100
Wilmington, DE  19801
FAX: 302-421-8390

Henry Jaffe Esq.
Pepper Hamilton LLP
1313 Market Street
Suite 5100
Wilmington, DE  19801
FAX: 302-421-8390

Joanne B. Domenic Pacitti Esq.
Klehr Harrison
919 Market Street
Suite 1000
Wilmington, DE  19801
FAX: 302-426-9193

Marla R. Eskin Esq.
Ayesha S. Chacko Esq.
Campbell & Levine LLC
800 N King Street
Suite 300
Wilmington, DE  19801
FAX: 302-426-9947

Michael D. DeBaecke  Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE  19801
FAX: 302.428.5107

William D. Sullivan Esq.
Sullivan Hazeltine Allinson LLC
4 E 8th Street
Suite 400
Wilmington, DE  19801
FAX: 302-428-8195

Donna L. Harris
Kevin M. Capuzzi
Pinckney Harris & Weidinger LLC
1220 N. Market Street
Suite 950
Wilmington, DE  19801
FAX: 302-442-7046

Adam G. Landis Esq.
Kerri K. Mumford Esq.
J. Landon Ellis Esq.
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE  19801
FAX: 302-467-4450

Mary F. Caloway Esq.
P.J. Duhig Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE  19801-1228
FAX: 302-552-4295

James L. Patton
Edwin J. Harron
Young Conaway
The Brandywine Bldg
1000 West Street
17th Floor
Wilmington, DE  19801
FAX: 302-571-1253

Brett D. Fallon Esq.
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801
FAX: 302-571-1750

Carl N. Kunz Esq.
Michael J. Custer Esq.
Morris James LLP
500 Delaware Ave
Suite 1500
Wilmington, DE  19801
FAX: 302-571-1750

US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE  19801
FAX: 302-573-6431

Thomas P. Tinker. Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519
FAX: 302-573-6497

Gregg M. Galardi
Sarah E. Pierce
Skadden Arps Slate
   Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636
FAX: 302-651-3001

Anthony W. Clark Esq.
Michelle L. Green Esq.
Kristy M. Peguero Esq.
Skadden Arps Slate
   Meagher & Flom LLP
One Rodney Square
Wilmington, DE  19801
FAX: 302-651-3001

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE  19801
FAX: 302-651-7701

Duane D. Werb Esq.
Werb & Sullivan
300 Delaware Avenue
13th Floor
Wilmington, DE  19801
FAX: 302-652-1111

Norman L. Pernick
Sanjay Bhatnagar
Cole Schotz Meisel Forman
   & Leonard
500 Delaware Avenue
Suite 1410
Wilmington, DE  19801
FAX: 302-652-3117

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705
FAX: 302-652-4400

Kathleen M. Miller Esq.
Smith Katzenstein & Jenkins LLP
800 Delaware Avenue
10th Floor
Wilmington, DE  19801
FAX: 302-652-8405

William P. Bowden Esq.
Ashby & Geddes P.A.
500 Delaware Avenue
8th Floor
Wilmington, DE  19801
FAX: 302-654-2067

Ricardo Palacio Esq.
Ashby & Geddes P.A.
500 Delaware Avenue
Wilmington, DE  19801
FAX: 302-654-2067

Gregory A. Taylor Esq.
Benjamin W. Keenan Esq.
Ashby & Geddes P.A.
500 Delaware Avenue
8th Floor
Wilmington, DE  19801
FAX: 302-654-2067

Maria Aprile Maria Aprile Sawczuk Esq.
Stevens & Lee P.C.
1105 N Market Street
7th Floor
Wilmington, DE  19801
FAX: 302-654-5181

Rachel B. Mersky Esq.
Monzack Mersky McLaughlin
and Browder P.A.
1201 N Orange Street
Suite 400
Wilmington, DE  19801
FAX: 302-656-2769

Michael R. Lastowski
Duane Morris LLP
222 Delaware Avenue
Suite 1600
Wilmington, DE  19801-1659
FAX: 302-657-4901

Jeffrey S. Wisler Esq.
Marc J. Phillips Esq.
Connolly Bove
The Nemours Building
1007 N Orange St
Wilmington, DE  19801
FAX: 302-658-0380

Daniel K. Astin
Joseph J. McMahon Jr.
Ciardi Ciardi & Astin
919 N. Market Street
Suite 700
Wilmington, DE  19801
FAX: 302-658-1300

Charlene D. Davis Esq.
Daniel A. O'Brien Esq.
Justin R. Alberto
Bayard P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
FAX: 302-658-6395

Bruce E. Jameson
Prickett Jones & Elliott PA
1310 King Street
Box 1328
Wilmington, DE  19899
FAX: 302-658-8111

Secretary of Treasury
P.O. Box 7040
Dover, DE  19903
FAX: 302-739-5635

Secretary of State Division of
Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903
FAX: 302-739-5831

Christopher P. Simon
Cross & Simon LLC
913 N. Market Street
11th Floor
Wilmington, DE  19801
FAX: 302-777-4224

John V. Fiorella Esq.
Archer & Greiner PC
300 Delaware Avenue
Suite 1370
Wilmington, DE  19801
FAX: 302-777-4352

Charles J. Brown III Esq.
Archer & Greiner PC
300 Delaware Avenue
Suite 1370
Wilmington, DE  19801
FAX: 302-777-4352

Stuart M. Brown
Edwards Angell Palmer & Dodge
919 N. Market Street
Suite 1500
Wilmington, DE  19801
FAX: 302-777-7263

Kurt F. Gwynne Esq.
J. Cory Falgowski Esq.
Reed Smith LLP
1201 N Market Street
Suite 1500
Wilmington, DE  19801
FAX: 302-778-7575

Amy D. Brown
Margolis Edelstein
750 Shipyard Drive
Suite 102
Wilmington, DE  19801
FAX: 302-888-1119

Willaim F. Taylor Jr.
McCarter & English LLP
405 N. King Street  8th Floor
Renaissance Centre
Wilmington, DE  19801
FAX: 302-984-6399

Linda Boyle
tw telecom inc.
10475 Park Meadows Dr
Suite 400
Littleton, CO  80124
FAX: 303-566-1010

Dustin P.
Dustin P. Branch Esq.
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012
FAX: 310-788-4471

Christopher J. Horvay Esq.
Gould & Ratner LLP
222 N Lasalle Street
Suite 800
Chicago, IL  60601
FAX: 312-236-3241

Patricia J. Fokuo Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60606-6473
FAX: 312-258-5700

Aaron L. Hammer Esq.
Devon J. Eggert Esq.
Freeborn & Peters LLP
311 South Wacker Dr
Suite 3000
Chicago, IL  60606
FAX: 312-360-6995

Mary E. Olson
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive
Suite 3000
Chicago, IL  60606
FAX: 312-416-4886

Eric S. Prezant Esq.
Bryan Cave LLP
161 N Clark Street
Suite 4300
Chicago, IL  60601
FAX: 312-602-5050

Melissa A. Mickey
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60604-1404
FAX: 312-706-9359

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 N. Stetson Avenue
Suite 3700
Chicago, IL  60601-6710
FAX: 312-794-8100

Jill L. Murch Esq.
Lars A. Peterson Esq.
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL  60654-5313
FAX: 312-832-4700

Jeffrey B. Rose
Tishler & Walk Ltd.
200 S. Wacker Drive
Suite 3000
Chicago, IL  60606
FAX: 312-876-3816

Cullen K. Kuhn Esq.
Bryan Cave LLP
211 N Broadway
Suite 3600
St. Louis, MO  63102
FAX: 314-552-8869

David L. Uranga
Bell Microproducts Inc
201 Monroe Street
Suite 300
Montgomery, AL  36104
FAX: 334-954-6106

Patricia Antonelli
Lauren F. Verni
Partridge Snow & Hahn LLP
180 S. Main Street
Providence, RI  02903
FAX: 401-861-8210

Jeffrey B. Ellman Esq.
Robbin S. Rahman Esq.
Jones Day
1420 Peachtree St NE
Ste 800
Atlanta, GA  30309
FAX: 404-581-8330

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA  30363-1031
FAX: 404-873-8121

Doug Goin CFO
APC Workforce Solutions LLC
420 South Orange Avenue
6th Floor
Orlando, FL  32801
FAX: 407-770-6162

Steve Jackman Esq VP
Flextronics
847 Gibralter Drive
Milpitas, CA  95035
FAX: 408-956-6222

Joyce A. Kuhns
Saul Ewing LLP
500 E. Pratt Street
8th Floor
Baltimore, MD  21202
FAX: 410-332-8964

Richard M. Kremen Esq.
Dale K. Cathell Esq.
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD  21209
FAX: 410-580-3001

James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street
Suite 1000
Baltimore, MD  21202-1671
FAX: 410-659-4488

Randall D. Crocker Esq.
VonBriesen & Roper S.C.
411 E Wisconsin Avenue
Ste 700
Milwaukee, WI  53202
FAX: 414-238-6532

Shawn M. Christianson Esq.
Buchalter Nemer
333 Market Street
25th Floor
San Francisco, CA  94105-2126
FAX: 415-227-0770

Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street
Suite 1010
San Francisco, CA  94104
FAX: 415-362-7515

Jennifer Stam
Ogilvy Renault LLP
Royal Bank Plaza South Tower
200 Bay Street
Suite 3800
Toronto, Ontario  M5J 2Z4
CANADA
FAX: 416-216-3930

Michael J. Wunder
R. Snayne Kukulowicz
Alex L. MacFarlane
Fraser Milner Casgrain LLP
77 King Street West
Suite 400
Toronto, Ontario  M5K 0A1
CANADA
FAX: 416-863-4592

Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay St. Suite 3400
Toronto, Ontario  M5H 2S7
CANADA
FAX: 416-979-1234

Elizabeth Weller Esq.
Linebarger Goggan Blair
   & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX  75201
FAX: 469-221-5002

James C. Waggoner Esq.
Davis Wright Tremaine LLP
1300 SW 5th Avenue
Suite 2300
Portland, OR  97201-5630
FAX: 503-778-5299

Soren E. Gisleson
Herman Herman Katz & Cotlar
820 O'Keefe Avenue
New Orelans, LA  70113
FAX: 504-561-6024

Kell C. Mercer
Afton Sands-Puryear
Brown McCarroll LLP
111 Congress Avenue
Suite 1400
Austin, TX  78701
FAX: 512-226-7324

Amish R. Doshi
Magnozzi & Kye LLP
One Expressway Plaza
Suite 114
Roslyn Heights, NY  11577
FAX: 516-399-5598

Rachel S. Budke Esq.  
FPL Law Department  
700 Universe Blvd  
Juno Beach, FL  33408  
FAX: 561-691-7103  

Sheryl L. Moreau Esq.  
Missouri Dept of Revenue  
P.O. Box 475  
Bankruptcy Division  
Jefferson City, MO  65105-0475  
FAX: 573-751-7232  

Devin Lawton Palmer  
Boylan Brown  
2400 Chase Square  
Rochester, NY  14604  
FAX: 585-238-9012  

Scott K. Brown Esq.  
Lewis and Roca LLP  
40 North Central Avenue  
Suite 1900  
Phoenix, AZ  85004  
FAX: 602-734-3866  

Denise A. Mertz  
UC Tax Agent/Bankruptcy Rep  
PA Department of Labor & Industry  
Reading Bankrutpcy &  
   Complaince Unit  
625 Cherry Street  
Room 203  
Reading, PA  19602-1184  
FAX: 610-378-4459  

Nicholas Skiles Esq.  
John A. Wetzel Esq.  
Swartz Campbell LLC  
One S. Church Street  
Suite 400  
West Chester, PA  19382  
FAX: 610-692-4936  

Tiffany Strelow Cobb  
Vorys Sater Seymour and Pease  
55 East Gay Street  
Columbus, OH  43215  
FAX: 614-719-4663  

Laura L. McCloud Esq.  
Assistant Attorney General  
P.O. Box 20207  
Nashville, TN  37202  
FAX: 615-741-3334  

Jennifer V. Doran Esq.  
Hinckley Allen & Snyder LLP  
28 State Street  
Boston, MA  02109  
FAX: 617-345-9020  

Frank F. McGinn Esq.  
Bartlett Hackett Feinberg P.C.  
155 Federal Street  
9th Floor  
Boston, MA  02110  
FAX: 617-422-0383  

James M. Wilton  
Patricia I. Chen  
Ropes & Gray LLP  
Prudential Tower  
800 Boylston Street  
Boston, MA  02199-3600  
FAX: 617-951-7050  

Samuel H. Rudman  
David A. Rosenfeld  
Robbins Geller Rudman & Dowd LLP  
58 S. Service Road  
Suite 200  
Melville, NY  11747  
FAX: 631-367-1173  

Rick A. Steinberg  
Ciardi Ciardi & Astin  
100 Church Street  
8th Floor  
New York, NY  10007  
FAX: 646-688-4385  

David W. Hansen Esq.  
525 University Avenue  
Suite 1100  
Palo Alto, CA  94301  
FAX: 650-470-4570  

Lawrence M. Schwab Esq.  
Thomas M. Gaa Esq.  
Patrick M. Costello Esq.  
Bialson Bergen & Schwab  
2600 El Camino Real  
Suite 300  
Palo Alto, CA  94306  
FAX: 650-494-2738  

David I. Swan Esq.  
Kenneth M. Misken Esq.  
McGuireWoods LLP  
1750 Tysons Blvd  
Suite 1800  
McLean, VA  22102-4215  
FAX: 703-712-5050

Shannon E. Hoff
Poyner Spruill LLP
301 S. College Street
Suite 2300
Charlotte, NC  28202
FAX: 704-342-5264

David M. Schilli Esq.
Ty E. Shaffer Esq.
Robinson Bradshaw & Hinson P.A.
101 North Tryon Street
Suite 1900
Charlotte, NC  28246
FAX: 704-378-4000

J. Scott Douglass Esq.
909 Fannin
Suite 1800
Houston, TX  77010
FAX: 713-227-7497

John P. Dillman Esq.
Linebarger Goggan Blair  & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064
FAX: 713-844-3503

Brian W. Bisignani Esq.
Post & Schell P.C.
17 N 2nd Street
12th Floor
Harrisburg, PA  17101-1601
FAX: 717-731-1985

Max Taylor Asst. City Atty.
Municipal Operations
201 W. Colfax Avenue
Dept. 1207
Denver, CO  80202-5332
FAX: 720-913-3180

Stephen K. Dexter Esq.
Lathrop & Gage LLP
US Bank Tower
950 Seventeenth Street
Suite 2400
Denver, CO  80202
FAX: 720-931-3201

Stephen C. Tingey Esq.
Ray Quinney & Nebeker P.C.
36 South State Street
Suite 1400
Salt Lake City, UT  84145-0385
FAX: 801-532-7543

Mark K. Ames
Tax Authority Consulting Services P.C.
P. O. Box 71476
Richmond, VA  23255
FAX: 804-440-1171

Rod Andrerson Esq.
Noel R. Boeke Esq.
Holland & Knight LLP
P.O. Box 1288
Tampa, FL  33601-1288
FAX: 813-229-0134

Elizabeth Banda Esq.
Perdue Brandon Fielder Collins
    & Mott LLP
4025 Woodland Park Blvd
Suite 300
Arlington, TX  76013
FAX: 817-860-6509

Beverly H. Shideler BS8399
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL  60181
FAX: 845-491-3275

Donald K. Ludman Esq.
Brown & Connery LLP
6 North Broad Street
Ste 1000
Woodbury, NJ  08096
FAX: 856-853-9933

Attn:  Chantel Pinnock
Travelers
1 Tower Square
5MN
Hartford, CT  06183-4044
FAX: 860-277-2158

Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Avenue
New York, NY  10022
FAX: 866-741-2505

Mark G. Ledwin Esq.
Wilson Elser Moskowitz
    Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY  10604
FAX: 914-323-7001

Robert S. McWhorter Esq.
Nossaman LLP
915 L Street
Ste 1000
Sacramento, CA  95814
FAX: 916-442-0382

Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC  27709
FAX: 919-541-8297

Amos U. Priester IV Esq.
Anna B. Osterhout Esq.
Smith Anderson Blount Dorsett  Mitchell
& Jernigan LLP
P.O. Box 2611
Raleigh, NC  27602-2611
FAX: 919-821-6800

Ann Groninger Esq.
Patterson Harkavy
225 E. Worthington Ave
Suite 200
Charlotte, NC  28203
FAX: 919-942-5256

R. S. Stahel
IBM Corp. Legal Dept
1503 LBJ Freeway
3rd Floor
Dallas, TX  75234
FAX: 972-561-6487

Robert E. Nies Esq.
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ  07052
FAX: 973-530-2212

Vincent A. D'Agostino Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068
FAX: 973-597-2400

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068
FAX: 973-597-2400

David N. Crapo Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310
FAX: 973-639-6244

Douglas J. Lipke
Robert F. Simon
Vedder Price P.C.
222 N. LaSalle Street Ste. 2600
Chicago, IL  60601
FAX:  312-609-5005

**VIA FEDERAL EXPRESS**

Derek Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario  K1A 1K3
CANADA

Securities & Exchange Commission
100 F Street NE
Washington, DC  20549

Attn:  Nathan Fuchs
SEC NY Regional Office
233 Broadway
New York, NY  10279

Deborah B. Waldmeir Esq.
State of MI Dept of Treasury
3030 W Grand Blvd.
Suite 10-200
Cadillac Place
Detroit, MI  48202

Ernie Holling President
The InTech Group Inc.
305 Exton Commons
Exton, PA  19341

Office of Unemplmt Insurance
Contributions Div.
MD Department of Labor Licensing & Reg.
Litigation Prosecution Unit
1100 N. Eutaw Street
Room 401
Baltimore, MD  21201

Ronald Rowland Esquire
EMC Corporation
c/o Receivable Management Servs
307 International Circle
Suite 270
Hunt Valley, MD  21094

**VIA EXPRESS MAIL**

L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA  90054-0110

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC  28233

#4488939