# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>                 Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks Inc. v. TECOM Co., Ltd | 10-55924 |
| Nortel Networks (CALA) Inc. et al v. Hewlett-Packard Company, et al. | 11-50207 |

## STATUS REPORT ON AVOIDANCE ACTIONS
## ASSIGNED TO THE HONORABLE KEVIN GROSS, CHIEF JUDGE

        In accordance with the Court's Chambers' Procedures and the Scheduling Orders dated July 25, 2011 entered with respect to the above-captioned adversary proceedings, plaintiff, Nortel Networks Inc., by and through its counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submits the following status report.

Dated:  October 24, 2011
Wilmington, Delaware

                                      CLEARY GOTTLIEB STEEN & HAMILTON LLP[2]

                                      Deborah M. Buell (admitted *pro hac vice*)
                                      Neil P. Forrest (admitted *pro hac vice*)
                                        Nora K. Abularach (admitted *pro hac vice*)
                                        One Liberty Plaza
                                        New York, New York 10006

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Cleary Gottlieb Steen & Hamilton LLP is Debtors' counsel in each of the above-captioned cases except Nortel Networks (CALA) Inc. et al v. Hewlett-Packard Company, et al., Adv. Pro. No. 11-50207.

        Telephone:  (212) 225-2000
        Facsimile:  (212) 225-3999

        - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP[3]

  /s/ Chad A. Fights
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

*[Signature Page for Status Report on Avoidance
Actions Assigned to the Honorable Kevin Gross, Chief Judge]*

---

[3]     Morris, Nichols, Arsht & Tunnell LLP is Debtors' counsel in each of the above-captioned cases.

## STATUS A

## SERVICE NOT YET COMPLETED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS B

## SERVICE COMPLETE, ANSWERS DUE

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS C

## MOTION OR REQUEST FOR DEFAULT FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS D

## NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS E

## RESOLVED/SETTLED: MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS F

## DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55924 | TECOM Co., Ltd | Discovery will be proceeding in accordance with the Scheduling Order dated July 25, 2011. |
| 11-50207 | Hewlett-Packard Company, et al. | Discovery proceeding in accordance with the Scheduling Order dated July 25, 2011. |

## STATUS G

## NOTICE OF SELECTION OF MEDIATOR FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS H

## READY FOR TRIAL

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS I

## DISPOSITIVE MOTION PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS J

## STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS K
## APPEAL PENDING

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

NEWYORK:2448753.2
DRAFT 10/18/11