# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*, [1] <br><br>                    Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks Inc. v. The Advertising Checking Bureau, Inc. | Adv. Pro. No. 10-55905 |
| Nortel Networks Inc. v. Aricent Technologies (Holdings) Limited | 10-55834 |
| Nortel Networks Inc. v. Citrix Systems, Inc. | 10-55838 |
| Nortel Networks Inc. v. CMGRP, Inc. d/b/a Weber Shandwick | 10-55933 |
| Nortel Networks Inc., *et al.* v. CoAMS, Inc., *et al.* | 10-55840 |
| Nortel Networks Inc. v. Global IP Solutions, Inc. | 10-55864 |
| Nortel Networks Inc. v. LTS Managed Technical Services LLC | 10-55879 |
| Nortel Networks (CALA) Inc. v. Manning Global, Inc. | 10-55882 |
| Nortel Networks Inc., *et al.* v. McCann-Erickson Worldwide, Inc. | 10-55937 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| Nortel Networks Inc. v. Monster Worldwide, Inc. | 10-55884 |
| Nortel Networks Inc. v. Prudential Relocation, Inc. | 10-55931 |
| Nortel Networks Inc. v. Razorfish, LLC | 10-55938 |
| Nortel Networks Inc. v. Real Time Monitors, Inc. | 10-55896 |
| Nortel Networks Inc. et al. v. Right Management Inc. | 10-55928 |
| Nortel Networks Inc. v. Sourcefire, Inc. | 10-55906 |
| Nortel Networks Inc. v. Starent Networks LLC | 10-55932 |
| Nortel Networks Inc. v. Sterling Mets, L.P., *et al.* | 10-55903 |
| Nortel Networks Inc. v. TTI Team Telecom International Inc. | 10-55888 |
| Nortel Networks Inc. v. Westcon Group (North America), Inc., *et al.* | 10-55899 |
| Nortel Networks Inc. v. ZOHO Corporation f/k/a AdventNet Inc. | 10-55908 |

**STATUS REPORT ON AVOIDANCE ACTIONS**
**ASSIGNED TO THE HONORABLE KEVIN GROSS, CHIEF JUDGE**

In accordance with the Court's Chambers' Procedures and the Scheduling Order dated March 9, 2011 entered with respect to the above-captioned adversary proceedings, and the Court's order dated October 6, 2010, plaintiffs Nortel Networks Inc. and Nortel Networks (CALA), Inc., by and through its undersigned counsel, submit the following status report with respect to the above-captioned adversary proceedings.

Dated: October 24, 2011
Wilmington, Delaware

          CLEARY GOTTLIEB STEEN & HAMILTON LLP[2]

          Deborah M. Buell (admitted *pro hac vice*)
          Neil P. Forrest (admitted *pro hac vice*)
          Nora K. Abularach (admitted *pro hac vice*)
          One Liberty Plaza
          New York, New York 10006
          Telephone: (212) 225-2000
          Facsimile: (212) 225-3999

          - and -

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP[3]

          */s/ Chad A. Fights*
          Donna L. Culver (No. 2983)
          Derek C. Abbott (No. 3376)
          Chad Fights (No. 5006)
          1201 North Market Street, 18th Floor
          P.O. Box 1347
          Wilmington, DE 19899-1347
          Telephone: (302) 658-9200
          Facsimile: (302) 425-4663

          - and –

          BENESCH, FRIEDLANDER, COPLAN &
          ARONOFF LLP[4]

---

[2] Cleary Gottlieb Steen & Hamilton LLP is Debtors' counsel in each of the above-captioned cases except (i) Nortel Networks Inc., *et al.* v. McCann-Erickson Worldwide, Inc., *et al.*, Adv. Pro. No. 10-55937; (ii) Nortel Networks Inc. v. CMGRP, Inc. d/b/a Weber Shandwick, Adv. Pro. No. 10-55933; (iii) Nortel Networks Inc. v. Prudential Relocation, Inc., Adv. Pro. No. 10-55931; (iv) Nortel Networks Inc. v. Razorfish, LLC, Adv. Pro. No. 10-55938; (v) Nortel Networks Inc. *et al.* v. Right Management Inc., Adv. Pro. No. 10-55928; (vi) Nortel Networks Inc. v. Starent Networks LLC, Adv. Pro. No. 10-55932 and (vii) Nortel Networks Inc. v. Siemens Enterprise Communications, Inc., Adv.Pro. No. 10-55930.

[3] Morris, Nichols, Arsht & Tunnell LLP is Debtors' counsel in each of the above-captioned cases except (i) Nortel Networks Inc. v. Prudential Relocation, Inc., Adv. Pro. No. 10-55931; (ii) Nortel Networks Inc. et al. v. Right Management Inc., Adv. Pro. No. 10-55928; (iii) Nortel Networks Inc. v. Starent Networks LLC, Adv. Pro. No. 10-55932; (iv) Nortel Networks Inc. v. Sourcefire, Inc., Adv. Pro. No. 10-55906 and (v) Nortel Networks Inc. v. Siemens Enterprise Communications, Inc., Adv.Pro. No. 10-55930.

[4] Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch") is Debtors' counsel in (i) Nortel Networks Inc. v. Prudential Relocation, Inc., Adv. Pro. No. 10-55931; (ii) Nortel Networks Inc. et al. v. Right Management Inc., Adv. Pro. No. 10-55928; (iii) Nortel Networks Inc. v. Siemens Enterprise

(Continued . . .)

        */s/ Jennifer R. Hoover*
Raymond H. Lemisch, Esquire (No. 4204)
Jennifer R. Hoover, Esquire (No. 5111)
Jennifer E. Smith, Esquire (No. 5278)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801-7005
(302) 442-7010 (telephone)
(302) 442-7012 (facsimile)
rlemisch@beneschlaw.com
jhoover@beneschlaw.com
jsmith@beneschlaw.com

---

(. . . continued)
    Communications, Inc., Adv.Pro. No. 10-55930; (iv) Nortel Networks Inc. v. Starent Networks LLC, Adv. Pro. No. 10-55932; and (v) Nortel Networks Inc. v. Sourcefire, Inc., Adv. Pro. No. 10-55906. Benesch is also Debtors' counsel (as to certain defendants only, which defendants have subsequently been dismissed) as set forth in the amended complaint in Nortel Networks Inc., *et al.* v. McCann-Erickson Worldwide, Inc., *et al.,* Adv. Pro. No. 10-55937.

## STATUS A

## SERVICE NOT YET COMPLETED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS B

## SERVICE COMPLETE, ANSWER DUE

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS C

## MOTION OR APPLICATION FOR DEFAULT JUDGMENT FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS D

## NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS E

## RESOLVED/SETTLED: MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55864 | Global IP Solutions, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy |

| | | |
|---|---|---|
| | | Court. |
| 10-55834 | Aricent Technologies (Holdings) Limited | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide the Notice Parties with notice of this proposed settlement. |
| 10-55896 | Real Time Monitors, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors have provided the Notice Parties with notice of this proposed settlement. Certain obligations under the settlement agreement are ongoing and pursuant to the settlement agreement a stipulation of dismissal will be filed after all such obligations have been met. |
| 10-55879 | LTS Managed Technical Services L.L.C. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, an Order pursuant to Bankruptcy Rule 9019(b) was entered on October 17, 2011. |
| 10-55908 | Zoho Corporation f/k/a AdventNet Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy Court. |
| 10-55840 | CoAMS, Inc., *et al.* | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, a motion pursuant to Bankruptcy Rule 9019(b) will be filed in connection with the proposed settlement with CoAMS, Inc. and the Debtors are not required to file or serve advance notice of settlements with Pomeroy IT Solutions, Inc. or OneConnect Services Inc. and may consummate those settlements without further notice or order of the Bankruptcy Court. |
| 10-55905 | The Advertising Checking Bureau, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, a motion |

| | | |
|---|---|---|
| | | pursuant to Bankruptcy Rule 9019(b) will be filed in connection with this proposed settlement. |
| 10-55899 | Westcon Group (North America), Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy Court. |
| 10-55906 | Sourcefire, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy Court. |

## STATUS F

## DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55838 | Citrix Systems, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated September 7, 2011. |
| 10-55933 | CMGRP, Inc. d/b/a Weber Shandwick | Discovery will be proceeding in accordance with the Amended Scheduling Order dated October 4, 2011. |
| 10-55882 | Manning Global, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated August 4, 2011. |
| 10-55937 | McCann-Erickson Worldwide, Inc., et al. | Discovery will be proceeding against McCann-Erickson Worldwide, Inc. in accordance with the Amended Scheduling Order dated June 6, 2011. An amended complaint adding additional defendants was filed on April 4, 2011 and a pre-trial conference adjourned with the |

| | | |
|---|---|---|
| | | consent of the Court with respect to those defendants pending service on all defendants. |
| 10-55844 | Monster Worldwide, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated August 2, 2011. Plaintiff's responses to Defendant's discovery requests due November 11, 2011. Defendant's responses to Plaintiff's discovery requests due November 11, 2011. |
| 10-55938 | Razorfish, LLC | Discovery will be proceeding in accordance with the Amended Scheduling Order dated June 14, 2011. |
| 10-55928 | Right Management, Inc. | Discovery proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55932 | Starent Networks LLC | Discovery proceeding in accordance with the Scheduling Order dated March 9, 2011. |
| 10-55903 | Sterling Mets, L.P., *et al.* | Discovery will be proceeding in accordance with the Amended Scheduling Order dated July 26, 2011. Defendant's responses to Plaintiff's discovery requests due November 21, 2011. Plaintiff's responses to Defendants' discovery requests due November 21, 2011. |
| 10-55888 | TTI Team Telecom International Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated August 26, 2011. Defendant's responses to Plaintiff's discovery requests due November 17, 2011. Plaintiff's responses to Defendants' discovery requests due November 17, 2011. |

## STATUS G

## NOTICE OF SELECTION OF MEDIATOR FILED

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 10-55931 | Prudential Relocation, Inc. | Discovery is proceeding in accordance with the Scheduling Order dated March 9, 2011, as amended by stipulation of the parties.  A mediator has been selected and mediation has been scheduled. |

## STATUS H

## READY FOR TRIAL

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS I

## DISPOSITIVE MOTION PENDING

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS J

## STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS K

## APPEAL PENDING

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |