Case 09-10138-MFW    Doc 6677-1    Filed 10/24/11    Page 1 of 1

## CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Status Report of Avoidance Actions Assigned to the Honorable Kevin Gross, Chief Judge** was caused to be made on October 24, 2011, in the manner indicated upon the entities identified on the attached service list.

Date: October 24, 2011  
Wilmington, Delaware

*/s/ Chad A. Fights*  
Chad A. Fights (No. 5006)

4219743.1