# NORTEL WAVE 3 PRETRIAL SERVICE LIST

**VIA FIRST CLASS MAIL**

**Counsel for Aricent Technologies (Holdings) Ltd**
Jeffrey E. Bjork
Gabriel R. MacConail
Sidley Austin LLP
555 W. Fifth Street
Los Angeles, CA 90013

**Counsel for Citrix Systems**
Michael J. Pappone
Goodwin Proctor LLP
53 State Street
Boston, MA 02109

**Counsel for LTS Managed Technical Services LLC**
Daniel C. Minteer
Duane Morris, LLP
101 West Broadway, Suite 900
San Diego, CA 92101-8285

**Counsel for NSG Technology Inc.**
Hua Chen
Atlis Law Group, Inc.
288 S. Mayo Avenue
City of Industry, CA 91789

**Counsel for Starent Networks, LLC**
Kenneth Law
Bailson Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

**Counsel for CoAMS, Inc.**
Mark D. Conzelmann
Jeffrey Chadwick
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

**Counsel for Global IP Solutions, Inc.**
Blakeley & Blakeley LLP
Marisa Commerford, Esq.
Johnny White, Esq.
2 Park Plaza, Suite 400
Irvine, California 92614

**Counsel for Prudential Relocation, Inc.**
Joseph L. Clasen
Robinson & Cole LLP
1055 Washington Blvd.
Stamford, CT 06901

**VIA HAND DELIVERY**

**Counsel for Aricent Technologies (Holdings) Ltd**
Jeremy W. Ryan
R. Stephen McNeill
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

**Counsel for Citrix Sytems, Inc. and CMGRP, Inc.**
Michael J. Custer
David Fournier
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
Wilmington, DE 19801

**Counsel for McCann-Erickson Worldwide**
Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue, P.O. Box 25046
Wilmington, DE 19801

**Counsel for LTS Managed Technical Services LLC**
Richard W. Riley
Sommer L. Ross
Duane Morris, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659

**Counsel for Monster Worldwide, Inc.**
Carl N. Kunz, III
Morris James LLP
500 Delaware Avenue, Suite 1500, Box 2306
Wilmington, DE 19899-2306

**Counsel for Real Time Monitors, Inc.**
Ronald S. Gellert
Bryan Keilson
Eckert Seamans LLP
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

**Counsel for Right Management Inc.**
Henry Jaffe
James Carignan
Evelyn Meltzer
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

**Counsel for Real Time Monitors, Inc.**
Sumithra Rao
Gary Bradley
Bradley & Gmelich
700 N. Brand Blvd., 10th Floor
Glendale, CA 91203

**Counsel for Sterling Mets & Queens Ballpark**
John M. August
Herrick Feinstein LLP
One Gateway Center
Newark, NJ 07102

**Counsel for The Advertising Checking Bureau**
John A. Golieb
Muchnick, Golieb & Golieb
200 Park Avenue South, Suite 1700
New York, NY 10003

**Counsel for TTI Team Telecom**
Larry A. Katz, Esq.
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182

**Counsel for Manning Global**
Laura D. Metzger
Raniero D'Aversa
Orrick, Herrington & Sutcliffe LLP
51 West 52nd St.
New York, NY 10019

**Counsel for Cable News, Time, and Turner**
Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

Global Broadcast News
Attn:  Anuj Garg
Express Trade Tower, Plot No 15-16
Sector 16A
Firm City
Noida, Utlar Pradesh  201 301
India

**Counsel for Prudential Relocation, Inc.; Sourcefire, Inc.; and Razorfish, LLC**
William D. Sullivan
William A. Hazeltine
Elihu E. Allinson, III
Sullivan, Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

**Counsel for Starent Networks**
James S. Yoder
White & Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19801

**Counsel for Westcon Group (North America), Inc.**
Christopher A. Ward
Shanti M. Katona
Polsinelli Shughart PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

**Counsel for Manning Global**
Richard M. Beck
Sally E. Veghte
Klehr Harrison Harvey Branzburg LLP
919 Market St.
Wilmington, DE 19801

**Counsel for International Data Group**
Potter Anderson & Corroon LLP
Jeremy Ryan
R. Stephen McNeill
1313 N Market St.
Wilmington, DE 19801

**Counsel for Cable News**
Michael David Debaecke
Blank Rome LLP
1201 Market St.
Suite 800
Wilmington, DE 19899

**Counsel for ZOHO Corporation**
Christopher Martin Winter
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

4219753.1