IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| ------------------------------------------------------X | Chapter 11 |
| In re : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] : | Jointly Administered |
| Debtors. : | **Re: D. I. 6680** |
| ------------------------------------------------------X |   |

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on October 24, 2011, a copy of the **Order Approving a Second Amendment to the Terms of Compensation of Lazard Frères & Co. LLC as Financial Advisor and Investment Banker to the Debtors** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: October 25, 2011
       Wilmington, Delaware

                                       CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                       James L. Bromley (admitted pro hac vice)
                                       Lisa M. Schweitzer (admitted pro hac vice)
                                       One Liberty Plaza
                                       New York, NY 10006
                                       Telephone: (212) 225-2000
                                       Facsimile: (212) 225-3999

                                       and

                                       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                         */s/ Chad A. Fights*
                                       Derek C. Abbott (No. 3376)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4498739.6