Form 210A (10/06)

# United States Bankruptcy Court
## District Of Delaware

**In re:**   **Nortel Networks Inc.,**
**Case No.**   **09-10138**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
 **Fair Harbor Capital, LLC**
 **As assignee of Zhongxin Yu**

Name of Transferor:
 **Zhongxin Yu**

Name and Address where notices to transferee should be sent:

 **Fair Harbor Capital, LLC**
 **Ansonia Finance Station**
 **PO Box 237037**
 **New York, NY  10023**

Court Claim # (if known):  none
Amount of Claim:  $10,892.65
Date Claim Filed:

Name and Address of Transferor:

 Zhongxin Yu
 1039 Arches Park Drive
 Allen, TX  75013

Phone:    212 967 4035
Last Four Digits of Acct #:    n/a

Phone:
Last Four Digits of Acct. #:    n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:    n/a
Last Four Digits of Acct #:    n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/Fredric Glass                            Date:    October 25, 2011
    Transferee/Transferee's Agent
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District Of Delaware

**In re:**   **Nortel Networks Inc.,**
**Case No.**   **09-10138**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

### Claim No.  none (if known)

was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of
the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of
this court on October 25, 2011.

Name of Transferee:
 **Fair Harbor Capital, LLC**
 **As assignee of Zhongxin Yu**

Name of Alleged Transferor:
 **Zhongxin Yu**

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

Name and Address of Alleged
Transferor:

Zhongxin Yu
1039 Arches Park Drive
Allen, TX  75013

## ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been
filed in the clerk's office of this court as evidence of the transfer.  Objection must be filed with the court within twenty
(20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted
as the original claimant without further order of the court.

Date:_____

_____
Clerk of the Court

ZHONGXIN YU ("Assignor"), transfers and assigns unto Fair Harbor Capital, LLC with an address at 1841 Broadway Suite 1007, New York, NY 10023, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title, and interest in, to and under the claim of Assignor as set forth in the Agreement against Nortel Networks, Inc. (the "Debtor"), in the aggregate amount of $10,892.65, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 09-10138.

IN WITNESS WHEREOF, Assignor has signed below as of the __5__ day of __Oct__, 2011.

ZHONGXIN YU

By: _Zhongxu Yh_
Signature

_ZHONGXIN YU_
Print Name/Title

Fair harbor Capital, LLC

By: _____
Fredric Glass
Victor Knox