# CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order (I) Approving the Stipulation Resolving Claim Nos. 1578 and 7147 Filed by the Texas Comptroller of Public Accounts and (II) Granting Limited Relief from the Automatic Stay to Effectuate a Setoff** was caused to be made on October 25, 2011, in the manner indicated upon the entities identified below and on the attached service list.

Date: October 25, 2011  /s/ Chad A. Fights
Wilmington, DE  Chad A. Fights (No. 5006)

**Via First Class Mail**

Mark Browning
Assistant Attorney General
Bankruptcy-Collections Division
PO Box 12548
Austin, TX 78711-2548

4558867.1