## CERTIFICATE OF SERVICE

      I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Settlement of Avoidance Claims by and Between Nortel Networks Inc. and The Advertising Checking Bureau, Inc.** was caused to be made on October 25, 2011, in the manner indicated upon the entities identified below and on the attached service list.

Date: October 25, 2011　　　　　　　　　　　*/s/ Chad A. Fights*
Wilmington, DE　　　　　　　　　　　　　　Chad A. Fights (No. 5006)

**Via First Class Mail**

John A. Golieb
Muchnick, Golieb & Golieb
200 Park Avenue South, Suite 1700
New York, NY 10003