### **CERTIFICATE OF SERVICE**

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Covergence, Inc.** was caused to be made on October 25, 2011, in the manner indicated upon the entities identified below and on the attached service list.

Date: October 25, 2011                              */s/ Chad A. Fights*
Wilmington, DE                                      Chad A. Fights (No. 5006)


**Via First Class Mail**

Bingham McCutchen LLP
Kate K. Simon
One State St.
Hartford, CT 06103

**Via Hand Delivery**

Connolly Bove Lodge & Hutz LLP
Marc J. Phillips
1007 North Orange Street
Wilmington, DE 19801


4558907.1