## **CERTIFICATE OF SERVICE**

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Oclaro Technology Ltd. And Oclaro (North America), Inc.** was caused to be made on October 26, 2011, in the manner indicated upon the entities identified below and on the attached service list.

Date: October 26, 2011  /s/ Chad A. Fights
Wilmington, DE  Chad A. Fights (No. 5006)

**Via First Class Mail**

Wilmer Cutler Pickering Hale and Dorr LLP
George W. Shuster Jr.
Katelyn Rood
60 State St.
Boston, MA 02109

4563418.1