# Exhibit B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2011 Through September 30, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | $50.00 |
| Transcripts | | 713.90 |
| Photos/Art/ Spec Duplicating | | 10,733.52 |
| Travel | | 46.41 |
| Meals | | 139.26 |
| Messenger Service | | 300.00 |
| Courier/Delivery Service | | 802.36 |
| Computer Research | Westlaw | 132.51 |
| Duplicating | In Office | 745.75 |
| Facsimile | | 1,635.90 |
| Postage | | 36.21 |
| Paralegal Overtime | | 15.85 |
| Conference Calls | | 3.40 |
| **Grand Total Expenses** | | **$15,355.07** |

Nortel Networks, Inc.
63989-DIP
DATE: 10/26/11 11:05:33

PRO FORMA   280793          AS OF 09/30/11          INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 897063 | 09/19/11 | B | 25.00 | Court Costs - CLERK, U.S. DISTRICT COURT' PRO ADMISSION OF LOUIS A. LIPNER RE: NORTEL NETWORKS CASE NO. 09-10138 - 09/19/2011 | 503 | 684 | 182445 |
| 898220 | 09/22/11 | B | 25.00 | Court Costs - CLERK, U.S. DISTRICT COURT' PRO HAC ADMISSION OF AREN GOLDSMITH RE: NORTE NETWORKS CASE NO. 09-10138 | 503 L | 684 | 182564 |
| 898418 | 09/22/11 | B | 713.90 | Transcripts - DIAZ DATA SERVICES' CASE NO. 09-10138 - TRANSCRIPT - 09/22/2011 | 506 | 904 | 182611 |
| 895602 | 09/02/11 | B | 394.60 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' DIGITAL PRINTS (4 ORIGINALS x 184 COPIES) - 09/02/2011 | 510 | 684 | 182179 |
| 898855 | 09/07/11 | B | 3,395.10 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES & BANKRUPTCY MAILOUTS - 09/07/2011 | 510 | 900 | 182687 |
| 897414 | 09/13/11 | B | 858.77 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' DIGITAL PRINTS (20 ORIGINALS x 187 COPIES) - 09/13/2011 | 510 | 684 | 182501 |
| 897415 | 09/14/11 | B | 1,441.55 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' DIGITAL PRINTS (45 ORIGINALS x 187 COPIES) - 09/14/2011 | 510 | 900 | 182502 |
| 898709 | 09/20/11 | B | 670.74 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, AFFIX POSTAGE, HAND DELIVERIES & BANKRUPTCY MAILOUTS - 09/20/2011 | 510 | 684 | 182652 |
| 898852 | 09/21/11 | B | 1,945.18 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' DIGITAL PRINTS (66 ORIGINALS x 186 COPIES) - 09/21/2011 | 510 | 900 | 182684 |
| 899487 | 09/28/11 | B | 159.30 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' DIGITAL PRINTS (346 ORIGINALS x 4 COPIES) - 09/28/2011 | 510 | 684 | 182781 |
| 899486 | 09/29/11 | B | 1,103.01 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' DIGITAL PRINTS (30 ORIGINALS x 187 COPIES) - 09/29/2011 | 510 | 684 | 182780 |
| 901139 | 09/30/11 | B | 765.27 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' DIGITAL PRINTS (15 ORIGINALS x 187 COPIES) - 09/30/2011 | 510 | 684 | 182911 |
| 898363 | 09/13/11 | B | 46.41 | Travel - PETTY CASH' D. ABBOTT - PARKING & MILEAGE EXPENSES FROM TRIP TO PHL TO ATTEND NORTEL 3RD CIRCUIT PENSION STAY APPEAL ARGUMENT - 09/13/2011 | 511 | 322 | 182591 |
| 898236 | 09/21/11 | B | 46.88 | Meals - URBAN CAFE, LLC' BREAKFAST FOR 5 - 09/21/2011 | 512 | 000 | 182578 |

Nortel Networks, Inc.
63989-DIP
DATE: 10/26/11 11:05:33

PRO FORMA 280793    AS OF 09/30/11    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 901245 | 09/22/11 | B | 92.38 | Meals - AMERICAN EXPRESS' PUREBREAD DELI - LUNCH FOR 5 - 09/22/2011 | 512 | 900 | 182937 |
| 897808 | 09/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897810 | 09/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897825 | 09/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897830 | 09/03/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897838 | 09/03/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897874 | 09/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897875 | 09/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897876 | 09/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897883 | 09/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897884 | 09/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897877 | 09/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897878 | 09/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897879 | 09/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897880 | 09/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897881 | 09/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897882 | 09/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897865 | 09/06/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 897924 | 09/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897917 | 09/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897918 | 09/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897919 | 09/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897920 | 09/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897922 | 09/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897923 | 09/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897898 | 09/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897910 | 09/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897913 | 09/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897916 | 09/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 10/26/11 11:05:33

PRO FORMA   280793              AS OF 09/30/11                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 897926 | 09/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897957 | 09/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897958 | 09/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897959 | 09/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897960 | 09/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897968 | 09/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897969 | 09/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897970 | 09/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897971 | 09/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897972 | 09/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897973 | 09/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897961 | 09/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897962 | 09/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897964 | 09/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897965 | 09/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897966 | 09/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897967 | 09/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897974 | 09/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897975 | 09/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897976 | 09/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897980 | 09/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897982 | 09/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 898007 | 09/12/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 898010 | 09/12/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 898058 | 09/13/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 898043 | 09/14/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 898051 | 09/14/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 898097 | 09/19/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 898100 | 09/19/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 898101 | 09/19/11 | B | 3.00 | Messenger Service | 513S | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 10/26/11 11:05:33

PRO FORMA   280793   AS OF 09/30/11   INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 899656 | 09/19/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899653 | 09/19/11 | B | 3.00 | Messenger Service | 513S | 900 | |
| 899672 | 09/20/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899673 | 09/20/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899685 | 09/20/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899687 | 09/20/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899691 | 09/20/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899658 | 09/20/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 899692 | 09/21/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 899695 | 09/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899708 | 09/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899730 | 09/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899733 | 09/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899734 | 09/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899720 | 09/22/11 | B | 3.00 | Messenger Service | 513S | 900 | |
| 899752 | 09/23/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899753 | 09/23/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899783 | 09/26/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899784 | 09/26/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899785 | 09/26/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899786 | 09/26/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899787 | 09/26/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899788 | 09/26/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899789 | 09/26/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899790 | 09/26/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899791 | 09/26/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899792 | 09/26/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899793 | 09/26/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899794 | 09/26/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899799 | 09/26/11 | B | 3.00 | Messenger Service | 513S | 684 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 10/26/11 11:05:33

PRO FORMA 280793     AS OF 09/30/11     INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 899807 | 09/27/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899808 | 09/27/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899810 | 09/28/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899829 | 09/28/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899832 | 09/28/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899834 | 09/29/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899835 | 09/29/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899842 | 09/29/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899843 | 09/29/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899844 | 09/29/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899848 | 09/30/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 899856 | 09/30/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 894908 | 09/01/11 | B | 11.90 | Courier/Delivery Service | 514 | 322 | 182134 |
| 894909 | 09/01/11 | B | 11.90 | Courier/Delivery Service | 514 | 322 | 182134 |
| 894910 | 09/01/11 | B | 16.34 | Courier/Delivery Service | 514 | 322 | 182134 |
| 894911 | 09/01/11 | B | 11.90 | Courier/Delivery Service | 514 | 322 | 182134 |
| 894912 | 09/01/11 | B | 11.90 | Courier/Delivery Service | 514 | 322 | 182134 |
| 895763 | 09/01/11 | B | 31.35 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 322 | 182222 |
| 895576 | 09/01/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182166 |
| 895619 | 09/01/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182182 |
| 897086 | 09/06/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182446 |
| 897087 | 09/06/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182446 |
| 897088 | 09/06/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182446 |
| 897089 | 09/06/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182446 |
| 897090 | 09/06/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182446 |
| 897080 | 09/06/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182446 |
| 897081 | 09/06/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182446 |
| 897082 | 09/06/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182446 |
| 897083 | 09/06/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182446 |
| 897084 | 09/06/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182446 |
| 897085 | 09/06/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182446 |
| 897546 | 09/07/11 | B | 63.93 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 182538 |
| 896075 | 09/07/11 | B | 33.85 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 182261 |
| 897066 | 09/07/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182446 |
| 897067 | 09/07/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182446 |

Nortel Networks, Inc.
63989-DIP
DATE: 10/26/11 11:05:33

PRO FORMA 280793            AS OF 09/30/11            INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 896060 | 09/07/11 | B | 17.65 | Courier/Delivery Service | 514 | 322 | 182260 |
| 896061 | 09/07/11 | B | 14.23 | Courier/Delivery Service | 514 | 322 | 182260 |
| 896062 | 09/07/11 | B | 11.95 | Courier/Delivery Service | 514 | 322 | 182260 |
| 897068 | 09/07/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182446 |
| 897069 | 09/07/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182446 |
| 897070 | 09/08/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182446 |
| 897071 | 09/08/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182446 |
| 897072 | 09/08/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182446 |
| 897073 | 09/08/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182446 |
| 897074 | 09/08/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182446 |
| 897075 | 09/08/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182446 |
| 897076 | 09/08/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182446 |
| 897077 | 09/08/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182446 |
| 897078 | 09/08/11 | B | 11.15 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182446 |
| 897079 | 09/08/11 | B | 31.49 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 182446 |
| 898349 | 09/19/11 | B | 11.95 | Courier/Delivery Service | 514 | 000 | 182589 |
| 898202 | 09/19/11 | B | 11.95 | Courier/Delivery Service | 514 | 322 | 182563 |
| 898203 | 09/19/11 | B | 11.95 | Courier/Delivery Service | 514 | 322 | 182563 |
| 898204 | 09/19/11 | B | 16.41 | Courier/Delivery Service | 514 | 322 | 182563 |
| 898205 | 09/19/11 | B | 11.95 | Courier/Delivery Service | 514 | 322 | 182563 |
| 898206 | 09/19/11 | B | 11.95 | Courier/Delivery Service | 514 | 322 | 182563 |
| 898207 | 09/19/11 | B | 11.95 | Courier/Delivery Service | 514 | 322 | 182563 |
| 898350 | 09/20/11 | B | 11.95 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 182590 |
| 898353 | 09/20/11 | B | 16.41 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 182590 |
| 898354 | 09/20/11 | B | 11.95 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 182590 |
| 898355 | 09/20/11 | B | 11.95 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 182590 |
| 898356 | 09/20/11 | B | 11.95 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 182590 |
| 898357 | 09/20/11 | B | 31.49 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 182590 |
| 898521 | 09/20/11 | B | 11.15 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182619 |
| 899399 | 09/20/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182750 |
| 899400 | 09/21/11 | B | 19.07 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182750 |
| 899401 | 09/21/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182750 |
| 899402 | 09/23/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182750 |
| 901106 | 09/26/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182904 |
| 901107 | 09/26/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182904 |
| 901108 | 09/26/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182904 |
| 901109 | 09/26/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182904 |
| 901110 | 09/27/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182904 |

Nortel Networks, Inc.
63989-DIP
DATE: 10/26/11 11:05:33

PRO FORMA   280793   AS OF 09/30/11   INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 901111 | 09/27/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182904 |
| 901112 | 09/28/11 | B | 11.15 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182904 |
| 901113 | 09/29/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 182904 |
| 901224 | 09/29/11 | B | 51.14 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 182932 |
| 899015 | 09/23/11 | B | 132.51 | Computer Research - Westlaw Search Performed by: FIGHTS,CHAD | 515 | 900 | |
| 894137 | 09/01/11 | B | 14.10 | In-House Duplicating | 519 | 684 | |
| 894138 | 09/01/11 | B | 0.10 | In-House Duplicating | 519 | 684 | |
| 894139 | 09/01/11 | B | 3.60 | In-House Duplicating | 519 | 684 | |
| 895505 | 09/06/11 | B | 14.50 | In-House Duplicating | 519 | 684 | |
| 895702 | 09/07/11 | B | 4.80 | In-House Duplicating | 519 | 554 | |
| 895700 | 09/07/11 | B | 72.50 | In-House Duplicating | 519 | 684 | |
| 895701 | 09/07/11 | B | 61.20 | In-House Duplicating | 519 | 684 | |
| 895823 | 09/08/11 | B | 26.50 | In-House Duplicating | 519 | 684 | |
| 895824 | 09/08/11 | B | 18.60 | In-House Duplicating | 519 | 684 | |
| 895825 | 09/08/11 | B | 8.40 | In-House Duplicating | 519 | 684 | |
| 895972 | 09/09/11 | B | 5.30 | In-House Duplicating | 519 | 554 | |
| 896785 | 09/14/11 | B | 4.10 | In-House Duplicating | 519 | 684 | |
| 896941 | 09/16/11 | B | 0.80 | In-House Duplicating | 519 | 594 | |
| 897281 | 09/19/11 | B | 4.00 | In-House Duplicating | 519 | 684 | |
| 897282 | 09/19/11 | B | 9.20 | In-House Duplicating | 519 | 684 | |
| 897283 | 09/19/11 | B | 18.40 | In-House Duplicating | 519 | 684 | |
| 897284 | 09/19/11 | B | 74.90 | In-House Duplicating | 519 | 670 | |
| 897464 | 09/20/11 | B | 0.30 | In-House Duplicating | 519 | 684 | |
| 897463 | 09/20/11 | B | 12.00 | In-House Duplicating | 519 | 605 | |
| 898123 | 09/21/11 | B | 9.20 | In-House Duplicating | 519 | 684 | |
| 898124 | 09/21/11 | B | 1.20 | In-House Duplicating | 519 | 670 | |
| 898122 | 09/21/11 | B | 26.90 | In-House Duplicating | 519 | 684 | |
| 898121 | 09/21/11 | B | 2.00 | In-House Duplicating | 519 | 900 | |
| 898618 | 09/26/11 | B | 51.30 | In-House Duplicating | 519 | 684 | |
| 898749 | 09/27/11 | B | 2.00 | In-House Duplicating | 519 | 684 | |
| 899130 | 09/29/11 | B | 5.40 | In-House Duplicating | 519 | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 10/26/11 11:05:33

PRO FORMA   280793          AS OF 09/30/11                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 899266 | 09/30/11 | B | 0.30 | In-House Duplicating | 519 | 684 | |
| 896347 | 09/08/11 | B | 32.09 | Postage | 520 | 000 | |
| 896346 | 09/09/11 | B | 4.12 | Postage | 520 | 684 | |
| 897413 | 09/01/11 | B | 654.50 | Facsimile - IKON OFFICE SOLUTIONS' BROADCAST FAX - 09/01/2011 | 522H | 684 | 182500 |
| 898848 | 09/19/11 | B | 45.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` CORRESPONDENCE SENT VIA FAX - 09/19/2011 | 522H | 684 | 182680 |
| 898849 | 09/19/11 | B | 823.40 | Facsimile - DIGITAL LEGAL SERVICES LLC` CORRESPONDENCE SENT VIA FAX - 09/19/2011 | 522H | 684 | 182681 |
| 898850 | 09/20/11 | B | 107.40 | Facsimile - DIGITAL LEGAL SERVICES LLC` CORRESPONDENCE SENT VIA FAX - 09/20/2011 | 522H | 684 | 182682 |
| 898851 | 09/20/11 | B | 5.60 | Facsimile - DIGITAL LEGAL SERVICES LLC` CORRESPONDENCE SENT VIA FAX - 09/20/2011 | 522H | 684 | 182683 |
| 895653 | 09/01/11 | B | 15.85 | Paralegal Overtime | 530S | 594 | |
| 894140 | 09/01/11 | B | 27.90 | In-House Printing - black & white | 541 | 684 | |
| 894827 | 09/02/11 | B | 7.35 | In-House Printing - black & white | 541 | 684 | |
| 895506 | 09/06/11 | B | 4.35 | In-House Printing - black & white | 541 | 684 | |
| 895703 | 09/07/11 | B | 3.50 | In-House Printing - black & white | 541 | 684 | |
| 895826 | 09/08/11 | B | 24.50 | In-House Printing - black & white | 541 | 684 | |
| 895973 | 09/09/11 | B | 2.15 | In-House Printing - black & white | 541 | 900 | |
| 896234 | 09/12/11 | B | 14.60 | In-House Printing - black & white | 541 | 684 | |
| 896786 | 09/14/11 | B | 4.00 | In-House Printing - black & white | 541 | 684 | |
| 897285 | 09/19/11 | B | 129.45 | In-House Printing - black & white | 541 | 684 | |
| 897465 | 09/20/11 | B | 26.20 | In-House Printing - black & white | 541 | 684 | |
| 898125 | 09/21/11 | B | 5.05 | In-House Printing - black & white | 541 | 684 | |
| 898270 | 09/22/11 | B | 4.95 | In-House Printing - black & white | 541 | 684 | |
| 898894 | 09/28/11 | B | 2.70 | In-House Printing - black & white | 541 | 684 | |
| 899131 | 09/28/11 | B | 27.85 | In-House Printing - black & white | 541 | 605 | |
| 899132 | 09/29/11 | B | 1.60 | In-House Printing - black & white | 541 | 684 | |
| 899267 | 09/30/11 | B | 8.00 | In-House Printing - black & white | 541 | 684 | |
| 901668 | 09/20/11 | B | 3.40 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 183034 |

15,355.07