Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/01/11 | EH | Review and respond to email from M. DeCarli regarding CNO to Nokia settlement motion and related motion to file exhibit under seal | 0.10 |
| 09/01/11 | EH | Review agenda for 9/06/11 hearing | 0.10 |
| 09/01/11 | EH | Review email from A. Cordo regarding filing of CNO's for Nokia settlement motion and motion to seal exhibit (0.10); discuss with J. Smith and J. Hoover (0.10) | 0.20 |
| 09/01/11 | EH | Review clerk's minutes of 8/23/11 hearing | 0.10 |
| 09/02/11 | EH | Review amended agenda for 9/06/11 hearing | 0.10 |
| 09/19/11 | EH | Review agenda for 9/21/11 hearing | 0.10 |
| 09/19/11 | EH | Prepare binder for 9/21/11 hearing | 0.20 |
| 09/19/11 | EH | Email to J. Hoover and R. Lemisch regarding appearance at 9/21/11 hearing | 0.20 |
| 09/20/11 | EH | Review amended agenda for 9/20/11 hearing | 0.10 |
| 09/20/11 | EH | Review agenda for 9/22/11 hearing | 0.10 |
| 09/20/11 | EH | Review email from J. Hoover regarding telephonic appearance at 9/21/11 hearing; discuss with R. Lemisch | 0.10 |
| 09/20/11 | EH | Coordinate telephonic appearance at 9/21/11 hearing for R. Lemisch | 0.20 |
| 09/20/11 | EH | Review amended agenda for 9/22/11 hearing | 0.10 |
| 09/21/11 | EH | Review clerk's minutes of 9/21/11 hearing | 0.10 |
| 09/21/11 | EH | Review second amended agenda for 9/21/11 hearing | 0.10 |
| 09/22/11 | EH | Discuss preparation of fee chart for CTDI adversary with J. Hoover | 0.50 |
| 09/26/11 | EH | Break down 9/21/11 hearing binder; review of pleadings for file organization | 0.10 |
| 09/26/11 | EH | Review ECF notices and download BFCA August 2011 fee application | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 2.60 | $611.00 |
| | | | 2.60 | $611.00 |
| | | TOTAL: | 2.60 | $611.00 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/01/11 | EH | Review ECF notices and download BFCA fourth quarterly fee application | 0.10 |
| 09/02/11 | LMS | Email to J. Moldrem regarding Benesch estimated accruals for August 2011 | 0.10 |
| 09/08/11 | RHL | Edit time for fee application | 0.20 |
| 09/14/11 | LMS | Preparation of BFCA monthly fee application | 0.40 |
| 09/15/11 | LMS | Review docket regarding objections to BFCA monthly fee application for July 2011 | 0.10 |
| 09/15/11 | LMS | Prepare CNO regarding BFCA monthly fee application for July 2011 | 0.10 |
| 09/15/11 | LMS | File CNO regarding BFCA monthly fee application for July 2011 | 0.10 |
| 09/15/11 | EH | Review ECF notices and download CNO to BFCA July 2011 fee application | 0.10 |
| 09/16/11 | LMS | Preparation of BFCA monthly fee statement for August 2011 | 0.30 |
| 09/16/11 | LMS | Review Omnibus Fee Order for accuracy relative to Benesch fees and expenses | 0.10 |
| 09/19/11 | RHL | Coordinate attendance at hearing Wednesday on fee applications | 0.20 |
| 09/20/11 | RHL | Review monthly fee application | 0.20 |
| 09/20/11 | EH | Review proposed omnibus order approving quarterly fee applications | 0.10 |
| 09/21/11 | RHL | Participate at hearing on fee applications | 0.30 |
| 09/21/11 | JRH | Email with L. Behra regarding fee hearing | 0.10 |
| 09/21/11 | LMS | Download Tenth Omnibus Fee Order | 0.10 |
| 09/21/11 | LMS | Preparation of BFCA monthly fee application for August 2011 | 0.20 |
| 09/21/11 | LMS | File BFCA monthly fee application for August 2011 | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/21/11 | LMS | Docket objection deadline regarding BFCA monthly fee application for August 2011 | 0.10 |
| 09/21/11 | EH | Review ECF notices and download tenth omnibus order approving professional fee applications | 0.10 |
| 09/22/11 | EH | Review email from J. Hoover regarding next fee application hearing and deadline to file quarterly fee applications; track hearing date and submission deadline | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 0.90 | $535.50 |
| | | | 0.90 | $535.50 |
| ASSOCIATE | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 0.10 | $38.00 |
| | | | 0.10 | $38.00 |
| PARALEGAL | | | | |
| LISA M BEHRA | (LMS) | $195.00 | 1.70 | $331.50 |
| ELIZABETH HEIN | (EH ) | $235.00 | 0.50 | $117.50 |
| | | | 2.20 | $449.00 |
| | | TOTAL: | 3.20 | $1,022.50 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/01/11 | JRH | Coordinate regarding agenda filing | 0.20 |
| 09/01/11 | JES | Review email from A. Cordo regarding agenda and CNOs (.1); confer with E. Hein regarding CNOs (.2) | 0.30 |
| 09/01/11 | SRS | Review CNO filed with Court regarding 9019 motion and under seal filing motion and discuss same with E. Hein | 0.20 |
| 09/01/11 | SRS | Correspond with opposing counsel regarding status of hearing on 9019 motion and under seal filing motion | 0.20 |
| 09/01/11 | SRS | Review agenda for hearing on motion to approve settlement | 0.20 |
| 09/01/11 | EH | Draft CNO for motion to seal exhibit to Nokia settlement motion | 0.20 |
| 09/01/11 | EH | Draft CNO for Nokia 9019 motion | 0.30 |
| 09/01/11 | EH | File CNO to Nokia 9019 motion | 0.20 |
| 09/01/11 | EH | File CNO to motion to file exhibit to Nokia 9019 motion under seal | 0.20 |
| 09/02/11 | JRH | Review Nortel settlement agreement and email with B. Hunt, Epiq regarding release of Siemens claims | 0.20 |
| 09/02/11 | JRH | Attend to Starent adversary proceeding | 1.00 |
| 09/02/11 | JES | Confer with J. Hoover regarding preference actions and next steps | 0.20 |
| 09/02/11 | SRS | Reivew orders from Court approving settlement and under seal filing order (.20); correspond with client regarding same (.10) | 0.30 |
| 09/02/11 | EH | Review ECF notices and download orders approving Nokia 9019 motion, order approving motion to file Exhibit B under seal, and clerk's notice of sealed document (0.10); email to S. Stafford (0.10) | 0.20 |
| 09/02/11 | EH | Discuss terms of Nokia settlement stipulation regarding release of escrow funds with S. Stafford | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/02/11 | EH | Review Nokia settlement stipulation for terms of release of escrow funds and dismissal of adversary (0.10); follow-up email to S. Stafford regarding same (0.10) | 0.20 |
| 09/06/11 | JRH | Attend to claim issues | 2.00 |
| 09/06/11 | SRS | Review correspondence from client regarding remittance of settlement payment | 0.10 |
| 09/06/11 | SRS | Review correspondence from opposing counsel regarding approval of stipulation of dismissal for filing | 0.10 |
| 09/06/11 | SRS | Correspond with client regarding status of settlement and case dismissal | 0.10 |
| 09/06/11 | EH | Review and respond to email from S. Stafford regarding final form of Nokia stipulation of dismissal | 0.10 |
| 09/06/11 | EH | File stipulation of dismissal of Nokia adversary (0.10); email to S. Stafford (0.10) | 0.20 |
| 09/07/11 | RHL | Received correspondence from J. Smith regarding mediation issues | 0.10 |
| 09/07/11 | RHL | Discuss status of Right Management and Prudential adversaries with J. Smith | 0.20 |
| 09/07/11 | RHL | Discuss status of Starent with J. Hoover | 0.20 |
| 09/07/11 | JRH | Telephone call made to J. Carignan regarding status of the adversary proceeding | 0.10 |
| 09/07/11 | JRH | Email with K. Law regarding conference call | 0.10 |
| 09/07/11 | JRH | Review status report and email to A. Cordo, et al. regarding same | 0.50 |
| 09/07/11 | JRH | Email with S. Stafford regarding Nokia settlement | 0.10 |
| 09/07/11 | JRH | Meeting with J. Smith regarding pending preference actions | 0.30 |
| 09/07/11 | JES | Confer with R. Lemsich regarding status of 3 adversary proceedings and next steps (.3); review email and attachments from J. Galvin regarding status report (.3); search for proofs of claim filed by Right Management, Prudential Relocation, and Starent (.5); email R. Lemsich regarding mediation statement for Starent (.1); confer with J. Hoover regarding Nortel discovery and email S. Stafford regarding staffing (.2) | 1.40 |
| 09/07/11 | SRS | Correspond with J. Hoover and R. Lemisch regarding status of settlement and case dismissal | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/07/11 | EH | Serve Nokia settlement orders | 0.20 |
| 09/07/11 | EH | Draft certificate of service for Nokia settlement orders | 0.20 |
| 09/07/11 | EH | File certificate of service for Nokia settlement orders | 0.20 |
| 09/07/11 | EH | Review clerk's notice of case closing; forward to S. Stafford | 0.10 |
| 09/07/11 | EH | Review 9/06/11 mediation status report for Right Management adversary | 0.10 |
| 09/07/11 | EH | Review emails from C. Fights and J. Galvin regarding information for adversary status reports | 0.10 |
| 09/08/11 | RHL | Review Starent issues - 502(h) waiver | 0.30 |
| 09/08/11 | RHL | Review correspondence regarding rescheduling Starent mediation | 0.20 |
| 09/08/11 | JRH | Emails related to Starent mediation | 0.20 |
| 09/08/11 | JRH | Review Starent preference action issues (0.50); conference call with K. Law regarding status and meeting with R. Lemisch related to same (0.20) | 0.70 |
| 09/08/11 | JES | Research local rules regarding mediation statement and review sample mediation statements in connection with preparing Starent mediation statement (.5); review emails from C. Fights regarding agenda (.2) | 0.70 |
| 09/08/11 | EH | Review email from J. Smith regarding mutual extension of discovery response deadlines for Right Management adversary; track extended deadlines | 0.10 |
| 09/09/11 | JES | Confer with J. Hoover regarding status of 3 adversary proceedings and discuss next steps (.2); call J. Carignan regarding Right Management (.1) | 0.30 |
| 09/11/11 | JES | Review email from J. Carignan regarding Right Management adversary proceeding (.1); email J. Hoover regarding same (.1) | 0.20 |
| 09/12/11 | JRH | Emails with R. Boris regarding mediation | 0.10 |
| 09/12/11 | JRH | Emails with J. Smith related to Nortel preference actions | 0.30 |
| 09/12/11 | JES | Review various emails regarding Starent mediation | 0.20 |
| 09/12/11 | SRS | Call with accounting regarding processing of payment of settlement amount to Nortel | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/12/11 | EH | Discuss rescheduled Starent mediation date and mediation statement submission deadline with J. Hoover | 0.20 |
| 09/12/11 | EH | Review emails from J. Galvin, R. Baik and J. Hoover regarding interim status report for adversary proceedings requested by debtors | 0.20 |
| 09/13/11 | RHL | Received correspondence from R. Webster regarding extension for stay | 0.10 |
| 09/13/11 | RHL | Review draft notice of extension of stay of proceedings in CTDI and respond to Andrew Ungberg | 0.20 |
| 09/13/11 | SRS | Correspond with client regarding wire transfer of settlement amount | 0.10 |
| 09/13/11 | EH | Email to J. Hoover and J. Smith regarding adversary status information requested by debtors | 0.30 |
| 09/14/11 | JES | Review email from R. Baik regarding agenda for 9/21 hearing (.1); review agenda (.1); respond to emails from J. Hoover and E. Hein regarding adversary settlement data compilation after reviewing Siemens settlement agreement (.2); review email from J. Hoover regarding Right Management (.1); review Right Management scheduling order and email J. Hoover regarding deadlines and next steps (.3) | 0.80 |
| 09/14/11 | EH | Review and respond to email from J. Hoover regarding Siemens settlement | 0.10 |
| 09/14/11 | EH | Telephone call from A. Ungberg regarding notice of continuation of stay in CTDI adversary | 0.10 |
| 09/14/11 | EH | File and serve notice of continuation of stay of CTDI proceedings | 0.50 |
| 09/14/11 | EH | Update deadline to submit settlement stipulation or request further stay of CTDI adversary | 0.10 |
| 09/15/11 | JES | Review email and 3 exhibits from C. Fights regarding hearing on September 21 | 0.30 |
| 09/15/11 | JES | Review various emails from J. Hoover and J. Carignan (.2); draft stipulation extending discovery and mediation (.6); email J. Hoover regarding stipulation (.1) | 0.90 |
| 09/15/11 | EH | Email to J. Smith regarding responses to Right Management discovery requests | 0.10 |
| 09/15/11 | EH | Review email from J. Smith regarding mutual extension of Right Management discovery response deadline; track extended deadlines | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/16/11 | JRH | Email with J. Galvin; gather Nortel information regarding settlements | 0.20 |
| 09/16/11 | JRH | Revise scheduling order and email with J. Carignan regarding same | 0.50 |
| 09/16/11 | JRH | Conference call with A. Ungberg regarding CTDI settlement agreement and items needed | 0.20 |
| 09/16/11 | EH | Review ECF notices and download Sourcefire mediation status report; email to J. Hoover and J. Smith | 0.10 |
| 09/19/11 | RHL | Received correspondence from J. Hoover regarding Starent status - how to proceed | 0.10 |
| 09/19/11 | RHL | Received correspondence from J. Smith regarding Starent mediation statement | 0.10 |
| 09/19/11 | RHL | Memo to Jen Smith and Jen Hoover regarding status of Starent mediation statement | 0.10 |
| 09/19/11 | EH | Review 9/19/11 adversary status report | 0.10 |
| 09/19/11 | EH | Review emails from J. Smith and R. Lemisch regarding Starent mediation statement | 0.10 |
| 09/20/11 | JRH | Email K. Dalton regarding mediation | 0.10 |
| 09/21/11 | RHL | Received correspondence from J. Hoover regarding information for CTDI settlement | 0.10 |
| 09/21/11 | RHL | Received correspondence from B. Bowden regarding mediation in Prudential and Wright Management matters | 0.20 |
| 09/21/11 | JRH | Email with J. Smith regarding mediations | 0.10 |
| 09/21/11 | JRH | Coordinate with mediator regarding open items | 0.20 |
| 09/21/11 | JRH | Email with J. Carignan regarding status | 0.10 |
| 09/21/11 | JRH | Email with W. Bowden regarding scheduling of mediations | 0.10 |
| 09/21/11 | JES | Email from J. Hoover regarding Right Management (.1); email from J. Carignan regarding Right Management (.1) | 0.20 |
| 09/21/11 | EH | Review 9/08/11 adversary status report | 0.10 |
| 09/21/11 | EH | Telephone call from A. Ungberg regarding clerk's minutes of 9/21/11 omnibus hearing in main case incorrectly docketed in CTDI adversary | 0.20 |
| 09/22/11 | RHL | Received correspondence from J. Hoover regarding mediation dates for Right Management matter | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/22/11 | RHL | Received correspondence from J. Hoover regarding Prudential mediation dates | 0.10 |
| 09/22/11 | RHL | Review CTDI settlement issues with J. Hoover | 0.20 |
| 09/22/11 | JRH | Email with W. Bowden regarding Prudential mediation | 0.10 |
| 09/22/11 | JRH | Revise pretrial scheduling orders | 0.50 |
| 09/22/11 | JRH | Meeting with E. Hein regarding- CTDI settlement issues, etc | 0.50 |
| 09/22/11 | JRH | Coordinate Starent mediation issues | 0.30 |
| 09/22/11 | JRH | Emails related to mediation scheduling | 0.30 |
| 09/22/11 | EH | Review email from J. Hoover regarding rescheduled Starent mediation; track rescheduled mediation date | 0.10 |
| 09/22/11 | EH | Draft certification of counsel and proposed order for stipulation extending certain Right Management deadlines | 0.40 |
| 09/22/11 | EH | Review email from J. Hoover regarding extension of discovery deadlines in Right Management adversary | 0.10 |
| 09/23/11 | RHL | Received correspondence from R. Boris regarding Nokia settlement stipulation status (0.10); reply and forward to S. Stafford to provide the requested information (0.10) | 0.20 |
| 09/23/11 | JRH | Prepare revised stipulations and email with opposing counsel | 0.50 |
| 09/26/11 | JRH | Meeting with J. Smith regarding status of preference actions | 0.30 |
| 09/26/11 | JRH | Email with J. Smith regarding mediation scheduling | 0.10 |
| 09/26/11 | JES | Review message from J. Clasen regarding mediation for Prudential Relocation adversary (.2); confer with J. Hoover regarding status of mediation for 3 adversary proceedings (.2); review revised Starent scheduling order and confer with J. Hoover regarding same (.2); review and respond to email from J. Hoover regarding Right Management discovery (.2); review correspondence and email J. Clasen regarding Prudential Relocation mediation (.2); review email from mediator regarding Prudential Relocation and review calendar (.2); email J. Hoover regarding preferred date/time for Prudential mediation (.2) | 1.40 |
| 09/26/11 | EH | Review 9/26/11 adversary status report | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/26/11 | EH | Follow-up email to J. Hoover regarding certification of counsel submitting amended scheduling order for Right Management adversary | 0.10 |
| 09/26/11 | EH | Calculate and track updated Starent mediation statement submission deadline | 0.10 |
| 09/27/11 | RHL | Review 9019 motion for CTDI and respond to A. Ungberg | 0.20 |
| 09/27/11 | JRH | Email with J. Carignan regarding status, mediation and position statement | 0.10 |
| 09/27/11 | JRH | Meeting with J. Smith to discuss Nortel/Right Management discovery responses | 0.50 |
| 09/27/11 | JES | Confer with J. Hoover regarding Right Management discovery responses (.5); email R. Boris regarding review of Right Management discovery responses (.1); review over 5,000 pages of discovery in response to Right Management discovery (9.0) | 9.60 |
| 09/27/11 | SRS | Correspond with client regarding confirmation of wire of settlement payment | 0.10 |
| 09/27/11 | EH | Review email from A. Ungberg regarding anticipated filing of CTDI settlement motion | 0.10 |
| 09/27/11 | EH | File certification of counsel submitting stipulation to extend certain deadlines in 3/09/11 scheduling order (0.20); coordinate delivery to Judge Gross' chambers (0.10) | 0.30 |
| 09/27/11 | EH | Discuss release of Nokia settlement funds with S. Stafford | 0.10 |
| 09/27/11 | EH | Discuss Right Management document review with J. Smith | 0.10 |
| 09/28/11 | RHL | Received correspondence from Andy Umberg regarding 9019 for CTDI (many e-mails); discuss with J. Hoover regarding filing same | 0.30 |
| 09/28/11 | JRH | Email with A. Cordo regarding CTDI settlement motion service issues | 0.10 |
| 09/28/11 | JRH | Further emails regarding Nortel service -- 9019 motions | 0.20 |
| 09/28/11 | JRH | Review 9019 motion, motion to file under seal and related issues (0.80); coordinate filing with E. Hein and R. Lemisch (0.20) | 1.00 |
| 09/28/11 | JRH | Emails with A. Ungberg regarding 9019 motion and conference call related thereto | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/28/11 | JRH | Conference call with J. Carignan regarding discovery (0.30); conference call with J. Smith regarding discovery (0.20) | 0.50 |
| 09/28/11 | JES | Confer with J. Hoover regarding mediation for Prudential and discovery for Right Management (.3); email to defendant and mediator regarding Prudential mediation (.2); email J. Carignan regarding Right Management discovery (.1); review Prudential stipulation and email J. Clasen regarding stipulation and position statement (.4); call B. Bowden and leave message regarding mediation (.2); conversation with B. Bowden regarding Right Management mediation (.2); email J. Carignan regarding mediation date and time (.1); meet with J. Hoover regarding Right Management, Starent and Prudential status (.3); review over 4,000 pages of discovery in response to Right Management discovery (6.8) | 8.60 |
| 09/28/11 | EH | Review and respond to email from J. Smith regarding revision to Starent stipulation revising discovery deadlines | 0.10 |
| 09/28/11 | EH | Revise stipulation extending scheduling order deadlines in Starent adversary (0.10); email to J. Smith and J. Hoover (0.10) | 0.50 |
| 09/28/11 | EH | Discuss preparation of redacted CTDI settlement agreement for filing with 9019 motion with J. Hoover | 0.20 |
| 09/28/11 | EH | File motion to approve CTDI settlement and related motion to file under seal | 1.70 |
| 09/28/11 | EH | Review and respond to emails from B. Hunt and J. Hoover confirming service of motion to approve CTDI settlement and related motion to file under seal | 0.10 |
| 09/28/11 | EH | Review email from J. Smith regarding mutual extension of deadline to respond to discovery requests in Right Management adversary; track extended deadline | 0.10 |
| 09/28/11 | EH | Review emails from A. Cordo and J. Hoover regarding service of CTDI settlement motion (0.10); discuss with J. Hoover (0.10) | 0.20 |
| 09/28/11 | EH | Review email from J. Hoover regarding scheduling of Prudential mediation; track mediation date | 0.10 |
| 09/28/11 | EH | Further revisions to stipulation extending certain Starent deadlines (0.30); email to J. Hoover (0.10) | 0.40 |
| 09/28/11 | EH | Discuss revisions to Starent scheduling order with J. Hoover | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/29/11 | JRH | Email with K. Law regarding revised stipulation and review his response thereto | 0.20 |
| 09/29/11 | JES | Email R. Boris regarding Right Management discovery and review (.2); review email from J. Clasen regarding Prudential stipulation (.1); review Prudential stipulation and confer with E. Hein regarding same (.3); review over 6,000 pages of documents in connection with Right Management document production (9.0) | 9.60 |
| 09/29/11 | EH | Review ECF notices and download order approving extension of Right Management scheduling order deadlines | 0.10 |
| 09/29/11 | EH | Review stipulation extending deadlines in Right Management scheduling order (0.10); track extended deadlines (0.10) | 0.20 |
| 09/29/11 | EH | Review approximately 4,000 documents in connection with Right Management document production | 2.80 |
| 09/29/11 | EH | Review and respond to email from J. Smith regarding Right Management document review | 0.10 |
| 09/29/11 | EH | Review and respond to email from B. Hunt regarding affidavit of service for CTDI settlement motion and related motion to seal | 0.10 |
| 09/29/11 | EH | Track hearing date and response deadline for CTDI settlement motion | 0.10 |
| 09/30/11 | JES | Review various emails from B. Bowden regarding Right Management mediation (.2); review various emails from J. Carignan regarding Right Management mediation (.2); review revised stipulation and email J. Clasen regarding same (.3); review over 7,000 pages of documents in connection with Right Management document production (9.5) | 10.20 |
| 09/30/11 | EH | Review approximately 4,000 documents in connection with Right Management document production | 2.60 |
| 09/30/11 | EH | Revise Prudential stipulation extending certain deadlines; forward to J. Smith for review | 0.40 |
| 09/30/11 | EH | Finalize Starent stipulation extending certain deadlines | 0.20 |
| 09/30/11 | EH | Draft certification of counsel submitting stipulation extending certain deadlines in Starent scheduling order | 0.40 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/30/11 | EH | File certification of counsel submitting stipulation extending certain deadlines in Starent scheduling order (0.10); coordinate delivery to Judge Gross (0.10) | 0.20 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $595.00 | 3.00 | $1,785.00 |
| | | | 3.00 | $1,785.00 |
| **ASSOCIATE** | | | | |
| JENNIFER R HOOVER | (JRH) | $380.00 | 12.80 | $4,864.00 |
| JENNIFER E. SMITH | (JES) | $250.00 | 44.90 | $11,225.00 |
| SARAH R. STAFFORD | (SRS) | $300.00 | 1.70 | $510.00 |
| | | | 59.40 | $16,599.00 |
| **PARALEGAL** | | | | |
| ELIZABETH HEIN | (EH ) | $235.00 | 17.40 | $4,089.00 |
| | | | 17.40 | $4,089.00 |
| | | TOTAL: | 79.80 | $22,473.00 |

**Document Reproduction**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 09/07/11 | EH | Document Reproduction 4 copies | 0.40 |
| 09/14/11 | EH | Document Reproduction 16 copies | 1.60 |
| 09/21/11 | LMS | Document Reproduction 68 copies | 6.80 |
| 09/21/11 | LMS | Document Reproduction 136 copies | 13.60 |
| 09/27/11 | EH | Document Reproduction 9 copies | 0.90 |
| 09/30/11 | EH | Document Reproduction 9 copies | 0.90 |
| | | TOTAL: | $24.20 |

**Delivery Fee - Outside**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 09/30/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC TO ROSENTHAL MONHAIT GROSS & GODDES-09/07/11 | 5.00 |
| | | TOTAL: | $5.00 |

**Outside Professional Services**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 09/13/11 | RHL | Outside Professional Services - Vendor: Reliable Wilmington  M/N/A/ T/ 8/31 | 5.00 |
| | | TOTAL: | $5.00 |

**Federal Express**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 09/21/11 | LMS | Federal Express 09/21/11 Lisa Behra to Thomas P. Tinker E | 11.92 |
| 09/21/11 | LMS | Federal Express 09/21/11 Lisa Behra to M. Collins/C. Sami | 11.92 |
| 09/21/11 | LMS | Federal Express 09/21/11 Lisa Behra to Allen K. Stout | 11.92 |
| 09/21/11 | LMS | Federal Express 09/21/11 Lisa Behra to Fred S. Hodara | 11.92 |
| 09/21/11 | LMS | Federal Express 09/21/11 Lisa Behra to D. Abbot/E. Schwar | 11.92 |
| | | TOTAL: | $59.60 |

**Computer Research**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 09/01/11 | XXX | Computer Research - Pacer PACER SEPTEMBER 2011 14 PAGES | 1.12 |
| 09/08/11 | XXX | Computer Research - Pacer PACER SEPTEMBER 2011 2 PAGES | 0.16 |
| 09/08/11 | XXX | Computer Research - Pacer PACER SEPTEMBER 2011 2 PAGES | 0.16 |
| 09/08/11 | XXX | Computer Research - Pacer PACER SEPTEMBER 2011 4 PAGES | 0.32 |
| 09/08/11 | XXX | Computer Research - Pacer PACER SEPTEMBER 2011 1 PAGES | 0.08 |
| 09/08/11 | XXX | Computer Research - Pacer PACER SEPTEMBER 2011 3 PAGES | 0.24 |
| 09/14/11 | XXX | Computer Research - Pacer PACER SEPTEMBER 2011 2 PAGES | 0.16 |
| 09/15/11 | XXX | Computer Research - Pacer PACER SEPTEMBER 2011 19 PAGES | 1.52 |
| 09/19/11 | XXX | Computer Research - Pacer PACER SEPTEMBER 2011 19 PAGES | 1.52 |
| 09/19/11 | XXX | Computer Research - Pacer PACER SEPTEMBER 2011 2 PAGES | 0.16 |
| 09/19/11 | XXX | Computer Research - Pacer PACER SEPTEMBER 2011 5 PAGES | 0.40 |
| 09/26/11 | XXX | Computer Research - Pacer PACER SEPTEMBER 2011 5 PAGES | 0.40 |
| 09/26/11 | XXX | Computer Research - Pacer PACER SEPTEMBER 2011 2 PAGES | 0.16 |
| 09/26/11 | XXX | Computer Research - Pacer PACER SEPTEMBER 2011 5 PAGES | 0.40 |
| 09/26/11 | XXX | Computer Research - Pacer PACER SEPTEMBER 2011 6 PAGES | 0.48 |
| 09/28/11 | XXX | Computer Research - Pacer PACER SEPTEMBER 2011 1 PAGES | 0.08 |
| 09/28/11 | XXX | Computer Research - Pacer PACER SEPTEMBER 2011 4 PAGES | 0.32 |

```
09/30/11   XXX      Computer Research - Pacer PACER                    0.16
                    SEPTEMBER 2011 2 PAGES

09/30/11   XXX      Computer Research - Pacer PACER                    0.32
                    SEPTEMBER 2011 4 PAGES
                                                          _____
                                      TOTAL:                   $8.16
```