**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Raymond H. Lemisch, Esquire, hereby certify that on October 27, 2011, a true and correct copy of the foregoing document was served via overnight delivery upon all parties on the attached list.

Dated: October 27, 2011

                                         **BENESCH, FRIEDLANDER, COPLAN
                                                           & ARONOFF LLP**

                      By:    */s/ Raymond H. Lemisch*
                               Raymond H. Lemisch, Esquire (No. 4204)
                               Jennifer R. Hoover, Esquire (No. 5111)
                               222 Delaware Avenue, Suite 801
                               Wilmington, DE  19801
                               Telephone:  (302) 442-7006
                               Facsimile:  (302) 442-7012
                               rlemisch@beneschlaw.com
                               jhoover@beneschlaw.com

                               *Special Litigation Counsel to the Debtors*

| | |
|---|---|
| Thomas P. Tinker, Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE  19801-3519 | Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE  19801 |
| Allen Stout<br>Nortel Networks, Inc.<br>220 Athens Way<br>Suite 300<br>Nashville, TN  37228-1304 | Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY  10036 |
| Derek C. Abbott<br>Eric D. Schwartz<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>18th Floor<br>PO Box 1347<br>Wilmington, DE  19899-1347 | |