Exhibit B

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Our VAT No.: GB 108 2136 48



Interim (S)

VAT Invoice Date: **25 October 2011**        Our Ref: **GDB/CCN01.00001**        Invoice No.: **317947**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** |  |  |  |
| **To our professional fees** (NT) | 0.00 | 0.00 | 256,463.00 |
| For the period to 30 September 2011. |  |  |  |
| (Please see attached). |  |  |  |
| Document Production (NT) | 0.00 | 0.00 | 347.10 |
| **Disbursements:** (NT) |  |  |  |
| Search Fees | 0.00 | 0.00 | 87.25 |
| External Photocopying Charges | 0.00 | 0.00 | 99.91 |
| International Travel and Related Expenses | 0.00 | 0.00 | 483.57 |
| Travel, Hotel and Related Expenses: | 0.00 | 0.00 | 49.27 |
| Fares, Courier Charges and Incidental Expenses | 0.00 | 0.00 | 2,341.60 |
|  | 0.00 |  | 259,871.70 |
|  |  | VAT | 0.00 |
|  |  | Total | 259,871.70 |
|  |  | **Balance Due** | **259,871.70** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest · 15 Bishopsgate, London, EC2P 2AP · **Account No.:** 00404268
**Sort Code:** 50-00-00 · **Swift Code:** NWBKGB2L · **IBAN Code:** GB12NWBK50000000404268

Please quote reference 317947 when settling this invoice

**Payment Terms:** 21 days

**Legal services are 100% foreign source**

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN
MUNICH  NEW YORK  PARIS  ROME  SINGAPORE  STOCKHOLM  TOKYO  WASHINGTON DC

The Official Unsecured Creditors Committee
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/09/2011

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 0.80 | 552.00 | (C0007) |
| | | 11.80 | 8,142.00 | (C0012) |
| | | 6.50 | 4,485.00 | (C0019) |
| | | 3.00 | 2,070.00 | (C0025) |
| | | 4.20 | 2,898.00 | (C0031) |
| | | **26.30** | **18,147.00** | |
| Partner: | Carl Meyntjens | 8.50 | 5,610.00 | (C0012) |
| | | **8.50** | **5,610.00** | |
| Partner: | Eric Bouffard | 6.20 | 4,092.00 | (C0012) |
| | | **6.20** | **4,092.00** | |
| Partner: | Ugo Giordano | 1.50 | 1,035.00 | (C0012) |
| | | **1.50** | **1,035.00** | |
| Partner: | Steven Hull | 26.30 | 17,358.00 | (C0019) |
| | | **26.30** | **17,358.00** | |
| Partner: | Angela Pearson | 32.60 | 21,516.00 | (C0012) |
| | | 11.90 | 7,854.00 | (C0019) |
| | | **44.50** | **29,370.00** | |
| Consultant: | Elsa Arbrandt | 4.00 | 2,440.00 | (C0012) |
| | | **4.00** | **2,440.00** | |
| Counsel: | Johan Gregow | 14.70 | 8,526.00 | (C0012) |
| | | **14.70** | **8,526.00** | |
| Counsel: | Kelly Cherretté | 6.20 | 3,596.00 | (C0012) |
| | | **6.20** | **3,596.00** | |
| Counsel: | Marcus Fink | 5.00 | 2,900.00 | (C0019) |
| | | **5.00** | **2,900.00** | |
| Senior Associate: | Óscar Franco | 2.00 | 920.00 | (C0012) |
| | | **2.00** | **920.00** | |
| Senior Associate: | Sofia De Cristofaro | 1.00 | 540.00 | (C0012) |
| | | **1.00** | **540.00** | |
| Senior Associate: | Lindsay Connal | 0.50 | 230.00 | (C0012) |
| | | **0.50** | **230.00** | |
| Associate: | Paul Bagon | 9.50 | 3,752.50 | (C0003) |
| | | 5.70 | 2,251.50 | (C0007) |

| | | | | |
|---|---|---|---|---|
| | | 104.60 | 41,317.00 | (C0012) |
| | | 2.40 | 948.00 | (C0019) |
| | | 6.80 | 2,686.00 | (C0031) |
| | | **129.00** | **50,955.00** | |
| Associate | Antonia Croke | 2.20 | 935.00 | (C0007) |
| | | 61.40 | 26,095.00 | (C0012) |
| | | **63.60** | **27,030.00** | |
| Associate | Andy Wright | 2.70 | 972.00 | (C0007) |
| | | 18.80 | 6,768.00 | (C0019) |
| | | 11.00 | 3,960.00 | (C0025 |
| | | **32.50** | **11,700.00** | |
| Associate | Luca Peretti | 2.50 | 987.50 | (C0012) |
| | | **2.50** | **987.50** | |
| Junior Associate | Lindsay Roberts | 1.00 | 290.00 | (C0007) |
| | | 96.60 | 28,014.00 | (C0012) |
| | | 1.00 | 290.00 | (C0019) |
| | | **98.60** | **28,594.00** | |
| Junior Associate | Carlos Llamas | 3.50 | 1,102.50 | (C0012) |
| | | **3.50** | **1,102.50** | |
| Junior Associate | Josefin Holmgren | 30.50 | 8,845.00 | (C0012) |
| | | **30.50** | **8,845.00** | |
| Junior Associate | Jonathan Firmston | 14.00 | 4,410.00 | (C0012) |
| | | **14.00** | **4,410.00** | |
| Junior Associate | Sophie Alexane | 14.50 | 4,205.00 | (C0012) |
| | | **14.50** | **4,205.00** | |
| Junior Associate | Nicolas Schepkens | 4.00 | 1,160.00 | (C0012) |
| | | **4.00** | **1,160.00** | |
| Trainee: | Céline Gillet | 0.30 | 21.00 | (C0012) |
| | | **0.30** | **21.00** | |
| Trainee: | Louise Thawley | 2.30 | 425.50 | (C0012) |
| | | **2.30** | **425.50** | |
| Trainee: | Alice Douglas | 11.10 | 2,053.50 | (C0012) |
| | | **11.10** | **2,053.50** | |
| Trainee: | Suzanne Thomson | 4.00 | 740.00 | (C0012) |
| | | **4.00** | **740.00** | |
| Trainee: | Kimberly Rivers Newman | 0.70 | 129.50 | (C0012) |
| | | **0.70** | **129.50** | |
| Trainee: | Amanda Eve | 6.10 | 1,128.50 | (C0012) |
| | | **6.10** | **1,128.50** | |
| Trainee: | Hadrien Peiffer | 3.30 | 610.50 | (C0012) |
| | | **3.30** | **610.50** | |

| Trainee: | Quentin de Margerie | 13.00 | 2,080.00 | (C0012) |
|---|---|---|---|---|
| | | **13.00** | **2,080.00** | |
| Trainee: | Lisa Thompson | 5.80 | 1,073.00 | (C0012) |
| | | **5.80** | **1,073.00** | |
| Trainee: | Jennifer Potten | 3.10 | 573.50 | (C0012) |
| | | **3.10** | **573.50** | |
| Trainee: | Chris Regan | 7.70 | 1,424.50 | (C0012) |
| | | **7.70** | **1,424.50** | |
| Trainee: | Tim Cant | 1.50 | 277.50 | (C0007) |
| | | 65.80 | 12,173.00 | (C0012) |
| | | **67.30** | **12,450.50** | |
| | **Total** | **664.10** | **256,463.00** | |

The Official Unsecured Creditors Committee
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/09/2011

**Matter: CCN01.00001 – BANKRUPTCY**

**C0003**    **Ashurst Fee Application/Monthly Billing Reports**

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associate** |  |  |  |  |
| PDB | Paul Bagon | 9.50 | 395.00 | 3,752.50 |
|  |  |  | Total | **3,752.50** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/09/2011 | Paul Bagon | READ | Ashurst monthly fee app. | 2.00 | 395.00 | 790.00 |
| 15/09/2011 | Paul Bagon | LETT | Reviewing interim fee exhibit. | 1.00 | 395.00 | 395.00 |
| 16/09/2011 | Paul Bagon | LETT | sending out interim fee exhibit to AG. | 0.50 | 395.00 | 197.50 |
| 19/09/2011 | Paul Bagon | LETT | Ashurst monthly fee app. | 1.00 | 395.00 | 395.00 |
| 26/09/2011 | Paul Bagon | LETT | Ashurst monthly fee app. | 1.00 | 395.00 | 395.00 |
| 27/09/2011 | Paul Bagon | LETT | finalising Ashurst fee app. | 3.00 | 395.00 | 1,185.00 |
| 28/09/2011 | Paul Bagon | LETT | finalising and sending out Ashurst monthly fee app. | 1.00 | 395.00 | 395.00 |
|  |  |  |  |  |  | 3,752.50 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0007**      **Creditors Committee Meetings**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.80 | 690.00 | 552.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 2.20 | 425.00 | 935.00 |
| ACW | Andy Wright | 2.70 | 360.00 | 972.00 |
| PDB | Paul Bagon | 5.70 | 395.00 | 2,251.50 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.00 | 290.00 | 290.00 |
| **Trainee** | | | | |
| TCANT | Tim Cant | 1.50 | 185.00 | 277.50 |
| | | | Total | **5,278.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/09/2011 | Paul Bagon | PHON | UCC weekly call. | 1.20 | 395.00 | 474.00 |
| 08/09/2011 | Paul Bagon | PHON | UCC weekly call. | 0.70 | 395.00 | 276.50 |
| 14/09/2011 | Antonia Croke | ATTD | Attend UCC Committee call | 1.70 | 425.00 | 722.50 |
| 14/09/2011 | Andy Wright | PHON | Joining Creditor Committee Update call | 1.50 | 360.00 | 540.00 |
| 14/09/2011 | Paul Bagon | PHON | UCC weekly call. | 1.80 | 395.00 | 711.00 |
| 22/09/2011 | Andy Wright | PHON | Attending weekly conference call | 1.20 | 360.00 | 432.00 |
| 22/09/2011 | Giles Boothman | ATTD | UCC call | 0.80 | 690.00 | 552.00 |
| 22/09/2011 | Lindsey Roberts | PHON | UCC call with Akin | 1.00 | 290.00 | 290.00 |
| 22/09/2011 | Paul Bagon | PHON | UCC weekly call. | 1.00 | 395.00 | 395.00 |
| 22/09/2011 | Tim Cant | PHON | Call with the unsecured creditors committee – led by Akin. | 1.00 | 185.00 | 185.00 |
| 28/09/2011 | Antonia Croke | ATTD | Attend UCC call | 0.50 | 425.00 | 212.50 |
| 28/09/2011 | Paul Bagon | LETT | UCC weekly call. | 1.00 | 395.00 | 395.00 |
| 28/09/2011 | Tim Cant | PHON | Phone call with Nortel unsecured creditors | 0.50 | 185.00 | 92.50 |
| | | | | | | **5,278.00** |

**Matter: CCN01.00001 – BANKRUPTCY**

__C0012__    __General Claims Analysis/Claims Objections__

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 32.60 | 660.00 | 21,516.00 |
| CEM | Carl Meyntjens | 8.50 | 660.00 | 5,610.00 |
| ERB | Eric Bouffard | 6.20 | 660.00 | 4,092.00 |
| GDB | Giles Boothman | 11.80 | 690.00 | 8,142.00 |
| UGIORD | Ugo Giordano | 1.50 | 690.00 | 1,035.00 |
| **Consultant** | | | | |
| ARBRAN | Elsa Arbrandt | 4.00 | 610.00 | 2,440.00 |
| **Counsel** | | | | |
| JZG | Johan Gregow | 14.70 | 580.00 | 8,526.00 |
| KKC | Kelly Cherretté SEL | 6.20 | 580.00 | 3,596.00 |
| **Senior Associate** | | | | |
| LCC | Lindsay Connal | 0.50 | 460.00 | 230.00 |
| OFP | Óscar Franco | 2.00 | 460.00 | 920.00 |
| SDECRI | Sofia De Cristofaro | 1.00 | 540.00 | 540.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 61.40 | 425.00 | 26,095.00 |
| LPERET | Luca Peretti | 2.50 | 395.00 | 987.50 |
| PDB | Paul Bagon | 104.60 | 395.00 | 41,317.00 |
| **Junior Associate** | | | | |
| CLLAMA | Carlos Llamas | 3.50 | 315.00 | 1,102.50 |
| JHOLMG | Josefin Holmgren | 30.50 | 290.00 | 8,845.00 |
| JWF | Jonathan Firmston | 14.00 | 315.00 | 4,410.00 |
| LROBER | Lindsey Roberts | 96.60 | 290.00 | 28,014.00 |
| NSCHEP | Nicolas Schepkens | 4.00 | 290.00 | 1,160.00 |
| SALEX | Sophie Alexane | 14.50 | 290.00 | 4,205.00 |
| **Trainee** | | | | |
| ADOUGL | Alice Douglas | 11.10 | 185.00 | 2,053.50 |
| AEVE | Amanda Eve | 6.10 | 185.00 | 1,128.50 |
| CREGAN | Chris Regan | 7.70 | 185.00 | 1,424.50 |
| HPEIFF | Hadrien Peiffer | 3.30 | 185.00 | 610.50 |
| JPOTTE | Jennifer Potten | 3.10 | 185.00 | 573.50 |
| KRN | Kimberly Rivers Newman | 0.70 | 185.00 | 129.50 |
| LTHOMP | Lisa Thompson | 5.80 | 185.00 | 1,073.00 |
| QDEMAR | Quentin de Margerie | 13.00 | 160.00 | 2,080.00 |
| SVT | Suzanne Thomson | 4.00 | 185.00 | 740.00 |
| TCANT | Tim Cant | 65.80 | 185.00 | 12,173.00 |
| 7CZC | Céline Gillet | 0.30 | 70.00 | 21.00 |
| | | | Total | 194,790.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0012**    **General Claims Analysis/Claims Objections**

|  |  |  | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|--|--|--|--|--|--|--|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|------|--------|--------|-----------|----------------|------|--------|
| 29/08/2011 | Carlos Llamas | LETT | Research about trans-national insolvency proceedings regarding Spanish Law. Adding comments to the memorandum. | 2.50 | 315.00 | 787.50 |
| 01/09/2011 | Angela Pearson | PHON | Telephone conversation with PBAGON | 0.20 | 660.00 | 132.00 |
| 01/09/2011 | Angela Pearson | INTD | Email ACROKE | 0.20 | 660.00 | 132.00 |
| 01/09/2011 | Angela Pearson | READ | Review emails | 0.50 | 660.00 | 330.00 |
| 01/09/2011 | Carl Meyntjens | LETT | Belgian claims analysis memo | 1.00 | 660.00 | 660.00 |
| 01/09/2011 | Josefin Holmgren | DRFT | Drafting memo on Swedish law claims. | 2.70 | 290.00 | 783.00 |
| 01/09/2011 | Jonathan Firmston | DRFT | Commenting on claims analysis memorandum | 3.00 | 315.00 | 945.00 |
| 01/09/2011 | Johan Gregow | LETT | Reviewing draft memo | 3.20 | 580.00 | 1,856.00 |
| 01/09/2011 | Lindsay Connal | READ | Email from PB | 0.10 | 460.00 | 46.00 |
| 01/09/2011 | Paul Bagon | LETT | Reviewing Belgian claims analysis | 4.50 | 395.00 | 1,777.50 |
| 02/09/2011 | Antonia Croke | READ | Consider timeline and material for October hearing | 0.70 | 425.00 | 297.50 |
| 02/09/2011 | Carl Meyntjens | LETT | Belgian claims analysis memo | 1.00 | 660.00 | 660.00 |
| 02/09/2011 | Josefin Holmgren | INTD | Internal discussion regarding memo on Swedish law claims. | 0.30 | 290.00 | 87.00 |
| 02/09/2011 | Jonathan Firmston | DRFT | Commenting on claims analysis memorandum | 2.00 | 315.00 | 630.00 |
| 02/09/2011 | Jonathan Firmston | DRFT | Paul and Janet re different versions | 0.30 | 315.00 | 94.50 |
| 02/09/2011 | Jonathan Firmston | DRFT | Commenting on new draft of Sweden | 1.50 | 315.00 | 472.50 |
| 02/09/2011 | Kelly Cherretté SEL | PHON | telephone conversation with Paul Bagon | 0.20 | 580.00 | 116.00 |
| 02/09/2011 | Paul Bagon | DRFT | Belgium claims analysis. | 6.50 | 395.00 | 2,567.50 |
| 05/09/2011 | Antonia Croke | INTD | Consider issues with LROBER re: hearing, timetable and depositions | 0.90 | 425.00 | 382.50 |
| 05/09/2011 | Antonia Croke | READ | Consider documents for hearing | 1.20 | 425.00 | 510.00 |
| 05/09/2011 | Josefin Holmgren | DRFT | Internal discussions and amendments to the memo on Swedish law claims. | 3.60 | 290.00 | 1,044.00 |
| 05/09/2011 | Jonathan Firmston | DRFT | Commenting on claims analysis memorandum | 2.50 | 315.00 | 787.50 |
| 05/09/2011 | Johan Gregow | LETT | Work memo | 2.00 | 580.00 | 1,160.00 |
| 05/09/2011 | Lindsey Roberts | READ | Collating documents for meeting with ACROKE | 0.30 | 290.00 | 87.00 |
| 05/09/2011 | Lindsey Roberts | INTD | ACROKE | 0.80 | 290.00 | 232.00 |
| 05/09/2011 | Lindsey Roberts | MISC | Follow-up from internal meeting | 0.30 | 290.00 | 87.00 |
| 05/09/2011 | Paul Bagon | DRFT | amending Belgian claims analysis memo. | 5.00 | 395.00 | 1,975.00 |
| 05/09/2011 | Paul Bagon | DRFT | amending Italian claims analysis memo. | 2.50 | 395.00 | 987.50 |
| 06/09/2011 | Antonia Croke | READ | Consider updated timetable | 0.20 | 425.00 | 85.00 |
| 06/09/2011 | Angela Pearson | LETT | Email to Fred Hodara | 0.20 | 660.00 | 132.00 |
| 06/09/2011 | Angela Pearson | INTD | Email to Marcus Fink | 0.20 | 660.00 | 132.00 |
| 06/09/2011 | Angela Pearson | INTD | Email PBAGON | 0.20 | 660.00 | 132.00 |
| 06/09/2011 | Angela Pearson | INTD | Email LROBER | 0.20 | 660.00 | 132.00 |
| 06/09/2011 | Josefin Holmgren | DRFT | Amendments to the memo on Swedish law claims. | 0.40 | 290.00 | 116.00 |
| 06/09/2011 | Jonathan Firmston | DRFT | Marking up Memorandum | 1.50 | 315.00 | 472.50 |
| 06/09/2011 | Johan Gregow | LETT | Memo | 1.10 | 580.00 | 638.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0012**    **General Claims Analysis/Claims Objections**

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 06/09/2011 | Paul Bagon | READ | Italian memo. | 5.80 | 395.00 | 2,291.00 |
| 07/09/2011 | Jonathan Firmston | DRFT | Amendments to memorandum and new text | 0.80 | 315.00 | 252.00 |
| 07/09/2011 | Paul Bagon | LETT | Italian claims analysis memo. | 5.00 | 395.00 | 1,975.00 |
| 07/09/2011 | Paul Bagon | DRFT | Belgian claims analysis memo. | 1.00 | 395.00 | 395.00 |
| 07/09/2011 | Paul Bagon | LETT | to Paris office re deposition process. | 0.80 | 395.00 | 316.00 |
| 08/09/2011 | Alice Douglas | INTD | Ex turpi causa research discussion | 0.70 | 185.00 | 129.50 |
| 08/09/2011 | Paul Bagon | DRFT | amending Italian claims analysis memo. | 6.50 | 395.00 | 2,567.50 |
| 09/09/2011 | Alice Douglas | RSCH | Research on ex turpi causa | 2.90 | 185.00 | 536.50 |
| 09/09/2011 | Luca Peretti | READ | Review of comments raised by Paul in relation to our first draft memo | 1.00 | 395.00 | 395.00 |
| 09/09/2011 | Paul Bagon | DRFT | finalising and sending out comments on Italian claims analysis memo. | 5.50 | 395.00 | 2,172.50 |
| 09/09/2011 | Paul Bagon | DRFT | finalising amendments to Belgian claims analysis memo and sending out. | 3.00 | 395.00 | 1,185.00 |
| 12/09/2011 | Jonathan Firmston | DRFT | Check amendments and final read through of memo mark up. | 2.00 | 315.00 | 630.00 |
| 12/09/2011 | Jonathan Firmston | LETT | Further amendments, discuss with PJB | 0.40 | 315.00 | 126.00 |
| 12/09/2011 | Lindsey Roberts | RSCH | Ex turpi causa research | 6.00 | 290.00 | 1,740.00 |
| 12/09/2011 | Paul Bagon | LETT | Swedish claims analysis memo. | 2.50 | 395.00 | 987.50 |
| 13/09/2011 | Carl Meyntjens | LETT | Belgian claims analysis memo | 1.00 | 660.00 | 660.00 |
| 13/09/2011 | Kelly Cherretté SEL | LETT | review comments Paul Bagon, research, amending note, internal discussions | 1.00 | 580.00 | 580.00 |
| 13/09/2011 | Luca Peretti | DRFT | Amendment to draft memo on Italian claims in order to reflect Paul's comments | 1.00 | 395.00 | 395.00 |
| 13/09/2011 | Lindsey Roberts | DRFT | Note on ex turpi causa | 6.00 | 290.00 | 1,740.00 |
| 13/09/2011 | Nicolas Schapkens | DRFT | Analysis of the comments made to the memo, search in jurisprudence and doctrine, amending the memo | 2.00 | 290.00 | 580.00 |
| 13/09/2011 | Paul Bagon | DRFT | Swedish memo. | 5.00 | 395.00 | 1,975.00 |
| 13/09/2011 | Sofia De Cristofaro | READ | With L. Peretti review of comments made by P. Bagon on Italian memo and considering replies | 0.50 | 540.00 | 270.00 |
| 13/09/2011 | Ugo Giordano | DRFT | Nortel: review amended memorandum | 1.50 | 690.00 | 1,035.00 |
| 14/09/2011 | Antonia Croke | READ | Consider emails re timings & update on positions | 0.30 | 425.00 | 127.50 |
| 14/09/2011 | Alice Douglas | RSCH | Ex turpi causa research | 4.20 | 185.00 | 777.00 |
| 14/09/2011 | Amanda Eve | DRFT | Reviewing and amending advice from Swedish counsel; discussion with Paul Bagon as to the same. | 3.50 | 185.00 | 647.50 |
| 14/09/2011 | Angela Pearson | READ | Review email | 0.50 | 660.00 | 330.00 |
| 14/09/2011 | Angela Pearson | INTD | Email to LROBER, etc. | 0.20 | 660.00 | 132.00 |
| 14/09/2011 | Carl Meyntjens | LETT | Belgian claims analysis | 1.00 | 660.00 | 660.00 |
| 14/09/2011 | Hadrien Peiffer | DRFT | Amend memo following Paul Bagon's comments | 1.20 | 185.00 | 222.00 |
| 14/09/2011 | Kelly Cherretté SEL | LETT | review amendments, research, internal discussions | 1.00 | 580.00 | 580.00 |
| 14/09/2011 | Lindsey Roberts | RSCH | Research into ex turpi causa | 1.50 | 290.00 | 435.00 |
| 14/09/2011 | Lindsey Roberts | INTD | Internal discussion with ADOUGL | 0.50 | 290.00 | 145.00 |
| 14/09/2011 | Lindsey Roberts | PHON | Call with Akin | 1.70 | 290.00 | 493.00 |
| 14/09/2011 | Lindsey Roberts | INTD | Internal discussion with ADOUGL | 0.40 | 290.00 | 116.00 |
| 14/09/2011 | Nicolas Schapkens | DRFT | Amending the Belgian Memo and search for jurisprudence | 2.00 | 290.00 | 580.00 |
| 14/09/2011 | Paul Bagon | DRFT | Swedish claims analysis memo. | 1.00 | 395.00 | 395.00 |

Matter: CCN01.00001 – BANKRUPTCY

## C0012　　General Claims Analysis/Claims Objections

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 15/09/2011 | Amanda Eve | DRFT | Reviewing and amending advice from Swedish counsel; discussion with Paul Bagon as to the same. | 2.60 | 185.00 | 481.00 |
| 15/09/2011 | Angela Pearson | READ | Review Nortel submission | 3.50 | 660.00 | 2,310.00 |
| 15/09/2011 | Angela Pearson | INTD | Email to Paul Bagon | 0.50 | 660.00 | 330.00 |
| 15/09/2011 | Angela Pearson | LETT | Email to Lisa Beckerman | 0.50 | 660.00 | 330.00 |
| 15/09/2011 | Eric Bouffard | PHON | CT P. Bagon | 0.20 | 660.00 | 132.00 |
| 15/09/2011 | Hadrien Peiffer | DRFT | Comments to the Memo | 0.80 | 185.00 | 148.00 |
| 15/09/2011 | Kelly Cherretté SEL | LETT | review amendments; research, internal discussions | 1.50 | 580.00 | 870.00 |
| 15/09/2011 | Luca Peretti | INTD | Internal discussion with Paul Bagon | 0.50 | 395.00 | 197.50 |
| 15/09/2011 | Lindsey Roberts | READ | EMEA Response | 1.50 | 290.00 | 435.00 |
| 15/09/2011 | Paul Bagon | READ | finalising Italian claims analysis memo and related meeting with Italian team. | 1.00 | 395.00 | 395.00 |
| 15/09/2011 | Paul Bagon | LETT | emails and phone calls with Paris office re NNSA reply brief. | 1.00 | 395.00 | 395.00 |
| 15/09/2011 | Paul Bagon | CASE | NNUK reply briefs. | 2.00 | 395.00 | 790.00 |
| 15/09/2011 | Sophie Alexane | READ | Lecture des emails envoyés par Paul Bagon; début de lecture de l'expert opinion de M. Menjucq | 1.20 | 290.00 | 348.00 |
| 15/09/2011 | Sofia De Cristofaro | INTD | (Nortel Italy) Internal with P. Bagon to discuss outstanding comments on the memo | 0.50 | 540.00 | 270.00 |
| 16/09/2011 | Antonia Croke | READ | Consider evidence for Delaware hearing | 2.50 | 425.00 | 1,062.50 |
| 16/09/2011 | Alice Douglas | RSCH | Research - attribution | 3.30 | 185.00 | 610.50 |
| 16/09/2011 | Angela Pearson | READ | Review emails | 0.50 | 660.00 | 330.00 |
| 16/09/2011 | Angela Pearson | READ | Review Motion, etc. | 3.50 | 660.00 | 2,310.00 |
| 16/09/2011 | Angela Pearson | INTD | Discussion with LROBER | 0.20 | 660.00 | 132.00 |
| 16/09/2011 | Carl Meyntjens | LETT | Belgian claims analysis memo | 2.00 | 660.00 | 1,320.00 |
| 16/09/2011 | Hadrien Peiffer | DRFT | Amend the Memo | 1.30 | 185.00 | 240.50 |
| 16/09/2011 | Kelly Cherretté SEL | LETT | finalising memo, liaising with London | 2.50 | 580.00 | 1,450.00 |
| 16/09/2011 | Lindsey Roberts | READ | EMEA Pleadings and legal analysis. | 8.00 | 290.00 | 2,320.00 |
| 16/09/2011 | Paul Bagon | READ | UCC revised proposal to EMEA. | 0.50 | 395.00 | 197.50 |
| 16/09/2011 | Paul Bagon | READ | Belgium claims analysis memo. | 0.50 | 395.00 | 197.50 |
| 16/09/2011 | Paul Bagon | DRFT | Swedish claims analysis. | 4.00 | 395.00 | 1,580.00 |
| 16/09/2011 | Sophie Alexane | READ | Lecture de l'opinion de M. Menjucq et impression de NNSA's administrators' opposition brief | 0.50 | 290.00 | 145.00 |
| 19/09/2011 | Lindsey Roberts | INTD | Discussion with TCANT | 0.50 | 290.00 | 145.00 |
| 19/09/2011 | Lindsey Roberts | READ | Reading case law | 1.00 | 290.00 | 290.00 |
| 19/09/2011 | Paul Bagon | READ | UK reply briefs re intercompany claims. | 3.50 | 395.00 | 1,382.50 |
| 19/09/2011 | Quentin de Margerie | MISC | Summary of the case law quoted by Mr Menjucq | 2.00 | 160.00 | 320.00 |
| 19/09/2011 | Tim Cant | READ | Reading case file on Nortel. In particular - group charts/QC's declarations/memorandum of legal claims. | 4.00 | 185.00 | 740.00 |
| 20/09/2011 | Antonia Croke | LETT | Emails re: con call; confer LROBER re: same | 0.40 | 425.00 | 170.00 |
| 20/09/2011 | Antonia Croke | PHON | Call with Akin (B Khan) re: witness evidence; confer P Bagon/LROBER re: pleading summary | 1.20 | 425.00 | 510.00 |
| 20/09/2011 | Antonia Croke | LETT | Emails re: merged evidence summary; confer LROBER re: same | 0.70 | 425.00 | 297.50 |
| 20/09/2011 | Antonia Croke | LETT | Emails re: depositions of UK experts; confer AMP re: same | 0.40 | 425.00 | 170.00 |
| 20/09/2011 | Antonia Croke | READ | Review pleadings re: NNUK claims | 2.60 | 425.00 | 1,105.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0012**     <u>**General Claims Analysis/Claims Objections**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 20/09/2011 | Angela Pearson | INTD | Discussion with ACROKE/LROBER/PBAGON re: expert evidence | 1.00 | 660.00 | 660.00 |
| 20/09/2011 | Eric Bouffard | LETT | Exam mail + disc SALEX + instructing Qdemar | 1.00 | 660.00 | 660.00 |
| 20/09/2011 | Giles Boothman | ATTD | Discussions with Akin & Capstone re: Jefferies re: global settlement/EY meeting/pensions meeting and travel to Paris (4.30-16.00) | 5.50 | 690.00 | 3,795.00 |
| 20/09/2011 | Giles Boothman | PREP | For Paris meeting | 1.00 | 690.00 | 690.00 |
| 20/09/2011 | Lindsay Connal | INTD | Intds PB and LR | 0.40 | 460.00 | 184.00 |
| 20/09/2011 | Lindsey Roberts | INTD | Internal discussion with LCC/AMP/ACROKE | 0.50 | 290.00 | 145.00 |
| 20/09/2011 | Lindsey Roberts | PHON | Telephone conversation with Akin re: EMEA Reply and follow up meeting | 1.10 | 290.00 | 319.00 |
| 20/09/2011 | Lindsey Roberts | READ | Review Analysis of EMEA Response | 6.00 | 290.00 | 1,740.00 |
| 20/09/2011 | Paul Bagon | CASE | case management re AG meetings with pension parties and French liquidator. | 1.50 | 395.00 | 592.50 |
| 20/09/2011 | Paul Bagon | PHON | with AG regarding prep work for depositions. | 0.50 | 395.00 | 197.50 |
| 20/09/2011 | Paul Bagon | INTD | AC and LR re depositions. | 1.00 | 395.00 | 395.00 |
| 20/09/2011 | Paul Bagon | DRFT | Swedish claims memo. | 2.00 | 395.00 | 790.00 |
| 20/09/2011 | Paul Bagon | LETT | instructions to Paris re depositions and related calls and emails with AG. | 1.00 | 395.00 | 395.00 |
| 20/09/2011 | Quentin de Margerie | MISC | comparison of opinions (Mr Bremond vs Mr Menjucq) & research on shadow directors | 2.00 | 160.00 | 320.00 |
| 20/09/2011 | Sophie Alexana | PHON | Phone call avec P. Bagon concernant l'opinion de Menjucq et discussion avec E. Bouffard concernant les instructions d'Akin | 0.20 | 290.00 | 58.00 |
| 20/09/2011 | Tim Cant | READ | Reading through case file on Nertel - QC evidence/reply/declaration | 2.30 | 185.00 | 425.50 |
| 20/09/2011 | Tim Cant | PHON | Call with Akin concerning matters including Marshall QC's declaration | 1.00 | 185.00 | 185.00 |
| 20/09/2011 | Tim Cant | RSCH | Research on Rendsberg case - Read case/made notes | 3.00 | 185.00 | 555.00 |
| 20/09/2011 | Tim Cant | READ | Read key texts on directors duties/shadow director and the issue of fiduciary duties arising from this. | 1.00 | 185.00 | 185.00 |
| 20/09/2011 | Tim Cant | DRFT | Writing up skeleton reply to Marshall QC on points regarding shadow directors owing fiduciary duties. | 2.00 | 185.00 | 370.00 |
| 21/09/2011 | Antonia Croke | LETT | Emails re: pleading summaries | 0.40 | 425.00 | 170.00 |
| 21/09/2011 | Antonia Croke | INTD | Confer LROBER re: "merged pleading" summary | 0.50 | 425.00 | 212.50 |
| 21/09/2011 | Antonia Croke | READ | Consider pleadings re: objection and motion to dismiss claims of NNUK | 6.20 | 425.00 | 2,635.00 |
| 21/09/2011 | Angela Pearson | READ | Review emails/claims documents | 2.00 | 660.00 | 1,320.00 |
| 21/09/2011 | Chris Regan | RSCH | Research into unlawful acts and ratification by shareholders of directors' actions for LROBER. | 3.00 | 185.00 | 555.00 |
| 21/09/2011 | Eric Bouffard | PREP | Preparing meeting with Alain + FTPA + meeting at FTPA office | 4.00 | 660.00 | 2,640.00 |
| 21/09/2011 | Giles Boothman | PREP | For Paris meeting | 0.50 | 690.00 | 345.00 |
| 21/09/2011 | Giles Boothman | ATTD | Meeting with French liquidators and pre and post discussions (09.00 - 12.30) | 3.50 | 690.00 | 2,415.00 |
| 21/09/2011 | Lindsey Roberts | READ | Analysis of EMEA response | 12.00 | 290.00 | 3,480.00 |
| 21/09/2011 | Lindsey Roberts | MISC | EMEA claims analysis | 1.00 | 290.00 | 290.00 |
| 21/09/2011 | Lisa Thompson | LETT | Taking instructions, reading expert opinions and completing a summary of points regarding transactions at an undervalue and the alleged time of insolvency onset | 2.50 | 185.00 | 462.50 |
| 21/09/2011 | Paul Bagon | DRFT | finalising amends to Swedish claims analysis memo. | 4.00 | 395.00 | 1,580.00 |
| 21/09/2011 | Paul Bagon | DRFT | reviewing revised Spanish claims analysis memo and related emails to Madrid office. | 3.00 | 395.00 | 1,185.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0012**</u>      <u>**General Claims Analysis/Claims Objections**</u>

| | | | | Time<br>(Decimal) | Std Rate<br>(GBP /hour) | | Amount |
|---|---|---|---|---|---|---|---|
| 21/09/2011 | Quentin de Margerie | MISC | summary of case law | 0.50 | 160.00 | | 80.00 |
| 21/09/2011 | Tim Cant | RSCH | Analysis of Randsburg | 3.00 | 185.00 | | 555.00 |
| 21/09/2011 | Tim Cant | LETT | Response to QC Marshall's points 31–32.3 | 2.00 | 185.00 | | 370.00 |
| 21/09/2011 | Tim Cant | LETT | Response to Mr Griffin article cited by Marshall | 0.80 | 185.00 | | 148.00 |
| 21/09/2011 | Tim Cant | LETT | Reading and research into Ultraframe case cited by Todd QC/Marshall QC | 2.00 | 185.00 | | 370.00 |
| 22/09/2011 | Antonia Croke | LETT | Emails re: UCC call | 0.30 | 425.00 | | 127.50 |
| 22/09/2011 | Antonia Croke | READ | Consider pleadings re: objection of motion to dismiss claims of NNUK and Marshall declaration | 8.90 | 425.00 | | 3,782.50 |
| 22/09/2011 | Antonia Croke | READ | Consider summary note of UCC call, emails re: same | 0.40 | 425.00 | | 170.00 |
| 22/09/2011 | Antonia Croke | INTD | Confer LRDBER and TCANT re: merged pleading summary | 0.70 | 425.00 | | 297.50 |
| 22/09/2011 | Angela Pearson | INTD | Email ACROKE | 0.20 | 660.00 | | 132.00 |
| 22/09/2011 | Angela Pearson | READ | Review email | 0.50 | 660.00 | | 330.00 |
| 22/09/2011 | Angela Pearson | INTD | Discussion Giles Boothman | 0.50 | 660.00 | | 330.00 |
| 22/09/2011 | Carl Meyntjens | LETT | Discussion with KKC | 1.00 | 660.00 | | 660.00 |
| 22/09/2011 | Carlos Llanas | ATTD | Visit to Commercial Court n.º 1 in Madrid to ask for information about Bankruptcy Proceeding against Nortel Networks. | 1.00 | 315.00 | | 315.00 |
| 22/09/2011 | Josefin Holmgren | LETT | Email regarding memo on Swedish law claim. | 0.30 | 290.00 | | 87.00 |
| 22/09/2011 | Lindsey Roberts | READ | Analysis of EMEA Response | 7.50 | 290.00 | | 2,175.00 |
| 22/09/2011 | Lisa Thompson | LETT | Reviewing time of insolvency claims and populating table with summary points | 1.60 | 185.00 | | 296.00 |
| 22/09/2011 | Lisa Thompson | LETT | discussion on summary table and making relevant amendments and additions | 1.10 | 185.00 | | 203.50 |
| 22/09/2011 | Paul Bagon | INTD | NNUK claims analysis - TUV / doubtful insolvency issues. | 1.00 | 395.00 | | 395.00 |
| 22/09/2011 | Paul Bagon | DRFT | Swedish claims analysis memo. | 5.00 | 395.00 | | 1,975.00 |
| 22/09/2011 | Quentin de Margerie | LETT | Summary of the case law quoted by Mr Menjucq in his opinion | 4.00 | 160.00 | | 640.00 |
| 22/09/2011 | Tim Cant | DRFT | Writing up note of the call with unsecured creditors. | 1.30 | 185.00 | | 240.50 |
| 22/09/2011 | Tim Cant | RSCH | Research on Restitution on the basis of mistake - case law review/textbook | 2.00 | 185.00 | | 370.00 |
| 22/09/2011 | Tim Cant | RSCH | Research on duties of care in relation to the financial loss. Specifically in response to Marshall QC's declaration 39.2 | 2.50 | 185.00 | | 462.50 |
| 22/09/2011 | Tim Cant | DRFT | Writing up research on points i) relating to duty of care and financial liability ii) restitutionary damages resulting from mistake. | 1.50 | 185.00 | | 277.50 |
| 23/09/2011 | Angela Pearson | READ | Review re: claims documents | 3.50 | 660.00 | | 2,310.00 |
| 23/09/2011 | Carl Meyntjens | LETT | Discussion with KKC | 1.50 | 660.00 | | 990.00 |
| 23/09/2011 | Eric Bouffard | INTD | Disc Qdemar | 0.50 | 660.00 | | 330.00 |
| 23/09/2011 | Lindsey Roberts | READ | Analysis | 4.50 | 290.00 | | 1,305.00 |
| 23/09/2011 | Lisa Thompson | LETT | finishing input of amendments to summary table re. points for NNI joint reply | 0.60 | 185.00 | | 111.00 |
| 23/09/2011 | Óscar Franco | LETT | Spanish memo. | 2.00 | 460.00 | | 920.00 |
| 23/09/2011 | Paul Bagon | DRFT | NNUK analysis re TUV and doubtful insolvency. | 3.00 | 395.00 | | 1,185.00 |
| 23/09/2011 | Paul Bagon | LETT | finalising comments on Swedish memo and sending to Stockholm. | 2.50 | 395.00 | | 987.50 |
| 23/09/2011 | Sophie Alexane | READ | Review de la reply to motion to dismiss; lecture de l'opinion de M. Menjucq; relecture de passages de l'opinion de Bremond | 2.30 | 290.00 | | 667.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0012**    **General Claims Analysis/Claims Objections**

| | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|
| 23/09/2011 | Tim Cant | RSCH | Research on the issue of 'commercial unacceptability' in relation to dishonest assistance referenced by Marshall QC in his declaration/ wider requirements of dishonest assistance. | 3.00 | 185.00 | 555.00 |
| 23/09/2011 | Tim Cant | DRFT | Drafting note on dishonest assistance | 0.50 | 185.00 | 92.50 |
| 23/09/2011 | Tim Cant | LETT | Reading case summaries on Holland/Hall/Hydrodan | 0.80 | 185.00 | 148.00 |
| 23/09/2011 | Tim Cant | DRFT | Drafting note on case summaries Hall/Holland/Hydrodan | 0.20 | 185.00 | 37.00 |
| 25/09/2011 | Angela Pearson | INTD | Emails to ACROKE and LROBER | 0.50 | 660.00 | 330.00 |
| 25/09/2011 | Lindsey Roberts | READ | Analysis of EMEA Response | 9.00 | 290.00 | 2,610.00 |
| 26/09/2011 | Antonia Croke | DRFT | Review and draft amendments to summary table of NNUK claims/replies, NNI response and rebuttal points; confer LROBER re: same | 10.30 | 425.00 | 4,377.50 |
| 26/09/2011 | Angela Pearson | READ | Review emails | 0.50 | 660.00 | 330.00 |
| 26/09/2011 | Angela Pearson | READ | Review Reply Motion | 1.50 | 660.00 | 990.00 |
| 26/09/2011 | Chris Regan | RSCH | Research - applicability of undisclosed principal arguments to claims of fiduciary duty. | 1.50 | 185.00 | 277.50 |
| 26/09/2011 | Chris Regan | RSCH | Reading case (R&C Com'rs v Holland) and writing case note for LROBER. | 3.20 | 185.00 | 592.00 |
| 26/09/2011 | Eric Bouffard | LETT | Exam Qdemar + instructing PEF | 0.50 | 660.00 | 330.00 |
| 26/09/2011 | Giles Boothman | READ | Emails/docs | 0.30 | 690.00 | 207.00 |
| 26/09/2011 | Jennifer Potten | READ | Proofreading Memorandum re Claims asserted by the Joint administrators of Nortel Networks AB against Nortel Networks, Inc in an amended proof of claim filed 3 June 2011. Taking in amends. | 3.10 | 185.00 | 573.50 |
| 26/09/2011 | Lindsey Roberts | DRFT | Analysis of EMEA Response | 6.80 | 290.00 | 1,972.00 |
| 26/09/2011 | Paul Bagon | DRFT | Finalising comments on NN Sweden claims analysis and sending out. | 4.00 | 395.00 | 1,580.00 |
| 26/09/2011 | Paul Bagon | DRFT | TUV / Insolvency Rider for NNUK claims analysis. | 2.00 | 395.00 | 790.00 |
| 26/09/2011 | Quentin de Margerie | MISC | Research and drafting of memo: bundle technique in discovering de facto directors + bad faith test in applying CC1382 | 4.50 | 160.00 | 720.00 |
| 26/09/2011 | Sophie Alexane | DRFT | Modification du projet de mémo rédigé par Q. de Margerie; recherches concernant l'exigence de subordination entre la mère et la fille pour reconnaître l'existence d'une direction de fait et concernant la méthode d'appréciation de l'existence d'une direction de fait (faisceau d'indices ou non); discussion avec Q. de Margerie à propos de ces recherches et du mémo; phone call et email avec P. Bagon concernant la deadline pour rendre le mémo | 2.40 | 290.00 | 696.00 |
| 26/09/2011 | Suzanne Thomson | MISC | Completing the Nortel insolvency rider against the Opinions, claims and research. | 4.00 | 185.00 | 740.00 |
| 26/09/2011 | Tim Cant | DRFT | Drafting restitution appendix to merged pleadings | 2.40 | 185.00 | 444.00 |
| 26/09/2011 | Tim Cant | RSCH | Research on cases Hyrdodam and Hall | 1.00 | 185.00 | 185.00 |
| 26/09/2011 | Tim Cant | DRFT | Drafting on Hyrdodam case and Hall case for merged pleading document for Akin | 0.40 | 185.00 | 74.00 |
| 26/09/2011 | Tim Cant | RSCH | Research into trustee de son tort to Underhill & Hayton, Law of Trusts & Trustees | 1.00 | 185.00 | 185.00 |
| 26/09/2011 | Tim Cant | RSCH | FSMA S417(1) analysis for the merged pleading. | 0.20 | 185.00 | 37.00 |
| 26/09/2011 | Tim Cant | RSCH | Reading Three Rivers (no 3) for relevance to Marshall QC and Todd QC opinion | 2.00 | 185.00 | 370.00 |
| 26/09/2011 | Tim Cant | DRFT | Drafting Three Rivers section for merged pleading for Akin. | 1.00 | 185.00 | 185.00 |

Matter: CCN01.00001 – BANKRUPTCY

<u>C0012</u>    **<u>General Claims Analysis/Claims Objections</u>**

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 27/09/2011 | Céline Gillet | RSCH | Commande de jurisprudence | 0.30 | 70.00 | 21.00 |
| 27/09/2011 | Antonia Croke | DRFT | Draft summary table of pleadings re: objection and motion to dismiss claims of NNUK and rebuttal points for NNI reply; confer LROSER and TCANT re: same | 11.20 | 425.00 | 4,760.00 |
| 27/09/2011 | Angela Pearson | DRFT | Reviewing/commenting on merged pleadings | 3.50 | 660.00 | 2,310.00 |
| 27/09/2011 | Elsa Arbrandt | LETT | Review of comments from P. Bagon. | 3.00 | 610.00 | 1,830.00 |
| 27/09/2011 | Elsa Arbrandt | LETT | Commenced review of comments and changes to Swedish Law memorandum. | 1.00 | 610.00 | 610.00 |
| 27/09/2011 | Josefin Holmgren | DRFT | Drafting memo regarding Swedish law claims. | 6.90 | 290.00 | 2,001.00 |
| 27/09/2011 | Johan Gregow | LETT | Review comments from Ashurst London and internal meeting | 1.90 | 580.00 | 1,102.00 |
| 27/09/2011 | Lindsey Roberts | DRFT | Analysis of EMEA Response | 10.60 | 290.00 | 3,074.00 |
| 27/09/2011 | Paul Bagon | DRFT | claims analysis rider. | 2.00 | 395.00 | 790.00 |
| 27/09/2011 | Sophie Alexane | DRFT | Modification du mémo préparé par Q de Margerie sur l'opinion de Menjucq et recherches associées; discussions avec Q de Margerie et PE Fender concernant le mémo; envoi du mémo à P Bagon | 6.20 | 290.00 | 1,798.00 |
| 27/09/2011 | Tim Cant | DRFT | Drafting merged pleading document for Akin. Proof reading. Inputing Antonia Croke and Lindsey Roberts changes into the document. | 4.00 | 185.00 | 740.00 |
| 27/09/2011 | Tim Cant | DRFT | Updating and inputting changes into the appendicies for merged pleading document for Akin | 1.00 | 185.00 | 185.00 |
| 27/09/2011 | Tim Cant | DRFT | Drafting restitutionary appendix. | 1.00 | 185.00 | 185.00 |
| 27/09/2011 | Tim Cant | READ | Reading/updating from secretaries amendments to the merged pleading document for Akin | 2.00 | 185.00 | 370.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

## C0012    General Claims Analysis/Claims Objections

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 27/09/2011 | Tim Cant | DRFT | Reformating merged pleading document for Akin. | 1.00 | 185.00 | 185.00 |
| 27/09/2011 | Tim Cant | RSCH | Research on restitution - Chitty | 0.30 | 185.00 | 55.50 |
| 28/09/2011 | Antonia Croke | LETT | Emails re: Delaware hearing | 0.50 | 425.00 | 212.50 |
| 28/09/2011 | Antonia Croke | READ | Review NNUK proof of claim and response against Marshall declarations | 5.90 | 425.00 | 2,507.50 |
| 28/09/2011 | Angela Pearson | LETT | Email Akin | 0.40 | 660.00 | 264.00 |
| 28/09/2011 | Angela Pearson | INTD | Emails ACROKE | 0.50 | 660.00 | 330.00 |
| 28/09/2011 | Angela Pearson | READ | Review emails | 0.50 | 660.00 | 330.00 |
| 28/09/2011 | Josefin Holmgren | DRFT | Drafting memo regarding Swedish law claims. | 6.70 | 290.00 | 1,943.00 |
| 28/09/2011 | Kimberly Rivers Newman | READ | proofing memo for errors and amends | 0.70 | 185.00 | 129.50 |
| 28/09/2011 | Paul Bagon | DRFT | amending and sending out French memo re French cases cited in NNSA Expert Opinion | 5.00 | 395.00 | 1,975.00 |
| 28/09/2011 | Sophie Alexane | READ | Review des changements apportés par P. Bagon au mémo sur l'opinion de Menjucq; lecture des follow-up questions de J. Rubin d'Akin Gump | 0.50 | 290.00 | 145.00 |
| 28/09/2011 | Tim Cant | RSCH | Holland case  Research | 3.70 | 185.00 | 684.50 |
| 28/09/2011 | Tim Cant | DRFT | Drafting Holland case analysis document | 2.40 | 185.00 | 444.00 |
| 28/09/2011 | Tim Cant | RSCH | Research into Holland and associated cases mentioned in Holland i.e. Re Kaytech International/ Hall/Hydrodam | 1.90 | 185.00 | 351.50 |
| 29/09/2011 | Antonia Croke | READ | Review draft Irish reply declarations; consider UK law elements; draft comments; confer LROBER re same | 4.60 | 425.00 | 1,955.00 |
| 29/09/2011 | Antonia Croke | LETT | Emails re timings and strategies | 0.40 | 425.00 | 170.00 |
| 29/09/2011 | Angela Pearson | READ | Review cases re motions. | 2.50 | 660.00 | 1,650.00 |
| 29/09/2011 | Giles Boothman | INTD | Angela, Antonia, PDB | 0.50 | 690.00 | 345.00 |
| 29/09/2011 | Josefin Holmgren | DRFT | Memo regarding Swedish law claims. | 5.70 | 290.00 | 1,653.00 |
| 29/09/2011 | Johan Gregow | LETT | Swedish claims memo | 2.60 | 580.00 | 1,508.00 |
| 29/09/2011 | Lindsey Roberts | LETT | Review of Irish expert declaration | 0.80 | 290.00 | 232.00 |
| 29/09/2011 | Lindsey Roberts | LETT | Disc with ACROKE | 0.30 | 290.00 | 87.00 |
| 29/09/2011 | Lindsey Roberts | LETT | Email to Akin re Irish analysis | 1.20 | 290.00 | 348.00 |
| 29/09/2011 | Sophie Alexane | LETT | Email à R. Jason d'Akin Gump concernant le call de lundi prochain et concernant les citations d'arrêts favorables à la totale subordination; recherches concernant les citations d'arrêts favorables à la totale subordination, la responsabilité pour autrui et le fait générateur de responsabilité | 1.20 | 290.00 | 348.00 |
| 30/09/2011 | Angela Pearson | READ | Review reply Motion. | 2.50 | 660.00 | 1,650.00 |
| 30/09/2011 | Angela Pearson | INTD | Discussion Roberts. | 0.50 | 660.00 | 330.00 |
| 30/09/2011 | Angela Pearson | LETT | Comments on email to Akin. | 0.50 | 660.00 | 330.00 |
| 30/09/2011 | Angela Pearson | INTD | Discussions L Roberts. | 0.40 | 660.00 | 264.00 |
| 30/09/2011 | Giles Boothman | READ | Emails | 0.50 | 690.00 | 345.00 |
| 30/09/2011 | Josefin Holmgren | DRFT | Memo regarding Swedish law claims. | 3.90 | 290.00 | 1,131.00 |
| 30/09/2011 | Johan Gregow | LETT | Swedish claims memo, related internal meeting | 3.90 | 580.00 | 2,262.00 |
| 30/09/2011 | Lindsey Roberts | LETT | Review of NNI draft Reply and providing comments | 6.80 | 290.00 | 1,972.00 |
| 30/09/2011 | Tim Cant | DRFT | Drafting Case study on Holland | 4.00 | 185.00 | 740.00 |
| 30/09/2011 | Tim Cant | READ | Reading Motion to Dismiss NNUK claim | 2.10 | 185.00 | 388.50 |
| 30/09/2011 | Tim Cant | DRFT | Drafting reply points to Motion to Dismiss NNUK's claim | 1.50 | 185.00 | 277.50 |

194,790.00

Matter: CCN01.00001 – BANKRUPTCY

<u>C0019</u>        <u>Labor Issues/Employee Benefits</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 11.90 | 660.00 | 7,854.00 |
| GDB | Giles Boothman | 6.50 | 690.00 | 4,485.00 |
| SEH | Steven Hull | 26.30 | 660.00 | 17,358.00 |
| **Counsel** | | | | |
| MDF | Marcus Fink | 5.00 | 580.00 | 2,900.00 |
| **Associate** | | | | |
| ACW | Andy Wright | 18.80 | 360.00 | 6,768.00 |
| PDB | Paul Bagon | 2.40 | 395.00 | 948.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.00 | 290.00 | 290.00 |
| **Trainee** | | | | |
| LTHAWL | Louise Thawley | 2.30 | 185.00 | 425.50 |
| | | | Total | **41,028.50** |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0019**</u>        <u>**Labor Issues/Employee Benefits**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/09/2011 | Steven Hull | READ | Review Fred Hodara email regarding conference and review email correspondence with Marcus Fink and Angela Pearson in connection with attendance at same and related matters | 0.30 | 660.00 | 198.00 |
| 02/09/2011 | Andy Wright | LETT | Reviewing event programme for the PBSS Section Colloquium 2011; telephone conversation with Helen To at PBSS re. booking arrangements; applications for PBSS event. | 1.10 | 360.00 | 396.00 |
| 02/09/2011 | Angela Pearson | INTD | Emails to M Fink and A Wright. | 0.40 | 660.00 | 264.00 |
| 02/09/2011 | Paul Bagon | PHON | AW re pension conference in Edinburgh. | 0.10 | 395.00 | 39.50 |
| 06/09/2011 | Angela Pearson | READ | Review emails | 0.50 | 660.00 | 330.00 |
| 06/09/2011 | Marcus Fink | LETT | email exchange with Akin re pension scheme deficit quantum and FSD process. Review deficit position and scheme documents prior to answering Akin questions. | 2.10 | 580.00 | 1,218.00 |
| 06/09/2011 | Steven Hull | READ | Review emails regarding proposed meetings with PwC and pension parties and review updates regarding same and responding regarding availability and next steps | 0.30 | 660.00 | 198.00 |
| 07/09/2011 | Angela Pearson | INTD | Email – P Bagon | 0.20 | 660.00 | 132.00 |
| 07/09/2011 | Angela Pearson | READ | Review emails | 0.50 | 660.00 | 330.00 |
| 07/09/2011 | Marcus Fink | LETT | further communication with AKIN re FSD process and review process in legislation | 0.70 | 580.00 | 406.00 |
| 07/09/2011 | Paul Bagon | LETT | emails to team and AG re meetings with PwC and pension parties in London | 1.00 | 395.00 | 395.00 |
| 07/09/2011 | Steven Hull | LETT | Emails with Paul Bagon regarding attendance at meetings | 0.20 | 660.00 | 132.00 |
| 08/09/2011 | Angela Pearson | READ | Review emails | 1.40 | 660.00 | 924.00 |
| 08/09/2011 | Paul Bagon | LETT | update email to pensions team re meetings with UK pension parties. | 0.80 | 395.00 | 316.00 |
| 08/09/2011 | Steven Hull | READ | Review Paul Bagon email and review historical reasoning for the proposed meetings for the UK pension parties and results of committee call; review emails regarding parties to attend meeting and strategy and review further email correspondence regarding results of meetings and conversations with PwC and related parties and arrangements for attendance at further conference call | 0.50 | 660.00 | 330.00 |
| 09/09/2011 | Angela Pearson | LETT | Emails – Nortel | 0.50 | 660.00 | 330.00 |
| 09/09/2011 | Angela Pearson | LETT | Emails | 0.80 | 660.00 | 528.00 |
| 09/09/2011 | Marcus Fink | LETT | Respond to Akin email re FSD/CN process and discuss same with A Pearson. Review emails re creditor meetings and potential tPR appeal. Discuss potential appeal with A Pearson and L Beckermann at Akin | 2.20 | 580.00 | 1,276.00 |
| 09/09/2011 | Steven Hull | READ | Review email correspondence regarding anticipated conference call and potential issues for discussion | 0.20 | 660.00 | 132.00 |
| 10/09/2011 | Andy Wright | LETT | Internal emails re. Akin Gump pension queries | 0.10 | 360.00 | 36.00 |
| 10/09/2011 | Angela Pearson | LETT | Emails to Akin Gump | 0.50 | 660.00 | 330.00 |
| 10/09/2011 | Angela Pearson | READ | Review TPR website re: queries | 1.00 | 660.00 | 660.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0019**</u>      <u>**Labor Issues/Employee Benefits**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 10/09/2011 | Steven Hull | READ | Review email correspondence between Andy Wright, Angela Pearson and Lisa Beckerman regarding questions in connection with participation in UK proceedings; review Angela Pearson emails in response | 0.30 | 660.00 | 198.00 |
| 11/09/2011 | Andy Wright | LETT | Review of legislation and guidance and draft response to Akin Gump queries re tPR and PPF | 3.80 | 360.00 | 1,368.00 |
| 12/09/2011 | Andy Wright | PHON | Preparing for and joining conference call with SEH, Akin Gump, Fti and Milbank discussing potential settlement and feedback from meetings | 1.40 | 360.00 | 504.00 |
| 12/09/2011 | Andy Wright | LETT | Reviewing Pensions Act 2004, PPF and tPR guidance and drafting responses to Akin Gump queries re. constitution of tPR and PPF, enforceability of FSDs and CNs, legal remedies available to trustees and PPF under UK law | 3.70 | 360.00 | 1,332.00 |
| 12/09/2011 | Angela Pearson | READ | Review emails/amend email | 1.50 | 660.00 | 990.00 |
| 12/09/2011 | Angela Pearson | PHON | Telephone conversations with Linklaters | 0.80 | 660.00 | 528.00 |
| 12/09/2011 | Angela Pearson | PHON | Telephone conversation with L Beckman | 0.50 | 660.00 | 330.00 |
| 12/09/2011 | Angela Pearson | PHON | Telephone conversation with L Beckman | 0.50 | 660.00 | 330.00 |
| 12/09/2011 | Angela Pearson | LETT | Email L Beckman | 0.80 | 660.00 | 528.00 |
| 12/09/2011 | Steven Hull | READ | Detailed review of Andy Wright's detailed response to questions raised by US counsel in connection with procedural issues in respect of Pensions Regulator FSD and CN proceedings; discussion with Andy Wright regarding same; detailed preparation for conference call in connection with update on negotiations and mediation arrangements and discussions for split of Nortel estate; review of Pensions Regulator determination in relation to the FSD and discussions with Andy Wright regarding same; incorporation of amendments into Andy Wright draft email to legal advisers and review numerous emails raising further questions in connection with procedural issues and other related and regulatory matters, and review Andy Wright draft responses to same and related issues and review update from Angela Pearson in connection with conversation with Linklaters | 5.20 | 660.00 | 3,432.00 |
| 13/09/2011 | Andy Wright | LETT | Responding to Akin Gump query re. appointments of PPF Board. Reading emails re. appeal process for contribution notices | 0.50 | 360.00 | 180.00 |
| 13/09/2011 | Steven Hull | READ | review further requests raised by Patricia Millett regarding debtor challenge to CN and defence of CN; review Angela Pearson response regarding same; review Paul Bagon email re review of UK Pensions Analysis ahead of Pensions parties meetings in London and review summary of previous days conference call and related matters; review further request from Amit Kurlekar re appointment of members of PPF and review Andy Wright response re same; review Lisa Beckerman email and review attached summary of proceedings and related matters. | 1.60 | 660.00 | 1,056.00 |
| 14/09/2011 | Steven Hull | READ | Review documentation in advance of conference call; preparing and attending weekly committee meeting conference call re settlement matters and related issues; review Paul Bagon email and review attached breakdown of proposed settlement sums and related matters and discussion with Andy Wright regarding position of pensions protection fund representatives and the Pensions Regulator | 2.80 | 660.00 | 1,848.00 |

Matter: CCN01.00001 – BANKRUPTCY

<u>C0019</u>      <u>**Labor Issues/Employee Benefits**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 15/09/2011 | Steven Hull | READ | Review Paul Bagon email and review emails from Fred Hodara regarding proposed meetings with PwC regarding settlement; review Lisa Beckerman email and review attached draft email to Fred Hodara and David Botter regarding path and summary of appeals before the third circuit of the appeals; review Angela Pearson amendments to same and review Lisa Beckerman email to Fred Hodara and David Botter regarding arguments under third circuit appeal; commence review of counsel's opinion and Sea Containers' Judgment and Justice Briggs judgment in Nortel/Lehman in the High Court in advance of meetings with PwC | 3.00 | 660.00 | 1,980.00 |
| 16/09/2011 | Paul Bagon | LETT | AG email re participating in PPF Determination Panel appeal. | 0.50 | 395.00 | 197.50 |
| 16/09/2011 | Steven Hull | READ | Review David Botter response to concerns raised by Lisa Beckerman; review Paul Bagon email and commence review of pension guarantee memo and Keith Rowley QC pensions opinion; review update from Lisa Beckerman regarding filing of applications with the Upper Tribunal | 1.00 | 660.00 | 660.00 |
| 17/09/2011 | Angela Pearson | LETT | Email Amit | 0.20 | 660.00 | 132.00 |
| 17/09/2011 | Angela Pearson | LETT | Email to Andy Wright | 0.30 | 660.00 | 198.00 |
| 19/09/2011 | Andy Wright | LETT | Reviewing Nortel/Lehman and Sea Containers judgments, decisions of the Determinations Panel, PA04 in respect of the Pension Regulator/Determinations Panel powers to take account of creditor interests. Drafting email to Akin Gump in respect of the same | 4.80 | 360.00 | 1,728.00 |
| 19/09/2011 | Angela Pearson | READ | Review emails | 0.50 | 660.00 | 330.00 |
| 19/09/2011 | Angela Pearson | INTD | Telephone conversation with Andy Wright | 0.20 | 660.00 | 132.00 |
| 19/09/2011 | Louise Thawley | RSCH | Reading judgments in Bonas and Sea Containers cases in relation to reasonableness and interests of creditors, flagging points of interest. | 2.30 | 185.00 | 425.50 |
| 19/09/2011 | Steven Hull | DRFT | Review detailed response from Andy Wright to queries raised by Amit re reasonableness to issue SSD reasonableness in respect of financial support and reasonableness of issuing a CN; incorporation of amendments into same and discussion with Andy Wright regarding same; review Andy Wright email to Angela Pearson and response re same and review Andy Wright's final email to client (Amit Kurlekar); commence detailed review of 2006 and 2007 guarantees in preparation for meeting with pension scheme trustees pensions regulator and PPF | 3.20 | 660.00 | 2,112.00 |
| 20/09/2011 | Giles Boothman | ATTD | 11.30 – 2.00 – EY meeting | 2.50 | 690.00 | 1,725.00 |
| 20/09/2011 | Giles Boothman | ATTD | Pensions meeting (2.00 - 4.30) | 2.50 | 690.00 | 1,725.00 |
| 20/09/2011 | Steven Hull | LETT | Emails with Paul Bagon regarding anticipated meetings with pensions trustees, pensions regulator and PPS and PWC; detailed review of counsel's opinion in connection with 2006 and 2007 guarantees and review Ashurst note regarding same and consider issues arising; preparing for and attending meeting with pensions regulator pensions protection fund trustees, Lowells and PWC together with Akin Gump & Capstone contingent together with Giles Boothman and brief discussions with Giles Boothman following meetings | 5.60 | 660.00 | 3,696.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0019**</u>        <u>**Labor Issues/Employee Benefits**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 21/09/2011 | Steven Hull | READ | Review Giles Boothman email and review attached Fred Hodara question regarding position taken by trustees in respect of negotiations; consideration of issues arising in respect of same and preparing detailed response to Giles Boothman and review Giles Boothman emails with Fred Hodara and team; review comments raised in connection with negotiations with trustees | 1.40 | 660.00 | 924.00 |
| 22/09/2011 | Giles Boothman | READ | Emails re. pension meeting | 0.50 | 690.00 | 345.00 |
| 22/09/2011 | Lindsey Roberts | DRFT | Follow up note from call | 1.00 | 290.00 | 290.00 |
| 23/09/2011 | Andy Wright | LETT | Preparing documentation for Edinburgh conference talk by PPF and PBGC | 0.20 | 360.00 | 72.00 |
| 23/09/2011 | Angela Pearson | INTD | Telephone conversation with A Wright | 0.20 | 660.00 | 132.00 |
| 23/09/2011 | Angela Pearson | LETT | Email Fred Hodara | 0.20 | 660.00 | 132.00 |
| 23/09/2011 | Angela Pearson | INTD | Discussion LROBER | 0.40 | 660.00 | 264.00 |
| 23/09/2011 | Steven Hull | INTD | Discussion with Andy Wright regarding attendance at conference regarding Nortel issues and related matters | 0.30 | 660.00 | 198.00 |
| 26/09/2011 | Andy Wright | LETT | Attending PPF and PBGC talk at PSSB conference. Internal email summary | 2.50 | 360.00 | 900.00 |
| 26/09/2011 | Steven Hull | READ | Review update from Andy Wright regarding attendance at conference | 0.10 | 660.00 | 66.00 |
| 27/09/2011 | Andy Wright | LETT | Draft email summary of PPF/PBGC lecture at PSSB conference | 0.40 | 360.00 | 144.00 |
| 27/09/2011 | Steven Hull | READ | Review Andy Wright updated regarding PPF/PDGC lecture and related matters | 0.10 | 660.00 | 66.00 |
| 28/09/2011 | Andy Wright | LETT | Finalising email to Fred Hodara at Akin Gump re. PPF/PBGC lecture at PSSB conference; internal email correspondence with Angela Pearson | 0.30 | 360.00 | 108.00 |
| 28/09/2011 | Steven Hull | INTD | Emails with Andy Wright regarding response to Akin regarding attendance at conference and brief conversations with Andy Wright regarding same | 0.20 | 660.00 | 132.00 |
| 30/09/2011 | Giles Boothman | ATTD | Con call with EY and HS | 1.00 | 690.00 | 690.00 |

|  |  |  |  |  |  | 41,028.50 |

Matter: CCN01.00001 – BANKRUPTCY

**C0025**   **Travel**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 3.00 | 690.00 | 2,070.00 |
| **Associate** | | | | |
| ACW | Andy Wright | 11.00 | 360.00 | 3,960.00 |
| | | | Total | **6,030.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 21/09/2011 | Giles Boothman | TRAV | Travel back to London (reading emails and considering Nortel matters whilst en route). | 3.00 | 690.00 | 2,070.00 |
| 23/09/2011 | Andy Wright | LETT | Travel from London to Morpeth in advance of Edinburgh conference talk by PPF and PBGC | 3.50 | 360.00 | 1,260.00 |
| 26/09/2011 | Andy Wright | TRAV | Return travel from Morpeth to Edinburgh to attend PBGC and PPF talk at PSSB conference | 4.00 | 360.00 | 1,440.00 |
| 27/09/2011 | Andy Wright | TRAV | Travelling from Morpeth to London after PPF/PBGC talk at PSSB conference in Edinburgh | 3.50 | 360.00 | 1,260.00 |
| | | | | | | **6,030.00** |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0031**   **European Proceedings/Matters**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 4.20 | 690.00 | 2,898.00 |
| **Associate** | | | | |
| PDB | Paul Bagon | 6.80 | 395.00 | 2,686.00 |
| | | | Total | **5,584.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/09/2011 | Paul Bagon | LETT | Internal discussions with AMP, related call with AG and update email to team. | 0.80 | 395.00 | 316.00 |
| 08/09/2011 | Paul Bagon | CASE | case management. | 0.50 | 395.00 | 197.50 |
| 12/09/2011 | Paul Bagon | PHON | with Bonds re discussions with UK pension parties (in part). | 1.00 | 395.00 | 395.00 |
| 13/09/2011 | Paul Bagon | LETT | professionals' pre-call | 1.50 | 395.00 | 592.50 |
| 15/09/2011 | Paul Bagon | LETT | emails and calls re arrangements for meetings with pension parties and French office holder. | 2.00 | 395.00 | 790.00 |
| 19/09/2011 | Giles Boothman | INTD | Paul Bagon | 1.00 | 690.00 | 690.00 |
| 19/09/2011 | Giles Boothman | READ | Materials and prep for meetings | 2.00 | 690.00 | 1,380.00 |
| 19/09/2011 | Paul Bagon | INTD | GDB re status of case. | 1.00 | 395.00 | 395.00 |
| 22/09/2011 | Giles Boothman | INTD | Angela Pearson, Paul Bagon | 0.50 | 690.00 | 345.00 |
| 26/09/2011 | Giles Boothman | INTD | PDB | 0.20 | 690.00 | 138.00 |
| 28/09/2011 | Giles Boothman | READ | Emails | 0.50 | 690.00 | 345.00 |
| | | | | | | **5,584.00** |