Exhibit C

DISBURSEMENT SUMMARY
SEPTEMBER 01, 2011 THROUGH SEPTEMBER 30, 2011

| | |
|---|---:|
| Document Production | £447.01 |
| Couriers | £15.95 |
| Travel – Ground Transportation | £1,304.36 |
| Travel – International Transportation | £470.00 |
| Meals | £139.13 |
| Incidental Expenses | £945.00 |
| Search Fees | £87.26 |
| **TOTAL** | **£3408.71** |