Exhibit D

## Disbursements Detailed Breakdown

| | | |
|---|---|---|
| **Document Production** | | 347.10 |

### External Photocopying Charges (Outside Photocopying Charges)

| Date | Description | Amount |
|---|---|---|
| 09/06/2011 | VENDOR: Wordwave International Ltd; INVOICE#: SINV/00051667; DATE: 09/06/2011 - Professional services rendered | 44.75 |
| 18/09/2011 | VENDOR: Millnet Financial Limited; INVOICE#: W/E18/9/11; DATE: 18/09/2011 - Outsourced - Various | 55.16 |

### Fares, Courier Charges and Incidental Expenses (Courier Charges)

| Date | Description | Amount |
|---|---|---|
| 22/08/2011 | VENDOR: Destination Courier Services Ltd; INVOICE#: 271744; DATE: 22/08/2011 - Courier On 19/08/11- Paul Bagon | 15.95 |

### Fares, Courier Charges and Incidental Expenses (Miscellaneous UK Travel (inc. Bus, train, Tube and Internal Air Fares))

| Date | Description | Amount |
|---|---|---|
| 05/09/2011 | VENDOR: Reed & Mackay Travel Ltd; INVOICE#: R2279185; DATE: 05/09/2011 - 23/09/11 London/Morpeth/Rtn MR ANDY WRIGHT | 387.67 |
| 05/09/2011 | VENDOR: Reed & Mackay Travel Ltd; INVOICE#: R2279186; DATE: 05/09/2011 - TRAVEL- 26/09/11 Morpeth/Edinburgh/Rtn MR ANDY WRIGHT | 135.67 |

### Fares, Courier Charges and Incidental Expenses (Meals)

| Date | Description | Amount |
|---|---|---|
| 05/09/2011 | PAYEE: utlägg JGR; REQUEST#: 455823; DATE: 05/09/2011. | 8.11 |
| 17/09/2011 | VENDOR: Conference Room Catering INVOICE#: 12 18 09 2011 DATE: 19/09/2011 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Sep 12 2011 | 6.60 |
| 20/09/2011 | VENDOR: Conference Room Catering INVOICE#: 19 25 09 2011 DATE: 06/10/2011 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Sep 20 2011 | 5.85 |
| 21/09/2011 | VENDOR: Conference Room Catering INVOICE#: 19 25 09 2011 DATE: 06/10/2011 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Sep 21 2011 | 8.00 |
| 22/09/2011 | VENDOR: Conference Room Catering INVOICE#: 19 25 09 2011 DATE: 06/10/2011 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Sep 22 2011 | 10.95 |
| 26/09/2011 | PAYEE: Croke, Antonia; REQUEST#: 455525; DATE: 26/09/2011. - Bacs payment to reimburse expenses ACROKE dinner - working late 21.09.11 | 41.62 |
| 27/09/2011 | VENDOR: Conference Room Catering INVOICE#: 26 02 10 2011 DATE: 02/10/2011 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Sep 27 2011 | 11.65 |
| 31/08/2011 | VENDOR: Mat på jobbet Svenska AB; INVOICE#: 428797; DATE: 31/08/2011, Meal, Sto 4191 | 36.88 |

### Fares, Courier Charges and Incidental Expenses (Sundries)

| Date | Description | Amount |
|---|---|---|
| 06/09/2011 | PAYEE: Institute and Faculty of Actuaries; REQUEST#: 454066; DATE: 06/09/2011. - A Wright to attend Pensions Coolloquium 2011 to report on presentation of the Pension Protection Fund and the Pension Benefit Corp | 945.00 |
| 28/09/2011 | PAYEE: Petty Cash; REQUEST#: 456712; DATE: 28/09/2011. - Petty Cash for lunch whilst working weekend | 9.47 |

### Fares, Courier Charges and Incidental Expenses (Taxis)

| Date | Description | Amount |
|---|---|---|
| 02/09/2011 | PAYEE: Petty cash; REQUEST#: 453576; DATE: 02/09/2011. - petty cash PDB taxi | 14.00 |
| 05/09/2011 | PAYEE: utlägg JGR; REQUEST#: 455823; DATE: 05/09/2011. | 18.24 |
| 07/09/2011 | PAYEE: Petty cash; REQUEST#: 454149; DATE: 07/09/2011. - petty cash PDB taxi | 9.00 |
| 13/09/2011 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 131975; DATE: 13/09/2011 - Taxi 12/09/11- SW12 8QN (Ref: 20771040) | 54.21 |
| 21/07/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/98094; DATE: 21/07/2011 - Taxi 15/07/11- EC2A to NW2 (Ref: 930938) | 69.75 |
| 21/07/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/98094; DATE: 21/07/2011 - Taxi 15/07/11- EC2A to SW12 (Ref: 930970) | 47.96 |
| 21/07/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/98094; DATE: 21/07/2011 - Taxi 19/07/11- EC2A to SW8 to SW4 (Ref: 932294) | 36.33 |
| 21/09/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/99063; DATE: 21/09/2011 - Taxi 15/09/11- EC2A to SW12 (Ref: 952412) | 32.93 |

| Date | Description | Amount |
|---|---|---|
| 21/09/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/99063; DATE: 21/09/2011 - Taxi 20/09/11- EC2A to SW4 (Ref: 954426) | 29.57 |
| 21/09/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/99063; DATE: 21/09/2011 - Taxi 21/09/11- EC2A to SW4 (Ref: 955057) | 63.39 |
| 21/09/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/99063; DATE: 21/09/2011 - Taxi 21/09/11- EC2A to W11 (Ref: 954982) | 43.04 |
| 23/09/2011 | PAYEE: Petty cash; REQUEST#: 456317; DATE: 23/09/2011 - petty cash GDB taxis | 24.00 |
| 23/09/2011 | PAYEE: Petty cash; REQUEST#: 456317; DATE: 23/09/2011 - petty cash GDB taxis in Paris | 29.00 |
| 28/09/2011 | PAYEE: Petty Cash; REQUEST#: 456712; DATE: 28/09/2011 - Petty Cash for taxi fare | 30.00 |
| 29/09/2011 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 132556; DATE: 29/09/2011 - Taxi 28/09/11- Appold to N1 (Ref: 20816866) | 22.51 |
| 30/09/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/99203; DATE: 30/09/2011 - Taxi 22/09/11- EC2A to SW4 (ref: 955595) | 29.57 |
| 30/09/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/99203; DATE: 30/09/2011 - Taxi 25/09/11- EC2A to SW4 (ref: 956383) | 29.57 |
| 30/09/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/99203; DATE: 30/09/2011 - Taxi 26/09/11- EC2A to SW4 (Ref: 956914) | 29.57 |
| 30/09/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/99203; DATE: 30/09/2011 - Taxi 28/09/11- EC2A to SW4 (Ref: 957639) | 29.57 |
| 30/09/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/99203; DATE: 30/09/2011 - Taxi 28/09/11- EC2A to W11 (Ref: 957642) | 43.04 |
| 30/09/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/99203; DATE: 30/09/2011 - Taxi 30/09/11- EC2A to SW12 (ref: 959230) | 32.93 |

**International Travel, Hotel and Related Expenses (Travel Expenses (inc. International Air Fares and Eurostar))**

| Date | Description | Amount |
|---|---|---|
| 08/08/2011 | VENDOR: Taxi Stockholm AB; INVOICE#: 175815794; DATE: 31/08/2011, Sto 9174 | 13.57 |
| 15/09/2011 | VENDOR: Reed & Mackay Travel Ltd; INVOICE#: R2289012; DATE: 15/09/2011 - 20/09/11 London St Pancras/Gare Du Nord/Rtn MR GILES BOOTHMAN | 470.00 |

**Search Fees (Search Fees)**

| Date | Description | Amount |
|---|---|---|
| 27/09/2011 | Doc Cujas QDEMAR 13 jurisprudence | 54.77 |
| 30/09/2011 | VENDOR: Régisseur de la bibliothèque Cujas; INVOICE#: 2537; DATE: 30/09/2011 - rech QDEMAR le 27/09 - 1 doc - CCN01.00001 regul | -17.78 |
| 31/08/2011 | VENDOR: Info Torg AB; INVOICE#: 477126_; DATE: 31/08/2011 | 50.27 |

**Travel, Hotel and Related Expenses (Travel Costs)**

| Date | Description | Amount |
|---|---|---|
| 09/08/2011 | VENDOR: Taxi Stockholm AB; INVOICE#: 175815794; DATE: 31/08/2011, Sto 9174 | 13.75 |
| 12/08/2011 | VENDOR: Taxi Stockholm AB; INVOICE#: 175815794; DATE: 31/08/2011, Sto 9174 | 22.59 |
| 15/08/2011 | VENDOR: Taxi Stockholm AB; INVOICE#: 175815794; DATE: 31/08/2011, Sto 9174 | 12.93 |
| | | **3,408.70** |