Exhibit E

SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
SEPTEMBER 01, 2011 THROUGH SEPTEMBER 30 2011

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 10 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group; London | £690 | 26.30 | 18,147.00 |
| Carl Meyntjens | Partner for 13 years; Admitted in 1994 in Belgium; Managing Partner and Corporate Group; Brussels | £660 | 8.50 | 5,610.00 |
| Eric Bouffard | Partner for 5 years; Admitted in 1996 in France; Litigation and Restructuring Group in Paris | £660 | 6.20 | 4,092.00 |
| Ugo Giordano | Partner for 11 years; Admitted in 1995 in Italy, International Finance Group, London | £690 | 1.50 | 1,035.00 |
| Steven Hull | Partner for 14 years; Admitted in 1989 in England and Wales; Employment, Incentives and Pensions Group. UK | £660 | 26.30 | 17,358.00 |
| Angela Pearson | Partner for 5 years; Admitted in 1991 in England and Wales; Litigation Group, London | £660 | 44.50 | 29,370.00 |
| Elsa Arbrandt | Senior Legal Consultant; Admitted in 2002 in Sweden; Corporate Group, Stockholm | £610.00 | 4.00 | 2,440.00 |
| Johan Gregow | Counsel; Admitted in 2000 in Sweden; Litigation Group; Stockholm | £580 | 14.70 | 8,526.00 |
| Kelly Cherretté | Counsel; Admitted in 1998 in Belgium; International Finance Group, Brussels | £580 | 6.20 | 3,596.00 |
| Marcus Fink | Counsel for 1 year; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £580 | 5.00 | 2,900.00 |
| Óscar Franco | Associate for 8 years; Admitted in 2003 in Spain; Litigation Group, Madrid | £460 | 2.00 | 920.00 |
| Sofia De Cristofaro | Associate for 7 years; Admitted in 2004 in Italy; Finance Group, London | £540 | 1.00 | 540.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Lindsay Connal | Associate for 5 years; Admitted in 2006 in England and Wales; Litigation Group, London | £460 | 0.50 | 230.00 |
| Paul Bagon | Associate for 3 years; Admitted in 2008 in England and Wales; Restructuring and Special Situations Group, London | £395 | 129.00 | 50,955.00 |
| Antonia Croke | Associate for 4 years; Admitted in 2007 in New South Wales, Australia; Litigation Group, UK | £425 | 63.60 | 27,030.00 |
| Andy Wright | Associate for 3 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £360 | 32.50 | 11,700.00 |
| Luca Peretti | Associate for 2 years; Admitted in 2009 in Italy; International Finance Group; London | £395 | 2.50 | 987.50 |
| Lindsey Roberts | Newly qualified Associate; Admitted in 2011 in England and Wales; Litigation Group, London | £290 | 98.60 | 28,594.00 |
| Carlos Llamas | Associate for 3 years; Admitted in 2008 in Spain; Litigation Group; Madrid | £315 | 3.50 | 1,102.50 |
| Josefin Holmgren | Newly Qualified Associate; Admitted in 2011 in Sweden; Corporate Group; Stockholm | £290 | 30.50 | 8,845.00 |
| Jonathan Firmstrong | Associate for 1 year; Admitted in 2010 in England and Wales; Restructuring and Special Situations Group; London | £315 | 14.00 | 4,410.00 |
| Sophie Alexane | Associate for 3 years; Admitted in 2008 in New York and 2009 in France; Litigation Group; Paris | £290 | 14.50 | 4,205.00 |
| Nicolas Schepkens | Associate for 1 year; Admitted in 2010 in Belgium; Corporate Group, Brussels | £290 | 4.00 | 1,160.00 |
| Céline Gillet | Library Assistant, Paris | £70 | 0.30 | 21.00 |
| Louise Thawley | Trainee Solicitor; Employment, Incentives and Pensions Group, London | £185 | 2.30 | 425.50 |
| Alice Douglas | Trainee Solicitor; Litigation Group; London | £185 | 11.10 | 2,053.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Suzanne Thomson | Trainee Solicitor; Restructuring and Special Situations Group; London | £185 | 4.00 | 740.00 |
| Kimberly Rivers Newman | Trainee Solicitor; Restructuring and Special Situations Group; London | £185 | 0.70 | 129.50 |
| Amanda Eve | Trainee Solicitor; Restructuring and Special Situations Group; London | £185 | 6.10 | 1,128.50 |
| Hadrien Peiffer | Trainee Solicitor; Corporate Group; Brussels | £185 | 3.30 | 610.50 |
| Quentin de Margerie | Juriste Stagiaire; Litigation Group; Paris | £160 | 13.00 | 2,080.00 |
| Lisa Thompson | Trainee Solicitor; Restructuring and Special Situations Group; London | £185 | 5.80 | 1,073.00 |
| Jennifer Potten | Trainee Solicitor; Restructuring and Special Situations Group; London | £185 | 3.10 | 573.50 |
| Chris Regan | Trainee Solicitor; Litigation Group; London | £185 | 7.70 | 1,424.50 |
| Tim Cant | Trainee Solicitor; Litigation Group; London | £185 | 67.30 | 12,450.50 |
| **TOTAL** | | | **664.10** | **256,463.00** |

COMPENSATION BY PROJECT CATEGORY
SEPTEMBER 01, 2011 THROUGH SEPTEMBER 30, 2011

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 9.50 | 3,752.50 |
| Creditors Committee Meetings | 13.90 | 5,278.00 |
| General Claims Analysis | 541.50 | 194,790.00 |
| Labor Issues / Employee Benefits | 74.20 | 41,028.50 |
| Travel | 14.00 | 6,030.00 |
| European Proceedings/Matters | 11.00 | 5,584.00 |
| **TOTAL** | **664.10** | **256,463.00** |