# Exhibit A

## EXHIBIT A

## COMMITTEE MEMBERS EXPENSES

| COMMITTEE MEMBER | FOOD | AIR/ BAGGAGE | HOTEL | TAXI | POSTAGE | OTHER* | TOTALS |
|---|---|---|---|---|---|---|---|
| Barbara Gallagher | $ 8.13 | $ 379.80 | $ 346.61 | $ 70.20 | 42.30 | | $ 847.04 |
| Diana Irish | $ 108.44 | $ 264.40 | $ 670.27 | $ 128.00 | | | $ 1,241.11 |
| Michael Stutts | $ 17.76 | $ 442.80 | $ 369.56 | $ 65.00 | | $ 70.00 | $ 895.12 |
| Paul Morrison | | $ 556.34 | $ 596.15 | $ 95.50 | | | $ 1,247.99 |
| | | | | | | | $ 4,231.26 |

*Expenses incurred due to disability

AirTran Airways Reservations                                                                     Page 1 of 3



# receipt & itinerary

Thank you for choosing AirTran Airways.
We will send you an email message containing your itinerary. To ensure you receive the message, you may wish to add confirmations@airtran.com to your address book.

**confirmation number: SDYCWD**

**Booking date:** Thu, Sep 22, 2011     **Status:** Closed
Should our flight schedule change, we will notify you by email as early as possible.

## Flight Details

**Departing: Wednesday, October 05, 2011**

| **Atlanta, GA** (ATL) | to **New York, NY - LaGuardia** (LGA) | Flight 368 | Coach |
| 10:05 AM | 12:16 PM | | |

Returning: **Friday, October 07, 2011**

| **New York, NY - LaGuardia** (LGA) | to **Atlanta, GA** (ATL) | Flight 367 | Coach |
| 3:55 PM | 6:23 PM | | |

## Passengers and Seat Assignments

| Passenger | A+ Number | ATL-LGA | LGA-ATL |
|---|---|---|---|
| Dianna L Irish | 5650060690 | 11C | 18C |

    DOB: added
    SSR: Wheelchair Service at Airport

## Contact Information

Dianna Irish                                    dlirish01@aol.com
Redacted - Address                              Redacted - Phone #

## Pricing

*Total for 1 passenger(full detail)*
    Fare price:         $188.84
    Taxes/fees:         $35.56
    Baggage fees:       $40.00
    **Total price:**    **$264.40**

## Payments

*Payment via Credit Card*
    Form of payment:    MasterCard
    Payment status:     Confirmed
    Payment amount:     $224.40
*Payment via Credit Card*
    Form of payment:    Visa
    Payment status:     Confirmed
    Payment amount:     $20.00
*Payment via Credit Card*
    Form of payment:    Visa
    Payment status:     Confirmed
    Payment amount:     $20.00

# WORLD CENTER
## —— HOTEL ——

144 Washington Street, New York, NY 10006 • (212) 577-2933 • Fax: (212) 577-2133
Reservations: (877) 962-9270 • www.worldcenterhotel.com

---

| ROOM   | NAME          | FOLIO NO | ARRIVAL  | TIME  |
|--------|---------------|----------|----------|-------|
| WC0610 | IRISH, DIANNA | 1076H3   | 10/05/11 | 14:28 |
| MEMBER |               |          | DEPART   | TIME  |
| WCH WEB|               | Redacted - Credit Card | 10/07/11 | 12:05 |

| DATE     | REFERENCE                          | CHARGES | CREDITS | BALANCE |
|----------|------------------------------------|---------|---------|---------|
| 10/04/11 | PMC   Redacted - Credit Card       |         | 670.27  | -670.27 |
| 10/05/11 | POS006  G Room Service     #0058   | 46.94   |         | -623.33 |
| 10/05/11 | ROOM    G Promotional Channel Rate | 299.00  |         | -324.33 |
| 10/05/11 | TX-OCC  G CITY OCCUPANCY TAX       | 17.57   |         | -306.76 |
| 10/05/11 | TX-CTY  G CITY SALES TAX           | 13.46   |         | -293.30 |
| 10/05/11 | TX-ST   G STATE SALES TAX          | 13.08   |         | -280.22 |
| 10/05/11 | WBDI    G Occupancy Surcharge Tax  | 3.50    |         | -276.72 |
| 10/06/11 | POS006  G Room Service     #0092   | 26.64   |         | -250.08 |
| 10/06/11 | ROOM    G Promotional Channel Rate | 279.00  |         | 28.92   |
| 10/06/11 | TX-OCC  G CITY OCCUPANCY TAX       | 16.39   |         | 45.31   |
| 10/06/11 | TX-CTY  G CITY SALES TAX           | 12.56   |         | 57.87   |
| 10/06/11 | TX-ST   G STATE SALES TAX          | 12.21   |         | 70.08   |
| 10/06/11 | WBDI    G Occupancy Surcharge Tax  | 3.50    |         | 73.58   |
| 10/07/11 | PMC     Redacted - Credit Card     |         | 73.58   | 0.00    |
|          | Subtotals                        $ | 743.85  | 743.85  | 0.00    |

PAID IN FULL --- THANK YOU!

*Handwritten annotations:*
- 46.94 — Ordered lunch & dinner at same time
- 26.64 + 5.00 tip (cash)
- + 5.00
- 748.85

DUE TO HEALTH ISSUES & 9HR TRAVEL (TOTAL) TIME &
LENGTHY MEETING HAD TO STAY ADDITIONAL NIGHT

```
MED#       2T69
DRIVER:  0491810
10-05-11 TR 3002
START  END MILES
12:36 13:37 17.4
 CUSTOMER COPY
Regular Fare
RATE 1:$    47.70
SURCH: $     0.00
GMTnl:$      4.80
StSrch:$     0.50
TIP  : $    10.60
TOTAL: $    63.60
LAG TO HOTEL
Card Type: VISA
Redacted Credit Card
```

**RECEIPT**

Date 10/04/11  Car No. 241
From HYATT HOTEL
To LGA AIRPORT
Fare $55
+ 10 tip
$65 Thank you V.M.



Roundtrip Transportation Voucher
NO: _____   MR
Date _____
Cost _____
DOD FOR TRAVEL

**Groome Trar**
4540 Sheraton Drv
1(800) 537-790?

GROOME TRANSPORTATION
4540 SHERATON DR
MACON, GA 31210

TERMINAL ID.: 0109068
MERCHANT #: 4444001
EDS
INV: 121090
TIME: 07:48
AUTH: 131238

TO + FROM ATLANTA
AIRPORT TO MACON
GEORGIA

TOTAL    $63.00

Redacted Credit Card

DIANNA L IRISH

Written By _____
Name _____
From _____
Charge To _____
Authorized By _____
Driver _____

CUSTOMER COPY

```
VIEW OF THE WORLD
--- Terrace Club ---
   Breakfast

0064   Table 101   #Party 1
CESAR S   SvrCk: 31  11:19a 10/07/11

1 Adult Buffet                14.00

              Sub Total:      14.00
              Tax:             1.24
              Sub Total:      15.24
       18% GRATUIT             2.52
10/07 11:19a TOTAL:          (17.76)

*-*-*-*-*-*-*
Club Quarters Hotel
140 Washington St
New York, NY 10006
(646) 746-3200
www.viewoftheworld.com
*-*-*-*-*-*-*

CHARGE TO ROOM  (crossed out)

ROOM NO.  _____

PRINT NAME  _____
             _____

GRATUITY    4.00
TOTAL      21.76
SIGNATURE  [signature]

** BOOK YOUR HOLIDAY EVENT WITH US **
      * 646.746.3117 *
```

```
ANGELINA'S
PANINI BAR
LAGUARDIA AIRPORT
FLUSHING, NY

50 Sukhrit
-------------------------------
Check: 2782                  Guests: 1
       10/07/2011 02:19PM
-------------------------------
             TO GO
1  OPEN FOOD  fruit bowl     4.95
1  OPEN FOOD  Pepsi          2.49
   CASH                     10.00
                  lunch
   SUBTOTAL                  7.44
   Tax                       0.66
   PAYMENT                   8.10
Change Due                  $1.90

---------- Check Closed ----------
       10/07/2011 02:19:58PM

We enjoy hearing from you

www.marairfoods.com

Order Number: 2782
```

**Additional Expenses for Dianna Irish due to Handicap:**

**The following do not give receipts:**

| | |
|---|---:|
| Tip for Groome Driver from Macon, GA to Atlanta Hartsfield Airport and assistance with my luggage and walker | $10.00 |
| Tip for Wheelchair Assistance from Curbside to Gate at Airport | $10.00 |
| Tip at LaGuardia for Wheelchair Assistance from Plane to Baggage, then pushing me and pulling my luggage to the curb and hailing a cab | $10.00 |
| Tip for help with luggage to my room at the hotel | $ 5.00 |
| Tip for help with luggage from room to car at the hotel | $ 5.00 |
| Tip at LaGuardia for Wheelchair Assistance from Curbside to Gate | $10.00 |
| Tip for Wheelchair Assistance from Plane to Baggage and then to Groome pickup point outside and across two streets from the terminal while pulling my luggage | $10.00 |
| Tip for Groome Driver from Atlanta Hartsfield Airport to Macon, GA and assistance with my luggage and walker to my car | $  10.00 |
| TOTAL | $ 70.00 |

GRAND TOTAL $1,304.71

```
MED#         7J15
DRIVER:   5202511
10/05/11  TR 5943
START  END MILES
17:10 17:57 11 6
REGULAR 1 AM
RATE 1:$   35.70
SURCH: $    1.00
STSRCH:$    0.50
TOTAL : $  35.20
    THANKS
TO CONTACT LLC
   DIAL 3-1-1
```

10/05/11
Manhattan Local
$35

```
        Moe's Southwest grill
             Concourse C
           Atlanta Airport
             Atlanta, GA

20415 Shameka
-----------------------------------
Chk 8941     Oct05'11 02:03PM Gst 0
-----------------------------------
2 Overachiever @ 3.80         7.60
  Cash                       10.00

  Subtotal                    7.60
  Tax                         0.53
  Payment                     8.13
  Change Due                  1.87

Moes SW Grill
Hartsfield-Jacks
Atlanta Internat
Atlanta, Ga.
www.cintl.com
Comments? 1-866-203-5480
```

```
       Airtran Airways
       Payment Receipt

Date :            05Oct11
Confirmation Number : P73DWV
Receipt/Auth #      P73DWV-02

Received : Cash        20.00

                       20.00 USD
                       $20.00
                       $20.00 USD
Remarks :

Received by Agent : 69106

Signature: _____
```

```
       Airtran Airways
       Payment Receipt

Date :            12Oct11
Confirmation Number : AC3JYO
Receipt/Auth #      AC3JYO-02

Received : MasterCard   20.00

                        20.00 USD
                        $20.00
                        $20.00 USD
```
Redacted - Credit Card

Received by Agent: 112803

Signature: [signature]

# WORLD CENTER
## —— HOTEL ——

144 Washington Street, New York, NY 10006 • (212) 577-2933 • Fax: (212) 577-2133
Reservations: (877) 962-9270 • www.worldcenterhotel.com

```
ROOM        NAME                           FOLIO NO         ARRIVAL        TIME
WC1204      GALLAGHER, BARBARA             1076HY           10/05/11       18:05
MEMBER                                                      DEPART         TIME
WCH WEB                               Redacted - Credit Card 10/06/11      09:07
```

| DATE     | REFERENCE |                              | CHARGES | CREDITS | BALANCE |
|----------|-----------|------------------------------|---------|---------|---------|
| 10/05/11 | ROOM      | 1 Promotional Channel Rate   | 299.00  |         | 299.00  |
| 10/05/11 | TX-OCC    | 1 CITY OCCUPANCY TAX         | 17.57   |         | 316.57  |
| 10/05/11 | TX-CTY    | 1 CITY SALES TAX             | 13.46   |         | 330.03  |
| 10/05/11 | TX-ST     | 1 STATE SALES TAX            | 13.08   |         | 343.11  |
| 10/05/11 | WBSTE     | 1 Occupancy Surcharge Tax    | 3.50    |         | 346.61  |
| 10/06/11 | PVISA     | Redacted - Credit Card       |         | 346.61  | 0.00    |

                           Subtotals      $  346.61   346.61   0.00

                PAID IN FULL       THANK YOU!

The New York Experience for 2011

**Subject:** Expedia travel confirmation - New York, NY - Oct 05, 2011 - (Itin# 139259612752)
**From:** Expedia Travel Services (usmail@expediamail.com)
**To:** ballyglas@pobox.com;
**Date:** Thursday, September 22, 2011 2:13 PM

Thank you for booking your trip with Expedia. This email is your receipt for the travel item(s) you just booked.

Remember that you can always [visit our website] for the most up-to-date information.

### Flight: Dallas to New York // Baltimore to Dallas

Travelers: 1

| Total ticket cost | $276.28 |
| Taxes & Fees | $63.57 |
| Airfare total: | $339.80 |

| From | Date | Time | Airline |
|---|---|---|---|
| Dallas (Dallas-Fort Worth Intl.) to Atlanta (Hartsfield-Jackson Atlanta Intl.) | 10/05/11 | 10:52 AM - 1:55 PM | AirTran Airways 104 |
| Atlanta (Hartsfield-Jackson Atlanta Intl.) to New York (LGA) | 10/05/11 | 2:56 PM - 5:04 PM | AirTran Airways 354 |
| Baltimore (BWI) to Atlanta (Hartsfield-Jackson Atlanta Intl.) | 10/12/11 | 7:20 AM - 9:11 AM | AirTran Airways 473 |
| Atlanta (Hartsfield-Jackson Atlanta Intl.) to Dallas (Dallas-Fort Worth Intl.) | 10/12/11 | 10:15 AM - 11:35 AM | AirTran Airways 101 |

## GROUPON Getaways : Expedia

Sign up now and start exploring your world - one awesome deal at a time.    SIGN UP

We will forward your requests to the travel vendor, but as these are subject to availability we can not guarantee that they will be honored. Some special requests (e.g., ski racks, rollaway beds) may incur additional charges from the vendor.

Free and special meals are not available on many flights.

[Visit our website] for complete and up-to-date trip details, or to make changes online.

**Itinerary number: 139259612752**

If you have questions about your reservation, fill out our itinerary assistance form. We'll respond within 24 hours. For immediate assistance call Expedia.com at 1-800-EXPEDIA (1-800-397-3342) or 1-404-728-8787 and have the itinerary number ready.

Expedia Rewards™ Summary for this Itinerary

Expedia    Redacted - Account Number



**Subject:** Requested Email: Flight Payments and Charges   Itin: 138911332703 - Case ID : [REQ:S 28866267]
**From:** travel@customercare.expedia.com (travel@customercare.expedia.com)
**To:** ballyglas@pobox.com;
**Date:** Monday, October 17, 2011 2:05 PM

Dear Expedia Customer,

Subject: Expedia charge receipt

TOTAL NEW FARE...339.80
BASE OLD FARE..288.38
OLD TAX ..64.42
TOTAL OLD FARE..352.80
NEW-OLD FARE...-13.00
PENALTY FEE.....75.00
TOTAL EXCHANGE...62.00
OLD TICKET NUMBER...8680318456

Cardholder name: Barbara L Gallagher



**travelocity**

Paul E. Morrison

Your Travelocity Trip ID is: 3127 7583 7978

**Flights**

Wed, Oct 5, 2011                                            Online check-in code: KYCQTG

| | | |
|---|---|---|
| **Depart:** 11:45 am | Quincy, IL (UIN) | Cape Air, Flight 1146 |
| **Arrive:** 12:35 pm | St Louis, MO (STL) | Economy  Class |

Travel time: 50 mins

1 Stop - change planes in St Louis, MO (STL)
Connection Time: 2 hrs

| | | |
|---|---|---|
| **Depart:** 02:35 pm | St Louis, MO (STL) | American Airlines, Flight 1104 |
| **Arrive:** 05:59 pm | New York, NY (LGA) | Economy  Class |

Travel time: 2 hrs 24 mins

Thu, Oct 6, 2011                                            Online check-in code: KHCNAR

| | | |
|---|---|---|
| **Depart:** 06:45 pm | New York, NY (JFK) | American Airlines, Flight 4503 |
| **Arrive:** 08:35 pm | St Louis, MO (STL) | Economy  Class  Operated by AMERICAN EAGLE |

Travel time: 2 hrs 50 mins

1 Stop - change planes in St Louis, MO (STL)
Connection Time: 50 mins

| | | |
|---|---|---|
| **Depart:** 09:25 pm | St Louis, MO (STL) | Cape Air, Flight 1151 |
| **Arrive:** 10:15 pm | Quincy, IL (UIN) | Economy  Class |

Travel time: 50 mins

**Pricing**

| | |
|---|---|
| 1 Adult: | $518.44 |
| Taxes & Fees: | $37.90 |
| **Total:** | **$556.34** |

We charged a total of $556.34 to your [Redacted - Credit Card]

**Your Oct 5, 2011 - Oct 6, 2011 stay at the New York Marriott Downtown**

**Thanks for staying! <efolio@marriott.com>**  Sat, Oct 8, 2011 at 3:52 AM
Reply-To: Thanks for staying! <efolio@marriott.com>
To: PEMQCY@gmail.com

Thank you for choosing the New York Marriott Downtown for your recent stay.
As requested, below is a billing summary or adjustment for your stay. If you have questions about your bill, please contact us at (866) 435-7627 or mbs.customer.svc@marriott.com.

Summary of Your Stay

Hotel:  New York Marriott Downtown
 85 West Street at Albany Street
 New York, New York 10006
 USA
 (212) 385-4900

Guest:  MORRISON/PAUL/MR.

Redacted - Address

Dates of stay: Oct 05, 2011 - Oct 06, 2011
Room number: 3701
Guest number: 9511
Group number:
Marriott Rewards number: Redacted

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 10/05/11 | TELECOMM | WFB | 0.00 | |
| 10/05/11 | CONCEXP | CL | 5.51 | |
| 10/05/11 | STATETAX | CL | 0.49 | |
| 10/05/11 | CONCEXP | CL | 5.51 | |
| 10/05/11 | STATETAX | CL | 0.49 | |
| 10/05/11 | RMSERV | 3577 | 80.33 | |
| 10/05/11 | ROOM | 3701, 1 | 436.00 | |
| 10/05/11 | ROOMTX | 3701, 1 | 38.70 | |
| 10/05/11 | CITYTAX | 3701, 1 | 25.62 | |
| 10/05/11 | OCC JAV | OCC TAX | 3.50 | |
| 10/06/11 | Payment - Visa Redacted - Credit Card | | | 596.15 |

Total balance  0.00 USD

```
          4A24
    FR: 0399093
      /11 TR 3883
        END MILES
14:58 15:33 13.4
  CUSTOMER COPY
REGULAR FARE
RATE 1:$   33.30
SURCH: $    0.00
QMTNL :$    4.80
STSRCH:$    0.50
TIP  : $    7.00
TOTAL: $   45.60
```

[Redacted - Credit Card]

```
                D1.

--ORIGINAL--
MED#         9J64
DRIVER:   5393152
  CUSTOMER COPY
10/05/11 TR12607
START  END MILES
06:15 06:50 15.5
Regular Fare
RATE 1:$    35.30
SURCH: $     1.00
TriBB :$     4.80
STSRCH:$     0.50
TIP:   $     8.30
TOTAL: $    49.90
```

[Redacted - Credit Card]

```
     THANKS
  TO CONTACT TLC
    DIAL 3-1-1

--COPY--
MED#         9J64
DRIVER:   5393152
  MERCHANT COPY
10/05/11 TR12607
START  END MILES
06:15 06:50 15.5
Regular Fare
RATE 1:$    35.30
SURCH: $     1.00
TriBB :$     4.80
STSRCH:$     0.50
TIP:   $     8.30
TOTAL: $    49.90
```

[Redacted - Credit Card]

AirTran Airways Reservations                                              10/7/11 6:33 PM



# receipt & itinerary

Thank you for choosing AirTran Airways.
We will send you an email message containing your itinerary. To ensure you receive the message, you may wish to add confirmations@airtran.com to your address book.

### confirmation number: W7ZBPI

**Booking date:** Tue, Sep 27, 2011     **Status:** Closed
Should our flight schedule change, we will notify you by email as early as possible.

## Flight Details

Departing: **Wednesday, October 05, 2011**

| | | | |
|---|---|---|---|
| **Dallas/Fort Worth, TX (DFW)** 10:52 AM | to **Atlanta, GA (ATL)** 1:55 PM | Flight 104 | Coach |
| **Atlanta, GA (ATL)** 2:58 PM | to **New York, NY - LaGuardia (LGA)** 5:04 PM | Flight 354 | Coach |

Returning: **Thursday, October 06, 2011**

| | | | |
|---|---|---|---|
| **New York, NY - LaGuardia (LGA)** 5:49 PM | to **Atlanta, GA (ATL)** 8:13 PM | Flight 371 | Coach |
| **Atlanta, GA (ATL)** 10:20 PM | to **Dallas/Fort Worth, TX (DFW)** 11:40 PM | Flight 109 | Coach |

## Passengers and Seat Assignments

| Passenger | A+ Number | DFW-ATL | ATL-LGA | LGA-ATL | ATL-DFW |
|---|---|---|---|---|---|
| MICHAEL STUTTS | | 23A | 25F | 26A | 26A |

## Contact Information

MICHAELSTUTTS@SBCGLOBAL.NET
(Tel)

United States of America

## Pricing

*Total for 1 passenger(full detail)*
 Fare price:        $360.94
 Taxes/fees:        $69.86
 Seat fees:         $6.00
 Service fees:      $6.00
 **Total price:**   **$442.80**

## Payments

*Payment via Cash/Check*
 Form of payment:   TA
 Payment status:    Confirmed
 Payment amount:    $430.80
*Payment via Credit Card*
 Form of payment:   MasterCard
 Payment status:    Confirmed

# WORLD CENTER
## —— HOTEL ——

144 Washington Street, New York, NY 10006 • (212) 577-2933 • Fax: (212) 577-2133
Reservations: (877) 962-9270 • www.worldcenterhotel.com

| ROOM | NAME | | FOLIO NO | ARRIVAL | TIME |
|---|---|---|---|---|---|
| WC0313 | STUTTS, MICHAEL | | 1077J1 | 10/05/11 | 18:02 |
| MEMBER | | | | DEPART | TIME |
| WCH VOICE GDS | | | Redacted - Credit Card | 10/06/11 | 09:08 |

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 10/05/11 | ROOM | 1 Promotional Channel Rate | 319.00 | | 319.00 |
| 10/05/11 | TX-OCC | 1 CITY OCCUPANCY TAX | 18.74 | | 337.74 |
| 10/05/11 | TX-CTY | 1 CITY SALES TAX | 14.36 | | 352.10 |
| 10/05/11 | TX-ST | 1 STATE SALES TAX | 13.96 | | 366.06 |
| 10/05/11 | WBEFF | 1 Occupancy Surcharge Tax | 3.50 | | 369.56 |
| 10/06/11 | PMC | Redacted - Credit Card | | 369.56 | 0.00 |
| | | Subtotals $ | 369.56 | 369.56 | 0.00 |

PAID IN FULL --- THANK YOU!

The New York Experience for 2011

**HARLEM TRANS. CORP.**
B00919
(212) 663-8080

DATE: 10/06/11
Passenger's Name: Michael Stutts
Trip From: Manhattan, NY
To: LaGuardia Airport
Tolls:
FARE $65.00
Car#: 156
Driver Signature
Thank You!

PRINTED BY: K-PRINTING (212) 663-8003

---

VIEW OF THE WORLD
--- Terrace Club ---

0014a  Table 11  #Party 1
YOKO M     SvrCk: 8  7:43a 10/06/11

1 Adult Buffet                14.00

                Sub Total:    14.00
                      Tax:     1.24
                Sub Total:    15.24
         18% GRATUIT           2.52
10/06  8:05a TOTAL:           17.76

*-*-*-*-*-*-*
Club Quarters Hotel
140 Washington St
New York, NY 10006
(646) 746-3200
www.viewoftheworld.com
*-*-*-*-*-*-*

CHARGE TO ROOM

ROOM NO. _____

PRINT NAME _____
_____

GRATUITY _____

TOTAL _____

SIGNATURE _____


** BOOK YOUR HOLIDAY EVENT WITH US **
* 646.746.3117 *