**EXHIBIT A**
**Schultea Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------X
                                          :
                                          :     Chapter 11
                                          :
In re                                     :
                                          :     Case No. 09-10138 (KG)
Nortel Networks Inc., et al., [1]         :
                                          :     Jointly Administered
                    Debtors.              :
                                          :
                                          :
---------------------------------------------------------X
```

## DECLARATION OF KATHRYN SCHULTEA IN SUPPORT OF THE DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING THE DISPOSAL OF CERTAIN PRE-PETITION PRODUCT SHIPPING AND STORAGE DOCUMENTATION

I, Kathryn Schultea, declare under penalty of perjury as follows:

1.      I am the Chief Operating Officer ("COO") of RLKS Executive Solutions LLC ("RLKS"), professionals that have been retained as consultants to Nortel Networks Inc. ("NNI" or the "Company" and, together with the other above-captioned debtors, the "Debtors" or the "U.S. Debtors"). Since July 9, 2010, I have been assisting the Debtors with the wind down and liquidation of the Debtors' businesses and estates, including, without limitation, the preservation, organization, management of records, including records of the Debtors' hard copy and electronic data.

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

2.     I submit this declaration in support of the Debtors' Motion for an Order

Approving the Disposal of Certain Pre-Petition Product Shipping and Storage Documentation

(the "Motion").[2]

3.     Except as otherwise indicated, all facts set forth in this declaration are based upon

my personal knowledge, information supplied to me by employees of the Debtors or their

affiliates and professionals retained by the Debtors, or learned from my review of relevant

documents. If I were called upon to testify, I could and would testify competently to the facts set

forth herein. I am authorized to submit this declaration.

4.     In July, NNI was advised by Phoenix Telecom Solutions, a non-affiliated third

party-owned storage facility (the "Phoenix Facility") which NNI uses for inventory storage, that

it was holding in its warehouse in Durham, North Carolina pallets of what appeared to be bills of

lading. Bills of lading are documents evidencing the receipt of goods for shipment prepared by

the carrier duly accepting the goods for shipment containing information like item, quantity,

value, vessel details, date, port, consigner, consignee etc. NNI and the RLKS team have

determined that these pallets were sent to the Phoenix Facility in May of 2010 from Kuehne +

Nagel Inc. ("Kuehne & Nagel"), a third party transportation and logistics provider. I am advised

that during the pre-petition period, Kuehne & Nagel Inc. was the chosen integrated full service

logistics provider and warehouse management company for Nortel. This included shipping all

products to Nortel's end customers and managing all documentation associated with

warehousing and customer shipments.

5.     In August, NNI and RLKS performed an initial survey of the pallets and

determined that there are approximately 165 Tri-Wall cartons (the "Cartons"). We further

---

[2]   Capitalized terms used but not defined herein shall have the same meaning ascribed to them in the Motion.

determined that, in addition to hard copy bills of lading, the Cartons contained shipping and warehouse inventory reports, load inspection documents, requests for shipping and just-in-time files (the "Shipping Documentation"), dated as early as 1997 through dates in 2010. Attached hereto as Exhibit 1 to this declaration are samples of each of the categories of the Shipping Documentation.

6.      On September 8, my team and I conducted a further review of all of the Cartons and determined that approximately 115 of the Cartons contained stored records transmittal forms ("Transmittal Forms"). The Transmittal Forms describe, *inter alia*, the contents of the box, and when the box or contents were received. The remaining approximately 50 Cartons did not have transmittal forms and my team reviewed samples from each box to determine the type and date of each of the sample documents.

7.      Many of the Cartons we have reviewed are water-logged and otherwise damaged, with the documents stored therein in poor condition. As a result, much of the material contained in the damaged Cartons is illegible or destroyed. We have also determined that the Shipping Documentation relates to either the Northern Telecom Inc. or NNI businesses, but is not organized by product or business line.

8.      The Phoenix Facility currently charges approximately $71,000 a month for the storage of NNI's inventory. NNI's contract with the Phoenix Facility expires on December 31, 2011 and is not renewable. As a result, the Phoenix Facility will not continue to store the Shipping Documentation after December 31, 2011, and NNI must vacate the premises.

9.      The estimated cost to rebox as required, transport and store the Shipping Documentation for a minimum of one year is $228,500. I developed this estimate based on information from third parties, as well as an estimated cost for necessary RLKS involvement.

During the pre-petition period NNI retained Iron Mountain to store, destroy and dispose of records, files and documents, and has continued to use Iron Mountain post-petition for the Debtors' storage needs. NNI has obtained quotes Iron Mountain for materials and transporting the Shipping Documentation to storage, as well as the rate for storing the Shipping Documentation for at least one year. In addition, I have calculated the costs and labor associated with RLKS's work that would be required to categorize and rebox the Shipping Documentation to send it to Iron Mountain, which constitutes the large majority ($213,500) of the estimated costs.

10.    The cost of disposing of the Shipping Documentation is estimated to be $8,000. This estimate is derived from information provided by Iron Mountain.

11.    The cost of disposing of the Shipping Documentation is clearly more economical than the cost of removing it from the Phoenix Facility and storing it at Iron Mountain.

12.    Based on my review and consultation with various employees of NNI, NNI has no on-going need for the Shipping Documentation. NNI has no basis to believe the Shipping Documentation relates to claims or that the Shipping Documentation is organized in a manner that could make it useful (in contrast to information stored electronically). Based on my conversations with current and former NNI employees, it is my understanding that the Nortel Trade and Compliance group was responsible for maintaining electronic storage of shipping documentation since 2004.

13.    Further, the asset sales have all been completed and the corresponding transition services agreements have all expired. Accordingly, on September 28, 2011, NNI wrote to the

purchasers to notify of the potential disposal of the Shipping Documentation. To date, NNI has received no request for copies from a purchaser.

14.     The Debtors have sold off all of their businesses and are winding down any remaining operations. Since May of 2010, no employee of NNI has requested any of the Shipping Documentation. Nor has RLKS been requested to locate hard copy shipping documentation generally during the fourteen months we have been retained in this case.

15.     There is no fundamental purpose in continuing to store the Shipping Documentation, as continuing to do so would burden NNI's estate with unnecessary costs and the costs of removal from one facility and continued storage in another would incur costs that would be greater than the value of such assets.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: October 26, 2011
        Raleigh, North Carolina

Kathryn Schultea

5

# Exhibit 1

# WAYBILL TRACKING SHEET
## INBOUND FREIGHT

Date Received: _4/10/01_

Item(s): _A0287304 =2    P0658737= 7_

Carrier: _Ryder_

Supplier: _C - MAC_

Trailer#: _308421_

Quantity: _____

No. of Skids: _1 Bundle   1 Box_



# UNIFORM STRAIGHT BILL OF LADING

**ORIGINAL -- NOT NEGOTIABLE**

CNA 011110

| CARRIER | KYUCK | PICKUP DATE | 3rd PARTY BILLING | | DATE (MM/DD/YYYY) |
|---|---|---|---|---|---|

| PREPAID ☐ | COLLECT ☐ | OTHER ☐ | FRT OPT. - ACCT NO. | CUST P.O. NO/CASE NO. |
|---|---|---|---|---|

| SHIPPER | BILLING CODE | CONSIGNEE | BILLING CODE |
|---|---|---|---|
| **C-MAC NETWORK SYSTEMS, INC.** | 71250 GND  71251 AIR | | |
| **1187 Telecom Drive** | | STREET | |

| | STATE | ZIP CODE | CITY - COUNTY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| **Creedmoor** | **NC** | **27522** | | | |

| C-MAC CONTACT | PHONE | CONTACT | PHONE |
|---|---|---|---|

FOR PAYMENT BILL TO:
GIT STATS
INTERNATIONAL INC
C O C MAC NETWORK
SYSTEMS INC
384, ST JACOUES, SUITE 300
MONTREAL QC, H2Y 1S1

| PALETS / SKIDS | NUMBER | WEIGHT | HM | CLASS OR RATE | DESCRIPTION OF MATERIALS, SPECIAL MARKS AND EXCEPTIONS (ITEM NO. FOLLOWS DESCRIPTION) |
|---|---|---|---|---|---|
| 1 | Bulk | 10 | | 85 A | Telephones, Telephone Sets; or Telephone Parts N.O.I.B.N -- NMFC 63300 |
| 1 | CTN | 4 | | 4043 | Electronics HVP (Household Goods Tarriff 404, Section 3) |
| | | | | 92½ I | Machines Data Processing, Electronic Switchboard Parts, NMFC 116030, SUB 1 VRNX. $5.00/lb. |
| | | | | 60 J | (Pins) - Metal Blanks & Stampings - NMFC 30260 |
| | | | | 77½ E | Cable Terminals or Street Cable Terminal Boxes with or without interior fittings - NMFC 61260 |
| | | | | 60 F | Telephone Loading Costs - NMFC 63280 Sub 2 (Old, Used) |
| | | | | 60 | BATTERIES, WET FILLED WITH ACID, CORROSIVE MATERIAL, UN2794  NMFC60720 |
| | | | | 70 | Printed Matter -- NMFC 161870 |
| | | | | 100 | Computer Terminal, Peripherals and TOPS |
| | TOTAL WEIGHT | 14 | | | |

Subject to section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

Per _____
(Signature of Consignor)

FREIGHT CHARGES
☐ PREPAID
☐ COLLECT

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amounts prepaid.)

Charges Advanced:
$ _____

| C.O.D. SHIPMENT |
|---|
| C.O.D. Amt. _____ |
| Collection Fee _____ |
| Total Charges _____ |

**SPECIAL INSTRUCTIONS**

# 308 421

| Routing | | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|---|
| Trailer / Region | | | | | | | |
| Pieces | | | | | | | |
| Checker | | | | | | | |
| Date | | | | | | | |

| Mileage | Class | Special Rate / MSC | Rate | Charges | Net | Total |
|---|---|---|---|---|---|---|
| | | | | | | |

**If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Per _____

THIS IS TO CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

The property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if in its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and condition of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

| Driver(s) | Region | Tractor | Trip | Trailer | SHIPPER AUTHORIZED SIGNATURE | DATE 1/11/11 |
|---|---|---|---|---|---|---|
| 1. | | | | | CARRIER AUTHORIZED SIGNATURE  John Cook  5640 | DATE 1-10-01 |
| 2. | | | | | RECEIVED BY (SIGN & PRINT NAME)  Jerry Baxter | DEL DATE 4/10/0  NUMBER PCS RECEIVED |
| 3. | | | | | | |

**DRIVER COPY**

```
C-MAC Network Systems, Inc.                    Page:      1
C-MAC Shipping Manifest Report                 As-of date: 04/10/01 10:52
-------------------------------------------------------------------------------------------------------
Waybill #          PPS-no   Job #                    Cust-po     MAC #
-------------------------------------------------------------------------------------------------------


CNA011110AM        188065                            548102046   MAC0159799 10LBS 58X14X14
                                                                            Item #          Qty Shipped
                                                                            P0658737                  7

CNA011110AM        188114   Attn: Jerry Clemmer 992-3941  548102411   MAC0159810 4LBS 11X7X5
                                                                            Item #          Qty Shipped
                                                                            A0287304                  2
                                                                 ----------
                                                                         2
```

Continued on page:    2

# WAYBILL TRACKING SHEET
## INBOUND FREIGHT

Date Received: _4/10/01_

Item(s): _A0287304 =2    P0658737= 7_

Carrier: _Ryder_

Supplier: _C - MAC_

Trailer#: _308421_

Quantity: _____

No. of Skids: _1 Bundle    1 Box_

**PRESS HARD WHEN WRITING**





## UNIFORM STRAIGHT BILL OF LADING

**CNA** 011110

ORIGINAL -- NOT NEGOTIABLE

| CARRIER *KVDL K* | PICKUP DATE | 3rd PARTY BILLING ☐ | DATE (MM/DD/YYYY) |
|---|---|---|---|
| PREPAID ☐   COLLECT ☐   OTHER ☐ | FRT.OPT. - ACCT NO. | CUST P.O. NO/CASE NO. |  |

| SHIPPER **C-MAC NETWORK SYSTEMS, INC.** | BILLING CODE 71250 GND 71251 AIR | CONSIGNEE | BILLING CODE |
|---|---|---|---|
| **1187 Telecom Drive** | | STREET | |
| **Creedmoor** | STATE **NC** | ZIP CODE **27522** | CITY - COUNTY | STATE | ZIP CODE |

| C-MAC CONTACT | PHONE | CONTACT | PHONE |
|---|---|---|---|

FOR PAYMENT BILL TO:
GET STATS
INTERNATIONAL, INC
c/o C-MAC NETWORK
SYSTEMS, INC
865 ST. JACQUES, SUITE 300
MONTREAL, QC  H3Y 1S1

| PALLETS / SKIDS NO. | KIND | NUMBER OF CARTONS | WEIGHT SUBT. CORRECT | HM | CLASS OR RATE | DESCRIPTION OF MATERIALS, SPECIAL MARKS AND EXCEPTIONS (ITEM NO. FOLLOWS DESCRIPTION) |
|---|---|---|---|---|---|---|
| 1 | *n v/b* | | 10 | | 85 | A | Telephones, Telephone Sets; or Telephone Parts N.O.I.B.N -- NMFC 63300 |
| 1 | *CTU* | | 4 | | 4043 | | Electronics HVP (Household Goods Tariff 404, Section 3) |
| | | | | | 92½ | I | Machines Data Processing, Electronic Switchboard Parts. NMFC 116030, SUB 1 VRNX. $5.00/lb. |
| | | | | | 60 | J | (Pins) - Metal Blanks & Stampings - NMFC 30260 |
| | | | | | 77½ | E | Cable Terminals or Street Cable Terminal Boxes with or without interior fittings - NMFC 61260 |
| | | | | | 60 | F | Telephone Loading Costs - NMFC 63280 Sub 2 (Old, Used) |
| | | | | | 60 | | BATTERIES, WET FILLED WITH ACID. CORROSIVE MATERIAL. UN2794  NMFC60720 |
| | | | | | 70 | | Printed Matter -- NMFC 161870 |
| | | | | | 100 | | Computer Terminal, Peripherals and TOPS |
| | **TOTAL WEIGHT** | | *14* | | | | |

Subject to section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

Per _____
(Signature of Consignor)

**FREIGHT CHARGES**
PREPAID
Except if Box Below
Is Checked
☐ COLLECT

Received $ _____
to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amounts prepaid.)

Charges Advanced
$ _____

## SPECIAL INSTRUCTIONS

*308 #21*

| C.O.D. SHIPMENT |
|---|
| C.O.D. Amt _____ |
| Collection Fee _____ |
| Total Charges _____ |

| Routing | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|
| Trailer / Region | | | | | | |
| Pieces | | | | | | |
| Checker | | | | | | |
| Date | | | | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

| Mileage | Class | Special Rate / MSC | Rate | Charges | Net | Total |
|---|---|---|---|---|---|---|

Per _____

THIS IS TO CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

**RECEIVED,** subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

The property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If it its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any part of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and condition of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

| Driver(s) | | Region | Tractor | Trip | Trailer | SHIPPER AUTHORIZED SIGNATURE | DATE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | CARRIER AUTHORIZED SIGNATURE | DATE |
| | | | | | | RECEIVED BY (SIGN & PRINT NAME) | DEL DATE |

# UNIFORM STRAIGHT BILL OF LADING

ORIGINAL – NOT NEGOTIABLE

FIL___

| CARRIER | | PICKUP DATE | 3rd PARTY BILLING | | 4/12/05 |
|---|---|---|---|---|---|

| PREPAID ☐ | COLLECT ☐ | OTHER ☐ |
|---|---|---|

| SHIPPER | BILLING CODE | CONSIGNEE |
|---|---|---|
| Kuehne + Nagel Rec. | | Kuehne + Nagel RMR |
| | | STREET |

| RTP | STATE | ZIP CODE | CITY / COUNTY | | |
|---|---|---|---|---|---|
| | | | RTP | | |
| | | | CONTACT | | |

| PALLETS / SKIDS | | NUMBER OF CARTONS | WEIGHT SUB TO CORRECT | HM | CLASS OR RATE | | DESCRIPTION OF MATERIALS, SPECIAL MARKS AND EXCEPTION (HM AND NOF CLASS DESCRIPTION) |
|---|---|---|---|---|---|---|---|
| NO. | KIND | | | | | | |
| | | | | | 85 | A | Telephones Telephone Sets & Telephone Parts – NMFC (ed 3) |
| | | | | | 4043 | | Electronics HVP Hardware Cost Terminal Factor 3 |
| 1 | Enl. | | | | 92½ | I | Machines Data Processing Electronic & Word and Parts, NMFC 116030, SUB 1, RV SK 350.00 |
| | | | | | 60 | J | Insulated Copper Cable |
| Duplicate Material | | | | | 77½ | E | Cable Terminals, Stud and/or Terminal Base Attached with/and/or Fittings – NMFC 6 260 |
| | | | | | 60 | F | Telephone Loading Coils – NMFC 63280 Sub 2 (Old U.S.) |
| | | | | | 60 | | BATTERIES WET FILLED WITH ACID CORROSIVE MATERIAL UN2794 N PG 7 |
| | | | | | 70 | | Printed Matter – NMFC 161370 |
| | | | | | 100 | | Computer Terminals Peripherals and TOPS |
| **TOTAL WEIGHT** | | | | | | | |

FREIGHT CHARGES
PREPAID
Except In Box Below
Is Checked
☐ COLLECT

SPECIAL INSTRUCTIONS

RMA # 0504126143

| Routing | | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|---|
| Trailer / Region | | | | | | | |
| Pieces | | | | | | | |
| Checker | | | | | | | |
| Date | | | | | | | |

| Mileage | Class | Special Rate / MSC | Rate | Charges | Net | Total |
|---|---|---|---|---|---|---|
| | | | | | | |

THIS IS TO CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED DESCRIBED PACKAGED MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

RECEIVED subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

| Driver(s) | Region | Tractor | Trip | Trailer | SHIPPER AUTHORIZED SIGNATURE | DATE |
|---|---|---|---|---|---|---|
| 1 | | | | | Rugolee | 4/12/05 |
| | | | | | CARRIER AUTHORIZED SIGNATURE | DATE |
| 2 | | | | | | |
| 3 | | | | | RECEIVED BY SIGNATURE / PRINT NAME Robert Nelson | FULL / NET 4/12/05 NUMBER POS. RECEIVED 1 |



**KUEHNE & NAGEL**

# Nonconforming Material Report

## Section 1 *(to be completed by the inspector)*

| Inspected By: Jauy | Inspection Date: 4/12/05 | System House or LOC Location: RJP | Order Number: F934 10 EB AKEB? sull |
|---|---|---|---|

| Container Type: | | Rejected For: | Container # DRPO 114 862 |
|---|---|---|---|
| ◻ Frame | | ◻ Damage | |
| ◻ Skid | | ◻ Cancelled/Deleted | Waybill # |
| ◻ Crate | | ◻ Return | 1Z7014W3 66 8461 1261 |
| ◻ Carton/Box | | ◻ Invalid (Explain) | Carrier |
| ☒ Envelope | | ☒ Other | LIPS |
| ◻ Bundle | | | Purchase Order: # |
| ◻ Other | | | DG5 00 606 |

**Explanation of Discrepancy:**

Duplicate

## Section 2 *(to be completed by the investigator)*

| Investigated By: Jauy | Discrepancy Caused By: Duplicate | Address: |
|---|---|---|
| Re-order Product: ◻ Yes ☒ No | File Claim: ◻ Yes - Claim # _____ ☒ No | |

## Section 3 *(to be completed by the person or group responsible for giving disposition)*

| Disposition: | Given By Signature: |
|---|---|
| ◻ Use As Is | |
| ◻ Repackage, Rework, or Repair | |
| ◻ Re-grade or sell at reduced price | Date: Jauy |
| ◻ Return to Supplier (RMA Required) | |
| ◻ Scrap (Documented Authorization Required) | Address: 4/12/05 |
| ☒ Send to RMR (RMA Required) | |
| ◻ Other | |

## Section 4 *(Record additional notes and comments here)*

RMA # 0504 12 6843

...ing List # 39C003991183368

Shipped Date: 07/04/2005

Doculink International
130 Herzberg Rd
Ottawa Ontario

Purchase Order # 39C003991

DGJ 00106

**Country Of Origin: Canada**

Sales Ref A:  1000502013

Sales Ref B:

**Ship To:** NORTEL C/O KN LOGISTICS
NORTEL C/O KN LOGISTICS
4001 E. CHAPEL HILL-NELSON HWY
RTP   NC
27709        F93U10  ER A&EBm sun
US

**Bill To:** ▆▆▆▆▆▆▆▆▆▆
Attn. Accounts Payable
413 Interamerica Blvd. WH1
PMB 027 - 245
LAREDO   TX
78045
US

| Item | Description | U/M | Ordered | Shipped |
|------|-------------|-----|---------|---------|
| NTJ240FA  Ω10 10715 | PCR 6.1 SW CDROM for PVG SN07 | EA | 1 | 1 |

DRP0114862

**Manifest**
Origin USA

P.O. Box 295
North Myrtle Beach, South Carolina 29597-0295
Telephone (843) 272-6165 • Fax (843) 272-1607

## Escod Industries
//////////

Consignee

NORTEL - CDC
1000 INNOVATION AVE
MORRISVILLE NC 27560
Via:

Date:

|   |   |   |
|---|---|---|
| **S** | DATE | : 06/16/00 |
| **H** | SHIP VIA | : BEST CARTAGE |
| **I** | Country of Origin | · UNITED STATES |
| **P** | Country of Ultimate Destination | : USA |
|   | Special comments: TRUCK# 33099 | |
| **T** | | |
| **O** | | |

| BOXES | WEIGHT | PART NUMBER/ORDER NUMBER | | CUSTOMER P.O. NO. | QUANTITY | BAR CODE NUMBER | SPEC. NO. |
|---|---|---|---|---|---|---|---|
| Boxes | Weight | Ship Reference | Customer Order# | | Qty | Reference | |
| 1 | 43 | 72309-1 | F28R25-1400-XLI | | 2 | ESC0160586 | |
| 1 | 5 | 72310-1 | F28R435-1301-SL | | 2 | ESC0160588 | |
| 1 | 1 | 72362-1 | NCFP0414 | | 1 | | |
| 1 | 70 | 72380-1 | F93Q07E-1301-XL | | 40 | ESC0160667 | |
| 1 | 3 | 72639-1 | F92K43A-1400-XL | | 2 | ESC0160629 | |
| 1 | 7 | 72715-1 | MM067381-MO-SLI | | 2 | ESC0160647 | |
| 1 | 2 | 72847-1 | | | 12 | | |

Total Weight:     4372          Total Cables:     843

Received in apparent good condition

Page          of

By _____ Date _____

**If delivered by Escod truck, send Part 1, White Copy, back with the driver.**

CUSTOMER COPY

**Manifest**
Origin USA

P.O. Box 295
North Myrtle Beach, South Carolina 29597-0295
Telephone (843) 272-6165 • Fax (843) 272-1607

## Escod Industries
///////////

NORTEL    CDC
1000 INNOVATION AVE
MORRISVILLE NC 27560
Via:

Date:

|   |   |   |
|---|---|---|
| **S** | DATE | : 06/16/00 |
| **H** | SHIP VIA | : BEST CARTAGE |
| **I** | Country of Origin | : UNITED STATES |
| **P** | Country of Ultimate Destination | : USA |
|   | Special comments: TRUCK# 33099 |   |
| **T** |   |   |
| **O** |   |   |

| BOXES | WEIGHT | PART NUMBER/ORDER NUMBER | | CUSTOMER P.O. NO. | QUANTITY | BAR CODE NUMBER | SPEC. NO. |
|---|---|---|---|---|---|---|---|
| Boxes | Weight | Ship Reference | Customer | Order# | Qty | Reference | |
| 1 | 4 | 70312-1 | | H2Z955-1301-SLI | 2 | ESC0160652 | |
| 2 | 906 | 70440-1 | | H3A631-1400-SLI | 163 | ESC0160654-5 | |
| 1 | 70 | 70899-1 | | H2T634-1301-SLI | 58 | ESC0160595 | |
| 1 | 3 | 70986-1 | | H2S658-1400-SLI | 3 | ESC0160611 | |
| 1 | 347 | 70989-1 | | H2W535-1301-SLI | 76 | ESC0160590 | |
| 1 | 6 | 70990-3 | | H2W535-1400-SLI | 6 | ESC0160589 | |
| 2 | 811 | 71035-1 | | H3D804-1400-SLI | 87 | ESC0160664-5 | |
| 1 | 243 | 71047-1 | | H2P145-1400-SLI | 24 | ESC0160620 | |
| 2 | 1040 | 71141-1 | | H2M963-1400-SLI | 175 | ESC0160657-8 | |
| 1 | 3 | 71146-2 | | H2P280-1400-SLI | 3 | ESC0160622 | |
| 1 | 8 | 71156-1 | | Q7504RN-139-SLI | 1 | ESC0160615 | |
| 1 | 4 | 71166-1 | | Q41653-1301-XLI | 2 | ESC0160607 | |
| 1 | 7 | 71401-1 | | Q41636-1301-XLI | 10 | ESC0160609 | |
| 1 | 7 | 71576-1 | | F97EU5-1400-XLI | 4 | ESC0160594 | |
| 1 | 323 | 71627-2 | | H3Z347-1400-SLI | 72 | ESC0160659 | |
| 1 | 10 | 71631-1 | | N60DB4-1200-XLI | 2 | ESC0160626 | |
| 1 | 36 | 71633-1 | | N60DB4-1400-XLI | 6 | ESC0160644 | |
| 1 | 10 | 71634-1 | | N60DFA-1200-XLI | 2 | ESC0160625 | |
| 1 | 24 | 71636-1 | | N60DFA-1400-XLI | 4 | ESC0160646 | |
| 1 | 10 | 71637-1 | | N60DFC-1200-XLI | 2 | ESC0160624 | |
| 1 | 24 | 71639-1 | | N60DFC-1400-XLI | 4 | ESC0160645 | |
| 1 | 10 | 71640-1 | | N60DFE-1200-XLI | 2 | ESC0160627 | |
| 1 | 24 | 71642-1 | | N60DFE-1400-XLI | 4 | ESC0160648 | |
| 1 | 2 | 71650-1 | | Q97205D-1200-XL | 2 | ESC0160618 | |
| 1 | 2 | 71651-1 | | Q97206D-1200-XL | 2 | ESC0160616 | |
| 1 | 8 | 71667-2 | | H3E038-1400-SLI | 15 | ESC0160666 | |
| 1 | 7 | 71684-2 | | N60CC2-1301-XLI | 16 | ESC0160634 | |
| 1 | 18 | 71687-1 | | Q53A10S-1400-XL | 2 | ESC0160650 | |
| 1 | 5 | 71781-1 | | Q7510N-1200-XLI | 2 | ESC0160606 | |
| 1 | 34 | 71821-1 | | F34R36Q-1400-XL | 6 | ESC0160596 | |
| 1 | 166 | 71859-1 | | Q41429X-139-SLI | 8 | ESC0160600 | |
| 1 | 55 | 71861-1 | | Q53A381-139-SLI | 8 | ESC0160608 | |
| 1 | 3 | 71863-1 | | Q53A6D-1301-XLI | 2 | ESC0160605 | |
| 1 | 4 | 71959-1 | | H3D822-124-SLI | 2 | ESC0160613 | |
| 1 | 5 | 71960-1 | | H3D873-124-SLI | 2 | ESC0160612 | |
| 1 | 2 | 72303-1 | | H2X921-1400-SLI | 3 | ESC0160610 | |

Received in apparent good condition

Page         of                    By _____ Date _____

**If delivered by Escod truck, send Part 1, White Copy, back with the driver.**

# NORTEL NETWORKS

**6200 EAST DIVISION STREET**
**LEBANON, TN. 37087**

| | | |
|---|---|---|
| CONTAINERS | | PRINTED ON | PAGE |
| 6701-2 | | 07/25/2001 | 1 |

| CONTAINERS | SALES ORDER NO. | PRINTED ON | PAGE |
|---|---|---|---|
| | 0067059125 | 07/25/2001 | 1 |

| LBS | KGS | ORDER DATE | MASTER AGREEMENT NUMBER |
|---|---|---|---|
| 11.47 | 5.21 | 06/06/2001 | |

| CHARGE | CUSTOMER PURCHASE ORDER NUMBER |
|---|---|
| 10.22 | HL1208 |

## PACKING LIST

| DELIVERY NO. | DATE SHIPPED | BILL OF LADING NO. |
|---|---|---|
| 0600924697 | 07/25/2001 | |

| METHOD OF SHIPMENT | FREIGHT TERMS | SHIPPING POINT |
|---|---|---|
| FED EX 2 DAY | FOB ORIGIN/PPD & ADD | 0200 |

1000 INNOVATION AVENUE
JOB ASSIGNED   - D1DROP
MORRISVILLE 27560
NC UNITED STATES

NORTEL NETWORKS
PO BOX 13977
RESEARCH TRIANGLE PARK 27709
NC UNITED STATES

SHIP TO CUSTOMER
227183

SOLD TO CUSTOMER
224025

| LINE | PRODUCT NUMBER | PRODUCT DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACKORDERED |
|---|---|---|---|---|---|
| | ACCOUNT CONTACT:  KATHY HALL | | | | |
| | TEL:  (978) 288-2080   FAX:  (978) 288-3444 | | | | |
| | E-MAIL:  KHALL1@NORTELNETWORKS.COM | | | | |
| | PLEASE SHIP TO ARRIVE AT THE CUSTOMER SITE ON (AND NOT BEFORE)2001081 | | | | |
| | DDG01017/HL1208 | | | | |
| | | Weight = 11.47 lbs / 5.21 kgs | | | |
| | | Pieces = 1 | | | |
| 10 000001 | AL1912E01 | BAYSTK 310-24T BASE UNIT NA | 1 | 1 | 0 |
| | SMAL1B0JZD | | | | |

4427955691
BAY1955

```
Ordered Picking List for Week + 1                                                          Page: 1
Plant: ACCESS                                                                               Date: 2001/08/15
Using SOH and Promises                                                                      Heure: 6:44
Week: 2001-33       Day: Wednesday
                              Chariot:              No usager:          No RF:          Date:          Heure:
```

---

```
                                                                                    Page for order: 1
Level Rank SOH Ty No     Site    Scheduled  Adjusted   Required   Pickable  Hld Blk Grp Jeo Reference B        Related ID      NT control
----- ---- --- -- ------ ------- ---------- ---------- ---------- --------- --- --- === === ----------------   -------------- --------------
              Customer          Specific
              ---------------  --------------
  H        Yes MC 018051 00-LEXIN 2001-08-24 2001-08-24 2001-08-31          No  No      No  54800153204                       A983RR
              GTE INCORPORATED BAY-LAYDOWN AMERICAN
```



---

```
---------------------------- Items ------------------------------ ---- Loc.1 ---- ---- Loc.2 ---- ---- Loc.3 ---- Total                TO
Item   WH   T  Product code        Qty/Qty   S BB  Pickable     SOH   Location SOH   Location SOH   Location SOH   Plant       Mak. Acc. WH
------ ---- -- ------------        --------- - --  ---------    ----- -------- ---   -------- ---   -------- ----- --------    ---- ---- ---
000100 FGA    NT7A99EA                 5          No                3 J0702C    20 B0402A     0              23 ACCESS          0 0510 FGA
```



---

Ordered by: Block, Allocation path, BB, Location 1, Product code, Item.

                                                                    F406
                                                    Order Fullfilment Optimization Tool

# Marshall Inventory 3rd Pass

| WI # | Container | Y/N | Area | Location | Order | D-Date | H-Date | Type | Weight | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DRP0088612 | | MARSHALL | 54F01 | H9B688 | 27-Oct-03 | 27-Oct-03 | Bay/Frame | 640 | 36 | 36 | 91 |
| | DRP0088613 | | MARSHALL | 54F01 | H9B688 | 27-Oct-03 | 27-Oct-03 | Bay/Frame | 880 | 36 | 36 | 91 |
| | CDC001089 | | MARSHALL | 54F02 | 814516683 | 2-Nov-01 | | Skid/Palle | 250 | 30 | 30 | 30 |
| | ANX0621141 | | MARSHALL | 54F02 | H4A748 | 26-Mar-03 | 25-Mar-03 | Skid/Palle | 74 | 42 | 30 | 19 |
| | ATM0020889 | | MARSHALL | 54F02 | H9D234 | 1-Apr-03 | 31-Mar-03 | Triwall/Mu | 314 | 42 | 30 | 42 |
| | CRE0762404 | | MARSHALL | 54G01 | Q53C760C | 13-Apr-03 | 14-Apr-03 | Bay/Frame | 520 | 22 | 36 | 89 |
| | CRE0762392 | | MARSHALL | 54G01 | Q7529400 | 6-Apr-03 | 7-Apr-03 | Bay/Frame | 520 | 22 | 36 | 89 |
| | CRE0762523 | | MARSHALL | 54G01 | Q7529400 | 6-Apr-03 | 7-Apr-03 | Bay/Frame | 1130 | 47 | 31 | 92 |
| | CDC000942 | | MARSHALL | 54G02 | 814516670 | 2-Nov-01 | | Skid/Palle | 450 | 50 | 33 | 44 |
| | ANX0623791 | | MARSHALL | 54G02 | H4A610 | 21-Dec-02 | 20-Dec-02 | Triwall/Mu | 239 | 42 | 30 | 42 |
| | ATM0021534 | | MARSHALL | 54G02 | Q53C9L06 | 20-Apr-03 | 21-Apr-03 | Triwall/Mu | 415 | 42 | 30 | 42 |
| | CRE0762184 | | MARSHALL | 54H01 | H9D234 | 1-Apr-03 | 31-Mar-03 | Bay/Frame | 540 | 31 | 33 | 92 |
| | CRE0761854 | | MARSHALL | 54H01 | Q7528101 | 9-Mar-03 | 10-Mar-03 | Bay/Frame | 595 | 31 | 33 | 92 |
| | RWL0027594 | | MARSHALL | 54H01 | Q75YSS00 | 30-Mar-03 | 31-Mar-03 | Crate | 248 | 41 | 31 | 35 |
| | MEM0000105 | | MARSHALL | 54H02 | H9D330 | 15-Apr-03 | 14-Apr-03 | Triwall/Mu | 118 | 42 | 30 | 32 |
| | VOC0002744 | | MARSHALL | 54H02 | Q7523V05 | 13-Apr-03 | 14-Apr-03 | Skid/Palle | 300 | 42 | 30 | 28 |
| | ANX0623372 | | MARSHALL | 54H02 | Q7528401 | 16-Mar-03 | 17-Mar-03 | Skid/Palle | 63 | 42 | 30 | 13 |
| | ANX0623386 | | MARSHALL | 54H02 | Q7528401 | 16-Mar-03 | 17-Mar-03 | Skid/Palle | 69 | 42 | 30 | 9 |
| | CRE0762210 | | MARSHALL | 54K01 | Q7528401 | 16-Mar-03 | 17-Mar-03 | Bay/Frame | 560 | 31 | 33 | 92 |
| | RWL0027598 | | MARSHALL | 54K01 | Q75YSN00 | 30-Mar-03 | 31-Mar-03 | Crate | 320 | 41 | 31 | 33 |
| | MEM0001975 | | MARSHALL | 54K02 | HL6192 | 15-Apr-03 | 14-Apr-03 | Triwall/Mu | 82 | 42 | 30 | 42 |
| | MAC0360992 | | MARSHALL | 54K02 | NCAUT500 | 20-Apr-03 | 21-Apr-03 | Carton | 72 | 38 | 30 | 19 |
| | ANX0616948 | | MARSHALL | 54K02 | Q53D0C00 | 23-Mar-03 | 24-Mar-03 | Skid/Palle | 140 | 42 | 30 | 13 |
| | ANX0616952 | | MARSHALL | 54K02 | Q53D0C00 | 23-Mar-03 | 24-Mar-03 | Triwall/Mu | 160 | 42 | 30 | 32 |
| | RWL0027492 | | MARSHALL | 54L01 | Q75YST00 | 30-Mar-03 | 31-Mar-03 | Crate | 725 | 29 | 92 | 41 |
| | RWL0027491 | | MARSHALL | 54L01 | Q75YSU00 | 13-Apr-03 | 14-Apr-03 | Crate | 725 | 29 | 91 | 41 |
| | MEM0001080 | | MARSHALL | 54L02 | H9B970 | 4-Feb-03 | 3-Feb-03 | Skid/Palle | 122 | 42 | 30 | 32 |
| | MEM0001570 | | MARSHALL | 54L02 | H9D234 | 1-Apr-03 | 31-Mar-03 | Skid/Palle | 1389 | 55 | 44 | 10 |
| | ATM0021113 | | MARSHALL | 54L02 | Q7529400 | 6-Apr-03 | 7-Apr-03 | Skid/Palle | 214 | 30 | 19 | 21 |
| | ANX0618030 | | MARSHALL | 54M01 | Q7528401 | 16-Mar-03 | 17-Mar-03 | Reel | 472 | 42 | 30 | 24 |
| | RTP2794250 | | MARSHALL | 54M01 | Q75YSN00 | 30-Mar-03 | 31-Mar-03 | Skid/Palle | 287 | 30 | 93 | 33 |
| | RWL0027580 | | MARSHALL | 54M01 | Q75YSN00 | 30-Mar-03 | 31-Mar-03 | Crate | 183 | 26 | 89 | 19 |
| | CDC000940 | | MARSHALL | 54M02 | 814516673 | 2-Nov-01 | | Triwall/Mu | 350 | 44 | 41 | 32 |
| | CDC000932 | | MARSHALL | 54N01 | 814516670 | 2-Nov-01 | | Crate | 400 | 98 | 30 | 33 |
| | CDC001075 | | MARSHALL | 54N01 | 814516683 | 2-Nov-01 | | Skid/Palle | 440 | 60 | 30 | 30 |
| | VOC0002602 | | MARSHALL | 54N02 | H9D243 | 24-Feb-04 | 23-Feb-04 | Skid/Palle | 300 | 42 | 30 | 28 |
| | CDC000961 | | MARSHALL | 54P01 | 814516668 | 2-Nov-01 | | Crate | 400 | 98 | 30 | 3 |
| | CDC000935 | | MARSHALL | 54P01 | 814516670 | 2-Nov-01 | | Crate | 400 | 98 | 30 | 33 |
| | CRE0762413 | | MARSHALL | 55B01 | H4A610 | 21-Dec-02 | 20-Dec-02 | Bay/Frame | 250 | 22 | 36 | 89 |
| | CRE0762149 | | MARSHALL | 55B01 | HL6397 | 24-Mar-03 | 24-Mar-03 | Bay/Frame | 479 | 22 | 36 | 89 |
| | CRE0762583 | | MARSHALL | 55B01 | Q750440R | 20-Apr-03 | 21-Apr-03 | Bay/Frame | 700 | 31 | 33 | 80 |
| | CDC000947 | | MARSHALL | 55B02 | 814516673 | 2-Nov-01 | | Skid/Palle | 450 | 50 | 33 | 44 |
| | CDC001072 | | MARSHALL | 55B02 | 814516685 | 2-Nov-01 | | Skid/Palle | 130 | 30 | 20 | 20 |
| | MEM0001263 | | MARSHALL | 55B02 | HB7813 | 15-Apr-03 | 14-Apr-03 | Skid/Palle | 50 | 42 | 30 | 13 |

SVR(3) 1. MEM 0001252 NEW    2. _____

5. _____    6. _____

7. _____    8. _____

ORNING

## PACKING SLIP

ming Cable Systems
REYNOSA
PARQUE INDUSTRIAL DEL NORTE
REYNOSA TAMPS        88500

11300002      -0032
NORTHERN TELECOM CO INC
JOB ASSIGNED/D1 DROP
1000 INNOVATION AVENUE
WOODLAKE CENTER
MORRISVILLE NC   27560

ATTN:NORTEL/EGYPT
PO: DCOO6226
PROJ: F99PZ1
SPEC: 996
LOT:SLI

CUSTOMER'S COPY
PR          TE: 7/23/01
            TIME: 16:07:28:

11300002
NORTHERN TELECOM
ACCOUNTS PAYABLE DEPARTMENT
P.      X 80510
  VILLE TN   37208-0510

— CERTIFICATE OF COMPLIANCE —
This is to certify that the product contained in this
shipment was manufactured according to Corning
Cable Systems' specifications and procedures.

Emery
next-day

| P.O. NUMBER | REL NUM | SALESPERSON | SHIP DATE |
|---|---|---|---|
| 4-EJ11453 | 003 | DARLENE EXON | 7/24/01 |

| CUSTOMER ORDER NUMBER | FREIGHT TERMS | CARRIER | ORDER DATE |
|---|---|---|---|
| DCOO6226 | FOB DEST/PP & ADD | EMERY NEXT DA | 6/18/01 |

| ITEM NUMBER / DESCRIPTION | T.C | U/M | QUANTITY ORDERED | QUANTITY SHIPPED | BACK ORDERED |
|---|---|---|---|---|---|
| 002  A0349996  CEV KIT,  RIGHT, 18 GOLD 390´S W/MS2,22GA  A0349996  CUSTOMER ORDER LINE: 0002  REQ. SHIP DATE: 7/24/01  REQ. ONSITE DATE:  7/27/01 | ** | EA | 1 | 1 | 0 |

STG-1

SEE CUSTOMER MESSAGES
SHIP LINE #2 - EMERY AIR AS PER LENNIS COOPER
(DUE 07/23/01)
SHIP UPS OR CONSOLIDATED FREIGHT ONLY!!!
TOTAL HEIGHT OF EACH SHIPMENT, INCLUDING PALLET AND BOXES,
CANNOT EXCEED 45 INCHES.
MARK ALL PACKAGES AND PAPERWORK W/ PO#DCOO6226 , PROJECT:
#F99PZ1 , SPEC:996 , LOT:SLI
*** ATTN: SHIPPING ***-WEIGHTS AND DIMENSIONS MUST BE NOTED
ON ALL PACKING SLIPS FOR EACH PALLET/BOX/CARTON OF EACH
SHIPMENT. ***
*** LOC 70 & 74 *** CABLE ASSEMBLIES ONLY *** P2 LABEL IS
REQUIRED. *** 3S LABEL IS REQUIRED. CHECK TO MAKE SURE THE
AO NUMBER IS ON THE 3S LABEL BEFORE PLACING THE LABEL ON THE
OUTSIDE BULK PACKAGING. ***
INQUIRIES CALL 828-327-5320
Corning Cable Systems

DRPC079973
MIS030548
MIS030549

3 ship  42 x 42 x 45

154917952y

456

18 Box wt 456 lbs    CARRIER _____    B/L _____

INSPECTOR _____

**Request For Shipment**

Northern Telecom, Inc.

# N⊕RTEL
## NORTHERN TELECOM
## 488159

| Check one | | | | Date |
|---|---|---|---|---|
| ☐ DMS-10 | ☐ DMS-100 | ☒ Other (specify) | | 7-12-01 |

| Ship to | Vendor no. | From |
|---|---|---|
| Windcom Purchasing LLC | | L___ |

| Address | Dept. no. | Ext. |
|---|---|---|
| 13503 Leetown County _____ | NJ 38 | 864 |

| City, state | Approved by (Traffic dept.) |
|---|---|
| Ashton  Va. | |

| Zip | Attn: | Dept. | Approved by (Dept. mgr.) |
|---|---|---|---|
| 20147 | Pat Farrell | | |

| Bill to (if different from above) | Vendor no. | Ship via (✓ one) |
|---|---|---|
| | | ☐ UPS   ☐ Truck   ☒ Air freight |

| RMA number(s) | MDR number(s) | Terms |
|---|---|---|
| | | ☐ Freight prepaid   ☐ Freight collect |

| P.O. no. | Description/comments | Unit transfer price | Serial no. |
|---|---|---|---|
| 2 | NT9, pvr N / npcs 867 | $ 334.59 ea | |
| 2 | NT___ 82 AN / Av3 5¢518 | $ 27 59 ea | |
| __ | ___ 72 AN / A_3 8401¢ | $ 7.37 ea | |
| 4 | NT___ 85 H N / nv_ 75___ | $ __ 7 ea | |

## Additional information required including Canadian and export shipments

A.  Original material location being relieved: _____

B.  P.O. number(s) material originally received on: _____ N/A

C.  Type of return/usage overseas (check one below)

    1.  ☐ Return for credit only (to be billed) - original P.O. no.

    2.  ☐ Return for credit and replacement (to be billed ) - "R" P.O. no.

    3.  ☐ Return for rework or testing (do not bill) "L" P.O. no.

    4.  ☐ Return at no charge (do not bill) - dept. to charge or exp. P.O. no.

    5.  ☐ Sale of material (attach copy of P.O.) - P.O. number of purchaser

    6.  ☒ Other (specify)

| D. Will material return to U.S.? | ☐ yes   ☐ no | Country of manufacture | US |
|---|---|---|---|

| E. Total value of return or sale | ☒ U.S. $ 1___.__ | ☐ Canadian |
|---|---|---|

F.  Carrier and date of shipment to U.S.A.

For prompt shipment, please fill out form completely, (except for packing information) and obtain proper authorizations. Air shipments must be authorized by the department supervisor and traffic manager. Dollar values are required for Puerto Rico shipments. Notes: If the Canadian and export information is not complete, this form cannot be processed and will be returned to you. P.O. box addresses must be handled through the mail room.

RA-11-620-2 (4/96)

**BaaN 548 Annual Physical Inventory**
General Instructions

# Cut-Off Coordination

**Emergency Shipments Request**

**Requestor:** _____ Jerry  Clemmer _____

**Customer:** ___

**Ship to Address:** _22001  Loudoun  County  Parkway_

_Ashburn ,  Va    20147_

**BaaN Sales Order:** _____ 17513 _____

**PEC Code/ Item :** ___ NT4K85HA_ / _Aq375505_

**Quantity:** _____ 4/ _____

**Warehouse and Location:** __ FCU / COCO2B __

**Preferred Carrier:** _____

**GPSM Container:** _____

BaaN API Instructions
Author:Bob Cleary
API Prime
Nortel Networks Logistics

**BaaN 548 Annual Physical Inventory**
General Instructions

# Cut-Off Coordination
## Emergency Shipments Pick Ticket

**Warehouse:** _____ F C U _____    **Team Leader:** _____

**Sales Order:** _____ 17513 _____    **Coordinator:** _____

**Position Number:** _____ 4 _____    **Finance:** _____

| Item | Quantity | Location | Serial Number | Carton | Waybill | Carrier | Before | After |
|------|----------|----------|---------------|--------|---------|---------|--------|-------|
| NT4K8SHA | 4 | G0602B | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Picker:** _____

BaaN API Instructions
Author:Bob Cleary
API Prime
Nortel Networks Logistics

## BaaN 548 Annual Physical Inventory
General Instructions
# Cut-Off Coordination
## Emergency Shipments Request

**Requestor:** ___Jerry  Clemmer___

**Customer:** __

**Ship to Address:** __22001  Loudoun  County  Parkway__

__Ashburn ,  Va  20147__

**BaaN Sales Order:** ___17513___

**PEC Code/ Item :** ___NTYK73AK___ / __A0389519__

**Quantity:** ___2___

**Warehouse and Location:** ___FGU / Co301A___

**Preferred Carrier:** _____

**GPSM Container:** _____

BaaN API Instructions
Author:Bob Cleary
API Prime
Nortel Networks Logistics

**BaaN 548 Annual Physical Inventory**
General Instructions
# Cut-Off Coordination
## Emergency Shipments Pick Ticket

Warehouse: _____ F C U _____          Team Leader: _____
Sales Order: _____ 1 75 1 3 _____     Coordinator: _____
Position Number: _____ 3 _____        Finance: _____

| Item | Quantity | Location | Serial Number | Carton | Waybill | Carrier | Before | After |
|------|----------|----------|---------------|--------|---------|---------|--------|-------|
| NT4K3JAA | 2 | C0361N | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Picker:** _____

BaaN API Instructions
Author:Bob Cleary
API Prime
Nortel Networks Logistics

| PRODUCT | SERIAL NUMBER |
|---------|---------------|
| NT4K33AA | NNTM50HX0EWIQ |
| NT4K33AA | NNTM507X0FG58 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## BaaN 548 Annual Physical Inventory
General Instructions
# Cut-Off Coordination
## Emergency Shipments Request

**Requestor:** _____ Jerry Clemmer _____

**Customer:** _

**Ship to Address:** 22001 Loudoun County Parkway

Ashburn, Va   20147

**BaaN Sales Order:** _____ 17513 _____

**PEC Code/ Item :** ___ NT4K32AA ___ / A0389518

**Quantity:** _____ 2 _____

**Warehouse and Location:** ___ FGU / L0302A

**Preferred Carrier:** _____

**GPSM Container:** _____

BaaN API Instructions
Author:Bob Cleary
API Prime
Nortel Networks Logistics

## BaaN 548 Annual Physical Inventory
General Instructions
# Cut-Off Coordination
## Emergency Shipments Pick Ticket

**Warehouse:** _____ FGU / _____        **Team Leader:** _____

**Sales Order:** _____ 17513 _____    **Coordinator:** _____

**Position Number:** _____ 2 _____      **Finance:** _____

| Item | Quantity | Location | Serial Number | Carton | Waybill | Carrier | Before | After |
|------|----------|----------|---------------|--------|---------|---------|--------|-------|
| NT4K72AA | 2 | L0367A | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Picker:** _____

BaaN API Instructions
Author:Bob Cleary
API Prime
Nortel Networks Logistics

| PRODUCT | SERIAL NUMBER |
|---------|---------------|
| NT4K32AA | NNTM50PX0G3SF |
| NT4K32AA | NNTM50FX0G493 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**BaaN 548 Annual Physical Inventory**
General Instructions
# Cut-Off Coordination
**Emergency Shipments Request**

**Requestor:** _Jerry Clemmer_

**Customer:** _

**Ship to Address:** _22001 Loudoun County Parkway_

_Ashburn, Va    20147_

**BaaN Sales Order:** _17513_

**PEC Code/ Item :** _NT7F04EA / A0C52867_

**Quantity:** _2_

**Warehouse and Location:** _FGU / E04678_

**Preferred Carrier:** _____

**GPSM Container:** _____

BaaN API Instructions
Author:Bob Cleary
API Prime
Nortel Networks Logistics

**BaaN 548 Annual Physical Inventory**
General Instructions
# Cut-Off Coordination
## Emergency Shipments Pick Ticket

**Warehouse:** _____ F C U _____     **Team Leader:** _____

**Sales Order:** _____ 17512 _____     **Coordinator:** _____

**Position Number:** _____ 1 _____     **Finance:** _____

| Item | Quantity | Location | Serial Number | Carton | Waybill | Carrier | Before | After |
|------|----------|----------|---------------|--------|---------|---------|--------|-------|
| NT7E04EA | 2 | E04030 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Picker:** _____

BaaN API Instructions
Author:Bob Cleary
API Prime
Nortel Networks Logistics

| PRODUCT | SERIAL NUMBER |
|---|---|
| NT7E04EA | NNTMA3C118352 |
| NT7E04EA | NNTMA39117FBC |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Display Browser - Sales Order Acknowledgement**

File  Options  Help

**ORDER ACKNOWLEDGEMENT**                                    **Original**

                              **Delivery Address**

    P. O. BOX 21348               **Attn: Pete Tepley**
    ATTN: ACCOUNTS PAYABLE        22001 Loudoun County Parkway
    Tulsa, OK                     Ashburn, VA
    74121                         20147
    UNITED STATES                 UNITED STATES
    UNITED STATES

                              Alpharetta, GA, 01/07/12

Dear Sirs,

We thank you for your order.        Customer    :    101226
                                    Sales Order :     17513
                                    Order Date  : 2001/07/03
                                    Ref.   :4100024783
                                           H62853

| Quantity Unit | Item | Cnt | Price | Unit | Tax | Discount | Pl.R.D |
|---|---|---|---|---|---|---|---|
| 2.0000 EA | NT7E04EA | | | | U | | 2001/07 |
| | ds1 enhanced vt mapper | | | | | | |
| 2.0000 EA | NT4K32AA | | | | U | | 2001/07 |
| | ASSEMBLY, DS1 INPUT CARD | | | | | | |
| 2.0000 EA | NT4K33AA | | | | U | | 2001/07 |
| | ASSEMBLY, DS1 OUTPUT CARD | | | | | | |
| 4.0000 EA | NT4K85HA | | | | U | | 2001/07 |
| | CABLE ASSY,DS-1 | | | | | | |

Page 1

**# 28**



**KN** ⚓
**KUEHNE & NAGEL**

# Stored Records
# Transmittal

Name: _____ *MIAMI DOCUMENTS (TRIWALL #4)*

Department: _____ *EXPORT*

| Transaction Date | Box # | Content | From Date | To Date | Destroy Date |
|---|---|---|---|---|---|
| | OAC | MARIZA DETRES | | | |
| ENTECRISE 09 | VICKY PEREZ | 2009 | | | |
| | EDC | DOUGLAS GUZMAN | 2009 C | | |
| | OAC | MAITE NAPOLES | N 05 09 | 05 06 09 | |
| | OAC | MAITE NAPOLES | | | |
| | OAC | MARITZA DETRES | | | |
| | OAC | MARITZA DETRES | | | |
| | EDC | DOUGLAS GUZMAN | 2009 | | |
| | EDC | DOUGLAS GUZMAN | 2009 B | | |
| | EDC | DOUGLAS GUZMAN | 2009 A | | |
| | | | | | |
| | | | | | |
| | | | | | |

(10)

Parent #: _____

Location: _____ *KN 127*

# Stored Records Transmittal



*To be filled out by Record Holder*

## Name: **Lee Hardie, Julius Smith, James Thomas, Kintitica Brown, Michael Jackson**

## Department: SELOC SHIPPING

| Transaction Date | Box # | Content | From Date | To Date | Destroy Date |
|---|---|---|---|---|---|
| 6/11/09 | | SCHENKER BILLS | 5/4/09 | 6/10/09 | |
| 6/22/09 | | SCHENKER BILLS | 6/15/09 | 6/19/09 | |
| 7/6/09 | | LOAD SHEETS WK26/27 | 6/15/09 | 6/26/09 | |
| 7/20/09 | | LOAD SHEETS WK 28-31 | 6/29/09 | 7/17/09 | |
| 7/20/09 | | LOAD SHEET MIA/MISS | 7/13/09 | 7/17/09 | |
| 7/30/09 | | SCHENKER BILLS | 6/30/09 | 7/7/09 | |
| 9/3/09 | | SCHENKER BILLS | 8/3/09 | 8/31/09 | |
| 9/29/09 | | LOAD SHTS WK 35-39 | 8/17/09 | 9/25/09 | |
| 10/5/09 | | EMAIL RECORDS | 5/29/09 | 10/25/09 | |
| 11/4/09 | | EMAIL RECORDS | 1/2009 | 10/2009 | |
| 1/5/10 | | GEET RPTS / SR | 1/2009 | 12/2009 | |
| | | | | | |
| | | | | | |

For Inventory Purposes

## Parent #: M150888536

## Location: 37 RC402