**EXHIBIT B**
**North Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               :
                                                               :     Chapter 11
*In re*                                                        :
                                                               :     Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                             :
                                                               :     Jointly Administered
                                Debtors.                       :
                                                               :
---------------------------------------------------------------X

### DECLARATION OF THERESA J. NORTH IN SUPPORT OF THE DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING THE DISPOSAL OF CERTAIN PRODUCT SHIPPING AND STORAGE DOCUMENTATION

I, Theresa J. North, declare under penalty of perjury as follows:

1. I am the Asset Management and Data Mining Manager for Nortel Networks Inc. ("NNI" or the "Company" and, together with the other above-captioned debtors, the "Debtors" or the "U.S. Debtors"). Since 2002, I have worked as a Senior Manager, managing the procurement team, purchase orders, inventory, supply chain design and master data. I joined NNI in 1983 and have held various positions during my tenure, all relating to supply chain operations.

2. I submit this declaration in support of the Debtors' Motion for an Order Approving the Disposal of Certain Product Shipping and Storage Documentation (the "Motion").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

3. Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge, information supplied to me by employees of the Debtors or their affiliates and professionals retained by the Debtors, or learned from my review of relevant documents. If I were called upon to testify, I could and would testify competently to the facts set forth herein. I am authorized to submit this declaration.

4. I was advised that in July of this year, NNI was informed by Phoenix Telecom Solutions, a non-affiliated third party-owned storage facility (the "Phoenix Facility") that it was holding pallets of bills of lading in its warehouse in Durham, North Carolina. I was further advised that upon inspection and review by NNI and RLKS, consultants to the Debtors, it was determined that the pallets held approximately 165 Tri-Wall cartons (the "Cartons"), containing, hard copy bills of lading, shipping and warehouse inventory reports, load inspection documents, requests for shipping and just-in-time files (the "Shipping and Storage Documentation"), dated as early as 1997 through dates in 2010.

5. The following shipping and storage documentation is stored electronically by NNI: (i) orders (including items delivered); (ii) customer data; (iii) delivery and record of shipment data; (iv) shipment records and dates; (v) waybill data; and (vi) bills of lading data. Electronically stored shipping and storage documentation information is available as of 2004 and is searchable by sales order number, delivery document number, record of shipment number, waybill number or bill of lading number.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

---

[2] Capitalized terms used but not defined herein shall have the same meaning ascribed to them in the Motion.

Dated: October 26, 2011
    Raleigh, North Carolina

                                                                                        _/s/ Theresa J. North_
                                                                                        Theresa J. North