**Exhibit A**
**List of Claimants**

**<u>GID</u>**

0019192

0118378

0118524

0120183

0132331

0133787

0135336

0136872

0146128

0151063

0168181

0172157

0181146

0181202

0184877

0184908

0185890

0185952

0186441

0186445

0186730

0186741

0186992

0187231

0187522

0187560

**GID**

0187581

0187584

0187632

0187658

0187701

0187730

0187743

0187744

0187906

0187922

0187957

0187964

0188084

0188125

0188174

0188230

0188561

0188624

0188625

0188626

0188682

0188690

0188769

0188789

0188895

0188900

**GID**

0189023

0189038

0189206

0189368

0189480

0189547

0189706

0190117

0190752

0190756

0190793

0190833

0191796

0192036

0192238

0192266

0192446

0192515

0192584

0192672

0193001

0193279

0193386

0193395

0193559

0193690

**GID**

0194715

0194978

0195095

0195532

0195709

0196319

0197634

0197829

0197849

0198541

0198585

0198708

0198719

0198735

0198762

0198846

0199011

0199024

0199318

0199905

0200007

0200057

0200061

0200071

0200122

0200167

**4** of **7**

**GID**

0200274

0200318

0200320

0200388

0200469

0200484

0200597

0200633

0200659

0200679

0200694

0200718

0200721

0200792

0200795

0200818

0200833

0200857

0200994

0201004

0201013

0201014

0201110

0201177

0201180

0201244

**<u>GID</u>**

0201398

0201432

0201532

0201627

0201838

0201900

0202020

0202026

0202225

0202295

0202447

0202469

0202482

0202550

0202588

0202596

0202836

0202944

0203120

0203215

0203488

0203549

0203716

0203737

0203955

0204113

**GID**

0204468

0204587

0204594

0204806

0204892

0204904

0205220

0205407

0206651

0206875

0207257

0207334

0207589

0207616

0207632

0213340

0215646

0215872

0233673

5035081