**CERTIFICATE OF SERVICE**

    I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Rescheduled Hearing Dates** was caused to be made on November 1, 2011, in the manner indicated upon the entities identified on the attached service list.

| | |
|---|---|
| Date: November 1, 2011<br>Wilmington, DE | */s/ Ann C. Cordo*<br>Ann C. Cordo(No. 4817) |