# Exhibit A

## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS
## RENDERING SERVICES FROM
## AUGUST 2, 2011 THROUGH AUGUST 31, 2011

| Name of Professional | Position | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Margaret S. Curran | Associate | 23.3 Hrs | $260/hr | $6,058.00 |
| Leonard A. Emiola | Paralegal | 11.7 Hrs | $200/hr | $2,340.00 |
| Shelley A. Kinsella | Counsel | 15.2 Hrs | $410/hr | $6,232.00 |
| Kate A. Mahoney | Paralegal | 18.6 Hrs | $200/hr | $3,720.00 |
| Kristin McCloskey | Paralegal | 2.9 Hrs | $215/hr | $623.50 |
| Henry F. Siedzikowski | Shareholder | 28.0 Hrs | $565/hr | $15,820.00 |
| Jonathan M. Stemerman | Associate | 16.1 Hrs | $350/hr | $5,635.00 |
| Rafael X. Zahralddin | Shareholder | 31.6 Hrs | $610/hr | $19,276.00 |

**Total:**                                        **147.40 Hrs**                      **$59,704.50**

**Blended Rate:**                       **$405.05/hour**

# Exhibit B

# Elliott Greenleaf

www.elliottgreenleaf.com

ELLIOTT GREENLEAF
P.O. Box 3010
Blue Bell, Pennsylvania  19422
EIN #23-2617189

Allen K. Stout
Nortel Networks
220 Athens Way
Suite 300

November 2, 2011

Bill Number  104478

File Number  60351-001

Nashville TN  37228-1304

**FOR PROFESSIONAL SERVICES RENDERED**

Re:  In re Nortel 09-10138(KG)

**LEGAL SERVICES**

Through  August 31, 2011

Case Administration

| | | | | |
|---|---|---|---|---|
| 08/24/11 | KAM | [B110-] Prepared 2002 service list labels | 1.00 Hrs | |
| 08/30/11 | LAE | [B110-] Email to R. Zahralddin re: updated client contact information | 0.10 Hrs | |
| | | Case Administration Totals | 1.10 Hrs | $235.00 |

Meetings of and Communications with Creditors

| | | | |
|---|---|---|---|
| 08/02/11 | SAK | [B150-] Analyze appointment of Official LTD Committee; multiple email exchanges with R. Zahralddin and B. Gallagher re same | 0.20 Hrs |
| 08/08/11 | SAK | [B150-] Analyze draft of by laws and multiple email exchanges re same | 0.40 Hrs |
| 08/08/11 | RXZ | [B150-] Prepare bylaws (.4) prepare for committee meeting (.5) committee meeting (2.8) update bylaws (.8) | 4.50 Hrs |
| 08/09/11 | SAK | [B150-] Multiple emails re non-disclosure agreement issues | 0.20 Hrs |
| 08/09/11 | SAK | [B150-] Multiple emails re bylaws | 0.40 Hrs |
| 08/09/11 | HFS | [B150-] Call from R. Zahralddin regarding issues with Committee by Laws | 0.30 Hrs |
| 08/09/11 | RXZ | [B150-] Call with H. Siedzikowski re: bylaws, claims process and letter to committee constituents (.3) Call with L. Schweitzer re: communications issues (.2) Call to UST re: same (.2) | 0.70 Hrs |

Page 1

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 08/09/11 | RXZ | [B150-] Update bylaws re: choice of law and forum issues (.2) Prepare e-mail memo re: confidentiality issues (.3) call to Committee counsel re: issues with confidentiality and neccessity for individual confidentiality agrements for members (.4) | 0.90 Hrs |
| 08/09/11 | RXZ | [B150-] Analyze claims issues (.7) call from J. Rossi re: claims issues (.5) e-mails to and from committee members re: claims issues (.1) | 1.30 Hrs |
| 08/09/11 | RXZ | [B150-] Prepare form of minutes and minutes from 8/8 committee meeting | 0.40 Hrs |
| 08/09/11 | JXS | [B150-] Analyze recent case law re: 11 U.S.C. 1102(b)(3) | 0.20 Hrs |
| 08/09/11 | KM2 | [B150-] Prepare meeting minute memorandum | 0.40 Hrs |
| 08/10/11 | SAK | [B150-] Multiple emails re bylaws | 0.10 Hrs |
| 08/10/11 | SAK | [B150-] Analyze draft of 1102 Motion | 0.20 Hrs |
| 08/10/11 | JXS | [B150-] Prepare motion and order re: 1102(b)(3)(A) | 3.20 Hrs |
| 08/10/11 | RXZ | [B150-] Analyze draft of information protocol motion and update same | 1.00 Hrs |
| 08/10/11 | RXZ | [B150-] E-mails from commitee members with comments re: bylaws | 0.30 Hrs |
| 08/10/11 | JXS | [B150-] Prepare letter to LTD plan participants re: 1102(b)(3)(A) motion | 0.60 Hrs |
| 08/11/11 | SAK | [B150-] Multiple email exchanges re priorities and upcoming Committee conference call and Agenda for the same | 0.30 Hrs |
| 08/11/11 | JXS | [B150-] Analyze emails from R. Zahralddin and J. Kim re: LTD Commtitee bylaws | 0.10 Hrs |
| 08/11/11 | JXS | [B150-] Analyze proposed LTD Committee Bylaws | 0.20 Hrs |
| 08/11/11 | RXZ | [B150-] Calls and e-mails re: confidentiality issues with bylaws and interaction with Debtors counsel with opposing counsel and committee | 0.30 Hrs |
| 08/11/11 | KM2 | [B150-] Finalize and distribute minutes of 8/8/11 meeting | 0.20 Hrs |
| 08/12/11 | RXZ | [B150-] Prepare for committee call | 1.00 Hrs |
| 08/12/11 | SAK | [B150-] Analyze draft of letter to LTD participants; email to R. Zahralddin re same | 0.20 Hrs |
| 08/12/11 | SAK | [B150-] Analyze LTD Committee proposals | 0.20 Hrs |
| 08/12/11 | SAK | [B150-] Telephone conference with LTD Committee re by laws and related Agenda issues | 2.60 Hrs |
| 08/12/11 | SAK | [B150-] Email exchange with Debtors' counsel re confidentiality and related issues | 0.10 Hrs |
| 08/12/11 | HFS | [B150-] Conference call with R. Zahralddin and Committee, including providing presentation on ERISA issues and strategy and possible outcomes | 2.50 Hrs |
| 08/12/11 | HFS | [B150-] Analyze "representation" letters for Prudential | 0.30 Hrs |
| 08/12/11 | RXZ | [B150-] Committee Conference call | 2.70 Hrs |
| 08/12/11 | JXS | [B150-] Conference call with LTD Committee re: various issues. | 2.70 Hrs |
| 08/12/11 | RXZ | [B150-] E-mails from Debtors re: confidentiality provisions and 1102 motion (.2) replies and forward same to committee (.2) | 0.40 Hrs |
| 08/15/11 | SAK | [B150-] Analyze D. Irish's proxy form draft (.2); revisions to same (.2); emails to D. Irish and LTD Committee re revised proxy form (.2) | 0.60 Hrs |
| 08/15/11 | SAK | [B150-] Multiple emails re bylaws (.3); revise by laws accordingly (.2); instructions to K. Mahoney re same (.1) | 0.60 Hrs |
| 08/15/11 | SAK | [B150-] Email exchange with J. Stemerman re bylaw issues | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 08/15/11 | SAK | [B150-] Multiple emails from all LTD Committee members re voting results on various issues | 1.40 Hrs |
|---|---|---|---|
| 08/15/11 | SAK | [B150-] Further revisions to bylaws and email exchange with LTD Committee members re same | 0.20 Hrs |
| 08/15/11 | HFS | [B150-] Analyze various e-mail messages from Committee members on by-laws and plan communications | 1.20 Hrs |
| 08/15/11 | KM2 | [B150-] Assist with final draft of bylaws | 0.50 Hrs |
| 08/16/11 | HFS | [B150-] Analyze communications from Committee members | 0.60 Hrs |
| 08/16/11 | JXS | [B150-] Preparation of minutes from 8/12 LTD Committee meeting | 1.30 Hrs |
| 08/16/11 | SAK | [B150-] Analyze J. Stemerman's draft of Committee Minutes | 0.10 Hrs |
| 08/17/11 | JXS | [B150-] Analyze email from D. Irish re: 8/12 meeting minutes; analyze timeline and prepare response to D. Irish questions re: 8/12 minutes | 0.50 Hrs |
| 08/18/11 | RXZ | [B150-] Committee conference call | 1.60 Hrs |
| 08/18/11 | SAK | [B150-] Prepare for Committee conference call and email exchanges with R. Zahralddin and H. Siedzikowski re same (.4); participate in telephone conference (1.6) | 2.00 Hrs |
| 08/18/11 | RXZ | [B150-] Prepare for committee conference call | 0.70 Hrs |
| 08/24/11 | SAK | [B150-] Email exchanges with Nellwyn Voorhies re KCC website quote | 0.20 Hrs |
| 08/25/11 | SAK | [B150-] Email exchange with R. Zahralddin and N. Voorhies re KCC website issues | 0.10 Hrs |
| 08/25/11 | JXS | [B150-] Email to UCC committee counsel re: confidentiality | 0.10 Hrs |
| 08/25/11 | RXZ | [B150-] Analyze issues related to 1102(b)(3)(A) motion and order (.4) calls and e-mails to opposing counsel re: same (.2) and related instructions to J. Stemerman re: same (.2) instructions and meeting with S. Kinsella re: service provider bid and pricing information (.2) | 1.00 Hrs |
| 08/27/11 | HFS | [B150-] Communications with Committee members | 0.40 Hrs |
| 08/29/11 | SAK | [B150-] Conference call with Retiree Committee (.4); strategy conference with R. Zahralddin re same (.1) | 0.50 Hrs |
| 08/29/11 | HFS | [B150-] Communications with Committee members | 0.50 Hrs |
| 08/30/11 | HFS | [B150-] Communications with Committee Members | 0.40 Hrs |
| 08/30/11 | SAK | [B150-] Email from B. Gallagher re Agenda for upcoming conference call | 0.10 Hrs |
| 08/31/11 | HFS | [B150-] Communications with Committee Members | 0.40 Hrs |
| 08/31/11 | LAE | [B150-] Email to counsel and clients re: conference call | 0.20 Hrs |
| 08/31/11 | SAK | [B150-] Instructions to L. Emiola re preparation of Minutes | 0.10 Hrs |
| 08/31/11 | LAE | [B150-] Prepare minutes for committee conference | 0.50 Hrs |

Meetings of and Communications with Creditors Totals          45.10 Hrs          $21,962.00

EG Retention

| 08/08/11 | LAE | [B160-] Prepare Notice of Appearance | 0.30 Hrs |
|---|---|---|---|
| 08/09/11 | RXZ | [B160-] Meeting with J. Stemerman and K. Mahoney re: retention application | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 08/09/11 | KM2 | [B160-] Assist with preparation of Elliott Greenleaf Retention Application | 1.40 Hrs |
| 08/10/11 | JXS | [B160-] Supplement Elliott Greenleaf retention application and order | 0.80 Hrs |
| 08/10/11 | KM2 | [B160-] Phone call with A. Cordo re conflict check list for affidavit in support of Elliott Greenleaf's retention | 0.10 Hrs |
| 08/10/11 | KM2 | [B160-] Assist with preparation of affidavit in support of Elliott Greenleaf's retention application | 0.40 Hrs |
| 08/11/11 | HFS | [B160-] Coordinating and supplementing Motion to Employ EG | 0.30 Hrs |
| 08/11/11 | JXS | [B160-] Meeting with R. Zahralddin re: application to employ Elliott Greenleaf (.1); supplement application to employ Elliott Greenleaf based on R. Zahralddin's comments (.2); email to LTD Committee members re: application to employ Elliott Greenleaf | 0.30 Hrs |
| 08/12/11 | RXZ | [B160-] Meetings with J. Stemerman re: EG application | 0.30 Hrs |
| 08/16/11 | KM2 | [B160-] Factual investigation re: affidavit in support of Elliott Greenleaf retention application | 2.40 Hrs |
| 08/17/11 | KM2 | [B160-] Factual investigation for Elliott Greenleaf retention application affidavit | 2.10 Hrs |
| 08/17/11 | LAE | [B160-] Factual investigation regarding preparation of EG retention application/RXZA Affidavit | 3.20 Hrs |
| 08/17/11 | KM2 | [B160-] Factual investigation re: Elliott Greenleaf retention application | 0.70 Hrs |
| 08/18/11 | LAE | [B160-] Factual investigation regarding preparation of EG retention application/RXZA Affidavit | 2.80 Hrs |
| 08/18/11 | KM2 | [B160-] Factual investigation re: Elliott Greenleaf retention application | 0.80 Hrs |
| 08/19/11 | KM2 | [B160-] Analyze conflict checks for preparation of affidavit to EG retention application | 1.30 Hrs |
| 08/22/11 | LAE | [B160-] Factual investigation regarding preparation of EG retention application/RXZA Affidavit | 1.60 Hrs |
| 08/23/11 | KM2 | [B160-] Prepare affidavit in support of EG retention; phone calls with R. Zahralddin and J. Stemerman re: same | 2.10 Hrs |
| 08/23/11 | KM2 | [B160-] Prepare and finalize Elliott Greenleaf retention application | 0.80 Hrs |
| 08/23/11 | LAE | [B160-] Factual investigation regarding preparation of EG retention application/RXZA Affidavit | 1.40 Hrs |
| 08/23/11 | RXZ | [B160-] Finalize EG retention application and supporting documents | 0.70 Hrs |
| 08/23/11 | SAK | [B160-] Conference with R. Zahralddin re Retention Application; email exchange with K. Mahoney re same | 0.20 Hrs |
| 08/23/11 | JXS | [B160-] Analyze and supplement application to employ Elliott Greenleaf | 1.10 Hrs |
| 08/23/11 | JXS | [B160-] Various emails and phone calls to/from B. Gallagher re: Elliott Greenleaf retention application | 0.30 Hrs |
| 08/23/11 | JXS | [B160-] Various phone calls with R. Zahralddin re: application to employ Elliott Greenleaf and Zahralddin affidavit re: same | 0.40 Hrs |
| 08/23/11 | JXS | [B160-] Analyze Elliott Greenleaf retention application and related documents for filing | 0.30 Hrs |
| 08/23/11 | JXS | [B160-] Various meetings with K. Mahoney re: filing of Elliott Greenleaf retention application | 0.20 Hrs |
| 08/24/11 | KM2 | [B160-] Serve Elliott Greenleaf's retention application | 1.00 Hrs |
| 08/24/11 | SAK | [B160-] Email exchange with K. Mahoney re conflict check | 0.10 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 08/24/11 | JXS | [B160-] Email to LTD Committee re: application to employ Elliott Greenleaf | 0.10 Hrs | |
|---|---|---|---|---|
| 08/24/11 | KAM | [B160-] Served EG Retention Application | 1.00 Hrs | |
| 08/24/11 | KM2 | [B160-] Prepare conflicts check list for supplemental affidavit in support of Elliott Greenleaf's retention | 2.30 Hrs | |
| 08/24/11 | RXZ | [B160-] E-mails from J. Stemerman re: EG retention application and summary memo and recommendation for approval re: same | 0.30 Hrs | |
| 08/25/11 | RXZ | [B160-] Calls and e-mails with Debtors counsel and UCC counsel re: EG retention application (.5) follow up with staff and J. Stemerman re: updates and timing of certifcation of counsel (.4) | 0.90 Hrs | |
| 08/25/11 | SAK | [B160-] Email exchange with OCUC counsel re Retention Application issues | 0.10 Hrs | |
| 08/25/11 | KM2 | [B160-] Prepare supplemental affidavit re: Elliott Greenleaf retention | 0.60 Hrs | |
| 08/26/11 | LAE | [B160-] Factual investigation regarding preparation of EG retention supplemental disclosures | 1.60 Hrs | |
| 08/29/11 | KAM | [B160-] Email from R. Zahralddin re: changes to proposed order | 0.10 Hrs | |
| 08/29/11 | KAM | [B160-] Prepare Certification of Counsel re: changes to proposed order | 0.70 Hrs | |
| 08/29/11 | KAM | [B160-] Email to R. Zahralddin with Certification of Counsel re: changes to proposed order | 0.10 Hrs | |
| 08/29/11 | RXZ | [B160-] Finalize draft of Certification of Counsel Regarding Proposed Order Authorizing the Employment and Retention of Elliott Greenleaf as Counsel to the Official Committee of Long-Term Disability Participants (.2) and related exhibits (.3) for circulation to debtors and committee | 0.50 Hrs | |
| | | EG Retention Totals | 35.90 Hrs | $9,116.00 |

Employment & Retention Application Other

| 08/26/11 | SAK | [B165-] Email exchange with W. Taylor re Retiree Committee representation | 0.10 Hrs | |
|---|---|---|---|---|
| 08/29/11 | SAK | [B165-] Analyze Notice of Appearance filed on behalf of Retiree Committee; email exchange re same | 0.20 Hrs | |
| | | Employment & Retention Application Other Totals | 0.30 Hrs | $123.00 |

Employee Benefits/Pensions

| 08/09/11 | HFS | [B220-] Analyze documents and communications to identify ERISA issues | 2.00 Hrs | |
|---|---|---|---|---|
| 08/09/11 | JXS | [B220-] Multiple meetings with R. Zahraldin re: protective order and access to information | 0.20 Hrs | |
| 08/10/11 | MSC | [B220-] Analyze summary plan description, trust agreement, and relevant correspondence from LTD group regarding benefits and claims | 2.50 Hrs | |
| 08/10/11 | HFS | [B220-] Coordinate with M. Curran for ERISA analysis and necessary research | 1.20 Hrs | |
| 08/11/11 | SAK | [B220-] Email exchange with Debtors' counsel re confidentiality issues | 0.10 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Init | Description | Hours |
|---|---|---|---|
| 08/11/11 | MSC | [B220-] Legal research and analysis of rights of LTD beneficiaries under | 4.10 Hrs |
| 08/11/11 | HFS | [B220-] Analyze various communications from Committee Member(.3); call with R. Zahralddin to continue ERISA issues and role of Committee (.3) | 0.60 Hrs |
| 08/11/11 | HFS | [B220-] Prepare outline for Presentation to Committee on 8/12 conference call | 1.10 Hrs |
| 08/12/11 | MSC | [B220-] Continued legal research and analysis of ERISA issues for LTD beneficiaries and development of discovery issues (2.80); attend conference call with Committee (1.0) | 3.80 Hrs |
| 08/12/11 | RXZ | [B220-] Call with H. Siedzikowksi re: claims analysis and ERISA issues | 0.40 Hrs |
| 08/12/11 | HFS | [B220-] Analyze Committee wish list | 1.20 Hrs |
| 08/12/11 | HFS | [B220-] Analyze key cases and plan revisions to prepare for committee meeting | 1.00 Hrs |
| 08/12/11 | JXS | [B220-] Analyze draft LTD Committee proposal presentation re: benefits resolution | 0.40 Hrs |
| 08/12/11 | KM2 | [B220-] Prepare LTD Plan materials for H. Siedzikowsi | 0.50 Hrs |
| 08/15/11 | HFS | [B220-] Work on ERISA Summary for Committee members | 1.00 Hrs |
| 08/15/11 | MSC | [B220-] Analyze documents provided by Committee member for language that may potentially create | 0.30 Hrs |
| 08/16/11 | HFS | [B220-] Complete ERISA summary | 1.20 Hrs |
| 08/16/11 | JXS | [B220-] Telephone call to L. Beckerman re: Nortel headcount | 0.10 Hrs |
| 08/17/11 | HFS | [B220-] Coordinate with M. Curran and finalize ERISA Summary and draft discovery | 1.10 Hrs |
| 08/17/11 | HFS | [B220-] Communications with Committee members and prep for meeting | 0.60 Hrs |
| 08/17/11 | MSC | [B220-] Legal research, read and analyze Third Circuit case law and the Cigna v. Amara Supreme Court case | 0.90 Hrs |
| 08/18/11 | HFS | [B220-] Analyze Committee questions and prepare for Committee conference call re:  ERISA issues | 1.00 Hrs |
| 08/18/11 | HFS | [B220-] Participate in Committee conference call on ERISA issues | 1.50 Hrs |
| 08/18/11 | HFS | [B220-] Analyze additional Nortel communications sent by members | 0.40 Hrs |
| 08/19/11 | JXS | [B220-] Email to M. Ledwin re: Prudential records | 0.10 Hrs |
| 08/19/11 | MSC | [B220-] Analyze 2011 Nortel fully-insured LTD plan | 0.60 Hrs |
| 08/19/11 | JXS | [B220-] Email to M. Ledwin re: Prudential list of LTD plan participants | 0.10 Hrs |
| 08/19/11 | HFS | [B220-] Coordinate on latest research issues with M. Curran based on 2011 LTD Plan and communications sent by Committee members | 0.80 Hrs |
| 08/22/11 | RXZ | [B220-] E-mails to J. Stemerman re: update on employee issues opinions in recent Delaware Ch. 11 cases and related research re: same | 0.30 Hrs |
| 08/22/11 | HFS | [B220-] Communications from clients and co-counsel on ERISA issues | 0.70 Hrs |
| 08/22/11 | JXS | [B220-] Analyze recent pension cases to support LTD participant claims | 1.30 Hrs |
| 08/23/11 | RXZ | [B220-] E-mails and calls regarding negotiation strategy with committee and EG legal team | 0.70 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 08/23/11 | HFS | [B220-] Answer Committee questions regarding Committee members right to consult individual counsel regarding their individual claims | 0.30 Hrs |
| 08/24/11 | RXZ | [B220-] E-mails and calls regarding negotiation strategy with committee and EG legal team | 0.50 Hrs |
| 08/24/11 | HFS | [B220-] Communications with Committee members and M. Curran regarding updating discovery | 0.90 Hrs |
| 08/25/11 | HFS | [B220-] Communications with Committee and M. Curran regarding finalizing discovery | 1.20 Hrs |
| 08/26/11 | RXZ | [B220-] Calls from counsel to retirees re: negotiations and general case issues | 0.30 Hrs |
| 08/26/11 | HFS | [B220-] Communications on discovery requests and finalize discovery requests | 1.20 Hrs |
| 08/26/11 | JXS | [B220-] Emails from/to M. Curran re: language for requests for production | 0.10 Hrs |
| 08/26/11 | JXS | [B220-] Analyze draft discovery requests directed to Nortel | 0.40 Hrs |
| 08/27/11 | JXS | [B220-] Analyze emails from B. Gallagher, N. Curran and R. Zahralddin re: discovery requests | 0.10 Hrs |
| 08/29/11 | RXZ | [B220-] Calls from counsel to retiree committee re: conference call and substantive issues related to employee claims and benefits | 0.60 Hrs |
| 08/29/11 | RXZ | [B220-] Call with counsel to the Retiree Committee (.5) prepare for same (.3) | 0.80 Hrs |
| 08/29/11 | RXZ | [B220-] E-mails with retiree committee counsel re: confidentiality issues | 0.40 Hrs |

| | | |
|---|---|---|
| Employee Benefits/Pensions Totals | 38.60 Hrs | $17,468.00 |

Plan and Disclosure Statement

| | | | |
|---|---|---|---|
| 08/09/11 | RXZ | [B320-] Call with L. Schweitzer re: claims issues and settlement procedure and timing (.3)  Prepare e-mail memo and summary re: call with Debtors (.8) | 1.10 Hrs |
| 08/12/11 | KM2 | [B320-] Email with H. Siedzikowski re: plan and disclosure statement | 0.10 Hrs |
| 08/25/11 | RXZ | [B320-] Prepare summary e-mail memo and recommendation to committee regarding plan timelines | 0.60 Hrs |

| | | |
|---|---|---|
| Plan and Disclosure Statement Totals | 1.80 Hrs | $1,057.00 |

Court Hearings

| | | | |
|---|---|---|---|
| 08/10/11 | KM2 | [B430-] Prepare dates memo re: upcoming omnibus hearing dates | 0.60 Hrs |
| 08/12/11 | SAK | [B430-] Analyze draft of critical dates memo | 0.20 Hrs |
| 08/12/11 | KM2 | [B430-] Finalize Nortel dates memo | 0.30 Hrs |

| | | |
|---|---|---|
| Court Hearings Totals | 1.10 Hrs | $262.00 |

Litigation

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 08/09/11 | RXZ | [B600-] Call with H. Siedzikowski re: discovery | 0.30 Hrs |
| 08/09/11 | RXZ | [B600-] Analyze issues record and issues related to discovery for committee due dilligence (1.2) call with H. Siedzikowski re: same (.2) | 1.40 Hrs |
| 08/10/11 | HFS | [B600-] Work on discovery | 1.00 Hrs |
| 08/10/11 | SAK | [B600-] Email exchange with R. Zahralddin and H. Siedzikowski re discovery issues | 0.20 Hrs |
| 08/10/11 | RXZ | [B600-] Discovery analysis and call from H. Siedzikowski re: same | 0.20 Hrs |
| 08/11/11 | RXZ | [B600-] Analysis of discovery issues related to plans, plan summaries and related disclosures or communications to LTD Plan Participants | 1.30 Hrs |
| 08/15/11 | SAK | [B600-] Email exchange with H. Siedzikowski re discovery preparations | 0.10 Hrs |
| 08/16/11 | HFS | [B600-] Revise and supplement draft discovery | 1.10 Hrs |
| 08/16/11 | MSC | [B600-] Prepared Requests for Production of Documents and Interrogatories to Nortel | 1.90 Hrs |
| 08/16/11 | MSC | [B600-] Research case law and federal regulations regarding reporting requirements for ERISA funds, issues relating to self-funded plans, and vesting issues in preparation for drafting discovery requests to Nortel | 1.30 Hrs |
| 08/17/11 | SAK | [B600-] Analyze multiple emails and attachments re trust and related issues | 0.50 Hrs |
| 08/17/11 | MSC | [B600-] Telephone call with H. Siedzikowski regarding revisions to and supplementation of discovery requests to Nortel | 0.20 Hrs |
| 08/17/11 | MSC | [B600-] Supplemented Document Requests and Interrogatories to Nortel (1.1); supplemented ERISA summary memo to Committee members(1.2) | 2.30 Hrs |
| 08/18/11 | SAK | [B600-] Analyze H. Siedzikowski's Erisa memorandum; supplement and circulate | 0.40 Hrs |
| 08/18/11 | SAK | [B600-] Analyze draft of Discovery Requests; revise and circulate | 0.30 Hrs |
| 08/24/11 | SAK | [B600-] Email exchange with R. Zahralddin re discovery requests; conference re same | 0.20 Hrs |
| 08/24/11 | SAK | [B600-] Multiple email exchanges re discovery issues | 0.20 Hrs |
| 08/25/11 | RXZ | [B600-] Prepare summary e-mail memo and recommendation to committee regarding discovery issues and due diligence and fiduciary duty obligations related to discovery | 0.70 Hrs |
| 08/25/11 | RXZ | [B600-] Analyze mutiple e-mails from committee members re: discovery issues | 0.50 Hrs |
| 08/25/11 | MSC | [B600-] Supplemented Interrogatories and Requests for Production of Documents(3.1); communicate with Committee regarding categories of information to be requested from Nortel(.6) | 3.70 Hrs |
| 08/25/11 | JXS | [B600-] Telephone call with R. Zahralddin re: discovery issues | 0.10 Hrs |
| 08/25/11 | JXS | [B600-] Telephone call to M. Curran re: discovery issues; analyze email from M. Curran re: same | 0.10 Hrs |
| 08/25/11 | JXS | [B600-] Analyze various emails from LTD Committee members re: discovery | 0.10 Hrs |
| 08/26/11 | RXZ | [B600-] Multiple calls and e-mails re: scope of discovery from committee (.5) follow up with EG legal team (.5) analysis related to scope of discovery, e-mails to J. Stemerman and M. Curran re: related research (.3) and follow up re: same (.3) | 1.60 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 08/26/11 | MSC | [B600-] Communicate with attorneys R. Zahralddin and J. Stemerman regarding status of discovery requests(.3); additional supplementations to Interrogatories and Requests for Production of Documents(.6) | 0.90 Hrs |
| 08/26/11 | JXS | [B600-] Analyze emails from M. Curran and R. Zahralddin re: discovery | 0.20 Hrs |
| 08/26/11 | JXS | [B600-] Analyze draft Rule 2004 requests for production | 0.20 Hrs |
| 08/26/11 | JXS | [B600-] Emails to R. Zahralddin and M. Curran re: Rule 2004 | 0.20 Hrs |
| 08/27/11 | MSC | [B600-] Email to Committee enclosing Interrogatories and Requests for Production of Documents, with responses to Committee's questions regarding specific requests | 0.80 Hrs |
| 08/29/11 | SAK | [B600-] Email exchange with co-counsel and Committee re discovery issues | 0.40 Hrs |
| 08/29/11 | SAK | [B600-] Email exchange with R. Zahralddin re LTD release/confidentiality issues | 0.20 Hrs |
| 08/29/11 | SAK | [B600-] Multiple email exchanges re discovery preparations (.2); supplement revised requests (.2) | 0.40 Hrs |
| 08/29/11 | SAK | [B600-] Email from R. Zahralddin re 2004 Examination issue | 0.10 Hrs |
| 08/29/11 | RXZ | [B600-] E-mails to Chair re: monthly statements and discovery issues | 0.20 Hrs |
| 08/30/11 | SAK | [B600-] Email exchange with R. Zahralddin and Committee re discovery preparations | 0.20 Hrs |

| Litigation Totals | 23.50 Hrs | $9,481.50 |

| TOTAL LEGAL SERVICES | $59,704.50 |

**LEGAL SERVICES SUMMARY**

| Emiola, Leonard A | 11.70 Hrs | 200 /hr | $2,340.00 |
| Mahoney, Kate A. | 18.60 Hrs | 200 /hr | $3,720.00 |
| McCloskey, Kristin A. | 2.90 Hrs | 215 /hr | $623.50 |
| CURRAN, MARGARET S. | 23.30 Hrs | 260 /hr | $6,058.00 |
| Stemerman, Jonathan M. | 16.10 Hrs | 350 /hr | $5,635.00 |
| Kinsella, Shelley A. | 15.20 Hrs | 410 /hr | $6,232.00 |
| SIEDZIKOWSKI, Henry F. | 28.00 Hrs | 565 /hr | $15,820.00 |
| Zahralddin-Aravena, Rafael X. | 31.60 Hrs | 610 /hr | $19,276.00 |
| | 147.40 Hrs | | $59,704.50 |

**Reimbursement for out of pocket expenses**

COPYING

| 08/24/11 | [] Copying | 287.40 |
| 08/24/11 | [] Copying | 42.50 |
| 08/24/11 | [] Copying | 5.00 |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 08/24/11 | [] Copying | 122.90 | |
|---|---|---|---|
| | | | $457.80 |
| | Total Reimbursement for out of pocket expenses | | $457.80 |
| | | | |
| | TOTAL THIS BILL | | $60,162.30 |
| | GRAND TOTAL DUE | | $60,162.30 |

In re: Nortel Networks, Inc, et al.

**Task Billing Summary Page**

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138
   File Number 60351-001

| | Previous Billed | Current Bill | Total |
|---|---|---|---|
| Case Administration | 0 | 235.00 | 235.00 |
| Meetings of and Communications with Cred. | 0 | 21,962.00 | 21,962.00 |
| EG Retention | 0 | 9,116.00 | 9,116.00 |
| Employment & Retention Application Other | 0 | 123.00 | 123.00 |
| Employee Benefits/Pensions | 0 | 17,468.00 | 17,468.00 |
| Plan and Disclosure Statement | 0 | 1,057.00 | 1,057.00 |
| Court Hearings | 0 | 262.00 | 262.00 |
| Litigation | 0 | 9,481.50 | 9,481.50 |
| | | | |
| Total | 0 | $59,704.50 | $59,704.50 |

Exhibit C

**SUMMARY OF EXPENSES FOR THE PERIOD**
**AUGUST 2, 2011 THROUGH AUGUST 31, 2011**

**Expense Category**                    **Total Expenses**

Copying[1]                                  $457.80


**TOTAL THIS BILL:**                      **$457.80**

---

[1] EG represents that its rate for duplication is $0.10 per page, consistent with the Local Rules and Guidelines. Detailed copy charges are listed in Exhibit B.