# Exhibit A

## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

| Name of Professional | Position | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Leonard A. Emiola | Paralegal | 8.4 Hrs | $200/hr | $1,680.00 |
| Kate A. Mahoney | Paralegal | 18.9 Hrs | $200/hr | $3,780.00 |
| Kristin McCloskey | Paralegal | 18.4 Hrs | $215/hr | $3,956.00 |
| Jim Stephens | Paralegal | 1.8 Hrs | $215/hr | $387.00 |
| Margaret S. Curran | Associate | 34.8 Hrs | $260/hr | $9,048.00 |
| Jonathan M. Stemerman | Associate | 0.3 Hrs | $350/hr | $105.00 |
| Shelley A. Kinsella | Counsel | 20.7 Hrs | $410/hr | $8,487.00 |
| Henry F. Siedzikowski | Shareholder | 2.8 Hrs | $565/hr | $1,582.00 |
| Rafael X. Zahralddin | Shareholder | 39.7 Hrs | $610/hr | $24,217.00 |

**Total:** 145.80 Hrs $53,242.00

**Blended Rate:** $365.17/hour

# Exhibit B

# Elliott Greenleaf

www.elliottgreenleaf.com

ELLIOTT GREENLEAF
P.O. Box 3010
Blue Bell, Pennsylvania 19422
EIN #23-2617189

Allen K. Stout  
Nortel Networks  
220 Athens Way  
Suite 300  

November 2, 2011  
Bill Number 104479  
File Number 60351-001

Nashville TN 37228-1304

**FOR PROFESSIONAL SERVICES RENDERED**

Re: In re Nortel 09-10138(KG)

**LEGAL SERVICES**

Through September 30, 2011

<u>Meetings of and Communications with Creditors</u>

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/01/11 | RXZ | [B150-] Committee conference call | 1.00 Hrs |
| 09/01/11 | SAK | [B150-] Email from R. Zahralddin re 1102 Motion | 0.10 Hrs |
| 09/01/11 | RXZ | [B150-] Analyze open work issues related to 1102 motion and KCC retention and update drafts of related legal documents | 0.60 Hrs |
| 09/01/11 | RXZ | [B150-] Prepare draft of minutes and forward points to K. McCloskey to complete | 0.20 Hrs |
| 09/02/11 | SAK | [B150-] Multiple email exchanges with Committee members re 1102 Motion | 0.20 Hrs |
| 09/02/11 | SAK | [B150-] Email exchanges with R. Zahralddin and N. Voorhies re website issues | 0.20 Hrs |
| 09/02/11 | SAK | [B150-] Instructions from R. Zahralddin re filing of 1102 Motion (.2); finalize Motion (.4), Notice (.2) and Proposed form of Order (.2), and instructions to K. McCloskey re revisions and filing/service of the same (.1) | 1.10 Hrs |
| 09/02/11 | KAM | [B150-] Multiple emails from team re: 1102 motion approval/changes | 0.20 Hrs |
| 09/02/11 | KAM | [B150-] Supplement/finalize 1102 Motion | 0.30 Hrs |
| 09/02/11 | KAM | [B150-] File 1102 Motion | 0.30 Hrs |
| 09/02/11 | KAM | [B150-] Serve 1102 Motion | 0.60 Hrs |
| 09/02/11 | HFS | [B150-] Communications from Committee Members | 0.30 Hrs |

Page 1

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/08/11 | SAK | [B150-] Supplement proposed 1102 Order pursuant to comments from Debtors and OCUC counsel (.7); instructions to K. McCloskey re same (.1) | 0.80 Hrs |
| 09/08/11 | KAM | [B150-] Supplement Order to 1102 Motion | 0.60 Hrs |
| 09/09/11 | KM2 | [B150-] Supplement 1102 motion order | 0.60 Hrs |
| 09/12/11 | SAK | [B150-] Email from Debtors' counsel re further revisions to 1102 proposed form of Order (.1); revise accordingly and circulate (.1) | 0.20 Hrs |
| 09/16/11 | KAM | [B150-] Conference with K. Mahoney re: COC to 1102 motion | 0.10 Hrs |
| 09/16/11 | SAK | [B150-] Email exchange with M. Fleming re 1102 Order revisions | 0.20 Hrs |
| 09/16/11 | KM2 | [B150-] Prepare Certification of Counsel to 1102 Motion | 0.40 Hrs |
| 09/16/11 | KM2 | [B150-] Supplement order to 1102 motion | 0.20 Hrs |
| 09/16/11 | KM2 | [B150-] Prepare blackline of orders for 1102 motion | 0.20 Hrs |
| 09/19/11 | LAE | [B150-] Assist with service of COC to 1102 motion | 0.70 Hrs |
| 09/19/11 | SAK | [B150-] Finalize Certification of Counsel and revised Order re 1102 Motion (.2); instructions to K. Mahoney re same (.2) | 0.40 Hrs |
| 09/19/11 | KAM | [B150-] File COS to Certification of Counsel re: 1102 Motion and KCC Retention Application | 0.20 Hrs |
| 09/19/11 | KM2 | [B150-] Assist with service of certification of counsel re: 1102 Motion | 0.40 Hrs |
| 09/19/11 | KM2 | [B150-] Finalize certification of counsel re: 1102 motion | 0.20 Hrs |
| 09/19/11 | KM2 | [B150-] File certification of counsel re: 1102 Motion | 0.30 Hrs |
| 09/20/11 | SAK | [B150-] Analyze Order approving 1102 Motion | 0.10 Hrs |
| 09/20/11 | KM2 | [B150-] Analyze docket for signed order re: 1102 motion; circulate same | 0.20 Hrs |
| 09/21/11 | HFS | [B150-] Analyze Committee list of questions | 0.20 Hrs |
| 09/22/11 | MSC | [B150-] Attend telephone conference call with Committee | 0.50 Hrs |
| 09/22/11 | HFS | [B150-] Analyze questions from Committee members | 0.20 Hrs |
| 09/22/11 | RXZ | [B150-] Prepare for committee conference call | 0.80 Hrs |
| 09/22/11 | RXZ | [B150-] Committee Conference call | 1.90 Hrs |
| 09/23/11 | KM2 | [B150-] Prepare meeting minutes from September 22 conference call; confer with R. Zahralddin re: same | 0.40 Hrs |
| 09/23/11 | HFS | [B150-] Communications with Committee members and analyze Debtors response | 0.40 Hrs |
| 09/24/11 | RXZ | [B150-] Analyze issues with KCC website (.5) and related follow up with KCC team, B. Gallagher and S. Kinsella (.2) | 0.70 Hrs |
| 09/26/11 | SAK | [B150-] Instructions from R. Zahralddin re KCC website creation; multiple email exchanges with Committee members and K. Wagner re same | 0.40 Hrs |
| 09/26/11 | JS1 | [B150-] Conference call with KCC, B. Gallagher, and R. Zahralddin-Aravena re: web site contents and construction | 0.50 Hrs |
| 09/26/11 | KM2 | [B150-] Supplement minutes of committee meeting 9/22 per instructions from R. Zahralddin | 0.30 Hrs |
| 09/26/11 | RXZ | [B150-] Conference call with KCC, J. Stephens, and B. Gallagher re: website | 0.50 Hrs |
| 09/26/11 | RXZ | [B150-] Finalize committee minutes from 9/22 and forward to committee with updated committee meeting requests re: 10/6 meeting | 0.40 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/26/11 | RXZ | [B150-] Analyze list from KCC re: documents for website (.2) e-mails and comments to S. Kinsella and K. Mahoney (.2) e-mails to B. Gallagher re: same (.1) | 0.50 Hrs |
| 09/27/11 | HFS | [B150-] Communications on next committee call and meeting with Debtors and coordinate with M. Curran | 0.30 Hrs |
| 09/29/11 | RXZ | [B150-] E-mails to and from Committee re: service issues | 0.30 Hrs |
| 09/29/11 | SAK | [B150-] Email exchange with Committee members re website/service issues | 0.20 Hrs |
| 09/29/11 | RXZ | [B150-] Calls from M. Curran re: preparation for committee conference call and update on document review | 0.50 Hrs |
| 09/29/11 | RXZ | [B150-] Finalize committee minutes for 8/18 (.3) and e-mail to client re: same (.1) | 0.40 Hrs |
| 09/30/11 | MSC | [B150-] Conference call with the Official Committee of Long-Term Disability Participants | 2.10 Hrs |
| 09/30/11 | RXZ | [B150-] Conference call with committee and committee professionals | 2.50 Hrs |
| 09/30/11 | SAK | [B150-] Committee telephone conference | 2.40 Hrs |
| 09/30/11 | SAK | [B150-] Multiple email exchanges with R. Zahralddin and K. Wagner re creation of KCC website and related matters | 0.50 Hrs |
| 09/30/11 | RXZ | [B150-] Prepare for committee conference call | 1.10 Hrs |
| 09/30/11 | RXZ | [B150-] E-mails to S. Kinsella re: meeting minutes | 0.20 Hrs |
| 09/30/11 | KM2 | [B150-] Finalize letter from LTD Official Committee to LTD Plan Participants re: 1102 Order | 0.20 Hrs |

Meetings of and Communications with Creditors Totals          29.30 Hrs          $12,753.00

EG Retention

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/01/11 | LAE | [B160-] Factual investigation re: supplemental affidavit in support of EG retention | 3.90 Hrs |
| 09/01/11 | KAM | [B160-] Emails from J. Kim, L. Beckerman and R. Zahralddin re: proposed Order to EG retention (.2); supplement Order and Certification of Counsel (.2) | 0.40 Hrs |
| 09/06/11 | LAE | [B160-] Factual investigation re: supplemental affidavit in support of EG retention | 0.60 Hrs |
| 09/06/11 | KAM | [B160-] Conference with K. Mahoney re: filed EG Retention Application and contact information | 0.10 Hrs |
| 09/06/11 | KM2 | [B160-] Meeting with L. Emiola re: supplemental affidavit in support of Elliott Greenleaf's retention | 0.10 Hrs |
| 09/07/11 | SAK | [B160-] Instructions to K. McCloskey re preparation of Certification of Counsel for Elliott Greenleaf's Retention Application | 0.10 Hrs |
| 09/08/11 | SAK | [B160-] Revise Elliott Greenleaf Retention Application Order pursuant to comments from Debtors and OCUC counsel (.2); instructions to K. McCloskey re same (.1) | 0.30 Hrs |
| 09/08/11 | KAM | [B160-] Email from S. Kinsella re: objections to EG retention application | 0.10 Hrs |
| 09/08/11 | KM2 | [B160-] Supplement certification of counsel and proposed order for Elliott Greenleaf's retention application | 0.50 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours | |
|---|---|---|---|---|
| 09/12/11 | KM2 | [B160-] Confer with L. Emiola re: supplemental affidavit in support of Elliott Greenleaf's retention | 0.20 Hrs | |
| 09/12/11 | SAK | [B160-] Finalize draft Certification of Counsel and revised Elliott Greenleaf Retention Application Order; circulate to Debtors and OCUC counsel for comment | 0.20 Hrs | |
| 09/12/11 | SAK | [B160-] Finalize Certification of Counsel and proposed form of Order re Elliott Greenleaf Retention Application; instructions to K. Mahoney re filing and service of same | 0.20 Hrs | |
| 09/12/11 | KAM | [B160-] Finalize COC and Order to EG Retention Application (.2); email to S. Kinsella re: same (.1) | 0.30 Hrs | |
| 09/12/11 | KM2 | [B160-] Finalize certification of counsel to Elliott Greenleaf's retention application | 0.20 Hrs | |
| 09/12/11 | KM2 | [B160-] File certification of counsel to Elliott Greenleaf's retention application | 0.20 Hrs | |
| 09/12/11 | KM2 | [B160-] Phone calls with S. Kinsella re: certification of counsel to Elliott Greenleaf's retention application | 0.20 Hrs | |
| 09/12/11 | KM2 | [B160-] Prepare notice of withdrawal of certification of counsel of Elliott Greenleaf retention application (0.1); file same (0.2) | 0.30 Hrs | |
| 09/13/11 | KAM | [B160-] File COC re EG retention application order | 0.30 Hrs | |
| 09/13/11 | KAM | [B160-] Serve COC re EG retention application order | 1.00 Hrs | |
| 09/13/11 | LAE | [B160-] Assist with service of Certification of counsel to EG retention application | 0.20 Hrs | |
| 09/13/11 | SAK | [B160-] Email exchange with J. Kim re further revisions to Elliott Greenleaf Retention Application; instructions to K. Mahoney re same | 0.20 Hrs | |
| 09/13/11 | SAK | [B160-] Finalize Certification of Counsel re revised proposed form of Order re Elliott Greenleaf's retention | 0.10 Hrs | |
| 09/13/11 | LAE | [B160-] Factual investigation re: supplemental affidavit in support of EG retention | 1.20 Hrs | |
| 09/13/11 | KM2 | [B160-] Assist with service of CoC re: Elliott Greenleaf's retention | 0.30 Hrs | |
| 09/13/11 | KM2 | [B160-] Analyze exhibit to supplemental affidavit in support of Elliott Greenleaf's retention | 0.30 Hrs | |
| 09/20/11 | SAK | [B160-] Analyze Order approving Elliott Greenleaf's Retention Application | 0.10 Hrs | |
| 09/20/11 | KM2 | [B160-] Analyze docket for signed order for EG retention application and circulate same | 0.20 Hrs | |
| | | **EG Retention Totals** | **11.80 Hrs** | **$2,645.00** |

<u>Employment & Retention Application Other</u>

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/01/11 | KAM | [B165-] Telephone conference with R. Zahralddin re: KCC retention | 0.30 Hrs |
| 09/02/11 | KAM | [B165-] Multiple emails regarding Exhibits to KCC retention application, timing of filing of same | 0.30 Hrs |
| 09/02/11 | SAK | [B165-] Analyze fee schedules, et al. prepared by KCC | 0.20 Hrs |
| 09/02/11 | SAK | [B165-] Analyze draft KCC Declaration and email exchanges with N. Voorhies re same | 0.30 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/02/11 | SAK | [B165-] Analyze draft of KCC Retention Application and instructions to K. McCloskey re revisions to same | 0.40 Hrs |
| 09/02/11 | SAK | [B165-] Analyze draft of Notice re KCC Retention Application and instructions to K. McCloskey re revisions to same | 0.20 Hrs |
| 09/02/11 | SAK | [B165-] Analyze draft of proposed form of Order for KCC Retention Application and instructions to K. McCloskey re revisions to same | 0.20 Hrs |
| 09/02/11 | SAK | [B165-] Email exchanges with K. McCloskey and N. Voorhies re conflict check issues | 0.20 Hrs |
| 09/02/11 | SAK | [B165-] Instructions to K. McCloskey re preparation of Exhibits to KCC Retention Application | 0.20 Hrs |
| 09/02/11 | SAK | [B165-] Finalize KCC Retention Application, Notice and proposed form of Order (.4); email exchange with R. Zahralddin and instructions to K. McCloskey re filing and service of same (.1) | 0.50 Hrs |
| 09/02/11 | KAM | [B165-] Prepare Kurtzman Carson Consultants Retention Application, Notice, and proposed Order | 2.30 Hrs |
| 09/02/11 | KAM | [B165-] Supplement and finalize Kurtzman Carson Consultants Retention Application, Notice, and proposed Order | 0.50 Hrs |
| 09/02/11 | KAM | [B165-] Emails to/from KCC re: draft/comments to Kurtzman Carson Consultants Retention Application | 0.20 Hrs |
| 09/02/11 | KAM | [B165-] File Kurtzman Carson Consultants Retention Application | 0.30 Hrs |
| 09/02/11 | KAM | [B165-] Serve KCC Retention Application | 0.60 Hrs |
| 09/02/11 | KAM | [B165-] Multiple emails to/from R. Zahralddin re: KCC retention application | 0.20 Hrs |
| 09/06/11 | SAK | [B165-] Email exchange with K. Mahoney re filing of Exhibits | 0.10 Hrs |
| 09/06/11 | KAM | [B165-] Emails to/from S. Kinsella and committee members re: outstanding exhibits to KCC retention application | 0.20 Hrs |
| 09/06/11 | KAM | [B165-] Emails to/from S. Kinsella re: Exhibits to KCC retention application | 0.20 Hrs |
| 09/06/11 | KAM | [B165-] Supplement Drake Foster Affidavit to KCC retention application | 0.10 Hrs |
| 09/06/11 | KAM | [B165-] Emails to/from KCC re: Drake Foster Affidavit to KCC retention application | 0.20 Hrs |
| 09/06/11 | KAM | [B165-] Conference with K. Mahoney re: supplement to KCC Agreement | 0.20 Hrs |
| 09/06/11 | KAM | [B165-] Conference with K. Mahoney re: filing of additional exhibits to KCC Agreement | 0.20 Hrs |
| 09/06/11 | SAK | [B165-] Email exchange and telephone conference with N. Voorhies and B. Gallagher re KCC retention | 0.30 Hrs |
| 09/06/11 | SAK | [B165-] Instructions to K. McCloskey and K. Mahoney re preparation of KCC Retention Application Exhibits | 0.20 Hrs |
| 09/06/11 | SAK | [B165-] Finalize Exhibits to KCC Retention Application for filing | 0.20 Hrs |
| 09/06/11 | KAM | [B165-] Email to counsel and clients with filed 1102 Motion and KCC Retention Application | 0.10 Hrs |
| 09/07/11 | KM2 | [B165-] Prepare COS re: KCC retention application | 0.30 Hrs |
| 09/07/11 | KM2 | [B165-] Prepare COS re: Exhibits B and C to KCC Retention Application | 0.20 Hrs |
| 09/07/11 | KAM | [B165-] Emails to/from S. Kinsella re: Exhibit 1 to KCC Agreement | 0.10 Hrs |
| 09/07/11 | LAE | [B165-] Assist with exhibits to the KCC retention application | 0.70 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/07/11 | SAK | [B165-] Finalize Certificate of Service re 1102 and KCC Retention Application Motions | 0.20 Hrs |
| 09/07/11 | KAM | [B165-] Multiple emails to/from N. Voorhies and E. Gershbein re: signed KCC Agreement | 0.30 Hrs |
| 09/07/11 | KAM | [B165-] Finalize Exhibit 1 to Drake Affidavit | 0.30 Hrs |
| 09/07/11 | KAM | [B165-] File Exhibits B and C to KCC Retention Application | 0.30 Hrs |
| 09/07/11 | KAM | [B165-] Serve Exhibits B and C to KCC Retention Application | 1.00 Hrs |
| 09/08/11 | SAK | [B165-] Email exchange with L. Beckerman (OCUC) re KCC Retention Application | 0.20 Hrs |
| 09/08/11 | KAM | [B165-] Prepare Certification of Counsel re: KCC retention application order | 0.40 Hrs |
| 09/08/11 | KAM | [B165-] Supplement KCC retention application order | 0.20 Hrs |
| 09/08/11 | KAM | [B165-] Prepare blackline to KCC retention application order | 0.20 Hrs |
| 09/09/11 | RXZ | [B165-] Analyze issues related to approval of Alvarez and Marsal as financial advisors to the retiree committee (.4) e-mails to and from client and chair of committee (.3) calls and e-mails from counsel to the retiree committee re: same and follow up with EG staff (.4) | 1.10 Hrs |
| 09/09/11 | KM2 | [B165-] Supplement certification of counsel regarding KCC retention application; email with S. Kinsella re: same | 0.40 Hrs |
| 09/12/11 | LAE | [B165-] Prepare supplemental affidavit to EG retention application and Exhibits | 1.00 Hrs |
| 09/12/11 | SAK | [B165-] Finalize draft of KCC Retention Application proposed form of Order and circulate | 0.20 Hrs |
| 09/16/11 | KAM | [B165-] Conference with K. Mahoney re: COC to KCC retention | 0.10 Hrs |
| 09/16/11 | RXZ | [B165-] Analyze draft Engagement Letter and Indemnification Agreement from A&M forwarded by retiree committee | 0.70 Hrs |
| 09/19/11 | KM2 | [B165-] Finalize certification of counsel re: KCC retention | 0.20 Hrs |
| 09/19/11 | KM2 | [B165-] Email to Debtors' counsel re: filing certifications of counsel | 0.20 Hrs |
| 09/19/11 | SAK | [B165-] Finalize Certification of Counsel and revised proposed Order re KCC Retention Application (.2); instructions to K. Mahoney re same (.2) | 0.40 Hrs |
| 09/19/11 | KAM | [B165-] Prepare COS to Certification of Counsel re: 1102 Motion and KCC Retention Application | 0.20 Hrs |
| 09/19/11 | KM2 | [B165-] Assist with service of certification of counsel re: KCC retention application | 0.40 Hrs |
| 09/19/11 | KM2 | [B165-] File certification of counsel re: KCC retention | 0.30 Hrs |
| 09/20/11 | SAK | [B165-] Finalize Certificate of Service re Certification of Counsel for Certification of Counsel for KCC Retention Application and 1102 Motion | 0.10 Hrs |
| 09/20/11 | SAK | [B165-] Analyze Order approving KCC Retention Application | 0.10 Hrs |
| 09/20/11 | KM2 | [B165-] Analyze docket re: signed order for KCC retention and circulate | 0.20 Hrs |
| 09/20/11 | RXZ | [B165-] E-mails from retiree committee (.2) and analysis of documents related to A&M retention and engagement (.4) | 0.60 Hrs |
| 09/20/11 | KM2 | [B165-] Prepare email to Nortel LTD Committee re: status of orders and applications | 0.30 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/27/11 | RXZ | [B165-] Analyze A&M retention documents (.5) e-mails and calls to counsel for the retiree committee re: same (.3) further analysis and notes re: same (.4) | 1.20 Hrs | |
| 09/29/11 | RXZ | [B165-] Analyze comments to and from Debtors, UCC, and retiree committee counsel re: A&M retention documents | 0.70 Hrs | |
| 09/29/11 | RXZ | [B165-] Analyze further comments to and from Debtors, UCC, and retiree committee counsel re: A&M retention documents | 0.50 Hrs | |
| 09/29/11 | RXZ | [B165-] Analyze e-mails from retiree counsel re: UST comments to A&M retention documents | 0.30 Hrs | |
| 09/29/11 | RXZ | [B165-] Analyze e-mails from retiree counsel re: UST comments to A&M retention documents | 0.20 Hrs | |
| 09/29/11 | RXZ | [B165-] Communications with committee chair re: approval and related documents for A&M retention | 0.40 Hrs | |
| | | **Employment & Retention Application Other Totals** | **23.10 Hrs** | **$7,974.00** |

<u>EG Fee Applications</u>

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/21/11 | KAM | [B170-] Analyze/supplement Exhibit B to EG 1st fee application | 1.30 Hrs | |
| 09/21/11 | KAM | [B170-] Email from and conference with K. Mahoney re: Debtors' address re: fee applications | 0.20 Hrs | |
| 09/21/11 | KM2 | [B170-] Email to and conference with K. McCloskey re: Debtors' address re: fee applications | 0.20 Hrs | |
| 09/22/11 | KAM | [B170-] Conference with R. Zahralddin re: Exhibit B to EG's 1st fee application | 0.20 Hrs | |
| | | **EG Fee Applications Totals** | **1.90 Hrs** | **$405.50** |

<u>Fee Applications and Invoices - Other</u>

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/19/11 | RXZ | [B175-] E-mail from committee re: reimbursements | 0.20 Hrs | |
| 09/20/11 | SAK | [B175-] Email exchanges with co-counsel re Committee expense application draft | 0.10 Hrs | |
| 09/20/11 | KAM | [B175-] Email from R. Zahralddin re: Committee Application for Reimbursement | 0.10 Hrs | |
| 09/20/11 | KAM | [B175-] Prepare Application of the Official Committee of Long Term Disability Participants for Reimbursement of Expenses Incurred by Committee Members, Notice and COS to same | 2.60 Hrs | |
| 09/20/11 | KAM | [B175-] Email to R. Zahralddin re: Application of the Official Committee of Long Term Disability Participants for Reimbursement of Expenses Incurred by Committee Members | 0.20 Hrs | |
| 09/20/11 | RXZ | [B175-] E-mails from debtors re: committee professional's payment procedures and instructions to K. Mahoney re: same | 0.20 Hrs | |
| 09/20/11 | RXZ | [B175-] Analyze draft of committee reimbursement application (.3) and forward with summary memo and recommendation re: same to committee and committee professionals (.2) | 0.50 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/21/11 | KAM | [B175-] Supplement Committee Reimbursement Application with updated debtor address | 0.10 Hrs | |
| | | Fee Applications and Invoices - Other Totals | 4.00 Hrs | $1,235.00 |

<u>Employee Benefits/Pensions</u>

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/01/11 | HFS | [B220-] Analyze language for SPD's sent by Committee members | 0.30 Hrs |
| 09/01/11 | JXS | [B220-] Email to S. Kinsella re: ERISA settlement | 0.10 Hrs |
| 09/06/11 | JXS | [B220-] Analyze letter from J. Austin re: potential LTD plan participant; email to R. Zahralddin and H. Siedzikowski re: same | 0.10 Hrs |
| 09/07/11 | MSC | [B220-] Analyze email communications from Committee requesting advices on medical plan language and whether language provides for vesting of benefits and advices on Nortel's recent settlement in another ERISA litigation involving its 401(k)(1.5); address question from Austin Law Firm regarding LTD benefits for a retiree represented by Austin Law Firm(.4); research for case law | 3.50 Hrs |
| 09/08/11 | MSC | [B220-] Continued legal research for case law ERISA and analyzed Nortel filings and settlement in the ERISA litigation against Nortel regarding its 401(k) plan | 2.20 Hrs |
| 09/09/11 | MSC | [B220-] Telephone call with R. Zahralddin regarding communication with Committee addressing its inquiry as to the Nortel settlement in the ERISA litigation | 0.10 Hrs |
| 09/09/11 | SAK | [B220-] Analyze M. Curran's email re ERISA issues and related correspondence | 0.20 Hrs |
| 09/09/11 | MSC | [B220-] Analyze Alvarez & Marsal proposal to Committee(.5); read and analyze Nortel's Petition to the Bankruptcy Court for approval of settlement of ERISA litigation(1.7) | 2.20 Hrs |
| 09/09/11 | MSC | [B220-] Prepare communication to Committee in response to its inquiry as to whether Nortel's settlement of the ERISA litigation (401(k) litigation) impacts the LTD claimants | 0.90 Hrs |
| 09/09/11 | HFS | [B220-] Analyze Committee questions | 0.40 Hrs |
| 09/12/11 | MSC | [B220-] Prepare email communication to R. Zahralddin and H. Siedzikowski to summarize effect of language found by Committee member in medical benefits summary plan description and whether such language creates a vested right in benefits and appropriate procedure through which information should be communicated to Committee | 0.70 Hrs |
| 09/12/11 | MSC | [B220-] Continued legal research ..    'ERISA | 1.50 Hrs |
| 09/12/11 | KM2 | [B220-] Confer with R. Zahralddin re: Motion to Allow Discovery Pursuant to Rule 2004 (0.4); supplement Motion (1.2) | 1.60 Hrs |
| 09/12/11 | RXZ | [B220-] E-mail from M. Curran re: update on issues related to vesting of medical benefits (.2) analyze record and prepare reply (.1) | 0.30 Hrs |
| 09/13/11 | HFS | [B220-] Coordinate with M. Curran regarding response to Committee member on "vesting" | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/13/11 | MSC | [B220-] E-mail to Committee(.6) in response to question regarding impact of language found in medical benefits summary plan description and whether such language creates a vested benefit; confer with H. Siedzikowski regarding communication to Committee(.2) | 0.80 Hrs |
| 09/14/11 | RXZ | [B220-] E-mails to and from Prudential re: lists of LTD participants (.2) and updates to committee (.1) | 0.30 Hrs |
| 09/15/11 | MSC | [B220-] Research for ERISA's record keeping and reporting requirements to assist R. Zahralddin-Aravena in talks with Nortel's counsel regarding Nortel's production of roster of LTD claimants and draft email to R. Zahralddin advising of same | 1.00 Hrs |
| 09/16/11 | SAK | [B220-] Prepare memo re ERISA issues pursuant to instructions from R. Zahralddin | 1.60 Hrs |
| 09/16/11 | RXZ | [B220-] Committee calls and e-mails re: meeting with debtors and presentation of proposal (.5) analyze related issues with fiduciary duty obligations and information requests, call with M. Curran re: same (.7) | 1.20 Hrs |
| 09/18/11 | RXZ | [B220-] Calls and e-mails re: preparation for meeting with debtors and retiree committee and related summary memos and recommendations re: same | 1.30 Hrs |
| 09/19/11 | RXZ | [B220-] Analysis of 2011 plan documents and letter from J. Kim (.4) and forward same to M. Curran for analysis and report (.2) | 0.60 Hrs |
| 09/19/11 | SAK | [B220-] Multiple email exchanges with Committee members and Debtors' counsel re upcoming meeting | 0.20 Hrs |
| 09/19/11 | MSC | [B220-] Analyze issue raised by Committee regarding LTD benefits and relation to pension and PBGC funds and prepare email responding to Committee's issue | 0.90 Hrs |
| 09/21/11 | SAK | [B220-] Instructions from R. Zahralddin re ERISA issues | 0.20 Hrs |
| 09/21/11 | SAK | [B220-] Analyze multiple documents forwarded by R. Zahralddin re ERISA issues | 0.60 Hrs |
| 09/21/11 | SAK | [B220-] Email exchange with Debtors' counsel re ERISA issues | 0.10 Hrs |
| 09/21/11 | MSC | [B220-] Analyze transcript from 6/21/11 hearing to determine context of statement made by counsel for the Creditor's Committee regarding Nortel's treatment of LTD claimants as active employees | 0.80 Hrs |
| 09/21/11 | RXZ | [B220-] E-mails with M. Curran re: Inference of LTD Fund Being Inclusive of Retirement Benefit and related follow up with committee | 0.40 Hrs |
| 09/21/11 | RXZ | [B220-] Analysis of materials forwarded by Debtors in response for request for information related to plans (1.7) Analysis and preparation of response letter to Debtors re: informal responses to discovery (.8) | 2.50 Hrs |
| 09/21/11 | RXZ | [B220-] Call with M. Curran and A. Togut re: plan issues and October 6 presentation (.8) follow up with M. Curran (.5) | 1.30 Hrs |
| 09/22/11 | KM2 | [B220-] Analyze docket for publicly available long-term disability benefit exhibits | 0.30 Hrs |
| 09/22/11 | SAK | [B220-] Analyze information forwarded by Debtors' counsel re benefit plans | 0.20 Hrs |
| 09/22/11 | SAK | [B220-] Analyze multiple email exchanges re plan issues | 0.40 Hrs |
| 09/23/11 | SAK | [B220-] Telephone conference with co-counsel re ERISA issues | 0.30 Hrs |
| 09/23/11 | RXZ | [B220-] E-mails from committee re: other benefit issues including 401(K) and related fiollow up with staff | 0.50 Hrs |
| 09/23/11 | RXZ | [B220-] Calls to Alavarez and Marsal re: evaluation of soft landing | 0.40 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 09/24/11 | RXZ | [B220-] Analyze and update research re: claims for LTD claimants | 1.30 Hrs | |
| 09/26/11 | SAK | [B220-] Multiple email exchanges with Committee members and M. Curran re plan issues | 0.20 Hrs | |
| 09/26/11 | MSC | [B220-] Legal research on issue raised by debtor's counsel that because the LTD plan has been self-funded, there is no plan document other than the summary plan description | 1.60 Hrs | |
| 09/26/11 | RXZ | [B220-] E-mails to and from J. Kim re: 10/6 meeting | 0.20 Hrs | |
| 09/27/11 | SAK | [B220-] Multiple emails re plan documents | 0.20 Hrs | |
| | | Employee Benefits/Pensions Totals | 33.70 Hrs | $13,175.50 |

Court Hearings

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 09/02/11 | KAM | [B430-] Conference with L. Emiola re: Notice of Agenda | 0.10 Hrs | |
| 09/02/11 | SAK | [B430-] Multiple emails from L. Emiola re upcoming hearing deadlines | 0.10 Hrs | |
| 09/02/11 | LAE | [B430-] Email to R. Zahralddin, S. Kinsella and J. Stemerman re cancelled hearing | 0.10 Hrs | |
| 09/02/11 | KAM | [B430-] Conference with L. Emiola re: upcoming hearing dates | 0.10 Hrs | |
| 09/19/11 | SAK | [B430-] Analyze Notice of Agenda; confirm certifications of counsel included | 0.20 Hrs | |
| 09/19/11 | KM2 | [B430-] Analyze agenda; meeting with S. Kinsella and R. Zahralddin re: preparing for 9/21 hearing | 0.20 Hrs | |
| 09/20/11 | KM2 | [B430-] Prepare hearing binder for 9/21 hearing | 0.70 Hrs | |
| 09/20/11 | SAK | [B430-] Analyze Amended Notice of Agenda | 0.10 Hrs | |
| 09/20/11 | RXZ | [B430-] Hearing preparation and review of record | 1.20 Hrs | |
| 09/20/11 | RXZ | [B430-] Aanlyze amended agenda re 9/22 hearing | 0.10 Hrs | |
| 09/21/11 | KM2 | [B430-] Retrieve transcript from hearing 6/21; email re: same | 0.20 Hrs | |
| 09/21/11 | RXZ | [B430-] Analyze amended agenda and related follow up with K. Mahoney | 0.30 Hrs | |
| 09/27/11 | JS1 | [B430-] Conference with K. Mahoney re: agenda and hearings binder and deadline | 0.40 Hrs | |
| 09/28/11 | JS1 | [B430-] Initial examination of issues and documents for upcoming omnibus hearing | 0.90 Hrs | |
| | | Court Hearings Totals | 4.70 Hrs | $1,702.50 |

Litigation

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/01/11 | SAK | [B600-] Telephone conference and email exchange with R. Zahralddin re Committee conference call and discovery issues (.2); email exchanges with H. Siedzikowski re same (.2) | 0.40 Hrs |
| 09/01/11 | SAK | [B600-] Telephone conference with counsel for Prudential re information requests (.2); email exchange with J. Stemerman (.1) and email to M. Ledwin re same (.1) | 0.40 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/12/11 | SAK | [B600-] Analyze latest draft of 2004 Motion; email exchange with R. Zahralddin re same | 0.30 Hrs |
| 09/12/11 | SAK | [B600-] Case strategy conference with R. Zahralddin re discovery related matters | 0.40 Hrs |
| 09/12/11 | HFS | [B600-] Communications with Committee regarding discovery | 0.20 Hrs |
| 09/12/11 | KM2 | [B600-] Prepare Motion to Allow Discovery Pursuant to Rule 2004 (0.9), notice to same (0.3), and order to same (0.3) | 1.50 Hrs |
| 09/12/11 | KM2 | [B600-] Prepare Motion to Shorten for Motion to Allow Discovery Pursuant to Rule 2004 (0.8); prepare order to same (0.3) | 1.10 Hrs |
| 09/12/11 | KM2 | [B600-] Confer with R. Zahralddin re: motion to shorten (0.2); supplement motion to shorten to motion to allow discovery pursuant to Rule 2004 (0.8) | 1.00 Hrs |
| 09/12/11 | RXZ | [B600-] Update draft of motion to shorten time to submit 2004 exam (.3) update draft of motion for 2004 exam (.5) instructions to K. Mahoney and T. Snow re: same (.2) | 1.00 Hrs |
| 09/12/11 | RXZ | [B600-] Calls to Debtors counsel re: discovery | 0.60 Hrs |
| 09/12/11 | RXZ | [B600-] Case Strategy meeting with S. Kinsella re: discovery (.4) and related analysis of record on communications re: information requests to the Debtors (.4) | 0.80 Hrs |
| 09/13/11 | SAK | [B600-] Email exchanges re 2004 Motion | 0.20 Hrs |
| 09/13/11 | RXZ | [B600-] Calls and e-mails to opposing counsel re: issues of timeline on negotiations, review of proposed discovery, and 2004 exam parameters | 0.50 Hrs |
| 09/13/11 | KM2 | [B600-] Supplement Motion Permitting Discovery Pursuant to Rule 2004 | 0.40 Hrs |
| 09/13/11 | KM2 | [B600-] Supplement Motion to Shorten for Motion Permitting Discovery Pursuant to Rule 2004 | 0.60 Hrs |
| 09/14/11 | SAK | [B600-] Email exchange with Debtors' counsel re 2004 Motion and related issues | 0.20 Hrs |
| 09/14/11 | SAK | [B600-] Email from M. Ledwin re requested LTD information from Prudential; email exchange with R. Zahralddin re same | 0.20 Hrs |
| 09/14/11 | HFS | [B600-] Communications with Committee members regarding information in Informal discovery | 0.30 Hrs |
| 09/14/11 | RXZ | [B600-] Meet and confer regarding information requests from the official committee of long term disability with Debtors counsel (1.3) related e-mails and calls with opposing counsel re: same (.6) | 1.90 Hrs |
| 09/14/11 | RXZ | [B600-] Prepare for call with Debtors on information request (.8) analysis of record re: same (.4) | 1.20 Hrs |
| 09/14/11 | RXZ | [B600-] E-mails to committee re: inquiries on status of discovery | 0.20 Hrs |
| 09/15/11 | JXS | [B600-] Meeting with R. Zahralddin re: LTD information from Prudential | 0.10 Hrs |
| 09/15/11 | MSC | [B600-] Telephone call with R. Zahralddin regarding record keeping requirements of Nortel and its obligation to provide addresses of current LTD claimants | 0.20 Hrs |
| 09/15/11 | SAK | [B600-] Email exchange with Debtors' counsel re Prudential communications; conferences with R. Zahralddin and J. Stemerman re same | 0.20 Hrs |
| 09/16/11 | SAK | [B600-] Multiple email exchanges with Debtors' counsel re 2004 issues | 0.30 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/21/11 | MSC | [B600-] Telephone call with R. Zahralddin regarding status of Nortel LTD claimants in context of statement made by counsel for the Creditor's Committee at 6/21/11 hearing, including conference call with A. Togut regarding same | 1.30 Hrs |
| 09/21/11 | MSC | [B600-] Analyze documents produced by Nortel's counsel in response to discovery requests | 2.00 Hrs |
| 09/21/11 | RXZ | [B600-] Research and analysis re: fiduciary duty issues and informal discovery responses of debtor | 1.20 Hrs |
| 09/22/11 | SAK | [B600-] Conference with R. Zahralddin re discovery issues; email exchanges with Debtors' counsel re same | 0.40 Hrs |
| 09/22/11 | MSC | [B600-] Continued analysis of documents produced by counsel for Nortel and reviewed documents provided by B. Gallagher relating to LTD plans | 3.50 Hrs |
| 09/22/11 | RXZ | [B600-] Call with committee counsel re: document request issues and October 6 meeting with Debtors | 0.50 Hrs |
| 09/22/11 | RXZ | [B600-] Call with Margaret Curran re: document request issues, due diligence review and October 6 meeting with Debtors | 0.30 Hrs |
| 09/22/11 | RXZ | [B600-] Instructions to K. Mahoney re: information request and inventory of same | 0.40 Hrs |
| 09/23/11 | KM2 | [B600-] Email with LTD Committee professionals re: word versions of discovery requests; confer with R. Zahralddin re: same | 0.30 Hrs |
| 09/23/11 | MSC | [B600-] Telephone call with R. Zahralddin and S. Kinsella regarding review of documents and requests of Committee | 0.50 Hrs |
| 09/23/11 | RXZ | [B600-] Call with M. Curran and S. Kinsella re: questions regarding document production | 0.80 Hrs |
| 09/26/11 | MSC | [B600-] Begin preparing memorandum analyzing Nortel's initial document production, including development of action items, and analysis of documents provided by Committee members in the context of Nortel's document production | 2.00 Hrs |
| 09/27/11 | SAK | [B600-] Analyze              decision and related documents | 0.30 Hrs |
| 09/27/11 | MSC | [B600-] Completed memorandum summarizing Nortel's document production and potential                          claim in preparation for October 6 meeting with debtor | 6.20 Hrs |
| 09/27/11 | KM2 | [B600-] Analyze discovery produced and documents available through public pleadings (0.6); prepare chart marking production received versus production requested (0.5) | 1.10 Hrs |
| 09/28/11 | SAK | [B600-] Analyze memo prepared by M. Curran re discovery documents production | 0.40 Hrs |
| 09/28/11 | MSC | [B600-] Supplement memorandum to R. Zahralddin regarding ERISA theories and Nortel's documents production | 0.30 Hrs |
| 09/30/11 | KM2 | [B600-] Meeting with R. Zahralddin re: document production from Debtors; sort and assemble same; email to R. Zahralddin, S. Kinsella, H. Siedzikowski and M. Curran re: same | 1.30 Hrs |
| 09/30/11 | SAK | [B600-] Email from K. Mahoney re multiple documents produced by Debtors | 0.10 Hrs |
| 09/30/11 | RXZ | [B600-] E-mail from D. David re: document request response and e-mail to M. Curran re: same | 0.20 Hrs |

| | | |
|---|---|---|
| Litigation Totals | 37.30 Hrs | $13,351.50 |

(Nortel) Official Committee of Long Term Disability Plan Participants

|  |  | TOTAL LEGAL SERVICES | $53,242.00 |
|---|---|---|---|

**LEGAL SERVICES SUMMARY**

| Name | Hours |  | Rate | Amount |
|---|---|---|---|---|
| Emiola, Leonard A | 8.40 | Hrs | 200 /hr | $1,680.00 |
| Mahoney, Kate A. | 18.90 | Hrs | 200 /hr | $3,780.00 |
| McCloskey, Kristin A. | 18.40 | Hrs | 215 /hr | $3,956.00 |
| Stephens, Jim | 1.80 | Hrs | 215 /hr | $387.00 |
| CURRAN, MARGARET S. | 34.80 | Hrs | 260 /hr | $9,048.00 |
| Stemerman, Jonathan M. | 0.30 | Hrs | 350 /hr | $105.00 |
| Kinsella, Shelley A. | 20.70 | Hrs | 410 /hr | $8,487.00 |
| SIEDZIKOWSKI, Henry F. | 2.80 | Hrs | 565 /hr | $1,582.00 |
| Zahralddin-Aravena, Rafael X. | 39.70 | Hrs | 610 /hr | $24,217.00 |
|  | 145.80 | Hrs |  | $53,242.00 |

**Reimbursement for out of pocket expenses**

COMPUTERIZED LEGAL RESEARCH

| 09/28/11 | [] WEST GROUP PAYMENT CTR (WESTLAW)---INV #823483227 DTD 09/01/11: WESTLAW LEGAL RESEARCH FOR THE PERIOD: AUG 01, 2011 - AUG 31, 2011 | 50.21 |  |
|---|---|---|---|
|  |  |  | $50.21 |

COPYING

| 09/02/11 | [] Copying | 147.00 |
|---|---|---|
| 09/02/11 | [] Copying | 554.40 |
| 09/07/11 | [] Copying | 413.00 |
| 09/07/11 | [] Copying | 584.10 |
| 09/12/11 | [] Copying | 147.20 |
| 09/13/11 | [] Copying | 208.00 |
| 09/13/11 | [] Copying | 257.40 |
| 09/19/11 | [] Copying | 399.20 |
| 09/19/11 | [] Copying | 248.40 |
|  |  | $2,958.70 |

DELIVERY/COURIER SERVICE

| 09/07/11 | [] RELIABLE WILMINGTON---INV #WL0289821 DTD 08/31/11: PROFESSIONAL SERVICES PERIOD: 08/31/11: 39 HD ON 8/24/11 FOR RXZ | 292.50 |
|---|---|---|

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Description | Amount | |
|---|---|---|---|
| 09/07/11 | [] RELIABLE WILMINGTON---INV #WL0289821 DTD 08/31/11: PROFESSIONAL SERVICES PERIOD: 08/31/11: 2 HD ON 8/25/11 FOR RXZ | 15.00 | |
| 09/22/11 | [] RELIABLE WILMINGTON---INV #WL029220 DTD 09/19/11: PROFESSIONAL SERVICES PERIOD: 09/01-09/15/11: 18 HD'S ON 9/2/11 FOR SAK | 135.00 | |
| 09/22/11 | [] RELIABLE WILMINGTON---INV #WL029220 DTD 09/19/11: PROFESSIONAL SERVICES PERIOD: 09/01-09/15/11: 30 HD'S ON 9/7/11 FOR SAK | 225.00 | |
| 09/22/11 | [] RELIABLE WILMINGTON---INV #WL029220 DTD 09/19/11: PROFESSIONAL SERVICES PERIOD: 09/01-09/15/11: 42 HD'S ON 9/13/11 FOR SAK | 315.00 | |
| | | | $982.50 |

POSTAGE

| Date | Description | Amount | |
|---|---|---|---|
| 09/02/11 | [] Postage | 322.64 | |
| 09/07/11 | [] Postage | 256.56 | |
| 09/13/11 | [] Postage | 172.80 | |
| 09/19/11 | [] Postage | 203.22 | |
| | | | $955.22 |
| | Total Reimbursement for out of pocket expenses | | $4,946.63 |
| | | | |
| | TOTAL THIS BILL | | $58,188.63 |

In re: Nortel Networks, Inc, et al.

**Task Billing Summary Page**

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138
    File Number 60351-001

|  | Previous Billed | Current Bill | Total |
|---|---|---|---|
| Case Administration | 235.00 | 0 | 235.00 |
| Meetings of and Communications with Cred. | 21,962.00 | 12,753.00 | 34,715.00 |
| EG Retention | 9,116.00 | 2,645.00 | 11,761.00 |
| Employment & Retention Application Other | 123.00 | 7,974.00 | 8,097.00 |
| EG Fee Applications | 0 | 405.50 | 405.50 |
| Fee Applications – Others | 0 | 1,235.00 | 1,235.00 |
| Employee Benefits/Pensions | 17,468.00 | 13,175.50 | 30,643.50 |
| Plan and Disclosure Statement | 1,057.00 | 0 | 1,057.00 |
| Court Hearings | 262.00 | 1,702.50 | 1,964.50 |
| Litigation | 9,481.50 | 13,351.50 | 22,833.00 |
| Total | $59,704.50 | 53,242.00 | 112,946.50 |

# Exhibit C

## SUMMARY OF EXPENSES FOR THE PERIOD
## SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

| **Expense Category** | **Total Expenses** |
| --- | --- |
| Copying[1] | $2,958.70 |
| Delivery/courier service | $982.50 |
| Computerized legal research | $50.21 |
| Postage | $955.22 |
| | |
| **TOTAL THIS BILL:** | **$4,946.63** |

---

[1] EG represents that its rate for duplication is $0.10 per page, consistent with the Local Rules and Guidelines. Detailed copy charges are listed in Exhibit B.

2