**Wave 5 Status Report Service List**

**Via First Class Mail**

Roland Gary Jones
Roland Gary Jones, Esq.
1230 6th Avenue 7th Floor
New York, NY 10020
*Counsel for BizSphere, and Macadamian*

Glenn D. Solomon
Offit Kurman
8 Park Center Court
Suite 200
Owings Mills, MD 21117
*Counsel to EION, Inc.*

James Tobia
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806
*Counsel for BizSphere, and Macadamian*

4334771.1