# EXHIBIT C

## DISBURSEMENT SUMMARY
## SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $8,847.49 |
| Conference Call /Telephone/Video Conferencing | $3,140.54 |
| Courier Service/Postage | $148.05 |
| Duplicating (@ $0.10 per page) | $1,817.80 |
| Duplicating (Third-Party charges billed at cost) | $23.05 |
| Meals/Committee Meeting Expenses | $4,305.65 |
| Travel Expenses – Airfare | $4,780.30 |
| Travel Expenses – Ground Transportation | $4,523.12 |
| Travel Expenses – Lodging | $3,690.72 |
| Travel Expenses – Parking | $93.00 |
| Travel Expenses – Train Fare | $1,566.10 |
| **TOTAL** | **$32,935.82** |