# EXHIBIT D

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
#### Attorneys at Law

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1391584 |
| ATTN: JOHN DOLITTLE | Invoice Date 10/31/11 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX  75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/11 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 02/18/11 | Courier Service/Messenger Service- Off Site  VENDOR: DINERS CLUB INVOICE#: AUG11-53062500000206 DATE: 8/26/2011 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 02/18/2011 ROUTE: Fed Ex Charge | $52.90 |
| 04/14/11 | Meals (100%)  VENDOR: SEAMLESSWEB PROFESSIONAL SOLUTIONS INVOICE#: 919051 DATE: 4/17/2011 Lilling Austin - Kodama Japanese - 04/14/2011 | $37.65 |
| 06/03/11 | Meals - Business  Working Dinner; L. Beckerman; Zena Middle Eastern Receipt | $50.00 |
| 06/06/11 | Meals - Business  Working dinner; L. Beckerman; Off the Wall Receipt | $50.00 |
| 06/14/11 | Meals - Business  Working dinner; L. Beckerman; Vinnie's Italian Receipt | $50.00 |
| 06/16/11 | Meals - Business  Working dinner; L. Beckerman; Zena Grocery & Deli Receipt | $51.00 |
| 06/17/11 | Meals - Business  Working Dinner; L. Beckerman; Off the Wall Receipt | $50.00 |
| 06/20/11 | Meals - Business  Working dinner; L. Beckerman; Vinnie's Italian Receipt | $50.00 |
| 06/21/11 | Meals - Business  Working Dinner; L. Beckerman; Zena Grocery & Deli Receipt | $51.00 |
| 06/22/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 672939 DATE: 7/1/2011 | $131.87 |

| Date | Description | Amount |
|---|---|---|
| | Vendor: Executive Royal Voucher #: 332019 Date: 06/22/2011 Name: Stephen Kuhn\|\|Car Service, Vendor: Executive Royal Voucher #: 332019 Date: 06/22/2011 Name: Stephen Kuhn | |
| 07/11/11 | Meals - Business Working dinner.; L. Beckerman; Off the Wall Receipt | $50.00 |
| 07/19/11 | Travel - Ground Transportation Taxi service from One Bryant Park to home.; Yellow cab | $18.14 |
| 07/21/11 | Travel - Ground Transportation Taxi service from One Bryant Park to 87th and Broadway.; Concord Limousine Inc. | $20.00 |
| 07/24/11 | Audio and Web Conference Services Monthly recurring: Activity through 7/24/11 VENDOR: GLOBAL CROSSING CONFERENCING; INVOICE#: 9033362232; DATE: 7/24/2011 - acct.# 0205134736 | $62.10 |
| 07/26/11 | Meals - Business overtime meal; N. Persaud; Indigo Indian Bistro | $34.57 |
| 07/28/11 | Travel - Ground Transportation Taxi from office; NYC Taxi Receipt | $11.90 |
| 08/10/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1124456 DATE: 8/17/2011 Vendor: Dial Car Voucher #: DLA3422919 Date: 08/10/2011 Name: Sara Brauner\|\|Car Service, Vendor: Dial Car Voucher #: DLA3422919 Date: 08/10/2011 Name: Sara Brauner | $34.69 |
| 08/11/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1125040 DATE: 8/31/2011 Vendor: Dial Car Voucher #: DLA3444963 Date: 08/11/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3444963 Date: 08/11/2011 Name: Lisa Beckerman | $65.95 |
| 08/11/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1125040 DATE: 8/31/2011 Vendor: Dial Car Voucher #: DLA3453412 Date: 08/11/2011 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3453412 Date: 08/11/2011 Name: Austin Lilling | $182.94 |
| 08/11/11 | Meals (100%) 8/15/11 B Kahn - UCC professionals meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800149; DATE: 8/11/2011 | $293.96 |
| 08/11/11 | Meals (100%) 8/17/11 B Kahn - Team meeting working meal ( 10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: | $38.98 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1391584

Page 3
October 31, 2011

| Date | Description | Amount |
|---|---|---|
| 08/15/11 | 2033800149; DATE: 8/11/2011 Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1125040 DATE: 8/31/2011 Vendor: Dial Car Voucher #: DLA3453413 Date: 08/15/2011 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3453413 Date: 08/15/2011 Name: Austin Lilling | $182.94 |
| 08/15/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 674949 DATE: 8/26/2011 Vendor: Executive Royal Voucher #: 337845 Date: 08/15/2011 Name: Sara Brauner\|\|Car Service, Vendor: Executive Royal Voucher #: 337845 Date: 08/15/2011 Name: Sara Brauner | $33.58 |
| 08/15/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 674949 DATE: 8/26/2011 Vendor: Executive Royal Voucher #: 269789 Date: 08/15/2011 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 269789 Date: 08/15/2011 Name: Brad Kahn | $26.93 |
| 08/16/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1125040 DATE: 8/31/2011 Vendor: Dial Car Voucher #: DLA3156716 Date: 08/16/2011 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3156716 Date: 08/16/2011 Name: Austin Lilling | $184.98 |
| 08/17/11 | Travel - Ground Transportation Taxi service from One Bryant Park to 50 Franklin Street.; Yellow cab | $12.70 |
| 08/18/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1125787 DATE: 9/7/2011 Vendor: Dial Car Voucher #: DLA3008948 Date: 08/18/2011 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3008948 Date: 08/18/2011 Name: Austin Lilling | $184.98 |
| 08/18/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1125787 DATE: 9/7/2011 Vendor: Dial Car Voucher #: DLA3467876 Date: 08/18/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3467876 Date: 08/18/2011 Name: Lisa Beckerman | $65.95 |
| 08/18/11 | Meals (100%) 8/18/11 P Sanchez - UCC professional's meeting working meal (15 people) VENDOR: RESTAURANT | $353.03 |

| Date | Description | Amount |
|---|---|---|
| 08/18/11 | ASSOCIATES; INVOICE#: 2033800150; DATE: 8/18/2011 Meals (100%) 8/20/11 P Sanchez - UCC professional's meeting working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800150; DATE: 8/18/2011 | $215.03 |
| 08/18/11 | Travel - Ground Transportation Taxi service from office to 50 Franklin Street.; Yellow cab | $11.04 |
| 08/22/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1125787 DATE: 9/7/2011 Vendor: Dial Car Voucher #: DLA3404308 Date: 08/22/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3404308 Date: 08/22/2011 Name: Lisa Beckerman | $72.07 |
| 08/22/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: AUG11-53062500000206 DATE: 8/26/2011 PASSENGER: Botter David H TICKET #: 0549341039 DEPARTURE DATE: 08/22/2011 ROUTE: NYP/WIL/NYP | $37.00 |
| 08/22/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: AUG11-53062500000206 DATE: 8/26/2011 PASSENGER: Kahn Brad M TICKET #: 0549341040 DEPARTURE DATE: 08/22/2011 ROUTE: NYP/WIL/NYP | $37.00 |
| 08/23/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1125787 DATE: 9/7/2011 Vendor: Dial Car Voucher #: DLA3470827 Date: 08/23/2011 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3470827 Date: 08/23/2011 Name: David Botter | $126.99 |
| 08/23/11 | Meals - Business Lunch re: trip to Wilmington to attend court hearing.; D. Botter; Nortel - Faber Store | $10.27 |
| 08/23/11 | Travel - Train Fare Amtrak service fee re: train change.; Nortel - Amtrak | $16.00 |
| 08/23/11 | Travel - Train Fare Amtrak Reservation fee; Amtrak Receipt | $16.00 |
| 08/23/11 | Meals - Business Lunch in Wilmington following Nortel hearing; Brad Kahn; Faber Store Receipt | $15.82 |
| 08/23/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: AUG11-53062500000206 DATE: 8/26/2011 PASSENGER: Botter David H TICKET #: 0549372170 DEPARTURE DATE: 08/23/2011 ROUTE: NYP/WIL/NYP | $37.00 |
| 08/23/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: AUG11-53062500000206 DATE: 8/26/2011 | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 08/23/11 | PASSENGER: Botter David H TICKET #: 0549374944 DEPARTURE DATE: 08/23/2011 ROUTE: NYP/WIL/NYP Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG11-53062500000206 DATE: 8/26/2011 | $362.00 |
| 08/23/11 | PASSENGER: Botter David H TICKET #:  DEPARTURE DATE: 08/22/2011 ROUTE: NYP/WIL/NYP Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG11-53062500000206 DATE: 8/26/2011 | $37.00 |
| 08/23/11 | PASSENGER: Kahn Brad M TICKET #: 0549372168 DEPARTURE DATE: 08/23/2011 ROUTE: NYP/WIL/NYP Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG11-53062500000206 DATE: 8/26/2011 | $37.00 |
| 08/23/11 | PASSENGER: Kahn Brad M TICKET #: 0549374946 DEPARTURE DATE: 08/23/2011 ROUTE: NYP/WIL/NYP Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG11-53062500000206 DATE: 8/26/2011 | $362.00 |
| | PASSENGER: Kahn Brad M TICKET #: DEPARTURE DATE: 08/22/2011 ROUTE: NYP/WIL/NYP | |
| 08/24/11 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 997307 DATE: 8/28/2011 Catering Akin Gump - Mendy's Kosher Restaurant - 08/24/2011 | $17.73 |
| 08/24/11 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 997307 DATE: 8/28/2011 Kahn Brad - Pam Real Thai Food 47 - 08/24/2011 | $25.81 |
| 08/24/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 675116 DATE: 9/2/2011  Vendor: Executive Royal Voucher #: 327470 Date: 08/24/2011 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 327470 Date: 08/24/2011 Name: Brad Kahn | $26.93 |
| 08/24/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG11-53062500000206 DATE: 8/26/2011 PASSENGER: Hodara Fred S TICKET #: 0549427790 DEPARTURE DATE: 08/24/2011 ROUTE: NYP/WIL/NYP | $37.00 |
| 08/24/11 | Travel - Train Fare  Travel roundtrip via Amtrak from NYC to Wilmington, Delaware.; Amtrak | $393.00 |
| 08/25/11 | Travel - Ground Transportation  Taxi from airport to hotel for court; Airflight Services | $60.17 |

| Date | Description | Amount |
|---|---|---|
| 08/25/11 | Travel - Lodging (Hotel, Apt, Other) Hotel in connection with court conference; Hotel in connection with court conferenc; Soho Metropolitan Hotel & Residences | $337.69 |
| 08/25/11 | Travel - Airfare  Upgrade necessitated by 5 hour weather delay, en route to court hearing; Upgrade due to weather delay; Air Canada | $199.00 |
| 08/25/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 675416 DATE: 9/9/2011  Vendor: Executive Royal Voucher #: 335336 Date: 08/25/2011 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 335336 Date: 08/25/2011 Name: Fred Hodara | $63.18 |
| 08/25/11 | Meals (100%) 8/24/11   P Sanchez - UCC professional's meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800151; DATE: 8/25/2011 | $77.95 |
| 08/25/11 | Meals (100%) 8/25/11   P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800151; DATE: 8/25/2011 | $358.47 |
| 08/25/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1126070 DATE: 9/14/2011  Vendor: Dial Car Voucher #: DLA3473630 Date: 08/25/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3473630 Date: 08/25/2011 Name: Lisa Beckerman | $67.99 |
| 08/26/11 | Travel - Ground Transportation  Car home after return to U.S. from Canada Court; Taxi Cash Receipt - Newark, NJ | $55.00 |
| 08/27/11 | Courier Service/Messenger Service- Off Site  8/17/11: Residential / Commercial Adjustment VENDOR: UNITED PARCEL SERVICE; INVOICE#: 0000Y58F73351; DATE: 8/27/2011 | $3.15 |
| 08/29/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1126070 DATE: 9/14/2011  Vendor: Dial Car Voucher #: DLA3465879 Date: 08/29/2011 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3465879 Date: 08/29/2011 Name: Austin Lilling | $182.94 |
| 08/30/11 | Computerized Legal Research - Westlaw User: MILLETT,PATRICIA Date: 8/30/2011 AcctNumber: 1000532285 ConnectTime: 0.0 | $180.58 |

| Date | Description | Amount |
|---|---|---|
| 08/30/11 | Meals - Business overtime meal allowance; D. Vira; Chop't Salad | $22.07 |
| 08/30/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1126070 DATE: 9/14/2011 Vendor: Dial Car Voucher #: DLA3428485 Date: 08/30/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3428485 Date: 08/30/2011 Name: Lisa Beckerman | $72.07 |
| 08/31/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1007388 DATE: 9/4/2011 Catering Akin Gump - Mendy's Kosher Restaurant - 08/31/2011 | $17.73 |
| 08/31/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 675416 DATE: 9/9/2011 Vendor: Executive Royal Voucher #: 327964 Date: 08/31/2011 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 327964 Date: 08/31/2011 Name: Fred Hodara | $94.51 |
| 08/31/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 675416 DATE: 9/9/2011 Vendor: Executive Royal Voucher #: 300522 Date: 08/31/2011 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 300522 Date: 08/31/2011 Name: Fred Hodara | $53.54 |
| 08/31/11 | Travel - Ground Transportation Taxi from airport in Toronto to Frasers offices.; Nortel - Toronto Taxi | $66.96 |
| 08/31/11 | Meals (100%) overtime meal; D Vira; overtime meal; Chop't Salad | $19.24 |
| 08/31/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1126334 DATE: 9/21/2011 Vendor: Dial Car Voucher #: DLA3467898 Date: 08/31/2011 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3467898 Date: 08/31/2011 Name: David Botter | $119.80 |
| 08/31/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1126334 DATE: 9/21/2011 Vendor: Dial Car Voucher #: DLA3468668 Date: 08/31/2011 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3468668 Date: 08/31/2011 Name: David Botter | $116.73 |
| 09/01/11 | Duplication - In House Photocopy - User # 990100, NY, 4063 page(s) | $406.30 |
| 09/01/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; | $202.50 |

| Date | Description | Amount |
|---|---|---|
| | Employee: FENER SCOTT; Charge Type: DOCUMENT PRINTING; Quantity: 18.0 | |
| 09/01/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FENER SCOTT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 18.0 | $202.50 |
| 09/01/11 | Travel - Parking  Parking re: flight to Chicago to attend meeting with potential expert.; Nortel - LaGuardia Airport | $33.00 |
| 09/01/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1126334 DATE: 9/21/2011  Vendor: Dial Car Voucher #: DLA3440609 Date: 09/01/2011 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3440609 Date: 09/01/2011 Name: Abid Qureshi | $111.74 |
| 09/01/11 | Meals (100%) 8/31/11  B Kahn - UCC professional's meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800152; DATE: 9/1/2011 | $121.50 |
| 09/01/11 | Meals (100%) 9/1/11  P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800152; DATE: 9/1/2011 | $358.47 |
| 09/01/11 | Travel - Airfare  Monday flight cancelled due to hurricane Irene.  Rescheduled for Thursday, September 1, 2011.; Monday flight cancelled-hurricane Irene; Delta | $808.40 |
| 09/01/11 | Travel - Airfare  Monday flight cancelled due to hurricane Irene.  Rescheduled for Thursday, September 1, 2011.  This flight was paid for by Abid Qureshi for David Botter.; Monday flight cancelled-hurricane Irene; Delta | $808.40 |
| 09/02/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 9/2/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $137.80 |
| 09/02/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 9/2/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $244.56 |
| 09/02/11 | Computerized Legal Research - Westlaw User: MILLETT,PATRICIA Date: 9/2/2011 AcctNumber: 1000532285 ConnectTime: 0.0 | $16.30 |
| 09/02/11 | Travel - Airfare  A.Qureshi traveled from New York to Toronto roundtrip; Travel roundtrip NY/Toronto/NY; American airlines | $1,968.30 |
| 09/05/11 | Audio and Web Conference Services VENDOR: TELCONF | $3,078.44 |

| | | |
|---|---|---|
| | LLC/DERAVENTURES, INC; INVOICE#: 09001-54901-11; DATE: 9/5/2011 | |
| 09/06/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 9/6/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $68.26 |
| 09/06/11 | Travel - Airfare Ticket change fee; Ticket change fee; Canada Air | $37.00 |
| 09/06/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1126628 DATE: 9/28/2011 Vendor: Dial Car Voucher #: DLA3466703 Date: 09/06/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3466703 Date: 09/06/2011 Name: Lisa Beckerman | $67.99 |
| 09/07/11 | Computerized Legal Research - Westlaw User: VIRA,DAN Date: 9/7/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $262.60 |
| 09/07/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $11.25 |
| 09/07/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: SEARCHES; Quantity: 3.0 | $380.70 |
| 09/07/11 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: BECKERMAN LISA; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $6.53 |
| 09/07/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1008851 DATE: 9/11/2011 Catering Akin Gump - Mendy's Kosher Restaurant - 09/07/2011 | $17.73 |
| 09/07/11 | Travel - Ground Transportation Taxi from airport in Toronto to Frasers offices.; Nortel - Toronto Taxi | $71.02 |
| 09/07/11 | Meals - Business Breakfast re: trip to Toronto to attend meeting.; D. Botter; Nortel - Dunkin' Donuts | $7.70 |
| 09/07/11 | Meals - Business Meal re: Toronto trip.; D. Botter; Nortel - Lester B Pearson Int'l Airport | $4.55 |
| 09/07/11 | Meals - Business Meal re: Toronto trip.; D. Botter; Nortel - Starbucks | $3.70 |
| 09/07/11 | Travel - Ground Transportation Cab from Reagan National to Union Station.; Taxicab | $15.00 |
| 09/07/11 | Meals - Business Lunch at Cleary.; P. Millett; No Receipt | $10.00 |
| 09/07/11 | Meals - Business Water at the train station.; P. Millett; Hudson News | $2.79 |

| Date | Description | Amount |
|---|---|---|
| 09/07/11 | Meals - Business Dinner.; P. Millett; Sky Asian Bistro | $11.08 |
| 09/07/11 | Travel - Parking Parking at the train station.; Union Station | $20.00 |
| 09/07/11 | Travel - Ground Transportation Cab from Penn Station to Cleary.; TLC | $15.00 |
| 09/07/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1126334 DATE: 9/21/2011 Vendor: Dial Car Voucher #: DLA3396230 Date: 09/07/2011 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3396230 Date: 09/07/2011 Name: Abid Qureshi | $99.55 |
| 09/07/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1126628 DATE: 9/28/2011 Vendor: Dial Car Voucher #: DLA3327550 Date: 09/07/2011 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3327550 Date: 09/07/2011 Name: David Botter | $125.60 |
| 09/07/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1126628 DATE: 9/28/2011 Vendor: Dial Car Voucher #: DLA3470216 Date: 09/07/2011 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3470216 Date: 09/07/2011 Name: David Botter | $119.80 |
| 09/08/11 | Computerized Legal Research - Westlaw User: VIRA,DAN Date: 9/8/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $209.91 |
| 09/08/11 | Computerized Legal Research - Westlaw User: MILLETT,PATRICIA Date: 9/8/2011 AcctNumber: 1000532285 ConnectTime: 0.0 | $195.62 |
| 09/08/11 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: BECKERMAN LISA; Charge Type: SEARCHES; Quantity: 1.0 | $131.40 |
| 09/08/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: COMBINED SEARCH COMPONENT; Quantity: 8.0 | $1,123.20 |
| 09/08/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: DOCUMENT PRINTING; Quantity: 27.0 | $303.75 |
| 09/08/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: SEARCHES; Quantity: 7.0 | $875.70 |
| 09/08/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; | $135.00 |

| Date | Description | Amount |
|---|---|---|
| 09/08/11 | Employee: BECKERMAN LISA; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 12.0 Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: BECKERMAN LISA; Charge Type: LEGAL CITATION SERVICES; Quantity: 4.0 | $26.10 |
| 09/08/11 | Travel - Lodging (Hotel, Apt, Other) Overnight stay for A. Qureshi at Westin Harbour Castle located in Toronto; Westin Hotels & Resorts; Westin Hotels | $337.87 |
| 09/09/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 9/9/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $30.72 |
| 09/09/11 | Computerized Legal Research - Westlaw User: VIRA,DAN Date: 9/9/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $670.55 |
| 09/09/11 | Computerized Legal Research - Westlaw User: MILLETT,PATRICIA Date: 9/9/2011 AcctNumber: 1000532285 ConnectTime: 0.0 | $79.00 |
| 09/09/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $11.25 |
| 09/09/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: SEARCHES; Quantity: 1.0 | $126.90 |
| 09/09/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1126334 DATE: 9/21/2011 Vendor: Dial Car Voucher #: DLA3385960 Date: 09/09/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3385960 Date: 09/09/2011 Name: Lisa Beckerman | $65.95 |
| 09/10/11 | Computerized Legal Research - Westlaw User: MILLETT,PATRICIA Date: 9/10/2011 AcctNumber: 1000532285 ConnectTime: 0.0 | $237.01 |
| 09/10/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1126334 DATE: 9/21/2011 Vendor: Dial Car Voucher #: DLA3385963 Date: 09/10/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3385963 Date: 09/10/2011 Name: Lisa Beckerman | $67.99 |
| 09/11/11 | Computerized Legal Research - Westlaw User: MILLETT,PATRICIA Date: 9/11/2011 AcctNumber: 1000532285 ConnectTime: 0.0 | $112.55 |
| 09/12/11 | Duplication - In House Photocopy - | $46.40 |

| Date | Description | Amount |
|---|---|---|
| 09/12/11 | Duplication - In House  Photocopy - Krasa-Berstell, Dagmar, NY, 464 page(s) | $46.40 |
| 09/12/11 | Duplication - In House  Photocopy - Samper, Jonathan, NY, 464 page(s) | $46.40 |
| 09/12/11 | Computerized Legal Research - Westlaw User: VIRA,DAN Date: 9/12/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $228.67 |
| 09/12/11 | Computerized Legal Research - Westlaw User: MILLETT,PATRICIA Date: 9/12/2011 AcctNumber: 1000532285 ConnectTime: 0.0 | $42.64 |
| 09/12/11 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1013175 DATE: 9/18/2011<br>Catering Akin Gump - Mendy's Kosher Restaurant - 09/12/2011 | $17.73 |
| 09/12/11 | Duplication - Off Site  Print outs.; FedEx | $12.45 |
| 09/12/11 | Meals - Business  Dinner.; P. Millett; Maggiano's | $20.09 |
| 09/12/11 | Meals - Business  Lunch.; P. Millett; Chilis | $14.05 |
| 09/12/11 | Travel - Ground Transportation  Cab from train station to the hotel.; City Cab Co. | $10.00 |
| 09/12/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1126628 DATE: 9/28/2011<br> Vendor: Dial Car Voucher #: DLA3436286 Date: 09/12/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3436286 Date: 09/12/2011 Name: Lisa Beckerman | $115.93 |
| 09/12/11 | Travel - Train Fare  BART ride to airport to depart for oral argument in Philadelphia.; Bay Area Rapid Transit | $8.10 |
| 09/12/11 | Meals - Business  Meal on way to Philadelphia for oral argument.; A. Kurlekar; Go Bistro | $22.00 |
| 09/13/11 | Duplication - In House  Photocopy - User # 990100, NY, 352 page(s) | $35.20 |
| 09/13/11 | Computerized Legal Research - Westlaw User: VIRA,DAN Date: 9/13/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $375.86 |
| 09/13/11 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1013175 DATE: 9/18/2011<br>Sturm Joshua - Abigaels on Broadway - 09/13/2011 | $32.15 |
| 09/13/11 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1013175 DATE: 9/18/2011<br>Woodson Jenny Jennifer) - Croton Reservoir Tavern - 09/13/2011 | $29.72 |
| 09/13/11 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1013175 DATE: 9/18/2011<br>Catering Akin Gump - Mendy's Kosher | $17.73 |

| | | |
|---|---|---|
| | Restaurant - 09/13/2011 | |
| 09/13/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 675885 DATE: 9/23/2011 Vendor: Executive Royal Voucher #: 699558 Date: 09/13/2011 Name: Dan Vira\|\|Car Service, Vendor: Executive Royal Voucher #: 699558 Date: 09/13/2011 Name: Dan Vira | $59.63 |
| 09/13/11 | Travel - Lodging (Hotel, Apt, Other) Hotel room.; Hotel; Marriott Philadelphia Downtown | $332.93 |
| 09/13/11 | Travel - Ground Transportation Cab from the hotel to the Court, travelling with A. Kurlekar.; All City Taxi | $7.00 |
| 09/13/11 | Travel - Ground Transportation Cab from the hotel to the train station.; PHL Taxi | $9.00 |
| 09/13/11 | Meals - Business Breakfast.; P. Millett; Starbucks | $3.73 |
| 09/13/11 | Travel - Ground Transportation Cab from the Court to the hotel, travelling with A. Kurlekar and L. Beckerman.; No receipt | $6.00 |
| 09/13/11 | Travel - Parking Parking at the train station.; Union Station | $40.00 |
| 09/13/11 | Duplication - Off Site Print outs.; FedEx | $10.60 |
| 09/13/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1126628 DATE: 9/28/2011 Vendor: Dial Car Voucher #: DLA3436578 Date: 09/13/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3436578 Date: 09/13/2011 Name: Lisa Beckerman | $65.95 |
| 09/13/11 | Travel - Ground Transportation Cab from airport to hotel in Philadelphia to attend oral argument.; Crescent Cab | $32.00 |
| 09/13/11 | Travel - Airfare Fee for earlier flight home from oral argument in Philadelphia.; Fee for earlier flight; US Airways | $50.00 |
| 09/13/11 | Travel - Ground Transportation Cab from hotel to airport to return from Philadelphia after oral argument.; Crescent Cab | $32.00 |
| 09/13/11 | Travel - Ground Transportation Cab from airport to home after returning from Philadelphia for oral argument.; Yellow Card Services | $90.00 |
| 09/13/11 | Travel - Lodging (Hotel, Apt, Other) Hotel room in Philadelphia for oral argument.; Hotel in Philadelphia for oral argument; Marriott | $332.93 |
| 09/13/11 | Travel - Train Fare Train to Philly for Nortel Appellate hearing.; Amtrak | $150.00 |
| 09/13/11 | Travel - Ground Transportation Taxi | $9.60 |

| Date | Description | Amount |
|---|---|---|
| | service from office to hearing.; Yellow cab | |
| 09/13/11 | Travel - Ground Transportation Taxi service from hearing to office.; Yellow cab | $7.58 |
| 09/13/11 | Meals - Business Lunch on trip to Pennsylvania hearing.; Josh Sturm; Amtrak Food Service | $9.75 |
| 09/14/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 9/14/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $24.32 |
| 09/14/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1126628 DATE: 9/28/2011 Vendor: Dial Car Voucher #: DLA3453424 Date: 09/14/2011 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3453424 Date: 09/14/2011 Name: Austin Lilling | $182.94 |
| 09/15/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 9/15/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $62.72 |
| 09/15/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 675885 DATE: 9/23/2011 Vendor: Executive Royal Voucher #: 340576 Date: 09/15/2011 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 340576 Date: 09/15/2011 Name: Fred Hodara | $33.58 |
| 09/15/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1126628 DATE: 9/28/2011 Vendor: Dial Car Voucher #: DLA3467534 Date: 09/15/2011 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3467534 Date: 09/15/2011 Name: David Botter | $129.48 |
| 09/15/11 | Meals (100%) 9/9/11 N Kunen - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800154; DATE: 9/15/2011 | $146.98 |
| 09/15/11 | Meals (100%) 9/12/11 S Brauner - UCC professional's meeting working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800154; DATE: 9/15/2011 | $557.44 |
| 09/15/11 | Meals (100%) 9/12/11 D Botter - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800154; DATE: 9/15/2011 | $163.31 |
| 09/15/11 | Meals (100%) 9/13/11 B Kahn - | $77.95 |

| Date | Description | Amount |
|---|---|---|
| | Professional's meeting meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800154; DATE: 9/15/2011 | |
| 09/15/11 | Meals (100%) 9/14/11  P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800154; DATE: 9/15/2011 | $358.50 |
| 09/16/11 | Duplication - In House  Photocopy - Brauner, Sara, NY, 800 page(s) | $80.00 |
| 09/16/11 | Duplication - In House  Photocopy - Brauner, Sara, NY, 1800 page(s) | $180.00 |
| 09/16/11 | Duplication - In House  Photocopy - Menendez, Jennelle, NY, 6338 page(s) | $633.80 |
| 09/16/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN  LISA; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $11.25 |
| 09/16/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN  LISA; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $11.25 |
| 09/16/11 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 412047 DATE: 9/16/2011 SENDER'S NAME: S. BRAUNER; JOB NUMBER: 5870981; PICKUP: 1 BRYANT PARK; DESTINATION: 50 FRANKLIN ST; DATE: 09/16/2011 | $46.00 |
| 09/16/11 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 412047 DATE: 9/16/2011 SENDER'S NAME: S. BRAUNER; JOB NUMBER: 5870985; PICKUP: 1 BRYANT PARK; DESTINATION: 420 W 24TH ST; DATE: 09/16/2011 | $46.00 |
| 09/18/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 675885 DATE: 9/23/2011  Vendor: Executive Royal Voucher #: 349640 Date: 09/18/2011 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 349640 Date: 09/18/2011 Name: Fred Hodara | $145.15 |
| 09/18/11 | Meals - Business  S. Schultz, B. Kahn; DiMeols Pizzaiuoli Napulitani | $16.10 |
| 09/18/11 | Travel - Airfare  AA; Frosch Travel | $909.20 |
| 09/19/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1126628 DATE: 9/28/2011  Vendor: Dial Car Voucher #: DLA3422662 Date: 09/19/2011 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3422662 Date: | $212.64 |

| Date | Description | Amount |
|---|---|---|
| 09/19/11 | 09/19/2011 Name: Abid Qureshi Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1126628 DATE: 9/28/2011 Vendor: Dial Car Voucher #: DLA3460859 Date: 09/19/2011 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3460859 Date: 09/19/2011 Name: David Botter | $109.53 |
| 09/19/11 | Travel - Lodging (Hotel, Apt, Other) Hotel stay (9/19-20/11) re: travel to London to attend meetings.; The Savoy - London; Nortel - The Savoy - London | $831.52 |
| 09/20/11 | Meals - Business S. Schultz; Cafe One | $13.66 |
| 09/20/11 | Meals - Business In-room dining at The Savoy.; D. Botter; Nortel - The Savoy - Meals | $68.33 |
| 09/20/11 | Travel - Lodging (Hotel, Apt, Other) Hotel stay (9/20-21/11) re: meetings in Paris with French liquidators.; The Westin Paris; Nortel - The Westin Paris | $601.93 |
| 09/20/11 | Meals - Business Hotel meals re: meetings in Paris.; D. Botter; Nortel - The Westin Paris - Meals | $104.33 |
| 09/21/11 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: BECKERMAN LISA; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $11.25 |
| 09/21/11 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: BECKERMAN LISA; Charge Type: SEARCHES; Quantity: 7.0 | $919.80 |
| 09/21/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: SEARCHES; Quantity: 2.0 | $307.80 |
| 09/21/11 | Computerized Legal Research - Westlaw User: VIRA,DAN Date: 9/21/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $640.05 |
| 09/21/11 | Travel - Ground Transportation Court to Airport; Eastern Coast Taxi Cab | $60.00 |
| 09/21/11 | Travel - Ground Transportation Hotel to Train Station; Taxi - I Love NY | $12.00 |
| 09/21/11 | Travel - Lodging (Hotel, Apt, Other) Hotel; Sofitel | $915.85 |
| 09/21/11 | Meals - Business schultz; Sofitel | $43.37 |
| 09/21/11 | Meals - Business schultz; Sofitel | $88.94 |
| 09/21/11 | Travel - Ground Transportation DFW to Home; DFW Town Cars | $86.00 |
| 09/21/11 | Meals - Business overtime meal; dvira; Chop't Salad | $21.96 |
| 09/22/11 | Computerized Legal Research - Westlaw User: VIRA,DAN Date: 9/22/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $155.08 |
| 09/23/11 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 9/23/2011 | $74.56 |

| Date | Description | Amount |
|---|---|---|
| | AcctNumber: 1000193694 ConnectTime: 0.0 | |
| 09/27/11 | Duplication - In House Photocopy - Kahn, Brad, NY, 450 page(s) | $45.00 |
| 09/27/11 | Duplication - In House Photocopy - Samper, Jonathan, NY, 1078 page(s) | $107.80 |
| 09/27/11 | Duplication - In House Photocopy - User # 990100, NY, 1727 page(s) | $172.70 |
| 09/28/11 | Duplication - In House Photocopy - User # 990100, NY, 30 page(s) | $3.00 |
| 09/30/11 | Duplication - In House Photocopy - Kahn, Brad, NY, 612 page(s) | $61.20 |

Current Expenses                                                         $32,935.82