# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 12 years; Admitted in 1989; Financial Restructuring Department | $975 | 94.60 | $92,235.00 |
| David H. Botter | Partner for 10 years; Admitted in 1990; Financial Restructuring Department | $900 | 126.45 | $113,805.00 |
| Fred S. Hodara | Partner for 22 years; Admitted in 1982; Financial Restructuring Department | $990 | 86.65 | $85,783.50 |
| Karol A. Kepchar | Partner for 10 years; Admitted in 1992; Intellectual Property Department | $700 | 10.60 | $7,420.00 |
| Stephen B. Kuhn | Partner for 11 years; Admitted in 1991; Corporate Department | $790 | 18.40 | $14,536.00 |
| L. Rachael Lerman | Partner for 7 years; Admitted in 1997; Litigation Department | $620 | 4.20 | $2,604.00 |
| Patricia A. Millett | Partner for 4 years; Admitted in 1988; Litigation department | $790 | 72.00 | $56,880.00 |
| Abid Qureshi | Partner for 4 years; Admitted in 1995; Financial restructuring Department | $790 | 81.25 | $64,187.50 |
| Sarah Link Schultz | Partner for 2 years; Admitted in 2001; Financial Restructuring Department | $700 | 34.80 | $24,360.00 |
| Bruce E. Simonetti | Partner for 7 years; Admitted in 1995; Tax Department | $795 | 15.50 | $12,322.50 |
| Austin S. Lilling | Senior Counsel for 1 year; Admitted in 2001; Tax Department | $610 | 28.80 | $17,568.00 |
| Kevin M. Rowe | Senior Counsel for 11 years; Admitted in 1985; Tax Department | $690 | 83.70 | $57,753.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Christopher M. Egleson | Counsel for 1 year; Admitted in 2006; Litigation Department | $560 | 7.30 | $4,088.00 |
| Tony D. Feuerstein | Counsel for 3 years; Admitted in 2003; Corporate Department | $610 | 1.20 | $732.00 |
| Amit Kurlekar | Counsel for 3 years; Admitted in 2002; Litigation Department | $560 | 71.80 | $40,208.00 |
| David C. Vondle | Counsel for 3 years; Admitted in 2003; Intellectual Property Department | $560 | 20.30 | $11,368.00 |
| Graeme D. Bell | International Law Advisor for 3 years; Admitted in 2003; Financial Restructuring Department | $600 | 9.40 | $5,640.00 |
| Sara L. Brauner | Associate for 1 year; Admitted in 2011; Financial Restructuring Department | $360 | 13.00 | $4,680.00 |
| Brad M. Kahn | Associate for 4 years; Admitted in 2008; Financial Restructuring Department | $510 | 173.80 | $88,638.00 |
| Kristine G. Manoukian | Associate for 2 years; Admitted in 2008; Financial Restructuring Department | $510 | 38.20 | $19,482.00 |
| Jason P. Rubin | Associate for 7 years; Admitted in 2005; Financial Restructuring Department | $560 | 41.70 | $23,352.00 |
| Joshua Y. Sturm | Associate for 5 years; Admitted in 2007; Financial Restructuring Department | $550 | 23.65 | $13,007.50 |
| Daniel Z. Vira | Associate for 11 years; Admitted in 1992; ERISA Department | $615 | 110.60 | $68,019.00 |
| Sarah J. Woodell | Associate for 1 year; Admitted in 2010; Financial Restructuring Department | $335 | 6.30 | $2,110.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Jennifer L. Woodson | Associate for 2 years; Admitted in 2010; Tax department | $400 | 29.50 | $11,800.00 |
| Virginia A. Halden | Legal Assistant for 1 year; Litigation Department | $135 | 4.40 | $594.00 |
| Brenda R. Kemp | Legal Assistant for 13 years; Financial Restructuring Department | $210 | 5.90 | $1,239.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 21 years; Financial Restructuring Department | $230 | 2.70 | $621.00 |
| Jonathan A. Sampler | Legal Assistant for 1 year; Financial Restructuring Department | $210 | 7.60 | $1,596.00 |
| Jerry R. Sierecki | Legal Assistant for 6 years; Litigation Department | $185 | 1.20 | $222.00 |
| Peter J. Sprofera | Legal Assistant for 35 years; Financial Restructuring Department | $265 | 4.70 | $1,245.50 |
| Scott A. Fener | Librarian for 4 years | $190 | 8.80 | $1,672.00 |

Total Amount of Fees:      $849,769.00
Total Number of Hours:   1,239.00
Blended Hourly Rate:       $685.70