IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------X

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |

-------------------------------------------------------------X    Objections Due: November 24, 2011 at 4:00 p.m. (EST)

FIRST APPLICATION FOR MEMBERS OF THE
OFFICIAL COMMITTEE OF RETIRED EMPLOYEES
FOR ALLOWANCE OF REIMBURSEMENT OF ALL
ACTUAL AND NECESSARY EXPENSES INCURRED FOR
THE PERIOD OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

| | |
|---|---|
| Name of Applicant: | **Committee Members Seeking Reimbursement:**<br>**Michael P. Ressner; John T. Zalokar; and**<br>**Mark M. Haupt, Sr.** |
| Authorized to Provide Services to: | **The Official Committee of Retired Employees** |
| Date of Appointment: | **June 21, 2011** |
| Period for which Expense<br>Reimbursement is Sought: | **October 1, 2011 Through October 31, 2011** |
| Amount of Expense Reimbursement<br>Sought as Actual, Reasonable and | **$3,185.48 (Aggregate Amount Sought)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Necessary:

**This is a _x_ Monthly Application.**

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| N/A | | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
                                :

*In re*                          :       Chapter 11

Nortel Networks Inc., *et al.,* [5]      :       Case No. 09-10138 (KG)

                Debtors.    :       Jointly Administered

                                :

------------------------------------------------------x   Objections Due:  March 5, 2009 at 4:00 p.m.
                                         (Prevailing Eastern Time)

**FIRST APPLICATION FOR MEMBERS OF THE
OFFICIAL COMMITTEE OF RETIRED EMPLOYEES,
FOR ALLOWANCE OF REIMBURSEMENT OF ALL
ACTUAL AND NECESSARY EXPENSES INCURRED FOR
<u>THE PERIOD OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011</u>**

Pursuant to 11 U.S.C. §§ 105 and 330 of the United States Bankruptcy

Code, Michael P. Ressner, John T. Zalokar, and Mark M. Haupt, Sr., as members of the

Official Committee of Retired Employees (the "Retiree Committee") appointed in these

cases, hereby move this Court for reimbursement of reasonable, actual and necessary

expenses incurred as members of the Retiree Committee in the aggregate amount of

$3,185.48, for the period commencing October 1, 2011 through and including October

---

[5]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

31, 2011 (the "Fee Period").  In support of this Application, the Retiree Committee respectfully represents as follows:

## JURISDICTION

1.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b).  Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2.     On January 14, 2009 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3.     No trustee or examiner has been appointed in the Debtors' jointly administered bankruptcy cases.

4.     On January 26, 2009, the United States Trustee for the District of Delaware appointed the Official Committee of Unsecured Creditors.

## APPOINTMENT OF OFFICIAL COMMITTEE OF RETIRED EMPLOYEES

5.     On June 21, 2011, this Court entered an Order Pursuant to Section 1114 of the Bankruptcy Code Appointing an Official Committee of Retired Employees [D.I. 5783].

6.     On August 2, 2011, the United States Trustee appointed the Retiree Committee [D.I. 6074].  The Retiree Committee consists of the following members:

Gary R. Donahee;  Michael P. Ressner;  Susan Kane;  John T. Zalokar;  and Mark M. Haupt, Sr.

## FEE PROCEDURES ORDER

7.      On February 4, 2009 the Court entered an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [D.I. 222] (the "Administrative Order").    Under the terms of the Administrative Order, members of the Retiree Committee are authorized to submit statements for reimbursement of expenses and receive one hundred percent reimbursement of approved expenses.

## RELIEF REQUESTED

8.      Pursuant to the Administrative Order and sections 105, 331 and 503(b)(3)(F) of the Bankruptcy Code, the Retiree Committee respectfully submits this Application for allowance of reimbursement of actual, reasonable and necessary expenses incurred by several of its members in representing the Retiree Committee during the Fee Period.

9.      During the Fee Period, while serving as members of the Retiree Committee, Michael P. Ressner, John T. Zalokar, and Mark M. Haupt, Sr. incurred out-of-pocket expenses in the total amount of $3,185.48.  True and complete copies of the supporting receipts for each of the foregoing Retiree Committee members are attached hereto as Exhibit "A," Exhibit "B," and Exhibit "C," respectively.  As of the date of this Application, the Retiree Committee members on whose behalf this Application is submitted have received no payments on account of these expenses.

3

## REIMBURSEMENT OF REASONABLE, ACTUAL
## AND NECESSARY EXPENSES IS APPROPRIATE

10.     The members of the Retiree Committee request reimbursement of expenses in the aggregate amount of $3,185.45.  Such expenses relate to a meeting in New York City with representatives of the Debtors and other parties in interest.

11.     The expenses incurred by the Retiree Committee members were necessary to permit the effective performance of the member's duties under section 1003 of the Bankruptcy Code and are reimbursable from the Debtors' estates.

12.     The "majority of courts agree that committee members should be reimbursed for their expenses, e.g. costs relating to attending committee meetings." Creditors Comm. Chairmam v. Fibrex, Inc. (In re Fibrex, Inc.), 240 B.R. 714, 717 (Bankr S.D. Inc. 2001).  Section 503(b)(3)(F) permits a member of a committee appointed under section 1102 of the Bankruptcy Code to "timely file a request for payment of an administrative expense" if such expenses are incurred in the performance of the duties of a duly appointed committee.  Id.

13.     This is the Retiree Committee's first Application and for this reason none of the expenses for which reimbursement is requested are duplicative of any expenses requested or awarded in any prior application.

14.     To the extent that charges for disbursements incurred relate to the Fee Period, but were not processed before the preparation of this Application, the Retiree Committee reserves the right to request additional reimbursement of such expenses in a future application.

4

WHEREFORE, Messrs. Zalokar, Ressner and Haupt, Sr., as members of the Retiree Committee, respectfully request they be allowed reimbursement in the amount of $3,185.48 for actual, reasonable and necessary expenses incurred during the Fee Period, and request such other and further relief as is just.

Dated: Wilmington, Delaware
   November 4, 2011

MCCARTER & ENGLISH, LLP

William F. Taylor, Jr. (Del. No. 2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Tel. (302) 984-6313
Email: wtaylor@mcarter.com

- and -

TOGUT, SEGAL & SEGAL LLP
Albert Togut (*Pro Hac Vice Admission*)
Scott E. Ratner (*Pro Hac Vice Admission*)
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Email: altogut@teamtogut.com
Email: seratner@teamtogut.com

*Counsel to the Official Committee of Retired Employees*

5