IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                              :        Chapter 11

In re:                          :

                              :        Case No. 09-10138 (KG)

Nortel Networks Inc., *et al.*,[1]    :

                              :        Jointly Administered

                   Debtors.    :

                              :        **Objections due: November 24, 2011**

                              :        **Hearing Date: Only if Objections Filed**

------------------------------------------------------------x

NOTICE OF FIRST APPLICATION OF MEMBERS OF
THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES
FOR REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

TO:    The Notice Parties as defined in the Administrative Order Establishing Procedures for Interim Compensation of Fees and Reimbursement of Expenses of Professionals and Official Committee Members (the "Interim Compensation Order") [D.I. 222] and parties pursuant to Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

        **PLEASE TAKE NOTICE** that the members of the Official Committee of Retired Employees in the above-captioned case have filed the First Application of Members of the Official Committee of Retired Employees for Reimbursement of Expenses Incurred for the Period October 1, 2011 through October 31, 2011 (the "Application"). The Application seeks the allowance and payment of 100% of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

expenses in the amount of $3,185.48 pursuant to the Interim Compensation Order. The Application has been filed and served on the Notice Parties pursuant to the Interim Compensation Order. Notice of the Application has also been served on all parties requesting notice pursuant to the Bankruptcy Rules.

PLEASE TAKE FURTHER NOTICE that Objections of the Notice Parties, if any, to the relief requested in the Application must be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **November 28, 2011 at 4:00 p.m. (prevailing Eastern Time)**(the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that the Notice Parties must also serve a copy of the Objection upon the following parties so as to be **received no later than 4:00 P.M. (prevailing Eastern Time) on November 28, 2011** upon: (i) the Debtors, Nortel Networks Inc., 220 Athens Way, Suite 300, Nashville, Tennessee 37228-1304 (Attention: Allen K. Stout); (ii) Counsel for the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 (Attention: James L. Bromley, Esq.); (iii) Local Counsel for the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19899-1347 (Attention: Derek C. Abbott, Esq.); (iv) Counsel to the Official Committee of Unsecured Creditors, Richards, Layton & Finger, P.A. 920 N. King Street, One Rodney Square Wilmington, Delaware 19801 (Attention: Christopher M. Samis, Esq. and Drew M. Sloan, Esq.; (v) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attention: Thomas P. Tinker, Esq.); (vi) Counsel for the Official Committee of Long Term Disability Plan Participants, Elliott Greenleaf, 1105 North Market Street, Suite 1700, Wilmington, Delaware 19801 (Attention: Rafael X. Zahralddin- Aravena); (vii) Counsel for the Official Committee of Retirees, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119 (Attention: Albert Togut, Esq. and Scott E. Ratner, Esq.); and (viii) McCarter & English LLP, Renaissance Centre, 405 North King Street, 8th Floor, Wilmington, Delaware 19801 (Attention: William F. Taylor, Jr. Esq.).

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE INTERIM COMPENSATION ORDER, IF NO OBJECTIONS ARE FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY ONE HUNDRED (100%) OF THE REQUESTED EXPENSES WITHOUT FURTHER COURT ORDER.

[concluded on the following page]

PLEASE TAKE FURTHER NOTICE THAT ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH PURSUANT TO THE INTERIM COMPENSATION ORDER WILL A HEARING BE HELD ON THE APPLICATION.

Dated:  Wilmington, Delaware
   November 4, 2011

MCCARTER & ENGLISH, LLP

_____

William F. Taylor, Jr. (Del. No. 2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Tel. (302) 984-6313
Email:  wtaylor@mcarter.com


- and -


TOGUT, SEGAL & SEGAL LLP

Albert Togut (*Pro Hac Vice Admission*)
Scott E. Ratner (*Pro Hac Vice Admission*)
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Email:  altogut@teamtogut.com
Email:  seratner@teamtogut.com

*Counsel to the Official Committee of Retired Employees*