# EXHIBIT A

**EXPENSES FOR RETIREE COMMITTEE MEMBER MICHAEL P. RESSNER**

10-06-11

The
Greenwich
Hotel

**INFORMATION INVOICE**
**John T Zalokar**
**6N426 Crescent Lane**
**Saint Charles, IL 60175**

| | | |
|---|---|---|
| Room No. | : | 0609 |
| Arrival | : | 10-05-11 |
| Departure | : | 10-06-11 |
| Page No. | : | 1 of 1 |
| Folio No. | : | |
| Conf. No. | : | 588183 |
| Cashier No. | : | 77 |

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|
| | | 575.00 | |
| 10-05-11 | Room | 51.03 | |
| 10-05-11 | Sales Tax - 8.875% | 33.78 | |
| 10-05-11 | City Tax - 5.875% | 2.00 | |
| 10-05-11 | NYC Occupancy Tax | 1.50 | |
| 10-05-11 | NYS Occupancy Tax | | |
| | | 663.31 | 0.00 |
| | Total | | |
| | Balance | 663.31 | |

https://online.americanexpress.com/myca/estmt/us/docs/print_doc.html

Transaction Date:                 09/28/2011 Wed

Transaction Description:          AA AIR TICKET SALE 4DALLAS TX

                                  AMERICAN AIRLINES

                                  From:          To:                  Carrier:      Class:

                                  CHICAGO O'HARE INT   NEW YORK LA GUARDI    AA          G

                                                 CHICAGO O'HARE INT    AA          K

                                                 N/A                  YY          00

                                                 N/A                  YY          00

                                  Ticket Number: 0012346805123                Date of Departure: 10/05

                                  Passenger Name: ZALOKAR/JOHN

                                  Document Type: PASSENGER TICKET

                                  480.40

Amount $:

Doing Business As:                AMERICAN AIRLINES E TKT

Merchant Address:                 AMERICAN AIRLINES-CCS
                                  7645 E 63RD ST, SUITE 600
                                  TULSA
                                  OK
                                  74133
                                  UNITED STATES

Reference Number:                 320112720011423943

Category:                         Travel - Airline

RETURN TO CHI
10/06
AA 363  7:29pm LGA/ORD



```
        .THANK  YOU
   O'Hare Intefnational Airport
      Parking Facility - Lot E
  P.O.Box 66179, Chicago, Il. 60666-0179
      Tel: (773) 686-7532
```

TRANSIENT TICKET
TRANSACTION NUMBER            501016473
ENTRY TIME/DATE           11:13  10-05-11
PAYMENT TIME/DATE         22:00  10-06-11
PAY MACHINE               CE25 Booth 25
LICENSE:                    TL 313ZZZ
OPERATOR                         175
FEE                           $34.00
CREDIT CARD                   $34.00
      Includes All Applicable Taxes

```
MEO#_   .2T18
DRIVER: -0502966
10/05/11 TR" 999
START  END MILES
16:07 16:43 10.5
  CUSTOMER COPY
Resular Fare
RATE 1:$   28.10
SURCH: $    1.00
StSrch:$    0.50
TIP : $     3.00
TOTAL: $   32.60

Card Type: AMEX
XXXXXXXXXX1002
AUTH:502397
```

```
   ·I ♥ NEW YORK
HACK #:
MEDALLION "      .05323450
                  5M39
10/06/2011 09:08 - 09:26
TRIP# 5848 RATE#       1
STAND. CITY RATE
MILES R1
FARE R1               1.12
STATE SRCHG$    9.70
TOLLS $         0.50
GRAND TOTAL $   0.00
               10.20

Contact TLC Dial 3-1-1
```

```
American Airlines
    Admiral's Club
    LaGuardia Airport
      New York

111 Marie
-------------------------------------
Check: 3692               Guests: 1
      10/06/2011 02:35PM
-------------------------------------
2  Tanqueray               16.00
   Cash                    20.00

   Subtotal                16.00
   Tax                      1.42
   Payment                 17.42
Change Due               $2.58

----------- Check Closed -----------
      10/06/2011 02:35:07PM

        THANK YOU
      HAVE A SAFE FLIGHT
-------------------------------------
```

EXHIBIT "B"

**EXPENSES FOR RETIREE COMMITTEE MEMBER JOHN T. ZALOKAR**

EXPENSE SUMMARY[1]
# Nortel Networks, Inc, *et al.*
## (Case No. 09-10138 (KG))

JOHN T. ZALOKAR[2]
EXPENSE SUMMARY
OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare (10/5/11-10/6/11) | American Airlines | $480.00 |
| Lodging  (10/5/11-10/6/11) | The Greenwich Hotel | 663.31 |
| Taxis (Travel Ground) | N/A (local yellow-cabs) | 53.80 |
| Parking (10/5/11-10/6/11) | (O'hare Airport-Economy Rate) | 34.00 |
| Mileage To/From Airport | Mileage calculated as follows: 80 miles at 0.55 cents per mile. | 44.00 |
| Grand Total Expenses | | $1,275.11 |

MICHAEL P. RESSNER[3]
EXPENSE SUMMARY
OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare (10/5/11-10/6/11) | American Airlines (Economy rate charged to estate, Committee member applied personal mileage to upgrade to first class for return flight, as reflected on invoice attached). | $406.40 |
| Lodging  (10/5/11-10/6/11) | The Millenium Hilton | 530.20 |
| Parking (10/5/11-10/6/11) | (Airport-Economy Rate) | 29.00 |
| Meals | Breakfast | 14.00 |

---

[1] On October 5 – 6, 2011, certain members of the Official Committee of Retired Employees traveled to New York City to meet with representatives of the Debtors and other parties in interest.

[2] Copies of the supporting receipts for John T. Zalokar are attached hereto as Exhibit "A"

[3] Copies of the supporting receipts for Michael P. Ressner are attached hereto as Exhibit "B"

| Mileage To/From Airport | Mileage calculated as follows: 27.27 miles at 0.55 cents per mile. | 15.00 |
|---|---|---|
| **Grand Total Expenses** | | **$994.60** |

## MARK M. HAUPT, SR.[4]
### EXPENSE SUMMARY
### OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare (10/5/11-10/6/11) | American Airlines | $335.40 |
| Lodging (10/5/11) | The Millenium Hilton | 530.21 |
| Taxis (Travel Ground) | N/A (local yellow-cabs) | 50.16 |
| **Grand Total Expenses** | | **$915.77** |

---

[4]    Copies of the supporting receipts for Mark M. Haupt, Sr. are attached hereto as Exhibit "C"

**American**Airlines'

10/8 Nobel Committee

CLOSE WINDOW
PRINT PAGE

Note: This is not your receipt. You will be receiving your itinerary confirmation along with your receipt soon. You may print your itinerary & Receipt directly from AA.com once the status is updated from "Purchased" to "Ticketed".

## Reservation Details

**Record Locator**
**LLPPOA**
Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

**Status**
Purchased –
Sep 30, 2011

**Reservation Name**
RDU/LGA
You can name your reservation so it's easier to locate when you return to AA.com (e.g. Quarterly Meeting).

## Your Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Date & Time | Booking Code | |
| AA AMERICAN AIRLINES OPERATED BY AMERICAN EAGLE | 4597 | RDU Raleigh/ Durham | Oct 05, 2011 02:25 PM | LGA New York | Oct 05, 2011 03:55 PM | Economy G | 7B |
| AA AMERICAN AIRLINES OPERATED BY AMERICAN EAGLE | 4612 | LGA New York | Oct 06, 2011 03:20 PM | RDU Raleigh/ Durham | Oct 06, 2011 05:05 PM | First P | 1A |

## Your Notifications

| Contact | Notification Summary | Actions |
|---|---|---|
| Email: MICHAEL@RESSNER.COM | • Send 2 hours prior to departure • ARRIVAL INCLUDING BAGGAGE CLAIM • CONNECTING FLIGHT DEPARTURE STATUS • GATE CHANGES | Enabled |

## Fare Summary

field.passengerType.adult

| Average Fare per Person: | 385.00 USD | | |
|---|---|---|---|
| | | | Adult |
| Passenger Type Used in Pricing | | | |
| | | | Complimentary |
| PriorityAAccess[SM] and Same-Day Standby | | | |

| | |
|---|---|
| | 385.00 USD |
| Total Fare per Person | 21.40 USD |
| Additional Taxes and Fees per Person | |
| | Complimentary |
| Seats | 406.40 USD |
| **Total Price** | |

- View Fare Rules.
- Residents of Latin America or the Caribbean must be present and show Credit/Debit Card at time of check-in.
- Flights not on American Airlines, American Eagle, or AmericanConnection® are on a request basis only. Fares and availability are subject to change.
- In order to comply with federal security regulations, we may provide government agencies access to data you disclose to us. For more information, view our Privacy Policy.
- If you choose to pay using a credit card or U.K-billed PayPal account, a processing fee of £4.50 per ticket may apply.
- Optional Services and Carrier Charges include, but are not limited to, items such as checked or carry-on baggage, seat selection and seat upgrades.

## Summary Details

### Credit Card Information

| | |
|---|---|
| Card Type: | MASTER CARD |
| Account #: | **** **** **** 6614 |
| Expiration Date: | ********* |
| Description: | Citibank Mastercard |

### Delivery Information

| | |
|---|---|
| E-Ticket E-MAIL: | MICHAEL@RESSNER.COM#00/00/00 |

### Contact Information

| | |
|---|---|
| Cell Phone: | (1) 919-274–8766 |
| Home Phone: | (1) 919-866–0065 |
| Business Phone: | (1) 919-866–0046 |
| Email Address: | MICHAEL@RESSNER.COM |

**Business ExtrAA Account Number:**

## Upgrade Reservation

| Flight Number | Departing | Arriving | 500-mile Upgrades Required per Person | Request Upgrade? |
|---|---|---|---|---|
| 4597 | RDU  Raleigh/ Durham | LGA  New York | 1 | Requested |
| 4612 | LGA  New York | RDU  Raleigh/ Durham | | N/A |
| 500-mile Upgrades may be purchased at the airport or at a discount when purchased online. | | | | |

From: "American Airlines (AA)" <notify@aa.globalnotifications.com>
Subject: **American Airlines Upgrade Notification**
Date: October 2, 2011 2:26:57 PM EDT
To: "MICHAEL@RESSNER.COM" <MICHAEL@RESSNER.COM>

*[handwritten: $30.00 Direct charge to advantage account]*

American Airlines AADVANTAGE Automated Upgrade

To:
MICHAEL RESSNER

Record Locator: LLPPQA

As you requested, the following flight segments have been automatically upgraded.

| Carrier | Flight | Date | Origin | Destination | Departure Time |
|---------|--------|------|--------|-------------|----------------|
| AA | 4597 | 05Oct | Raleigh Durham | New York Laguardia | 2:25 PM |

Flight AA 4597 05Oct Seat 3C MICHAEL RESSNER

The appropriate number of 500-mile upgrades will be deducted from your Electronic Upgrade bank for each segment upgraded at departure time. Each upgrade is valid for up to 500 miles of travel. If you need to purchase upgrades, you may do so at the airport or by calling AAdvantage Reservations at 1-800-882-8880. You may also check your upgrade balance and purchase upgrades electronically at a discounted price at www.aa.com or at the Self-Service machine (during check-in).

AAdvantage Executive Platinum members traveling on any published fare along with AAdvantage Platinum and AAdvantage Gold members traveling on full Y/B fares (excluding military/government fares) receive complimentary upgrades; therefore, no upgrades will be taken from your accounts.

If no seat assignment appears in the itinerary above, please check at the airport. If you have requested upgrades for other flight segments, you will be notified once they can be confirmed.

Please contact us if your plans have changed and you are no longer traveling on any of the upgraded flights. If you need further assistance please call toll free 1-800-882-8880 or your local American Airlines reservations number. You can also contact us through the AA.com Web

# ⓗ Millenium Hilton

55 Church Street • New York, NY 10007
Phone (212) 693-2001 • Fax (212) 571-2316
Reservations
www.hilton.com or 1 800 HILTONS

| Name & Address |
|---|

RESSNER, MICHAEL
5909 Applegarth Lane

Raleigh, NC 27614
US

Room            3006/K1D
Arrival Date     10/5/2011     4:52:00PM
Departure Date   10/6/2011

Adult/Child      1/0
Room Rate        459.00

RATE PLAN       L-DJ

HH#
AL:
BONUS AL:                CAR:

CONFIRMATION NUMBER : 3446716155

10/6/2011    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 10/5/2011 | GUEST ROOM | RVANDEN | 5806653 | $459.00 | | |
| 10/5/2011 | STATE SALES TAX  8.875% | RVANDEN | 5806653 | $40.74 | | |
| 10/5/2011 | CITY TAX - RMS 5.875% | RVANDEN | 5806653 | $26.97 | | |
| 10/5/2011 | ROOM OCC. TAX $2.00 | RVANDEN | 5806653 | $2.00 | | |
| 10/5/2011 | JAVITS CENTER TAX FEE | RVANDEN | 5806653 | $1.50 | | |
| | | | | | | $530.21 |
| | WILL BE SETTLED TO MC *6614 | | | | | $0.00 |
| | EFFECTIVE BALANCE OF | | | | | |

EXPENSE REPORT SUMMARY

|  | 12:00:00AM | STAY TOTAL |
|---|---|---|
| ROOM & TAX | $530.21 | $530.21 |
| DAILY TOTAL | $530.21 | $530.21 |

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| | 978739 A |

| AUTHORIZATION | INITIAL |
|---|---|
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

## Zip-Out Check-Out®

**Good Morning !** We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.

- Please review this statement. It is a record of your charges as of late last
  evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.

Simply call the Front Desk from your room and tell us when you are ready to
depart.  Your account will be automatically checked out and you may use this
statement as your receipt.  Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any
questions about your account.*

THANK YOU

Receipt no 0264/0637/00637 06/10/11  S. 1/1

Pay Parking Ticket $           29.00
05/10/11 12:36 - 06/10/11 17:29
Length of stay: 1 Dy. 4 Hr. 53 Min.
Total Amount      $           29.00
Credit Mastercard $           29.00
<182 >3?? 5>42 6614

APU    **Customer Receipt**

# EXHIBIT C

**EXPENSES FOR RETIREE COMMITTEE MEMBER MARK M. HAUPT, SR.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| American Airlines | 4597 | RALEIGH DURHAM | WED 05OCT 2:25 PM | NEW YORK LGA | 3:55 PM | G | |
| | OPERATED BY AMERICAN EAGLE | | | | | | |
| | Mark Haupt | | FF#: VH48960 GLD | Economy | Seat 6D | Food For Purchase | |
| American Airlines | 4447 | NEW YORK LGA | THU 06OCT 3:59 PM | RALEIGH DURHAM | 5:46 PM | S | |
| | OPERATED BY AMERICAN EAGLE | | | | | | |
| | Mark Haupt | | FF#: VH48960 GLD | Economy | Seat 12C | Food For Purchase | |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| MARK HAUPT | 0012347028027 | 268.84 | 41.56 | 310.40 |

| ADDITIONAL SERVICES | | CURRENCY | AMOUNT |
|---|---|---|---|
| Telephone Ticketing Service | | USD | 25.00 |

| Payment Type: American Express XXXXXXXXXX1005 | | | Total: $335.40 |
|---|---|---|---|

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportconnections.

(AA CHECKED BAGGAGE CHARGES)

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage,.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and

2



# Millenium Hilton

55 Church Street • New York, NY 10007
Phone (212) 693-2001 • Fax (212) 571-2316
Reservations
www.hilton.com or 1 800 HILTONS

| Name & Address | | |
|---|---|---|

HAUPT, MARK
10533 TARTON FIELDS CIR

RALEIGH, NC 27617
US

| | | |
|---|---|---|
| Room | 1808/K1D | |
| Arrival Date | 10/5/2011 | 4:24:00PM |
| Departure Date | 10/6/2011 | |
| Adult/Child | 1/0 | |
| Room Rate | 459.00 | |

RATE PLAN          LV1

HH# 577989989 BLUE
AL:
BONUS AL:          CAR:

CONFIRMATION NUMBER : 3450476716

10/6/2011   PAGE   1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 10/5/2011 | GUEST ROOM | RVANDEN | 5806510 | $459.00 | | |
| 10/5/2011 | STATE SALES TAX 8.875% | RVANDEN | 5806510 | $40.74 | | |
| 10/5/2011 | CITY TAX - RMS 5.875% | RVANDEN | 5806510 | $26.97 | | |
| 10/5/2011 | ROOM OCC. TAX $2.00 | RVANDEN | 5806510 | $2.00 | | |
| 10/5/2011 | JAVITS CENTER TAX FEE | RVANDEN | 5806510 | $1.50 | | |
| | WILL BE SETTLED TO AX *1005 | | | | | $530.21 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

EXPENSE REPORT SUMMARY

|  | 12:00:00AM | STAY TOTAL |
|---|---|---|
| ROOM & TAX | $530.21 | $530.21 |
| DAILY TOTAL | $530.21 | $530.21 |

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your
earnings for this or any other stay at more than 3,000 Hilton Family hotels
worldwide, please visit HiltonHHonors.com.*

*Thank you for choosing Hilton! Book your next stay at hilton.com and take
advantage of our Internet-only Advance Purchase Rates and limited-time special
offers!*

| | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|
| | | 978982 A |
| | AUTHORIZATION | INITIAL |
| | PURCHASES & SERVICES | |
| | TAXES | |
| | TIPS & MISC. | |
| | TOTAL AMOUNT | |

## Zip-Out Check-Out®

Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.
* Please review this statement.  It is a record of your charges as of late last
  evening.
* For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.
Simply call the Front Desk from your room and tell us when you are ready to
depart.  Your account will be automatically checked out and you may use this
statement as your receipt.  Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any
questions about your account.*





T H A N K   Y O U

```
MED#        5F18
DRIVER:  5211358
10/05/11 TR 2624
START   END MILES
15:42 16:19 15,9
  CUSTOMER COPY
REGULAR FARE
RATE 1:$   36.50
SURCH: $    0.00
TRIBB:$     4.80
STSRCH:$    0.50
TIP  : $    8.36
TOTAL: $   50.16

CARD TYPE: AMEX
XXXXXXXXXXX1005
AUTH:561512
```