IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 |
| NORTEL NETWORKS, INC., ET AL., | : Case No. 09-10138 (KG) |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Karen M. Wagner, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communication agent for the Official Committee of Retired Employees, in the above-captioned cases:

On November 4, 2011, I caused to be served the following document via First-Class Mail on those parties identified on **Exhibit A**:

- Notice of First Application of Members of The Official Committee of Retired Employees for Reimbursement of Expenses Incurred for the Period October 1, 2011 through October 31, 2011 **[Docket No. 6713]**

Dated: November 4, 2011

/s/ Karen M. Wagner
Karen M. Wagner
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
310.823.9000

State of California    )
                       ) ss
County of Los Angeles  )

Subscribed and sworn to (or affirmed) before me on this 4th day of November, 2011, by Karen M. Wagner, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

ELIZABETH MARIE BARNETT
Commission # 1867869
Notary Public - California
Los Angeles County
My Comm. Expires Oct 10, 2013

# Exhibit A

**Exhibit A**
**Service List**

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Akin Gump | Fred S. Hodara Esq | Ryan C Jacobs Esq | David H Botter Esq | One Bryant Park | New York | NY | 10036-0000 |
| Cleary Gottlieb Steen & Hamilton | James L Bromley | One Liberty Plaza | | | New York | NY | 10006-0000 |
| Elliott Greenleaf | Rafael X. Zahralddin-Aravena | Shelley A Kinsella | 1105 N. Market St Ste 1700 | | Wilmington | DE | 19801-0000 |
| Morris Nichols Arsht & Tunnell LLP | Ann C Cordo | 1201 N Market St | PO Box 1347 | | Wilmington | DE | 19899-1347 |
| Nortel Networks Inc | Allen K Stout | 220 Athens Way Ste 300 | | | Nashville | TN | 37228-1304 |
| Office of the U.S. Trustee | Thomas P. Tinker. Esq | 844 King St | Ste 2207 Lockbox 35 | | Wilmington | DE | 19801-3519 |
| Richards Layton & Finger | Mark D. Collins Esq | Christopher M Samis Esq | One Rodney Square | 920 N King St | Wilmington | DE | 19801-0000 |