**<u>Exhibit A</u>**
**List of Claimants**

**<u>GID</u>**

0240710

0241010

0241507

0241747

0242892

0243261

0243718

0243955

0244038

0244186

0244195

0244224

0244271

0244337

0244369

0244413

0244663

0244673

0244685

0244702

0244706

0245002

0245207

0245406

0245753

0245758

**GID**

0245818

0245842

0245968

0246105

0246111

0246137

0246176

0246353

0246393

0246781

0246827

0247077

0247102

0247239

0247302

0247633

0247781

0247791

0247799

0247941

0247961

0247987

0248039

0248260

0248261

0248333

**GID**

0248353

0248382

0248392

0248448

0248731

0248738

0248769

0248788

0248815

0249040

0249099

0249107

0260569

0262431

0265441

0273119

0277231

0282399

0288302

0440876

0442320

0465282

0466319

0466390

0466395

0466487

**GID**

0466548

0466631

0466727

0466833

0466925

0467034

0467047

0467055

0467057

0467634

0468017

0468932

0469479

0469588

0469798

0470087

0480473

0484771

0485648

0485684

0486768

0501575

0502217

0503209

0503496

0504772

**<u>GID</u>**

0505057

0505557

0505725

0506308

0506469

0506530

0506682

0506690

0506750

0506841

0507077

0507099

0507313

0507954

0508036

0508185

0508671

0508685

0508819

0508952

0509043

0509863

0509977

0510429

0510645

0510734

**GID**

0510901

0511029

0511148

0511193

0511455

0511493

0511531

0511830

0511899

0512039

0512130

0512267

0512594

0512876

0512961

0513009

0513295

0514015

0514156

0514266

0514513

0515029

0515139

0515419

0515701

0515779

**<u>GID</u>**

0515807

0515824

0515893

0516073

0516076

0516176

0516367

0516487

0516542

0516616

0516669

0516682

0516793

0516815

0516888

0516964

0516970

0516980

5035108