**CERTIFICATE OF SERVICE**

      I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claim by and Between One Boston Place LLC and Nortel Networks Inc.** was caused to be made on November 7, 2011, in the manner indicated upon the entities identified on the attached service list.

| | |
|---|---|
| Date: November 7, 2011 | */s/ Chad A. Fights* |
| Wilmington, DE | Chad A. Fights (No. 5006) |