# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: **Nortel Networks Inc., ET AL.,**                Case No. **09-10138**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS, LLC** | **CERTIFICATION CONSULTING SERVICES** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**SONAR CREDIT PARTNERS, LLC**
**200 BUSINESS PARK DRIVE, SUITE 201**
**ARMONK, NY 10504**

Phone: **(914) 730-1005**
Last Four Digits of Acct #: N/A

Court Claim # (if known): N/A
Amount of Claim: **$1,975.00**
Date Claim Filed: N/A

Phone: N/A
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Name and Current Address of Transferor:

CERTIFICATION CONSULTING SERVICES
163 W. 1525 N.
OREM, UT 84057

Phone: N/A
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg                Date: 11/7/2011
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attn: Clerk

AND TO:    Nortel Networks Inc. ("Debtor"), Case No. 09-10138)

Schedule # (if known): 100237680

**CERTIFICATION CONSULTING SERVICES**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS, LLC**
200 Business Park Drive
Suite 201
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $1,975.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November  4 , 2011.

| ASSIGNOR | ASSIGNEE |
|---|---|
| Signature: *Kelly M. Packer* | Signature: *Michael Goldberg* |
| Name: KELLY M. PACKER | Name: Michael Goldberg |
| Title: President | Title: Managing Member |
| Date: 11-4-11 | Date: 11/7/11 |

In re **NORTEL NETWORKS INC.**        Case No. **09-10138**

Debtor        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 464059<br>CELLSITE INDUSTRIES<br>1940 MILIMONT DRIVE<br>MILIPITAS, CA 95035 | | | TRADE PAYABLE | | | | $13,298.59 |
| ACCOUNT NO.<br>CENTENNIAL HOLDINGS VII, LLC<br>1209 ORANGE STREET<br>WILMINGTON, DE 19801 | | | PRIVATE EQUITY OR OTHER INVESTMENT CONTRACT | X | X | | UNKNOWN |
| ACCOUNT NO.<br>CENTER FOR ADVANCED CARDIO<br>SUITE 555<br>1875 DEMPSTER STREET<br>PARK RIDGE, IL 60068 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. 447129<br>CENTER FOR DIGITAL GOVERNMENT<br>100 BLUE RAVINE ROAD<br>FOLSOM, CA 95630 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. 464288<br>CENTRO DE TECNOLOGIA DE LAS COMUNIC<br>PARQUE TECNOLOGICO DE ANDALUCI<br>CAMPANILLAS 29590<br>SPAIN | | | TRADE PAYABLE | | | | $19,431.50 |
| ACCOUNT NO. 32507<br>CENTURY FASTENERS CORP<br>8221 BROWNLEIGH DRIVE<br>RALEIGH, NC 27617-7415 | | | TRADE PAYABLE | | | X | $639.84 |
| ACCOUNT NO. 467421<br>CENTURYTEL<br>PO BOX 4300<br>CAROL STREAM, IL 60197-4300 | | | TRADE PAYABLE | | | | $36.85 |
| ACCOUNT NO. 448780<br>CERTIFICATION CONSULTING SERVICES<br>163 W 1525 N<br>OREM, UT 84057 | | | TRADE PAYABLE | | | | $1,975.00 |
| ACCOUNT NO.<br>CESAR LAFAURIE<br>101 WILLOWCREEK BLVD<br>SWEETWATER, TN 37874 | | | DEFERRED COMPENSATION | | X | | $50,826.40 |

Sheet no. 52 of 527 sheet(s) attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    $86,208.18