# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

October 1, 2011 through October 31, 2011

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

2725046.2

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 10/1/2011 — End Date 10/31/2011

**Enter Billing Rate/Hr:** 490.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 9.3 | $490.00 | $4,557.00 |
| 2 | Reviewing operational management of transition services | 7.9 | $490.00 | $3,871.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 144.9 | $490.00 | $71,001.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 9.3 | $490.00 | $4,557.00 |
| 5 | Fee Applications | 6.3 | $490.00 | $3,087.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 31.5 | $245.00 | $7,717.50 |
| | **Hours/Billing Amount for Period:** | **210.2** | | **$95,280.50** |

## NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 10/1/2011 | Review material and briefing related to EMEA claims | 3 | 3.3 |
| 10/1/2011 | Follow up related to retention matter | 3 | 1.3 |
| 10/1/2011 | Travel to London for various meetings with Pension parties and TPR, and EMEA | 7 | 9.0 |
| 10/2/2011 | Prepare for meetings with pension parties | 3 | 4.5 |
| 10/3/2011 | Meetings with UK pension and TPR; including preparation and OST meeting | 3 | 12.0 |
| 10/4/2011 | Meetings with EMEA | 3 | 3.5 |
| 10/4/2011 | Review EMEA briefing on claims | 3 | 3.3 |
| 10/4/2011 | Richardson 7 matter | 3 | 2.3 |
| 10/4/2011 | Review of retiree materials in advance of meeting with committees | 3 | 2.3 |
| 10/5/2011 | Travel from UK meetings | 7 | 9.0 |
| 10/5/2011 | Further review of retiree matters for next day meeting | 3 | 2.2 |
| 10/5/2011 | EMEA briefing | 3 | 2.3 |
| 10/6/2011 | Meeting with retiree and Ltd committees | 3 | 6.0 |
| 10/6/2011 | Meeting with UCC on various matters | 4 | 2.3 |
| 10/6/2011 | Meeting at Cleary related to various matters including allocation, subsidiary liquidations, litigation | 3 | 3.5 |
| 10/6/2011 | Cox matter and SNMP | 3 | 2.3 |
| 10/7/2011 | EMEA briefs | 3 | 2.0 |
| 10/7/2011 | Travel from NY | 7 | 4.5 |
| 10/11/2011 | Call with TPR | 3 | 1.2 |
| 10/11/2011 | Call with Cleary related to pension matters | 3 | 3.0 |
| 10/11/2011 | Staff call | 3 | 2.3 |
| 10/11/2011 | Call with RLKS re systems matters; retention; wind down | 3 | 1.0 |
| 10/11/2011 | Review of crime and property matters | 3 | 0.8 |
| 10/11/2011 | SNMP matter | 3 | 1.2 |
| 10/11/2011 | Sanmina inventory reconciliation | 3 | 0.5 |
| 10/11/2011 | Review of CN motions re D&O policy | 3 | 1.2 |
| 10/11/2011 | Mexico proposal | 3 | 1.8 |
| 10/12/2011 | Prepare fee application | 5 | 2.8 |
| 10/12/2011 | Internet address call | 3 | 0.8 |
| 10/12/2011 | Dialogue with TPR | 3 | 0.7 |
| 10/12/2011 | Software license matter | 3 | 0.7 |
| 10/12/2011 | Subsidiary tax return review (Israel) | 3 | 1.5 |
| 10/12/2011 | 2012 benefits enrollment | 2 | 0.5 |
| 10/12/2011 | Preference matter | 3 | 0.5 |
| 10/12/2011 | Section 72 request | 3 | 1.0 |
| 10/12/2011 | Insurance renewals | 2 | 1.0 |
| 10/12/2011 | Review settlement stips | 3 | 0.5 |
| 10/13/2011 | APAC claims | 1 | 1.5 |
| 10/13/2011 | Richardson 7 property alternatives | 3 | 1.0 |
| 10/13/2011 | IP ASA review | 3 | 1.0 |
| 10/13/2011 | Deferred compensation matter | 3 | 1.0 |

## NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 10/13/2011 | 4th estate and Mexico | 3 | 2.8 |
| 10/13/2011 | Trademark matter | 3 | 0.8 |
| 10/13/2011 | Travelers insurance | 1 | 1.0 |
| 10/13/2011 | Crime insurance renewal | 3 | 0.5 |
| 10/13/2011 | Prepare fee application | 5 | 1.5 |
| 10/13/2011 | Mexico update | 1 | 0.5 |
| 10/13/2011 | Ciena update | 3 | 0.5 |
| 10/14/2011 | Retiree benefits call | 3 | 1.0 |
| 10/14/2011 | Customs matter | 3 | 0.5 |
| 10/14/2011 | UK pension matter | 3 | 1.0 |
| 10/14/2011 | Settlement stips | 3 | 0.5 |
| 10/14/2011 | TSA finalization | 1 | 0.5 |
| 10/14/2011 | IBM claim | 3 | 2.0 |
| 10/14/2011 | Amendments to schedules | 3 | 3.0 |
| 10/14/2011 | NNEM Israel | 1 | 1.0 |
| 10/14/2011 | Trademark matters | 1 | 0.5 |
| 10/17/2011 | Review transcript of EMEA claims hearing | 3 | 3.0 |
| 10/17/2011 | Travel to NY | 7 | 4.5 |
| 10/17/2011 | Meetings with Cleary re case matters | 3 | 3.5 |
| 10/18/2011 | Meetings with Cleary re allocation | 3 | 4.0 |
| 10/18/2011 | Meetings with UCC and bonds | 4 | 5.0 |
| 10/18/2011 | Staff call | 2 | 0.5 |
| 10/18/2011 | SNMP matter | 3 | 0.8 |
| 10/19/2011 | Prepare for and attend IBM meeting re IBM claim | 3 | 6.0 |
| 10/19/2011 | Travel from NY | 7 | 4.5 |
| 10/19/2011 | October RM report | 1 | 1.0 |
| 10/19/2011 | NTEC documents | 3 | 1.0 |
| 10/19/2011 | Preference stip | 3 | 0.3 |
| 10/19/2011 | Travelers matter | 1 | 0.3 |
| 10/20/2011 | Inventory disposition summary | 3 | 1.0 |
| 10/20/2011 | 9019 motion review | 3 | 0.5 |
| 10/20/2011 | IBM follow up | 3 | 0.5 |
| 10/20/2011 | Section 72 request | 3 | 2.0 |
| 10/20/2011 | India entities review | 2 | 1.0 |
| 10/24/2011 | Staff call | 2 | 0.8 |
| 10/24/2011 | UCC call | 4 | 1.0 |
| 10/24/2011 | Case management call | 3 | 1.5 |
| 10/24/2011 | IT data sharing | 3 | 0.5 |
| 10/24/2011 | Chartis insurance matter | 3 | 2.0 |
| 10/24/2011 | Update call with K Schultea re various matters | 3 | 1.0 |
| 10/24/2011 | October RM report | 3 | 1.0 |
| 10/24/2011 | Section 72 request | 3 | 1.0 |
| 10/24/2011 | Preference matters | 3 | 0.5 |
| 10/24/2011 | 9019 motion review | 3 | 0.5 |
| 10/24/2011 | Crime policy renewal | 2 | 0.8 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 10/24/2011 | Retention of employees 2012 plans | 3 | 2.7 |
| 10/25/2011 | Nortel name sale | 32 | 1.0 |
| 10/25/2011 | IT data sharing | 3 | 0.3 |
| 10/25/2011 | SNMP matter | 3 | 1.5 |
| 10/25/2011 | Benefits matters | 3 | 2.0 |
| 10/25/2011 | Crime policy | 2 | 0.5 |
| 10/25/2011 | AECT matter | 3 | 0.8 |
| 10/25/2011 | Section 72 request | 3 | 0.7 |
| 10/25/2011 | Sanmina inventory reconciliation | 2 | 0.5 |
| 10/25/2011 | Call with UCC | 4 | 1.0 |
| 10/26/2011 | Real estate outsource | 3 | 1.0 |
| 10/26/2011 | IT matters | 3 | 0.5 |
| 10/26/2011 | SNMP matter | 3 | 0.5 |
| 10/26/2011 | Review allocation material | 3 | 2.0 |
| 10/26/2011 | Israel financials review | 3 | 1.3 |
| 10/27/2011 | Call re allocation | 3 | 2.5 |
| 10/27/2011 | Chartis call | 1 | 2.0 |
| 10/27/2011 | Call re retiree matters | 3 | 1.3 |
| 10/27/2011 | NNEM financials | 1 | 1.0 |
| 10/27/2011 | Section 72 request | 3 | 0.5 |
| 10/27/2011 | Insurance renewals | 2 | 1.0 |
| 10/27/2011 | BRE claim | 3 | 0.5 |
| 10/27/2011 | Verizon claim | 3 | 1.0 |
| 10/28/2011 | Property and crime binding | 2 | 0.3 |
| 10/28/2011 | Deferred comp matter | 3 | 1.3 |
| 10/28/2011 | Schedule amendments | 3 | 1.0 |
| 10/28/2011 | Marsh deferred compensation matters | 3 | 0.5 |
| 10/30/2011 | Billing | 5 | 2.0 |
| 10/31/2011 | Staff call | 2 | 1.0 |
| 10/31/2011 | Case management call | 3 | 2.0 |
| 10/31/2011 | NNI web site | 3 | 1.0 |
| 10/31/2011 | Revised forecast | 3 | 1.0 |
| 10/31/2011 | West Palm remediation | 3 | 2.0 |
| 10/31/2011 | PBGC matter | 3 | 0.3 |
| 10/31/2011 | Real estate outsourcing | 3 | 1.0 |