**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

October 1, 2011 through October 31, 2011

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 4,928.71 |
| Travel – Lodging | | 6,694.87 |
| Travel – Meals | | 56.31 |
| Travel – Car Service | | 300.33 |
| Travel – Parking | | 291.00 |
| Office supplies, shipping, and other office related expenses | | 124.15 |
| PACER | | - |
| TOTAL | | $ 12,395.37 |

# Nortel Expense Report

**PERIOD:** October 1, 2011 through October 31, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 10/1/2011 | London/New York Trip-7 days - Airfare | $ 3,422.90 | | | | | | |
| 10/1/2011 | London/New York Trip-7 days - Hotel | | $ 562.12 | | | | | |
| 10/1/2011 | London/New York Trip-7 days - Hotel VAT | | $ 112.42 | | | | | |
| 10/1/2011 | London/New York Trip-7 days - Hotel telephone service | | $ 53.00 | | | | | |
| 10/1/2011 | London/New York Trip-7 days - Hotel internet charge | | $ 24.09 | | | | | |
| 10/2/2011 | London/New York Trip-7 days - Hotel | | $ 562.12 | | | | | |
| 10/2/2011 | London/New York Trip-7 days - Hotel VAT | | $ 112.42 | | | | | |
| 10/2/2011 | London/New York Trip-7 days - Hotel internet charge | | $ 24.09 | | | | | |
| 10/3/2011 | London/New York Trip-7 days - Hotel | | $ 976.69 | | | | | |
| 10/3/2011 | London/New York Trip-7 days - Hotel VAT | | $ 195.94 | | | | | |
| 10/3/2011 | London/New York Trip-7 days - Hotel internet charge | | $ 24.09 | | | | | |
| 10/4/2011 | London/New York Trip-7 days - Meal | | $ 112.12 | | | | | |
| 10/4/2011 | London/New York Trip-7 days - Meal | | $ 109.90 | | | | | |
| 10/4/2011 | London/New York Trip-7 days - Hotel | | $ 976.69 | | | | | |
| 10/4/2011 | London/New York Trip-7 days - Hotel VAT | | $ 195.94 | | | | | |
| 10/5/2011 | London/New York Trip-7 days - Airfare change fee | $ 444.71 | | | | | | |
| 10/5/2011 | London/New York Trip-7 days - Aircell | | | | | | $ 34.95 | |
| 10/5/2011 | London/New York Trip-7 days - Additional air charge | $ 30.00 | | | | | | |
| 10/5/2011 | London/New York Trip-7 days - Cab fare | | | | $ 51.00 | | | |
| 10/5/2011 | London/New York Trip-7 days - Hotel | | $ 575.00 | | | | | |
| 10/5/2011 | London/New York Trip-7 days - Hotel tax | | $ 88.31 | | | | | |
| 10/5/2011 | London/New York Trip-7 days - Meal | | | $ 14.15 | | | | |
| 10/6/2011 | London/New York Trip-7 days - Hotel | | $ 575.00 | | | | | |
| 10/6/2011 | London/New York Trip-7 days - Hotel tax | | $ 88.31 | | | | | |
| 10/7/2011 | London/New York Trip-7 days - Cab fare | | | | $ 35.00 | | | |
| 10/7/2011 | London/New York Trip-7 days - Airfare | $ 388.70 | | | | | | |
| 10/7/2011 | London/New York Trip-7 days - Parking | | | | | $ 210.00 | | |
| 10/17/2011 | New York Trip - Airfare | $ 607.40 | | | | | | |
| 10/17/2011 | New York Trip - Car service | | | | $ 214.33 | | | |
| 10/17/2011 | New York Trip - Hotel | | $ 575.00 | | | | | |

# Nortel Expense Report

**PERIOD:** October 1, 2011 through October 31, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 10/17/2011 | New York Trip - Hotel tax | | $ 88.31 | | | | | |
| 10/18/2011 | New Yotk Trip - Meal | | | $ 21.91 | | | | |
| 10/18/2011 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 10/18/2011 | New York Trip - Hotel tax | | $ 88.31 | | | | | |
| 10/19/2011 | New York Trip - Meal | | | $ 20.25 | | | | |
| 10/19/2011 | New York Trip - Airfare change fee | $ 35.00 | | | | | | |
| 10/19/2011 | New York Trip - Parking | | | | | $ 81.00 | | |
| 10/19/2011 | Wireless charge - London | | | | | | $ 50.00 | |
| 10/25/2011 | Shipping from Cleary | | | | | | $ 39.20 | |