IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NORTEL NETWORKS, INC., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Re: Docket No. 6728** |
| | : | |
| Nortel Networks Inc., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. No. 10-55932 (KG) |
| | : | |
| Starent Networks, LLC, | : | |
| | : | |
| Defendant. | : | **Re: Docket No. 31** |
| | : | |

**MOTION TO FIX HEARING DATE ON AND SHORTEN NOTICE
REGARDING DEBTORS' MOTION PURSUANT TO BANKRUPTCY
RULE 9019 FOR ENTRY OF AN ORDER APPROVING THE STIPULATION
OF SETTLEMENT OF AVOIDANCE CLAIMS BY AND BETWEEN
<u>NORTEL NETWORKS INC. AND STARENT NETWORKS, LLC</u>**

Nortel Networks, Inc., *et al.*, as debtors and debtors-in-possession (the "<u>Debtors</u>") of the above-captioned chapter 11 estate, by and through their undersigned counsel, hereby move this Court for entry of an Order fixing a hearing date and shortening the notice time (the "<u>Motion to Shorten</u>") regarding the Debtors' Motion Pursuant To Bankruptcy Rule 9019 For Entry Of An Order Approving The Stipulation Of Settlement Of Avoidance Claims By And Between Nortel Networks Inc. And Starent Networks, LLC (the "<u>9019 Motion</u>"). The Debtors are concurrently filing the 9019 Motion and serving the 9019 Motion by electronic delivery or first class mail

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251) , CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Compoents Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

upon: (i) the above-captioned defendant; (ii) the U.S. Trustee; (iii) counsel to the Committee; (iv) counsel to the Bondholder Group; and (v) the general service list established in these chapter 11 cases.

1. Pursuant to Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") Rule 2002, there must be twenty-one (21) days notice of any hearing on approval of a compromise or settlement. Further, Bankruptcy Rule 9006 requires an additional three (3) days when notice is served other than by hand delivery. By way of this Motion to Shorten, the Debtors request that the 9019 Motion be heard on November 29, 2011 at 10:00 a.m., which is the next scheduled omnibus hearing date in this matter, with objections due on or before November 22, 2011 at 4:00 p.m., or such other time as set by the Court. The Debtors believe, and therefore aver, that that no party will suffer any harm by the Court granting the relief requested herein, as the notice period pursuant to Bankruptcy Rules 2002 and 9006 is only being reduced by four (4) days. The Debtors request this relief as the next available hearing date in this matter is not until December 29, 2011, and the Defendant would like to have Court approval of the 9019 Motion and to make payment of the settlement proceeds prior to year end.

2. If the Court grants this Motion to Shorten and enters an order fixing a hearing date of November 29, 2011 at 10:00 a.m., prevailing Eastern Time and shortens the time to object or respond to the 9019 Motion to November 22, 2011 at 4:00 p.m. or such other time as set by the Court, the Debtors will serve a copy of such order, and a notice of the 9019 Motion on the same parties who were originally served with the 9019 Motion via electronic delivery and/or first class mail.

WHEREFORE, the Debtors respectfully request the entry of an Order (a) fixing a hearing date with respect to the 9019 Motion; (b) limiting notice thereof; (c) shortening the time

to object or respond to the 9019 Motion; and (d) for such other and further relief as the Court may deem just and proper.

Dated: November 9, 2011

        **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:    */s/ Raymond H. Lemisch*
      Raymond H. Lemisch, Esquire (No. 4204)
      Jennifer R. Hoover, Esquire (No. 5111)
      Jennifer E. Smith, Esquire (No. 5278)
      222 Delaware Avenue, Suite 801
      Wilmington, DE 19801
      Telephone: (302) 442-7010
      Facsimile: (302) 442-7012
      rlemisch@beneschlaw.com
      jhoover@beneschlaw.com
      jsmith@beneschlaw.com

*Special Litigation Counsel to the Debtors*