# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| NORTEL NETWORKS, INC., *et al.*,[1] : | Case No. 09-10138 (KG) |
| : | Jointly Administered |
| Debtors. : | |
| : | **Re: Docket No. _____** |
| : | |
| Nortel Networks Inc., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Adv. Pro. No. 10-55932 (KG) |
| : | |
| Starent Networks, LLC, : | |
| : | |
| Defendant. : | **Re: Docket No. _____** |
| : | |

**ORDER GRANTING MOTION TO FIX HEARING DATE ON
AND SHORTEN NOTICE REGARDING DEBTORS' MOTION PURSUANT TO
BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER APPROVING THE
STIPULATION OF SETTLEMENT OF AVOIDANCE CLAIMS BY AND BETWEEN
<u>NORTEL NETWORKS INC. AND STARENT NETWORKS, LLC</u>**

AND NOW, upon consideration of the Debtors' Motion to Fix Hearing Date on and Shorten Notice Regarding the Debtors' Motion Pursuant To Bankruptcy Rule 9019 For Entry Of An Order Approving The Stipulation Of Settlement Of Avoidance Claims By And Between Nortel Networks Inc. And Starent Networks, LLC (the "<u>Motion to Shorten</u>"), it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Compoents Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ORDERED, that a hearing on the 9019 Motion[2] shall be held on November 29, 2011 at 10:00 a.m., prevailing Eastern Time; and it is further

ORDERED, that any objections to the 9019 Motion shall be filed and served not later than November 22, 2011 at 4:00 p.m.; and it is further

ORDERED, that the Debtors shall cause a copy of the notice of the 9019 Motion and this Order to be served via first class mail, hand delivery or electronic delivery within one (1) business day of the date hereof upon the following: (i) the above-captioned defendant; (ii) the U.S. Trustee; (iii) counsel to the Committee; (iv) counsel to the Bondholder Group; and (v) the general service list established in these chapter 11 cases.

Date:_____, 2011            _____
                                  HONORABLE KEVIN GROSS
                                  Chief United States Bankruptcy Judge

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the 9019 Motion.