# EXHIBIT A



**McCARTER & ENGLISH**
ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

<u>Electronic Payment Instructions</u>
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 031201467
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

Page 1
October 12, 2011
Invoice 7751269

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

**TOTAL FEES**................................................................................ $41,834.25
**TOTAL DISBURSEMENTS**.................................................................. <u>3,031.55</u>

**TOTAL DUE THIS INVOICE** ............................................................... $44,865.80

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

Professional Services Recorded Through 09/30/2011

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 08/26/11 | PREPARE PRO HAC VICE OF CO-COUNSEL; | 04990/JFS | 0.40 |
| 08/26/11 | PREPARE NOTICE OF APPEARANCE; | 04990/JFS | 0.40 |
| 08/26/11 | CONFER WITH COUNSEL REGARDING NOTICE OF APPEARANCE AND PRO HAC VICE OF CO-COUNSEL; FORWARD SCHEDULED OMNIBUS HEARING DATES; | 04990/JFS | 0.60 |
| 08/29/11 | PREPARATION OF THE APPLICATION REGARDING EMPLOYEE BENEFIT RELATED ISSUES. | 00952/MAD | 0.75 |
| 08/29/11 | CORRESPOND WITH TOGUT FIRM RE THE TIMING ISSUES FOR RETENTION APPLICATIONS. | 02718/WFT | 0.30 |
| 08/29/11 | UPDATE LEAD COUNSEL RE EFFORTS TO DISCUSS CASE ISSUES WITH LTD COUNSEL. | 02718/WFT | 0.20 |
| 08/29/11 | EXAMINE AND ANALYZE WEB SITE HOSTING QUOTES FOR 1114 COMMITTEE PURPOSES. | 02718/WFT | 0.30 |
| 08/29/11 | CALL WITH LEAD COUNSEL TO THE LTD COMMITTEE RE JOINT UNDERTAKING. | 02718/WFT | 0.40 |
| 08/29/11 | EXAMINE AND ANALYZE THE APPOINTMENT OF THE 1114 COMMITTEE MEMBERS AS PROVIDED BY LEAD COUNSEL. | 02718/WFT | 0.30 |
| 08/29/11 | EXAMINE AND ANALYZE ORDER ESTABLISHING LTD COMMITTEE AS PROVIDED BY LEAD COUNSEL. | 02718/WFT | 0.30 |
| 08/29/11 | INITIAL DRAFT OF RETENTION PAPERS FOR 1114 COMMITTEE. | 02718/WFT | 2.00 |
| 08/29/11 | CORRESPOND AND UPDATE LEAD COUNSEL ON LTD CONFERENCE CALL. | 02718/WFT | 0.30 |
| 08/29/11 | CALL TO LTD COUNSEL TO DISCUSS CASE | 02718/WFT | 0.20 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | ISSUES WITH 1114 COMMITTEE. | | |
| 08/29/11 | EXAMINE AND ANALYZE COURT CONFIRMATION OF ENTRY OF APPEARANCE FOR 1114 COMMITTEE. | 02718/WFT | 0.20 |
| 08/29/11 | EXAMINE AND ANALYZE, REVISE AND APPROVE ENTRY OF APPEARANCE FOR 1114 COMMITTEE. | 02718/WFT | 0.20 |
| 08/29/11 | CONFERENCE CALL TO DISCUSS CASE ISSUES FOR 1114 COMMITTEE WITH LEAD COUNSEL. | 02718/WFT | 0.50 |
| 08/29/11 | CONTINUED DRAFT OF 1114 RETENTION PAPERS TO FINAL DRAFT FORM. | 02718/WFT | 1.30 |
| 08/29/11 | UPDATE AND CORRESPOND WITH LEAD COUNSEL RE COURT CONFIRMATION OF ENTRY OF APPEARANCE FOR 1114 COMMITTEE. | 02718/WFT | 0.20 |
| 08/29/11 | EXAMINE AND ANALYZE APPLICATION TO RETAIN CO COUNSEL TOGUT AND CONSIDER ITEMS TO CHANGE FOR DELAWARE PRACTICE. | 02718/WFT | 0.40 |
| 08/29/11 | CONFERENCE CALL WITH LTD COUNSEL AND LEAD COUNSEL TO THE 1114 COMMITTEE TO DISCUSS NUMEROUS INTRODUCTORY ISSUES. | 02718/WFT | 0.50 |
| 08/29/11 | REVIEW LIST OF TOP CREDITORS AND CONFER WITH COUNSEL REGARDING SAME; | 04990/JFS | 0.50 |
| 08/29/11 | REVIEW DRAFT OF TOGUT SEGAL RETENTION APPLICATION; CONFER WITH COUNSEL REGARDING SAME; | 04990/JFS | 0.60 |
| 08/29/11 | PREPARE DRAFT OF MCCARTER & ENGLISH RETENTION APPLICATION; CONFER WITH COUNSEL REGARDING SAME; | 04990/JFS | 2.10 |
| 08/29/11 | REVISE AND ELECTRONICALLY FILE NOTICE OF APPEARANCE; PREPARE SERVICE OF SAME; | 04990/JFS | 0.50 |
| 08/29/11 | CONFER WITH COUNSEL REGARDING RETENTION APPLICATIONS AND SERVICE OF SAME; | 04990/JFS | 0.60 |
| 08/30/11 | DRAFT/REVISE RETENTION APPLICATION FOR M&E. | 02718/WFT | 0.50 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
| --- | --- | --- | --- |
| 08/30/11 | EXAMINE AND ANALYZE LTD'S DRAFT BYLAWS FOR COMMITTEE FOR POSSIBLE USE BY 1114 COMMITTEE. | 02718/WFT | 0.50 |
| 08/30/11 | EXAMINE AND ANALYZE LTD'S DRAFT §1102 MOTION FOR POSSIBLE USE BY 1114 COMMITTEE. | 02718/WFT | 0.50 |
| 08/30/11 | CONFER WITH COUNSEL REGARDING RETENTION APPLICATIONS AND SERVICE OF SAME; | 04990/JFS | 0.80 |
| 08/31/11 | CONTINUED DRAFTING OF RETENTION APPLICATION AS TO EXHIBIT FOR TAYLOR DECLARATION. | 02718/WFT | 1.20 |
| 08/31/11 | CONTINUED DRAFTING OF RETENTION APPLICATION RE EXHIBIT INFORMATION TO DECLARATION. | 02718/WFT | 3.50 |
| 08/31/11 | REVIEW PROPOSED CHANGES TO THE M&E APPLICATION FORM LEAD COUNSEL. | 02718/WFT | 0.30 |
| 08/31/11 | ASSIST WITH PREPARATION OF RETENTION APPLICATIONS AND SERVICE OF SAME; | 04990/JFS | 1.90 |
| 09/01/11 | CORRESPOND WITH LEAD COUNSEL RE CHANGES NEEDED TO RETENTION APPLICATIONS. | 02718/WFT | 0.30 |
| 09/01/11 | EXAMINE AND ANALYZE COURT CONFIRMATION OF FILING TSS RETENTION APPLICATION. | 02718/WFT | 0.20 |
| 09/01/11 | AT THE DIRECTION OF LEAD COUNSEL DRAFT, AND REVISE RETENTION APPLICATIONS. | 02718/WFT | 0.50 |
| 09/01/11 | FINAL REVIEW AND SIGN OFF OF RETENTION APPLICATIONS. | 02718/WFT | 0.30 |
| 09/01/11 | CORRESPOND WITH LEAD COUNSEL RE PARTICIPATION IN NEXT HEARING FOR CASE. | 02718/WFT | 0.20 |
| 09/01/11 | EXAMINE AND ANALYZE COURT CONFIRMATION OF FILING M&E RETENTION APPLICATION. | 02718/WFT | 0.20 |
| 09/01/11 | CORRESPOND WITH LEAD COUNSEL RE FILING | 02718/WFT | 0.30 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | OF RETENTION APPLICATIONS. | | |
| 09/01/11 | CORRESPOND / UPDATE LEAD COUNSEL ON THE FILING CONFIRMATION OF M&E RETENTION APPLICATION. | 02718/WFT | 0.20 |
| 09/01/11 | EXAMINE AND ANALYZE AGENDA FOR UPCOMING HEARING. | 02718/WFT | 0.20 |
| 09/01/11 | CORRESPOND / UPDATE LEAD COUNSEL ON THE FILING CONFIRMATION OF TSS RETENTION APPLICATION. | 02718/WFT | 0.20 |
| 09/01/11 | REVISE AND ELECTRONICALLY FILETOGUT SEGAL & SEGAL RETENTION APPLICATION; AND PREPARE SERVICE OF SAME; | 04990/JFS | 0.80 |
| 09/01/11 | REVISE AND ELECTRONICALLY FILE M&E RETENTION APPLICATION; AND PREPARE SERVICE OF SAME; | 04990/JFS | 1.10 |
| 09/02/11 | CORRESPOND WITH CO COUNSEL RE CANCELLATION OF UPCOMING HEARING AND RELATED TOPICS. | 02718/WFT | 0.30 |
| 09/06/11 | EXAMINE AND ANALYZE THE MOTION OF THE LTD COMMITTEE FOR INFORMATION PROTOCOLS. | 02718/WFT | 0.30 |
| 09/06/11 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 0.30 |
| 09/07/11 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 0.40 |
| 09/07/11 | CONFER WITH COUNSEL REGARDING PRO HAC VICE MOTIONS AND LOCAL PROCEDURES; | 04990/JFS | 0.50 |
| 09/08/11 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 0.30 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 09/09/11 | CALL WITH TOGUT TO DISCUSS REVISED LANGUAGE FOR RETENTION ORDER. | 02718/WFT | 0.30 |
| 09/09/11 | CALL WITH CLEARY GOTTLIEB TO DISCUSS RETENTION APPLICATION LANGUAGE AND CHANGES. | 02718/WFT | 0.30 |
| 09/12/11 | ELECTRONICALLY FILE PRO HAC VICE MOTIONS OF CO-COUNSEL AND PREPARE SERVICE TO CHAMBERS; | 04990/JFS | 1.10 |
| 09/13/11 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 0.40 |
| 09/13/11 | EXAMINE AND ANALYZE, APPROVE AND EXECUTE PRO HAC VICE APPLICATION FOR RICHARD K. MILIN | 02718/WFT | 0.20 |
| 09/13/11 | CALL WITH CO COUNSEL RE ISSUES FOR HIRING FA'S FOR COMMITTEE. | 02718/WFT | 0.30 |
| 09/13/11 | EXAMINE AND ANALYZE, APPROVE AND EXECUTE PRO HAC VICE APPLICATION FOR LARA SHEIKH | 02718/WFT | 0.20 |
| 09/13/11 | EXAMINE AND ANALYZE, APPROVE AND EXECUTE PRO HAC VICE APPLICATION FOR BRIAN F. MOORE | 02718/WFT | 0.20 |
| 09/13/11 | EXAMINE AND ANALYZE, APPROVE AND EXECUTE PRO HAC VICE APPLICATION FOR NEIL BERGER. | 02718/WFT | 0.20 |
| 09/13/11 | REVIEW, EDIT AND COMMENT UPON PROPOSED 1102 MOTION. | 02718/WFT | 1.50 |
| 09/13/11 | EXAMINE AND ANALYZE, APPROVE AND EXECUTE PRO HAC VICE APPLICATION FOR SCOTT E. RATNER | 02718/WFT | 0.20 |
| 09/13/11 | EXAMINE AND ANALYZE, APPROVE AND EXECUTE PRO HAC VICE APPLICATION FOR ALBERT TOGUT | 02718/WFT | 0.20 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 09/14/11 | EXAMINE AND ANALYZE VARIOUS PHV ORDERS FOR LEAD COUNSEL. | 02718/WFT | 0.30 |
| 09/15/11 | CORRESPOND WITH TOGUT FIRM RE PROCESS FOR ENTRY OF ORDER OF RETENTION. | 02718/WFT | 0.30 |
| 09/15/11 | REVIEW PROPOSED CHANGES TO THE TOGUT AND MCCARTER RETENTION APPLICATION FROM LEAD COUNSEL. | 02718/WFT | 0.30 |
| 09/15/11 | EXAMINE AND ANALYZE THE CERT OF COUNSEL FOR LTD COMMITTEE RE RETENTION FOR CASE. | 02718/WFT | 0.30 |
| 09/15/11 | REVIEW, EDIT AND DRAFT PROPOSED CERTIFICATION OF MCCARTER RETENTION AND RELATED ORDERS. | 02718/WFT | 0.50 |
| 09/15/11 | REVIEW, EDIT AND DRAFT PROPOSED CERTIFICATION OF TOGUT RETENTION AND RELATED ORDERS. | 02718/WFT | 0.50 |
| 09/15/11 | REVIEW, DOWNLOAD AND FORWARD ORDERS APPROVING PRO HAC VICE MOTIONS OF CO-COUNSEL; | 04990/JFS | 0.50 |
| 09/15/11 | PREPARE CERTIFICATION OF COUNSEL REGARDING MCCARTER & ENGLISH RETENTION ORDER; | 04990/JFS | 1.10 |
| 09/15/11 | PREPARE CERTIFICATION OF COUNSEL REGARDING TSS RETENTION ORDER; | 04990/JFS | 0.70 |
| 09/16/11 | CORRESPOND WITH LEAD COUNSEL ON DETAILS OF HEARING ON RETENTION MOTIONS. | 02718/WFT | 0.30 |
| 09/16/11 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS FILED IN CASE IN ORDER TO DETERMINE IF ANY OBJECTIONS WERE FILED TO FEE APPLICATIONS. | 02718/WFT | 0.30 |
| 09/16/11 | REVIEW CAPSTONE AND LAZZARD ENCAMPMENT ORDERS PROVIDED BY LEAD COUNSEL FOR LATER DISCUSSION OF POINTS CONTAINED IN HE RETENTION OF PROFESSIONALS. | 02718/WFT | 0.50 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 09/16/11 | CALL WITH LEAD COUNSEL TO DISCUSS FA RETENTION ISSUES. | 02718/WFT | 0.20 |
| 09/16/11 | REVISE CERTIFICATION OF COUNSEL REGARDING TSS RETENTION ORDER; | 04990/JFS | 0.70 |
| 09/16/11 | REVISE CERTIFICATION OF COUNSEL REGARDING MCCARTER & ENGLISH RETENTION ORDER; | 04990/JFS | 0.60 |
| 09/16/11 | REVIEW AND FORWARD STAFF DIRECTORY OF DELAWARE UST OFFICE; | 04990/JFS | 0.40 |
| 09/19/11 | REVIEW DOCKET TO INSURE THAT A CNO MAY BE FILED ON THE APPLICATIONS TO RETAIN RETIREE COMMITTEE. | 02718/WFT | 0.30 |
| 09/19/11 | CORRESPOND WITH DEBTORS COUNSEL RE FILING OF CERTIFICATIONS FOR RETIREE COMMITTEE AND AMENDED AGENDA. | 02718/WFT | 0.30 |
| 09/19/11 | CORRESPOND AND UPDATE CO COUNSEL ON STATUS OF GETTING RETENTION ORDERS ENTERED PRIOR TO HEARING. | 02718/WFT | 0.30 |
| 09/19/11 | FINALIZE CERTIFCATION OF COUNSEL FOR ORDER APPROVING RETENTION OF TOGUT, SEGAL & SEGAL FOR SUBMISSION TO COURT. | 04553/TGC | 0.30 |
| 09/19/11 | COMMUNICATIONS WITH DIGITAL LEGAL RE SERVICE ON 2020 SERVICE LIST OF RETENTION APPLICATIONS FILED TODAY. | 04553/TGC | 0.20 |
| 09/19/11 | CONFER WITH W. TAYLOR AND ED CARNEY RE SERVICE OF CERTIFICATIONS ON JUDGE AND THE 2002 SERVICE LIST. | 04553/TGC | 0.30 |
| 09/19/11 | FINALIZE CERTIFCATION OF COUNSEL FOR ORDER APPROVING RETENTION OF MCCARTER & ENGLISH FOR SUBMISSION TO COURT. | 04553/TGC | 0.30 |
| 09/20/11 | CORRESPOND WITH LEAD COUNSEL ON UST CONSIDERATIONS FOR A&M RETENTION | 02718/WFT | 0.30 |
| 09/20/11 | REVIEW PROPOSED ENGAGEMENT LETTER OF A&M AND COMMENT UPON SAME TO LEAD | 02718/WFT | 0.50 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | COUNSEL AS REQUESTED. | | |
| 09/20/11 | EXAMINE AND ANALYZE ORDERS APPROVE RETENTION OF RETIREE COMMITTEE COUNSEL AND AGENDA FOR HEARING. | 02718/WFT | 0.30 |
| 09/20/11 | CORRESPOND WITH LEAD COUNSEL ON RETENTION ISSUES FOR ALVAREZ FOR COMMITTEE. | 02718/WFT | 0.30 |
| 09/20/11 | CORRESPOND WITH LEAD COUNSEL RE UPCOMING HEARING (OMNIBUS) FOR CASE AND ISSUES FOR SAME. | 02718/WFT | 0.30 |
| 09/20/11 | CONFER WITH COURTCALL RE SCHEDULING OF TELEPHONIC APPEARANCE OF NEIL BERGER AND DISTRIBUTE CONFIRMATION RE SAME TO MR. BERGER. | 04553/TGC | 0.30 |
| 09/20/11 | TELEPHONE CALLS TO/FROM TOGUT, SEGAL & SEGAL RE HEARING SCHEDULED FOR SEPTEMBER 21, 2011. | 04553/TGC | 0.20 |
| 09/20/11 | TELEPHONE CALL JUDGE GROSS'S CHAMBERS RE DETERMINING WHETHER ORDERS HAVE BEEN SIGNED FOR THE CERTIFICATIONS OF COUNSEL FOR TOGUT, SEGAL & SEGAL AND MCCARTER & ENGLISH. | 04553/TGC | 0.20 |
| 09/21/11 | CALL WITH LEAD COUNSEL TO DISCUSS DOCUMENT DISCOVERY ISSUES. | 02718/WFT | 0.30 |
| 09/21/11 | CORRESPOND WITH LEAD COUNSEL RE CHANGES FOR A&M FEE APPLICATION. | 02718/WFT | 0.20 |
| 09/21/11 | EXAMINE AND ANALYZE AGENDA FOR HEARING CANCELING SAME AND UPDATE LEAD COUNSEL. | 02718/WFT | 0.30 |
| 09/21/11 | CORRESPOND AND UPDATE LEAD COUNSEL TO RETIREES RE FEE APPLICATION PROCEDURES FOR CASE PROFESSIONALS. | 02718/WFT | 0.30 |
| 09/21/11 | CORRESPOND WITH DEBTORS RE FEE APPLICATION PROCEDURES FOR CASE PROFESSIONALS. | 02718/WFT | 0.30 |
| 09/21/11 | EXAMINE AND ANALYZE PROPOSED A&M INDEMNITY AGREEMENT AND RELATED | 02718/WFT | 0.30 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | CORRESPONDENCE WITH LEAD COUNSEL | | |
| 09/21/11 | REVIEW DRAFT MOTION TO EMPLOY A&M FOR THE COMMITTEE. | 02718/WFT | 0.30 |
| 09/21/11 | CONFER WITH COUNSEL REGARDING RETIREE BENEFITS PACKAGE AND PLAN; FORWARD SAME TO COUNSEL; | 04990/JFS | 0.40 |
| 09/21/11 | CONFER WITH COUNSEL REGARDING KCC RETENTION APPLICATION AND 1102 MOTION; | 04990/JFS | 0.40 |
| 09/22/11 | REVIEW OF DOCUMENTS FILED BY LTD COMMITTEE IN CONNECTION WITH THE PREPARATION OF A DUE DILIGENCE REQUEST. | 00952/MAD | 0.50 |
| 09/22/11 | CONFER WITH COUNSEL REGARDING PROCEDURES FOR REQUEST OF HEARING TRANSCRIPTS ; | 04990/JFS | 0.40 |
| 09/22/11 | REVISE AND ELECTRONICALLY FILE KCC RETENTION APPLICATION; | 04990/JFS | 0.90 |
| 09/22/11 | PREPARE BINDER FOR COUNSEL REGARDING RETIREE BENEFITS PACKAGE AND PLAN; FORWARD SAME TO COUNSEL; | 04990/JFS | 0.60 |
| 09/22/11 | REVISE AND ELECTRONICALLY FILE 1102 MOTION; | 04990/JFS | 0.90 |
| 09/23/11 | REVIEW OF THE DEBTORS MOTION TO TERMINATE THE RETIREE MEDICAL PLAN; EXAMINATION OF LAW REGARDING RECENT THIRD CIRCUIT CASE LAW AFFECTING 1114 COMMITTEE. | 00952/MAD | 0.50 |
| 09/23/11 | CONFERENCE CALL WITH NEIL BERGER, VINCE BODNER, RONALD WINTERS AND WILLIAM TAYLOR DISCUSSING VARIOUS ISSUES RELATED TO THE REQUEST FOR DOCUMENTS AND THE INTERROGATORIES IN CONNECTION WITH REPRESENTING THE 1114 COMMITTEE; OFFICE CONFERENCE REGARDING SAME. | 00952/MAD | 0.75 |
| 09/23/11 | EXAMINE AND ANALYZE REVIEW AND APPROVE KKC RETENTION MOTION FOR FILING. | 02718/WFT | 0.60 |

121032 OFFICIAL COMMITTEE OF 1114 RETIREES
00001 NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 09/23/11 | EXAMINE AND ANALYZE REVIEW AND APPROVE 1102 MOTION FOR FILING. | 02718/WFT | 0.60 |
| 09/23/11 | COMMITTEE CALL TO DISCUSS STRATEGY FOR "DISCOVERY / DOCUMENT" REQUESTS FOR DEBTORS. | 02718/WFT | 0.70 |
| 09/23/11 | REVIEW OF RETIREE WELFARE PLAN AND SUMMARY PLAN DESCRIPTION DOCUMENTS ATTACHED TO DEBTOR'S MOTION TO TERMINATE RETIREE WELFARE PLANS. | 02298/JSK | 2.50 |
| 09/23/11 | ATTENDANCE AT TELEPHONE CALL WITH ATTORNEYS FOR THE RETIREE COMMITTEE REGARDING DOCUMENTS AND INFORMATION SOUGHT TO BE OBTAINED IN CONNECTION WITH EVALUATING ANY PROPOSAL MADE BY THE DEBTORS AS TO MODIFYING OR TERMINATING ANY OF THE RETIREE BENEFIT PLANS. | 02298/JSK | 0.50 |
| 09/23/11 | CONFER WITH DEBTOR'S COUNSEL REGARDING DISCOVERY REQUESTS; | 04990/JFS | 0.40 |
| 09/23/11 | CONFER WITH COUNSEL REGARDING RETIREE BENEFITS PACKAGE AND PLAN; REVIEW AND FORWARD RELATED PLEADINGS; ; | 04990/JFS | 1.10 |
| 09/24/11 | PREPARATION OF REQUEST FOR DOCUMENTS ON BEHALF OF THE RETIREE COMMITTEE REGARDING ISSUES RELATED TO THE DEBTORS MOTION TO TERMINATE THE RETIREE PLANS; REVIEW OF SECTION 1114 OF THE BANKRUPTCY CODE REGARDING THE DEFINITION OF PLAN; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 3.50 |
| 09/24/11 | PREPARATION OF INTERROGATORIES ON BEHALF OF THE RETIREE 1114 COMMITTEE REGARDING ISSUES RELATED TO THE DEBTORS MOTION TO TERMINATE THE RETIREE PLANS. | 00952/MAD | 2.50 |
| 09/24/11 | CONFERRING REGARDING PREPARATION OF RETIREES COMMITTEE REQUEST FOR INFORMATION UNDER SECTION 1114 OF THE BANKRUPTCY CODE. | 02298/JSK | 0.25 |
| 09/24/11 | TELEPHONIC CONFERENCE AND E-MAILS WITH M. DANIELE RE DRAFT DISCOVERY DEMANDS | 05147/SHB | 2.20 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | (0.2); ASSIST IN FORMULATION RE SAME (2.0); | | |
| 09/25/11 | REVIEW OF DECISIONS CONSTRUING SECTION 1114 OF THE BANKRUPTCY CODE. | 02298/JSK | 1.00 |
| 09/25/11 | REVISING DRAFT REQUEST FOR INFORMATION AND DOCUMENTS UNDER SECTION 1114. | 02298/JSK | 2.00 |
| 09/26/11 | REVIEWING AND REVISING THE REQUEST FOR INFORMATION AND DOCUMENTS FROM THE NORTEL DEBTOR; COMMUNICATING WITH NEIL BERGER AND OTHERS REGARDING THE FORM OF THE REQUEST; COMMUNICATING WITH COUNSEL TO THE 1114 COMMITTEE FORWARDING THEM A DRAFT OF THE DETAILED DOCUMENT AND INFORMATION REQUEST. | 00952/MAD | 2.50 |
| 09/26/11 | EXAMINE AND ANALYZE A&M SUGGESTED PRELIMINARY INFORMATION REQUESTS FOR DISCOVERY AND RETIREE PLAN PURPOSES. | 02718/WFT | 0.30 |
| 09/26/11 | REVIEW INITIAL DRAFT INFORMATION FOR 114 "DISCOVERY" INCLUDING DOCUMENTS USED IN PRIOR 1114 CASES. | 02718/WFT | 0.50 |
| 09/26/11 | REVIEW, DRAFT AND APPROVE "DISCOVERY" MATERIALS FOR SERVICE ON DEBTORS FOR 1114 PURPOSES. | 02718/WFT | 0.50 |
| 09/26/11 | REVISING DRAFT FIRST REQUEST FOR INFORMATION AND DOCUMENTS FOR THE RETIREES COMMITTEE APPOINTED UNDER SECTION 1114. | 02298/JSK | 6.00 |
| 09/26/11 | PREPARATION OF FURTHER REVISIONS TO FIRST REQUEST BY THE RETIREES COMMITTEE FOR DOCUMENTS AND INFORMATION UNDER SECTION 1114. | 02298/JSK | 1.75 |
| 09/26/11 | CONFER WITH COMMITTEE'S COUNSEL REGARDING FEE APPLICATIONS | 04990/JFS | 0.40 |
| 09/27/11 | REVIEWING AND REVISING THE INFORMATION REQUEST AND INCORPORATING VARIOUS COMMENTS; COMMUNICATING WITH NEIL BERGER FORWARDING A DRAFT AND A BLACKLINED COPY OF THE SAME. | 00952/MAD | 0.75 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 09/27/11 | REVIEW OF THE REVISED DRAFT OF THE REQUEST FOR DOCUMENTS; PARTICIPATING IN A CONFERENCE WITH NEIL BERGER, WILLIAM TAYLOR AND RON WINTERS DISCUSSING PROPOSED CHANGES TO THE REQUEST NO. 1 FOR DOCUMENTS AND INFORMATION. | 00952/MAD | 1.00 |
| 09/27/11 | REVIEW "FINAL" DRAFT OF A&M MOTION AND RELATED CORRESPONDENCE., | 02718/WFT | 0.50 |
| 09/27/11 | CORRESPOND WITH UST OFFICE RE PREVIEW COPY OF THE A&M MOTION. | 02718/WFT | 0.30 |
| 09/27/11 | CONFERENCE CALL WITH COMMITTEE PROFESSIONALS RE DOCUMENT AND DISCOVERY RELATED REQUESTS. | 02718/WFT | 0.50 |
| 09/27/11 | PREPARATION OF FURTHER REVISIONS TO DRAFT INITIAL REQUEST TO THE DEBTORS FOR DOCUMENTS AND INFORMATION BY THE OFFICIAL COMMITTEE REPRESENTING RETIREES. | 02298/JSK | 2.00 |
| 09/27/11 | TELEPHONE CONFERENCE WITH NEIL BERGER, BRIAN MOORE AND RONALD WINTERS REGARDING STRATEGY IN REQUESTING INFORMATION AND DOCUMENTS FROM THE DEBTORS. | 02298/JSK | 0.75 |
| 09/27/11 | PREPARE BINDER FOR COUNSEL REGARDING CANADIAN COMPENSATION CLAIMS AND METHODOLOGY; FORWARD SAME TO COUNSEL; | 04990/JFS | 0.70 |
| 09/27/11 | CONFER WITH COUNSEL REGARDING DELAWARE UST OFFICE; | 04990/JFS | 0.40 |
| 09/28/11 | EXAMINE AND ANALYZE THE REVISED DRAFT OF REQUEST NO.1 FOR DOCUMENTS AND INFORMATION AND THE SUBSEQUENT MARK UPS TO SAME. | 02718/WFT | 0.50 |
| 09/28/11 | CONFER WITH DEBTOR'S COUNSEL REGARDING FEE APPLICATIONS AND RELATED CODES; | 04990/JFS | 1.10 |
| 09/29/11 | REVIEW OF EMAIL COMMUNICATION FROM BRIAN MOORE AND REVISED DOCUMENTS REQUEST; REVIEW OF REVISIONS PREPARED BY AL TOGUT; COMMUNICATING WITH RESPECT TO | 00952/MAD | 0.50 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | THE SAME. | | |
| 09/29/11 | CORRESPOND WITH UST (CALLAHAN) TO DISCUSS A&M RETENTION ISSUES. | 02718/WFT | 0.30 |
| 09/29/11 | CORRESPOND WITH LTD COMMITTEE ON A&M RETENTION ISSUES. | 02718/WFT | 0.30 |
| 09/29/11 | EXAMINE AND ANALYZE THE 75TH REPORT OF THE MONITOR (ONTARIO CANADA) AS IT RELATES TO RETIREE ISSUES. | 02718/WFT | 0.80 |
| 09/29/11 | EXAMINE AND ANALYZE THE FURTHER REVISED INITIAL INFORMATION REQUESTS TO NORTEL. | 02718/WFT | 0.50 |
| 09/29/11 | UPDATE ALL RETIREE AND LTD COUNSEL ON STATUS OF THE A&M RETENTION MOTION. | 02718/WFT | 0.30 |
| 09/29/11 | EXAMINE AND ANALYZE THE MERCER VALUATION OF NON-REGISTERED PENSION BENEFITS AS IT RELATES TO RETIREE ISSUES (CANADA - AS PROVIDED BY COUNSEL). | 02718/WFT | 0.50 |
| 09/29/11 | EXAMINE AND ANALYZE THE TERMINATION AND SEVERANCE CLAIM METHODOLOGY AS IT RELATES TO RETIREE ISSUES (CANADA - AS PROVIDED BY COUNSEL). | 02718/WFT | 0.50 |
| 09/29/11 | EXAMINE AND ANALYZE THE FURTHER DRAFTED (REFINED) INITIAL INFORMATION REQUEST TO NORTEL. | 02718/WFT | 0.30 |
| 09/29/11 | CALL TO UST (TINKER) TO DISCUSS A&M RETENTION ISSUES. | 02718/WFT | 0.30 |
| 09/29/11 | EXAMINE AND ANALYZE THE LIMITED RETIREMENT ALLOWANCE PLAN, AND NUMEROUS SUPPLEMENTS AND EXHIBITS THERETO AS IT RELATES TO RETIREE ISSUES (CANADA - AS PROVIDED BY COUNSEL). | 02718/WFT | 1.80 |
| 09/29/11 | REVIEW OF REVISED DRAFTS OF INITIAL REQUEST FOR DOCUMENTS AND INFORMATION; CONFERRING REGARDING CHANGES MADE. | 02298/JSK | 0.25 |
| 09/29/11 | CONFER WITH COUNSEL REGARDING FEE APPLICATIONS; | 04990/JFS | 1.60 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 09/30/11 | REVIEW OF EMAIL COMMUNICATION FROM BRIAN MOORE REGARDING THE DOCUMENTS PROVIDED BY CLEARY AND COMMENCE REVIEW OF INVENTORY AND THE FORM OF ORDER. | 00952/MAD | 0.30 |
| 09/30/11 | CONFER WITH COUNSEL REGARDING FILING OF RETENTION APPLICATIONS; | 04990/JFS | 1.50 |
| | TOTAL HOURS: | | 102.25 |

**TOTAL FEES**..................................................................................... $41,834.25
**TOTAL DISBURSEMENTS**...............................................................     3,031.55

**TOTAL DUE THIS INVOICE** .............................................................. $44,865.80

| | | | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 00952 | MARK A. DANIELE | PARTNER | 13.55 Hours @ | 525.00 | 7,113.75 |
| 02718 | WILLIAM F. TAYLOR, JR. | PARTNER | 41.00 Hours @ | 525.00 | 21,525.00 |
| 02298 | JANE S. KIMBALL | SPEC COUNSEL | 17.00 Hours @ | 375.00 | 6,375.00 |
| 05147 | SCOTT H. BERNSTEIN | ASSOCIATE | 2.20 Hours @ | 360.00 | 792.00 |
| 04990 | JARED, F. SCHIERBAUM | PARALEGAL | 26.70 Hours @ | 215.00 | 5,740.50 |
| 04553 | TAMIKA GOLDSON-CAMMOCK | PARALEGAL | 1.80 Hours @ | 160.00 | 288.00 |
| **ATTORNEY TOTALS:** | | | **102.25** | | **41,834.25** |