# EXHIBIT B

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DISBURSEMENTS | VALUE | |
|---|---|---:|---:|
| 09/13/2011 | PHOTOCOPIES | 1.80 | |
| | **Total For: PHOTOCOPIES** | | **1.80** |
| 09/20/2011 | DIGITAL PRINTS, ENVELOPES, POSTAGE & HAND DELIVERY | 1,149.59 | |
| | **Total For: OUTSIDE PHOTOCOPY SERVICES** | | **1,149.59** |
| 09/13/2011 | DELIVERY TO U.S. DISTRICT COURT | 10.00 | |
| 09/13/2011 | DELIVERY TO JUDGE KEVIN GROSS | 5.00 | |
| | **Total For: MESSENGER/OUTSIDE** | | **15.00** |
| 09/01/2011 | COPY AND SERVICE OF RETENTION APPLICATIONS. | 1,715.16 | |
| 09/07/2011 | ADMISSION OF PRO- HAC VICE OF CO- COUNSEL | 150.00 | |
| | **Total For: SERVICES** | | **1,865.16** |

**TOTAL DISBURSEMENTS** .................................................................  **$3,031.55**