# EXHIBIT A



**McCARTER & ENGLISH**
ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Electronic Payment Instructions
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 031201467
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

November 4, 2011
Invoice 7754460

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---:|
| TOTAL FEES.................................................................................... | $22,293.00 |
| TOTAL DISBURSEMENTS................................................................ | 54.02 |
| **TOTAL DUE THIS INVOICE** ........................................................... | $22,347.02 |
| **AMOUNT OUTSTANDING FROM PRIOR INVOICES** | $44,865.80 |
| **TOTAL AMOUNT DUE AS OF THIS INVOICE** | $67,212.82 |

Please include this page with your remittance. Thank you.



McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Electronic Payment Instructions
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 031201467
SWIFT: PNBPUS33  (International payments)
Please reference Invoice Number

Page 1
November 4, 2011
Invoice 7754460

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---:|
| TOTAL FEES............................................................................................. | $22,293.00 |
| TOTAL DISBURSEMENTS....................................................................... | 54.02 |
| TOTAL DUE THIS INVOICE ................................................................... | $22,347.02 |
| AMOUNT OUTSTANDING FROM PRIOR INVOICES | $44,865.80 |
| TOTAL AMOUNT DUE AS OF THIS INVOICE | $67,212.82 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

Professional Services Recorded Through 10/31/2011

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 10/01/11 | REVIEW OF EMAIL COMMUNICATION FROM BRIAN MOORE REGARDING THE INDEX AND INVENTORY OF PLAN RELATED DOCUMENTS; REVIEW OF COMMUNICATION FROM CLEARY GOTTLIEB REGARDING THE SAME. | 00952/MAD | 0.70 |
| 10/02/11 | CONTINUED REVIEW OF THE INVENTORY LIST; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.80 |
| 10/03/11 | EXAMINE AND ANALYZE THE INITIAL DOCUMENTS LIST FROM DEBTORS (ALONG WITH VARIOUS OTHER MATERIALS) CONCERNING THE PRODUCTION OF RETIREE DOCUMENTS. | 02718/WFT | 0.50 |
| 10/03/11 | EMAIL EXCHANGE REGARDING REVIEW OF DOCUMENTS PRODUCED BY NORTEL DEBTORS. | 02298/JSK | 0.25 |
| 10/03/11 | ORGANIZE FOR ATTORNEY REVIEW AND ANALYSIS, THE INITIAL PRODUCTION OF DOCUMENTS FROM DEBTORS, RESPONSIVE TO THE RETIREE COMMITTEE'S FIRST REQUEST FOR RETIREE RELATED DOCUMENTS (2,200 PAGES OF PLAN DOCUMENTS, EMPLOYEE BENEFITS, COMMUNICATIONS, TAX FILINGS, SUMMARY DESCRIPTIONS ETC.). | 03358/RMR | 1.20 |
| 10/03/11 | REVIEW DOCKET AND CALENDAR CRITICAL DATES; | 04990/JFS | 0.30 |
| 10/04/11 | ORGANIZE FOR ATTORNEY REVIEW AND ANALYSIS, THE INITIAL PRODUCTION OF DOCUMENTS FROM DEBTORS, RESPONSIVE TO THE RETIREE COMMITTEE'S FIRST REQUEST FOR RETIREE RELATED DOCUMENTS (2,200 PAGES OF PLAN DOCUMENTS, EMPLOYEE BENEFITS, COMMUNICATIONS, TAX FILINGS, SUMMARY DESCRIPTIONS ETC.). | 03358/RMR | 5.50 |
| 10/04/11 | TELECONFERENCE WITH DEBTOR'S COUNSEL AND CO-COUNSEL REGARDING FILING OF RETENTION APPLICATIONS; | 04990/JFS | 0.60 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 10/05/11 | PARTICIPATING IN THE CONFERENCE CALL UPDATE REGARDING THE REQUEST FOR DOCUMENTS. | 00952/MAD | 0.30 |
| 10/05/11 | REVIEW THE STATUS REPORT ON DOCUMENTS REQUESTS IN PREPARATION FOR CONFERENCE CALL TODAY. | 02718/WFT | 0.30 |
| 10/05/11 | CONFERENCE CALL WITH COMMITTEE ON STRATEGY AND STATUS ISSUES. | 02718/WFT | 0.50 |
| 10/05/11 | ATTENDANCE AT CONFERENCE CALL REGARDING STRATEGY FOR INITIAL MEETING WITH DEBTORS. | 02298/JSK | 0.50 |
| 10/05/11 | REVIEW OF DEBTOR'S RESPONSE TO THE INITIAL INFORMATION REQUEST. | 02298/JSK | 0.10 |
| 10/05/11 | ORGANIZE FOR ATTORNEY REVIEW AND ANALYSIS, THE INITIAL PRODUCTION OF DOCUMENTS FROM DEBTORS, RESPONSIVE TO THE RETIREE COMMITTEE'S FIRST REQUEST FOR RETIREE RELATED DOCUMENTS (2,200 PAGES OF PLAN DOCUMENTS, EMPLOYEE BENEFITS, COMMUNICATIONS, TAX FILINGS, SUMMARY DESCRIPTIONS ETC.). | 03358/RMR | 1.70 |
| 10/05/11 | TELECONFERENCE WITH DEBTOR'S COUNSEL AND CO-COUNSEL REGARDING FILING OF RETENTION APPLICATIONS; | 04990/JFS | 0.50 |
| 10/05/11 | REVISE 2002 SERVICE LIST; | 04990/JFS | 0.30 |
| 10/06/11 | CONTINUED REVIEW OF THE EMPLOYEE BENEFITS DOCUMENTATION PROVIDED BY NORTEL. | 00952/MAD | 0.50 |
| 10/06/11 | ATTENDING LENGTHY JOINT MEETING OF THE 1114 RETIREE COMMITTEE, LTD COMMITTEE, REPRESENTATIVES OF MERCER CONSULTING, AND COUNSEL FOR DEBTORS AND VARIOUS CREDITORS DISCUSSING STATUS OF PROCEEDING AND AN ANALYSIS OF RETIREE MEDICAL, LIFE ETC. PLANS; CONFERRING WITH MEMBERS OF THE 1114 COMMITTEE. | 00952/MAD | 5.50 |
| 10/06/11 | CORRESPOND WITH COMMITTEE COUNSEL ON | 02718/WFT | 0.30 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | STATUS ISSUES FOR A&M MOTION. | | |
| 10/07/11 | CONSIDERATION OF LEGAL ISSUES REGARDING THE AETNA PROPOSAL AND THE TYPE OF BENEFITS UNDER THE CURRENT EXISTING RETIREE MEDICAL PLAN AND REVIEW OF THE SAME. | 00952/MAD | 0.80 |
| 10/07/11 | ASSIST WITH ELECTRONICALLY FILING OF JOINT MOTION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC AS FINANCIAL ADVISORS NUNC PRO TUNC TO SEPTEMBER 8, 2011; | 04990/JFS | 2.10 |
| 10/07/11 | TELECONFERENCE WITH DEBTOR'S COUNSEL AND CO-COUNSEL REGARDING FILING OF RETENTION APPLICATIONS; RESEARCH DOCKET FOR COMMITTEE MEMBERS REIMBURSEMENT OF FUNDS; | 04990/JFS | 0.90 |
| 10/07/11 | CONFER WITH CHAMBERS REGARDING POSSIBLE HEARING DATE IN NOVEMBER; | 04990/JFS | 0.50 |
| 10/10/11 | REVIEW, FINALIZE, EXECUTE AND APPROVE FOR FILING THE MOTION TO RETAIN A&M AS FA'S TO THE COMMITTEE. | 02718/WFT | 0.70 |
| 10/10/11 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING JOINT MOTION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC AS FINANCIAL ADVISORS NUNC PRO TUNC TO SEPTEMBER 8, 2011; | 04990/JFS | 0.50 |
| 10/11/11 | REVIEW OF EMAIL COMMUNICATION FROM RAFAEL ZAHRALDDIN REGARDING THE REQUEST FOR DOCUMENTATION FOR THE AETNA PRESENTATION; CONSIDERATION OF LEGAL ISSUE RELATED TO AETNA PROPOSAL. | 00952/MAD | 0.30 |
| 10/11/11 | CONFERRING WITH BRIAN MOORE REGARDING REQUEST FOR INFORMATION REGARDING RETIREE MEDICAL BENEFITS FOR 2012 PLAN BY MS. DAVIS, NORTEL RETIREE; CONSIDERATION OF ISSUES RELATED TO OPEN ENROLLMENT. | 00952/MAD | 0.50 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 10/11/11 | REVIEW OF EMAIL FROM MEMBER OF THE NORTEL RETIREES COMMITTEE REGARDING INFORMATION ON MEDICAL BENEFITS. | 02298/JSK | 0.30 |
| 10/12/11 | CORRESPOND WITH COUNSEL RE MATTERS UP FOR CONSIDERATION AT NEXT TWO HEARINGS IN CASE. | 02718/WFT | 0.30 |
| 10/12/11 | REVIEW THE TWO MOTIONS (TO EMPLOY/RETAIN KURTZMAN CARSON CONSULTANTS AND MOTION FOR CLARIFICATION) ALONG WITH DOCKET TO DETERMINE STATUS OF SAME IN LIGHT OF UPCOMING HEARING AND CNO ISSUES. | 02718/WFT | 0.50 |
| 10/12/11 | PREPARE TELEPHONIC APPEARANCE FOR CO-COUNSEL REGARDING OCTOBER 14, 2011 HEARING; | 04990/JFS | 0.40 |
| 10/12/11 | PREPARE CERTIFICATE OF NO OBJECTION REGARDING 1102 MOTION; | 04990/JFS | 0.40 |
| 10/12/11 | PREPARE CERTIFICATE OF NO OBJECTION REGARDING KCC RETENTION APPLICATION | 04990/JFS | 0.40 |
| 10/13/11 | REVIEW OF EMAIL COMMUNICATION REGARDING REQUEST FOR INFORMATION BY MS. DAVIS, A FUTURE NORTEL RETIREE, REGARDING RETIREE MEDICAL BENEFITS; PREPARATION OF A FORM OF RESPONSE TO MS. DAVIS REGARDING RETIREE MEDICAL COVERAGE. | 00952/MAD | 0.50 |
| 10/13/11 | REVIEW OF EMAIL COMMUNICATION FROM SCOTT RATNER REGARDING THE BENEFITS AVAILABLE UNDER THE RETIREE MEDICAL PLAN WHILE THE 1114 COMMITTEE IS IN REVIEW PROCESS; REVIEW OF EMAIL COMMUNICATION FROM MEGAN FLEMING DELACRUZ REGARDING THE AETNA PRESENTATION; CONSIDERATION OF ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 10/13/11 | REVIEW THE A&M MOTION IN ORDER TO ADVISE A&M ON BILLING ISSUES. | 02718/WFT | 0.30 |
| 10/13/11 | EXAMINE AND ANALYZE DRAFT CNO FOR MOTION CLARIFYING ITS REQUIREMENT TO PROVIDE ACCESS TO INFORMATION AND | 02718/WFT | 0.30 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | FINALIZE SAME FOR FILING. | | |
| 10/13/11 | EXAMINE AND ANALYZE DRAFT CNO FOR MOTION AUTHORIZING THE EMPLOYMENT AND RETENTION OF KURTZMAN CARSON AND FINALIZE SAME FOR FILING. | 02718/WFT | 0.30 |
| 10/13/11 | CORRESPOND WITH FA (A&M) RE TIME BILLING ISSUES. | 02718/WFT | 0.30 |
| 10/13/11 | TELECONFERENCE WITH CO-COUNSEL REGARDING FILING OF RETENTION APPLICATIONS; PREPARE WORD VERSIONS OF MONTHLY FEE AND QUARTERLY FEE APPLICATIONS; | 04990/JFS | 1.10 |
| 10/14/11 | CORRESPOND RE NEED TO FILE CNO'S FOR PENDING MOTIONS. | 02718/WFT | 0.30 |
| 10/14/11 | REVIEW COURT GENERATED NOTICE OF FILING OF CNO (KC APP) AND UPDATE COUNSEL. | 02718/WFT | 0.30 |
| 10/14/11 | REVIEW COURT GENERATED NOTICE OF FILING OF CNO (1112 MOTION) AND UPDATE COUNSEL. | 02718/WFT | 0.30 |
| 10/14/11 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING KCC RETENTION APPLICATION; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.40 |
| 10/14/11 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING 1102 MOTION; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.40 |
| 10/17/11 | REVIEW OF COMMUNICATION FROM BRIAN MOORE REGARDING STATUS OF DOCUMENT PRODUCTION. | 00952/MAD | 0.10 |
| 10/17/11 | EXAMINE AND ANALYZE AS IT RELATES TO RETIREES MOTIONS AND CORRESPOND WITH COMMITTEE COUNSEL RE SAME. | 02718/WFT | 0.30 |
| 10/17/11 | EXAMINE AND ANALYZE DRAFT AMENDED NOTICE ALONG WITH THE CORRECTED EXHIBIT C (A&M MOTION) AND APPROVE FOR FILING. | 02718/WFT | 0.30 |
| 10/17/11 | REVIEW, REVISE AND APPROVE CNO FOR THE | 02718/WFT | 0.30 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | A&M RETENTION MOTION. | | |
| 10/17/11 | PREPARE CERTIFICATE OF NO OBJECTION REGARDING ALVARE & MARSAL HEALTHCARE RETENTION APPLICATION; | 04990/JFS | 0.40 |
| 10/17/11 | CONFER WITH CO-COUNSEL REGARDING CORRECTED EXHIBIT C RELATED TO EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC; ASSIST WITH PREPARATION OF NOTICE; | 04990/JFS | 0.60 |
| 10/17/11 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING CNO RELATED TO JOINT MOTION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC AND CNO RELATED TO 1002 MOTION; | 04990/JFS | 0.50 |
| 10/18/11 | COMMUNICATING WITH BRIAN MOORE REGARDING ISSUES RELATED TO THE INFORMATION PROVIDED BY CLEARY GOTTLIEB. | 00952/MAD | 0.30 |
| 10/18/11 | COMMUNICATING WITH INTERNAL IT PERSONNEL REGARDING ACCESS TO THE THREE DISKS OF DOCUMENTS FROM CLEARY GOTTLIEB. | 00952/MAD | 0.20 |
| 10/18/11 | REVIEW OF THE DRAFT WEBSITE FOR RETIREES; PREPARATION OF NOTES AND COMMENTS IN PREPARATION FOR THE MEETING WITH THE COMMITTEE. | 00952/MAD | 0.70 |
| 10/18/11 | REVISE AND ELECTRONICALLY FILE NOTICE OF FILING CORRECTED EXHIBIT C RELATED TO EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC; | 04990/JFS | 0.60 |
| 10/18/11 | ATTEMPTED TO CREATE A MEDIA REPORT OF DISKS RECEIVED, BUT COULD NOT AS THEY WERE ENCRYPTED. CHECKED DATA RECEIVED, SCANNED NEW DATA FOR VIRUSES, EXTRACTED MEDIA, CREATED MEDIA REPORT, PROVIDED PROCESSING/LOADING RECOMMENDATIONS TO LEGAL TEAM. | 04657/JDP | 1.40 |
| 10/19/11 | COMMUNICATING WITH SCOTT RATNER REGARDING FOLLOW-UP ISSUES IN | 00952/MAD | 0.30 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | CONNECTION WITH THE RECENT COMMITTEE MEETING. | | |
| 10/19/11 | CONSIDERATION OF LEGAL ISSUES TO BE PRESENTED FOR THE UPCOMING STATUS CALL REGARDING THE NORTEL DISCOVERY RELATED DOCUMENT PRODUCTION ISSUES. | 00952/MAD | 0.20 |
| 10/19/11 | REVIEW OF THE REVISED INDEX OF DOCUMENTS PREPARED BY BRIAN MOORE. | 00952/MAD | 0.50 |
| 10/19/11 | PARTICIPATING IN THE LENGTHY CONFERENCE CALL WITH THE MEMBERS OF THE COMMITTEE REGARDING THE STATUS OF THE MATTER INCLUDING DOCUMENT REQUEST, ACCESS TO CD/PDFS, AND CHANGES TO THE WEBSITE. | 00952/MAD | 1.00 |
| 10/19/11 | ACCESSING AND REVIEWING COMMITTEE WEBSITE TO COMMUNICATE WITH NORTEL DEBTOR RETIREES | 02298/JSK | 0.30 |
| 10/19/11 | CONFERENCE CALL WITH COMMITTEE MEMBERS REGARDING STATUS OF THE MATTER AND DESIRED CHANGES TO THE WEBSITE CONTENT. | 02298/JSK | 1.00 |
| 10/19/11 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE NOTICE OF FILING CORRECTED EXHIBIT C RELATED TO JOINT MOTION AUTHORIZING RETENTION OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY; | 04990/JFS | 0.50 |
| 10/20/11 | PARTICIPATING IN A CONFERENCE CALL WITH BRIAN MOORE TO DISCUSS DISCOVERY RELATED ISSUES AND THE STATUS OF THE SAME. | 00952/MAD | 0.50 |
| 10/20/11 | E-MAIL COMMUNICATION TO MARK DANIELE RE: PRODUCTION DATA ISSUES AND OPTIONS. | 02955/S-W | 0.10 |
| 10/21/11 | PARTICIPATING IN A CONFERENCE CALL REGARDING THE DISCUSSION AS TO THE DOCUMENTS PROVIDED BY CLEARY GOTTLIEB AND THE TECHNICAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 10/21/11 | FOLLOW-UP DISCUSSION WITH BRIAN MOORE REGARDING THE RESPECTIVE ROLES OF | 00952/MAD | 0.50 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
|  | COUNSEL WITH RESPECT TO ADVICE RELATED TO EMPLOYEE BENEFITS ISSUES. |  |  |
| 10/21/11 | REVIEW OF FOLLOW-UP EMAILS FROM BRIAN MOORE AND DAVE SMITH REGARDING NORTEL DISCOVERY ISSUES AND DISCUSSIONS WITH CLEARY GOTTLIEB AS IT RELATES TO THE FAS 106 REPORTS AND THE PRODUCTION OF DOCUMENTS VIA PDF. | 00952/MAD | 0.30 |
| 10/21/11 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING ALVAREZ & MARSAL HEALTHCARE RETENTION APPLICATION; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.60 |
| 10/24/11 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING CERTIFICATE OF NO OBJECTION REGARDING ALVAREZ & MARSAL HEALTHCARE RETENTION APPLICATION; | 04990/JFS | 0.40 |
| 10/25/11 | REVIEW OF EMAIL COMMUNICATION FROM BRIAN MOORE REGARDING REVISED INDEXES FOR DOCUMENTATION. | 00952/MAD | 0.20 |
| 10/25/11 | REVIEW OF THE RETIREE SPD IN CONNECTION WITH PREPARING A SUMMARY OF THE CURRENT BENEFITS FOR RETIREES. | 00952/MAD | 0.50 |
| 10/25/11 | REVIEW OF EMAIL COMMUNICATION WITH FAS 106 AND COMMENCE REVIEW OF THE SAME. | 00952/MAD | 0.30 |
| 10/25/11 | TELEPHONE CALL FROM SCOTT RADNER REGARDING PROPOSED RESPONSE TO RETIREE AS TO THE STATUS OF EXISTING RETIREE MEDICAL BENEFITS. | 00952/MAD | 0.20 |
| 10/25/11 | EXAMINE AND ANALYZE AGENDA FOR HEARING ON A&M MOTION AND CORRESPOND WITH CO COUNSEL RE SAME. | 02718/WFT | 0.30 |
| 10/25/11 | EXAMINE AND ANALYZE ORDER APPROVING A&M MOTION AND CORRESPOND WITH CO COUNSEL RE SAME. | 02718/WFT | 0.30 |
| 10/25/11 | REVIEWING MOTIONS TO TERMINATE PLANS AND RETIREE MEDICAL PLAN DOCUMENTS; PREPARING SUMMARY MEMO REGARDING RETIREE BENEFITS; OFFICE CONSIDERATION | 04872/PAK | 3.50 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | WITH M DANIELE IN RESPECT OF SAME. | | |
| 10/26/11 | PREPARING SUMMARY OF RETIREE MEDICAL BENEFITS. | 04872/PAK | 2.50 |
| 10/27/11 | PARTICIPATING A LENGTHY CONFERENCE CALL WITH BRIAN MOORE AND ROD WINTERS AND OTHER REPRESENTATIVES DISCUSSING VARIOUS ISSUES WITH RESPECT TO OUTSTANDING INFORMATION REQUEST FROM CLEARY GOTTLIEB, THE REVIEW OF THE DOCUMENTATION AND ISSUES RELATED TO THE WEBSITE. | 00952/MAD | 1.00 |
| 10/27/11 | REVIEW OF THE 2010 FORM 5500 FOR THE VEBA. | 00952/MAD | 0.50 |
| 10/28/11 | REVIEW OF EMAIL COMMUNICATION FROM BRIAN MOORE REGARDING THE LIST OF BENEFIT ELECTIONS FOR PARTICIPANTS; CONSIDERATION OF LEGAL ISSUES REGARDING ADDITIONAL INFORMATION REQUEST FROM CLEARY GOTTLIEB. | 00952/MAD | 0.50 |
| 10/28/11 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS OVER 85) FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENT IS AFFECTED BY SAME. | 02718/WFT | 1.00 |
| 10/31/11 | REVIEW OF EMAIL COMMUNICATION FROM BRIAN MOORE REGARDING THE STATUS OF DOCUMENTATION REQUEST AND THE REVISIONS TO THE SUMMARY OF BENEFITS. | 00952/MAD | 0.30 |
| 10/31/11 | REVISING SUMMARY MEMO REGARDING RETIREE MEDICAL BENEFITS. | 04872/PAK | 1.70 |
| | TOTAL HOURS: | | 59.15 |

| | |
|---|---|
| TOTAL FEES.................................................................................... | $22,293.00 |
| TOTAL DISBURSEMENTS............................................................. | 54.02 |
| TOTAL DUE THIS INVOICE .......................................................... | $22,347.02 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

**AMOUNT OUTSTANDING FROM PRIOR INVOICES**          $44,865.80

**TOTAL AMOUNT DUE AS OF THIS INVOICE**             $67,212.82

|       |                      |                  | HOURS  |         | RATE   | VALUE    |
|-------|----------------------|------------------|--------|---------|--------|----------|
| 00952 | MARK A. DANIELE      | PARTNER          | 19.00  | Hours @ | 525.00 | 9,975.00 |
| 02718 | WILLIAM F. TAYLOR, JR.| PARTNER         | 7.70   | Hours @ | 525.00 | 4,042.50 |
| 02298 | JANE S. KIMBALL      | SPEC COUNSEL     | 2.45   | Hours @ | 390.00 | 955.50   |
| 04872 | PATRICIA A. KILLIAN  | ASSOCIATE        | 7.70   | Hours @ | 380.00 | 2,926.00 |
| 04990 | JARED, F. SCHIERBAUM | PARALEGAL        | 12.40  | Hours @ | 215.00 | 2,666.00 |
| 03358 | RENEE M. ROMANO      | PARALEGAL        | 8.40   | Hours @ | 170.00 | 1,428.00 |
| 02955 | SCOTT WILLIAMS       | LIT/SYS SUPPORT  | 0.10   | Hours @ | 200.00 | 20.00    |
| 04657 | JOHN D. PUENTE       | LIT/SYS SUPPORT  | 1.40   | Hours @ | 200.00 | 280.00   |
| **ATTORNEY TOTALS:** | |                    | **59.15** |     |        | **22,293.00** |