# EXHIBIT B

Page 12
Invoice 7754460

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DISBURSEMENTS | VALUE | |
|---|---|---|---|
| 09/20/2011 | LIBRARY RESEARCH - PACER | 4.80 | |
| 09/26/2011 | LIBRARY RESEARCH - PACER | 42.72 | |
| | Total For: LIBRARY RESEARCH | | 47.52 |
| 09/19/2011 | DELIVERY TO BANKRUPTCY CLERK | 6.50 | |
| | Total For: MESSENGER/OUTSIDE | | 6.50 |

**TOTAL DISBURSEMENTS** ................................................................ **$54.02**