**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING**
**ON NOVEMBER 15, 2011 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

1. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order (I) Approving the Stipulation Resolving Claim Nos. 6980 and 4855 Filed by 485 Lexington Owner LLC and (II) Granting Limited Relief from the Automatic Stay to Effectuate a Setoff (D.I. 6660, Filed 10/20/11).

   Objection Deadline: November 8, 2011 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleadings:

   (a) Certificate of No Objection (D.I. TBF, Filed 11/10/11); and

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(b) Proposed Form of Order.

Status: There are no objections and a CNO will be filed after 4:00 p.m. (ET) on November 10, 2011.

2. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order (I) Approving the Stipulation Resolving Claim Nos. 1578 and 7147 Filed by the Texas Comptroller of Public Accounts and (II) Granting Limited Relief from the Automatic Stay to Effectuate a Setoff (D.I. 6686, Filed 10/25/11).

Objection Deadline: November 8, 2011 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

(a) Certificate of No Objection (D.I. TBF, Filed 11/10/11); and

(b) Proposed Form of Order.

Status: There are no objections and a CNO will be filed after 4:00 p.m. (ET) on November 10, 2011.

*Nortel Networks, Inc. v. The Advertising Checking Bureau, Inc. Adv. Proc. No. 10-55905 (KG)*

3. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and The Advertising Checking Bureau, Inc. (Main Case D.I. 6687, Adv. Proc. Case D.I. 56, Filed 10/25/11).

Objection Deadline: November 8, 2011 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

(a) Certificate of No Objection (Main Case D.I. TBF, Adv. Proc. Case D.I. TBF, Filed 11/10/11); and

(b) Proposed Form of Order.

Status: There are no objections and a CNO will be filed after 4:00 p.m. (ET) on November 10, 2011.

*Nortel Networks, Inc. v. Covergence, Inc. Adv. Proc. No. 11-50033 (KG)*

4. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Covergence, Inc. (Main Case D.I. 6688, Adv. Proc. Case D.I. 21, Filed 10/25/11).

   Objection Deadline: November 8, 2011 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleadings:

   (a) Certificate of No Objection (Main Case D.I. TBF, Adv. Proc. Case D.I. TBF, Filed 11/10/11); and

   (b) Proposed Form of Order.

   Status: There are no objections and a CNO will be filed after 4:00 p.m. (ET) on November 10, 2011.

5. Debtors' Motion for Entry of an Order Authorizing Debtors to (A) Implement the Nortel Networks Inc. 2012 Incentive Plan; and (B) Enter into Certain Special Incentive Payment Agreements (D.I. 6689, Filed 10/25/11).

   Objection Deadline: November 8, 2011 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleadings:

   (a) Certificate of No Objection (D.I. TBF, Filed 11/10/11); and

   (b) Proposed Form of Order.

   Status: There are no objections and a CNO will be filed after 4:00 p.m. (ET) on November 10, 2011.

6. Debtors' Motion for Entry of an Order Approving the Disposal of Certain Product Shipping and Storage Documentation (D.I. 6701, Filed 10/28/11).

   Objection Deadline: November 8, 2011 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleadings:

(a) Certificate of No Objection (D.I. TBF, Filed 11/10/11); and

(b) Proposed Form of Order.

Status: There are no objections and a CNO will be filed after 4:00 p.m. (ET) on November 10, 2011.

Dated: November 10, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Chad A. Fights*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4575904.1