**Via Fax**

(Counsel for The Advertising Checking Bureau)
John A. Golieb
Muchnick, Golieb & Golieb
200 Park Avenue South, Suite 1700
New York, NY 10003
Fax: 212-977-5133

(Counsel for Covergence, Inc.)
Bingham McCutchen LLP
Kate K. Simon
One State St.
Hartford, CT 06103
Fax: 212-752-5378