# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NORTEL NETWORKS, INC., *et al*., | : | Case No. 09-10138 (KG) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Re: Docket No. 6728** |
| | : | |
| Nortel Networks Inc., | : | |
| | : | |
| Plaintiff, | : | Adv. Pro. No. 10-55932 (KG) |
| | : | |
| v. | : | |
| | : | |
| Starent Networks LLC, | : | **Hearing date: November 29, 2011 at 10:00 a.m. (ET)** |
| | : | **Objections due: November 22, 2011 at 4:00 p.m. (ET)** |
| Defendant. | : | |
| | : | **Re: Docket No. 31** |

## NOTICE OF MOTION

TO:   (i) U.S. Trustee; (ii) counsel to the Committee; (iii) counsel to the Bondholder Group; (iv) counsel to the Defendant; and (v) the general service list established in these chapter 11 cases.

On November 9, 2011, Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, filed the *Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks, Inc. and Starent Networks, LLC* (the "Motion").

You are required to file a response, if any, to the attached Motion on or before **November 22, 2011 at 4:00 pm. (ET)**.

At the same time, you must serve a copy of the response upon the Debtors' attorneys:

Raymond H. Lemisch, Esquire
Jennifer R. Hoover, Esquire
Jennifer E. Smith, Esquire
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, DE  19801

A HEARING ON THIS MATTER WILL BE HELD ON **NOVEMBER 29, 2011 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.

Date:  November 10, 2011

        **BENESCH, FRIEDLANDER, COPLAN
          & ARONOFF, LLP**

By:    */s/ Raymond H. Lemisch*
        Raymond H. Lemisch, Esquire (No. 4204)
        Jennifer R. Hoover, Esquire (No. 5111)
        Jennifer E. Smith, Esquire (No. 5278)
        222 Delaware Avenue, Suite 801
        Wilmington, DE 19801
        302-442-7010  telephone
        302-442-7012  facsimile
        rlemisch@beneschlaw.com
        jhoover@beneschlaw.com
        jsmith@beneschlaw.com

*Special Litigation Counsel to the Debtors*