# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>                 Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks Inc. v. Actuate Corporation | 10-55144 |
| Nortel Networks Inc. v. Baldwin& Creative LLC d/b/a Baldwin& | 10-55161 |
| Nortel Networks Inc., *et. al.* v. Beeline.com, Inc. | 10-55165 |
| Nortel Networks Inc. v. Bick Group, Inc. | 10-55168 |
| Nortel Networks Inc. v. Bridgewater Systems, Inc. | 10-55175 |
| Nortel Networks Inc. v. BWCS, Ltd. | 10-53184 |
| Nortel Networks Inc. v. Continuum Worldwide Corporation | 10-55191 |
| Nortel Networks Inc. v. Excellence In Motivation, Inc. | 10-55198 |
| Nortel Networks Inc. v. Jack Morton Worldwide, Inc. | 10-55203 |
| Nortel Networks Inc. v. Maritz Canada Inc. | 10-53187 |
| Nortel Networks Inc. v. Oplink Communications, Inc. | 10-55174 |
| Nortel Networks Inc. v. Opnext Subsytems, Inc. f/k/a StrataLight Communications, Inc., *et. al.* | 10-53177 |
| Nortel Networks Inc. v. SBA Network Services, Inc. | 10-55187 |
| Nortel Networks Inc. v. TEKsystems Inc. | 10-55192 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

# STATUS REPORT ON AVOIDANCE ACTIONS
## ASSIGNED TO THE HONORABLE KEVIN GROSS, CHIEF JUDGE

In accordance with the Court's Chambers' Procedures and the Scheduling Order dated February 9, 2011 entered with respect to the above-captioned adversary proceedings, plaintiff, Nortel Networks Inc., by and through its counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submits the following status report.

Dated: November 10, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Deborah M. Buell (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
Nora K. Abularach (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Chad A. Fights*
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Chad Fights (No. 5006)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

## STATUS A

## SERVICE NOT YET COMPLETED

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 10-53187 | Maritz Canada Inc. | Plaintiff filed an amended complaint on June 3, 2011; not all Defendants have been served to date. The Pretrial Conference is currently scheduled to take place on November 29, 2011. |

## STATUS B

## SERVICE COMPLETE, ANSWERS DUE

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS C

## MOTION OR REQUEST FOR DEFAULT FILED OR TO BE FILED

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS D

## NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| None. | | |

## STATUS E

## RESOLVED/SETTLED:  MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-53184 | BWCS, Ltd. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement any may consummate this settlement without further notice or order of the Bankruptcy Court. |
| 10-55144 | Actuate Corporation | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement any may consummate this settlement without further notice or order of the Bankruptcy Court. |
| 10-55174 | Oplink Communications, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide Notice Parties with notice of this proposed settlement. |
| 10-55168 | Bick Group, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide Notice Parties with notice of this proposed settlement. |
| 10-55175 | Bridgewater Systems, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide Notice Parties with notice of this proposed settlement. |

## STATUS F

## DISCOVERY UNDERWAY

| **Adversary No.** | **Defendant** | **Status** |
| --- | --- | --- |
| 10-55191 | Continuum Worldwide Corporation | Discovery will be proceeding in accordance with the Amended Scheduling Order dated August 4, 2011.  Defendant's responses to Plaintiff's initial discovery requests were due June 6, 2011 and Plaintiff reserves all rights. |
| 10-55198 | Excellence In Motivation, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated August 29, 2011.  Both parties' responses to initial discovery requests due December 7, 2011. |
| 10-53177 | Opnext Subsytems, Inc. f/k/a StrataLight Communications, *et. al.* | Discovery will be proceeding in accordance with the Amended Scheduling Order dated July 29, 2011.  Both parties' responses to initial discovery requests due November 23, 2011. |
| 10-55192 | TEKsystems Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated October 21, 2011. Both parties' responses to initial discovery requests due November 14, 2011. |
| 10-55165 | Beeline.com, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated October 21, 2011. |

## STATUS G

## NOTICE OF SELECTION OF MEDIATOR FILED

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 10-55161 | Baldwin& Creative LLC d/b/a Baldwin& | Stipulation Regarding Appointment of Mediator filed on June 1, 2011. Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on June 5, 2011. Pursuant to the Amended Scheduling Order dated August 4, 2011, mediation to be completed by January 18, 2012. |
| 10-55203 | Jack Morton Worldwide, Inc. | Stipulation Regarding Appointment of Mediator filed on June 7, 2011.  Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on June 9, 2011. Pursuant to the Amended Scheduling Order dated July 27, 2011, mediation to be completed by January 18, 2012. |
| 10-55187 | SBA Network Services, Inc. | Stipulation Regarding Appointment of Mediator filed on July 5, 2011. Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on July 6, 2011. Pursuant to the Amended Scheduling Order dated November 4, 2011, mediation to be completed by January 23, 2012. |

## STATUS H

### READY FOR TRIAL

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS I

### DISPOSITIVE MOTION PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS J

### STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS K
### APPEAL PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |