## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 9/1/2011 through 9/30/2011

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $760 | 90.50 | $68,780.00 |
| J. Borow | Executive Director | $760 | 134.70 | $102,372.00 |
| J. Hyland | Executive Director | $595 | 173.80 | $103,411.00 |
| A. Cowie | Managing Director | $545 | 129.60 | $70,632.00 |
| D. Rothberg | Director | $415 | 49.50 | $20,542.50 |
| J. Peterson | Director | $365 | 83.50 | $30,477.50 |
| J. Schad | Associate | $325 | 0.50 | $162.50 |
| M. Lasinski | Contractor | $310 | 7.50 | $2,325.00 |
| T. Morilla | Consultant | $310 | 139.50 | $43,245.00 |
| M. DeSalvio | Research | $175 | 2.00 | $350.00 |
| M. Haverkamp | Paraprofessional | $120 | 5.30 | $636.00 |
| **For the Period 9/1/2011 through 9/30/2011** | | | **816.40** | **$442,933.50** |