## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit B: Summary of Fees by Task Code
For the Period 9/1/2011 through 9/30/2011

| Task Code | Hours | Fees |
|---|---:|---:|
| 01. Asset Acquisition/Disposition | 90.50 | $53,712.50 |
| 05. Professional Retention/Fee Application Preparation | 12.40 | $3,720.50 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | 68.30 | $50,703.50 |
| 08. Interaction/Mtgs w Creditors | 66.80 | $47,616.50 |
| 09. Employee Issues/KEIP | 68.20 | $33,938.50 |
| 10. Recovery/SubCon/Lien | 227.70 | $105,957.00 |
| 11. Claim Analysis/Accounting | 182.50 | $95,166.50 |
| 13. Intercompany Transactions/Bal | 5.90 | $4,484.00 |
| 14. Executory Contracts/Leases | 1.10 | $770.00 |
| 18. Operating and Other Reports | 19.90 | $10,088.50 |
| 19. Cash Flow/Cash Mgmt Liquidity | 28.70 | $11,463.50 |
| 22. Pref/Avoidance Actions | 2.20 | $1,199.00 |
| 26. Tax Issues | 16.60 | $10,619.50 |
| 33. Intellectual Property | 25.60 | $13,494.00 |
| **For the Period 9/1/2011 through 9/30/2011** | **816.40** | **$442,933.50** |