# Nortel Networks Corporation
## Capstone Advisory Group, LLC
## Exhibit C: Detailed Time Descriptions
## For the Period 9/1/2011 through 9/30/2011

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 9/1/2011 | C. Kearns | 0.80 | Reviewed ongoing mediation related analysis. |
| 9/1/2011 | D. Rothberg | 2.90 | Reviewed recent legal decisions as it relates to certain allocation proposals put forward by differing parties. |
| 9/2/2011 | J. Hyland | 2.70 | Continued reviewing proceeds allocation analysis. |
| 9/2/2011 | J. Hyland | 2.90 | Reviewed proceeds allocation analysis. |
| 9/5/2011 | D. Rothberg | 2.90 | Reviewed and analyzed various allocation scenarios. |
| 9/6/2011 | T. Morilla | 1.10 | Continued to review each estate's claims. |
| 9/6/2011 | C. Kearns | 1.20 | Continued reviewing history of mediation proposals from CCC and monitor. |
| 9/6/2011 | C. Kearns | 1.90 | Reviewed history of mediation proposals from CCC and monitor. |
| 9/6/2011 | T. Morilla | 1.90 | Continued to review and analyze the estate-owned assets. |
| 9/6/2011 | J. Borow | 2.80 | Reviewed issues pertaining to the sale of additional assets of the company. |
| 9/7/2011 | J. Borow | 1.90 | Reviewed issues pertaining to the sale of additional assets. |
| 9/7/2011 | J. Hyland | 2.80 | Continued reviewing allocation summary for counsel. |
| 9/7/2011 | J. Hyland | 2.90 | Reviewed allocation summary for counsel. |
| 9/8/2011 | J. Borow | 2.20 | Reviewed issues pertaining to the sale of additional assets. |
| 9/8/2011 | C. Kearns | 2.40 | Reviewed allocation scenarios for upcoming mediation. |
| 9/8/2011 | J. Hyland | 2.60 | Reviewed proceeds allocation analysis scenario. |
| 9/9/2011 | J. Hyland | 0.50 | Reviewed proceeds allocation. |
| 9/9/2011 | J. Hyland | 2.90 | Reviewed proceeds allocation analysis. |
| 9/12/2011 | J. Hyland | 1.60 | Continued reviewing allocation methodologies. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/12/2011 | T. Morilla | 2.20 | Reviewed and analyzed potential allocation of proceeds concepts. |
| 9/12/2011 | J. Hyland | 2.90 | Reviewed allocation methodologies. |
| 9/12/2011 | C. Kearns | 3.10 | Prepared for and met with counsel and Jeffries to discuss upcoming mediation statement. |
| 9/12/2011 | J. Hyland | 4.00 | Participated in meeting and follow-on meeting with counsel, Jefferies, and Fraser re: proceeds allocation. |
| 9/13/2011 | T. Morilla | 2.10 | Prepared EMEA presentation for potential allocation of proceeds. |
| 9/13/2011 | J. Hyland | 2.70 | Reviewed allocation methodology report for UCC. |
| 9/14/2011 | J. Hyland | 1.00 | Reviewed document from counsel relative to proceeds allocations. |
| 9/15/2011 | J. Hyland | 2.80 | Continued reviewing proceeds allocation file. |
| 9/15/2011 | J. Hyland | 2.90 | Reviewed revised proceeds allocation file. |
| 9/19/2011 | C. Kearns | 3.00 | Prepared for EMEA meetings including NNSA claim response and model scenarios. |
| 9/21/2011 | J. Hyland | 2.90 | Analyzed proceeds allocation scenario. |
| 9/22/2011 | C. Kearns | 0.40 | Participated in telecom with D. Botter and UCC member re: allocation issues. |
| 9/22/2011 | C. Kearns | 0.60 | Reviewed ongoing allocation analysis. |
| 9/22/2011 | J. Hyland | 1.80 | Reviewed allocation scenario. |
| 9/23/2011 | J. Hyland | 2.50 | Reviewed proceeds allocation calculations. |
| 9/26/2011 | C. Kearns | 1.10 | Prepared analysis responding to discussion with ad hocs. |
| 9/27/2011 | J. Hyland | 1.50 | Participated in meeting with M. Spragg and M. Sandberg re: proceeds allocations. |
| 9/27/2011 | T. Morilla | 1.90 | Revised EMEA presentation for discussion with other parties. |
| 9/28/2011 | J. Hyland | 2.00 | Reviewed allocation model. |
| 9/29/2011 | J. Hyland | 2.70 | Revised allocation scenario. |
| 9/30/2011 | J. Hyland | 2.70 | Continued reviewing allocation analyses. |
| 9/30/2011 | J. Hyland | 2.80 | Recalculated allocation scenarios. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| Subtotal | | 90.50 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/12/2011 | M. Haverkamp | 1.00 | Continued editing and preparing August fee application. |
| 9/12/2011 | M. Haverkamp | 2.00 | Edited and prepared August 2011 fee application. |
| 9/13/2011 | M. Haverkamp | 2.30 | Continued preparing August fee application for review. |
| 9/22/2011 | T. Morilla | 1.50 | Continued to work on the August fee application. |
| 9/22/2011 | T. Morilla | 2.50 | Worked on August fee application. |
| 9/26/2011 | J. Hyland | 0.50 | Reviewed fee app. |
| 9/27/2011 | J. Hyland | 1.20 | Reviewed fee app. |
| 9/29/2011 | J. Hyland | 1.40 | Reviewed fee app revisions. |
| Subtotal | | 12.40 | |

**07. Interaction/Mtgs w Dbtrs/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/7/2011 | C. Kearns | 7.00 | Participated on trip to Toronto to meet with CCC representatives, including prep and follow-up with counsel. |
| 9/8/2011 | C. Kearns | 1.00 | Participated in call with J. Ray and CGSH to discuss status. |
| 9/9/2011 | J. Borow | 1.70 | Reviewed issues relating to proposed plan to travel to London to meet with UK pension parties. |
| 9/12/2011 | C. Kearns | 0.40 | Participated in call with J. Ray re: status of TSA staffing. |
| 9/14/2011 | J. Hyland | 1.00 | Participated in weekly call with J. Bromley, J. Ray, U.S. Debtors representatives, and counsel re: case status. |
| 9/14/2011 | C. Kearns | 1.00 | Participated in call re: status with J. Ray and J. Bromley. |
| 9/16/2011 | C. Kearns | 2.50 | Prepared for upcoming trip with TPR, PPF, administrator and French liquidator. |
| 9/19/2011 | C. Kearns | 6.00 | Prepared for meeting with EMEA representatives. |
| 9/20/2011 | C. Kearns | 1.50 | Prepared for meeting with EMEA representatives. |
| 9/20/2011 | C. Kearns | 3.00 | Prepared for meeting with EMEA representatives. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/20/2011 | C. Kearns | 3.50 | Attended meeting with Administrator, Herbert Smith and counsel and related follow up. |
| 9/20/2011 | J. Borow | 10.50 | Prepared for, attended and participated in meetings with European debtors and related advisors. |
| 9/21/2011 | C. Kearns | 7.00 | Analyzed and summarized meeting with EMEA representatives. |
| 9/21/2011 | J. Borow | 10.50 | Prepared for, attended and participated in meetings with European debtors and related advisors. |
| 9/26/2011 | C. Kearns | 0.90 | Participated in status call with J. Ray and CGSH. |
| 9/26/2011 | J. Hyland | 0.90 | Participated in call with J. Bromley, J. Ray, and counsel re: case matters. |
| 9/26/2011 | J. Borow | 1.60 | Prepared for (0.7) and discussed with debtor various issues (0.9) including discussions with UK pension parties re: settlement issues. |
| 9/27/2011 | J. Hyland | 0.80 | Conducted meeting with J. Ray and RLKS re: NNI compensation and real estate matters. |
| 9/27/2011 | J. Hyland | 1.60 | Conducted meetings with Cleary and counsel re: case matters. |
| 9/27/2011 | J. Hyland | 3.00 | Participated in meeting with Cleary, Milbank, FTI, Chilmark, J. Ray, and counsel re: taxes and claims. |
| 9/30/2011 | C. Kearns | 1.00 | Participated in call with CGSH. |
| 9/30/2011 | C. Kearns | 1.90 | Participated in call with counsel and Administrator with related follow up. |
| Subtotal | | 68.30 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/1/2011 | J. Hyland | 1.10 | Participated in UCC call with UCC professionals. |
| 9/1/2011 | C. Kearns | 1.20 | Prepared for (0.1) and participated in (1.1) weekly UCC call. |
| 9/1/2011 | J. Borow | 1.30 | Conducted discussions with various creditor and other parties in interest re: status of matter. |
| 9/1/2011 | J. Borow | 1.90 | Prepared for (0.7) and participated in (1.2) meeting with full meeting of UCC and professionals to the UCC. |
| 9/1/2011 | J. Hyland | 2.80 | Prepared for UCC call. |
| 9/6/2011 | J. Borow | 0.90 | Conducted discussions with various creditor and other parties in interest re: status of matter. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 9/7/2011 | C. Kearns | 0.60 | Participated in weekly status call with UCC professionals. |
| 9/7/2011 | J. Hyland | 0.60 | Participated in pre-UCC call with UCC professionals. |
| 9/7/2011 | C. Kearns | 1.00 | Discussed with counsel possible expert testimony needs for allocation litigation. |
| 9/7/2011 | J. Borow | 3.70 | Prepared for, attended and participated in meeting with various Canadian creditors. |
| 9/8/2011 | J. Hyland | 0.60 | Participated in UCC call with UCC professionals. |
| 9/8/2011 | J. Hyland | 1.00 | Participated in call with J. Ray, J. Bromley, F. Hodara, and D. Botter re: weekly update. |
| 9/8/2011 | C. Kearns | 1.50 | Prepared for (0.9) and participated in (0.6) weekly UCC call and related follow up with counsel on various issues. |
| 9/8/2011 | J. Borow | 2.10 | Prepared for (1.5) and participated in (0.6) meeting with UCC and professionals to the UCC. |
| 9/9/2011 | J. Borow | 1.30 | Conducted discussions with various creditor and other parties in interest re: status of matter. |
| 9/12/2011 | C. Kearns | 0.50 | Participated in call with counsel and a note holder with counsel re: issues for post-petition interest and other matters. |
| 9/12/2011 | C. Kearns | 1.00 | Participated in call with ad hocs re: debrief on UK and Canada discussions. |
| 9/12/2011 | J. Borow | 1.40 | Conducted discussions with various creditor and other parties in interest re: status of matter. |
| 9/13/2011 | J. Hyland | 1.50 | Participated in call with counsel, Jefferies, and Fraser re: pre-UCC call and proceeds allocations. |
| 9/13/2011 | C. Kearns | 1.70 | Prepared for (0.2) and participated in (1.5) call with counsel and Jeffries re: next steps re: EMEA proposal. |
| 9/14/2011 | J. Hyland | 1.70 | Participated in UCC call with UCC professionals. |
| 9/14/2011 | C. Kearns | 2.30 | Prepared for (0.6) and participated In (1.7) weekly UCC call. |
| 9/14/2011 | J. Hyland | 2.40 | Prepared for UCC call. |
| 9/14/2011 | J. Borow | 3.30 | Prepared for (1.6) and participated in (1.7) meeting of UCC and professionals to the UCC. |
| 9/16/2011 | J. Hyland | 0.60 | Conducted call with M. Sandberg re: Corporate Group compensation and proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/19/2011 | J. Borow | 2.80 | Conducted discussions with various creditor and other parties in interest re: status of matter. |
| 9/20/2011 | C. Kearns | 3.70 | Met with all UK pension parties and related follow up. |
| 9/21/2011 | C. Kearns | 3.00 | Met with French liquidator and related follow up. |
| 9/22/2011 | J. Hyland | 0.60 | Participated in discussion with M. Wunder, Fraser, L. Beckerman, and counsel re: Canadian compensation claims. |
| 9/22/2011 | J. Hyland | 0.90 | Participated in UCC meeting with UCC professionals. |
| 9/22/2011 | C. Kearns | 2.00 | Prepared for (1.1) and participated in (0.9) UCC weekly call and related follow up with counsel. |
| 9/22/2011 | J. Borow | 2.40 | Prepared for (1.5) and participated in (0.9) meeting with UCC and advisors to UCC. |
| 9/23/2011 | J. Borow | 1.10 | Conducted discussions with various creditor and other parties in interest re: status of matter. |
| 9/26/2011 | C. Kearns | 1.00 | Participated in status call with ad hoc advisors. |
| 9/27/2011 | J. Borow | 3.60 | Prepared for (2.0) and attended meeting (1.6) with various creditors and other parties in interest re: status of matter and potential settlement concepts. |
| 9/28/2011 | J. Hyland | 0.70 | Participated in meeting with counsel and Fraser re: UCC matters. |
| 9/28/2011 | J. Hyland | 1.20 | Participated in UCC call with UCC advisors. |
| 9/28/2011 | J. Borow | 2.40 | Prepared for (1.2) and participated in (1.2) meeting with UCC and other professionals to UCC. |
| 9/28/2011 | J. Hyland | 2.60 | Prepared for UCC call. |
| 9/30/2011 | J. Hyland | 0.80 | Conducted calls with M. Sandberg re: allocations and employee compensation. |
| Subtotal | | 66.80 | |

**09. Employee Issues/KEIP**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/1/2011 | A. Cowie | 1.30 | Continued to analyzed pension and benefit calculations. |
| 9/1/2011 | A. Cowie | 1.30 | Analyzed pension and benefit claim calculations. |
| 9/6/2011 | J. Hyland | 0.10 | Conducted call with M. Wunder and R. Jacobs re: Canadian employee claim. |
| 9/6/2011 | J. Borow | 2.90 | Reviewed Canadian employee settlement claims and related concepts. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/8/2011 | J. Borow | 1.10 | Reviewed Canadian employee settlement claims and related concepts. |
| 9/8/2011 | J. Peterson | 1.30 | Prepared for (0.6) and participated in (0.7) a call with counsel, Fraser Milner and Capstone re: Canadian compensation claims. |
| 9/8/2011 | J. Peterson | 2.30 | Reviewed the Mercer draft report dated August 2011 re: non-registered pension benefits and loss of registered pension benefit accruals for claim purposes. |
| 9/8/2011 | J. Peterson | 2.60 | Reviewed and analyzed the August 2011 Mercer draft report re: valuation of the obligations of the non-pension benefits for claim purposes. |
| 9/9/2011 | J. Peterson | 1.40 | Prepared for (0.6) and participated in (0.8) a call with Fraser, counsel, and Capstone re: Canadian compensation claims. |
| 9/9/2011 | J. Peterson | 2.10 | Reviewed and analyzed the Canadian hourly and salaried employee collective labor agreements. |
| 9/9/2011 | J. Peterson | 2.70 | Reviewed and analyzed the various Canadian collective labor agreements. |
| 9/12/2011 | J. Borow | 1.70 | Reviewed issues relating to Canadian employee claims quantification. |
| 9/12/2011 | J. Peterson | 2.20 | Prepared for and participated in a meeting with Goodmans, Bennett Jones, counsel, Fraser, E&Y, Mercer and Capstone re: Canadian compensation claims. |
| 9/12/2011 | J. Peterson | 2.40 | Continued to review and analyze the Canadian compensation claims in preparation for meeting at Goodmans. |
| 9/12/2011 | J. Peterson | 2.70 | Continued to analyze and review the proposed Canadian employee compensation claims. |
| 9/13/2011 | J. Hyland | 0.50 | Conducted call with J. Doolittle re: Corporate Group personnel update. |
| 9/13/2011 | J. Hyland | 0.50 | Conducted call with C. Ricaurte re: NBS personnel. |
| 9/13/2011 | J. Hyland | 1.30 | Prepared personnel summary. |
| 9/13/2011 | J. Borow | 1.60 | Reviewed issues relating to Canadian employee claims quantification. |
| 9/14/2011 | J. Borow | 0.40 | Reviewed issues relating to Canadian employee claims quantification. |
| 9/14/2011 | J. Hyland | 0.50 | Participated in meeting with L. Beckerman re: pension and employee retirement matters. |
| 9/14/2011 | J. Peterson | 1.10 | Reviewed and analyzed an employee's employment agreement. |
| 9/14/2011 | J. Peterson | 1.70 | Continued to edit the Canadian compensation report outline. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/15/2011 | J. Hyland | 0.10 | Conducted call with J. Doolittle re: 2012 Corporate Group compensation. |
| 9/16/2011 | J. Hyland | 0.60 | Participated in call with J. Doolittle, A. Bifield, A. Ventresca, M. Sandberg, and other FA firms re: Corporate Group 2012 incentive bonuses. |
| 9/16/2011 | J. Peterson | 1.10 | Prepared for (0.5) and participated in (0.6) a call with the Corporate Group re: proposal of the 2012 Employee Plan. |
| 9/20/2011 | J. Peterson | 1.60 | Reviewed and edited the first draft of the Corporate Group's 2012 Retention Plan report. |
| 9/20/2011 | J. Hyland | 1.80 | Prepared UCC report format for Canadian employee compensation claims. |
| 9/20/2011 | J. Hyland | 2.40 | Continued reviewing filings on Canadian employee compensation claims and related analyses. |
| 9/20/2011 | J. Peterson | 2.60 | Continued to draft the supporting schedules for the UCC report re: Corporate Group's 2012 Retention Plan. |
| 9/20/2011 | J. Hyland | 2.70 | Reviewed filings on Canadian employee compensation claims. |
| 9/20/2011 | J. Peterson | 2.80 | Started to draft a report for the UCC re: Corporate Group's 2012 Retention Plan. |
| 9/21/2011 | J. Hyland | 0.60 | Reviewed employee compensation claim documents. |
| 9/21/2011 | J. Peterson | 2.10 | Continued to edit and draft the Corporate Group's 2012 Retention plan report for distribution to the UCC. |
| 9/22/2011 | J. Peterson | 1.20 | Prepared for (0.6) and participated in (0.6) a call with Fraser's, counsel and Capstone re: Canadian compensation claims. |
| 9/22/2011 | J. Borow | 1.40 | Reviewed various Canadian employee compensation issues. |
| 9/22/2011 | J. Hyland | 2.00 | Reviewed Corporate Group 2012 compensation plan report. |
| 9/22/2011 | J. Peterson | 2.80 | Continued to review and analyze the Canadian compensation claims. |
| 9/26/2011 | J. Hyland | 1.20 | Continued preparing report re: Corporate Group 2012 retention plan. |
| 9/26/2011 | J. Hyland | 2.90 | Prepared report re: Corporate Group 2012 retention plan. |
| 9/27/2011 | J. Borow | 2.10 | Prepared for (1.3) and participated in (0.8) meeting with debtor and other creditor group re: additional potential compensation to employees in the U.S. |
| 9/28/2011 | C. Kearns | 0.50 | Reviewed 2012 retention program. |
| Subtotal | | 68.20 | |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 9/1/2011 | J. Borow | 1.20 | Reviewed various recovery and settlement scenarios. |
| 9/1/2011 | T. Morilla | 1.60 | Reviewed and analyzed previous recovery analyses presentation. |
| 9/1/2011 | A. Cowie | 2.10 | Analyzed creditor recoveries under numerous allocation scenarios. |
| 9/1/2011 | D. Rothberg | 2.20 | Reviewed recovery scenarios. |
| 9/1/2011 | J. Borow | 2.40 | Reviewed various recovery analyses and related issues. |
| 9/2/2011 | T. Morilla | 1.00 | Reviewed and analyzed the recovery model. |
| 9/2/2011 | A. Cowie | 1.30 | Analyzed creditor recovery scenarios. |
| 9/2/2011 | J. Hyland | 1.40 | Reviewed claims recovery analysis. |
| 9/2/2011 | D. Rothberg | 1.90 | Analyzed and reviewed recovery scenarios. |
| 9/2/2011 | D. Rothberg | 2.20 | Continued to review and analyze the recoveries under various asset allocations. |
| 9/2/2011 | T. Morilla | 2.20 | Continued to review and analyze the intercompany recovery model. |
| 9/5/2011 | D. Rothberg | 1.70 | Continued to review and analyze various recovery scenarios. |
| 9/5/2011 | D. Rothberg | 1.90 | Continued to review and analyze various recovery scenarios. |
| 9/6/2011 | T. Morilla | 2.30 | Continued to prepare charts for recovery analyses. |
| 9/6/2011 | T. Morilla | 2.80 | Performed additional sensitivity recovery analyses. |
| 9/6/2011 | D. Rothberg | 2.90 | Reviewed and analyzed recovery scenarios. |
| 9/7/2011 | C. Kearns | 0.40 | Reviewed the summary of recovery scenarios. |
| 9/7/2011 | T. Morilla | 1.50 | Reviewed and analyzed the intercompany recovery model. |
| 9/7/2011 | T. Morilla | 1.80 | Created charts for the recovery sensitivity analyses. |
| 9/7/2011 | D. Rothberg | 1.80 | Continued to analyze and review recovery outcomes under different scenarios. |
| 9/7/2011 | T. Morilla | 2.40 | Performed sensitivity analyses on the recovery model. |
| 9/7/2011 | D. Rothberg | 2.40 | Analyzed and reviewed recovery scenarios. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/7/2011 | T. Morilla | 2.80 | Revised and edited recovery presentation. |
| 9/7/2011 | J. Borow | 2.90 | Reviewed various recovery analyses. |
| 9/7/2011 | D. Rothberg | 2.90 | Reviewed and analyzed recovery scenarios. |
| 9/8/2011 | T. Morilla | 1.30 | Revised and edited the recovery presentation. |
| 9/8/2011 | J. Borow | 1.90 | Continued reviewing various recovery analyses. |
| 9/8/2011 | T. Morilla | 2.10 | Continued to revise and edit the recovery presentation. |
| 9/8/2011 | J. Borow | 2.90 | Reviewed various recovery analyses. |
| 9/9/2011 | C. Kearns | 1.30 | Finalized updated scenarios and EMEA analysis for discussion with counsel. |
| 9/9/2011 | J. Borow | 1.40 | Continued reviewing various recovery analyses. |
| 9/9/2011 | T. Morilla | 1.80 | Continued to review and edit the recovery model. |
| 9/9/2011 | T. Morilla | 2.50 | Continued to revise and edit the recovery presentation based on comments. |
| 9/9/2011 | J. Borow | 2.90 | Reviewed various recovery analyses. |
| 9/12/2011 | D. Rothberg | 1.40 | Reviewed various allocation methodologies and subsequent creditor recoveries. |
| 9/12/2011 | J. Peterson | 1.90 | Continued to analyze the potential recoveries for EMEA. |
| 9/12/2011 | T. Morilla | 2.10 | Reviewed and analyzed the recovery analyses. |
| 9/12/2011 | T. Morilla | 2.30 | Continued to review and analyze recovery scenarios. |
| 9/12/2011 | J. Peterson | 2.80 | Started to review and analyze the latest allocation scenarios re: EMEA region - country by country. |
| 9/12/2011 | J. Borow | 3.60 | Prepared for, attended and met with counsel to UCC regarding potential recovery analyses to discuss with EMEA parties. |
| 9/13/2011 | T. Morilla | 0.90 | Continued to review and edit EMEA presentation. |
| 9/13/2011 | T. Morilla | 1.20 | Continued to review and edit the recovery model. |
| 9/13/2011 | C. Kearns | 1.80 | Reviewed ongoing recovery related analysis related to PPI and make-whole issues. |
| 9/13/2011 | T. Morilla | 2.10 | Reviewed and edited the recovery presentation document based on comments. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 9/13/2011 | T. Morilla | 2.10 | Reviewed and analyzed certain recovery scenarios. |
| 9/13/2011 | T. Morilla | 2.10 | Prepared recovery sensitivity analyses as it relates to the EMEA recoveries. |
| 9/14/2011 | T. Morilla | 2.70 | Performed additional recovery sensitivity analyses. |
| 9/15/2011 | T. Morilla | 1.30 | Revised recovery sensitivity analyses based on comments. |
| 9/15/2011 | A. Cowie | 1.30 | Continued to analyze recovery scenarios. |
| 9/15/2011 | A. Cowie | 1.80 | Analyzed recovery scenarios. |
| 9/15/2011 | T. Morilla | 2.10 | Edited and revised EMEA recovery analysis. |
| 9/15/2011 | T. Morilla | 2.10 | Continued to perform recovery sensitivity analyses. |
| 9/15/2011 | J. Borow | 2.40 | Reviewed and analyzed recovery scenarios. |
| 9/15/2011 | T. Morilla | 2.50 | Reviewed and analyzed recovery scenarios. |
| 9/15/2011 | C. Kearns | 5.50 | Participated in meetings and calls with counsel re: analysis and draft material for upcoming meetings with Administrator, PPF, TPR, and French Liquidator. |
| 9/16/2011 | J. Borow | 0.70 | Continued reviewing recovery scenarios and potential submissions to other estate representatives. |
| 9/16/2011 | T. Morilla | 1.70 | Reviewed and analyzed the recovery model. |
| 9/16/2011 | J. Peterson | 2.70 | Continued to review and edit the allocation recovery model. |
| 9/16/2011 | J. Peterson | 2.80 | Continued to analyze and edit the allocation recovery model. |
| 9/16/2011 | J. Peterson | 2.90 | Reviewed the allocation recovery model. |
| 9/16/2011 | J. Borow | 2.90 | Reviewed recovery scenarios and potential submissions to other estate representatives. |
| 9/16/2011 | J. Hyland | 2.90 | Reviewed claims recovery calculations. |
| 9/16/2011 | T. Morilla | 2.90 | Provided build-up on recovery analyses. |
| 9/19/2011 | A. Cowie | 0.60 | Revised recovery scenario analysis. |
| 9/19/2011 | T. Morilla | 1.40 | Continued to perform quality control on the model. |
| 9/19/2011 | D. Rothberg | 1.70 | Continued to analyze and review recovery model. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/19/2011 | D. Rothberg | 1.80 | Continued to analyze and review recovery model. |
| 9/19/2011 | A. Cowie | 1.80 | Analyzed potential claim settlement. |
| 9/19/2011 | D. Rothberg | 2.10 | Continued to analyze and reviewed recovery model. |
| 9/19/2011 | A. Cowie | 2.70 | Continued to analyze various recovery scenarios. |
| 9/19/2011 | T. Morilla | 2.80 | Performed quality control on the recovery model. |
| 9/19/2011 | T. Morilla | 2.80 | Continued to perform quality control on the recovery model. |
| 9/19/2011 | A. Cowie | 2.90 | Analyzed various recovery scenarios. |
| 9/19/2011 | D. Rothberg | 2.90 | Analyzed and reviewed recovery model. |
| 9/20/2011 | T. Morilla | 1.50 | Reviewed and edited the recovery model. |
| 9/20/2011 | T. Morilla | 2.20 | Created additional recovery sensitivity analyses. |
| 9/21/2011 | T. Morilla | 2.40 | Revised recovery analyses based on comments. |
| 9/21/2011 | T. Morilla | 2.40 | Performed additional recovery sensitivity analyses. |
| 9/23/2011 | J. Borow | 0.70 | Continued reviewing various recovery scenarios for various creditor constituencies. |
| 9/23/2011 | A. Cowie | 1.80 | Analyzed case scenario recoveries. |
| 9/23/2011 | T. Morilla | 2.30 | Continued to review and analyze certain recovery sensitivity analyses. |
| 9/23/2011 | J. Borow | 2.90 | Reviewed various recovery scenarios for various creditor constituencies. |
| 9/26/2011 | T. Morilla | 1.50 | Analyzed recovery results based on new scenario. |
| 9/26/2011 | T. Morilla | 1.80 | Created additional recovery sensitivity analyses. |
| 9/26/2011 | J. Borow | 2.80 | Reviewed various recovery scenarios for various creditor constituencies. |
| 9/27/2011 | T. Morilla | 1.90 | Reviewed potential settlement idea with creditor. |
| 9/27/2011 | T. Morilla | 2.60 | Summarized recovery results based on new scenarios. |
| 9/28/2011 | C. Kearns | 0.50 | Reviewed EMEA related analysis. |
| 9/28/2011 | J. Hyland | 1.50 | Reviewed claim recovery scenario. |

**Capstone Advisory Group, LLC**
**Invoice for the 9/1/2011-9/30/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 9/28/2011 | T. Morilla | 1.50 | Continued to review and analyze recovery sensitivity analyses. |
| 9/28/2011 | T. Morilla | 1.80 | Created recovery matrices based on discussions with other creditors. |
| 9/28/2011 | J. Borow | 1.90 | Reviewed various creditor recovery scenarios. |
| 9/28/2011 | A. Cowie | 2.10 | Continued to analyze creditor recovery scenarios. |
| 9/28/2011 | T. Morilla | 2.50 | Continued to review and analyze the recovery results. |
| 9/28/2011 | A. Cowie | 2.80 | Analyzed creditor recovery scenarios. |
| 9/29/2011 | C. Kearns | 0.90 | Participated in status of EMEA settlement discussions. |
| 9/29/2011 | A. Cowie | 1.50 | Updated and cross checked recovery scenarios. |
| 9/29/2011 | T. Morilla | 1.50 | Continued to revise certain recovery scenarios. |
| 9/29/2011 | A. Cowie | 2.50 | Continued to analyze creditor recovery scenarios. |
| 9/29/2011 | T. Morilla | 2.70 | Created additional recovery sensitivity analyses. |
| 9/29/2011 | A. Cowie | 2.80 | Analyzed and modeled creditor recovery scenarios. |
| 9/30/2011 | T. Morilla | 1.50 | Reviewed and analyzed the recovery results based on comments. |
| 9/30/2011 | J. Hyland | 1.70 | Reviewed creditor recovery models. |
| 9/30/2011 | T. Morilla | 1.80 | Performed additional recovery sensitivity analyses. |
| 9/30/2011 | T. Morilla | 1.80 | Continued to review and analyze the recovery results. |
| 9/30/2011 | A. Cowie | 2.20 | Revised creditor recovery model and supporting calculations. |
| 9/30/2011 | J. Borow | 2.70 | Reviewed various creditor recovery scenarios. |
| 9/30/2011 | A. Cowie | 2.70 | Analyzed creditor recovery model. |
| 9/30/2011 | A. Cowie | 2.90 | Continued to analyze creditor recovery model. |
| Subtotal | | 227.70 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 9/1/2011 | A. Cowie | 1.10 | Analyzed Canadian and CCC claims. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/1/2011 | D. Rothberg | 1.20 | Reviewed detailed claims bases. |
| 9/1/2011 | D. Rothberg | 1.70 | Reviewed and reconciled updated Canadian claims. |
| 9/1/2011 | J. Peterson | 2.20 | Continued to review and analyze the January to August 2011 monthly Canadian claims updates. |
| 9/1/2011 | J. Peterson | 2.40 | Continued to analyze the January to August 2011 monthly Canadian claim changes re: by Canadian applicant. |
| 9/2/2011 | J. Peterson | 1.40 | Continued to review and analyze the global real estate claims. |
| 9/2/2011 | D. Rothberg | 2.20 | Reviewed possible damages claims and impacts on recoveries. |
| 9/6/2011 | A. Cowie | 0.80 | Analyzed pension claims in US estate. |
| 9/6/2011 | J. Peterson | 1.10 | Reviewed the headcount trends for the Canadian employee claims. |
| 9/6/2011 | J. Peterson | 1.20 | Started to review and analyze the Canadian compensation claims re: 2006 to 2010 fringe analysis. |
| 9/6/2011 | D. Rothberg | 1.40 | Reviewed detailed claims information. |
| 9/6/2011 | D. Rothberg | 1.40 | Reviewed Canadian compensation claims. |
| 9/6/2011 | J. Peterson | 1.70 | Continued to review the Canadian employee claims re: summary of severance claim amounts. |
| 9/6/2011 | J. Hyland | 2.00 | Analyzed claims estimates. |
| 9/6/2011 | J. Hyland | 2.50 | Reviewed employee compensation claim information. |
| 9/6/2011 | J. Hyland | 2.90 | Reviewed supplier agreements for claims purposes. |
| 9/7/2011 | D. Rothberg | 0.90 | Reviewed analysis related to pension claims. |
| 9/7/2011 | J. Peterson | 1.00 | Continued to review and analyze the Canadian compensation claims re: severance claims. |
| 9/7/2011 | J. Hyland | 2.00 | Reviewed presentation on Canadian Employee Compensation claims and corresponded with counsel. |
| 9/7/2011 | J. Peterson | 2.10 | Reviewed the environmental claim against the Belleville lease. |
| 9/7/2011 | J. Hyland | 2.10 | Reviewed Mercer reports regarding employee compensation claims. |
| 9/7/2011 | J. Peterson | 2.30 | Continued to review and analyze the Canadian compensation claims re: non-registered pension plans and long-term disability. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/7/2011 | A. Cowie | 2.30 | Analyzed calculation for pension claim. |
| 9/7/2011 | A. Cowie | 2.80 | Analyzed Canadian claims documentation in regard to employee claims process. |
| 9/7/2011 | A. Cowie | 2.90 | Continued to analyze Canadian claims documentation in regard to employee claims process. |
| 9/8/2011 | A. Cowie | 0.40 | Prepared updated discount rate analysis in regard to Canadian employee claims estimates. |
| 9/8/2011 | A. Cowie | 0.70 | Participated in call with case professionals in regard to Canadian employee claims process. |
| 9/8/2011 | T. Morilla | 0.90 | Reviewed and analyzed the Canadian estate claims. |
| 9/8/2011 | J. Hyland | 1.00 | Prepared for (0.3) and participated in (0.7) call with Fraser and L. Beckerman re: Canadian employee compensation claims. |
| 9/8/2011 | T. Morilla | 2.10 | Created additional sensitivity analyses with regards to certain claims. |
| 9/8/2011 | J. Hyland | 2.80 | Reviewed documents for employee compensation claim due diligence. |
| 9/8/2011 | A. Cowie | 2.80 | Analyzed Canadian employee claims proposed process documents. |
| 9/9/2011 | J. Hyland | 0.80 | Participated in follow-up call with Fraser and L. Beckerman re: Canadian employee compensation claims. |
| 9/9/2011 | J. Borow | 1.00 | Reviewed various creditor claims and related analyses. |
| 9/9/2011 | T. Morilla | 1.70 | Reviewed and analyzed Bond claim. |
| 9/9/2011 | A. Cowie | 2.50 | Analyzed further claims calculation supporting documentation in regard to Canadian employee claims. |
| 9/9/2011 | J. Hyland | 2.80 | Analyzed employee claims. |
| 9/9/2011 | A. Cowie | 2.90 | Analyzed supporting information in regard to Canadian employees claims process. |
| 9/12/2011 | A. Cowie | 2.10 | Continued to attend meeting with Canadian professionals in regard to Canadian employee claims process. |
| 9/12/2011 | A. Cowie | 2.20 | Participated in meeting with Canadian professionals in regard to Canadian employee claims process. |
| 9/12/2011 | A. Cowie | 2.40 | Prepared analysis of Canadian employee claims process. |
| 9/12/2011 | A. Cowie | 2.80 | Prepared for meeting with Canadian professionals in regard to Canadian employee claims process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/12/2011 | A. Cowie | 2.90 | Prepared for meeting with Canadian professionals in regard to Canadian employee claims process. |
| 9/13/2011 | T. Morilla | 0.60 | Reviewed certain EMEA claims. |
| 9/13/2011 | J. Borow | 1.10 | Reviewed claims in various estates and related validity. |
| 9/13/2011 | D. Rothberg | 1.50 | Reviewed objections and other documents related to EMEA claims motions. |
| 9/13/2011 | A. Cowie | 1.60 | Prepared supporting analysis for Canadian employee claims process report. |
| 9/13/2011 | J. Peterson | 1.60 | Continued to review and analyze the Canadian claims re: compensation claims. |
| 9/13/2011 | A. Cowie | 2.40 | Continued to prepare analysis of Canadian employee claims process. |
| 9/13/2011 | J. Peterson | 2.70 | Continued to review and analyze the Canadian compensation claims. |
| 9/13/2011 | A. Cowie | 2.80 | Prepared analysis of Canadian employee claims process. |
| 9/14/2011 | A. Cowie | 0.90 | Analyzed claims and recovery scenarios. |
| 9/14/2011 | J. Borow | 1.20 | Reviewed claims in various estates and related validity. |
| 9/14/2011 | T. Morilla | 1.30 | Reviewed and analyzed bond claims. |
| 9/14/2011 | T. Morilla | 1.80 | Reviewed and analyzed bondholder claims. |
| 9/14/2011 | J. Hyland | 2.00 | Reviewed documents from counsel re: claim. |
| 9/15/2011 | D. Rothberg | 1.40 | Analyzed recent court decisions related to claim category. |
| 9/15/2011 | J. Hyland | 2.20 | Reviewed claims declarations. |
| 9/16/2011 | J. Hyland | 0.80 | Reviewed briefs from other estates. |
| 9/16/2011 | T. Morilla | 1.20 | Reviewed and analyzed the bond analyses. |
| 9/16/2011 | J. Hyland | 2.60 | Continued reviewing claims recovery calculations. |
| 9/16/2011 | A. Cowie | 2.70 | Analyzed and participated in a call with case professionals in regard to Canadian employee claims documents. |
| 9/19/2011 | J. Hyland | 2.80 | Continued reviewing declarations from other estates. |
| 9/19/2011 | J. Hyland | 2.90 | Reviewed claims recovery model. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/20/2011 | A. Cowie | 0.80 | Participated in professionals call in regard to potential claims settlement. |
| 9/20/2011 | J. Hyland | 1.10 | Reviewed claims recovery scenario. |
| 9/20/2011 | A. Cowie | 1.70 | Continued to analyze historical and supporting documentation in regard to potential claims settlement. |
| 9/20/2011 | T. Morilla | 1.90 | Reviewed and analyzed the Canadian claims. |
| 9/20/2011 | C. Kearns | 2.00 | Reviewed NNSA claims analysis and prep with counsel. |
| 9/20/2011 | A. Cowie | 2.70 | Analyzed historical and supporting documentation in regard to potential claims settlement. |
| 9/20/2011 | J. Hyland | 2.80 | Reviewed claims recovery model output. |
| 9/20/2011 | A. Cowie | 2.80 | Analyzed potential claim settlement documentation. |
| 9/21/2011 | J. Hyland | 0.40 | Conducted call with B. Kahn re: a supplier settlement and related claim. |
| 9/21/2011 | J. Hyland | 0.50 | Conducted call with C. Ricaurte and D. McKenna re: supplier settlement and related claim. |
| 9/21/2011 | A. Cowie | 0.80 | Prepared for (0.3) and participated in (0.5) claims settlement call with case professionals. |
| 9/21/2011 | J. Peterson | 1.10 | Prepared for (0.6) and participated in (0.5) a call with C. Ricaurte, D. McKenna, J. Hyland and A. Cowie re: supplier settlement. |
| 9/21/2011 | J. Hyland | 1.20 | Analyzed supplier settlement and related claim. |
| 9/21/2011 | J. Peterson | 1.50 | Reviewed the previous settlements with a supplier and the NNUK, NNI and NNL. |
| 9/21/2011 | J. Peterson | 1.80 | Reviewed the supplier claims in the U.S. and Canadian estates. |
| 9/21/2011 | A. Cowie | 2.70 | Continued to analyze claim settlement supporting information. |
| 9/21/2011 | A. Cowie | 2.80 | Analyzed supporting documentation for claims settlement. |
| 9/21/2011 | C. Kearns | 3.50 | Read administrator's response re: EMEA claims. |
| 9/22/2011 | A. Cowie | 2.50 | Analyzed supporting information in regard to Canadian employees claims process (1.9) and participated in (0.6) case professionals call in regard to same. |
| 9/23/2011 | A. Cowie | 0.50 | Prepared updated discussion points for UCC meeting in regard to claim settlement. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/23/2011 | J. Borow | 1.20 | Reviewed claims analyses at both US and Canadian estates. |
| 9/23/2011 | J. Hyland | 2.00 | Analyzed claims reports. |
| 9/23/2011 | A. Cowie | 2.80 | Prepared UCC report in regard to potential claim settlement. |
| 9/23/2011 | A. Cowie | 2.90 | Continued to prepare UCC report in regard to potential claim settlement. |
| 9/26/2011 | A. Cowie | 0.60 | Analyzed revised Canadian employee claims report. |
| 9/26/2011 | T. Morilla | 1.10 | Reviewed and analyzed certain supplier settlement agreements and related claims. |
| 9/26/2011 | J. Borow | 1.30 | Reviewed claims analyses at both US and Canadian estates. |
| 9/26/2011 | J. Hyland | 2.10 | Reviewed supplier claim and settlement report. |
| 9/26/2011 | A. Cowie | 2.40 | Prepared claim settlement report. |
| 9/26/2011 | A. Cowie | 2.80 | Continued to prepare claims settlement report. |
| 9/27/2011 | A. Cowie | 0.30 | Continued to prepare claims settlement report. |
| 9/27/2011 | J. Borow | 1.40 | Prepared for meeting with Debtor regarding taxes and claims. |
| 9/27/2011 | A. Cowie | 2.90 | Prepared claim settlement report. |
| 9/29/2011 | A. Cowie | 0.70 | Analyzed EMEA claims base and impact on recovery scenarios. |
| 9/29/2011 | T. Morilla | 1.90 | Created sensitivity matrices for certain EMEA claims. |
| 9/29/2011 | J. Hyland | 2.50 | Reviewed claim analysis for FTI and counsel. |
| Subtotal | | 182.50 | |

**13. Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/12/2011 | J. Borow | 1.10 | Reviewed intercompany claims and potential settlement issues. |
| 9/13/2011 | J. Borow | 2.30 | Reviewed intercompany claims and potential settlement issues. |
| 9/14/2011 | J. Borow | 2.50 | Reviewed intercompany claims and potential settlement issues. |
| Subtotal | | 5.90 | |

**14. Executory Contracts/Leases**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/1/2011 | J. Borow | 0.70 | Reviewed issues pertaining to the rejection of certain leases. |
| 9/6/2011 | J. Hyland | 0.40 | Conducted call with S. Sturm re: real estate lease. |
| Subtotal | | 1.10 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/1/2011 | T. Morilla | 1.20 | Reviewed potential reports for the following week's UCC meeting. |
| 9/1/2011 | J. Hyland | 2.50 | Reviewed UCC reporting. |
| 9/6/2011 | A. Cowie | 1.90 | Prepared operational update reports for UCC meeting. |
| 9/8/2011 | A. Cowie | 2.10 | Updated operational reports for UCC meeting. |
| 9/13/2011 | A. Cowie | 1.20 | Prepared updated operational analysis reporting for UCC meeting. |
| 9/13/2011 | J. Hyland | 1.50 | Reviewed report for UCC based upon pre-call. |
| 9/13/2011 | M. DeSalvio | 2.00 | Retrieved Bloomberg documents on allocation factors. |
| 9/14/2011 | A. Cowie | 1.20 | Analyzed updated claims and operational information including discussion with Debtors. |
| 9/14/2011 | A. Cowie | 1.40 | Prepared updated operational discussion points for UCC call. |
| 9/19/2011 | J. Hyland | 1.30 | Analyzed reports for UCC. |
| 9/22/2011 | A. Cowie | 2.80 | Prepared updated discussion points for UCC call. |
| 9/28/2011 | A. Cowie | 0.80 | Prepared discussion points for UCC meeting. |
| Subtotal | | 19.90 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/1/2011 | T. Morilla | 1.50 | Reviewed and analyzed the escrow report. |
| 9/1/2011 | J. Hyland | 1.60 | Reviewed cash balances. |
| 9/1/2011 | T. Morilla | 2.20 | Continued to review and analyze the escrow accounts. |
| 9/2/2011 | D. Rothberg | 1.30 | Reviewed updated cash flash. |
| 9/6/2011 | J. Peterson | 0.60 | Reviewed the U.S. only August 26 weekly cash summary report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/7/2011 | J. Peterson | 0.90 | Reviewed the September 2 global cash flash and update. |
| 9/9/2011 | J. Peterson | 0.80 | Continued to review and analyze the latest cash flow forecast (8/11 – 12/11). |
| 9/9/2011 | J. Hyland | 1.00 | Reviewed cash activity. |
| 9/13/2011 | J. Peterson | 0.80 | Reviewed and analyzed the global cash flash dated September 9, 2011. |
| 9/13/2011 | J. Borow | 1.20 | Reviewed cash balances at various estates and related recovery impact. |
| 9/14/2011 | J. Peterson | 2.30 | Started to review and analyze the latest Canadian and APAC cash flow forecast re: August 28 to December 31, 2011. |
| 9/15/2011 | J. Peterson | 1.70 | Analyzed the CDMA, Enterprise and Intellectual Property escrow balances to third party documentation. |
| 9/20/2011 | T. Morilla | 0.50 | Reviewed weekly cash flashes. |
| 9/20/2011 | J. Peterson | 0.70 | Reviewed the weekly global cash summary dated September 16, 2011 re: NNI's reimbursement from escrow of Lazard fees and NGS. |
| 9/22/2011 | T. Morilla | 0.90 | Reviewed and analyzed previous cash flashes. |
| 9/22/2011 | J. Borow | 1.60 | Reviewed various cash balances at different debtor entities. |
| 9/23/2011 | T. Morilla | 2.40 | Reviewed and analyzed estate cash balances. |
| 9/26/2011 | T. Morilla | 1.40 | Created summary schedules for cash balances. |
| 9/26/2011 | T. Morilla | 2.30 | Continued to review and analyze estate cash balances. |
| 9/27/2011 | T. Morilla | 1.70 | Reviewed and analyzed estate cash balances. |
| 9/28/2011 | T. Morilla | 1.30 | Reviewed and analyzed estate cash balances. |
| Subtotal | | 28.70 | |

**22. Pref/Avoidance Actions**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/1/2011 | A. Cowie | 0.90 | Prepared discussion topic points for UCC on preference report. |
| 9/1/2011 | A. Cowie | 1.30 | Finalized preference analysis and report issues. |
| Subtotal | | 2.20 | |

**26. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/6/2011 | J. Hyland | 0.20 | Conducted call with K. Rowe re: taxes. |
| 9/14/2011 | J. Hyland | 0.50 | Participated in meeting with K. Rowe re: tax matters. |
| 9/14/2011 | C. Kearns | 0.50 | Discussed tax related issues with counsel. |
| 9/19/2011 | T. Morilla | 1.10 | Reviewed and analyzed tax issues. |
| 9/21/2011 | J. Hyland | 0.10 | Conducted call with K. Rowe re: U.S. taxes. |
| 9/21/2011 | J. Hyland | 2.30 | Analyzed tax matters for the U.S. |
| 9/23/2011 | C. Kearns | 0.50 | Reviewed status of tax analysis. |
| 9/23/2011 | J. Hyland | 2.60 | Reviewed tax issues for tax meeting. |
| 9/27/2011 | C. Kearns | 2.40 | Attend a portion of meeting with Debtor and counsel re: US tax status and cross border claims. |
| 9/27/2011 | J. Hyland | 2.80 | Reviewed tax calculations. |
| 9/27/2011 | J. Borow | 3.00 | Participated in meeting with debtor re: various tax and claims issues. |
| 9/28/2011 | J. Hyland | 0.20 | Conducted call with K. Rowe re: U.S. tax follow-up. |
| 9/28/2011 | J. Hyland | 0.40 | Conducted call with K. Rowe re: U.S. taxes. |
| Subtotal | | 16.60 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/2/2011 | J. Peterson | 1.80 | Continued to review and analyze the Global IP reimbursements for NNI, NNL, and NNUK. |
| 9/6/2011 | D. Rothberg | 0.90 | Reviewed Global IP agreement. |
| 9/6/2011 | A. Cowie | 2.90 | Analyzed Global IP documentation. |
| 9/8/2011 | M. Lasinski | 0.60 | Continued developing and reviewing allocation methodology of the patent sale. |
| 9/8/2011 | M. Lasinski | 2.90 | Developed and reviewed analyses for the patent sale allocation. |
| 9/9/2011 | M. Lasinski | 1.10 | Continued developing and reviewing allocation methodology of the patent sale. |
| 9/9/2011 | M. Lasinski | 2.90 | Developed and reviewed allocation methodology of the patent sale. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/12/2011 | T. Morilla | 0.40 | Reviewed and analyzed the intellectual property allocation methodologies. |
| 9/12/2011 | J. Schad | 0.50 | Amended and finalized allocation analyses based on comments from J. Hyland. |
| 9/16/2011 | J. Hyland | 0.50 | Reviewed IPA monetization status. |
| 9/16/2011 | J. Borow | 1.60 | Reviewed issues relating to the sale of IP addresses. |
| 9/22/2011 | J. Hyland | 0.70 | Participated in discussion with the Monitor, S. Hamilton, Jefferies, FTI, J. Ray, and others re: IPA monetization. |
| 9/22/2011 | J. Hyland | 1.70 | Analyzed IPA monetization. |
| 9/22/2011 | J. Borow | 2.60 | Reviewed issues relating to the sale of IP addresses. |
| 9/26/2011 | J. Hyland | 0.40 | Participated in call with S. Kuhn, F. Hodara, and A. Rohan re: IPA. |
| 9/26/2011 | J. Borow | 1.20 | Prepared for (0.8) and discussed (0.4) with Debtor sale of IP addresses. |
| 9/26/2011 | J. Borow | 1.80 | Reviewed issues relating to the sale of IP addresses. |
| 9/30/2011 | J. Borow | 1.10 | Reviewed issues relating to the sale of IP addresses. |
| Subtotal | | 25.60 | |
| **Total Hours** | | **816.40** | |