**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 9/1/2011 through 9/30/2011**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| Airfare/Train | | | |
| 9/1/2011 | J. Borow | Airfare to Toronto to meet Canadian creditors. | $1,931.28 |
| 9/7/2011 | C. Kearns | Flight from Toronto to LGA. | $770.87 |
| 9/7/2011 | C. Kearns | Airfare from LGA to Toronto. | $607.91 |
| 9/7/2011 | C. Kearns | Fee for flight change. | $157.50 |
| 9/9/2011 | C. Kearns | Travel agent fee. | $35.00 |
| 9/12/2011 | J. Peterson | Roundtrip airfare from EWR to Toronto. | $688.73 |
| 9/12/2011 | J. Hyland | Airfare to NY. | $184.40 |
| 9/12/2011 | J. Peterson | Fee incurred to change flight. | $75.00 |
| 9/12/2011 | J. Hyland | Taxi for NY trip. | $44.98 |
| 9/15/2011 | J. Hyland | Taxi during NY trip. | $42.20 |
| 9/15/2011 | C. Kearns | Travel agent fee. | $35.00 |
| 9/15/2011 | C. Kearns | Travel agent's fee. | $35.00 |
| 9/16/2011 | C. Kearns | Travel agent fee. | $35.00 |
| 9/20/2011 | C. Kearns | Flight from NYC to London and from Paris to NYC. | $5,867.90 |
| 9/20/2011 | C. Kearns | From London to Paris. | $412.00 |
| 9/21/2011 | J. Borow | Airfare and fees to London return from Paris. | $5,977.90 |
| 9/27/2011 | J. Hyland | Airfare to NY. | $804.40 |

**Capstone Advisory Group, LLC**
**Invoice for the 9/1/2011-9/30/2011 Fee Statement**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 9/27/2011 | J. Hyland | Taxi during NY trip. | $37.03 |
| 9/30/2011 | A. Cowie | Cowie flight to/from Toronto, 09/12/11. | $688.73 |
| 9/30/2011 | A. Cowie | Cowie flight change fee to/from Toronto, 09/12/11. | $75.00 |
| **Subtotal - Airfare/Train** | | | **$18,505.83** |
| **Auto Rental/Taxi** | | | |
| 9/6/2011 | CAG Direct | Local taxis in NY to airport. | $372.64 |
| 9/6/2011 | CAG Direct | Local taxi in NY to airport. | $97.35 |
| 9/7/2011 | J. Borow | Carfare to/from LaGuardia airport. | $190.00 |
| 9/21/2011 | C. Kearns | Airport transportation. | $224.00 |
| 9/22/2011 | J. Borow | Roundtrip from home to JFK. | $190.00 |
| 9/30/2011 | A. Cowie | Cowie taxi from Newark during Toronto trip, 9/12/11. | $209.70 |
| 9/30/2011 | A. Cowie | Cowie taxi to Newark during Toronto trip, 9/12/11. | $209.70 |
| **Subtotal - Auto Rental/Taxi** | | | **$1,493.39** |
| **Hotel** | | | |
| 9/15/2011 | J. Hyland | Hotel for NY trip. | $2,375.33 |
| 9/20/2011 | C. Kearns | Hotel during London trip. | $725.00 |
| 9/21/2011 | J. Borow | Hotel in London (650); hotel in Paris (610). | $1,260.00 |
| 9/21/2011 | C. Kearns | Hotel during Paris trip. | $881.00 |
| 9/28/2011 | J. Hyland | Hotel during NY trip. | $381.03 |
| **Subtotal - Hotel** | | | **$5,622.36** |
| **Meals** | | | |
| 9/12/2011 | J. Peterson | Dinner while in Toronto including A. Cowie and J. Peterson. | $76.48 |
| 9/12/2011 | J. Hyland | Meal during NY trip. | $62.26 |

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 9/12/2011 | J. Peterson | Meal during Toronto trip. | $5.85 |
| 9/13/2011 | T. Morilla | Meal due to working late. | $25.58 |
| 9/13/2011 | J. Hyland | Meals during NY trip. | $5.98 |
| 9/14/2011 | J. Hyland | Meal during NY trip. | $2.67 |
| 9/15/2011 | J. Hyland | Meals during NY trip. | $8.97 |
| 9/19/2011 | T. Morilla | Working meal for A. Cowie, D. Rothberg and T. Morilla. | $38.29 |
| 9/20/2011 | C. Kearns | Breakfast during London trip. | $56.00 |
| 9/27/2011 | J. Hyland | Meal during NY trip. | $18.88 |
| 9/27/2011 | J. Hyland | Meal during NY trip. | $1.95 |
| 9/28/2011 | J. Hyland | Meal during NY trip. | $5.34 |
| 9/30/2011 | A. Cowie | Nortel working lunch, Kearns, Cowie, Rothberg, Morilla, Peterson. | $149.62 |
| 9/30/2011 | A. Cowie | Cowie, breakfast in Toronto 9/12/11. | $7.67 |
| 9/30/2011 | A. Cowie | Cowie, breakfast in Toronto 9/12/11. | $7.36 |

**Subtotal - Meals**                                                                            **$472.90**

**Mileage**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 9/7/2011 | C. Kearns | Local Mileage for Toronto trip. | $22.20 |
| 9/12/2011 | J. Hyland | Local Mileage for NY trip. | $23.31 |
| 9/27/2011 | J. Hyland | Local mileage to/from airport for NY trip. | $23.31 |

**Subtotal - Mileage**     **$68.82**

**Parking/Tolls**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 9/7/2011 | C. Kearns | Local parking for Toronto trip. | $33.00 |
| 9/12/2011 | J. Hyland | Local tolls for NY trip. | $1.60 |

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 9/27/2011 | J. Hyland | Local tolls to/from airport for NY trip. | $1.60 |
| 9/28/2011 | J. Hyland | Parking at airport during NY trip. | $62.00 |
| **Subtotal - Parking/Tolls** | | | **$98.20** |
| **Telecom** | | | |
| 9/2/2011 | CAG Direct | Conference call charges. | $45.09 |
| 9/2/2011 | J. Hyland | Long distance telephone charges for Toronto. | $19.60 |
| 9/16/2011 | J. Hyland | Telephone to Toronto. | $0.98 |
| 9/30/2011 | CAG Direct | Long distance telephone for Nortel. | $938.86 |
| **Subtotal - Telecom** | | | **$1,004.53** |
| **For the Period 9/1/2011 through 9/30/2011** | | | $27,266.03 |