IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------X
                                                            :
                                                            :   Chapter 11
In re                                                       :
                                                            :
Nortel Networks Inc., et al.,¹                              :   Case No. 09-10138 (KG)
                                                            :
                            Debtors.                        :   (Jointly Administered)
                                                            :
                                                            :
                                                            :   Re: D.I. 6688
                                                            :
----------------------------------------------------------- X
                                                            :
Nortel Networks Inc.,                                       :
                                                            :   Adv. Proc. No. 11-50033 (KG)
                            Plaintiff,                      :
                                                            :   Re: D.I. 21
v.                                                          :
                                                            :
Covergence, Inc.,                                           :
                                                            :
                            Defendant.                      :
------------------------------------------------------------X
```

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION PURSUANT
TO BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER APPROVING
THE STIPULATION OF SETTLEMENT OF AVOIDANCE CLAIMS BY
AND BETWEEN NORTEL NETWORKS INC. AND COVERGENCE, INC.**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel**

---

[1] In addition to Nortel Networks Inc. ("NNI"), the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA"). Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

**Networks Inc. and Covergence, Inc.** (the "Motion") (Main Case D.I. 6688, Adv. Proc. Case D.I. 21), filed on October 25, 2011.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than November 8, 2011 at 4:00 p.m. (ET).

WHEREFORE, the Debtors respectfully request that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: November 10, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Deborah M. Buell (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4528713.4