# Exhibit A

## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

| Name of Professional | Position | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Kate A. Mahoney | Paralegal | 11.9 Hrs | $200/hr | $2,380.00 |
| Kristin McCloskey | Paralegal | 8.4 Hrs | $215/hr | $1,806.00 |
| Jim Stephens | Paralegal | 19.2 Hrs | $215/hr | $4,128.00 |
| Theresa M. Snow | Paralegal | 1.1 Hrs | $215/hr | $236.50 |
| Margaret S. Curran | Associate | 15.6 Hrs | $260/hr | $4,056.00 |
| Shelley A. Kinsella | Counsel | 24.6 Hrs | $410/hr | $10,086.00 |
| Neil R. Lapinski | Counsel | 0.7 Hrs | $410/hr | $287.00 |
| Henry F. Siedzikowski | Shareholder | 0.7 Hrs | $565/hr | $395.50 |
| Rafael X. Zahralddin | Shareholder | 41.7 Hrs | $610/hr | $25,437.00 |
| Rafael X. Zahralddin | Shareholder | 1.2 Hrs | $610/hr | No charge |

**Total:** 125.1 Hrs    $48,812.00

**Blended Rate:** $390.18/hour

# Exhibit B

# Elliott Greenleaf
www.elliottgreenleaf.com

ELLIOTT GREENLEAF
P.O. Box 3010
Blue Bell, Pennsylvania 19422
EIN #23-2617189

Allen K. Stout  
Nortel Networks  
220 Athens Way  
Suite 300  

November 10, 2011  
Bill Number 104592  
File Number 60351-001

Nashville TN 37228-1304

**FOR PROFESSIONAL SERVICES RENDERED**

Re: In re Nortel 09-10138(KG)

**LEGAL SERVICES**

Through   October 31, 2011

### Asset Disposition

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 10/31/11 | SAK | [B130-] Instructions from R. Zahralddin re valuation | 0.20 Hrs | |
| | | Asset Disposition Totals | 0.20 Hrs | $82.00 |

### Meetings of and Communications with Creditors

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/03/11 | JS1 | [B150-] Conference with R. Zahralddin regarding LTD website content, additions | 0.40 Hrs |
| 10/03/11 | SAK | [B150-] Telephone conference with K. Wagner re website setup; email exchanges re same | 0.20 Hrs |
| 10/03/11 | MSC | [B150-] Telephone call with LTD Committee member Dan David regarding language of plan document, letter he sent to Nortel requesting documents, and Nortel's response | 0.30 Hrs |
| 10/03/11 | JS1 | [B150-] Conference with K. Mahoney re: logo, web site additions, revisions to POC definitions | 0.30 Hrs |
| 10/03/11 | JS1 | [B150-] Analysis of correspondence regarding conference call with LTD committee, POC language and definitions in attachments to same in preparation for revisions inclusion on web site | 0.40 Hrs |

Page 1

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/03/11 | JS1 | [B150-] Conference with S. Kinsella re: instructions re: LTD minutes, logo, FAQ, Web site launch, deadlines, upcoming meetings | 0.80 Hrs |
| 10/03/11 | KM2 | [B150-] Confer with T. Snow re: 10/6 meeting and preparations for telephonic/videophonic appearance to same | 0.30 Hrs |
| 10/04/11 | RXZ | [B150-] E-mails and questions from committee members re: 10/6 meeting (.9) calls and e-mails to A&M re: same (.3) follow up with staff re: logistics for meeting (.2) | 1.40 Hrs |
| 10/08/11 | RXZ | [B150-] (No charge) E-mails, follow up and related discussion with committee members re: consent to use e-mails for members of LTD creditor consituciency and website instructions | 1.20 Hrs |
| 10/10/11 | SAK | [B150-] Multiple emails re website inquiries; email exchange with R. Zahralddin re same | 0.40 Hrs |
| 10/11/11 | SAK | [B150-] Analyze multiple website inquiries | 0.20 Hrs |
| 10/11/11 | RXZ | [B150-] E-mails to and from Committee re: debriefing to committee members absent from meeting of debtors and creditors(.2) related follow up with J. Stephens (.1) | 0.30 Hrs |
| 10/14/11 | SAK | [B150-] Email from B. Gallagher re potential agenda for upcoming Committee conference call | 0.10 Hrs |
| 10/14/11 | JS1 | [B150-] Analyze emails regarding web inquiry | 0.20 Hrs |
| 10/17/11 | JS1 | [B150-] Analyze emails regarding web inquiries | 0.40 Hrs |
| 10/17/11 | KM2 | [B150-] Prepare meeting minutes for committee meeting held on 9/30/2011 | 0.50 Hrs |
| 10/18/11 | RXZ | [B150-] Committee conference call | 2.00 Hrs |
| 10/18/11 | RXZ | [B150-] Prepare for Committee conference call and review of creditor communication inquiries, website, and 1102 issues | 1.00 Hrs |
| 10/18/11 | SAK | [B150-] Telephone conference with Committee | 1.10 Hrs |
| 10/18/11 | MSC | [B150-] Attend telephone conference call with LTD Committee. | 1.00 Hrs |
| 10/20/11 | SAK | [B150-] Analyze multiple website inquiries and email exchange re same | 0.20 Hrs |
| 10/21/11 | RXZ | [B150-] Analyze FAQs for 1102 website and edit same | 0.60 Hrs |
| 10/21/11 | JS1 | [B150-] Analyze several emails regarding FAQ section of web site (.2), examination of current FAQ's (.2) | 0.40 Hrs |
| 10/21/11 | SAK | [B150-] Multiple email exchanges re website issues / inquiries | 0.40 Hrs |
| 10/21/11 | SAK | [B150-] Email exchange with R. Zahralddin re website FAQ section | 0.20 Hrs |
| 10/21/11 | JS1 | [B150-] Analyze several emails regarding on-line inquiries | 0.20 Hrs |
| 10/24/11 | JS1 | [B150-] Analyze emails regarding web inquiries of LTD members | 0.30 Hrs |
| 10/24/11 | RXZ | [B150-] E-mails to and from Committees re: LTD inquiries and confidentiality issues | 0.20 Hrs |
| 10/24/11 | RXZ | [B150-] Analyze e-mails from K. Mahoney summarizing agenda (.1) edit (.1) and instructions re: same and distribution to committee (.1) | 0.30 Hrs |
| 10/25/11 | RXZ | [B150-] Call from J. Rossi re: website, confidentiality issues and information from committee | 0.40 Hrs |
| 10/26/11 | SAK | [B150-] Meeting with R. Zahralddin re Committee communications with creditor constituency and related tasks | 0.40 Hrs |
| 10/26/11 | SAK | [B150-] Email exchanges re draft agenda for upcoming Committee conference call | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/26/11 | SAK | [B150-] Email from R. Zahralddin re preparation of Minutes; conference re same | 0.20 Hrs |
| 10/26/11 | RXZ | [B150-] Meeting with T. Snow regarding committee conference call agenda and organization | 0.10 Hrs |
| 10/26/11 | TMS | [B150-] Meeting with R. Zahralddin regarding instructions for agenda and organization of committee meeting | 0.10 Hrs |
| 10/26/11 | TMS | [B150-] Conference with committee chair, B. Gallagher, regarding agenda items and coordination of committee meeting | 0.10 Hrs |
| 10/26/11 | TMS | [B150-] Prepare agenda for October 28, 2011 committee meeting | 0.10 Hrs |
| 10/26/11 | RXZ | [B150-] Instructions to T. Snow re: committee conference call and proposed agenda | 0.20 Hrs |
| 10/26/11 | RXZ | [B150-] Analyze and update committee agenda and forward to T. Snow for handling | 0.20 Hrs |
| 10/26/11 | RXZ | [B150-] E-mails from committee members re: agenda items for conference call and replies | 0.30 Hrs |
| 10/27/11 | KM2 | [B150-] Prepare minutes from 10/18/11 conference call | 0.50 Hrs |
| 10/27/11 | SAK | [B150-] Revise Notice and letter drafts re LTD population and related issues (.4); multiple conferences and email exchanges with R. Zahralddin re same (.5) | 0.90 Hrs |
| 10/27/11 | SAK | [B150-] Email exchange with M. Curran re suggested revision to Notice / Letter | 0.20 Hrs |
| 10/27/11 | RXZ | [B150-] E-mail to committee from T. Snow re: website instructions from committee to LTDers | 0.10 Hrs |
| 10/27/11 | RXZ | [B150-] E-mail to committee re: letter to LTDers and meeting report to Debtors | 0.20 Hrs |
| 10/28/11 | SAK | [B150-] Prepare for upcoming Committee conference call (valuation and website related issues) | 0.80 Hrs |
| 10/28/11 | SAK | [B150-] Committee teleconference | 1.20 Hrs |
| 10/28/11 | SAK | [B150-] Teleconference with B. Gallagher and D. David re website issues | 0.20 Hrs |
| 10/28/11 | SAK | [B150-] Email exchange with Debtors' counsel re proposed amendment to 1102 Order | 0.20 Hrs |
| 10/28/11 | RXZ | [B150-] Prepare for call with A&M (.3) Analyze latest discovery cover letter and related notes and record in preparation for committee call (1.2) Pre-committee call with A&M (.5) committee call (1.1) | 4.10 Hrs |
| 10/28/11 | MSC | [B150-] Attend conference call of the Official Committee of LTD Participants. | 0.60 Hrs |
| 10/28/11 | KM2 | [B150-] Conference call with Committee (1.2); follow-up with R. Zahralddin re: minutes (0.1) | 1.30 Hrs |
| 10/31/11 | SAK | [B150-] Email exchange with KCC and Committee re website issues | 0.40 Hrs |
| 10/31/11 | RXZ | [B150-] Call from counsel to retiree re: website and information being forwarded by Debtors | 0.20 Hrs |
| 10/31/11 | KM2 | [B150-] Prepare meeting minutes from 10/28 committee call | 0.70 Hrs |

Meetings of and Communications with Creditors Totals       29.20 Hrs      $12,100.50

EG Retention

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/04/11 | SAK | [B160-] Instructions from R. Zahralddin re preparing Supplemental Retention Application Declaration; conference with K. Mahoney re same | 0.20 Hrs | |
| 10/05/11 | KM2 | [B160-] Meeting with R. Zahralddin and S. Kinsella re: supplemental affidavit in support of Elliott Greenleaf retention | 0.10 Hrs | |
| 10/10/11 | KM2 | [B160-] Prepare supplemental affidavit in support of Elliott Greenleaf's retention | 0.50 Hrs | |
| 10/17/11 | KM2 | [B160-] Update supplemental affidavit for Elliott Greenleaf retention re: claims transfers | 0.30 Hrs | |
| 10/17/11 | KM2 | [B160-] Prepare exhibit to affidavit in support re: claims transfers | 1.10 Hrs | |
| 10/24/11 | RXZ | [B160-] Case meeting with K. Mahoney re: updated affidavit in support for EG retention and continuing disclosure obligations | 0.30 Hrs | |
| 10/24/11 | RXZ | [B160-] Analyze draft updated affidavit in support for EG retention and continuing disclosure obligations | 0.60 Hrs | |
| | | EG Retention Totals | 3.10 Hrs | $1,031.00 |

Employment & Retention Application Other

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/05/11 | RXZ | [B165-] Analyze Draft A&M Engagement Letter, revisions and related e-mails between UCC Counsel, Retiree Committee Counsel and Debtors' Counsel | 0.50 Hrs | |
| 10/17/11 | SAK | [B165-] Analyze Order approving KCC's retention | 0.10 Hrs | |
| 10/24/11 | SAK | [B165-] Analyze Order approving retention of Alvarez & Marsal | 0.10 Hrs | |
| 10/24/11 | KM2 | [B165-] Analyze order authorizing retention of Alvarez & Marsal (0.2); distribute same (0.2) | 0.40 Hrs | |
| 10/24/11 | RXZ | [B165-] E-mail from K. Mahoney re: Alvarez order and forward reply (.1) e-mail from K. Mahoney re: committee communications (.1) | 0.20 Hrs | |
| 10/27/11 | RXZ | [B165-] E-mails to and from committee and related follow up with A&M re: analysis of proposals from Debtors (.3) possible proposal from (redact) [Humana] and preparation of requirements package (.4) | 0.70 Hrs | |
| | | Employment & Retention Application Other Totals | 2.00 Hrs | $1,016.00 |

EG Fee Applications

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/04/11 | KAM | [B170-] Prepare EG's 1st fee application | 1.80 Hrs |
| 10/04/11 | KAM | [B170-] Prepare Notice to EG's 1st fee application | 0.40 Hrs |
| 10/04/11 | KAM | [B170-] Prepare cover page to EG's 1st fee application | 0.30 Hrs |
| 10/04/11 | KAM | [B170-] Prepare Exhibits A and C to EG's 1st fee application | 0.40 Hrs |
| 10/04/11 | KAM | [B170-] Prepare task billing page to EG's 1st fee application | 0.40 Hrs |
| 10/04/11 | KAM | [B170-] Prepare COS to EG's 1st fee application | 0.10 Hrs |
| 10/04/11 | SAK | [B170-] Conference with K. McCloskey re fee application preparations | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/04/11 | SAK | [B170-] Analyze draft of Elliott Greenleaf's 1st Monthly Fee Application, Notice, multiple Exhibits and Certificate of Service (.9); instructions to K. McCloskey re multiple revisions to same (.3) | 1.20 Hrs |
| 10/04/11 | SAK | [B170-] Conference with K. McCloskey and R. Zahralddin re reductions to Elliott Greenleaf's fee application | 0.20 Hrs |
| 10/05/11 | KAM | [B170-] Supplement EG's 1st fee application | 0.40 Hrs |
| 10/05/11 | KAM | [B170-] Conference with R. Zahralddin and S. Kinsella re: Exhibit B to EG 1st fee application | 0.30 Hrs |
| 10/07/11 | SAK | [B170-] Analyze and revise Elliott Greenleaf's billing entries (.8); conference with R. Zahralddin and K. McCloskey re same (.2) | 1.00 Hrs |
| 10/07/11 | SAK | [B170-] Research re fee application issue (.4); email to R. Zahralddin re same (.1) | 0.50 Hrs |
| 10/09/11 | KAM | [B170-] Analyze Exhibit B to EG's 2nd fee application | 1.60 Hrs |
| 10/10/11 | SAK | [B170-] Email exchange with K. McCloskey and R. Zahralddin re fee application preparation and instructions re same | 0.20 Hrs |
| 10/16/11 | KAM | [B170-] Supplement Exhibit B to EG 2nd fee application | 0.80 Hrs |
| 10/23/11 | KAM | [B170-] Supplement EG's 1st fee application | 0.30 Hrs |
| 10/27/11 | KM2 | [B170-] File Committee Expenses Application | 0.30 Hrs |
| 10/28/11 | SAK | [B170-] Supplement August 2011 billing detail and conference with K. McCloskey re redaction of same | 0.40 Hrs |
| 10/28/11 | RXZ | [B170-] E-mails from K. Mahoney re: fees issues and e-mail to committee re: fees and filing deadlines for committee counsel fees | 0.20 Hrs |
| 10/31/11 | KAM | [B170-] Prepare EG's 2nd fee application | 0.50 Hrs |
| 10/31/11 | KAM | [B170-] Prepare notice to EG's 2nd fee application | 0.20 Hrs |
| 10/31/11 | KAM | [B170-] Prepare cover page to EG's 2nd fee application | 0.20 Hrs |
| 10/31/11 | KAM | [B170-] Prepare Exhibit A to EG's 2nd fee application | 0.20 Hrs |
| 10/31/11 | KAM | [B170-] Prepare Exhibit C to EG's 2nd fee application | 0.10 Hrs |
| 10/31/11 | KAM | [B170-] Prepare COS to EG's 2nd fee application | 0.10 Hrs |
| 10/31/11 | KAM | [B170-] Prepare task billing page to EG's 2nd fee application | 0.30 Hrs |

EG Fee Applications Totals                                                                     12.60 Hrs     $3,505.00

Fee Applications and Invoices - Other

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/13/11 | RXZ | [B175-] Analyze 73rd monthly report of Ernst & Young and e-mails to K. Mahoney and R. Winters re: same | 0.20 Hrs |
| 10/14/11 | RXZ | [B175-] E-mail to committee members re: reimbursement of committee expenses | 0.10 Hrs |
| 10/18/11 | SAK | [B175-] Instructions to T. Snow re Committee expense reimbursement request | 0.20 Hrs |
| 10/27/11 | SAK | [B175-] Analyze Committee Reimbursement Application | 0.20 Hrs |
| 10/27/11 | RXZ | [B175-] Finalize committee reimbursement application paralegal draft (.4) instructions to K. Mahoney re: redaction of exhibits (personal identification information)(.2) analyze redactions and approve for filing (.2) | 0.80 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/31/11 | RXZ | [B175-] Call from B. Gallagher re: request for committee reimbursement and related e-mails (.1) and return call (.1) e-mails from D. David and B. Gallagher re: committee reimbursement (.2) | 0.40 Hrs | |
| | | Fee Applications and Invoices - Other Totals | 1.90 Hrs | $1,079.00 |

Business Operations

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/24/11 | RXZ | [B210-] E-mails from B. Gallagher re: Nortel Canada Compensation Claims Process (.1) analyze same (.2) and forward reply to B. Gallagher (.1) | 0.40 Hrs | |
| | | Business Operations Totals | 0.40 Hrs | $244.00 |

Employee Benefits/Pensions

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/03/11 | JS1 | [B220-] Initial analysis of Summary Plan Descriptions | 0.40 Hrs |
| 10/03/11 | SAK | [B220-] Instructions to K. Mahoney and T. Snow re preparations for upcoming meeting in NY with Debtors | 0.20 Hrs |
| 10/03/11 | TMS | [B220-] Coordinate meeting with Debtors' counsel | 0.20 Hrs |
| 10/04/11 | RXZ | [B220-] Analyze relevant recent decisions re: | 0.60 Hrs |
| 10/04/11 | SAK | [B220-] Multiple email exchanges re upcoming meeting preparations | 0.10 Hrs |
| 10/04/11 | TMS | [B220-] Coordinate meeting with Debtors' counsel | 0.20 Hrs |
| 10/05/11 | SAK | [B220-] Email exchange with R. Zahralddin re preparations for upcoming meeting with Debtors | 0.20 Hrs |
| 10/05/11 | SAK | [B220-] Conference with T. Snow re preparations for upcoming meeting | 0.10 Hrs |
| 10/05/11 | HFS | [B220-] Coordinate with M. Curran on NY Presentation | 0.30 Hrs |
| 10/05/11 | RXZ | [B220-] Prepare for meeting at Debtors' offices re: proposal and discussion | 5.00 Hrs |
| 10/05/11 | KM2 | [B220-] Assist with preparing R. Zahralddin for meeting with Debtors 10/8/11 | 0.30 Hrs |
| 10/06/11 | RXZ | [B220-] Analysis (.2) and Instructions to S. Kinsella, J. Stephens, and R. Winters re: fact gathering of impact of loss of benefits on LTD class (.2) | 0.40 Hrs |
| 10/06/11 | SAK | [B220-] Multiple telephone conferences and email exchanges with R. Zahralddin re upcoming meeting with Debtors (.2); participate in meeting telephonically (2.4); telephone conference with LTD Committee members and co-counsel re hearing proceedings (.4) | 3.00 Hrs |
| 10/06/11 | SAK | [B220-] Email exchange and conference with R. Zahralddin re meeting proceedings | 0.20 Hrs |
| 10/06/11 | MSC | [B220-] Travel to meeting at offices of Cleary Gottlieb regarding proposal to retirees and LTD participants for group medical coverage. | 3.00 Hrs |
| 10/06/11 | MSC | [B220-] Attend meeting at offices of Cleary Gottlieb regarding proposal to retirees and LTD participants for group medical coverage. | 5.00 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/06/11 | RXZ | [B220-] Prepare for meeting with Debtors (1.6) Meeting with Debtors, UCC, ad hoc bondholders, Mercer, Marsh, Aetna, and Retiree Committee regarding health care benefits and introduction to case for retiree and long term disability committee (5) meetings with committee and committee professionals before meeting (1.2) post meeting debriefing (.7) | 8.50 Hrs |
| 10/06/11 | RXZ | [B220-] Travel time to meeting with Debtors (2.5) travel time from meeting with Debtors (2.8)(billed at half time per local requirements) | 2.60 Hrs |
| 10/07/11 | HFS | [B220-] Follow-up with M. Curran on NY Meeting | 0.40 Hrs |
| 10/07/11 | RXZ | [B220-] Call with M. Curran re: document review | 0.30 Hrs |
| 10/07/11 | RXZ | [B220-] Analyze inquiry from J. Wadlow re: proof of claim issues (.1) and prepare and forward response (.4) | 0.50 Hrs |
| 10/10/11 | RXZ | [B220-] E-mails and analysis with R. Winters re: periodic report | 0.20 Hrs |
| 10/13/11 | SAK | [B220-] Email exchange with Debtors' counsel re coverage issues | 0.20 Hrs |
| 10/13/11 | SAK | [B220-] Analyze benefit proposal materials forwarded by Debtors and email summary from R. Zahralddin | 0.30 Hrs |
| 10/17/11 | KM2 | [B220-] Analyze motion to approve stipulation between NNI Bank and U.S. Bank with Respect to the Deferred Compensation Plan and related other documents; email to R. Zahralddin re: same | 0.80 Hrs |
| 10/20/11 | KM2 | [B220-] Email with Debtors counsel re: source material for FAS 112 documents | 0.20 Hrs |
| 10/21/11 | RXZ | [B220-] Multiple e-mails and discussion with committee re: termination of benefits date (.5) calls and e-mails to Debtors counsel (.2) analyze Debtors' response and forward to committee (.1) | 0.80 Hrs |
| 10/24/11 | RXZ | [B220-] E-mails from B. Gallagher re: inquiry from LTD member re: transition from LTD to retiree, analyze and reply | 0.30 Hrs |
| 10/24/11 | RXZ | [B220-] E-mail from D. Irish re: progress on negotiations and reply | 0.10 Hrs |
| 10/25/11 | RXZ | [B220-] Call from R. Winters re: actuarial information and further analysis on demographics of LTD creditor constituency | 0.20 Hrs |
| 10/26/11 | RXZ | [B220-] Email from Debtors regarding use of census data | 0.10 Hrs |
| 10/26/11 | MSC | [B220-] Telephone conference call with RXZA and D. Greer of Alvarez & Marsal regarding the data prepared by Alvarez & Marsal breaking out LTD demographics and benefit information and open issues relating to collection of data and other information to determine benefits due to LTD group. | 0.60 Hrs |
| 10/26/11 | RXZ | [B220-] E-mails to and from D. Greer re: census information (.2) call re: same with D. Greer (M. Curran joined call) (.8) calls to Debtors re: professional eyes only designation and basis for same (.2) analyze file and record and e-mail memo and instructions to J. Stephens and N. Lapinski re: update on exhibits for memo to client on status of informal exchange of requested information and document production under 2004 meet and confer (.2) | 1.40 Hrs |
| 10/27/11 | MSC | [B220-] In preparation of conference call with Alvarez & Marsal and LTD Committee, analyzed documents produced by Nortel to identify missing documents and information needed to determine benefits to LTD group. | 3.40 Hrs |
| 10/27/11 | RXZ | [B220-] E-mails and related follow up with S. Kinsella, T. Snow, and re: contact with LTD creditor constituency (.2) and review of materials forwarded by Debtors (.3) | 0.50 Hrs |
| 10/28/11 | SAK | [B220-] Email exchange with Debtors' counsel re proposed meeting | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | | | |
|---|---|---|---|---|---|
| | Employee Benefits/Pensions Totals | | | 40.80 Hrs | $18,907.50 |

<u>Claims Administration and Objections</u>

| | | | | |
|---|---|---|---|---|
| 10/05/11 | SAK | [B310-] Email from R. Zahralddin re claim issues | 0.20 Hrs | |
| 10/10/11 | SAK | [B310-] Email from D. David re valuation issue | 0.10 Hrs | |
| 10/28/11 | SAK | [B310-] Telephone conference with D. Greer re valuation and related issues (.3); conference with R. Zahralddin re same (.2) | 0.50 Hrs | |
| | | Claims Administration and Objections Totals | 0.80 Hrs | $328.00 |

<u>Court Hearings</u>

| | | | | |
|---|---|---|---|---|
| 10/04/11 | KM2 | [B430-] Update critical dates memo re: new omnibus hearing dates and deadlines related thereto; confer with R. Zahralddin re: same | 0.70 Hrs | |
| 10/04/11 | JS1 | [B430-] Examination of omnibus scheduling order and confer with K. Mahoney re: critical dates, deadlines | 0.20 Hrs | |
| 10/04/11 | RXZ | [B430-] E-mail to paralegals re: omnibus hearing dates | 0.10 Hrs | |
| 10/05/11 | KM2 | [B430-] Update critical dates memo re: hearing scheduled for 10/19 (0.6); analyze docket re: same (0.5); confer with R. Zahralddin re: same (0.2) | 1.30 Hrs | |
| 10/05/11 | SAK | [B430-] Instructions to K. Mahoney re change of hearing date | 0.10 Hrs | |
| 10/05/11 | SAK | [B430-] Analyze memo from K. Mahoney re upcoming deadlines and related hearing matters | 0.20 Hrs | |
| 10/12/11 | SAK | [B430-] Analyze Notice of Agenda | 0.20 Hrs | |
| 10/18/11 | SAK | [B430-] Email exchange with J. Stemerman re upcoming hearing | 0.20 Hrs | |
| 10/18/11 | KM2 | [B430-] Confer with J. Stemerman re: matters going forward at next hearing; emails re: same | 0.40 Hrs | |
| 10/24/11 | SAK | [B430-] Analyze Notice of Agenda | 0.10 Hrs | |
| 10/24/11 | SAK | [B430-] Analyze Amended Agenda: Hearing cancelled | 0.10 Hrs | |
| 10/24/11 | KM2 | [B430-] Analyze agenda for hearing 10-26-11 (0.3); confer with R. Zahralddin re: same (0.1); distribute same (0.2) | 0.60 Hrs | |
| 10/24/11 | KM2 | [B430-] Analyze amended agenda cancelling 10/26 hearing (0.2); distribute same (0.2) | 0.40 Hrs | |
| | | Court Hearings Totals | 4.60 Hrs | $1,153.00 |

<u>Litigation</u>

| | | | | |
|---|---|---|---|---|
| 10/03/11 | JS1 | [B600-] Analysis of all discovery requests (.5), motions (.4), emails (.4) and pleadings (.4) that have accompanying production of documents; prepare detailed log (.9) of same with deadlines, status, needs, confidentiality, public record - in preparation for upcoming meetings and deadlines. Conferences with K. Mahoney (.2) and R. Zahralddin (.1) re: same | 2.90 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/03/11 | JS1 | [B600-] Analyzed additional correspondence and discovery materials and supplemented Discovery Log, including conference w/ Kate Mahoney re: same | 0.70 Hrs |
| 10/03/11 | JS1 | [B600-] Conference with R. Zahralddin re: instructions pertaining to discovery, fact finding, memo needed in preparation for upcoming meeting with committee. | 0.40 Hrs |
| 10/03/11 | JS1 | [B600-] Conference with R. Zahralddin re: Motion to Discontinue, fact finding, deadlines | 0.40 Hrs |
| 10/03/11 | JS1 | [B600-] Analysis of FAQ for making additions, confer with K. Mahoney re: same | 0.40 Hrs |
| 10/03/11 | JS1 | [B600-] Conference with R. Zahralddin re: instructions pertaining to Proof of Claim submissions, updated LTD info, email regarding website | 0.20 Hrs |
| 10/03/11 | KM2 | [B600-] Confer with J. Stephens re: discovery documents | 0.20 Hrs |
| 10/04/11 | KM2 | [B600-] Confer with J. Stephens re: discovery responses from Debtors | 0.30 Hrs |
| 10/04/11 | JS1 | [B600-] Conference with R. Zahralddin re: research into exclusivity motion | 0.20 Hrs |
| 10/04/11 | JS1 | [B600-] Continued analysis of all discovery (over 2,500 pages) requested, received, correspondence, cross referencing, additions to log, conference with K. Mahoney, and subsequently R. Zahralddin re: same | 2.20 Hrs |
| 10/04/11 | RXZ | [B600-] Analyze discovery log prepared by J. Stephens related to 2004 request following meet and confer and related record | 0.70 Hrs |
| 10/06/11 | JS1 | [B600-] Further fact finding and review of discovery, made subsequent additions to discovery log | 0.70 Hrs |
| 10/07/11 | JS1 | [B600-] Analyze email from M. Stutts re: LTD | 0.10 Hrs |
| 10/07/11 | JS1 | [B600-] email to and from with M. Curran re: discovery requests and documents received | 0.10 Hrs |
| 10/07/11 | JS1 | [B600-] Additional supplements to Discovery log | 0.50 Hrs |
| 10/10/11 | JS1 | [B600-] Anaylze email from M. Curran re: discovery log | 0.20 Hrs |
| 10/10/11 | JS1 | [B600-] Analyze emails from M. Curran (.2); further examination of all discovery documents received (.7) re: log and memo; conference with R. Zahralddin (.3); T. Snow (.3) re: same | 1.60 Hrs |
| 10/10/11 | JS1 | [B600-] Analyze several email inquiries, confer with T. Snow re: same | 0.40 Hrs |
| 10/10/11 | MSC | [B600-] Analyzed log of Nortel document production to identify categories of documents not yet produced and categories of documents still needed for assessment of LTD participants' claims. | 0.70 Hrs |
| 10/11/11 | JS1 | [B600-] Conference with T. Snow re: discovery log | 0.40 Hrs |
| 10/11/11 | SAK | [B600-] Email exchange with J. Stephens and M. Curran re discovery issues (.2); review re same (1.4) | 1.60 Hrs |
| 10/11/11 | JS1 | [B600-] Gather and assemble all hard copy documents relevant to discovery log | 0.70 Hrs |
| 10/11/11 | JS1 | [B600-] Initial cross reference of M. Curran's email with log to date in preparation for further analysis, integration, and memoranda on discovery | 0.40 Hrs |
| 10/11/11 | JS1 | [B600-] Analysis of documents and conference regarding discovery with T. Snow | 0.60 Hrs |
| 10/11/11 | JS1 | [B600-] Analyze and send emails with downloaded attachments to and from M. Curran, R. Zahralddin, and S. Kinsella regarding discovery log, supplements | 0.40 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/11/11 | JS1 | [B600-] Confer with K. Mahoney re: discovery log additions | 0.20 Hrs |
| 10/11/11 | TMS | [B600-] Conference with J. Stephens regarding document production | 0.20 Hrs |
| 10/11/11 | RXZ | [B600-] E-mails from M. Curran and S. Kinsella re: document review | 0.30 Hrs |
| 10/12/11 | SAK | [B600-] Email exchange with Debtors' counsel re discovery issues | 0.20 Hrs |
| 10/13/11 | SAK | [B600-] Conference with J. Stephens re discovery | 0.40 Hrs |
| 10/14/11 | RXZ | [B600-] E-mail re: document production from J. Kim and related correspondence (.2) e-mails to and from committee and financial advisor to committee re: same (.2) e-mails to and from counsel to retiree committee re: same (.1) | 0.50 Hrs |
| 10/17/11 | SAK | [B600-] Email from M. Curran re discovery matters; email from Committee members re same | 0.30 Hrs |
| 10/17/11 | MSC | [B600-] Analyze 10/14/11 letter from attorney J. Kim of Cleary Gottlieb identifying additional documents produced on behalf of Nortel. | 0.20 Hrs |
| 10/17/11 | KM2 | [B600-] Analyze documents produced by Debtors re: confidentiality; emails with R. Zahralddin re: same | 0.50 Hrs |
| 10/18/11 | RXZ | [B600-] Analyze document production received on 10/17 | 1.40 Hrs |
| 10/19/11 | MSC | [B600-] Analyze of Excel spreadsheets and census data provided by Nortel regarding the LTD claimants. | 0.80 Hrs |
| 10/24/11 | JS1 | [B600-] Analyze emails regarding discovery, additions to discovery log, conference with R. Zahralddin re: status of same | 1.50 Hrs |
| 10/25/11 | SAK | [B600-] Email to J. Stephens re discovery matter | 0.10 Hrs |
| 10/26/11 | SAK | [B600-] Instructions from R. Zahralddin re valuation issues | 0.30 Hrs |
| 10/26/11 | SAK | [B600-] Email exchange with M. Curran re Retiree Medical Plan SPD; instructions to J. Stephens and K. Mahoney re same | 0.20 Hrs |
| 10/26/11 | SAK | [B600-] Email exchange with Debtors' counsel re conference issues | 0.20 Hrs |
| 10/26/11 | RXZ | [B600-] Calls and e-mails re: status of document production (.4) case strategy meeting with N. Lapinski and J. Stephens re: inventory of documents received via 2004 meet and confer (.3) | 0.70 Hrs |
| 10/26/11 | NRL | [B600-] Confer with J. Stephens and K. Mahoney regarding discovery status (.4); analyze and revise production chart (.3) | 0.70 Hrs |
| 10/27/11 | SAK | [B600-] Email from J. Kim with discovery documents attached; multiple email exchanges re same | 0.30 Hrs |
| 10/27/11 | SAK | [B600-] Email exchange with N. Lapinski and R. Zahralddin re status of discovery review and distribution of related work | 0.20 Hrs |
| 10/27/11 | SAK | [B600-] Multiple email exchanges re confidential discovery issues; review documents re same | 0.80 Hrs |
| 10/27/11 | SAK | [B600-] Analyze litigation analysis prepared by M. Curran and email re same | 0.20 Hrs |
| 10/27/11 | RXZ | [B600-] Further e-mails from J. Kim re: additional document production and analysis of correspondence re: same (.3) follow up with EG team and A&M re: same (.2) | 0.50 Hrs |
| 10/28/11 | SAK | [B600-] Conference with N. Lapinski re discovery issues (.1); preliminary review of documents prepared by J. Stephens and instructions to T. Snow re confirmation and completion of same (.4) | 0.50 Hrs |
| 10/28/11 | TMS | [B600-] Update discovery log | 0.10 Hrs |
| 10/28/11 | KM2 | [B600-] Emails with R. Winters and D. Greer re: discovery received | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/31/11 | SAK | [B600-] Multiple email exchanges with T. Snow re potential discovery log issues | 0.20 Hrs |
| 10/31/11 | SAK | [B600-] Analyze discovery documents with T. Snow and multiple conferences re same | 0.50 Hrs |
| 10/31/11 | SAK | [B600-] Email exchange and telephone call to M. Curran re discovery issues | 0.20 Hrs |
| 10/31/11 | TMS | [B600-] Meeting with S. Kinsella regarding discovery | 0.10 Hrs |

| | | |
|---|---|---|
| Litigation Totals | 29.50 Hrs | $9,366.00 |
| TOTAL LEGAL SERVICES | | $48,812.00 |

**LEGAL SERVICES SUMMARY**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Zahralddin-Aravena, Rafael X. | 1.20 Hrs | 0 /hr | $0.00 |
| Mahoney, Kate A. | 11.90 Hrs | 200 /hr | $2,380.00 |
| McCloskey, Kristin A. | 8.40 Hrs | 215 /hr | $1,806.00 |
| Snow, Theresa M | 1.10 Hrs | 215 /hr | $236.50 |
| Stephens, Jim | 19.20 Hrs | 215 /hr | $4,128.00 |
| CURRAN, MARGARET S. | 15.60 Hrs | 260 /hr | $4,056.00 |
| Kinsella, Shelley A. | 24.60 Hrs | 410 /hr | $10,086.00 |
| Lapinski, Neil R. | 0.70 Hrs | 410 /hr | $287.00 |
| SIEDZIKOWSKI, Henry F. | 0.70 Hrs | 565 /hr | $395.50 |
| Zahralddin-Aravena, Rafael X. | 41.70 Hrs | 610 /hr | $25,437.00 |
| | 125.10 Hrs | | $48,812.00 |

**Reimbursement for out of pocket expenses**

COMPUTERIZED LEGAL RESEARCH

| 10/25/11 | [] WEST GROUP PAYMENT CTR (WESTLAW)---INV #82366893 DTD 10/01/11: WESTLAW LEGAL RESEARCH FOR THE PERIOD: SEP 01, 2011 - SEP 30, 2011 | 29.27 |
|---|---|---|
| | | $29.27 |

COPYING

| 10/27/11 | [] Device Cost | 7.50 |
|---|---|---|
| 10/28/11 | [] Device Cost | 10.80 |
| 10/28/11 | [] Device Cost | 42.00 |
| 10/28/11 | [] Device Cost | 10.00 |
| | | $70.30 |

DELIVERY/COURIER SERVICE

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | |
|---|---|---|
| 10/06/11 | [] RELIABLE WILMINGTON---INV #WL029496 DTD 09/30/11 PROFESSIONAL SERVICE PERIOD: 09/16-09/30/11 37 HAND DELIVERIES ON 09/19/11 SAK | 277.50 |
| | | $277.50 |

**DOCKETS**

| | | |
|---|---|---|
| 10/20/11 | [] PACER SERVICE CENTER (DE)---INV # 07/01/11-09/30/11 DTD 10/04/11: DOCKET RETRIEVAL FOR THE PERIOD: 07/01/11-09/30/11 | 73.04 |
| | | $73.04 |

**DOCKETS**

| | | |
|---|---|---|
| 10/24/11 | [] PACER SERVICE CENTER (BB)---INV # 07/01/11-09/30/11 DTD 10/04/11: DOCKET RETRIEVAL FOR THE PERIOD: 07/01/11-09/30/11 | 27.44 |
| | | $27.44 |

**PARKING**

| | | |
|---|---|---|
| 10/21/11 | [] RXZ---INV #10/06/11 RXZ DTD 10/07/11 MEETING IN NEW YORK WITH DEBTORS COUNSEL | 10.00 |
| | | $10.00 |

**TAXI**

| | | |
|---|---|---|
| 10/21/11 | [] RXZ---INV #10/06/11 RXZ DTD 10/07/11 MEETING IN NEW YORK WITH DEBTORS COUNSEL | 22.60 |
| | | $22.60 |

**TELEPHONE**

| | | |
|---|---|---|
| 10/25/11 | [] THE CONFERENCE GROUP, LLC---INV#SEPT 2011 DTD 10/01/11 CONFERENCE CALL FEES ON 09/01/11 | 32.93 |
| 10/25/11 | [] THE CONFERENCE GROUP, LLC---INV#SEPT 2011 DTD 10/01/11 CONFERENCE CALL FEES ON 09/12/11 | 48.68 |
| 10/25/11 | [] THE CONFERENCE GROUP, LLC---INV#SEPT 2011 DTD 10/01/11 CONFERENCE CALL FEES ON 09/22/11 | 47.18 |
| 10/25/11 | [] THE CONFERENCE GROUP, LLC---INV#SEPT 2011 DTD 10/01/11 CONFERENCE CALL FEES ON 09/26/11 | 5.65 |
| 10/25/11 | [] THE CONFERENCE GROUP, LLC---INV#SEPT 2011 DTD 10/01/11 CONFERENCE CALL FEES ON 09/30/11 | 74.28 |
| 10/27/11 | [] THE CONFERENCE GROUP, LLC---INV#JUL 2011 DTD 08/01/11 DE CONFERENCE CALL FEES FOR THE PERIOD:07/01-07/31/11 CONFERENCE ON 07/11/11 | 14.89 |
| 10/27/11 | [] THE CONFERENCE GROUP, LLC---INV#AUG 2011 DTD 09/01/11 DE CONFERENCE CALL FEES FOR THE PERIOD:08/01-08/31/11 CONFERENCE ON 08/08/11 | 76.59 |
| 10/27/11 | [] THE CONFERENCE GROUP, LLC---INV#AUG 2011 DTD 09/01/11 DE CONFERENCE CALL FEES FOR THE PERIOD:08/01-08/31/11 CONFERENCE ON 08/12/11 | 91.05 |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Description | Amount | Subtotal |
|---|---|---|---|
| 10/27/11 | [] THE CONFERENCE GROUP, LLC---INV#AUG 2011 DTD 09/01/11 DE CONFERENCE CALL FEES FOR THE PERIOD:08/01-08/31/11 CONFERENCE ON 08/18/11 | 57.99 | |
| | | | $449.24 |

TRAVEL - RAILROAD

| Date | Description | Amount | Subtotal |
|---|---|---|---|
| 10/11/11 | [] MSC---INV#10/06/11 MSC DTD 10/07/11 EXPENSE VOUCHER TRAIN TICKET TO NYC TO PHILA; TRAIN TICKET PHILA TO JENKINTOWN ROUND TRIP | 46.75 | |
| 10/18/11 | [] AMERICAN EXPRESS (CORPORATE)---INV #10/09/11 DTD 10/09/11 MONTHLY EXPENSES: AMTRAK---PHILADELPHIA PA, NEW YORK NY -MSC | 134.00 | |
| 10/21/11 | [] RXZ---INV #10/06/11 RXZ DTD 10/07/11 MEETING IN NEW YORK WITH DEBTORS COUNSEL | 262.00 | |
| | | | $442.75 |

|  |  |
|---|---|
| Total Reimbursement for out of pocket expenses | $1,402.14 |
| TOTAL THIS BILL | $50,214.14 |

In re: Nortel Networks, Inc, et al.

## Task Billing Summary Page

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138
    File Number 60351-001

|  | Previous Billed | Current Bill | Total |
|---|---:|---:|---:|
| Asset Disposition | 0 | 82.00 | 82.00 |
| Case Administration | 235.00 | 0 | 235.00 |
| Meetings of and Communications with Cred. | 34,715.00 | 12,100.50 | 46,815.50 |
| EG Retention | 11,761.00 | 1,031.00 | 12,792.00 |
| Employment & Retention Application Other | 8,097.00 | 1,016.00 | 9,113.00 |
| EG Fee Applications | 405.50 | 3,505.00 | 3,910.50 |
| Fee Applications – Others | 1,235.00 | 1,079.00 | 2,314.00 |
| Business Operations | 0 | 244.00 | 244.00 |
| Employee Benefits/Pensions | 30,643.50 | 18,907.50 | 49,551.00 |
| Claims Administration | 0 | 328.00 | 328.00 |
| Plan and Disclosure Statement | 1,057.00 | 0 | 1,057.00 |
| Court Hearings | 1,964.50 | 1,153.00 | 3,117.50 |
| Litigation | 22,833.00 | 9,366.00 | 32,199.00 |
| | | | |
| Total | 112,946.50 | 48,812.00 | 161,758.50 |

# Exhibit C

## SUMMARY OF EXPENSES FOR THE PERIOD
## OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

| **Expense Category** | **Total Expenses** |
| --- | --- |
| Copying[1] | $70.30 |
| Computerized legal research | $29.27 |
| Delivery/Courier | $277.50 |
| Dockets | $100.48 |
| Parking | $10.00 |
| Taxi | $22.60 |
| Telephone | $449.24 |
| Travel – Railroad | $442.75 |
| **TOTAL THIS BILL:** | **$1,402.14** |

---

[1] EG represents that its rate for duplication is $0.10 per page, consistent with the Local Rules and Guidelines. Detailed copy charges are listed in Exhibit B.

2