IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: Docket Nos. 6708, 6709, |
| | ) Objection Deadline: 11/30/2011 @ 4:00 PM |
| | ) Hearing Date: 12/14/2011 @ 10:00 AM |

**FIRST QUARTERLY FEE APPLICATION OF ELLIOTT
GREENLEAF, CO-COUNSEL TO THE OFFICIAL COMMITTEE
OF LONG TERM DISABILITY PARTICIPANTS, FOR COMPENSATION AND
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OF AUGUST 2, 2011 THROUGH OCTOBER 31, 2011**

Pursuant to Sections 330 and 331 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the Administrative Order Pursuant to 11 U.S.C. §§ 105(A) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (the "Interim Compensation Order") (Docket No. 222), Elliott Greenleaf ("EG"), hereby files this First Quarterly Fee

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Application of Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants (the "LTD Committee"), for Services Rendered and Reimbursement of Expenses for the Period of August 2, 2011 through October 31, 2011 (the "Quarterly Application"). In support of this Quarterly Application, EG respectfully represents as follows:

## INTRODUCTION

1. By this Application, EG seeks Quarterly allowance and approval of $168,565.10 (the "Quarterly Amount") for fees and expenses for the period of August 2, 2011 through October 31, 2011 (the "Quarterly Period"). The Quarterly Amount consists of (i) 100% of the compensation that EG earned during the Quarterly Period, in the amount of $161,758.50 and (ii) 100% of the expenses that EG incurred in the course of its representation as counsel to the LTD Committee during the Quarterly Period in the amount of $6,806.57.

2. As of the date of this Quarterly Application, the above-captioned debtors have not yet been authorized to pay EG $129,406.80 (80% of $161,758.50) with respect to the fees and $6,806.57 (100%) with respect to expenses incurred during the Quarterly Period. EG seeks payment of the holdback in the amount of $32,351.70 which represents the 20% holdback for the total fee requested in the amount of $129,406.80.

## FACTUAL BACKGROUND

3. On January 14, 2009 (the "Petition Date"), the Debtors commenced their bankruptcy cases (the "Bankruptcy Cases") by filing voluntary petitions for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware

(the "Court").

4. The Debtors continue to operate its business and manage its property as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

5. On June 22, 2011, the Court ordered the appointment of the LTD Committee (Docket No. 5790). The LTD Committee consists of the following members: Wendy Boswell Mann, Daniel D. David, Dianna L. Irish, Paul E. Morrison, Barbara Gallagher, Michael Stutts, and Deborah Jones. *See Amended Notice of Appointment of Unsecured Creditors* (Docket No. 6080).

6. On August 2, 2011, (the "Retention Date") the LTD Committee was formed and selected EG as counsel to the committee.

7. Prior to the Retention Date, EG acted as counsel to Barbara Gallagher and 58 other disabled individuals who are participants in the long term disability plan of the Debtors.

### Monthly Applications Covered Herein

8. EG has filed and served monthly fee applications for the periods of (i) August 2011, (ii) September 2011 and (iii) October 2011. The following table summarizes the monthly fee applications that EG filed with respect to the First Quarterly Period.

*Remainder of page intentionally left blank*

| Fee Application Covered Dates, Date Filed, Doc. No. | Total Fee Request | Total Expense Request | Certificate of No Objection/ Certification of Counsel Filing Date, Doc. No. | Total Amount of Fees Approved to Date via Certificate of No Objection (80%) (Provided no objections are filed) | Total Amount of Expenses Approved to Date via Certificate of No Objection (100%) (Provided no objections are filed) | Amount of Holdback Fees |
|---|---|---|---|---|---|---|
| 8/2/2011-8/31/2011 11/2/2011 Doc. No. 6708 | $59,704.50 | $457.80 | | $47,763.60 | $457.80 | $11,940.90 |
| 9/1/2011-9/30/2011 11/2/2011 Doc. No. 6709 | $53,242.00 | $4,946.63 | | $42,593.60 | $4,946.63 | $10,648.40 |
| 10/1/2011-10/31/2011 11/10/2011 Doc. No. TBF | $48,812.00 | $1,402.14 | | $39,049.60 | $1,402.14 | $9,762.40 |
| **Total:** | **$161,758.50** | **$6,806.57** | | **$129,406.80** | **$6,806.57** | **$32,351.70** |

Twenty percent (20%) of such fees are to be withheld on a quarterly basis (the "Holdback Fees"). Beginning with the period ending April 30, 2009, and at three month intervals, each professional must file and serve a quarterly application for such period. *See* Interim Compensation Order at ¶ (e). All fees and costs paid to a professional pursuant to monthly and quarterly fee applications are subject to this Court's approval of the final fee application of such professional.

9. The August 2011 Fee Application. On November 2, 2011, EG filed and served its First Monthly Application for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Long Term Disability Participants for the Period of August 2, 2011 Through August 31, 2011 (the "First Monthly Fee Application")

(Docket No. 6708) requesting, *inter alia*, allowance of $59,704.50 in fees and reimbursement of $457.80 in expenses. On November 28, 2011, provided no objections are filed to the First Monthly Fee Application, EG will file a Certificate of No Objection regarding the First Monthly Fee Application. Pursuant to the Interim Compensation Order, EG will be authorized to be paid the quarterly payment of $47,763.60 in fees and $457.80 in expenses for the First Monthly Fee Application. Holdback Fees with respect to the First Monthly Fee Application totaled $11,940.90. A true and correct copy of the First Monthly Fee Application is attached hereto as Exhibit 1.

10. The September 2011 Fee Application. On November 2, 2011, EG filed and served its Second Monthly Application for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Long Term Disability Participants for the Period of September 1, 2011 Through September 30, 2011 (the "Second Monthly Fee Application") (Docket No. 6709) requesting, *inter alia*, allowance of $53,242.00 in fees and reimbursement of $4,946.63 in expenses. On November 28, 2011, provided no objections are filed to the Second Monthly Fee Application, EG will file a Certificate of No Objection regarding the Second Monthly Fee Application. Pursuant to the Interim Compensation Order, EG will be authorized to be paid the quarterly payment of $42,593.60 in fees and $4,946.63 in expenses for the Second Monthly Fee Application. Holdback Fees with respect to the Second Monthly Fee Application total $10,648.40. A true and correct copy of the Second Monthly Fee Application is attached hereto as Exhibit 2.

11. The October 2011 Fee Application. On November 10, 2011, EG filed and served its Third Monthly Application for Compensation and Reimbursement of Expenses

as Counsel to the Official Committee of Long Term Disability Participants for the Period of October 1, 2011 Through October 31, 2011 (the "Third Monthly Fee Application") requesting, *inter alia*, allowance of $48,812.00 in fees and reimbursement of $1,402.14 in expenses. On December 2, 2011, provided no objections are filed, EG will file a Certificate of No Objection regarding the Third Monthly Fee Application. Pursuant to the Interim Compensation Order, EG will be authorized to be paid the quarterly payment of $39,049.60 in fees and $1,402.14 in expenses for the Third Monthly Fee Application. Holdback Fees with respect to the Third Monthly Fee Application total $9,762.40. A true and correct copy of the Third Monthly Fee Application is attached hereto as Exhibit 3.

12. The Monthly Fee Applications covered by this First Quarterly Application contain detailed daily time logs describing the actual and necessary services provided by EG during the Quarterly Period as well as other detailed information required to be included in its fee applications.

## Requested Relief

13. By this First Quarterly Application, EG requests that the Court (i) approve the Quarterly Amount of one-hundred percent (100%) of the fees earned and expenses incurred by EG during the First Quarterly Period and evidenced in the Monthly Fee Applications and (ii) payment of the outstanding fees and expenses for the Quarterly period which consists of the twenty percent holdback in the amount of $32,351.70.

14. At all relevant times, EG has been a disinterested person, as that term is defined at Section 101(14) of the Bankruptcy Code, as modified by Section 1103(b) of the Bankruptcy Code, and has not represented or held any interest adverse to any interest of the Committee.

15. EG has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the Debtors' cases, except as disclosed herein and in the attached monthly fee applications. There is no agreement or understanding between EG and any other person for the sharing of compensation to be received for services rendered in these cases.

16. All services for which EG requests compensation were performed for or on behalf of the LTD Committee. The professional services and related expenses for which EG requests quarterly allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of EG's professional responsibilities as co-counsel for the LTD Committee in the Debtors' Chapter 11 cases. EG's services have been reasonable, necessary and beneficial to the LTD Committee, the Debtors, their estates, creditors and other parties in interest.

17. In accordance with the factors enumerated at Section 330 of the Bankruptcy Code, EG respectfully submits that the amount requested by EG as compensation for its services is fair and reasonable.

**VERIFICATION**

18. I am familiar with the work performed on behalf of the LTD Committee by the lawyers and paraprofessionals in the firms.

19. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Bankruptcy Rule 2016 and Local Rule 2016-2, and submit that the Application substantially complies with such Rules.

WHEREFORE, EG respectfully requests that the Court (i) approve and allow the

Quarterly Amount of $168,565.10 for the Quarterly Period, consisting of fees in the sum of $161,758.50 as compensation for necessary professional services rendered, which amount includes the as-yet authorized payment by the estate in the amount of $129,406.80; Holdback Fees in the amount of $32,351.70; for reimbursement of actual and necessary costs and expenses in the amount of $6,806.57 for the Quarterly Period which have not yet been authorized for payment (ii) that the Court approve the payment of the Holdback Fees in the amount of $32,351.70 for the period of August 2, 2011 through October 31, 2011; and (iv) for such other and further relief as may be just and proper.

Dated:  November 10, 2011
        Wilmington, Delaware

**ELLIOTT GREENLEAF**

/s/ Rafael X. Zahralddin-Aravena

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

*Counsel for the Official Committee of Long Term Disability Participants*