Exhibit 1

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Objection Deadline: 11/22/2011 @ 4:00 PM** |
|  | ) | **Hearing Date: Only if Objections Filed** |

## NOTICE OF FIRST MONTHLY APPLICATION
## OF ELLIOTT GREENLEAF, COUNSEL TO THE OFFICIAL
## COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD AUGUST 2, 2011 THROUGH AUGUST 31, 2011

TO:   The Notice Parties as defined in the *Administrative Order Pursuant to 11 U.S.C. §§ 105(A) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members* (the "Interim Compensation Order") (Docket No. 222). Parties receiving notice in the above-captioned matter pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") shall receive this Notice only.

PLEASE TAKE NOTICE that Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants in the above-captioned cases, has filed the **First Monthly Application of Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants, for Compensation and Reimbursement of Expenses for the Period August 2, 2011 through August 31, 2011** (the "Application"). The Application seeks the allowance of fees in the amount of **$59,704.50** (80%, $47,763.60) and expenses in the amount of **$457.80** for the period **August 2, 2011 through and including August 31, 2011** and payment of 80% of fees in the amount of **$47,763.60** and 100% of the expenses in the amount of **$457.80** pursuant to the Interim Compensation Order. The Application has been filed and served on the Notice Parties pursuant to the Interim Compensation Order. Notice of the Application has been filed and served on all parties requesting notice pursuant to Bankruptcy Rule 2002.

PLEASE TAKE FURTHER NOTICE that Objections, if any, to the relief requested in the Application must be filed with the United States Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or **before November 22, 2011 at 4:00 p.m. (prevailing**

---

[1]   The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

11-2-11

Docket No   6708

**Eastern Time)**, and a copy served upon the following parties so as to be **received no later than 4:00 p.m. (prevailing Eastern Time) on November 22, 2011:**

(i) the Debtors, Nortel Networks Inc., 220 Athens Way, Suite 300, Nashville, Tennessee 37228-1304 (Attention: Allen K. Stout); (ii) Counsel for the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esquire); (iii) Local Counsel for the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19899-1347 (Attention: Derek C. Abbott, Esquire); (iv) Counsel to the Official Committee of Unsecured Creditors, Richards, Layton & Finger, P.A. 920 N. King Street, One Rodney Square Wilmington, Delaware 19801 (Attention: Christopher M. Samis, Esquire and Drew M. Sloan, Esquire; (v) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attention: Thomas P. Tinker, Esquire); (vi) Counsel for the Official Committee of Long Term Disability Plan Participants, Elliott Greenleaf, 1105 North Market Street, Suite 1700, Wilmington, Delaware 19801 (Attention: Rafael X. Zahralddin- Aravena); (vii) Counsel for the Official Committee of Retirees, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119 (Attention Albert Togut, Esquire); and (viii) Local Counsel for the Official Committee of Retirees, McCarter & English LLP, Renaissance Centre, 405 North King Street, 8th Floor, Wilmington, Delaware 19801 (Attention: William F. Taylor, Esquire) (collectively, the "Notice Parties").

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE INTERIM COMPENSATION ORDER, IF NO OBJECTIONS ARE FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE ABOVE-CAPTIONED DEBTORS WILL BE AUTHORIZED TO PAY EIGHTY PERCENT (80%) OF REQUESTED FEES AND ONE HUNDRED (100%) OF REQUESTED EXPENSES WITHOUT FURTHER COURT ORDER.

PLEASE TAKE FURTHER NOTICE THAT ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE PURSUANT TO THE INTERIM COMPENSATION ORDER, WILL A HEARING BE HELD ON THE APPLICATION.

Dated: November 2, 2011  
      Wilmington, Delaware

**ELLIOTT GREENLEAF**

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)  
Shelley A. Kinsella (DE Bar No. 4023)  
1105 North Market Street, Suite 1700  
Wilmington, Delaware 19801  
Telephone: (302) 384-9400  
Facsimile: (302) 384-9399  
Email: rxza@elliottgreenleaf.com  
Email: sak@elliottgreenleaf.com

*Counsel to the Official Committee of*  
*Long Term Disability Participants*

**File a Motion:**

09-10138-KG Nortel Networks Inc., et al.
Type: bk                          Chapter: 11 v              Office: 1 (Delaware)
Assets: y                         Judge: KG
Case Flag: CLMSAGNT, LEAD, MEGA, Sealed Doc(s), APPEAL, Exhibits

**U.S. Bankruptcy Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from Shelley A. Kinsella entered on 11/2/2011 at 4:19 PM EDT and filed on 11/2/2011
**Case Name:**       Nortel Networks Inc., et al.
**Case Number:**     09-10138-KG
**Document Number:** 6708

**Docket Text:**
Monthly Application for Compensation *of Elliott Greenleaf (First), Counsel to the Official Committee of Long Term Disability Participants* for the period *August 2, 2011 to August 31, 2011* Filed by Official Committee of Long-Term Disability Participants. Objections due by 11/22/2011. (Attachments: # (1) Exhibit s A to C# (2) Notice # (3) Certificate of Service) (Kinsella, Shelley)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\EG Nortel 1 App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/2/2011] [FileNumber=10207964-0
] [0b72a4900ba9815aa6534a0c328384c0895aa18c83a366d85b6afae1a6e866e2ab1
008d8bdbeb4f76cdd80b48430c4f13ab392940c7c43ef5abb1ff59014f846]]
**Document description:**Exhibit s A to C
**Original filename:**C:\fakepath\EG Nortel 1 Exh.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/2/2011] [FileNumber=10207964-1
] [573548ab6a4fbc170773895bb0f87f3bdce2b7877b825d99c4f9e2c2791efeec3ee
185f8a6dd87a2f011b185f11d2dd0eb522ee09a7df823206e65e899b531f1]]
**Document description:**Notice
**Original filename:**C:\fakepath\EG Nortel 1 Not.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/2/2011] [FileNumber=10207964-2
] [868066085d2b7105cf405c38c65ed3e1a8856992d60a975fd502347d6dcb8791544
8ac13503f200b49f5ef6a3050ee5af9a878040208bb823ab9d8690db4a84b]]
**Document description:**Certificate of Service
**Original filename:**C:\fakepath\EG Nortel 1 App COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/2/2011] [FileNumber=10207964-3
] [961cc305c7e4c083d615ddecaa7b72920f34d7b64d77799e8aeb03d42ab7e3cf9dc
309ce32d9eab972f4a3c4eea6f72cd556c1797c720692bb838cba9fe10698]]

**09-10138-KG Notice will be electronically mailed to:**

Christopher Page
csimon@crosslaw.com

Ira M.
ilevee@lowenstein.com, krosen@lowenstein.com

Michael Seth
metkin@lowenstein.com

Kenneth E. Aaron on behalf of Defendant Devonteam Danet GmbH
DE_BANKRUPTCY@weirpartners.com, smazur@weirpartners.com

Derek C. Abbott on behalf of Debtor Nortel Networks (CALA) Inc.
dabbott@mnat.com, rfusco@mnat.com; ccampbell@mnat.com, mdecarli@mnat.com

David G. Aelvoet on behalf of Creditor Bexar County
davida@publicans.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: 11/22/2011 @ 4:00 PM** |
| | ) | **Hearing Date: Only if Objections Filed** |

**FIRST MONTHLY APPLICATION OF ELLIOTT GREENLEAF,
COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY
PARTICIPANTS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD AUGUST 2, 2011 THROUGH AUGUST 31, 2011**

| | |
|---|---|
| Name of Applicant: | Elliott Greenleaf |
| Authorized to Provide Professional Services to: | Official Committee of Long Term Disability Participants |
| Date of Retention: | *Nunc Pro Tunc* to August 2, 2011 |
| Period for which compensation and reimbursement is sought: | August 2, 2011 through August 31, 2011 |
| Amount of Compensation sought as actual, reasonable and necessary: | $59,704.50 (80%, $47,763.60) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $457.80 |

This is a: ___x__ monthly: ____ interim ___ final application

The total time expended for fee application preparation is approximately 5.0 hours and the corresponding compensation requested is approximately $1,075.00.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: 11/22/2011 @ 4:00 PM** |
| | ) | **Hearing Date: Only if Objections Filed** |

## FIRST MONTHLY APPLICATION OF
## ELLIOTT GREENLEAF, COUNSEL TO THE
## OFFICIAL COMMITTEE OF LONG TERM DISABILITY
## PARTICIPANTS, FOR COMPENSATION AND REIMBURSEMENT OF
## EXPENSES FOR THE PERIOD AUGUST 2, 2011 THROUGH AUGUST 31, 2011

Elliott Greenleaf ("EG"), counsel to the Official Committee of Long Term Disability
Participants (the "LTD Committee") of the above-captioned debtors (the "Debtors"), hereby
submits this *First Monthly Application of Elliott Greenleaf, Counsel to the Official Committee of
Long Term Disability Participants, for Compensation and Reimbursement of Expenses for the
period August 2, 2011 through August 31, 2011* (the "Application"). In support thereof, EG
respectfully represents as follows:

### BACKGROUND

1.      On January 14, 2009 (the "Petition Date"), the Debtors commenced their
bankruptcy cases (the "Bankruptcy Cases") by filing voluntary petitions for relief under Chapter
11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") in the

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel
Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel
Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251),
CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks
Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation
(3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks
Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found
in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

United States Bankruptcy Court for the District of Delaware (the "Court").

2.      The Debtors continue to operate its business and manage its property as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3.      On June 22, 2011, the Court ordered the appointment of the LTD Committee (Docket No. 5790).  The LTD Committee consists of the following members: Wendy Boswell Mann, Daniel D. David, Dianna L. Irish, Paul E. Morrison, Barbara Gallagher, Michael Stutts, and Deborah Jones.  *See Amended Notice of Appointment of Unsecured Creditors* (Docket No. 6080).

4.      On August 2, 2011, (the "Retention Date") the LTD Committee was formed and selected EG as counsel to the committee.

5.      Prior to the Retention Date, EG acted as counsel to Barbara Gallagher and 58 other disabled individuals who are participants in the long term disability plan of the Debtors.

### JURISDICTION AND VENUE

6.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  Venue of this proceeding and this Application is proper on this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (M).

7.      The statutory bases for relief requested herein are Sections 105(a), 330 and 331 of the Bankruptcy Code.

### TERMS AND CONDITIONS OF COMPENSATION OF EG

8.      Subject to Court approval, EG seeks payment for compensation on an hourly basis, plus reimbursement of actual, necessary expenses incurred by EG for the period commencing August 2, 2011 through and including August 31, 2011 (the "Application Period").

With the exception of copy charges (which are charged at lower rate), the rates charged by EG in this case do not materially differ from the rates charged to EG's non-bankruptcy clients and are lower in many cases.

9.    A summary of the hours spent, the names of each professional and paraprofessional rendering services to the LTD Committee during the Application Period, the regular customary billing rates and the total value of time incurred by each of the EG attorneys rendering services to the Committee is attached hereto as Exhibit A. A copy of the computer generated time entries reflecting the time recorded for these services, organized in project billing categories in accordance with the *United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (the "Guidelines"), is attached hereto as Exhibit B. A statement of expenses incurred by EG during the Application Period is also included in Exhibit C. All time entries and requested expenses are in compliance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").[2]

10.    On February 4, 2009, this Court entered the *Administrative Order Pursuant to U.S.C. §§ 105(A) and 331 Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members* (the "Interim Compensation Order") (Docket No. 222). Pursuant to the Interim Compensation Order, EG and other professionals retained in this case are authorized to file and to serve upon the Debtors and the parties identified in the Interim Compensation Order monthly fee applications (the "Monthly Fee Applications") of their fees and expenses. After the expiration of a twenty (20) day objection period, the Debtors are

---

[2] EG has also attempted to ensure that this Application complies with the Guidelines. To the extent that the Guidelines conflict with the Local Rules, in particular, Local Rule 2016-2, EG has chosen to comply with such Local Rule. EG will supplement this Application with additional detail or information upon request.

authorized to promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of

the expenses requested in the Monthly Fee Application, unless an objection specifically objects

to fees and/or expenses of a professional, or the Court orders otherwise.

11.    In accordance with the Interim Compensation Order, EG has filed and served

upon the Notice Parties identified in the Interim Compensation Order this Application with

respect to fees and expenses incurred during the Application Period; in the amount of $59,704.50

(80%, $47,763.60) in fees and in the amount of $457.80 in expenses.

12.    All services and costs for which compensation is requested by EG in this

Application were reasonable and necessary and were performed for and on behalf of the LTD

Committee during the Application Period.

## NARRATIVE SUMMARY OF SERVICES

13.    EG has rendered actual and necessary services on behalf of the LTD Committee

and is requesting reasonable compensation for their services for the Application Period.  As

noted above, a summary by project category is attached as Exhibit B,[3]  as are detailed time

entries organized by category and chronology within the categories. EG has acted as the primary

source for information and communication to and from the LTD Committee and Court, including

collecting and preserving, in an electronic database, all relevant pleadings for the LTD

Committee and the LTD Committee professionals.  In addition, EG has provided summaries,

calendaring, and periodically distributed a memorandum of all statutory and procedural deadlines

to the LTD Committee professionals and Chair of the Committee.

14.    EG has filed with the Court and assisted in preparation of all documents filed on

behalf of the LTD Committee.  In its capacity as Counsel, EG has reviewed all relevant

---

[3] The time records have been redacted where necessary to preserve the attorney-client privilege and the LTD
Committee's confidential litigation strategy.

pleadings in the above captioned Debtors' bankruptcy cases for deadlines. EG has reviewed all filings in the case to conform LTD Committee filings to the requirements of local practice and the applicable local rules and chambers procedures. EG has also provided substantive review of all Delaware case law in LTD Committee filings. EG has assisted the LTD Committee professionals in other substantive areas in which it has specific expertise beyond Delaware law, such as in the area of labor and employment law.

15.    EG has expertise in employment and labor law, with a specialty in healthcare and bankruptcy. As such, the LTD Committee has asked EG to review several employment and related compensation agreements for the purposes of identifying both possible causes of action and other non-litigation recoveries.

## COMPENSATION REQUESTED

16.    EG expended 147.4 hours during the Application Period in furtherance of its efforts on behalf of the LTD Committee. EG requests allowance of compensation in amount of $59,704.50 for legal services rendered during the Application Period at a blended hourly rate of $405.05. Pursuant to the Interim Compensation Order, EG requests payment of 80% of the total fees requested, or $47,763.60. None of the requested fees detailed herein have been paid.

## REIMBURSEMENT OF EXPENSES

17.    During the Application Period, EG incurred certain necessary expenses in rendering legal services to the LTD Committee as set forth in Exhibit C. Exhibit C sets forth in summary detail the expenses incurred during the Application Period (copies of invoices from EG's vendors are available for inspection upon request). Telecopying services completed in-house by EG were charged at $1.00 per page for outgoing facsimiles only. EG represents that its rate for duplication is $0.10 per page, consistent with the Local Rules and Guidelines. In order

to more efficiently handle the voluminous copying of pleadings served and filed in this case, EG on occasion retained third-party duplication service providers. EG seeks reimbursement only for the actual expenses charged by such third-party service providers. Finally, EG seeks reimbursement for computer assisted research, which is the actual cost of such charges, if any.

18. EG seeks reimbursement for its reasonable, necessary and actual expenses incurred during the Application Period for the total amount of $457.80.

## LEGAL STANDARD

19. Section 330(a)(1) of the Bankruptcy Code allows the payment of:

(A) reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B) reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1). Reasonableness of compensation is driven by the "market-driven approach" which considers the nature, extent and value of services provided by the professional and cost of comparable services in the non-bankruptcy contexts. *See Zolfo Cooper & Co. v. Sunbeam-Oster Co.*, 50 F.3d 253, 258 (3d Cir. 1995); *In re Busy Beaver Building Ctr., Inc.*, 19 F.3d 833, 849 (3d Cir, 1994). Thus, the "baseline rule is for films to receive their customary rates." *Zolfo Cooper*, 50 F.3d at 259.

20. In accordance with its practices in non-bankruptcy matters, EG has calculated its compensation requested in their Application by applying the standard hourly rates. EG's calculation is based upon hourly rates that are well within the range of rates that are charged by comparable firms in similar bankruptcy cases. Accordingly, EG's rates should be determined to be reasonable under Section 330 of the Bankruptcy Code.

21.     EG's fees during the Application Period are also reasonable under the prevailing legal standard and should be allowed.  The amount of these fees is not unusual given the complexity, accelerated deadlines, aggressive sale schedule, and size of the Debtors' Chapter 11 case.  EG's fees are commensurate with fees that other attorneys of comparable experience and expertise have charged and been awarded in similar Chapter 11 cases.  Accordingly, EG's fees are reasonable pursuant to Section 330 of the Bankruptcy Code.

22.     Section 330(a)(1)(B) of the Bankruptcy Code permits reimbursement for actual, necessary expenses.  EG's legal services and expenses incurred during the Application Period are set forth in this Application and constitute only those necessary expenses that were incurred for the benefit of the LTD Committee.  EG has properly requested reimbursement of only actual, necessary and appropriate legal expenses.

23.     Except as permitted by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), no agreement or understanding exists between EG and/or any third person for the sharing or division of compensation.  All of the services for which compensation is requested in this Application were rendered at the request of and solely on behalf of the LTD Committee.

24.     Pursuant to the standards set forth in Sections 330 and 331 of the Bankruptcy Code, EG submits that the compensation requested is for actual and necessary services and expenses, and is reasonable, based upon the nature, extent and value of such services, the time spent thereon, and the costs of comparable services in a case under the Bankruptcy Code.

25.     The time records annexed to this Application constitute only a general statement of the services rendered and time expended without description of the pressure and constraints under which EG actually rendered these services.  The considerable challenges of this case have

7

been attended to and managed by EG at all levels, promptly, expertly, and often to the exclusion of the other matters in EG's office. EG submits, therefore, that its fees and expenses were actually, necessary, reasonable and justified, and should be allowed in full.

## NOTICE AND NO PRIOR APPLICATION

26. No trustee or examiner has been appointed in this Chapter 11 case. Notice and service of this Application has been given to the Debtors; counsel to the Debtors; the UST; and counsel to the Official Committee of Unsecured Creditors pursuant to the Interim Compensation Order. Pursuant to the Bankruptcy Rule 2002(a)(6), Notice of this Application has also been given to all parties requesting notices. In light of the nature of the relief requested herein, EG submits that no further or other notice is required.

27. No previous application for the relief sought herein has made to this or any other Court.

## VERIFICATION

28. I am familiar with the work performed on behalf of the LTD Committee by the lawyers and paraprofessionals in the firm.

29. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-2, and submit that the Application substantially complies with such Local Rule.

*Remainder of page intentionally left blank.*

8

WHEREFORE, EG requests that its Application for fees in the amount of $59,704.50 and expenses in the amount of $457.80 be allowed and that if no objections are filed, 80% of the requested fees in the amount of $47,763.60 and 100% of the amount of $457.80 be paid for reimbursement of actual and necessary costs and expenses incurred during the Application Period, and further requests such other and further relief as the court may deem just and proper.

Dated:  November 2, 2011
       Wilmington, Delaware

**ELLIOTT GREENLEAF**

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware  19801
Telephone:  (302) 384-9400
Facsimile:  (302) 384-9399
Email:  rxza@elliottgreenleaf.com
Email:  sak@elliottgreenleaf.com

*Counsel to the Official Committee of*
*Long Term Disability Participants*

# Exhibit A

## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS
### RENDERING SERVICES FROM
### AUGUST 2, 2011 THROUGH AUGUST 31, 2011

| Name of Professional | Position | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Margaret S. Curran | Associate | 23.3 Hrs | $260/hr | $6,058.00 |
| Leonard A. Emiola | Paralegal | 11.7 Hrs | $200/hr | $2,340.00 |
| Shelley A. Kinsella | Counsel | 15.2 Hrs | $410/hr | $6,232.00 |
| Kate A. Mahoney | Paralegal | 18.6 Hrs | $200/hr | $3,720.00 |
| Kristin McCloskey | Paralegal | 2.9 Hrs | $215/hr | $623.50 |
| Henry F. Siedzikowski | Shareholder | 28.0 Hrs | $565/hr | $15,820.00 |
| Jonathan M. Stemerman | Associate | 16.1 Hrs | $350/hr | $5,635.00 |
| Rafael X. Zahralddin | Shareholder | 31.6 Hrs | $610/hr | $19,276.00 |

**Total:**      **147.40 Hrs**      **$59,704.50**

**Blended Rate:**      **$405.05/hour**

Exhibit B

# Elliott Greenleaf

www.elliottgreenleaf.com

ELLIOTT GREENLEAF
P.O. Box 3010
Blue Bell, Pennsylvania  19422
EIN #23-2617189

Allen K. Stout
Nortel Networks
220 Athens Way
Suite 300

November 2, 2011

Bill Number  104478

File Number  60351-001

Nashville TN  37228-1304

**FOR PROFESSIONAL SERVICES RENDERED**

Re:  In re Nortel 09-10138(KG)

**LEGAL SERVICES**

Through  August 31, 2011

### Case Administration

| | | | | |
|---|---|---|---|---|
| 08/24/11 | KAM | [B110-] Prepared 2002 service list labels | 1.00 Hrs | |
| 08/30/11 | LAE | [B110-] Email to R. Zahralddin re: updated client contact information | 0.10 Hrs | |
| | | Case Administration Totals | 1.10 Hrs | $235.00 |

### Meetings of and Communications with Creditors

| | | | |
|---|---|---|---|
| 08/02/11 | SAK | [B150-] Analyze appointment of Official LTD Committee; multiple email exchanges with R. Zahralddin and B. Gallagher re same | 0.20 Hrs |
| 08/08/11 | SAK | [B150-] Analyze draft of by laws and multiple email exchanges re same | 0.40 Hrs |
| 08/08/11 | RXZ | [B150-] Prepare bylaws (.4) prepare for committee meeting (.5) committee meeting (2.8) update bylaws (.8) | 4.50 Hrs |
| 08/09/11 | SAK | [B150-] Multiple emails re non-disclosure agreement issues | 0.20 Hrs |
| 08/09/11 | SAK | [B150-] Multiple emails re bylaws | 0.40 Hrs |
| 08/09/11 | HFS | [B150-] Call from R. Zahralddin regarding issues with Committee by Laws | 0.30 Hrs |
| 08/09/11 | RXZ | [B150-] Call with H. Siedzikowski re: bylaws, claims process and letter to committee constituents (.3) Call with L. Schweitzer re: communications issues (.2) Call to UST re: same (.2) | 0.70 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 08/09/11 | RXZ | [B150-] Update bylaws re: choice of law and forum issues (.2) Prepare e-mail memo re: confidentiality issues (.3) call to Committee counsel re: issues with confidentiality and neccessity for individual confidentiality agrements for members (.4) | 0.90 Hrs |
| 08/09/11 | RXZ | [B150-] Analyze claims issues (.7)  call from J. Rossi re: claims issues (.5) e-mails to and from committee members re: claims issues (.1) | 1.30 Hrs |
| 08/09/11 | RXZ | [B150-] Prepare form of minutes and minutes from 8/8 committee meeting | 0.40 Hrs |
| 08/09/11 | JXS | [B150-] Analyze recent case law re: 11 U.S.C. 1102(b)(3) | 0.20 Hrs |
| 08/09/11 | KM2 | [B150-] Prepare meeting minute memorandum | 0.40 Hrs |
| 08/10/11 | SAK | [B150-] Multiple emails re bylaws | 0.10 Hrs |
| 08/10/11 | SAK | [B150-] Analyze draft of 1102 Motion | 0.20 Hrs |
| 08/10/11 | JXS | [B150-] Prepare motion and order re: 1102(b)(3)(A) | 3.20 Hrs |
| 08/10/11 | RXZ | [B150-] Analyze draft of information protocol motion and update same | 1.00 Hrs |
| 08/10/11 | RXZ | [B150-] E-mails from commitee members with comments re: bylaws | 0.30 Hrs |
| 08/10/11 | JXS | [B150-] Prepare letter to LTD plan participants re: 1102(b)(3)(A) motion | 0.60 Hrs |
| 08/11/11 | SAK | [B150-] Multiple email exchanges re priorities and upcoming Committee conference call and Agenda for the same | 0.30 Hrs |
| 08/11/11 | JXS | [B150-] Analyze emails from R. Zahralddin and J. Kim re: LTD Commtitee bylaws | 0.10 Hrs |
| 08/11/11 | JXS | [B150-] Analyze proposed LTD Committee Bylaws | 0.20 Hrs |
| 08/11/11 | RXZ | [B150-] Calls and e-mails re: confidentiality issues with bylaws and interaction with Debtors counsel with opposing counsel and committee | 0.30 Hrs |
| 08/11/11 | KM2 | [B150-] Finalize and distribute minutes of 8/8/11 meeting | 0.20 Hrs |
| 08/12/11 | RXZ | [B150-] Prepare for committee call | 1.00 Hrs |
| 08/12/11 | SAK | [B150-] Analyze draft of letter to LTD participants; email to R. Zahralddin re same | 0.20 Hrs |
| 08/12/11 | SAK | [B150-] Analyze LTD Committee proposals | 0.20 Hrs |
| 08/12/11 | SAK | [B150-] Telephone conference with LTD Committee re by laws and related Agenda issues | 2.60 Hrs |
| 08/12/11 | SAK | [B150-] Email exchange with Debtors' counsel re confidentiality and related issues | 0.10 Hrs |
| 08/12/11 | HFS | [B150-] Conference call with R. Zahralddin and Committee, including providing presentation on ERISA issues and strategy and possible outcomes | 2.50 Hrs |
| 08/12/11 | HFS | [B150-] Analyze "representation" letters for Prudential | 0.30 Hrs |
| 08/12/11 | RXZ | [B150-] Committee Conference call | 2.70 Hrs |
| 08/12/11 | JXS | [B150-] Conference call with LTD Committee re: various issues. | 2.70 Hrs |
| 08/12/11 | RXZ | [B150-] E-mails from Debtors re: confidentiality provisions and 1102 motion (.2) replies and forward same to committee (.2) | 0.40 Hrs |
| 08/15/11 | SAK | [B150-] Analyze D. Irish's proxy form draft (.2); revisions to same (.2); emails to D. Irish and LTD Committee re revised proxy form (.2) | 0.60 Hrs |
| 08/15/11 | SAK | [B150-] Multiple emails re bylaws (.3); revise by laws accordingly (.2); instructions to K. Mahoney re same (.1) | 0.60 Hrs |
| 08/15/11 | SAK | [B150-] Email exchange with J. Stemerman re bylaw issues | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 08/15/11 | SAK | [B150-] Multiple emails from all LTD Committee members re voting results on various issues | 1.40 Hrs |
| 08/15/11 | SAK | [B150-] Further revisions to bylaws and email exchange with LTD Committee members re same | 0.20 Hrs |
| 08/15/11 | HFS | [B150-] Analyze various e-mail messages from Committee members on by-laws and plan communications | 1.20 Hrs |
| 08/15/11 | KM2 | [B150-] Assist with final draft of bylaws | 0.50 Hrs |
| 08/16/11 | HFS | [B150-] Analyze communications from Committee members | 0.60 Hrs |
| 08/16/11 | JXS | [B150-] Preparation of minutes from 8/12 LTD Committee meeting | 1.30 Hrs |
| 08/16/11 | SAK | [B150-] Analyze J. Stemerman's draft of Committee Minutes | 0.10 Hrs |
| 08/17/11 | JXS | [B150-] Analyze email from D. Irish re 8/12 meeting minutes; analyze timeline and prepare response to D. Irish questions re: 8/12 minutes | 0.50 Hrs |
| 08/18/11 | RXZ | [B150-] Committee conference call | 1.60 Hrs |
| 08/18/11 | SAK | [B150-] Prepare for Committee conference call and email exchanges with R. Zahralddin and H. Siedzikowski re same (.4); participate in telephone conference (1.6) | 2.00 Hrs |
| 08/18/11 | RXZ | [B150-] Prepare for committee conference call | 0.70 Hrs |
| 08/24/11 | SAK | [B150-] Email exchanges with Nellwyn Voorhies re KCC website quote | 0.20 Hrs |
| 08/25/11 | SAK | [B150-] Email exchange with R. Zahralddin and N. Voorhies re KCC website issues | 0.10 Hrs |
| 08/25/11 | JXS | [B150-] Email to UCC committee counsel re: confidentiality | 0.10 Hrs |
| 08/25/11 | RXZ | [B150-] Analyze issues related to 1102(b)(3)(A) motion and order (.4) calls and e-mails to opposing counsel re: same (.2) and related instructions to J. Stemerman re: same (.2) instructions and meeting with S. Kinsella re: service provider bid and pricing information (.2) | 1.00 Hrs |
| 08/27/11 | HFS | [B150-] Communications with Committee members | 0.40 Hrs |
| 08/29/11 | SAK | [B150-] Conference call with Retiree Committee (.4); strategy conference with R. Zahralddin re same (.1) | 0.50 Hrs |
| 08/29/11 | HFS | [B150-] Communications with Committee members | 0.50 Hrs |
| 08/30/11 | HFS | [B150-] Communications with Committee Members | 0.40 Hrs |
| 08/30/11 | SAK | [B150-] Email from B. Gallagher re Agenda for upcoming conference call | 0.10 Hrs |
| 08/31/11 | HFS | [B150-] Communications with Committee Members | 0.40 Hrs |
| 08/31/11 | LAE | [B150-] Email to counsel and clients re: conference call | 0.20 Hrs |
| 08/31/11 | SAK | [B150-] Instructions to L. Emiola re preparation of Minutes | 0.10 Hrs |
| 08/31/11 | LAE | [B150-] Prepare minutes for committee conference | 0.50 Hrs |

| | | | |
|---|---|---|---|
| Meetings of and Communications with Creditors Totals | | 45.10 Hrs | $21,962.00 |

EG Retention

| | | | |
|---|---|---|---|
| 08/08/11 | LAE | [B160-] Prepare Notice of Appearance | 0.30 Hrs |
| 08/09/11 | RXZ | [B160-] Meeting with J. Stemerman and K. Mahoney re: retention application | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 08/09/11 | KM2 | [B160-] Assist with preparation of Elliott Greenleaf Retention Application | 1.40 Hrs |
|---|---|---|---|
| 08/10/11 | JXS | [B160-] Supplement Elliott Greenleaf retention application and order | 0.80 Hrs |
| 08/10/11 | KM2 | [B160-] Phone call with A. Cordo re conflict check list for affidavit in support of Elliott Greenleaf's retention | 0.10 Hrs |
| 08/10/11 | KM2 | [B160-] Assist with preparation of affidavit in support of Elliott Greenleaf's retention application | 0.40 Hrs |
| 08/11/11 | HFS | [B160-] Coordinating and supplementing Motion to Employ EG | 0.30 Hrs |
| 08/11/11 | JXS | [B160-] Meeting with R. Zahralddin re: application to employ Elliott Greenleaf (.1); supplement application to employ Elliott Greenleaf based on R. Zahralddin's comments (.2); email to LTD Committee members re: application to employ Elliott Greenleaf | 0.30 Hrs |
| 08/12/11 | RXZ | [B160-] Meetings with J. Stemerman re: EG application | 0.30 Hrs |
| 08/16/11 | KM2 | [B160-] Factual investigation re: affidavit in support of Elliott Greenleaf retention application | 2.40 Hrs |
| 08/17/11 | KM2 | [B160-] Factual investigation for Elliott Greenleaf retention application affidavit | 2.10 Hrs |
| 08/17/11 | LAE | [B160-] Factual investigation regarding preparation of EG retention application/RXZA Affidavit | 3.20 Hrs |
| 08/17/11 | KM2 | [B160-] Factual investigation re: Elliott Greenleaf retention application | 0.70 Hrs |
| 08/18/11 | LAE | [B160-] Factual investigation regarding preparation of EG retention application/RXZA Affidavit | 2.80 Hrs |
| 08/18/11 | KM2 | [B160-] Factual investigation re: Elliott Greenleaf retention application | 0.80 Hrs |
| 08/19/11 | KM2 | [B160-] Analyze conflict checks for preparation of affidavit to EG retention application | 1.30 Hrs |
| 08/22/11 | LAE | [B160-] Factual investigation regarding preparation of EG retention application/RXZA Affidavit | 1.60 Hrs |
| 08/23/11 | KM2 | [B160-] Prepare affidavit in support of EG retention; phone calls with R. Zahralddin and J. Stemerman re: same | 2.10 Hrs |
| 08/23/11 | KM2 | [B160-] Prepare and finalize Elliott Greenleaf retention application | 0.80 Hrs |
| 08/23/11 | LAE | [B160-] Factual investigation regarding preparation of EG retention application/RXZA Affidavit | 1.40 Hrs |
| 08/23/11 | RXZ | [B160-] Finalize EG retention application and supporting documents | 0.70 Hrs |
| 08/23/11 | SAK | [B160-] Conference with R. Zahralddin re Retention Application; email exchange with K. Mahoney re same | 0.20 Hrs |
| 08/23/11 | JXS | [B160-] Analyze and supplement application to employ Elliott Greenleaf | 1.10 Hrs |
| 08/23/11 | JXS | [B160-] Various emails and phone calls to/from B. Gallagher re: Elliott Greenleaf retention application | 0.30 Hrs |
| 08/23/11 | JXS | [B160-] Various phone calls with R. Zahralddin re: application to employ Elliott Greenleaf and Zahralddin affidavit re: same | 0.40 Hrs |
| 08/23/11 | JXS | [B160-] Analyze Elliott Greenleaf retention application and related documents for filing | 0.30 Hrs |
| 08/23/11 | JXS | [B160-] Various meetings with K. Mahoney re: filing of Elliott Greenleaf retention application | 0.20 Hrs |
| 08/24/11 | KM2 | [B160-] Serve Elliott Greenleaf's retention application | 1.00 Hrs |
| 08/24/11 | SAK | [B160-] Email exchange with K. Mahoney re conflict check | 0.10 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 08/24/11 | JXS | [B160-] Email to LTD Committee re: application to employ Elliott Greenleaf | 0.10 Hrs |
| 08/24/11 | KAM | [B160-] Served EG Retention Application | 1.00 Hrs |
| 08/24/11 | KM2 | [B160-] Prepare conflicts check list for supplemental affidavit in support of Elliott Greenleaf's retention | 2.30 Hrs |
| 08/24/11 | RXZ | [B160-] E-mails from J. Stemerman re: EG retention application and summary memo and recommendation for approval re: same | 0.30 Hrs |
| 08/25/11 | RXZ | [B160-] Calls and e-mails with Debtors counsel and UCC counsel re: EG retention application (.5) follow up with staff and J. Stemerman re: updates and timing of certifcation of counsel (.4) | 0.90 Hrs |
| 08/25/11 | SAK | [B160-] Email exchange with OCUC counsel re Retention Application issues | 0.10 Hrs |
| 08/25/11 | KM2 | [B160-] Prepare supplemental affidavit re: Elliott Greenleaf retention | 0.60 Hrs |
| 08/26/11 | LAE | [B160-] Factual investigation regarding preparation of EG retention supplemental disclosures | 1.60 Hrs |
| 08/29/11 | KAM | [B160-] Email from R. Zahralddin re: changes to proposed order | 0.10 Hrs |
| 08/29/11 | KAM | [B160-] Prepare Certification of Counsel re: changes to proposed order | 0.70 Hrs |
| 08/29/11 | KAM | [B160-] Email to R. Zahralddin with Certification of Counsel re: changes to proposed order | 0.10 Hrs |
| 08/29/11 | RXZ | [B160-] Finalize draft of Certification of Counsel Regarding Proposed Order Authorizing the Employment and Retention of Elliott Greenleaf as Counsel to the Official Committee of Long-Term Disability Participants (.2) and related exhibits (.3) for circulation to debtors and committee | 0.50 Hrs |

|  |  | |
|---|---|---|
| EG Retention Totals | 35.90 Hrs | $9,116.00 |

Employment & Retention Application Other

| | | | |
|---|---|---|---|
| 08/26/11 | SAK | [B165-] Email exchange with W. Taylor re Retiree Committee representation | 0.10 Hrs |
| 08/29/11 | SAK | [B165-] Analyze Notice of Appearance filed on behalf of Retiree Committee; email exchange re same | 0.20 Hrs |

|  |  | |
|---|---|---|
| Employment & Retention Application Other Totals | 0.30 Hrs | $123.00 |

Employee Benefits/Pensions

| | | | |
|---|---|---|---|
| 08/09/11 | HFS | [B220-] Analyze documents and communications to identify ERISA issues | 2.00 Hrs |
| 08/09/11 | JXS | [B220-] Multiple meetings with R. Zahralddin re: protective order and access to information | 0.20 Hrs |
| 08/10/11 | MSC | [B220-] Analyze summary plan description, trust agreement, and relevant correspondence from LTD group regarding benefits and claims | 2.50 Hrs |
| 08/10/11 | HFS | [B220-] Coordinate with M. Curran for ERISA analysis and necessary research | 1.20 Hrs |
| 08/11/11 | SAK | [B220-] Email exchange with Debtors' counsel re confidentiality issues | 0.10 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 08/11/11 | MSC | [B220-] Legal research and analysis of rights of LTD beneficiaries under | 4.10 Hrs |
| 08/11/11 | HFS | [B220-] Analyze various communications from Committee Member(.3); call with R. Zahralddin to continue ERISA issues and role of Committee (.3) | 0.60 Hrs |
| 08/11/11 | HFS | [B220-] Prepare outline for Presentation to Committee on 8/12 conference call | 1.10 Hrs |
| 08/12/11 | MSC | [B220-] Continued legal research and analysis of ERISA issues for LTD beneficiaries and development of discovery issues (2.80); attend conference call with Committee (1.0) | 3.80 Hrs |
| 08/12/11 | RXZ | [B220-] Call with H. Siedzikowksi re: claims analysis and ERISA issues | 0.40 Hrs |
| 08/12/11 | HFS | [B220-] Analyze Committee wish list | 1.20 Hrs |
| 08/12/11 | HFS | [B220-] Analyze key cases and plan revisions to prepare for committee meeting | 1.00 Hrs |
| 08/12/11 | JXS | [B220-] Analyze draft LTD Committee proposal presentation re: benefits resolution | 0.40 Hrs |
| 08/12/11 | KM2 | [B220-] Prepare LTD Plan materials for H. Siedzikowsi | 0.50 Hrs |
| 08/15/11 | HFS | [B220-] Work on ERISA Summary for Committee members | 1.00 Hrs |
| 08/15/11 | MSC | [B220-] Analyze documents provided by Committee member for language that may potentially create | 0.30 Hrs |
| 08/16/11 | HFS | [B220-] Complete ERISA summary | 1.20 Hrs |
| 08/16/11 | JXS | [B220-] Telephone call to L. Beckerman re: Nortel headcount | 0.10 Hrs |
| 08/17/11 | HFS | [B220-] Coordinate with M. Curran and finalize ERISA Summary and draft discovery | 1.10 Hrs |
| 08/17/11 | HFS | [B220-] Communications with Committee members and prep for meeting | 0.60 Hrs |
| 08/17/11 | MSC | [B220-] Legal research, read and analyze Third Circuit case law and the Cigna v. Amara Supreme Court case | 0.90 Hrs |
| 08/18/11 | HFS | [B220-] Analyze Committee questions and prepare for Committee conference call re: ERISA issues | 1.00 Hrs |
| 08/18/11 | HFS | [B220-] Participate in Committee conference call on ERISA issues | 1.50 Hrs |
| 08/18/11 | HFS | [B220-] Analyze additional Nortel communications sent by members | 0.40 Hrs |
| 08/19/11 | JXS | [B220-] Email to M. Ledwin re: Prudential records | 0.10 Hrs |
| 08/19/11 | MSC | [B220-] Analyze 2011 Nortel fully-insured LTD plan | 0.60 Hrs |
| 08/19/11 | JXS | [B220-] Email to M. Ledwin re: Prudential list of LTD plan participants | 0.10 Hrs |
| 08/19/11 | HFS | [B220-] Coordinate on latest research issues with M. Curran based on 2011 LTD Plan and communications sent by Committee members | 0.80 Hrs |
| 08/22/11 | RXZ | [B220-] E-mails to J. Stemerman re: update on employee issues opinions in recent Delaware Ch. 11 cases and related research re: same | 0.30 Hrs |
| 08/22/11 | HFS | [B220-] Communications from clients and co-counsel on ERISA issues | 0.70 Hrs |
| 08/22/11 | JXS | [B220-] Analyze recent pension cases to support LTD participant claims | 1.30 Hrs |
| 08/23/11 | RXZ | [B220-] E-mails and calls regarding negotiation strategy with committee and EG legal team | 0.70 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 08/23/11 | HFS | [B220-] Answer Committee questions regarding Committee members right to consult individual counsel regarding their individual claims | 0.30 Hrs |
| 08/24/11 | RXZ | [B220-] E-mails and calls regarding negotiation strategy with committee and EG legal team | 0.50 Hrs |
| 08/24/11 | HFS | [B220-] Communications with Committee members and M. Curran regarding updating discovery | 0.90 Hrs |
| 08/25/11 | HFS | [B220-] Communications with Committee and M. Curran regarding finalizing discovery | 1.20 Hrs |
| 08/26/11 | RXZ | [B220-] Calls from counsel to retirees re: negotiations and general case issues | 0.30 Hrs |
| 08/26/11 | HFS | [B220-] Communications on discovery requests and finalize discovery requests | 1.20 Hrs |
| 08/26/11 | JXS | [B220-] Emails from/to M. Curran re: language for requests for production | 0.10 Hrs |
| 08/26/11 | JXS | [B220-] Analyze draft discovery requests directed to Nortel | 0.40 Hrs |
| 08/27/11 | JXS | [B220-] Analyze emails from B. Gallagher, N. Curran and R. Zahralddin re: discovery requests | 0.10 Hrs |
| 08/29/11 | RXZ | [B220-] Calls from counsel to retiree committee re: conference call and substantive issues related to employee claims and benefits | 0.60 Hrs |
| 08/29/11 | RXZ | [B220-] Call with counsel to the Retiree Committee (.5) prepare for same (.3) | 0.80 Hrs |
| 08/29/11 | RXZ | [B220-] E-mails with retiree committee counsel re: confidentiality issues | 0.40 Hrs |

| | | | |
|---|---|---|---|
| Employee Benefits/Pensions Totals | | 38.60 Hrs | $17,468.00 |

Plan and Disclosure Statement

| | | | |
|---|---|---|---|
| 08/09/11 | RXZ | [B320-] Call with L. Schweitzer re: claims issues and settlement procedure and timing (.3)  Prepare e-mail memo and summary re: call with Debtors (.8) | 1.10 Hrs |
| 08/12/11 | KM2 | [B320-] Email with H. Siedzikowski re: plan and disclosure statement | 0.10 Hrs |
| 08/25/11 | RXZ | [B320-] Prepare summary e-mail memo and recommendation to committee regarding plan timelines | 0.60 Hrs |

| | | | |
|---|---|---|---|
| Plan and Disclosure Statement Totals | | 1.80 Hrs | $1,057.00 |

Court Hearings

| | | | |
|---|---|---|---|
| 08/10/11 | KM2 | [B430-] Prepare dates memo re: upcoming omnibus hearing dates | 0.60 Hrs |
| 08/12/11 | SAK | [B430-] Analyze draft of critical dates memo | 0.20 Hrs |
| 08/12/11 | KM2 | [B430-] Finalize Nortel dates memo | 0.30 Hrs |

| | | | |
|---|---|---|---|
| Court Hearings Totals | | 1.10 Hrs | $262.00 |

Litigation

(Nortel) Official Committee of Long Term Disability Plan Participants

| 08/09/11 | RXZ | [B600-] Call with H. Siedzikowski re: discovery | 0.30 Hrs |
|---|---|---|---|
| 08/09/11 | RXZ | [B600-] Analyze issues record and issues related to discovery for committee due dilligence (1.2) call with H. Siedzikowski re: same (.2) | 1.40 Hrs |
| 08/10/11 | HFS | [B600-] Work on discovery | 1.00 Hrs |
| 08/10/11 | SAK | [B600-] Email exchange with R. Zahralddin and H. Siedzikowski re discovery issues | 0.20 Hrs |
| 08/10/11 | RXZ | [B600-] Discovery analysis and call from H. Siedzikowski re: same | 0.20 Hrs |
| 08/11/11 | RXZ | [B600-] Analysis of discovery issues related to plans, plan summaries and related disclosures or communications to LTD Plan Participants | 1.30 Hrs |
| 08/15/11 | SAK | [B600-] Email exchange with H. Siedzikowski re discovery preparations | 0.10 Hrs |
| 08/16/11 | HFS | [B600-] Revise and supplement draft discovery | 1.10 Hrs |
| 08/16/11 | MSC | [B600-] Prepared Requests for Production of Documents and Interrogatories to Nortel | 1.90 Hrs |
| 08/16/11 | MSC | [B600-] Research case law and federal regulations regarding reporting requirements for ERISA funds, issues relating to self-funded plans, and vesting issues in preparation for drafting discovery requests to Nortel | 1.30 Hrs |
| 08/17/11 | SAK | [B600-] Analyze multiple emails and attachments re trust and related issues | 0.50 Hrs |
| 08/17/11 | MSC | [B600-] Telephone call with H. Siedzikowski regarding revisions to and supplementation of discovery requests to Nortel | 0.20 Hrs |
| 08/17/11 | MSC | [B600-] Supplemented Document Requests and Interrogatories to Nortel (1.1); supplemented ERISA summary memo to Committee members(1.2) | 2.30 Hrs |
| 08/18/11 | SAK | [B600-] Analyze H. Siedzikowski's Erisa memorandum; supplement and circulate | 0.40 Hrs |
| 08/18/11 | SAK | [B600-] Analyze draft of Discovery Requests; revise and circulate | 0.30 Hrs |
| 08/24/11 | SAK | [B600-] Email exchange with R. Zahralddin re discovery requests; conference re same | 0.20 Hrs |
| 08/24/11 | SAK | [B600-] Multiple email exchanges re discovery issues | 0.20 Hrs |
| 08/25/11 | RXZ | [B600-] Prepare summary e-mail memo and recommendation to committee regarding discovery issues and due dilligence and fiduciary duty obligations related to discovery | 0.70 Hrs |
| 08/25/11 | RXZ | [B600-] Analyze mutiple e-mails from committee members re: discovery issues | 0.50 Hrs |
| 08/25/11 | MSC | [B600-] Supplemented Interrogatories and Requests for Production of Documents(3.1); communicate with Committee regarding categories of information to be requested from Nortel(.6) | 3.70 Hrs |
| 08/25/11 | JXS | [B600-] Telephone call with R. Zahralddin re: discovery issues | 0.10 Hrs |
| 08/25/11 | JXS | [B600-] Telephone call to M. Curran re: discovery issues; analyze email from M. Curran re: same | 0.10 Hrs |
| 08/25/11 | JXS | [B600-] Analyze various emails from LTD Committee members re: discovery | 0.10 Hrs |
| 08/26/11 | RXZ | [B600-] Multiple calls and e-mails re: scope of discovery from committee (.5) follow up with EG legal team (.5) analysis related to scope of discovery, e-mails to J. Stemerman and M. Curran re: related research (.3) and follow up re: same (.3) | 1.60 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Init. | Description | Hours |
|---|---|---|---|
| 08/26/11 | MSC | [B600-] Communicate with attorneys R. Zahralddin and J. Stemerman regarding status of discovery requests(.3); additional supplementations to Interrogatories and Requests for Production of Documents(.6) | 0.90 Hrs |
| 08/26/11 | JXS | [B600-] Analyze emails from M. Curran and R. Zahralddin re: discovery | 0.20 Hrs |
| 08/26/11 | JXS | [B600-] Analyze draft Rule 2004 requests for production | 0.20 Hrs |
| 08/26/11 | JXS | [B600-] Emails to R. Zahralddin and M. Curran re: Rule 2004 | 0.20 Hrs |
| 08/27/11 | MSC | [B600-] Email to Committee enclosing Interrogatories and Requests for Production of Documents, with responses to Committee's questions regarding specific requests | 0.80 Hrs |
| 08/29/11 | SAK | [B600-] Email exchange with co-counsel and Committee re discovery issues | 0.40 Hrs |
| 08/29/11 | SAK | [B600-] Email exchange with R. Zahralddin re LTD release/confidentiality issues | 0.20 Hrs |
| 08/29/11 | SAK | [B600-] Multiple email exchanges re discovery preparations (.2); supplement revised requests (.2) | 0.40 Hrs |
| 08/29/11 | SAK | [B600-] Email from R. Zahralddin re 2004 Examination issue | 0.10 Hrs |
| 08/29/11 | RXZ | [B600-] E-mails to Chair re: monthly statements and discovery issues | 0.20 Hrs |
| 08/30/11 | SAK | [B600-] Email exchange with R. Zahralddin and Committee re discovery preparations | 0.20 Hrs |

|  |  |  |
|---|---|---|
| Litigation Totals | 23.50 Hrs | $9,481.50 |
| TOTAL LEGAL SERVICES | | $59,704.50 |

**LEGAL SERVICES SUMMARY**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Emiola, Leonard A | 11.70  Hrs | 200 /hr | $2,340.00 |
| Mahoney, Kate A. | 18.60  Hrs | 200 /hr | $3,720.00 |
| McCloskey, Kristin A. | 2.90  Hrs | 215 /hr | $623.50 |
| CURRAN, MARGARET S. | 23.30  Hrs | 260 /hr | $6,058.00 |
| Stemerman, Jonathan M. | 16.10  Hrs | 350 /hr | $5,635.00 |
| Kinsella, Shelley A. | 15.20  Hrs | 410 /hr | $6,232.00 |
| SIEDZIKOWSKI, Henry F. | 28.00  Hrs | 565 /hr | $15,820.00 |
| Zahralddin-Aravena, Rafael X. | 31.60  Hrs | 610 /hr | $19,276.00 |
| | 147.40  Hrs | | $59,704.50 |

**Reimbursement for out of pocket expenses**

COPYING

| Date | | Description | Amount |
|---|---|---|---|
| 08/24/11 | [] | Copying | 287.40 |
| 08/24/11 | [] | Copying | 42.50 |
| 08/24/11 | [] | Copying | 5.00 |

Page 9

(Nortel) Official Committee of Long Term Disability Plan Participants

| 08/24/11 | [] Copying | 122.90 |
|---|---|---|

$457.80

Total Reimbursement for out of pocket expenses          $457.80


TOTAL THIS BILL          $60,162.30

GRAND TOTAL DUE          $60,162.30

In re: Nortel Networks, Inc, et al.

**Task Billing Summary Page**

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138
     File Number 60351-001

| | Previous Billed | Current Bill | Total |
|---|---|---|---|
| Case Administration | 0 | 235.00 | 235.00 |
| Meetings of and Communications with Cred. | 0 | 21,962.00 | 21,962.00 |
| EG Retention | 0 | 9,116.00 | 9,116.00 |
| Employment & Retention Application Other | 0 | 123.00 | 123.00 |
| Employee Benefits/Pensions | 0 | 17,468.00 | 17,468.00 |
| Plan and Disclosure Statement | 0 | 1,057.00 | 1,057.00 |
| Court Hearings | 0 | 262.00 | 262.00 |
| Litigation | 0 | 9,481.50 | 9,481.50 |
| | | | |
| Total | 0 | $59,704.50 | $59,704.50 |

Exhibit C

**SUMMARY OF EXPENSES FOR THE PERIOD**
**AUGUST 2, 2011 THROUGH AUGUST 31, 2011**

| Expense Category | Total Expenses |
|---|---|
| Copying[1] | $457.80 |
| **TOTAL THIS BILL:** | **$457.80** |

---

[1] EG represents that its rate for duplication is $0.10 per page, consistent with the Local Rules and Guidelines. Detailed copy charges are listed in Exhibit B.

2

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE REGARDING FIRST MONTHLY
APPLICATION OF ELLIOTT GREENLEAF, COUNSEL TO THE
OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD AUGUST 2, 2011 THROUGH AUGUST 31, 2011**

I, Shelley A. Kinsella, Esquire, counsel to the Official Committee of Long Term Disability Participants, hereby certify that I caused a copy of the First Monthly Application of Elliott Greenleaf, counsel to the Official Committee of Long Term Disability Participants, for Compensation and Reimbursement of Expenses for the Period August 2, 2011 through August 31, 2011 (the "Application") to be served on all Notice Parties, as defined in the Interim Compensation Order (Docket No. 222) on November 2, 2011. I have caused a copy of the Notice of the Application to be served on November 2, 2011 upon the remaining parties listed on the attached service list in the manner listed.

DATED:  November 2, 2011 **ELLIOTT GREENLEAF**

Shelley A. Kinsella (DE Bar No. 4023)

*Counsel to the Official Committee of Long Term
Disability Participants*

---

[1]   The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.