Exhibit 2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: 11/22/2011 @ 4:00 PM** |
| | ) | **Hearing Date: Only if Objections Filed** |

## NOTICE OF SECOND MONTHLY APPLICATION OF ELLIOTT GREENLEAF, COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

TO:     The Notice Parties as defined in the *Administrative Order Pursuant to 11 U.S.C. §§ 105(A) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members* (the "Interim Compensation Order") (Docket No. 222).  Parties receiving notice in the above-captioned matter pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") shall receive this Notice only.

PLEASE TAKE NOTICE that Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants in the above-captioned cases, has filed the **Second Monthly Application of Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants, for Compensation and Reimbursement of Expenses for the Period September 1, 2011 through September 30, 2011** (the "Application"). The Application seeks the allowance of fees in the amount of **$53,242.00** (80%, $42,593.60) and expenses in the amount of **$4,946.63** for the period **September 1, 2011 through and including September 30, 2011** and payment of 80% of fees in the amount of **$42,593.60** and 100% of the expenses in the amount of **$4,946.63** pursuant to the Interim Compensation Order.  The Application has been filed and served on the Notice Parties pursuant to the Interim Compensation Order.  Notice of the Application has been filed and served on all parties requesting notice pursuant to Bankruptcy Rule 2002.

PLEASE TAKE FURTHER NOTICE that Objections, if any, to the relief requested in the Application must be filed with the United States Bankruptcy Court, 824 N. Market Street, 3rd

---

[1]   The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Date 11·2·11

Docket No 6709

Floor, Wilmington, Delaware 19801, on or **before November 22, 2011 at 4:00 p.m. (prevailing Eastern Time)**, and a copy served upon the following parties so as to be **received no later than 4:00 p.m. (prevailing Eastern Time) on November 22, 2011:**

(i) the Debtors, Nortel Networks Inc., 220 Athens Way, Suite 300, Nashville, Tennessee 37228-1304 (Attention: Allen K. Stout); (ii) Counsel for the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esquire); (iii) Local Counsel for the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19899-1347 (Attention: Derek C. Abbott, Esquire); (iv) Counsel to the Official Committee of Unsecured Creditors, Richards, Layton & Finger, P.A. 920 N. King Street, One Rodney Square Wilmington, Delaware 19801 (Attention: Christopher M. Samis, Esquire and Drew M. Sloan, Esquire; (v) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attention: Thomas P. Tinker, Esquire); (vi) Counsel for the Official Committee of Long Term Disability Plan Participants, Elliott Greenleaf, 1105 North Market Street, Suite 1700, Wilmington, Delaware 19801 (Attention: Rafael X. Zahralddin- Aravena); (vii) Counsel for the Official Committee of Retirees, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119 (Attention Albert Togut, Esquire); and (viii) Local Counsel for the Official Committee of Retirees, McCarter & English LLP, Renaissance Centre, 405 North King Street, 8th Floor, Wilmington, Delaware 19801 (Attention: William F. Taylor, Esquire) (collectively, the "Notice Parties").

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE INTERIM COMPENSATION ORDER, IF NO OBJECTIONS ARE FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE ABOVE-CAPTIONED DEBTORS WILL BE AUTHORIZED TO PAY EIGHTY PERCENT (80%) OF REQUESTED FEES AND ONE HUNDRED (100%) OF REQUESTED EXPENSES WITHOUT FURTHER COURT ORDER.

PLEASE TAKE FURTHER NOTICE THAT ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE PURSUANT TO THE INTERIM COMPENSATION ORDER, WILL A HEARING BE HELD ON THE APPLICATION.

Dated: November 2, 2011
      Wilmington, Delaware

**ELLIOTT GREENLEAF**

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

*Counsel to the Official Committee of*
*Long Term Disability Participants*

2

**File a Motion:**

09-10138-KG Nortel Networks Inc., et al.

| | | |
|---|---|---|
| Type: bk | Chapter 11 v | Office: 1 (Delaware) |
| Assets: y | Judge: KG | |

Case Flag: CLMSAGNT, LEAD, MEGA, Sealed Doc(s), APPEAL, Exhibits

**U.S. Bankruptcy Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from Shelley A. Kinsella entered on 11/2/2011 at 4:26 PM EDT and filed on 11/2/2011
**Case Name:**       Nortel Networks Inc., et al.
**Case Number:**       09-10138-KG
**Document Number:** 6709

**Docket Text:**
Monthly Application for Compensation *(Second) of Elliott Greenleaf* for the period *September 1, 2011* to *September 30, 2011* Filed by Official
Committee of Long-Term Disability Participants. Objections due by 11/22/2011. (Attachments: # (1) Exhibit s A to C# (2) Notice # (3) Certificate of
Service) (Kinsella, Shelley)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\EG Nortel 2 App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/2/2011] [FileNumber=10208021-0
] [1dbca4907bd5cd1e38fc00c2b9b96e509c7b85d3a59b981 1ef0afac9641a5b3aac1
9e8760b3754127a8fbf2e1ae7db65b9f63af21f5e22c828acb9865c030842]]
**Document description:** Exhibit s A to C
**Original filename:** C:\fakepath\Nortel EG App 2 Exh.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/2/2011] [FileNumber=10208021-1
] [456b3b7e747b3f2efccfac058775634114763b3fbd589da20668c7576c89efa83bf
a166ca077bf963e6c8c4c1c5a0357a8ee46dc3a169044715183e0cfa4050c]]
**Document description:** Notice
**Original filename:** C:\fakepath\EG Nortel 2 Not.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/2/2011] [FileNumber=10208021-2
] [81b7f4a8232edf513e2097daab51829d675d7523908565ac3a0887f517c36b82475
b1cc3c95884eebb7fdce675cb5e5bd706f46880148ce0a9c3215518db7ab9]]
**Document description:** Certificate of Service
**Original filename:** C:\fakepath\EG Nortel 2 COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/2/2011] [FileNumber=10208021-3
] [47ad27ba436e6b964b4458b06c31a64d1554667d93cad3d66a9b9380f801360b9a
16366187dc4494df76b77a6db09d9448664f94a7df1ec407701c349f236c]]

**09-10138-KG Notice will be electronically mailed to:**

Christopher Page
csimon@crosslaw.com

Ira M.
ilevee@lowenstein.com, krosen@lowenstein.com

Michael Seth
metkin@lowenstein.com

Kenneth E. Aaron on behalf of Defendant Devonteam Danet GmbH
DE_BANKRUPTCY@weirpartners.com, smazur@weirpartners.com

Derek C. Abbott on behalf of Debtor Nortel Networks (CALA) Inc.
dabbott@mnat.com, rfusco@mnat.com;ecampbell@mnat.com;mdecarli@mnat.com

David G. Aelvoet on behalf of Creditor Bexar County
davida@publicans.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: 11/22/2011 @ 4:00 PM** |
| | ) | **Hearing Date: Only if Objections Filed** |

## SECOND MONTHLY APPLICATION OF ELLIOTT GREENLEAF, COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

Name of Applicant:                                   Elliott Greenleaf

Authorized to Provide
Professional Services to:                          Official Committee of Long Term Disability Participants

Date of Retention:                                     *Nunc Pro Tunc* to August 2, 2011

Period for which compensation and
reimbursement is sought:                         September 1, 2011 through September 30, 2011

Amount of Compensation sought as
actual, reasonable and necessary:            $53,242.00 (80%, $42,593.60)

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:        $4,946.63

This is a: ___x___ monthly: ____ interim ____ final application

The total time expended for fee application preparation is approximately 5.0 hours and the corresponding compensation requested is approximately $1,075.00.

---

[1]    The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

If this is not the first application filed, disclose the following for each prior application:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 10/31/2011 | 8/2/2011- 8/31/2011 | $59,704.50 | $457.80 | | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Objection Deadline: 11/22/2011 @ 4:00 PM** |
|  | ) | **Hearing Date: Only if Objections Filed** |

### SECOND MONTHLY APPLICATION
### OF ELLIOTT GREENLEAF, COUNSEL TO THE OFFICIAL
### COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS,
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
### FOR THE PERIOD SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

Elliott Greenleaf ("EG"), counsel to the Official Committee of Long Term Disability Participants (the "LTD Committee") of the above-captioned debtors (the "Debtors"), hereby submits this *Second Monthly Application of Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants, for Compensation and Reimbursement of Expenses for the period September 1, 2011 through September 30, 2011* (the "Application"). In support thereof, EG respectfully represents as follows:

### BACKGROUND

1.  On January 14, 2009 (the "Petition Date"), the Debtors commenced their bankruptcy cases (the "Bankruptcy Cases") by filing voluntary petitions for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") in the

---

[1]  The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

United States Bankruptcy Court for the District of Delaware (the "Court").

2.     The Debtors continue to operate its business and manage its property as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3.     On June 22, 2011, the Court ordered the appointment of the LTD Committee (Docket No. 5790). The LTD Committee consists of the following members: Wendy Boswell Mann, Daniel D. David, Dianna L. Irish, Paul E. Morrison, Barbara Gallagher, Michael Stutts, and Deborah Jones. *See Amended Notice of Appointment of Unsecured Creditors* (Docket No. 6080).

4.     On August 2, 2011, (the "Retention Date") the LTD Committee was formed and selected EG as counsel to the committee.

5.     Prior to the Retention Date, EG acted as counsel to Barbara Gallagher and 58 other disabled individuals who are participants in the long term disability plan of the Debtors.

**JURISDICTION AND VENUE**

6.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and this Application is proper on this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (M).

7.     The statutory bases for relief requested herein are Sections 105(a), 330 and 331 of the Bankruptcy Code.

**TERMS AND CONDITIONS OF COMPENSATION OF EG**

8.     Subject to Court approval, EG seeks payment for compensation on an hourly basis, plus reimbursement of actual, necessary expenses incurred by EG for the period commencing August 2, 2011 through and including September 30, 2011 (the "Application

2

Period"). With the exception of copy charges (which are charged at lower rate), the rates charged by EG in this case do not materially differ from the rates charged to EG's non-bankruptcy clients and are lower in many cases.

9.      A summary of the hours spent, the names of each professional and paraprofessional rendering services to the LTD Committee during the Application Period, the regular customary billing rates and the total value of time incurred by each of the EG attorneys rendering services to the Committee is attached hereto as Exhibit A. A copy of the computer generated time entries reflecting the time recorded for these services, organized in project billing categories in accordance with the *United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (the "Guidelines"), is attached hereto as Exhibit B. A statement of expenses incurred by EG during the Application Period is also included in Exhibit C. All time entries and requested expenses are in compliance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").[2]

10.     On February 4, 2009, this Court entered the *Administrative Order Pursuant to U.S.C. §§ 105(A) and 331 Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members* (the "Interim Compensation Order") (Docket No. 222). Pursuant to the Interim Compensation Order, EG and other professionals retained in this case are authorized to file and to serve upon the Debtors and the parties identified in the Interim Compensation Order monthly fee applications (the "Monthly Fee Applications") of their fees and expenses. After the expiration of a twenty (20) day objection period, the Debtors are

---

[2] EG has also attempted to ensure that this Application complies with the Guidelines. To the extent that the Guidelines conflict with the Local Rules, in particular, Local Rule 2016-2, EG has chosen to comply with such Local Rule. EG will supplement this Application with additional detail or information upon request.

authorized to promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of

the expenses requested in the Monthly Fee Application, unless an objection specifically objects

to fees and/or expenses of a professional, or the Court orders otherwise.

11.    In accordance with the Interim Compensation Order, EG has filed and served

upon the Notice Parties identified in the Interim Compensation Order this Application with

respect to fees and expenses incurred during the Application Period; in the amount of $53,242.00

(80%, $42,593.60) in fees and in the amount of $4,946.63 in expenses.

12.    All services and costs for which compensation is requested by EG in this

Application were reasonable and necessary and were performed for and on behalf of the LTD

Committee during the Application Period.

## NARRATIVE SUMMARY OF SERVICES

13.    EG has rendered actual and necessary services on behalf of the LTD Committee

and is requesting reasonable compensation for their services for the Application Period.  As

noted above, a summary by project category is attached as Exhibit B,[3] as are detailed time entries

organized by category and chronology within the categories. EG has acted as the primary source

for information and communication to and from the LTD Committee and Court, including

collecting and preserving, in an electronic database, all relevant pleadings for the LTD

Committee and the LTD Committee professionals.  In addition, EG has provided summaries,

calendaring, and periodically distributed a memorandum of all statutory and procedural deadlines

to the LTD Committee professionals and Chair of the Committee.

14.    EG has filed with the Court and assisted in preparation of all documents filed on

behalf of the LTD Committee.  In its capacity as Counsel, EG has reviewed all relevant

---

[3] The time records have been redacted where necessary to preserve the attorney-client privilege and the LTD
Committee's confidential litigation strategy.

pleadings in the above captioned Debtors' bankruptcy cases for deadlines. EG has reviewed all filings in the case to conform LTD Committee filings to the requirements of local practice and the applicable local rules and chambers procedures. EG has also provided substantive review of all Delaware case law in LTD Committee filings. EG has assisted the LTD Committee professionals in other substantive areas in which it has specific expertise beyond Delaware law, such as in the area of labor and employment law.

15.      EG has expertise in employment and labor law, with a specialty in healthcare and bankruptcy. As such, the LTD Committee has asked EG to review several employment and related compensation agreements for the purposes of identifying both possible causes of action and other non-litigation recoveries.

## COMPENSATION REQUESTED

16.      EG expended 145.8 hours during the Application Period in furtherance of its efforts on behalf of the LTD Committee. EG requests allowance of compensation in amount of $53,242.00 for legal services rendered during the Application Period at a blended hourly rate of $365.17. Pursuant to the Interim Compensation Order, EG requests payment of 80% of the total fees requested, or $42,593.60. None of the requested fees detailed herein have been paid.

## REIMBURSEMENT OF EXPENSES

17.      During the Application Period, EG incurred certain necessary expenses in rendering legal services to the LTD Committee as set forth in Exhibit C. Exhibit C sets forth in summary detail the expenses incurred during the Application Period (copies of invoices from EG's vendors are available for inspection upon request). Telecopying services completed in-house by EG were charged at $1.00 per page for outgoing facsimiles only. EG represents that its rate for duplication is $0.10 per page, consistent with the Local Rules and Guidelines. In order

to more efficiently handle the voluminous copying of pleadings served and filed in this case, EG on occasion retained third-party duplication service providers. EG seeks reimbursement only for the actual expenses charged by such third-party service providers. Finally, EG seeks reimbursement for computer assisted research, which is the actual cost of such charges, if any.

18.     EG seeks reimbursement for its reasonable, necessary and actual expenses incurred during the Application Period for the total amount of $4,946.63.

## LEGAL STANDARD

19.     Section 330(a)(l) of the Bankruptcy Code allows the payment of:

(A)     reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B)     reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).   Reasonableness of compensation is driven by the "market-driven approach" which considers the nature, extent and value of services provided by the professional and cost of comparable services in the non-bankruptcy contexts. *See Zolfo Cooper & Co. v. Sunbeam-Oster Co.*, 50 F.3d 253, 258 (3d Cir. 1995); *In re Busy Beaver Building Ctr., Inc.*, 19 F.3d 833, 849 (3d Cir, 1994). Thus, the "baseline rule is for films to receive their customary rates." *Zolfo Cooper*, 50 F.3d at 259.

20.     In accordance with its practices in non-bankruptcy matters, EG has calculated its compensation requested in their Application by applying the standard hourly rates. EG's calculation is based upon hourly rates that are well within the range of rates that are charged by comparable firms in similar bankruptcy cases. Accordingly, EG's rates should be determined to be reasonable under Section 330 of the Bankruptcy Code.

21.     EG's fees during the Application Period are also reasonable under the prevailing

legal standard and should be allowed. The amount of these fees is not unusual given the complexity, accelerated deadlines, aggressive sale schedule, and size of the Debtors' Chapter 11 case. EG's fees are commensurate with fees that other attorneys of comparable experience and expertise have charged and been awarded in similar Chapter 11 cases. Accordingly, EG's fees are reasonable pursuant to Section 330 of the Bankruptcy Code.

22.      Section 330(a)(1)(B) of the Bankruptcy Code permits reimbursement for actual, necessary expenses. EG's legal services and expenses incurred during the Application Period are set forth in this Application and constitute only those necessary expenses that were incurred for the benefit of the LTD Committee. EG has properly requested reimbursement of only actual, necessary and appropriate legal expenses.

23.      Except as permitted by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), no agreement or understanding exists between EG and/or any third person for the sharing or division of compensation. All of the services for which compensation is requested in this Application were rendered at the request of and solely on behalf of the LTD Committee.

24.      Pursuant to the standards set forth in Sections 330 and 331 of the Bankruptcy Code, EG submits that the compensation requested is for actual and necessary services and expenses, and is reasonable, based upon the nature, extent and value of such services, the time spent thereon, and the costs of comparable services in a case under the Bankruptcy Code.

25.      The time records annexed to this Application constitute only a general statement of the services rendered and time expended without description of the pressure and constraints under which EG actually rendered these services. The considerable challenges of this case have been attended to and managed by EG at all levels, promptly, expertly, and often to the exclusion

7

of the other matters in EG's office.  EG submits, therefore, that its fees and expenses were actually, necessary, reasonable and justified, and should be allowed in full.

## NOTICE AND NO PRIOR APPLICATION

26.     No trustee or examiner has been appointed in this Chapter 11 case.  Notice and service of this Application has been given to the Debtors; counsel to the Debtors; the UST; and counsel to the Official Committee of Unsecured Creditors pursuant to the Interim Compensation Order.  Pursuant to the Bankruptcy Rule 2002(a)(6), Notice of this Application has also been given to all parties requesting notices.  In light of the nature of the relief requested herein, EG submits that no further or other notice is required.

27.     No previous application for the relief sought herein has made to this or any other Court.

## VERIFICATION

28.     I am familiar with the work performed on behalf of the LTD Committee by the lawyers and paraprofessionals in the firm.

29.     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-2, and submit that the Application substantially complies with such Local Rule.

*Remainder of page intentionally left blank.*

8

WHEREFORE, EG requests that its Application for fees in the amount of $53,242.00 and expenses in the amount of $4,946.63 be allowed and that if no objections are filed, 80% of the requested fees in the amount of $42,593.60 and 100% of the amount of $4,946.63 be paid for reimbursement of actual and necessary costs and expenses incurred during the Application Period, and further requests such other and further relief as the court may deem just and proper.

Dated:  November 2, 2011
       Wilmington, Delaware

**ELLIOTT GREENLEAF**

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware  19801
Telephone:  (302) 384-9400
Facsimile:  (302) 384-9399
Email:  rxza@elliottgreenleaf.com
Email:  sak@elliottgreenleaf.com

*Counsel to the Official Committee of*
*Long Term Disability Participants*

Exhibit A

## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS
## RENDERING SERVICES FROM
## SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

| Name of Professional | Position | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Leonard A. Emiola | Paralegal | 8.4 Hrs | $200/hr | $1,680.00 |
| Kate A. Mahoney | Paralegal | 18.9 Hrs | $200/hr | $3,780.00 |
| Kristin McCloskey | Paralegal | 18.4 Hrs | $215/hr | $3,956.00 |
| Jim Stephens | Paralegal | 1.8 Hrs | $215/hr | $387.00 |
| Margaret S. Curran | Associate | 34.8 Hrs | $260/hr | $9,048.00 |
| Jonathan M. Stemerman | Associate | 0.3 Hrs | $350/hr | $105.00 |
| Shelley A. Kinsella | Counsel | 20.7 Hrs | $410/hr | $8,487.00 |
| Henry F. Siedzikowski | Shareholder | 2.8 Hrs | $565/hr | $1,582.00 |
| Rafael X. Zahralddin | Shareholder | 39.7 Hrs | $610/hr | $24,217.00 |

**Total:**      **145.80 Hrs**      **$53,242.00**

**Blended Rate:**      **$365.17/hour**

Exhibit B


www.elliottgreenleaf.com

ELLIOTT GREENLEAF
P.O. Box 3010
Blue Bell, Pennsylvania  19422
EIN #23-2617189

Allen K. Stout                                                    November 2, 2011
Nortel Networks                                                  Bill Number  104479
220 Athens Way
Suite 300                                                        File Number  60351-001

Nashville TN  37228-1304


**FOR PROFESSIONAL SERVICES RENDERED**

Re:  In re Nortel 09-10138(KG)


**LEGAL SERVICES**

Through   September 30, 2011


    <u>Meetings of and Communications with Creditors</u>

| Date | Init. | Description | Hours |
|------|-------|-------------|-------|
| 09/01/11 | RXZ | [B150-] Committee conference call | 1.00 Hrs |
| 09/01/11 | SAK | [B150-] Email from R. Zahralddin re 1102 Motion | 0.10 Hrs |
| 09/01/11 | RXZ | [B150-] Analyze open work issues related to 1102 motion and KCC retention and update drafts of related legal documents | 0.60 Hrs |
| 09/01/11 | RXZ | [B150-] Prepare draft of minutes and forward points to K. McCloskey to complete | 0.20 Hrs |
| 09/02/11 | SAK | [B150-] Multiple email exchanges with Committee members re 1102 Motion | 0.20 Hrs |
| 09/02/11 | SAK | [B150-] Email exchanges with R. Zahralddin and N. Voorhies re website issues | 0.20 Hrs |
| 09/02/11 | SAK | [B150-] Instructions from R. Zahralddin re filing of 1102 Motion (.2); finalize Motion (.4), Notice (.2) and Proposed form of Order (.2), and instructions to K. McCloskey re revisions and filing/service of the same (.1) | 1.10 Hrs |
| 09/02/11 | KAM | [B150-] Multiple emails from team re: 1102 motion approval/changes | 0.20 Hrs |
| 09/02/11 | KAM | [B150-] Supplement/finalize 1102 Motion | 0.30 Hrs |
| 09/02/11 | KAM | [B150-] File 1102 Motion | 0.30 Hrs |
| 09/02/11 | KAM | [B150-] Serve 1102 Motion | 0.60 Hrs |
| 09/02/11 | HFS | [B150-] Communications from Committee Members | 0.30 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 09/08/11 | SAK | [B150-] Supplement proposed 1102 Order pursuant to comments from Debtors and OCUC counsel (7); instructions to K. McCloskey re same (.1) | 0.80 Hrs |
| 09/08/11 | KAM | [B150-] Supplement Order to 1102 Motion | 0.60 Hrs |
| 09/09/11 | KM2 | [B150-] Supplement 1102 motion order | 0.60 Hrs |
| 09/12/11 | SAK | [B150-] Email from Debtors' counsel re further revisions to 1102 proposed form of Order (.1); revise accordingly and circulate (.1) | 0.20 Hrs |
| 09/16/11 | KAM | [B150-] Conference with K. Mahoney re: COC to 1102 motion | 0.10 Hrs |
| 09/16/11 | SAK | [B150-] Email exchange with M. Fleming re 1102 Order revisions | 0.20 Hrs |
| 09/16/11 | KM2 | [B150-] Prepare Certification of Counsel to 1102 Motion | 0.40 Hrs |
| 09/16/11 | KM2 | [B150-] Supplement order to 1102 motion | 0.20 Hrs |
| 09/16/11 | KM2 | [B150-] Prepare blackline of orders for 1102 motion | 0.20 Hrs |
| 09/19/11 | LAE | [B150-] Assist with service of COC to 1102 motion | 0.70 Hrs |
| 09/19/11 | SAK | [B150-] Finalize Certification of Counsel and revised Order re 1102 Motion (.2); instructions to K. Mahoney re same (.2) | 0.40 Hrs |
| 09/19/11 | KAM | [B150-] File COS to Certification of Counsel re: 1102 Motion and KCC Retention Application | 0.20 Hrs |
| 09/19/11 | KM2 | [B150-] Assist with service of certification of counsel re: 1102 Motion | 0.40 Hrs |
| 09/19/11 | KM2 | [B150-] Finalize certification of counsel re: 1102 motion | 0.20 Hrs |
| 09/19/11 | KM2 | [B150-] File certification of counsel re: 1102 Motion | 0.30 Hrs |
| 09/20/11 | SAK | [B150-] Analyze Order approving 1102 Motion | 0.10 Hrs |
| 09/20/11 | KM2 | [B150-] Analyze docket for signed order re: 1102 motion; circulate same | 0.20 Hrs |
| 09/21/11 | HFS | [B150-] Analyze Committee list of questions | 0.20 Hrs |
| 09/22/11 | MSC | [B150-] Attend telephone conference call with Committee | 0.50 Hrs |
| 09/22/11 | HFS | [B150-] Analyze questions from Committee members | 0.20 Hrs |
| 09/22/11 | RXZ | [B150-] Prepare for committee conference call | 0.80 Hrs |
| 09/22/11 | RXZ | [B150-] Committee Conference call | 1.90 Hrs |
| 09/23/11 | KM2 | [B150-] Prepare meeting minutes from September 22 conference call; confer with R. Zahralddin re: same | 0.40 Hrs |
| 09/23/11 | HFS | [B150-] Communications with Committee members and analyze Debtors response | 0.40 Hrs |
| 09/24/11 | RXZ | [B150-] Analyze issues with KCC website (.5) and related follow up with KCC team, B. Gallagher and S. Kinsella (.2) | 0.70 Hrs |
| 09/26/11 | SAK | [B150-] Instructions from R. Zahralddin re KCC website creation; multiple email exchanges with Committee members and K. Wagner re same | 0.40 Hrs |
| 09/26/11 | JS1 | [B150-] Conference call with KCC, B. Gallagher, and R. Zahralddin-Aravena re: web site contents and construction | 0.50 Hrs |
| 09/26/11 | KM2 | [B150-] Supplement minutes of committee meeting 9/22 per instructions from R. Zahralddin | 0.30 Hrs |
| 09/26/11 | RXZ | [B150-] Conference call with KCC, J. Stephens,  and B. Gallagher re: website | 0.50 Hrs |
| 09/26/11 | RXZ | [B150-] Finalize committee minutes from 9/22 and forward to committee with updated committee meeting requests re: 10/6 meeting | 0.40 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 09/26/11 | RXZ | [B150-] Analyze list from KCC re: documents for website (.2) e-mails and comments to S. Kinsella and K. Mahoney (.2) e-mails to B. Gallagher re: same (.1) | 0.50 Hrs |
|---|---|---|---|
| 09/27/11 | HFS | [B150-] Communications on next committee call and meeting with Debtors and coordinate with M. Curran | 0.30 Hrs |
| 09/29/11 | RXZ | [B150-] E-mails to and from Committee re: service issues | 0.30 Hrs |
| 09/29/11 | SAK | [B150-] Email exchange with Committee members re website/service issues | 0.20 Hrs |
| 09/29/11 | RXZ | [B150-] Calls from M. Curran re: preparation for committee conference call and update on document review | 0.50 Hrs |
| 09/29/11 | RXZ | [B150-] Finalize committee minutes for 8/18 (.3) and e-mail to client re: same (.1) | 0.40 Hrs |
| 09/30/11 | MSC | [B150-] Conference call with the Official Committee of Long-Term Disability Participants | 2.10 Hrs |
| 09/30/11 | RXZ | [B150-] Conference call with committee and committee professionals | 2.50 Hrs |
| 09/30/11 | SAK | [B150-] Committee telephone conference | 2.40 Hrs |
| 09/30/11 | SAK | [B150-] Multiple email exchanges with R. Zahralddin and K. Wagner re creation of KCC website and related matters | 0.50 Hrs |
| 09/30/11 | RXZ | [B150-] Prepare for committee conference call | 1.10 Hrs |
| 09/30/11 | RXZ | [B150-] E-mails to S. Kinsella re: meeting minutes | 0.20 Hrs |
| 09/30/11 | KM2 | [B150-] Finalize letter from LTD Official Committee to LTD Plan Participants re: 1102 Order | 0.20 Hrs |

| Meetings of and Communications with Creditors Totals | | | 29.30 Hrs | $12,753.00 |
|---|---|---|---|---|

EG Retention

| 09/01/11 | LAE | [B160-] Factual investigation re: supplemental affidavit in support of EG retention | 3.90 Hrs |
|---|---|---|---|
| 09/01/11 | KAM | [B160-] Emails from J. Kim, L. Beckerman and R. Zahralddin re: proposed Order to EG retention (.2); supplement Order and Certification of Counsel (.2) | 0.40 Hrs |
| 09/06/11 | LAE | [B160-] Factual investigation re: supplemental affidavit in support of EG retention | 0.60 Hrs |
| 09/06/11 | KAM | [B160-] Conference with K. Mahoney re: filed EG Retention Application and contact information | 0.10 Hrs |
| 09/06/11 | KM2 | [B160-] Meeting with L. Emiola re: supplemental affidavit in support of Elliott Greenleaf's retention | 0.10 Hrs |
| 09/07/11 | SAK | [B160-] Instructions to K. McCloskey re preparation of Certification of Counsel for Elliott Greenleaf's Retention Application | 0.10 Hrs |
| 09/08/11 | SAK | [B160-] Revise Elliott Greenleaf Retention Application Order pursuant to comments from Debtors and OCUC counsel (.2); instructions to K. McCloskey re same (.1) | 0.30 Hrs |
| 09/08/11 | KAM | [B160-] Email from S. Kinsella re: objections to EG retention application | 0.10 Hrs |
| 09/08/11 | KM2 | [B160-] Supplement certification of counsel and proposed order for Elliott Greenleaf's retention application | 0.50 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 09/12/11 | KM2 | [B160-] Confer with L. Emiola re: supplemental affidavit in support of Elliott Greenleaf's retention | 0.20 Hrs |
| 09/12/11 | SAK | [B160-] Finalize draft Certification of Counsel and revised Elliott Greenleaf Retention Application Order; circulate to Debtors and OCUC counsel for comment | 0.20 Hrs |
| 09/12/11 | SAK | [B160-] Finalize Certification of Counsel and proposed form of Order re Elliott Greenleaf Retention Application; instructions to K. Mahoney re filing and service of same | 0.20 Hrs |
| 09/12/11 | KAM | [B160-] Finalize COC and Order to EG Retention Application (.2); email to S. Kinsella re: same (.1) | 0.30 Hrs |
| 09/12/11 | KM2 | [B160-] Finalize certification of counsel to Elliott Greenleaf's retention application | 0.20 Hrs |
| 09/12/11 | KM2 | [B160-] File certification of counsel to Elliott Greenleaf's retention application | 0.20 Hrs |
| 09/12/11 | KM2 | [B160-] Phone calls with S. Kinsella re: certification of counsel to Elliott Greenleaf's retention application | 0.20 Hrs |
| 09/12/11 | KM2 | [B160-] Prepare notice of withdrawal of certification of counsel of Elliott Greenleaf retention application (0.1); file same (0.2) | 0.30 Hrs |
| 09/13/11 | KAM | [B160-] File COC re EG retention application order | 0.30 Hrs |
| 09/13/11 | KAM | [B160-] Serve COC re EG retention application order | 1.00 Hrs |
| 09/13/11 | LAE | [B160-] Assist with service of Certification of counsel to EG retention application | 0.20 Hrs |
| 09/13/11 | SAK | [B160-] Email exchange with J. Kim re further revisions to Elliott Greenleaf Retention Application; instructions to K. Mahoney re same | 0.20 Hrs |
| 09/13/11 | SAK | [B160-] Finalize Certification of Counsel re revised proposed form of Order re Elliott Greenleaf's retention | 0.10 Hrs |
| 09/13/11 | LAE | [B160-] Factual investigation re: supplemental affidavit in support of EG retention | 1.20 Hrs |
| 09/13/11 | KM2 | [B160-] Assist with service of CoC re: Elliott Greenleaf's retention | 0.30 Hrs |
| 09/13/11 | KM2 | [B160-] Analyze exhibit to supplemental affidavit in support of Elliott Greenleaf's retention | 0.30 Hrs |
| 09/20/11 | SAK | [B160-] Analyze Order approving Elliott Greenleaf's Retention Application | 0.10 Hrs |
| 09/20/11 | KM2 | [B160-] Analyze docket for signed order for EG retention application and circulate same | 0.20 Hrs |

|  | | | |
|---|---|---|---|
| EG Retention Totals | | 11.80 Hrs | $2,645.00 |

Employment & Retention Application Other

| | | | |
|---|---|---|---|
| 09/01/11 | KAM | [B165-] Telephone conference with R. Zahralddin re: KCC retention | 0.30 Hrs |
| 09/02/11 | KAM | [B165-] Multiple emails regarding Exhibits to KCC retention application, timing of filing of same | 0.30 Hrs |
| 09/02/11 | SAK | [B165-] Analyze fee schedules, et al. prepared by KCC | 0.20 Hrs |
| 09/02/11 | SAK | [B165-] Analyze draft KCC Declaration and email exchanges with N. Voorhies re same | 0.30 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 09/02/11 | SAK | [B165-] Analyze draft of KCC Retention Application and instructions to K. McCloskey re revisions to same | 0.40 Hrs |
| 09/02/11 | SAK | [B165-] Analyze draft of Notice re KCC Retention Application and instructions to K. McCloskey re revisions to same | 0.20 Hrs |
| 09/02/11 | SAK | [B165-] Analyze draft of proposed form of Order for KCC Retention Application and instructions to K. McCloskey re revisions to same | 0.20 Hrs |
| 09/02/11 | SAK | [B165-] Email exchanges with K. McCloskey and N. Voorhies re conflict check issues | 0.20 Hrs |
| 09/02/11 | SAK | [B165-] Instructions to K. McCloskey re preparation of Exhibits to KCC Retention Application | 0.20 Hrs |
| 09/02/11 | SAK | [B165-] Finalize KCC Retention Application, Notice and proposed form of Order (.4); email exchange with R. Zahralddin and instructions to K. McCloskey re filing and service of same (.1) | 0.50 Hrs |
| 09/02/11 | KAM | [B165-] Prepare Kurtzman Carson Consultants Retention Application, Notice,  and proposed Order | 2.30 Hrs |
| 09/02/11 | KAM | [B165-] Supplement and finalize Kurtzman Carson Consultants Retention Application, Notice,  and proposed Order | 0.50 Hrs |
| 09/02/11 | KAM | [B165-] Emails to/from KCC re: draft/comments to Kurtzman Carson Consultants Retention Application | 0.20 Hrs |
| 09/02/11 | KAM | [B165-] File Kurtzman Carson Consultants Retention Application | 0.30 Hrs |
| 09/02/11 | KAM | [B165-] Serve KCC Retention Application | 0.60 Hrs |
| 09/02/11 | KAM | [B165-] Multiple emails to/from R. Zahralddin re: KCC retention application | 0.20 Hrs |
| 09/06/11 | SAK | [B165-] Email exchange with K. Mahoney re filing of Exhibits | 0.10 Hrs |
| 09/06/11 | KAM | [B165-] Emails to/from S. Kinsella and committee members re: outstanding exhibits to KCC retention application | 0.20 Hrs |
| 09/06/11 | KAM | [B165-] Emails to/from S. Kinsella re: Exhibits to KCC retention application | 0.20 Hrs |
| 09/06/11 | KAM | [B165-] Supplement Drake Foster Affidavit to KCC retention application | 0.10 Hrs |
| 09/06/11 | KAM | [B165-] Emails to/from KCC re: Drake Foster Affidavit to KCC retention application | 0.20 Hrs |
| 09/06/11 | KAM | [B165-] Conference with K. Mahoney re: supplement to KCC Agreement | 0.20 Hrs |
| 09/06/11 | KAM | [B165-] Conference with K. Mahoney re: filing of additional exhibits to KCC Agreement | 0.20 Hrs |
| 09/06/11 | SAK | [B165-] Email exchange and telephone conference with N. Voorhies and B. Gallagher re KCC retention | 0.30 Hrs |
| 09/06/11 | SAK | [B165-] Instructions to K. McCloskey and K. Mahoney re preparation of KCC Retention Application Exhibits | 0.20 Hrs |
| 09/06/11 | SAK | [B165-] Finalize Exhibits to KCC Retention Application for filing | 0.20 Hrs |
| 09/06/11 | KAM | [B165-] Email to counsel and clients with filed 1102 Motion and KCC Retention Application | 0.10 Hrs |
| 09/07/11 | KM2 | [B165-] Prepare COS re: KCC retention application | 0.30 Hrs |
| 09/07/11 | KM2 | [B165-] Prepare COS re: Exhibits B and C to KCC Retention Application | 0.20 Hrs |
| 09/07/11 | KAM | [B165-] Emails to/from S. Kinsella re: Exhibit 1 to KCC Agreement | 0.10 Hrs |
| 09/07/11 | LAE | [B165-] Assist with exhibits to the KCC retention application | 0.70 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 09/07/11 | SAK | [B165-] Finalize Certificate of Service re 1102 and KCC Retention Application Motions | 0.20 Hrs |
|---|---|---|---|
| 09/07/11 | KAM | [B165-] Multiple emails to/from N. Voorhies and E. Gershbein re: signed KCC Agreement | 0.30 Hrs |
| 09/07/11 | KAM | [B165-] Finalize Exhibit 1 to Drake Affidavit | 0.30 Hrs |
| 09/07/11 | KAM | [B165-] File Exhibits B and C to KCC Retention Application | 0.30 Hrs |
| 09/07/11 | KAM | [B165-] Serve Exhibits B and C to KCC Retention Application | 1.00 Hrs |
| 09/08/11 | SAK | [B165-] Email exchange with L. Beckerman (OCUC) re KCC Retention Application | 0.20 Hrs |
| 09/08/11 | KAM | [B165-] Prepare Certification of Counsel re: KCC retention application order | 0.40 Hrs |
| 09/08/11 | KAM | [B165-] Supplement KCC retention application order | 0.20 Hrs |
| 09/08/11 | KAM | [B165-] Prepare blackline to KCC retention application order | 0.20 Hrs |
| 09/09/11 | RXZ | [B165-] Analyze issues related to approval of Alvarez and Marsal as financial advisors to the retiree committee (.4) e-mails to and from client and chair of committee (.3) calls and e-mails from counsel to the retiree committee re: same and follow up with EG staff (.4) | 1.10 Hrs |
| 09/09/11 | KM2 | [B165-] Supplement certification of counsel regarding KCC retention application; email with S. Kinsella re: same | 0.40 Hrs |
| 09/12/11 | LAE | [B165-] Prepare supplemental affidavit to EG retention application and Exhibits | 1.00 Hrs |
| 09/12/11 | SAK | [B165-] Finalize draft of KCC Retention Application proposed form of Order and circulate | 0.20 Hrs |
| 09/16/11 | KAM | [B165-] Conference with K. Mahoney re: COC to KCC retention | 0.10 Hrs |
| 09/16/11 | RXZ | [B165-] Analyze draft Engagement Letter and Indemnification Agreement from A&M forwarded by retiree committee | 0.70 Hrs |
| 09/19/11 | KM2 | [B165-] Finalize certification of counsel re: KCC retention | 0.20 Hrs |
| 09/19/11 | KM2 | [B165-] Email to Debtors' counsel re: filing certifications of counsel | 0.20 Hrs |
| 09/19/11 | SAK | [B165-] Finalize Certification of Counsel and revised proposed Order re KCC Retention Application (.2); instructions to K. Mahoney re same (.2) | 0.40 Hrs |
| 09/19/11 | KAM | [B165-] Prepare COS to Certification of Counsel re: 1102 Motion and KCC Retention Application | 0.20 Hrs |
| 09/19/11 | KM2 | [B165-] Assist with service of certification of counsel re: KCC retention application | 0.40 Hrs |
| 09/19/11 | KM2 | [B165-] File certification of counsel re: KCC retention | 0.30 Hrs |
| 09/20/11 | SAK | [B165-] Finalize Certificate of Service re Certification of Counsel for Certification of Counsel for KCC Retention Application and 1102 Motion | 0.10 Hrs |
| 09/20/11 | SAK | [B165-] Analyze Order approving KCC Retention Application | 0.10 Hrs |
| 09/20/11 | KM2 | [B165-] Analyze docket re: signed order for KCC retention and circulate | 0.20 Hrs |
| 09/20/11 | RXZ | [B165-] E-mails from retiree committee (.2) and analysis of documents related to A&M retention and engagement (.4) | 0.60 Hrs |
| 09/20/11 | KM2 | [B165-] Prepare email to Nortel LTD Committee re: status of orders and applications | 0.30 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 09/27/11 | RXZ | [B165-] Analyze A&M retention documents (.5) e-mails and calls to counsel for the retiree committee re: same (.3)  further analysis and notes re: same (.4) | 1.20 Hrs |
| 09/29/11 | RXZ | [B165-] Analyze comments to and from Debtors, UCC, and retiree committee counsel re: A&M retention documents | 0.70 Hrs |
| 09/29/11 | RXZ | [B165-] Analyze further comments to and from Debtors, UCC, and retiree committee counsel re: A&M retention documents | 0.50 Hrs |
| 09/29/11 | RXZ | [B165-] Analyze e-mails from retiree counsel re: UST comments to A&M retention documents | 0.30 Hrs |
| 09/29/11 | RXZ | [B165-] Analyze e-mails from retiree counsel re: UST comments to A&M retention documents | 0.20 Hrs |
| 09/29/11 | RXZ | [B165-] Communications with committee chair re: approval and related documents for A&M retention | 0.40 Hrs |

| | | |
|---|---|---|
| Employment & Retention Application Other Totals | 23.10 Hrs | $7,974.00 |

### EG Fee Applications

| | | | |
|---|---|---|---|
| 09/21/11 | KAM | [B170-] Analyze/supplement Exhibit B to EG 1st fee application | 1.30 Hrs |
| 09/21/11 | KAM | [B170-] Email from and conference with K. Mahoney re: Debtors' address re: fee applications | 0.20 Hrs |
| 09/21/11 | KM2 | [B170-] Email to and conference with K. McCloskey re: Debtors' address re: fee applications | 0.20 Hrs |
| 09/22/11 | KAM | [B170-] Conference with R. Zahralddin re: Exhibit B to EG's 1st fee application | 0.20 Hrs |

| | | |
|---|---|---|
| EG Fee Applications Totals | 1.90 Hrs | $405.50 |

### Fee Applications and Invoices - Other

| | | | |
|---|---|---|---|
| 09/19/11 | RXZ | [B175-] E-mail from committee re: reimbursements | 0.20 Hrs |
| 09/20/11 | SAK | [B175-] Email exchanges with co-counsel re Committee expense application draft | 0.10 Hrs |
| 09/20/11 | KAM | [B175-] Email from R. Zahralddin re: Committee Application for Reimbursement | 0.10 Hrs |
| 09/20/11 | KAM | [B175-] Prepare Application of the Official Committee of Long Term Disability Participants for Reimbursement of Expenses Incurred by Committee Members, Notice and COS to same | 2.60 Hrs |
| 09/20/11 | KAM | [B175-] Email to R. Zahralddin re: Application of the Official Committee of Long Term Disability Participants for Reimbursement of Expenses Incurred by Committee Members | 0.20 Hrs |
| 09/20/11 | RXZ | [B175-] E-mails from debtors re: committee professional's payment procedures and instructions to K. Mahoney re: same | 0.20 Hrs |
| 09/20/11 | RXZ | [B175-] Analyze draft of committee reimbursement application  (.3) and forward with summary memo and recommendation re: same to committee and committee professionals (.2) | 0.50 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | | |
|---|---|---|---|---|
| 09/21/11 | KAM | [B175-] Supplement Committee Reimbursement Application with updated debtor address | 0.10 Hrs | |
| | | Fee Applications and Invoices - Other Totals | 4.00 Hrs | $1,235.00 |

Employee Benefits/Pensions

| | | | |
|---|---|---|---|
| 09/01/11 | HFS | [B220-] Analyze language for SPD's sent by Committee members | 0.30 Hrs |
| 09/01/11 | JXS | [B220-] Email to S. Kinsella re: ERISA settlement | 0.10 Hrs |
| 09/06/11 | JXS | [B220-] Analyze letter from J. Austin re: potential LTD plan participant; email to R. Zahralddin and H. Siedzikowski re: same | 0.10 Hrs |
| 09/07/11 | MSC | [B220-] Analyze email communications from Committee requesting advices on medical plan language and whether language provides for vesting of benefits and advices on Nortel's recent settlement in another ERISA litigation involving its 401(k)(1.5); address question from Austin Law Firm regarding LTD benefits for a retiree represented by Austin Law Firm(.4); research for case law | 3.50 Hrs |
| 09/08/11 | MSC | [B220-] Continued legal research for case law ERISA                      and analyzed Nortel filings and settlement in the ERISA litigation against Nortel regarding its 401(k) plan | 2.20 Hrs |
| 09/09/11 | MSC | [B220-] Telephone call with R. Zahralddin regarding communication with Committee addressing its inquiry as to the Nortel settlement in the ERISA litigation | 0.10 Hrs |
| 09/09/11 | SAK | [B220-] Analyze M. Curran's email re ERISA issues and related correspondence | 0.20 Hrs |
| 09/09/11 | MSC | [B220-] Analyze Alvarez & Marsal proposal to Committee(.5); read and analyze Nortel's Petition to the Bankruptcy Court for approval of settlement of ERISA litigation(1.7) | 2.20 Hrs |
| 09/09/11 | MSC | [B220-] Prepare communication to Committee in response to its inquiry as to whether Nortel's settlement of the ERISA litigation (401(k) litigation) impacts the LTD claimants | 0.90 Hrs |
| 09/09/11 | HFS | [B220-] Analyze Committee questions | 0.40 Hrs |
| 09/12/11 | MSC | [B220-] Prepare email communication to R. Zahralddin and H. Siedzikowski to summarize effect of language found by Committee member in medical benefits summary plan description and whether such language creates a vested right in benefits and appropriate procedure through which information should be communicated to Committee | 0.70 Hrs |
| 09/12/11 | MSC | [B220-] Continued legal research .                      ' ERISA | 1.50 Hrs |
| 09/12/11 | KM2 | [B220-] Confer with R. Zahralddin re: Motion to Allow Discovery Pursuant to Rule 2004 (0.4); supplement Motion (1.2) | 1.60 Hrs |
| 09/12/11 | RXZ | [B220-] E-mail from M. Curran re: update on issues related to vesting of medical benefits (.2) analyze record and prepare reply (.1) | 0.30 Hrs |
| 09/13/11 | HFS | [B220-] Coordinate with M. Curran regarding response to Committee member on "vesting" | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 09/13/11 | MSC | [B220-] E-mail to Committee(.6) in response to question regarding impact of language found in medical benefits summary plan description and whether such language creates a vested benefit; confer with H. Siedzikowski regarding communication to Committee(.2) | 0.80 Hrs |
| 09/14/11 | RXZ | [B220-] E-mails to and from Prudential re: lists of LTD participants (.2) and updates to committee (.1) | 0.30 Hrs |
| 09/15/11 | MSC | [B220-] Research for ERISA's record keeping and reporting requirements to assist R. Zahralddin-Aravena in talks with Nortel's counsel regarding Nortel's production of roster of LTD claimants and draft email to R. Zahralddin advising of same | 1.00 Hrs |
| 09/16/11 | SAK | [B220-] Prepare memo re ERISA issues pursuant to instructions from R. Zahralddin | 1.60 Hrs |
| 09/16/11 | RXZ | [B220-] Committee calls and e-mails re: meeting with debtors and presentation of proposal (.5) analyze related issues with fiduciary duty obligations and information requests, call with M. Curran re: same  (.7) | 1.20 Hrs |
| 09/18/11 | RXZ | [B220-] Calls and e-mails re: preparation for meeting with debtors and retiree committee and related summary memos and recommendations re: same | 1.30 Hrs |
| 09/19/11 | RXZ | [B220-] Analysis of 2011 plan documents and letter from J. Kim (.4) and forward same to M. Curran for analysis and report (.2) | 0.60 Hrs |
| 09/19/11 | SAK | [B220-] Multiple email exchanges with Committee members and Debtors' counsel re upcoming meeting | 0.20 Hrs |
| 09/19/11 | MSC | [B220-] Analyze issue raised by Committee regarding LTD benefits and relation to pension and PBGC funds and prepare email responding to Committee's issue | 0.90 Hrs |
| 09/21/11 | SAK | [B220-] Instructions from R. Zahralddin re ERISA issues | 0.20 Hrs |
| 09/21/11 | SAK | [B220-] Analyze multiple documents forwarded by R. Zahralddin re ERISA issues | 0.60 Hrs |
| 09/21/11 | SAK | [B220-] Email exchange with Debtors' counsel re ERISA issues | 0.10 Hrs |
| 09/21/11 | MSC | [B220-] Analyze transcript from 6/21/11 hearing to determine context of statement made by counsel for the Creditor's Committee regarding Nortel's treatment of LTD claimants as active employees | 0.80 Hrs |
| 09/21/11 | RXZ | [B220-] E-mails with M. Curran re: Inference of LTD Fund Being Inclusive of Retirement Benefit and related follow up with committee | 0.40 Hrs |
| 09/21/11 | RXZ | [B220-] Analysis of materials forwarded by Debtors in response for request for information related to plans (1.7) Analysis and preparation of response letter to Debtors re: informal responses to discovery (.8) | 2.50 Hrs |
| 09/21/11 | RXZ | [B220-] Call with M. Curran and A. Togut re: plan issues and October 6 presentation (.8) follow up with M. Curran (.5) | 1.30 Hrs |
| 09/22/11 | KM2 | [B220-] Analyze docket for publicly available long-term disability benefit exhibits | 0.30 Hrs |
| 09/22/11 | SAK | [B220-] Analyze information forwarded by Debtors' counsel re benefit plans | 0.20 Hrs |
| 09/22/11 | SAK | [B220-] Analyze multiple email exchanges re plan issues | 0.40 Hrs |
| 09/23/11 | SAK | [B220-] Telephone conference with co-counsel re ERISA issues | 0.30 Hrs |
| 09/23/11 | RXZ | [B220-] E-mails from committee re: other benefit issues including 401(K) and related fiollow up with staff | 0.50 Hrs |
| 09/23/11 | RXZ | [B220-] Calls to Alavarez and Marsal re: evaluation of soft landing | 0.40 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 09/24/11 | RXZ | [B220-] Analyze and update research re: claims for LTD claimants | 1.30 Hrs | |
| 09/26/11 | SAK | [B220-] Multiple email exchanges with Committee members and M. Curran re plan issues | 0.20 Hrs | |
| 09/26/11 | MSC | [B220-] Legal research on Issue raised by debtor's counsel that because the LTD plan has been self-funded, there is no plan document other than the summary plan description | 1.60 Hrs | |
| 09/26/11 | RXZ | [B220-] E-mails to and from J. Kim re: 10/6 meeting | 0.20 Hrs | |
| 09/27/11 | SAK | [B220-] Multiple emails re plan documents | 0.20 Hrs | |

|  | | Employee Benefits/Pensions Totals | 33.70 Hrs | $13,175.50 |

### Court Hearings

| 09/02/11 | KAM | [B430-] Conference with L. Emiola re: Notice of Agenda | 0.10 Hrs | |
| 09/02/11 | SAK | [B430-] Multiple emails from L. Emiola re upcoming hearing deadlines | 0.10 Hrs | |
| 09/02/11 | LAE | [B430-] Email to R. Zahralddin, S. Kinsella and J. Stemerman re cancelled hearing | 0.10 Hrs | |
| 09/02/11 | KAM | [B430-] Conference with L. Emiola re: upcoming hearing dates | 0.10 Hrs | |
| 09/19/11 | SAK | [B430-] Analyze Notice of Agenda; confirm certifications of counsel included | 0.20 Hrs | |
| 09/19/11 | KM2 | [B430-] Analyze agenda; meeting with S. Kinsella and R. Zahralddin re: preparing for 9/21 hearing | 0.20 Hrs | |
| 09/20/11 | KM2 | [B430-] Prepare hearing binder for 9/21 hearing | 0.70 Hrs | |
| 09/20/11 | SAK | [B430-] Analyze Amended Notice of Agenda | 0.10 Hrs | |
| 09/20/11 | RXZ | [B430-] Hearing preparation and review of record | 1.20 Hrs | |
| 09/20/11 | RXZ | [B430-] Aanlyze amended agenda re 9/22 hearing | 0.10 Hrs | |
| 09/21/11 | KM2 | [B430-] Retrieve transcript from hearing 6/21; email re: same | 0.20 Hrs | |
| 09/21/11 | RXZ | [B430-] Analyze amended agenda and related follow up with K. Mahoney | 0.30 Hrs | |
| 09/27/11 | JS1 | [B430-] Conference with K. Mahoney re: agenda and hearings binder and deadline | 0.40 Hrs | |
| 09/28/11 | JS1 | [B430-] Initial examination of issues and documents for upcoming omnibus hearing | 0.90 Hrs | |

|  | | Court Hearings Totals | 4.70 Hrs | $1,702.50 |

### Litigation

| 09/01/11 | SAK | [B600-] Telephone conference and email exchange with R. Zahralddin re Committee conference call and discovery issues (.2); email exchanges with H. Siedzikowski re same (.2) | 0.40 Hrs | |
| 09/01/11 | SAK | [B600-] Telephone conference with counsel for Prudential re information requests (.2); email exchange with J. Stemerman (.1) and email to M. Ledwin re same (.1) | 0.40 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 09/12/11 | SAK | [B600-] Analyze latest draft of 2004 Motion; email exchange with R. Zahralddin re same | 0.30 Hrs |
|----------|-----|---------------------------------------------------------------------------------------|----------|
| 09/12/11 | SAK | [B600-] Case strategy conference with R. Zahralddin re discovery related matters | 0.40 Hrs |
| 09/12/11 | HFS | [B600-] Communications with Committee regarding discovery | 0.20 Hrs |
| 09/12/11 | KM2 | [B600-] Prepare Motion to Allow Discovery Pursuant to Rule 2004 (0.9), notice to same (0.3), and order to same (0.3) | 1.50 Hrs |
| 09/12/11 | KM2 | [B600-] Prepare Motion to Shorten for Motion to Allow Discovery Pursuant to Rule 2004 (0.8); prepare order to same (0.3) | 1.10 Hrs |
| 09/12/11 | KM2 | [B600-] Confer with R. Zahralddin re: motion to shorten (0.2); supplement motion to shorten to motion to allow discovery pursuant to Rule 2004 (0.8) | 1.00 Hrs |
| 09/12/11 | RXZ | [B600-] Update draft of motion to shorten time to submit 2004 exam (.3) update draft of motion for 2004 exam (.5) instructions to K. Mahoney and T. Snow re:  same (.2) | 1.00 Hrs |
| 09/12/11 | RXZ | [B600-] Calls to Debtors counsel re: discovery | 0.60 Hrs |
| 09/12/11 | RXZ | [B600-] Case Strategy meeting with S. Kinsella re: discovery (.4) and related analysis of record on communications re: information requests to the Debtors (.4) | 0.80 Hrs |
| 09/13/11 | SAK | [B600-] Email exchanges re 2004 Motion | 0.20 Hrs |
| 09/13/11 | RXZ | [B600-] Calls and e-mails to opposing counsel re: issues of timeline on negotiations, review of proposed discovery, and 2004 exam parameters | 0.50 Hrs |
| 09/13/11 | KM2 | [B600-] Supplement Motion Permitting Discovery Pursuant to Rule 2004 | 0.40 Hrs |
| 09/13/11 | KM2 | [B600-] Supplement Motion to Shorten for Motion Permitting Discovery Pursuant to Rule 2004 | 0.60 Hrs |
| 09/14/11 | SAK | [B600-] Email exchange with Debtors' counsel re 2004 Motion and related issues | 0.20 Hrs |
| 09/14/11 | SAK | [B600-] Email from M. Ledwin re requested LTD information from Prudential; email exchange with R. Zahralddin re same | 0.20 Hrs |
| 09/14/11 | HFS | [B600-] Communications with Committee members regarding information in Informal discovery | 0.30 Hrs |
| 09/14/11 | RXZ | [B600-] Meet and confer regarding information requests from the official committee of long term disability with Debtors counsel (1.3) related e-mails and calls with opposing counsel re: same (.6) | 1.90 Hrs |
| 09/14/11 | RXZ | [B600-] Prepare for call with Debtors on information request ( 8) analysis of record re: same (.4) | 1.20 Hrs |
| 09/14/11 | RXZ | [B600-] E-mails to committee re: inquiries on status of discovery | 0.20 Hrs |
| 09/15/11 | JXS | [B600-] Meeting with R. Zahralddin re: LTD information from Prudential | 0.10 Hrs |
| 09/15/11 | MSC | [B600-] Telephone call with R. Zahralddin regarding record keeping requirements of Nortel and its obligation to provide addresses of current LTD claimants | 0.20 Hrs |
| 09/15/11 | SAK | [B600-] Email exchange with Debtors' counsel re Prudential communications; conferences with R. Zahralddin and J. Stemerman re same | 0.20 Hrs |
| 09/16/11 | SAK | [B600-] Multiple email exchanges with Debtors' counsel re 2004 issues | 0.30 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/21/11 | MSC | [B600-] Telephone call with R. Zahralddin regarding status of Nortel LTD claimants in context of statement made by counsel for the Creditor's Committee at 6/21/11 hearing, including conference call with A. Togut regarding same | 1.30 Hrs |
| 09/21/11 | MSC | [B600-] Analyze documents produced by Nortel's counsel in response to discovery requests | 2.00 Hrs |
| 09/21/11 | RXZ | [B600-] Research and analysis re: fiduciary duty issues and informal discovery responses of debtor | 1.20 Hrs |
| 09/22/11 | SAK | [B600-] Conference with R. Zahralddin re discovery issues; email exchanges with Debtors' counsel re same | 0.40 Hrs |
| 09/22/11 | MSC | [B600-] Continued analysis of documents produced by counsel for Nortel and reviewed documents provided by B. Gallagher relating to LTD plans | 3.50 Hrs |
| 09/22/11 | RXZ | [B600-] Call with committee counsel re: document request issues and October 6 meeting with Debtors | 0.50 Hrs |
| 09/22/11 | RXZ | [B600-] Call with Margaret Curran re: document request issues, due diligence review and October 6 meeting with Debtors | 0.30 Hrs |
| 09/22/11 | RXZ | [B600-] Instructions to K. Mahoney re: information request and inventory of same | 0.40 Hrs |
| 09/23/11 | KM2 | [B600-] Email with LTD Committee professionals re: word versions of discovery requests; confer with R. Zahralddin re: same | 0.30 Hrs |
| 09/23/11 | MSC | [B600-] Telephone call with R. Zahralddin and S. Kinsella regarding review of documents and requests of Committee | 0.50 Hrs |
| 09/23/11 | RXZ | [B600-] Call with M. Curran and S. Kinsella re: questions regarding document production | 0.80 Hrs |
| 09/26/11 | MSC | [B600-] Begin preparing memorandum analyzing Nortel's initial document production, including development of action items, and analysis of documents provided by Committee members in the context of Nortel's document production | 2.00 Hrs |
| 09/27/11 | SAK | [B600-] Analyze                      decision and related documents | 0.30 Hrs |
| 09/27/11 | MSC | [B600-] Completed memorandum summarizing Nortel's document production and potential                      claim in preparation for October 6 meeting with debtor | 6.20 Hrs |
| 09/27/11 | KM2 | [B600-] Analyze discovery produced and documents available through public pleadings (0.6); prepare chart marking production received versus production requested (0.5) | 1.10 Hrs |
| 09/28/11 | SAK | [B600-] Analyze memo prepared by M. Curran re discovery documents production | 0.40 Hrs |
| 09/28/11 | MSC | [B600-] Supplement memorandum to R. Zahralddin regarding ERISA theories and Nortel's documents production | 0.30 Hrs |
| 09/30/11 | KM2 | [B600-] Meeting with R. Zahralddin re: document production from Debtors; sort and assemble same; email to R. Zahralddin, S. Kinsella, H. Siedzikowski and M. Curran re: same | 1.30 Hrs |
| 09/30/11 | SAK | [B600-] Email from K. Mahoney re multiple documents produced by Debtors | 0.10 Hrs |
| 09/30/11 | RXZ | [B600-] E-mail from D. David re: document request response and e-mail to M. Curran re: same | 0.20 Hrs |

Litigation Totals                                                                                      37.30 Hrs      $13,351.50

(Nortel) Official Committee of Long Term Disability Plan Participants

|  |  |  | TOTAL LEGAL SERVICES | $53,242.00 |
|---|---|---|---|---|

**LEGAL SERVICES SUMMARY**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Emiola, Leonard A | 8.40 Hrs | 200 /hr | $1,680.00 |
| Mahoney, Kate A. | 18.90 Hrs | 200 /hr | $3,780.00 |
| McCloskey, Kristin A. | 18.40 Hrs | 215 /hr | $3,956.00 |
| Stephens, Jim | 1.80 Hrs | 215 /hr | $367.00 |
| CURRAN, MARGARET S. | 34.80 Hrs | 260 /hr | $9,048.00 |
| Stemerman, Jonathan M. | 0.30 Hrs | 350 /hr | $105.00 |
| Kinsella, Shelley A. | 20.70 Hrs | 410 /hr | $8,487.00 |
| SIEDZIKOWSKI, Henry F. | 2.80 Hrs | 565 /hr | $1,582.00 |
| Zahralddin-Aravena, Rafael X. | 39.70 Hrs | 610 /hr | $24,217.00 |
|  | 145.80 Hrs |  | $53,242.00 |

**Reimbursement for out of pocket expenses**

COMPUTERIZED LEGAL RESEARCH

| 09/28/11 | [] WEST GROUP PAYMENT CTR (WESTLAW)---INV #823483227 DTD 09/01/11: WESTLAW LEGAL RESEARCH FOR THE PERIOD: AUG 01, 2011 - AUG 31, 2011 | 50.21 |  |
|---|---|---|---|
|  |  |  | $50.21 |

COPYING

| 09/02/11 | [] Copying | 147.00 |  |
|---|---|---|---|
| 09/02/11 | [] Copying | 554.40 |  |
| 09/07/11 | [] Copying | 413.00 |  |
| 09/07/11 | [] Copying | 584.10 |  |
| 09/12/11 | [] Copying | 147.20 |  |
| 09/13/11 | [] Copying | 208.00 |  |
| 09/13/11 | [] Copying | 257.40 |  |
| 09/19/11 | [] Copying | 399.20 |  |
| 09/19/11 | [] Copying | 248.40 |  |
|  |  |  | $2,958.70 |

DELIVERY/COURIER SERVICE

| 09/07/11 | [] RELIABLE WILMINGTON---INV #WL0289821 DTD 08/31/11: PROFESSIONAL SERVICES PERIOD: 08/31/11: 39 HD ON 8/24/11 FOR RXZ | 292.50 |
|---|---|---|

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | |
|---|---|---|
| 09/07/11 | [] RELIABLE WILMINGTON---INV #WL0289821 DTD 08/31/11: PROFESSIONAL SERVICES PERIOD: 08/31/11: 2 HD ON 8/25/11 FOR RXZ | 15.00 |
| 09/22/11 | [] RELIABLE WILMINGTON---INV #WL029220 DTD 09/19/11: PROFESSIONAL SERVICES PERIOD: 09/01-09/15/11: 18 HD'S ON 9/2/11 FOR SAK | 135.00 |
| 09/22/11 | [] RELIABLE WILMINGTON---INV #WL029220 DTD 09/19/11: PROFESSIONAL SERVICES PERIOD: 09/01-09/15/11: 30 HD'S ON 9/7/11 FOR SAK | 225.00 |
| 09/22/11 | [] RELIABLE WILMINGTON---INV #WL029220 DTD 09/19/11: PROFESSIONAL SERVICES PERIOD: 09/01-09/15/11: 42 HD'S ON 9/13/11 FOR SAK | 315.00 |

$982.50

POSTAGE

| | | |
|---|---|---|
| 09/02/11 | [] Postage | 322.64 |
| 09/07/11 | [] Postage | 256.56 |
| 09/13/11 | [] Postage | 172.80 |
| 09/19/11 | [] Postage | 203.22 |

$955.22

Total Reimbursement for out of pocket expenses     $4,946.63

TOTAL THIS BILL     $58,188.63

In re: Nortel Networks, Inc, et al.

**Task Billing Summary Page**

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138
     File Number 60351-001

|  | Previous Billed | Current Bill | Total |
|---|---|---|---|
| Case Administration | 235.00 | 0 | 235.00 |
| Meetings of and Communications with Cred. | 21,962.00 | 12,753.00 | 34,715.00 |
| EG Retention | 9,116.00 | 2,645.00 | 11,761.00 |
| Employment & Retention Application Other | 123.00 | 7,974.00 | 8,097.00 |
| EG Fee Applications | 0 | 405.50 | 405.50 |
| Fee Applications – Others | 0 | 1,235.00 | 1,235.00 |
| Employee Benefits/Pensions | 17,468.00 | 13,175.50 | 30,643.50 |
| Plan and Disclosure Statement | 1,057.00 | 0 | 1,057.00 |
| Court Hearings | 262.00 | 1,702.50 | 1,964.50 |
| Litigation | 9,481.50 | 13,351.50 | 22,833.00 |
| Total | $59,704.50 | 53,242.00 | 112,946.50 |

Exhibit C

**SUMMARY OF EXPENSES FOR THE PERIOD**
**SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011**

| Expense Category | Total Expenses |
| --- | --- |
| Copying[1] | $2,958.70 |
| Delivery/courier service | $982.50 |
| Computerized legal research | $50.21 |
| Postage | $955.22 |
| **TOTAL THIS BILL:** | **$4,946.63** |

---

[1] EG represents that its rate for duplication is $0.10 per page, consistent with the Local Rules and Guidelines. Detailed copy charges are listed in Exhibit B.

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|                                          |   |                          |
|------------------------------------------|---|--------------------------|
| In re:                                   | ) | Chapter 11               |
|                                          | ) |                          |
| Nortel Networks Inc., *et al.*,[1]       | ) | Case No. 09-10138 (KG)   |
|                                          | ) |                          |
|     Debtors.         | ) | (Jointly Administered)   |
|                                          | ) |                          |

### CERTIFICATE OF SERVICE REGARDING SECOND MONTHLY APPLICATION OF ELLIOTT GREENLEAF, COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES <u>FOR THE PERIOD SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011</u>

I, Shelley A. Kinsella, Esquire, counsel to the Official Committee of Long Term Disability Participants, hereby certify that I caused a copy of the Second Monthly Application of Elliott Greenleaf, counsel to the Official Committee of Long Term Disability Participants, for Compensation and Reimbursement of Expenses for the Period September 1, 2011 through September 30, 2011 (the "Application") to be served on all Notice Parties, as defined in the Interim Compensation Order (Docket No. 222) on November 2, 2011. I have caused a copy of the Notice of the Application to be served on November 2, 2011 upon the remaining parties listed on the attached service list in the manner listed.

DATED: November 2, 2011      **ELLIOTT GREENLEAF**

Shelley A. Kinsella (DE Bar No. 4023)

*Counsel to the Official Committee of Long Term Disability Participants*

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.