Exhibit 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: 11/30/2011 @ 4:00 PM** |
| | ) | **Hearing Date: Only if Objections Filed** |

### NOTICE OF THIRD MONTHLY APPLICATION OF ELLIOTT GREENLEAF, COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

TO:    The Notice Parties as defined in the *Administrative Order Pursuant to 11 U.S.C. §§ 105(A) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members* (the "Interim Compensation Order") (Docket No. 222). Parties receiving notice in the above-captioned matter pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") shall receive this Notice only.

PLEASE TAKE NOTICE that Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants in the above-captioned cases, has filed the **Third Monthly Application of Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants, for Compensation and Reimbursement of Expenses for the Period October 1, 2011 through October 31, 2011** (the "Application"). The Application seeks the allowance of fees in the amount of **$48,812.00** (80%, $39,049.60) and expenses in the amount of **$1,402.14** for the period **October 1, 2011 through and including October 31, 2011** and payment of 80% of fees in the amount of **$39,049.60** and 100% of the expenses in the amount of **$1,402.14** pursuant to the Interim Compensation Order. The Application has been filed and served on the Notice Parties pursuant to the Interim Compensation Order. Notice of the Application has been filed and served on all parties requesting notice pursuant to Bankruptcy Rule 2002.

PLEASE TAKE FURTHER NOTICE that Objections, if any, to the relief requested in the Application must be filed with the United States Bankruptcy Court, 824 N. Market Street, 3rd

---

[1]    The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Floor, Wilmington, Delaware 19801, on or **before November 30, 2011 at 4:00 p.m. (prevailing Eastern Time)**, and a copy served upon the following parties so as to be **received no later than 4:00 p.m. (prevailing Eastern Time) on November 30, 2011:**

(i) the Debtors, Nortel Networks Inc., 220 Athens Way, Suite 300, Nashville, Tennessee 37228-1304 (Attention: Allen K. Stout); (ii) Counsel for the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esquire); (iii) Local Counsel for the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19899-1347 (Attention: Derek C. Abbott, Esquire); (iv) Counsel to the Official Committee of Unsecured Creditors, Richards, Layton & Finger, P.A. 920 N. King Street, One Rodney Square Wilmington, Delaware 19801 (Attention: Christopher M. Samis, Esquire and Drew M. Sloan, Esquire; (v) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attention: Thomas P. Tinker, Esquire); (vi) Counsel for the Official Committee of Long Term Disability Plan Participants, Elliott Greenleaf, 1105 North Market Street, Suite 1700, Wilmington, Delaware 19801 (Attention: Rafael X. Zahralddin- Aravena); (vii) Counsel for the Official Committee of Retirees, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119 (Attention Albert Togut, Esquire); and (viii) Local Counsel for the Official Committee of Retirees, McCarter & English LLP, Renaissance Centre, 405 North King Street, 8th Floor, Wilmington, Delaware 19801 (Attention: William F. Taylor, Esquire) (collectively, the "Notice Parties").

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE INTERIM COMPENSATION ORDER, IF NO OBJECTIONS ARE FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE ABOVE-CAPTIONED DEBTORS WILL BE AUTHORIZED TO PAY EIGHTY PERCENT (80%) OF REQUESTED FEES AND ONE HUNDRED (100%) OF REQUESTED EXPENSES WITHOUT FURTHER COURT ORDER.

PLEASE TAKE FURTHER NOTICE THAT ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE PURSUANT TO THE INTERIM COMPENSATION ORDER, WILL A HEARING BE HELD ON THE APPLICATION.

Dated: November 10, 2011
      Wilmington, Delaware

**ELLIOTT GREENLEAF**

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

*Counsel to the Official Committee of*
*Long Term Disability Participants*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Objection Deadline: 11/30/2011 @ 4:00 PM** |
|  | ) | **Hearing Date: Only if Objections Filed** |

**THIRD MONTHLY APPLICATION OF ELLIOTT GREENLEAF,
COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY
PARTICIPANTS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| | |
|---|---|
| Name of Applicant: | Elliott Greenleaf |
| Authorized to Provide Professional Services to: | Official Committee of Long Term Disability Participants |
| Date of Retention: | *Nunc Pro Tunc* to August 2, 2011 |
| Period for which compensation and reimbursement is sought: | October 1, 2011 through October 31, 2011 |
| Amount of Compensation sought as actual, reasonable and necessary: | $48,812.00 (80%, $39,049.60) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,402.14 |

This is a: ___x__ monthly: ____ interim ____ final application

The total time expended for fee application preparation is approximately 5.0 hours and the corresponding compensation requested is approximately $1,075.00.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

If this is not the first application filed, disclose the following for each prior application:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 11/2/2011 | 8/2/2011- 8/31/2011 | $59,704.50 | $457.80 | | |
| 11/2/2011 | 9/1/2011- 9/30/2011 | $53,242.00 | $4,946.63 | | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: 11/30/2011 @ 4:00 PM** |
| | ) | **Hearing Date: Only if Objections Filed** |

**THIRD MONTHLY APPLICATION
OF ELLIOTT GREENLEAF, COUNSEL TO THE OFFICIAL
COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

Elliott Greenleaf ("EG"), counsel to the Official Committee of Long Term Disability Participants (the "LTD Committee") of the above-captioned debtors (the "Debtors"), hereby submits this *Third Monthly Application of Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants, for Compensation and Reimbursement of Expenses for the period October 1, 2011 through October 31, 2011* (the "Application"). In support thereof, EG respectfully represents as follows:

## BACKGROUND

1.      On January 14, 2009 (the "Petition Date"), the Debtors commenced their bankruptcy cases (the "Bankruptcy Cases") by filing voluntary petitions for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") in the

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

United States Bankruptcy Court for the District of Delaware (the "Court").

2.      The Debtors continue to operate its business and manage its property as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3.      On June 22, 2011, the Court ordered the appointment of the LTD Committee (Docket No. 5790).  The LTD Committee consists of the following members: Wendy Boswell Mann, Daniel D. David, Dianna L. Irish, Paul E. Morrison, Barbara Gallagher, Michael Stutts, and Deborah Jones.  *See Amended Notice of Appointment of Unsecured Creditors* (Docket No. 6080).

4.      On August 2, 2011, (the "Retention Date") the LTD Committee was formed and selected EG as counsel to the committee.

5.      Prior to the Retention Date, EG acted as counsel to Barbara Gallagher and 58 other disabled individuals who are participants in the long term disability plan of the Debtors.

## JURISDICTION AND VENUE

6.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  Venue of this proceeding and this Application is proper on this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (M).

7.      The statutory bases for relief requested herein are Sections 105(a), 330 and 331 of the Bankruptcy Code.

## TERMS AND CONDITIONS OF COMPENSATION OF EG

8.      Subject to Court approval, EG seeks payment for compensation on an hourly basis, plus reimbursement of actual, necessary expenses incurred by EG for the period commencing August 2, 2011 through and including October 31, 2011 (the "Application Period").

With the exception of copy charges (which are charged at lower rate), the rates charged by EG in this case do not materially differ from the rates charged to EG's non-bankruptcy clients and are lower in many cases.

9.     A summary of the hours spent, the names of each professional and paraprofessional rendering services to the LTD Committee during the Application Period, the regular customary billing rates and the total value of time incurred by each of the EG attorneys rendering services to the Committee is attached hereto as Exhibit A. A copy of the computer generated time entries reflecting the time recorded for these services, organized in project billing categories in accordance with the *United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (the "Guidelines"), is attached hereto as Exhibit B. A statement of expenses incurred by EG during the Application Period is also included in Exhibit C. All time entries and requested expenses are in compliance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").[2]

10.     On February 4, 2009, this Court entered the *Administrative Order Pursuant to U.S.C. §§ 105(A) and 331 Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members* (the "Interim Compensation Order") (Docket No. 222). Pursuant to the Interim Compensation Order, EG and other professionals retained in this case are authorized to file and to serve upon the Debtors and the parties identified in the Interim Compensation Order monthly fee applications (the "Monthly Fee Applications") of their fees and expenses. After the expiration of a twenty (20) day objection period, the Debtors are

---

[2] EG has also attempted to ensure that this Application complies with the Guidelines. To the extent that the Guidelines conflict with the Local Rules, in particular, Local Rule 2016-2, EG has chosen to comply with such Local Rule. EG will supplement this Application with additional detail or information upon request.

authorized to promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Application, unless an objection specifically objects to fees and/or expenses of a professional, or the Court orders otherwise.

11.    In accordance with the Interim Compensation Order, EG has filed and served upon the Notice Parties identified in the Interim Compensation Order this Application with respect to fees and expenses incurred during the Application Period; in the amount of $48,812.00 (80%, $39,049.60) in fees and in the amount of $1,402.14 in expenses.

12.    All services and costs for which compensation is requested by EG in this Application were reasonable and necessary and were performed for and on behalf of the LTD Committee during the Application Period.

## NARRATIVE SUMMARY OF SERVICES

13.    EG has rendered actual and necessary services on behalf of the LTD Committee and is requesting reasonable compensation for their services for the Application Period.  As noted above, a summary by project category is attached as Exhibit B,[3] as are detailed time entries organized by category and chronology within the categories.  EG has acted as the primary source for information and communication to and from the LTD Committee and Court, including collecting and preserving, in an electronic database, all relevant pleadings for the LTD Committee and the LTD Committee professionals.  In addition, EG has provided summaries, calendaring, and periodically distributed a memorandum of all statutory and procedural deadlines to the LTD Committee professionals and Chair of the Committee.

14.    EG has filed with the Court and assisted in preparation of all documents filed on behalf of the LTD Committee.  In its capacity as Counsel, EG has reviewed all relevant

---

[3] The time records have been redacted where necessary to preserve the attorney-client privilege and the LTD Committee's confidential litigation strategy.

4

pleadings in the above captioned Debtors' bankruptcy cases for deadlines. EG has reviewed all filings in the case to conform LTD Committee filings to the requirements of local practice and the applicable local rules and chambers procedures. EG has also provided substantive review of all Delaware case law in LTD Committee filings. EG has assisted the LTD Committee professionals in other substantive areas in which it has specific expertise beyond Delaware law, such as in the area of labor and employment law.

15.     EG has expertise in employment and labor law, with a specialty in healthcare and bankruptcy. As such, the LTD Committee has asked EG to review several employment and related compensation agreements for the purposes of identifying both possible causes of action and other non-litigation recoveries.

## COMPENSATION REQUESTED

16.     EG expended 125.1 hours during the Application Period in furtherance of its efforts on behalf of the LTD Committee. EG requests allowance of compensation in amount of $48,812.00 for legal services rendered during the Application Period at a blended hourly rate of $390.18. Pursuant to the Interim Compensation Order, EG requests payment of 80% of the total fees requested, or $39,049.60. None of the requested fees detailed herein have been paid.

## REIMBURSEMENT OF EXPENSES

17.     During the Application Period, EG incurred certain necessary expenses in rendering legal services to the LTD Committee as set forth in Exhibit C. Exhibit C sets forth in summary detail the expenses incurred during the Application Period (copies of invoices from EG's vendors are available for inspection upon request). Telecopying services completed in-house by EG were charged at $1.00 per page for outgoing facsimiles only. EG represents that its rate for duplication is $0.10 per page, consistent with the Local Rules and Guidelines. In order

to more efficiently handle the voluminous copying of pleadings served and filed in this case, EG on occasion retained third-party duplication service providers.  EG seeks reimbursement only for the actual expenses charged by such third-party service providers.  Finally, EG seeks reimbursement for computer assisted research, which is the actual cost of such charges, if any.

18.    EG seeks reimbursement for its reasonable, necessary and actual expenses incurred during the Application Period for the total amount of $1,402.14.

## LEGAL STANDARD

19.    Section 330(a)(l) of the Bankruptcy Code allows the payment of:

(A)    reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B)    reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).  Reasonableness of compensation is driven by the "market-driven approach" which considers the nature, extent and value of services provided by the professional and cost of comparable services in the non-bankruptcy contexts.  *See Zolfo Cooper & Co. v. Sunbeam-Oster Co.*, 50 F.3d 253, 258 (3d Cir. 1995); *In re Busy Beaver Building Ctr., Inc.*, 19 F.3d 833, 849 (3d Cir, 1994).  Thus, the "baseline rule is for films to receive their customary rates." *Zolfo Cooper*, 50 F.3d at 259.

20.    In accordance with its practices in non-bankruptcy matters, EG has calculated its compensation requested in their Application by applying the standard hourly rates.  EG's calculation is based upon hourly rates that are well within the range of rates that are charged by comparable firms in similar bankruptcy cases.  Accordingly, EG's rates should be determined to be reasonable under Section 330 of the Bankruptcy Code.

21.    EG's fees during the Application Period are also reasonable under the prevailing legal standard and should be allowed.  The amount of these fees is not unusual given the complexity, accelerated deadlines, aggressive sale schedule, and size of the Debtors' Chapter 11 case.  EG's fees are commensurate with fees that other attorneys of comparable experience and expertise have charged and been awarded in similar Chapter 11 cases.  Accordingly, EG's fees are reasonable pursuant to Section 330 of the Bankruptcy Code.

22.    Section 330(a)(1)(B) of the Bankruptcy Code permits reimbursement for actual, necessary expenses.  EG's legal services and expenses incurred during the Application Period are set forth in this Application and constitute only those necessary expenses that were incurred for the benefit of the LTD Committee.  EG has properly requested reimbursement of only actual, necessary and appropriate legal expenses.

23.    Except as permitted by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), no agreement or understanding exists between EG and/or any third person for the sharing or division of compensation.  All of the services for which compensation is requested in this Application were rendered at the request of and solely on behalf of the LTD Committee.

24.    Pursuant to the standards set forth in Sections 330 and 331 of the Bankruptcy Code, EG submits that the compensation requested is for actual and necessary services and expenses, and is reasonable, based upon the nature, extent and value of such services, the time spent thereon, and the costs of comparable services in a case under the Bankruptcy Code.

25.    The time records annexed to this Application constitute only a general statement of the services rendered and time expended without description of the pressure and constraints under which EG actually rendered these services.  The considerable challenges of this case have

7

been attended to and managed by EG at all levels, promptly, expertly, and often to the exclusion of the other matters in EG's office. EG submits, therefore, that its fees and expenses were actually, necessary, reasonable and justified, and should be allowed in full.

## NOTICE AND NO PRIOR APPLICATION

26.    No trustee or examiner has been appointed in this Chapter 11 case. Notice and service of this Application has been given to the Debtors; counsel to the Debtors; the UST; and counsel to the Official Committee of Unsecured Creditors pursuant to the Interim Compensation Order. Pursuant to the Bankruptcy Rule 2002(a)(6), Notice of this Application has also been given to all parties requesting notices. In light of the nature of the relief requested herein, EG submits that no further or other notice is required.

27.    No previous application for the relief sought herein has made to this or any other Court.

## VERIFICATION

28.    I am familiar with the work performed on behalf of the LTD Committee by the lawyers and paraprofessionals in the firm.

29.    I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-2, and submit that the Application substantially complies with such Local Rule.

*Remainder of page intentionally left blank.*

8

WHEREFORE, EG requests that its Application for fees in the amount of $48,812.00 and expenses in the amount of $1,402.14 be allowed and that if no objections are filed, 80% of the requested fees in the amount of $39,049.60 and 100% of the amount of $1,402.14 be paid for reimbursement of actual and necessary costs and expenses incurred during the Application Period, and further requests such other and further relief as the court may deem just and proper.

Dated: November 10, 2011
       Wilmington, Delaware

**ELLIOTT GREENLEAF**

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware  19801
Telephone:  (302) 384-9400
Facsimile:  (302) 384-9399
Email:  rxza@elliottgreenleaf.com
Email:  sak@elliottgreenleaf.com

*Counsel to the Official Committee of*
*Long Term Disability Participants*

Exhibit A

**SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS
RENDERING SERVICES FROM
OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| Name of Professional | Position | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Kate A. Mahoney | Paralegal | 11.9 Hrs | $200/hr | $2,380.00 |
| Kristin McCloskey | Paralegal | 8.4 Hrs | $215/hr | $1,806.00 |
| Jim Stephens | Paralegal | 19.2 Hrs | $215/hr | $4,128.00 |
| Theresa M. Snow | Paralegal | 1.1 Hrs | $215/hr | $236.50 |
| Margaret S. Curran | Associate | 15.6 Hrs | $260/hr | $4,056.00 |
| Shelley A. Kinsella | Counsel | 24.6 Hrs | $410/hr | $10,086.00 |
| Neil R. Lapinski | Counsel | 0.7 Hrs | $410/hr | $287.00 |
| Henry F. Siedzikowski | Shareholder | 0.7 Hrs | $565/hr | $395.50 |
| Rafael X. Zahralddin | Shareholder | 41.7 Hrs | $610/hr | $25,437.00 |
| Rafael X. Zahralddin | Shareholder | 1.2 Hrs | $610/hr | No charge |

| | | | | |
|---|---|---|---|---|
| **Total:** | | **125.1 Hrs** | | **$48,812.00** |
| **Blended Rate:** | | **$390.18/hour** | | |

Exhibit B

# Elliott Greenleaf

www.elliottgreenleaf.com

ELLIOTT GREENLEAF

P.O. Box 3010

Blue Bell, Pennsylvania  19422

EIN #23-2617189

Allen K. Stout
Nortel Networks
220 Athens Way
Suite 300

November 10, 2011

Bill Number  104592

File Number  60351-001

Nashville TN  37228-1304

**FOR PROFESSIONAL SERVICES RENDERED**

Re:  In re Nortel 09-10138(KG)

**LEGAL SERVICES**

Through   October 31, 2011

<u>Asset Disposition</u>

| | | | | |
|---|---|---|---|---|
| 10/31/11 | SAK | [B130-] Instructions from R. Zahralddin re  valuation | 0.20 Hrs | |
| | | Asset Disposition Totals | 0.20 Hrs | $82.00 |

<u>Meetings of and Communications with Creditors</u>

| | | | |
|---|---|---|---|
| 10/03/11 | JS1 | [B150-] Conference with R. Zahralddin regarding LTD website content, additions | 0.40 Hrs |
| 10/03/11 | SAK | [B150-] Telephone conference with K. Wagner re website setup; email exchanges re same | 0.20 Hrs |
| 10/03/11 | MSC | [B150-] Telephone call with LTD Committee member Dan David regarding language of plan document, letter he sent to Nortel requesting documents, and Nortel's response | 0.30 Hrs |
| 10/03/11 | JS1 | [B150-] Conference with K. Mahoney re: logo, web site additions, revisions to POC definitions | 0.30 Hrs |
| 10/03/11 | JS1 | [B150-] Analysis of correspondence regarding conference call with LTD committee, POC language and definitions in attachments to same in preparation for revisions inclusion on web site | 0.40 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 10/03/11 | JS1 | [B150-] Conference with S. Kinsella re: instructions re: LTD minutes, logo, FAQ, Web site launch, deadlines, upcoming meetings | 0.80 Hrs |
| 10/03/11 | KM2 | [B150-] Confer with T. Snow re: 10/6 meeting and preparations for telephonic/videophonic appearance to same | 0.30 Hrs |
| 10/04/11 | RXZ | [B150-] E-mails and questions from committee members re: 10/6 meeting (.9) calls and e-mails to A&M re: same (.3) follow up with staff re: logistics for meeting (.2) | 1.40 Hrs |
| 10/08/11 | RXZ | [B150-] (No charge) E-mails, follow up and related discussion with committee members re: consent to use e-mails for members of LTD creditor consituciency and website instructions | 1.20 Hrs |
| 10/10/11 | SAK | [B150-] Multiple emails re website inquiries; email exchange with R. Zahralddin re same | 0.40 Hrs |
| 10/11/11 | SAK | [B150-] Analyze multiple website inquiries | 0.20 Hrs |
| 10/11/11 | RXZ | [B150-] E-mails to and from Committee re: debriefing to committee members absent from meeting of debtors and creditors(.2) related follow up with J. Stephens (.1) | 0.30 Hrs |
| 10/14/11 | SAK | [B150-] Email from B. Gallagher re potential agenda for upcoming Committee conference call | 0.10 Hrs |
| 10/14/11 | JS1 | [B150-] Analyze emails regarding web inquiry | 0.20 Hrs |
| 10/17/11 | JS1 | [B150-] Analyze emails regarding web inquiries | 0.40 Hrs |
| 10/17/11 | KM2 | [B150-] Prepare meeting minutes for committee meeting held on 9/30/2011 | 0.50 Hrs |
| 10/18/11 | RXZ | [B150-] Committee conference call | 2.00 Hrs |
| 10/18/11 | RXZ | [B150-] Prepare for Committee conference call and review of creditor communication inquiries, website, and 1102 issues | 1.00 Hrs |
| 10/18/11 | SAK | [B150-] Telephone conference with Committee | 1.10 Hrs |
| 10/18/11 | MSC | [B150-] Attend telephone conference call with LTD Committee. | 1.00 Hrs |
| 10/20/11 | SAK | [B150-] Analyze multiple website inquiries and email exchange re same | 0.20 Hrs |
| 10/21/11 | RXZ | [B150-] Analyze FAQs for 1102 website and edit same | 0.60 Hrs |
| 10/21/11 | JS1 | [B150-] Analyze several emails regarding FAQ section of web site (.2), examination of current FAQ's (.2) | 0.40 Hrs |
| 10/21/11 | SAK | [B150-] Multiple email exchanges re website issues / inquiries | 0.40 Hrs |
| 10/21/11 | SAK | [B150-] Email exchange with R. Zahralddin re website FAQ section | 0.20 Hrs |
| 10/21/11 | JS1 | [B150-] Analyze several emails regarding on-line inquiries | 0.20 Hrs |
| 10/24/11 | JS1 | [B150-] Analyze emails regarding web inquiries of LTD members | 0.30 Hrs |
| 10/24/11 | RXZ | [B150-] E-mails to and from Committees re: LTD inquiries and confidentiality issues | 0.20 Hrs |
| 10/24/11 | RXZ | [B150-] Analyze e-mails from K. Mahoney summarizing agenda (.1) edit (.1) and instructions re: same and distribution to committee (.1) | 0.30 Hrs |
| 10/25/11 | RXZ | [B150-] Call from J. Rossi re: website, confidentiality issues and information from committee | 0.40 Hrs |
| 10/26/11 | SAK | [B150-] Meeting with R. Zahralddin re Committee communications with creditor constituency and related tasks | 0.40 Hrs |
| 10/26/11 | SAK | [B150-] Email exchanges re draft agenda for upcoming Committee conference call | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 10/26/11 | SAK | [B150-] Email from R. Zahralddin re preparation of Minutes; conference re same | 0.20 Hrs |
| 10/26/11 | RXZ | [B150-] Meeting with T. Snow regarding committee conference call agenda and organization | 0.10 Hrs |
| 10/26/11 | TMS | [B150-] Meeting with R. Zahralddin regarding instructions for agenda and organization of committee meeting | 0.10 Hrs |
| 10/26/11 | TMS | [B150-] Conference with committee chair, B. Gallagher, regarding agenda items and coordination of committee meeting | 0.10 Hrs |
| 10/26/11 | TMS | [B150-] Prepare agenda for October 28, 2011 committee meeting | 0.10 Hrs |
| 10/26/11 | RXZ | [B150-] Instructions to T. Snow re: committee conference call and proposed agenda | 0.20 Hrs |
| 10/26/11 | RXZ | [B150-] Analyze and update committee agenda and forward to T. Snow for handling | 0.20 Hrs |
| 10/26/11 | RXZ | [B150-] E-mails from committee members re: agenda items for conference call and replies | 0.30 Hrs |
| 10/27/11 | KM2 | [B150-] Prepare minutes from 10/18/11 conference call | 0.50 Hrs |
| 10/27/11 | SAK | [B150-] Revise Notice and letter drafts re LTD population and related issues (.4); multiple conferences and email exchanges with R. Zahralddin re same (.5) | 0.90 Hrs |
| 10/27/11 | SAK | [B150-] Email exchange with M. Curran re suggested revision to Notice / Letter | 0.20 Hrs |
| 10/27/11 | RXZ | [B150-] E-mail to committee from T. Snow re: website instructions from committee to LTDers | 0.10 Hrs |
| 10/27/11 | RXZ | [B150-] E-mail to committee re: letter to LTDers and meeting report to Debtors | 0.20 Hrs |
| 10/28/11 | SAK | [B150-] Prepare for upcoming Committee conference call (valuation and website related issues) | 0.80 Hrs |
| 10/28/11 | SAK | [B150-] Committee teleconference | 1.20 Hrs |
| 10/28/11 | SAK | [B150-] Teleconference with B. Gallagher and D. David re website issues | 0.20 Hrs |
| 10/28/11 | SAK | [B150-] Email exchange with Debtors' counsel re proposed amendment to 1102 Order | 0.20 Hrs |
| 10/28/11 | RXZ | [B150-] Prepare for call with A&M (.3) Analyze latest discovery cover letter and related notes and record in preparation for committee call (1.2) Pre-committee call with A&M (.5) committee call (1.1) | 4.10 Hrs |
| 10/28/11 | MSC | [B150-] Attend conference call of the Official Committee of LTD Participants. | 0.60 Hrs |
| 10/28/11 | KM2 | [B150-] Conference call with Committee (1.2); follow-up with R. Zahralddin re: minutes (0.1) | 1.30 Hrs |
| 10/31/11 | SAK | [B150-] Email exchange with KCC and Committee re website issues | 0.40 Hrs |
| 10/31/11 | RXZ | [B150-] Call from counsel to retiree re: website and information being forwarded by Debtors | 0.20 Hrs |
| 10/31/11 | KM2 | [B150-] Prepare meeting minutes from 10/28 committee call | 0.70 Hrs |

| | | |
|---|---|---|
| Meetings of and Communications with Creditors Totals | 29.20 Hrs | $12,100.50 |

EG Retention

(Nortel) Official Committee of Long Term Disability Plan Participants

| 10/04/11 | SAK | [B160-] Instructions from R. Zahralddin re preparing Supplemental Retention Application Declaration; conference with K. Mahoney re same | 0.20 Hrs | |
| 10/05/11 | KM2 | [B160-] Meeting with R. Zahralddin and S. Kinsella re: supplemental affidavit in support of Elliott Greenleaf retention | 0.10 Hrs | |
| 10/10/11 | KM2 | [B160-] Prepare supplemental affidavit in support of Elliott Greenleaf's retention | 0.50 Hrs | |
| 10/17/11 | KM2 | [B160-] Update supplemental affidavit for Elliott Greenleaf retention re: claims transfers | 0.30 Hrs | |
| 10/17/11 | KM2 | [B160-] Prepare exhibit to affidavit in support re: claims transfers | 1.10 Hrs | |
| 10/24/11 | RXZ | [B160-] Case meeting with K. Mahoney re: updated affidavit in support for EG retention and continuing disclosure obligations | 0.30 Hrs | |
| 10/24/11 | RXZ | [B160-] Analyze draft updated affidavit in support for EG retention and continuing disclosure obligations | 0.60 Hrs | |
| | | | | |
| | EG Retention Totals | | 3.10 Hrs | $1,031.00 |

Employment & Retention Application Other

| 10/05/11 | RXZ | [B165-] Analyze Draft A&M Engagement Letter, revisions and related e-mails between UCC Counsel, Retiree Committee Counsel and Debtors' Counsel | 0.50 Hrs | |
| 10/17/11 | SAK | [B165-] Analyze Order approving KCC's retention | 0.10 Hrs | |
| 10/24/11 | SAK | [B165-] Analyze Order approving retention of Alvarez & Marsal | 0.10 Hrs | |
| 10/24/11 | KM2 | [B165-] Analyze order authorizing retention of Alvarez & Marsal (0.2); distribute same (0.2) | 0.40 Hrs | |
| 10/24/11 | RXZ | [B165-] E-mail from K. Mahoney re: Alvarez order and forward reply (.1) e-mail from K. Mahoney re: committee communications (.1) | 0.20 Hrs | |
| 10/27/11 | RXZ | [B165-] E-mails to and from committee and related follow up with A&M re: analysis of proposals from Debtors (.3) possible proposal from (redact) [Humana] and preparation of requirements package (.4) | 0.70 Hrs | |
| | | | | |
| | Employment & Retention Application Other Totals | | 2.00 Hrs | $1,016.00 |

EG Fee Applications

| 10/04/11 | KAM | [B170-] Prepare EG's 1st fee application | 1.80 Hrs |
| 10/04/11 | KAM | [B170-] Prepare Notice to EG's 1st fee application | 0.40 Hrs |
| 10/04/11 | KAM | [B170-] Prepare cover page to EG's 1st fee application | 0.30 Hrs |
| 10/04/11 | KAM | [B170-] Prepare Exhibits A and C to EG's 1st fee application | 0.40 Hrs |
| 10/04/11 | KAM | [B170-] Prepare task billing page to EG's 1st fee application | 0.40 Hrs |
| 10/04/11 | KAM | [B170-] Prepare COS to EG's 1st fee application | 0.10 Hrs |
| 10/04/11 | SAK | [B170-] Conference with K. McCloskey re fee application preparations | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 10/04/11 | SAK | [B170-] Analyze draft of Elliott Greenleaf's 1st Monthly Fee Application, Notice, multiple Exhibits and Certificate of Service (.9); instructions to K. McCloskey re multiple revisions to same (.3) | 1.20 Hrs |
| 10/04/11 | SAK | [B170-] Conference with K. McCloskey and R. Zahralddin re reductions to Elliott Greenleaf's fee application | 0.20 Hrs |
| 10/05/11 | KAM | [B170-] Supplement EG's 1st fee application | 0.40 Hrs |
| 10/05/11 | KAM | [B170-] Conference with R. Zahralddin and S. Kinsella re: Exhibit B to EG 1st fee application | 0.30 Hrs |
| 10/07/11 | SAK | [B170-] Analyze and revise Elliott Greenleaf's billing entries (.8); conference with R. Zahralddin and K. McCloskey re same (.2) | 1.00 Hrs |
| 10/07/11 | SAK | [B170-] Research re fee application issue (.4); email to R. Zahralddin re same (.1) | 0.50 Hrs |
| 10/09/11 | KAM | [B170-] Analyze Exhibit B to EG's 2nd fee application | 1.60 Hrs |
| 10/10/11 | SAK | [B170-] Email exchange with K. McCloskey and R. Zahralddin re fee application preparation and instructions re same | 0.20 Hrs |
| 10/16/11 | KAM | [B170-] Supplement Exhibit B to EG 2nd fee application | 0.80 Hrs |
| 10/23/11 | KAM | [B170-] Supplement EG's 1st fee application | 0.30 Hrs |
| 10/27/11 | KM2 | [B170-] File Committee Expenses Application | 0.30 Hrs |
| 10/28/11 | SAK | [B170-] Supplement August 2011 billing detail and conference with K. McCloskey re redaction of same | 0.40 Hrs |
| 10/28/11 | RXZ | [B170-] E-mails from K. Mahoney re: fees issues and e-mail to committee re: fees and filing deadlines for committee counsel fees | 0.20 Hrs |
| 10/31/11 | KAM | [B170-] Prepare EG's 2nd fee application | 0.50 Hrs |
| 10/31/11 | KAM | [B170-] Prepare notice to EG's 2nd fee application | 0.20 Hrs |
| 10/31/11 | KAM | [B170-] Prepare cover page to EG's 2nd fee application | 0.20 Hrs |
| 10/31/11 | KAM | [B170-] Prepare Exhibit A to EG's 2nd fee application | 0.20 Hrs |
| 10/31/11 | KAM | [B170-] Prepare Exhibit C to EG's 2nd fee application | 0.10 Hrs |
| 10/31/11 | KAM | [B170-] Prepare COS to EG's 2nd fee application | 0.10 Hrs |
| 10/31/11 | KAM | [B170-] Prepare task billing page to EG's 2nd fee application | 0.30 Hrs |

|   |   |   |
|---|---|---|
| EG Fee Applications Totals | 12.60 Hrs | $3,505.00 |

Fee Applications and Invoices - Other

| | | | |
|---|---|---|---|
| 10/13/11 | RXZ | [B175-] Analyze 73rd monthly report of Ernst & Young and e-mails to K. Mahoney and R. Winters re: same | 0.20 Hrs |
| 10/14/11 | RXZ | [B175-] E-mail to committee members re: reimbursement of committee expenses | 0.10 Hrs |
| 10/18/11 | SAK | [B175-] Instructions to T. Snow re Committee expense reimbursement request | 0.20 Hrs |
| 10/27/11 | SAK | [B175-] Analyze Committee Reimbursement Application | 0.20 Hrs |
| 10/27/11 | RXZ | [B175-] Finalize committee reimbursement application paralegal draft (.4) instructions to K. Mahoney re: redaction of exhibits (personal identification information)(.2) analyze redactions and approve for filing (.2) | 0.80 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 10/31/11 | RXZ | [B175-] Call from B. Gallagher re: request for committee reimbursement and related e-mails (.1) and return call (.1) e-mails from D. David and B. Gallagher re: committee reimbursement (.2) | 0.40 Hrs | |
|---|---|---|---|---|

| | Fee Applications and Invoices - Other Totals | 1.90 Hrs | $1,079.00 |
|---|---|---|---|

### Business Operations

| 10/24/11 | RXZ | [B210-] E-mails from B. Gallagher re: Nortel Canada Compensation Claims Process (.1) analyze same (.2) and forward reply to B. Gallagher (.1) | 0.40 Hrs | |
|---|---|---|---|---|

| | Business Operations Totals | 0.40 Hrs | $244.00 |
|---|---|---|---|

### Employee Benefits/Pensions

| 10/03/11 | JS1 | [B220-] Initial analysis of Summary Plan Descriptions | 0.40 Hrs |
|---|---|---|---|
| 10/03/11 | SAK | [B220-] Instructions to K. Mahoney and T. Snow re preparations for upcoming meeting in NY with Debtors | 0.20 Hrs |
| 10/03/11 | TMS | [B220-] Coordinate meeting with Debtors' counsel | 0.20 Hrs |
| 10/04/11 | RXZ | [B220-] Analyze relevant recent decisions re: | 0.60 Hrs |
| 10/04/11 | SAK | [B220-] Multiple email exchanges re upcoming meeting preparations | 0.10 Hrs |
| 10/04/11 | TMS | [B220-] Coordinate meeting with Debtors' counsel | 0.20 Hrs |
| 10/05/11 | SAK | [B220-] Email exchange with R. Zahraldin re preparations for upcoming meeting with Debtors | 0.20 Hrs |
| 10/05/11 | SAK | [B220-] Conference with T. Snow re preparations for upcoming meeting | 0.10 Hrs |
| 10/05/11 | HFS | [B220-] Coordinate with M. Curran on NY Presentation | 0.30 Hrs |
| 10/05/11 | RXZ | [B220-] Prepare for meeting at Debtors' offices re: proposal and discussion | 5.00 Hrs |
| 10/05/11 | KM2 | [B220-] Assist with preparing R. Zahraldin for meeting with Debtors 10/8/11 | 0.30 Hrs |
| 10/06/11 | RXZ | [B220-] Analysis (.2) and Instructions to S. Kinsella, J. Stephens, and R. Winters re: fact gathering of impact of loss of benefits on LTD class (.2) | 0.40 Hrs |
| 10/06/11 | SAK | [B220-] Multiple telephone conferences and email exchanges with R. Zahraldin re upcoming meeting with Debtors (.2); participate in meeting telephonically (2.4); telephone conference with LTD Committee members and co-counsel re hearing proceedings (.4) | 3.00 Hrs |
| 10/06/11 | SAK | [B220-] Email exchange and conference with R. Zahralddin re meeting proceedings | 0.20 Hrs |
| 10/06/11 | MSC | [B220-] Travel to meeting at offices of Cleary Gottlieb regarding proposal to retirees and LTD participants for group medical coverage. | 3.00 Hrs |
| 10/06/11 | MSC | [B220-] Attend meeting at offices of Cleary Gottlieb regarding proposal to retirees and LTD participants for group medical coverage. | 5.00 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 10/06/11 | RXZ | [B220-] Prepare for meeting with Debtors (1.6) Meeting with Debtors, UCC, ad hoc bondholders, Mercer, Marsh, Aetna, and Retiree Committee regarding health care benefits and introduction to case for retiree and long term disability committee (5) meetings with committee and committee professionals before meeting (1.2) post meeting debriefing (.7) | 8.50 Hrs |
| 10/06/11 | RXZ | [B220-] Travel time to meeting with Debtors (2.5) travel time from meeting with Debtors (2.8)(billed at half time per local requirements) | 2.60 Hrs |
| 10/07/11 | HFS | [B220-] Follow-up with M. Curran on NY Meeting | 0.40 Hrs |
| 10/07/11 | RXZ | [B220-] Call with M. Curran re: document review | 0.30 Hrs |
| 10/07/11 | RXZ | [B220-] Analyze inquiry from J. Wadlow re: proof of claim issues (.1) and prepare and forward response (.4) | 0.50 Hrs |
| 10/10/11 | RXZ | [B220-] E-mails and analysis with R. Winters re: periodic report | 0.20 Hrs |
| 10/13/11 | SAK | [B220-] Email exchange with Debtors' counsel re coverage issues | 0.20 Hrs |
| 10/13/11 | SAK | [B220-] Analyze benefit proposal materials forwarded by Debtors and email summary from R. Zahralddin | 0.30 Hrs |
| 10/17/11 | KM2 | [B220-] Analyze motion to approve stipulation between NNI Bank and U.S. Bank with Respect to the Deferred Compensation Plan and related other documents; email to R. Zahralddin re: same | 0.80 Hrs |
| 10/20/11 | KM2 | [B220-] Email with Debtors counsel re: source material for FAS 112 documents | 0.20 Hrs |
| 10/21/11 | RXZ | [B220-] Multiple e-mails and discussion with committee re: termination of benefits date (.5) calls and e-mails to Debtors counsel (.2) analyze Debtors' response and forward to committee (.1) | 0.80 Hrs |
| 10/24/11 | RXZ | [B220-] E-mails from B. Gallagher re:  inquiry from LTD member re: transition from LTD to retiree, analyze and reply | 0.30 Hrs |
| 10/24/11 | RXZ | [B220-] E-mail from D. Irish re: progress on negotiations and reply | 0.10 Hrs |
| 10/25/11 | RXZ | [B220-] Call from R. Winters re: actuarial information and further analysis on demographics of LTD creditor constituency | 0.20 Hrs |
| 10/26/11 | RXZ | [B220-] Email from Debtors regarding use of census data | 0.10 Hrs |
| 10/26/11 | MSC | [B220-] Telephone conference call with RXZA and D. Greer of Alvarez & Marsal regarding the data prepared by Alvarez & Marsal breaking out LTD demographics and benefit information and open issues relating to collection of data and other information to determine benefits due to LTD group. | 0.60 Hrs |
| 10/26/11 | RXZ | [B220-] E-mails to and from D. Greer re: census information (.2) call re: same with D. Greer (M. Curran joined call) (.8) calls to Debtors re: professional eyes only designation and basis for same (.2) analyze file and record and e-mail memo and instructions to J. Stephens and N. Lapinski re: update on exhibits for memo to client on status of informal exchange of requested information and document production under 2004 meet and confer (.2) | 1.40 Hrs |
| 10/27/11 | MSC | [B220-] In preparation of conference call with Alvarez & Marsal and LTD Committee, analyzed documents produced by Nortel to identify missing documents and information needed to determine benefits to LTD group. | 3.40 Hrs |
| 10/27/11 | RXZ | [B220-] E-mails and related follow up with S. Kinsella, T. Snow, and  re: contact with LTD creditor constituency (.2) and review of materials forwarded by Debtors (.3) | 0.50 Hrs |
| 10/28/11 | SAK | [B220-] Email exchange with Debtors' counsel re proposed meeting | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | | |
|---|---|---|---|---|
| | | Employee Benefits/Pensions Totals | 40.80 Hrs | $18,907.50 |

### Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| 10/05/11 | SAK | [B310-] Email from R. Zahralddin re claim issues | 0.20 Hrs | |
| 10/10/11 | SAK | [B310-] Email from D. David re valuation issue | 0.10 Hrs | |
| 10/28/11 | SAK | [B310-] Telephone conference with D. Greer re valuation and related issues (.3); conference with R. Zahralddin re same (.2) | 0.50 Hrs | |
| | | Claims Administration and Objections Totals | 0.80 Hrs | $328.00 |

### Court Hearings

| | | | | |
|---|---|---|---|---|
| 10/04/11 | KM2 | [B430-] Update critical dates memo re: new omnibus hearing dates and deadlines related thereto; confer with R. Zahralddin re: same | 0.70 Hrs | |
| 10/04/11 | JS1 | [B430-] Examination of omnibus scheduling order and confer with K. Mahoney re: critical dates, deadlines | 0.20 Hrs | |
| 10/04/11 | RXZ | [B430-] E-mail to paralegals re: omnibus hearing dates | 0.10 Hrs | |
| 10/05/11 | KM2 | [B430-] Update critical dates memo re: hearing scheduled for 10/19 (0.6); analyze docket re: same (0.5); confer with R. Zahralddin re: same (0.2) | 1.30 Hrs | |
| 10/05/11 | SAK | [B430-] Instructions to K. Mahoney re change of hearing date | 0.10 Hrs | |
| 10/05/11 | SAK | [B430-] Analyze memo from K. Mahoney re upcoming deadlines and related hearing matters | 0.20 Hrs | |
| 10/12/11 | SAK | [B430-] Analyze Notice of Agenda | 0.20 Hrs | |
| 10/18/11 | SAK | [B430-] Email exchange with J. Stemerman re upcoming hearing | 0.20 Hrs | |
| 10/18/11 | KM2 | [B430-] Confer with J. Stemerman re: matters going forward at next hearing; emails re: same | 0.40 Hrs | |
| 10/24/11 | SAK | [B430-] Analyze Notice of Agenda | 0.10 Hrs | |
| 10/24/11 | SAK | [B430-] Analyze Amended Agenda: Hearing cancelled | 0.10 Hrs | |
| 10/24/11 | KM2 | [B430-] Analyze agenda for hearing 10-26-11 (0.3); confer with R. Zahralddin re: same (0.1); distribute same (0.2) | 0.60 Hrs | |
| 10/24/11 | KM2 | [B430-] Analyze amended agenda cancelling 10/26 hearing (0.2); distribute same (0.2) | 0.40 Hrs | |
| | | Court Hearings Totals | 4.60 Hrs | $1,153.00 |

### Litigation

| | | | | |
|---|---|---|---|---|
| 10/03/11 | JS1 | [B600-] Analysis of all discovery requests (.5), motions (.4), emails (.4) and pleadings (.4) that have accompanying production of documents; prepare detailed log (.9) of same with deadlines, status, needs, confidentiality, public record - in preparation for upcoming meetings and deadlines. Conferences with K. Mahoney (.2) and R. Zahralddin (.1) re: same | 2.90 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 10/03/11 | JS1 | [B600-] Analyzed additional correspondence and discovery materials and supplemented Discovery Log, including conference w/ Kate Mahoney re: same | 0.70 Hrs |
| 10/03/11 | JS1 | [B600-] Conference with R. Zahralddin re: instructions pertaining to discovery, fact finding, memo needed in preparation for upcoming meeting with committee. | 0.40 Hrs |
| 10/03/11 | JS1 | [B600-] Conference with R. Zahralddin re: Motion to Discontinue, fact finding, deadlines | 0.40 Hrs |
| 10/03/11 | JS1 | [B600-] Analysis of FAQ for making additions, confer with K. Mahoney re: same | 0.40 Hrs |
| 10/03/11 | JS1 | [B600-] Conference with R. Zahralddin re: instructions pertaining to Proof of Claim submissions, updated LTD info, email regarding website | 0.20 Hrs |
| 10/03/11 | KM2 | [B600-] Confer with J. Stephens re: discovery documents | 0.20 Hrs |
| 10/04/11 | KM2 | [B600-] Confer with J. Stephens re: discovery responses from Debtors | 0.30 Hrs |
| 10/04/11 | JS1 | [B600-] Conference with R. Zahralddin re: research into exclusivity motion | 0.20 Hrs |
| 10/04/11 | JS1 | [B600-] Continued analysis of all discovery (over 2,500 pages) requested, received, correspondence, cross referencing, additions to log, conference with K. Mahoney, and subsequently R. Zahralddin re: same | 2.20 Hrs |
| 10/04/11 | RXZ | [B600-] Analyze discovery log prepared by J. Stephens related to 2004 request following meet and confer and related record | 0.70 Hrs |
| 10/06/11 | JS1 | [B600-] Further fact finding and review of discovery, made subsequent additions to discovery log | 0.70 Hrs |
| 10/07/11 | JS1 | [B600-] Analyze email from M. Stutts re: LTD | 0.10 Hrs |
| 10/07/11 | JS1 | [B600-] email to and from with M. Curran re: discovery requests and documents received | 0.10 Hrs |
| 10/07/11 | JS1 | [B600-] Additional supplements to Discovery log | 0.50 Hrs |
| 10/10/11 | JS1 | [B600-] Anaylze email from M. Curran re: discovery log | 0.20 Hrs |
| 10/10/11 | JS1 | [B600-] Analyze emails from M. Curran (.2); further examination of all discovery documents received (.7) re: log and memo; conference with R. Zahralddin (.3); T. Snow (.3) re: same | 1.60 Hrs |
| 10/10/11 | JS1 | [B600-] Analyze several email inquiries, confer with T. Snow re: same | 0.40 Hrs |
| 10/10/11 | MSC | [B600-] Analyzed log of Nortel document production to identify categories of documents not yet produced and categories of documents still needed for assessment of LTD participants' claims. | 0.70 Hrs |
| 10/11/11 | JS1 | [B600-] Conference with T. Snow re: discovery log | 0.40 Hrs |
| 10/11/11 | SAK | [B600-] Email exchange with J. Stephens and M. Curran re discovery issues (.2); review re same (1.4) | 1.60 Hrs |
| 10/11/11 | JS1 | [B600-] Gather and assemble all hard copy documents relevant to discovery log | 0.70 Hrs |
| 10/11/11 | JS1 | [B600-] Initial cross reference of M. Curran's email with log to date in preparation for further analysis, integration, and memoranda on discovery | 0.40 Hrs |
| 10/11/11 | JS1 | [B600-] Analysis of documents and conference regarding discovery with T. Snow | 0.60 Hrs |
| 10/11/11 | JS1 | [B600-] Analyze and send emails with downloaded attachments to and from M. Curran, R. Zahralddin, and S. Kinsella regarding discovery log, supplements | 0.40 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 10/11/11 | JS1 | [B600-] Confer with K. Mahoney re: discovery log additions | 0.20 Hrs |
| 10/11/11 | TMS | [B600-] Conference with J. Stephens regarding document production | 0.20 Hrs |
| 10/11/11 | RXZ | [B600-] E-mails from M. Curran and S. Kinsella re: document review | 0.30 Hrs |
| 10/12/11 | SAK | [B600-] Email exchange with Debtors' counsel re discovery issues | 0.20 Hrs |
| 10/13/11 | SAK | [B600-] Conference with J. Stephens re discovery | 0.40 Hrs |
| 10/14/11 | RXZ | [B600-] E-mail re: document production from J. Kim and related correspondence (.2) e-mails to and from committee and financial advisor to committee re: same (.2) e-mails to and from counsel to retiree committee re: same (.1) | 0.50 Hrs |
| 10/17/11 | SAK | [B600-] Email from M. Curran re discovery matters; email from Committee members re same | 0.30 Hrs |
| 10/17/11 | MSC | [B600-] Analyze 10/14/11 letter from attorney J. Kim of Cleary Gottlieb identifying additional documents produced on behalf of Nortel. | 0.20 Hrs |
| 10/17/11 | KM2 | [B600-] Analyze documents produced by Debtors re: confidentiality; emails with R. Zahraldin re: same | 0.50 Hrs |
| 10/18/11 | RXZ | [B600-] Analyze document production received on 10/17 | 1.40 Hrs |
| 10/19/11 | MSC | [B600-] Analyze of Excel spreadsheets and census data provided by Nortel regarding the LTD claimants. | 0.80 Hrs |
| 10/24/11 | JS1 | [B600-] Analyze emails regarding discovery, additions to discovery log, conference with R. Zahraldin re: status of same | 1.50 Hrs |
| 10/25/11 | SAK | [B600-] Email to J. Stephens re discovery matter | 0.10 Hrs |
| 10/26/11 | SAK | [B600-] Instructions from R. Zahraldin re valuation issues | 0.30 Hrs |
| 10/26/11 | SAK | [B600-] Email exchange with M. Curran re Retiree Medical Plan SPD; instructions to J. Stephens and K. Mahoney re same | 0.20 Hrs |
| 10/26/11 | SAK | [B600-] Email exchange with Debtors' counsel re conference issues | 0.20 Hrs |
| 10/26/11 | RXZ | [B600-] Calls and e-mails re: status of document production (.4) case strategy meeting with N. Lapinski and J. Stephens re: inventory of documents received via 2004 meet and confer (.3) | 0.70 Hrs |
| 10/26/11 | NRL | [B600-] Confer with J. Stephens and K. Mahoney regarding discovery status (.4); analyze and revise production chart (.3) | 0.70 Hrs |
| 10/27/11 | SAK | [B600-] Email from J. Kim with discovery documents attached; multiple email exchanges re same | 0.30 Hrs |
| 10/27/11 | SAK | [B600-] Email exchange with N. Lapinski and R. Zahraldin re status of discovery review and distribution of related work | 0.20 Hrs |
| 10/27/11 | SAK | [B600-] Multiple email exchanges re confidential discovery issues; review documents re same | 0.80 Hrs |
| 10/27/11 | SAK | [B600-] Analyze litigation analysis prepared by M. Curran and email re same | 0.20 Hrs |
| 10/27/11 | RXZ | [B600-] Further e-mails from J. Kim re: additional document production and analysis of correspondence re: same (.3) follow up with EG team and A&M re: same (.2) | 0.50 Hrs |
| 10/28/11 | SAK | [B600-] Conference with N. Lapinski re discovery issues (.1); preliminary review of documents prepared by J. Stephens and instructions to T. Snow re confirmation and completion of same (.4) | 0.50 Hrs |
| 10/28/11 | TMS | [B600-] Update discovery log | 0.10 Hrs |
| 10/28/11 | KM2 | [B600-] Emails with R. Winters and D. Greer re: discovery received | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 10/31/11 | SAK | [B600-] Multiple email exchanges with T. Snow re potential discovery log issues | 0.20 Hrs |
| 10/31/11 | SAK | [B600-] Analyze discovery documents with T. Snow and multiple conferences re same | 0.50 Hrs |
| 10/31/11 | SAK | [B600-] Email exchange and telephone call to M. Curran re discovery issues | 0.20 Hrs |
| 10/31/11 | TMS | [B600-] Meeting with S. Kinsella regarding discovery | 0.10 Hrs |

| | | |
|---|---|---|
| Litigation Totals | 29.50 Hrs | $9,366.00 |

| | |
|---|---|
| TOTAL LEGAL SERVICES | $48,812.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| Zahralddin-Aravena, Rafael X. | 1.20 Hrs | 0 /hr | $0.00 |
| Mahoney, Kate A. | 11.90 Hrs | 200 /hr | $2,380.00 |
| McCloskey, Kristin A. | 8.40 Hrs | 215 /hr | $1,806.00 |
| Snow, Theresa M | 1.10 Hrs | 215 /hr | $236.50 |
| Stephens, Jim | 19.20 Hrs | 215 /hr | $4,128.00 |
| CURRAN, MARGARET S. | 15.60 Hrs | 260 /hr | $4,056.00 |
| Kinsella, Shelley A. | 24.60 Hrs | 410 /hr | $10,086.00 |
| Lapinski, Neil R. | 0.70 Hrs | 410 /hr | $287.00 |
| SIEDZIKOWSKI, Henry F. | 0.70 Hrs | 565 /hr | $395.50 |
| Zahralddin-Aravena, Rafael X. | 41.70 Hrs | 610 /hr | $25,437.00 |
| | 125.10 Hrs | | $48,812.00 |

**Reimbursement for out of pocket expenses**

COMPUTERIZED LEGAL RESEARCH

| | | |
|---|---|---|
| 10/25/11 | [] WEST GROUP PAYMENT CTR (WESTLAW)---INV #82366893 DTD 10/01/11: WESTLAW LEGAL RESEARCH FOR THE PERIOD: SEP 01, 2011 - SEP 30, 2011 | 29.27 |
| | | $29.27 |

COPYING

| | | |
|---|---|---|
| 10/27/11 | [] Device Cost | 7.50 |
| 10/28/11 | [] Device Cost | 10.80 |
| 10/28/11 | [] Device Cost | 42.00 |
| 10/28/11 | [] Device Cost | 10.00 |
| | | $70.30 |

DELIVERY/COURIER SERVICE

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | |
|---|---|---|
| 10/06/11 | [] RELIABLE WILMINGTON---INV #WL029496 DTD 09/30/11 PROFESSIONAL SERVICE PERIOD: 09/16-09/30/11 37 HAND DELIVERIES ON 09/19/11 SAK | 277.50 |
| | | $277.50 |

**DOCKETS**

| | | |
|---|---|---|
| 10/20/11 | [] PACER SERVICE CENTER (DE)---INV # 07/01/11-09/30/11 DTD 10/04/11: DOCKET RETRIEVAL FOR THE PERIOD: 07/01/11-09/30/11 | 73.04 |
| | | $73.04 |

**DOCKETS**

| | | |
|---|---|---|
| 10/24/11 | [] PACER SERVICE CENTER (BB)---INV # 07/01/11-09/30/11 DTD 10/04/11: DOCKET RETRIEVAL FOR THE PERIOD: 07/01/11-09/30/11 | 27.44 |
| | | $27.44 |

**PARKING**

| | | |
|---|---|---|
| 10/21/11 | [] RXZ---INV #10/06/11 RXZ DTD 10/07/11 MEETING IN NEW YORK WITH DEBTORS COUNSEL | 10.00 |
| | | $10.00 |

**TAXI**

| | | |
|---|---|---|
| 10/21/11 | [] RXZ---INV #10/06/11 RXZ DTD 10/07/11 MEETING IN NEW YORK WITH DEBTORS COUNSEL | 22.60 |
| | | $22.60 |

**TELEPHONE**

| | | |
|---|---|---|
| 10/25/11 | [] THE CONFERENCE GROUP, LLC---INV#SEPT 2011 DTD 10/01/11 CONFERENCE CALL FEES ON 09/01/11 | 32.93 |
| 10/25/11 | [] THE CONFERENCE GROUP, LLC---INV#SEPT 2011 DTD 10/01/11 CONFERENCE CALL FEES ON 09/12/11 | 48.68 |
| 10/25/11 | [] THE CONFERENCE GROUP, LLC---INV#SEPT 2011 DTD 10/01/11 CONFERENCE CALL FEES ON 09/22/11 | 47.18 |
| 10/25/11 | [] THE CONFERENCE GROUP, LLC---INV#SEPT 2011 DTD 10/01/11 CONFERENCE CALL FEES ON 09/26/11 | 5.65 |
| 10/25/11 | [] THE CONFERENCE GROUP, LLC---INV#SEPT 2011 DTD 10/01/11 CONFERENCE CALL FEES ON 09/30/11 | 74.28 |
| 10/27/11 | [] THE CONFERENCE GROUP, LLC---INV#JUL 2011 DTD 08/01/11 DE CONFERENCE CALL FEES FOR THE PERIOD:07/01-07/31/11 CONFERENCE ON 07/11/11 | 14.89 |
| 10/27/11 | [] THE CONFERENCE GROUP, LLC---INV#AUG 2011 DTD 09/01/11 DE CONFERENCE CALL FEES FOR THE PERIOD:08/01-08/31/11 CONFERENCE ON 08/08/11 | 76.59 |
| 10/27/11 | [] THE CONFERENCE GROUP, LLC---INV#AUG 2011 DTD 09/01/11 DE CONFERENCE CALL FEES FOR THE PERIOD:08/01-08/31/11 CONFERENCE ON 08/12/11 | 91.05 |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | |
|---|---|---|
| 10/27/11 | [] THE CONFERENCE GROUP, LLC---INV#AUG 2011 DTD 09/01/11 DE CONFERENCE CALL FEES FOR THE PERIOD:08/01-08/31/11 CONFERENCE ON 08/18/11 | 57.99 |

$449.24

### TRAVEL - RAILROAD

| | | |
|---|---|---|
| 10/11/11 | [] MSC---INV#10/06/11 MSC DTD 10/07/11 EXPENSE VOUCHER TRAIN TICKET TO NYC TO PHILA; TRAIN TICKET PHILA TO JENKINTOWN ROUND TRIP | 46.75 |
| 10/18/11 | [] AMERICAN EXPRESS (CORPORATE)---INV #10/09/11 DTD 10/09/11 MONTHLY EXPENSES: AMTRAK---PHILADELPHIA PA, NEW YORK NY -MSC | 134.00 |
| 10/21/11 | [] RXZ---INV #10/06/11 RXZ DTD 10/07/11 MEETING IN NEW YORK WITH DEBTORS COUNSEL | 262.00 |

$442.75

Total Reimbursement for out of pocket expenses          $1,402.14

TOTAL THIS BILL          $50,214.14

In re: Nortel Networks, Inc, et al.

**Task Billing Summary Page**

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138
      File Number 60351-001

| | Previous Billed | Current Bill | Total |
|---|---|---|---|
| Asset Disposition | 0 | 82.00 | 82.00 |
| Case Administration | 235.00 | 0 | 235.00 |
| Meetings of and Communications with Cred. | 34,715.00 | 12,100.50 | 46,815.50 |
| EG Retention | 11,761.00 | 1,031.00 | 12,792.00 |
| Employment & Retention Application Other | 8,097.00 | 1,016.00 | 9,113.00 |
| EG Fee Applications | 405.50 | 3,505.00 | 3,910.50 |
| Fee Applications – Others | 1,235.00 | 1,079.00 | 2,314.00 |
| Business Operations | 0 | 244.00 | 244.00 |
| Employee Benefits/Pensions | 30,643.50 | 18,907.50 | 49,551.00 |
| Claims Administration | 0 | 328.00 | 328.00 |
| Plan and Disclosure Statement | 1,057.00 | 0 | 1,057.00 |
| Court Hearings | 1,964.50 | 1,153.00 | 3,117.50 |
| Litigation | 22,833.00 | 9,366.00 | 32,199.00 |
| | | | |
| Total | 112,946.50 | 48,812.00 | 161,758.50 |

Exhibit C

**SUMMARY OF EXPENSES FOR THE PERIOD**
**OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| <u>Expense Category</u> | <u>Total Expenses</u> |
|---|---|
| Copying[1] | $70.30 |
| Computerized legal research | $29.27 |
| Delivery/Courier | $277.50 |
| Dockets | $100.48 |
| Parking | $10.00 |
| Taxi | $22.60 |
| Telephone | $449.24 |
| Travel – Railroad | $442.75 |
| **TOTAL THIS BILL:** | **$1,402.14** |

---

[1] EG represents that its rate for duplication is $0.10 per page, consistent with the Local Rules and Guidelines.  Detailed copy charges are listed in <u>Exhibit B</u>.

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### CERTIFICATE OF SERVICE REGARDING THIRD MONTHLY APPLICATION OF ELLIOTT GREENLEAF, COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

I, Rafael X. Zahralddin-Aravena, Esquire, counsel to the Official Committee of Long Term Disability Participants, hereby certify that I caused a copy of the Third Monthly Application of Elliott Greenleaf, counsel to the Official Committee of Long Term Disability Participants, for Compensation and Reimbursement of Expenses for the Period October 1, 2011 through October 31, 2011 (the "Application") to be served on all Notice Parties, as defined in the Interim Compensation Order (Docket No. 222) on November 10, 2011. I have caused a copy of the Notice of the Application to be served on November 10, 2011 upon the remaining parties listed on the attached service list in the manner listed.

DATED: November 10, 2011

**ELLIOTT GREENLEAF**

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)

*Counsel to the Official Committee of Long Term Disability Participants*

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.