# SCHEDULE A
## THIRTIETH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
  **ERISA Litigation - Post Bankruptcy**

DATE ATTY     HRS          DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| Date | Atty | Hrs | Description of Services Rendered |
|---|---|---|---|
| 8/01/11 | RET | .20 | Additional communications with plaintiff's counsel regarding status of stipulation |
| 8/02/11 | RET | .20 | Communications with plaintiffs' counsel regarding settlement approval papers |
| 8/03/11 | RET | .30 | Communications with plaintiffs' counsel regarding exhibits for the stipulation |
| 8/05/11 | RET | .20 | Communications with plaintiffs' counsel regarding exhibits to stipulation |
| 8/05/11 | RET | .20 | Communications with Peter Bisio regarding status of stipulation |
| 8/09/11 | JMS | .10 | Communication with Annie Cordo regarding pleadings needed to be filed in advance of approval hearing on stipulation of settlement |
| 8/10/11 | RET | .30 | Communications with Michael Wall regarding stipulation of settlement |
| 8/10/11 | RET | .30 | Communications with all defense counsel regarding stipulation of settlement |
| 8/10/11 | RET | .20 | Communications with plaintiffs' counsel regarding motion for settlement preliminary approval |
| 8/10/11 | RET | .20 | Additional communications with plaintiffs' counsel regarding motion for settlement preliminary approval |
| 8/10/11 | RET | .30 | Communications with Jennifer Palmer and Alan Merskey regarding stipulation of settlement |
| 8/10/11 | RET | .30 | Review revised assignment from Lexecon to Chubb |
| 8/11/11 | RET | .20 | Communications with Alan Merskey and Jennifer Palmer regarding preliminary approval papers filed by plaintiffs |
| 8/11/11 | RET | .20 | Communications with Peter Bisio regarding preliminary approval papers filed by plaintiffs |
| 8/11/11 | RET | .40 | Review plaintiffs' motion for preliminary approval of settlement |
| 8/11/11 | JMS | .20 | Brief review of finalized assorted settlement pleadings filed with Court |
| 8/11/11 | JMS | .20 | Review information published publicly regarding settlement |
| 8/12/11 | RET | .80 | Review plaintiffs' exhibits in support of motion for preliminary approval of settlement |

| Date | Initials | Hours | Description |
|---|---|---|---|
| 8/12/11 | RET | 1.30 | Review plaintiffs' memorandum in support of motion for preliminary approval of settlement |
| 8/15/11 | RET | .30 | Communications with Alan Merskey and Jennifer Palmer regarding bankruptcy hearings for approval of settlement |
| 8/15/11 | RET | .30 | Communications with plaintiffs' counsel regarding information Chubb will need for funding |
| 8/15/11 | RET | .30 | Communications from Peter Bisio regarding information Chubb will need for funding |
| 8/15/11 | RET | .30 | Communications with plaintiffs' counsel regarding bankruptcy court hearings for approval of settlement |
| 8/15/11 | RET | .30 | Edit chart of deadlines and action items from stipulation of settlement |
| 8/17/11 | RET | .20 | Communications with Jennifer Palmer regarding hearing in Delaware bankruptcy court to approve settlement |
| 8/17/11 | RET | .20 | Communications with Alan Merskey regarding hearing in Canadian bankruptcy court to approve settlement |
| 8/18/11 | RET | .30 | Communications with Jennifer Palmer regarding bankruptcy hearing for approval of the settlement |
| 8/18/11 | RET | .30 | Communications with Alan Merskey regarding approval papers for bankruptcy hearing for regarding settlement |
| 8/22/11 | RET | .30 | Communications with Laurel Van Allen and Peter Bisio regarding revised assignment |
| 8/22/11 | RET | .30 | Communications with Annie Cordo regarding appearance at the bankruptcy hearing on approval of the stipulation of settlement |
| 8/22/11 | RET | .20 | Teleconference with Natalie Kossak regarding information they will need for their determination as independent fiduciary |
| 8/22/11 | RET | .20 | Communications with Natalie Kossak regarding information she will need to perform analysis as independent fiduciary |
| 8/22/11 | RET | .20 | Communications with Peter Bisio regarding fees to independent fiduciary |
| 8/22/11 | RET | .30 | Communications with Ruth Jenkins regarding status of independent fiduciary |
| 8/22/11 | RET | .20 | Communications with Annie Cordo regarding pleadings needed to be filed in advance of approval hearing on stipulation of settlement |
| 8/22/11 | RET | .10 | Further communications with Peter Bisio regarding fees to independent fiduciary |
| 8/22/11 | JMS | .20 | Communications with Annie Cordo regarding pleadings needed to be filed in advance of approval hearing on stipulation of settlement |
| 8/24/11 | JMS | .40 | Communications with Annie Cordo regarding filing monthly fee applications |
| 8/25/11 | RET | .30 | Communications with Peter Bisio regarding Lexecon Assignment and data |

| | | | |
|---|---|---|---|
| 8/25/11 | RET | .30 | Communications with Annie Cordo regarding approval hearing in bankruptcy court |
| 8/25/11 | RET | .10 | Communications with Jennifer Palmer regarding 9019 motion in connection with bankruptcy approval of stipulation of settlement |
| 8/25/11 | JMS7 | .30 | Communications with Annie Cordo regarding approval hearing in bankruptcy court |
| 8/26/11 | RET | .20 | Communications with Natalie Kossak regarding information she needs as independent fiduciary |
| 8/29/11 | RET | .40 | Review request for information from independent fiduciary |
| 8/29/11 | RET | .30 | Communications with independent fiduciary regarding request for information |
| 8/29/11 | RET | .20 | Communications with Peter Bisio regarding Lexecon assignment |
| 8/29/11 | RET | .30 | Communications with Natalie Kossak, James Stovall, and Ken Hashimoto regarding fairness hearing and information IFS needs as independent fiduciary |
| 8/31/11 | RET | .30 | Communications with Jennifer Palmer regarding changes to 9019 motion |
| 8/31/11 | RET | .20 | Further communications with Jennifer Palmer regarding changes to 9019 motion |
| | | SUB TOTAL | 6,845.00 |

L190 Other Case Assessment, Devel. & Adm

| | | | |
|---|---|---|---|
| 8/02/11 | RWJ | .10 | Receive invoice and follow up on additional invoice needed for fee application |
| 8/09/11 | JMS | .10 | Review Ernst Young early vesting motion |
| 8/09/11 | RWJ | .10 | Review notice and docket deadlines for filings |
| 8/09/11 | RWJ | .20 | E-mail memorandum to Jason Stein regarding status of applications and further handling |
| 8/10/11 | RWJ | .70 | Prepare Exhibit A to twenty-eighth interim fee application |
| 8/10/11 | RWJ | .30 | Prepare Exhibit B to twenty-eighth interim fee application |
| 8/10/11 | RWJ | 2.20 | Prepare twenty-eighth interim fee application |
| 8/11/11 | RWJ | 1.40 | Prepare table of obligations and deadlines contained in agreement |
| 8/17/11 | RWJ | .10 | Follow up on invoices needed for fee application |
| 8/22/11 | RWJ | .10 | Follow up on invoices needed for fee application |
| 8/24/11 | RWJ | .30 | Prepare Exhibit B to twenty-ninth interim fee application |
| 8/24/11 | RWJ | 1.80 | Prepare twenty-ninth interim fee application |
| 8/24/11 | RWJ | .80 | Prepare Exhibit A to twenty-ninth interim fee application |
| 8/26/11 | RWJ | 2.50 | Draft tenth quarterly fee application |

    8/26/11 RWJ   .20    E-mail communications with Annie Cordo regarding filing of tenth quarterly fee application

                                  SUB TOTAL     1,662.50

<u>L210 Pleadings</u>

    8/29/11 RET   1.10    Edit 9019 motion to be filed in connection with bankruptcy approval of stipulation of settlement

    8/29/11 RET   .20    Communications with Jennifer Palmer regarding 9019 motion

                                  SUB TOTAL     650.00

        TOTAL SERVICES                        9,157.50

TOTAL HOURS:                    26.10

FEE GRAND TOTAL:          $9,157.50

NORTEL'S 50% TOTAL:      $4,578.75

**NORTEL NETWORKS-ERISA Litigation**
  **ERISA Litigation - Post Bankruptcy – Non-Insurance**

DATE ATTY      HRS         DESCRIPTION OF SERVICES RENDERED

<u>L120 Analysis/Strategy</u>

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 8/01/11 | RET | .50 | Review notice of filing of seventy first report of monitor and filing of stay of extension order |
| 8/08/11 | RET | .20 | Communications with Laurel Van Allen regarding revised assignment from Lexecon to Chubb |
| 8/08/11 | RET | .20 | Communications with Peter Bisio regarding revised assignment from Lexecon to Chubb |
| 8/08/11 | RET | .40 | Review revised assignment from Lexecon |
| 8/09/11 | RET | .30 | Review motion and order of monitor related to sale of certain patents |
| 8/22/11 | RET | .30 | Communications with Annie Cordo regarding tenth quarterly fee hearing |
| 8/22/11 | RET | .30 | Communications with Jason Stein and Rhonda James regarding tenth quarterly fee hearing |
| 8/22/11 | JMS7 | .30 | Communications with Annie Cordo regarding tenth quarterly fee hearing |
| 8/22/11 | JMS7 | .30 | Communications with Rene' Thorne and Rhonda James regarding tenth quarterly fee hearing |
| 8/29/11 | RET | .50 | Review notice of filing of seventy second report of monitor and order for same of assets |
| 8/31/11 | RET | .10 | Review Notice of filing of Transcript and of Deadlines for Restriction and Redaction |

         SUB TOTAL       1,820.50

<u>L160 Settlement/Non-Binding ADR</u>

  8/23/11 JMS7  .20    Review notice of 72nd report from monitor

         SUB TOTAL         93.50

<u>L190 Other Case Assessment, Devel. & Adm</u>

  8/24/11 JMS7  1.20   Edit fee applications
  8/26/11 JMS7  .40    Review 10th quarterly fee application for approval for filing
  8/26/11 JMS7  .40    Communicate with Annie Cordo and Rhonda James regarding quarterly report

         SUB TOTAL        935.00

    TOTAL SERVICES                        2,849.00

TOTAL HOURS:          5.6
FEE GRAND TOTAL:      $2,849.00

4822-7127-4507, v. 1