# SCHEDULE B

### EXPENSE SUMMARY

**NORTEL/CHUBB**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2011 through August 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---:|---:|
| Photocopying (86) | In house | 6.02 | 3.01 |
| **Grand Total Expenses** | | **6.02** | **$3.01** |

***Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.**

### TOTAL EXPENSES DUE: $3.01

---

**NORTEL NETWORKS – NON-INSURANCE**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2011 through August 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| | | |
| | | |
| **Grand Total Expenses** | | **$0.00** |

### TOTAL EXPENSES DUE: $0.00

4853-2079-6171, v. 1