# SCHEDULE A
## THIRTY-FIRST INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
  **ERISA Litigation - Post Bankruptcy**

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|

**L130 Experts/Consultants**

| 9/06/11 | RET | .20 | Communications with Natalie Kossak and Shannon Barrett regarding information for independent fiduciary |
|---|---|---|---|
| | | SUB TOTAL | 100.00 |

**L160 Settlement/Non-Binding ADR**

| 9/06/11 | RET | .30 | Communications with Anna Ventresca regarding final version of stipulation and approval hearings |
|---|---|---|---|
| 9/06/11 | RET | .30 | Communications with IFS regarding documents she needs for independent fiduciary analysis |
| 9/07/11 | RET | .20 | Communications with Ruth Jenkins regarding IFS document requests |
| 9/08/11 | RET | .30 | Communications with Jennifer Palmer and Alan Merskey regarding approval hearing in Canada |
| 9/09/11 | RET | .30 | Prepare for call with Natalie Kossak and Shannon Barrett regarding information they need for independent fiduciary determination |
| 9/09/11 | RET | .90 | Call with Natalie Kossak and Shannon Barrett regarding information they need for independent fiduciary determination |
| 9/13/11 | RET | .30 | Communications with Ruth Jenkins regarding information request by independent fiduciary |
| 9/14/11 | RET | .30 | Communications with Jennifer Palmer and Alan Merskey regarding upcoming hearings in U.S. and Canadian bankruptcy courts regarding approval of the settlement |
| 9/14/11 | RET | .20 | Further communications with Jennifer Palmer and Alan Merskey regarding upcoming hearings in U.S. and Canadian bankruptcy courts regarding approval of the settlement |
| 9/15/11 | RET | .20 | Communications with Natalie Kossak and Shannon Barrett regarding IFS's document request list |
| 9/15/11 | RET | .20 | Communications with Ruth Jenkins regarding IFS's document request list |
| 9/16/11 | RET | .30 | Prepare for call with Ruth Jenkins regarding IFS request |
| 9/16/11 | RET | .60 | Prepare for call with Ruth Jenkins and Daniel Ray regarding IFS request |
| 9/16/11 | RET | .20 | Communications with Natalie Kossak regarding IFS request |

| | | | |
|---|---|---|---|
| 9/17/11 | RET | .20 | Further communications with Jennifer Palmer regarding approval hearing moving to Canadian court |
| 9/17/11 | RET | .30 | Communications with Jennifer Palmer regarding approval hearing |
| 9/19/11 | RET | .30 | Communications with Jennifer Palmer and Alan Merskey regarding approval hearing in Canada |
| 9/20/11 | RET | .30 | Communications with Jennifer Palmer and Alan Merskey regarding results of Canadian approval hearing |
| 9/20/11 | RET | .20 | Review PIC and RPC member lists from Ruth Jenkins, forward to Natalie Kossak and Sharron Barrett |
| 9/20/11 | RET | .40 | Review summary plan descriptions from 2006-2008 from Daniel Ray, forward same to Natalie Kossak |
| 9/21/11 | RET | .20 | Communications with Natalie Kossak regarding scope of IFS's document requests with respect to plan documents |
| 9/21/11 | RET | .30 | Communications with plaintiffs' counsel and Peter Bisio regarding approvals of Canadian and U.S. bankruptcy courts |
| 9/21/11 | RET | .30 | Review order from Canadian court approving stipulation of settlement |
| 9/21/11 | RET | .30 | Communications with Anna Ventresca regarding approvals of Canadian and U.S. bankruptcy courts |
| 9/21/11 | RET | .30 | Communications with Ruth Jenkins and Dan Ray regarding scope of IFS's document requests with respect to plan documents |
| 9/21/11 | RET | .20 | Communications with Natalie Kossak regarding documents requested in connection with independent fiduciary review |
| 9/21/11 | RET | .40 | Review Hewitt reports from 2006-2008 from Daniel Ray, forward same to Natalie Kossak and Shannon Barrett |
| 9/21/11 | JMS7 | .30 | Review order from Canadian court approving stipulation of settlement |
| 9/22/11 | RET | .40 | Review Form 5500s during the class period from Daniel Ray before sending to independent fiduciary |
| 9/22/11 | RET | .70 | Review plan documents and trust agreements from Ruth Jenkins during the class period before sending to independent fiduciary |
| 9/23/11 | RET | .30 | Review PIC minutes from Ruth Jenkins, forward same to Natalie Kossak and Shannon Barrett |
| 9/23/11 | RET | .50 | Review RPC minutes from 2005-2008, forward same to Natalie Kossak and Shannon Barrett |
| 9/23/11 | RET | .20 | Communications with Ruth Jenkins regarding PIC minutes |
| 9/27/11 | RET | .20 | Communications with Ruth Jenkins regarding PIC minutes requested by IFS |
| 9/28/11 | RET | .20 | Communications with plaintiffs' counsel regarding order from bankruptcy court approving settlement |
| 9/28/11 | RET | .20 | Communications with Jennifer Palmer and Peter Bisio regarding order from bankruptcy court approving settlement |

| | | |
|---|---|---|
| 9/28/11 RET  .30 | | Review order from bankruptcy court approving settlement |
| 9/28/11 RET  .30 | | Review 2005 summary plan description from Daniel Ray and forward same to Natalie Kossak |
| 9/30/11 JMS  .10 | | Review notice of filing of transcript and of deadlines related to restriction and redaction |
| | SUB TOTAL | 5,970.00 |

L190 Other Case Assessment, Devel. & Adm

| | | |
|---|---|---|
| 9/08/11 JMS  .10 | | Review notice from court regarding approval of McCarter and English as counsel |
| | SUB TOTAL | 42.50 |

L210 Pleadings

| | | |
|---|---|---|
| 9/08/11 RET  .40 | | Review final versions of our 9019 motion and supporting documents |
| 9/09/11 RET  .60 | | Review draft motion and supporting documents from Alan Merskey seeking approval from Canadian court of the stipulation of settlement |
| 9/12/11 RET  .10 | | Communications from Jennifer Palmer regarding draft motion and supporting documents from Alan Merskey seeking approval from Canadian court of the stipulation of settlement |
| 9/15/11 RET  .20 | | Communications from Alan Merskey regarding hearing in Canadian court on approval of the stipulation of settlement |
| 9/20/11 RET  .20 | | Communications with Jennifer Palmer regarding results on motion in bankruptcy court on approval of the stipulation of settlement |
| | SUB TOTAL | 750.00 |

| | | |
|---|---|---|
| TOTAL SERVICES | | 6,862.50 |
| TOTAL HOURS: | | 13.8 |
| FEE GRAND TOTAL: | | $6,862.20 |
| NORTEL'S 50% TOTAL: | | $3,431.25 |

3

**NORTEL NETWORKS-ERISA Litigation**
  **ERISA Litigation - Post Bankruptcy – Non-Insurance**

DATE ATTY     HRS         DESCRIPTION OF SERVICES RENDERED

L120 Analysis/Strategy

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 9/14/11 | RET | .30 | Communications with Annie Cordo and Jason Stein regarding the tenth quarterly fee hearing |
| 9/14/11 | JMS | .30 | Communications with Rene' Thorne and Annie Cordo regarding the tenth quarterly fee hearing |
| 9/21/11 | RET | .20 | Review Tenth Omnibus Fee Order |
| 9/21/11 | JMS | .20 | Review Tenth Omnibus Fee Order |

              SUB TOTAL     508.75

L160 Settlement/Non-Binding ADR

| 9/21/11 | JMS | .30 | Attend 10th omnibus fee hearing |
|---|---|---|---|

              SUB TOTAL     140.25

L190 Other Case Assessment, Devel. & Adm

| 9/14/11 | JMS | .10 | Review court order regarding fee hearing order in preparation for omnibus hearing |
|---|---|---|---|
| 9/15/11 | JMS7 | .10 | Review court order regarding fee hearing order in preparation for omnibus hearing |

              SUB TOTAL     93.50


TOTAL SERVICES                    742.50


TOTAL HOURS:            1.5
FEE GRAND TOTAL:        $742.50


4817-5603-0733, v. 1