**EXHIBIT A**

Nortel Networks Inc., *et al.*
Punter Southall LLC

August 1, 2011 Through October 31, 2011

**Summary of Services Rendered by Project**

| Project | Project Description | Aug – Oct 2011 |
|:-:|:-:|:-:|
| 1 | Pension Advisory | 3.00 |
| 2 | Fee Applications | 2.00 |
| **TOTAL** | | **5.00** |

**Summary of Services Rendered by Professional**

| Name | Aug – Oct 2011 |
|:-:|:-:|
| Richard Jones (Principal – London) | 1.25 |
| James Saunders (Principal – London) | 1.75 |
| Ryan McGlothlin (Managing Director – Boston) | 2.00 |
| **TOTAL** | **5.00** |

Punter Southall LLC
Time Detail
August 1, 2011 through October 31, 2011

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 8/30/2011 | Conference Calls/Emails | 0.75 | 1 | RJ |
| 9/2/2011 | Document Review | 0.50 | 1 | JS |
| 9/2/2011 | Conference Calls/Emails | 0.75 | 1 | JS |
| 9/12/2011 | Internal Discussions / Emails | 0.50 | 1 | RJ |
| 10/5/2011 | Conference Calls/Emails | 0.50 | 1 | JS |
| | Total Activity 1 | 3.0 | | |

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 8/25/2011 | Preparation of Feb-April & Eigth Quarter filings | 1.0 | 2 | RDM |
| 8/26/2011 | Preparation of Feb-April & Eigth Quarter filings | 1.0 | 2 | RDM |
| | Total Activity 2 | 2.0 | | |
| | Total Activity 1 & 2 | 5.00 | | |