# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ----------------------------------------------------------X | |
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| ----------------------------------------------------------X | |
| Nortel Networks (CALA) Inc., | |
| Plaintiff, | Adv. Proc. No. 10-55927 (KG) |
| v. | |
| Empresa de Telecomunicaciones de Bogota S.A., | |
| Defendant. | |
| ----------------------------------------------------------X | |

## STATUS REPORT ON AVOIDANCE ACTION
## ASSIGNED TO THE HONORABLE KEVIN GROSS, CHIEF JUDGE

In accordance with the Court's Notice and Order of Request for Status Report dated November 7, 2011 and entered with respect to the above-captioned adversary proceeding, plaintiff Nortel Networks (CALA) Inc., by and through its counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submits the following status report.

---

[1] In addition to Nortel Networks Inc., the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://epiq11.com/nortel.

Dated: November 14, 2011
Wilmington, Delaware

          CLEARY GOTTLIEB STEEN & HAMILTON LLP

          Deborah M. Buell (admitted *pro hac vice*)
          Neil P. Forrest (admitted *pro hac vice*)
          Nora K. Abularach (admitted *pro hac vice*)
          One Liberty Plaza
          New York, New York 10006
          Telephone: (212) 225-2000
          Facsimile: (212) 225-3999

          - and -

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Chad A. Fights*
          Donna L. Culver (No. 2983)
          Derek C. Abbott (No. 3376)
          Ann C. Cordo (No. 4817)
          Chad Fights (No. 5006)
          1201 North Market Street, 18th Floor
          P.O. Box 1347
          Wilmington, DE  19899-1347
          Telephone: (302) 658-9200
          Facsimile: (302) 425-4663

          *Counsel for the Debtors and*
          *Debtors in Possession*

*[Signature Page for Status Report on Avoidance*
*Action Assigned to the Honorable Kevin Gross, Chief Judge]*