**STATUS E**

**RESOLVED/SETTLED:  MAY NOT YET BE DISMISSED**

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55927 | Nortel Networks (CALA) Inc. v. Empresa de Telecommunications de Bogota S.A. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy Court. |