# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 8/1/2011 | 8/31/2011 |
| **Enter Billing Rate/Hr:** | 450.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 371.90 | $450.00 | $167,355.00 |
| 2 | Facility Document Inventory & Evacuation Review | 46.30 | $450.00 | $20,835.00 |
| 3 | Human Resources - Employee Related Projects | 41.50 | $450.00 | $18,675.00 |
| 4 | Fee Apps | 9.50 | $450.00 | $4,275.00 |
| 5 | Non-working travel | 75.50 | $225.00 | $16,987.50 |
| 6 | Claims Administration | 0.80 | $450.00 | $360.00 |
| 7 | Tax/Finance Matters and Budget Projects | 34.10 | $450.00 | $15,345.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| | **Hours/Billing Amount for Period:** | **579.60** | | **$243,832.50** |

# NORTEL TIME SHEET
RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/1/2011 | Meeting @ RTP concerning Endstate Infrastructure / Design / Planning / Execution | Brandon Bangerter | 1 | 8.5 |
| 8/1/2011 | NNI End State Ring Fence Project Conferene Meeting Kickoff in RTP with NBS IT Team | Raj Perubhatla | 1 | 8.5 |
| 8/2/2011 | Meeting @ RTP concerning Endstate Infrastructure / Design / Planning / Execution | Brandon Bangerter | 1 | 8.5 |
| 8/2/2011 | NNI End State Ring Fence Detail Working Session about the Hardware and Software Architecture | Raj Perubhatla | 1 | 8.5 |
| 8/3/2011 | On-site Nortel RTP re: data retentions efforts, including eData | Kathryn Schultea | 1 | 7.3 |
| 8/3/2011 | Meeting @ RTP concerning Endstate Infrastructure / Design / Planning / Execution / ATL-104 conf call | Brandon Bangerter | 1 | 9.0 |
| 8/3/2011 | NNI End State Ring Fence Working Session finalizing the details and tasks | Raj Perubhatla | 1 | 9.0 |
| 8/4/2011 | Correspondence received, reviewed, responded re data sharing/retention/extraction | Kathryn Schultea | 1 | 2.3 |
| 8/4/2011 | Conference call re: ATL 130 / 131 infrastructure discussion; e-mails | Brandon Bangerter | 1 | 3.0 |
| 8/4/2011 | Conference call re: ATL 130 / 131 infrastructure discussion; e-mails | Raj Perubhatla | 1 | 3.0 |
| 8/5/2011 | Correspondence received, reviewed, responded re data sharing/retention/extraction (Hard drive) | Kathryn Schultea | 1 | 3.8 |
| 8/5/2011 | Conf calls re: DDSOR / ATL-060 Review / Application Handbook / Calltrax | Brandon Bangerter | 1 | 3.5 |
| 8/5/2011 | Application Handbook discussion and e-mails / Brio access troubleshooting | Brandon Bangerter | 1 | 3.0 |
| 8/5/2011 | Conf calls re: DDSOR / ATL-060 Review, LiveLink, CALLTRAX, emails and discussions | Raj Perubhatla | 1 | 4.0 |
| 8/5/2011 | Database access / Brio project access with CSC, setting up FTP Accounts for DBAs, ConfiguringServer | Raj Perubhatla | 1 | 4.0 |
| 8/6/2011 | eMails catchup from the Raleigh trip, Design for the databases and CALLTRAX on ZRTPV059 | Raj Perubhatla | 1 | 2.0 |
| 8/7/2011 | App Handbook Project Review of the Status of all Handbooks | Raj Perubhatla | 1 | 2.0 |
| 8/8/2011 | Call re: Atl60, DDSOR, Stars BRIO, Resco BI Update calls | Brandon Bangerter | 1 | 3.0 |
| 8/8/2011 | BRIO Installation issues, e-mails / discussions | Brandon Bangerter | 1 | 3.5 |
| 8/8/2011 | Atl60, DDSOR, Stars BRIO,Resco BI Update calls; emails and discussions | Raj Perubhatla | 1 | 3.5 |
| 8/8/2011 | BRIO Installation issues for STARS Reporting project | Raj Perubhatla | 1 | 3.0 |
| 8/9/2011 | Calls re: NNI Checkpoint,Sabrix logon, BI Catalog, BRIO configuration | Brandon Bangerter | 1 | 4.5 |
| 8/9/2011 | Brio Configuration / Installation issues, discussions, update e-mails | Brandon Bangerter | 1 | 2.5 |
| 8/9/2011 | NNI Checkpoint,Sabrix logon, BI Catalog Calls, emails and discussions | Raj Perubhatla | 1 | 4.0 |
| 8/9/2011 | BRIO configuration for STARS Reporting project | Raj Perubhatla | 1 | 3.0 |
| 8/10/2011 | Calls re: App Handbook, NNI Landscape, ATL104 update, RTP Inventory walkthrough | Brandon Bangerter | 1 | 5.0 |
| 8/10/2011 | Sabrix connectivity troubleshooting, Application handbook verification, e-mails, discussions | Brandon Bangerter | 1 | 4.0 |
| 8/10/2011 | App Handbook, NNI Landscape with Leisa, ATL104 calls, emails and Team Discussions | Raj Perubhatla | 1 | 3.0 |
| 8/10/2011 | SABRIX Database creation, import, reverse engineer and analyze the data model | Raj Perubhatla | 1 | 2.0 |
| 8/11/2011 | Conference Call re: NNI Infrastructure | Kathryn Schultea | 1 | 0.4 |
| 8/11/2011 | Calls re: ATL-060 update, SAP BW meta data, TSS Ops / e-mail updates | Brandon Bangerter | 1 | 3.5 |
| 8/11/2011 | Atl60, TSS Ops call, BW Metadata,Meeting B.Short, NNI Infr. Checkpoint calls/emails | Raj Perubhatla | 1 | 5.0 |
| 8/11/2011 | Configure HP-UX server ZRTPH0JM | Raj Perubhatla | 1 | 2.0 |
| 8/11/2011 | CALLTRAX Data import on ZRTPv059, Universe and Sample Report Creation | Raj Perubhatla | 1 | 3.0 |
| 8/12/2011 | Correspondence received, reviewed, responded re data sharing/retention/extraction | Kathryn Schultea | 1 | 1.3 |
| 8/12/2011 | Conference call re: NNI storage requirements / configuration; e-mails, discussions | Brandon Bangerter | 1 | 2.0 |
| 8/12/2011 | NNI Storage call, emails and Team Discussions | Raj Perubhatla | 1 | 4.0 |
| 8/12/2011 | Analyse and Finalize the ZRTPH0JM server File System, Install and configure Oracle and Unix | Raj Perubhatla | 1 | 5.0 |
| 8/13/2011 | Prepare HP-UX Server ZRTPH0JM and Configure it for Oracle DB and Import data files | Raj Perubhatla | 1 | 5.0 |
| 8/14/2011 | Import Oracle DB file for CALLTRAX datafiles into zrtph0jm and tune the UNIX FS layout for Oracle | Raj Perubhatla | 1 | 5.0 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/15/2011 | Conference call re:  BI Active Directory integration for "final state" / e-mail updates | Brandon Bangerter | 1 | 2.0 |
| 8/15/2011 | ATL60 Handbook,BI AD Integration Calls; Team discussion, emails | Raj Perubhatla | 1 | 5.0 |
| 8/15/2011 | CALLTRAX Oracle DB and Model Analysis for Reporting;ORACLE DB Consolidation for NNI | Raj Perubhatla | 1 | 3.0 |
| 8/16/2011 | Conference Call re: NNI Infrastructure | Kathryn Schultea | 1 | 0.3 |
| 8/16/2011 | Calls re:  ATL-060 update, App Handbook Simplification / Issues, NNI Infrastructure Checkpoint | Brandon Bangerter | 1 | 4.0 |
| 8/16/2011 | BOXI discussions, CallTrax universe creation / testing, CallTrax report creation / testing, e-mails | Brandon Bangerter | 1 | 4.0 |
| 8/16/2011 | ATL60Team Call; App Handbook Simplification/Issue Discussion, Infrastructure Checkpoint Calls/Emails | Raj Perubhatla | 1 | 5.0 |
| 8/16/2011 | DB Consolidation,SABRIX Analysis,HIPAA,Team Discussions, Emails | Raj Perubhatla | 1 | 4.0 |
| 8/17/2011 | Calls re:  Application Handbook Status, ATL-104 US Estate BI DR, CallTrax reporting | Brandon Bangerter | 1 | 3.0 |
| 8/17/2011 | Application Handbook follow-up, e-mails, CallTrax universe / report troubleshooting | Brandon Bangerter | 1 | 4.0 |
| 8/17/2011 | Oracle 11i NA Storage DB effort,HIPAA, SAP Licensing; DB Consolidtaion | Raj Perubhatla | 1 | 3.0 |
| 8/17/2011 | Infrastructure Buildup; STARS BOXI Report Creation | Raj Perubhatla | 1 | 4.0 |
| 8/18/2011 | Call Re:  ATL060 Update, NNI Virtual Vault AD, DDSOR Virtualization DR, NNI Infrastructure Checkpoint | Brandon Bangerter | 1 | 5.0 |
| 8/18/2011 | BOXI / Webi DR Report troubleshooting, e-mails reponses, discussions on strategy | Brandon Bangerter | 1 | 4.0 |
| 8/18/2011 | ATL60 Team Call,NNI Vvault AD, DDSOR,NNI Infrastructure Checkpoint calls;emails and discussions | Raj Perubhatla | 1 | 4.0 |
| 8/18/2011 | STARS BOXI Reports Analysys and Development | Raj Perubhatla | 1 | 3.0 |
| 8/18/2011 | ORACLE DB Consolidation for NNI | Raj Perubhatla | 1 | 2.0 |
| 8/19/2011 | Calls re:  Livelink NNI Strategy, NNI Ringed Fence licensing, Calltrax BOXI reports | Brandon Bangerter | 1 | 3.0 |
| 8/19/2011 | E-mail updates, finalizing CallTrax Boxi report, CallTrax universe data issues, infrastructure discussions | Brandon Bangerter | 1 | 5.0 |
| 8/19/2011 | Livelink Strategy, BI Team update of NNI Infrastructure calls; emails, discussions | Raj Perubhatla | 1 | 2.0 |
| 8/19/2011 | STARS Report data integrity check, Sabrix data import, | Raj Perubhatla | 1 | 4.0 |
| 8/19/2011 | DB consolidtion, Calltrax, DARE data import | Raj Perubhatla | 1 | 4.0 |
| 8/20/2011 | DARE data import and analysis communication, DB Consolidation, Coordination BOXI strategy | Raj Perubhatla | 1 | 4.0 |
| 8/21/2011 | Oracle DB Consolidation; BOXI Reports; BI Catalog | Raj Perubhatla | 1 | 4.0 |
| 8/22/2011 | Correspondence received, reviewed, responded re data sharing/retention (Domain Name) | Kathryn Schultea | 1 | 0.5 |
| 8/22/2011 | Conf call re:  Application handbook, status updates, e-mails | Brandon Bangerter | 1 | 2.5 |
| 8/22/2011 | ATL60 Call; emails | Raj Perubhatla | 1 | 2.0 |
| 8/22/2011 | CallTrax Uinverse Design, DB consolidation; DARE DB loads | Raj Perubhatla | 1 | 6.0 |
| 8/23/2011 | Conference Call re: NNI Infrastructure | Kathryn Schultea | 1 | 0.5 |
| 8/23/2011 | Conference Call re: Bi Weekly Status Mtg. | Kathryn Schultea | 1 | 1.3 |
| 8/23/2011 | Conf calls re: ATL060 update, NNI BOXI, NNI Infrastructure, US Resco status meeting | Brandon Bangerter | 1 | 4.0 |
| 8/23/2011 | ATL60; NNI Boxi,NNI Infra Checkpoing calls; emails | Raj Perubhatla | 1 | 3.0 |
| 8/23/2011 | BOXI BRIO Reports; DARE DB loads; CALLTRAX; DB Consolidation | Raj Perubhatla | 1 | 6.0 |
| 8/24/2011 | Conf calls re: Application handbook, NNI BOXI Installation issues | Brandon Bangerter | 1 | 2.0 |
| 8/24/2011 | Application handbook e-mail status updates, BOXI updates to CallTrax | Brandon Bangerter | 1 | 2.0 |
| 8/24/2011 | ATL60 AppHandbook, NNI BOXI Install calls and emails | Raj Perubhatla | 1 | 3.0 |
| 8/24/2011 | DARE DB loads, DB Consolidation and CALLTRAX Universe and Report | Raj Perubhatla | 1 | 4.0 |
| 8/24/2011 | NNI BOXI Install,  BOXI Binaries Analysys and Server | Raj Perubhatla | 1 | 3.0 |
| 8/25/2011 | Conference Call re: NNI Infrastructure | Kathryn Schultea | 1 | 0.8 |
| 8/25/2011 | Conf Calls re: ATL060 Team call, ATL104 Update, BI Catalog Discussion, NNI Infrastructure | Brandon Bangerter | 1 | 4.0 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/25/2011 | Oracle Financials 11i NA Database import | Raj Perubhatla | 1 | 3.5 |
| 8/25/2011 | ATL60 Team Call, ATL104 US BI Team Status, BI Catalog Review with the team, NNI Checkpoint Calls | Raj Perubhatla | 1 | 4.0 |
| 8/25/2011 | BOXI 3.1 SP2 install planning and data gathering | Raj Perubhatla | 1 | 1.5 |
| 8/26/2011 | Conf call re: Sabrix new user login issues, discussion updates, e-mails | Brandon Bangerter | 1 | 2.0 |
| 8/26/2011 | BOIX 3.1 SP2 install on ZRTPV03b | Raj Perubhatla | 1 | 9.5 |
| 8/26/2011 | SABRIX TroubleShooting Call | Raj Perubhatla | 1 | 0.5 |
| 8/27/2011 | CallTrax report configuration refresh / update / test | Brandon Bangerter | 1 | 1.0 |
| 8/27/2011 | BOXI 3.1 SP2 install ZRTPV04n | Raj Perubhatla | 1 | 7.0 |
| 8/27/2011 | CALLTrax Universe and Report Design and Development | Raj Perubhatla | 1 | 3.0 |
| 8/28/2011 | BOXI 3.1 SP2 install ZRTPV04n | Raj Perubhatla | 1 | 3.0 |
| 8/28/2011 | CALLTrax Universe and Report Design and Development | Raj Perubhatla | 1 | 2.0 |
| 8/29/2011 | Conf Calls re: Application Handbook, Review SOW Doc, NNI switch to final ring fence, Calltrax report | Brandon Bangerter | 1 | 4.0 |
| 8/29/2011 | Application handbook e-mails / discussions, Calltrax cleanup / e-mail / discussions | Brandon Bangerter | 1 | 1.0 |
| 8/29/2011 | ATL60 Livelink, ATL60 App Handbook, Review of SOW with IT, NNI Network Timing, Calltrax and DARE calls | Raj Perubhatla | 1 | 4.0 |
| 8/29/2011 | BOXI 3.1 SP2 install ZRTPV0b3 | Raj Perubhatla | 1 | 2.0 |
| 8/29/2011 | CALLTrax Universe and Report Design and Development | Raj Perubhatla | 1 | 3.0 |
| 8/29/2011 | Emails and Discussions | Raj Perubhatla | 1 | 1.0 |
| 8/30/2011 | Conf Call re: ATL060 team call with updates | Brandon Bangerter | 1 | 1.0 |
| 8/30/2011 | CallTrax report configuration refresh, update, test / e-mail work and discussions | Brandon Bangerter | 1 | 2.0 |
| 8/30/2011 | CALLTrax Universe and Report Design and Development | Raj Perubhatla | 1 | 5.0 |
| 8/30/2011 | BOXI 3.1 SP2 Rollout | Raj Perubhatla | 1 | 1.0 |
| 8/30/2011 | ATL 60 Call, Emails and Phone calls | Raj Perubhatla | 1 | 1.5 |
| 8/31/2011 | Correspondence received, reviewed, responded re data retention (Nortel Files) | Kathryn Schultea | 1 | 0.4 |
| 8/31/2011 | Conf Call re: Application Handbook status, EMB NNI Virtualization, ATL104 BI DR | Brandon Bangerter | 1 | 3.0 |
| 8/31/2011 | E-mail updates, infrastructure discussions, updates to Application Handbook | Brandon Bangerter | 1 | 1.5 |
| 8/31/2011 | CALLTRAX Report Modifications | Raj Perubhatla | 1 | 1.0 |
| 8/31/2011 | ATL60 AppHandbook,EMB NNI Virtualization, ATL104 US Update calls, emails, phone discussions | Raj Perubhatla | 1 | 3.5 |
| 8/31/2011 | IXOS Docs data load into Oracle, IXOS Report Modifications for the new location and fields | Raj Perubhatla | 1 | 3.0 |
| 8/4/2011 | Correspondence received, reviewed, responded re data retention (Third Party Support) | Kathryn Schultea | 2 | 3.5 |
| 8/8/2011 | Correspondence received, reviewed, responded re data retention (Nortel Files) | Kathryn Schultea | 2 | 3.2 |
| 8/8/2011 | Correspondence received, reviewed, responded re data retention (Phoenix Warehouse) | Kathryn Schultea | 2 | 4.2 |
| 8/10/2011 | Correspondence received, reviewed, responded re data retention | Kathryn Schultea | 2 | 2.8 |
| 8/11/2011 | On-site Nortel RTP re: Phoenix warehouse data retention approach | Kathryn Schultea | 2 | 4.5 |
| 8/15/2011 | Correspondence received, reviewed, responded re data retention (Iron Mountain ) | Kathryn Schultea | 2 | 1.8 |
| 8/16/2011 | Correspondence received, reviewed, responded re data retention (Phoenix Warehouse) | Kathryn Schultea | 2 | 3.0 |
| 8/19/2011 | Correspondence received, reviewed, responded re data retention (Phoenix Warehouse) | Kathryn Schultea | 2 | 3.0 |
| 8/22/2011 | Correspondence received, reviewed, responded re data retention | Kathryn Schultea | 2 | 4.0 |
| 8/23/2011 | Correspondence received, reviewed, responded re data retention (Nortel Boxes) | Kathryn Schultea | 2 | 4.0 |
| 8/25/2011 | Correspondence received, reviewed, responded re data retention (Nortel Boxes) | Kathryn Schultea | 2 | 7.3 |
| 8/26/2011 | Correspondence received, reviewed, responded re data retention (Iron Mountain ) | Kathryn Schultea | 2 | 1.4 |

# NORTEL TIME SHEET
RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/29/2011 | Correspondence received, reviewed, responded re data retention (BI-Based) | Kathryn Schultea | 2 | 2.3 |
| 8/31/2011 | Correspondence received, reviewed, responded re data retention (BI-Based) | Kathryn Schultea | 2 | 1.3 |
| 8/1/2011 | Conference Call re: HR matters | Kathryn Schultea | 3 | 0.7 |
| 8/1/2011 | Correspondence received, reviewed, responded re HR matters | Kathryn Schultea | 3 | 5.5 |
| 8/2/2011 | On-site Nortel RTP re: data retentions efforts, including employee related matters | Kathryn Schultea | 3 | 6.8 |
| 8/9/2011 | Conference Call re: HR matters | Kathryn Schultea | 3 | 0.3 |
| 8/15/2011 | Materials review for employee related matters (Nortel - AIP Metrics) | Kathryn Schultea | 3 | 2.3 |
| 8/15/2011 | Materials review for employee related matters (Nortel - Salary Analysis) | Kathryn Schultea | 3 | 1.6 |
| 8/15/2011 | Correspondence received, reviewed, responded re employee related matters (Cleary) | Kathryn Schultea | 3 | 2.0 |
| 8/17/2011 | Review materials for meetings with Cleary team | Kathryn Schultea | 3 | 2.5 |
| 8/18/2011 | On-site at Cleary NY re: meetings with J.Ray and Cleary teams on HR matters | Kathryn Schultea | 3 | 10.0 |
| 8/19/2011 | Conference Call re: HR matters (Plans) | Kathryn Schultea | 3 | 1.3 |
| 8/19/2011 | Conference Call re: HR matters (former employee) | Kathryn Schultea | 3 | 0.8 |
| 8/23/2011 | Correspondence received, reviewed, responded re HR matters (Benefits) | Kathryn Schultea | 3 | 0.8 |
| 8/24/2011 | Correspondence received, reviewed, responded re HR matters (former employee) | Kathryn Schultea | 3 | 2.8 |
| 8/24/2011 | Materials review for employee related matters | Kathryn Schultea | 3 | 3.3 |
| 8/30/2011 | Correspondence received, reviewed, responded re HR matters (Benefits) | Kathryn Schultea | 3 | 0.8 |
| 8/31/2011 | Monthly Fee Application work | Kathryn Schultea | 4 | 5.5 |
| 8/31/2011 | August Fee App work | Raj Perubhatla | 4 | 4.0 |
| 8/1/2011 | Non-working travel to Raleigh, for meetings at RTP | Kathryn Schultea | 5 | 3.5 |
| 8/2/2011 | Travel from Houston to RTP | Richard Lydecker | 5 | 5.0 |
| 8/3/2011 | Travel from RTP to Houston -- plane delayed 3 hours | Richard Lydecker | 5 | 7.5 |
| 8/4/2011 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 3.5 |
| 8/4/2011 | Non-working travel from Raleigh to Houston | Brandon Bangerter | 5 | 5.5 |
| 8/4/2011 | Non-working travel from Raleigh to Houston | Raj Perubhatla | 5 | 5.5 |
| 8/9/2011 | Non-working travel from Houston to Boston | Kathryn Schultea | 5 | 6.5 |
| 8/10/2011 | Non-working travel from Boston to Houston | Kathryn Schultea | 5 | 4.5 |
| 8/11/2011 | Non-working travel from Houston to Raleigh | Kathryn Schultea | 5 | 5.5 |
| 8/11/2011 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 5.5 |
| 8/17/2011 | Non-working travel from Houston to New York | Kathryn Schultea | 5 | 4.5 |
| 8/19/2011 | Non-working travel from New York to Houston | Kathryn Schultea | 5 | 6.5 |
| 8/15/2011 | Review claims distribution timeline document (NNI residual) | Kathryn Schultea | 6 | 0.8 |
| 8/1/2011 | Review new models | Richard Lydecker | 7 | 1.5 |
| 8/1/2011 | Call EY re new models | Richard Lydecker | 7 | 1.0 |
| 8/2/2011 | New Models and Cash Flow analysis | Richard Lydecker | 7 | 1.5 |
| 8/3/2011 | Tax meetings at Nortel | Richard Lydecker | 7 | 7.0 |
| 8/4/2011 | Trip review | Richard Lydecker | 7 | 1.0 |
| 8/5/2011 | Work on models and cash flow | Richard Lydecker | 7 | 1.0 |
| 8/12/2011 | EY tax status call | Richard Lydecker | 7 | 1.5 |
| 8/16/2011 | Review engagement draft | Richard Lydecker | 7 | 0.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 8/18/2011 | Call EY/Cleary re state claims | Richard Lydecker | 7 | 1.0 |
| 8/19/2011 | EY tax status call | Richard Lydecker | 7 | 1.0 |
| 8/23/2011 | Correspondence received, reviewed, responded re Finance/Tax (Nashville Records) | Kathryn Schultea | 7 | 2.5 |
| 8/23/2011 | Call to Jim Scott re staffing | Richard Lydecker | 7 | 0.5 |
| 8/24/2011 | 2010 tax return | Richard Lydecker | 7 | 1.0 |
| 8/26/2011 | Correspondence received, reviewed, responded re Finance/Tax (Archive America) | Kathryn Schultea | 7 | 2.8 |
| 8/29/2011 | Travel from Houston to RTP | Richard Lydecker | 5 | 7.0 |
| 8/30/2011 | Correspondence received, reviewed, responded re Finance/Tax (Japan Offsite storage) | Kathryn Schultea | 7 | 1.0 |
| 8/30/2011 | Correspondence received, reviewed, responded re Finance/Tax (Archive America) | Kathryn Schultea | 7 | 0.5 |
| 8/30/2011 | Meeting with EY/Nortel re tax return | Richard Lydecker | 7 | 7.0 |
| 8/30/2011 | Impact on models | Richard Lydecker | 7 | 1.0 |
| 8/30/2011 | Travel from RTP to Houston | Richard Lydecker | 5 | 5.0 |
| 8/31/2011 | Correspondence received, reviewed, responded re Finance/Tax (Archive America) | Kathryn Schultea | 7 | 0.8 |