# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**August 1, 2011 through August 31, 2011**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline | $ 11,340.37 |
| Travel – Lodging | 4,572.03 |
| Travel – Meals | 1,147.96 |
| Travel – Transportation | 2,775.21 |
| Office Expenses | - |
| TOTAL | $ 19,835.57 |
| | |

# Nortel Expense Report

**PERIOD:** August 1, 2011 through August 31, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Professional |
|---|---|---|---|---|---|---|
| 8/1 - 8/4 | Travel Houston/Raleigh - Nortel Office | $ 1,673.90 | $ 750.71 | $ 466.54 | $ 361.70 | Kathryn Schultea |
| 8/1 - 8/4 | Travel Houston/Raleigh - Nortel Office | $ 605.66 | $ 787.20 | $ 343.90 | $ 180.00 | Raj Perubhatla |
| 8/1 - 8/4 | Travel Houston/Raleigh - Nortel Office | $ 450.31 | $ 806.30 | | $ 489.03 | Brandon Bangerter |
| 8/11 - 8/11 | Travel Houston/Raleigh - Nortel Office | $ 1,599.70 | $ - | $ 61.20 | $ 351.20 | Kathryn Schultea |
| 8/17 - 8/19 | Travel to New York - Cleary Offices | $ 2,043.90 | $ 1,318.72 | $ 151.19 | $ 599.70 | Kathryn Schultea |
| 8/2 - 8/3 | Travel Houston/Raleigh - Nortel Office | $ 1,624.50 | $ 246.92 | $ 50.00 | $ 209.00 | Richard Lydecker |
| 8/29 - 8/30 | Travel Houston/Raleigh - Nortel Office | $ 1,623.90 | $ 274.20 | | $ 288.50 | Richard Lydecker |
| 8/9 - 8/10 | Travel Houston/Boston - Nortel Office | $ 1,718.50 | $ 387.98 | $ 75.13 | $ 296.08 | Kathryn Schultea |
| | | $ 11,340.37 | $ 4,572.03 | $ 1,147.96 | $ 2,775.21 | |