# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

|  | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 9/1/2011 | 9/30/2011 |
| **Enter Billing Rate/Hr:** | 450.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 390.20 | $450.00 | $175,590.00 |
| 2 | Facility Document Inventory & Evacuation Review | 45.40 | $450.00 | $20,430.00 |
| 3 | Human Resources - Employee Related Projects | 79.50 | $450.00 | $35,775.00 |
| 4 | Fee Apps | 9.00 | $450.00 | $4,050.00 |
| 5 | Non-working travel | 46.10 | $225.00 | $10,372.50 |
| 6 | Claims Administration | | | |
| 7 | Tax/Finance Matters and Budget Projects | 68.30 | $450.00 | $30,735.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| | **Hours/Billing Amount for Period:** | **638.50** | | **$276,952.50** |

# NORTEL TIME SHEET
## RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/1/2011 | Conference Call re: Data Retention | Kathryn Schultea | 1 | 0.6 |
| 9/1/2011 | Correspondence and follow-up re access issues and data sharing discussion | Kathryn Schultea | 1 | 2.4 |
| 9/1/2011 | Conference Calls re: MATDB-Application Handbook requirements, ATL060 update | Brandon Bangerter | 1 | 1.5 |
| 9/1/2011 | BOXI report testing, updates modifications, e-mail updates | Brandon Bangerter | 1 | 1.5 |
| 9/1/2011 | Rebuild the database for IXOS and Revise the Report | Raj Perubhatla | 1 | 5.0 |
| 9/1/2011 | CALLTRAX Report enchancements and modifications | Raj Perubhatla | 1 | 2.0 |
| 9/1/2011 | Phone Calls, Discussions and Emails | Raj Perubhatla | 1 | 1.5 |
| 9/2/2011 | Conference Call re: DDSOR virtualization DR Execution | Brandon Bangerter | 1 | 1.0 |
| 9/2/2011 | Application Handbook review of HR Payroll (ProBusiness) application, e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 9/6/2011 | Conference Call re: Bi Weekly Status Mtg. | Kathryn Schultea | 1 | 1.2 |
| 9/6/2011 | Conference Call re: NNI Infrastructure | Kathryn Schultea | 1 | 0.7 |
| 9/6/2011 | Conference Calls re: ATL060 Team Call, US Resco Weekly Status Mtg, NNI Weekly Infrastructure Mtg. | Brandon Bangerter | 1 | 3.0 |
| 9/6/2011 | BOXI Universe / Report testing, updates, troubleshooting, App handbook e-mail updates. | Brandon Bangerter | 1 | 2.0 |
| 9/6/2011 | Non-working travel from Houston to Raleigh | Raj Perubhatla | 1 | 5.5 |
| 9/7/2011 | Correspondence and follow-up re access issues and data sharing discussion (Nortel IT updates) | Kathryn Schultea | 1 | 1.3 |
| 9/7/2011 | On-site Nortel RTP re: data retentions efforts, including eData (Status of Goals) | Kathryn Schultea | 1 | 2.5 |
| 9/7/2011 | Conference Calls re: Application Handbook, ATL104 | Brandon Bangerter | 1 | 2.0 |
| 9/7/2011 | Updating Application Handbook for Restatement DB and HR Payroll applications, e-mails | Brandon Bangerter | 1 | 3.0 |
| 9/7/2011 | Meetings in RTP on Project Status with IT and Finance Management | Raj Perubhatla | 1 | 8.0 |
| 9/8/2011 | Conference Calls re: ATL060 Team Call, Livelink Discussion, TSS Ops | Brandon Bangerter | 1 | 3.0 |
| 9/8/2011 | Infrastructure access troubleshooting, e-mail updates, discussions | Brandon Bangerter | 1 | 2.0 |
| 9/8/2011 | Phoenix Warehouse in RTP - Analyzing Boxes | Raj Perubhatla | 1 | 2.0 |
| 9/8/2011 | Sabrix Reports Development and Analysis | Raj Perubhatla | 1 | 5.0 |
| 9/9/2011 | Conference Call re: Livelink content review | Brandon Bangerter | 1 | 1.0 |
| 9/9/2011 | Application handbook review, move to virtual vault, testing, e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 9/9/2011 | Livelink Call, Discussions and Emails | Raj Perubhatla | 1 | 3.0 |
| 9/9/2011 | Sabrix Reports Development and Analysis | Raj Perubhatla | 1 | 4.0 |
| 9/9/2011 | BI Catalog DB Imports and Consolidation and Analysis | Raj Perubhatla | 1 | 3.0 |
| 9/10/2011 | BI Catalog Universe move to NNI end state h/w, Report review, document, test, and troubleshoot | Brandon Bangerter | 1 | 7.5 |
| 9/10/2011 | BI Catalog DB Imports and Consolidation and Analysis | Raj Perubhatla | 1 | 3.0 |
| 9/10/2011 | Sabrix Reports Development and Analysis | Raj Perubhatla | 1 | 4.0 |
| 9/11/2011 | Application Handbook discussion for UPCS, Stars, Sabrix handbooks / e-mail updates | Brandon Bangerter | 1 | 1.5 |
| 9/11/2011 | Sabrix Reports Development and Analysis | Raj Perubhatla | 1 | 6.0 |
| 9/12/2011 | Correspondence and follow-up re access issues and data sharing discussion (Doc.Retention Motion) | Kathryn Schultea | 1 | 2.4 |
| 9/12/2011 | Conference Calls re: Application Handbook status / BI Catalog update | Brandon Bangerter | 1 | 2.0 |
| 9/12/2011 | Application Handbook review / update for Stars, Sabrix, UPCS, and Restatement DB / e-mail updates | Brandon Bangerter | 1 | 6.0 |
| 9/12/2011 | App Handbook, BI Catalog, Sabrix Calls, emails, discussions and Phone calls | Raj Perubhatla | 1 | 4.0 |
| 9/12/2011 | BI Catalog DB Imports and Consolidation and Analysis | Raj Perubhatla | 1 | 1.0 |
| 9/12/2011 | Sabrix Reports Development and Analysis | Raj Perubhatla | 1 | 5.0 |

# NORTEL TIME SHEET
RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/13/2011 | Conference Call re: NNI Infrastructure | Kathryn Schultea | 1 | 0.5 |
| 9/13/2011 | Conference call re: (Budget retention) | Kathryn Schultea | 1 | 0.8 |
| 9/13/2011 | Conference Call re: Document Retention Motion | Kathryn Schultea | 1 | 0.8 |
| 9/13/2011 | Correspondence and follow-up re access issues and data sharing discussion (NNI Website) | Kathryn Schultea | 1 | 3.0 |
| 9/13/2011 | Conference Calls re: DDSOR V2V, ATL104, NNI Infrastructure Checkpoint | Brandon Bangerter | 1 | 3.0 |
| 9/13/2011 | Stars App handbook update, DARE universe / report testing and validation, e-mail updates | Brandon Bangerter | 1 | 6.0 |
| 9/13/2011 | ATL60,DDSOR,BI ATL104 Status,NNI Weekly Infrastructure calls, emails, discussions | Raj Perubhatla | 1 | 4.5 |
| 9/13/2011 | BI Catalog Development, SABRIX Analysis, Development | Raj Perubhatla | 1 | 5.0 |
| 9/14/2011 | Conference call re: (Forecast Assumptions) | Kathryn Schultea | 1 | 0.8 |
| 9/14/2011 | Correspondence and follow-up re access issues and data sharing discussion (NNI Website, Budget Breakdown, SAP) | Kathryn Schultea | 1 | 3.8 |
| 9/14/2011 | Conference call re:Application handbook status, BI Catalog report | Brandon Bangerter | 1 | 1.5 |
| 9/14/2011 | Stars App handbook review and IT update additions, e-mail updates, BI Catalog report review | Brandon Bangerter | 1 | 6.0 |
| 9/14/2011 | ATL60 App Handbook, BI Catalog Calls, emails , discussions | Raj Perubhatla | 1 | 3.0 |
| 9/14/2011 | BI Catalog Development, SABRIX AR header, AP Invoice Line development | Raj Perubhatla | 1 | 6.0 |
| 9/15/2011 | Conference call re: (Document Disposal) | Kathryn Schultea | 1 | 1.5 |
| 9/15/2011 | Conference call re: (SAP Liscense Discussion) | Kathryn Schultea | 1 | 0.9 |
| 9/15/2011 | Correspondence and follow-up re access issues and data sharing discussion (IT Outlook/Headcount Review) | Kathryn Schultea | 1 | 3.3 |
| 9/15/2011 | Conference call re: MATDB Application Handbook review | Brandon Bangerter | 1 | 1.0 |
| 9/15/2011 | Oracle 11i financials Universe / report testing and validation, app handbook review, e-mail udpates | Brandon Bangerter | 1 | 6.5 |
| 9/15/2011 | SAP NNI License call, emails, discussions | Raj Perubhatla | 1 | 3.0 |
| 9/15/2011 | BI Catalog Development, SABRIX AR header, AP Invoice Line development | Raj Perubhatla | 1 | 6.0 |
| 9/16/2011 | Correspondence and follow-up re access issues and data sharing discussion (NNI License, BI DR Status, Review NNI Livelink) | Kathryn Schultea | 1 | 3.5 |
| 9/16/2011 | Conference Call re: DDSOR virtualization Execution Status | Brandon Bangerter | 1 | 1.0 |
| 9/16/2011 | BI Catalog report data work from BOXI Prod / Catalog universes, removing TEST references | Brandon Bangerter | 1 | 6.0 |
| 9/16/2011 | NNI Livelink call, emails , BI Catalog Discussions | Raj Perubhatla | 1 | 3.5 |
| 9/16/2011 | Sabrix Invoice Header Report/ Star Report Cleanup | Raj Perubhatla | 1 | 5.5 |
| 9/17/2011 | BI Catalog universe / report troubleshoot, update / adding SAP BW Info | Brandon Bangerter | 1 | 3.0 |
| 9/17/2011 | Sabrix Reports Development and Analysis; BI Catalog Report | Raj Perubhatla | 1 | 5.0 |
| 9/18/2011 | Sabrix Reports Development and Analysis; BI Catalog Report | Raj Perubhatla | 1 | 5.0 |
| 9/19/2011 | Conference Call re: Review NNI Livelink | Kathryn Schultea | 1 | 0.7 |
| 9/19/2011 | Conference Calls re: Application Handbook Status / Livelink CAS to SAN | Brandon Bangerter | 1 | 2.0 |
| 9/19/2011 | BI Catalog report updates, addition of SAP BW infotypes and providers, e-mail updates | Brandon Bangerter | 1 | 5.0 |
| 9/19/2011 | ATL 60 App handbook, NNI Livelink Options, CAS to SAN calls, emails, discussions | Raj Perubhatla | 1 | 5.0 |
| 9/20/2011 | Conference Call re: Livelink Metadata Retention | Kathryn Schultea | 1 | 0.8 |
| 9/20/2011 | Conference Call re: Bi Weekly Status Mtg. | Kathryn Schultea | 1 | 1.0 |
| 9/20/2011 | Conference Call re: NNI Website | Kathryn Schultea | 1 | 1.5 |
| 9/20/2011 | Conference Call re: IT Outlook/Headcount Review | Kathryn Schultea | 1 | 1.3 |
| 9/20/2011 | Conference Calls re: PRC for ATL104, Oracle Financials 11i, NNI Weekly Infrastructure Checkpoint | Brandon Bangerter | 1 | 2.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/20/2011 | Oracle 11i financials Universe testing and validation, app handbook updates, review, e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 9/20/2011 | PRC, Livelink, NNI Website, Oracle Financials 11i, NNI Infrastructure Checkpoint calls, emails, discussions | Raj Perubhatla | 1 | 5.5 |
| 9/20/2011 | SABRIX Report fixes, STARS Report Fixes | Raj Perubhatla | 1 | 3.0 |
| 9/21/2011 | Conference Calls re: Livelink discussions, ATL104 update | Brandon Bangerter | 1 | 3.5 |
| 9/21/2011 | NNI Infrastructure End State tasks, App Handbook updates, DDSOR discovery, move, update | Brandon Bangerter | 1 | 5.0 |
| 9/21/2011 | Livelink Strategy,ATL104 Status, emails,discussions | Raj Perubhatla | 1 | 5.5 |
| 9/21/2011 | SABRIX Report fixes, STARS Report Fixes | Raj Perubhatla | 1 | 3.5 |
| 9/22/2011 | Conference Calls re: Livelink discussions, Oracle 11i Financials, PRC for BOXI Prod moves | Brandon Bangerter | 1 | 3.0 |
| 9/22/2011 | IXOS BOA Report update, troubleshooting, testing, e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 9/22/2011 | Oracle 11i integrity checks, Business Object 5.1.8 issues, SAP FDC App Handbook | Brandon Bangerter | 1 | 3.5 |
| 9/22/2011 | Livelink Strategy Calls all day, emails, discussions | Raj Perubhatla | 1 | 5.0 |
| 9/22/2011 | Oracle Financials 11I N.A. Testing And Analysys | Raj Perubhatla | 1 | 4.0 |
| 9/22/2011 | DDSOR Analysis on ZRTPV090 | Raj Perubhatla | 1 | 1.5 |
| 9/23/2011 | Correspondence and follow-up re access issues and data sharing discussion (UCC Bonds, Liveline Options Package) | Kathryn Schultea | 1 | 1.5 |
| 9/23/2011 | Business Objects 5.1.8 reports / universes for AR discovery, Finalize SAPFDC App Handbook and vault | Brandon Bangerter | 1 | 3.5 |
| 9/23/2011 | IXOS BOA Report updates, BOXI reports move from Dev to test, PRC for Prod move | Brandon Bangerter | 1 | 3.0 |
| 9/23/2011 | DDSOR Analysis on ZRTPV090 | Raj Perubhatla | 1 | 2.0 |
| 9/23/2011 | LiveLink Presenstation Call and Analysis, emails and discussions | Raj Perubhatla | 1 | 2.5 |
| 9/23/2011 | Oracle 11i N.A. Call, IXOS BOA Report, PRC prep for ATL104 | Raj Perubhatla | 1 | 2.0 |
| 9/24/2011 | Infrastructure updates, DARE connection modifications, e-mail updates | Brandon Bangerter | 1 | 1.0 |
| 9/25/2011 | DARE SAPHRE Reporting Universe Import and test | Raj Perubhatla | 1 | 1.0 |
| 9/25/2011 | Oracle Financials 11I N.A. Testing And Analysys; fixing the database and Universe issues | Raj Perubhatla | 1 | 5.0 |
| 9/26/2011 | Conference Call re: Application Hanbook Status, Oracle Financials 11i | Brandon Bangerter | 1 | 2.0 |
| 9/26/2011 | BOXI report testing for PROD SABRIX, IXOS, DARE, and CallTrax, e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 9/26/2011 | Oracle Financials 11i reporting setup / config / troubleshooting, DARE BIAR file to new area | Brandon Bangerter | 1 | 3.0 |
| 9/26/2011 | ATL 104 AppHandbook, Oracle Financials 11i Calls, emails and discussions | Raj Perubhatla | 1 | 3.0 |
| 9/26/2011 | Oracle database startup/shutdown scripts on zrpth0jm; Oracle Financilas 11i; DARE | Raj Perubhatla | 1 | 4.0 |
| 9/27/2011 | Conference Call re: NNI Infrastructure | Kathryn Schultea | 1 | 0.4 |
| 9/27/2011 | Conference Call re: NNI Weekly Infrastructure checkpoint | Brandon Bangerter | 1 | 1.0 |
| 9/27/2011 | DARE testing enviroment setup / configured, BI Catalog report updated for Prod move | Brandon Bangerter | 1 | 4.0 |
| 9/27/2011 | Oracle Financials 11i reporting troubleshooting rep files, config new BusObj 5.1.8 environment | Brandon Bangerter | 1 | 3.0 |
| 9/27/2011 | ATL60 Call,NNI Infrastructure Checkpoint calls, emails, discussions | Raj Perubhatla | 1 | 2.5 |
| 9/27/2011 | DDSOR Analysis on ZRTPV090; Oracle Financials 11i NA, BO 5.1.8 Install and Config; Moving Universes and Reports to Production; Sabrix Reports Testing and trouble shooting | Raj Perubhatla | 1 | 7.0 |
| 9/28/2011 | Material review for Nortel feedback (Document Disposal Motion) | Kathryn Schultea | 1 | 3.5 |
| 9/28/2011 | Conference Calls re: DARE Report cleanup, ATL-104 Estate BI DR Update | Brandon Bangerter | 1 | 2.0 |
| 9/28/2011 | DARE universe connection modifications, re-testing reports, folder cleanup, e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 9/28/2011 | BOXI Application handbook creation, BOXI Oracle Financial 11i access restrictions, group setup, etc. | Brandon Bangerter | 1 | 3.0 |
| 9/28/2011 | Dare Report cleanup,ATL104 Status call, emails, discussions | Raj Perubhatla | 1 | 3.5 |

# NORTEL TIME SHEET
RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/28/2011 | Sabrix Nortel Invoice Details Header Report development and testing | Raj Perubhatla | 1 | 4.5 |
| 9/29/2011 | Conference Calls re: ATL-104 Checkpoint, Oracle Financials 11i udpates | Brandon Bangerter | 1 | 1.0 |
| 9/29/2011 | BOXI Application Handbook / Sabrix Application Handbook updates, e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 9/29/2011 | BI Catalog Application handbook / DARE Application Handbook reviews and updates | Brandon Bangerter | 1 | 3.0 |
| 9/29/2011 | ATL 104 Checkpoint call, NNI Oracle Financials Call, emails and discussions | Raj Perubhatla | 1 | 3.0 |
| 9/29/2011 | Sabrix Nortel Invoice Details Header Report development and testing; Oracle Financials 11i N.A | Raj Perubhatla | 1 | 5.0 |
| 9/29/2011 | HP UX Scripts Development, BI Catalog, App Handbook, BO 5.1.8 investigation, GCARS | Raj Perubhatla | 1 | 2.0 |
| 9/30/2011 | Correspondence received, reviewed, responded re Nortel 2012 Group | Kathryn Schultea | 1 | 1.0 |
| 9/30/2011 | Finalize BI Catalog / DARE Application Handbooks, Oracle Financials 11i updates, e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 9/30/2011 | Review Oracle Financials 11i / Sabrix / BW Application Handbooks | Brandon Bangerter | 1 | 2.0 |
| 9/30/2011 | Sabrix Nortel Invoice Details Header Report development and testing | Raj Perubhatla | 1 | 6.0 |
| 9/6/2011 | Correspondence received, reviewed, responded re data retention (Iron Mountain Transmittals) | Kathryn Schultea | 2 | 1.2 |
| 9/6/2011 | Correspondence and follow-up re access issues and document retention discussion (Doc.retention/Destruction) | Kathryn Schultea | 2 | 1.4 |
| 9/7/2011 | On-site Nortel RTP re: Document Retention for Phoenix warehouse | Kathryn Schultea | 2 | 4.0 |
| 9/13/2011 | Conference call re: (Rockstar Transition Update) | Kathryn Schultea | 2 | 0.3 |
| 9/13/2011 | Correspondence received, reviewed, responded re data retention (300 Boxes) | Kathryn Schultea | 2 | 1.3 |
| 9/14/2011 | Correspondence received, reviewed, responded re data retention (File Packaging/Filerom Boston Location) | Kathryn Schultea | 2 | 2.3 |
| 9/15/2011 | Correspondence received, reviewed, responded re data retention (Japan Documentation Rentention) | Kathryn Schultea | 2 | 2.3 |
| 9/16/2011 | Correspondence received, reviewed, responded re data retention (Iron Mountain Trasmittal) | Kathryn Schultea | 2 | 1.5 |
| 9/19/2011 | Onsite at RTP office for meetings re data retention | Kathryn Schultea | 2 | 8.5 |
| 9/20/2011 | Onsite at RTP office for meetings re data retention | Kathryn Schultea | 2 | 6.5 |
| 9/20/2011 | Conference Call re: Data Retention | Kathryn Schultea | 2 | 0.6 |
| 9/21/2011 | Conference Call re: Review of Non-Records Materials | Kathryn Schultea | 2 | 1.5 |
| 9/21/2011 | Onsite at Nortel Billerica office - data retention | Kathryn Schultea | 2 | 4.5 |
| 9/22/2011 | Onsite at Nortel Billerica office - data retention | Kathryn Schultea | 2 | 9.5 |
| 9/1/2011 | Correspondence received, reviewed, responded re HR matters | Kathryn Schultea | 3 | 4.2 |
| 9/2/2011 | Correspondence received, reviewed, responded re HR matters | Kathryn Schultea | 3 | 3.2 |
| 9/6/2011 | Correspondence received, reviewed, responded re HR matters | Kathryn Schultea | 3 | 2.8 |
| 9/7/2011 | On-site Nortel RTP re: data retentions efforts, including employee related matters | Kathryn Schultea | 3 | 1.2 |
| 9/8/2011 | On-site at Cleary NY re: meetings with Cleary teams on retention, budget review, HR matters | Kathryn Schultea | 3 | 5.8 |
| 9/9/2011 | On-site at Cleary NY re: meetings with Cleary teams on retention, budget review, HR matters | Kathryn Schultea | 3 | 9.5 |
| 9/12/2011 | Correspondence received, reviewed, responded re HR matters (IT) | Kathryn Schultea | 3 | 3.3 |
| 9/13/2011 | Conference call re: Retiree/LTD | Kathryn Schultea | 3 | 0.8 |
| 9/13/2011 | Correspondence received, reviewed, responded re employee related matters | Kathryn Schultea | 3 | 2.4 |
| 9/14/2011 | Correspondence received, reviewed, responded re employee related matters | Kathryn Schultea | 3 | 1.4 |
| 9/15/2011 | Correspondence received, reviewed, responded re employee related matters (Comm. Mtg. ) | Kathryn Schultea | 3 | 1.8 |
| 9/16/2011 | Correspondence received, reviewed, responded re employee related matters (Mercer/Nortel) | Kathryn Schultea | 3 | 4.5 |
| 9/20/2011 | Conference call re: employee related matters (Nortel LTIP) | Kathryn Schultea | 3 | 0.9 |
| 9/21/2011 | Conference call re: HR issues, Back up plan | Kathryn Schultea | 3 | 0.9 |
| 9/21/2011 | Conference call re: employee related matters | Kathryn Schultea | 3 | 0.5 |

# NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/Minutes Worked |
|---|---|---|---|---|
| 9/22/2011 | Conference call w/J.Ray and correspondence review re: employee related material | Kathryn Schultea | 3 | 1.6 |
| 9/23/2011 | Conference Call re: w/Cleary | Kathryn Schultea | 3 | 5.0 |
| 9/26/2011 | On-site at Cleary NY re: meetings with J.Ray and Cleary teams on retention, HR matters | Kathryn Schultea | 3 | 9.7 |
| 9/27/2011 | On-site at Cleary NY re: meetings with J.Ray and Cleary teams on retention, HR matters | Kathryn Schultea | 3 | 10.7 |
| 9/29/2011 | Conference call re: HR Matters | Kathryn Schultea | 3 | 1.0 |
| 9/29/2011 | Correspondence received, reviewed, responded re employee related matters (Retention Plan Presentation) | Kathryn Schultea | 3 | 6.8 |
| 9/30/2011 | Correspondence received, reviewed, responded re employee related matters | Kathryn Schultea | 3 | 1.5 |
| 9/30/2011 | Monthly Fee Application work | Kathryn Schultea | 4 | 5.0 |
| 9/30/2011 | Monthly Fee Application work | Raj Perubhatla | 4 | 4.0 |
| 9/6/2011 | Non-Working travel from Houston to Raleigh | Kathryn Schultea | 5 | 5.5 |
| 9/8/2011 | Non-Working travel from Raleigh to New York | Kathryn Schultea | 5 | 4.0 |
| 9/8/2011 | Non-working travel from Raleigh to Houston | Raj Perubhatla | 5 | 5.5 |
| 9/12/2011 | Non-Working travel from New York to Houston | Kathryn Schultea | 5 | 6.5 |
| 9/18/2011 | Non-Working travel from Houston to Raleigh | Kathryn Schultea | 5 | 5.5 |
| 9/21/2011 | Non-Working travel from Raleigh to Boston | Kathryn Schultea | 5 | 1.3 |
| 9/23/2011 | Non-Working travel from Boston to New York | Kathryn Schultea | 5 | 2.5 |
| 9/26/2011 | Travel (2 hr delay in NJ) | Richard Lydecker | 5 | 8.8 |
| 9/28/2011 | Non-Working travel from New York to Houston | Kathryn Schultea | 5 | 6.5 |
| 9/2/2011 | Correspondence received, reviewed, responded re Finance/Tax (NNJ Document Retention) | Kathryn Schultea | 7 | 2.8 |
| 9/7/2011 | Call with EY concerning reserve | Richard Lydecker | 7 | 0.5 |
| 9/8/2011 | Tax compliance call with Nortel | Richard Lydecker | 7 | 1.0 |
| 9/9/2011 | EY tax status call | Richard Lydecker | 7 | 0.8 |
| 9/13/2011 | Meeting with AB re tax meeting with creditors | Richard Lydecker | 7 | 1.3 |
| 9/13/2011 | Call with EY re compliance matters | Richard Lydecker | 7 | 0.5 |
| 9/13/2011 | Call with JR re compliance matters and meeting | Richard Lydecker | 7 | 0.8 |
| 9/14/2011 | Meeting with EY to plan for creditor meeting | Richard Lydecker | 7 | 1.5 |
| 9/15/2011 | Correspondence received, reviewed, responded re Finance/Tax (NNI 2011 Financial and Headcount) | Kathryn Schultea | 7 | 3.0 |
| 9/15/2011 | Discuss Nortel state tax refund claims with EY | Richard Lydecker | 7 | 0.8 |
| 9/16/2011 | Work on Models and meeting preparation | Richard Lydecker | 7 | 2.0 |
| 9/19/2011 | EY meeting on models and meeting prep | Richard Lydecker | 7 | 3.5 |
| 9/19/2011 | Work on analysis and template for model | Richard Lydecker | 7 | 2.0 |
| 9/19/2011 | Discuss outline and template with DA | Richard Lydecker | 7 | 0.5 |
| 9/19/2011 | Review EY "strawman" for presentation from my template | Richard Lydecker | 7 | 1.0 |
| 9/20/2011 | Coments on "strawman" to JR and DA | Richard Lydecker | 7 | 0.8 |
| 9/20/2011 | Work on models with DA | Richard Lydecker | 7 | 0.5 |
| 9/20/2011 | Analyze and review DA formate | Richard Lydecker | 7 | 0.5 |
| 9/20/2011 | Work on meeting material with EY--template and model backup | Richard Lydecker | 7 | 1.0 |
| 9/20/2011 | Meeting with EY prep for 9/21 status call with JR and meeting | Richard Lydecker | 7 | 3.0 |
| 9/21/2011 | Conference Call re: Retention Plan (Finance) | Kathryn Schultea | 7 | 1.6 |
| 9/21/2011 | All with EY and call with JR/Cleary re meeting and followup | Richard Lydecker | 7 | 10.0 |

## NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 9/22/2011 | Work on non-open transaction models | Richard Lydecker | 7 | 1.0 |
| 9/22/2011 | Work on non-open transaction models | Richard Lydecker | 7 | 2.0 |
| 9/22/2011 | Review new worksheets | Richard Lydecker | 7 | 0.5 |
| 9/23/2011 | Work on new worksheets | Richard Lydecker | 7 | 2.5 |
| 9/25/2011 | Review new package for meeting | Richard Lydecker | 7 | 2.5 |
| 9/26/2011 | Tax meeting with JS and JW | Richard Lydecker | 7 | 0.5 |
| 9/26/2011 | Prepare notes for meeting presentation | Richard Lydecker | 7 | 1.3 |
| 9/27/2011 | Tax meeting in NY | Richard Lydecker | 7 | 10.5 |
| 9/27/2011 | Discuss Tax with JR and Chilmark/Ey | Richard Lydecker | 7 | 1.0 |
| 9/28/2011 | Travel | Richard Lydecker | 7 | 5.3 |
| 9/28/2011 | Summarize meeting results and to-dos | Richard Lydecker | 7 | 1.0 |
| 9/30/2011 | EY status call re followup | Richard Lydecker | 7 | 0.8 |