# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**September 1, 2011 through September 30, 2011**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $    8,630.70 |
| Travel – Lodging | | 7,373.68 |
| Travel – Meals | | 1,184.62 |
| Travel – Transportation | | 3,079.96 |
| Office Expenses | | - |
| TOTAL | | $   20,268.96 |
| | | |

# Nortel Expense Report

**PERIOD:** **September 1, 2011 through September 30, 2011**

| Date | Description | Air | Hotel | Meals | Transportation | Professional |
|---|---|---|---|---|---|---|
| 9/6 - 9/7 | Travel Houston/Raleigh - Nortel Office | $ 1,167.30 | $ 448.74 | $ 543.65 | $ 261.54 | Kathryn Schultea |
| 9/6 - 9/7 | Travel Houston/Raleigh - Nortel Office | $ 1,537.90 | $ 484.67 | $ 16.34 | $ 230.00 | Raj Perubhatla |
| 9/8 - 9/12 | Travel Raleigh/New York - Nortel Office | $ 1,167.30 | $ 1,202.18 | $ 130.26 | $ 453.70 | Kathryn Schultea |
| 9/18 - 9/21 | Travel Houston/Raleigh - Nortel Office | $ 1,195.30 | $ 571.65 | $ 128.53 | $ 490.95 | Kathryn Schultea |
| 9/21 - 9/22 | Travel Raleigh/Boston - Nortel Office | $ 233.70 | $ 755.90 | $ 217.86 | $ 416.87 | Kathryn Schultea |
| 9/22 - 9/28 | Travel Boston/New York - Nortel Office | $ 1,195.30 | $ 2,295.57 | $ 147.98 | $ 563.10 | Kathryn Schultea |
| 9/26 - 9/28 | Travel Houston/NY/Houston - Cleary Office | $ 2,133.90 | $ 1,614.97 |  | $ 663.80 | Richard Lydecker |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  | $ 8,630.70 | $ 7,373.68 | $ 1,184.62 | $ 3,079.96 |  |