# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date 10/1/2011 — End Date 10/31/2011
**Enter Billing Rate/Hr:** 450.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 307.70 | $450.00 | $138,465.00 |
| 2 | Facility Document Inventory & Evacuation Review | 24.70 | $450.00 | $11,115.00 |
| 3 | Human Resources - Employee Related Projects | 93.30 | $450.00 | $41,985.00 |
| 4 | Fee Apps | 9.00 | $450.00 | $4,050.00 |
| 5 | Non-working travel | 73.50 | $225.00 | $16,537.50 |
| 6 | Claims Administration | 4.10 | $450.00 | $1,845.00 |
| 7 | Tax/Finance Matters and Budget Projects | 15.50 | $450.00 | $6,975.00 |
| 8 | Misc Debtor Issues and Communications | 1.00 | $450.00 | $450.00 |
| | **Hours/Billing Amount for Period:** | **528.80** | | **$221,422.50** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/1/2011 | ZRTPH0JM Scripts to Database Autostart and Shutdown | Raj Perubhatla | 1 | 4.0 |
| 10/3/2011 | Correspondence received, reviewed, responded re old hard copy materials | Kathryn Schultea | 1 | 1.3 |
| 10/3/2011 | Conference Calls re: Application Handbook Status update / Oracle 11i BOXI requirements | Brandon Bangerter | 1 | 2.0 |
| 10/3/2011 | Applcation Handbook updates, reviews, posting to vault / e-mail updates | Brandon Bangerter | 1 | 2.0 |
| 10/3/2011 | Oracle 11i Call, emails, discussions | Raj Perubhatla | 1 | 2.0 |
| 10/3/2011 | Sabrix Invoice Header Report | Raj Perubhatla | 1 | 6.0 |
| 10/4/2011 | Conference Call re: NNI Infrastructure | Kathryn Schultea | 1 | 0.5 |
| 10/4/2011 | Conference Call re: Bi Weekly Status Mtg. | Kathryn Schultea | 1 | 0.7 |
| 10/4/2011 | Correspondence and follow-up re access issues and data sharing discussion | Kathryn Schultea | 1 | 0.8 |
| 10/4/2011 | Correspondence received, reviewed, responded re data retention on former employee records | Kathryn Schultea | 1 | 1.0 |
| 10/4/2011 | Material review for Bi-Weekly Status Mtg. Charts | Kathryn Schultea | 1 | 1.3 |
| 10/4/2011 | Correspondence received, reviewed, responded re old hard copy materials | Kathryn Schultea | 1 | 0.8 |
| 10/4/2011 | Correspondence and follow-up re access issues and data sharing discussion Computer Images | Kathryn Schultea | 1 | 1.0 |
| 10/4/2011 | Conference Call re: DDSOR Status Call | Brandon Bangerter | 1 | 1.0 |
| 10/4/2011 | Oracle 11i Reconciliation / Sabrix Applcation handbook completion, posting, e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 10/4/2011 | NNI US Resco Website, DDSOR Calls, emails and discussions | Raj Perubhatla | 1 | 2.0 |
| 10/4/2011 | Business Objects 5.1.8 install and config calls with CSC, SABRIX Header Report Development | Raj Perubhatla | 1 | 6.0 |
| 10/5/2011 | Correspondence received, reviewed, responded re data retention on former employee records | Kathryn Schultea | 1 | 0.8 |
| 10/5/2011 | Conference Call re: ATL104 Status update | Brandon Bangerter | 1 | 1.0 |
| 10/5/2011 | BI Catalog report / universe data verification, DDSOR rights / website authentication / data | Brandon Bangerter | 1 | 5.0 |
| 10/5/2011 | BO Oracle 11i access setup / SAP BW Application Handbook review / e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 10/5/2011 | ATL104 Status call, emails, discussions | Raj Perubhatla | 1 | 2.5 |
| 10/5/2011 | Business Objects 5.1.8 install and config calls with CSC and Supervisor Install, Trim BOXI Catalog, Oracle | Raj Perubhatla | 1 | 5.5 |
| 10/6/2011 | Conference call re: BI Catalog Data inconsistencies | Brandon Bangerter | 1 | 1.0 |
| 10/6/2011 | BOXI environment rights setup / configure, BI catalog data issues, testing, troubleshooting | Brandon Bangerter | 1 | 4.0 |
| 10/6/2011 | Application Handbook updates, reviews, posting to vault / e-mail updates | Brandon Bangerter | 1 | 2.0 |
| 10/6/2011 | Oracle 11i Call, emails, discussions | Raj Perubhatla | 1 | 2.0 |
| 10/6/2011 | Trimming Bi Catalog | Raj Perubhatla | 1 | 2.0 |
| 10/6/2011 | Migrate Sabrix Reports to Ring Fence Server and add new prompts for all reports | Raj Perubhatla | 1 | 4.0 |
| 10/7/2011 | Correspondence and follow-up re access issues and data sharing discussion | Kathryn Schultea | 1 | 0.8 |
| 10/7/2011 | Correspondence received, reviewed, responded re Nortel - former employee documents | Kathryn Schultea | 1 | 1.8 |
| 10/7/2011 | Correspondence received, reviewed, responded re Nortel - former employee documents | Kathryn Schultea | 1 | 0.8 |
| 10/7/2011 | DARE access in new BOXI environment / Applcation handbook e-mails, updates | Brandon Bangerter | 1 | 4.0 |
| 10/7/2011 | BO 518 Configuration for Ring Fence Server, Supervisor Domain and Database Creation | Raj Perubhatla | 1 | 4.0 |
| 10/7/2011 | Sabrix Reports Prompts and Testing | Raj Perubhatla | 1 | 4.0 |
| 10/10/2011 | Correspondence received, reviewed, responded re Nortel - former employee documents | Kathryn Schultea | 1 | 1.0 |
| 10/10/2011 | Correspondence and follow-up re access issues and data sharing discussion (IT data sharing) | Kathryn Schultea | 1 | 0.8 |
| 10/10/2011 | Meetings @ RTP re: Infrastructure end state, BI DR activities, e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 10/10/2011 | Meetings and Discussions in RTP | Raj Perubhatla | 1 | 2.0 |
| 10/11/2011 | Meetings @ RTP re: HR data, infrastructure, exports, applications, Quickbooks, bank feeds | Brandon Bangerter | 1 | 8.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/11/2011 | Meetings on Claims, SAP HRE Replacement, NNI Infrastructure | Raj Perubhatla | 1 | 4.0 |
| 10/11/2011 | Discussions on SAP HRE, SABRIX Reports, Quickbooks Review, ADP Pro Business | Raj Perubhatla | 1 | 4.0 |
| 10/12/2011 | Conference Call re: Review NNI Software License Status & Plan | Kathryn Schultea | 1 | 0.6 |
| 10/12/2011 | Correspondence and follow-up re access issues and data sharing discussion (DBR backup) | Kathryn Schultea | 1 | 0.5 |
| 10/12/2011 | Correspondence and follow-up re access issues and data sharing discussion (SAP Liscense Letter) | Kathryn Schultea | 1 | 0.8 |
| 10/12/2011 | Meetings @ RTP re: HR data, infrastructure, exports, applications, Quickbooks, bank feeds | Brandon Bangerter | 1 | 4.0 |
| 10/12/2011 | Bi Catchup, Claims, HR Solutions, Oracle GL Reports, Quickbooks automation, ATL 104 Status (Final mtg) | Raj Perubhatla | 1 | 3.5 |
| 10/12/2011 | IXOS Loads, Modify Reports, Refresh Universes from Test to NNI RF | Raj Perubhatla | 1 | 3.0 |
| 10/13/2011 | Correspondence and follow-up re access issues and data sharing discussion (DBR backup) | Kathryn Schultea | 1 | 0.5 |
| 10/13/2011 | Correspondence and follow-up re verification of tradesphere data | Kathryn Schultea | 1 | 1.2 |
| 10/13/2011 | BOXI environment rights setup / configure / troubleshoot, e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 10/13/2011 | Application Handbook reviews, updates, comparison with extracts, e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 10/13/2011 | Oracle 11i Call, emails, discussions | Raj Perubhatla | 1 | 4.0 |
| 10/13/2011 | Tradesphere Analysis, IXOS, Review SAP HRE environment, E&Y Tax DR Analysis, DDSOR App handbook | Raj Perubhatla | 1 | 4.0 |
| 10/14/2011 | Correspondence and follow-up re data sharing discussion | Kathryn Schultea | 1 | 1.2 |
| 10/14/2011 | Conference call re: GPS and Payroll | Brandon Bangerter | 1 | 1.0 |
| 10/14/2011 | Security updates to BOXI infrastructure, Application Handbook updates to vault, e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 10/14/2011 | Reloading BI Catalog Tables, SAP HRE, GCS App Calls | Raj Perubhatla | 1 | 2.0 |
| 10/14/2011 | Importing BoxiProd Schemas into NNI RF Database and Testing BI Catalog Reports | Raj Perubhatla | 1 | 4.5 |
| 10/17/2011 | Correspondence and follow-up re access issues and training/knowledge sharing | Kathryn Schultea | 1 | 1.3 |
| 10/17/2011 | Correspondence and follow-up re data retention BI-Based Data Retention | Kathryn Schultea | 1 | 1.5 |
| 10/17/2011 | Correspondence and follow-up re data retention (BODI Server in RTP) | Kathryn Schultea | 1 | 0.8 |
| 10/17/2011 | Correspondence and follow-up re data retention (NNI Infrastructure Strategy) | Kathryn Schultea | 1 | 1.2 |
| 10/17/2011 | Correspondence and follow-up re Accounts Payable - Quick Books | Kathryn Schultea | 1 | 0.6 |
| 10/17/2011 | Conference Calls re: NNI Infrastructure Strategy / Application Handbook updates / BODI Discussion | Brandon Bangerter | 1 | 3.0 |
| 10/17/2011 | Application Handbook reviews for DDSOR / ORA FIN 11i / Seeddata, Moves to vault, e-mail updates | Brandon Bangerter | 1 | 4.5 |
| 10/17/2011 | NNI Infrastructure, BODI Calls, Discussions and emails | Raj Perubhatla | 1 | 2.5 |
| 10/17/2011 | Tradesphere Validation, SIS Interfaces | Raj Perubhatla | 1 | 4.0 |
| 10/18/2011 | Conference Call re: NNI Infrastructure | Kathryn Schultea | 1 | 0.5 |
| 10/18/2011 | Conference Call re: Bi Weekly Status Mtg. | Kathryn Schultea | 1 | 0.7 |
| 10/18/2011 | Correspondence and follow-up re Tradesphere App Handbook and related material review | Kathryn Schultea | 1 | 2.5 |
| 10/18/2011 | Correspondence and follow-up re NNI Weekly Infrastructure Checkpoint | Kathryn Schultea | 1 | 0.6 |
| 10/18/2011 | Conference Calls re: Nortel DR Review / BOCI Discussion / IXOS Extracts / Status Meetings-US Resco | Brandon Bangerter | 1 | 4.0 |
| 10/18/2011 | Application Handbook reviews for DDSOR / ORA FIN 11i / Seeddata, Moves to vault, e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 10/18/2011 | E&Y Tax Dr, BODI, IXOS Extracts, Weekly Status Mtg, NNI Infrastructure calls, emails and discussions | Raj Perubhatla | 1 | 4.5 |
| 10/18/2011 | SAP BO Data Access (BODI) server installation, Tradesphere Analysys | Raj Perubhatla | 1 | 3.5 |
| 10/19/2011 | Conference Call re: IT Planning - Sharing of Applications - Wave 2 | Kathryn Schultea | 1 | 0.8 |
| 10/19/2011 | Security updates to BOXI infrastructure, Application Handbook updates to vault, e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 10/19/2011 | Application Handbook updates, reviews, posting to vault / e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 10/19/2011 | Tradesphere calls and Analysys, emails and discussions | Raj Perubhatla | 1 | 2.5 |
| 10/19/2011 | Business Objects Data Access Serverr Installation, Configuration and Testing | Raj Perubhatla | 1 | 3.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/20/2011 | Conference Call re: Accounts Payable in Quickbooks (debrief) | Kathryn Schultea | 1 | 1.5 |
| 10/20/2011 | Correspondence and follow-up re data retention (Paper Data Retention) | Kathryn Schultea | 1 | 0.4 |
| 10/20/2011 | Correspondence and follow-up re Nortel Website - Link | Kathryn Schultea | 1 | 1.7 |
| 10/20/2011 | Quickbooks troubleshooting / SAP BW access / HR Data Solution requirements | Brandon Bangerter | 1 | 4.0 |
| 10/20/2011 | Application Handbook to Vault comparisons to Data residing on Vault, e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 10/20/2011 | Quickbooks Call, Emails and Discussions | Raj Perubhatla | 1 | 2.0 |
| 10/20/2011 | Unix Scripts, Database backups, BODI Server Checkup, MDM Database verification | Raj Perubhatla | 1 | 2.0 |
| 10/21/2011 | Correspondence and follow-up re final report BI-Based Data Retention | Kathryn Schultea | 1 | 1.5 |
| 10/21/2011 | Correspondence and follow-up re licenses | Kathryn Schultea | 1 | 0.8 |
| 10/21/2011 | Correspondence and follow-up re Data Sharing Wave 2 | Kathryn Schultea | 1 | 2.7 |
| 10/21/2011 | Correspondence and follow-up re NNI Website | Kathryn Schultea | 1 | 1.5 |
| 10/21/2011 | BOXI Access restrictions, e-mail updates | Brandon Bangerter | 1 | 1.0 |
| 10/21/2011 | Emails,Discussions and data extract verification | Raj Perubhatla | 1 | 1.0 |
| 10/24/2011 | Correspondence and follow-up re Data Sharing Wave 2 | Kathryn Schultea | 1 | 0.7 |
| 10/24/2011 | Conference Call re: Application Handbook updates | Brandon Bangerter | 1 | 1.0 |
| 10/24/2011 | BOXI access resstriction review / update, HRIS application for payroll review, App Handbook reviews | Brandon Bangerter | 1 | 5.0 |
| 10/24/2011 | SAP MDM, Real Estate Database, Emails and Discussions | Raj Perubhatla | 1 | 2.0 |
| 10/25/2011 | Meetings @ RTP re: HRIS needs overview, applications for end-state, benefits, payroll, etc. | Brandon Bangerter | 1 | 8.0 |
| 10/25/2011 | Meetings and Discussions in RTP on Law RMS, SAP HRE Functional Specs, ADP PS2, E&Y Tax DR Requirements | Raj Perubhatla | 1 | 8.0 |
| 10/26/2011 | Meetings @ RTP re: HRIS needs overview, applications for end-state, benefits, payroll, etc. | Brandon Bangerter | 1 | 7.0 |
| 10/26/2011 | Meetings and Discussions in RTP on ADP PS2, ADP Enterprise, SAP Infotypes DR, HR Documents and Live Link DR, EMB and Kickoff of ADP HRMS Project | Raj Perubhatla | 1 | 7.0 |
| 10/27/2011 | Correspondence and follow-up re HR application strategy work | Kathryn Schultea | 1 | 2.2 |
| 10/27/2011 | Correspondence and follow-up re communications and review on new website | Kathryn Schultea | 1 | 2.5 |
| 10/27/2011 | Conference Call re: SAP BW KT Session planning | Brandon Bangerter | 1 | 1.0 |
| 10/27/2011 | Application Handbook reviews, updates, comparison with extracts, e-mail updates | Brandon Bangerter | 1 | 5.0 |
| 10/27/2011 | Emails,Discussions, SAP BW KT Calls | Raj Perubhatla | 1 | 1.5 |
| 10/27/2011 | Data Searches, Iron Mountain Database Searches | Raj Perubhatla | 1 | 5.0 |
| 10/28/2011 | Correspondence and follow-up re communications and review on new website | Kathryn Schultea | 1 | 1.0 |
| 10/28/2011 | Correspondence and follow-up re communications and review on new website | Kathryn Schultea | 1 | 2.0 |
| 10/28/2011 | Correspondence and follow-up re Data Sharing Wave 2 | Kathryn Schultea | 1 | 1.5 |
| 10/28/2011 | Infrastructure access review, modifications, Application handbook updates, e-mail updates | Brandon Bangerter | 1 | 5.0 |
| 10/28/2011 | Iron Mountain Database searches, SAP Infotype tables import | Raj Perubhatla | 1 | 4.0 |
| 10/28/2011 | Emails and Discussions | Raj Perubhatla | 1 | 1.0 |
| 10/31/2011 | Application Handbook reviews, updates, comparison with extracts, website review, e-mail updates | Brandon Bangerter | 1 | 6.0 |
| 10/31/2011 | Application Handbook, SAP HRE Oracle Imports, DDSOR, nortel-us website evaluation, Access to SAP HRE PR1, DDSOR App Handbook Review, emails, discussions | Raj Perubhatla | 1 | 7.0 |
| 10/3/2011 | Conference call re: Shipping documents | Kathryn Schultea | 2 | 0.8 |
| 10/3/2011 | Correspondence received, reviewed, responded re Bills of Lading documentation | Kathryn Schultea | 2 | 1.5 |
| 10/3/2011 | Correspondence received, reviewed, responded re Iron Mountain | Kathryn Schultea | 2 | 0.8 |
| 10/4/2011 | Correspondence received, reviewed, responded re IM-Containers | Kathryn Schultea | 2 | 0.6 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/4/2011 | Correspondence received, reviewed, responded re Ayaya - NGS - Iron Mountain | Kathryn Schultea | 2 | 0.5 |
| 10/5/2011 | Correspondence and follow-up re files remaining from Rockstar team in Dallas | Kathryn Schultea | 2 | 0.3 |
| 10/5/2011 | Correspondence received, reviewed, responded re Ayaya - NGS - Iron Mountain | Kathryn Schultea | 2 | 1.0 |
| 10/7/2011 | Correspondence and follow-up re files remaining from Rockstar team in Dallas | Kathryn Schultea | 2 | 1.3 |
| 10/10/2011 | Correspondence and follow-up re access issues and data retention (Phoenix Location visit) | Kathryn Schultea | 2 | 0.5 |
| 10/12/2011 | Material review for Document Retention Decaration v2.doc | Kathryn Schultea | 2 | 1.3 |
| 10/13/2011 | Correspondence and follow-up re access issues and data retention Avaya/NGS/Iron Mountain | Kathryn Schultea | 2 | 0.7 |
| 10/14/2011 | Correspondence received, reviewed, responded re Declaration | Kathryn Schultea | 2 | 1.5 |
| 10/17/2011 | Correspondence and follow-up re Richardson Data Center Move - Site Exited | Kathryn Schultea | 2 | 1.0 |
| 10/18/2011 | Correspondence received, reviewed, responded re employee related matters (Declaration Questions) | Kathryn Schultea | 2 | 1.8 |
| 10/19/2011 | Correspondence and follow-up re NNI Infrastructure Strategy | Kathryn Schultea | 2 | 1.5 |
| 10/19/2011 | Materials review for employee related matters (Revised Declarations) | Kathryn Schultea | 2 | 2.5 |
| 10/20/2011 | Correspondence and follow-up re Richardson Data Center Move - Site Exited | Kathryn Schultea | 2 | 0.8 |
| 10/24/2011 | Correspondence received, reviewed, responded re North declaration | Kathryn Schultea | 2 | 1.0 |
| 10/27/2011 | Material review for document retention (Iron Mountain) | Kathryn Schultea | 2 | 2.0 |
| 10/31/2011 | Richardson final evacuation review | Kathryn Schultea | 2 | 3.3 |
| 10/3/2011 | Conference call re: Aetna Requests (Mercer) | Kathryn Schultea | 3 | 0.5 |
| 10/3/2011 | Correspondence received, reviewed, responded re HR matters | Kathryn Schultea | 3 | 2.9 |
| 10/3/2011 | Correspondence received, reviewed, responded re Mercer - Aetna | Kathryn Schultea | 3 | 2.4 |
| 10/3/2011 | Correspondence received, reviewed, responded re HR matters (headcount) | Kathryn Schultea | 3 | 2.2 |
| 10/3/2011 | Material review for Aetna Presentation | Kathryn Schultea | 3 | 1.3 |
| 10/3/2011 | Correspondence received, reviewed, responded re Retention | Kathryn Schultea | 3 | 0.8 |
| 10/4/2011 | Conference Call re: headcount | Kathryn Schultea | 3 | 0.7 |
| 10/4/2011 | Correspondence received, reviewed, responded re US Estate 2012 Retention Plan | Kathryn Schultea | 3 | 0.4 |
| 10/4/2011 | Material review for Mercer Updated Presentation | Kathryn Schultea | 3 | 1.3 |
| 10/4/2011 | Correspondence received, reviewed, responded re HR related, committee follow-up discussions | Kathryn Schultea | 3 | 0.6 |
| 10/5/2011 | Review Materials for Committee Mtgs in New York | Kathryn Schultea | 3 | 2.0 |
| 10/6/2011 | Committee Mtgs on HR related matters at Cleary | Kathryn Schultea | 3 | 10.5 |
| 10/7/2011 | Correspondence received, reviewed, responded re HR Matter (job descriptions and updates) | Kathryn Schultea | 3 | 3.0 |
| 10/10/2011 | Correspondence received, reviewed, responded re HR Matter on 2012 outlook | Kathryn Schultea | 3 | 1.7 |
| 10/10/2011 | Conference Call re: Update Status | Kathryn Schultea | 3 | 0.4 |
| 10/11/2011 | On site at RTP re meetings on HR system and functional review | Kathryn Schultea | 3 | 9.0 |
| 10/12/2011 | Conference Call re: Claims Discussion | Kathryn Schultea | 3 | 0.5 |
| 10/12/2011 | Conference Call re: Treasury | Kathryn Schultea | 3 | 0.8 |
| 10/12/2011 | Conference Call re: HR Matter (Discuss Options for US HR Solutions) | Kathryn Schultea | 3 | 0.7 |
| 10/12/2011 | Correspondence received, reviewed, responded re HR Matter (2012 Benefit Enrollment) | Kathryn Schultea | 3 | 0.5 |
| 10/12/2011 | Correspondence received, reviewed, responded re HR Matter (Nortel Employee Laptops) | Kathryn Schultea | 3 | 0.8 |
| 10/12/2011 | Correspondence received, reviewed, responded re HR Matter (Nortel Plan Termination) | Kathryn Schultea | 3 | 0.3 |
| 10/13/2011 | Mercer Meetings | Kathryn Schultea | 3 | 2.3 |
| 10/13/2011 | Correspondence received, reviewed, responded re HR Matter (Nortel Plan Termination) | Kathryn Schultea | 3 | 0.7 |
| 10/14/2011 | Conference call re: HR Matters | Kathryn Schultea | 3 | 1.2 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/14/2011 | Correspondence received, reviewed, responded re HR Matter (NNI Incentive Plan) | Kathryn Schultea | 3 | 0.8 |
| 10/14/2011 | Correspondence received, reviewed, responded re HR Matter for pending motion | Kathryn Schultea | 3 | 1.1 |
| 10/17/2011 | Correspondence received, reviewed, responded re weekly update | Kathryn Schultea | 3 | 0.8 |
| 10/17/2011 | Conference Call re: HR staffing | Kathryn Schultea | 3 | 0.7 |
| 10/17/2011 | Conference Call re: HR Matter (discuss responsibilities) | Kathryn Schultea | 3 | 0.5 |
| 10/17/2011 | Conference Call re: HR Matter (former employee records) | Kathryn Schultea | 3 | 0.6 |
| 10/17/2011 | Conference Call re: Working Session to review certain plan wind-down actions data, processes, etc. | Kathryn Schultea | 3 | 1.8 |
| 10/18/2011 | Correspondence received, reviewed, responded re employee related matters (NNI Incentive Plan) | Kathryn Schultea | 3 | 1.2 |
| 10/18/2011 | Material review for HR Matter (Incentive Plan - Draft Motion) | Kathryn Schultea | 3 | 2.5 |
| 10/19/2011 | Conference Call re: Nortel (DC Plan action points) | Kathryn Schultea | 3 | 0.6 |
| 10/19/2011 | Materials review for HR related matters on various plans | Kathryn Schultea | 3 | 1.0 |
| 10/19/2011 | Material review for HR Matter (Revised Incentive Plan - Draft Motion) | Kathryn Schultea | 3 | 1.3 |
| 10/19/2011 | Correspondence received, reviewed, responded re employee related matters (NNI Incentive Plan) | Kathryn Schultea | 3 | 0.5 |
| 10/20/2011 | Correspondence received, reviewed, responded re employee related matters (New Incentive Plan Motion) | Kathryn Schultea | 3 | 1.6 |
| 10/20/2011 | Correspondence received, reviewed, responded re employee related matters (ADP Meeting) | Kathryn Schultea | 3 | 1.0 |
| 10/21/2011 | Correspondence received, reviewed, responded re employee related matters (Aetna) | Kathryn Schultea | 3 | 0.7 |
| 10/21/2011 | Correspondence received, reviewed, responded re employee related matters (Employee Communication) | Kathryn Schultea | 3 | 1.0 |
| 10/24/2011 | Conference Call re: weekly status update | Kathryn Schultea | 3 | 0.5 |
| 10/24/2011 | Conference Call re: Nortel Update on HR Strategy - JR | Kathryn Schultea | 3 | 1.0 |
| 10/24/2011 | Correspondence received, reviewed, responded re employee related matters (Motion - Draft) | Kathryn Schultea | 3 | 0.8 |
| 10/24/2011 | Correspondence and follow-up re HR related matters (contracts and amendments review) | Kathryn Schultea | 3 | 0.5 |
| 10/25/2011 | On site at RTP re meetings on HR system and functional review | Kathryn Schultea | 3 | 9.0 |
| 10/26/2011 | On site at RTP re meetings on HR system and functional review | Kathryn Schultea | 3 | 7.0 |
| 10/26/2011 | Strategy dicussions re: HR overview meetings | Kathryn Schultea | 3 | 2.0 |
| 10/27/2011 | Correspondence received, reviewed, responded re HR Related Matters | Kathryn Schultea | 3 | 3.0 |
| 10/28/2011 | Correspondence received, reviewed, responded re employee related matters (workforce and retention) | Kathryn Schultea | 3 | 1.6 |
| 10/31/2011 | Employee Communication Work | Kathryn Schultea | 3 | 2.7 |
| 10/28/2011 | Monthly Fee Application work | Kathryn Schultea | 4 | 5.0 |
| 10/31/2011 | October Fee App work | Raj Perubhatla | 4 | 4.0 |
| 10/5/2011 | Non-Working travel from Houston to New York | Kathryn Schultea | 5 | 4.5 |
| 10/8/2011 | Non-Working travel from New York to Houston | Kathryn Schultea | 5 | 6.5 |
| 10/10/2011 | Non-Working travel from Houston to Raleigh | Kathryn Schultea | 5 | 5.5 |
| 10/10/2011 | Non-working travel from Houston to Raleigh | Brandon Bangerter | 5 | 5.5 |
| 10/10/2011 | Non-working travel from Houston to Raleigh | Raj Perubhatla | 5 | 5.5 |
| 10/12/2011 | Non-working travel from Raleigh to Houston | Brandon Bangerter | 5 | 5.5 |
| 10/12/2011 | Non-working travel from RTP to Houston | Raj Perubhatla | 5 | 5.5 |
| 10/24/2011 | Non-Working travel from Houston to Raleigh | Kathryn Schultea | 5 | 5.5 |
| 10/24/2011 | Non-working travel from Raleigh to Houston | Brandon Bangerter | 5 | 5.5 |
| 10/24/2011 | Non-working travel from Houston to Raleigh | Raj Perubhatla | 5 | 5.5 |
| 10/26/2011 | Non-Working travel from Raleigh to Houston | Kathryn Schultea | 5 | 3.5 |
| 10/26/2011 | Non-working travel from Raleigh to Houston | Brandon Bangerter | 5 | 5.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/26/2011 | Non-working travel from Raleigh to Houston | Raj Perubhatla | 5 | 5.5 |
| 10/31/2011 | Non-Working travel from Houston to Dallas (round-trip) | Kathryn Schultea | 5 | 4.0 |
| 10/14/2011 | Correspondence received, reviewed, responded re Nortel Scheduel Amendments | Kathryn Schultea | 6 | 2.5 |
| 10/20/2011 | Correspondence received, reviewed, responded re claims letter Q&A | Kathryn Schultea | 6 | 1.6 |
| 10/3/2011 | State refund status | Richard Lydecker | 7 | 1.0 |