# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**September 1, 2011 through September 30, 2011**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 14,693.00 |
| Travel – Lodging | | 4,840.23 |
| Travel – Transportation | | 2,078.34 |
| Travel – Meals | | 730.43 |
| Office Expenses | | - |
| TOTAL | | $ 22,342.00 |
| | | |

# Nortel Expense Report

**PERIOD:** September 1, 2011 through September 30, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Professional |
|---|---|---|---|---|---|---|
| 10/5 - 10/8 | Travel Houston/New York - Cleary Office | $ 2,033.90 | $ 1,785.67 | $ 93.56 | $ 572.20 | Kathryn Schultea |
| 10/10 - 10/12 | Travel Houston/Raleigh - Nortel Office | $ 1,517.90 | $ 516.40 | | $ 51.00 | Brandon Bangerter |
| 10/10 - 10/12 | Travel Houston/Raleigh - Nortel Office | $ 1,440.90 | $ 516.40 | $ - | $ 448.99 | Kathryn Schultea |
| 10/10 - 10/12 | Travel Houston/Raleigh - Nortel Office | $ 1,547.90 | $ 516.40 | $ 186.67 | $ 180.00 | Raj Perubhatla |
| 10/24 - 10/26 | Travel Houston/Raleigh - Nortel Office | $ 1,511.90 | $ 516.40 | $ 281.66 | $ 482.84 | Kathryn Schultea |
| 10/24 - 10/26 | Travel Houston/Raleigh - Nortel Office | $ 1,603.90 | $ 493.86 | | | Brandon Bangerter |
| 10/24 - 10/26 | Travel Houston/Raleigh - Nortel Office | $ 1,600.90 | $ 495.10 | $ 168.54 | $ 180.00 | Raj Perubhatla |
| 10/31 | Travel Houston/Dallas - Nortel Office | $ 391.90 | $ - | $ - | $ 163.31 | Kathryn Schultea |
| 10/31 | Travel Houston/Raleigh - Nortel Office | $ 1,521.90 | | | | Brandon Bangerter |
| 10/31 | Travel Houston/Raleigh - Nortel Office | $ 1,521.90 | | | | Raj Perubhatla |
| | | $ 14,693.00 | $ 4,840.23 | $ 730.43 | $ 2,078.34 | |