Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 10/05/11 | EH | Review ECF notices and download notice of rescheduled 10/13/11 hearing; track adjourned hearing date | 0.10 |
| 10/12/11 | EH | Review agenda for 10/14/11 hearing | 0.10 |
| 10/14/11 | JRH | Meeting with R. Lemisch to discuss open items in Nortel | 0.20 |
| 10/17/11 | EH | Review clerk's minutes of 10/14/11 hearing | 0.10 |
| 10/17/11 | EH | Review agenda for 10/19/11 hearing (.1); email to J. Hoover and R. Lemisch (.1) | 0.20 |
| 10/18/11 | EH | Review and respond to email from R. Lemisch regarding status of 10/19/11 hearing on CTDI settlement motion and related motion to seal | 0.10 |
| 10/18/11 | EH | Prepare binder for 10/19/11 hearing | 0.40 |
| 10/19/11 | EH | Review amended agenda for 10/19/11 hearing | 0.10 |
| 10/20/11 | EH | Review and analysis of pleadings and related documents for file organization | 0.30 |
| 10/24/11 | EH | Review agenda for 10/26/11 hearing | 0.10 |
| 10/25/11 | EH | Review amended agenda for 10/26/11 hearing | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| ASSOCIATE | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 0.20 | $79.00 |
| | | | 0.20 | $79.00 |
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 1.60 | $384.00 |
| | | | 1.60 | $384.00 |
| | | TOTAL: | 1.80 | $463.00 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 10/06/11 | LMS | Email J. Moldrem regarding estimates for September 2011 | 0.10 |
| 10/09/11 | RHL | Edit time for monthly fee application | 0.20 |
| 10/18/11 | LMS | Review docket regarding objections to BFCA monthly fee statement for August 2011 | 0.10 |
| 10/18/11 | LMS | Prepare CNO regarding BFCA monthly fee statement for August 2011 | 0.10 |
| 10/18/11 | LMS | File CNO regarding BFCA monthly fee statement for August 2011 | 0.10 |
| 10/18/11 | LMS | Preparation of BFCA monthly fee application for September 2011 | 0.70 |
| 10/24/11 | LMS | Preparation of BFCA monthly fee application for September 2011 | 0.40 |
| 10/27/11 | LMS | Preparation of BFCA monthly fee application for September 2011 | 0.20 |
| 10/27/11 | LMS | File BFCA monthly fee application for September 2011 | 0.10 |
| 10/27/11 | LMS | Docket objection deadline regarding BFCA monthly fee application for September 2011 | 0.10 |
| 10/27/11 | EH | Review ECF notices and download BFCA September 2011 fee application | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 0.20 | $125.00 |
| | | | 0.20 | $125.00 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMS) | $200.00 | 1.90 | $380.00 |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.10 | $24.00 |
| | | | 2.00 | $404.00 |
| | | TOTAL: | 2.20 | $529.00 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 10/01/11 | JES | Review approximately 5,000 pages of documents in connection with Right Management document production | 7.40 |
| 10/02/11 | JES | Review approximately 5,000 pages of documents in connection with Right Management document production | 7.60 |
| 10/03/11 | RHL | Received correspondence from J. Wetzel regarding CTDI resolution - copy of exhibits and respond | 0.10 |
| 10/03/11 | RHL | Discuss CTDI settlement issues with J. Hoover as result of inquiry by 3rd party to same | 0.20 |
| 10/03/11 | JES | Confer with J. Hoover regarding status of Right Management document production (.2); draft responses and objections to Right Management interrogatories (6.6) | 6.80 |
| 10/03/11 | EH | Review ECF notices and download order setting omnibus dates through April 2012 (.1); track omnibus hearing dates (.1) | 0.20 |
| 10/03/11 | EH | Review approximately 2,000 documents in connection with Right Management document production | 1.70 |
| 10/04/11 | JES | Review email from B. Bowden regarding mediation protocol (.1); email J. Hoover regarding mediation protocol (.1); review and respond to emails from mediator (.2); draft responses to Right Management Interrogatories and Requests for Production (2.2) | 2.60 |
| 10/04/11 | EH | Review ECF notices and download order approving stipulation extending certain Starent deadlines (.2); track extended deadlines (.1) | 0.30 |
| 10/04/11 | EH | Review email from J. Smith regarding finalization of stipulation extending certain Prudential adversary deadlines | 0.10 |
| 10/04/11 | EH | Draft certification of counsel submitting stipulation extending certain Prudential adversary deadlines | 0.40 |
| 10/04/11 | EH | File certification of counsel submitting stipulation extending certain Prudential adversary deadlines (.1); coordinate delivery to Judge Gross' chambers (.1) | 0.20 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 10/05/11 | JES | Review email from B. Bowden regarding Right Management mediation (.1); review email from J. Hoover regarding Right Management mediation (.1); email B. Bowden regarding Right Management mediation (.1); draft responses and objections to Right Management Requests for Production and Requests for Admission (4.0); email J. Hoover regarding review of Right Management discovery (.1); review flagged Right Management documents in preparation for production (.5) | 4.90 |
| 10/05/11 | EH | Review ECF notices and download order approving stipulation to extend certain Prudential adversary deadlines | 0.10 |
| 10/05/11 | EH | Review stipulation extending certain Prudential adversary deadlines (.1); track updated deadlines (.1) | 0.20 |
| 10/06/11 | JES | Confer with J. Hoover regarding Right Management discovery (.2); email K. Sidhu regarding distribution to unsecured creditors (.2) | 0.40 |
| 10/06/11 | EH | Review and respond to email from B. Hunt regarding affidavit of service for CTDI settlement motion and related motion to seal | 0.10 |
| 10/06/11 | EH | File Epiq affidavit of service for CTDI settlement motion and related motion to seal | 0.20 |
| 10/06/11 | EH | Review attorney, paralegal, etc. time entries for June through September 2011 to gather information for CTDI attorney fee request | 0.70 |
| 10/06/11 | EH | Review 10/04/11 letter from B. Bowden regarding 11/02/11 mediation in Prudential adversary and deadlines to submit initial and confidential mediation statements (.1); track mediation date and submission deadlines (.1) | 0.20 |
| 10/07/11 | JES | Confer with M. Barrie regarding status of Nortel adversaries and discovery | 0.10 |
| 10/10/11 | JES | Respond to various emails from J. Hoffman regarding Right Management discovery responses and review by R. Boris (.2); revise and supplement Right Management discovery responses and draft verification (2.2) | 2.40 |
| 10/11/11 | RHL | Review status of preferences (.4); confer on discovery issues and mediator status with J. Hoover and J. Smith (.2) | 0.60 |
| 10/11/11 | JRH | Meeting with J. Smith and R. Lemisch to discuss mediation and preparation | 1.60 |
| 10/11/11 | JRH | Review and revise discovery requests (Right Management) | 2.50 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 10/11/11 | JRH | Meeting with J. Smith to discuss draft discovery responses and revisions thereto (1.1); and telephone call made to M. Vanek regarding status of preference actions (.4) | 1.50 |
| 10/11/11 | JRH | Review emails related to Nortel agenda and email with E. Bussigel related to CNOs and CTDI litigation | 0.30 |
| 10/11/11 | JRH | Review email from A. Ungberg and respond thereto regarding CTDI litigation and notice of stay (.2); review notice and coordinate with E. Hein (.1) | 0.30 |
| 10/11/11 | JRH | Email with J. Smith regarding Right Management discovery | 0.10 |
| 10/11/11 | JES | Review email from J. Carignan regarding Right Management discovery and position statement (.1); email J. Hoover proposing response to J. Carignan email (.2); call with J. Carignan regarding Right Management (.2); email J. Carignan confirming discovery agreement for Right Management (.2); review agenda for hearing on 10/19 (.2); meet with J. Hoover to revise and discuss Right Management discovery (1.1); call with M. Vanek regarding mediation statement and 502(h) claim (.4); email C. Brown regarding financial showing insolvency as of Petition Date (.2); revise Plaintiff's Objections and Responses to Right Management's Interrogatories (.6); meeting with J. Hoover and R. Lemsich regarding status of Right Management, Prudential Relocation, and Starent (.4) | 3.80 |
| 10/11/11 | EH | Review email from A. Ungberg regarding filing of final notice of extension of stay in CTDI adversary | 0.10 |
| 10/11/11 | EH | Review and respond to email from E. Bussigel regarding CNO for CTDI settlement motion | 0.10 |
| 10/11/11 | EH | Review 10/11/11 adversary status report | 0.10 |
| 10/12/11 | JRH | Meetings with J. Smith to discuss mediation statements, Starent discovery, and open items | 0.70 |
| 10/12/11 | JRH | Review emails related to the agenda issues and follow up related thereto | 0.40 |
| 10/12/11 | JES | Review email from C. Brown regarding stand alone financials in connection with Right Management document production (.2); revise and supplement Right Management discovery responses (2.3); review and coordinate Right Management document production for Bates stamping (.5); various emails to C. Brown of Huron regarding ordinary course and new value analysis for adversaries (.2); email R. Boris regarding Right Management discovery responses (.1); review Starent | 6.80 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| | | discovery responses and ordinary course and new value analysis (2.0); research and begin drafting Starent position statement (1.5) | |
| 10/13/11 | RHL | Research unsecured claims issues for upcoming mediation (.1); forward information to J. Hoover and J. Smith (.1) | 0.20 |
| 10/13/11 | RHL | Review 547 (c)(4) as it applies to Starent matter | 0.50 |
| 10/13/11 | JRH | Begin to prepare for Prudential mediation | 1.20 |
| 10/13/11 | JRH | Follow up on issues related to Nortel mediations | 0.30 |
| 10/13/11 | JES | Confer with J. Hoover regarding Starent reclamation claim (.2); meeting with R. Lemsich regarding Starent's subsequent new value defense and reclamation claim (.5) | 0.70 |
| 10/14/11 | RHL | Discuss mediation issues with J. Hoover | 0.20 |
| 10/14/11 | JRH | Meeting with J. Smith to discuss Starent position statement | 0.30 |
| 10/14/11 | JRH | Review and revise draft of responses to Right Management discovery requests (.8); meeting with J. Smith regarding revisions (.2) | 1.00 |
| 10/14/11 | JRH | Coordinate with regard to various agenda items, as relates to the CTDI 9019 motion, emails with E. Hein, A. Ungberg, and E. Bussigel | 0.30 |
| 10/14/11 | JES | Review executed verification from R. Boris in connection with Right Management discovery (.1); review and respond to 2 emails from R. Boris regarding adversaries (.2); call with Parcels regarding status of Bates stamped Right Management documents (.2); email J. Hoover and E. Hein regarding Right Management status (.1); call with J. Hoover regarding Right Management discovery (.2); confer with J. Hoover regarding coverage at upcoming hearing on approval of CTDI settlement (.2); discuss changes to Right Management discover with J. Hoover (.2); final review and revision of Right Management discovery (.8); coordinate with E. Hein to file and serve Right Management discovery (.2); review email from C. Fights regarding 10/19 agenda (.1); review email from R. Baik regarding 10/19 agenda (.1); review email from C. Fights regarding 10/19 agenda (.1); research case law regarding reclamation claim and new value and analyze 11 cases (1.6); confer with J. Hoover regarding research and applicable case law (.2); meet with J. Hoover regarding Starent mediation statement (.2) | 4.50 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 10/14/11 | EH | Draft CNO to CTDI 9019 settlement motion | 0.20 |
| 10/14/11 | EH | Review and respond to email from E. Bussigel regarding status of CNO for CTDI settlement motion and related motion to seal | 0.10 |
| 10/14/11 | EH | Draft CNO to motion to seal CTDI settlement agreement | 0.20 |
| 10/14/11 | EH | Prepare responses to Right Management's first set of interrogatories, document production requests and requests for admission for service (.2); draft notice of service of discovery (.1) | 0.30 |
| 10/14/11 | EH | Coordinate service of responses to Right Management's first interrogatories, document production requests and requests for admission (.1); file notice of service of discovery (.1) | 0.20 |
| 10/14/11 | EH | Prepare confidential versions of CTDI settlement agreement and Nortel parties side agreement for submission to chambers with 10/19/11 hearing on CTDI settlement motion and motion to seal | 0.30 |
| 10/14/11 | EH | Email to M. DeCarli regarding CNOs to CTDI settlement motion and related motion to seal exhibits and unredacted versions of CTDI settlement agreement and Nortel parties side agreement for 10/19/11 hearing binder | 0.20 |
| 10/14/11 | EH | Format and finalize notice of continuation of CTDI adversary proceedings (.2); track extended deadline to finalize settlement or file notice of continued stay (.2) | 0.40 |
| 10/14/11 | EH | Review and respond to email from A. Ungberg regarding status of CNOs for CTDI settlement motion and related motion to seal | 0.10 |
| 10/14/11 | EH | Review emails from J. Hoover and A. Ungberg regarding filing of notice of continuance of CTDI stay | 0.10 |
| 10/14/11 | EH | Discuss adjournment of 10/13/11 Right Management mediation with J. Smith; track rescheduled mediation date | 0.10 |
| 10/14/11 | EH | File CNO to CTDI settlement motion | 0.20 |
| 10/14/11 | EH | File CNO to motion to seal CTDI settlement agreement and Nortel parties side agreement | 0.20 |
| 10/14/11 | EH | Coordinate delivery of CNO to CTDI settlement motion, CNO to motion to seal exhibits to CTDI settlement motion, unredacted settlement agreement and Nortel parties side agreement to M. DeCarli | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 10/17/11 | RHL | Review information on tomorrow's hearing | 0.10 |
| 10/17/11 | JRH | Conference call with R. Boris and J. Smith | 0.30 |
| 10/17/11 | JRH | Attend to preference action | 0.50 |
| 10/17/11 | JRH | Prepare for conference call; conference call with C. Brown discussing open preference analyses | 1.20 |
| 10/17/11 | JRH | Email with J. Smith regarding preparation of motion for extension of claims objection deadline | 0.10 |
| 10/17/11 | JRH | Meeting with J. Smith to discuss Starent mediation position statement and to prepare for call with C. Brown | 0.50 |
| 10/17/11 | JES | Review Starent's discovery and analyze ordinary course and new value defenses (.7); meet with J. Hoover and prepare for call with C. Brown regarding Starent (.5); determine Starent's preference exposure (.5); meeting with J. Hoover to review and analyze Starent, Right Management and Prudential's defenses (.6); call with C. Brown regarding Starent and Right Management defenses (.6); conference call with J. Hoover and R. Boris regarding 502(H) issues and upcoming mediations (.3); review email from C. Fights regarding wave 3 preference status (.1) | 3.30 |
| 10/18/11 | RHL | Received correspondence from E. Hein regarding entry of CTDI settlement order | 0.10 |
| 10/18/11 | JES | Review email from J. Carignan regarding Right Management mediation (.1); review email from B. Bowden regarding Right Management mediation (.1); review email from J. Carignan regarding Right Management mediation (.1); email J. Hoover regarding rescheduling of Right Management mediation (.1); review response from J. Hoover regarding Right Management mediation (.1); email R. Boris regarding Right Management mediation (.1); review email from R. Boris regarding Right Management mediation (.1); email J. Carignan and mediator regarding new date for Right Management mediation (.1); review email and attachment from C. Fights regarding agenda for hearing on 10/19 (.2); conversation with J. Carignan and H. Jaffee regarding Right Management's position for settlement (.3); call with J. Hoover regarding extending Right Management's discovery deadline (.2); email J. Carignan regarding Right Management discovery request (.1) | 1.60 |
| 10/18/11 | EH | Review ECF notices and download orders approving CTDI settlement motion and related motion to seal exhibits (.1); email to A. Ungberg and E. Bussigel regarding same (.1) | 0.20 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 10/19/11 | JES | Review email from J. Galvin regarding wave 3 status reports (.1); review email from J. Hoover regarding wave 3 status reports (.1); respond to email from J. Hoover (.1); review prior status report and draft updated statuses for 3 adversary proceedings (.2); email J. Hoover regarding revised statuses (.1) | 0.60 |
| 10/19/11 | EH | Review email from J. Smith regarding further extension of Right Management discovery response deadline; track extended deadline | 0.10 |
| 10/20/11 | RHL | Discuss status of Prudential adversary proceeding | 0.20 |
| 10/20/11 | JES | Review and respond to email from J. Galvin after conferring with J. Hoover regarding status description for 3 adversaries (.2); review and analyze updated spreadsheet from C. Brown evaluating Starent's ordinary course and new value analysis (.7); review and analyze Right Management's position statement and exhibits thereto (.6); confer with J. Hoover regarding Right Management's position statement and settlement offer (.2); email C. Brown regarding evaluation of Right Management's ordinary course and new value analysis (.2); draft mediation statement for Starent adversary proceeding (3.3) | 5.20 |
| 10/21/11 | RHL | Telephone call received from Bill Sullivan regarding discovery issues; mediation | 0.30 |
| 10/21/11 | RHL | Speak to J. Smith regarding Prudential discovery | 0.20 |
| 10/21/11 | JRH | Telephone call with M. Parikh regarding CTDI | 0.10 |
| 10/21/11 | JRH | Follow up regarding issues related to Nortel settlement agreement | 0.50 |
| 10/21/11 | JES | Call with J. Carignan regarding Right Management position statement and discovery (.2); call with J. Hoover regarding Right Management (.2); review email from J. Carignan regarding mediation (.1); review email from B. Bowden regarding mediation (.1); email J. Hoover regarding Right Management mediation (.1); meet with R. Lemisch and discuss Prudential Relocation filings and status of discovery and settlement discussions (.3); confer with J. Hoover regarding rescheduling of Right Management mediation and position statement (.2); confer with J. Hoover regarding Starent mediation statement (.2); email J. Carignan regarding discovery (.1); email R. Boris regarding Right Management mediation (.1); call with B. Bowden regarding Nortel mediation (.2); prepare for call with K. Law regarding Starent defenses and preference exposure (.3); call with K. Law to discuss settlement of adversary proceeding (.4); review Prudential Relocation documents in preparation for | 3.50 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| | | mediation (1.0) | |
| 10/22/11 | JRH | Review Prudential documents | 1.50 |
| 10/23/11 | JRH | Review and comment upon Starent position statement (.8); email with J. Smith regarding comments (.2) | 1.00 |
| 10/24/11 | RHL | Review and revise Starent mediation statement and forward to J. Smith and J. Hoover | 0.30 |
| 10/24/11 | RHL | Coordinate issues regarding Starent preference defense with J. Hoover | 0.20 |
| 10/24/11 | JRH | Review Starent documents; prepare position statement and coordinate in all matters thereto with J. Smith | 4.50 |
| 10/24/11 | JRH | Follow up regarding mediation statement | 0.30 |
| 10/24/11 | JES | Review comments from J. Hoover regarding Starent position statement (.3); various emails from J. Hoover and R. Lemisch regarding Starent mediation statement (.2); confer with J. Hoover regarding changes to Starent mediation statement (.2); meet with J. Hoover and review Starent document production (2.0); revise and update Starent mediation statement (2.3); review and respond to email from J. Carignan regarding Right Management mediation and discovery (.2); email C. Brown regarding information needed in connection with Starent mediation statement (.2); research case law regarding ordinary course analysis for Starent mediation statement (.6) | 6.00 |
| 10/25/11 | RHL | Review complaint; answer; answer to discovery and preference analysis in Prudential matter | 0.70 |
| 10/25/11 | RHL | Telephone call made to J. Smith regarding Starent mediation statement - changes to make | 0.20 |
| 10/25/11 | JRH | Review and discuss mediation statement revisions with J. Smith | 0.30 |
| 10/25/11 | JRH | Review and finalize mediation statement | 0.50 |
| 10/25/11 | JRH | Follow up regarding open preference actions | 0.40 |
| 10/25/11 | JES | Review comments from R. Lemisch to Starent mediation statement (.2); review and supplement Starent mediation statement (.4); email R. Boris regarding mediation statement (.1); review email from R. Boris regarding Debtor's insolvency at Petition Date (.1); revise Starent mediation statement and gather exhibits (.4); call with R. Lemsich regarding settlement offer to Starent (.2); review various emails from C. Brown and E. Smith regarding debtor's insolvency (.2); finalize Starent mediation statement and coordinate | 7.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| | | delivery to mediator (1.0); analyze Huron's response to Right Management's position statement and review several spreadsheets (.6); call B. Bowden regarding Prudential Relocation mediation statement (.2); call J. Clasen regarding Prudential Relocation mediation statement (.2); review Prudential Relocation discovery responses and begin drafting mediation statement (3.6) | |
| 10/25/11 | EH | Review status report entered in Sourcefire, Starent, Right Management and Prudential adversaries | 0.20 |
| 10/26/11 | RHL | Discuss Prudential position statement with J. Hoover | 0.20 |
| 10/26/11 | RHL | Discuss Starent mediation issues with J. Hoover | 0.50 |
| 10/26/11 | JRH | Meeting with R. Lemisch to discuss general preference preparation | 0.50 |
| 10/26/11 | JES | Review documents produced by Prudential Relocation in connection with preparation of mediation statement (3.5); confer with J. Hoover regarding Starent mediation (.2); various emails to R. Boris regarding Starent mediation (.2); analyze Prudential Relocation's ordinary course defense and confer with J. Hoover regarding same (.7); research case law regarding contemporaneous exchange for new value and confer with R. Lemisch in connection with Prudential Relocation (.6); continue drafting Prudential Relocation mediation statement (.7) | 5.90 |
| 10/27/11 | RHL | Meet with R. Bois regarding Starent issues as well as general mediation issues | 0.30 |
| 10/27/11 | RHL | Meet with R. Boris regarding Starent results; Right Management and Prudential matters - how to proceed | 0.40 |
| 10/27/11 | RHL | Received correspondence from E. Hein regarding discovery issues | 0.10 |
| 10/27/11 | RHL | Review and revise Prudential mediation statement (.2); discuss with J. Smith (.2); send to J. Smith and J. Hoover (.1) | 0.50 |
| 10/27/11 | JRH | Prepare for mediation | 1.20 |
| 10/27/11 | JRH | Meet with R. Boris and discuss Right Management proof of claim | 0.30 |
| 10/27/11 | JRH | Prepare for and participate at mediation of Starent Networks | 3.00 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 10/27/11 | JES | Prepare for Starent mediation (1.0); meet with R. Boris and J. Hoover to prepare for Starent mediation (.7); attend and participate in Starent mediation (2.3); meet with R. Boris and R. Lemisch to discuss Prudential Relocation and Right Management defenses and next steps (.6); review Prudential Relocation invoices from Preference Period (.4); continue drafting Prudential Relocation initial mediation statement and circulate to R. Lemisch and J. Hoover (.6) | 5.60 |
| 10/27/11 | EH | Review calendar; email to J. Hoover and J. Smith regarding 10/31/11 deadline to serve additional discovery requests on Right Management or Prudential | 0.10 |
| 10/27/11 | EH | Discuss outcome of Starent mediation with J. Smith | 0.10 |
| 10/27/11 | EH | Review email from J. Hoover regarding status of Starent mediation | 0.10 |
| 10/28/11 | RHL | Review Prudential mediation statements (.1); discuss issues with J. Smith (.1); revise mediation statement (.2) | 0.40 |
| 10/28/11 | RHL | Discuss research on priority claims with C. Richardson | 0.30 |
| 10/28/11 | JRH | Review Prudential mediation statement (.4); review and coordinate with regard to Nortel mediation statement (.3) | 0.70 |
| 10/28/11 | CER | Research for R. Lemisch regarding priority status of employee benefits and Prudential Relocation services | 0.30 |
| 10/28/11 | JES | Review comments from R. Lemisch and update Prudential Relocation initial mediation statement (.3); revise and finalize Prudential Relocation initial mediation statement and coordinate exhibits (1.6); confer with J. Hoover regarding Prudential Relocation initial mediation statement and discuss ordinary course research (.3); email Prudential's counsel regarding Plaintiff's mediation statement (.1); email R. Boris regarding position for Prudential Relocation mediation (.2); review and analyze Prudential's mediation statement and confer with R. Lemsich regarding same (.3) | 2.80 |
| 10/28/11 | EH | Review ECF notices and download mediator's report of completion regarding Starent adversary (.1); review report and track deadline to file settlement stipulation (.1) | 0.20 |
| 10/30/11 | RHL | Begin review of Nortel Prudential contract | 0.50 |
| 10/30/11 | CER | Research regarding priority of employee benefit plans | 0.50 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 10/31/11 | RHL | Discuss with J. Smith her call to Prudential counsel regarding settlement and how to proceed | 0.20 |
| 10/31/11 | RHL | Received correspondence from R. Boris regarding Prudential issues (.2); discuss defense with J. Smith (.2) | 0.40 |
| 10/31/11 | RHL | Review research on priority claims from C. Richardson | 0.20 |
| 10/31/11 | RHL | Received correspondence from R. Boris regarding settlement of Prudential matter and discuss how to proceed with J. Smith | 0.20 |
| 10/31/11 | RHL | Discuss ordinary course issues with J. Smith - Prudential adversary (.1); follow-up with R. Boris (.1) | 0.20 |
| 10/31/11 | CER | Research regarding employee benefit plan for 507(a)(5) claim of priority | 2.80 |
| 10/31/11 | JES | Review docket and draft Starent settlement agreement (1.2); confer with J. Hoover regarding notice period for Starent settlement agreement (.2); email R. Boris regarding Starent settlement agreement (.1); review email from J. Hoover regarding Right Management scheduling order stipulation (.1); review email from J. Carignan regarding Right Management scheduling order stipulation (.1); confer with R. Lemisch regarding Prudential Relocation mediation and topics for confidential mediation statement (.3); email R. Boris regarding Prudential Relocation mediation issues (.2); various from R. Boris regarding Prudential ordinary course (.2); analyze Prudential Master Services Agreement (.6); confer with R. Lemisch regarding Prudential defenses and next steps (.3); email R. Boris regarding next steps for Prudential (.1); review email from J. Ray regarding Prudential and confer with R. Lemisch regarding same (.3); call J. Clasen regarding Prudential and leave message (.1); conversation with J. Clasen regarding Prudential's settlement offer (.3); email R. Boris regarding acceptance of settlement offer (.1) | 4.20 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 8.50 | $5,312.50 |
| | | | 8.50 | $5,312.50 |
| **ASSOCIATE** | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 27.90 | $11,020.50 |
| CAROLINE RICHARDSON | (CER) | $210.00 | 3.60 | $756.00 |
| JENNIFER E. SMITH | (JES) | $265.00 | 93.90 | $24,883.50 |
| | | | 125.40 | $36,660.00 |
| **PARALEGAL** | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 8.40 | $2,016.00 |
| | | | 8.40 | $2,016.00 |
| | | TOTAL: | 142.30 | $43,988.50 |

**Document Reproduction**

| Date | User | Description | Amount |
|------|------|-------------|-------:|
| 10/04/11 | EH | Document Reproduction 9 copies | 0.90 |
| 10/14/11 | EH | Document Reproduction 8 copies | 0.80 |
| 10/14/11 | EH | Document Reproduction 8 copies | 0.80 |
| 10/14/11 | EH | Document Reproduction 32 copies | 3.20 |
| 10/14/11 | EH | Document Reproduction 35 copies | 3.50 |
| 10/14/11 | EH | Document Reproduction 2 copies | 0.20 |
| 10/17/11 | JRH | Document Reproduction 64 copies | 6.40 |
| 10/27/11 | LMS | Document Reproduction 74 copies | 7.40 |
| 10/27/11 | LMS | Document Reproduction 148 copies | 14.80 |
| 10/31/11 | JES | Document Reproduction 121 copies | 12.10 |
| | | TOTAL: | $50.10 |

**Delivery Fee - Outside**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 10/17/11 | RHL | Delivery Fee - Outside - Vendor: Reliable Wilmington TO JUDGE GROSS 9/30 | 5.00 |
| 10/26/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC 10/4 Judge Kevin Gross | 5.00 |
| 10/26/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC 9/28 Judge Kevin Gross | 7.50 |
| | | TOTAL: | $17.50 |

## Outside Professional Services

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 10/26/11 | RHL | Outside Professional Services - Vendor: PARCELS, INC 10/12 | 28.80 |
| 10/31/11 | RHL | Outside Professional Services - Vendor: Reliable Wilmington TO PEPPER HAMILTON 10/17 | 5.00 |
| 10/31/11 | RHL | Outside Professional Services - Vendor: PARCELS, INC MOVE 20 BOXES INTER OFFICE | 30.00 |
| | | TOTAL: | $63.80 |

**Computer Research**

| Date | User | Description | | Amount |
|------|------|-------------|---|--------|
| 10/04/11 | XXX | Computer Research - Pacer PACER<br>2011 1 PAGES | OCTOBER | 0.08 |
| 10/04/11 | XXX | Computer Research - Pacer PACER<br>2011 1 PAGES | OCTOBER | 0.08 |
| 10/04/11 | XXX | Computer Research - Pacer PACER<br>2011 1 PAGES | OCTOBER | 0.08 |
| 10/14/11 | XXX | Computer Research - Pacer PACER<br>2011 2 PAGES | OCTOBER | 0.16 |
| 10/14/11 | XXX | Computer Research - Pacer PACER<br>2011 2 PAGES | OCTOBER | 0.16 |
| 10/14/11 | XXX | Computer Research - Pacer PACER<br>2011 6 PAGES | OCTOBER | 0.48 |
| 10/14/11 | XXX | Computer Research - Pacer PACER<br>2011 2 PAGES | OCTOBER | 0.16 |
| 10/14/11 | XXX | Computer Research - Pacer PACER<br>2011 2 PAGES | OCTOBER | 0.16 |
| 10/18/11 | XXX | Computer Research - Pacer PACER<br>2011 18 PAGES | OCTOBER | 1.44 |
| 10/20/11 | XXX | Computer Research - Pacer PACER<br>2011 1 PAGES | OCTOBER | 0.08 |
| 10/20/11 | XXX | Computer Research - Pacer PACER<br>2011 2 PAGES | OCTOBER | 0.16 |
| 10/20/11 | XXX | Computer Research - Pacer PACER<br>2011 10 PAGES | OCTOBER | 0.80 |

TOTAL: $3.84

**Local Counsel Fee**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 10/21/11 | JRH | Local Counsel Fee - Vendor: Womble Carlyle Sandridge & Rice, LLP | 562.50 |
| | | TOTAL: | $562.50 |