IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                                        :    Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :    Case No. 09-10138 (KG)
                                                               :
                Debtors.    :    Jointly Administered
                                                               :
---------------------------------------------------------------X    Re: D.I. 6763

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on November 15, 2011, a copy of the **Order (I) Approving the Stipulation Resolving Claim Nos. 1578 and 7147 Filed by the Texas Comptroller of Public Accounts and (II) Granting Limited Relief from the Automatic Stay to Effectuate a Setoff** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: November 15, 2011
Wilmington, Delaware

                          CLEARY GOTTLIEB STEEN & HAMILTON LLP
                          James L. Bromley (admitted pro hac vice)
                          Lisa M. Schweitzer (admitted pro hac vice)
                          One Liberty Plaza
                          New York, NY 10006
                          Telephone: (212) 225-2000
                          Facsimile: (212) 225-3999

                          and

                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                          */s/ Chad A. Fights*
                          Derek C. Abbott (No. 3376)
                          Ann C. Cordo (No. 4817)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4498739.6

**Via First Class Mail**

Bingham McCutchen LLP
Kate K. Simon
One State St.
Hartford, CT 06103

**Via First Class Mail**

Mark Browning
Assistant Attorney General
Bankruptcy-Collections Division
PO Box 12548
Austin, TX 78711-2548