IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------X | Chapter 11 |
| In re | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | Jointly Administered |
| Debtors. | **Re: D. I. 6766** |
| ------------------------------------------------------X | |
| Nortel Networks Inc., | |
| Plaintiff, | Adv. Proc. No. 10-55905 (KG) |
| v. | **Re: D. I. 60** |
| The Advertising Checking Bureau, Inc., | |
| Defendant. | |
| ------------------------------------------------------X | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 15, 2011, a copy of the **Order Approving the Stipulation of Settlement of Avoidance Claims by and between Nortel Networks Inc. and The Advertising Checking Bureau, Inc.** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: November 15, 2011
Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        James L. Bromley (admitted pro hac vice)
        Lisa M. Schweitzer (admitted pro hac vice)
        One Liberty Plaza
        New York, NY 10006

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Telephone: (212) 225-2000
Facsimile: (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Chad A. Fights*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4498739.6

**Via First Class Mail**

John A. Golieb
Muchnick, Golieb & Golieb
200 Park Avenue South, Suite 1700
New York, NY 10003