# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------X
                                                        :   Chapter 11
                                                        :
In re                                                   :   Case No. 09-10138 (KG)
                                                        :
Nortel Networks Inc., et al.,¹                          :   Jointly Administered
                                                        :
          Debtors.                                      :   Re: D. I. 6762
                                                        :
--------------------------------------------------------X
```

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 15, 2011, a copy of the **Order (I) Approving the Stipulation Resolving Claim Nos. 6980 and 4855 Filed by 485 Lexington Owner LLC and (II) Granting Limited Relief from the Automatic Stay to Effectuate a Setoff** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: November 15, 2011
      Wilmington, Delaware

                                CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                James L. Bromley (admitted pro hac vice)
                                Lisa M. Schweitzer (admitted pro hac vice)
                                One Liberty Plaza
                                New York, NY 10006
                                Telephone: (212) 225-2000
                                Facsimile: (212) 225-3999

                                and

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____ /s/ Chad A. Fights _____
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4498739.6

**<u>Via First Class Mail</u>**

Edmond O'Brien
Stempel Bennett Claman and Hochberg P.C.
675 Third Avenue, 31st Floor
New York, NY 10017