**<u>Exhibit A</u>**
**List of Claimants**

**GID**

0248668

0517306

0517474

0517491

0517577

0517909

0517953

0517985

0518458

0518460

0518544

0518668

0518682

0518832

0518998

0519298

0519348

0519369

0519606

0519679

0519700

0519922

0520281

0520312

0520948

0521490

**GID**

0521500

0521598

0521653

0521714

0521903

0522054

0522056

0522289

0522319

0522323

0522358

0522384

0522418

0522816

0522848

0523092

0523512

0523661

0524165

0524184

0524767

0525077

0525818

0525841

0525861

0526156

**GID**

0526792

0527275

0527296

0527519

0527963

0528132

0528478

0529086

0529353

0529358

0530191

0531076

0531487

0531582

0531641

0531663

0531708

0531875

0532077

0532522

0532676

0532703

0532770

0532917

0533187

0533212

**GID**

0533469

0533470

0534082

0534272

0766964

0770251

0900083

0901176

0903871

0905082

0905298

0907121

0907377

1000141

1002207

1010891

1018529

1028432

1029039

1032338

1043864

1043953

1045387

1046175

1049412

1093946

**<u>GID</u>**

1127126

1133701

1141669

1190586

1193101

1195613

1201275

1433048

1518786

1541252

1541974

1543027

1554312

1556227

1557229

1557889

1558742

1583376

1583414

1583631

1586459

1586512

1586664

1586893

1587921

1602377

**GID**

1602415

1603331

1605106

1605552

1606376

1625263

1625391

1626315

1626505

1635074

1636735

1636988

1643894

1643944

1645024

1645366

1655798

1655836

1656229

1657083

1664529

1669913

1675345

1675954

1676499

1679178

**<u>GID</u>**

1679332

1680104

1680116

1680776

1684026

1691134

1691146

1722865

1722877

1724593

1724705

1730898

1734249

1738985

1739327

1740925

1741003

1741039

5042254