# **<u>EXHIBIT A</u>**

**NORTEL EXHIBIT A - TIME DETAILS PERIOD OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 10/3/2011 | Call with J. Sherrett of Cleary to discuss preference matters. | 1.0 | 410 | 410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 10/11/2011 | Call with R. Boris and J. Davison of Nortel and K. O'Neill and M. Mendolaro of Cleary for the weekly claims status call. | 0.5 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 10/12/2011 | Call with J. Sherrett of Cleary regarding preference matters. | 0.7 | 410 | 287.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 10/13/2011 | Call with L. Bagarella of Cleary and R. Boris of Nortel to discuss employee claim matters. | 0.6 | 410 | 246.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 10/17/2011 | Call with J. Smith of Benesch regarding preference matters. | 0.9 | 410 | 369.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 10/18/2011 | Call with D. Culver of MNAT regarding preference matters. | 0.5 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 10/20/2011 | Call with M. Vanek of Cleary for mediation of preference matters. | 1.2 | 410 | 492.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 10/20/2011 | Call with A. Tsai of Epiq regarding schedule items. | 0.5 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 10/20/2011 | Call with J. Sherrett of Cleary regarding certain preference items. | 0.3 | 410 | 123.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 10/25/2011 | Call with R. Boris of Nortel and M. Mendolaro of Cleary to discuss claim matters. | 0.5 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 10/27/2011 | Call with T. Britt of Cleary and creditors committee to discuss employee claims. | 0.6 | 410 | 246.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 10/28/2011 | Call with R. Boris and J. Davison of Nortel regarding employee claims. | 0.9 | 410 | 369.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 10/31/2011 | Call with Richard Boris to discuss preference matters. | 0.5 | 410 | 205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | James Lukenda | 10/20/2011 | Nortel-call with E. Smith of Nortel to discuss cash reporting and reporting questions. | 0.2 | 725 | 145.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 10/12/2011 | Corresponded with A. Tsai of Epiq regarding schedule items. | 0.6 | 410 | 246.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 10/20/2011 | Drafted instructions to A. Tsai of Epiq and provided certain schedule information. | 0.9 | 410 | 369.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 10/20/2011 | Prepared employee claim analysis and provided schedule comments to L. Malone of Cleary. | 1.1 | 410 | 451.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 10/20/2011 | Reconciled schedule information per request of L. Malone of Cleary. | 2.5 | 410 | 1,025.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 10/20/2011 | Updated schedule analysis and provided to A. Tsai of Epiq for review. | 2.4 | 410 | 984.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 10/21/2011 | Reviewed schedule information and provided to A. Tsai of Epiq. | 0.8 | 410 | 328.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 10/21/2011 | Corresponded with T. Britt of Cleary regarding schedule documents. | 0.5 | 410 | 205.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 10/24/2011 | Updated schedules communication document and provided to A. Tsai of Epiq for comments. | 0.8 | 410 | 328.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 10/25/2011 | Reviewed schedule information provided by A. Tsai of Epiq and provided to T. Britt of Cleary. | 1.0 | 410 | 410.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 10/26/2011 | Corresponded with Huron managing director regarding schedule information and timeline. | 0.4 | 410 | 164.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 10/26/2011 | Reviewed schedule information provided by A. Tsai of Epiq and documented comments. | 2.4 | 410 | 984.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 10/26/2011 | Corresponded with A. Tsai of Epiq regarding schedule information. | 0.7 | 410 | 287.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 10/26/2011 | Reviewed schedule documents and corresponded with T. Britt of Cleary. | 2.5 | 410 | 1,025.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 10/27/2011 | Corresponded with L. Malone of Cleary regarding schedule information. | 0.6 | 410 | 246.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 10/27/2011 | Prepared schedule analysis and sent to M. Alcock of Cleary. | 0.6 | 410 | 246.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 10/27/2011 | Reviewed updated schedule analysis and provided comments to B. Tuttle of Epiq and T. Britt of Cleary. | 2.0 | 410 | 820.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 10/28/2011 | Corresponded with T. Britt of Cleary regarding schedule items. | 0.8 | 410 | 328.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 10/28/2011 | Reviewed the updated schedule analysis and provided comments to T. Britt of Cleary. | 1.8 | 410 | 738.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 10/31/2011 | Updated schedule analysis and provided to T. Britt of Cleary and B. Hunt of Epiq. | 1.7 | 410 | 697.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 10/31/2011 | Reviewed schedule information provided by B. Tuttle of Epiq. | 1.9 | 410 | 779.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 10/10/2011 | Nortel-conference with Huron manager regarding employee claims matters, schedule items and related matters. | 0.3 | 725 | 217.50 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 10/13/2011 | Nortel-file update for current developments, correspondence | 0.5 | 725 | 362.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 10/20/2011 | Nortel-review file and research for resolution of questions from E. Smith of Nortel on reporting. | 0.9 | 725 | 652.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 10/20/2011 | Nortel-prepare file notes on reporting Q&A per E. Smith of Nortel. | 0.2 | 725 | 145.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 10/21/2011 | Nortel-follow-up on questions from E. Smith of Nortel regarding reporting, additional questions on related matters, documentation | 1.0 | 725 | 725.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 10/26/2011 | Nortel-update file and correspondence on MOR reporting | 0.3 | 725 | 217.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 10/27/2011 | Nortel-review memorandum regarding schedule items. | 0.2 | 725 | 145.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 10/12/2011 | Reviewed and updated the September monthly fee application time and expense details. | 1.2 | 410 | 492.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 10/12/2011 | Corresponded with M. DeCarli regarding the monthly fee application certificate of no objection. | 0.3 | 410 | 123.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 10/12/2011 | Reviewed and updated the September monthly fee application documents and exhibits and provided to Huron managing director for review. | 1.5 | 410 | 615.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 10/13/2011 | Updated the September monthly fee application per request of A. Cordo of MNAT. | 0.4 | 410 | 164.00 |
| 6 | Retention and Fee Applications | James Lukenda | 10/13/2011 | Nortel-review and sign-off monthly statement. | 0.5 | 725 | 362.50 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/3/2011 | Corresponded with B. Phelps and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 2.3 | 410 | 943.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/3/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 1.7 | 410 | 697.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/3/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/3/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/4/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 1.7 | 410 | 697.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/6/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 2.0 | 410 | 820.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/7/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 1.6 | 410 | 656.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/7/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 1.4 | 410 | 574.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/10/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 1.0 | 410 | 410.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/11/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 1.2 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/12/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Smith of Benesch. | 1.1 | 410 | 451.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/12/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 0.5 | 410 | 205.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/12/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 1.4 | 410 | 574.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/12/2011 | Corresponded with B. Phelps and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 0.8 | 410 | 328.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/12/2011 | Corresponded with D. Culver of MNAT regarding outstanding preference matters. | 0.5 | 410 | 205.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/12/2011 | Corresponded with J. Smith of Benesch regarding outstanding preference matters. | 0.5 | 410 | 205.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/12/2011 | Corresponded with B. Zabaruskas of CM regarding outstanding preference matters. | 0.5 | 410 | 205.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/12/2011 | Corresponded with T. Britt of Cleary regarding employee claim matters. | 0.4 | 410 | 164.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/13/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 1.2 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/18/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 0.6 | 410 | 246.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/18/2011 | Corresponded with J. Lloyd and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 0.3 | 410 | 123.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/18/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 1.1 | 410 | 451.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/18/2011 | Investigated certain preference items per request of J. Sherrett of Cleary. | 1.5 | 410 | 615.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/18/2011 | Requested preference documents from K. Sidhu of Cleary. | 0.4 | 410 | 164.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/18/2011 | Corresponded with J. Lloyd and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 0.4 | 410 | 164.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/18/2011 | Prepared preference analyses for certain defendants per request from D. Culver of MNAT. | 2.3 | 410 | 943.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/18/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from D. Culver of MNAT. | 2.1 | 410 | 861.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/18/2011 | Prepared preference analyses for certain defendants per request from D. Culver of MNAT. | 1.8 | 410 | 738.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/19/2011 | Corresponded with J. Lloyd and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 0.5 | 410 | 205.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/19/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from D. Culver of MNAT. | 1.7 | 410 | 697.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/19/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from B. Zabaruskas of Crowell. | 1.1 | 410 | 451.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/19/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 1.0 | 410 | 410.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/19/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Smith of Benesch. | 1.9 | 410 | 779.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/21/2011 | Reviewed preference settlement information provided by R. Boris of Nortel. | 0.4 | 410 | 164.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/24/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 1.8 | 410 | 738.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/24/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 0.7 | 410 | 287.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/24/2011 | Investigated vendor historical paid invoice activity with the assistance of M. Cook of Nortel. | 0.5 | 410 | 205.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/24/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Smith of Benesch | 2.2 | 410 | 902.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/24/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 1.2 | 410 | 492.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/24/2011 | Updated and provided certain preference exhibits to I. Armstrong of Nortel. | 0.7 | 410 | 287.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/24/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from D. Culver of MNAT. | 0.9 | 410 | 369.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/24/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 1.1 | 410 | 451.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/25/2011 | Corresponded with R. Boris and E. Smith of Nortel regarding NNI documentation. | 0.9 | 410 | 369.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/25/2011 | Corresponded with J. Smith of Benesch regarding preference matters. | 0.3 | 410 | 123.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/26/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 1.5 | 410 | 615.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/27/2011 | Requested preference discovery purchase orders, payments and/or invoices from M. Cook of Nortel. | 0.7 | 410 | 287.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/27/2011 | Corresponded with J. Lloyd and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 0.5 | 410 | 205.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/27/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Smith of Benesch. | 1.9 | 410 | 779.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/27/2011 | Corresponded with J. Lloyd and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 0.5 | 410 | 205.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/28/2011 | Corresponded with J. Lloyd and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 0.5 | 410 | 205.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/28/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 0.9 | 410 | 369.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/31/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from R. Boris of Nortel. | 0.7 | 410 | 287.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/31/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from K. Sidhu of Cleary. | 0.5 | 410 | 205.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 10/31/2011 | Corresponded with J. Lloyd and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 0.4 | 410 | 164.00 |
| 15 | Avoidance Action / Reclamation Analysis | James Lukenda | 10/10/2011 | Nortel-update case file on status of avoidance action matters, review recap schedule. | 0.5 | 725 | 362.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/4/2011 | Investigated employee claims item per request from R. Boris of Nortel. | 0.9 | 410 | 369.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/11/2011 | Corresponded with T. Britt of Cleary regarding employee claim matters. | 1.6 | 410 | 656.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/13/2011 | Updated the employee claims analysis and provided it to L. Bagarella of Cleary for purposes of the call. | 1.9 | 410 | 779.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/17/2011 | Researched unsecured claims information for R. Boris of Nortel. | 0.5 | 410 | 205.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/18/2011 | Investigated preference settlement information and impact on unsecured claims per request from J. Davison of Nortel. | 1.0 | 410 | 410.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/19/2011 | Investigated employee claims details per request from L. Malone of Cleary. | 2.3 | 410 | 943.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/19/2011 | Investigated unsecured claims and requested reconciliations from J. Davison of Nortel. | 2.5 | 410 | 1,025.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/20/2011 | Updated employee claims analysis per request from L. Malone of Cleary. | 2.4 | 410 | 984.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/25/2011 | Reconciled and updated employee claims analysis regarding various causes of action. | 8.0 | 410 | 3,280.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/27/2011 | Updated claim analysis per request of B. Faubus of Cleary. | 0.9 | 410 | 369.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/27/2011 | Requested claim reconciliations from J. Davison of Nortel. | 0.5 | 410 | 205.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/28/2011 | Prepared employee claims analysis and sent it to J. Davison of Nortel. | 0.7 | 410 | 287.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 10/28/2011 | Nortel-conference with Huron manager and director regarding update on status of claim matters, Schedule update time line and other related matters | 1.0 | 725 | 725.00 |
| 25 | Case Administration | Coley P. Brown | 10/28/2011 | Preparation and status update with Huron managing director and director regarding case, workstreams and staffing. | 0.5 | 410 | 205.00 |
| 25 | Case Administration | James Lukenda | 10/27/2011 | Nortel-arrangements for status review with Huron manager et al. | 0.2 | 725 | 145.00 |