# **<u>EXHIBIT B</u>**

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 10/5/2011 | Coley P. Brown | Ground Transportation | Cab from Chicago office to home after work on Nortel.: Cab: Office / Home | 20.00 |
| 10/18/2011 | Coley P. Brown | Meals | Dinner at Chens for Coley Brown (1 person) after working late on Nortel matters.: Chens: Chicago | 35.20 |
| 10/19/2011 | Coley P. Brown | Meals | Dinner at Coobah for Coley Brown (1 person) after working late on Nortel matters.: Coobah: Chicago | 41.03 |
| 10/20/2011 | Coley P. Brown | Meals | Dinner at Sushi Mura for Coley Brown (1 person) after working late on Nortel matters.: Sushi Mura: Chicago | 37.88 |
| 10/25/2011 | Coley P. Brown | Meals | Dinner at D'Agostinos for Coley Brown (1 person) after working late on Nortel matters.: D'Agostinos: Chicago | 26.29 |