# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
October 1, 2011 - October 31, 2011

### Summary of Services Rendered by Project

| Project Code | Nature of Services | October 2011 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 117.0 |
| 2 | Business Operations / General Corporate / Real Estate | 1.0 |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 2.0 |
| 6 | Committee Matters and Creditor Meetings | 91.0 |
| 7 | Claims Administration and Analysis | 31.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | 14.0 |
| 14 | Litigation / Adversary Proceedings | 3.0 |
| 15 | Travel | 64.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **323.0** |

### Summary of Services Rendered by Professional

| Name | October 2011 Hours |
|---|---|
| Matthew Rosenberg, Member | 152.0 |
| Michael Kennedy, Member | 154.0 |
| Aaron Taylor, Vice President | - |
| Rolando Capinpin, Jr., Vice President | - |
| Michael Sabo, Associate | 17.0 |
| **TOTAL** | **323.0** |

**Nortel Networks, Inc**
October 1, 2011 - October 31, 2011 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | October 2011 Hours | Code |
|---|---|---|---|
| 10/1/2011 | Review material re meetings | 5.0 | 6 |
| 10/2/2011 | Travel | 11.0 | 15 |
| 10/2/2011 | Prepare for meetings | 4.0 | 6 |
| 10/3/2011 | Attend meetings with Cleary & J Ray | 10.0 | 6 |
| 10/4/2011 | Follow-up re meetings | 3.0 | 6 |
| 10/4/2011 | Return travel | 12.0 | 15 |
| 10/5/2011 | Calls and analysis re claims, pension, reitree committee and allocation | 2.0 | 6 |
| 10/6/2011 | Calls and analysis re case management, claims, pension, reitree committee and allocation | 5.0 | 1 |
| 10/7/2011 | Calls and analysis re case management, claims, pension, reitree committee and allocation | 4.0 | 1 |
| 10/10/2011 | Calls and analysis re case management, mediation, claims and allocation | 6.0 | 1 |
| 10/11/2011 | Calls and analysis re mediation, claims and allocation | 5.0 | 1 |
| 10/12/2011 | Calls and analysis re claims, allocation, pension and mediation | 5.0 | 1 |
| 10/13/2011 | Calls and analysis re case management, pension, claims and mediation | 5.0 | 1 |
| 10/14/2011 | EMEA claims hearing | 7.0 | 13 |
| 10/17/2011 | Travel to NYC | 4.0 | 15 |
| 10/17/2011 | Meetings w/ debtor and professionals re case management, allocation, mediation, and creditor meetings | 7.0 | 6 |
| 10/18/2011 | Meetings w/ creditors, creditor representatives, debtor, debtor professionals re allocation, claims, mediation and case management | 11.0 | 6 |
| 10/19/2011 | Calls and analysis re mediation, claims and allocation | 5.0 | 1 |
| 10/19/2011 | Return travel to Chicago | 4.0 | 15 |
| 10/20/2011 | Calls and analysis re allocation, mediation, and claims | 6.0 | 1 |
| 10/21/2011 | Calls and analysis re allocation, creditor analysis and case management | 5.0 | 6 |
| 10/24/2011 | Calls and analysis re claims, allocation, case management, creditor analysis and mediation | 6.0 | 1 |
| 10/25/2011 | Calls and analysis re claims, allocation, case management, creditor analysis and mediation | 2.0 | 1 |
| 10/27/2011 | Calls and analysis re claims, allocation, case management, creditor analysis and mediation | 6.0 | 1 |
| 10/28/2011 | Calls and analysis re claims, allocation, case management, creditor analysis and mediation | 5.0 | 1 |
| 10/31/2011 | Calls and analysis re creditor analysis, allocation and mediation | 7.0 | 6 |
| **October 2011 Total** | | **152.0** | |

**Nortel Networks, Inc**
October 1, 2011 - October 31, 2011 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy, Member</u>

| Date | Description of Work | October 2011 Hours | Code |
|---|---|---|---|
| 10/2/2011 | Travel | 10.0 | 15 |
| 10/3/2011 | Prepare for meetings | 3.0 | 7 |
| 10/3/2011 | Attend meetings with Cleary & J Ray | 5.0 | 7 |
| 10/3/2011 | Follow-up meeting w/ Ray and Cleary | 2.0 | 7 |
| 10/4/2011 | Meetings w/ HS and Administrator | 2.0 | 7 |
| 10/4/2011 | Follow-up meeting w/ Ray and counsel | 4.0 | 7 |
| 10/5/2011 | Return travel to Chicago | 9.0 | 15 |
| 10/6/2011 | Travel to NY | 3.0 | 15 |
| 10/6/2011 | Review retiree meeting materials | 2.0 | 6 |
| 10/6/2011 | Meeting at Cleary w/ retiree committee and professionals | 4.0 | 6 |
| 10/6/2011 | Meeting at UCC professionals re: case status amd planning | 2.0 | 6 |
| 10/6/2011 | Travel to Chicago | 4.0 | 15 |
| 10/7/2011 | Meeting at UCC professionals re: non-filed entity status | 1.0 | 6 |
| 10/7/2011 | Conference call with Monitor re: asset sales | 2.0 | 1 |
| 10/10/2011 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 1 |
| 10/11/2011 | Review and discuss corporate FA review material | 2.0 | 1 |
| 10/11/2011 | Call w/ management and UCC re: Mexico entities | 1.0 | 6 |
| 10/11/2011 | Call w/ A Stout and T Ross re: intercompany accounting | 2.0 | 1 |
| 10/12/2011 | Calls & communication re process and case management | 3.0 | 14 |
| 10/12/2011 | Conference call with Monitor re: asset sales | 1.0 | 1 |
| 10/13/2011 | Communications and discussion with management and Cleary re: certain non-filed entities | 3.0 | 1 |
| 10/13/2011 | Calls and communication w/ management re: intercompany balances | 3.0 | 1 |
| 10/14/2011 | Attend hearing (telephonic) | 7.0 | 13 |
| 10/17/2011 | Travel to NY | 3.0 | 15 |
| 10/17/2011 | Meetings w/ debtor and professionals re claims, allocation and case management | 5.0 | 7 |
| 10/18/2011 | Meeting with ad hoc bondholder advisors | 2.0 | 6 |
| 10/18/2011 | Meetings w/ debtor and professionals re claims, allocation and case management | 4.0 | 7 |
| 10/18/2011 | Meeting with creditor professionals | 3.0 | 6 |
| 10/19/2011 | Travel to Chicago | 4.0 | 15 |
| 10/19/2011 | Prepare material for creditor meeting/call | 5.0 | 6 |
| 10/20/2011 | Call with creditor advisors re: allocation, claims and other case issues | 1.0 | 6 |
| 10/20/2011 | Prepare and review analysis re allocation, mediation and financial data | 5.0 | 1 |
| 10/21/2011 | Prepare material for creditor meeting/call | 3.0 | 6 |
| 10/21/2011 | Call w/ T Ross re: US Debtor assets and financial performance | 1.0 | 2 |
| 10/24/2011 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 10/24/2011 | Prepare material for creditor meeting/call | 3.0 | 6 |
| 10/24/2011 | Review and prepare analysis of RM Report | 2.0 | 1 |
| 10/24/2011 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 1 |
| 10/25/2011 | Prepare analysis and review intercompany matrix and other interco claim issues | 3.0 | 1 |
| 10/25/2011 | Calls and communications with Monitor re: intercompany matrix | 2.0 | 7 |
| 10/25/2011 | Calls and communications with management re: intercompany claims | 2.0 | 7 |
| 10/25/2011 | Prepare material for creditor meeting/call | 1.0 | 6 |
| 10/26/2011 | Calls and communications with management re: intercompany claims | 2.0 | 7 |
| 10/26/2011 | Prepare analysis and review intercompany matrix and other interco claim issues | 4.0 | 1 |
| 10/26/2011 | Prepare material for creditor meeting/call | 3.0 | 6 |
| 10/27/2011 | Prepare material for creditor meeting/call | 4.0 | 6 |
| 10/27/2011 | Conference call with UCC advisors | 1.0 | 6 |
| 10/27/2011 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 1 |
| 10/31/2011 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 10/31/2011 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 1 |
| **October 2011 Total** | | **154.0** | |

**Nortel Networks, Inc**
October 1, 2011 - October 31, 2011 Time Detail
Chilmark Partners, LLC
<u>Michael Sabo, Associate</u>

| Date | Description of Work | October 2011 Hours | Code |
|---|---|---|---|
| 10/1/2011 | Prepare and review analysis re allocation, mediation and financial data | 6.0 | 1 |
| 10/20/2011 | Call with creditor advisors re: allocation, claims and other case issues | 1.0 | 6 |
| 10/24/2011 | Prepare and review analysis re allocation, mediation and financial data | 6.0 | 1 |
| 10/25/2011 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 1 |
| | **October 2011 Total** | **17.0** | |