# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

October 1, 2011 through October 31, 2011

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 9/26/11-9/28/11 | Flight to New York, NY | $ 1,000.00 |
| Mike Kennedy | 9/26/11-9/28/11 | Hotel (two nights) | $ 1,326.62 |
| Mike Kennedy | 9/26/11-9/28/11 | Ground transportation | $ 173.00 |
| Mike Kennedy | 9/26/11-9/28/11 | Meals | $ 438.62 |
| Matt Rosenberg | 10/2/11-10/4/11 | Flight to London (Airpass) | $ 3,412.70 |
| Matt Rosenberg | 10/2/11-10/4/11 | Hotel (two nights) | $ 1,984.95 |
| Matt Rosenberg | 10/2/11-10/4/11 | Ground transportation | $ 409.00 |
| Matt Rosenberg | 10/2/11-10/4/11 | Meals | $ 429.46 |
| Mike Kennedy | 10/2/11-10/5/11 | Flight to London (Airpass) | $ 3,412.70 |
| Mike Kennedy | 10/2/11-10/5/11 | Hotel (three nights) | $ 2,320.38 |
| Mike Kennedy | 10/2/11-10/5/11 | Ground transportation | $ 389.88 |
| Mike Kennedy | 10/2/11-10/5/11 | Meals | $ 359.66 |
| Mike Kennedy | 10/6/2011 | Flight to New York, NY | $ 900.40 |
| Mike Kennedy | 10/6/2011 | Ground transportation | $ 71.00 |
| Mike Kennedy | 10/6/2011 | Meals | $ 35.00 |
| Matt Rosenberg | 10/17/11-10/19/11 | Flight to New York, NY (Airpass) | $ 962.33 |
| Matt Rosenberg | 10/17/11-10/19/11 | Hotel (two nights) | $ 1,154.50 |
| Matt Rosenberg | 10/17/11-10/19/11 | Ground transportation | $ 929.11 |
| Matt Rosenberg | 10/17/11-10/19/11 | Meals | $ 195.05 |
| Mike Kennedy | 10/17/11-10/19/11 | Flight to New York, NY | $ 827.40 |
| Mike Kennedy | 10/17/11-10/19/11 | Hotel | $ 1,282.04 |
| Mike Kennedy | 10/17/11-10/19/11 | Ground transportation | $ 154.00 |
| Mike Kennedy | 10/17/11-10/19/11 | Meals | $ - |
| **Total Expenses** | | | **$22,167.79** |