# EXHIBIT A

### COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2011 through August 31, 2011

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 1.8 | $957.50 |
| Claims Administration and Objections | 0.8 | $680.00 |
| Fee and Employment Applications | 13.9 | $2,568.00 |
| Analysis of Canadian Law | 21.8 | $20,780.00 |
| Intercompany Analysis | 23.2 | $19,828.50 |
| Employee Matters | 9.8 | $8,557.00 |
| Canadian CCAA Proceedings/Matters | 31.4 | $24,045.00 |
| Canadian Sec. 18.6 Proceedings/Matters | 10.7 | $7,209.50 |
| Litigation | 9.1 | $6,051.50 |
| **TOTAL** | 122.5 | $94,647.00 |

12344715.1

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Ralph | Dianne | 05/08/2011 | Review of court docket (0.2); forward update to attorneys (0.1) | 0.3 | 75.00 | 10763339 |
| DeMarinis | Tony | 09/08/2011 | court materials administration; | 0.7 | 682.50 | 10777071 |
| Ralph | Dianne | 12/08/2011 | Review of court docket (0.2); forward update to attorneys (0.1) | 0.3 | 75.00 | 10779966 |
| Ralph | Dianne | 22/08/2011 | Review of court docket (0.2); forward update to attorneys (0.1) | 0.3 | 75.00 | 10790414 |
| Ralph | Dianne | 29/08/2011 | Review of court docket(.1); provide update to attorneys(.1); | 0.2 | 50.00 | 10796551 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 10/08/2011 | Research claims; | 0.8 | 680.00 | 10771435 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Frazer | Mitch | 11/08/2011 | receiving calls from Scott Bomhof re disclosure and confidentiality agreements(0.5); sending e-mails to and receiving e-mails from Scott Bomhof re same (0.2); | 0.7 | 532.00 | 10772476 |
| Frazer | Mitch | 15/08/2011 | sending e-mail to Scott Bomhof re confidential documentation; | 0.5 | 380.00 | 10776339 |
| DeMarinis | Tony | 09/08/2011 | review materials regarding employee claims and arrangements; | 2.4 | 2,340.00 | 10776593 |
| Frazer | Mitch | 17/08/2011 | receiving e-mails from Inna Rozenberg re confidentiality agreements; | 0.5 | 380.00 | 10780487 |
| Frazer | Mitch | 26/08/2011 | receiving e-mails from and sending e-mails to Scott Bomhof re the Canadian employee claims (0.1); reviewing same (0.2); | 0.3 | 228.00 | 10792863 |
| Frazer | Mitch | 29/08/2011 | receiving e-mails from and sending e-mails to Scott Bomhof re Canadian employment claims; | 0.7 | 532.00 | 10794739 |
| DeMarinis | Tony | 31/08/2011 | analysis and review of employee claims and related legal issues; | 2.7 | 2,632.50 | 10797208 |
| Frazer | Mitch | 30/08/2011 | receiving e-mails from and sending e-mails to Scott Bomhof re Canadian employee claims (0.2); reviewing related documents (0.3); having call with Scott Bomhof re same (0.5); receiving e-mail from FMC re claims update (0.5); | 1.5 | 1,140.00 | 10797649 |
| Bomhof | Scott A. | 11/08/2011 | Discussion with M. Frazer discussing disclosure issues and confidentiality agreement; | 0.5 | 392.50 | 10832901 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bauer | Alison D. | 03/08/2011 | Attention to status and increase rate impact | 0.1 | 70.00 | 10759828 |
| Bauer | Alison D. | 04/08/2011 | follow up on fee app | 0.1 | 70.00 | 10760826 |
| Martin | Timothy | 03/08/2011 | Reviewing retention application and email to group re: fee provisions | 0.2 | 97.00 | 10762866 |
| Ralph | Dianne | 04/08/2011 | Draft Torys Fifth Monthly fee application | 0.5 | 125.00 | 10763266 |
| Martin | Timothy | 04/08/2011 | Finalizing June fee application for review and providing same to W. Gray | 2.2 | 1,067.00 | 10763399 |
| Gray | William | 08/08/2011 | Review fee application | 0.7 | 595.00 | 10764350 |
| Ralph | Dianne | 08/08/2011 | Review of July time records | 0.9 | 225.00 | 10765908 |
| Ralph | Dianne | 11/08/2011 | Revision of time and disbursements | 0.3 | 75.00 | 10774008 |
| Ralph | Dianne | 10/08/2011 | Update court calendar | 0.1 | 25.00 | 10775854 |
| Gray | William | 17/08/2011 | Review monthly fee application | 0.4 | 340.00 | 10779863 |
| Ralph | Dianne | 17/08/2011 | Review of July 2011 time | 0.4 | 100.00 | 10781103 |
| Ralph | Dianne | 09/08/2011 | Court calendar fee application objection deadlines | 0.2 | 50.00 | 10783552 |
| Gray | William | 23/08/2011 | Work on fee application; Review fee application charges | 0.6 | 510.00 | 10788308 |
| Martin | Timothy | 26/08/2011 | Finalizing fee application and quarterly application and providing same to local counsel for filing | 2.4 | 1,164.00 | 10793093 |
| Ralph | Dianne | 26/08/2011 | Preparation of quarterly fee application(1.3); finalize fifth monthly fee application(.9); | 2.2 | 550.00 | 10794737 |
| Gray | William | 25/08/2011 | Review monthly and quarterly fee app | 1.3 | 1,105.00 | 10796243 |
| Ralph | Dianne | 24/08/2011 | Review and revise Torys' Fifth Monthly Fee Application | 1.2 | 300.00 | 10796559 |
| Bauer | Alison D. | 31/08/2011 | attention to CNO (.1) | 0.1 | 70.00 | 10803375 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 04/08/2011 | drafting correspondence to the Court regarding hearing; reviewing mediation material; | 1.0 | 665.00 | 10762470 |
| Gray | Andrew | 08/08/2011 | internal discussions regarding motion on August 23; | 0.3 | 199.50 | 10765526 |
| Gray | Andrew | 22/08/2011 | preparing for hearings; | 2.3 | 1,529.50 | 10784179 |
| Gray | Andrew | 23/08/2011 | preparing for and attending motions before Canadian court and a joint hearing; reviewing documents and correspondence regarding same; | 4.5 | 2,992.50 | 10786569 |
| Gray | Andrew | 24/08/2011 | reviewing orders and endorsements and engaged in correspondence regarding upcoming court proceedings; | 1.0 | 665.00 | 10789210 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 03/08/2011 | Review letter from Fred Myers to Kevin Lloyd; | 0.5 | 392.50 | 10761059 |
| DeMarinis | Tony | 02/08/2011 | analysis of claims issues under Canadian law and precedent; | 3.6 | 3,510.00 | 10763473 |
| DeMarinis | Tony | 03/08/2011 | review of law in relation to claims; | 4.5 | 4,387.50 | 10765428 |
| DeMarinis | Tony | 08/08/2011 | consideration of Canadian law relating to claims; | 3.0 | 2,925.00 | 10775561 |
| DeMarinis | Tony | 11/08/2011 | analysis regarding estate matters; | 3.7 | 3,607.50 | 10778942 |
| DeMarinis | Tony | 12/08/2011 | review of inter-estate issues; | 4.5 | 4,387.50 | 10780372 |
| Bomhof | Scott A. | 04/08/2011 | reviewing settlement materials and telephone call with M. Fleming-Delacrux of Clearys, Goodmans and Norton Rose to discuss matters; | 2.0 | 1,570.00 | 10834969 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 02/08/2011 | review matters relating to inter-company allocation; | 1.8 | 1,755.00 | 10763127 |
| Bomhof | Scott A. | 08/08/2011 | attending update conference call with J. Ray and Cleary; | 1.5 | 1,177.50 | 10764385 |
| Bomhof | Scott A. | 09/08/2011 | reviewing e-mail from Cleary and discussing various confidentiality agreements with I. Rosenberg; | 1.0 | 785.00 | 10771369 |
| Bomhof | Scott A. | 11/08/2011 | reviewing confidentiality agreements and discussing disclosure issues with Cleary; | 2.9 | 2,276.50 | 10772643 |
| DeMarinis | Tony | 09/08/2011 | review of confidentiality agreement fand associated correspondence (0.3); correspondence from Randy Bennett regarding mediation, and emails with Cleary team relating to same (0.3); consideration of confidentiality arrangements and issues (0.9); | 1.5 | 1,462.50 | 10777050 |
| Bomhof | Scott A. | 12/08/2011 | follow up on claim with Cleary and Norton Rose; | 0.3 | 235.50 | 10777222 |
| Gray | William | 11/08/2011 | Legal research regarding intercompany claims; | 0.8 | 680.00 | 10777238 |
| Bomhof | Scott A. | 15/08/2011 | attending update/status call with Cleary and J. Ray; | 2.0 | 1,570.00 | 10778415 |
| Gray | William | 17/08/2011 | Legal research re: intercompany issues; | 1.3 | 1,105.00 | 10779470 |
| Gray | William | 15/08/2011 | Research re: intercompany issues; | 0.6 | 510.00 | 10780037 |
| Bomhof | Scott A. | 17/08/2011 | reviewing e-mail from Cleary and replying to same regarding disclosure issues and confidentiality agreements for mediation (.5); reviewing proposal (.5); | 1.0 | 785.00 | 10781759 |
| Gray | William | 23/08/2011 | Review intercompany issues research; | 2.3 | 1,955.00 | 10788949 |
| Gray | William | 22/08/2011 | Review intercompany issues research; | 1.8 | 1,530.00 | 10789419 |
| Gray | William | 31/08/2011 | Review plan issues; | 1.7 | 1,445.00 | 10797317 |
| DeMarinis | Tony | 31/08/2011 | consideration of inter-estate issues and claims; | 1.9 | 1,852.50 | 10797870 |
| DeMarinis | Tony | 15/08/2011 | Conference with S. Bomhof regarding mediation brief and status of claims (.4); | 0.4 | 390.00 | 10832902 |
| Bomhof | Scott A. | 15/08/2011 | meeting with T. DeMarinis regarding mediation brief and claims; | 0.4 | 314.00 | 10836791 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 05/08/2011 | reviewing file and materials for September motion regarding claims; | 0.4 | 314.00 | 10762367 |
| Bomhof | Scott A. | 08/08/2011 | telephone call with C. Brod and preparing materials requested by regulatory inquiry; | 0.8 | 628.00 | 10764436 |
| Gray | Andrew | 09/08/2011 | reviewing material related to mediation; | 0.3 | 199.50 | 10766735 |
| Gray | Andrew | 10/08/2011 | reviewing confidentiality agreements (0.5); reviewing court materials and e-mail correspondence; (0.6); | 1.1 | 731.50 | 10770588 |
| Gray | Andrew | 11/08/2011 | reviewing agreements and discussion mediation issues; | 0.9 | 598.50 | 10772844 |
| Bomhof | Scott A. | 15/08/2011 | exchanging e-mails with Goodmans and Norton Rose regarding claim; | 0.5 | 392.50 | 10778269 |
| Gray | Andrew | 16/08/2011 | reviewing Monitor's report and court filings; preparing for hearing; | 0.8 | 532.00 | 10778692 |
| Bomhof | Scott A. | 15/08/2011 | reviewing materials for August 23 CCAA motions; | 1.5 | 1,177.50 | 10779098 |
| Gray | Andrew | 17/08/2011 | e-mail communication with Cleary Gottlieb regarding matter; | 0.3 | 199.50 | 10779933 |
| DeMarinis | Tony | 12/08/2011 | review 2nd supplemental motion record of Crown re September 19 hearing; | 0.3 | 292.50 | 10780396 |
| Bomhof | Scott A. | 18/08/2011 | reviewing letter to claimant's counsel from Norton Rose and send follow up regarding dismissal of claim against NNI (.4); reviewing material for Aug. 23 CCAA motions (.6); | 1.0 | 785.00 | 10780936 |
| Bomhof | Scott A. | 17/08/2011 | reviewing materials for Aug. 23 CCAA motions including 72nd Monitor's Report (1.0); reviewing letters re: claim (.2); | 1.2 | 942.00 | 10781057 |
| Gray | Andrew | 18/08/2011 | e-mail communication with counsel regarding motions; reviewing motion materials; | 1.6 | 1,064.00 | 10781197 |
| Bomhof | Scott A. | 19/08/2011 | reviewing claims process outline and discussing same with L. Schweitzer (.5); discussing representation issues with L. Lipner (.3); preparing for August 23 CCAA motions (.9); | 1.7 | 1,334.50 | 10783076 |
| Bomhof | Scott A. | 22/08/2011 | telephone call with G. Rubenstin regarding claims proposal in CCAA proceedings and exchanging messages with Cleary regarding same (.4); reviewing e-mail from M. Gottlieb and discussing EMEA motion with M. Gottlieb (.7); preparing for August 23 CCAA hearing (.4); | 1.5 | 1,177.50 | 10786864 |
| Bomhof | Scott A. | 24/08/2011 | various telephone calls with M. Gottlieb of Davies and J. Carfagnini of Goodmans regarding August 26 motion (1.4); meeting with A. Gray regarding August 23 motions and discussions regarding same (.6); telephone call with A. MacFarlane of Frasers regarding claims process (.3); | 2.3 | 1,805.50 | 10791181 |
| Gray | Andrew | 25/08/2011 | meeting with counsel; e-mail correspondence; | 0.4 | 266.00 | 10791330 |
| Bomhof | Scott A. | 25/08/2011 | preparing for Aug. 26 EMEA disclosure/discovery motion (1.0); telephone call with E. Bussigel of Cleary regarding process issues (.5); reviewing mediation orders and directions/correspondence and prepare for EMEA motion (1.5); | 3.0 | 2,355.00 | 10791979 |
| Bomhof | Scott A. | 26/08/2011 | meeting with J. Bromley and F. Hodara and attend motion before Morawetz J. regarding EMEA | 6.0 | 4,710.00 | 10792897 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 29/08/2011 | claims issues (5.0); reviewing issues related to claims process (1.0); telephone call with R. Jacobs and reviewing claims process (1.0); reviewing affidavit (.5); reviewing e-mails from Fraser Milner regarding claims process (.2); | 1.7 | 1,334.50 | 10794925 |
| DeMarinis | Tony | 31/08/2011 | review issued orders and court documents; | 0.5 | 487.50 | 10797180 |
| Bomhof | Scott A. | 30/08/2011 | reviewing claims matters with J. Frazer and Cleary (1.0); exchange messages with Goodmans regarding claims process (.2); reviewing materials for September 16 motion (.5) | 1.7 | 1,334.50 | 10797347 |
| Bomhof | Scott A. | 31/08/2011 | telephone call with Cleary (M. Fleming-Deborex) regarding claims process and reviewing relevant CCAA claims orders; | 1.0 | 785.00 | 10798293 |
| Gray | Andrew | 24/08/2011 | meeting with S. Bomhof to discuss motion for document discovery and August 23 CCAA motions (.6); | 0.6 | 399.00 | 10832903 |
| Gray | Andrew | 26/08/2011 | internal discussions with Scott Bomhof; | 0.3 | 199.50 | 10834968 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 04/08/2011 | reviewing comments from Blakes and Stikemans on 18.6 motion record regarding sale agreement approval and revising materials; | 0.9 | 706.50 | 10762562 |
| De Cicco | Natasha | 05/08/2011 | revising and proof reading revised draft motion record re recognition (1.6); circulating same (.3); | 1.9 | 1,168.50 | 10763107 |
| Bomhof | Scott A. | 08/08/2011 | finalizing 18.6 materials for recognition; | 0.6 | 471.00 | 10764431 |
| Bomhof | Scott A. | 09/08/2011 | reviewing materials for 18.6 motion regarding sale agreement and confirming scheduling; | 0.5 | 392.50 | 10770708 |
| De Cicco | Natasha | 08/08/2011 | finalizing motion record re recognition; | 0.8 | 492.00 | 10772779 |
| De Cicco | Natasha | 10/08/2011 | arranging for service and filing of motion record re recognition; | 0.3 | 184.50 | 10774041 |
| Bomhof | Scott A. | 15/08/2011 | confirming filing of materials with Morawetz J. regarding recognition; | 0.2 | 157.00 | 10777736 |
| Bomhof | Scott A. | 16/08/2011 | reviewing materials for CCAA motions scheduled for August 23(1.2); confirming filing of U.S. court materials with Morawetz J. for August 23 joint hearing(.3); | 1.5 | 1,177.50 | 10779015 |
| De Cicco | Natasha | 23/08/2011 | attending motion; | 4.0 | 2,460.00 | 10786630 |