# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2011 through August 31, 2011

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Computer Research | Quicklaw / Westlaw | - |
| Duplicating/Printing | 3,148 pgs @ .10 per pg | $314.80 |
| Outside Reproduction | RICOH | - |
| Courier | | - |
| Taxi & Travel | | - |
| Meals | | - |
| Library Costs | | - |
| Process Server | | $41.86 |
| Word Processing | | - |
| Telephone | Long Distance | - |
| **Grand Total Expenses** | | **$356.66** |

12344715.1

**Duplicating/Printing**

| Date | Amount | Description |
|---|---|---|
| 10/08/2011 | 139.00 | Copies |
| 18/08/2011 | 12.00 | Copies |
| 04/08/2011 | 0.50 | Laser Printing |
| 04/08/2011 | 0.20 | Laser Printing |
| 04/08/2011 | 2.50 | Laser Printing |
| 05/08/2011 | 2.30 | Laser Printing |
| 08/08/2011 | 0.50 | Laser Printing |
| 09/08/2011 | 1.80 | Laser Printing |
| 09/08/2011 | 0.60 | Laser Printing |
| 10/08/2011 | 5.90 | Laser Printing |
| 10/08/2011 | 2.60 | Laser Printing |
| 10/08/2011 | 9.40 | Laser Printing |
| 11/08/2011 | 0.50 | Laser Printing |
| 12/08/2011 | 9.60 | Laser Printing |
| 12/08/2011 | 2.90 | Laser Printing |
| 15/08/2011 | 1.10 | Laser Printing |
| 16/08/2011 | 0.20 | Laser Printing |
| 17/08/2011 | 10.70 | Laser Printing |
| 17/08/2011 | 2.40 | Laser Printing |
| 18/08/2011 | 61.80 | Laser Printing |
| 18/08/2011 | 0.70 | Laser Printing |
| 19/08/2011 | 1.60 | Laser Printing |
| 22/08/2011 | 1.50 | Laser Printing |
| 23/08/2011 | 0.10 | Laser Printing |
| 23/08/2011 | 2.50 | Laser Printing |
| 26/08/2011 | 3.80 | Laser Printing |
| 29/08/2011 | 0.20 | Laser Printing |
| 02/08/2011 | 0.50 | Laser Printing |
| 02/08/2011 | 0.30 | Laser Printing |
| 03/08/2011 | 0.10 | Laser Printing |
| 03/08/2011 | 1.40 | Laser Printing |
| 04/08/2011 | 1.70 | Laser Printing |
| 05/08/2011 | 0.20 | Laser Printing |
| 08/08/2011 | 0.10 | Laser Printing |
| 11/08/2011 | 1.00 | Laser Printing |
| 12/08/2011 | 1.00 | Laser Printing |
| 12/08/2011 | 1.50 | Laser Printing |
| 18/08/2011 | 1.40 | Laser Printing |
| 18/08/2011 | 0.20 | Laser Printing |
| 18/08/2011 | 0.20 | Laser Printing |
| 18/08/2011 | 0.10 | Laser Printing |
| 19/08/2011 | 0.10 | Laser Printing |
| 23/08/2011 | 0.20 | Laser Printing |
| 23/08/2011 | 0.40 | Laser Printing |
| 23/08/2011 | 0.10 | Laser Printing |
| 23/08/2011 | 0.20 | Laser Printing |
| 23/08/2011 | 1.40 | Laser Printing |
| 23/08/2011 | 0.10 | Laser Printing |
| 24/08/2011 | 0.10 | Laser Printing |
| 24/08/2011 | 0.10 | Laser Printing |
| 24/08/2011 | 0.10 | Laser Printing |
| 26/08/2011 | 1.40 | Laser Printing |
| 26/08/2011 | 1.50 | Laser Printing |
| 26/08/2011 | 0.30 | Laser Printing |

|  |  |  |
|---|---|---|
| 26/08/2011 | 0.50 | Laser Printing |
| 26/08/2011 | 0.30 | Laser Printing |
| 26/08/2011 | 1.00 | Laser Printing |
| 26/08/2011 | 0.30 | Laser Printing |
| 26/08/2011 | 0.10 | Laser Printing |
| 26/08/2011 | 0.10 | Laser Printing |
| 26/08/2011 | 0.30 | Laser Printing |
| 26/08/2011 | 0.80 | Laser Printing |
| 26/08/2011 | 0.80 | Laser Printing |
| 16/08/2011 | 12.00 | Binding Charges |
| 16/08/2011 | 6.00 | Exhibit Tabs |

**Total:** $314.80

**Miscellaneous**

| | | |
|---|---|---|
| 23/08/2011 | 5.23 | Filing Fees |
| | | filing motion record returnable August 23, 2011 and affidavit of service sworn August 10, 2011 with the |
| 10/08/2011 | 36.63 | Commercial List; |

**Total:** $41.86

**Grand Total:** $356.66