# EXHIBIT A

# ⋶ⲖRNST & YOUNG

**Ernst & Young LLP**
200 Plaza Drive
Secaucus, NJ 07094

**INVOICE NUMBER: US0130466703**

**August 1, 2011**

**Nortel Networks, Inc.**
**ATTN: Accounts Payable**
**PO Box 280510**
**Nashville, TN 37228**

| **PLEASE REMIT TO:** |
|---|
| Ernst & Young LLP |
| P.O. Box 933514 |
| Atlanta, GA 31193-3514 |
| **EIN: 34-6565596** |

BU: **US017**    CLIENT NUMBER: **60009478**

Pursuant to the engagement letter dated March 1, 2011 and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, installment 6 of 8 for professional tax services performed including, but not limited to:

- Tax Compliance Reporting,
- Tax Controversy, and
- Tax Advisory

**Total Due**                                                                 **$660,000**

Please direct billing inquiries to Tammy Edwards at (919) 981-2955 or tammy.edwards@ey.com

**PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE**
Due Upon Receipt

**CLIENT COPY**

# ERNST & YOUNG

**Ernst & Young LLP**
200 Plaza Drive
Secaucus, NJ 07094

**INVOICE NUMBER: US0130481529**

**September 1, 2011**

**Nortel Networks, Inc.**
**ATTN: Accounts Payable**
**PO Box 280510**
**Nashville, TN 37228**

| **PLEASE REMIT TO:** |
|---|
| Ernst & Young LLP |
| P.O. Box 933514 |
| Atlanta, GA 31193-3514 |
| **EIN: 34-6565596** |

BU: **US017**   CLIENT NUMBER: **60009478**

Pursuant to the engagement letter dated March 1, 2011 and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, installment 7 of 8 for professional tax services performed including, but not limited to:

- Tax Compliance Reporting,
- Tax Controversy, and
- Tax Advisory

*Total Due*                                                                 **$660,000**

Please direct billing inquiries to Tammy Edwards at (919) 981-2955 or tammy.edwards@ey.com

**PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE**
Due Upon Receipt

**CLIENT COPY**

# ERNST & YOUNG

**Ernst & Young LLP**
200 Plaza Drive
Secaucus, NJ 07094

**INVOICE NUMBER: US0130498932**

**October 1, 2011**

**Nortel Networks, Inc.**
**ATTN: Accounts Payable**
**PO Box 280510**
**Nashville, TN 37228**

| **PLEASE REMIT TO:** |
| --- |
| Ernst & Young LLP |
| P.O. Box 933514 |
| Atlanta, GA 31193-3514 |
| **EIN: 34-6565596** |

BU: **US017**    CLIENT NUMBER: **60009478**

Pursuant to the engagement letter dated March 1, 2011 and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, installment 8 of 9 for professional tax services performed including, but not limited to:

- Tax Compliance Reporting,
- Tax Controversy, and
- Tax Advisory

*Total Due* $660,000

Please direct billing inquiries to Tammy Edwards at (919) 981-2955 or tammy.edwards@ey.com

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**