# EXHIBIT C

10490251_4|TorDocs

## DISBURSEMENT SUMMARY
## SEPTEMBER 1 TO SEPTEMBER 30, 2011
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Airfare/Travel | $7,431.59 |
| Binding Books / Documents | $ 145.80 |
| Ground Transportation (Taxi Charges/Courier) | $ 295.21 |
| Library Computer Research | $ 36.58 |
| Long Distance Telephone Calls | $ 145.49 |
| Meals & Beverages | $ 365.50 |
| Photocopy & Printing Charges | <u>$1,769.30</u> |
| Total Non-Taxable Disbursements | **$10,189.47 CDN.** |