**EXHIBIT D**

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2863222  
Page 30 of 34  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---|---|
| 01-Sep-11 | Laser Copy;NELSON M | 19.00 | $1.90 |
| 01-Sep-11 | Laser Copy;NOBILIA | 2.00 | 0.20 |
| 01-Sep-11 | Laser Copy;Chowdhury, Safiah | 55.00 | 5.50 |
| 01-Sep-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 3.06 |
| 01-Sep-11 | Telephone;19175447922;New YorkNY;4715 | 1.00 | 1.02 |
| 01-Sep-11 | Telephone;19175447922;New YorkNY;4715 | 1.00 | 6.12 |
| 02-Sep-11 | "eCarswell/HETU,JARVIS" | 1.00 | 36.58 |
| 02-Sep-11 | Laser Copy;NELSON M | 119.00 | 11.90 |
| 02-Sep-11 | Laser Copy;Chowdhury, Safiah | 164.00 | 16.40 |
| 06-Sep-11 | Laser Copy;SANTOS I | 201.00 | 20.10 |
| 06-Sep-11 | Laser Copy;MacFarlaneA | 79.00 | 7.90 |
| 06-Sep-11 | Laser Copy;jacobsr | 16.00 | 1.60 |
| 06-Sep-11 | Laser Copy;Vincent-DunlopT | 11.00 | 1.10 |
| 06-Sep-11 | Laser Copy;BERGLUND | 1,004.00 | 100.40 |
| 06-Sep-11 | Laser Copy;NELSON M | 309.00 | 30.90 |
| 06-Sep-11 | Laser Copy;PUSHALIK A | 24.00 | 2.40 |
| 06-Sep-11 | Telephone;12128728012;New YorkNY;4715 | 1.00 | 0.51 |
| 07-Sep-11 | Telephone;12128727418;New YorkNY;4715 | 1.00 | 0.51 |
| 07-Sep-11 | Laser Copy;BERGLUND | 114.00 | 11.40 |
| 07-Sep-11 | Laser Copy;MacFarlaneA | 54.00 | 5.40 |
| 07-Sep-11 | Laser Copy;jacobsr | 22.00 | 2.20 |
| 07-Sep-11 | Laser Copy;NELSON M | 162.00 | 16.20 |
| 08-Sep-11 | Laser Copy;MacFarlaneA | 21.00 | 2.10 |
| 08-Sep-11 | Laser Copy;NELSON M | 53.00 | 5.30 |
| 09-Sep-11 | Laser Copy;Erandio, N. | 171.00 | 17.10 |
| 09-Sep-11 | Laser Copy;NELSON M | 260.00 | 26.00 |
| 09-Sep-11 | Laser Copy;Cristiano, Mirella | 1,017.00 | 101.70 |
| 12-Sep-11 | Laser Copy;DamaniA | 406.00 | 40.60 |
| 12-Sep-11 | Laser Copy;MacFarlaneA | 54.00 | 5.40 |
| 12-Sep-11 | Laser Copy;BERGLUND | 780.00 | 78.00 |
| 12-Sep-11 | Laser Copy;NELSON M | 112.00 | 11.20 |
| 12-Sep-11 | Photocopy;BERGLUND | 2.00 | 0.20 |
| 12-Sep-11 | Photocopy;BERGLUND | 2.00 | 0.20 |
| 12-Sep-11 | Photocopy;MacFarlaneA | 7.00 | 0.70 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2863222  
Page 31 of 34  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 12-Sep-11 | Tabs / Cerlox / Clear Cover | 1.00 | 32.40 |
| 13-Sep-11 | Laser Copy;MacFarlaneA | 31.00 | 3.10 |
| 13-Sep-11 | Laser Copy;SHANTZ P | 139.00 | 13.90 |
| 13-Sep-11 | Laser Copy;NELSON M | 11.00 | 1.10 |
| 14-Sep-11 | Laser Copy;NELSON M | 329.00 | 32.90 |
| 14-Sep-11 | Laser Copy;MacFarlaneA | 13.00 | 1.30 |
| 14-Sep-11 | Telephone;12128721056;New YorkNY;4715 | 1.00 | 2.55 |
| 14-Sep-11 | Cerlox / Clear Cover | 1.00 | 45.00 |
| 14-Sep-11 | Photocopy;BERGLUND | 2.00 | 0.20 |
| 14-Sep-11 | Laser Copy;SHANTZ P | 92.00 | 9.20 |
| 14-Sep-11 | Laser Copy;BERGLUND | 330.00 | 33.00 |
| 15-Sep-11 | Laser Copy;NELSON M | 203.00 | 20.30 |
| 15-Sep-11 | Laser Copy;BERGLUND | 702.00 | 70.20 |
| 15-Sep-11 | Photocopy;BERGLUND | 5.00 | 0.50 |
| 16-Sep-11 | Laser Copy;NELSON M | 481.00 | 48.10 |
| 16-Sep-11 | Laser Copy;BERGLUND | 696.00 | 69.60 |
| 16-Sep-11 | Laser Copy;WALKER R | 310.00 | 31.00 |
| 16-Sep-11 | Laser Copy;jacobsr | 32.00 | 3.20 |
| 16-Sep-11 | Cerlox / Clear Cover | 1.00 | 6.00 |
| 16-Sep-11 | Telephone;12127821401;New YorkNY;4715 | 1.00 | 0.51 |
| 16-Sep-11 | Bell Conferencing/M Wunder/Inv.107572852 | 1.00 | 11.25 |
| 16-Sep-11 | Bell Conferencing/M Wunder/Inv.107572852 | 1.00 | 0.14 |
| 16-Sep-11 | Bell Conferencing/M Wunder/Inv.107572852 | 1.00 | 49.92 |
| 16-Sep-11 | Bell Conferencing/R Jacobs/Inv.107572852 | 1.00 | 16.00 |
| 16-Sep-11 | Bell Conferencing/M Wunder/Inv.107572852 | 1.00 | 5.19 |
| 16-Sep-11 | Bell Conferencing/M Wunder/Inv.107572852 | 1.00 | 31.14 |
| 19-Sep-11 | Laser Copy;BERGLUND | 54.00 | 5.40 |
| 19-Sep-11 | Laser Copy;jacobsr | 101.00 | 10.10 |
| 19-Sep-11 | Photocopy;BERGLUND | 12.00 | 1.20 |
| 20-Sep-11 | Photocopy;MacFarlaneA | 2.00 | 0.20 |
| 20-Sep-11 | Photocopy;SANTOS I | 587.00 | 58.70 |
| 20-Sep-11 | Laser Copy;SANTOS I | 118.00 | 11.80 |
| 20-Sep-11 | Laser Copy;BERGLUND | 752.00 | 75.20 |
| 20-Sep-11 | Laser Copy;NELSON M | 1,041.00 | 104.10 |
| 20-Sep-11 | Tabs / Clear Cover / Cerlox | 1.00 | 13.00 |
| 20-Sep-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 20-Sep-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2863222  
Page 32 of 34  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 20-Sep-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 2.04 |
| 21-Sep-11 | Telephone;12128721056;New YorkNY;4715 | 1.00 | 1.53 |
| 21-Sep-11 | Telephone;12128728012;New YorkNY;4715 | 1.00 | 0.51 |
| 21-Sep-11 | Telephone;12128728012;New YorkNY;4469 | 1.00 | 0.51 |
| 21-Sep-11 | Laser Copy;MacFarlaneA | 111.00 | 11.10 |
| 21-Sep-11 | Laser Copy;HETU, Jarvis | 678.00 | 67.80 |
| 21-Sep-11 | Laser Copy;HETU, Jarvis | 54.00 | 5.40 |
| 21-Sep-11 | Laser Copy;NELSON M | 133.00 | 13.30 |
| 22-Sep-11 | Laser Copy;HETU, Jarvis | 159.00 | 15.90 |
| 22-Sep-11 | Laser Copy;jacobsr | 1.00 | 0.10 |
| 22-Sep-11 | Laser Copy;Vincent-DunlopT | 34.00 | 3.40 |
| 22-Sep-11 | Laser Copy;MacFarlaneA | 97.00 | 9.70 |
| 22-Sep-11 | Laser Copy;BERGLUND | 442.00 | 44.20 |
| 22-Sep-11 | Laser Copy;Erandio, N. | 215.00 | 21.50 |
| 22-Sep-11 | Laser Copy;PICARD M | 7.00 | 0.70 |
| 22-Sep-11 | Photocopy;BERGLUND | 1.00 | 0.10 |
| 22-Sep-11 | Photocopy;MacFarlaneA | 3.00 | 0.30 |
| 22-Sep-11 | Photocopy;MacFarlaneA | 2.00 | 0.20 |
| 22-Sep-11 | Tabs / Cerlox / Clear Cover | 1.00 | 12.80 |
| 22-Sep-11 | Tabs / Cerlox / Clear Cover | 1.00 | 7.00 |
| 22-Sep-11 | Tabs / Cerlox / Clear Cover | 1.00 | 5.40 |
| 22-Sep-11 | Tabs / Cerlox / Clear Cover | 1.00 | 10.00 |
| 22-Sep-11 | Tabs / Cerlox / Clear Cover | 1.00 | 5.40 |
| 22-Sep-11 | Laser Copy;NELSON M | 103.00 | 10.30 |
| 22-Sep-11 | Laser Copy;Nicholls S | 170.00 | 17.00 |
| 22-Sep-11 | Laser Copy;DamaniA | 553.00 | 55.30 |
| 22-Sep-11 | Laser Copy;BERGLUND | 35.00 | 3.50 |
| 22-Sep-11 | Air Canada return flight to London for R. Jacobs on Sept. 19/11; 2011-9-19 | 1.00 | 7,431.59 |
| 22-Sep-11 | Color Photocopy Charges | 98.00 | 98.00 |
| 22-Sep-11 | Color Photocopy Charges | 98.00 | 98.00 |
| 22-Sep-11 | Meals and Beverages - Saisons Restaurant & Catering / Working lunch Wunder/Jacobs/MacFarlane/Akin Gump/Capstone on August 31, 2011/Inv. FMC11090243 | 1.00 | 193.50 |
| 22-Sep-11 | Meals and Beverages - Saisons Restaurant & Catering / Working lunch Wunder/Jacobs/Akin Gump/Capstone on Sepetember 7, 2011/Inv. FMC11080242 | 1.00 | 172.00 |
| 23-Sep-11 | Telephone;12128728012;New YorkNY;4469 | 1.00 | 1.02 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2863222  
Page 33 of 34  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 23-Sep-11 | Laser Copy;HETU, Jarvis | 204.00 | 20.40 |
| 23-Sep-11 | Laser Copy;MacFarlaneA | 37.00 | 3.70 |
| 23-Sep-11 | Laser Copy;BERGLUND | 15.00 | 1.50 |
| 23-Sep-11 | Laser Copy;Vincent-DunlopT | 174.00 | 17.40 |
| 23-Sep-11 | Photocopy;HETU, Jarvis | 14.00 | 1.40 |
| 23-Sep-11 | Long distance charges for M. Wunder for July 27 - Aug. 16/11; 2011-7-27 | 1.00 | 5.84 |
| 23-Sep-11 | Laser Copy;jacobsr | 4.00 | 0.40 |
| 23-Sep-11 | Laser Copy;DUNSMUIM | 4.00 | 0.40 |
| 26-Sep-11 | Laser Copy;HETU, Jarvis | 195.00 | 19.50 |
| 26-Sep-11 | Telephone;12127821401;New YorkNY;4715 | 1.00 | 0.51 |
| 26-Sep-11 | Telephone;12128728012;New YorkNY;4715 | 1.00 | 3.06 |
| 26-Sep-11 | Laser Copy;jacobsr | 57.00 | 5.70 |
| 26-Sep-11 | Laser Copy;MacFarlaneA | 2.00 | 0.20 |
| 26-Sep-11 | Laser Copy;NELSON M | 81.00 | 8.10 |
| 27-Sep-11 | Telephone;12128728012;New YorkNY;4469 | 1.00 | 1.02 |
| 27-Sep-11 | Laser Copy;jacobsr | 22.00 | 2.20 |
| 27-Sep-11 | Laser Copy;HETU, Jarvis | 75.00 | 7.50 |
| 27-Sep-11 | Laser Copy;TAYLOR, Laura | 20.00 | 2.00 |
| 27-Sep-11 | Laser Copy;PICARD M | 8.00 | 0.80 |
| 27-Sep-11 | Laser Copy;NELSON M | 198.00 | 19.80 |
| 27-Sep-11 | Telephone;12128728012;New YorkNY;4715 | 1.00 | 0.51 |
| 27-Sep-11 | Laser Copy;MacFarlaneA | 17.00 | 1.70 |
| 28-Sep-11 | Laser Copy;jacobsr | 29.00 | 2.90 |
| 28-Sep-11 | Laser Copy;NELSON M | 76.00 | 7.60 |
| 29-Sep-11 | Tabs / Cerlox / Clear Cover | 1.00 | 3.80 |
| 29-Sep-11 | Taxi to TD Bank Tower for M. Wunder on Sept. 27/11; 2011-9-27 | 1.00 | 7.96 |
| 29-Sep-11 | Laser Copy;MacFarlaneA | 3.00 | 0.30 |
| 29-Sep-11 | Laser Copy;Erandio, N. | 258.00 | 25.80 |
| 30-Sep-11 | Laser Copy;MacFarlaneA | 1.00 | 0.10 |
| 30-Sep-11 | Tabs / Cerlox / Clear Cover | 1.00 | 5.00 |
| 30-Sep-11 | Laser Copy;TAYLOR, Laura | 158.00 | 15.80 |
| 30-Sep-11 | Beck Taxi/Inv 1721-033/M J Wunder Sept 22/11 Taxi to Eglinton Ave. | 1.00 | 25.24 |
| 30-Sep-11 | Beck Taxi/Inv 1721-033/Akin Gump lawyers to Toronto airport August 31/11 | 1.00 | 74.09 |
| 30-Sep-11 | Beck Taxi/Inv 1721-033/Akin Gump lawyers to Toronto Airport Sept 7/11 | 1.00 | 72.22 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2863222  
Page 34 of 34  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 30-Sep-11 | Beck Taxi/Inv 1721-033/Ryan Jacobs to Toronto airport Sept 19/11 | 1.00 | 52.59 |
| 30-Sep-11 | Beck Taxi/Inv 1721-033/Ryan Jacobs Sept 15/11 to Toronto airport | 1.00 | 63.11 |
| | TOTAL | CDN. | $10,189.47 |