**EXHIBIT E**

**SUMMARY OF LAWYERS AND PARALEGALS
RENDERING SERVICES DURING THE PERIOD
SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011
(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Alex L. MacFarlane | Partner | Financial Restructuring | Ontario - 1988 | 69.1 | $800.00 | $55,280.00 |
| Andy Pushalik | Associate | Employment/Labour | Ontario - 2009 | 3.0 | $390.00 | $1,170.00 |
| Anneli LeGault | Partner | Employment/Labour | Ontario - 1982 | 31.3 | $775.00 | $24,257.50 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 10.3 | $550.00 | $5,665.00 |
| Jarvis Hétu | Associate | Financial Restructuring | Ontario - 2009 | 22.7 | $350.00 | $7,945.00 |
| Mark Dunsmuir | Associate | Pensions/Benefits | Ontario - 2006 | 16.0 | $450.00 | $7,200.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 84.5 | $775.00 | $65,487.50 |
| Matthew Peters | Partner | Taxation | Ontario - 2002 | 4.2 | $600.00 | $2,520.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 127.5 | $775.00 | $98,812.50 |
| Paul Shantz | Consultant | Real Estate/Environmental | Ontario - 1979 | 4.2 | $650.00 | $2,730.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 156.6 | $675.00 | $105,705.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 9.0 | $850.00 | $7,650.00 |
| | | | | | | |
| TOTAL | | | | 538.4 | CDN. | $384,422.50 |
| | Less Non-Working Travel Time Discount (50% of $21,312.50) | | | | | -$10,656.25 |
| TOTAL | | | | 538.4 | CDN. | $373,766.25 |