# EXHIBIT A

**682842**



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan
**Client:** 105185 / Nortel Networks Corp
**Matter:** 105185.0000121 / Wanland

**Proforma Generation Date:** 11/09/11 15:50

**Fees and Disbursements Through 08/31/11**
**Last Date Billed 09/23/11 (Through 07/31/11)**
**Bill Cycle:** M
**Matter Open Date:** Jan 14, 2009
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $1,322.00 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $1,322.00 | | |

**Address:**  Nortel Accounts Payable
P.O. Box 280510
Nashville, TN  37728

| | |
|---|---|
| **YTD Fees Billed** | $5,315.00 |
| **YTD Disb Billed** | $2.60 |
| **LTD Fees Billed** | $87,519.00 |
| **LTD Disb Billed** | $1,093.64 |
| **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9294154 | 08/09/11 | Henry, Melanie | Teleconference with Ms. Parseghian re working on class settlement. | 0.20 | $98.00 |
| 9344300 | 08/09/11 | Parseghian, L. | Conference with Ms. Henry re background on class settlement and next steps. | 0.20 | $122.00 |
| 9297365 | 08/12/11 | Henry, Melanie | Review case background documents, including pleadings and memoranda. | 2.00 | $980.00 |
| 9344533 | 08/15/11 | Parseghian, L. | Exchange emails with Ms. Palmer re Canadian approval of settlement. | 0.20 | $122.00 |
| | | | **Professional Services Total** | **2.60** | **$1,322.00** |

- 2 -

## **Professional Services Summary**

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---:|---:|---:|
| 006946 | Associate | Henry, Melanie | $490.00 | 2.20 | $1,078.00 |
| 001425 | Counsel | Parseghian, L. | $610.00 | 0.40 | $244.00 |
| | | | **Fees Value** | **2.60** | **$1,322.00** |

# 682843



## BILLABLE PROFORMA

**Billing Attorney:** 001003 / Kris D. Meade  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000160 / AAP Preparation  

**Proforma Generation Date:** 11/09/11 15:50

**Fees and Disbursements Through 08/31/11**  
**Last Date Billed** 09/23/11 (Through 07/31/11)  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185

| | | | | |
|---|---|---|---|---|
| **Total Fees This Proforma** | $2,221.20 | | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $2,221.20 | | | |
| **Address:** Jeanine L. Daniluk | | | **YTD Fees Billed** | $1,319.40 |
| Dept. 0381 | | | **YTD Disb Billed** | $6.37 |
| Nortel Networks | | | | |
| 195 The West Mall | | | **LTD Fees Billed** | $115,530.70 |
| Toronto, Ontario | | | **LTD Disb Billed** | $105.33 |
| Canada M9C 5K1 | | | | |
| | | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9306086 | 08/18/11 | Meade, K. | Review of draft email from Ms. Lightfoot re Nortel's changes of status to not holding federal contracts (0.3); revise same and transmit same to Ms. Lightfoot and Mr. Knapp (0.3). | 0.60 | $305.10 |
| 9347506 | 08/24/11 | Springer, R. | Review and edit EEO-1 data (1.5); confer with Ms. Lightfoot regarding same (0.3). | 1.80 | $777.60 |
| 9330659 | 08/26/11 | Meade, K. | Email exchanges with Ms. Lightfoot and Mr. Knapp re submission to the OFCCP. | 0.20 | $101.70 |
| 9347511 | 08/26/11 | Springer, R. | Continue to work on EEO-1 reporting. | 0.80 | $345.60 |
| 9339743 | 08/29/11 | Springer, R. | Continue to review and edit data for EEO-1 submission and complete on-line forms (1.4); e-mail exchange with Ms. Lightfoot regarding data | 1.60 | $691.20 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | questions (0.2). | | |
| | | | **Professional Services Total** | **5.00** | **$2,221.20** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001220 | Counsel | Springer, R. | $432.00 | 4.20 | $1,814.40 |
| 001003 | Partner | Meade, K. | $508.50 | 0.80 | $406.80 |
| | | | **Fees Value** | **5.00** | **$2,221.20** |

# 682844



## BILLABLE PROFORMA

**Billing Attorney:** 001835 / Matthew Cheney  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000189 / Fee/Employment Application - US  

**Fees and Disbursements Through 08/31/11**  
**Last Date Billed 09/23/11 (Through 07/31/11)**  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  

**Proforma Generation Date:** 11/09/11 15:50  
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $1,320.00 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $1,320.00 | | |
| **Address:** Jeanine L. Daniluk | | **YTD Fees Billed** | $15,915.00 |
| Dept. 0381 | | **YTD Disb Billed** | $59.00 |
| Nortel Networks | | | |
| 195 The West Mall | | **LTD Fees Billed** | $107,443.00 |
| Toronto, Ontario | | **LTD Disb Billed** | $307.30 |
| Canada, M9C 5K1 | | | |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9300480 | 08/17/11 | Perales, O. | Prepare 30th Interim Fee Application for June 2011. | 0.50 | $112.50 |
| 9300481 | 08/17/11 | Perales, O. | Prepare 31st Interim Fee Application for July 2011. | 0.50 | $112.50 |
| 9300478 | 08/17/11 | Perales, O. | Prepare 29th Interim Fee Application for May 2011. | 0.50 | $112.50 |
| 9328150 | 08/25/11 | Cheney, M | Review and revise May fee statement. | 0.20 | $119.00 |
| 9328152 | 08/25/11 | Cheney, M | Review and revise June fee statement. | 0.20 | $119.00 |
| 9328153 | 08/25/11 | Cheney, M | Review and revise July fee statement. | 0.20 | $119.00 |
| 9328157 | 08/25/11 | Cheney, M | Review and revise quarterly fee application and order. | 0.30 | $178.50 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9322127 | 08/25/11 | Perales, O. | Prepare Tenth Quarterly Application and Order Approving Fees for May 2011 through July 2011 fee statements. | 0.40 | $90.00 |
| 9328233 | 08/26/11 | Cheney, M | Email exchanges with Ms. Cordo enclosing fee statements and application for filing. | 0.20 | $119.00 |
| 9328227 | 08/26/11 | Cheney, M | Final review of May fee statement. | 0.10 | $59.50 |
| 9328228 | 08/26/11 | Cheney, M | Final review of June fee statement. | 0.10 | $59.50 |
| 9328229 | 08/26/11 | Cheney, M | Final review of July fee statement. | 0.10 | $59.50 |
| 9328230 | 08/26/11 | Cheney, M | Final review of quarterly fee application and order. | 0.10 | $59.50 |
|  |  |  | **Professional Services Total** | **3.40** | **$1,320.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Counsel | Cheney, M | $595.00 | 1.50 | $892.50 |
| 002444 | Specialist | Perales, O. | $225.00 | 1.90 | $427.50 |
|  |  |  | **Fees Value** | **3.40** | **$1,320.00** |

- 2 -

# 682845



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000194 / Project Alpha  

**Proforma Generation Date:** 11/09/11 15:50

**Fees and Disbursements Through 08/31/11**  
**Last Date Billed 09/23/11 (Through 07/31/11)**  
**Bill Cycle:** M  
**Matter Open Date:** Dec 29, 2009  
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $12,056.00 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $12,056.00 | | |
| **Address:** Nortel Networks Corp | | **YTD Fees Billed** | $43,289.50 |
| | | **YTD Disb Billed** | $142.15 |
| | | **LTD Fees Billed** | $108,872.00 |
| | | **LTD Disb Billed** | $635.96 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9256931 | 08/02/11 | Eichel, S. | Telephone conference with M. Shein re status (.1); commence review of settlement agreement (.2); draft email to client and Canadian counsel re revised settlement agreement (.1); review email from M. Shein re settlement agreement (.1). | 0.50 | $305.00 |
| 9261239 | 08/03/11 | Eichel, S. | Review M. Shein's comments to settlement agreement (.2); draft responses (.2); telephone conference with G. Salliby re settlement agreement (.2); draft email to client and Canadian counsel and Monitor re discussing settlement agreement (.1). | 0.70 | $427.00 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9265473 | 08/04/11 | Eichel, S. | Review settlement agreement (.2); review M. Shein's revised settlement agreement (.2); telephone conference with M. Shein re settlement agreement (.2); draft email to client and team re conference call with M. Shein and issues raised by him re warranty (.1); several telephone conferences with B. Zabarauskas re settlement agreement (.4); telephone conference with client, Canadian Monitor and its counsel and B. Zabarauskas resettlement agreement (.4); revise settlement agreement (.4); draft email to B. Zabarauskas re revised settlement agreement (.1); draft email to M. Shein re revised settlement agreement (.2); draft email to client re revised settlement agreement (.1). | 2.30 | $1,403.00 |
| 9275096 | 08/04/11 | Zabarauskas, B. | Review email from S. Eichel re: warranty claims under settlement (.1); discussion with Eichel re: same (.5); review S. Eichel email re: release language (.1); discussions with S. Eichel re: parties to provide sign off on settlement agreement (.1); review revised settlement agreements (1.1); numerous discussions with S. Eichel re: same (.4); draft proposed revisions to agreement (.1); conference call with clients and S. Eichel re: warranty issues relating to settlement agreement (.4); review G. Saliby email re: warranty (.1). | 2.90 | $1,798.00 |
| 9267028 | 08/05/11 | Eichel, S. | Review emails from client and Canadian Monitor re revisions to settlement agreement (.1); draft response (.1); review and revise settlement agreement (.1); draft email to client, Canadian Monitor and counsel re revised | 1.50 | $915.00 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | settlement agreement (.1); draft email to M. Shein re revised settlement agreement (.1); telephone conference with M. Shein re comments to revised settlement agreement (.2); draft second email to client, Canadian Monitor and counsel re M. Shein's comments to settlement agreement and alternative proposal to settlement agreement (.3); review comments of proposed revision to settlement agreement (.1); review email from Canadian Monitor re revised settlement agreement (.1); draft email to M. Shein re revised settlement agreement (.1); review email from B. Zabarauskas re extension of time for Telmar to respond to complaint (.1); review email from M. Shein re revised settlement agreement (.1). | | |
| 9276627 | 08/05/11 | Zabarauskas, B. | Discussion with S. Eichel re: proposed changes to settlement agreement(.2); review revised settlement agreement (.1); review stipulation extending defendants' time to answer (.1); review email from Canadian Monitor re: settlement agreement (.1). | 0.50 | $310.00 |
| 9271170 | 08/08/11 | Eichel, S. | Review email from M. Shein re settlement agreement (.1); telephone conference with M. Shein and Telmar's counsel re settlement agreement (.2); draft email to client re identifying signatories for settlement agreement (.1); review emails from client re signatures and draft responses (.1); review email from M. Shein re settlement agreement and extension with respect to answer to complaint (.1); telephone conference with B. Zabarauskas re settlement agreement (.1); draft email to | 0.80 | $488.00 |

- 3 -

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | Canadian Monitor and counsel re obtaining names of signatories to Canadian Nortel entities (.1) | | |
| 9292178 | 08/08/11 | Zabarauskas, B. | Review revised settlement agreement (.3); discussion with S. Eichel re: same (.1). | 0.40 | $248.00 |
| 9274172 | 08/09/11 | Eichel, S. | Review email from monitor re signatories to settlement agreement (.1); review email from Telmar's counsel re settlement agreement (.1); draft email to Telmar's counsel re settlement agreement (.1); draft email to Monitor re signatories to settlement agreement (.1); telephone conference with B. Zabarauskas re status of settlement agreement (.1); review emails from Canadian entities re signatories to settlement agreement (.1); review, revise and finalize settlement agreement (.5); draft email to client, Canadian Monitor, Monitor's counsel and signatories to settlement agreement (.2). | 1.30 | $793.00 |
| 9279807 | 08/10/11 | Eichel, S. | Send execution version of settlement agreement to Telmar's counsel (.1); telephone conference with B. Zabarauskas re motion to approve settlement agreement (.1). | 0.20 | $122.00 |
| 9283555 | 08/11/11 | Eichel, S. | Review email from T. Wong Ken (Nortel) re: execution of settlement agreement and respond to same (.2); review email from Telmar's counsel re settlement agreement and respond to same (.1); telephone conference with B. Zabaraskaus re settlement agreement (.1). | 0.40 | $244.00 |
| 9292252 | 08/11/11 | Zabarauskas, B. | Discussion with S. Eichel re: status of execution of settlement agreement. | 0.10 | $62.00 |
| 9285739 | 08/12/11 | Eichel, S. | Draft emails to client re execution of settlement agreement. | 0.20 | $122.00 |
| 9288505 | 08/15/11 | Eichel, S. | Review email from J. Ray re execution of settlement agreement and draft response. | 0.10 | $61.00 |
| 9291545 | 08/16/11 | Eichel, S. | Review email from Telmar's counsel re status of | 0.10 | $61.00 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | settlement agreement and respond to same. | | |
| 9296570 | 08/17/11 | Eichel, S. | Review Telmar's executed settlement agreement and commence putting together completed settlement agreement (.3); draft emails to Canadian Monitor re his execution of the settlement agreement (.1) ; draft email to Telmar's counsel re execution of settlement agreement (.1); review email from Canadian Monitor re execution of settlement agreement and respond to same (.1); draft email to client re fully executed settlement agreement (.1). | 0.70 | $427.00 |
| 9299068 | 08/18/11 | Eichel, S. | Draft email to Telmar's counsel re executed signature pages of settlement agreement (.1); telephone conference with B. Zabarauskas re status of settlement agreement and motion to approve same (.1). | 0.20 | $122.00 |
| 9310052 | 08/18/11 | Zabarauskas, B. | Review final settlement agreement (.4); revise motion to approve settlement (.8). | 1.20 | $744.00 |
| 9310102 | 08/19/11 | Zabarauskas, B. | Continue revisions to motion to approve settlement (2.0); e-mail to local counsel re: same (.1). | 2.10 | $1,302.00 |
| 9331967 | 08/22/11 | Zabarauskas, B. | Review local counsel's comments to Rule 9019 motion (.3); revisions to Rule 9019 motion (.5); e-mails with C. Fights re: filing of Rule 9019 motion (.1); e-mails with local counsel re: motion to seal portions of settlement agreement (.1). | 1.00 | $620.00 |
| 9333329 | 08/23/11 | Zabarauskas, B. | Review draft motion to seal portions of settlement agreement. | 0.40 | $248.00 |
| 9332042 | 08/24/11 | Zabarauskas, B. | Review client e-mails re: 9019 Motion (.2); revisions to Rule 9019 Motion re: client comments (.2); e-mail to local consel re: filing of Rule 9019 Motion (.2); discussion with C. Fight re: motion to seal and Telmar | 0.80 | $496.00 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | request to review same (.2). | | |
| 9332352 | 08/25/11 | Zabarauskas, B. | Review revised motion to seal portions of settlement agreement (.4); e-mails with local counsel re: same (.2); discussions with M. Schein re: comments to 9019 motion and order (.2); discussion with D. McKenna re: same (.1); review client e-mails re: same (.1). | 1.00 | $620.00 |
| 9341845 | 08/30/11 | Meadows, J. | Emails with Messrs. Schnorrenberg and Cheney re filing of 9019 motion and fee application status. | 0.20 | $118.00 |
| | | | **Professional Services Total** | **19.60** | **$12,056.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001478 | Counsel | Meadows, J. | $590.00 | 0.20 | $118.00 |
| 002215 | Counsel | Eichel, S. | $610.00 | 9.00 | $5,490.00 |
| 002217 | Counsel | Zabarauskas, B. | $620.00 | 10.40 | $6,448.00 |
| | | | **Fees Value** | **19.60** | **$12,056.00** |

- 6 -

**682846**



**BILLABLE PROFORMA**

**Billing Attorney:** 000302 / James J. Regan
**Client:** 105185 / Nortel Networks Corp
**Matter:** 105185.0000195 / Indemnification Claim by Cox Communicati

**Proforma Generation Date:** 11/09/11 15:50

**Fees and Disbursements Through 08/31/11**
**Last Date Billed 09/23/11 (Through 07/31/11)**
**Bill Cycle:** M
**Matter Open Date:** Jan 31, 2011
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $1,291.50 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $1,291.50 | | |
| **Address:** Nortel Networks Corp | | **YTD Fees Billed** | $20,275.50 |
| | | **YTD Disb Billed** | $18.00 |
| | | **LTD Fees Billed** | $20,275.50 |
| | | **LTD Disb Billed** | $18.00 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9251361 | 08/01/11 | Palan, S. | Review additional documents provided by Cox to determine whether the documents affect previous findings. | 1.00 | $630.00 |
| 9273647 | 08/09/11 | Palan, S. | Review Ms. Palmer's letter to Cox regarding Nortel's indemnification obligation. | 0.70 | $441.00 |
| 9279657 | 08/09/11 | Supko, M. | Review draft letter to Cox's counsel (0.2); consult with Mr. Palan re same (0.1). | 0.30 | $220.50 |
| | | | **Professional Services Total** | **2.00** | **$1,291.50** |

- 2 -

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---:|---:|---:|
| 001436 | Partner | Palan, S. | $630.00 | 1.70 | $1,071.00 |
| 001474 | Partner | Supko, M. | $735.00 | 0.30 | $220.50 |
| | | | **Fees Value** | **2.00** | **$1,291.50** |

# 682847



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000196 / Indemnification Claim by PG&E re Phoenix

**Proforma Generation Date:** 11/09/11 15:50

**Fees and Disbursements Through 08/31/11**  
**Last Date Billed 06/20/11 (Through 02/28/11)**  
**Bill Cycle:** Mtent  
**Matter Open Date:** Jan 31, 2011  
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $10,279.50 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 11.29 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $10,290.79 | | |
| **Address:** Nortel Networks Corp | | **YTD Fees Billed** | $32,896.50 |
| | | **YTD Disb Billed** | $6.16 |
| | | **LTD Fees Billed** | $32,896.50 |
| | | **LTD Disb Billed** | $6.16 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9262093 | 08/03/11 | Palan, S. | Analyze documents provided by Ms. Palmer regarding specifications defense in view of specification exception specified in contract between Nortel and PG&E. | 2.90 | $1,827.00 |
| 9263130 | 08/03/11 | Supko, M. | Review article and cases re specifications defense sent by Ms. Palmer. | 0.50 | $367.50 |
| 9265051 | 08/04/11 | Palan, S. | Prepare summary of analysis of documents provided by Ms. Palmer regarding specifications defense. | 4.10 | $2,583.00 |
| 9270024 | 08/05/11 | Supko, M. | Continue analyzing cases re specifications defense (0.5); consult with Mr. Palan re same (0.3); work on memo to Ms. Palmer re strength | 1.30 | $955.50 |

- 1 -

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | of defenses to PG&E's claim (0.5). | | |
| 9271158 | 08/08/11 | Palan, S. | Review Mr. Supko's revisions to analysis of specifications defense argument. | 0.60 | $378.00 |
| 9273512 | 08/08/11 | Supko, M. | Continue analyzing PG&E indemnification issues, including issues relating to extent of "specification" by PG&E necessary to invoke exception in view of relevant case law (1.0); prepare response to inquiry from Ms. Palmer (0.3); review further communication from Ms. Palmer re facts relating to contract (0.2); consult with Mr. Palan re same (0.2). | 1.70 | $1,249.50 |
| 9273566 | 08/09/11 | Palan, S. | Review alternative specifications arguments (1.0); discuss same with Mr. Supko (0.4). | 1.40 | $882.00 |
| 9279659 | 08/09/11 | Supko, M. | Continue analyzing issues re specifications defense in review of cases cited by Ms. Palmer (1.3); consultation with Mr. Palan (0.3). | 1.60 | $1,176.00 |
| 9325513 | 08/27/11 | Palan, S. | Review additional documents regarding RFP provided by Ms. Palmer (0.5); correspond with Mr. Supko regarding effect of documents on analysis of PG&E's indemnity argument (0.1). | 0.60 | $378.00 |
| 9325894 | 08/27/11 | Supko, M. | Analyze additional documents re RFP (0.3); consult with Mr. Palan re same (0.1). | 0.40 | $294.00 |
| 9326746 | 08/29/11 | Palan, S. | Discussion with Mr. Supko regarding PG&E's selection of speech recognition vendor based on newly provided documents. | 0.30 | $189.00 |
| | | | **Professional Services Total** | **15.40** | **$10,279.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001436 | Partner | Palan, S. | $630.00 | 9.90 | $6,237.00 |
| 001474 | Partner | Supko, M. | $735.00 | 5.50 | $4,042.50 |
| | | | **Fees Value** | **15.40** | **$10,279.50** |

- 3 -

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 6005236 | 08/09/11 | | 0016 | 1398299 | 000302 | Comp. Library Research SUPKO, MARK ZCNMDTH | $11.29 |

**Total Disbursements** **$11.29**

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0016 | Comp. Library Research | $11.29 |

**Total Disbursements** **$11.29**