# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2011 Through August 31, 2011

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Computer Library Research | Computer Library Research | $11.29 |
| **TOTAL** | | **$11.29** |

**682847**



## BILLABLE PROFORMA

Billing Attorney:  000302 / James J. Regan
Client:  105185 / Nortel Networks Corp
Matter:  105185.0000196 / Indemnification Claim by PG&E re Phoenix

Proforma Generation Date:  11/09/11 15:50

Fees and Disbursements Through 08/31/11
Last Date Billed 06/20/11 (Through 02/28/11)
Bill Cycle:  Mtent
Matter Open Date:  Jan 31, 2011
Proforma Joint Group # 105185

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|-------|------|----------|------|---------|-------|--------------------------|--------|
| 6005236 | 08/09/11 | | 0016 | 1398299 | 000302 | Comp. Library Research SUPKO, MARK ZCNMDTH | $11.29 |

Total Disbursements $11.29

## Disbursements Summary

| Code | Description | Amount |
|------|-------------|--------|
| 0016 | Comp. Library Research | $11.29 |

Total Disbursements $11.29