# EXHIBIT A

**682848**



**BILLABLE PROFORMA**

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000121 / Wanland  

**Proforma Generation Date:** 11/09/11 15:51

**Fees and Disbursements Through 09/30/11**  
**Last Date Billed** 09/23/11 (Through 07/31/11)  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $3,625.00 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $3,625.00 | | |
| **Address:** Nortel Accounts Payable | | **YTD Fees Billed** | $5,315.00 |
| P.O. Box 280510 | | **YTD Disb Billed** | $2.60 |
| Nashville, TN  37728 | | | |
| | | **LTD Fees Billed** | $87,519.00 |
| | | **LTD Disb Billed** | $1,093.64 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9373895 | 09/08/11 | Henry, Melanie | Review additional background documents. | 0.80 | $392.00 |
| 9439001 | 09/19/11 | Parseghian, L. | Email Ms. Henry re settlement agreement. | 0.20 | $122.00 |
| 9439164 | 09/20/11 | Parseghian, L. | Email Ms. Henry re settlement agreement. | 0.20 | $122.00 |
| 9414085 | 09/25/11 | Henry, Melanie | Review documents and prepare draft settlement agreement. | 6.00 | $2,940.00 |
| 9437888 | 09/30/11 | Henry, Melanie | Correspond with Ms. Parseghian re preparation of settlement agreement. | 0.10 | $49.00 |
| | | | **Professional Services Total** | **7.30** | **$3,625.00** |

- 2 -

## **Professional Services Summary**

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---:|---:|---:|
| 006946 | Associate | Henry, Melanie | $490.00 | 6.90 | $3,381.00 |
| 001425 | Counsel | Parseghian, L. | $610.00 | 0.40 | $244.00 |
| | | | **Fees Value** | **7.30** | **$3,625.00** |

- 2 -

# 682849



## BILLABLE PROFORMA

**Billing Attorney:** 001003 / Kris D. Meade  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000160 / AAP Preparation  

**Proforma Generation Date:** 11/09/11 15:51

**Fees and Disbursements Through 09/30/11**  
**Last Date Billed 09/23/11 (Through 07/31/11)**  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185

| | | |
|---|---|---|
| **Total Fees This Proforma** | $302.40 | |
| **Total Disbursements This Proforma** | 0.00 | |
| **TOTAL THIS PROFORMA** | $302.40 | |

| | |
|---|---|
| **Unallocated Cash** | $0.00 |
| **Trust Balance** | $0.00 |

**Address:** Jeanine L. Daniluk  
Dept. 0381  
Nortel Networks  
195 The West Mall  
Toronto, Ontario  
Canada M9C 5K1

| | |
|---|---|
| **YTD Fees Billed** | $1,319.40 |
| **YTD Disb Billed** | $6.37 |
| **LTD Fees Billed** | $115,530.70 |
| **LTD Disb Billed** | $105.33 |
| **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9413887 | 09/13/11 | Springer, R. | Complete EEO-1 reports (0.6); e-mail Ms. Lightfoot regarding same (0.1). | 0.70 | $302.40 |
| | | | **Professional Services Total** | **0.70** | **$302.40** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001220 | Counsel | Springer, R. | $432.00 | 0.70 | $302.40 |
| | | | **Fees Value** | **0.70** | **$302.40** |

**682850**



**BILLABLE PROFORMA**

**Billing Attorney:** 001835 / Matthew Cheney
**Client:** 105185 / Nortel Networks Corp
**Matter:** 105185.0000189 / Fee/Employment Application - US

**Proforma Generation Date:** 11/09/11 15:51

**Fees and Disbursements Through** 09/30/11
**Last Date Billed** 09/23/11 (Through 07/31/11)
**Bill Cycle:** M
**Matter Open Date:** Jan 14, 2009
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $1,071.00 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $1,071.00 | | |
| **Address:** Jeanine L. Daniluk | | **YTD Fees Billed** | $15,915.00 |
| Dept. 0381 | | **YTD Disb Billed** | $59.00 |
| Nortel Networks | | | |
| 195 The West Mall | | **LTD Fees Billed** | $107,443.00 |
| Toronto, Ontario | | **LTD Disb Billed** | $307.30 |
| Canada, M9C 5K1 | | | |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9377546 | 09/06/11 | Cheney, M | Review and revise pro formas for fee statements. | 0.60 | $357.00 |
| 9377549 | 09/06/11 | Cheney, M | Review binder of fee statements in advance of fee hearing. | 0.50 | $297.50 |
| 9398336 | 09/15/11 | Cheney, M | Review email from Ms. Cordo re fee hearing. | 0.10 | $59.50 |
| 9398337 | 09/15/11 | Cheney, M | Review proposed fee order. | 0.20 | $119.00 |
| 9421183 | 09/21/11 | Cheney, M | Prepare for hearing on fee application. | 0.10 | $59.50 |
| 9421187 | 09/21/11 | Cheney, M | Participate in hearing on fee application. | 0.30 | $178.50 |
| | | | **Professional Services Total** | **1.80** | **$1,071.00** |

- 2 -

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---:|---:|---:|
| 001835 | Counsel | Cheney, M | $595.00 | 1.80 | $1,071.00 |
| | | | **Fees Value** | **1.80** | **$1,071.00** |

**682851**



**BILLABLE PROFORMA**

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000194 / Project Alpha  

**Proforma Generation Date:** 11/09/11 15:51

**Fees and Disbursements Through 09/30/11**  
**Last Date Billed** 09/23/11 (Through 07/31/11)  
**Bill Cycle:** M  
**Matter Open Date:** Dec 29, 2009  
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $248.00 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 25.10 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $273.10 | | |
| **Address:** Nortel Networks Corp | | **YTD Fees Billed** | $43,289.50 |
| | | **YTD Disb Billed** | $142.15 |
| | | **LTD Fees Billed** | $108,872.00 |
| | | **LTD Disb Billed** | $635.96 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9374453 | 09/09/11 | Zabarauskas, B. | E-mails with M. Schein re: absence of objections to 9019 motion. | 0.10 | $62.00 |
| 9383096 | 09/12/11 | Zabarauskas, B. | E-mails with M. Schein and C. Fights re: no objections filed to 9019 Motion re: Telmar. | 0.10 | $62.00 |
| 9418824 | 09/22/11 | Zabarauskas, B. | E-mails with C. Fight re: court approval of Telmar settlement (.1); e-mails with client re: same (.1). | 0.20 | $124.00 |
| | | | **Professional Services Total** | **0.40** | **$248.00** |

- 1 -

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---:|---:|---:|
| 002217 | Counsel | Zabarauskas, B. | $620.00 | 0.40 | $248.00 |
| | | | **Fees Value** | **0.40** | **$248.00** |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---:|
| 6009042 | 09/06/11 | 356842 | 0140 | 1399732 | 002215 | Long Distance Telephone - - VENDOR: Premiere Global Services, Inc. | $25.10 |
| | | | | | | **Total Disbursements** | **$25.10** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---:|
| 0140 | Long Distance Telephone | $25.10 |
| | **Total Disbursements** | **$25.10** |

- 2 -

# 682852



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan
**Client:** 105185 / Nortel Networks Corp
**Matter:** 105185.0000196 / Indemnification Claim by PG&E re Phoenix

**Proforma Generation Date:** 11/09/11 15:51

**Fees and Disbursements Through 09/30/11**
**Last Date Billed** 06/20/11 (Through 02/28/11)
**Bill Cycle:** Mtent
**Matter Open Date:** Jan 31, 2011
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $1,270.50 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $1,270.50 | | |
| **Address:** Nortel Networks Corp | | **YTD Fees Billed** | $32,896.50 |
| | | **YTD Disb Billed** | $6.16 |
| | | **LTD Fees Billed** | $32,896.50 |
| | | **LTD Disb Billed** | $6.16 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9360215 | 09/09/11 | Palan, S. | Review and revise Mr. Supko's updated analysis of the requirements exemption based on new information. | 0.50 | $315.00 |
| 9365041 | 09/09/11 | Supko, M. | Continue analyzing documents re PG&E RFP and response (0.5); prepare email to Ms. Palmer re further analysis of specifications defense in view of additional documents (0.5); consult with Mr. Palan re same (0.2); finalize and send same to Ms. Palmer (0.1). | 1.30 | $955.50 |
| | | | **Professional Services Total** | **1.80** | **$1,270.50** |

- 2 -

## **Professional Services Summary**

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---:|---:|---:|
| 001436 | Partner | Palan, S. | $630.00 | 0.50 | $315.00 |
| 001474 | Partner | Supko, M. | $735.00 | 1.30 | $955.50 |
| | | | **Fees Value** | **1.80** | **$1,270.50** |