# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2011 Through September 30, 2011

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Telephone Calls | Long Distance - Premiere Global Services, Inc. | $25.10 |
| **TOTAL** | | **$25.10** |

# 682851



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000194 / Project Alpha  

**Proforma Generation Date:** 11/09/11 15:51  

**Fees and Disbursements Through 09/30/11**  
**Last Date Billed 09/23/11 (Through 07/31/11)**  
**Bill Cycle:** M  
**Matter Open Date:** Dec 29, 2009  
**Proforma Joint Group # 105185**

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 6009042 | 09/06/11 | 356842 | 0140 | 1399732 | 002215 | Long Distance Telephone - - VENDOR: Premiere Global Services, Inc. | $25.10 |
| | | | | | | **Total Disbursements** | **$25.10** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0140 | Long Distance Telephone | $25.10 |
| | **Total Disbursements** | **$25.10** |