# EXHIBIT A

**682854**



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000126 / Linex v. Nortel et al.

**Proforma Generation Date:** 11/09/11 15:52

**Fees and Disbursements Through 10/31/11**  
**Last Date Billed** 09/23/11 (Through 07/31/11)  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $1,176.00 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 1.52 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $1,177.52 | | |
| **Address:** Nortel Networks | | **YTD Fees Billed** | $39,648.00 |
| Attn: Accounts Payable | | **YTD Disb Billed** | $0.00 |
| Post Office Box 280510 | | | |
| Nashville, TN 37728 | | **LTD Fees Billed** | $46,195.00 |
| | | **LTD Disb Billed** | $36.97 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9454070 | 10/06/11 | Supko, M. | Correspondence with Mr. Hartmann re settlement status (0.2); research re identification of accused products (0.2). | 0.40 | $294.00 |
| 9475533 | 10/13/11 | Supko, M. | Review discovery responses, sales spreadsheets and prior settlement correspondence (0.5); prepare response to Linex's request for additional sales information (0.4); correspondence with Ms. Palmer re same (0.1). | 1.00 | $735.00 |
| 9523807 | 10/24/11 | Supko, M. | Correspondence with Tropos' counsel re status of case and discovery. | 0.20 | $147.00 |
| | | | **Professional Services Total** | **1.60** | **$1,176.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---:|---:|---:|
| 001474 | Partner | Supko, M. | $735.00 | 1.60 | $1,176.00 |
| | | **Fees Value** | | **1.60** | **$1,176.00** |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---:|
| 6084105 | 10/27/11 | 358194 | 0152 | 1429806 | 007004 | Pacer Service Charge - - VENDOR: Pacer Servi Center | $1.52 |
| | | | | | | **Total Disbursements** | **$1.52** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---:|
| 0152 | Pacer Service Charge | $1.52 |
| | **Total Disbursements** | **$1.52** |

- 1 -

# 682855



## BILLABLE PROFORMA

**Billing Attorney:** 001835 / Matthew Cheney
**Client:** 105185 / Nortel Networks Corp
**Matter:** 105185.0000189 / Fee/Employment Application - US

**Proforma Generation Date:** 11/09/11 15:52

**Fees and Disbursements Through 10/31/11**
**Last Date Billed** 09/23/11 (Through 07/31/11)
**Bill Cycle:** M
**Matter Open Date:** Jan 14, 2009
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $297.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | 0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | **$297.50** | | |

**Address:** Jeanine L. Daniluk
Dept. 0381
Nortel Networks
195 The West Mall
Toronto, Ontario
Canada, M9C 5K1

| | |
|---|---|
| YTD Fees Billed | $15,915.00 |
| YTD Disb Billed | $59.00 |
| LTD Fees Billed | $107,443.00 |
| LTD Disb Billed | $307.30 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9471387 | 10/04/11 | Cheney, M | Review and revise pro formas. | 0.50 | $297.50 |
| | | | **Professional Services Total** | **0.50** | **$297.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Counsel | Cheney, M | $595.00 | 0.50 | $297.50 |
| | | | **Fees Value** | **0.50** | **$297.50** |

**682856**



**BILLABLE PROFORMA**

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000194 / Project Alpha  

**Proforma Generation Date:** 11/09/11 15:52

**Fees and Disbursements Through 10/31/11**  
**Last Date Billed** 09/23/11 (Through 07/31/11)  
**Bill Cycle:** M  
**Matter Open Date:** Dec 29, 2009  
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $1,054.00 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $1,054.00 | | |
| **Address:** Nortel Networks Corp | | **YTD Fees Billed** | $43,289.50 |
| | | **YTD Disb Billed** | $142.15 |
| | | **LTD Fees Billed** | $108,872.00 |
| | | **LTD Disb Billed** | $635.96 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9490991 | 10/12/11 | Zabarauskas, B. | Emails with D. McKenna re: settlement payment (.1); review settlement agreement re: payment terms (.1); emails with M. Sokein re: same (.2). | 0.40 | $248.00 |
| 9549250 | 10/24/11 | Zabarauskas, B. | Review settlement agreement re: dismissal of action (.3); draft, revise and finalize notice of dismissal of action (.8); e-mail to client re: same (.1); e-mail to C. Fights re: same (.1). | 1.30 | $806.00 |
| | | | **Professional Services Total** | **1.7** | **$1,054.00** |

- 2 -

## **Professional Services Summary**

| **ID** | **Title** | **Timekeeper Name** | **Rate** | **Hours** | **Value** |
|---|---|---|---:|---:|---:|
| 002217 | Counsel | Zabarauskas, B. | $620.00 | 1.70 | $1,054.00 |
|  |  |  | **Fees Value** | **1.7** | **$1,054.00** |