# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

October 1, 2011 Through October 31, 2011

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Computer Research | Pacer Service Center | $1.52 |
| **TOTAL** | | **$1.52** |

**682854**



**BILLABLE PROFORMA**

**Billing Attorney:  000302 / James J. Regan**  
**Client:  105185 / Nortel Networks Corp**  
**Matter:  105185.0000126 / Linex v. Nortel et al.**

**Proforma Generation Date:  11/09/11 15:52**

**Fees and Disbursements Through 10/31/11**  
**Last Date Billed 09/23/11 (Through 07/31/11)**  
**Bill Cycle:  M**  
**Matter Open Date:  Jan 14, 2009**  
**Proforma Joint Group # 105185**

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 6084105 | 10/27/11 | 358194 | 0152 | 1429806 | 007004 | Pacer Service Charge - - VENDOR: Pacer Servi Center | $1.52 |
| | | | | | | **Total Disbursements** | **$1.52** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0152 | Pacer Service Charge | $1.52 |
| | **Total Disbursements** | **$1.52** |

- 1 -