IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS Inc, et al[1], | ) | Case No. 09-10138 (KG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: December 7, 2011 @ 4:00 p.m. |

**TWENTY-SIXTH MONTHLY APPLICATION OF LAZARD FRERES & CO. LLC, FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2011 THROUGH MAY 31, 2011**

| | |
|---|---|
| Name of Applicant: | **Lazard Frères & Co. LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **March 20, 2009 *nunc pro tunc* January 14, 2009** |
| Period for which compensation and/or reimbursement is sought: | **May 1, 2011 through May 31, 2011** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$0.00** |
| Amount of Expenses sought as actual, reasonable, and necessary | **$590.65** |
| Total Compensation and Expense Reimbursement Requested: | $590.65 |
| Less: Amounts Paid to Date: | ($0.00) |
| Net Amount of Compensation Requested: | $590.65 |

This is a:  __X__ monthly   ____ interim   ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation ("NNCC") (9620), Nortel Allsystems Inc. (9769), Nortel Allsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CorTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions which are available at http://chapter11.epiqsystems.com/nortel).

The total time expended for fee application preparation was approximately 2.5 hours.

Summary of Monthly Fee and Expense Invoices:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 06/25/09 | 01/14/09-04/30/09 | $895,161.29 | $75,312.95 | $895,161.29 | $75,312.95 |
| 08/20/09 | 05/01/09-05/31/09 | 250,000.00 | 60,669.79 | 250,000.00 | 60,669.79 |
| 09/10/09 | 06/01/09-06/30/09 | 250,000.00 | 31,046.62 | 250,000.00 | 31,046.62 |
| 09/10/09 | 07/01/09-07/31/09 | 250,000.00 | 36,161.19 | 250,000.00 | 36,161.19 |
| 10/16/09 | 08/01/09-08/31/09 | 250,000.00 | 27,706.80 | 250,000.00 | 27,706.80 |
| 11/24/09 | 09/01/09-09/30/09 | 250,000.00 | 48,753.05 | 250,000.00 | 48,753.05 |
| 11/24/09 | 10/01/09-10/31/09 | 250,000.00 | 29,864.77 | 250,000.00 | 29,864.77 |
| 02/24/10 | 11/01/09-11/30/09 | 5,791,000.00 | 27,490.70 | 5,791,000.00 | 27,490.70 |
| 02/24/10 | 12/01/09-12/31/09 | 5,177,000.00 | 28,366.03 | 5,177,000.00 | 28,366.03 |
| 02/25/10 | 01/01/10-01/31/10 | 250,000.00 | 32,342.00 | 250,0000.00 | 32,3420.00 |
| 06/04/10 | 02/01/10-02/28/10 | 250,000.00 | 3,754.76 | 250,000.00 | 3,754.76 |
| 06/04/10 | 03/01/10-03/31/10 | 3,657,000.00 | 6,875.81 | 3,657,000.00 | 6,875.81 |
| 06/04/10 | 04/01/10-04/30/10 | 250,000.00 | 24,502.41 | 250,000.00 | 24,502.41 |
| 09/10/10 | 05/01/10-05/31/10 | 1,562,000.00 | 6,947.83 | 1,562,000.00 | 6,947.83 |
| 09/10/10 | 06/01/10-06/30/10 | 250,000.00 | 9,950.24 | 250,000.00 | 9,950.24 |
| 09/10/10 | 07/01/10-07/31/10 | 250,000.00 | 19,020.70 | 250,000.00 | 19,020.70 |
| 11/09/10 | 08/01/10-08/31/10 | 250,000.00 | 10,459.89 | 250,000.00 | 10,459.89 |
| 11/09/10 | 09/01/10-09/30/10 | 250,000.00 | 3,170.40 | 250,000.00 | 3,170.40 |
| 11/24/10 | 10/01/10-10/31/10 | 250,000.00 | 4,988.32 | 250,000.00 | 4,988.32 |
| 03/01/11 | 11/01/10-11/30/10 | 250,000.00 | 2,371.33 | 250,000.00 | 2,371.33 |
| 03/01/11 | 12/01/10-12/31/10 | 250,000.00 | 9,358.66 | 250,000.00 | 9,358.66 |
| 03/01/11 | 01/01/11-01/31/11 | 250,000.00 | 5,509.80 | 250,000.00 | 5,509.80 |
| 03/27/11 | 02/01/11-02/28/11 | 250,000.00 | 479.89 | 250,000.00 | 479.89 |
| 03/27/11 | 03/01/11-03/31/11 | 250,000.00 | 556.29 | 250,000.00 | 556.29 |
| 03/27/11 | 04/01/11-04/30/11 | 250,000.00 | 140.49 | 250,000.00 | 140.49 |
| Current | 05/01/11-05/31/11 | 0.00 | 590.65 | 0.00 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS Inc, et al.[1], | ) | Case No. 09-10138 (KG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: December 7, 2011 @ 4:00 p.m. |

**TWENTY-SIXTH MONTHLY APPLICATION OF LAZARD FRERES & CO. LLC, FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2011 THROUGH MAY 31, 2011**

Lazard Frères & Co. LLC, ("Lazard"), Investment Banker and Financial Advisor to Nortel Networks, Inc. ("NNI" and together with other debtor and non-debtor affiliates, "Nortel"), and certain of its subsidiaries and affiliates (collectively, the "Debtors"), hereby submits its Twenty-Sixth Monthly Fee Application (the "Application") pursuant to sections 331 of title 11 of the United States Code (the "Bankruptcy Code) and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") for an allowance of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred in connection with such services from May 1, 2011 through and including May 31, 2011 (the "Compensation Period") as set forth in its engagement letter (the "Engagement Letter") attached hereto as **Exhibit A**, as amended by a February 26, 2010 Order Approving an Amendment to the Terms of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation ("NNCC") (9620), Nortel Allsystems Inc. (9769), Nortel Allsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions which are available at http://dm.epiq11.com/nortel).

Compensation of Lazard Freres & Co. LLC. as Financial Advisor and Investment Banker for the Debtors and Debtors-in-Possession [Docket No. 2561] (the "Amendment Order") attached hereto as **Exhibit B**, and as further amended by an October 24, 2011 Order Approving a Second Amendment to the Terms of Compensation of Lazard Freres & Co. LLC. as Financial Advisor and Investment Banker to the Debtors [Docket No. 6680] (the "Second Amendment Order") attached hereto as **Exhibit C**. Pursuant to the Administrative Order of this Court dated February 4, 2009 [Docket No. 222] approving procedures for interim compensation and reimbursement of professionals, Lazard seeks the interim allowance of the reimbursement of expenses in the aggregate amount of **$590.65** incurred during the Compensation Period. In support of this Application, Lazard respectfully represents as follows:

## JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157 (b) (2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On January 14, 2009 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code. Pursuant to sections 1107 and 1108 the Bankruptcy Code, the Debtors have continued to operate their businesses and manage their properties as debtors in possession since the Petition Date.

3. This Application is submitted pursuant to the terms of the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses dated February 4, 2009 (the "Administrative Order").

4. On March 20, 2009, this Court entered that certain Order Pursuant to sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014 and Local Rule 2014- authorizing the retention and employment of Lazard Freres & Co. LLC as financial advisor and investment banker to the Debtors nunc pro tunc to the petition date (the "Retention Order"), attached hereto as **Exhibit D.** Additionally, as noted above, the Retention Order and related terms of retention and compensation were subsequently amended pursuant to the Amendment Order and Second Amendment Order both which are attached hereto as Exhibits B and C.

## COMPENSATION REQUEST

5. By this Application, Lazard seeks the interim allowance of the reimbursement of expenses incurred during the Compensation Period in the aggregate amount of $590.65. Lazard is not seeking the payment of any monthly fees for the Compensation Period because Lazard agreed to forego the payment of any monthly fees effective as of May 2011 pursuant to the terms of the Second Amendment Order. Accordingly, the total amount due for the Compensation period is $590.65 ( the "Total Compensation Amount").

6. For the convenience of the Court and all parties in interest, attached hereto as **Exhibit E** is a summary setting forth the name of the professionals who have rendered professional services during the Compensation Period and the details of hours expended by those professionals during the Compensation Period. In addition, attached hereto as **Exhibit F** is a summary of the expenses incurred during the Compensation Period.

## SUMMARY OF SERVICES

7. The Managing Directors, Director, Vice President and Analyst of Lazard who have rendered professional services during the Compensation Period in these cases are as

follows: David Descoteaux (Managing Director); Michael Murray (Managing Director); Matthew Hart (Director); Colin Keenan (Vice President); and Justin Lux (Analyst).

8. During the Compensation Period, the Debtors relied heavily on the experience and expertise of the above-named persons and Lazard's highly skilled restructuring professionals devoted significant time and effort to perform properly and expeditiously the required professional services.

9. A summary of some of the services rendered by Lazard during the Compensation Period are as follows:

a) <u>Assistance with General Bankruptcy:</u> Lazard professionals have participated in planning sessions and meetings with the Debtor and their legal counsel concerning process and strategy issues related to the bankruptcy.

b) <u>Meetings/Calls with Company Management:</u> Lazard professionals have participated in calls and meetings with company management to discuss the Chapter 11 process and the IP sale process.

c) <u>Preparation and Participation in Meetings with Creditors:</u> Lazard prepared, reviewed, advised and assisted in the preparation of various presentation materials for each of the Debtor's creditor constituents. In addition, Lazard has engaged in bi-weekly conversations with the various creditor advisors.

d) <u>IP Assets Marketing Process:</u> Lazard devoted significant time and resources marketing the Company's intellectual property assets. Lazard helped to field diligence questions from potential bidders, offered feedback on process-related issues and assisted the Company's counsel in the review of legal documents and related schedules. Lazard's efforts ultimately helped lead to a "stalking-horse" sale agreement for the sale of substantially all of the Debtors' residual patents and certain related assets with Ranger Inc., as purchaser and Google Inc. as guarantor, for a purchase price of $900 million.

## CONCLUSION

10. It is respectfully submitted that the amount requested by Lazard is fair and reasonable given (a) the complexity of the issues presented, (b) the time and labor required, (c) the skill necessary to perform the financial advisory services, (d) the preclusion of other employment, and (e) the customary fees charged to clients in bankruptcy and non-bankruptcy situations.

11. No agreement or understanding exists between Lazard and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

12. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his information, knowledge and belief that this Application complies with that Rule.

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

WHEREFORE Lazard respectfully requests the interim allowance of the reimbursement of expenses during the Compensation Period in the amount of $590.65.

| | |
|---|---|
| Total Amount of Compensation Requested: | **$590.65** |
| Less: Amounts Paid to Date: | ($0.00) |
| Net Amount of Compensation Requested: | **$590.65** |

Dated:  November 17, 2011
New York, New York

LAZARD FRÈRES & CO. LLC

_____
Colin Keenan
Vice President
Lazard Frères & Co. LLC
30 Rockefeller Plaza, 61st Floor
New York, NY 10020
(212/632-6000)
Investment Banker and Financial Advisor
to the Debtors

## VERIFICATION

COLIN KEENAN, being duly sworn, deposes and says:

1. I am a Vice President at Lazard Frères & Co. LLC ("Lazard"), which maintains offices for providing investment banking services at 30 Rockefeller Plaza, New York, New York 10020. Lazard has acted as an investment banker and financial advisor to and rendered professional services on behalf of Nortel Networks, Inc., et al. (the "Debtors").

2. This affidavit is submitted pursuant to Bankruptcy Rule 2016 in connection with Lazard's application (the "Application") for Allowance of Compensation and Reimbursement of Expenses for the time period of May 1, 2011 through and including May 31, 2011 in the amount of **$590.65.**

3. All of the services for which compensation is sought by Lazard were performed for and on behalf of the Debtors and not on behalf of any other person.

4. No agreement or understanding exists between Lazard and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

Colin Keenan
Vice President

Sworn to before this 17th day of November 2011

Notary Public, State of New York

DIANA M. LUPOLI
Notary Public, State of New York
No. 30-4931862
Qualified in Nassau County
Commission Expires June 20, 2014