# EXHIBIT E

# List of Professionals and Details of Hours Expended

Nortel Networks, Inc.
Lazard Frères & Co. LLC
May 1, 2011 - May 31, 2011

### Summary of Services Rendered by Project

| Project # | Project Description | May |
|---|---|---|
| 1 | Interface with Company Personnel | 0.0 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 15.0 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 0.0 |
| 4 | Preparation and/or Review of Court Filings | 0.0 |
| 5 | Court Testimony/Deposition and Preparation | 7.0 |
| 6 | Valuation Analysis | 0.0 |
| 7 | Capital Structure Review and Analysis | 0.0 |
| 8 | Merger & Acquisition Processes | 45.5 |
| 9 | Financing Including DIP and Exit Financing | 0.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 0.0 |
| 11 | Fee Application, Engagement | 1.5 |
| 12 | Cross Border Protocol and Foreign Operations | 0.0 |
| **TOTAL** | | **69.0** |

### Summary of Services Rendered by Professional

| Name | May |
|---|---|
| Michael Murray, Managing Director | 5.0 |
| David Descoteaux, Managing Director | 24.0 |
| Matthew Hart, Director | 4.0 |
| Colin Keenan, Vice President | 30.0 |
| Justin Lux, Analyst | 6.0 |
| **TOTAL** | **69.0** |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Michael Murray - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/05/11 | Mgmt Prep, general process updates, advisor's call | 0.5 | 8 |
| 05/09/11 | Mgmt prep, general process, calls | 0.5 | 8 |
| 05/10/11 | Mgmt prep, general process, calls | 0.5 | 8 |
| 05/16/11 | Calls, General Correspondence | 1.0 | 8 |
| 05/20/11 | Calls, General Correspondence | 1.0 | 8 |
| 05/26/11 | Mgmt Prep, general process updates, advisor's call | 1.0 | 8 |
| 05/27/11 | Mgmt Prep, general process updates, advisor's call | 0.5 | 8 |
| | **MAY HOURS** | 5.0 | |

Case 09-10138-MFW    Doc 6808-6    Filed 11/17/11    Page 4 of 7

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/02/11 | hearing | 7.0 | 5 |
| 05/03/11 | calls, general process, emails | 2.0 | 8 |
| 05/04/11 | calls, general process, emails | 1.0 | 8 |
| 05/10/11 | calls, general process, emails | 2.0 | 8 |
| 05/11/11 | calls, general process, emails | 1.0 | 8 |
| 05/13/11 | calls, general process, emails | 1.0 | 8 |
| 05/16/11 | calls, general process, emails | 1.0 | 8 |
| 05/17/11 | calls, general process, emails | 2.0 | 8 |
| 05/18/11 | calls, general process, emails | 1.0 | 8 |
| 05/24/11 | calls, general process, emails | 2.0 | 8 |
| 05/26/11 | calls, general process, emails | 1.0 | 8 |
| 05/31/11 | calls, general process, emails | 3.0 | 8 |
| | **May Hours** | 24.0 | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Matthew Hart - Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/03/11 | Weekly IP working group call(s) | 0.8 | 2 |
| 05/10/11 | Weekly IP working group call(s) | 1.0 | 2 |
| 05/17/11 | Weekly IP working group call(s) | 0.5 | 2 |
| 05/24/11 | Weekly IP working group call(s) | 1.0 | 2 |
| 05/31/11 | Weekly IP working group call(s) | 0.8 | 2 |
| | **MAY HOURS** | 4.0 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/02/11 | IP coordination and logistics | 1.5 | 8 |
| 05/03/11 | IP NLT & FA call | 1.0 | 2 |
| 05/04/11 | IP coordination and logistics | 1.5 | 8 |
| 05/05/11 | IP coordination and logistics | 3.0 | 8 |
| 05/06/11 | IP coordination and logistics | 1.0 | 8 |
| 05/09/11 | IP coordination and logistics | 1.5 | 8 |
| 05/10/11 | IP NLT & FA call | 2.8 | 2 |
| 05/11/11 | IP coordination and logistics | 1.0 | 8 |
| 05/13/11 | Internal call re: potential buyer | 1.0 | 2 |
| 05/13/11 | IP coordination and logistics | 1.3 | 8 |
| 05/16/11 | IP coordination and logistics | 2.3 | 8 |
| 05/17/11 | Internal call re: potential buyer | 0.8 | 2 |
| 05/17/11 | IP NLT & FA call | 1.0 | 2 |
| 05/18/11 | IP coordination and logistics | 1.0 | 8 |
| 05/23/11 | IP coordination and logistics | 2.3 | 8 |
| 05/24/11 | IP NLT & FA call | 1.0 | 2 |
| 05/25/11 | IP coordination and logistics | 1.0 | 8 |
| 05/26/11 | IP coordination and logistics | 2.0 | 8 |
| 05/27/11 | IP coordination and logistics | 0.5 | 8 |
| 05/30/11 | IP coordination and logistics | 1.8 | 8 |
| 05/31/11 | IP NLT & FA call | 1.0 | 2 |
| | **MAY HOURS** | **30.0** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Justin Lux - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 05/03/11 | Calls/process/emails | 1.5 | 2 |
| 05/10/11 | Call with creditor FA | 0.5 | 2 |
| 05/25/11 | Hours/Fee Application Prep | 1.5 | 11 |
| 05/26/11 | Internal call re. DOJ request | 0.5 | 2 |
| 05/31/11 | Diligence requests/dataroom addition | 2.0 | 8 |

**MAY HOURS**     6.0