# EXHIBIT F

# Details of Expenses

**Nortel Networks, Inc.**
**Monthly Fee Statement**
**Lazard Frères & Co. LLC**

May 1, 2011 - May 31, 2011

## Fee Calculation

| Item | Amount Incurred |
|---|---:|
| **TOTAL** | **$0.00** |

## Summary of Out-of-Pocket Expenses [1]

| Item | Amount Incurred |
|---|---:|
| Car Services and Taxis | $12.00 |
| Employee Meals | 120.18 |
| Meals-Meetings/Travel | 325.00 |
| Photocopying Costs | 133.47 |
| **TOTAL** | **$590.65** |

[1] *Additional expense detail will be furnished upon request.*

Nortel_May 11.xlsx                                                                                                  Expense Detail

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| **OPENING BALANCE** | 1/1/1900 | | | **0.00** |
| **Car Services and Taxis** | | | | |
| | 5/4/2011 | Keenan-TAXI4/6WedLateOffice-Home 04/06/2011 | | 12.00 |
| | | | Subtotal: | 12.00 |
| **Employee Meals** | | | | |
| | 5/27/2011 | Keenan-M 04-MAY-2011 Lime Jungle (5ot / SEAMLESSWEB PROFESSIONAL | | 26.28 |
| | 5/27/2011 | Lux-M 04-MAY-2011 Blake & Todd / SEAMLESSWEB PROFESSIONAL | | 26.25 |
| | 5/27/2011 | Keenan-M 03-MAY-2011 Pulse / SEAMLESSWEB PROFESSIONAL | | 26.02 |
| | 5/27/2011 | Lux-M 09-MAY-2011 Theatre Row Dine / SEAMLESSWEB PROFESSIONAL | | 25.85 |
| | 5/27/2011 | Keenan-M 01-MAY-2011 Ess-a-Bagel / SEAMLESSWEB PROFESSIONAL | | 15.78 |
| | | | Subtotal: | 120.18 |
| **Meals-Meetings/Travel** | | | | |
| | 5/10/2011 | Descoteaux-Nortel dinner - 5 people 03/15/2011 | | 325.00 |
| | | | Subtotal: | 325.00 |
| **Photocopying Costs** | | | | |
| | 5/6/2011 | CPYCNTR JOBS DONE IN 04/11 / NON VENDOR (AP JOURNALS) | | 133.47 |
| | | | Subtotal: | 133.47 |

**CLOSING BALANCE as of 5/31/2011     590.65**