# EXHIBIT E

# List of Professionals and Details of Hours Expended

Nortel Networks, Inc.
Lazard Frères & Co.  LLC
June 1, 2011 - June 30, 2011
Summary of Services Rendered by Project

| Project # | Project Description | Jun |
|---|---|---|
| 1 | Interface with Company Personnel | 0.0 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 25.8 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 0.0 |
| 4 | Preparation and/or Review of Court Filings | 0.0 |
| 5 | Court Testimony/Deposition and Preparation | 0.0 |
| 6 | Valuation Analysis | 0.0 |
| 7 | Capital Structure Review and Analysis | 0.0 |
| 8 | Merger & Acquisition Processes | 186.0 |
| 9 | Financing Including DIP and Exit Financing | 0.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 0.0 |
| 11 | Fee Application, Engagement | 0.0 |
| 12 | Cross Border Protocol and Foreign Operations | 0.0 |
| **TOTAL** | | **211.8** |

Summary of Services Rendered by Professional

| Name | Jun |
|---|---|
| Michael Murray, Managing Director | 25.0 |
| David Descoteaux, Managing Director | 69.0 |
| Matthew Hart, Director | 21.8 |
| Colin Keenan, Vice President | 90.5 |
| Justin Lux, Analyst | 5.5 |
| **TOTAL** | **211.8** |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Michael Murray - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/01/11 | Mgmt prep, general process, calls | 1.0 | 8 |
| 06/07/11 | Mgmt prep, general process, calls | 1.0 | 8 |
| 06/21/11 | Mgmt prep, general process, calls | 2.0 | 8 |
| 06/22/11 | Mgmt prep, general process, calls | 1.0 | 8 |
| 06/23/11 | Mgmt prep, general process, calls, auction planning | 1.0 | 8 |
| 06/24/11 | Mgmt prep, general process, calls | 1.0 | 8 |
| 06/27/11 | Travel, air and ground transport | 2.0 | 8 |
| 06/27/11 | Auction | 10.0 | 8 |
| 06/28/11 | Meetings, calls, general correspondence, air travel, transport | 5.0 | 8 |
| 06/30/11 | Mgmt prep, general process, calls | 1.0 | 8 |
| | **June HOURS** | **25.0** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/01/11 | Travel | 6.0 | 8 |
| 06/02/11 | general process, meetings, calls | 2.0 | 8 |
| 06/02/11 | Travel | 6.0 | 8 |
| 06/03/11 | calls, general process, emails | 1.0 | 8 |
| 06/06/11 | calls, general process, emails | 1.0 | 8 |
| 06/07/11 | calls, general process, emails | 1.0 | 8 |
| 06/08/11 | calls, general process, emails | 1.5 | 8 |
| 06/10/11 | calls, general process, emails | 1.0 | 8 |
| 06/12/11 | calls, general process, emails | 1.0 | 8 |
| 06/13/11 | calls, general process, emails | 2.0 | 8 |
| 06/14/11 | calls, general process, emails | 5.0 | 8 |
| 06/15/11 | calls, general process, emails | 2.5 | 8 |
| 06/21/11 | calls, general process, emails | 1.0 | 8 |
| 06/23/11 | calls, general process, emails | 2.0 | 8 |
| 06/27/11 | Auction | 9.0 | 8 |
| 06/28/11 | Auction | 9.0 | 8 |
| 06/29/11 | Auction | 9.0 | 8 |
| 06/30/11 | Auction | 9.0 | 8 |
| **June Hours** | | **69.0** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Matthew Hart - Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/03/11 | Call w/mgmt, GIP, CGSH, OR re. IP | 0.8 | 8 |
| 06/07/11 | Weekly IP working group call(s) | 0.5 | 2 |
| 06/08/11 | Call w/mgmt, GIP re. IP | 0.5 | 8 |
| 06/10/11 | Call w/mgmt, GIP, CGSH, OR re. IP tax issues | 1.0 | 8 |
| 06/13/11 | Internal call re. IP bids | 0.5 | 8 |
| 06/14/11 | Weekly IP working group call(s) | 0.5 | 2 |
| 06/20/11 | Call w/mgmt, GIP, CGSH, OR re. IP bid issues | 1.0 | 8 |
| 06/21/11 | Weekly IP working group call(s) | 0.5 | 2 |
| 06/23/11 | Call w/mgmt, GIP, CGSH, OR re. IP bids | 0.5 | 8 |
| 06/27/11 | IP auction | 16.0 | 2 |
| | **JUNE HOURS** | **21.8** | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 06/02/11 | IP coordination and logistics | 1.0 | 8 |
| 06/03/11 | Discussion re: pontential buyer proposed structure | 1.0 | 8 |
| 06/03/11 | IP coordination and logistics | 1.0 | 8 |
| 06/06/11 | Call re: qualified bidder status of various potential buyers | 1.5 | 8 |
| 06/06/11 | IP coordination and logistics | 1.5 | 8 |
| 06/07/11 | IP FA call | 0.5 | 2 |
| 06/09/11 | IP coordination and logistics | 1.0 | 8 |
| 06/13/11 | IP coordination and logistics | 1.5 | 8 |
| 06/13/11 | IP final bids review and analysis | 5.0 | 8 |
| 06/14/11 | IP final bids review and analysis | 6.0 | 8 |
| 06/14/11 | Internal discussions | 1.5 | 2 |
| 06/14/11 | IP FA calls | 2.0 | 2 |
| 06/15/11 | Internal call re: final bids | 1.0 | 2 |
| 06/15/11 | IP coordination and logistics | 2.0 | 8 |
| 06/16/11 | IP coordination and logistics | 3.0 | 8 |
| 06/17/11 | IP coordination and logistics | 1.5 | 8 |
| 06/20/11 | IP coordination and logistics | 1.0 | 8 |
| 06/21/11 | NT Fee hearing | 0.5 | 2 |
| 06/21/11 | IP coordination and logistics | 1.0 | 8 |
| 06/21/11 | IP FA call | 0.5 | 2 |
| 06/22/11 | Internal call | 1.0 | 2 |
| 06/22/11 | IP coordination and logistics | 1.0 | 8 |
| 06/23/11 | NLT Call | 0.8 | 2 |
| 06/23/11 | IP coordination and logistics | 1.3 | 8 |
| 06/24/11 | IP coordination and logistics | 7.0 | 8 |
| 06/25/11 | Review revised docs re: potential buyer | 3.5 | 8 |
| 06/26/11 | IP coordination and logistics | 6.0 | 8 |
| 06/27/11 | Auction | 9.0 | 8 |
| 06/28/11 | Auction | 9.0 | 8 |
| 06/29/11 | Auction | 9.0 | 8 |
| 06/30/11 | Auction | 9.0 | 8 |
| | **JUNE HOURS** | **90.5** | |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
Justin Lux - Analyst

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 06/13/11 | Prepare bid summary materials | 2.5 | 8 |
| 06/13/11 | Prepare bid summary materials | 1.0 | 8 |
| 06/14/11 | Call with creditor FA | 0.5 | 2 |
| 06/14/11 | General process/diligence/emails re. IP | 1.5 | 8 |
| **JUNE HOURS** | | **5.5** | |