# EXHIBIT F

# Details of Expenses

# Nortel Networks, Inc.
## Monthly Fee Statement
### Lazard Frères & Co. LLC

### June 1, 2011 - June 30, 2011

### Fee Calculation

| Item | Amount Incurred |
|---|---|
| TOTAL | $0.00 |

### Summary of Out-of-Pocket Expenses [1]

| Item | Amount Incurred |
|---|---|
| Car Services and Taxis | $380.88 |
| Courier/Shipping | 264.30 |
| Meals-Meetings/Travel | 170.55 |
| Telephone/Telex/Fax-Usage | 2.85 |
| Travel | 972.90 |
| TOTAL | $1,791.48 |

[1] *Additional expense detail will be furnished upon request.*

Nortel_Jun 11.xlsx                                                                                                                         Expense Detail

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY
## ALL EXPENSES
## NYC03833 - Nortel Networks Corp.

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **OPENING BALANCE** | 1/1/1900 | | 0.00 |
| **Car Services and Taxis** | | | |
| | 6/9/2011 | Keenan-TAXI 5/1SunOffice-Home 05/01/2011 | 13.80 |
| | 6/9/2011 | Keenan-TAXI5/2Penn-Office 05/02/2011 | 8.20 |
| | 6/9/2011 | Keenan-TAXI5/2Mon.Home-Penn 05/02/2011 | 7.40 |
| | 6/20/2011 | Descoteaux - JUNE2,2011 Apple office to SFO / CAREY INTERNATIONAL INC. | 199.22 |
| | 6/20/2011 | Descoteaux - 06/01/11 SFO to hotel / CAREY INTERNATIONAL INC. | 143.36 |
| | 6/30/2011 | Lux-CAB6/1Wed.LateOffice-home 06/01/2011 | 8.90 |
| | | Subtotal: | 380.88 |
| **Couriers / Shipping** | | | |
| | 6/14/2011 | FEDEX# 873679789115 MEMPHIS TN 04/15/2011 | 161.19 |
| | 6/14/2011 | FEDEX# 873679789126 MEMPHIS TN 04/15/2011 | 101.70 |
| | 6/20/2011 | U 31-MAY-2011 / UNITED PARCEL SERVICE INC. | 1.41 |
| | | Subtotal: | 264.30 |
| **Meals-Meetings/Travel** | | | |
| | 6/9/2011 | Keenan-AMTRAK 5/2LunchOnTrain 05/02/2011 | 14.25 |
| | 6/9/2011 | Keenan-STARBUCKS5/2Breakfast@Penn 05/02/2011 | 12.90 |
| | 6/14/2011 | Descoteaux-breakfast in room 05/02/2011 | 25.00 |
| | 6/14/2011 | Descoteaux-dinner in room 05/01/2011 | 62.40 |
| | 6/14/2011 | Descoteaux-lunch with client 2 people 05/02/2011 | 56.00 |
| | | Subtotal: | 170.55 |
| **Telephone/Telex/Fax-Usage/Re** | | | |
| | 6/14/2011 | INV 1000806189 14/2/11 GENESYS Trans: GBP 1.79 / Genesys Conferencing Ltd | 2.85 |
| | | Subtotal: | 2.85 |
| **Travel** | | | |
| | 6/9/2011 | Keenan-AMTRAK5/2Penn/Wilm,DE#2571 05/02/2011 | 157.00 |
| | 6/9/2011 | Keenan-AMTRAK 5/2Wilm,DE-Penn#2969 05/02/2011 | 110.00 |
| | 6/14/2011 | Descoteaux-hotel 1 night wilmington 05/03/2011 | 449.90 |
| | 6/14/2011 | Descoteaux-EWR-wilm-penn amtrak 05/01/2011 | 204.00 |
| | 6/14/2011 | Descoteaux-AMERICAN EXPRESS RAIL TICKET F 04/29/2011 | 36.00 |
| | 6/14/2011 | Descoteaux-train chnge fare difference 05/01/2011 | 16.00 |
| | | Subtotal: | 972.90 |
| | | **CLOSING BALANCE as of 6/30/2011** | **1,791.48** |