# EXHIBIT E

## List of Professionals and Details of Hours Expended

Nortel Networks, Inc.
Lazard Frères & Co. LLC
July 1, 2011 - July 31, 2011

## Summary of Services Rendered by Project

| Project # | Project Description | Jul |
|---|---|---|
| 1 | Interface with Company Personnel | 0.0 |
| 2 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 0.0 |
| 3 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 0.0 |
| 4 | Preparation and/or Review of Court Filings | 1.0 |
| 5 | Court Testimony/Deposition and Preparation | 10.5 |
| 6 | Valuation Analysis | 0.0 |
| 7 | Capital Structure Review and Analysis | 0.0 |
| 8 | Merger & Acquisition Processes | 21.0 |
| 9 | Financing Including DIP and Exit Financing | 0.0 |
| 10 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 0.0 |
| 11 | Fee Application, Engagement | 0.0 |
| 12 | Cross Border Protocol and Foreign Operations | 0.0 |
| **TOTAL** | | **32.5** |

## Summary of Services Rendered by Professional

| Name | Jul |
|---|---|
| David Descoteaux, Managing Director | 17.0 |
| Colin Keenan, Vice President | 15.5 |
| **TOTAL** | **32.5** |

**Nortel Networks, Inc.**
Time Detail
Lazard Frères & Co. LLC
David Descoteaux - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 07/05/11 | calls, general process, emails | 1.0 | 8 |
| 07/07/11 | calls, general process, emails | 2.0 | 8 |
| 07/08/11 | Hearing Prep | 1.0 | 4 |
| 07/11/11 | Hearing | 7.0 | 5 |
| 07/11/11 | Travel to and from hearing | 3.0 | 5 |
| 07/18/11 | Call re: IP Closing | 2.0 | 8 |
| 07/25/11 | Call re: IP Closing | 1.0 | 8 |
| | **July Hours** | 17.0 | |

Nortel Networks, Inc.
Time Detail
Lazard Frères & Co. LLC
Colin Keenan - Vice President

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 07/01/11 | IP coordination and logistics | 1.0 | 8 |
| 07/06/11 | IP coordination and logistics | 2.0 | 8 |
| 07/07/11 | IP coordination and logistics | 1.5 | 8 |
| 07/08/11 | Review IP Closing checklist | 1.0 | 8 |
| 07/08/11 | Testimony prep | 0.5 | 5 |
| 07/11/11 | Review IP Closing checklist | 1.0 | 8 |
| 07/15/11 | Review IP Closing checklist | 0.5 | 8 |
| 07/18/11 | Call re: IP Closing | 2.0 | 8 |
| 07/19/11 | IP coordination and logistics | 1.0 | 8 |
| 07/25/11 | Call re: IP Closing | 1.0 | 8 |
| 07/26/11 | Review IP Closing docs | 2.0 | 8 |
| 07/27/11 | IP coordination and logistics | 1.0 | 8 |
| 07/28/11 | Call re: IP Closing | 0.5 | 8 |
| 07/29/11 | IP Closing | 0.5 | 8 |
| | **JULY HOURS** | **15.5** | |