# EXHIBIT F

# Fee Calculation & Details of Expenses

Nortel Networks, Inc.
Monthly Fee Statement
Lazard Frères & Co. LLC

July 1, 2011 - July 31, 2011

### Fee Calculation

| Item | Amount Incurred |
| --- | --- |
| Sale Transaction Fee (MSS) | $612,703.94 [1] |
| Sale Transaction Fee (IP) | 17,375,000.00 [2] |
| Less: Applicable Credits | (1,875,000.00) [3] |
| **TOTAL** | **$16,112,703.94** |

### Summary of Out-of-Pocket Expenses [4]

| Item | Amount Incurred |
| --- | --- |
| Car Services and Taxis | $128.48 |
| Employee Meals | 63.09 |
| Meals-Meetings/Travel | 46.43 |
| Travel | 1,998.92 |
| **TOTAL** | **$2,236.92** |

---

[1] On August 27, 2010, Nortel obtained orders from the Court approving the sale of Nortel's Multi Service Switch (MSS) businesses.

[2] On May 2, 2011, Nortel obtained orders from the Court approving the sale of Nortel's Intellectual Properety Assets (IP).

[3] In accordance with paragraph 8 of the Amendment Order, one half of each Monthly Fee that becomes payable on or after July 1, 2009, but before January 1, 2011, and all (100%) of each Monthly Fee that becomes payable on or after January 1, 2011, and is paid thereafter, shall be credited against any Restructuring/Breakup Fee, Sale Transaction Fee, Minority Sale Transaction Fee or IP Transaction Fee that becomes due and payable under the Engagement Letter. Thus, $875,000.00, representing one half of the Monthly Fees for the period covering June 1, 2010 to December 31, 2010, and $1,000,000.00, representing all of the Monthly Fees for the period covering January 1, 2011 to April 30, 2011 (pursuant to the Second Amendment Order and as described in the relevant motion, Lazard has agreed to forego the payment of any monthly fees payable on and after May 2011), for a total amount of $1,875,000.00

[4] Additional expense detail will be furnished upon request.

Nortel_Jul 11.XLS                                                                                                   Expense Detail

# LAZARD

Currency: USD - US Dollar

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### NYC03833 - Nortel Networks Corp.

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | 0.00 |
| **Car Services and Taxis** | | | |
| | 7/11/2011 | Descoteaux-D 05/02/2011 15:51 Origin: 401 7 AV  PENNSYLVANIA HOTEL Dest: 301 E 62ND ST  M / DIAL CAR INC | 35.41 |
| | 7/11/2011 | Keenan-TAXI5/22Sun.Office-Home 05/22/2011 | 12.00 |
| | 7/11/2011 | Keenan-Cab5/17Tues.EarlyAMOffice-Home 05/17/2011 | 11.00 |
| | 7/11/2011 | Keenan-TAXI 5/15Sun.Office-Home 05/15/2011 | 11.00 |
| | 7/15/2011 | Descoteaux-cab palo alto-cupertino Apple 06/02/2011 | 58.09 |
| | | Subtotal: | 128.49 |
| **Employee Meals** | | | |
| | 7/11/2011 | Keenan-STARBUCKS5/22Sun.Lunch 05/22/2011 | 10.70 |
| | 7/29/2011 | Keenan-M 13-JUN-2011 Pulse / SEAMLESSWEB PROFESSIONAL | 26.15 |
| | 7/29/2011 | Lux-M 13-JUN-2011 Go Noodle (58th / SEAMLESSWEB PROFESSIONAL | 26.15 |
| | | Subtotal: | 63.00 |
| **Meals-Meetings/Travel** | | | |
| | 7/15/2011 | Descoteaux-in room breakfast 06/02/2011 | 35.00 |
| | 7/15/2011 | Descoteaux-lunch meal while traveling 06/01/2011 | 11.43 |
| | | Subtotal: | 46.43 |
| **Travel** | | | |
| | 7/15/2011 | Descoteaux-JFK-SFO coach 06/01/2011 | 781.74 |
| | 7/15/2011 | Descoteaux-sfo-jfk coach 06/02/2011 | 709.75 |
| | 7/15/2011 | Descoteaux-FOUR SEASONS HOTELS  E. PALO 1-night @$350 06/02/2011 | 399.57 |
| | 7/15/2011 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 06/02/2011 | 36.00 |
| | 7/15/2011 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 06/02/2011 | 36.00 |
| | 7/15/2011 | Descoteaux-AMERICAN EXPRESS E TICKET FEE 06/03/2011 | 36.00 |
| | | Subtotal: | 1,998.99 |
| | | **CLOSING BALANCE as of 7/31/2011** | **2,236.92** |