Form 210A (10/06)

# United States Bankruptcy Court
# District Of Delaware

**In re:**    Nortel Networks Inc.,
**Case No.**    09-10138, (Jointly Administered Under Case No. 09-10138)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(1)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
  **Fair Harbor Capital, LLC**
  As assignee of Ernest Higginbotham (aka GID 0503496)

Name of Transferor:
  **Ernest Higginbotham (aka GID 0503496)**

Name and Address where notices to transferee should be sent:

   **Fair Harbor Capital, LLC**
   **Ansonia Finance Station**
   **PO Box 237037**
   **New York, NY  10023**

Court Claim # (if known):  none
Amount of Claim:  $10,699.50
Date Claim Filed:

Name and Address of Transferor:

   Ernest Higginbotham (aka GID 0503496)
   PO Box 832861
   Richardson, TX  75083

Phone:    212 967 4035
Last Four Digits of Acct #:    n/a

Phone:
Last Four Digits of Acct. #:    n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:            n/a
Last Four Digits of Acct #:       n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:           /s/ *Fredric Glass*                    Date:    November 18, 2011
        Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
# District Of Delaware

**In re:**     **Nortel Networks Inc.,**
**Case No.**   **09-10138, (Jointly Administered Under Case No. 09-10138)**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

### Claim No.  none (if known)

was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on November 18, 2011.

Name of Transferee:
  **Fair Harbor Capital, LLC**
  **As assignee of Ernest Higginbotham (aka GID 0503496)**

Name of Alleged Transferor:
  **Ernest Higginbotham (aka GID 0503496)**

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

Name and Address of Alleged Transferor:

Ernest Higginbotham (aka GID 0503496)
PO Box 832861
Richardson, TX  75083

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objection must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                    _____
                                              Clerk of the Court

ERNEST HIGGINBOTHAM ("Assignor"), transfers and assigns unto Fair Harbor Capital, LLC with an address at 1841 Broadway Suite 1007, New York, NY 10023, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title, and interest in, to and under the claim of Assignor as set forth in the Agreement against Nortel Networks, Inc. (the "Debtor"), in the aggregate amount of $10,692.44, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 09-10138.

IN WITNESS WHEREOF, Assignor has signed below as of the 10th day of Nov, 2011.

**ERNEST HIGGINBOTHAM**

By: *Ernest Higginbotham*     ERNEST HIGGINBOTHAM
Signature                                             Print Name/Title

Fair harbor Capital, LLC

By: *[signature]*
~~Fred Glass~~
Victor Knop