# EXHIBIT A

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1st, 2011 through October 31st, 2011

| Fee Earner | Project Category | Date | Hours | Total Fees |
|---|---|---|---|---|
| **1. Preparation and Filing of 1st Monthly Fee Application** | | | | |
| Jamie Enright | • Drafting of Fee Application; Emailing Morris, Nichols, Arsht & Tunnell; | 10th August 2011 | 1.5 | €135.00 ($185.94) |
| Jamie Enright | • Further amending and drafting of Fee Application; | 17th August 2011 | 2.0 | €180.00 ($247.91) |
| Jamie Enright | • Internal meeting regarding draft Fee Application; Emailing Morris, Nichols, Arsht & Tunnell; | 24th August 2011 | 1.0 | €90.00 ($123.96) |
| Barry O'Neill | • Internal Review of draft Fee Application; | 24th August 2011 | 1.0 | €450.00 ($619.79) |
| Jamie Enright | • Making further amendments to draft Fee Application; | 25th August 2011 | 1.0 | €90.00 ($123.96) |
| Jamie Enright | • Finalising and Couriering Fee Application; | 30th August 2011 | 2.5 | €225.00 ($309.89) |
| | **Total** | | 9.0 | €1,170.00 ($1,611.44) |
| | | | | |
| **2. Administrative Tasks** | | | | |
| Jamie Enright | • Collation of Authorities for Booklet of Authorities to support Declaration of Aidan Redmond SC; | 12th September 2011 | 4.2 | €378.00 ($520.62) |
| Laura Hannon | • Assisting in collation of Authorities; | 12th September 2011 | 4.0 | €280.00 ($385.64) |
| Jamie | • Further collation of Authorities; | 13th | 2.0 | €180.00 |

2725046.2

| | | | | |
|---|---|---|---|---|
| Enright | | September 2011 | | ($495.83) |
| Laura Hannon | • Researching case law for inclusion in booklet of Authorities; | 13th September 2011 | 1.0 | €70.00 ($96.41) |
| Jamie Enright | • Finalising and sending first copy of Booklet of Authorities; | 14th September 2011 | 1.0 | €90.00 ($123.96) |
| Jamie Enright | • Reviewing list of case law required by Cleary Gottlieb Steen & Hamilton; engaging in case law search; | 16th September 2011 | 5.0 | €450.00 ($619.79) |
| Jamie Enright | • Further case law searching and preparing emails of authorities; | 19th September 2011 | 4.0 | €360.00 ($495.83) |
| Laura Hannon | • Review of tenth Omnibus Order; | 28th September 2011 | 1.0 | €70.00 ($96.41) |
| Laura Hannon | • Various emails to Morris, Nichols Arsht & Tunnell; | 30th September 2011 | 0.4 | €28.00 ($38.56) |
| | **Total** | | 22.6 | €1,906.00 ($2,625.13) |

### 3. Litigation Issues

| | | | | |
|---|---|---|---|---|
| Doug smith | • Reading and considering Declaration of John Hennessy including lengthy phone call with Cleary Gottlieb Steen & Hamilton; | 19th September 2011 | 5.3 | €2,120.00 ($2,919.88) |
| Laura Hannon | • Researching law regarding litigation issue; | 19th September 2011 | 4.5 | €315.00 ($433.85) |
| Doug Smith | • Researching, drafting and redrafting in relation to replying Declaration of Aidan Redmond SC; | 27th September 2011 | 9.0 | €3,600.00 ($4,407.36) |
| Doug Smith | • Reviewing Emails from Cleary Gottlieb Steen & Hamilton; | 29th September 2011 | 0.7 | €280.00 ($385.64) |
| Doug Smith | • Lengthy work on further drafts of Replying Declaration of Aidan Redmond SC including numerous telephone calls; finalising Replying Declaration; | 4th October 2011 | 15.0 | €6,000.00 ($7,712.88) |
| Nicola McGrath | • Assisting Doug Smith in specific queries arising from work on Replying Declaration of Aidan Redmond SC; | 4th October 2011 | 1.3 | €520.00 ($716.20) |
| | **Total** | | 35.8 | €12,835.00 |

3

| | | | | ($17,677.65) |
|---|---|---|---|---|
| | **4. Depositions** | | | |
| Doug Smith | • Reviewing of relevant documentation in preparation for Deposition; | 6th October 2011 | 9.5 | €3,800.00 ($5,233.74) |
| Doug Smith | • Travelling to London in order to prepare for Deposition which was cancelled on arrival (Travel time 7 hours); | 7th October 2011 | 3.5 | €1,400.00 ($1,928.22) |
| | **Total** | | 13.0 | €5,200.00 ($7,161.96) |
| | | | | |
| | **TOTAL** | | 80.4 | **€21,111.00** **($29,076.18)** |