# EXHIBIT B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1st 2011 through October 31st 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Expert Evidence on Irish Law (See Breakdown at Exhibit C) | Aidan Redmond S.C. | €65,000.00 ($89,524.50) |
| Photocopying | | €241.10 ($332.07) |
| Travelling Expenses | Air France | €525.98 ($724.43) |
| Courier/Delivery Service | Cyclone Couriers | €93.97 ($129.42) |
| **Grand Total Expenses** | | **€65,861.05 (€90,710.42)** |

| Date | Type | Ref. No. | Amount | Remarks |
|---|---|---|---|---|
| 5th August 2011<br><br>Group: Courier<br>Supplier: n0000562 /Ref: 34271<br>Cyclone Couriers | PFO | 0034271 | €33.55 | Couriering Retention documents to Cleary Gottlieb Steen & Hamilton |
| 31st August 2011<br><br>Group: Courier<br>Supplier: n0000562 /Ref: 304726<br>Cyclone Couriers | PFO | 0034726 | €37.74 | Couriering Original First Monthly Fee Application to Cleary Gottlieb Steen & Hamilton |
| 14th September 2011<br><br>Group: Photocopier Equitrac | EQT | 99100003 | €227.96 | Preparation of Case Law Booklets |
| 29th September | PFO | 00311802 | €22.68 | Couriering boxes of Booklets to Aidan Redmond SC |

2725046.2

| | | | | |
|---|---|---|---|---|
| 2011<br><br>Group: Courier<br>Supplier: n0000562 /Ref: 311802<br>Cyclone Couriers | | | | |
| 30th September 2011<br><br>Group: Photocopier Equitrac | PFO | 40300015 | €1.16 | Photocopying of Case Law |
| 10th October 2011<br><br>Group: Photocopier Equitrac | EQT | 53600003 | €11.98 | Photocopying of Case Law |
| 36th October 2011<br><br>Supplier: n0000400 /Ref: 11/10/11<br>National Irish Bank Limited<br>DS – Air France | PFO | DS | €525.98 | Flights to London - Deposition |
| | **Total** | | €861.05 | |