# EXHIBIT C

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

# AIDAN REDMOND SC

Mediator (PON Harvard)

| | |
|---|---|
| **Suite 136** | **The Law Library** |
| **The Capel Building** | **The Four Courts** |
| **Mary's Abbey** | **Dublin 7** |
| **Dublin 7** | **Phone: 01-8174645** |
| **Phone: 01-8719481** | |
| **DX 200316A Capel Building** | **DX No.816012 Four Courts** |

## FEE NOTE

| | |
|---|---|
| Ref: | 1112M010 |
| Date: | 19-Oct-11 |
| Agents Ref: | DS |
| Solicitors: | Eugene F. Collins |
| Client: | Trustee in Bankruptcy |
| Cause: | Nortel Networks Inc |

| Work Done | Description | Fee |
|---|---|---|
| To: | Review and Analysis of Proof of Claim | |
| | Research and Review of Irish and English Jurisprudence | |
| | Preparation for and participation in teleconsultations | |
| | Meetings with Agents | |
| | Preparation, drafting review and settlement of Declarations | |
| | Consideration of other Declarations | |
| | Time allocated to meet with CGSH | |
| | Time allocated for Deposition | |
| | 130 Hours to date at €500 per hour | €65,000.00 |

Subtotal: €65,000.00

4

5

Vat @ 21%: €13,650.00

Grand Total: €78,650.00

*THIS IS NOT A VAT INVOICE*
*VAT NO. IE 3754525U*