# EXHIBIT A

4277185.1

**Keightley & Ashner LLP**
**One Metro Center**
**700 12th Street, N.W., Suite 700**
**Washington, DC 20005**
**Federal Tax ID: 20-2443815**

Invoice submitted to:
John J. Ray, III
Principal Officer, Nortel Networks, Inc.
c/o Avidity Partners LLC
18 West 140 Butterfield Road, 15th Floor
Oakbrook Terrace, IL 60181
November 18, 2011

In Reference To:   Nortel Employee Benefits Issues (September 1 to October 31, 2011)

Invoice #  2124

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Fee/Employment Applications** | | | | |
| 9/14/2011 | Harold Ashner | Review email from Ann Cordo re fee hearing and related issues | 0.10 $700.00/hr | $70.00 |
| 9/21/2011 | Harold Ashner | Telephone conference with CourtCall re appearance at fee hearing | 0.10 $700.00/hr | $70.00 |
|  | Harold Ashner | Preparation for participation in fee application hearing (review interim/quarterly fee applications, including brief review of bill entries, and retention papers, along with CourtCall instructions) | 0.40 $700.00/hr | $280.00 |
|  | Harold Ashner | Attend fee application hearing by phone | 0.30 $700.00/hr | $210.00 |
|  | Harold Ashner | Review email from Annie Cordo re fee application order and upcoming hearing | 0.10 $700.00/hr | $70.00 |
| 9/25/2011 | Harold Ashner | Edit K&A bill | 0.50 $700.00/hr | $350.00 |
|  | Harold Ashner | Prepare third interim fee application and send to Jim Keightley for review | 0.50 $700.00/hr | $350.00 |
| 9/26/2011 | Jim Keightley | Review draft fee application package (.2) and confer with Harold Ashner re same (.1) | 0.30 $750.00/hr | $225.00 |
|  | Harold Ashner | Final review of and revisions to fee application package and email same to Annie Cordo and Louis Lipner | 0.20 $700.00/hr | $140.00 |
| 9/27/2011 | Harold Ashner | Email exchange with Louis Lipner and Annie Cordo re fee application package | 0.10 $700.00/hr | $70.00 |
|  | Harold Ashner | Email exchange with Annie Cordo re fee application package | 0.10 $700.00/hr | $70.00 |
| 9/28/2011 | Harold Ashner | Email exchange with Annie Cordo re fee application package | 0.10 $700.00/hr | $70.00 |
|  | Harold Ashner | Revise fee application package to respond to comments from Annie Cordo (.1) and send revised version to her with cover note (.1) | 0.20 $700.00/hr | $140.00 |
|  | Harold Ashner | Review Annie Cordo's suggested revisions to fee application package | 0.10 $700.00/hr | $70.00 |
| 9/29/2011 | Harold Ashner | Telehone conference with Annie Cordo re fee application package | 0.10 $700.00/hr | $70.00 |
|  | Harold Ashner | Confer with Jim Keightley re fee application package | 0.10 $700.00/hr | $70.00 |
|  | Jim Keightley | Review September 28 draft of fee application package | 0.10 $750.00/hr | $75.00 |
|  | Jim Keightley | Confer with Harold Ashner re fee application package | 0.10 $750.00/hr | $75.00 |
|  | Harold Ashner | Finalize and review fee application package and email to Annie Cordo | 0.20 $700.00/hr | $140.00 |
| | SUBTOTAL: | | [ 3.70 | $2,615.00] |
| | For professional services rendered | | 3.70 | $2,615.00 |