**CERTIFICATE OF SERVICE**

      I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc., Nortel Networks (CALA) Inc. and CoAMS, Inc.** was caused to be made on November 18, 2011, in the manner indicated upon the entities identified below and on the attached service list.

Date: November 18, 2011                 */s/ Chad A. Fights*
Wilmington, DE                              Chad A. Fights (No. 5006)

**Via First Class Mail**

Mark D. Conzelmann
Jeffrey Chadwick
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

4563418.1