# EXHIBIT A

### COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2011 through October 31, 2011

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Case Administration | 19.1 | $11,690.50 |
| Claims Administration and Objections | 9.2 | $8,970.00 |
| Fee and Employment Applications | 16.7 | $7,971.00 |
| Analysis of Canadian Law | 98.2 | $71,297.00 |
| Intercompany Analysis | 46.2 | $39,156.00 |
| Employee Matters | 26.2 | $20,951.50 |
| Canadian CCAA Proceedings/Matters | 141.0 | $111,113.00 |
| Canadian Sec. 18.6 Proceedings/Matters | 25.1 | $19,798.50 |
| Litigation | 2.0 | $1,330.00 |
| Asset Dispositions | 4.5 | $4,075.00 |
| Plan of Reorganization & Disclosure Statement | 0.6 | $510.00 |
| **TOTAL** | 388.8 | $296,862.50 |

35873-2001 12646096.2