# EXHIBIT B

### EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2011 through October 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Research | Quicklaw / Westlaw | $854.74 |
| Duplicating/Printing | 6,760 pgs @ .10 per pg | $676.00 |
| Outside Reproduction | RICOH | - |
| Courier | | $23.04 |
| Taxi & Travel | | $8.44 |
| Expert Expenses[9] | Chaffetz Lindsey LLP | $55,542.64 |
| Library Costs | | - |
| Process Server | Court Filing Fees | $76.32 |
| Word Processing | | $108.75 |
| Telephone | Long Distance | $4.93 |
| **Grand Total Expenses** | | **$57,294.86** |

---

[9] Jointly with counsel to the Canadian Debtors, an expert expense totaling $111,085.27 was incurred in a prior period, 50% of which total Torys incurred on behalf of the Debtors. Please see Schedule 1 to this Exhibit B for details.

35873-2001 12646096.2