# <u>EXHIBIT A</u>

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
                                                  :    Chapter 11
In re:                                            :
                                                  :    Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]                  :
                                                  :    Jointly Administered
                                    Debtors.      :
                                                  :    Related Docket No. ___
-------------------------------------------------------------x
```

### ORDER GRANTING FIRST QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIREES FOR THE PERIOD AUGUST 26, 2011 THROUGH OCTOBER 31, 2011

Upon consideration of the First Quarterly Fee Application Request (the "Request") of McCarter & English LLP ("McCarter & English"), Delaware and General Bankruptcy Counsel for the Official Committee of Retirees for the period from August 26, 2011 through and including October 31, 2011; and upon consideration of the monthly fee applications subject to the Request (the "Fee Applications"); the Court having reviewed the Request and the Fee Applications; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and determining that proper and adequate notice has been given and that no other or further notice is necessary; thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1.      The Request is GRANTED.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ME1 12483111v.1

2.      McCarter & English is allowed compensation and reimbursement of expenses for the period and in the amounts set forth in its Request, subject to the filing of a final fee application by McCarter & English.

3.      The Debtor is authorized and directed to disburse to McCarter & English payment in the amount of the difference between (a) 100% of the total fees and expenses set forth in the Fee Application and (b) the actual interim payments received by McCarter & English for fees and expenses under the Fee Applications, as set forth in the Request.

4.      The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5.      This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6.      This Order shall be effective immediately upon entry.


Dated: _____, 2011
        Wilmington, DE

                                        _____
                                        The Honorable Kevin Gross
                                        Chief Untied States Bankruptcy Judge

ME1 12483111v.1