**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
               :

*In re*                         :         Chapter 11
               :

Nortel Networks Inc., *et al.*,[1]   :         Case No. 09-10138 (KG)
               :

             Debtors.   :         Jointly Administered
               :

               :         Re: D.I. 6819
---------------------------------------------------------X

**NOTICE OF FILING OF EXHIBITS TO SEVENTH MONTHLY APPLICATION OF
TORYS LLP, AS SPECIAL CANADIAN COUNSEL TO DEBTORS AND DEBTORS-IN-
POSSESSION FOR ALLOWANCE OF INTERIM COMPENSATION AND
FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY
EXPENSES INCURRED FOR THE PERIOD SEPTEMBER 1, 2011
THROUGH OCTOBER 31, 2011**

        PLEASE TAKE NOTICE that on November 18, 2011, Torys LLP ("Torys"),

filed the *Seventh Monthly Application of Torys LLP, as Special Canadian Counsel to Debtors*

*and Debtors-In-Possession for Allowance of Interim Compensation and for Interim*

*Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 1, 2011*

*Through October 31, 2011* ("Fee Application") with the United States Bankruptcy Court for the

District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

        PLEASE TAKE FURTHER NOTICE that Exhibits A and B to the fee application

are attached hereto.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: November 21, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____*/s/ Ann C. Cordo*_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

Counsel for the Debtors and Debtors in Possession