# EXHIBIT A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2011 through October 31, 2011

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 19.1 | $11,690.50 |
| Claims Administration and Objections | 9.2 | $8,970.00 |
| Fee and Employment Applications | 16.7 | $7,971.00 |
| Analysis of Canadian Law | 98.2 | $71,297.00 |
| Intercompany Analysis | 46.2 | $39,156.00 |
| Employee Matters | 26.2 | $20,951.50 |
| Canadian CCAA Proceedings/Matters | 141.0 | $111,113.00 |
| Canadian Sec. 18.6 Proceedings/Matters | 25.1 | $19,798.50 |
| Litigation | 2.0 | $1,330.00 |
| Asset Dispositions | 4.5 | $4,075.00 |
| Plan of Reorganization & Disclosure Statement | 0.6 | $510.00 |
| **TOTAL** | 388.8 | $296,862.50 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 07/09/2011 | considering enquiry from Cleary regarding residual assets and related legal issues (1.3); emails with work group regarding same (0.2); | 1.5 | 1,462.50 | 10807172 |
| DeMarinis | Tony | 08/09/2011 | consideration of issues relating to sales process; | 1.4 | 1,365.00 | 10808574 |
| DeMarinis | Tony | 19/10/2011 | email from Cleary with comments on draft documents (0.2); review draft documents and asset information (0.7); | 0.9 | 877.50 | 10872886 |
| DeMarinis | Tony | 25/10/2011 | emails regarding draft ASAs; | 0.2 | 195.00 | 10877762 |
| Hoffman | Michael B. | 26/10/2011 | research & obtain Federal & State Cases(.5) | 0.5 | 175.00 | 10878108 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 08/09/2011 | emails among work group and Cleary regarding case administration; | 0.3 | 292.50 | 10806892 |
| DeMarinis | Tony | 13/09/2011 | emails with Cleary and work group regarding organizational calls; | 0.2 | 195.00 | 10821871 |
| DeMarinis | Tony | 14/09/2011 | review and correspondence regarding case matters (0.4); emails with work group on case management (0.2); | 0.6 | 585.00 | 10822294 |
| DeMarinis | Tony | 12/10/2011 | collecting and reading materials relating to inter-estate claims and submissions; | 1.4 | 1,365.00 | 10866423 |
| DeMarinis | Tony | 17/10/2011 | correspondence with U.S. counsel regarding Chapter 11 proceedings, and review information (0.7); correspondence regarding representative order in Canadian proceedings (0.2); | 0.9 | 877.50 | 10867674 |
| DeMarinis | Tony | 24/10/2011 | discussion on current initiatives, and status review of correspondence and materials in relation to same; | 1.5 | 1,462.50 | 10873972 |
| DeMarinis | Tony | 26/10/2011 | discussions and emails amongst U.S. debtor counsel regarding case matters; | 0.8 | 780.00 | 10878126 |
| DeMarinis | Tony | 25/10/2011 | correspondence regarding case representation matters (0.4); discussion with work group member on various initiatives (0.3); | 0.7 | 682.50 | 10878179 |
| Bauer | Alison D. | 21/09/2011 | conference with S. Bomhof and W. Gray; | 0.2 | 140.00 | 10827538 |
| Martin | Timothy | 19/10/2011 | Revising summaries of claims material provisions (2.3); reviewing same with W. Gray (0.2); email to S. Bomhof re: claims (0.2); | 2.7 | 1,309.50 | 10872746 |
| Martin | Timothy | 18/10/2011 | Reviewing claims materials and summarizing relevant provisions (6.0); email to S. Bomhof re: Canadian matter (.6); | 6.6 | 3,201.00 | 10872786 |
| Ralph | Dianne | 13/09/2011 | Review of court docket (.2); provide update to attorneys (.1) | 0.3 | 75.00 | 10815754 |
| Ralph | Dianne | 06/09/2011 | Review of court docket (.2); provide update to attorneys (.1) | 0.3 | 75.00 | 10816177 |
| Ralph | Dianne | 19/09/2011 | Review of court docket (.2); provide update to attorneys (.1) | 0.3 | 75.00 | 10832138 |
| Ralph | Dianne | 26/09/2011 | Review of court docket (.2); provide update to attorneys (.1) | 0.3 | 75.00 | 10834268 |
| Ralph | Dianne | 28/09/2011 | Research court docket (.1); email to W. Gray regarding Response Motion (.1) | 0.2 | 50.00 | 10849783 |
| Ralph | Dianne | 21/09/2011 | Review of court docket (.1); court calendar hearing and deadline dates (.3) | 0.4 | 100.00 | 10849866 |
| Ralph | Dianne | 12/10/2011 | Research reply motions to dismiss claims as directed by W. Gray (.5); email to W. Gray regarding same (.1); | 0.6 | 150.00 | 10864639 |
| Ralph | Dianne | 04/10/2011 | Review court docket (.1); provide update to attorneys (.1) | 0.2 | 50.00 | 10865257 |
| Ralph | Dianne | 11/10/2011 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 50.00 | 10865549 |
| Ralph | Dianne | 18/10/2011 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 50.00 | 10873043 |
| Ralph | Dianne | 26/10/2011 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 50.00 | 10885060 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 12/09/2011 | review of information and materials relating to Canadian claims and proposed resolution of same; | 2.2 | 2,145.00 | 10818120 |
| DeMarinis | Tony | 26/09/2011 | correspondence regarding Canadian claims (0.3); review of proposed order and related materials for claims treatment (1.5); | 1.8 | 1,755.00 | 10849505 |
| DeMarinis | Tony | 27/09/2011 | exchange of counsel emails regarding proposed resolution of claims, review of related materials and consideration of issues; | 1.8 | 1,755.00 | 10850560 |
| DeMarinis | Tony | 03/10/2011 | various email correspondence amongst U.S. counsel, UCC counsel and Torys regarding claims order (0.3); review materials relating to same and issues (0.7); review factum served by Canadian applicants (0.4); review orders in CCAA proceedings and cross-border matters (0.6); consider issue relating to claims (0.2); review supplemental responding motion record and search for related historic information (0.7); review information (0.5); | 3.4 | 3,315.00 | 10852541 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Frazer | Mitch | 02/09/2011 | receiving e-mail from Jana Steele re employee compensation related documentation (2.5); | 2.5 | 1,900.00 | 10801591 |
| Frazer | Mitch | 06/09/2011 | receiving e-mail from Rubenstein at Goodmans regarding reports (0.2); reviewing same (0.5); receiving e-mails from and sending e-mails to Scott Bomhof re same (0.5); | 1.2 | 912.00 | 10803984 |
| Frazer | Mitch | 11/09/2011 | reviewing documentation for compensation claims call (2.5); | 2.5 | 1,900.00 | 10812543 |
| Frazer | Mitch | 12/09/2011 | reviewing documents for compensation claims call (1.0); attending on compensation claims call (1.5); having call with Scott Bomhof re same (0.6); | 3.1 | 2,356.00 | 10813085 |
| Frazer | Mitch | 13/09/2011 | receiving e-mails from and sending e-mails to Scott Bomhof and Megan Fleming-Cruz and Mary Alcock and Clearys re claims information (0.4); receiving e-mails from and sending e-mails to Andrew Gray and Inna Rozenberg from Clearys (0.1); reviewing and commenting on same (0.4); giving instructions to Adrienne DiPaolo re same (0.3); | 1.2 | 912.00 | 10816748 |
| Frazer | Mitch | 22/09/2011 | reviewing revised actuarial valuations (0.5); | 0.5 | 380.00 | 10828954 |
| Frazer | Mitch | 28/09/2011 | claim issue (1.5); reviewing actuarial valuations and monitor report (1.0); | 2.5 | 1,900.00 | 10838011 |
| Frazer | Mitch | 30/09/2011 | receiving e-mail from Gail Rubenstein at Goodmans re claims process - draft order (0.3); reviewing same (0.3); sending e-mails to and receiving e-mails from Scott Bomhof re same (0.3); | 0.9 | 684.00 | 10845358 |
| Frazer | Mitch | 03/10/2011 | receiving e-mails from and sending e-mails to Scott Bomhof re issue (0.5); | 0.5 | 380.00 | 10846076 |
| Frazer | Mitch | 04/10/2011 | receiving e-mails from and sending e-mails to Scott Bomhof and Gail Rubenstein at Goodmans re claims (0.5); | 0.5 | 380.00 | 10849830 |
| Frazer | Mitch | 06/10/2011 | receiving e-mails from and sending e-mails to Scott Bomhof and Tony DeMarinis re summary (0.2); | 0.2 | 152.00 | 10852017 |
| Frazer | Mitch | 05/10/2011 | reviewing claims order (0.3); sending e-mails to and receiving e-mails from Scott Bomhof re same (0.1); receiving e-mail from Gail Rubenstein from Goodmans re same (0.1); | 0.5 | 380.00 | 10852101 |
| Frazer | Mitch | 07/10/2011 | participating on conference call with James Bromley from Cleary, Scott Bomhof and Janelle Bowman re Canadian law (0.5); receiving call from Scott Bomhof re same (0.3); receiving e-mail from Scott Bomhof re same (0.2); | 1.0 | 760.00 | 10854272 |
| DiPaolo | Adrienne | 13/09/2011 | reviewing agreement for Mitch Frazer re: information (.3); corresponding with Mitch Frazer re: same (.4); | 0.7 | 269.50 | 10815663 |
| Bowman | Janelle | 07/10/2011 | conference call with Jim Bromley, Scott Bomhof and Mitch Frazer (0.8); | 0.8 | 276.00 | 10854288 |
| DeMarinis | Tony | 01/09/2011 | correspondence and analysis regarding claims; | 1.6 | 1,560.00 | 10799804 |
| DeMarinis | Tony | 06/09/2011 | review materials from Monitor and related information regarding claims, and consider | 1.7 | 1,657.50 | 10807102 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 13/10/2011 | issues and process (1.5); emails with work group regarding proposed meeting and call on same (0.2); emails with U.S. counsel regarding Canadian proceedings, and review of representation order and related materials; | 0.7 | 682.50 | 10866628 |
| DeMarinis | Tony | 17/10/2011 | review draft memo on Canadian law matters, and read reference materials; | 0.8 | 780.00 | 10866906 |
| DeMarinis | Tony | 19/10/2011 | correspondence amongst Torys and Cleary regarding Canadian proceedings, and review of information and issues relating to same (1.3); review information regarding Nortel arrangements (1.5); | 2.8 | 2,730.00 | 10872904 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 13/10/2011 | Review disclosure issues (.2); Prepare affidavits regarding disclosure (.4); | 0.6 | 510.00 | 10863072 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 15/09/2011 | Review mediation issues with S. Bomhof (.3); Review background materials on recent case law developments on claims issue (2.0); | 2.3 | 1,955.00 | 10821069 |
| Gray | William | 19/09/2011 | Work on mediation brief; | 0.8 | 680.00 | 10827260 |
| Gray | William | 19/09/2011 | Review and update docket (.9); Review claims and objections process (.8); | 1.7 | 1,445.00 | 10828122 |
| Gray | William | 20/09/2011 | Review fee application order; | 0.3 | 255.00 | 10829897 |
| Gray | William | 27/10/2011 | Review monthly fee application; | 0.6 | 510.00 | 10883461 |
| Martin | Timothy | 19/09/2011 | Email to internal Torys team (.1); email to local counsel (.1); reviewing fee applications and docket (.5); email to W. Gray re: same (.1) | 0.8 | 388.00 | 10836080 |
| Martin | Timothy | 03/10/2011 | Reviewing time entries (0.5); email to S. Bomhoff re: same (0.1) | 0.6 | 291.00 | 10846251 |
| Martin | Timothy | 04/10/2011 | Internal conference with D. Ralph | 0.1 | 48.50 | 10849120 |
| Martin | Timothy | 10/10/2011 | Email to S. Bomhof re: Nortel review | 0.1 | 48.50 | 10855244 |
| Ralph | Dianne | 09/09/2011 | Draft August fee application | 0.8 | 200.00 | 10822856 |
| Ralph | Dianne | 14/09/2011 | Draft August fee application (.7); review of August 2011 time (.9) | 1.6 | 400.00 | 10825093 |
| Ralph | Dianne | 27/09/2011 | Review and revise August time | 1.3 | 325.00 | 10849274 |
| Ralph | Dianne | 30/09/2011 | Review and revise August time entries (.4) ; update and finalize Torys 6th monthly fee application (.5) | 0.9 | 225.00 | 10849420 |
| Ralph | Dianne | 28/09/2011 | Review and revise August fee application (1.2); submit application to T. Martin for review (.2); | 1.4 | 350.00 | 10849470 |
| Ralph | Dianne | 29/09/2011 | Review of revised August time entries (.7); update August fee application (.4); conference with T. Martin regarding same (.2) | 1.3 | 325.00 | 10849559 |
| Ralph | Dianne | 21/09/2011 | Review of August expenses | 0.4 | 100.00 | 10849845 |
| Ralph | Dianne | 11/10/2011 | Revisions to August time entries | 0.2 | 50.00 | 10865203 |
| Ralph | Dianne | 04/10/2011 | Review and revise Torys' August fee application (.5); email to T. Martin regarding same (.1) | 0.6 | 150.00 | 10865523 |
| Ralph | Dianne | 27/10/2011 | Review and revision of sixth (August) monthly time entries (.8); email to T. Martin regarding same (.1) | 0.9 | 225.00 | 10887601 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 12/09/2011 | e-mail communication with US counsel for US Debtors; reviewing documents regarding litigation issue; | 0.4 | 266.00 | 10814164 |
| Gray | Andrew | 26/10/2011 | reviewing court materials and correspondence; | 1.6 | 1,064.00 | 10877652 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 12/09/2011 | discuss report and claims process with M Frazer (0.5); attend teleconference with Mercer, Goodmans, Norton Rose, E&Y and Cleary to discuss claims matters (1.5); | 2.0 | 1,570.00 | 10812958 |
| Bomhof | Scott A. | 09/09/2011 | review claims process materials and prepare for Sept. 12 conference call; | 0.5 | 392.50 | 10813036 |
| Bomhof | Scott A. | 28/09/2011 | research regarding Canadian legal issues; | 2.0 | 1,570.00 | 10837326 |
| Bomhof | Scott A. | 07/10/2011 | telephone call with J. Bramley of Cleary and M. Fraser regarding Canadian legal issues (2.0); | 2.0 | 1,570.00 | 10855234 |
| Bomhof | Scott A. | 11/10/2011 | telephone call with M. Frazer and J. Bromley regarding Canadian legal issues and preparing summary of CCAA orders on claims and research on Canadian legal issues (3.5); | 3.5 | 2,747.50 | 10855807 |
| Bomhof | Scott A. | 12/10/2011 | reviewing research on Canadian legal issues; | 2.1 | 1,648.50 | 10859477 |
| Bomhof | Scott A. | 13/10/2011 | research regarding Canadian legal issues; | 1.5 | 1,177.50 | 10862473 |
| Bomhof | Scott A. | 14/10/2011 | reviewing draft memo on Canadian legal issues and providing comments on same; | 1.1 | 863.50 | 10866983 |
| Bomhof | Scott A. | 17/10/2011 | research regarding Canadian legal issues; | 1.5 | 1,177.50 | 10867236 |
| Bomhof | Scott A. | 18/10/2011 | exchange messages with Cleary and reviewing issues related to motion (1.5); reviewing and revising memo to J. Bromley regarding Canadian legal issues (.5); | 2.0 | 1,570.00 | 10868286 |
| Bomhof | Scott A. | 19/10/2011 | research on Canadian legal issues; | 3.5 | 2,747.50 | 10872338 |
| Bomhof | Scott A. | 20/10/2011 | research on Canadian legal issues (2.0); research regarding limitations periods (2.0); | 4.0 | 3,140.00 | 10872542 |
| Bomhof | Scott A. | 24/10/2011 | meeting with K. Wall and research on Canadian legal issues (3.0); research on issues (2.0); | 5.0 | 3,925.00 | 10876201 |
| Bomhof | Scott A. | 25/10/2011 | meeting with D. Outerbridge regarding research on Canadian legal issues and research of issues; | 2.5 | 1,962.50 | 10876687 |
| Bomhof | Scott A. | 27/10/2011 | research regarding Canadian legal issues; | 2.5 | 1,962.50 | 10878519 |
| Bomhof | Scott A. | 26/10/2011 | research regarding Canadian legal issues (2.5); research related to pending mediation (1.5); | 4.0 | 3,140.00 | 10878687 |
| Bomhof | Scott A. | 28/10/2011 | research regarding Canadian legal issues; | 1.5 | 1,177.50 | 10884124 |
| Outerbridge | David J. | 25/10/2011 | discussion with Scott Bomhof re research and claims (0.3); reviewing Nortel motion materials re same (0.3); discussion with Kevin Wall re conducting research (0.3); arranging follow up meeting re same (0.1); | 1.0 | 710.00 | 10875545 |
| Outerbridge | David J. | 26/10/2011 | reviewing motion materials; | 0.2 | 142.00 | 10878330 |
| Outerbridge | David J. | 27/10/2011 | legal research; | 0.3 | 213.00 | 10879762 |
| Gray | Andrew | 19/10/2011 | reviewing materials regarding litigation issues; | 1.4 | 931.00 | 10869899 |
| Gray | Andrew | 20/10/2011 | meeting with Bill Estey and Scott Bomhof; conducting legal research; telephone conference; reviewing email; | 2.0 | 1,330.00 | 10872408 |
| Frazer | Mitch | 11/10/2011 | participating on conference call with Jim Bromley at Clearys and Scott Bomhof and Janelle Bowman re Canadian legal research (1.0); researching same (0.5); giving instructions to Janelle Bowman re same (0.5); | 1.5 | 1,140.00 | 10855837 |
| Frazer | Mitch | 12/10/2011 | receiving e-mail from Scott Bomhof re Canadian query (0.2); | 0.2 | 152.00 | 10860623 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Frazer | Mitch | 13/10/2011 | receiving e-mails from and sending e-mails to Janelle Bowman and Scott Bomhof re valuations (0.5); | 0.5 | 380.00 | 10862923 |
| Frazer | Mitch | 14/10/2011 | revising research memorandum (1.0); sending e-mails to and receiving e-mails from Janelle Bowman and Scott Bomhof re same (0.5); | 1.5 | 1,140.00 | 10864739 |
| Frazer | Mitch | 17/10/2011 | having discussions with Janelle Bowman re: research (0.2); reviewing and revising research memorandum (0.7); | 0.9 | 684.00 | 10866365 |
| Frazer | Mitch | 19/10/2011 | reviewing and revising memorandum (0.7); having discussion with Janelle Bowman re same (0.2); | 0.9 | 684.00 | 10869870 |
| Bowman | Janelle | 11/10/2011 | conference call with James Bromley, Scott Bomhof and Mitch Frazer re Ontario law (0.8); researching Canadian law (2.7); | 3.5 | 1,207.50 | 10858137 |
| Bowman | Janelle | 12/10/2011 | researching Canadian/Ontario law (0.5); | 0.5 | 172.50 | 10860032 |
| Bowman | Janelle | 14/10/2011 | researching Canadian/Ontario law (1.4); | 1.4 | 483.00 | 10862168 |
| Bowman | Janelle | 13/10/2011 | researching Canadian/Ontario law (5.3); | 5.3 | 1,828.50 | 10863824 |
| Bowman | Janelle | 17/10/2011 | researching Canadian/Ontario law (2.4); | 2.4 | 828.00 | 10866752 |
| Bowman | Janelle | 18/10/2011 | researching Canadian/Ontario law (1.3); | 1.3 | 448.50 | 10869340 |
| Bowman | Janelle | 19/10/2011 | researching Canadian/Ontario law (0.2); | 0.2 | 69.00 | 10869990 |
| Wall | Kevin | 20/10/2011 | meeting with Scott Bomhof and research re: motion in insolvency proceeding; | 0.7 | 206.50 | 10871715 |
| Wall | Kevin | 24/10/2011 | research regarding Canadian legal issues; | 4.0 | 1,180.00 | 10874802 |
| Wall | Kevin | 27/10/2011 | researching Canadian legal issues; | 1.3 | 383.50 | 10879554 |
| Wall | Kevin | 25/10/2011 | research; | 0.3 | 88.50 | 10888372 |
| Estey | Wilfred M. | 19/10/2011 | meeting with Scott Bomhof to discuss Canadian legal issues to be addressed (0.5); engaged in research re same (1.0); | 1.5 | 1,462.50 | 10871179 |
| Estey | Wilfred M. | 20/10/2011 | engaged in research re Canadian legal issues (1.0); office conversation with Scott Bomhof and Andrew Gray to discuss same (0.5); | 1.5 | 1,462.50 | 10873528 |
| DeMarinis | Tony | 01/09/2011 | analysis of claims issues in Canadian proceedings; | 2.3 | 2,242.50 | 10800207 |
| DeMarinis | Tony | 15/09/2011 | consideration of Canadian claims and review of information relating to same; | 1.8 | 1,755.00 | 10824078 |
| DeMarinis | Tony | 16/09/2011 | consideration of issues relating to claims and inter-estate matters; | 2.5 | 2,437.50 | 10827402 |
| DeMarinis | Tony | 20/09/2011 | review and analysis of information pertinent to estate matters; | 3.3 | 3,217.50 | 10835344 |
| DeMarinis | Tony | 29/09/2011 | discussion with Scott Bomhof regarding legal issues (0.4); review materials relating to same and consider legal issues (2.0); | 2.4 | 2,340.00 | 10840297 |
| DeMarinis | Tony | 04/10/2011 | consideration of materials relating to claims; | 1.0 | 975.00 | 10854762 |
| DeMarinis | Tony | 06/10/2011 | correspondence regarding Canadian legal issue and preliminary review of issues relating to same; | 0.7 | 682.50 | 10859793 |
| DeMarinis | Tony | 17/10/2011 | review materials circulated re cross-border claims; | 0.5 | 487.50 | 10867592 |
| DeMarinis | Tony | 19/10/2011 | review memo prepared for Cleary on Canadian matters, and relevant legal matters; | 1.0 | 975.00 | 10872706 |
| DeMarinis | Tony | 18/10/2011 | email exchanges amongst U.S. debtor counsel regarding Canadian legal issues (0.2); reference research materials on same, and | 1.4 | 1,365.00 | 10872717 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 20/10/2011 | consider Canadian statutory and judicial matters (1.2); emails among Torys and Cleary regarding Canadian litigation law, and review of issues on same; | 1.0 | 975.00 | 10873496 |
| DeMarinis | Tony | 24/10/2011 | emails with Cleary on claims (0.1); review statutory and research materials (0.4); | 0.5 | 487.50 | 10874269 |
| DeMarinis | Tony | 25/10/2011 | review of law and precedents in relation to matters put forth by Canadian creditors; | 1.4 | 1,365.00 | 10876879 |
| DeMarinis | Tony | 26/10/2011 | reading research materials relating to mediation issues among the estates; | 1.2 | 1,170.00 | 10877064 |
| DeMarinis | Tony | 28/10/2011 | review of Canadian law and memorandum on same; | 0.9 | 877.50 | 10887316 |
| Watt | Nicholas | 26/10/2011 | library research re articles (S. Bomhof); | 0.8 | 276.00 | 10877937 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 14/09/2011 | attend status call with J. Ray and Cleary (1.9); attending status call with Aikens, Cleary and FMC (1.3); reviewing materials for call (.8); meeting with T. DeMarinis to discuss allocation/mediation issues (.9); | 4.9 | 3,846.50 | 10817912 |
| Bomhof | Scott A. | 28/09/2011 | telephone call with L. Schwitzer regarding allocation issues and pending mediation; | 1.1 | 863.50 | 10838309 |
| Bomhof | Scott A. | 18/10/2011 | attending weekly Nortel/UCC status meeting by conference call and discussing CCAA issues with FMC; | 2.0 | 1,570.00 | 10868281 |
| Bomhof | Scott A. | 19/10/2011 | telephone call with Nelligan Power regarding mediation; | 0.4 | 314.00 | 10872440 |
| Bomhof | Scott A. | 20/10/2011 | telephone call with A. Jacques regarding continuing employee representative counsel involvement in mediation and discussing same with Cleary; | 0.6 | 471.00 | 10872465 |
| Bomhof | Scott A. | 24/10/2011 | discussing mediation confidentiality issues with Cleary and counsel in Canada (.5); attending weekly status call with J. Ray and Cleary (1.0); | 1.5 | 1,177.50 | 10875290 |
| Bomhof | Scott A. | 27/10/2011 | discussing confidentiality issues with A. Gray and Cleary; | 0.3 | 235.50 | 10878671 |
| Bomhof | Scott A. | 31/10/2011 | attend weekly status call with Cleary and J. Ray; | 1.5 | 1,177.50 | 10887186 |
| DeMarinis | Tony | 22/09/2011 | review of inter-estate and overlapping claims; | 2.3 | 2,242.50 | 10828957 |
| DeMarinis | Tony | 23/09/2011 | consideration of matters relating to third mediation sessions and legal issues raised by estates and stakeholders for same; | 3.5 | 3,412.50 | 10844861 |
| DeMarinis | Tony | 26/09/2011 | review public information relating to the Canadian and U.S. debtors and inter-estate considerations regarding same; | 1.5 | 1,462.50 | 10849587 |
| DeMarinis | Tony | 27/09/2011 | email correspondence regarding claim (0.3); review documents in relation to same (1.2); | 1.5 | 1,462.50 | 10850984 |
| DeMarinis | Tony | 31/10/2011 | consideration of inter-estate issues related to pending mediation; | 2.5 | 2,437.50 | 10886599 |
| DeMarinis | Tony | 14/09/2011 | discussion with S. Bomhof regarding allocation issues; | 0.9 | 877.50 | 10906365 |
| Gray | William | 16/09/2011 | Work on mediation brief issue (1.3); Work on claims issues (1.4); | 2.7 | 2,295.00 | 10828051 |
| Gray | William | 21/09/2011 | Review court hearing (.2); Review court order re: fees (.2); | 0.4 | 340.00 | 10828670 |
| Gray | William | 21/09/2011 | Review matters (.3); Telephone conference with S. Bomhof re: same (.5); | 0.8 | 680.00 | 10829968 |
| Gray | William | 20/09/2011 | Work on mediation brief issues (.8); Work on research regarding claims (.6); | 1.4 | 1,190.00 | 10830244 |
| Gray | William | 22/09/2011 | Review case law development (.6); Review briefing (.7); Conference with S. Bomhof regarding same (.4); | 1.7 | 1,445.00 | 10834286 |
| Gray | William | 23/09/2011 | Review docket (.2); Work on intercompany claims issue research (1.1); | 1.3 | 1,105.00 | 10836474 |
| Gray | William | 13/10/2011 | Review motions filed for hearings regarding claims; | 1.3 | 1,105.00 | 10863634 |
| Gray | William | 19/10/2011 | Review claims as between the US and Canadian | 1.7 | 1,445.00 | 10875134 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| | | | entities (1.0); Review memorandum regarding same (.7); | | | |
| Gray | William | 20/10/2011 | Review docket issues regarding intercompany claims (.5); Work on claim (.5); | 1.0 | 850.00 | 10876244 |
| Gray | William | 26/10/2011 | Work on claim issue; | 1.3 | 1,105.00 | 10878654 |
| Gray | William | 24/10/2011 | Work on intercompany claim issues; | 1.8 | 1,530.00 | 10878662 |
| Gray | William | 25/10/2011 | Work on issues regarding intercompany claims; | 1.3 | 1,105.00 | 10878751 |
| Gray | William | 28/10/2011 | Legal research re inter-estate issues; | 1.3 | 1,105.00 | 10883262 |
| Gray | William | 27/10/2011 | Review inter-company inter-estate issues (1.0); review Canadian article (.4); | 1.4 | 1,190.00 | 10883535 |
| Martin | Timothy | 15/09/2011 | Reviewing Judge Walrath decision re: plan confirmation and related materials | 2.3 | 1,115.50 | 10824357 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/09/2011 | follow up on claims process issues; | 0.3 | 235.50 | 10799381 |
| Bomhof | Scott A. | 02/09/2011 | Review compensation package prepared by Goodmans and discuss same with Fraser Milner; | 1.0 | 785.00 | 10804202 |
| Bomhof | Scott A. | 08/09/2011 | attend weekly NNI status call (1.0) and attend update call with UCC (1.0); | 2.0 | 1,570.00 | 10807767 |
| Bomhof | Scott A. | 14/09/2011 | telephone call with M. Fleming Delacrux and telephone call with G. Rubenstein to discuss claims process (.6); reviewing factums and briefs for September 19 motions (1.0); | 1.6 | 1,256.00 | 10818944 |
| Bomhof | Scott A. | 15/09/2011 | telephone call with M. Fleming-Delaroux of Cleary and G. Rubenstin of Goodmans on draft order (1.0) telephone call with counsel regarding discontinuance of action against NNI (.3); | 1.3 | 1,020.50 | 10820600 |
| Bomhof | Scott A. | 16/09/2011 | reviewing materials for September 19 motion and September 22 motion and discussing September 22 motion with Cleary; | 1.0 | 785.00 | 10822605 |
| Bomhof | Scott A. | 18/09/2011 | telephone call with T. Reyes of Norton Rose and exchange e-mails with Goodmans and Norton Rose regarding language for claims procedure order; | 0.6 | 471.00 | 10823308 |
| Bomhof | Scott A. | 19/09/2011 | exchange messages with Cleary and Goodmans regarding claims process; | 0.5 | 392.50 | 10824759 |
| Bomhof | Scott A. | 20/09/2011 | reviewing claims motion record and follow up on issues with Cleary and Goodmans; | 1.4 | 1,099.00 | 10826591 |
| Bomhof | Scott A. | 21/09/2011 | reviewing CCAA materials regarding claims and discussing reservation of rights language with Cleary and Norton Rose (1.7); reviewing orders regarding settlement and other matters heard at September 20 motion (.5); exchange messages with Cleary regarding allocation and mediation issues (.4); reviewing responding motion record (1.5); reviewing materials filed by Chaitons (.9); exchange calls and e-mails with Goodmans and Norton Rose regarding claims and employees (.5); | 5.5 | 4,317.50 | 10830622 |
| Bomhof | Scott A. | 23/09/2011 | reviewing motion record and discussing reply materials with Cleary (J. Kim); | 1.5 | 1,177.50 | 10831429 |
| Bomhof | Scott A. | 22/09/2011 | various telephone calls with Cleary, Norton Rose and Goodmans regarding claims process (1.3); reviewing materials filed regarding claims process (.7); reviewing prior claims orders to consider impact of proposed claims process order (1.0); | 3.0 | 2,355.00 | 10831893 |
| Bomhof | Scott A. | 26/09/2011 | attend weekly UCC status call (1.2); reviewing claims order, CCAA claims orders and telephone call with Cleary and Norton Rose to discuss claims process order (2.9); reviewing pleadings and telephone call with Norton Rose to discuss motion (1.2); | 5.3 | 4,160.50 | 10833970 |
| Bomhof | Scott A. | 28/09/2011 | various telephone calls with Fraser Milner, Goodmans and Cleary regarding tax issues (1.5); telephone call with T. Reyes regarding claims process (.3); | 1.8 | 1,413.00 | 10837960 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 27/09/2011 | reviewing court materials for claims process (1.2); telephone call with Norton Rose regarding litigation and report to Cleary (.4); reviewing materials filed regarding funding agreement (1.9); reviewing prior claims order and follow up with Norton Rose regarding language for claims order (1.2); | 4.7 | 3,689.50 | 10839121 |
| Bomhof | Scott A. | 29/09/2011 | reviewing claims orders (.9); telephone call with FMC regarding claims (.3); reviewing materials for October 6 motions (1.3); | 2.5 | 1,962.50 | 10839123 |
| Bomhof | Scott A. | 29/09/2011 | research regarding Canadian legal issues; | 1.2 | 942.00 | 10839256 |
| Bomhof | Scott A. | 30/09/2011 | reviewing briefs for claims motion (1.2); follow up on prior order carve-out language for Oct. 6 claims order and changes to claims order (1.1); telephone call with FMC regarding claims process issues (.2); | 2.5 | 1,962.50 | 10842018 |
| Bomhof | Scott A. | 03/10/2011 | various telephone calls and e-mail exchanges with Cleary, Fraser Milner, Goodmans and Norton Rose regarding revisions to claims process (2.1); reviewing factums and briefs of authorities filed for October 6 motions (1.5); | 3.6 | 2,826.00 | 10846625 |
| Bomhof | Scott A. | 04/10/2011 | telephone call with Goodmans, Norton Rose and Cleary regarding claims (.7); reviewing supplemental motion materials for claims process (2.0); various telephone calls with Cleary, Goodmans and Fraser Milner regarding claims process order (1.5); reviewing factums for October 6 claims motion (1.0); | 5.2 | 4,082.00 | 10849742 |
| Bomhof | Scott A. | 05/10/2011 | preparing for claims and methodology motions and preparing draft limited objection(5.0); various telephone calls with Fraser Milner, Cleary, Norton Rose and Goodmans to settle endorsement for October 6 motion (1.5); providing comments on blacklined order for October 6 motion (.5); | 7.0 | 5,495.00 | 10851960 |
| Bomhof | Scott A. | 06/10/2011 | preparing for and attending motion before Morawetz J. regarding claims and methodology orders (6.0); attending NNI/UCC status update call (2.0); | 8.0 | 6,280.00 | 10852598 |
| Bomhof | Scott A. | 07/10/2011 | follow up on issues related to claims process; discussing motion with L. Schwitzer (.5); | 0.5 | 392.50 | 10855363 |
| Bomhof | Scott A. | 12/10/2011 | reviewing motion record for hearing and telephone call with Cleary regarding same (2.0); reviewing materials filed for initial order (1.0); | 3.0 | 2,355.00 | 10859857 |
| Bomhof | Scott A. | 13/10/2011 | telephone call with Cleary regarding scheduling of motion and reviewing related materials (1.5); preparing outline of objection to motion (.5); | 2.0 | 1,570.00 | 10863171 |
| Bomhof | Scott A. | 17/10/2011 | appear before Mr. Justice Morawetz regarding D&O policy scheduling motion and discuss Chartis policy issues with Norton Rose (A. Merskey); | 1.0 | 785.00 | 10866850 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 14/10/2011 | telephone call with S. Dewart and A. Merskey of Norton Rose and settle re-scheduled dates for motion; | 2.0 | 1,570.00 | 10867442 |
| Bomhof | Scott A. | 20/10/2011 | reviewing motion record and follow up on October 28 scheduling motion; | 1.0 | 785.00 | 10872366 |
| Bomhof | Scott A. | 19/10/2011 | reviewing policy and discussing CCAA motion with Cleary (1.0); reviewing issues related to joint hearing (.5); | 1.5 | 1,177.50 | 10872442 |
| Bomhof | Scott A. | 24/10/2011 | reviewing draft order and discussing motion with Cleary (1.5); telephone call with Norton Rose and Goodmans and various calls with Cleary regarding issues and October 28 motion (2.5); | 4.0 | 3,140.00 | 10875722 |
| Bomhof | Scott A. | 25/10/2011 | reviewing and providing comments on revised order (.4); telephone call with Norton Rose, Goodmans and Cleary regarding scheduling issues and joint hearing issues (1.5); | 1.9 | 1,491.50 | 10876676 |
| Bomhof | Scott A. | 26/10/2011 | various telephone calls with S. Dewart, Norton Rose and Goodmans re: cross-border issues (1.0); attending motion before Morawetz J. regarding consent order and discussing mediation steps with Norton Rose and Chaitons (1.9); | 2.9 | 2,276.50 | 10878515 |
| Bomhof | Scott A. | 27/10/2011 | finalizing position on joint hearing and telephone call with S. Dewart, Cleary and Norton Rose regarding same (1.0); reviewing draft order and discussing same with Cleary (.5); | 1.5 | 1,177.50 | 10878698 |
| Bomhof | Scott A. | 28/10/2011 | preparing for and attending motion before Morawetz J. regarding D&O scheduling for joint hearing; | 2.0 | 1,570.00 | 10884082 |
| Bomhof | Scott A. | 31/10/2011 | reviewing materials for IP asset sale; | 1.0 | 785.00 | 10887705 |
| Bomhof | Scott A. | 30/09/2011 | telephone call with A. Gray regarding CCAA matters; | 0.5 | 392.50 | 10906354 |
| Gray | Andrew | 07/09/2011 | conference call with US counsel for Nortel regarding CCAA process and reviewing documents; | 1.4 | 931.00 | 10808235 |
| Gray | Andrew | 09/09/2011 | internal discussions regarding upcoming hearings and reviewing court materials; | 1.7 | 1,130.50 | 10811930 |
| Gray | Andrew | 14/09/2011 | reviewing court documents; | 0.3 | 199.50 | 10818316 |
| Gray | Andrew | 15/09/2011 | reviewing court documents and related correspondence; | 0.8 | 532.00 | 10822036 |
| Gray | Andrew | 16/09/2011 | preparing for motions in CCAA proceeding by reading court filings and Monitor's reports; | 1.8 | 1,197.00 | 10822926 |
| Gray | Andrew | 19/09/2011 | attending at motion on environmental issues; | 6.5 | 4,322.50 | 10824569 |
| Gray | Andrew | 20/09/2011 | preparing for and attending CCAA proceedings and reporting on same; | 4.0 | 2,660.00 | 10826553 |
| Gray | Andrew | 21/09/2011 | conference call with counsel (.2); reviewing court orders and decisions (.5); reviewing court materials relating to upcoming hearing (.5); e-mail correspondence with counsel (.6); | 1.8 | 1,197.00 | 10830540 |
| Gray | Andrew | 23/09/2011 | e-mail communication with counsel regarding upcoming proceedings; | 0.2 | 133.00 | 10831815 |
| Gray | Andrew | 02/09/2011 | reviewing court materials and preparing for hearing; | 2.8 | 1,862.00 | 10839164 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 30/09/2011 | conference call with Scott Bomhof regarding various CCAA litigation matters (.5); reviewing court filings (.9); | 1.4 | 931.00 | 10841072 |
| Gray | Andrew | 05/10/2011 | meeting with Scott Bomhof to discuss October 6 motion and future court proceedings; reviewing filings and related documents for October 6 motion; | 1.2 | 798.00 | 10851045 |
| Gray | Andrew | 13/10/2011 | reviewing court materials regarding upcoming motion; | 0.8 | 532.00 | 10862979 |
| Gray | Andrew | 17/10/2011 | attending at court; reviewing court materials; | 1.2 | 798.00 | 10866301 |
| Gray | Andrew | 25/10/2011 | e-mail communication with counsel regarding upcoming proceedings; reviewing materials; | 0.8 | 532.00 | 10875601 |
| Gray | Andrew | 26/10/2011 | conference call regarding CCAA court proceedings; | 0.7 | 465.50 | 10878285 |
| Gray | Andrew | 27/10/2011 | preparing for court attendance and considering legal issues; | 1.3 | 864.50 | 10885354 |
| Gray | Andrew | 28/10/2011 | attending at court; reviewing court documents; | 1.8 | 1,197.00 | 10885697 |
| Reynolds | Molly | 11/10/2011 | reviewing and swearing affidavit in support of motion for order enforcing US order; | 0.2 | 77.00 | 10858238 |
| DeMarinis | Tony | 13/09/2011 | review materials regarding residual sale process and related issues; | 2.0 | 1,950.00 | 10821202 |
| DeMarinis | Tony | 14/09/2011 | review motion record and search related information (1.5); review Monitor's Report (0.4); search information regarding property (0.4); | 2.3 | 2,242.50 | 10823045 |
| DeMarinis | Tony | 16/09/2011 | review court materials served today re upcoming hearings; | 1.3 | 1,267.50 | 10827657 |
| DeMarinis | Tony | 19/09/2011 | review motion record served by Monitor's counsel in relation to October 6 hearing on claims and consider requested order and related issues; | 2.8 | 2,730.00 | 10833556 |
| DeMarinis | Tony | 04/10/2011 | review of materials relating to hearing (1.3); emails amongst Torys and Cleary (0.2); review supplemental monitor's report (0.3); | 1.8 | 1,755.00 | 10855462 |
| DeMarinis | Tony | 05/10/2011 | correspondence and review of materials in connection with proposed claims order, including amongst counsel to Canadian applicants, UCC and U.S. debtors (0.8); review of draft orders and consideration of issues noted by U.S. counsel (0.7); reading materials served by parties for court hearing (1.0); read materials from Monitor (0.4); correspondence amongst Torys and Cleary (0.4); | 3.3 | 3,217.50 | 10857924 |
| DeMarinis | Tony | 06/10/2011 | correspondence and reporting regarding today's court hearing (1.0); review issued orders and endorsement (0.4); | 1.4 | 1,365.00 | 10860839 |
| DeMarinis | Tony | 07/10/2011 | review motion record served (0.4); search and review court documents to date relating to same (2.2); | 2.6 | 2,535.00 | 10862446 |
| DeMarinis | Tony | 14/10/2011 | correspondence regarding Monday's chambers session (0.3); review orders in the Canadian proceedings relating to cross-border issues (1.4); | 1.7 | 1,657.50 | 10866843 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 11/10/2011 | reading materials and considering inter-estate issues; | 1.0 | 975.00 | 10867291 |
| DeMarinis | Tony | 18/10/2011 | correspondence regarding CCAA extension and review of prior order in relation to same (0.3); consideration of related issues (0.4); | 0.7 | 682.50 | 10872898 |
| DeMarinis | Tony | 20/10/2011 | emails with Cleary regarding Canadian law matters and review of information relating to same; | 0.6 | 585.00 | 10872987 |
| DeMarinis | Tony | 24/10/2011 | email correspondence (0.2); emails regarding claims (0.2); search for precedents relating to claims (0.6); | 1.0 | 975.00 | 10874488 |
| DeMarinis | Tony | 25/10/2011 | review proposed consent order circulated for tomorrow (0.1); organize CCAA materials (0.4); | 0.5 | 487.50 | 10877885 |
| DeMarinis | Tony | 27/10/2011 | review issued order and endorsement; | 0.2 | 195.00 | 10879049 |
| Martin | Timothy | 15/09/2011 | Reviewing emails, Delaware order and letter on behalf of CJ Winkler re: EMEA mediation | 0.3 | 145.50 | 10823979 |
| Martin | Timothy | 28/09/2011 | Conference call with W. Gray and S. Bomhoff re: Nortel update | 0.5 | 242.50 | 10837295 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 06/10/2011 | conference with J. Stam regarding recognition of bar order and preparing draft material (.9); | 0.9 | 706.50 | 10852978 |
| Bomhof | Scott A. | 10/10/2011 | reviewing e-mail comments on 18.6 recognition application regarding bar date (1.0); | 1.0 | 785.00 | 10855178 |
| Bomhof | Scott A. | 07/10/2011 | preparing court materials for CCAA recognition of U.S. order setting bar date and review of U.S. materials in support of such order (5.5); | 5.5 | 4,317.50 | 10855307 |
| Bomhof | Scott A. | 11/10/2011 | reviewing Cleary comments on recognition motion materials for recognition of September 23 claims bar order and revising materials and arranging for supporting affidavit to be sworn (3.0); telephone call with Goodmans regarding scheduling of recognition motion (.2); preparing Commercial List request form for October 17 recognition motion (.3); | 3.5 | 2,747.50 | 10855730 |
| Bomhof | Scott A. | 12/10/2011 | discussing recognition order materials with Cleary and revising same regarding bar dates (1.9); confirming hearing date of October 17, 2011, and serving materials (2.0); | 3.9 | 3,061.50 | 10860177 |
| Bomhof | Scott A. | 13/10/2011 | various telephone calls and e-mail exchanges with Norton Rose and Cleary regarding recognition order for U.S. bar date and revising materials (2.5); circulating revised draft materials for comment (.5); | 3.0 | 2,355.00 | 10863236 |
| Bomhof | Scott A. | 14/10/2011 | serve revised materials for October 17 recognition motion and prepare submissions for October 17 hearing; | 3.0 | 2,355.00 | 10866868 |
| Bomhof | Scott A. | 17/10/2011 | prepare for and attend before Mr. Justice Morawetz regarding recognition of U.S. claims bar and claims (2.0); arrange for recognition order to be issued and entered at Court Office and serve entered order on service list (.6); | 2.6 | 2,041.00 | 10867034 |
| Bomhof | Scott A. | 15/10/2011 | preparing submissions for October 17 motion for recognition of U.S. claims bar order; | 1.2 | 942.00 | 10867445 |
| DeMarinis | Tony | 11/10/2011 | review draft materials relating to recognition of September 23 Chapter 11 order, and Torys/Cleary email correspondence on same; | 0.3 | 292.50 | 10867177 |
| DeMarinis | Tony | 17/10/2011 | correspondence regarding today's recognition order, and review same; | 0.2 | 195.00 | 10867222 |