# EXHIBIT B

## EXPENSE SUMMARY

*Nortel Networks, Inc, et al.*
(Case No. 09-10138 (KG))

September 1, 2011 through October 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Research | Quicklaw / Westlaw | $854.74 |
| Duplicating/Printing | 6,760 pgs @ .10 per pg | $676.00 |
| Outside Reproduction | RICOH | - |
| Courier | | $23.04 |
| Taxi & Travel | | $8.44 |
| Expert Expenses[9] | Chaffetz Lindsey LLP | $55,542.64 |
| Library Costs | | - |
| Process Server | Court Filing Fees | $76.32 |
| Word Processing | | $108.75 |
| Telephone | Long Distance | $4.93 |
| **Grand Total Expenses** | | **$57,294.86** |

---

[9] Jointly with counsel to the Canadian Debtors, an expert expense totaling $111,085.27 was incurred in a prior period, 50% of which total Torys incurred on behalf of the Debtors. Please see Schedule 1 to this Exhibit B for details.

| Date | Amount | Description |
|------|-------:|-------------|
| 15/09/2011 | 3.12 | Telephone Call |
| | | Global Crossing, Inv # 18936292 BOMHOF, SCOTT |
| 11/10/2011 | 1.81 | Telephone Call |
| | | 17199550541 - Colorado Springs, CO - |
| | | Time: 10:18 - Dur: 37.52 |
| | **$ 4.93** | |
| | | |
| 29/09/2011 | 0.10 | Copies |
| 30/09/2011 | 0.10 | Copies |
| 12/10/2011 | 1.30 | Copies |
| 12/10/2011 | 57.70 | Copies |
| 13/10/2011 | 8.40 | Copies |
| 14/10/2011 | 4.40 | Copies |
| 17/10/2011 | 5.70 | Copies |
| 20/10/2011 | 1.10 | Copies |
| 20/10/2011 | 1.50 | Copies |
| 20/10/2011 | 2.00 | Copies |
| 26/10/2011 | 0.90 | Copies |
| | **$ 83.20** | |
| | | |
| 01/09/2011 | 2.20 | Laser Printing |
| 01/09/2011 | 0.70 | Laser Printing |
| 02/09/2011 | 5.80 | Laser Printing |
| 08/09/2011 | 1.30 | Laser Printing |
| 14/09/2011 | 13.90 | Laser Printing |
| 20/09/2011 | 70.50 | Laser Printing |
| 21/09/2011 | 7.90 | Laser Printing |
| 22/09/2011 | 43.80 | Laser Printing |
| 23/09/2011 | 15.00 | Laser Printing |
| 23/09/2011 | 5.50 | Laser Printing |
| 26/09/2011 | 6.00 | Laser Printing |
| 27/09/2011 | 19.90 | Laser Printing |
| 27/09/2011 | 0.10 | Laser Printing |
| 29/09/2011 | 25.60 | Laser Printing |
| 30/09/2011 | 11.10 | Laser Printing |
| 14/09/2011 | 0.20 | Laser Printing |
| 14/09/2011 | 0.60 | Laser Printing |
| 14/09/2011 | 0.10 | Laser Printing |
| 14/09/2011 | 0.20 | Laser Printing |
| 14/09/2011 | 0.10 | Laser Printing |
| 14/09/2011 | 0.20 | Laser Printing |
| 14/09/2011 | 0.10 | Laser Printing |
| 14/09/2011 | 0.90 | Laser Printing |
| 14/09/2011 | 13.90 | Laser Printing |
| 14/09/2011 | 0.90 | Laser Printing |
| 14/09/2011 | 0.10 | Laser Printing |
| 14/09/2011 | 13.90 | Laser Printing |
| 15/09/2011 | 0.20 | Laser Printing |
| 16/09/2011 | 0.10 | Laser Printing |
| 19/09/2011 | 0.20 | Laser Printing |
| 20/09/2011 | 0.20 | Laser Printing |
| 21/09/2011 | 0.20 | Laser Printing |
| 21/09/2011 | 0.20 | Laser Printing |
| 23/09/2011 | 0.70 | Laser Printing |
| 26/09/2011 | 0.20 | Laser Printing |
| 27/09/2011 | 0.60 | Laser Printing |
| 27/09/2011 | 0.10 | Laser Printing |
| 27/09/2011 | 0.10 | Laser Printing |

| Date | Amount | Description |
|------|-------:|-------------|
| 28/09/2011 | 0.70 | Laser Printing |
| 28/09/2011 | 0.60 | Laser Printing |
| 28/09/2011 | 0.70 | Laser Printing |
| 29/09/2011 | 0.70 | Laser Printing |
| 29/09/2011 | 0.10 | Laser Printing |
| 29/09/2011 | 0.10 | Laser Printing |
| 29/09/2011 | 1.00 | Laser Printing |
| 30/09/2011 | 0.70 | Laser Printing |
| 03/10/2011 | 4.10 | Laser Printing |
| 04/10/2011 | 26.70 | Laser Printing |
| 04/10/2011 | 0.20 | Laser Printing |
| 05/10/2011 | 0.30 | Laser Printing |
| 05/10/2011 | 26.80 | Laser Printing |
| 05/10/2011 | 15.50 | Laser Printing |
| 06/10/2011 | 15.20 | Laser Printing |
| 07/10/2011 | 8.30 | Laser Printing |
| 07/10/2011 | 0.80 | Laser Printing |
| 07/10/2011 | 1.60 | Laser Printing |
| 11/10/2011 | 18.40 | Laser Printing |
| 11/10/2011 | 7.50 | Laser Printing |
| 11/10/2011 | 3.50 | Laser Printing |
| 12/10/2011 | 54.00 | Laser Printing |
| 13/10/2011 | 0.50 | Laser Printing |
| 13/10/2011 | 1.20 | Laser Printing |
| 13/10/2011 | 24.70 | Laser Printing |
| 14/10/2011 | 1.20 | Laser Printing |
| 14/10/2011 | 9.60 | Laser Printing |
| 17/10/2011 | 3.20 | Laser Printing |
| 17/10/2011 | 1.70 | Laser Printing |
| 18/10/2011 | 0.80 | Laser Printing |
| 18/10/2011 | 0.80 | Laser Printing |
| 19/10/2011 | 4.70 | Laser Printing |
| 19/10/2011 | 26.30 | Laser Printing |
| 19/10/2011 | 0.40 | Laser Printing |
| 19/10/2011 | 10.30 | Laser Printing |
| 19/10/2011 | 1.50 | Laser Printing |
| 20/10/2011 | 0.20 | Laser Printing |
| 20/10/2011 | 2.30 | Laser Printing |
| 20/10/2011 | 0.20 | Laser Printing |
| 24/10/2011 | 9.90 | Laser Printing |
| 25/10/2011 | 0.10 | Laser Printing |
| 26/10/2011 | 18.70 | Laser Printing |
| 27/10/2011 | 0.40 | Laser Printing |
| 28/10/2011 | 1.20 | Laser Printing |
| 28/10/2011 | 5.10 | Laser Printing |
| 11/10/2011 | 0.10 | Laser Printing |
| 11/10/2011 | 0.10 | Laser Printing |
| 11/10/2011 | 0.20 | Laser Printing |
| 11/10/2011 | 0.20 | Laser Printing |
| 18/10/2011 | 0.10 | Laser Printing |
| 18/10/2011 | 0.10 | Laser Printing |
| 18/10/2011 | 0.10 | Laser Printing |
| 18/10/2011 | 0.10 | Laser Printing |
| 19/10/2011 | 0.30 | Laser Printing |
| 19/10/2011 | 0.30 | Laser Printing |
| 19/10/2011 | 0.40 | Laser Printing |
| 19/10/2011 | 0.30 | Laser Printing |
| 19/10/2011 | 0.40 | Laser Printing |

| Date | Amount | Description |
|------|-------:|-------------|
| 19/10/2011 | 0.30 | Laser Printing |
| 19/10/2011 | 0.30 | Laser Printing |
| 19/10/2011 | 0.30 | Laser Printing |
| 19/10/2011 | 0.30 | Laser Printing |
| 19/10/2011 | 0.50 | Laser Printing |
| 19/10/2011 | 0.50 | Laser Printing |
| 24/10/2011 | 1.40 | Laser Printing |
| 24/10/2011 | 0.30 | Laser Printing |
| 24/10/2011 | 1.10 | Laser Printing |
| 24/10/2011 | 1.10 | Laser Printing |
| 24/10/2011 | 0.80 | Laser Printing |
| 24/10/2011 | 0.10 | Laser Printing |
| 26/10/2011 | 0.10 | Laser Printing |
| 26/10/2011 | 0.10 | Laser Printing |
| 26/10/2011 | 0.10 | Laser Printing |
| 26/10/2011 | 1.10 | Laser Printing |
| 26/10/2011 | 0.30 | Laser Printing |
| 26/10/2011 | 1.40 | Laser Printing |
| 26/10/2011 | 0.30 | Laser Printing |
| 26/10/2011 | 1.40 | Laser Printing |
| 26/10/2011 | 1.20 | Laser Printing |
| 26/10/2011 | 0.20 | Laser Printing |
| 26/10/2011 | 0.10 | Laser Printing |
| 27/10/2011 | 1.00 | Laser Printing |
| | **$    592.80** | |
| | | |
| | **$ 55,542.64** | Expert Expenses - Chaffetz Lindsey LLP |
| | | |
| 12/10/2011 | 33.39 | Process Server Filing filing motion record and affidavit of service with the Commercial List; |
| 17/10/2011 | 42.93 | Process Server Issuing issuing and entering order with the Commercial List; |
| | **$     76.32** | |
| | | |
| 06/10/2011 | **$      8.44** | Taxi Date: 061011, Claimant: Bomhof, Scott |
| | | |
| 25/10/2011 | **$     23.04** | Courier 79 WELLINGTON ST W FLOOR: 30,TORYS LLP; ONE LIBERTY PLAZA CLEARY 4500599526 |
| | | |
| 24/10/2011 | 225.14 | On Line Research Charges - Quicklaw |
| 26/10/2011 | 38.16 | On Line Research Charges - Quicklaw |
| 24/10/2011 | 141.19 | On Line Research Charges -WestlaweCarswell Incl. |
| 26/10/2011 | 211.79 | On Line Research Charges -WestlaweCarswell Incl. |
| 26/10/2011 | 9.54 | On Line Research Charges -WestlaweCarswell Incl. |
| 26/10/2011 | 228.92 | On Line Research Charges - Westlaw Incl. |
| | **$    854.74** | |
| | | |
| 23/10/2011 | **$    108.75** | Word Processing Client Billing for w/e 10/23/2011 |
| | | |
| **Grand Total** | **$ 57,294.86** | |

# Schedule 1

# CHAFFETZ LINDSEY LLP

July 13, 2011

Michael Lang
Norton Rose OR LLP
Royal Bank Plaza, South Tower, Suite 3800,
200 Bay Street
Toronto, ON  M5J 2Z4
Canada

Invoice Number:  733
Client & Matter Number:  000567-0002

## Invoice Summary

| | | |
|---|---|---|
| Total fees incurred on this invoice | $108,652.50 | |
| Total expenses incurred on this invoice | +$2,432.77 | |
| Net current charges | | $111,085.27 |
| **BALANCE DUE** | | **$111,085.27** |

## Remittance Instructions

Please forward your check to the following address:

Chaffetz Lindsey LLP
1350 Avenue of the Americas, Suite 800
New York, New York 10019 USA
Telephone: +1 212 257 6960
Facsimile: +1 212 257 6950

As of August 1, 2011, our address will be:
505 Fifth Avenue, Suite 400
New York, New York 10017
All other information remains the same.

Should you prefer to wire the funds to us, the Bank wire instructions are:

First Republic Bank
1230 Avenue of the Americas
New York, New York 10020 USA
Account Name: Chaffetz Lindsey LLP
Account Number: 80000322736
SWIFT Code: FRBBUS6S
ABA Number: 321081669

Please include the invoice number on the check.