## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------X | : | |
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | **Hearing Date: December 14, 2011 at 10:00 am** |
| ------------------------------------------------------------X | | |

### ELEVENTH QUARTERLY FEE APPLICATION REQUEST OF
### CLEARY GOTTLIEB STEEN & HAMILTON LLP,
### AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION,
### FOR THE PERIOD AUGUST 1, 2011 THROUGH OCTOBER 31, 2011

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its Eleventh Quarterly Fee Application Request (the "Request") for the period August 1, 2011 through and including October 31, 2011 (the "Application Period").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications for August 2011 [D.I. 6521], September 2011 [D.I. 6695] and October 2011 [D.I. 6807] contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

Cleary Gottlieb seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By App. | Total Fees Requested | Total Expenses Requested in Fee App. | Certificate of No Objection Filing Date [Docket No.] | Total Expenses Requested in CNO | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees and Expenses Sought |
|---|---|---|---|---|---|---|---|---|
| 9/28/2011 [D.I. 6521] | 8/1/11 – 8/31/11 | $3,121,464.50 | $324,511.42 | 10/20/2011 [D.I. 6661] | $324,511.42 | $2,497,171.60 | $324,511.42 | $624,292.90 |
| 10/26/2011 [D.I. 6695] | 9/1/11 – 9/30/11 | 3,260,567.50 | 88,807.26 | 11/17/2011 [D.I. 6804] | 88,807.26 | 2,608,454.00 | 88,807.26 | 652,113.50 |
| 11/17/2011 [D.I. 6807] | 10/1/11 – 10/31/11 | 2,867,288.00 | 443,206.27 | Pending | 443,206.27 | 2,293,830.40 | 443,206.27 | 573,457.60 |
| TOTAL |  | $9,249,320.00 | $856,524.95 |  | $856,524.95 | $7,399,456.00 | $856,524.95 | $1,849,864.00 |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim approval of the full amount of fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order attached hereto as <u>Exhibit A</u> and grant Cleary Gottlieb such other and further relief as is just and proper.

Dated: November 21, 2011
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____
James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

# CUMULATIVE COMPENSATION SUMMARY
# BY PROFESSIONAL FOR APPLICATION PERIOD[3]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2011 through October 31, 2011

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| TEMP. PARALEGAL NEW YORK | Temp. Paralegal | $245.00 | 995.90 | $243,995.50 |
| WON RHA | Temp. Attorney | 180.00 | 503.50 | 90,630.00 |
| FADI RIF | Temp. Attorney | 180.00 | 477.50 | 85,950.00 |
| JUSTIN CAVANAGH | Temp. Attorney | 180.00 | 476.50 | 85,770.00 |
| JESSICA ROLL | Paralegal | 245.00 | 462.30 | 113,263.50 |
| DEBORAH M. BUELL | Partner – Litigation | 1,040.00 | 449.10 | 467,064.00 |
| TAMARA J. BRITT | Associate | 540.00 | 446.10 | 240,894.00 |
| ROBERT J. RYAN | Associate | 470.00 | 440.50 | 207,035.00 |
| AARON BLOCH | Temp. Attorney | 180.00 | 439.00 | 79,020.00 |
| ROBIN BAIK | Associate | 630.00 | 427.10 | 269,073.00 |
| LUKE BAREFOOT | Associate | 680.00 | 414.20 | 281,656.00 |
| JANE KIM | Associate | 680.00 | 383.90 | 261,052.00 |
| LOUIS LIPNER | Associate | 595.00 | 383.00 | 227,885.00 |
| JACQUELINE MOESSNER | Associate | 660.00 | 350.90 | 231,594.00 |
| MEGAN FLEMING-DELACRUZ | Associate | 630.00 | 350.40 | 220,752.00 |
| RUSSELL D. ECKENROD | Associate | 595.00 | 348.30 | 207,238.50 |
| KARA HAILEY | Senior Attorney – Corporate, Bankruptcy | 750.00 | 329.90 | 247,425.00 |
| JAMES L. BROMLEY | Partner – Bankruptcy, Litigation | 1,040.00 | 323.70 | 336,648.00 |
| JOAN KIM | Paralegal | 245.00 | 321.30 | 78,718.50 |
| JESSE D.H. SHERRETT | Associate | 470.00 | 312.70 | 146,969.00 |
| LISA M. SCHWEITZER | Partner – Bankruptcy, Litigation | 990.00 | 303.80 | 300,762.00 |
| INNA ROZENBERG | Senior Attorney – Litigation | 750.00 | 291.70 | 218,775.00 |
| JAMIE R. GALVIN | Associate | 470.00 | 273.30 | 128,451.00 |
| LAUREN L. PEACOCK | Associate | 670.00 | 232.90 | 156,043.00 |

---

[3]  Arranged in descending order according to Total Billed Hours.

[4]  Due to changes in billing rates to reflect certain timekeeper adjustments, more than one Hourly Billing Rate for a given professional may be shown.

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| HOWARD S. ZELBO | Partner – Litigation | 1,040.00 | 222.80 | 231,712.00 |
| MARK E. MCDONALD | Associate | 395.00 | 217.90 | 86,070.50 |
| MATTHEW J. VANEK | Associate | 630.00 | 216.10 | 136,143.00 |
| EMILY A. BUSSIGEL | Associate | 540.00 | 214.00 | 115,560.00 |
| JAMES CROFT | Associate | 630.00 | 197.40 | 124,362.00 |
| NEIL FORREST | Senior Attorney – Litigation | 805.00 | 194.90 | 156,894.50 |
| JASON RYLANDER | Associate | 340.00 | 193.90 | 65,926.00 |
| JULIET A. DRAKE | Associate | 680.00 | 188.80 | 128,384.00 |
| KERRIN T. KLEIN | Associate | 540.00 | 182.70 | 98,658.00 |
| DANIEL ILAN | Counsel – Employee Benefits | 750.00 | 149.20 | 111,900.00 |
| JOSEPH LANZKRON | Associate | 540.00 | 145.50 | 78,570.00 |
| ANNA KOGAN | Associate | 540.00 | 145.20 | 78,408.00 |
| ANTONIA CAREW-WATTS | Associate | 540.00 | 142.40 | 76,896.00 |
| MATTHEW G. GURGEL | Associate | 540.00 | 142.10 | 76,734.00 |
| MATTHEW M. KARLAN | Associate | 395.00 | 141.30 | 55,813.50 |
| ANTHONY R. CERCEO | Associate | 750.00 | 140.70 | 75,978.00 |
| BRYAN G. FAUBUS | Associate | 540.00 | 137.20 | 64,484.00 |
| JENNIFER E. PHILBRICK | Associate | 540.00 | 132.00 | 71,280.00 |
| DAVID H. HERRINGTON | Counsel – Litigation | 870.00 | 130.30 | 113,361.00 |
| JESSICA KALLSTROM-SCHRECKENGOST | Associate | 470.00 | 122.50 | 57,575.00 |
| BRENDAN H. GIBBON | Associate | 670.00 | 116.90 | 78,323.00 |
| MAGNUS JONES | Associate | 480.00 | 114.60 | 55,008.00 |
| LEAH LAPORTE MALONE | Associate | 595.00 | 111.10 | 66,104.50 |
| JOHN CORNELIUS | Associate | 540.00 | 110.20 | 59,508.00 |
| JON ZIMMERMANN | Trainee Solicitor | 345.00 | 109.30 | 37,708.50 |
| JESSICA L. UZIEL | Associate | 395.00 | 108.40 | 42,818.00 |
| LUKE STREATFEILD | Associate | 810.00 | 107.10 | 86,751.00 |
| JULIA ROZENBLIT | Associate | 470.00 | 103.90 | 48,833.00 |
| SCOTT D. MCCOY | Associate | 660.00 | 101.80 | 67,188.00 |
| CRAIG B. BROD | Partner – Corporate | 1,040.00 | 101.60 | 105,664.00 |
| CRAIG M. FISCHER | Associate | 470.00 | 100.10 | 47,047.00 |
| MARTIN N. KOSTOV | Associate | 470.00 | 98.90 | 46,483.00 |
| KAMAL SIDHU | Associate | 470.00 | 98.60 | 46,342.00 |
| RONALD COLEMAN | Associate | 395.00 | 94.80 | 37,446.00 |
| JEFFREY PENN | Associate | 630.00 | 93.30 | 58,779.00 |
| YVONNE DOMPIERRE | Temp. Attorney | 180.00 | 93.10 | 16,758.00 |
| NORA ABULARACH | Associate | 670.00 | 90.80 | 60,836.00 |
| MEGHAN M. SERCOMBE | Associate | 660.00 | 89.60 | 59,136.00 |
| AREN GOLDSMITH | Senior Attorney – Litigation | 710.00 | 87.70 | 62,267.00 |
| SU CHEUNG | Assistant Managing Clerk | 140.00 | 86.20 | 12,068.00 |
| VIVIAN GAYED | Temp. Attorney | 180.00 | 85.20 | 15,336.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| MARY E. ALCOCK | Counsel – Employee Benefits | 870.00 | 84.30 | 73,341.00 |
| KATHLEEN M. O'NEILL | Associate | 660.00 | 79.90 | 52,734.00 |
| PETER O'KEEFE | Paralegal | 295.00 | 79.30 | 23,393.50 |
| CAROL WHATLEY | Assistant Managing Clerk | 140.00 | 79.00 | 11,060.00 |
| SAMUEL L. RAYMOND | Associate | 395.00 | 77.10 | 30,454.50 |
| MARIO MENDOLARO | Associate | 660.00 | 76.70 | 50,622.00 |
| JONATHAN KELLY | Partner – Litigation | 1,040.00 | 75.60 | 78,624.00 |
| ALEXANDER WU | Associate | 470.00 | 70.70 | 33,229.00 |
| REBECCA REEB | Associate | 540.00 | 69.80 | 37,692.00 |
| JENNIFER M. PALMER | Associate | 660.00 | 67.90 | 44,814.00 |
| AUDE DUPUIS | Associate | 660.00 | 65.90 | 43,494.00 |
| VICTORIA S. BELYAVSKY | Associate | 470.00 | 65.40 | 30,738.00 |
| SHANAZ MUZTAZA | Paralegal | 275.00 | 59.50 | 16,362.50 |
| JESSICA MREJEN | Associate | 460.00 | 58.60 | 26,956.00 |
| JODI ERICKSON | Associate | 340.00 | 57.20 | 19,448.00 |
| MARCO STEECKER | Paralegal | 220.00 | 56.00 | 12,320.00 |
| KIMBERLY MOSSEL | Associate | 340.00 | 53.00 | 18,020.00 |
| BRITTANY J. SCHOEPP | Associate | 395.00 | 52.40 | 20,698.00 |
| KIESHA M. MINYARD | Associate | 595.00 | 51.90 | 30,880.50 |
| SHANNON DELAHAYE | Associate | 595.00 | 51.40 | 30,583.00 |
| WILLIAM L. MCRAE | Partner – Tax | 990.00 | 48.70 | 48,213.00 |
| CATALINA CADAVID | Paralegal | 220.00 | 45.30 | 9,966.00 |
| TIAN GAO | Associate | 470.00 | 45.10 | 21,197.00 |
| LORIN R. VAN NULAND | Associate | 470.00 | 45.10 | 21,197.00 |
| JOANNA PAK | Paralegal | 220.00 | 45.00 | 9,900.00 |
| AARON SAUNDERS | Law Clerk | 320.00 | 40.40 | 12,928.00 |
| NICHOLAS PISEGNA | Paralegal | 220.00 | 40.40 | 8,888.00 |
| JEREMY LACKS | Associate | 595.00 | 39.50 | 23,502.50 |
| LAURA BAGARELLA | Associate | 540.00 | 38.90 | 21,006.00 |
| DAVID OLIWENSTEIN | Associate | 595.00 | 38.60 | 22,967.00 |
| JOHNATHAN A. JENKINS | Associate | 595.00 | 34.60 | 20,587.00 |
| JADA HORTON | Law Clerk | 320.00 | 33.50 | 10,720.00 |
| MICHAEL KAGAN | Associate | 595.00 | 29.70 | 17,671.50 |
| ANDREW J. UNGBERG | Associate | 470.00 | 29.00 | 13,630.00 |
| PAUL D. MARQUARDT | Partner – M&A, Corporate | 1,010.00 | 27.90 | 28,179.00 |
| JASON ZHOU | Associate | 595.00 | 26.20 | 15,589.00 |
| ANAIS HIRSZOWSKI | Stagiaire | 260.00 | 26.00 | 6,760.00 |
| JUSTIN SEERY | Associate | 595.00 | 25.80 | 15,351.00 |
| ZACHARY KOLKIN | Associate | 595.00 | 25.70 | 15,291.50 |
| HANDOL KHYM | Temp. Attorney | 180.00 | 25.50 | 4,590.00 |
| TONIA CUMMINGS-GORDON | Practice Support Specialist | 225.00 | 23.90 | 5,377.50 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| HELEN A. SKINNER | Associate | 595.00 | 22.10 | 13,149.50 |
| COREY M. GOODMAN | Associate | 630.00 | 22.00 | 13,860.00 |
| ASHLEY SIEGEL | Summer Associate | 320.00 | 20.90 | 6,688.00 |
| CATHERINE CAMPOVERDE | Paralegal | 245.00 | 20.90 | 5,120.50 |
| DANIEL CLARKIN | Associate | 340.00 | 19.80 | 6,732.00 |
| ZOE ATTALI | Stagiaire | 260.00 | 17.70 | 4,602.00 |
| CATHERINE WU | Paralegal | 245.00 | 17.00 | 4,165.00 |
| MACEY LEVINGTON | Associate | 540.00 | 15.40 | 8,316.00 |
| MICHELLE BARRAS | Paralegal | 245.00 | 14.50 | 3,552.50 |
| EVAN J. LEITCH | Associate | 645.00 | 14.40 | 9,288.00 |
| JUSTIN BROWN | Assistant Managing Clerk | 140.00 | 14.30 | 2,002.00 |
| JENNIFER MONIZ | Paralegal | 245.00 | 14.00 | 3,430.00 |
| FRANCES MEJIA | Associate | 660.00 | 13.80 | 9,108.00 |
| KEITH CARPENTER | Paralegal | 245.00 | 13.50 | 3,307.50 |
| VICTORIA MARRE | Paralegal | 245.00 | 12.80 | 3,136.00 |
| VINI LASHAY | Practice Support Specialist | 265.00 | 11.20 | 2,968.00 |
| DANIELLE CARROLL | Paralegal | 220.00 | 10.50 | 2,310.00 |
| COLIN GIRGENTI | Paralegal | 310.00 | 10.50 | 3,255.00 |
| AKIMA PAUL | Associate | 715.00 | 10.10 | 7,221.50 |
| CEYDI RODRIGUEZ | Paralegal | 295.00 | 10.00 | 2,950.00 |
| BENAZIR TEELUCK | Paralegal | 295.00 | 9.50 | 2,802.50 |
| LUIS VARGAS | Paralegal | 220.00 | 9.50 | 2,090.00 |
| ELIZABETH RENDA | Assistant Managing Clerk | 140.00 | 9.20 | 1,288.00 |
| RACHEL POLAN | Paralegal | 245.00 | 8.30 | 2,033.50 |
| LIANA-MARIE LIEN | Paralegal | 245.00 | 8.10 | 1,984.50 |
| DAVID LIVSHIZ | Associate | 670.00 | 8.00 | 5,360.00 |
| GREGORY COATES | Assistant Managing Clerk | 140.00 | 8.00 | 1,120.00 |
| PATRICK LANG | Practice Support Specialist | 225.00 | 7.50 | 1,687.50 |
| KATY YANG | Summer Associate | 320.00 | 7.00 | 2,240.00 |
| VINCENT TODARELLO | Temp. Attorney | 180.00 | 6.50 | 1,170.00 |
| KATHERINE L. WILSON-MILNE | Associate | 540.00 | 6.50 | 3,510.00 |
| CHARLENE WANPOUILLE | Stagiaire | 260.00 | 6.20 | 1,612.00 |
| CARMINE D. BOCCUZZI | Partner – Litigation | 1,010.00 | 6.00 | 6,060.00 |
| KIMBERLY BROWN BLACKLOW | Partner – Real Estate | 1,010.00 | 5.90 | 5,959.00 |
| PHILLIP COFFMAN | Summer Associate | 320.00 | 5.90 | 1,888.00 |
| ALEXANDER J. TALSMA | Associate | 540.00 | 5.80 | 3,132.00 |
| PATRICK MARETTE | Associate | 680.00 | 5.60 | 3,808.00 |
| CLARE WOLFE | Paralegal | 245.00 | 5.50 | 1,347.50 |
| ALIDA LASKER | Associate | 630.00 | 5.40 | 3,402.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| MICHAEL KAGAN | Associate | 450.00 | 1.10 | 495.00 |
| JEFFREY PENN | Associate | 595.00 | 0.70 | 416.50 |
| **TOTAL HOURS:** | | | **17,705.60** | |
| **GRAND TOTAL:** | | | | **$9,249,320.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY
FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2011 through October 31, 2011

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Dispositions | 150.60 | $ 88,312.00 |
| Case Administration | 4,041.90 | 2,384,717.00 |
| Claims Administration and Objections | 7,722.30 | 3,672,056.50 |
| M&A Advice | 142.70 | 83,003.50 |
| Employee Matters | 3,088.00 | 1,508,221.50 |
| Customer Issues | 14.70 | 9,319.00 |
| Supplier Issues | 130.90 | 77,166.00 |
| Plan of Reorganization & Disclosure Statement | 323.90 | 189,898.00 |
| Tax | 208.70 | 135,862.50 |
| Intellectual Property | 541.30 | 316,599.00 |
| Regulatory | 213.70 | 124,766.00 |
| Chapter 15 | 3.50 | 1,657.50 |
| Fee and Employment Applications | 532.70 | 249,238.00 |
| Litigation | 387.00 | 288,024.50 |
| Real Estate | 203.70 | 120,479.00 |
| **TOTAL** | **17,705.60** | **$ 9,249,320.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**CUMULATIVE EXPENSE SUMMARY**
**FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2011 through October 31, 2011

| **Expense Category** | | **Total Expenses** |
|---|---|---|
| Telephone | | $ 9,276.52 |
| Travel – Transportation | | 34,589.24 |
| Travel – Lodging | | 15,315.01 |
| Travel – Meals | | 1,620.66 |
| Mailing and Shipping Charges | | 3,698.63 |
| Scanning Charges (at $0.10/page) | | 989.50 |
| Duplicating Charges (at $0.10/page) | | 33,522.45 |
| Color Duplicating Charges (at $0.65/page) | | 1,023.74 |
| Facsimile Charges (at $1.00/page) | | 638.00 |
| Legal Research | Lexis | 23,978.98 |
| | Westlaw | 42,829.91 |
| Late Work – Meals | | 12,145.06 |
| Late Work – Transportation | | 45,534.64 |
| Conference Meals | | 23,100.28 |
| Other Charges | | 67,523.95 |
| Expert Expenses | | 540,738.88 |
| **Grand Total Expenses** | | **$ 856,524.95** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]