## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------X
:
*In re*                                                   :          Chapter 11
:
Nortel Networks Inc., *et al.,* [1]                       :          Case No. 09-10138 (KG)
:
               Debtors.        :          Jointly Administered
:
--------------------------------------------------------X          **Objections Due:  December 12, 2011 at 4:00 p.m.**
**(ET)**

**FIRST MONTHLY APPLICATION OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC ("A&M"), AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES AND THE OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PARTICIPANTS OF NORTEL NETWORKS INC. ("NNI"), *et al,* AND ITS AFFILIATED DEBTORS, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD SEPTEMBER 8, 2011 THROUGH OCTOBER 31, 2011.**

| | |
|---|---|
| Name of Applicant: | ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Retired Employees and The Official Committee of Long-Term Disability Participants |
| Date of Retention: | October 24, 2011 nunc pro tunc to September 8, 2011 |
| Period for which Compensation and reimbursement is sought: | September 8, 2011 through October 31, 2011 |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Amount of compensation          $ 68,062.50
sought as actual,
reasonable and necessary:

Amount of reimbursement         $0.00[2]
sought as actual,
reasonable and necessary:

This is an  _x_  interim                      ___  final application

The total time expended for fee application preparation is approximately 7 hours and the corresponding compensation requested is approximately $2,500.[3]

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| N/A | | | |

---

[2]   Does not include all expenses incurred during the period.  The balance of any expenses will be included in a future fee application.

[3]   Allowance for compensation for such time is not requested in this application but will be sought in a subsequent fee application.

# COMPENSATION BY PROFESSIONAL

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

September 8, 2011 Through October 31, 2011

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Bettina Whyte | Managing Director / Restructuring | $825.00 | 9.8 | $8,085.00 |
| Ronald M. Winters | Managing Director / Healthcare and Restructuring | $650.00 | 45.3 | 29,445.00 |
| Laureen Ryan | Managing Director / Litigation Support | $650.00 | 2.5 | 1,625.00 |
| Douglas Greer | Director / Restructuring | $550.00 | 39.0 | 21,450.00 |
| Vincent Bodnar | Principal & Consulting Actuary / Actuarial | $475.00 | 10.9 | 5,177.50 |
| William Fugazy III | Analyst / Restructuring | $200.00 | 11.4 | 2,280.00 |
| **Total** | | | **118.9** | **$68,062.50** |
| **GRAND TOTAL:** | **$68,062.50** | | | |
| **BLENDED RATE:** | **$572.43** | | | |

# COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 8, 2011 Through October 31, 2011

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| 1. Information Requests | 13.5 | $8,235.00 |
| 2. Review – General | 10.5 | 6,102.50 |
| 3. Review – Actuarial | 0.0 | 0.00 |
| 4. Review – Financial | 4.1 | 2,252.50 |
| 5. Modeling | 1.2 | 660.00 |
| 6. Other – Financial | 0.5 | 325.00 |
| 7. Comm – Client | 5.1 | 3,105.00 |
| 8. Comm – Pro | 27.1 | 14,742.50 |
| 9. Comm – Other | 0.3 | 195.00 |
| 10. E-Mail | 10.7 | 6,350.00 |
| 11. Meetings | 11.7 | 8,390.00 |
| 12. Reports and Presentations | 12.3 | 4,425.00 |
| 13. Legal | 0.0 | 0.00 |
| 14. Research | 0.2 | 130.00 |
| 15. Engagement Management | 19.7 | 11,500.00 |
| 16. Travel Time (Billed at 50% Rates)[4] | 2.0 | 1,650.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | **118.9** | **$68,062.5** |

---

[4]    As further detailed in the time descriptions provided in Exhibit A, the total hours shown for travel time are 50% of the actual time incurred, and total fees are full rates multiplied by 50% of actual time.

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 8, 2011 Through October 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Expenses[5]** |  | **$0.00** |

---

[5]   Does not include all expenses incurred during the period. The balance of any expenses will be included in a future fee application.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

--------------------------------------------------------X
                               :

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.,* [1] | : | Case No. 09-10138 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

--------------------------------------------------------X  **Objections Due:  December 12, 2011 at 4:00 p.m. (ET)**

**FIRST MONTHLY APPLICATION OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC ("A&M"), AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES AND THE OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PARTICIPANTS OF NORTEL NETWORKS INC. ("NNI"), *et al,* AND ITS AFFILIATED DEBTORS, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD SEPTEMBER 8, 2011 THROUGH OCTOBER 31, 2011.**

Alvarez & Marsal Healthcare Industry Group, LLC ("A&M"), financial advisors to The Official Committee of Retired Employees and The Official Committee of Long-Term Disability Participants of Nortel Networks Inc. ("NNI") and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Committees"), submits this application (the "Application") for interim allowance of compensation for professional services rendered by A&M to the Committees for the period September 8 through October 31, 2011 (the "Application Period") and reimbursement of actual and necessary expenses incurred by A&M during the

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Application Period under sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "Local Rules"), the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines") and the Order Under 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (D.I. 222) (the "Interim Compensation Procedures Order")[2].  In support of this Application, A&M represents as follows:

## JURISDICTION

1.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2.    On January 14, 2009 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in the Debtors' jointly administered bankruptcy cases.

---

[2] Terms used but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Procedures Order.

3.      On January 26, 2009, the United States Trustee for the District of Delaware appointed the Official Committee of Unsecured Creditors.

4.      On June 21, 2011, this Court appointed The Official Committee of Retired Employees.   On June 22, 2011, this Court appointed The Official Committee of Long-Term Disability Participants.


## A&M's RETENTION

5.      On September 8, 2011 the Committees engaged A&M as their financial advisor in connection with these bankruptcy cases.  On October 24, 2011, this Court entered the Order Pursuant to 11 U.S.C. Sections 327(a) and 1107(b), Fed. R. Bankr. P.2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing Retention and Employment of A&M as advisor to the Committees *nunc pro ttunc* to September 8, 2011 (D.I. 220).

## FEE PROCEDURES ORDER

6.      On February 4, 2009, the Court entered the Interim Compensation Procedures Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these cases.

7.      In particular, the Interim Compensation Procedures Order provides that a Professional may file and serve a Monthly Fee Application with the Court after the first day of each calendar month.  Provided that there are no objections to such Monthly Fee Application filed within twenty (20) days after the service of a Monthly Fee Application, the Professional may file a certificate of no objection with the Court, after which the Debtors are authorized to pay such Professional 80 percent of the fees and 100 percent of the expenses requested in such Monthly Fee Application.  If a partial objection to the Monthly Fee Application is filed, then the Debtors are

authorized to pay 80 percent of the fees and 100 percent of the expenses not subject to an objection.

## RELIEF REQUESTED

8.      A&M submits this Application (a) for allowance of reasonable compensation for the actual, reasonable and necessary professional services that it has rendered as advisor to the Committees in these cases for the period from September 8 through October 31, 2009, and (b) for reimbursement of actual, reasonable and necessary expenses incurred in representing the Debtors during that same period.

9.      During the period covered by this Application, A&M incurred fees in the amount of $68,062.50.  For the same period, A&M incurred actual, reasonable and necessary expenses totaling $0.00[3].  With respect to these amounts, as of the date of this Application, A&M has received no payments.

10.      Set forth on the foregoing "Compensation by Project Category" is a summary by subject matter categories of the time expended by timekeepers billing time to these cases.

11.      During the Application Period, A&M worked on behalf of the Committees to request, analyze and explain information pertaining to medical, income replacement and other benefits currently provided to Nortel's retirees and long-term disability participants.   In this capacity, A&M worked with representatives of the Committees' respective counsel including Togut, Segal and Segal, LLP and McCarter & English, LLP for The Official Committee of Retired Employees and Elliott Greenleaf for the Official Committee of Long-Term Disability Participants.

---

[3]    Does not include all expenses incurred during the period.  The balance of any expenses will be included in a future fee application.

In addition, A&M interacted with representatives of the Debtors, including their counsel Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), and Mercer on numerous occasions.

12.     Exhibit A attached hereto contains logs, sorted by case project category, which show the time recorded by professionals and other support staff and descriptions of the services provided.

13.     Exhibit B attached hereto contains a breakdown of disbursements incurred by A&M during the Application Period.

14.     In accordance with Local Rule 2016-2, A&M has reduced its request for compensation for non-working travel, if any, to 50% of its normal rate.

15.     A&M has endeavored to represent the Committees in the most expeditious and economical manner possible.  Tasks have been assigned to professionals so that work has been performed by those most familiar with the particular matter or task and by the lowest hourly rate professional appropriate for a particular matter.  Moreover, A&M has endeavored to coordinate with Togut, Segal & Segal, LLP, McCarter & English, LLP, Elliott Greenleaf, and the other professionals involved in these cases so as to minimize any duplication of effort and to minimize fees and expenses to the Debtors.  We believe we have been successful in this regard.

16.     In this Court's order dated October 24, 2011, authorizing the appointment of A&M as financial advisor to the Committees, the Court also ordered that in connection with the actuarial services to be provided by A&M, from time to time A&M may utilize the services of Vincent L. Bodnar, ASA, MAAA, principal and consulting actuary with DaVinci Consulting Group, LLC ("DaVinci").  As ordered, DaVinci's fees and expenses have been included in this fee application by A&M without any mark-up or profit to A&M on account of such fees and expenses.

17.    The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his information, knowledge and belief that this Application complies with that Rule.

**WHEREFORE,** A&M respectfully requests that this Court: (a) allow A&M (i) interim compensation in the amount of $68,062.5 for actual, reasonable and necessary professional services rendered on behalf of the Committees during the period September 8, 2011 through October 31, 2011, and (ii) interim reimbursement in the amount of $0.0[4] for actual, reasonable and necessary expenses incurred during the same period; (b) authorize and direct the Debtors to pay to A&M the amount of $54,450.00 which is equal to the sum of 80% of A&M's allowed interim compensation and 100% of A&M's allowed expense reimbursement; and (c) grant such other and further relief as is just.

Dated: November 18, 2011           ALVAREZ & MARSAL HEALTHCARE INDUSTRY
New York, New York               GROUP, LLC


Ronald M. Winters
600 Lexington Avenue, 6th Floor
New York, NY 10022
Telephone: 212-759-4433
Facsimile: 240-331-1344

*Financial Advisor to the Committees*

---

[4]    Does not include all expenses incurred during the period. The balance of any expenses will be included in a future fee application.

# EXHIBIT A

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez and Marsal North America, LLC**
September 8, 2011 - October 31, 2011

**TOTAL HOURS:**          118.9

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| R. Winters | 9/20/11 | 0.1 | 1 | Produce info for Whyte inquiry |
| R. Winters | 9/21/11 | 0.2 | 1 | Review Berger discovery documentation |
| R. Winters | 9/23/11 | 0.8 | 1 | Discussion with Rafael Zahralddin re Committee direction and info requests |
| R. Winters | 9/23/11 | 0.7 | 1 | Call with Berger, Daniele, Bodnar re info requests |
| R. Winters | 9/26/11 | 0.2 | 1 | Review Bodnar edits and provide comments re information request |
| V. Bodnar | 9/26/11 | 0.2 | 1 | Preliminary request list |
| B. Whyte | 10/11/11 | 0.2 | 1 | Info inquiry email exchange with Bodnar + Winters |
| B. Whyte | 10/11/11 | 0.4 | 1 | Review and respond to Winters regarding Togut corr with Debtor (re info) |
| R. Winters | 10/11/11 | 0.2 | 1 | Call with TSS re information and pending call |
| R. Winters | 10/12/11 | 0.1 | 1 | Email from Delacruz re pending info |
| R. Winters | 10/14/11 | 0.3 | 1 | Corr with Moore re reconciliation of count of retiree participants (incl. review of requested material) |
| R. Winters | 10/14/11 | 0.1 | 1 | E-mail from RZ re incoming information |
| D. Greer | 10/18/11 | 0.7 | 1 | Extract information from CDs |
| R. Winters | 10/18/11 | 0.1 | 1 | Review info request issues |
| D. Greer | 10/19/11 | 0.3 | 1 | Call with A&M forensic technology group re: document viewing software |
| L. Ryan | 10/19/11 | 0.2 | 1 | Assist D. Greer on production of records |
| R. Winters | 10/19/11 | 0.1 | 1 | Call with Greer re documents provided |
| R. Winters | 10/20/11 | 1.2 | 1 | Call re: documents received and follow up requirements.  Participants Bodnar, Greer, Winters, Fugazy. |
| D. Greer | 10/21/11 | 0.4 | 1 | Call with Bodnar and counsel regarding document production, follow up requests, etc. |
| D. Greer | 10/21/11 | 0.7 | 1 | Call with R. Winters re documents received and required |
| R. Winters | 10/21/11 | 0.7 | 1 | Discussion with Doug Greer re info requests + prelim presentation |
| B. Whyte | 10/24/11 | 0.3 | 1 | Discussion with Winters re info requests. |
| D. Greer | 10/24/11 | 0.1 | 1 | Download pdf versions of information provided for medical committee from internal website |
| R. Winters | 10/24/11 | 0.3 | 1 | Discussion with Whyte re info requests. |
| D. Greer | 10/25/11 | 0.4 | 1 | Call with R. Winters re: information received and LTD report |
| D. Greer | 10/25/11 | 0.4 | 1 | Email to R. Winters re: document request status |
| D. Greer | 10/25/11 | 0.2 | 1 | Email exchange with R. Winters and V. Bodnar re: information received and follow up requests |
| R. Winters | 10/25/11 | 0.2 | 1 | Telephone call with Rafael X. Zahralddin re info required + mini deliverable |
| R. Winters | 10/25/11 | 0.4 | 1 | Telephone call with Doug Greer re information review + case coordination |
| D. Greer | 10/26/11 | 0.1 | 1 | Extract and email recent FAS 112 reports from larger document |
| R. Winters | 10/28/11 | 1.0 | 1 | Discussion with Greer and Bodnar re info required; response to Moore |
| V. Bodnar | 10/28/11 | 0.4 | 1 | Data request list email |
| R. Winters | 10/29/11 | 0.2 | 1 | Email to Dianna Irish re her inquiry and info |
| R. Winters | 10/31/11 | 0.1 | 1 | Review Bodnar detailed inquiry |
| V. Bodnar | 10/31/11 | 1.5 | 1 | Draft requested data file layout |
| L. Ryan | 9/22/11 | 0.5 | 2 | Document review and discussion with R. Winters thereon |
| R. Winters | 9/22/11 | 0.5 | 2 | Document review and discussion with L Ryan |
| V. Bodnar | 9/26/11 | 0.2 | 2 | Review revised engagement letter and disclosure document |
| L. Ryan | 9/29/11 | 0.3 | 2 | Nortel document review and discussion with R. Winters thereon |
| R. Winters | 10/5/11 | 0.3 | 2 | Review materials from Debtor + Committee + Feigenbaum |
| R. Winters | 10/7/11 | 0.1 | 2 | Review RZ email re MORS + provide response |
| L. Ryan | 10/13/11 | 0.3 | 2 | Review presentation made by debtor and related communications with team thereon |
| D. Greer | 10/14/11 | 0.2 | 2 | Review background issues relevant to the case |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez and Marsal North America, LLC**
September 8, 2011 - October 31, 2011

**TOTAL HOURS:**          **118.9**

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| D. Greer | 10/16/11 | 0.7 | 2 | Review background issues in the case |
| D. Greer | 10/16/11 | 0.6 | 2 | Review Nortel retiree medical benefits presentation dated 10/6/11 |
| R. Winters | 10/16/11 | 0.4 | 2 | Review of demographic materials and related correspondence with Donahee |
| R. Winters | 10/17/11 | 0.2 | 2 | Review e-mail with LTD Committee re benefits confirmation statements |
| D. Greer | 10/18/11 | 1.6 | 2 | Review files extracted from CDs to determine the contents thereof |
| R. Winters | 10/18/11 | 0.4 | 2 | Review LTD files and send email to Mahoney indicating deficiencies |
| R. Winters | 10/18/11 | 0.1 | 2 | Review Ratner e-mail to Committee re website |
| D. Greer | 10/19/11 | 0.2 | 2 | Review draft document index provided by Brian Moore |
| R. Winters | 10/19/11 | 0.3 | 2 | Review index provided by Moore; emails concerning delievery of materials |
| R. Winters | 10/19/11 | 0.1 | 2 | Review e-mail re LTC  and Life Insurance + responses from other recipients |
| V. Bodnar | 10/20/11 | 0.5 | 2 | Review document index and some documents 10/20/2011 |
| D. Greer | 10/23/11 | 1.2 | 2 | Review claim calculation methodology used by Nortel for LTD claims committee participant; cross check figures in schedule provided by Debtor for consistency |
| R. Winters | 10/24/11 | 0.3 | 2 | Review Retiree website pilot + Moore email + provide detailed responses |
| D. Greer | 10/25/11 | 0.2 | 2 | Review index of documents provided by Debtor |
| D. Greer | 10/26/11 | 0.8 | 2 | Review 2010 FAS 112 report and other documents in advance of call with Elliott Greenleaf |
| D. Greer | 10/28/11 | 0.5 | 2 | Review information received |
| R. Winters | 10/7/11 | 0.1 | 4 | Telephone call with RZ re MOR info |
| R. Winters | 10/12/11 | 0.2 | 4 | Review MOR and email to Ratner with highlighted indication of info missing |
| D. Greer | 10/19/11 | 0.3 | 4 | Discuss data analysis with W. Fugazy |
| D. Greer | 10/19/11 | 0.3 | 4 | Review analysis of benefits provided by W. Fugazy |
| D. Greer | 10/25/11 | 0.5 | 4 | Comparison and reconciliation of census and benefit data for LTD participants between different Excel files provided by the Debtor |
| D. Greer | 10/25/11 | 0.2 | 4 | Print and review FAS 106 reports provided by Debtor |
| V. Bodnar | 10/25/11 | 1.5 | 4 | Review FAS 106 reports and Mercer proposal document |
| D. Greer | 10/27/11 | 0.2 | 4 | Review 2010 FAS106 report |
| R. Winters | 10/27/11 | 0.4 | 4 | Review 106 report; inquiries from Bodnar |
| R. Winters | 10/28/11 | 0.2 | 4 | Review 5500 and FAS 112 reports; preliminary |
| R. Winters | 10/31/11 | 0.2 | 4 | Review draft cash collateral + various responses |
| D. Greer | 10/16/11 | 1.2 | 5 | Comparison and reconciliation of retiree medical participants as per 10/6/11 presentation and 9/28/11 participant run (per Excel file provided) |
| R. Winters | 10/10/11 | 0.5 | 6 | Review MOR re RZ benefits inquiry and provided detailed response |
| R. Winters | 10/12/11 | 0.8 | 7 | Nortel 1114 Committee call re general inquiries and case process |
| R. Winters | 10/18/11 | 1.2 | 7 | Call with Nortel LTD Committee re admin + case status |
| D. Greer | 10/19/11 | 1.0 | 7 | 1114 Committee call |
| R. Winters | 10/19/11 | 1.0 | 7 | Call with Committee re admin matters + Committee website |
| D. Greer | 10/28/11 | 1.1 | 7 | LTD committee call |
| R. Winters | 9/8/11 | 0.4 | 8 | Discussion with Bodnar re engagement + documentation |
| V. Bodnar | 9/8/11 | 0.4 | 8 | Discussion with R. Winters re engagement + documentation |
| R. Winters | 9/15/11 | 0.1 | 8 | Corr with Togut, others re 10/6 mtg |
| R. Winters | 9/23/11 | 0.3 | 8 | Discussion with Bodnar.  Prep for call with Committee counsel |
| V. Bodnar | 9/23/11 | 0.7 | 8 | Call with attorneys to discss request list |
| V. Bodnar | 9/23/11 | 0.3 | 8 | Discussion with Winters |
| R. Winters | 9/24/11 | 0.3 | 8 | Discussion with Bettina Whyte re process, Oct 6 meeting logistics and work plan |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of
Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal North America, LLC
September 8, 2011 - October 31, 2011

**TOTAL HOURS:**        118.9

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| V. Bodnar | 9/26/11 | 0.1 | 8 | Call with R. Winters |
| R. Winters | 9/29/11 | 0.3 | 8 | Call with L Ryan |
| B. Whyte | 10/5/11 | 0.4 | 8 | Prepare for Conf. Call with Attorneys |
| B. Whyte | 10/5/11 | 0.5 | 8 | Conf. Call with Attorneys |
| V. Bodnar | 10/5/11 | 0.5 | 8 | Call to discuss materials received and 10/6 meeting 10/5/2011 |
| R. Winters | 10/11/11 | 0.1 | 8 | Call with TSS re Committee call |
| R. Winters | 10/12/11 | 0.2 | 8 | Committee call follow-up with Scott Ratner |
| R. Winters | 10/14/11 | 0.2 | 8 | Corr with Ratner and Moore re materials received + admin matters |
| L. Ryan | 10/18/11 | 0.3 | 8 | Call with R. Winters to discuss meeting with debtor and strategy for next steps |
| R. Winters | 10/18/11 | 0.1 | 8 | Email exchange with Moore in advance of Wed call |
| D. Greer | 10/19/11 | 0.1 | 8 | Call with R. Winters |
| D. Greer | 10/19/11 | 0.2 | 8 | Call with L. Ryan re production of records |
| D. Greer | 10/19/11 | 0.3 | 8 | Call with R. Winters re: documents provided |
| R. Winters | 10/19/11 | 0.2 | 8 | Committee call f/u with Greer |
| D. Greer | 10/20/11 | 0.5 | 8 | Call re: data received with Winters and Fugazy. |
| D. Greer | 10/20/11 | 0.7 | 8 | Call re: data and follow up items with Winters, Bodnar and Fugazy. |
| D. Greer | 10/20/11 | 0.5 | 8 | Call re: supplemental information request with Bodnar and Winters |
| R. Winters | 10/20/11 | 0.6 | 8 | Discussion with Ratner re Committee communications |
| R. Winters | 10/20/11 | 0.2 | 8 | Discussion with Greer re info request and call planning |
| R. Winters | 10/20/11 | 0.5 | 8 | Follow-up internal call to above |
| V. Bodnar | 10/20/11 | 1.2 | 8 | Call with R. Winters and D. Greer re data collection status |
| W. Fugazy | 10/20/11 | 0.5 | 8 | Call re: data received with Greer and Winters |
| W. Fugazy | 10/20/11 | 0.7 | 8 | Call re: data and follow up items with Winters, Greer, Bodnar |
| D. Greer | 10/21/11 | 0.3 | 8 | Call with Bodnar re: engagement staffing and support |
| R. Winters | 10/21/11 | 0.5 | 8 | Discussion with Ratner + Moore re website |
| V. Bodnar | 10/21/11 | 0.3 | 8 | Call with Doug regarding staffing and support |
| V. Bodnar | 10/21/11 | 0.4 | 8 | Call with legal team to discuss discovery status |
| W. Fugazy | 10/24/11 | 0.3 | 8 | Call with D. Greer |
| D. Greer | 10/25/11 | 0.6 | 8 | Call(s) with W. Fugazy re; comparison and reconciliation of census and benefit data for LTD participants |
| W. Fugazy | 10/25/11 | 0.6 | 8 | Call with D. Greer |
| W. Fugazy | 10/25/11 | 0.6 | 8 | Call with D. Greer |
| D. Greer | 10/26/11 | 0.2 | 8 | Call with Winters |
| D. Greer | 10/26/11 | 0.1 | 8 | Call with R. Winters re: LTD committee issues and strategy |
| D. Greer | 10/26/11 | 0.8 | 8 | Call with R. Winters re: issues and strategy |
| R. Winters | 10/26/11 | 0.2 | 8 | Telephone call with Doug Greer re FAS 106 |
| R. Winters | 10/26/11 | 0.9 | 8 | Telephone call with Doug Greer re call with Rafael Zahralddin, FAS 112 info, call with TSS and LTD Committee deliverable. |
| D. Greer | 10/27/11 | 0.9 | 8 | Call with Moore, Daniele, Winters re information received, focus of A&M analysis and pending discussion with Cleary |
| D. Greer | 10/27/11 | 0.5 | 8 | Call with V. Bodnar re: information received and follow up requests |
| D. Greer | 10/27/11 | 0.3 | 8 | Call with Winters |
| R. Winters | 10/27/11 | 0.9 | 8 | Call with Moore, Daniele re information received, focus of A&M analysis and pending discussion with Cleary |
| R. Winters | 10/27/11 | 0.3 | 8 | Call with Greer to prep/coordinate for call with TSS |
| V. Bodnar | 10/27/11 | 0.5 | 8 | Call with D. Greer |
| D. Greer | 10/28/11 | 1.0 | 8 | Call with R. Winters regarding information, analysis and issues related to LTD and retiree medical committees |
| D. Greer | 10/28/11 | 0.2 | 8 | Call with R. Winters re: topics and analysis for the committee call |
| D. Greer | 10/28/11 | 1.0 | 8 | Call with V. Bodnar and R. Winters re: information received and analysis and additional information required |
| D. Greer | 10/28/11 | 0.1 | 8 | Call with R. Winters |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of
Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal North America, LLC
September 8, 2011 - October 31, 2011

**TOTAL HOURS:**          118.9

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| D. Greer | 10/28/11 | 0.1 | 8 | Call with R. Winters re: response to B. Moore email |
| R. Winters | 10/28/11 | 1.0 | 8 | Call with Doug Greer regarding information, analysis and issues related to LTD and retiree medical committees |
| R. Winters | 10/28/11 | 0.2 | 8 | Call with Greer re: topics and analysis for the committee call |
| R. Winters | 10/28/11 | 0.1 | 8 | Call with Greer |
| R. Winters | 10/28/11 | 0.1 | 8 | Call with Greer re responses to Moore/TSS |
| R. Winters | 10/28/11 | 1.1 | 8 | LTD committee call re POC, inf rec'd, analyses performed by Committee members, bridging from FAS 112 report to 10/6/11 presentation |
| V. Bodnar | 10/28/11 | 1.0 | 8 | Call with R. Winters and D. Greer regarding data collection |
| D. Greer | 10/31/11 | 0.3 | 8 | Call with R. Winters |
| R. Winters | 10/31/11 | 0.3 | 8 | Telephone call with Doug Greer (3) re Bodnar info + Cleary call |
| R. Winters | 10/18/11 | 0.3 | 9 | Call with L Ryan to discuss strategy |
| R. Winters | 9/8/11 | 0.2 | 10 | Email corrspondence with Bwhyte to coordinate meeting with Debtor and LTD Committee |
| R. Winters | 9/9/11 | 0.1 | 10 | Emails from Togut re LTD Committee |
| R. Winters | 9/13/11 | 0.1 | 10 | Email to Bodnar re relationships |
| R. Winters | 9/16/11 | 0.2 | 10 | Email to Berger, Shiekh re declaration, application + edits on letter |
| R. Winters | 9/16/11 | 0.2 | 10 | Emails response re edits |
| R. Winters | 9/23/11 | 0.1 | 10 | Emails from Berger, others + set up of call with counsel |
| R. Winters | 9/26/11 | 0.1 | 10 | Review Togut, McCarter responses |
| R. Winters | 9/26/11 | 0.1 | 10 | Email corr with Berger re logistics |
| R. Winters | 9/30/11 | 0.2 | 10 | Emails from LTD Committee and corr with Rafael |
| R. Winters | 9/30/11 | 0.1 | 10 | Email from Moore re Cleary info |
| R. Winters | 10/11/11 | 0.2 | 10 | Info inquiry email exchange with Bodnar + whyte |
| R. Winters | 10/11/11 | 0.3 | 10 | Emails re redacted in + joint cooperation agreement |
| R. Winters | 10/11/11 | 0.4 | 10 | Review and respond to Whyte regarding Togut corr with Debtor (re info) |
| R. Winters | 10/12/11 | 0.1 | 10 | Review Ratner e-mail to Cleary/Kim and provide private comment |
| R. Winters | 10/12/11 | 0.1 | 10 | Review Ratner email to Zaloker |
| R. Winters | 10/13/11 | 0.1 | 10 | Review RZ email re data |
| R. Winters | 10/13/11 | 0.1 | 10 | Review Delacruz email re info + presentation materials |
| D. Greer | 10/16/11 | 1.1 | 10 | Review all emails forwarded by R. Winters from prior week |
| D. Greer | 10/17/11 | 0.1 | 10 | Keep track of email traffic throughout the day |
| D. Greer | 10/19/11 | 0.1 | 10 | Email to Elliott Greenleaf re: information sharing protocol going forward |
| D. Greer | 10/19/11 | 0.1 | 10 | Email R. Winters re TIFF files |
| R. Winters | 10/19/11 | 0.3 | 10 | Call with Ratner re coordination |
| R. Winters | 10/19/11 | 0.1 | 10 | Email from Greer re review of TIF files |
| R. Winters | 10/19/11 | 0.1 | 10 | Review Rtaner e-mail re website and info sharing |
| R. Winters | 10/19/11 | 0.2 | 10 | Email re subcontractor arrangement |
| D. Greer | 10/20/11 | 0.2 | 10 | Review and respond to various emails re: document production |
| R. Winters | 10/20/11 | 0.1 | 10 | Emails from Ratner re website |
| D. Greer | 10/21/11 | 0.1 | 10 | Email to Bodnar with update on engagement staffing and support |
| R. Winters | 10/21/11 | 0.4 | 10 | Email exchanges with Ratner, TSS regarding website |
| R. Winters | 10/21/11 | 0.1 | 10 | Email with RA re communications with Debtor |
| D. Greer | 10/23/11 | 0.3 | 10 | Review weekend email traffic and respond as appropriate |
| D. Greer | 10/25/11 | 0.3 | 10 | Review email traffic throughout the day |
| D. Greer | 10/25/11 | 0.1 | 10 | Email R. Winters with status update |
| D. Greer | 10/25/11 | 0.3 | 10 | Email to R. Zahralddin-Aravena re: LTD report |
| R. Winters | 10/25/11 | 0.5 | 10 | Email direction re presentation materials |
| W. Fugazy | 10/25/11 | 0.2 | 10 | Reviewing e-mail correspondence |
| D. Greer | 10/26/11 | 0.3 | 10 | Summarize issues and strategy in email to R. Winters |
| R. Winters | 10/26/11 | 0.1 | 10 | Emails from Greer re ZH discussions |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez and Marsal North America, LLC**
September 8, 2011 - October 31, 2011

**TOTAL HOURS:**        118.9

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| R. Winters | 10/26/11 | 0.2 | 10 | Email review of LTD Committee feedback and Bodnar comments info production |
| V. Bodnar | 10/26/11 | 1.0 | 10 | Review emails sent to me during the day |
| D. Greer | 10/27/11 | 0.2 | 10 | Email update to V. Bodnar |
| R. Winters | 10/27/11 | 0.4 | 10 | Review various emails from Bodnar and Greer re info provided, FAS 106 issues, logistics for meeting/call with Cleary; emails re LTD Committee analyses |
| D. Greer | 10/28/11 | 0.2 | 10 | Draft response to email from B. Moore |
| R. Winters | 10/28/11 | 0.4 | 10 | Email exchanges with Moore re info requests from Cleary/Debtor incluidng drafting from Greer |
| R. Winters | 10/28/11 | 0.2 | 10 | Various Emails with Moore re logistics + common interest agreements, Debtor responses, t/c messages |
| R. Winters | 10/31/11 | 0.2 | 10 | Emails with Moore and Greer re detailed inquiries for Cleary |
| R. Winters | 10/31/11 | 0.1 | 10 | Review email from Moore website + response re notice to LTD Committee |
| B. Whyte | 9/8/11 | 0.2 | 11 | Email corr with Ron Winters to coordinate meeting with Debtor and LTD Committee |
| R. Winters | 10/5/11 | 0.5 | 11 | Discussion with Togut + McCarter re meeting with Company + Committees |
| B. Whyte | 10/6/11 | 4.8 | 11 | Meeting with Debtor, Debtor Advisors + Retiree and LTD Committee re Debtor overview of costs + possible solution; meetings individually with each Committee + Debtor and professionals separately |
| R. Winters | 10/6/11 | 4.8 | 11 | Meeting with Debtor, Debtor Advisors + Retiree and LTD Committee re Debtor overview of costs + possible solution; meetings individually with each Committee + Debtor and professionals separately |
| D. Greer | 10/19/11 | 0.2 | 11 | 1114 Committee call follow up with R. Winters |
| D. Greer | 10/28/11 | 0.2 | 11 | Call with S. Kinsella re: topics and analysis for the committee call |
| D. Greer | 10/28/11 | 0.5 | 11 | LTD committee pre-call with R. Zahralddin-Aravena and R. Winters |
| R. Winters | 10/28/11 | 0.5 | 11 | LTD committee pre-call with R. Zahralddin-Aravena and Greer re Committee concerns re POC, etc. |
| D. Greer | 10/21/11 | 0.4 | 12 | Discuss analysis for LTD committee with W. Fugazy |
| W. Fugazy | 10/21/11 | 0.4 | 12 | Discuss analysis for LTD Committee with D. Greer |
| D. Greer | 10/23/11 | 0.1 | 12 | Review draft presentation to Committee from Winters |
| D. Greer | 10/23/11 | 0.1 | 12 | Review draft LTD committee presentation from Fugazy |
| R. Winters | 10/23/11 | 0.1 | 12 | Review Greer response to inquiries re info Direction re materials for LTD Committee |
| W. Fugazy | 10/23/11 | 0.7 | 12 | Presentation for LTD Committee |
| D. Greer | 10/24/11 | 0.4 | 12 | Email comments on LTD committee presentation to Fugazy |
| D. Greer | 10/24/11 | 0.6 | 12 | Review draft LTD committee presentation |
| D. Greer | 10/24/11 | 0.3 | 12 | Call with W. Fugazy re: LTD committee presentation revisions |
| D. Greer | 10/24/11 | 0.6 | 12 | Call with R. Winters re: LTD committee presentation |
| D. Greer | 10/24/11 | 0.2 | 12 | Email W. Fugazy with revisions to LTD committee presentation |
| R. Winters | 10/24/11 | 0.6 | 12 | Discussion with Greer re LTD deliverable |
| W. Fugazy | 10/24/11 | 1.0 | 12 | Presentation for LTD Committee |
| W. Fugazy | 10/24/11 | 0.6 | 12 | Presentation for LTD Committee |
| W. Fugazy | 10/24/11 | 0.4 | 12 | Presentation for LTD Committee |
| W. Fugazy | 10/24/11 | 2.7 | 12 | Presentation for LTD Committee |
| W. Fugazy | 10/24/11 | 0.3 | 12 | Presentation for LTD Committee |
| D. Greer | 10/25/11 | 0.6 | 12 | Calls with W. Fugazy re: LTD committee presentation |
| R. Winters | 10/25/11 | 0.4 | 12 | Review and responses to presentation materials |
| W. Fugazy | 10/25/11 | 0.9 | 12 | Preparing Presentation to LTD Committee |
| D. Greer | 10/26/11 | 0.9 | 12 | Call with R. Zahralddin-Aravena and M. Curran re: issues, strategy and draft A&M report |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez and Marsal North America, LLC**
September 8, 2011 - October 31, 2011

**TOTAL HOURS:**　　　**118.9**

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Winters | 10/13/11 | 0.2 | 14 | Review Mahoney info from docket |
| R. Winters | 9/9/11 | 0.1 | 15 | Retrieve and Email back-up info to Feigenbaum for retention materials |
| B. Whyte | 9/11/11 | 0.1 | 15 | Emails with Winters re retention specifics |
| R. Winters | 9/11/11 | 0.1 | 15 | Emails with Whyte re retention specifics |
| R. Winters | 9/12/11 | 0.1 | 15 | Call with Berger re retention mechanics |
| R. Winters | 9/13/11 | 0.2 | 15 | Discussion with Neil Berger retention mechanics |
| R. Winters | 9/14/11 | 0.1 | 15 | Review retention docs and transmit to Berger |
| R. Winters | 9/15/11 | 0.3 | 15 | Review Berger edits |
| R. Winters | 9/15/11 | 0.1 | 15 | Emails to Shiekh re retention materials |
| R. Winters | 9/16/11 | 0.2 | 15 | Review Togut prelim edits |
| B. Whyte | 9/19/11 | 0.4 | 15 | Review and respond to email inquiries from Feigenbaum, Winters, Shiekh, Bodnar re retention matters |
| R. Winters | 9/19/11 | 0.3 | 15 | Review and respond to email inquiries from Feigenbaum, Whyte, Shiekh, Bodnar re retention matters |
| R. Winters | 9/20/11 | 0.1 | 15 | Corr re Bodnar component of application |
| R. Winters | 9/21/11 | 0.3 | 15 | Emails with Fegenbaum, Sheikh re retention documentation; review materials |
| R. Winters | 9/21/11 | 0.2 | 15 | Review court document materials provided by Berger |
| B. Whyte | 9/24/11 | 0.3 | 15 | Discussion with Ron Winters re process, Oct 6 meeting logistics and work plan |
| R. Winters | 9/26/11 | 0.3 | 15 | Review + inquiry re engagment documentation further changes |
| R. Winters | 9/26/11 | 0.1 | 15 | Discussions with Bodnar and Feigenbaum assuring scope still OK |
| R. Winters | 9/26/11 | 0.2 | 15 | Discussion with Lara Shiekh re enangement mechanics |
| R. Winters | 9/27/11 | 0.5 | 15 | Correspondence re application materials; with L. Sheikh |
| R. Winters | 9/28/11 | 0.1 | 15 | Communications with Bodaner re affidavit |
| R. Winters | 9/28/11 | 0.7 | 15 | Review materials with Shiekh, sign and discuss process for completion |
| R. Winters | 9/28/11 | 0.1 | 15 | Discussions with Shiekh re retention papers |
| V. Bodnar | 9/28/11 | 0.2 | 15 | Review and sign disclosure document |
| L. Ryan | 9/30/11 | 0.4 | 15 | Retention matters |
| R. Winters | 9/30/11 | 0.1 | 15 | Emails re further modification on retention papers to Ryan |
| R. Winters | 10/3/11 | 0.7 | 15 | Call with Togut re procedural issues |
| L. Ryan | 10/5/11 | 0.5 | 15 | Retention papers review and discussion |
| R. Winters | 10/5/11 | 0.1 | 15 | Discussion with Sheikh re changes to scope |
| D. Greer | 10/12/11 | 0.2 | 15 | Call with R. Winters re: case administration |
| D. Greer | 10/12/11 | 1.2 | 15 | Project administration / setup |
| R. Winters | 10/12/11 | 0.8 | 15 | Call with Moore re info + joint cooperation issues |
| R. Winters | 10/12/11 | 0.2 | 15 | Call with Greer re case admin |
| D. Greer | 10/13/11 | 2.2 | 15 | Project administration / setup |
| R. Winters | 10/13/11 | 0.2 | 15 | Admin including Bodnar direction and arrangements + billing protocols (emails) |
| D. Greer | 10/14/11 | 1.2 | 15 | DaVinci subcontractor agreement |
| R. Winters | 10/14/11 | 0.2 | 15 | Establish call with A&M / TSS re joint cooperation |
| D. Greer | 10/16/11 | 0.6 | 15 | DaVinci subcontractor agreement |
| D. Greer | 10/16/11 | 0.3 | 15 | Develop working group list |
| D. Greer | 10/17/11 | 0.4 | 15 | Call with W. Fugazy re: case admin |
| R. Winters | 10/17/11 | 0.5 | 15 | Call with Moore, Milin and Feigenbaum re joint cooperation + f/u call with Feigenbaum |
| W. Fugazy | 10/17/11 | 0.4 | 15 | Discuss Project Admin with D. Greer |
| D. Greer | 10/18/11 | 0.8 | 15 | Review modifications to and further edit subcontractor agreement |
| D. Greer | 10/18/11 | 0.3 | 15 | Discuss project admin with W. Fugazy |
| R. Winters | 10/18/11 | 0.3 | 15 | Discussion with Feigenbaum re joint cooperation agreement |
| R. Winters | 10/18/11 | 0.1 | 15 | Call with Greer; Bodnar arrangements |
| W. Fugazy | 10/18/11 | 0.3 | 15 | Discuss Project Admin with D. Greer |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez and Marsal North America, LLC**
September 8, 2011 - October 31, 2011

**TOTAL HOURS:**       118.9

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| W. Fugazy | 10/18/11 | 0.5 | 15 | Project Admin |
| D. Greer | 10/21/11 | 0.1 | 15 | Call with D. Feigenbaum and R. Winters re: subcontractor agreement |
| R. Winters | 10/21/11 | 0.1 | 15 | Call with Greer and Feigenbaum |
| D. Greer | 10/23/11 | 0.2 | 15 | Draft activity codes appropriate for this engagement |
| W. Fugazy | 10/24/11 | 0.3 | 15 | Project Admin - (Uploading 3rd Production) |
| B. Whyte | 10/25/11 | 0.2 | 15 | Call with Winters + Feigenbaum re joint cooperation agreement |
| R. Winters | 10/25/11 | 0.2 | 15 | Call with Whyte + Feigenbaum re joint cooperation agreement |
| R. Winters | 10/26/11 | 0.8 | 15 | Call with Greer re strategy |
| D. Greer | 10/30/11 | 0.2 | 15 | Finalize project setup (admin / billing) |
| B. Whyte | 10/6/11 | 2.0 | 16 | Travel from Amenia to City ( 4 hrs total Travel time) |

# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 8, 2011 through October 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Expenses[10] |  | $0.00 |

---

[10] Does not include all expenses incurred during the period. The balance of any expenses will be included in a future fee application.