IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
*In re* : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
                Debtors. : Jointly Administered
: 
: **BAR DATE: January 31, 2012 at 5:00 p.m. (ET)**
---------------------------------------------------------------X

NOTICE OF AMENDMENTS TO SCHEDULES
OF ASSETS AND LIABILITIES OF NORTEL NETWORKS INC.,
NORTEL ALTSYSTEMS INC. AND NORTEL NETWORKS (CALA) INC.

TO: (I) OFFICE OF THE UNITED STATES TRUSTEE, (II) THOSE PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002 AND (III) CERTAIN CLAIMANTS LISTED ON EXHIBIT A

**PLEASE TAKE NOTICE** that, on April 20, 2009, May 29, 2009 and September 11, 2009, Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession, (collectively, the "Debtors"), filed their respective Schedules of Assets and Liabilities (collectively, the "Original Schedules") and Statements of Financial Affairs [D.I. 616-627, 801-810, 1477-1478] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that, on November 4, 2009, the Debtors filed amended versions of the Debtors' Original Schedules (collectively, the "Amended Schedules") [D.I. 1811-1823].

**PLEASE TAKE FURTHER NOTICE** that, on each of October 31, 2011, November 7, 2011 and November 15, 2011, the Debtors filed amended versions of Schedules E and F of the Original Schedules and Amended Schedules of NNI, Nortel Altsystems Inc. ("Nortel Altsystems") and Nortel Networks (CALA) Inc. ("NN CALA") (together with the Amended Schedules, the "Prior Amended Schedules") [D.I. 6702, 6719, 6780].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1009-2 of the Local Rules of Bankruptcy Practice and Procedure of the Bankruptcy Court (the "Local Rules"), NNI, Nortel Altsystems and NN CALA hereby further amend Schedules E and F of their Original Schedules and the Prior Amended Schedules (collectively, the "Fifth Amended Schedules").

**PLEASE TAKE FURTHER NOTICE** that, the Original Schedules, as amended by the Prior Amended Schedules and the Fifth Amended Schedules are intended to reflect the assets and liabilities of NNI and Nortel Altsystems as of January 14, 2009, and NN CALA as of July 14, 2009 (collectively, the "Petition Dates"). The Fifth Amended Schedules amend previously filed Schedules E and F to modify the priority and amount of the scheduled severance claims for certain individuals terminated prior to the applicable Petition Date (the "Claims"). The Fifth Amended Schedules E and F for NNI, Nortel Altsystems and NN CALA are attached hereto as Exhibits B, C and D respectively. The Debtors reserve their right to further amend their schedules in the future for these and other claims.

**PLEASE TAKE FURTHER NOTICE** that a list of claimants affected by the Fifth Amended Schedules, identified by their GID numbers, is attached hereto as <u>Exhibit A</u> (the "<u>Claimants</u>").  The Debtors shall provide notice of the Fifth Amended Schedules and a proof of claim form to each of the parties identified on <u>Exhibit A</u>.  The Fifth Amended Schedules only affect the Claimants identified on <u>Exhibit A</u> hereto and only with respect to the claims listed on the Fifth Amended Schedules, and only those Claimants may file a proof of claim form with the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC (the "<u>Claims Agent</u>"), as a result of these schedule amendments.  If you are a Claimant listed on <u>Exhibit A</u> and disagree with the nature, amount or classification of your Claim as it is listed on the Fifth Amended Schedules or if your Claim is listed as "contingent," "unliquidated," or "disputed," you **must** file a proof of claim, so as to be **<u>actually received</u>** on or before January 31, 2012 at 5:00 p.m. (prevailing Eastern Time) (the "<u>Fifth Amended Schedules Bar Date</u>").  If you do not disagree with the nature, amount or classification of your Claim as it is listed on the Fifth Amended Schedules and your claim is not listed as "contingent," "unliquidated," or "disputed," no further action is required with respect to your claim.  If you previously filed a proof of claim that stated the amount and priority of the severance claim you believe you are owed, you do not need to file another proof of claim for severance to preserve that proof of claim.   If you are unsure whether you have previously filed a proof of claim, you can review the Debtors' claim register at http://dm.epiq11.com/nortel or contact the Claims Agent at (646) 282-2400.

**PLEASE TAKE FURTHER NOTICE** that, all proof of claim forms must be signed by the Claimant, must be written in English and be denominated in United States currency.  Claimants should attach to their completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not

3

available.  Proofs of claim will be deemed timely filed only if **actually received** by the Debtors' Claims Agent on or before the Fifth Amended Schedules Bar Date at the following address:

**IF DELIVERED BY MAIL:**
    Nortel Networks Inc. Claims Processing Center
    c/o Epiq Bankruptcy Solutions, LLC
    FDR Station, P.O. Box 5075
    New York, NY 10150-5075

**IF DELIVERED BY HAND DELIVERY OR OVERNIGHT COURIER:**
    Nortel Networks Inc. Claims Processing Center
    c/o Epiq Bankruptcy Solutions, LLC
    757 Third Avenue, 3rd Floor
    New York, NY 10017
    (646) 282-2400

Proofs of claim may not be delivered by facsimile, telecopy or electronic mail transmission.  A copy of the proof of claim form and instructions for filing a proof of claim are available at http://dm.epiq11.com/nortel, or can be obtained by contacting the Claims Agent at: (646) 282-2400.

**RESERVATION OF RIGHTS**

    The Debtors reserve the right to dispute, or to assert offsets or defenses against, each of the claims listed or reflected in the Fifth Amended Schedules as to nature, amount, liability, classification or otherwise.  In addition, nothing contained in this Notice shall preclude the Debtors from objecting to any claim, including any proof of claim that has been or may be filed, on any and all grounds.

**GLOBAL NOTES REGARDING FIFTH AMENDED SCHEDULES**

    The Debtors reserve the right to further amend the Original Schedules, as amended by the Prior Amended Schedules and the Fifth Amended Schedules, from time to time as may be necessary or appropriate.  The global notes included in the Original Schedules are incorporated by reference in, and comprise an integral part of, the Fifth Amended Schedules, and should be referred to and reviewed in connection with any review of the Fifth Amended Schedules.

**ADDITIONAL INFORMATION**

      Questions concerning the contents of this Notice should be directed to the undersigned counsel from 9 a.m. to 5 p.m. (ET), Monday through Friday. Copies of the Original Schedules, the Prior Amended Schedules and the Fifth Amended Schedules are available for inspection during regular business hours at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.  In addition, copies of the Schedules, the Prior Amended Schedules and the Fifth Amended Schedules may be viewed on the Internet at: (i) the Claims Agent's website at http://dm.epiq11.com/nortel and (ii) the Bankruptcy Court's website at http://www.deb.uscourts.gov by following the directions for accessing the CM/ECF system.

Dated:  November 21, 2011
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

   - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*