## Exhibit A
**List of Claimants**

**GID**

1745002

1745989

1752312

4711184

4712188

4712661

4713310

4713335

4713847

4713863

4713888

4714116

4714246

4714705

4715150

4715257

4715345

4715414

4715573

4715735

4715780

4715838

4715888

4715889

4721117

4722081

**GID**

4722357

4723103

4723275

4723339

4723374

4723423

4724047

4724082

4724179

4724180

4724349

4724397

4724514

4725733

4726016

4726020

4726151

4726152

4726193

4726196

4726304

4726528

4726534

4726642

4726806

4726845

## GID

4727001

4727645

4730016

4734203

4734396

4734534

5000331

5001212

5003264

5005774

5008344

5009044

5010805

5010816

5010892

5011157

5011540

5012554

5014253

5014257

5014976

5016511

5017579

5017929

5018412

5018664

**GID**

5020571

5021372

5021405

5022933

5023084

5026630

5029697

5030236

5032069

5032605

5032654

5032885

5033186

5033266

5033496

5033562

5033686

5035522

5038313

5038542

5039906

5040011

5040029

5040110

5040651

5040955

## GID

5041278

5041875

5042117

5042759

5046004

5046221

5046757

5046965

5047438

5057189

5058580

5058724

5064659

5064898

5066393

5068189

5069002

5070683

5072562

5074157

5074521

5076533

5076711

5077332

5078396

5078398

## GID

5078942

5079827

5080928

5081124

5081131

5081884

5083279

5083480

5083613

5084940

5085372

5085924

5085934

5086004

5086880

5087144

5087458

5088073

5088213

5088222

5088456

5088836

5089974

5090163

5090561

5090594

**GID**

5090752

5090805

5090856

5091025

5091028

5091032

5091256

5091271

5091388

5091403

5091442

5091550

5091590

5091723

5091987

5093212

5093377

5093458

5094424

5094673

5095870

5096135

5096138

5096246

5096257

5096484

## GID

5096559

5096648

5096677

5096817

5097494

5097863

5098797

5099023

6405138