# **EXHIBIT A**

RLF1 5592495v. 1

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 15, 2011  
Invoice 392825  
Page 2  
Client #  732310

Matter # 165839

For services through October 31, 2011  
relating to Case Administration

| Date | Description | | | |
|---|---|---|---|---|
| 10/03/11 | Review docket (.1); Review and update critical dates (.2) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 10/03/11 | Review and calendar upcoming critical dates | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 10/10/11 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 10/17/11 | Review docket (.1); Review and update critical dates (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 10/19/11 | Review upcoming critical dates and calendar same | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 10/24/11 | Review revised draft critical dates calendar | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $350.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$350.00** |
| BALANCE BROUGHT FORWARD | $592.80 |
| **TOTAL DUE FOR THIS MATTER** | **$942.80** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 15, 2011  
Invoice 392825  
Page 3  
Client #  732310

Matter #  165839

For services through October 31, 2011  
relating to  Plan of Reorganization/Disclosure Statement

| | | | | |
|---|---|---|---|---|
| 10/31/11 | Review substantive consolidation research and provide same to B. Kahn (.8); Call from B. Kahn re: research on substantive consolidation in the Third Circuit (.2); Meet with M. Romanczuk re: collecting substantive consolidation research for B. Kahn (.3); Emails to B. Kahn re: substantive consolidation research (.2) | | | |
| Associate | Christopher M. Samis | 1.50 hrs. | 340.00 | $510.00 |
| 10/31/11 | Discussion with M. Romanczuk re: form for substantive consolidations question (.9); Draft same (.9); Revise form per comments from M. Romanczuk and send same to C. Samis (.1) | | | |
| Associate | Marisa Terranova | 1.90 hrs. | 280.00 | $532.00 |

Total Fees for Professional Services     $1,042.00

TOTAL DUE FOR THIS INVOICE     $1,042.00

**TOTAL DUE FOR THIS MATTER**     **$1,042.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

November 15, 2011  
Invoice 392825  
Page 4  
Client # 732310  

Matter # 165839  

For services through October 31, 2011  
relating to Claims Administration  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/04/11 | Call from M. Mckay re: status of claim and timing of plan / distributions | Associate — Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |
| 10/05/11 | Review, revise and finalize reply to NNUK response to motion to dismiss NNUK claims and related documentation | Associate — Christopher M. Samis | 4.60 hrs. | 340.00 | $1,564.00 |
| 10/06/11 | Review further declarations in support of objections/motions to dismiss for NNUK, NN Ireland and NNSA claims | Associate — Christopher M. Samis | 3.80 hrs. | 340.00 | $1,292.00 |
| 10/07/11 | Review reply brief in support of motion to dismiss NN Ireland claims (2.3); Review reply brief in support of motion to dismiss NNSA claims (2.3); Call to A. Cordo re: filing and service of reply briefs in support motions to dismiss NN Ireland and NNSA claims (.2) | Associate — Christopher M. Samis | 4.80 hrs. | 340.00 | $1,632.00 |
| 10/17/11 | Review second prepetition claim settlement notice | Associate — Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |

Total Fees for Professional Services   $4,658.00

TOTAL DUE FOR THIS INVOICE   **$4,658.00**

$3,930.40

**TOTAL DUE FOR THIS MATTER**   **$8,588.40**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

November 15, 2011  
Invoice 392825  
Page 5  
Client # 732310  

Matter # 165839  

For services through October 31, 2011  
relating to Court Hearings  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/05/11 | Review agenda for 9/13/11 hearing | | | | |
| | Associate — Christopher M. Samis | | 0.10 hrs. | 340.00 | $34.00 |
| 10/10/11 | Emails to B. Kahn re: scheduling teleconference with Court on organization of argument on EMEA claims objections (.3); Email to A. Cordo re: scheduling teleconference with Court on organization of argument on EMEA claims objections (.1); Email to B. Kahn re: logistics of 10/14/11 hearing (.1) | | | | |
| | Associate — Christopher M. Samis | | 0.50 hrs. | 340.00 | $170.00 |
| 10/11/11 | Call to D. Botter re: logistics of hearing on 10/14/11 (.2); Call from A. Cordo re: logistics of hearing on 10/14/11 (.2); Conference call with Judge Gross, Debtors' counsel, EMEA Debtors' counsel, Committee counsel and others re: organization of argument for 10/14/11 hearing (.4); Email to B. Kahn re: logistics of 10/14/11 hearing (.1); Email to A. Cordo re: logistics of 10/14/11 hearing (.1) | | | | |
| | Associate — Christopher M. Samis | | 1.00 hrs. | 340.00 | $340.00 |
| 10/12/11 | Call to B. Kahn re: logistics of 10/14/11 hearing | | | | |
| | Associate — Christopher M. Samis | | 0.20 hrs. | 340.00 | $68.00 |
| 10/13/11 | Retrieve re: 10/14/11 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: 10/14/11 agenda pleadings (1.0); Prepare 10/14/11 hearing binders x3 (1.0) | | | | |
| | Paralegal — Barbara J. Witters | | 2.20 hrs. | 200.00 | $440.00 |
| 10/13/11 | Prepare for 10/14/11 hearing (4.2); Meet with B. Witters re: preparations for 10/14/11 hearing (.2); Emails to B. Kahn re: preparations for 10/14/11 hearing (.3); Emails to K. More and L. Morris re: logistics of 10/14/11 hearing (.2); Email to B. Witters re: preparations for 10/14/11 hearing (.1) | | | | |
| | Associate — Christopher M. Samis | | 5.00 hrs. | 340.00 | $1,700.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

November 15, 2011  
Invoice 392825  
Page 6  
Client # 732310  

Matter # 165839  

---

| Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/13/11<br>Associate | Review agenda re: 10/14/11 hearing<br>Drew G. Sloan | | 0.10 hrs. | 340.00 | $34.00 |
| 10/14/11<br>Paralegal | Order 10/14/11 hearing transcript<br>Barbara J. Witters | | 0.10 hrs. | 200.00 | $20.00 |
| 10/14/11<br>Associate | Attend 10/14/11 hearing (9.0); Prepare for 10/14/11 hearing (1.5); Emails to B. Kahn re: logistics of 10/14/11 hearing (.2)<br>Christopher M. Samis | | 10.70 hrs. | 340.00 | $3,638.00 |
| 10/17/11<br>Paralegal | Retrieve and review re: 10/19/11 agenda (.1); Circulate to distribution re: same (.1); Telephone call to Courtcall re: B. Kahn telephonic appearance for the 10/19/11 hearing (.1); E-mail to B. Kahn re: same (.1)<br>Barbara J. Witters | | 0.40 hrs. | 200.00 | $80.00 |
| 10/17/11<br>Associate | Review agenda for 10/19/11 hearing<br>Christopher M. Samis | | 0.20 hrs. | 340.00 | $68.00 |
| 10/17/11<br>Associate | Review agenda re: 10/19/11 hearing<br>Drew G. Sloan | | 0.20 hrs. | 340.00 | $68.00 |
| 10/18/11<br>Paralegal | Circulate to distribution re: 10/14/11 hearing transcript<br>Barbara J. Witters | | 0.10 hrs. | 200.00 | $20.00 |
| 10/18/11<br>Associate | Prepare for 10/19/11 hearing<br>Christopher M. Samis | | 0.80 hrs. | 340.00 | $272.00 |
| 10/19/11<br>Paralegal | Retrieve re: 10/19/11 amended agenda (.1); E-mail to distribution re: same (.1)<br>Barbara J. Witters | | 0.20 hrs. | 200.00 | $40.00 |
| 10/24/11<br>Paralegal | Retrieve and review re: 10/26/11 agenda (.1); E-mail to distribution re: same (.1)<br>Barbara J. Witters | | 0.20 hrs. | 200.00 | $40.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 15, 2011  
Invoice 392825  
Page 7  

Client #  732310

Matter #  165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/24/11 | Email to F. Hodara re: coverage for 10/26/11 hearing (.1); Emails to B. Kahn re: coverage for 10/26/11 hearing (.2) | | | | |
| | Christopher M. Samis | Associate | 0.30 hrs. | 340.00 | $102.00 |
| 10/24/11 | Review agenda re: 10/26/11 hearing (.2); Review email from B. Witters re: same (.1); Review amended agenda cancelling same (.1) | | | | |
| | Drew G. Sloan | Associate | 0.40 hrs. | 340.00 | $136.00 |
| 10/25/11 | Retrieve re: 10/26/11 amended agenda (.1); E-mail to distribution re: same (.1) | | | | |
| | Barbara J. Witters | Paralegal | 0.20 hrs. | 200.00 | $40.00 |

                              Total Fees for Professional Services      $7,310.00

TOTAL DUE FOR THIS INVOICE      **$7,310.00**

      $9,340.40

**TOTAL DUE FOR THIS MATTER**      **$16,650.40**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

November 15, 2011  
Invoice 392825  
Page 8  
Client # 732310

Matter # 165839

For services through October 31, 2011  
relating to Employee Issues

| Date | | | | | |
|---|---|---|---|---|---|
| 10/07/11 | Review letter from R. Osborn alleging retiree benefit fraud | | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | | $68.00 |
| 10/11/11 | Review M. Loftus letter on retiree benefits | | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | | $68.00 |

Total Fees for Professional Services     $136.00

TOTAL DUE FOR THIS INVOICE     **$136.00**
                                $544.00

**TOTAL DUE FOR THIS MATTER**     **$680.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 15, 2011  
Invoice 392825  
Page 9  
Client #  732310

Matter #  165839

For services through October 31, 2011  
relating to  Retention of Others

| Date | Description | | | Amount |
|---|---|---|---|---|
| 10/07/11 | Review motion to approve second Lazard retention amendment | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 340.00 | $272.00 |

Total Fees for Professional Services  $272.00

TOTAL DUE FOR THIS INVOICE  **$272.00**

$914.80

**TOTAL DUE FOR THIS MATTER**  **$1,186.80**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 15, 2011  
Invoice 392825  
Page 10  
Client #  732310

Matter # 165839

For services through October 31, 2011  
relating to RLF Fee Applications

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/03/11 | E-mail to B. Kahn re: RLF September fee and expense estimates | | | | |
| | Barbara J. Witters | Paralegal | 0.10 hrs. | 200.00 | $20.00 |
| 10/14/11 | Review September RLF bill memo | | | | |
| | Barbara J. Witters | Paralegal | 0.30 hrs. | 200.00 | $60.00 |
| 10/14/11 | Review September bill memos re: RLF monthly fee application (.3); Discussion with B. Witters re: comments to same (.1) | | | | |
| | Drew G. Sloan | Associate | 0.40 hrs. | 340.00 | $136.00 |
| 10/19/11 | Review and revise RLF September fee application (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| | Barbara J. Witters | Paralegal | 0.90 hrs. | 200.00 | $180.00 |
| 10/19/11 | Prepare cno re: RLF August fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | Barbara J. Witters | Paralegal | 0.40 hrs. | 200.00 | $80.00 |
| 10/19/11 | Email to B. Witters re: ability to CNO August RL&F fee application | | | | |
| | Christopher M. Samis | Associate | 0.10 hrs. | 340.00 | $34.00 |
| 10/19/11 | Review and execute RLF monthly fee application (.3); Review and execute notice re: same (.1); Review and execute certificate of no objection re: RLF monthly fee application (.1); Discussion with B. Witters re: filing of same (.1); Review email from C. Samis re: same (.1) | | | | |
| | Drew G. Sloan | Associate | 0.70 hrs. | 340.00 | $238.00 |
| 10/20/11 | Prepare letter to A. Stout re: RLF August fees and expenses (.2); Coordinate to A. Stout re: RLF August fee application and cno (.1) | | | | |
| | Barbara J. Witters | Paralegal | 0.30 hrs. | 200.00 | $60.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 15, 2011  
Invoice 392825  
Page 11  
Client #  732310

Matter #  165839

|  |  |
|---|---:|
| Total Fees for Professional Services | $808.00 |
| TOTAL DUE FOR THIS INVOICE | **$808.00** |
|  | $1,365.60 |
| **TOTAL DUE FOR THIS MATTER** | **$2,173.60** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 15, 2011  
Invoice 392825  
Page 12  
Client #  732310

Matter # 165839

For services through October 31, 2011  
relating to Fee Applications of Others

| Date | Description | | | |
|---|---|---|---|---|
| 10/04/11 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 10/14/11 | Attention to e-mail re: Capstone August fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 200.00 | $180.00 |
| 10/14/11 | Email to B. Witters re: filing and service of Capstone August 2011 fee application | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| 10/14/11 | Review Capstone monthly fee application (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 340.00 | $136.00 |
| 10/18/11 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 10/20/11 | Attention to Fraser Milner August fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to M. Wunder re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 200.00 | $220.00 |
| 10/20/11 | Review Fraser Milner monthly fee application (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1); Review email from M. Wunder re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 340.00 | $170.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

November 15, 2011  
Invoice 392825  
Page 13  
Client # 732310

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/21/11 | Prepare cno re: Ashurst August fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 10/21/11 | Review email from B. Witters re: filing certificate of no objection re: Ashurst monthly fee application (.1); Review and execute same (.1) | | | | |
| | Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| 10/24/11 | Prepare cno re: Akin Gump August fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 10/24/11 | Review email from B. Witters re: filing certificate of no objection re: Akin Gump monthly fee application (.1); Review email from B. Kahn re: same (.1); Review and execute same (.1) | | | | |
| | Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |
| 10/27/11 | Attention to e-mail re: Ashurst September fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: service of same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| | Paralegal | Barbara J. Witters | 1.00 hrs. | 200.00 | $200.00 |
| 10/27/11 | Review email from B. Witters re: filing Ashurst monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | | |
| | Associate | Drew G. Sloan | 0.50 hrs. | 340.00 | $170.00 |
| 10/28/11 | Update fee status chart | | | | |
| | Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |

Total Fees for Professional Services  $1,620.00

TOTAL DUE FOR THIS INVOICE  **$1,620.00**

$3,981.20

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 15, 2011
Invoice 392825
Page 14
Client #  732310

Matter #  165839

**TOTAL DUE FOR THIS MATTER**                                    **$5,601.20**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

November 15, 2011  
Invoice 392825  
Page 15  
Client #  732310  

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Barbara J. Witters | 11.00 | 200.00 | 2,200.00 |
| Christopher M. Samis | 35.80 | 340.00 | 12,172.00 |
| Drew G. Sloan | 3.80 | 340.00 | 1,292.00 |
| Marisa Terranova | 1.90 | 280.00 | 532.00 |
| TOTAL | 52.50 | $308.50 | 16,196.00 |

**TOTAL DUE FOR THIS INVOICE**                                                                 $19,697.41

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310