# **EXHIBIT B**



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

November 15, 2011
Invoice 392825

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through October 31, 2011
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Court Reporter Services | $432.00 |
| Document Retrieval | $207.28 |
| Long distance telephone charges | $12.51 |
| Messenger and delivery service | $256.35 |
| Photocopying/ Printing  1,190 @ $.10/pg. / 6,178 @ $.10/pg. | $736.80 |
| Postage | $22.32 |
| Professional Services | $1,834.15 |

| | |
|---|---:|
| Other Charges | $3,501.41 |
| **TOTAL DUE FOR THIS INVOICE** | **$3,501.41** |
| BALANCE BROUGHT FORWARD | $956.79 |
| **TOTAL DUE FOR THIS MATTER** | **$4,458.20** |

■ ■ ■

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

November 15, 2011  
Invoice 392825  
Page 16  
Client # 732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc  
Matter: Nortel - Representation of Creditors Committee  
    Case Administration  
    Plan of Reorganization/Disclosure Statement  
    Claims Administration  
    Court Hearings  
    Employee Issues  
    Retention of Others  
    RLF Fee Applications  
    Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 10/11/11 | 12128721055 Long Distance | | LD |
| | Amount = | $8.34 | |
| 10/12/11 | 12128728121 Long Distance | | LD |
| | Amount = | $4.17 | |
| 10/13/11 | PARCELS, INC.: Inv 343662 - 165839 | | PROFEE |
| | Amount = | $1,834.15 | |
| 10/13/11 | PACER | | DOCRETRI |
| | Amount = | $143.68 | |
| 10/13/11 | PACER | | DOCRETRI |
| | Amount = | $4.80 | |
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $10.00 | |
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $10.40 | |
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $4.40 | |
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $3.40 | |
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $2.00 | |
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $71.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 15, 2011
Invoice 392825
Page 17
Client #  732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 10/13/11 | Printing | Amount = $7.30 | DUP.10CC |
| 10/13/11 | Printing | Amount = $2.20 | DUP.10CC |
| 10/13/11 | Printing | Amount = $10.60 | DUP.10CC |
| 10/13/11 | Printing | Amount = $2.60 | DUP.10CC |
| 10/13/11 | Printing | Amount = $11.50 | DUP.10CC |
| 10/13/11 | Printing | Amount = $4.10 | DUP.10CC |
| 10/13/11 | Printing | Amount = $69.70 | DUP.10CC |
| 10/13/11 | Printing | Amount = $7.80 | DUP.10CC |
| 10/13/11 | Printing | Amount = $3.00 | DUP.10CC |
| 10/13/11 | Printing | Amount = $6.40 | DUP.10CC |
| 10/13/11 | Printing | Amount = $3.20 | DUP.10CC |
| 10/13/11 | Printing | Amount = $10.50 | DUP.10CC |
| 10/13/11 | Printing | Amount = $10.80 | DUP.10CC |
| 10/13/11 | Printing | Amount = $1.10 | DUP.10CC |
| 10/13/11 | Printing | Amount = $1.20 | DUP.10CC |
| 10/13/11 | Printing | Amount = $1.20 | DUP.10CC |
| 10/13/11 | Printing | Amount = $6.40 | DUP.10CC |
| 10/13/11 | Printing | Amount = $3.00 | DUP.10CC |
| 10/13/11 | Printing | Amount = $69.70 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

November 15, 2011  
Invoice 392825  
Page 18  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $7.80 | |
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $3.20 | |
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $13.20 | |
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $2.00 | |
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $1.40 | |
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $1.50 | |
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $12.30 | |
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $10.50 | |
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $10.80 | |
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $5.60 | |
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $6.70 | |
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $5.60 | |
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $7.10 | |
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $8.30 | |
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $2.60 | |
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $3.20 | |
| 10/13/11 | Printing | | DUP.10CC |
| | Amount = | $5.30 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 15, 2011  
Invoice 392825  
Page 19  
Client #  732310

| Date | Description | | | Code |
|---|---|---|---|---|
| 10/13/11 | Printing | | | DUP.10CC |
| | | Amount = | $70.00 | |
| 10/14/11 | Photocopies | | | DUP.10CC |
| | | Amount = | $30.50 | |
| 10/14/11 | Messenger and delivery charges | | | MESS |
| | | Amount = | $6.40 | |
| 10/14/11 | Messenger and delivery | | | MESS |
| | | Amount = | $59.10 | |
| 10/14/11 | Messenger and delivery | | | MESS |
| | | Amount = | $16.50 | |
| 10/14/11 | Postage | | | POST |
| | | Amount = | $6.84 | |
| 10/14/11 | Printing | | | DUP.10CC |
| | | Amount = | $5.50 | |
| 10/14/11 | Printing | | | DUP.10CC |
| | | Amount = | $71.00 | |
| 10/17/11 | Messenger and delivery Fed Ex | | | MESS |
| | | Amount = | $29.45 | |
| 10/17/11 | PACER | | | DOCRETRI |
| | | Amount = | $29.92 | |
| 10/18/11 | PACER | | | DOCRETRI |
| | | Amount = | $15.60 | |
| 10/18/11 | Printing | | | DUP.10CC |
| | | Amount = | $2.80 | |
| 10/19/11 | Photocopies | | | DUP.10CC |
| | | Amount = | $24.50 | |
| 10/19/11 | Messenger and delivery charges | | | MESS |
| | | Amount = | $6.40 | |
| 10/19/11 | Messenger and delivery | | | MESS |
| | | Amount = | $51.30 | |
| 10/19/11 | PACER | | | DOCRETRI |
| | | Amount = | $3.92 | |
| 10/19/11 | Postage | | | POST |
| | | Amount = | $7.44 | |
| 10/19/11 | Printing | | | DUP.10CC |
| | | Amount = | $2.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

November 15, 2011  
Invoice 392825  
Page 20  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 10/20/11 | DIAZ DATA SERVICES: Transcript - 165839 | | CTRPT |
| | Amount = | $432.00 | |
| 10/20/11 | NORTEL NETWORKS - Messenger and delivery | | MESS |
| | Amount = | $17.50 | |
| 10/20/11 | Photocopies | | DUP.10CC |
| | Amount = | $36.00 | |
| 10/20/11 | Messenger and delivery | | MESS |
| | Amount = | $63.30 | |
| 10/20/11 | Printing | | DUP.10CC |
| | Amount = | $2.60 | |
| 10/20/11 | Printing | | DUP.10CC |
| | Amount = | $4.70 | |
| 10/20/11 | Printing | | DUP.10CC |
| | Amount = | $6.60 | |
| 10/21/11 | PACER | | DOCRETRI |
| | Amount = | $2.40 | |
| 10/21/11 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 10/25/11 | PACER | | DOCRETRI |
| | Amount = | $6.96 | |
| 10/27/11 | Photocopies | | DUP.10CC |
| | Amount = | $28.00 | |
| 10/27/11 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 10/27/11 | Postage | | POST |
| | Amount = | $8.04 | |
| 10/27/11 | Printing | | DUP.10CC |
| | Amount = | $5.00 | |
| 10/28/11 | Printing | | DUP.10CC |
| | Amount = | $1.70 | |
| 10/28/11 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |

TOTALS FOR   732310     Official Committee of the Board of Directors of Nortel Networks Inc

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 15, 2011
Invoice 392825
Page 21
Client #  732310

Expenses      $3,501.41