**Exhibit B**

# Invoice

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **21 November 2011**      Our Ref: **GDB/CCN01.00001**      Invoice No.: **319616**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 151,560.00 |
| For the period to 31 October 2011. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 1,049.60 |
| **Disbursements:** (NT) | | | |
| International Travel, Hotel and Related Expenses | 0.00 | 0.00 | 7,625.56 |
| Fares and Incidental Expenses | 0.00 | 0.00 | 426.90 |
| | 0.00 | | 160,662.06 |
| | | VAT | 0.00 |
| | | Total | 160,662.06 |
| | | **Balance Due** | **160,662.06** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 319616 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN
MUNICH  NEW YORK  PARIS  ROME  SINGAPORE  STOCKHOLM  TOKYO  WASHINGTON DC

# ashurst

The Official Unsecured Creditors Committee
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/10/2011

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner: | Giles Boothman | 3.20 | 2,208.00 | (C0007) |
|  |  | 0.90 | 621.00 | (C0012) |
|  |  | 3.20 | 2,208.00 | (C0018) |
|  |  | 5.50 | 3,795.00 | (C0019) |
|  |  | 6.00 | 4,140.00 | (C0031) |
|  |  | **18.80** | **12,972.00** |  |
| Partner: | Carl Meyntjens | 2.00 | 1,320.00 | (C0012) |
|  |  | **2.00** | **1,320.00** |  |
| Partner: | Eric Bouffard | 0.50 | 330.00 | (C0012) |
|  |  | **0.50** | **330.00** |  |
| Partner: | Richard Palmer | 2.90 | 2,102.50 | (C0018) |
|  |  | **2.90** | **2,102.50** |  |
| Partner: | Steven Hull | 5.10 | 3,366.00 | (C0019) |
|  |  | **5.10** | **3,366.00** |  |
| Partner: | Angela Pearson | 4.00 | 2,640.00 | (C0007) |
|  |  | 8.50 | 5,610.00 | (C0012) |
|  |  | 7.80 | 5,148.00 | (C0019) |
|  |  | 2.00 | 1,320.00 | (C0031.) |
|  |  | **22.30** | **14,718.00** |  |
| Consultant: | Elsa Arbrandt | 8.00 | 4,880.00 | (C0012) |
|  |  | **8.00** | **4,880.00** |  |
| Counsel: | Johan Gregow | 1.50 | 870.00 | (C0012) |
|  |  | **1.50** | **870.00** |  |
| Counsel: | Marcus Fink | 3.10 | 1,798.00 | (C0019) |
|  |  | **3.10** | **1,798.00** |  |
| Senior Associate: | Pierre –Emmanuel Fender | 2.30 | 1,242.00 | (C0012) |
|  |  | **2.30** | **1,242.00** |  |
| Senior Associate: | Fredrik Hag | 0.40 | 216.00 | (C0012) |
|  |  | **0.40** | **216.00** |  |
| Senior Associate: | Lindsay Connal | 0.70 | 322.00 | (C0012) |
|  |  | **0.70** | **322.00** |  |

| Role | Name | Hours | Amount | Code |
|---|---|---:|---:|---|
| Associate: | Paul Bagon | 8.70 | 3,436.50 | (C0003) |
| | | 2.60 | 1,027.00 | (C0007) |
| | | 46.10 | 18,209.50 | (C0012) |
| | | 0.70 | 276.50 | (C0018) |
| | | 4.00 | 1,580.00 | (C0019) |
| | | 4.90 | 1,935.50 | (C0031) |
| | | **67.00** | **26,465.00** | |
| Associate | Antonia Croke | 4.50 | 1,912.50 | (C0007) |
| | | 12.40 | 5,270.00 | (C0008) |
| | | 46.10 | 19,592.50 | (C0012) |
| | | 10.50 | 4,462.50 | (C0019) |
| | | 28.80 | 12,240.00 | (C0025) |
| | | 0.80 | 340.00 | (C0031) |
| | | **103.10** | **43,817.50** | |
| Associate | Andy Wright | 0.10 | 36.00 | (C0019) |
| | | **0.10** | **36.00** | |
| Professional Development | Katharina Crinson | 1.00 | 395.00 | (C0019) |
| | | **1.00** | **395.00** | |
| Junior Associate | Lindsay Roberts | 0.40 | 116.00 | (C0003) |
| | | 3.00 | 870.00 | (C0007) |
| | | 12.50 | 3,625.00 | (C0008) |
| | | 32.60 | 9,454.00 | (C0012) |
| | | 28.80 | 8,352.00 | (C0025) |
| | | 1.30 | 377.00 | (C0031) |
| | | **78.60** | **22,794.00** | |
| Junior Associate | Josefin Holmgren | 5.20 | 1,508.00 | (C0012) |
| | | **5.20** | **1,508.00** | |
| Junior Associate | Sophie Alexane | 7.70 | 2,233.00 | (C0012) |
| | | **7.70** | **2,233.00** | |
| Trainee: | Aimée Chalmers | 4.40 | 814.00 | (C0012) |
| | | **4.40** | **814.00** | |
| Trainee: | James Seddon | 1.60 | 296.00 | (C0018) |
| | | **1.60** | **296.00** | |
| Trainee: | Dominic Boon | 4.20 | 777.00 | (C0019) |
| | | **4.20** | **777.00** | |
| Trainee: | Lisa Thompson | 3.40 | 629.00 | (C0012) |
| | | **3.40** | **629.00** | |
| Trainee: | Tim Cant | 31.40 | 5,809.00 | (C0012) |
| | | 10.00 | 1,850.00 | (C0019) |
| | | **41.40** | **7,659.00** | |
| | **Total** | **385.30** | **151,560.00** | |

The Official Unsecured Creditors Committee
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/10/2011

**Matter: CCN01.00001 - BANKRUPTCY**

**C0003**     <u>Ashurst Fee Application/Monthly Billing Reports</u>

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Associate** | | | | |
| PDB | Paul Bagon | 8.70 | 395.00 | 3,436.50 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 0.40 | 290.00 | 116.00 |
| | | | Total | **3,552.50** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 19/10/2011 | Paul Bagon | LETT | Ashurst monthly fee app. | 1.50 | 395.00 | 592.50 |
| 20/10/2011 | Paul Bagon | DRFT | fee app. | 0.50 | 395.00 | 197.50 |
| 24/10/2011 | Lindsey Roberts | READ | Monthly fee application | 0.40 | 290.00 | 116.00 |
| 24/10/2011 | Paul Bagon | DRFT | monthly fee app. | 1.00 | 395.00 | 395.00 |
| 26/10/2011 | Paul Bagon | DRFT | Monthly fee app. | 5.00 | 395.00 | 1,975.00 |
| 27/10/2011 | Paul Bagon | LETT | finalising and sending out monthly fee app. | 0.70 | 395.00 | 276.50 |
| | | | | | | **3,552.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0007 | Creditors Committee Meetings | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|
| **Partner** | | | | | |
| AMP | Angela Pearson | | 4.00 | 660.00 | 2,640.00 |
| GDB | Giles Boothman | | 3.20 | 690.00 | 2,208.00 |
| **Associate** | | | | | |
| ACROKE | Antonia Croke | | 4.50 | 425.00 | 1,912.50 |
| PDB | Paul Bagon | | 2.60 | 395.00 | 1,027.00 |
| **Junior Associate** | | | | | |
| LROBER | Lindsey Roberts | | 3.00 | 290.00 | 870.00 |
| | | | | Total | **8,657.50** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/10/2011 | Giles Boothman | ATTD | UCC call | 0.80 | 690.00 | 552.00 |
| 05/10/2011 | Antonia Croke | ATTD | Attend UCC call and consider agenda | 1.40 | 425.00 | 595.00 |
| 05/10/2011 | Giles Boothman | ATTD | UCC call | 0.70 | 690.00 | 483.00 |
| 05/10/2011 | Lindsey Roberts | PHON | Nortel call | 0.50 | 290.00 | 145.00 |
| 05/10/2011 | Paul Bagon | PHON | UCC weekly meeting. | 0.80 | 395.00 | 316.00 |
| 12/10/2011 | Antonia Croke | ATTD | attend UCC call and Akin's offices | 1.00 | 425.00 | 425.00 |
| 12/10/2011 | Giles Boothman | ATTD | UCC call | 0.50 | 690.00 | 345.00 |
| 12/10/2011 | Lindsey Roberts | PHON | UCC call | 0.50 | 290.00 | 145.00 |
| 19/10/2011 | Antonia Croke | ATTD | Attend UCC Call, conference with AMP, LROBER abd P BAGON re same | 2.10 | 425.00 | 892.50 |
| 19/10/2011 | Angela Pearson | PREP | Prepare for the Committee Call | 3.00 | 660.00 | 1,980.00 |
| 19/10/2011 | Angela Pearson | ATTD | Attending Committee Call | 1.00 | 660.00 | 660.00 |
| 19/10/2011 | Giles Boothman | ATTD | UCC call | 0.40 | 690.00 | 276.00 |
| 19/10/2011 | Lindsey Roberts | PHON | UCC call | 1.00 | 290.00 | 290.00 |
| 19/10/2011 | Paul Bagon | PHON | UCC weekly call. | 0.80 | 395.00 | 316.00 |
| 27/10/2011 | Giles Boothman | LETT | UCC call | 0.80 | 690.00 | 552.00 |
| 27/10/2011 | Lindsey Roberts | PHON | UCC call | 1.00 | 290.00 | 290.00 |
| 27/10/2011 | Paul Bagon | PHON | UCC weekly call. | 1.00 | 395.00 | 395.00 |

8,657.50

**Matter: CCN01.00001 - BANKRUPTCY**

| <u>C0008</u> | <u>Court Hearings</u> | | | |
|---|---|---|---|---|
| | | **Time (Decimal)** | **Std Rate (GBP /hour)** | **Amount** |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 12.40 | 425.00 | 5,270.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 12.50 | 290.00 | 3,625.00 |
| | | | Total | 8,895.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 14/10/2011 | Antonia Croke | ATTD | Attending hearing of Motion to Dismiss NNUK claims in Delaware Bankruptcy Court, including preparation for hearing, and travel from Delaware to New York | 12.40 | 425.00 | 5,270.00 |
| 14/10/2011 | Lindsey Roberts | PREP | Nortel Hearing, prep and travel | 12.50 | 290.00 | 3,625.00 |
| | | | | | | 8,895.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0012** **General Claims Analysis/Claims Objections**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 8.50 | 660.00 | 5,610.00 |
| CEM | Carl Meyntjens | 2.00 | 660.00 | 1,320.00 |
| ERB | Eric Bouffard | 0.50 | 660.00 | 330.00 |
| GDB | Giles Boothman | 0.90 | 690.00 | 621.00 |
| **Consultant** | | | | |
| ARBRAN | Elsa Arbrandt | 8.00 | 610.00 | 4,880.00 |
| **Counsel** | | | | |
| JZG | Johan Gregow | 1.50 | 580.00 | 870.00 |
| **Senior Associate** | | | | |
| FVHAG | Fredrik Hag | 0.40 | 540.00 | 216.00 |
| LCC | Lindsay Connal | 0.70 | 460.00 | 322.00 |
| PEF | Pierre-Emmanuel Fender | 2.30 | 540.00 | 1,242.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 46.10 | 425.00 | 19,592.50 |
| PDB | Paul Bagon | 46.10 | 395.00 | 18,209.50 |
| **Junior Associate** | | | | |
| JHOLMG | Josefin Holmgren | 5.20 | 290.00 | 1,508.00 |
| LROBER | Lindsey Roberts | 32.60 | 290.00 | 9,454.00 |
| SALEX | Sophie Alexane | 7.70 | 290.00 | 2,233.00 |
| **Trainee** | | | | |
| ACHALM | Aimée Chalmers | 4.40 | 185.00 | 814.00 |
| LTHOMP | Lisa Thompson | 3.40 | 185.00 | 629.00 |
| TCANT | Tim Cant | 31.40 | 185.00 | 5,809.00 |
| | | | Total | **73,660.00** |

**Matter: CCN01.00001 – BANKRUPTCY**

### C0012    General Claims Analysis/Claims Objections

|  |  |  | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 21/09/2011 | Aimée Chalmers | MISC | Identified and contrasted Counsels' opinions on all key points in their declarations in support and opposition to dismissal of NNUK's claims. | 2.30 | 185.00 | 425.50 |
| 22/09/2011 | Aimée Chalmers | MISC | Comparing statements of Todd and Marshall to facilitate analysis by LROBER. | 2.10 | 185.00 | 388.50 |
| 01/10/2011 | Antonia Croke | READ | Review comments on analysis of NNI reply; draft amendments and further comments re UK claims; confer LROBER re same. | 2.30 | 425.00 | 977.50 |
| 01/10/2011 | Lindsey Roberts | READ | Reading case law | 1.50 | 290.00 | 435.00 |
| 01/10/2011 | Lindsey Roberts | LETT | Finalising comments & sending out email | 0.70 | 290.00 | 203.00 |
| 03/10/2011 | Angela Pearson | DRFT | Review revised drafts/emails | 2.50 | 660.00 | 1,650.00 |
| 03/10/2011 | Elsa Arbrandt | LETT | Review of draft new version of Swedish memorandum. | 2.00 | 610.00 | 1,220.00 |
| 03/10/2011 | Fredrik Hag | DRFT | Prepared Swedish law memorandum on value transfer. | 0.40 | 540.00 | 216.00 |
| 03/10/2011 | Josefin Holmgren | DRFT | Drafting memo regarding Swedish law claims and internal discussions. | 4.40 | 290.00 | 1,276.00 |
| 03/10/2011 | Johan Gregow | LETT | Amending Swedish claims memo | 1.50 | 580.00 | 870.00 |
| 03/10/2011 | Lindsey Roberts | PHON | Call with Akin on French analysis | 0.90 | 290.00 | 261.00 |
| 03/10/2011 | Lindsey Roberts | LETT | Email to Brad re expert deposition | 0.20 | 290.00 | 58.00 |
| 03/10/2011 | Paul Bagon | PHON | with AG and Ashurst Paris re update draft expert statements. | 1.00 | 395.00 | 395.00 |
| 03/10/2011 | Paul Bagon | READ | French expert statements x2 and reviewing Ashurst Paris comments. | 3.00 | 395.00 | 1,185.00 |
| 03/10/2011 | Paul Bagon | READ | NNUK draft expert opinions and NNI motion. | 2.00 | 395.00 | 790.00 |
| 03/10/2011 | Pierre-Emmanuel Fender | CASE | conf call et lecture document | 1.00 | 540.00 | 540.00 |
| 03/10/2011 | Sophie Alexane | PHON | Phone call avec J. Rubin d'Akin Gump, P. Bagon et PE Fender concernant l'opinion de Menjucq et la supplemental reply de Bremond; review de la supplemental reply de Bremond; préparation d'un classeur regroupant tous les documents utiles pour la deposition à Londres le 11 octobre | 3.90 | 290.00 | 1,131.00 |
| 04/10/2011 | Antonia Croke | LETT | Emails re deposition logistics and Todd prep session | 0.70 | 425.00 | 297.50 |
| 04/10/2011 | Antonia Croke | READ | Review draft NNI reply and Todd declaration; draft comments re same; confer LROBER re same | 5.70 | 425.00 | 2,422.50 |
| 04/10/2011 | Angela Pearson | LETT | Review docs | 0.50 | 660.00 | 330.00 |
| 04/10/2011 | Angela Pearson | INTD | Discussions LCC | 0.50 | 660.00 | 330.00 |
| 04/10/2011 | Elsa Arbrandt | LETT | Continued review of the Swedish memorandum. | 3.00 | 610.00 | 1,830.00 |
| 04/10/2011 | Eric Bouffard | CASE | Point PEF pour cross-examination | 0.50 | 660.00 | 330.00 |
| 04/10/2011 | Josefin Holmgren | DRFT | Updating memo regarding Swedish law claims, discussions and emails. | 0.80 | 290.00 | 232.00 |
| 04/10/2011 | Lindsay Connal | INTD | AMP | 0.50 | 460.00 | 230.00 |
| 04/10/2011 | Lindsey Roberts | LETT | Review of Todd's declaration | 5.00 | 290.00 | 1,450.00 |
| 04/10/2011 | Paul Bagon | READ | NNUK drafts and related emails. | 3.50 | 395.00 | 1,382.50 |
| 04/10/2011 | Pierre-Emmanuel Fender | CASE | Relecture Brémond | 0.30 | 540.00 | 162.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0012**      **General Claims Analysis/Claims Objections**

| Date | Name | Code | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 04/10/2011 | Sophie Alexane | READ | Review du nouveau draft de la supplemental reply de Bremond et discussion avec PE Fender concernant ce nouveau draft; envoi de nos commentaires à J. Rubin d'Akin Gump | 1.40 | 290.00 | 406.00 |
| 04/10/2011 | Tim Cant | READ | considering Todd QC's reply | 1.90 | 185.00 | 351.50 |
| 04/10/2011 | Tim Cant | DRFT | Drafting reply points on Todd QC response | 1.00 | 185.00 | 185.00 |
| 04/10/2011 | Tim Cant | READ | Reading of joint reply. | 1.70 | 185.00 | 314.50 |
| 05/10/2011 | Antonia Croke | INTD | Consider issues with GDB and PDB re hearings, strategy and timings | 1.20 | 425.00 | 510.00 |
| 05/10/2011 | Antonia Croke | INTD | Consider issues with LROBER and TCANT re merged pleadings and hearing issues. | 0.70 | 425.00 | 297.50 |
| 05/10/2011 | Antonia Croke | READ | Consider emails re deposition scheduled | 0.50 | 425.00 | 212.50 |
| 05/10/2011 | Antonia Croke | READ | Review Marshall declaration of NNI reply | 2.90 | 425.00 | 1,232.50 |
| 05/10/2011 | Angela Pearson | LETT | Review Motion/Reply | 1.00 | 660.00 | 660.00 |
| 05/10/2011 | Elsa Arbrandt | LETT | Draft memo on Swedish law. | 3.00 | 610.00 | 1,830.00 |
| 05/10/2011 | Carl Meyntjens | LETT | Belgian claims memo | 1.00 | 660.00 | 660.00 |
| 05/10/2011 | Lindsey Roberts | INTD | Discussion with AMP & team x 2 | 1.00 | 290.00 | 290.00 |
| 05/10/2011 | Lindsey Roberts | INTD | INTD with AMP & ACROKE | 0.50 | 290.00 | 145.00 |
| 05/10/2011 | Paul Bagon | DRFT | deposition schedule | 1.00 | 395.00 | 395.00 |
| 05/10/2011 | Paul Bagon | LETT | French briefs. | 1.00 | 395.00 | 395.00 |
| 05/10/2011 | Paul Bagon | READ | UK briefs. | 1.00 | 395.00 | 395.00 |
| 05/10/2011 | Paul Bagon | INTD | AC, LR, TC, GDB re depositions. | 1.00 | 395.00 | 395.00 |
| 05/10/2011 | Sophie Alexane | READ | Review de la summary chart et de la joint reply in further support of objection and motion to dismiss claims of NNSA | 0.80 | 290.00 | 232.00 |
| 05/10/2011 | Tim Cant | ATTD | Meeting on Nortel re: depositions/next steps | 0.60 | 185.00 | 111.00 |
| 06/10/2011 | Antonia Croke | INTD | Consider issues with AMP, PDB and LROBER re depositions | 0.60 | 425.00 | 255.00 |
| 06/10/2011 | Antonia Croke | LETT | Emails re depositions and evidence | 0.90 | 425.00 | 382.50 |
| 06/10/2011 | Antonia Croke | READ | Review reply evidence of NNI and Todd's declaration in reply. | 4.20 | 425.00 | 1,785.00 |
| 06/10/2011 | Angela Pearson | LETT | Review Reply - brief | 1.00 | 660.00 | 660.00 |
| 06/10/2011 | Angela Pearson | INTD | Discussion LCC | 0.20 | 660.00 | 132.00 |
| 06/10/2011 | Lindsay Connal | INTD | AMP | 0.20 | 460.00 | 92.00 |
| 06/10/2011 | Lindsey Roberts | LETT | Reviewing Todd's declaration and NNL Reply | 2.00 | 290.00 | 580.00 |
| 06/10/2011 | Paul Bagon | CASE | re deposition process. | 2.00 | 395.00 | 790.00 |
| 06/10/2011 | Paul Bagon | READ | final deposition pleadings. | 4.30 | 395.00 | 1,698.50 |
| 06/10/2011 | Pierre-Emmanuel Fender | READ | reading + conf call | 1.00 | 540.00 | 540.00 |
| 06/10/2011 | Sophie Alexane | READ | Review du draft reply brief; discussion avec PE Fender concernant ce document et phone call avec J. Rubin d'Akin Gump et PE Fender pour transmettre nos commentaires à Akin Gump. | 1.60 | 290.00 | 464.00 |
| 06/10/2011 | Tim Cant | DRFT | Drafting Todd's reply into merged summary | 8.00 | 185.00 | 1,480.00 |
| 07/10/2011 | Antonia Croke | ATTD | Attend deposition of M Todd QC; prep for deposition | 9.60 | 425.00 | 4,080.00 |
| 07/10/2011 | Antonia Croke | LETT | Emails re summary of Todd deposition and outstanding issues | 1.80 | 425.00 | 765.00 |
| 07/10/2011 | Antonia Croke | INTD | Consider issues with LROBER and TCANT re deposition and Marshall prep | 0.80 | 425.00 | 340.00 |
| 07/10/2011 | Angela Pearson | LETT | Review deposition outline | 0.50 | 660.00 | 330.00 |
| 07/10/2011 | Giles Boothman | READ | Emails re. depositions | 0.30 | 690.00 | 207.00 |
| 07/10/2011 | Giles Boothman | SUPE | Team re. depositions | 0.30 | 690.00 | 207.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0012**</u>     <u>**General Claims Analysis/Claims Objections**</u>

| Date | Name | Type | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 07/10/2011 | Tim Cant | LETT | Proof reading Todd reply segment of the merged pleading | 0.60 | 185.00 | 111.00 |
| 08/10/2011 | Antonia Croke | LETT | Email re Marshall deposition | 0.40 | 425.00 | 170.00 |
| 08/10/2011 | Lindsey Roberts | LETT | Prep for cross-ex of Marshall | 9.50 | 290.00 | 2,755.00 |
| 09/10/2011 | Antonia Croke | DRFT | Review Marshall outline and draft comments; emails with Cleary and Akin re same; confer LROBER and TCANT re same | 6.60 | 425.00 | 2,805.00 |
| 09/10/2011 | Angela Pearson | LETT | Emails re Nortel | 1.30 | 660.00 | 858.00 |
| 09/10/2011 | Tim Cant | LETT | Cross examination documents for Marshall QC's deposition | 8.60 | 185.00 | 1,591.00 |
| 10/10/2011 | Antonia Croke | LETT | Emails re deposition | 0.50 | 425.00 | 212.50 |
| 10/10/2011 | Antonia Croke | READ | Reviews pleadings for hearing | 2.80 | 425.00 | 1,190.00 |
| 10/10/2011 | Angela Pearson | LETT | Discussions re Nortel | 1.00 | 660.00 | 660.00 |
| 10/10/2011 | Lindsey Roberts | LETT | Cross-ex of Marshall | 8.00 | 290.00 | 2,320.00 |
| 10/10/2011 | Tim Cant | CASE | Nortel claims/materials. | 2.00 | 185.00 | 370.00 |
| 10/10/2011 | Tim Cant | CASE | Finalising bundles for the US. | 1.30 | 185.00 | 240.50 |
| 11/10/2011 | Tim Cant | READ | Responding to emails | 1.70 | 185.00 | 314.50 |
| 12/10/2011 | Antonia Croke | LETT | Emails regarding UCC call, Delaware hearing and UK pensions decisions, confer LROBERT re same | 1.80 | 425.00 | 765.00 |
| 12/10/2011 | Lindsey Roberts | ATTD | NY meetings re claims | 3.00 | 290.00 | 870.00 |
| 13/10/2011 | Antonia Croke | PREP | Review evidence and prep for hearing of motion to dismiss claims | 1.80 | 425.00 | 765.00 |
| 14/10/2011 | Giles Boothman | READ | Emails re. outcome of Delaware hg | 0.30 | 690.00 | 207.00 |
| 14/10/2011 | Tim Cant | RSCH | Research on Quistclose | 1.00 | 185.00 | 185.00 |
| 14/10/2011 | Tim Cant | RSCH | Quistclose case and related reference in Nortel documents and declarations | 1.00 | 185.00 | 185.00 |
| 14/10/2011 | Tim Cant | RSCH | Case summary of Quistclose | 1.00 | 185.00 | 185.00 |
| 18/10/2011 | Paul Bagon | READ | transcript from Todd deposition. | 2.00 | 395.00 | 790.00 |
| 18/10/2011 | Tim Cant | RSCH | Reviewing Pension Case | 1.00 | 185.00 | 185.00 |
| 19/10/2011 | Lindsey Roberts | INTD | Update re NY Hearing with team | 0.30 | 290.00 | 87.00 |
| 19/10/2011 | Paul Bagon | INTD | AMP, LR and AC re claims hearings. | 1.00 | 395.00 | 395.00 |
| 20/10/2011 | Paul Bagon | LETT | Swedish claims analysis. | 3.50 | 395.00 | 1,382.50 |
| 21/10/2011 | Paul Bagon | LETT | amending Swedish memo. | 3.00 | 395.00 | 1,185.00 |
| 24/10/2011 | Paul Bagon | DRFT | Swedish claims analysis memo. | 2.50 | 395.00 | 987.50 |
| 25/10/2011 | Lisa Thompson | LETT | proofreading note on claims by the joint administrators under Swedish law | 2.50 | 185.00 | 462.50 |
| 25/10/2011 | Paul Bagon | DRFT | Swedish memo. | 1.50 | 395.00 | 592.50 |
| 26/10/2011 | Carl Meyntjens | LETT | Belgian claims analysis memo | 1.00 | 660.00 | 660.00 |
| 26/10/2011 | Lisa Thompson | LETT | finishing the proofing of note on Swedish law issues | 0.90 | 185.00 | 166.50 |
| 27/10/2011 | Antonia Croke | READ | Consider email re: transfer pricing; confer LROBER re; UCC Call | 0.30 | 425.00 | 127.50 |
| 27/10/2011 | Paul Bagon | LETT | German claims analysis memo. | 2.30 | 395.00 | 908.50 |
| 27/10/2011 | Paul Bagon | DRFT | finalising Swedish memo. | 1.00 | 395.00 | 395.00 |
| 28/10/2011 | Paul Bagon | LETT | German claims analysis. | 2.50 | 395.00 | 987.50 |
| 31/10/2011 | Paul Bagon | DRFT | German claims analysis memo. | 3.50 | 395.00 | 1,382.50 |
| 31/10/2011 | Paul Bagon | LETT | Spanish claims analysis memo. | 3.50 | 395.00 | 1,382.50 |

                                                                                        **73,660.00**

**Matter: CCN01.00001 - BANKRUPTCY**

| <u>C0018</u> | <u>Tax Issues</u> | | | |
|---|---|---|---|---|
| | | **Time (Decimal)** | **Std Rate (GBP /hour)** | **Amount** |
| **Partner** | | | | |
| GDB | Giles Boothman | 3.20 | 690.00 | 2,208.00 |
| RCP | Richard Palmer | 2.90 | 725.00 | 2,102.50 |
| **Associate** | | | | |
| PDB | Paul Bagon | 0.70 | 395.00 | 276.50 |
| **Trainee** | | | | |
| JSEDDO | James Seddon | 1.60 | 185.00 | 296.00 |
| | | | Total | 4,883.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/10/2011 | Giles Boothman | SUPE | Re. tax/RCP | 0.30 | 690.00 | 207.00 |
| 05/10/2011 | Giles Boothman | LETT | Emails re. tax | 0.20 | 690.00 | 138.00 |
| 05/10/2011 | Richard Palmer | INTD | Discussions. | 0.40 | 725.00 | 290.00 |
| 06/10/2011 | Giles Boothman | READ | Emails/docs/meeting notes re. tax | 0.50 | 690.00 | 345.00 |
| 06/10/2011 | Giles Boothman | ATTD | Briefing with RCP re. tax | 0.70 | 690.00 | 483.00 |
| 06/10/2011 | Giles Boothman | SUPE | Set up call re. tax | 0.20 | 690.00 | 138.00 |
| 06/10/2011 | James Seddon | LETT | TCGA 52(4) - apportionment research | 1.60 | 185.00 | 296.00 |
| 06/10/2011 | Paul Bagon | INTD | GDB and RCP re EMEA tax issues. | 0.70 | 395.00 | 276.50 |
| 06/10/2011 | Richard Palmer | INTD | Internal discussions with GDB. | 1.50 | 725.00 | 1,087.50 |
| 07/10/2011 | Giles Boothman | SUPE | Re. tax meeting | 0.30 | 690.00 | 207.00 |
| 10/10/2011 | Richard Palmer | PHON | Tel call with Akin Gump. | 1.00 | 725.00 | 725.00 |
| 11/10/2011 | Giles Boothman | LETT | HS/EY re meeting re. tax professionals call - preparation/issues/internal discussions | 0.20 | 690.00 | 138.00 |
| 12/10/2011 | Giles Boothman | LETT | Email re. tax meeting | 0.10 | 690.00 | 69.00 |
| 13/10/2011 | Giles Boothman | SUPE | Emails re. tax meeting | 0.30 | 690.00 | 207.00 |
| 25/10/2011 | Giles Boothman | LETT | F Hodara re tax mtg | 0.10 | 690.00 | 69.00 |
| 26/10/2011 | Giles Boothman | LETT | S Gale re tax | 0.10 | 690.00 | 69.00 |
| 26/10/2011 | Giles Boothman | READ | Emails re tax | 0.20 | 690.00 | 138.00 |

4,883.00

**Matter: CCN01.00001 - BANKRUPTCY**

**C0019**      **Labor Issues/Employee Benefits**

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 7.80 | 660.00 | 5,148.00 |
| GDB | Giles Boothman | 5.50 | 690.00 | 3,795.00 |
| SEH | Steven Hull | 5.10 | 660.00 | 3,366.00 |
| **Counsel** | | | | |
| MDF | Marcus Fink | 3.10 | 580.00 | 1,798.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 10.50 | 425.00 | 4,462.50 |
| ACW | Andy Wright | 0.10 | 360.00 | 36.00 |
| PDB | Paul Bagon | 4.00 | 395.00 | 1,580.00 |
| **Professional Development** | | | | |
| KCRINS | Katharina Crinson | 1.00 | 395.00 | 395.00 |
| **Trainee** | | | | |
| DBOON | Dominic Boon | 4.20 | 185.00 | 777.00 |
| TCANT | Tim Cant | 10.00 | 185.00 | 1,850.00 |
| | | | Total | **23,207.50** |

**Matter: CCN01.00001 – BANKRUPTCY**

### C0019     Labor Issues/Employee Benefits

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/10/2011 | Andy Wright | LETT | Internal email correspondence with Paul Bagon re. pension note | 0.10 | 360.00 | 36.00 |
| 12/10/2011 | Giles Boothman | LETT | Email re. court of appeal | 0.10 | 690.00 | 69.00 |
| 12/10/2011 | Giles Boothman | INTD | Angela and Dominic re. court of appeal | 0.20 | 690.00 | 138.00 |
| 12/10/2011 | Steven Hull | INTD | Discussion with Giles Boothman regarding attendance at Nortel Professionals call; preparing for and attending Nortel Professionals call regarding pensions hearing and related matters and review emails with Antonia Croke and Giles Boothman re: same. | 1.20 | 660.00 | 792.00 |
| 13/10/2011 | Antonia Croke | LETT | Emails re UK pensions hearing decision | 0.70 | 425.00 | 297.50 |
| 13/10/2011 | Steven Hull | READ | Review Dominic Boon emails regarding update in connection with Court of Appeal hearing and related matters. | 0.20 | 660.00 | 132.00 |
| 14/10/2011 | Antonia Croke | LETT | Emails regarding Pensions Decision in England, consider judgment | 2.60 | 425.00 | 1,105.00 |
| 14/10/2011 | Dominic Boon | DRFT | Producing a case summary of the Nortel Judgment including responses to queries regarding whether a financial support direction had been served on Nortel and whether the judge agreed with the underlying statutes. | 4.20 | 185.00 | 777.00 |
| 14/10/2011 | Giles Boothman | READ | Emails/docs/judgement re. pensions hearing | 1.00 | 690.00 | 690.00 |
| 14/10/2011 | Katharina Crinson | DRFT | Email re C/A hearing and summary. Liaising with Dominic Boon and Lindsey Roberts. | 1.00 | 395.00 | 395.00 |
| 14/10/2011 | Marcus Fink | LETT | Review and consider Nortel/Lehman appeal judgement. Cons with DBOON re responses to questions and review Akin/internal emails re the same | 3.10 | 580.00 | 1,798.00 |
| 14/10/2011 | Steven Hull | LETT | Emails with Dominic Boon and Antonia Croke regarding result of Nortel pensions hearing and responding to queries from Giles Boothman and Katharina Crinson regarding draft briefing to client and review of case summary briefing and case notes from Nicolas Stalworthy QC. | 1.90 | 660.00 | 1,254.00 |
| 14/10/2011 | Tim Cant | READ | Nortel Pensions case | 2.00 | 185.00 | 370.00 |
| 15/10/2011 | Antonia Croke | LETT | Emails re Delaware hearing and UK Pensions Judgment | 2.60 | 425.00 | 1,105.00 |
| 15/10/2011 | Giles Boothman | READ | Read/digest pensions call | 2.00 | 690.00 | 1,380.00 |
| 17/10/2011 | Angela Pearson | LETT | Review of pensions memo re Nortel | 2.50 | 660.00 | 1,650.00 |
| 17/10/2011 | Angela Pearson | LETT | Discussions re Pensions Memo | 0.50 | 660.00 | 330.00 |
| 17/10/2011 | Giles Boothman | INTD | Angela re. pensions case | 0.50 | 690.00 | 345.00 |
| 17/10/2011 | Giles Boothman | LETT | Draft email re. implications of pension case | 0.70 | 690.00 | 483.00 |
| 17/10/2011 | Giles Boothman | READ | Pensions case and emails | 1.00 | 690.00 | 690.00 |
| 17/10/2011 | Steven Hull | LETT | review Giles Boothman emails and review draft email to client re court of appeal judgement in Nortel and Lehman cases. | 0.30 | 660.00 | 198.00 |
| 17/10/2011 | Tim Cant | LETT | Nortel Pension decision | 4.00 | 185.00 | 740.00 |
| 17/10/2011 | Tim Cant | LETT | Drafting case analysis on decision | 2.00 | 185.00 | 370.00 |
| 18/10/2011 | Angela Pearson | LETT | Review emails - re Nortel/Lehman decision | 0.50 | 660.00 | 330.00 |
| 18/10/2011 | Angela Pearson | LETT | Nortel/Lehman decision | 3.50 | 660.00 | 2,310.00 |
| 18/10/2011 | Paul Bagon | READ | CoA decision re Lehman / Nortel pension claims | 2.00 | 395.00 | 790.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

| C0019 | | | **Labor Issues/Employee Benefits** | | | |
|---|---|---|---|---|---|---|
| | | | | **Time (Decimal)** | **Std Rate (GBP /hour)** | **Amount** |
| 18/10/2011 | Paul Bagon | INTD | re CoA decision | 0.50 | 395.00 | 197.50 |
| 18/10/2011 | Steven Hull | READ | Review Giles Boothman email to client on summary of Nortel and Lehman hearing; review attached summary; review comments from Brad Kahn and David Botter and review subsequent email to committee members | 0.50 | 660.00 | 330.00 |
| 18/10/2011 | Tim Cant | DRFT | Marking up Pension case for Angela/Antonia and Lindsey with contents pages and index | 2.00 | 185.00 | 370.00 |
| 19/10/2011 | Angela Pearson | INTD | Discussion P Bagon | 0.20 | 660.00 | 132.00 |
| 19/10/2011 | Angela Pearson | READ | Review emails | 0.20 | 660.00 | 132.00 |
| 19/10/2011 | Angela Pearson | INTD | Email – TCANT | 0.20 | 660.00 | 132.00 |
| 19/10/2011 | Angela Pearson | INTD | Email – LROBER | 0.20 | 660.00 | 132.00 |
| 19/10/2011 | Paul Bagon | READ | Supreme Court FSD decision. | 1.50 | 395.00 | 592.50 |
| 19/10/2011 | Steven Hull | LETT | Review Paul Bagon email and review attached agenda and note regarding Nortel Court of Appeal hearing and related matters and emails to Paul Bagon and Angela Pearson and Giles Boothman regarding attending same; preparing for same and attending weekly committee conference call | 1.00 | 660.00 | 660.00 |
| 24/10/2011 | Antonia Croke | READ | Consider CA Judgment of Lloyd LJ, possible appeal issues and effect on allocation dispute | 2.90 | 425.00 | 1,232.50 |
| 28/10/2011 | Antonia Croke | LETT | Emails re: pensions judgments update | 0.40 | 425.00 | 170.00 |
| 28/10/2011 | Antonia Croke | READ | Consider material re: further pension appeal and upcoming judgment | 1.30 | 425.00 | 552.50 |

23,207.50

**Matter: CCN01.00001 - BANKRUPTCY**

### C0025    Travel

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Associate** | | | | |
| ACROKE | Antonia Croke | 28.80 | 425.00 | 12,240.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 28.80 | 290.00 | 8,352.00 |
| | | | Total | **20,592.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 11/10/2011 | Antonia Croke | TRAV | Travel from London to New York for Motion to Dismiss Claims hearing | 13.40 | 425.00 | 5,695.00 |
| 11/10/2011 | Lindsey Roberts | TRAV | Travel from London to New York for Motion to Dismiss Claims hearing | 13.40 | 290.00 | 3,886.00 |
| 13/10/2011 | Antonia Croke | TRAV | Travel from New York to Delaware for bankruptcy court hearing | 2.50 | 425.00 | 1,062.50 |
| 13/10/2011 | Lindsey Roberts | TRAV | Travel to Delaware | 2.50 | 290.00 | 725.00 |
| 18/10/2011 | Lindsey Roberts | TRAV | Travelling back from USA - NORTEL | 12.90 | 290.00 | 3,741.00 |
| 19/10/2011 | Antonia Croke | TRAV | Return travel from New York | 12.90 | 425.00 | 5,482.50 |
| | | | | | | **20,592.00** |

**Matter: CCN01.00001 – BANKRUPTCY**

| <u>**C0031**</u> | <u>**European Proceedings/Matters**</u> | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 2.00 | 660.00 | 1,320.00 |
| GDB | Giles Boothman | 6.00 | 690.00 | 4,140.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 0.80 | 425.00 | 340.00 |
| PDB | Paul Bagon | 4.90 | 395.00 | 1,935.50 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.30 | 290.00 | 377.00 |
| | | | Total | **8,112.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0031**     **European Proceedings/Matters**

|  |  |  | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/10/2011 | Paul Bagon | CASE | Case management. | 1.00 | 395.00 | 395.00 |
| 04/10/2011 | Giles Boothman | PHON | David Botter | 0.10 | 690.00 | 69.00 |
| 04/10/2011 | Giles Boothman | INTD | Angela | 0.20 | 690.00 | 138.00 |
| 04/10/2011 | Giles Boothman | PHON | Message - David Botter | 0.10 | 690.00 | 69.00 |
| 04/10/2011 | Giles Boothman | SUPE | Team | 0.30 | 690.00 | 207.00 |
| 05/10/2011 | Antonia Croke | LETT | Emails re UCC call and issues | 0.40 | 425.00 | 170.00 |
| 05/10/2011 | Angela Pearson | LETT | Discussions G Boothman/D Botter | 0.50 | 660.00 | 330.00 |
| 05/10/2011 | Giles Boothman | ATTD | Internal meeting re. lit steps | 0.50 | 690.00 | 345.00 |
| 05/10/2011 | Giles Boothman | PHON | David Botter | 0.20 | 690.00 | 138.00 |
| 05/10/2011 | Paul Bagon | CASE | case management. | 0.50 | 395.00 | 197.50 |
| 05/10/2011 | Paul Bagon | INTD | with AC and GDB re matters discussed during the UCC call. | 0.40 | 395.00 | 158.00 |
| 06/10/2011 | Giles Boothman | INTD | Team re. deposition hearings | 0.50 | 690.00 | 345.00 |
| 07/10/2011 | Angela Pearson | LETT | Emails re Nortel | 0.50 | 660.00 | 330.00 |
| 11/10/2011 | Angela Pearson | LETT | Review emails | 0.50 | 660.00 | 330.00 |
| 11/10/2011 | Giles Boothman | ATTD | Professionals call - preparation/issues/internal discussions | 0.30 | 690.00 | 207.00 |
| 12/10/2011 | Lindsey Roberts | LETT | Emails | 1.00 | 290.00 | 290.00 |
| 13/10/2011 | Giles Boothman | READ | Emails | 0.30 | 690.00 | 207.00 |
| 14/10/2011 | Giles Boothman | SUPE | Team | 0.30 | 690.00 | 207.00 |
| 17/10/2011 | Angela Pearson | LETT | Email to Giles | 0.50 | 660.00 | 330.00 |
| 18/10/2011 | Giles Boothman | DRFT | Amending and circulate note re. Nortel Pensions case | 0.50 | 690.00 | 345.00 |
| 18/10/2011 | Giles Boothman | LETT | Akin and committee | 0.30 | 690.00 | 207.00 |
| 18/10/2011 | Paul Bagon | LETT | various emails. | 1.00 | 395.00 | 395.00 |
| 19/10/2011 | Antonia Croke | RSCH | Consider emails re UCC agenda items | 0.40 | 425.00 | 170.00 |
| 19/10/2011 | Giles Boothman | READ | Emails | 0.30 | 690.00 | 207.00 |
| 19/10/2011 | Paul Bagon | CASE | Case management. | 0.50 | 395.00 | 197.50 |
| 24/10/2011 | Giles Boothman | LETT | Emails | 0.20 | 690.00 | 138.00 |
| 25/10/2011 | Giles Boothman | INTD | PDB. | 0.20 | 690.00 | 138.00 |
| 25/10/2011 | Paul Bagon | CASE | Case management. | 0.50 | 395.00 | 197.50 |
| 26/10/2011 | Giles Boothman | ATTD | Professionals call | 1.00 | 690.00 | 690.00 |
| 26/10/2011 | Paul Bagon | PHON | Professionals' pre-call (in part) | 0.50 | 395.00 | 197.50 |
| 27/10/2011 | Giles Boothman | READ | Emails | 0.20 | 690.00 | 138.00 |
| 27/10/2011 | Giles Boothman | INTD | PDB | 0.20 | 690.00 | 138.00 |
| 27/10/2011 | Lindsey Roberts | INTD | Intd with Antonia Croke | 0.30 | 290.00 | 87.00 |
| 28/10/2011 | Giles Boothman | READ | Emails | 0.30 | 690.00 | 207.00 |
| 28/10/2011 | Paul Bagon | LETT | various emails. | 0.50 | 395.00 | 197.50 |

|  |  |
|---|---|
|  | 8,112.50 |