## Exhibit C

## DISBURSEMENT SUMMARY
## OCTOBER 01, 2011 THROUGH OCTOBER 31, 2011

| Document Production | £1,049.60 |
|---|---|
| Meals | £11.99 |
| Travel – Ground Transportation | £311.87 |
| Travel – International Transportation | £7,506.66 |
| Hotels | £507.41 |
| Telecommunications | £3.72 |
| Foreign Currency[8] | (£388.51) |
| Incidental Expenses | £99.32 |
| **TOTAL** | **£9,102.06** |

---

[8] Please note that the foreign currency disbursement is a negative figure reflecting the return of unused foreign currency. Accordingly £388.51 has been deducted from the total disbursements claimed under this application.