**Exhibit D**

## Disbursements Detailed Breakdown

**Document Production**  1,049.60

### Fares, Courier Charges and Incidental Expenses (Meals)

| | | |
|---|---|---|
| 04/10/2011 | VENDOR: Conference Room Catering INVOICE#: 03 09 10 2011 DATE: 13/10/2011 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Oct 4 2011 | 8.80 |
| 30/09/2011 | VENDOR: Mat på jobbet Svenska AB; INVOICE#: 433337; DATE: 30/09/2011 | 3.19 |

### Fares, Courier Charges and Incidental Expenses (Sundries)

| | | |
|---|---|---|
| 18/10/2011 | PAYEE: BIICL; REQUEST#: 459084; DATE: 18/10/2011. - Miscellaneous: Current Questions in cross border scenarios | 90.00 |
| 22/09/2011 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXSEP11 DATE: 26/09/2011 Expenses @ USCUSTOMS ESTA APPL PMT 098000002 INDIANAP. 22/09/2011 ACROKE Sundry expenses. | 9.32 |

### Fares, Courier Charges and Incidental Expenses (Taxis)

| | | |
|---|---|---|
| 05/10/2011 | PAYEE: Petty cash; REQUEST#: 457616; DATE: 05/10/2011. - petty cash PDB taxi | 10.00 |
| 07/10/2011 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 135399; DATE: 07/10/2011 - Taxi 06/10/11- Broadwalk House to W1 (ref: 20844797) | 3.87 |
| 10/10/2011 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 135463; DATE: 10/10/2011 - Taxi 07/10/11- Broadwalk House to W11 (ref: 20844941) | 53.00 |
| 11/10/2011 | PAYEE: Bagon, Paul; REQUEST#: 457420; DATE: 11/10/2011. - Bacs payment to reimburse expenses PDB taxi 28.09.11 | 75.00 |
| 12/10/2011 | PAYEE: Petty Cash; REQUEST#: 458331; DATE: 12/10/2011. - petty cash LROBER taxi fare | 20.00 |
| 14/10/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/99453; DATE: 14/10/2011 - Taxi 04/10/11- EC2A to SW4 (Ref: 960557) | 29.57 |
| 14/10/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/99453; DATE: 14/10/2011 - Taxi 07/10/11- EC2A to W2 (Ref: 962404) | 32.93 |
| 21/10/2011 | PAYEE: Petty Cash; REQUEST#: 459670; DATE: 21/10/2011. - petty cash ACROKE taxi from Heathrow Express to Paddington | 30.00 |
| 21/10/2011 | PAYEE: Petty Cash; REQUEST#: 459670; DATE: 21/10/2011. - petty cash LROBER taxi | 28.00 |
| 26/10/2011 | PAYEE: Petty Cash; REQUEST#: 460085; DATE: 26/10/2011. - petty cash GDB taxi home | 13.00 |
| 26/10/2011 | PAYEE: Petty Cash; REQUEST#: 460085; DATE: 26/10/2011. - petty cashPDB taxi travel | 16.50 |

### Fares, Courier Charges and Incidental Expenses (Telephone Conference)

| | | |
|---|---|---|
| 01/10/2011 | VENDOR: Meetingzone Ltd; INVOICE#: 000482364; DATE: 01/10/2011 - Conference Call on 20/09/11 | 3.72 |

### International Travel, Hotel and Related Expenses (Currency)

| | | |
|---|---|---|
| 12/07/2011 | VENDOR: eurochange PLC; INVOICE#: 1831; DATE: 12/07/2011 - Currency Return of 36 USD | -21.59 |
| 17/10/2011 | VENDOR: eurochange PLC; INVOICE#: 13055; DATE: 17/10/2011 - FX CURRENCY - DEAL NO:00606263 lrober 359 usa dollar 10/10/11 | 239.59 |
| 17/10/2011 | VENDOR: eurochange PLC; INVOICE#: 13055; DATE: 17/10/2011 - FX CURRENCY - DEAL NO:00606264 acroke 359 usa dollar Nortel Hearing 10/10/11 | 239.59 |
| 19/07/2011 | VENDOR: eurochange PLC; INVOICE#: 1832; DATE: 19/07/2011 - Returned Currency of 1414 USD | -846.10 |

### International Travel, Hotel and Related Expenses (Hotel Expenses)

| | | |
|---|---|---|
| 21/09/2011 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXSEP11 DATE: 26/09/2011 Expenses @ THE WESTIN PARIS. 21/09/2011 GDB Hotel expenses. | 507.41 |

**International Travel, Hotel and Related Expenses (Travel Expenses (inc. International Air Fares and Eurostar))**

| Date | Description | Amount |
|---|---|---|
| 06/10/2011 | VENDOR: Reed & Mackay Travel Ltd; INVOICE#: R2305855; DATE: 06/10/2011 - 11/10/11 London/John F Kennedy/Rtn MS ANTONIA CROKE | 3,693.33 |
| 06/10/2011 | VENDOR: Reed & Mackay Travel Ltd; INVOICE#: R2305858; DATE: 06/10/2011 - 12/10/11 NEW YORK/PHILADELPHIA MS ANTONIA CROKE | 343.30 |
| 06/10/2011 | VENDOR: Reed & Mackay Travel Ltd; INVOICE#: R2305874; DATE: 06/10/2011 - 11/10/11 London/John F Kenndy/Rtn MS LINDSAY ROBERTS | 3,693.33 |
| 06/10/2011 | VENDOR: Reed & Mackay Travel Ltd; INVOICE#: R2305875; DATE: 06/10/2011 - 12/10/11 NEW YORK/ PHILADELPHIA MS LINDSAY ROBERTS | 343.30 |
| 10/10/2011 | VENDOR: Reed & Mackay Travel Ltd; INVOICE#: AA346759; DATE: 10/10/2011 - 12/10/11 NEW YORK/PHILADELPHIA MS ANTIONIA CROKE | -283.30 |
| 10/10/2011 | VENDOR: Reed & Mackay Travel Ltd; INVOICE#: AA346761; DATE: 10/10/2011 - 12/10/11 NEW YORK/PHILADELPHIA MS LINDSAY ROBERTS | -283.30 |
| | | **9,102.06** |