**Exhibit E**

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
OCTOBER 01, 2011 THROUGH OCTOBER 31, 2011**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 10 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group; London | £690 | 18.80 | 12,972.00 |
| Carl Meyntjens | Partner for 13 years; Admitted in 1994 in Belgium; Managing Partner and Corporate Group; Brussels | £660 | 2.00 | 1,320.00 |
| Eric Bouffard | Partner for 5 years; Admitted in 1996 in France; Litigation and Restructuring Group in Paris | £660 | 0.50 | 330.00 |
| Richard Palmer | Partner for 13 years; Admitted in 1988 in England and Wales, Tax Group, London | £725 | 2.90 | 2,102.50 |
| Steven Hull | Partner for 14 years; Admitted in 1989 in England and Wales; Employment, Incentives and Pensions Group, UK | £660 | 5.10 | 3,366.00 |
| Angela Pearson | Partner for 5 years; Admitted in 1991 in England and Wales; Litigation Group, London | £660 | 22.30 | 14,718.00 |
| Elsa Arbrandt | Senior Legal Consultant; Admitted in 2002 in Sweden; Corporate Group, Stockholm | £610.00 | 8.00 | 4,880.00 |
| Johan Gregow | Counsel; Admitted in 2000 in Sweden; Litigation Group; Stockholm | £580 | 1.50 | 870.00 |
| Marcus Fink | Counsel for 1 year; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £580 | 3.10 | 1,798.00 |
| Pierre-Emmanuel Fender | Associate for 8 years; Admitted in 2003 in France; Litigation and Restructuring Group, Paris | £540 | 2.30 | 1,242.00 |
| Fredrik Hag | Associate for 3 years; Admitted in 2008 in Sweden; Corporate Group; Stockholm | £540 | 0.40 | 216.00 |
| Lindsay Connal | Associate for 5 years; Admitted in 2006 in England and Wales; Litigation Group, London | £460 | 0.70 | 322.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Paul Bagon | Associate for 3 years; Admitted in 2008 in England and Wales; Restructuring and Special Situations Group, London | £395 | 67.00 | 26,465.00 |
| Antonia Croke | Associate for 4 years; Admitted in 2007 in New South Wales, Australia; Litigation Group, London | £425 | 103.10 | 43,817.50 |
| Andy Wright | Associate for 3 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £360 | 0.10 | 36.00 |
| Katharina Crinson | Professional Support Lawyer; Admitted in 2007 in England and Wales; Restructuring and Special Situations Group, London | £395 | 1.00 | 395.00 |
| Lindsey Roberts | Newly qualified Associate; Admitted in 2011 in England and Wales; Litigation Group, London | £290 | 78.60 | 22,794.00 |
| Josefin Holmgren | Newly Qualified Associate; Admitted in 2011 in Sweden; Corporate Group; Stockholm | £290 | 5.20 | 1,508.00 |
| Sophie Alexane | Associate for 3 years; Admitted in 2008 in New York and 2009 in France; Litigation Group; Paris | £290 | 7.70 | 2,233.00 |
| Amiee Chalmers | Trainee Solicitor; Litigation Group, London | £185 | 4.40 | 814.00 |
| James Seddon | Trainee Solicitor; Tax Group, London | £185 | 1.60 | 296.00 |
| Dominic Boon | Trainee Solicitor; Employment, Incentives and Pensions Group, London | £185 | 4.20 | 777.00 |
| Lisa Thompson | Trainee Solicitor; Restructuring and Special Situations Group; London | £185 | 3.40 | 629.00 |
| Tim Cant | Trainee Solicitor; Litigation Group; London | £185 | 41.40 | 7,659.00 |
| TOTAL | | | 385.30 | 151,560.00 |

Case 09-10138-MFW   Doc 6830-6   Filed 11/21/11   Page 3 of 3

## COMPENSATION BY PROJECT CATEGORY
## OCTOBER 01, 2011 THROUGH OCTOBER 31, 2011

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 9.10 | 3,552.50 |
| Creditors Committee Meetings | 17.30 | 8,657.50 |
| Court Hearings | 24.90 | 8,895.00 |
| General Claims Analysis | 201.70 | 73,660.00 |
| Tax Issues | 8.40 | 4,883.00 |
| Labor Issues / Employee Benefits | 51.30 | 23,207.50 |
| Travel | 57.60 | 20,592.00 |
| European Proceedings/Matters | 15.00 | 8,112.50 |
| **TOTAL** | **385.30** | **151,560.00** |