Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
August 1, 2011 – August 31, 2011
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Accommodations | $1,009.90 |
| Legal Fees | $2,249.71 |
| Meals | $82.97 |
| Transportation – Air | $3,264.38 |
| Transportation – Ground | $602.80 |
| Total | $7,209.76 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| CROSS & SIMON, LLC | Legal Services | Legal Services - 5/5/10-5/28/10 | 6/21/2010 | $356.13 |
| CROSS & SIMON, LLC | Legal Services | Legal Services - 6/1/10-6/30/10 | 7/15/2010 | $633.50 |
| CROSS & SIMON, LLC | Legal Services | Legal Services - 7/6/10-7/26/10 | 8/13/2010 | $463.00 |
| CROSS & SIMON, LLC | Legal Services | Legal Services - 8/2/10-8/30/10 | 9/13/2010 | $566.50 |
| MICHAEL J HENKIN | Transportation - Air | Roundtrip Flight - SF to NYC | 5/31/2011 | $1,589.70 |
| MICHAEL J HENKIN | Transportation - Air | One Way Flight - NYC to SF | 6/2/2011 | $679.33 |
| MICHAEL J HENKIN | Transportation - Air | One Way Flight - SF to NYC | 6/2/2011 | $787.35 |
| MICHAEL J HENKIN | Transportation - Air | One Way Flight - SF to NYC | 6/16/2011 | $208.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 6/27/2011 | $34.60 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 6/27/2011 | $216.75 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 6/27/2011 | $14.35 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi - NYC | 6/27/2011 | $70.00 |
| ALEXANDER V ROHAN | Transportation - Ground | Overtime Taxi - Office to Home | 6/28/2011 | $105.06 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 6/28/2011 | $36.10 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 6/28/2011 | $216.75 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi - NYC | 6/28/2011 | $23.00 |
| ALEXANDER V ROHAN | Transportation - Ground | Overtime Taxi - Office to Home | 6/29/2011 | $111.69 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 6/29/2011 | $36.10 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 6/29/2011 | $216.75 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi - NYC | 6/29/2011 | $19.00 |
| MICHAEL J HENKIN | Accommodations | Hotel Tax | 6/30/2011 | $36.10 |
| MICHAEL J HENKIN | Accommodations | Hotel Room | 6/30/2011 | $216.75 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi - NYC | 6/30/2011 | $20.00 |
| MICHAEL J HENKIN | Meals | Meal While Traveling | 7/1/2011 | $22.92 |
| MICHAEL J HENKIN | Transportation - Ground | Taxi - NYC | 7/1/2011 | $30.00 |
| MICHAEL J HENKIN | Transportation - Ground | Airport Parking | 7/1/2011 | $99.00 |
| BHOOMICA REDDY | Meals | Overtime Meal | 7/1/2011 | $22.29 |
| RORY KEENAN | Transportation - Ground | Taxi to Meeting | 7/5/2011 | $7.70 |
| RORY KEENAN | Transportation - Ground | Overtime Taxi - Office to Home | 7/11/2011 | $40.20 |
| ALEXANDER V ROHAN | Transportation - Ground | Taxi to Meeting | 7/14/2011 | $9.80 |
| RORY KEENAN | Transportation - Ground | Taxi to Meeting | 7/14/2011 | $6.75 |
| ALEXANDER V ROHAN | Transportation - Ground | Taxi to Auction | 7/18/2011 | $11.40 |
| CROSS & SIMON, LLC | Legal Services | Legal Services - 6/6/11-6/20/11 | 7/21/2011 | $230.58 |
| RORY KEENAN | Transportation - Ground | Taxi to Meeting | 7/22/2011 | $6.45 |
| RORY KEENAN | Transportation - Ground | Taxi from Meeting | 7/22/2011 | $6.75 |
| RORY KEENAN | Transportation - Ground | Taxi to Meeting | 7/27/2011 | $9.00 |
| RORY KEENAN | Transportation - Ground | Taxi to Meeting | 7/28/2011 | $21.00 |
| RORY KEENAN | Meals | Overtime Meal | 8/12/2011 | $23.41 |
| ROBERT J TENNENBAUM | Transportation - Ground | Taxi - Meeting to Office | 8/25/2011 | $6.00 |
| Total: | | | | $7,209.76 |

14