Exhibit C

# Jefferies & Company, Inc.
## Summary of Hours Worked
### August 1, 2011 - August 31, 2011

| Name | Position | Hours Worked |
|---|---|---|
| Leon Szlezinger | Managing Director, Recapitalization and Restructuring Group | 16.0 |
| Alex Rohan | Senior Vice President, Communication Technologies Group | 53.5 |
| Rory Keenan | Vice President, Recapitalization and Restructuring Group | 27.0 |
| Robby Tennenbaum | Associate, Recapitalization and Restructuring Group | 12.0 |
| Bhoomica Reddy | Associate, Recapitalization and Restructuring Group | 11.0 |
| | **Total** | **119.5** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Analyst / Paralegal |

Jefferies & Company, Inc.
August 2011

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Leon Szlezinger* | | | |
| Leon Szlezinger | 8/2/2011 | 1.00 | Prepare for and participate in lenders call |
| Leon Szlezinger | 8/3/2011 | 1.50 | Participate on UCC call and internal discussion re: same |
| Leon Szlezinger | 8/4/2011 | 1.50 | Internal discussion re: project airspace and strategy and case status |
| Leon Szlezinger | 8/9/2011 | 4.00 | Prepare for and attend strategy session; discussions re: same |
| Leon Szlezinger | 8/10/2011 | 1.50 | Prepare for and participate in weekly UCC call |
| Leon Szlezinger | 8/12/2011 | 1.00 | Internal discussions re: status; review correspondence |
| Leon Szlezinger | 8/15/2011 | 0.50 | Review correspondence from counsel |
| Leon Szlezinger | 8/16/2011 | 1.00 | Internal discussions re: project airspace update and strategy |
| Leon Szlezinger | 8/17/2011 | 1.00 | Review internal and external correspondence re: airspace and case issues |
| Leon Szlezinger | 8/18/2011 | 0.50 | Review correspondence from counsel |
| Leon Szlezinger | 8/26/2011 | 1.50 | Internal update re project airspace and case status; review correspondence |
| Leon Szlezinger | 8/29/2011 | 1.00 | Administrative items and internal discussions re: status |
| **August 2011 Summary Hours for Leon Szlezinger** | | **16.00** | |
| | | | |
| *Alex Rohan* | | | |
| Alex Rohan | 8/2/2011 | 2.50 | Prepare for and participate in lenders call; review correspondence from counsel internal correspondence |
| Alex Rohan | 8/3/2011 | 3.00 | Review agenda and materials for weekly UCC call; participate on UCC call and internal discussion re: same |
| Alex Rohan | 8/4/2011 | 4.00 | Review project airspace teaser and internal discussion re: same; internal review of potential buyers/aggregators; discussions with Capstone and counsel re: same; correspond with E&Y |
| Alex Rohan | 8/8/2011 | 4.50 | Review project airspace notes and information; discussions with capstone re: same; call with E&Y re status; correspond with counsel re: strategy |
| Alex Rohan | 8/9/2011 | 6.00 | Internal discussion re: strategy meeting; prepare for and participate in strategy session; discussions re: same; correspondence re: weekly ucc prep call |
| Alex Rohan | 8/10/2011 | 3.50 | Prepare for and participate in weekly UCC call; review project airspace information; review case correspondence; correspond with capstone re: same |
| Alex Rohan | 8/11/2011 | 3.00 | Correspond with capstone and others re: project airspace update; update call with various professionals, re: same; review materials re: same |
| Alex Rohan | 8/12/2011 | 2.00 | Review correspondence re: bondholder and tax issues; internal discussions re: case status |
| Alex Rohan | 8/15/2011 | 1.50 | Review correspondence from professionals re: case administration and recent developments in sector |
| Alex Rohan | 8/16/2011 | 3.50 | Discussions re: project airspace; prepare and send response/request to E&Y re: same; participate in professionals call; correspondence re: weekly UCC call |
| Alex Rohan | 8/17/2011 | 4.00 | Review correspondence from E&Y re: project airspace; discussions/correspondence with Capstone and internally, re: same; review articles and filings re: case status/update |
| Alex Rohan | 8/18/2011 | 1.50 | Review correspondence from counsel, re: status update on case; internal discussions |
| Alex Rohan | 8/24/2011 | 4.00 | Update call with E&Y; follow up discussions and correspondence with Capstone; weekly professionals call; review airspace documents and summarize call |
| Alex Rohan | 8/25/2011 | 3.00 | Prepare for and participate in project airspace; review notes re: same; correspondence re: same |
| Alex Rohan | 8/26/2011 | 3.50 | Review correspondence from counsel; calls re: case update and status; calls re: project airspace update |
| Alex Rohan | 8/29/2011 | 2.00 | Review administrative items and update; internal discussions re: case status; review correspondence from counsel |
| Alex Rohan | 8/30/2011 | 2.00 | Review correspondence from Goodman's, re: IPA; internal correspondence/discussions re: same |
| **August 2011 Summary Hours for Alex Rohan** | | **53.50** | |
| | | | |
| *Rory Keenan* | | | |
| Rory Keenan | 8/2/2011 | 2.00 | Prepare for lenders call; review notes on asset sale process. Discuss same internally. |
| Rory Keenan | 8/2/2011 | 4.00 | Participate on UCC prep call and internal discussion; prepare commentary for UCC call on asset sale process |
| Rory Keenan | 8/3/2011 | 1.50 | Participate on UCC call and internal discussion re: same |
| Rory Keenan | 8/4/2011 | 3.50 | Internal discussion re: asset sale and strategy and case status review project airspace marketing documents and associated materials; review with internal team re: same |
| Rory Keenan | 8/8/2011 | 4.00 | Review project airspace materials; recap; call with capstone re: same; call with E&Y re status |
| Rory Keenan | 8/10/2011 | 1.50 | Prepare for and participate in weekly UCC call |
| Rory Keenan | 8/12/2011 | 1.00 | Internal discussions re: status; review correspondence |
| Rory Keenan | 8/15/2011 | 1.50 | Review correspondence from counsel; attend call w/ Debtors |
| Rory Keenan | 8/16/2011 | 2.00 | Internal discussions re: project airspace update and strategy; attend professionals call |
| Rory Keenan | 8/17/2011 | 2.00 | Review internal and external correspondence re: airspace and case issues; attend professionals call |
| Rory Keenan | 8/18/2011 | 0.50 | Review correspondence from counsel |
| Rory Keenan | 8/26/2011 | 2.50 | Internal update re project airspace and case status; review correspondence; attend IP update call |
| Rory Keenan | 8/29/2011 | 1.00 | Administrative items and internal discussions re: status |
| **August 2011 Summary Hours for Rory Keenan** | | **27.00** | |
| | | | |
| *Robby Tennenbaum* | | | |
| Robby Tennenbaum | 8/2/2011 | 1.00 | Attend professionals call |
| Robby Tennenbaum | 8/3/2011 | 1.00 | Attend committee call |
| Robby Tennenbaum | 8/10/2011 | 1.00 | Attend committee call |
| Robby Tennenbaum | 8/15/2011 | 1.50 | Attend call with Debtors |
| Robby Tennenbaum | 8/16/2011 | 1.00 | Attend professionals call |
| Robby Tennenbaum | 8/17/2011 | 1.00 | Attend professionals call |
| Robby Tennenbaum | 8/24/2011 | 2.50 | Attend professionals call; attend IP update call |
| Robby Tennenbaum | 8/25/2011 | 2.00 | Attend committee call; attend IP update call |
| Robby Tennenbaum | 8/26/2011 | 1.00 | Attend IP update call |
| **August 2011 Summary Hours for Robby Tennenbaum** | | **12.00** | |
| | | | |
| *Bhoomica Reddy* | | | |
| Bhoomica Reddy | 8/2/2011 | 1.00 | Attend professionals call |
| Bhoomica Reddy | 8/3/2011 | 1.00 | Attend committee call |
| Bhoomica Reddy | 8/10/2011 | 1.00 | Attend committee call |
| Bhoomica Reddy | 8/15/2011 | 1.50 | Attend call with Debtors |
| Bhoomica Reddy | 8/16/2011 | 1.00 | Attend professionals call |
| Bhoomica Reddy | 8/17/2011 | 1.00 | Attend professionals call |
| Bhoomica Reddy | 8/24/2011 | 2.50 | Attend professionals call; attend IP update call |
| Bhoomica Reddy | 8/25/2011 | 1.00 | Attend committee call |
| Bhoomica Reddy | 8/26/2011 | 1.00 | Attend IP update call |
| **August 2011 Summary Hours for Bhoomica Reddy** | | **11.00** | |