# Exhibit A

# Jefferies

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

**INVOICE**

Invoice Number: 8487
Invoice Date: 11/18/2011
Reference #: NOR25000IB
Terms: Immediate

Official Committee of Unsecured Creditors of
Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention: Tim Burling, Flextronics Corporation
Committee Chairman

Re: Investment Banking Services

For services rendered in accordance with our engagement letter dated February 01, 2009

| | |
|---|---:|
| **Monthly Fee:** | |
| September 2011 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| Total Fee: | $160,000.00 |
| | |
| *Expenses:* | |
| Meals | $25.22 |
| Total Out-of-Pocket Expenses: | $25.22 |

**TOTAL DUE  $160,025.22**

**Payment Details**

| Wire Instructions | Check Payment Instructions |
|---|---|
| Bank of New York | Jefferies & Company, Inc. |
| ABA #021000018 | 11100 Santa Monica Blvd. |
| A/C: Jefferies & Company, Inc. | 12th Floor |
| A/C: #890-065-2772 | Los Angeles, CA 90025 |

Reference: NOR25000IB_8487 Nortel

11