# Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
September 1, 2011 – September 30, 2011
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Meals | $25.22 |
| Total | $25.22 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| RORY T. KEENAN | Meals | Overtime Meal | 8/24/2011 | $25.22 |