15

Exhibit C

# Jefferies & Company, Inc.
## Summary of Hours Worked
### September 1, 2011 - September 30, 2011

| Name | Position | Hours Worked |
|---|---|---|
| Leon Szlezinger | Managing Director, Recapitalization and Restructuring Group | 16.0 |
| Alex Rohan | Senior Vice President, Communication Technologies Group | 38.5 |
| Rory Keenan | Vice President, Recapitalization and Restructuring Group | 31.5 |
| Robby Tennenbaum | Associate, Recapitalization and Restructuring Group | 11.0 |
| Bhoomica Reddy | Associate, Recapitalization and Restructuring Group | 10.0 |
| | **Total** | **107.0** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Analyst / Paralegal |

Jefferies & Company, Inc.
September 2011

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Leon Szlezinger* | | | |
| Leon Szlezinger | 9/1/2011 | 1.50 | Internal discussions re: status; attend weekly ucc call |
| Leon Szlezinger | 9/2/2011 | 1.00 | Review case correspondence and internal update re IPA issues |
| Leon Szlezinger | 9/5/2011 | 1.00 | Review correspondence re: status |
| Leon Szlezinger | 9/7/2011 | 1.00 | Weekly professionals call and update on status |
| Leon Szlezinger | 9/8/2011 | 1.50 | Attend weekly UCC call and discuss status internally |
| Leon Szlezinger | 9/14/2011 | 2.00 | Attend weekly UCC call; receive update on project airspace and case status; discuss strategy |
| Leon Szlezinger | 9/19/2011 | 1.50 | Review airspace issues; internal discussions re: research of same |
| Leon Szlezinger | 9/20/2011 | 1.00 | Correspondence with counsel re: airspace; review notes and status |
| Leon Szlezinger | 9/22/2011 | 2.50 | Prepare for and participate in UCC call; review airspace issues and correspondence |
| Leon Szlezinger | 9/26/2011 | 0.50 | Update on project airspace |
| Leon Szlezinger | 9/27/2011 | 1.00 | Review emails and correspondence on case matters; review agenda and materials for weekly call |
| Leon Szlezinger | 9/28/2011 | 1.50 | Attend weekly call and internal discussions re: same |
| September 2011 Summary Hours for Leon Szlezinger | | 16.00 | |
| *Alex Rohan* | | | |
| Alex Rohan | 9/1/2011 | 2.00 | Prepare for and participate in UCC call; review notes on case status; internal correspondence re admin items |
| Alex Rohan | 9/2/2011 | 4.50 | Review correspondence re: Nortel equity committee; review case updates; internal discussions re: potential interested parties in project airspace and discuss strategy re same; correspondence with counsel re: same |
| Alex Rohan | 9/6/2011 | 2.00 | Review correspondence re: case status; correspond with Capstone and internally re: airspace and scheduling issues |
| Alex Rohan | 9/8/2011 | 3.00 | Prepare for and participate in UCC call; review agenda and reports; review case status items |
| Alex Rohan | 9/12/2011 | 2.00 | Review emails and correspondence, re: case status, equity committee, airspace, etc.; internal discussions |
| Alex Rohan | 9/13/2011 | 4.50 | Prepare for project airspace call and review relevant documents; participate in call and professionals call |
| Alex Rohan | 9/14/2011 | 2.00 | Participate in UCC call and provide update re: airspace and review correspondence |
| Alex Rohan | 9/15/2011 | 3.50 | Review mea claims filings and declarations; review internal correspondence; review Nortel ownership structure and correspond with counsel re same |
| Alex Rohan | 9/16/2011 | 2.00 | Review research re: IPA issues; correspond with professionals re: same; internal discussions re: strategy |
| Alex Rohan | 9/17/2011 | 1.00 | Review correspondence re: airspace issues; review notes re same |
| Alex Rohan | 9/19/2011 | 1.50 | Review airspace issues; internal discussions re: research of same |
| Alex Rohan | 9/20/2011 | 1.00 | Correspondence with counsel re: airspace; review notes and status |
| Alex Rohan | 9/22/2011 | 2.50 | Prepare for and participate in UCC call; review airspace issues and correspondence |
| Alex Rohan | 9/25/2011 | 1.50 | correspondence with counsel and capstone re: airspace update; prepare for call |
| Alex Rohan | 9/26/2011 | 1.50 | Prepare for and participate in airspace update call |
| Alex Rohan | 9/27/2011 | 1.00 | Review agenda and related items for weekly call |
| Alex Rohan | 9/28/2011 | 3.00 | Prepare for and participate in UCC call; correspondence with EY and advisors re: airspace |
| September 2011 Summary Hours for Alex Rohan | | 38.50 | |
| *Rory Keenan* | | | |
| Rory Keenan | 9/1/2011 | 1.00 | Prep for UCC call; review court docket; respond to misc. requests |
| Rory Keenan | 9/6/2011 | 2.50 | Discuss project airspace marketing with internal team; review summary |
| Rory Keenan | 9/7/2011 | 2.50 | Prepare update on project airspace for professional call; discuss with internal team re: same |
| Rory Keenan | 9/8/2011 | 4.00 | Prep commentary for Committee call, attend call and professional update call; review notes on project airspace and proposed next steps |
| Rory Keenan | 9/9/2011 | 4.00 | Calls with Jefferies team to review project airspace marketing; research same |
| Rory Keenan | 9/13/2011 | 2.00 | Attend professionals call; attend IP update call |
| Rory Keenan | 9/14/2011 | 3.50 | Attend committee call; review bond pricing and market color on trading |
| Rory Keenan | 9/16/2011 | 2.50 | Research recent asset sales re: project airspace; review recent filings |
| Rory Keenan | 9/19/2011 | 2.00 | Research re: project airspace |
| Rory Keenan | 9/20/2011 | 1.00 | Call with counsel re: project airspace |
| Rory Keenan | 9/22/2011 | 2.00 | Attend committee call; attend IP update call |
| Rory Keenan | 9/25/2011 | 1.50 | Communicate with UCC professionals re: project airspace |
| Rory Keenan | 9/26/2011 | 1.00 | Participate in project airspace update call |
| Rory Keenan | 9/28/2011 | 2.00 | Review notes, agenda and market pricing for committee call; participate re: same |
| September 2011 Summary Hours for Rory Keenan | | 31.50 | |
| *Robby Tennenbaum* | | | |
| Robby Tennenbaum | 9/1/2011 | 1.00 | Attend committee call |
| Robby Tennenbaum | 9/7/2011 | 1.00 | Attend professionals call |
| Robby Tennenbaum | 9/8/2011 | 1.00 | Attend committee call |
| Robby Tennenbaum | 9/13/2011 | 2.00 | Attend professionals call; attend IP update call |
| Robby Tennenbaum | 9/14/2011 | 1.00 | Attend committee call |
| Robby Tennenbaum | 9/19/2011 | 2.00 | Research re IP addresses |
| Robby Tennenbaum | 9/22/2011 | 2.00 | Attend committee call; attend IP update call |
| Robby Tennenbaum | 9/28/2011 | 1.00 | Attend committee call |
| September 2011 Summary Hours for Robby Tennenbaum | | 11.00 | |
| *Bhoomica Reddy* | | | |
| Bhoomica Reddy | 9/7/2011 | 1.00 | Attend professionals call |
| Bhoomica Reddy | 9/8/2011 | 1.00 | Attend committee call |
| Bhoomica Reddy | 9/13/2011 | 2.00 | Attend professionals call; attend IP update call |
| Bhoomica Reddy | 9/14/2011 | 1.00 | Attend committee call |
| Bhoomica Reddy | 9/15/2011 | 1.00 | Research re IP addresses |
| Bhoomica Reddy | 9/19/2011 | 1.00 | Research re IP addresses |
| Bhoomica Reddy | 9/22/2011 | 2.00 | Attend committee call; attend IP update call |
| Bhoomica Reddy | 9/28/2011 | 1.00 | Attend committee call |
| September 2011 Summary Hours for Bhoomica Reddy | | 10.00 | |