Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
October 1, 2011 – October 31, 2011
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Meals | $276.93 |
| Transportation – Ground | $189.73 |
| Total | $466.66 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| JOHN O AGBAJE | Transportation - Ground | Overtime Taxi - Office to Home | 8/30/2011 | $6.70 |
| JOHN O AGBAJE | Transportation - Ground | Overtime Taxi - Office to Home | 9/2/2011 | $7.50 |
| JOHN O AGBAJE | Transportation - Ground | Overtime Taxi - Office to Home | 9/5/2011 | $21.48 |
| JOHN O AGBAJE | Meals | Overtime Meal | 9/6/2011 | $25.26 |
| JOHN O AGBAJE | Meals | Overtime Meal | 9/7/2011 | $25.44 |
| JOHN O AGBAJE | Meals | Overtime Meal | 9/8/2011 | $25.41 |
| JOHN O AGBAJE | Meals | Overtime Meal | 9/9/2011 | $25.50 |
| JOHN O AGBAJE | Meals | Overtime Meal | 9/12/2011 | $25.46 |
| RORY KEENAN | Transportation - Ground | Overtime Taxi - Office to Home | 9/13/2011 | $18.55 |
| JOHN O AGBAJE | Meals | Overtime Meal | 9/13/2011 | $24.67 |
| JOHN O AGBAJE | Transportation - Ground | Overtime Taxi - Office to Home | 9/15/2011 | $9.50 |
| RORY KEENAN | Meals | Overtime Meal | 9/16/2011 | $25.46 |
| JOHN O AGBAJE | Meals | Overtime Meal | 9/16/2011 | $24.90 |
| JOHN O AGBAJE | Transportation - Ground | Weekend Taxi - Home to Office | 9/17/2011 | $25.58 |
| JOHN O AGBAJE | Transportation - Ground | Weekend Taxi - Office to Home | 9/17/2011 | $18.12 |
| JOHN O AGBAJE | Transportation - Ground | Weekend Taxi - Office to Home | 9/18/2011 | $24.84 |
| JOHN O AGBAJE | Meals | Overtime Meal | 9/19/2011 | $25.46 |
| JOHN O AGBAJE | Transportation - Ground | Weekend Taxi - Home to Office | 9/18/2011 | $16.68 |
| JOHN O AGBAJE | Transportation - Ground | Overtime Taxi - Office to Home | 9/19/2011 | $19.08 |
| JOHN O AGBAJE | Transportation - Ground | Overtime Taxi - Office to Home | 9/20/2011 | $10.30 |
| JOHN O AGBAJE | Transportation - Ground | Overtime Taxi - Office to Home | 9/24/2011 | $11.40 |
| RORY KEENAN | Meals | Overtime Meal | 10/6/2011 | $24.07 |
| RORY KEENAN | Meals | Overtime Meal | 10/7/2011 | $25.30 |
| **Total:** | | | | $466.66 |