Exhibit C

# Jefferies & Company, Inc.

## Summary of Hours Worked

October 1, 2011 - October 31, 2011

| Name | Position | Hours Worked |
|------|----------|-------------:|
| Leon Szlezinger | Managing Director, Recapitalization and Restructuring Group | 13.5 |
| Alex Rohan | Senior Vice President, Communication Technologies Group | 30.5 |
| Rory Keenan | Vice President, Recapitalization and Restructuring Group | 35.0 |
| Robby Tennenbaum | Associate, Recapitalization and Restructuring Group | 13.0 |
| Bhoomica Reddy | Associate, Recapitalization and Restructuring Group | 13.0 |
| | **Total** | **105.0** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Analyst / Paralegal |

**Jefferies & Company, Inc.**
October 2011

| Banker | Date | Hours | Description |
|---|---|---|---|
| **Leon Szlezinger** | | | |
| Leon Szlezinger | 10/3/2011 | 0.50 | Review counsel correspondence |
| Leon Szlezinger | 10/4/2011 | 1.00 | Review correspondence re: airspace; internal update re: same |
| Leon Szlezinger | 10/7/2011 | 0.50 | Update on airspace and case status |
| Leon Szlezinger | 10/11/2011 | 1.00 | Receive update on status and professionals call |
| Leon Szlezinger | 10/12/2011 | 2.50 | Attend weekly UCC call; internal discussions re: same and case related issues |
| Leon Szlezinger | 10/13/2011 | 0.50 | Review correspondence |
| Leon Szlezinger | 10/19/2011 | 2.00 | Attend use call and review agenda and related items; internal discussions re same |
| Leon Szlezinger | 10/20/2011 | 0.50 | Internal discussions re: update on case and airspace |
| Leon Szlezinger | 10/24/2011 | 0.50 | Internal discussions re: case update |
| Leon Szlezinger | 10/26/2011 | 1.50 | Attend professionals call and prepare for same |
| Leon Szlezinger | 10/27/2011 | 1.50 | Attend UCC call; prepare for same; internal discussions |
| Leon Szlezinger | 10/28/2011 | 1.00 | Internal discussions re: case status and strategy |
| Leon Szlezinger | 10/31/2011 | 0.50 | Review correspondence re: case status/updates |
| **October 2011 Summary Hours for Leon Szlezinger** | | **13.50** | |
| | | | |
| **Alex Rohan** | | | |
| Alex Rohan | 10/3/2011 | 0.50 | Review correspondence from counsel re: admin items |
| Alex Rohan | 10/4/2011 | 3.00 | Prepare for and participate in airspace call and professionals call; review correspondence re: same; internal discussions; receive update on airspace status |
| Alex Rohan | 10/5/2011 | 0.50 | Correspond re: call with debtors and advisors |
| Alex Rohan | 10/6/2011 | 3.50 | Prepare for call with advisors and debtors; correspondence re airspace update; review airspace notes and comments |
| Alex Rohan | 10/7/2011 | 3.00 | Prepare for and participate in airspace call; correspond with counsel and advisors re: preparation and recap |
| Alex Rohan | 10/11/2011 | 2.50 | Participate in professionals call; review correspondence an agenda, re: same; internal correspondence and research case issues |
| Alex Rohan | 10/12/2011 | 3.50 | Prepare for and participate in UCC call; review agenda, correspondence and related materials; call with E&Y re airspace issues; correspondence with counsel re: same |
| Alex Rohan | 10/14/2011 | 2.50 | Review airspace correspondence and review documents from previous circulations; internal correspondence re: same; review counsel correspondence re court update |
| Alex Rohan | 10/17/2011 | 0.50 | Review case correspondence |
| Alex Rohan | 10/18/2011 | 1.00 | Review correspondence re: case and related articles of interest |
| Alex Rohan | 10/19/2011 | 2.00 | Prepare for and participate in UCC call and internal discussions re: case status |
| Alex Rohan | 10/20/2011 | 0.50 | Internal discussions re: update on case and airspace |
| Alex Rohan | 10/24/2011 | 1.00 | Internal discussions re: case update; review correspondence and related research on case |
| Alex Rohan | 10/25/2011 | 2.50 | Prepare for and participate in call with debtors; review correspondence re: same |
| Alex Rohan | 10/26/2011 | 1.50 | Review agenda and prepare for professionals call; attend call |
| Alex Rohan | 10/27/2011 | 1.50 | Prepare for and participate in UCC call; review case updates and correspondence |
| Alex Rohan | 10/28/2011 | 1.00 | Internal discussions re: case status and strategy |
| **October 2011 Summary Hours for Alex Rohan** | | **30.50** | |
| | | | |
| **Rory Keenan** | | | |
| Rory Keenan | 10/3/2011 | 3.00 | Review correspondence from counsel re: admin items; attend calls |
| Rory Keenan | 10/4/2011 | 3.00 | Prepare for and participate in airspace call and professionals call; review correspondence re: same; internal discussions; receive update on airspace status |
| Rory Keenan | 10/5/2011 | 0.50 | Correspond re: call with debtors and advisors |
| Rory Keenan | 10/6/2011 | 4.50 | Prepare for call with advisors and debtors; correspondence re airspace update; review airspace notes and comments; attend call |
| Rory Keenan | 10/7/2011 | 4.00 | Prepare for and participate in airspace call; correspond with counsel and advisors re: preparation and recap; attend call |
| Rory Keenan | 10/11/2011 | 2.50 | Participate in professionals call; review correspondence an agenda, re: same; internal correspondence and research case issues |
| Rory Keenan | 10/12/2011 | 3.50 | Prepare for and participate in UCC call; review agenda, correspondence and related materials; call with E&Y re airspace issues; correspondence with counsel re: same |
| Rory Keenan | 10/14/2011 | 2.50 | Review airspace correspondence and review documents from previous circulations; internal correspondence re: same; review counsel correspondence re court update |
| Rory Keenan | 10/17/2011 | 0.50 | Review case correspondence |
| Rory Keenan | 10/18/2011 | 1.00 | Review correspondence re: case and related articles of interest |
| Rory Keenan | 10/19/2011 | 2.00 | Prepare for and participate in UCC call and internal discussions re: case status |
| Rory Keenan | 10/20/2011 | 0.50 | Internal discussions re: update on case and airspace |
| Rory Keenan | 10/24/2011 | 1.00 | Internal discussions re: case update; review correspondence and related research on case |
| Rory Keenan | 10/25/2011 | 2.50 | Prepare for and participate in call with Debtors; review correspondence re: same |
| Rory Keenan | 10/26/2011 | 1.50 | Review agenda and prepare for professionals call; attend call |
| Rory Keenan | 10/27/2011 | 1.50 | Prepare for and participate in UCC call; review case updates and correspondence |
| Rory Keenan | 10/28/2011 | 1.00 | Internal discussions re: case status and strategy |
| **October 2011 Summary Hours for Rory Keenan** | | **35.00** | |
| | | | |
| **Robby Tennenbaum** | | | |
| Robby Tennenbaum | 10/4/2011 | 2.00 | Attend professionals call; attend IP update call |
| Robby Tennenbaum | 10/6/2011 | 2.00 | Prepare presentation on IP address sale |
| Robby Tennenbaum | 10/7/2011 | 1.00 | Attend IP update call |
| Robby Tennenbaum | 10/11/2011 | 1.00 | Attend professionals call |
| Robby Tennenbaum | 10/12/2011 | 2.00 | Attend committee call; attend IP update call |
| Robby Tennenbaum | 10/13/2011 | 1.00 | Review IP ASAs |
| Robby Tennenbaum | 10/19/2011 | 1.00 | Attend committee call |
| Robby Tennenbaum | 10/25/2011 | 1.00 | Attend call with Debtors |
| Robby Tennenbaum | 10/26/2011 | 1.00 | Attend professionals call |
| Robby Tennenbaum | 10/27/2011 | 1.00 | Attend committee call |
| **October 2011 Summary Hours for Robby Tennenbaum** | | **13.00** | |
| | | | |
| **Bhoomica Reddy** | | | |
| Bhoomica Reddy | 10/4/2011 | 2.00 | Attend professionals call; attend IP update call |
| Bhoomica Reddy | 10/6/2011 | 0.50 | Prepare presentation on IP address sale |
| Bhoomica Reddy | 10/7/2011 | 1.00 | Attend IP update call |
| Bhoomica Reddy | 10/11/2011 | 1.00 | Attend professionals call |
| Bhoomica Reddy | 10/12/2011 | 2.00 | Attend committee call; attend IP update call |
| Bhoomica Reddy | 10/14/2011 | 2.50 | Review IP ASAs |
| Bhoomica Reddy | 10/19/2011 | 1.00 | Attend committee call |
| Bhoomica Reddy | 10/25/2011 | 1.00 | Attend call with Debtors |
| Bhoomica Reddy | 10/26/2011 | 1.00 | Attend professionals call |
| Bhoomica Reddy | 10/27/2011 | 1.00 | Attend committee call |
| **October 2011 Summary Hours for Bhoomica Reddy** | | **13.00** | |