IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) Hearing Date: December 14, 2011 at 10:00 a.m.<br>) |

## NOTICE OF ELEVENTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Jefferies & Company, Inc. |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009, *Nunc Pro Tunc* to February 1, 2009 |
| Period for which compensation and reimbursement is sought: | August 1, 2011 through October 31, 2011[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | $600,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $7,698.64 |

This is (a)n: _X_ interim  ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Jefferies & Company, Inc. August, September and October 2011 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses (100%) | Holdback Fees Requested Fees (20%) |
|---|---|---|---|---|---|---|
| Date Filed: 11/21/11 Docket No. 6831 | 8/1/11 – 8/31/11 | $200,000.00 | $7,206.76 | Pending Obj Deadline 12/12/11 $160,000.00 | Pending Obj Deadline 12/12/11 $7,206.76 | $40,000.00 |
| Date Filed: 11/21/11 Docket No. 6832 | 9/1/11 – 9/30/11 | $200,000.00 | $25.22 | Pending Obj Deadline 12/12/11 $160,000.00 | Pending Obj Deadline 12/12/11 $25.22 | $40,000.00 |
| Date Filed: 11/21/11 Docket No. 6833 | 10/1/11 – 10/31/11 | $200,000.00 | $466.66 | Pending Obj Deadline 12/12/11 $160,000.00 | Pending Obj Deadline 12/12/11 $466.66 | $40,000.00 |
| **TOTALS:** | | $600,000.00 | $7,698.64 | $480,000.00[3] | $7,698.64[4] | $120,000.00 |

---

[3] The total amount reflected in this column including amounts pending approval.

[4] The total amount reflected in this column including amounts pending approval.

Summary of any Objections to Fee Applications: None.

Dated: November 21, 2011
New York, New York

                                    Alexander V. Rohan
                                    Senior Vice President
                                    520 Madison Avenue, 7th Floor
                                    New York, NY 10022
                                    (212) 707-6476

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*