# SCHEDULE A
### THIRTY-SECOND INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
  **ERISA Litigation - Post Bankruptcy**

DATE        ATTY      HRS         DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 10/03/11 | RET | .3 | Review tax form from Daniel Ray and communications with Natalie Kossak regarding same |
| 10/04/11 | RET | .3 | Review tax form from Daniel Ray and communications with Natalie Kossak regarding same |
| 10/04/11 | RET | .4 | Review draft from plaintiffs' counsel of motion to dismiss certain defendants pursuant to the stipulation of settlement and proposed order regarding same |
| 10/04/11 | RET | .3 | Review tax form from Daniel Ray and communications with Natalie Kossak regarding same |
| 10/04/11 | RET | .2 | Communications Natalie Kossak regarding PIC minutes requested by IFS |
| 10/04/11 | RET | .1 | Communications with Laurel Van Allen regarding changes to Transfer and Assignment of Claim from Peter Bisio |
| 10/04/11 | RET | .4 | Review changes to Transfer and Assignment of Claim from Peter Bisio |
| 10/05/11 | RET | .3 | Review draft from plaintiffs' counsel of the notice of the approval of the stipulation of settlement by the bankruptcy courts |
| 10/05/11 | RET | .3 | Review final version of motion to dismiss certain defendants pursuant to the stipulation of settlement and proposed order regarding same |
| 10/06/11 | RET | .3 | Review final of the notice of the approval of the stipulation of settlement by the bankruptcy courts |
| 10/11/11 | RET | .3 | Communications with Ruth Jenkins and Daniel Ray regarding issues with locating former participants |
| 10/14/11 | RET | .1 | Review order on plaintiff's notice for dismissal of certain defendants |
| 10/14/11 | RET | .3 | Review order granting preliminary approval of settlement |
| 10/14/11 | RET | 1.9 | Think through issues related to fairness hearing and transfer of data to plaintiffs |
| 10/14/11 | JMS7 | .1 | Review order dismissing defendants William Kerr, David L. Burn, Oswald D'Mello, MaryAnne Pahapill, and Tracey Vickruck in accordance with settlement |
| 10/14/11 | JMS7 | .2 | Review order on class findings, class certification, class representation regarding fairness hearing |

| | | | |
|---|---|---|---|
| 10/17/11 | RET | .2 | Communications with Gerry Neenan regarding fairness hearing |
| 10/17/11 | RET | .3 | Communications with plaintiffs' counsel regarding status of data to be transferred by Lexecon |
| 10/17/11 | RET | .3 | Communications with Joe Dearing regarding notice from Continuum |
| 10/17/11 | RET | .4 | Communications with Ruth Jenkins regarding preliminary approval order and timing and sequence of events thereafter for distributions of funds |
| 10/17/11 | RET | .3 | Communications with Lexecon regarding status of data to be transferred by Lexecon |
| 10/17/11 | RET | .2 | Communications with Alan Merksey and Jennifer Palmer regarding fairness hearing |
| 10/17/11 | RET | .2 | Communications with Peter Bisio regarding preliminary approval order |
| 10/17/11 | RET | .3 | Review notice from Continuum regarding data possibly related to our case |
| 10/17/11 | RET | .2 | Communications with Anna Ventresca and Raul Tellez regarding fairness hearing |
| 10/17/11 | RET | .3 | Communications with Alan Merskey regarding questions about the data that was produced in the litigation |
| 10/17/11 | RET | .3 | Communications with plaintiffs' counsel regarding escrow agent for settlement |
| 10/17/11 | RET | .3 | Communications with Ruth Jenkins regarding information that must be furnished to the Settlement Administrator |
| 10/17/11 | RET | .2 | Communications with Laurel Van Allen regarding participant data |
| 10/17/11 | RET | .4 | Review chart of information for IFS |
| 10/17/11 | RET | .2 | Communications with Ruth Jenkins regarding status of participant address information |
| 10/17/11 | JMS7 | .2 | Communications with Alan Merskey regarding his questions about data, protective orders, and retention policies |
| 10/18/11 | RET | .8 | Brief review of summary plan descriptions |
| 10/18/11 | RET | .2 | Communications with Daniel Ray regarding participant addresses |
| 10/18/11 | RET | .2 | Communications with Lexecon regarding status of participant address information |
| 10/19/11 | RET | .3 | Communications with Daniel Ray regarding participant addresses |
| 10/19/11 | RET | .3 | Communications with plaintiffs' counsel and Peter Bisio regarding escrow agent for settlement funds |
| 10/19/11 | RET | .3 | Communications with Laurel Van Allen regarding transfer of participant data |
| 10/19/11 | RET | .3 | Communications with plaintiffs' counsel regarding transfer of participant names, addresses, and social security numbers from Hewitt |

| | | | |
|---|---|---|---|
| 10/19/11 | RET | .2 | Further communications with plaintiffs' counsel and Peter Bisio regarding escrow agent for settlement funds |
| 10/19/11 | RET | .2 | Review order on motion to lift the stay and reopen the case |
| 10/19/11 | RET | .2 | Communications from Peter Bisio regarding escrow agent for settlement funds |
| 10/19/11 | JMS7 | .1 | Review Tennessee court order re-opening case |
| 10/20/11 | RET | .3 | Communications with Natalie Kossak and Shannon Barrett regarding fairness hearing |
| 10/20/11 | RET | .4 | Communications with Alan Merskey responding to his questions about depositions, productions, and protective orders in our case |
| 10/21/11 | RET | .4 | Communications with Natalie Kossak and Shannon Barrett regarding confidentiality of materials |
| 10/21/11 | RET | .8 | Brief review our five mediation position statements and exhibits to provide to independent fiduciary |
| 10/21/11 | RET | .8 | Reviewing recent amendments to PTE class exemption regarding confidentiality of information |
| 10/21/11 | RET | .2 | Communications with plaintiffs' counsel regarding class notice publication |
| 10/21/11 | RET | .2 | Communications from Shannon Barrett regarding materials provided to Independent Fiduciary Services |
| 10/24/11 | RET | .3 | Correspondence to Natalie Kossak and Shannon Barrett regarding materials needed for IFS analysis |
| 10/25/11 | JMS7 | .2 | Review notice of filing of transcript and deadlines related to restriction and redaction |
| 10/26/11 | RET | .2 | Communications with Lexecon and Peter Bisio regarding changes from Lexecon to Assignment and Transfer of Claim |
| 10/26/11 | RET | .2 | Communications with plaintiffs' counsel regarding escrow agent for settlement funds |
| 10/26/11 | RET | .2 | Communications with Peter Bisio regarding escrow agent for settlement funds |
| 10/26/11 | RET | .6 | Review and edit draft mailed notice from plaintiffs' counsel |
| 10/26/11 | RET | .2 | Communications with Natalie Kossak regarding summary plan descriptions |
| 10/26/11 | RET | .1 | Communications from plaintiffs' counsel regarding information needed to provide to escrow agent |
| 10/26/11 | RET | .2 | Communications with plaintiffs' counsel regarding information we need from Hewitt for class notice |
| 10/26/11 | RET | .2 | Communications with Daniel Ray regarding information we need from Hewitt for class notice |
| 10/26/11 | RET | .5 | Review draft publication notice from plaintiffs' counsel |
| 10/26/11 | RET | .2 | Review Lexecon Assignment and Transfer of Claim |

| | | | |
|---|---|---|---|
| 10/26/11 | RET | .4 | Further communications with Daniel Ray regarding issues with information we need from Hewitt for class notice |
| 10/26/11 | RET | .4 | Further communications with Daniel Ray regarding information we need from Hewitt for class notice |
| 10/26/11 | RET | .3 | Communications with plaintiffs' counsel and Dan Ray regarding participant data needed from Hewitt |
| 10/26/11 | RET | .2 | Communications with plaintiffs' counsel regarding publication notice |
| 10/26/11 | RET | .1 | Communications with Peter Bisio regarding initial deposit into the escrow account |
| 10/27/11 | RET | .3 | Communications with Alan Merskey regarding his questions about ERISA litigation data, protective orders, and retention policies |
| 10/27/11 | RET | .4 | Communications with Daniel Ray regarding with participant data |
| 10/27/11 | RET | .3 | Review and edit draft disclosure for 3rd quarter from Anna Vestresca |
| 10/27/11 | JMS7 | .3 | Communications with Alan Merskey regarding ERISA data, protective orders, and retention policies |
| 10/27/11 | JMS7 | 3.6 | Review historical materials while drafting a memorandum concerning document collection and preservation history and document location history for bankruptcy matters |
| 10/28/11 | RET | .2 | Review chart of tasks and deadlines triggered in stipulation of settlement |
| 10/28/11 | RET | .5 | Call with Daniel Ray regarding participant data |
| 10/28/11 | RET | .3 | Communications with Daniel Ray regarding participant data |
| 10/28/11 | RET | .3 | Communications with Peter Bisio and Mark Zumbach regarding proposed changes to Transfer and Assignment of claim |
| 10/28/11 | RET | .3 | Communications with Lexecon and Peter Bisio regarding with participant data |
| 10/28/11 | RET | .1 | Communications with Mark Zumbach regarding Transfer and Assignment of claim |
| 10/28/11 | RET | .2 | Prepare for call with Daniel Ray regarding participant data |
| 10/28/11 | RET | .2 | Communications with Alan Merskey regarding inquiries from the creditor group in the Canadian insolvency |
| 10/28/11 | RET | .2 | Communications with Natalie Kossak regarding information she needs for IFS's analysis |
| 10/28/11 | RET | .3 | Communications with Hewitt regarding information needed to transmit to settlement administrator |
| 10/28/11 | RET | .2 | Communications with Natalie Kossak, Ken Hashimoto and James Stovall regarding IFS's analysis |
| 10/31/11 | RET | .2 | Communications with Ruth Jenkins regarding letter from Continuum regarding data destruction |

                        SUB TOTAL     13,997.50

L190 Other Case Assessment, Devel. & Adm

| Date | Initials | Hours | Description |
|---|---|---|---|
| 10/17/11 | JMS7 | .2 | Review dismissal orders |
| 10/20/11 | JMS7 | .3 | Communicate with Alan Merskey regarding information needed for bankruptcy action |
| 10/25/11 | JMS7 | .2 | Communicate with Alan Merskey regarding information needed for bankruptcy action |
| 10/28/11 | JMS7 | .2 | Communicate with Alan Merskey regarding information needed for bankruptcy action |

                        SUB TOTAL     382.50

L210 Pleadings

| Date | Initials | Hours | Description |
|---|---|---|---|
| 10/04/11 | RET | .3 | Review communications regarding Nortel stock to LTIP participants and forward to Natalie Kossak |

                        SUB TOTAL     150.00

| | |
|---|---|
| TOTAL SERVICES | $14,530.00 |
| TOTAL HOURS: | 29.9 |
| FEE GRAND TOTAL: | $14,530.00 |
| NORTEL'S 50% TOTAL: | $7,265.00 |

**NORTEL NETWORKS-ERISA Litigation**
  **ERISA Litigation - Post Bankruptcy – Non-Insurance**

DATE ATTY    HRS    DESCRIPTION OF SERVICES RENDERED

L120 Analysis/Strategy

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 10/18/11 | RET | .50 | Review Notice of Filing of Seventy Third Report of the Monitor |
| 10/25/11 | RET | .10 | Review Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction |

SUB TOTAL    330.00

L160 Settlement/Non-Binding ADR

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 10/04/11 | RET | .3 | Review notice sent to participants in late 2007 |
| 10/27/11 | RWJ | .80 | Update memorandum regarding deadlines with references to orders setting deadlines |
| 10/28/11 | RWJ | .30 | Calendar and docket deadlines |

SUB TOTAL    346.50

L190 Other Case Assessment, Devel. & Adm

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 9/14/11 | RWJ | .10 | Review and docket deadlines related to fee reimbursements |
| 9/21/11 | RWJ | .10 | Review and docket deadlines related to fee reimbursements |
| 10/07/11 | RWJ | .30 | Prepare Exhibit B to thirtieth interim fee application |
| 10/07/11 | RWJ | .80 | Begin preparation of thirtieth interim fee application |
| 10/17/11 | JMS7 | .20 | Review seventy-third bankruptcy report |
| 10/17/11 | JMS7 | .20 | Communicate with Joe Dearing regarding document preservation |
| 10/17/11 | RWJ | .90 | Calculate deadlines based on order approving preliminary settlement and update table |

SUB TOTAL    550.00

TOTAL SERVICES            $1,226.50

TOTAL HOURS:              4.6
FEE GRAND TOTAL:          $1,226.20

4823-4195-4574, v. 1.