# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
       Debtors. : Jointly Administered
:
: Hearing Date: December 14, 2011 at 10:00 a.m. (ET)
:
------------------------------------------------------------X

## FOURTH QUARTERLY FEE APPLICATION REQUEST OF TORYS LLP, AS SPECIAL CANADIAN COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD AUGUST 1, 2011 THROUGH OCTOBER 31, 2011

          In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Torys LLP ("Torys") hereby submits its Fourth Quarterly Fee Application Request (the "Request") for the period August 1, 2011 through and including October 31, 2011[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications for August [D.I. 6790], and September and October [D.I. 6819] contain detailed listings of Torys' requested fees and expenses for the Application Period.

12783620.2

Torys seeks approval for the following fee applications that were filed for the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date [Docket No.] | Amount of Fees Requested / Allowed (80%) | Amount of Expenses Requested / Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 11/16/11 [D.I. 6790] | 8/1/11 – 8/31/11 | $94,647.00 | $356.66 | Pending | $75,717.60 | $356.66 | $18,929.40 |
| 11/18/11 [D.I. 6819] | 9/1/11 – 10/31/11 | $296,862.50 | $57,294.86 | Pending | $237,490.00 | $57,294.86 | $59,372.50 |
| TOTAL | | $391,509.50 | $57,651.52 | | $313,207.60 | $57,651.52 | $78,301.90 |

In accordance with the Monthly Compensation Order, Torys seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Torys respectfully requests that the Court enter the order attached hereto as <u>Exhibit A</u> and grant Torys such other and further relief as is just and proper.

Dated: November 21, 2011
      New York, New York

TORYS LLP

 /s/ *William F. Gray, Jr.*
William F. Gray, Jr.
Alison D. Bauer
237 Park Avenue
New York, New York  10017
Telephone:  (212) 880-6000
Facsimile:  (212) 682-0200

*Special Canadian Counsel for the Debtors and Debtors in Possession*

12783620.2

2

**CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2011 through October 31, 2011

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Scott A. Bomhof | Partner/Bankruptcy | $785.00 | 204.5 | $160,532.50 |
| Andrew Gray | Partner/Litigation | $665.00 | 51.3 | $34,114.50 |
| Wilfred M. Estey | Partner/Corporate | $975.00 | 3.0 | $2,925.00 |
| Mitch Frazer | Partner/Corporate | $760.00 | 26.8 | $20,368.00 |
| Tony DeMarinis | Partner/Bankruptcy | $975.00 | 116.5 | $113,587.50 |
| William Gray | Partner/Bankruptcy | $850.00 | 38.0 | $32,300.00 |
| Alison D. Bauer | Partner/Bankruptcy | $700.00 | 0.5 | $350.00 |
| Natasha De Cicco | Associate/Bankruptcy | $615.00 | 7.0 | $4,305.00 |
| Timothy Martin | Associate/Bankruptcy | $435.00 | 18.8 | $9,118.00 |
| Adrienne DiPaolo | Associate/Corporate | $385.00 | 0.7 | $269.50 |
| Janelle Bowman | Associate/Corporate | $345.00 | 15.4 | $5,313.00 |
| Molly Reynolds | Associate/Litigation | $385.00 | 0.2 | $77.00 |
| Dianne Ralph | Paralegal | $215.00 | 19.5 | $4,875.00 |
| David Outerbridge | Counsel/Litigation | $710.00 | 1.5 | $1,065.00 |
| Kevin Wall | Articling Student | $295.00 | 6.3 | $1,858.50 |
| Nicholas Watt | Paralegal | $345.00 | 0.8 | $276.00 |
| Michael B. Hoffman | Paralegal | $350.00 | 0.5 | $175.00 |
| **Total** | | | 511.3 | $391,509.50 |
| **GRAND TOTAL:** | $391,509.50 | | | |
| **BLENDED RATE:** | $765.71 | | | |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

12783620.2

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2011 through October 31, 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 20.9 | $12,648.00 |
| Claims Administration and Objections | 10.0 | $9,650.00 |
| Fee and Employment Applications | 30.6 | $14,509.00 |
| Analysis of Canadian Law | 120.0 | $92,077.00 |
| Intercompany Analysis | 69.4 | $58,984.50 |
| Employee Matters | 36.0 | $29,508.50 |
| Canadian CCAA Proceedings/Matters | 172.4 | $135,158.00 |
| Canadian Sec. 18.6 Proceedings/Matters | 35.8 | $27,008.00 |
| Litigation | 11.1 | $7,381.50 |
| Asset Dispositions | 4.5 | $4,075.00 |
| Plan of Reorganization & Disclosure Statement | 0.6 | $510.00 |
| **TOTAL** | 511.3 | $391,509.50 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

12783620.2

2

## CUMULATIVE EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2011 through October 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Meals | | $0.00 |
| Computer Research | Westlaw/Quicklaw | $854.74 |
| Duplicating/Printing | In Office | $990.80 |
| Travel | | $8.44 |
| Library Costs | | $0.00 |
| Expert Expenses[3] | Chaffetz Lindsey LLP | $55,542.64 |
| Process Server | | $118.18 |
| Word Processing | | $108.75 |
| Courier | | $23.04 |
| Telephone | | $4.93 |
| Outside Reproduction | | $0.00 |
| **GRAND TOTAL EXPENSES** | | **$57,651.52** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[3] Jointly with counsel to the Canadian Debtors, an expert expense totaling $111,085.27 was incurred in a prior period, 50% of which total Torys incurred on behalf of the Debtors.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
*In re* : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
                  Debtors. : Jointly Administered
: 
---------------------------------------------------------------X

### ORDER GRANTING FOURTH QUARTERLY FEE APPLICATION REQUEST OF TORYS LLP, AS SPECIAL CANADIAN COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD AUGUST 1, 2011 THROUGH OCTOBER 31, 2011

Upon consideration of the Fourth Quarterly Fee Application Request (the "Request") of Torys LLP ("Torys"), as Special Canadian Counsel for the above captioned debtors and debtors-in-possession (the "Debtors") for the period from August 1, 2011 through and including October 31, 2011; and upon consideration of the monthly fee application subject to the Request (the "Fee Application"); the Court having reviewed the Request and the Fee Application; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

appearing therefor,

IT IS HEREBY ORDERED that:

1. The Request is GRANTED.

2. Torys is allowed compensation and reimbursement of expenses for the period and in the amounts set forth in its Request, subject to the filing of a final fee application by Torys.

3. The Debtor is authorized and directed to disburse to Torys payment in the amount of the difference between (a) 100% of the total fees and expenses set forth in the Fee Application and (b) the actual interim payments received by Torys for fees and expenses under the Fee Application, as set forth in the Request.

4. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6. This Order shall be effective immediately upon entry.

Dated: _____, 2011

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

12783620.2                                3