# **EXHIBIT A**

12783620.2