# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) Hearing Date: 14 December, 2011 at 10.00 a.m. |

## NOTICE OF ELEVENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                   Ashurst LLP

Authorized to Provide
Professional Services to:            Official Committee of Unsecured Creditors

Date of Retention:                   March 5, 2009, (nunc pro tunc to January 30, 2009)

Period for which compensation
and reimbursement is sought:         August 01, 2011 through October 31, 2011[2]

Amount of Compensation sought as
actual, reasonable and necessary:    £757,238.50 (US$1,181,292.06)[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: £12,911.17 (US$20,141.43)[4]

This is (a)n:  _X_ interim  ____ final application
Summary of Fee Applications for Compensation Period:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Ashurst LLP's, August 2011, September 2011, and October 2011 monthly fee applications are incorporated herein by reference.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US$1.56 as published by Bloomberg.com on the date of the application.

[4] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US$1.56 as published by Bloomberg.com on the date of the application.

22424863.01

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 09/28/11 Docket No. 6516 | 08/01/11 – 08/31/11 | £349,215.50 | £400.40 | £279,372.40 | £400.40 | £69,843.10 |
| Date Filed: 10/27/11 Docket No. 6697 | 09/01/11 – 09/30/11 | £256,463.00 | £3,408.71 | £205,170.40 | £3,408.71 | £51,292.60 |
| Date Filed: 11/21/11 Docket No. 6830 | 10/01/11 – 10/31/11 | £151,560.00 | £9,102.06 | Pending Obj deadline 12/12/11 £121,248.00 | Pending Obj deadline 12/12/11 £9,102.06 | £30,312.00 |
| TOTALS: | | £757,238.50 | £12,911.17 | £605,790.80[5] | £12,911.17[6] | £151,447.70 |

Summary of any Objections to Fee Applications: None.

Dated: November 22, 2011
      London, United Kingdom

*(signature)*

**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone: +44 (0)20 7638 1111
Facsimile: +44 (0)20 7638 1112

European Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[5] The total amount reflected in this column including amounts pending approval.

[6] The total amount reflected in this column including amounts pending approval.