# EXHIBIT A

**Time Records**
**August 1, 2011 through October 31, 2011**

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Farswani Vikas | 1-Aug-11 | 1.50 | $522.00 | Respond to client questions regarding data provided. |
| Hardin Don | 2-Aug-11 | 0.50 | $348.00 | Telephone conference with representative from Aetna. |
| Chronister Mark | 3-Aug-11 | 1.00 | $667.00 | Update on committees and FAS assumptions discussion. |
| Bassett Eric | 4-Aug-11 | 0.25 | $181.26 | Monthly financial discussion. |
| Chronister Mark | 5-Aug-11 | 1.00 | $667.00 | Update on committees and FAS assumptions discussion. |
| Gontowski Kevin | 5-Aug-11 | 0.25 | $137.76 | Telephone call with working group regarding valuation issues. |
| Farswani Vikas | 5-Aug-11 | 0.75 | $261.00 | Data research for use in valuation analyses. |
| Farswani Vikas | 5-Aug-11 | 0.50 | $174.00 | Prepare for call with working group regarding assumptions for valuation analyses (0.25); attend same (0.25). |
| Gonczol Allen | 8-Aug-11 | 9.75 | $2,940.60 | Review and revise FAS 112 valuations. |
| Hanson Elizabeth | 8-Aug-11 | 0.25 | $152.26 | Respond to Allen Gonczol questions regarding analyses. |
| Lee Eumene | 8-Aug-11 | 2.00 | $556.80 | Valuation discussion with Vikas Farswani. |
| Gonczol Allen | 9-Aug-11 | 2.75 | $829.40 | FAS 112 valuation. |
| Chronister Mark | 9-Aug-11 | 3.00 | $2,001.00 | Call with Aetna regarding funding (1.0); call with debtor representatives to review 1114 draft (2.0). |
| Hardin Don | 9-Aug-11 | 1.00 | $696.00 | Telphone conference with debtors' counsel regarding analyses. |
| Hardin Don | 9-Aug-11 | 1.00 | $696.00 | Telephone conference with representative from Aetna regarding analyses. |
| Farswani Vikas | 9-Aug-11 | 4.25 | $1,479.00 | Data reconciliation (3.75); conference with Eumene Lee regarding same (0.5). |
| Lee Eumene | 9-Aug-11 | 3.00 | $835.20 | Valuation discussion with VikasFarswani (0.5); revise data based upon same (2.5). |
| Gonczol Allen | 10-Aug-11 | 3.00 | $904.80 | FAS 112 valuation. |
| Chronister Mark | 10-Aug-11 | 1.00 | $667.00 | Call with Aetna regarding funding (0.5); call with debtor representatives to review 1114 draft (0.5). |
| Hanson Elizabeth | 10-Aug-11 | 0.50 | $304.50 | Conference with Allen Gonczol regarding PEB. |
| Lee Eumene | 10-Aug-11 | 2.50 | $696.00 | Reconcile liability results for valuation. |
| Lee Eumene | 11-Aug-11 | 3.00 | $835.20 | Continue reconciling liability results for valuation. |
| Gonczol Allen | 12-Aug-11 | 1.25 | $377.00 | FAS 112 valuation. |
| Farswani Vikas | 12-Aug-11 | 2.75 | $957.00 | Data reconciliation. |
| Lee Eumene | 12-Aug-11 | 5.00 | $1,392.00 | Valuation discussion with VikasFarswani. |
| Gonczol Allen | 15-Aug-11 | 1.00 | $301.60 | FAS 112 valuation. |
| Lee Eumene | 15-Aug-11 | 2.00 | $556.80 | Follow up with Nortel regarding valuation data. |
| Smith Doug | 16-Aug-11 | 0.50 | $327.70 | Review status of valuation analyses. |
| Hanson Elizabeth | 16-Aug-11 | 0.50 | $304.50 | Discuss FAS 112 valuation. |
| Lee Eumene | 16-Aug-11 | 2.00 | $556.80 | Follow up inquiries to Nortel regarding valuation data. |
| Farswani Vikas | 17-Aug-11 | 4.00 | $1,392.00 | Prepare valuation data. |
| Lee Eumene | 17-Aug-11 | 4.00 | $1,113.60 | Follow up inquiries to Nortel regarding valuation data. |
| Smith Doug | 18-Aug-11 | 0.50 | $327.70 | Review status of analyses (0.25); internal conferences regarding same (0.25). |
| Balteanu Cornel | 18-Aug-11 | 0.25 | $89.90 | Work on FAS 112 valuation. |
| Farswani Vikas | 18-Aug-11 | 3.00 | $1,044.00 | Prepare valuation data. |
| Lee Eumene | 18-Aug-11 | 2.00 | $556.80 | Follow up with Nortel regarding valuation data. |
| Gonczol Allen | 19-Aug-11 | 2.00 | $603.20 | Conferences with internal group regarding FAS 112 valuation issues (0.75); review information and status based upon same (0.75). |
| DiIulio Tim | 19-Aug-11 | 1.50 | $522.00 | Research retiree medical test cases. |
| Balteanu Cornel | 19-Aug-11 | 5.00 | $1,798.00 | Work on FAS 112 valuation (4.25); findings discussions with Allen Gonczol (0.75). |
| Gontowski Kevin | 19-Aug-11 | 0.50 | $275.50 | Post-Retiree Medical valuation. |

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Lee  Eumene | 19-Aug-11 | 2.00 | $556.80 | Follow up inquiries to Nortel regarding valuation data. |
| Farswani  Vikas | 19-Aug-11 | 2.00 | $696.00 | Prepare valuation data. |
| Gonczol  Allen | 22-Aug-11 | 1.75 | $527.80 | FAS 112 valuation. |
| Balteanu  Cornel | 22-Aug-11 | 1.25 | $449.50 | Work on FAS 112 analyses. |
| Lee  Eumene | 22-Aug-11 | 2.50 | $696.00 | Work on liability reconciliation. |
| Gonczol  Allen | 23-Aug-11 | 3.25 | $980.20 | Review FAS 112 valuation information and related issues (2.75); conference with Cornel Balteanu regarding same (0.5). |
| Smith  Doug | 23-Aug-11 | 1.00 | $655.40 | Review status and information regarding FAS 112 valuations (1.0). |
| Balteanu  Cornel | 23-Aug-11 | 1.75 | $629.30 | Work on FAS 112 (1.0); findings discussion with Allen Gonczol (0.5). |
| Farswani  Vikas | 23-Aug-11 | 2.75 | $957.00 | Prepare valuation data. |
| McLachlan  Anna | 24-Aug-11 | 0.50 | $290.00 | Reviewed the census files with the present values for the settlement. |
| Mayer  Julie | 24-Aug-11 | 4.50 | $339.30 | Assistance by Mercer Washington Resource Group regarding discrete plan issues. |
| Gontowski  Kevin | 24-Aug-11 | 0.25 | $137.76 | Post-Retiree Medical valuation. |
| McLachlan  Anna | 24-Aug-11 | 0.50 | $290.00 | Conference with Jeff Allen regarding status of project. |
| Lee  Eumene | 24-Aug-11 | 1.00 | $278.40 | Work on liability reconciliation. |
| Smith  Doug | 25-Aug-11 | 0.50 | $327.70 | Review status of project and open items for same. |
| Rubin  Israel | 25-Aug-11 | 2.25 | $1,200.60 | Work on LTD valuation. |
| Gonczol  Allen | 26-Aug-11 | 5.00 | $1,508.00 | Work on FAS 112 valuation (4.5); conference with Cornel Balteanu regarding same (0.5). |
| Smith  Doug | 26-Aug-11 | 0.50 | $327.70 | Review status of project and issues related to same. |
| Rubin  Israel | 26-Aug-11 | 0.50 | $266.80 | Work on LTD valuation. |
| Balteanu  Cornel | 26-Aug-11 | 1.25 | $449.50 | Work on FAS 112 issues (0.75); conference with Allen Gonczol regarding same (0.5). |
| Allen  Jeff | 29-Aug-11 | 0.50 | $319.00 | Call with Don Hardin and Anna McLachlan regarding Model Version 2 planning. |
| Balteanu  Cornel | 29-Aug-11 | 0.50 | $179.80 | Work on FAS 112. |
| McLachlan  Anna | 29-Aug-11 | 0.75 | $435.00 | Telephone conference with Jeff Allen and Don Hardin regarding Modevl Version 2 planning (0.5); review and prepare for same (0.25). |
| Hardin  Don | 29-Aug-11 | 0.50 | $348.00 | Telephone conference ith Jeff Allen and Anna McLachan to discuss models. |
| Farswani  Vikas | 29-Aug-11 | 1.00 | $348.00 | Peform FAS112 valuation. |
| Gonczol  Allen | 30-Aug-11 | 2.00 | $603.20 | Research on excise tax issues and analyze data for same. |
| Balteanu  Cornel | 30-Aug-11 | 0.50 | $179.80 | Work on FAS 112. |
| Balteanu  Cornel | 30-Aug-11 | 0.75 | $269.70 | Work on HCR. |
| Smith  Doug | 31-Aug-11 | 0.50 | $327.70 | Review status of HCR and FAS 112 project issues. |
| Balteanu  Cornel | 31-Aug-11 | 0.50 | $179.80 | Work on FAS 112. |
| Hardin  Don | 31-Aug-11 | 0.75 | $522.00 | Conference with Aetna representatives regarding presentation materials. |

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Smith  Doug | 1-Sep-11 | 0.50 | $327.70 | Review status of open items for project (0.25); internal conferences regarding same (0.25). |
| Hardin  Don | 1-Sep-11 | 2.00 | $1,392.00 | Update September meeting materials. |
| Balteanu  Cornel | 1-Sep-11 | 0.25 | $89.90 | Work on FAS 112. |
| Chronister  Mark | 2-Sep-11 | 1.00 | $667.00 | Review Aetna presentation (0.50); prepare for meetings regarding same (0.50). |
| Balteanu  Cornel | 2-Sep-11 | 0.50 | $179.80 | Work on FAS 112. |
| Balteanu  Cornel | 6-Sep-11 | 0.75 | $269.70 | Work on FAS 112. |
| Balteanu  Cornel | 6-Sep-11 | 1.00 | $359.60 | Work on HCR. |
| Smith  Doug | 7-Sep-11 | 0.50 | $327.70 | Review status of HCR and FAS 112 issues. |
| Chronister  Mark | 7-Sep-11 | 0.50 | $333.50 | Review status of projects and Aetna materials regarding same. |
| Balteanu  Cornel | 7-Sep-11 | 0.50 | $179.80 | Work on FAS 112. |
| Hanson  Elizabeth | 7-Sep-11 | 0.50 | $304.50 | Discuss Nortel FAS 112 valuation status report  SOW for attestation. |
| Allen  Jeff | 7-Sep-11 | 1.00 | $638.00 | Meeting with Robin Hagerty and Anna McLachlan regarding Model 2 planning   (0.5); review planning models (0.5). |
| McLachlan  Anna | 7-Sep-11 | 1.50 | $870.00 | Meeting with Jeff Allen and Robin Hagerty regarding Model 2 planning (0.5); model building (1.0). |
| Rubin  Israel | 7-Sep-11 | 0.50 | $266.80 | Work on excise tax for LTD valuation. |
| Balteanu  Cornel | 7-Sep-11 | 1.75 | $629.30 | Work on HCR, including excise tax issues and cost calculations. |
| Hardin  Don | 7-Sep-11 | 0.50 | $348.00 | Telphone confernce with Kathy Schultea and Mark Chronister regarding the status of Aetna materials. |
| Hardin  Don | 7-Sep-11 | 0.50 | $348.00 | Telephone conference with Tim Lieb of Aetna regarding status of project and questions for same. |
| Chronister  Mark | 8-Sep-11 | 0.50 | $333.50 | Status updates and review of Aetna materials for same. |
| Balteanu  Cornel | 8-Sep-11 | 0.25 | $89.90 | Work on HCR. |
| McLachlan  Anna | 9-Sep-11 | 1.00 | $580.00 | Review of model and related data. |
| Balteanu  Cornel | 9-Sep-11 | 3.00 | $1,078.80 | Work on FAS 112, including updating individual liabilities, addressing excise tax issues, revising exhibits. |
| Balteanu  Cornel | 9-Sep-11 | 0.25 | $89.90 | Work on HCR. |
| McLachlan  Anna | 12-Sep-11 | 1.00 | $580.00 | Review data items received for settlement projects. |
| Balteanu  Cornel | 12-Sep-11 | 0.50 | $179.80 | Work on FAS 112. |
| McLachlan  Anna | 13-Sep-11 | 1.50 | $870.00 | Review data items received for settlement projects (1.0); discussion with Davin Millholland regarding same (0.5). |
| Chronister  Mark | 13-Sep-11 | 1.00 | $667.00 | Telephone conference with debtor representatives to discuss status of projects. |
| Bassett  Eric | 13-Sep-11 | 0.25 | $181.26 | Attend project status meeting with internal working group. |
| McLachlan  Anna | 13-Sep-11 | 0.75 | $435.00 | Call with Don Hardin regarding project status(0.25); address modeling issues based upon same (0.5). |
| Hardin  Don | 13-Sep-11 | 0.50 | $348.00 | Prepare model (0.25); phone call with Anna McLachlan regarding same (0.25). |
| Hardin  Don | 13-Sep-11 | 0.50 | $348.00 | Telephone conference with debtors' counsel regarding status of project. |
| Smith  Doug | 14-Sep-11 | 0.50 | $327.70 | Review information related to project and overall status of same. |
| Balteanu  Cornel | 14-Sep-11 | 0.75 | $269.70 | Work on FAS 112. |
| McLachlan  Anna | 14-Sep-11 | 1.00 | $580.00 | Conference with Davin Millholland regarding Nortel FAS data. |
| Millholland  Davin | 14-Sep-11 | 1.00 | $301.60 | Conference with Anna McLachlan regarding Nortel FAS data. |
| Hagerty  Robin | 14-Sep-11 | 1.00 | $754.00 | Review and address projection and modeling issues. |
| Hardin  Don | 14-Sep-11 | 0.50 | $348.00 | Telphone conference with Mercer Princeton on FAS 112 valuation report. |
| Chronister  Mark | 15-Sep-11 | 1.00 | $667.00 | Prepare Aetna presentation updates. |
| Hagerty  Robin | 15-Sep-11 | 1.50 | $1,131.00 | Projection/modeling issues. |
| Millholland  Davin | 16-Sep-11 | 4.25 | $1,281.80 | Build model to calculate retiree cash-flows. |

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Smith  Doug | 16-Sep-11 | 1.00 | $655.40 | Project management. |
| Hardin  Don | 16-Sep-11 | 4.00 | $2,784.00 | Preparation of meeting materials for 1114 committee meeting on Oct. 6. |
| Hagerty  Robin | 16-Sep-11 | 0.75 | $565.50 | Review and address projection and modeling issues. |
| Hardin  Don | 16-Sep-11 | 0.25 | $174.00 | Telephone conference with Robin Hagerty to discuss project status. |
| Millholland  Davin | 19-Sep-11 | 0.50 | $150.80 | Work on settlement amount liability calculation. |
| Hardin  Don | 19-Sep-11 | 0.50 | $348.00 | Respond to inquiries regarding Aetna presentation. |
| Hardin  Don | 19-Sep-11 | 3.00 | $2,088.00 | Work on individual results file (1.5); research on benefit elections and liabilities (1.5). |
| Smith  Doug | 19-Sep-11 | 0.50 | $327.70 | Review status of projects and issues related to same. |
| Shah  Vishul | 19-Sep-11 | 0.50 | $371.20 | Work on LTD and retiree medical PV. |
| Lee  Eumene | 19-Sep-11 | 5.50 | $1,531.20 | Data research (2.5); follow up on liability output (1.5); revise liabilities based upon same (1.5). |
| Millholland  Davin | 20-Sep-11 | 1.50 | $452.40 | Work on settlement amount liability. |
| Hardin  Don | 20-Sep-11 | 4.00 | $2,784.00 | Reviewing individual retiree medical liabilities and coverage levels. |
| Smith  Doug | 20-Sep-11 | 1.00 | $655.40 | Review status of projects and internal conferences regarding same. |
| Chronister  Mark | 20-Sep-11 | 1.00 | $667.00 | Resolution of census data issues. |
| Gontowski  Kevin | 20-Sep-11 | 0.25 | $137.76 | PRM review. |
| Hagerty  Robin | 20-Sep-11 | 0.75 | $565.50 | Review and address projection and modeling issues. |
| Farswani  Vikas | 20-Sep-11 | 3.25 | $1,131.00 | Revise valuation data. |
| Lee  Eumene | 20-Sep-11 | 4.00 | $1,113.60 | Data research (2.0); follow up on liability output (1.0); revise liabilities based upon same (1.0). |
| Millholland  Davin | 21-Sep-11 | 1.25 | $377.00 | Work on settlement amount model. |
| Hardin  Don | 21-Sep-11 | 2.00 | $1,392.00 | Reviewing individual LTD liabilities and coverage levels. |
| Chronister  Mark | 21-Sep-11 | 1.00 | $667.00 | Review and address census data issues. |
| Shah  Vishul | 21-Sep-11 | 0.50 | $371.20 | Work on LTD and retiree medical PV. |
| Mayer  Julie | 21-Sep-11 | 7.00 | $527.80 | Assistance by Mercer Washington Resource Group regarding discrete plan issues. |
| Balteanu  Cornel | 21-Sep-11 | 3.00 | $1,078.80 | Work on FAS 112. |
| Hagerty  Robin | 21-Sep-11 | 0.75 | $565.50 | Review and address projection and modeling issues. |
| Lee  Eumene | 21-Sep-11 | 6.50 | $1,809.60 | Data research (2.5); follow up on liability output (1.5); revise liabilities based upon same (2.0); discussions with Vikas Farswani regarding same (0.5). |
| Farswani  Vikas | 21-Sep-11 | 3.25 | $1,131.00 | Revise valuation data (2.75); conference with Eumene Lee regarding same (0.5). |
| Smith  Doug | 22-Sep-11 | 0.50 | $327.70 | Review status of projects and open issues regarding same. |
| Chronister  Mark | 22-Sep-11 | 1.00 | $667.00 | Review and address census data issues. |
| Balteanu  Cornel | 22-Sep-11 | 0.25 | $89.90 | Work on FAS 112. |
| Farswani  Vikas | 22-Sep-11 | 4.00 | $1,392.00 | Revise valuation data (3.25); conference with Eumene Lee regarding same (0.75). |
| Lee  Eumene | 22-Sep-11 | 4.00 | $1,113.60 | Data research (1.25); follow up on liability output (1.0); revise liabilities based upon same (1.0); discussions with Vikas Farswani regarding same (0.75). |
| Gontowski  Kevin | 23-Sep-11 | 0.75 | $413.26 | PRM review. |
| Farswani  Vikas | 23-Sep-11 | 5.00 | $1,740.00 | Revise valuation data (4.25); conference with Eumene Lee regarding same (0.75). |
| Lee  Eumene | 23-Sep-11 | 3.00 | $835.20 | Data research; (1.0); follow up on liability output (1.0); revise liabilities based upon same (0.25); discussions with Vikas Farswani regarding same (0.75). |
| Caputo  Damian | 26-Sep-11 | 1.00 | $359.60 | Review FAS 106 Report. |

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Smith  Doug | 26-Sep-11 | 1.00 | $655.40 | Review status of projects and analyses and documentation regarding same. |
| Chronister  Mark | 26-Sep-11 | 1.50 | $1,000.50 | Preparation of meeting materials for 1114 committee meeting on Oct. 6. |
| Hardin  Don | 26-Sep-11 | 1.00 | $696.00 | Telephone conference with debtor representatives regarding status of of projects. |
| Lee  Eumene | 26-Sep-11 | 3.00 | $835.20 | Re-run liabilities (1.0); Work on IO client data  (1.5); discussions with Vikas Farswani regarding same (0.5). |
| Farswani  Vikas | 26-Sep-11 | 1.50 | $522.00 | Revise valuation data (1.0); conference with Eumene Lee regarding same (0.5). |
| Smith  Doug | 27-Sep-11 | 0.50 | $327.70 | Review status of projects and internal conferences regarding same. |
| Chronister  Mark | 27-Sep-11 | 1.00 | $667.00 | Preparation of meeting materials for 1114 committee meeting on Oct. 6. |
| Balteanu  Cornel | 27-Sep-11 | 0.75 | $269.70 | Work on FAS 112. |
| Hardin  Don | 27-Sep-11 | 1.00 | $696.00 | Review Aetna Presentation (0.5); telephone conference with Tim Lieb regarding same (0.5). |
| Lee  Eumene | 27-Sep-11 | 2.50 | $696.00 | Re-run liabilities (1.0); work on IO client data  (1.5). |
| Balteanu  Cornel | 28-Sep-11 | 1.00 | $359.60 | Work on FAS 112. |
| Lee  Eumene | 28-Sep-11 | 1.00 | $278.40 | Re-run liabilities (0.25); Work on IO cient data  (0.5); discussions with Vikas Farswani (0.25). |
| Farswani  Vikas | 28-Sep-11 | 2.00 | $696.00 | Revise valuation data (1.75); conference with Eumene Lee regarding same (0.25). |
| Millholland  Davin | 29-Sep-11 | 2.50 | $754.00 | Work on settlement liability calculation. |
| Gonczol  Allen | 29-Sep-11 | 0.75 | $226.20 | Review settlement liability calculations for accuracy and internal e-mail correspondence regarding same. |
| Hardin  Don | 29-Sep-11 | 4.00 | $2,784.00 | Review liabilities (3.5); update presentation materials based upon same (0.5). |
| Smith  Doug | 29-Sep-11 | 0.50 | $327.70 | Review status of project and presentation materials. |
| Balteanu  Cornel | 29-Sep-11 | 2.00 | $719.20 | Work on FAS 112. |
| McLachlan  Anna | 30-Sep-11 | 1.50 | $870.00 | Review new data, model and disability table based upon conference call regarding same. |
| Millholland  Davin | 30-Sep-11 | 2.00 | $603.20 | Update Nortel calculations and data. |
| Hardin  Don | 30-Sep-11 | 3.00 | $2,088.00 | Review and update liabilities and calculations information (2.0); summarize same for client (1.0). |
| Chronister  Mark | 30-Sep-11 | 1.50 | $1,000.50 | Preparation of meeting materials for 1114 committee meeting on Oct. 6. |
| McLachlan  Anna | 30-Sep-11 | 0.75 | $435.00 | Internal conference regarding LTD file for settlement project. |
| Hagerty  Robin | 30-Sep-11 | 1.00 | $754.00 | Address projection/modeling issues. |
| Lee  Eumene | 30-Sep-11 | 1.00 | $278.40 | Review updates to data from Don Hardin (0.75);  liability reconciliation discussion with Vikas Farswani (0.25). |
| Farswani  Vikas | 30-Sep-11 | 0.75 | $261.00 | Revise valuation data (0.50); conference with Eumene Lee regarding same (0.25). |

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| McLachlan Anna | 3-Oct-11 | 2.25 | $1,305.00 | Review of disability mortality table (1.75); review model for accuracy (0.5). |
| Shea Mason | 3-Oct-11 | 0.50 | $197.20 | Disability discussion with Anna McLachlan and Robin Hagerty. |
| Hardin Don | 3-Oct-11 | 4.00 | $2,784.00 | Research on liabilities for presentation (3.0); attend meeting regarding same (1.0). |
| Chronister Mark | 3-Oct-11 | 1.00 | $667.00 | Attend committee meetings in New York. |
| Millholland Davin | 3-Oct-11 | 2.00 | $603.20 | Meetings to discuss LTD mortality assumptions. |
| McLachlan Anna | 4-Oct-11 | 1.00 | $580.00 | Internal conference regarding outstanding questions for projection and modeling issues. |
| Millholland Davin | 4-Oct-11 | 0.25 | $75.40 | Work on LTD mortality table review. |
| Smith Doug | 4-Oct-11 | 0.50 | $327.70 | Review status of projects and address open issues regarding same. |
| Hagerty Robin | 4-Oct-11 | 0.50 | $377.00 | Review and address projection and modeling issues. |
| Wen Abel | 4-Oct-11 | 0.25 | $62.36 | Work on H&B decrements. |
| Chronister Mark | 5-Oct-11 | 4.00 | $2,668.00 | Attend committee meetings in New York. |
| Hardin Don | 5-Oct-11 | 4.00 | $2,784.00 | Attend project meetings in New York. |
| Millholland Davin | 6-Oct-11 | 2.00 | $603.20 | Retiree settlement analysis. |
| Chronister Mark | 6-Oct-11 | 8.00 | $5,336.00 | Attend committee meetings in New York (5.5); review and prepare for same (2.5). |
| Balteanu Cornel | 6-Oct-11 | 1.00 | $359.60 | Work on FAS 112. |
| Hardin Don | 6-Oct-11 | 5.50 | $3,828.00 | Attend committee meetings in New York. |
| Hardin Don | 6-Oct-11 | 4.00 | $2,784.00 | Project preparation for meeting. |
| Millholland Davin | 7-Oct-11 | 2.00 | $603.20 | Work on settlement liability calculation. |
| Smith Doug | 7-Oct-11 | 0.50 | $327.70 | Review status of project and internal conferences regarding approach for issues for same. |
| McLachlan Anna | 7-Oct-11 | 2.50 | $1,450.00 | Discussed settlement caclulation and review updated data - LTDers based upon same. |
| Hagerty Robin | 7-Oct-11 | 1.00 | $754.00 | Review and address projection and modeling issues. |
| Lee Eumene | 7-Oct-11 | 1.00 | $284.20 | Additional analysis on 7/1/2011 valuation. |
| Millholland Davin | 10-Oct-11 | 4.00 | $1,206.40 | Analyze settlement files and reconcile same. |
| Hardin Don | 10-Oct-11 | 1.00 | $696.00 | Reviewing new census file to old census files. |
| Gonczol Allen | 11-Oct-11 | 0.75 | $226.20 | Work on RDS and census analysis. |
| Millholland Davin | 11-Oct-11 | 2.25 | $678.60 | Analyze settlement records and reconcile same. |
| Smith Doug | 11-Oct-11 | 0.50 | $327.70 | Review status of projects and open issues regarding same. |
| Hardin Don | 11-Oct-11 | 1.50 | $1,044.00 | Work on updates to the census files. |
| Balteanu Cornel | 11-Oct-11 | 0.50 | $179.80 | Work on FAS 112. |
| Hardin Don | 11-Oct-11 | 0.25 | $174.00 | Telephone conference with debtors' counsel regarding status of project. |
| Farswani Vikas | 11-Oct-11 | 3.00 | $1,078.80 | Perform October revisions to valuation data based on 9/28 census file. |
| Lee Eumene | 11-Oct-11 | 0.50 | $142.10 | PWP data coding. |
| Gonczol Allen | 12-Oct-11 | 1.50 | $452.40 | Work on RDS and census analysis. |
| Millholland Davin | 12-Oct-11 | 1.00 | $301.60 | Review and reconcile data. |
| Hardin Don | 12-Oct-11 | 1.00 | $696.00 | Reviewing data and census files. |
| Smith Doug | 12-Oct-11 | 1.00 | $655.40 | Review status of projects and open items for same. |
| Hardin Don | 12-Oct-11 | 0.50 | $348.00 | Telephone conference with Vikas Farswani regarding APBO needs. |
| Lee Eumene | 12-Oct-11 | 1.00 | $284.20 | PWP data coding. |
| Millholland Davin | 13-Oct-11 | 3.50 | $1,055.60 | Work on record reconciliation for settlement model. |
| Hardin Don | 13-Oct-11 | 0.75 | $522.00 | Telephone conference with debtors' counsel regarding status of project (0.5); telephone conference with Vikas Farswani regarding same (0.25). |

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Lee  Eumene | 13-Oct-11 | 4.00 | $1,136.80 | PWP data coding (3.5); discussion with Vikas Farswani regarding same (0.5). |
| Farswani  Vikas | 13-Oct-11 | 3.25 | $1,168.70 | Perform October revisions to valuation data based on 9/28 census file (2.5); conference with Eumene Lee regarding same (0.5); conference with Don Hardin regarding status of project (0.25). |
| Gonczol  Allen | 14-Oct-11 | 0.50 | $150.80 | Work on RDS and census analysis. |
| Balteanu  Cornel | 14-Oct-11 | 0.50 | $179.80 | Work on FAS 112. |
| Farswani  Vikas | 14-Oct-11 | 3.00 | $1,078.80 | Perform October revisions to valuation data based on 9/28 census file (2.75); conference with Eumene Lee regarding same (0.25). |
| Lee  Eumene | 14-Oct-11 | 4.50 | $1,278.90 | PWP data coding (3.75); discussion with Vikas Farswani regarding same (0.25). |
| Millholland  Davin | 17-Oct-11 | 1.50 | $452.40 | Nortel settlement analysis. |
| Gonczol  Allen | 17-Oct-11 | 1.00 | $301.60 | Work on RDS and census analysis. |
| Lee  Eumene | 17-Oct-11 | 1.00 | $284.20 | Address additional participant claims (0.5); discussion with Vikas Farswani regarding same (0.5). |
| Farswani  Vikas | 17-Oct-11 | 2.50 | $899.00 | Revisions to liability for claims analysis (2.0); conference with Eumene Lee regarding same (0.5). |
| Gonczol  Allen | 18-Oct-11 | 2.00 | $603.20 | Work on RDS and census analysis. |
| Smith  Doug | 18-Oct-11 | 0.50 | $327.70 | Review status of projects and internal conferences regarding issues for same. |
| Bassett  Eric | 18-Oct-11 | 0.25 | $181.26 | Attend monthly discussion regarding status of projects. |
| Lee  Eumene | 18-Oct-11 | 2.00 | $568.40 | Address additional participant claims. |
| McLachlan  Anna | 19-Oct-11 | 3.00 | $1,740.00 | Reviewed census data calculations and the LTC request (2.5); telephone conference with Don Hardin regarding same (0.5). |
| Millholland  Davin | 19-Oct-11 | 6.00 | $1,809.60 | Nortel records analysis. |
| Smith  Doug | 19-Oct-11 | 0.50 | $327.70 | Review status of projects and internal conferences regarding issues for same. |
| Hardin  Don | 19-Oct-11 | 1.00 | $696.00 | Telphone conference with debtors' counsel regarding status of project (0.5); telephone conference with Anna McLachlan regarding same (0.5). |
| Farswani  Vikas | 19-Oct-11 | 0.25 | $89.90 | Revisions to liability for claims analysis. |
| Gonczol  Allen | 20-Oct-11 | 2.25 | $678.60 | Work on RDS and census analysis (2.0); conference with Cornel Belteanu regarding same (0.25). |
| Millholland  Davin | 20-Oct-11 | 5.25 | $1,583.40 | Prepare summary of APBOs and participant counts. |
| Hardin  Don | 20-Oct-11 | 2.00 | $1,392.00 | Research data questions and related issues. |
| Balteanu  Cornel | 20-Oct-11 | 1.00 | $359.60 | Work on FAS 112 work (0.75);  findings discussion with Allen Gonczol (0.25). |
| McLachlan  Anna | 20-Oct-11 | 0.50 | $290.00 | Telephone conference with Aetna and Don Hardin regarding LTD and LTC questions and follow up documentation (0.5). |
| McLachlan  Anna | 20-Oct-11 | 2.00 | $1,160.00 | Review LTC caclulation and updated data. |
| Hardin  Don | 20-Oct-11 | 0.50 | $348.00 | Telephone conference with representative from Aetna and Anna McLachlan regarding LTD and LTC. |
| Millholland  Davin | 21-Oct-11 | 1.50 | $452.40 | Work on LTD summary and presentation slides for same. |
| Hardin  Don | 21-Oct-11 | 1.00 | $696.00 | Work on liabilities analysis. |
| Smith  Doug | 21-Oct-11 | 1.00 | $655.40 | Review status of projects and open issues regarding same. |
| Balteanu  Cornel | 21-Oct-11 | 1.25 | $449.50 | Work on FAS 112. |
| McLachlan  Anna | 21-Oct-11 | 3.00 | $1,740.00 | Peer reviewed enrollment counts (1.0); completed LTC calculations (2.0). |
| Lee  Eumene | 21-Oct-11 | 0.50 | $142.10 | Review additional participant claims. |
| McLachlan  Anna | 24-Oct-11 | 1.00 | $580.00 | Review of new data files. |
| Millholland  Davin | 24-Oct-11 | 3.75 | $1,131.00 | Prepare final counts and APBO summary. |

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Smith  Doug | 24-Oct-11 | 0.50 | $327.70 | Review of project materials and status of open items for same. |
| Hardin  Don | 24-Oct-11 | 3.50 | $2,436.00 | Reconciling liabilities and census files |
| Mayer  Julie | 24-Oct-11 | 8.25 | $622.06 | Assistance by Mercer Washington Resource Group regarding discrete plan issues. |
| Lee  Eumene | 24-Oct-11 | 0.50 | $142.10 | Review of liability claims data (0.25); discussion with Vikas Farswani regarding same (0.25). |
| Farswani  Vikas | 24-Oct-11 | 1.50 | $539.40 | Revisions to liability for claims analysis (1.25); conference with Eumene Lee regarding same (0.25). |
| Smith  Doug | 25-Oct-11 | 1.00 | $655.40 | Review status of project and open items for same. |
| Hardin  Don | 25-Oct-11 | 2.00 | $1,392.00 | Review and reconcile client files against May 2011 census information. |
| McLachlan  Anna | 25-Oct-11 | 0.50 | $290.00 | Preliminary review of new client data files. |
| Gonczol  Allen | 26-Oct-11 | 2.25 | $678.60 | Work on RDS. |
| Hardin  Don | 26-Oct-11 | 1.00 | $696.00 | Review additional information and files from client. |
| Smith  Doug | 26-Oct-11 | 0.50 | $327.70 | Review status of project and issues related to same. |
| McLachlan  Anna | 26-Oct-11 | 1.50 | $870.00 | Final peer review of data reconcilliation. |
| Balteanu  Cornel | 27-Oct-11 | 2.50 | $899.00 | Work on FAS 112. |
| Hardin  Don | 27-Oct-11 | 0.50 | $348.00 | Telphone conference with debtors' counsel regarding status of project. |
| Balteanu  Cornel | 28-Oct-11 | 1.50 | $539.40 | Work on FAS 112. |
| Gonczol  Allen | 31-Oct-11 | 2.00 | $603.20 | Work on RDS. |
| | **Totals:** | **441.50** | **$188,587.10** | |