# EXHIBIT B

**Expenses**
**August 1, 2011 through October 31, 2011**

| Date | Amount | Description |
|---|---|---|
| 31-Aug-10 | $3,362.40 | Administrative - Legal |
| 27-Sep-10 | $1,191.28 | Airfare / Don Hardin |
| 30-Sep-10 | $249.60 | Administrative - Legal |
| 30-Sep-10 | $1,458.40 | Airfare / Mark Chronister |
| 5-Oct-10 | $24.85 | Travel - Dinner / Mark Chronister |
| 5-Oct-10 | $35.39 | Travel - Meal / Don Hardin |
| 5-Oct-10 | $87.00 | Travel - Taxi / Don Hardin |
| 6-Oct-10 | $4.23 | Travel - Breakfast / Mark Chronister |
| 6-Oct-10 | $192.04 | Travel - Dinner / Mark Chronister and Don Hardin |
| 6-Oct-10 | $618.88 | Travel - Lodging / Don Hardin |
| 6-Oct-10 | $678.26 | Travel - Lodging / Mark Chronister |
| 6-Oct-10 | $11.44 | Travel - Lunch / Mark Chronister |
| 6-Oct-10 | $7.62 | Travel - Meal / Don Hardin |
| 6-Oct-10 | $10.59 | Travel - Meal / Don Hardin |
| 6-Oct-10 | $2.56 | Travel - Meal / Don Hardin |
| 6-Oct-10 | $22.20 | Travel - Mileage / Mark Chronister |
| 6-Oct-10 | $12.00 | Travel - Parking / Don Hardin |
| 6-Oct-10 | $52.51 | Travel - Parking / Mark Chronister |
| 6-Oct-10 | $88.00 | Travel - Taxi / Mark Chronister |
| 6-Oct-10 | $75.00 | Travel - Transportation / Mark Chronister |

**Total:** **$8,184.25**