
# CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on November 29, 2011 at 10:00 a.m. (ET)** was caused to be made on November 22, 2011, in the manner indicated upon the parties identified below and on the attached service list.

Dated: November 22, 2011

                                           */s/ Chad A. Fights*
                                           Chad A. Fights (No. 5006)

**Via Fax**

Wilmer Cutler Pickering Hale and Dorr LLP
George W. Shuster Jr.
Katelyn Rood
60 State St.
Boston, MA 02109
Fax: 617-526-5000

Jennifer R. Hoover
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Ave.
Suite 801
Wilmington, DE 19801
Fax : 302-442-7012

James S. Yoder
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899
Fax : 302-467-4554

Kenneth Law
Bailson Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306
Fax: 650-494-2738

Fulbright & Jaworski LLP
Mark C. Haut
666 Fifth Ave.
New York, NY 10103
Fax: 212-318-3400

Robert J. Pfister
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Fax: 310-407-9090

3790723.10