**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
               Debtors. : Jointly Administered
:
---------------------------------------------------------X   **Re: D.I. 6845**

**NOTICE OF SERVICE**

       PLEASE TAKE NOTICE that on November 22, 2011, a copy of the **Notice of Agenda of Matters Scheduled for Hearing on November 29, 2011 at 10:00 a.m. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: November 22, 2011
Wilmington, Delaware

               CLEARY GOTTLIEB STEEN & HAMILTON LLP
               James L. Bromley (admitted pro hac vice)
               Lisa M. Schweitzer (admitted pro hac vice)
               One Liberty Plaza
               New York, NY 10006
               Telephone: (212) 225-2000
               Facsimile: (212) 225-3999

               and

               MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                  */s/ Chad A. Fights*
               Derek C. Abbott (No. 3376)
               Ann C. Cordo (No. 4817)
               Chad A. Fights (No. 5006)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

1201 North Market Street, 18th Floor  
Wilmington, DE  19899-1347  
Telephone:  (302) 658-9200  
Facsimile:  (302) 425-4663  

*Counsel for the Debtors and Debtors in Possession*

4498739.6