# Exhibit B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

October 1, 2011 Through October 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Secretary of State Fees | | $18.00 |
| Transcripts | | 6,757.14 |
| Consulting/Professional Services | | 1,518.03 |
| Photos/Art/ Spec Duplicating | | 12,878.19 |
| Travel | | 1,060.80 |
| Meals | | 246.42 |
| Messenger Service | | 12.00 |
| Courier/Delivery Service | | 1,585.30 |
| Computer Research | Westlaw | 385.59 |
| Secretarial Overtime | | 48.00 |
| Special Supplies | | 88.25 |
| In-House Duplicating | | 2,745.05 |
| Postage | | 25.20 |
| Facsimile | | 3,495.00 |
| Support Staff Overtime | | 168.00 |
| Pacer | | 324.88 |
| Paralegal Overtime | | 17.29 |
| Conference Calls | | 116.00 |
| **Grand Total Expenses** | | **$31,489.14** |

Nortel Networks, Inc.
63989-DIP
DATE: 11/22/11 11:02:22

PRO FORMA  282621          AS OF 10/31/11                    INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 902912 | 10/18/11 | B | 18.00 | Secretary of State Fees' Nortel Networks Inc. / Plain copy of restated 111111310 | 502S` | 642 | 183167 |
| 903003 | 10/14/11 | B | 5,075.24 | Transcripts - WILCOX & FETZER, LTD` TRANSCRIPT - 10/14/2011 | 506 | 322 | 183288 |
| 903976 | 10/20/11 | B | 1,681.90 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 10/20/2011 | 506 | 904 | |
| 899471 | 07/31/11 | B | 1,054.62 | Consulting/Professional Services - PHILLIPS, GOLDMAN & SPENCE, P.A.` PROFESSIONAL SERVICES RENDERED THROUGH THE PERIOD OF 07/31/2011 - CASE NO. 09-10138 | 509 | 203 | 182765 |
| 899472 | 08/31/11 | B | 463.41 | Consulting/Professional Services - PHILLIPS, GOLDMAN & SPENCE, P.A.` PROFESSIONAL SERVICES RENDERED THROUGH THE PERIOD OF 08/31/2011 - CASE NO. 09-10138 | 509 | 203 | 182766 |
| 900172 | 10/03/11 | B | 337.21 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (1 ORIGINAL x 187 COPIES) - 10/03/2011 | 510 | 684 | 182843 |
| 901441 | 10/05/11 | B | 365.03 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (2 ORIGINALS x 187 COPIES) - 10/05/2011 | 510 | 684 | 183013 |
| 901440 | 10/07/11 | B | 1,910.93 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (65 ORIGINALS x 187 COPIES) - 10/07/2011 | 510 | 900 | 183012 |
| 902999 | 10/11/11 | B | 530.20 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL COPIES & CUSTOM EXHIBIT TABS PRINTED INSERTED - 10/11/2011 | 510 & | 684 | 183161 |
| 902997 | 10/11/11 | B | 225.00 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL COPIES (415 ORIGINALS x 5 COPIES) - 10/11/2011 | 510 | 684 | 183159 |
| 902998 | 10/12/11 | B | 258.00 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL COPIES (258 ORIGINALS x 10 COPIES) - 10/12/2011 | 510 | 684 | 183160 |
| 902747 | 10/12/11 | B | 91.34 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL COPIES (11 ORIGINALS x 22 COPIES) - 10/12/2011 | 510 | 684 | 183138 |
| 903001 | 10/12/11 | B | 619.50 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL COPIES (413 x 15 COPIES) - 10/12/2011 | 510 | 684 | 183162 |
| 902748 | 10/12/11 | B | 1,089.63 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL COPIES (30 ORIGINALS x 185 COPIES) - 10/12/2011 | 510 | 900 | 183139 |
| 903499 | 10/18/11 | B | 686.57 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES & BANKRUPTCY MAILOUTS - 10/18/2011 | 510 | 684 | 183251 |

Nortel Networks, Inc.
63989-DIP
DATE: 11/22/11 11:02:22

PRO FORMA  282621          AS OF 10/31/11          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 903174 | 10/18/11 | B | 340.58 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL COPIES (6 ORIGINALS x 117 COPIES) - 10/18/2011 | 510 | 684 | 183213 |
| 904132 | 10/20/11 | B | 1,229.81 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL COPIES (35 ORIGINALS x 187 COPIES) - 10/20/2011 | 510 | 900 | 183321 |
| 904130 | 10/24/11 | B | 388.29 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL COPIES (3 ORIGINALS x 187 COPIES) - 10/24/2011 | 510 | 684 | 183319 |
| 903979 | 10/24/11 | B | 113.50 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, HAND DELIVERIES & BANKRUPTCY MAILOUTS - 10/24/2011 | 510 | 684 | 183291 |
| 904473 | 10/25/11 | B | 3,082.55 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL PRINTS (110 ORIGINALS x 187 COPIES) - 10/25/2011 | 510 | 684 | 183367 |
| 904474 | 10/26/11 | B | 168.50 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL COPIES (369 ORIGINALS x 4 COPIES) - 10/26/2011 | 510 | 684 | 183368 |
| 904488 | 10/26/11 | B | 1,441.55 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL COPIES (45 ORIGINALS x 187 COPIES) - 10/26/2011 | 510 | 684 | 183376 |
| 902237 | 10/13/11 | B | 109.20 | Travel - EAGLE CHAUFFEURED SERVICES, INC.` J. BROMLEY - PU; PHL AP - DO; HOTEL DUPONT - 10/13/2011 | 511 | 000 | 183102 |
| 904124 | 10/14/11 | B | 196.20 | Travel - EAGLE CHAUFFEURED SERVICES, INC.` J. KELLY - PU; HOTEL DUPONT - DO; PHL AP - 10/14/2011 | 511 | 000 | 183314 |
| 904112 | 10/19/11 | B | 355.00 | Travel - UNIGLOBE RED CARPET TRAVEL` D. CULVER - AMTRAK; WILMINGTON TO NY - 10/19/2011 | 511 | 203 | 183310 |
| 904798 | 10/19/11 | B | 12.00 | Travel - PETTY CASH` D. CULVER - PARKING - 10/19/2011 | 511 | 203 | 183391 |
| 904789 | 10/19/11 | B | 33.40 | Travel - PETTY CASH` D. ABBOTT - PARKING - 10/19/2011 | 511 | 322 | 183391 |
| 904111 | 10/19/11 | B | 355.00 | Travel - UNIGLOBE RED CARPET TRAVEL` D. ABBOTT - AMTRAK; WILMINGTON TO NY - 10/19/2011 | 511 | 322 | 183310 |
| 904793 | 10/05/11 | B | 11.67 | Meals - PETTY CASH` C. FIGHTS - WORKING DINNER - 10/05/2011 | 512 | 900 | 183391 |
| 902922 | 10/14/11 | B | 10.00 | Meals - PETTY CASH` A. CORDO - DRINKS FOR COCOUNSEL- 10/14/2011 | 512 | 904 | 183148 |
| 902229 | 10/14/11 | B | 168.50 | Meals - CHAD FIGHTS' REIMBURSEMENT OF DINNER AFTER NORTEL HEARING DISMISS (W/ CO-COUNSEL) - 10/14/2011 | 512 TO | 900 | 183094 |
| 902238 | 10/14/11 | B | 56.25 | Meals - URBAN CAFE, LLC` FOOD FOR 18 - 10/14/2011 | 512 | 000 | 183103 |
| 897791 | 08/31/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897795 | 09/01/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 897925 | 09/08/11 | B | 3.00 | Messenger Service | 513S | 900 | |

```
Nortel Networks, Inc.                          PRO FORMA  282621      AS OF 10/31/11                            INVOICE# ******
63989-DIP
DATE: 11/22/11 11:02:22
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 899710 | 09/22/11 | B | 3.00 | Messenger Service | 513S | 684 | 182486 |
| 897386 | 08/06/11 | B | 34.80 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - COURIER CHARES - 08/06/2011 | 514 | 000 | 182486 |
| 897398 | 08/20/11 | B | 17.40 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - COURIER CHARGES - 08/20/2011 | 514 | 904 | 182486 |
| 897399 | 08/20/11 | B | 17.40 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - COURIER CHARGES - 08/20/2011 | 514 | 904 | 182486 |
| 902605 | 09/02/11 | B | 34.80 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - 09/02/2011 | 514 | 904 | 183112 |
| 902607 | 09/08/11 | B | 87.00 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - 09/08/2011 | 514 | 904 | 183112 |
| 902608 | 09/08/11 | B | 52.20 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - 09/08/2011 | 514 | 904 | 183112 |
| 902609 | 09/08/11 | B | 121.80 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - 09/08/2011 | 514 | 904 | 183112 |
| 902625 | 09/20/11 | B | 34.80 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - 09/20/2011 | 514 | 904 | 183112 |
| 902632 | 09/21/11 | B | 34.80 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - 09/21/2011 | 514 | 904 | 183112 |
| 902701 | 10/03/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 183127 |
| 902700 | 10/04/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 183127 |
| 903549 | 10/12/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 183266 |
| 902218 | 10/12/11 | B | 31.21 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 183083 |
| 902181 | 10/12/11 | B | 11.85 | Courier/Delivery Service | 514 | 322 | 183082 |
| 902182 | 10/12/11 | B | 11.85 | Courier/Delivery Service | 514 | 322 | 183082 |
| 902183 | 10/12/11 | B | 16.27 | Courier/Delivery Service | 514 | 322 | 183082 |
| 902184 | 10/12/11 | B | 11.85 | Courier/Delivery Service | 514 | 322 | 183082 |
| 902185 | 10/12/11 | B | 11.85 | Courier/Delivery Service | 514 | 322 | 183082 |
| 902186 | 10/12/11 | B | 11.85 | Courier/Delivery Service | 514 | 322 | 183082 |
| 903550 | 10/13/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 183266 |
| 903551 | 10/14/11 | B | 31.07 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 183266 |
| 903552 | 10/14/11 | B | 14.40 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 183266 |
| 903553 | 10/14/11 | B | 88.07 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 183266 |
| 903554 | 10/14/11 | B | 19.07 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 183266 |
| 903555 | 10/14/11 | B | 136.07 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 183266 |
| 903556 | 10/14/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 183266 |
| 903557 | 10/14/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 183266 |
| 903435 | 10/17/11 | B | 77.07 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 183227 |
| 903448 | 10/17/11 | B | 10.63 | Courier/Delivery Service | 514 | 322 | 183228 |

```
Nortel Networks, Inc.                          PRO FORMA  282621            AS OF 10/31/11                    INVOICE# ******
63989-DIP
DATE: 11/22/11 11:02:22

INDEX   DATE     STAT  AMOUNT  DESCRIPTION                                                  CODE  TKPER  VOUCHER
904095  10/17/11  B     31.21  Courier/Delivery Service - FEDERAL EXPRESS CORP.              514   000    183297
903442  10/17/11  B      8.56  Courier/Delivery Service                                      514   322    183228
903443  10/17/11  B     11.08  Courier/Delivery Service                                      514   322    183228
903444  10/17/11  B     11.08  Courier/Delivery Service                                      514   322    183228
903445  10/17/11  B     14.61  Courier/Delivery Service                                      514   322    183228
903446  10/17/11  B     11.58  Courier/Delivery Service                                      514   322    183228
903447  10/17/11  B     13.60  Courier/Delivery Service                                      514   322    183228
903165  10/17/11  B     20.64  Courier/Delivery Service                                      514   322    183207
903166  10/17/11  B     22.57  Courier/Delivery Service                                      514   322    183207
903438  10/17/11  B     12.09  Courier/Delivery Service                                      514   322    183228
903439  10/17/11  B     13.09  Courier/Delivery Service                                      514   322    183228
903440  10/17/11  B     13.09  Courier/Delivery Service                                      514   322    183207
903441  10/17/11  B     14.10  Courier/Delivery Service                                      514   322    183228
903159  10/17/11  B     16.27  Courier/Delivery Service                                      514   322    183207
903160  10/17/11  B     17.26  Courier/Delivery Service                                      514   322    183207
903161  10/17/11  B     15.00  Courier/Delivery Service                                      514   322    183207
903162  10/17/11  B     17.26  Courier/Delivery Service                                      514   322    183207
903163  10/17/11  B     20.78  Courier/Delivery Service                                      514   322    183207
903164  10/17/11  B     11.85  Courier/Delivery Service                                      514   322    183207
903153  10/17/11  B     17.26  Courier/Delivery Service                                      514   322    183207
903154  10/17/11  B     17.26  Courier/Delivery Service                                      514   322    183207
903155  10/17/11  B     20.64  Courier/Delivery Service                                      514   322    183207
903156  10/17/11  B     20.64  Courier/Delivery Service                                      514   322    183207
903157  10/17/11  B     11.85  Courier/Delivery Service                                      514   322    183207
903158  10/17/11  B     11.85  Courier/Delivery Service                                      514   322    183207
903149  10/17/11  B     11.85  Courier/Delivery Service                                      514   322    183207
903150  10/17/11  B     17.26  Courier/Delivery Service                                      514   322    183207
903151  10/17/11  B     20.78  Courier/Delivery Service                                      514   322    183207
903152  10/17/11  B     11.85  Courier/Delivery Service                                      514   322    183207
904284  10/18/11  B      6.90  Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC         514   000    183357
904285  10/21/11  B      6.90  Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC         514   000    183357
904286  10/21/11  B      6.90  Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC         514   000    183357
904287  10/21/11  B      6.90  Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC         514   000    183357
904288  10/21/11  B      6.90  Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC         514   000    183357
904289  10/21/11  B      6.90  Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC         514   000    183357
904290  10/21/11  B      6.90  Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC         514   000    183357
904291  10/21/11  B      6.90  Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC         514   000    183357
904292  10/21/11  B      6.90  Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC         514   000    183357
```

```
Nortel Networks, Inc.                    PRO FORMA  282621        AS OF 10/31/11                                     INVOICE# ******
63989-DIP
DATE: 11/22/11 11:02:22
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 905072 | 10/24/11 | B | 31.21 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 183448 |
| 904268 | 10/24/11 | B | 11.85 | Courier/Delivery Service | 514 | 322 | 183354 |
| 904269 | 10/24/11 | B | 11.85 | Courier/Delivery Service | 514 | 322 | 183354 |
| 904270 | 10/24/11 | B | 11.85 | Courier/Delivery Service | 514 | 322 | 183354 |
| 904271 | 10/24/11 | B | 11.85 | Courier/Delivery Service | 514 | 322 | 183354 |
| 904272 | 10/24/11 | B | 11.85 | Courier/Delivery Service | 514 | 322 | 183354 |
| 904273 | 10/24/11 | B | 16.27 | Courier/Delivery Service | 514 | 322 | 183354 |
| 902468 | 10/04/11 | B | 80.67 | Computer Research - Westlaw Search Performed by: CULVER,DONNA L | 515 | 203 | |
| 902469 | 10/04/11 | B | 109.33 | Computer Research - Westlaw Search Performed by: FIGHTS,CHAD | 515 | 900 | |
| 903864 | 10/13/11 | B | 34.00 | Computer Research - Westlaw Search Performed by: CULVER,DONNA L | 515 | 203 | |
| 903828 | 10/14/11 | B | 28.17 | Computer Research - Westlaw Search Performed by: FIGHTS,CHAD | 515 | 900 | |
| 904365 | 10/17/11 | B | 133.42 | Computer Research - Westlaw Search Performed by: FIGHTS,CHAD | 515 | 900 | |
| 904315 | 10/14/11 | B | 48.00 | Secretarial Overtime | 516S | 637 | |
| 903000 | 10/11/11 | B | 88.25 | Special Supplies - DIGITAL LEGAL SERVICES LLC 2" CLEARVIEW D-RING BINDERS, 3" CLEARVIEW D-RIBG BINDERS & EXHIBIT TABS INSERTED - 10/11/2011 | 518H | 684 | 183161 |
| 900452 | 10/06/11 | B | 157.70 | In-House Duplicating | 519 | 684 | |
| 900942 | 10/07/11 | B | 16.00 | In-House Duplicating | 519 | 684 | |
| 901170 | 10/10/11 | B | 142.00 | In-House Duplicating | 519 | 684 | |
| 901343 | 10/11/11 | B | 2.70 | In-House Duplicating | 519 | 684 | |
| 901555 | 10/12/11 | B | 3.60 | In-House Duplicating | 519 | 684 | |
| 901556 | 10/12/11 | B | 214.40 | In-House Duplicating | 519 | 684 | |
| 901557 | 10/12/11 | B | 464.10 | In-House Duplicating | 519 | 684 | |
| 901558 | 10/12/11 | B | 145.20 | In-House Duplicating | 519 | 684 | |
| 901817 | 10/13/11 | B | 31.60 | In-House Duplicating | 519 | 684 | |
| 901818 | 10/13/11 | B | 10.80 | In-House Duplicating | 519 | 684 | |
| 901819 | 10/13/11 | B | 64.70 | In-House Duplicating | 519 | 684 | |
| 901820 | 10/13/11 | B | 50.00 | In-House Duplicating | 519 | 684 | |
| 901821 | 10/13/11 | B | 173.70 | In-House Duplicating | 519 | 684 | |
| 901822 | 10/13/11 | B | 219.20 | In-House Duplicating | 519 | 546 | |
| 902092 | 10/14/11 | B | 8.80 | In-House Duplicating | 519 | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 11/22/11 11:02:22

PRO FORMA   282621        AS OF 10/31/11                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 902091 | 10/14/11 | B | 29.50 | In-House Duplicating | 519 | 684 | |
| 902342 | 10/17/11 | B | 95.20 | In-House Duplicating | 519 | 684 | |
| 902780 | 10/18/11 | B | 16.80 | In-House Duplicating | 519 | 684 | |
| 902779 | 10/18/11 | B | 0.10 | In-House Duplicating | 519 | 684 | |
| 902778 | 10/18/11 | B | 1.90 | In-House Duplicating | 519 | 554 | |
| 903223 | 10/20/11 | B | 3.50 | In-House Duplicating | 519 | 684 | |
| 903337 | 10/21/11 | B | 5.50 | In-House Duplicating | 519 | 684 | |
| 903338 | 10/21/11 | B | 4.00 | In-House Duplicating | 519 | 684 | |
| 903339 | 10/21/11 | B | 9.80 | In-House Duplicating | 519 | 684 | |
| 903718 | 10/24/11 | B | 17.10 | In-House Duplicating | 519 | 684 | |
| 903719 | 10/24/11 | B | 2.40 | In-House Duplicating | 519 | 684 | |
| 903996 | 10/25/11 | B | 15.00 | In-House Duplicating | 519 | 684 | |
| 904175 | 10/26/11 | B | 25.90 | In-House Duplicating | 519 | 684 | |
| 904176 | 10/26/11 | B | 4.50 | In-House Duplicating | 519 | 684 | |
| 903509 | 09/21/11 | B | 10.00 | Postage | 520 | 000 | |
| 903529 | 10/06/11 | B | 10.20 | Postage | 520 | 000 | |
| 903534 | 10/14/11 | B | 0.44 | Postage | 520 | 000 | |
| 903540 | 10/19/11 | B | 4.56 | Postage | 520 | 000 | |
| 903173 | 10/12/11 | B | 178.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` CORRESPONDENCE SENT VIA FAX - 10/12/2011 | 522H | 684 | 183212 |
| 903172 | 10/17/11 | B | 2,242.50 | Facsimile - DIGITAL LEGAL SERVICES LLC` CORRESPONDENCE SENT VIA FAX - 10/17/2011 | 522H | 900 | 183211 |
| 903496 | 10/18/11 | B | 221.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` CORRESPONDENCE SENT VIA FAX - 10/18/2011 | 522H | 684 | 183246 |
| 904942 | 10/24/11 | B | 17.50 | Facsimile - DIGITAL LEGAL SERVICES LLC` CORRESPONDENCE SENT VIA FAX - 10/24/2011 | 522H | 684 | 183432 |
| 904131 | 10/24/11 | B | 836.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` CORRESPONDENCE SENT VIA FAX - 10/24/2011 | 522H | 684 | 183320 |
| 901516 | 10/09/11 | B | 168.00 | 3Support Staff Overtime | 525S | 455 | |
| 897136 | 08/31/11 | B | 182.72 | Pacer charges for the month of August | 529 | 000 | |
| 903587 | 09/30/11 | B | 141.52 | Pacer charges for the month of September | 529 | 000 | |
| 903619 | 09/30/11 | B | 0.64 | Pacer charges for the month of September | 529 | 000 | |
| 904321 | 10/14/11 | B | 17.29 | Paralegal Overtime | 530S | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 11/22/11 11:02:22

PRO FORMA 282621       AS OF 10/31/11       INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 899502 | 10/03/11 | B | 112.25 | In-House Printing - black & white | 541 | 684 | |
| 900282 | 10/05/11 | B | 22.80 | In-House Printing - black & white | 541 | 684 | |
| 900453 | 10/06/11 | B | 22.10 | In-House Printing - black & white | 541 | 900 | |
| 900943 | 10/07/11 | B | 16.95 | In-House Printing - black & white | 541 | 623 | |
| 901171 | 10/10/11 | B | 7.20 | In-House Printing - black & white | 541 | 684 | |
| 901344 | 10/11/11 | B | 165.10 | In-House Printing - black & white | 541 | 684 | |
| 901559 | 10/12/11 | B | 133.60 | In-House Printing - black & white | 541 | 546 | |
| 902093 | 10/13/11 | B | 22.80 | In-House Printing - black & white | 541 | 605 | |
| 901823 | 10/13/11 | B | 16.55 | In-House Printing - black & white | 541 | 684 | |
| 902094 | 10/14/11 | B | 229.35 | In-House Printing - black & white | 541 | 684 | |
| 902343 | 10/17/11 | B | 2.55 | In-House Printing - black & white | 541 | 684 | |
| 902781 | 10/18/11 | B | 9.45 | In-House Printing - black & white | 541 | 684 | |
| 903074 | 10/18/11 | B | 1.10 | In-House Printing - black & white | 541 | 605 | |
| 903075 | 10/19/11 | B | 6.75 | In-House Printing - black & white | 541 | 684 | |
| 903224 | 10/20/11 | B | 2.45 | In-House Printing - black & white | 541 | 684 | |
| 903340 | 10/21/11 | B | 6.25 | In-House Printing - black & white | 541 | 684 | |
| 903720 | 10/24/11 | B | 1.30 | In-House Printing - black & white | 541 | 684 | |
| 903997 | 10/25/11 | B | 6.20 | In-House Printing - black & white | 541 | 904 | |
| 904177 | 10/26/11 | B | 21.80 | In-House Printing - black & white | 541 | 605 | |
| 904656 | 10/28/11 | B | 2.80 | In-House Printing - black & white | 541 | 684 | |
| 897388 | 08/13/11 | B | 30.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - COURT CONFERENCE CALL - 08/13/201 | 552H 1 | 000 | 182486 |
| 902640 | 09/24/11 | B | 86.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL/CONFERENCE CALL - 09/24/2011 | 552H | 322 | 183112 |

31,489.14