## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Monthly Operating Report (Reporting Period September 1, 2011 Through September 30, 2011)** was caused to be made on November 22, 2011, in the manner indicated upon the entities identified below.

Date: November 22, 2011  　　　　　　　　　　　 */s/ Ann C. Cordo*
Wilmington, DE　　　　　　　　　　　　　　　　Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**　　　　　　　　　　　**VIA FIRST CLASS MAIL**

Thomas P. Tinker, Esq.　　　　　　　　　　　　Fred S. Hodara, Esq.
Office of the U.S. Trustee　　　　　　　　　　　Akin Gump Strauss Hauer & Feld LLP
844 King Street　　　　　　　　　　　　　　　One Bryant Park
Suite 2207, Lockbox 35　　　　　　　　　　　　New York, NY 10036
Wilmington, DE 19801-3519　　　　　　　　　　(Counsel for Official Committee
(Trustee)　　　　　　　　　　　　　　　　　　Of Unsecured Creditors)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
(Counsel for Official Committee
Of Unsecured Creditors)

4167932.4