## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>Nortel Networks Inc., *et al.*, [1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |
| Nortel Networks Inc. v. Algo Communication Products Ltd. | Adv. Pro. No. 10-55913 |
| Nortel Networks Inc. v. Aviat U.S., Inc. | Adv. Pro. No. 11-50205 |
| Nortel Networks Inc. v. Avotus Corporation | Adv. Pro. No. 10-55916 |
| Nortel Networks Inc. v. CDW Direct, LLC and CDW LLC | Adv. Pro. No. 10-55185 |
| Nortel Networks Inc. v. Covergence, Inc. | Adv. Pro. No. 11-50033 |
| Nortel Networks Inc. v. Focus Legal Solutions, LLC and Focus Legal Management, LLC | Adv. Pro. No. 11-50204 |
| Nortel Networks Inc. v. International Business Machines Corporation *et al.* | Adv. Pro. No. 11-50206 |
| Nortel Networks Inc. v. Sigma Systems Canada Inc. | Adv. Pro. No. 10-55211 |
| Nortel Networks Inc. v. Zhone Technologies, Inc. | Adv. Pro. No. 10-55904 |

## STATUS REPORT ON AVOIDANCE ACTIONS
## ASSIGNED TO THE HONORABLE KEVIN GROSS, CHIEF JUDGE

　　　　　　In accordance with the Court's Chambers' Procedures and the Scheduling Order dated April 12, 2011 entered with respect to the above-captioned adversary proceedings,

---

[1]　　The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

plaintiff, Nortel Networks Inc., by and through its counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submits the following status report.

Dated:  November 23, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Deborah M. Buell (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
Nora K. Abularach (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Chad A. Fights*
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Chad Fights (No. 5006)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and
Debtors in Possession*

## STATUS A

### SERVICE NOT YET COMPLETED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS B

### SERVICE COMPLETE, ANSWERS DUE

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55913 | Algo Communication Products, Ltd. | Answer to complaint due January 30, 2012. |

## STATUS C

### MOTION OR REQUEST FOR DEFAULT FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS D

### NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS E

### RESOLVED/SETTLED:  MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| 11-50033 | Covergence, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, a motion pursuant to Bankruptcy Rule |

| | | 9019(b) to approve the proposed settlement was filed on October 25, 2011 and the Court entered an Order Approving the Stipulation of Settlement of Avoidance Claims on November 14, 2011. |
|---|---|---|
| 10-55185 | CDW Direct, LLC and CDW LLC | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, notice of the settlement was sent to the Notice Parties. |
| 10-55916 | Avotus Corporation | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, notice of the settlement will be given to the Notice Parties. |

## STATUS F

## DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
|---|---|---|
| 11-50205 | Aviat U.S., Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated November 22, 2011.  Plaintiff's discovery responses due on November 30, 2011. Defendant's discovery responses due on November 30, 2011. |
| 11-50204 | Focus Legal Solutions, LLC and Focus Legal Management, LLC | Discovery will be proceeding in accordance with the Amended Scheduling Order dated August 9, 2011.  Defendant's discovery responses were due on August 3, 2011 and Plaintiff reserves all rights. |

| 11-50206 | International Business Machines Corporation *et al.* | Discovery will be proceeding in accordance with the Scheduling Order dated September 22, 2011. |
|---|---|---|
| 10-55211 | Sigma Systems Canada Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated November 18, 2011. |
| 10-55904 | Zhone Technologies, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated July 29, 2011.  Plaintiff's discovery responses due on January 7, 2012. Defendant's discovery responses due on December 31, 2011. |

## STATUS G

## NOTICE OF SELECTION OF MEDIATOR FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS H

## READY FOR TRIAL

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS I

## DISPOSITIVE MOTION PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS J

## STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS K
## APPEAL PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |