## Nortel Wave 4 Service List
## Via Hand Delivery on Local Wilmington Parties and Via First Class Mail on All Others

**Counsel for Algo Communication Products**
Morris James LLP
Jeffrey Waxman
500 Delaware Ave, Ste 1500
Wilmington, DE 19801

**Counsel to Avotus Corporation**
The Williams Law Frim, P.A.
Brian C Crawford
One Commerce Center
Suite 600
1201 N. Orange Street
Wilmington, DE 19801

D'Ambrosio LLP
Peter A. Brown
185 Devonshire Street
10th Floor
Boston, MA 02110

**Counsel for CDW Direct, LLC**
Arnstein & Lehr LLP
George Apostolides
120 S. Riverside Plaza
Chicago, IL 60606

**Counsel for Covergence, Inc.**
Connolly Bove Lodge & Hutz LLP
Marc J. Phillips
1007 North Orange Street
Wilmington, DE 19801

Bingham McCutchen LLP
Kate K. Simon
One State St.
Hartford, CT 06103

**Counsel for Focus Legal Solutions, LLC**
Husch Blackwell LLP
Michael E. Degan
1620 Dodge St., Ste 2100
Omaha, NE 68102

**Counsel for IBM**
Paul Hastings Janofsky & Walker LLP
Jesse H. Austin III
Robert E. Winter
875 15th St., N.W.
Washington, DC 20005

Smith, Katzenstein & Jenkins LLP
Kathleen M. Miller
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

**Counsel for Sigma Systems**
Thorp Reed & Armstrong
Jeffrey M. Carbino
One Commerce Square
2005 Market Street
Suite 1000
Philadelphia, PA 19103

**Counsel for Staples Contract & Commercial, Inc.**
Wilmer Cutler Pickering Hale & Dorr LLP
George W. Shuster Jr.
Katelyn Rood
60 State St.
Boston, MA 02109

**Counsel for Zhone Technologies, Inc.**
Morris James LLP
Stephen M. Miller
Eric J. Monzo
500 Delaware Ave, Ste 1500
Wilmington, DE 19801

4273379.1