# EXHIBIT B



# Akin Gump
## Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
ATTN: JOHN DOLITTLE  
2221 LAKESIDE BOULEVARD  
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1395534 |
| Invoice Date | 11/17/11 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/11 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 9.10 | $5,898.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 11.70 | $6,881.00 |
| 0006 | Retention of Professionals | 0.60 | $306.00 |
| 0007 | Creditors Committee Meetings | 82.00 | $55,091.00 |
| 0008 | Court Hearings | 54.40 | $35,406.00 |
| 0009 | Financial Reports and Analysis | 0.50 | $415.00 |
| 0012 | General Claims Analysis/Claims Objections | 9.90 | $5,619.00 |
| 0014 | Canadian Proceedings/Matters | 2.80 | $1,860.00 |
| 0017 | General Adversary Proceedings | 2.30 | $1,557.00 |
| 0018 | Tax Issues | 47.50 | $26,750.00 |
| 0019 | Labor Issues/Employee Benefits | 101.90 | $75,556.00 |
| 0020 | Real Estate Issues/Leases | 0.50 | $275.00 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 2.60 | $1,710.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 12.60 | $8,556.00 |
| 0025 | Travel | 23.40 | $14,924.00 |
| 0026 | Avoidance Actions | 1.10 | $657.00 |
| 0028 | Non-Debtor Affiliates | 6.40 | $4,543.00 |
| 0029 | Intercompany Analysis | 331.80 | $235,075.00 |
| 0032 | Intellectual Property | 2.10 | $1,642.00 |
| | TOTAL | 703.20 | $482,721.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1395534

Page 2  
November 17, 2011

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/03/11 | FSH | 0002 | Attend to logistics re confidentiality and restriction (.2). Call with member of ad hoc group re organization (.2). Follow-up re same (.2). | 0.60 |
| 10/03/11 | SLB | 0002 | Attention to scheduling matters | 0.30 |
| 10/04/11 | BMK | 0002 | Participate in meeting with F. Hodara, D. Botter and A. Qureshi with creditor re: case status (1.2); follow up re: same (0.3) | 1.50 |
| 10/05/11 | FSH | 0002 | Receive and analyze information re creditor issues. | 0.30 |
| 10/05/11 | SLB | 0002 | Coordinate scheduling of upcoming meetings (.2); corr. w/ B. Kahn re: same (.1) | 0.30 |
| 10/08/11 | DHB | 0002 | Email communications re GUC communications. | 0.10 |
| 10/09/11 | FSH | 0002 | Respond to call of creditor. | 0.10 |
| 10/11/11 | SLS | 0002 | Telephone call with noteholder regarding case status(.4) | 0.40 |
| 10/17/11 | SLS | 0002 | Telephone call with S. Kelly and D. Botter regarding case update (.5). | 0.50 |
| 10/18/11 | SLS | 0002 | Telephone call with B. Kahn and bondholder regarding case status (.3). | 0.30 |
| 10/18/11 | BMK | 0002 | Tc with creditor regarding case status | 0.50 |
| 10/24/11 | BMK | 0002 | Attention to committee bylaw issues | 0.30 |
| 10/25/11 | SLS | 0002 | Review communications regarding potential document distribution (.5); telephone call with D. Botter regarding case status (.3) | 0.80 |
| 10/25/11 | FSH | 0002 | TC J. Ray, J. Bromley, L. Schweitzer re numerous pending issues (.9). | 0.90 |
| 10/25/11 | BMK | 0002 | Conf with F. Hodara re: committee organizational issues (0.3); tc with R. Jacobs re: same (0.4); attention to same (0.3) | 1.00 |
| 10/27/11 | BMK | 0002 | Analysis of committee organizational documents and matters | 0.80 |
| 10/28/11 | JYS | 0002 | Telephone conference with creditor. | 0.40 |
| 10/04/11 | FSH | 0003 | Commence work on monthly fee statement. | 0.20 |
| 10/13/11 | BMK | 0003 | Review September invoice | 1.00 |
| 10/17/11 | BMK | 0003 | Review of September invoice | 3.80 |
| 10/20/11 | FSH | 0003 | Work on monthly fee app. | 0.20 |
| 10/20/11 | BMK | 0003 | Attention invoice issues | 0.40 |
| 10/28/11 | BMK | 0003 | Draft/edit September fee application | 2.30 |
| 10/29/11 | SLS | 0003 | Review monthly fee statement. | 1.00 |
| 10/30/11 | SLS | 0003 | Review monthly fee statement. | 2.00 |
| 10/31/11 | SLS | 0003 | Review monthly fee application. | 0.80 |
| 10/20/11 | BMK | 0006 | Draft/edit 2014 declaration | 0.60 |
| 10/04/11 | SLS | 0007 | Participate in professionals' pre-call (.7); review and comment on Capstone materials regarding same (.6). | 1.30 |
| 10/04/11 | LGB | 0007 | Participate in professionals pre-call (portion). | 0.50 |
| 10/04/11 | FSH | 0007 | Work on agenda for Committee meeting (.1). Attend meeting of advisors to prepare for Committee call and to review pending issues (.7). Follow-up re agenda (.2). | 1.00 |
| 10/04/11 | AQ | 0007 | Attend Professionals' call. | 0.70 |
| 10/04/11 | DHB | 0007 | Email communications re agenda and review of same (.2); prepare for (.1) and attend professionals pre-call (.7). | 1.00 |
| 10/04/11 | SBK | 0007 | Attend professionals pre-call re prepare for weekly committee call. | 0.70 |
| 10/04/11 | BMK | 0007 | Review and comment on Capstone materials for committee call (0.4); edit/draft agenda for committee call (0.2); participate in professionals call (0.7); follow up to same (0.3) | 1.60 |
| 10/04/11 | KMR | 0007 | Attended weekly professionals meeting (.7); prepare for same (.1). | 0.80 |
| 10/04/11 | GDB | 0007 | Emails re professionals call and UCC call (0.3). | 0.30 |
| 10/04/11 | SJW | 0007 | Attend professionals' precall (.7); prepare for same (.1). | 0.80 |
| 10/04/11 | SLB | 0007 | Corr w/ F. Hodara & B. Kahn re: Cte Call. | 0.10 |
| 10/04/11 | JPR | 0007 | Attend Professionals conference call (.7). Drafted bullet points re: NNSA claim to present to committee (.9). | 1.60 |
| 10/05/11 | SLS | 0007 | Telephone call with J. Hyland regarding UCC call (.1); participate in UCC call (partial) (.4) | 0.50 |
| 10/05/11 | LGB | 0007 | Participate on Committee call. | 0.80 |
| 10/05/11 | FSH | 0007 | Prepare for Committee call (.3). Attend same (.8). | 1.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1395534

Page 3  
November 17, 2011

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/05/11 | AQ | 0007 | Prepare report for Committee call re EMEA claims motion to dismiss. | 0.30 |
| 10/05/11 | AQ | 0007 | Attend Committee call. | 0.80 |
| 10/05/11 | DHB | 0007 | Prepare for (.3) and attend Committee call (.8). | 1.10 |
| 10/05/11 | SBK | 0007 | Attend weekly committee call (.8) and follow-up professionals discussion (.5). | 1.30 |
| 10/05/11 | KMR | 0007 | Attended creditors committee meeting. | 0.80 |
| 10/05/11 | JYS | 0007 | Attend Committee Call (partial attendance) (0.6); follow up with Akin Gump team (0.3). | 0.90 |
| 10/05/11 | GDB | 0007 | Attend UCC call. | 0.80 |
| 10/05/11 | SLB | 0007 | Prepare for (.2) and attend (.8) cte call. | 1.00 |
| 10/05/11 | JPR | 0007 | Attend Committee conference call (.8); follow-up to same (.3). | 1.10 |
| 10/10/11 | FSH | 0007 | Prep for Committee meeting. | 0.20 |
| 10/10/11 | SLB | 0007 | Prepare minutes of 10/5 Cte. call. | 0.30 |
| 10/11/11 | LGB | 0007 | Review agenda for professionals call (0.1); Email Brauner re correction to same (0.1); Attend professionals call (0.5); follow up to same (.2). | 0.90 |
| 10/11/11 | FSH | 0007 | Attned call of advisors re pending issues and upcoming Committee meeting. | 0.50 |
| 10/11/11 | AQ | 0007 | Attend Professionals' call. | 0.50 |
| 10/11/11 | DHB | 0007 | Review agenda (.1); email communications re same (.1); professionals call (.5). | 0.70 |
| 10/11/11 | SBK | 0007 | Emails re scheduling professionals call (.40); Attend pre-call re prep for Committee call (.50) | 0.90 |
| 10/11/11 | BMK | 0007 | Participate in professionals call (0.5); review Capstone materials for committee call (0.7); tc with A. Cowie re: same (0.3); tc with J. Hyland re: same (0.1); emails with S. Brauner re: agenda (0.2); email agenda to UCC (0.1) | 1.90 |
| 10/11/11 | KMR | 0007 | Attended weekly professionals meeting. | 0.50 |
| 10/11/11 | JYS | 0007 | Attend Professionals call. | 0.50 |
| 10/11/11 | GDB | 0007 | Emails re professionals call (0.2). | 0.20 |
| 10/11/11 | SJW | 0007 | Attend professionals precall. | 0.50 |
| 10/11/11 | SLB | 0007 | Correspondence w/ team re: professionals' call (.5); confer w/ D. Botter re: same (.1); prepare for (.5) and attend (.5) the same | 1.60 |
| 10/11/11 | JPR | 0007 | Attend Professionals call in advance of committee call. | 0.50 |
| 10/12/11 | SLS | 0007 | Participate in UCC call (.5); prepare for same (.1). | 0.60 |
| 10/12/11 | FSH | 0007 | Communications re Committee meeting. | 0.20 |
| 10/12/11 | AQ | 0007 | Attend Committee call. | 0.50 |
| 10/12/11 | DHB | 0007 | Prepare for Committee call (.2); attend same (.5). | 0.70 |
| 10/12/11 | BMK | 0007 | Prepare for committee call (0.4); participate in committee call (0.5) | 0.90 |
| 10/12/11 | KMR | 0007 | Attended creditors committee meeting. | 0.50 |
| 10/12/11 | JYS | 0007 | Attend Committee Call. | 0.50 |
| 10/12/11 | GDB | 0007 | Emails re professionals call and UCC call (0.3). | 0.30 |
| 10/12/11 | SLB | 0007 | Prepare for (.3) and attend (.5) Committee Call; coordinate scheduling of upcoming calls (.3) | 1.10 |
| 10/12/11 | JPR | 0007 | Attend Committee conference call (.4). | 0.40 |
| 10/13/11 | FSH | 0007 | Work on minutes. | 0.10 |
| 10/13/11 | SLB | 0007 | Prepare minutes for Cte calls (.3); correspondence w/ team re: same (.1) | 0.40 |
| 10/18/11 | FSH | 0007 | Work on committee call agenda. | 0.20 |
| 10/18/11 | DHB | 0007 | Review agenda and emails re Committee call. | 0.20 |
| 10/18/11 | BMK | 0007 | Review and email minutes to committee (0.4); prepare agenda for committee call (0.4) | 0.80 |
| 10/19/11 | SLS | 0007 | Participate in UCC call (.8). | 0.80 |
| 10/19/11 | LGB | 0007 | Participate in committee call (.8); prepare for same (.2). | 1.00 |
| 10/19/11 | FSH | 0007 | Participate in portion of Committee call. | 0.40 |
| 10/19/11 | DHB | 0007 | Prepare for Committee call (.4); attend same (.8) and follow-up (.3). | 1.50 |
| 10/19/11 | SBK | 0007 | Attend weekly call w/Committee re pending matters (.8); Attend follow-up discussion w/Committee professionals (.3); prepare for same (.3). | 1.40 |
| 10/19/11 | BMK | 0007 | Prepare for committee call (0.3); participate in committee call (0.8); | 1.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1395534

Page 4  
November 17, 2011

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | follow-up to same (0.3) | |
| 10/19/11 | KMR | 0007 | Attended creditors committee meeting (.8) and follow up discussion (.2). | 1.00 |
| 10/19/11 | JYS | 0007 | Committee call (0.8); follow up with Committee professionals (0.3). | 1.00 |
| 10/19/11 | GDB | 0007 | Attend UCC Call (0.8)  Emails re UCC minutes (0.1) | 0.90 |
| 10/19/11 | SJW | 0007 | Participate in Nortel Committee call. | 0.80 |
| 10/19/11 | SLB | 0007 | Attend Committee Call (.8); coordinate upcoming meetings (.3) | 1.10 |
| 10/19/11 | JPR | 0007 | Attend Committee conference call (.8); post-call conference (.3). | 1.10 |
| 10/21/11 | DHB | 0007 | Review call minutes and emails re same. | 0.20 |
| 10/21/11 | BMK | 0007 | Review and send minutes to UCC | 0.40 |
| 10/21/11 | SLB | 0007 | Prepare Committee Call minutes (.2); circulate the same (.1) | 0.30 |
| 10/25/11 | FSH | 0007 | Attention to minutes (.1). | 0.10 |
| 10/25/11 | DHB | 0007 | Email communications re agenda. | 0.10 |
| 10/25/11 | BMK | 0007 | Attention to committee call issues | 0.30 |
| 10/26/11 | SLS | 0007 | Participate in UCC professionals' precall. | 1.10 |
| 10/26/11 | FSH | 0007 | Meet with working group to prepare for Committee meeting and to work on pending issues. | 1.10 |
| 10/26/11 | AQ | 0007 | Attend Professionals' call. | 1.10 |
| 10/26/11 | DHB | 0007 | Professionals pre-call. | 1.10 |
| 10/26/11 | BMK | 0007 | Prepare for professionals' call (0.6); participate in professionals' call (1.1) | 1.70 |
| 10/26/11 | KMR | 0007 | Attended weekly professionals meeting. | 1.10 |
| 10/26/11 | JYS | 0007 | Attend Professionals precall. | 1.10 |
| 10/26/11 | SJW | 0007 | Attend and participate in professionals' pre-call (partial). | 0.70 |
| 10/26/11 | SLB | 0007 | Attend professionals call. | 1.10 |
| 10/26/11 | JPR | 0007 | Attend pre-call with professionals. | 1.00 |
| 10/27/11 | SLS | 0007 | Participate in UCC call (1.0); follow-up to same (.2). | 1.20 |
| 10/27/11 | LGB | 0007 | Attend Nortel Committee call (1.0); follow-up to same (.2). | 1.20 |
| 10/27/11 | FSH | 0007 | Prepare for Committee call (.3). Attend same (1.0). Meet with advisors re plan and allocation issues (.8). | 2.10 |
| 10/27/11 | AQ | 0007 | Attend Professionals' meeting post Committee call. | 0.60 |
| 10/27/11 | AQ | 0007 | Attend Committee call. | 1.00 |
| 10/27/11 | DHB | 0007 | Prepare for Committee call (.2); attend same (1.0) and follow-up (.5). | 1.70 |
| 10/27/11 | SBK | 0007 | Attend Committee call re pending matters. | 1.00 |
| 10/27/11 | SBK | 0007 | Attend follow-up discussion among Committee professionals post-Committee call. | 0.60 |
| 10/27/11 | BMK | 0007 | Prepare for committee call (0.4); participate in committee call (1.0); follow up to same with UCC advisors (0.6) | 2.00 |
| 10/27/11 | KMR | 0007 | Attended creditors committee meeting (1.0) and follow up meeting among professionals (.8). | 1.80 |
| 10/27/11 | JYS | 0007 | Committee call (1.0); follow up with Akin Gump team (.7). | 1.70 |
| 10/27/11 | GDB | 0007 | Attend UCC Call. | 1.00 |
| 10/27/11 | SLB | 0007 | Attend Committee Call | 1.00 |
| 10/27/11 | JPR | 0007 | Attend Committee call (1.0); post-call conference (.6). | 1.60 |
| 10/31/11 | FSH | 0007 | Review minutes. | 0.10 |
| 10/31/11 | BMK | 0007 | Review draft committee meeting minutes | 0.20 |
| 10/31/11 | SLB | 0007 | Prepare Committee Call minutes (.2); circulate the same (.1) | 0.30 |
| 10/11/11 | FSH | 0008 | Conf. call with Court re hearing (.3). | 0.30 |
| 10/11/11 | AQ | 0008 | Telephonic court conference. | 0.50 |
| 10/11/11 | BMK | 0008 | Participate in court conference with Judge Gross re: EMEA claims hearing | 0.50 |
| 10/13/11 | BMK | 0008 | Prepare for EMEA Claims hearing | 6.30 |
| 10/14/11 | FSH | 0008 | Final prep for hearing (.3). Confer w/parties in advance of same (.3). Attend same (7.7). Confer w/parties following hearing (.4). | 8.70 |
| 10/14/11 | AQ | 0008 | Prepare for court hearing on motion to dismiss EMEA claims. | 3.20 |
| 10/14/11 | AQ | 0008 | Attend court hearing. | 8.50 |
| 10/14/11 | BMK | 0008 | Prepare for EMEA claims hearing (0.8); attend EMEA claims hearing (9.2) | 10.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1395534

Page 5  
November 17, 2011

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/14/11 | SLB | 0008 | Attend hearing re: EMEA claims (partial) | 6.00 |
| 10/14/11 | JPR | 0008 | Attend motion to dismiss hearing. | 9.20 |
| 10/18/11 | FSH | 0008 | Review misc. pleadings re: upcoming court hearings. | 0.30 |
| 10/21/11 | FSH | 0008 | Review misc. pleadings re: upcoming hearing. | 0.30 |
| 10/24/11 | DHB | 0008 | Email communications re agenda for 10/26. | 0.20 |
| 10/24/11 | BMK | 0008 | Review agenda for 10/26 hearing (0.2); emails with Akin and RLF teams re: same (0.2) | 0.40 |
| 10/11/11 | JYS | 0009 | Circulating IGC report to Committee. | 0.10 |
| 10/19/11 | DHB | 0009 | Review corporate group deck (.4). | 0.40 |
| 10/03/11 | BMK | 0012 | Review of Flextronics settlement deck (0.7); tc with J. Croft re: same (0.1); tc's with R. Jacobs re: same (0.2) | 1.00 |
| 10/13/11 | FSH | 0012 | Confer w/DB re GUC claims. | 0.10 |
| 10/13/11 | DHB | 0012 | Email communications re claims issues. | 0.10 |
| 10/13/11 | DHB | 0012 | Review WMI papers re claim issues. | 0.50 |
| 10/17/11 | BMK | 0012 | Review of bond claim issues | 1.20 |
| 10/20/11 | FSH | 0012 | Attention to claims settlement. | 0.10 |
| 10/24/11 | FSH | 0012 | Review info re claims and communicate with B. Kahn re same. | 0.20 |
| 10/25/11 | BMK | 0012 | Revise, edit and research issues for bond claim memo (4.4); review and analyze issues re: Bell claim stipulation (0.5); emails with R. Jacobs re: same (0.2); email to Cleary re: same (0.2) | 5.30 |
| 10/26/11 | FSH | 0012 | Examine claims resolution info. | 0.10 |
| 10/26/11 | BMK | 0012 | Review revised One Boston claim settlement (0.5); email with J. Drake re: same (0.1) | 0.60 |
| 10/27/11 | FSH | 0012 | Attention to claims. | 0.20 |
| 10/27/11 | BMK | 0012 | TC with R. Jacobs re: Bell claim settlement (0.2); participate in call with Cleary re: same (0.3) | 0.50 |
| 10/04/11 | FSH | 0014 | Attention to Canadian pleadings. | 0.30 |
| 10/10/11 | FSH | 0014 | Address NNL issues. | 0.20 |
| 10/20/11 | BMK | 0014 | TC with J. Kim re: SNMP issues (0.2); emails with FMC re: same (0.2); emails with Akin team re: same (0.3) | 0.70 |
| 10/24/11 | BMK | 0014 | Review draft SNMP consent order (0.4); tc with R. Jacobs re: same (0.1) | 0.50 |
| 10/26/11 | FSH | 0014 | Attention to Canadian court matters. | 0.10 |
| 10/27/11 | FSH | 0014 | Attention to Canadian court matters. | 0.20 |
| 10/27/11 | BMK | 0014 | Review SNMP consent order and endorsement | 0.70 |
| 10/30/11 | FSH | 0014 | Review Chartis info. | 0.10 |
| 10/11/11 | FSH | 0017 | Conference call with Cleary and DB re upcoming MTD hearing (.3). Follow-up (.1). Arrangements for same (.1). | 0.50 |
| 10/24/11 | BMK | 0017 | TC with T. Britt re: document disposal motion (0.1); review sample documents and emails re: same (0.7); email Capstone re: same (0.1) | 0.90 |
| 10/25/11 | FSH | 0017 | Issue regarding retention of Nortel documents (.1). | 0.10 |
| 10/25/11 | BMK | 0017 | Review document disposal information and support documents (0.4); emails with Akin and Capstone re: same (0.2) | 0.60 |
| 10/28/11 | FSH | 0017 | Attention to motion to abandon docs and other pleadings. | 0.20 |
| 10/03/11 | KMR | 0018 | Continued research re: tax issues (0.5); research re: open transaction doctrine (1.5). | 2.00 |
| 10/03/11 | JLW | 0018 | Discussion with K. Rowe regarding status of open tax issues (0.2). | 0.20 |
| 10/04/11 | KMR | 0018 | Research re: tax issues. | 2.70 |
| 10/05/11 | FSH | 0018 | Communications w/G. Boothman re EMEA tax issues and review same. | 0.30 |
| 10/05/11 | KMR | 0018 | Discussion with J. Hyland re: status of review of tax issues (0.3); continued analysis of same (0.8). | 1.10 |
| 10/06/11 | FSH | 0018 | Communications w/Ashursts re tax issues. | 0.10 |
| 10/06/11 | KMR | 0018 | Work on memo on tax issues (0.8); meeting with J. Woodson and A. Krotman re: memo and research assignments (0.7); discussion with J. Hyland re: next steps with the NNI tax team (0.2). | 1.70 |
| 10/06/11 | JLW | 0018 | Review Nortel files and prepare folder for A. Krotman review (0.3); Draft email to A. Krotman regarding materials for review (0.1); Discuss research needed on tax issues with K. Rowe and A. Krotman(0.7); | 2.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1395534

Page 6  
November 17, 2011

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | Discuss open tax issues with K. Rowe (0.3); Discuss background on proceeded with A. Krotman (0.2); Discuss correspondence with K. Rowe (0.1); Research tax issues (0.5) | |
| 10/06/11 | ASK | 0018 | Meeting with K. Rowe and J. Woodson to discuss outstanding tax issues (0.6); Research open transaction doctrine (0.2). | 0.80 |
| 10/07/11 | KMR | 0018 | Discussions with B. McRae re: tax issues (0.4); discussion with J. Hyland re: follow up tax meeting (0.3). | 0.70 |
| 10/10/11 | DHB | 0018 | Prepare for and attend EMEA tax call (.8); follow-up re same (.2). | 1.00 |
| 10/10/11 | KMR | 0018 | Conference call with Ashurst and capstone re: European tax issues (.9); reviewed and responded to follow up emails (1.2). | 2.10 |
| 10/10/11 | JLW | 0018 | Participate on call with Ashhurst regarding tax issues. | 0.80 |
| 10/10/11 | ASK | 0018 | Research tax issues. | 2.20 |
| 10/11/11 | FSH | 0018 | Confer with K. Rowe re EMEA tax issues. | 0.20 |
| 10/11/11 | DHB | 0018 | Email communications re EMEA tax issues. | 0.20 |
| 10/11/11 | KMR | 0018 | Email exchanges re: EMEA tax meeting (0.7); discussions with A. Krotman and J. Woodson re: memo on NNI tax situation (0.4). | 1.10 |
| 10/12/11 | KMR | 0018 | Began review of EMEA tax situation (0.5). | 0.50 |
| 10/12/11 | ASK | 0018 | Research tax issues. | 0.80 |
| 10/13/11 | KMR | 0018 | Email exchanges re: EMEA tax issues (0.3); continued review of EMEA tax issues in Nortel transfer pricing files (1.2). | 1.50 |
| 10/14/11 | KMR | 0018 | Continued analysis and review of EMEA tax situation. | 1.50 |
| 10/17/11 | KMR | 0018 | Review tax research assignment for A. Krotman (0.2); continued review of EMEA tax situation (0.8). | 1.00 |
| 10/19/11 | KMR | 0018 | Discussion with J. Hyland re: follow up tax meeting and tax issues. | 0.30 |
| 10/20/11 | DHB | 0018 | Email communications re tax analysis status (.1) and Texas settlement (.1). | 0.20 |
| 10/20/11 | BMK | 0018 | Review stipulation with Texas tax authorities | 0.70 |
| 10/20/11 | KMR | 0018 | Reviewed materials relating to the settlement of pre-filing taxes in Texas (0.3); reviewed and responded to emails (0.3). | 0.60 |
| 10/21/11 | KMR | 0018 | Continued review of Texas tax settlement (0.5); discussion with McRae re: follow up tax meeting (0.2). | 0.70 |
| 10/24/11 | BMK | 0018 | Review issues re: Texas tax claim settlement (0.5); emails with K. Rowe re: same (0.2) | 0.70 |
| 10/24/11 | KMR | 0018 | Research re: Texas sales tax in connection with proposed settlement of certain pre-filing Texas sales tax audits (.3); email B. Kahn re: same (.2). | 0.50 |
| 10/24/11 | ASK | 0018 | Research tax issues. | 4.10 |
| 10/25/11 | FSH | 0018 | Communicate with G. Boothman and K. Rowe re EMEA tax issues. | 0.10 |
| 10/25/11 | KMR | 0018 | Reviewed NNI's summary of post filing taxes. | 1.20 |
| 10/26/11 | KMR | 0018 | Reviewed and responded to emails re: arranging follow up meetings on tax issues (0.5); discussion with A. Krotman re: research (0.2). | 0.70 |
| 10/26/11 | ASK | 0018 | Research open transaction doctrine. | 5.00 |
| 10/27/11 | BMK | 0018 | Tc with E. Bussigel re: customs tax issue (0.2); review of documents re: same (0.8); emails with K. Rowe re: same (0.2) | 1.20 |
| 10/27/11 | KMR | 0018 | Reviewing papers relating to settlement of dispute on customs duties (0.8). | 0.80 |
| 10/27/11 | ASK | 0018 | Research tax issues. | 2.40 |
| 10/28/11 | KMR | 0018 | Reviewed proposed settlement of customs issues. | 1.20 |
| 10/28/11 | ASK | 0018 | Research tax issues. | 1.40 |
| 10/31/11 | ASK | 0018 | Research tax issues. | 1.00 |
| 10/02/11 | LGB | 0019 | Email Botter/ Hodara re 10/6 meeting with 1114 Committee/ LTD Committee (0.1); Review response from Hodara (0.1); Email Capstone re same (0.1). | 0.30 |
| 10/03/11 | LGB | 0019 | T/c with Ratner, Sheikh, Fleming re retention of Alvarez (0.8); Email LaPortel/ Schweitzer re Mercer info re PBGC claim calculation (0.1); Review response from LaPorte re same (0.1); Review email from Wunder re tax gross up language for order (0.1); Respond to same (0.1); Review Matrices re UK Pension guarantee (0.1); Email Kahn re same | 3.50 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | (0.1); Review response to Kahn (0.1); Respond to same (0.1); Review email from Ryan re 10/6 meeting (0.1); Respond to same (0.1); Review email from Hyland re same (0.1); Review email from Wunder re tax gross up language for order (0.1); T/c with Kahn re confi issues re mediation (0.2); Review addendum re same (0.2); O/c with Kahn re same (0.1); Begin to review cases regarding ERISA/ Tophat memo (1.0). | |
| 10/03/11 | FSH | 0019 | Attention to retention program and other employee issues. | 0.20 |
| 10/03/11 | DHB | 0019 | Office conference with L. Beckerman re info flow to retirees. | 0.20 |
| 10/03/11 | DZV | 0019 | Research regarding top hat plan litigation (4.0); emails with A. Lilling regarding same (0.2). | 4.20 |
| 10/03/11 | ASL | 0019 | Researach top hat issues. | 6.00 |
| 10/04/11 | LGB | 0019 | Review email from Bomhof re tax gross up language re order (0.1); Review email from Wunder re same (0.1); T/c with Fleming re Alvarez re retention (0.1); Review email from Fleming re same (0.1); T/c with Fleming re 10/6 meeting (0.1); Email Capstone re same (0.1); Review email from Ryan re same (0.1). | 0.70 |
| 10/04/11 | DHB | 0019 | Email communications re 2012 employee plan. | 0.30 |
| 10/04/11 | DZV | 0019 | Conference with A. Lilling regarding top hat plan issues (0.3); research regarding top hat plan litigation (8.0). | 8.30 |
| 10/04/11 | ASL | 0019 | Research re: top hat plan (1.7); confer with D. Vira re: same (.3). | 2.00 |
| 10/05/11 | LGB | 0019 | Review 2 Canadian orders (0.8); Email Wunder re same (0.1); T/c with Sheikh, Fleming, Ratner re Alvarez retention (0.7); Prepare for 10/6 meeting (0.3); Review revised Alvarez indemnification agreement (0.1); Email Delacruz re same (0.1); Review email from Sheikh re same (0.1); T/c with Wunder re 10/6 hearing (0.3); Review facturns file re same (2.0); Review email from Wunder re request to adjourn hearing (0.1); Respond to same (0.1). | 4.70 |
| 10/05/11 | DZV | 0019 | Conferences with A. Lilling regarding top hat plan issues (0.6); research and review cases regarding same (4.5). | 5.10 |
| 10/05/11 | ASL | 0019 | Confer with associate re: cases (.6); review cases (2.8); confer with B. Simonetti (.1). | 3.50 |
| 10/06/11 | LGB | 0019 | Review email from Wunder re hearing (0.1); Respond to same (0.1); Attend meeting at Cleary with Lilling, Mercer, Aetna, Cleary, Togut, Alvarez, Elliot, Greenleaf and LTD and 1114 Committees (4.3); Review email from Lilling re meeting and comment on same (0.2); Emai Capstone re Aetna documents (0.1); Review email from Lilling re meeting (0.1); O/c with botter re same (0.1); T/c with Wunder re hearing (0.3). | 5.30 |
| 10/06/11 | DZV | 0019 | Conference and emails with A. Lilling regarding ERISA waiver issues. | 0.60 |
| 10/06/11 | ASL | 0019 | LTD/Retiree presentation (4.3); writeup and analyze materials (2.1); review materials (.5); tax research (.6). | 7.50 |
| 10/07/11 | LGB | 0019 | Review orders from Canadian employment motion (0.4); Review endorsement re same (0.1). | 0.50 |
| 10/07/11 | DZV | 0019 | Revise and update memorandum regarding top hat plan litigation to incorporate comments from L. Beckerman and review case law regarding same (5.5); conference with A. Lilling regarding same (0.4). | 5.90 |
| 10/07/11 | ASL | 0019 | Research top hat issues (1.6); confer with associate (.4). | 2.00 |
| 10/07/11 | GDB | 0019 | Emails re LTD/Retiree benefits (0.2). | 0.20 |
| 10/08/11 | DHB | 0019 | Begin review of materials re soft landing and emails re same (.5); review 2012 comp plan presentation (.2). | 0.70 |
| 10/09/11 | LGB | 0019 | Review filed version of Alvarez retention application (0.5); attention to files re LTD/ 1114 committee,Third Circuit Appeal, Canadian employee claims motion (1.0). | 1.50 |
| 10/09/11 | FSH | 0019 | Examine info re employee Committee meeting and medical benefits. | 0.20 |
| 10/10/11 | LGB | 0019 | Email Delacruz re Alvarez retention application (0.1); Review response to same (0.1); Email Kahn/ Botter re same (0.1); Review email from Botter re softlanding/ Aetna costs (0.1); Respond to same (0.1); Review | 1.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1395534

Page 8  
November 17, 2011

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | response to same (0.1); Respond to same (0.1); Review revised memo re deferred comp/ ERISA issues (0.7). | |
| 10/10/11 | DHB | 0019 | Email communications re soft lending presentation (.1); office conference with L. Beckerman re same (.1); continue review of materials re same (1.0); email re same (.2). | 1.40 |
| 10/10/11 | DZV | 0019 | Conference with A. Lilling regarding top hat plan memorandum (0.5); revise memorandum to incorporate comments from and issues raised by A. Lilling (2.4); prepare detailed table of cases (0.9); conference with A. Lilling regarding top hat plan waiver of claims issue (0.3). | 4.10 |
| 10/10/11 | ASL | 0019 | Review and revise memo (.9); confer with associate (.5); plan diligence (.1). | 1.50 |
| 10/10/11 | JYS | 0019 | Review correspondence with Akin Gump team re LTD/Retiree Benefits "Soft Landing". | 0.20 |
| 10/11/11 | LGB | 0019 | Review email from Sheikh re Committee expense issue (0.1); Respond to same (0.1); Review response from Kahn (0.1); Respond to same (0.1); Review ERISA cases re deferred comp litigation (6.0). | 6.40 |
| 10/11/11 | DHB | 0019 | Telephone call with A. Togut re 1114 issues and meeting. | 0.40 |
| 10/11/11 | JYS | 0019 | Correspondence with J. Hyland re corporate group report. | 0.10 |
| 10/12/11 | FSH | 0019 | Confer with G. Boothman re pension litigation. | 0.10 |
| 10/13/11 | LGB | 0019 | Review email from Gagnon re annuity (0.1). | 0.10 |
| 10/14/11 | LGB | 0019 | Review email from Croke re UK decision (0.1); Review email from Hodara re same (0.1); Respond to same (0.1). | 0.30 |
| 10/14/11 | FSH | 0019 | Review appeal dismissal (1.3). Communications re same (.2). | 1.50 |
| 10/14/11 | DHB | 0019 | Detailed review of FSD, Canadian appellate decision (2.0); email communications re same (.3); initial review of Ashurst memo re same (.3). | 2.60 |
| 10/15/11 | DHB | 0019 | Email communications re UK pension decision. | 0.20 |
| 10/16/11 | LGB | 0019 | Review UK Pension Judgment (1.5); Review Ashurt memo re same (0.4). | 1.90 |
| 10/16/11 | BMK | 0019 | Review of Ashurst email summary of UK pension decision | 0.60 |
| 10/17/11 | LGB | 0019 | T/c with Randal Klein re UK pension appellate decision (0.6). | 0.60 |
| 10/17/11 | FSH | 0019 | Further analysis of TSD decision. | 0.30 |
| 10/17/11 | AQ | 0019 | Review and analyze English Court of Appeals pension decision and related emails. | 0.70 |
| 10/17/11 | DHB | 0019 | Continue work re UK pension decision (.9). | 0.90 |
| 10/17/11 | BMK | 0019 | Review UK Court of Appeals pension decision | 1.40 |
| 10/18/11 | LGB | 0019 | Review email from Boothman and Memo from Ashurst re UK pension decision (0.8); T/c with Kim re Gagnon/ deferred comp/ 1114 committee (0.2). | 1.00 |
| 10/18/11 | DHB | 0019 | Email communications re UK pension decision and review Ashurts memo re same (.7); office conference with B. Kahn re same (.2) and further emails re same (.1). | 1.00 |
| 10/18/11 | BMK | 0019 | Review Ashurst memorandum summarizing UK Court of Appeals decision on UK pension issues | 1.20 |
| 10/18/11 | JYS | 0019 | Review UK Appellate Decision (1.9); correspondence with Akin Gump team and Ashursts re same (0.3); review Ashursts summary of same (0.2). | 2.40 |
| 10/18/11 | GDB | 0019 | Emails re UK pensions decision. | 0.20 |
| 10/19/11 | BMK | 0019 | Review issues re: NNI incentive plan motion | 0.70 |
| 10/21/11 | DHB | 0019 | Extensive email communications re incentive comp motion. | 0.50 |
| 10/21/11 | BMK | 0019 | Review NNI incentive plan motion (0.9); emails with Capstone re: same (0.2) | 1.10 |
| 10/23/11 | BMK | 0019 | Review of incentive plan motion and related issues (0.4); emails to Cleary and J. Hyland re: same (0.2) | 0.60 |
| 10/24/11 | LGB | 0019 | Review email from Kim to Gagnon re annuity claim (0.1). | 0.10 |
| 10/24/11 | FSH | 0019 | Review communications re retiree issues. | 0.20 |
| 10/24/11 | JYS | 0019 | Review correspondence with Akin Gump team regarding retiree | 0.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1395534

Page 9  
November 17, 2011

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | committee. | |
| 10/25/11 | LGB | 0019 | Review amended schedules/ notice re severance claims (0.3); Review email from Kahn re same (0.1); Respond to same (0.1). | 0.50 |
| 10/25/11 | BMK | 0019 | Review draft notice of ameded schedules for employee claims (0.5); emails with L. Beckerman and Cleary re: same (0.2) | 0.70 |
| 10/27/11 | LGB | 0019 | T/c with Kahn, Britt, Kim re revised schedules re severance (0.4). | 0.40 |
| 10/27/11 | BMK | 0019 | Review employee claim schedules (0.4); participate in call with Cleary and L. Beckerman re: same (0.4) | 0.80 |
| 10/30/11 | FSH | 0019 | Examine info re UK appeal. | 0.10 |
| 10/03/11 | JYS | 0020 | Correspondence with S. Schultz re RTP. | 0.20 |
| 10/17/11 | JYS | 0020 | Review RTP update. | 0.30 |
| 10/04/11 | FSH | 0022 | Analyze issues related to plan elements. | 0.50 |
| 10/24/11 | BMK | 0022 | Preliminary research re: plan issues | 1.80 |
| 10/26/11 | FSH | 0022 | Analyze plan issues and confer with DB re same. | 0.30 |
| 10/04/11 | SBK | 0024 | Emails to/from Rohan, etc re update on IPA sale process. | 0.40 |
| 10/05/11 | FSH | 0024 | Communicate w/Jefferies re IPA. | 0.10 |
| 10/06/11 | DHB | 0024 | Email communications re IPA sale issues. | 0.20 |
| 10/06/11 | GDB | 0024 | Emails regarding Kapsch settlement, reviewing settlement (1.4). | 1.40 |
| 10/07/11 | DHB | 0024 | Email communications re IPA sale issues (.3) (.1). | 0.40 |
| 10/07/11 | SBK | 0024 | Emails to/from Jefco and Capstone re IPA call (.20); Attend call w/Monitor, Goodmans, Cleary, Jefco, Capstone, etc re IPA sale process update and next steps (.60); Emails to/from Botter re same (.10); TC w/Jacobs re same (.10). | 1.00 |
| 10/08/11 | DHB | 0024 | Email communications re IPA sale and next steps. | 0.10 |
| 10/09/11 | FSH | 0024 | Communicate with DB re IPA issues. | 0.10 |
| 10/12/11 | SBK | 0024 | Emails to/from Jefferies, Capstone and Akin re IPA sale process. | 0.40 |
| 10/13/11 | FSH | 0024 | Follow up re IPA process | 0.10 |
| 10/13/11 | DHB | 0024 | Email communications re IPA issues. | 0.10 |
| 10/13/11 | SBK | 0024 | Emails to/from Rohan and Feuerstein re update on IPA sale process and ASA mark-ups (.40); TC w/Feuerstein re same (.10). | 0.50 |
| 10/14/11 | TDF | 0024 | Reviewing Airspace markups and corresponding w/S. Kuhn re:foregoing. | 2.80 |
| 10/18/11 | TDF | 0024 | reviewing correspondence w/L. Lipner re: Airspace (0.3); discussing foregoing w/ S. Kuhn (0.3); follow up call w/L. Lipner (0.4); reviewing correspondence re: antitrust review of IP and corresponding w/working group (0.2). | 1.20 |
| 10/19/11 | KAK | 0024 | Email from S. Kuhn re: Project Airspace and changes to ASAs (.1); review the modifications to the ASAs (1.0) | 1.10 |
| 10/19/11 | SBK | 0024 | Review email/comments from Cleary to Norton Rose re IP address sale agmts (.40); Discuss same w/Feuerstein (.20); Email Committee professionals re same (.10) | 0.70 |
| 10/19/11 | BMK | 0024 | Review of comments to IP address sale agreements | 1.00 |
| 10/19/11 | TDF | 0024 | Reviewing email from L. Lipner re: Airspace. | 0.20 |
| 10/20/11 | BMK | 0024 | Review issues re: escrow account statements | 0.30 |
| 10/25/11 | DHB | 0024 | Email communications re air space. | 0.10 |
| 10/25/11 | TDF | 0024 | Reviewing correspondence on US estate comments to Airspace documents (0.2 hours); discussing foregoing w/S. Kuhn (0.2 hours). | 0.40 |
| 10/05/11 | AQ | 0025 | Travel from NY to London. (Actual time - 7.5) | 3.75 |
| 10/05/11 | BMK | 0025 | Non-working travel from NY to London for EMEA expert depositions (Actual time- 6.9) | 3.45 |
| 10/06/11 | FSH | 0025 | Non productive travel time to meeting at Cleary. (Actual time- .5) | 0.25 |
| 10/11/11 | AQ | 0025 | Travel London to NY. (Actual time - 8.5) | 4.25 |
| 10/11/11 | BMK | 0025 | Travel from London to NYC from EMEA claim depositions (Actual time - 8.8) | 4.40 |
| 10/12/11 | BMK | 0025 | Travel to/from preparation meetings at Cleary Gottlieb (Actual time - .8) | 0.40 |
| 10/12/11 | JPR | 0025 | Travel to/from Cleary Gottlieb for meeting re: prep for oral argument. (Actual time - 1.0) | 0.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1395534

Page 10  
November 17, 2011

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/13/11 | BMK | 0025 | Travel from NYC to Wilmington (Actual time - 1.8) | 0.90 |
| 10/13/11 | JPR | 0025 | Travel to Delaware for motion to dismiss hearing. (Actual time - 2.3) | 1.15 |
| 10/14/11 | FSH | 0025 | Non-productive travel time on return from trial. (Actual time - 1.2) | 0.60 |
| 10/14/11 | AQ | 0025 | Travel Wilmington to NY. (Actual time 2.3) | 1.15 |
| 10/14/11 | BMK | 0025 | Travel from Wilmington to NYC (Actual time- 1.7) | 0.85 |
| 10/14/11 | SLB | 0025 | Travel from DE to NY after hearing (Actual time - 1.5) | 0.75 |
| 10/14/11 | JPR | 0025 | Travel home from motion to dismiss hearing. (Actual time - 2.0) | 1.00 |
| 10/19/11 | BMK | 0026 | Review preference settlement issues (0.2); tc with Cleary re: same (0.2) | 0.40 |
| 10/27/11 | BMK | 0026 | Participate in preference settlement update call with Cleary | 0.50 |
| 10/31/11 | FSH | 0026 | Review misc. pleadings re: preference settlements. | 0.20 |
| 10/07/11 | KMR | 0028 | Began analysis of Mexican restructuring (0.5). | 0.50 |
| 10/10/11 | SLS | 0028 | Review communications regarding potential Mexico settlement (.1) | 0.10 |
| 10/10/11 | DHB | 0028 | Review corporate presentation of Mexican deal and emails re same (.4) (.1); review EMEA discovery correspondence (.1). | 0.60 |
| 10/11/11 | KMR | 0028 | Discussions with J. Hyland re: Mexican restructuring and follow up tax meetings (0.6); analysis of US tax consequences of proposed Mexican restructuring (1.2). | 1.80 |
| 10/12/11 | KMR | 0028 | Continued analysis of tax consequences of proposed Mexican restructuring (0.5). | 0.50 |
| 10/18/11 | KMR | 0028 | Reviewed and responded to emails re: proposed Mexican restructuring (0.4); research re: US tax consequences of proposed Mexican restructuring (2.5). | 2.90 |
| 10/01/11 | DHB | 0029 | Continue review of EMEA MTD reply. | 1.00 |
| 10/01/11 | BMK | 0029 | Review and comment on draft NNUK claim reply (1.4); prepare outline for Irish expert deposition (2.2) | 3.60 |
| 10/01/11 | JPR | 0029 | Review of reply in support of motion to dismiss NNUK claim. | 3.10 |
| 10/02/11 | FSH | 0029 | Review EMEA brief and work on reply. | 2.00 |
| 10/02/11 | AQ | 0029 | Review and analyze UK case law re EMEA objection. | 3.20 |
| 10/02/11 | AQ | 0029 | Conference call with Cleary regarding draft reply. | 0.60 |
| 10/02/11 | DHB | 0029 | Continue review of EMEA MTD reply, comments thereto and emails re same. | 1.50 |
| 10/02/11 | BMK | 0029 | Prepared for Irish expert deposition (4.8); participate in call with A. Qureshi, J. Rubin and Cleary re: NNUK reply (0.8) | 5.60 |
| 10/02/11 | JPR | 0029 | Conf. call with B. Kahn, A. Qureshi and Cleary re: reply in support of motion to dismiss NNUK claim and next steps (.7). Review draft Bremond reply declaration (.7). | 1.40 |
| 10/03/11 | FSH | 0029 | Analyze EMEA pleadings issues (.2). Meet w/AQ, BK and DB re same (.3). | 0.50 |
| 10/03/11 | FSH | 0029 | Telephone call J. Ray re position of pension parties (.1). Confer with working group re same (.3). Analyze issues re same (.2). Conf. call w/Capstone re: same (.7). Confer w/RJ re cross-border issues (.1). Communications re meeting (.2). | 1.60 |
| 10/03/11 | AQ | 0029 | Confer with F.Hodara regarding motion to dismiss. | 0.20 |
| 10/03/11 | AQ | 0029 | Review and analyze Irish law issues and prepare for deposition of Irish law report. | 3.80 |
| 10/03/11 | AQ | 0029 | Confer with Capstone regarding Debtors' meeting with UK pension party. | 0.80 |
| 10/03/11 | DHB | 0029 | Office conference with F. Hodara, A. Queshi and B. Kahn re EMEA pleadings (.4); office conference with F. Hodara re UK pension parties asks and telephone call with C. Kearns re same (.1); email communications re sensitivities (.2) (.2); review of same (.5); conference call with team re Ray call and model issues (.7); emails re EMEA MTD issues (.2). | 2.30 |
| 10/03/11 | BMK | 0029 | Participate in prep call with L. Barefoot and Cleary team re: deposition logistics (0.4); emails with L. Barefoot re: same (0.2); conf with F. Hodara, D. Botter and A. Qureshi re: EMEA claims process (0.4); review documents in preparation for depositions (3.7); revise Irish | 9.70 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1395534

Page 11
November 17, 2011

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | expert deposition outline (3.4); participate in call with Akin and Capstone professionals re: allocation update (0.7); review of allocation sensitivity analyses (0.4); emails and tc's with Capstone re: same (0.3); emails and tc with L. Beckerman re: same (0.2) | |
| 10/03/11 | JPR | 0029 | Call with Ashurst re: comments on Menjucq Declaration and draft Bremond Reply Declaration (.9). Conf w/A. Qureshi re: French expert deposition (.2). Review emails and documents in preparation for call with Ashurst re: French expert reports (.4). | 1.50 |
| 10/04/11 | FSH | 0029 | Confer w/DB re EMEA claims hearing. | 0.10 |
| 10/04/11 | FSH | 0029 | Attention to hearing issues. | 0.20 |
| 10/04/11 | FSH | 0029 | Examine Capstone analysis (.2). Meet w/restricted creditor re allocation concepts (1.2). Meet w/CK, DB, AQ, BK re same (.4). TC R. Jacobs re: same (.2). Respond to call of creditor (.2). Arrange telephonic meeting w/restricted creditor (.1). | 2.30 |
| 10/04/11 | AQ | 0029 | Attend meeting with restricted bondholder re: allocation issues. | 1.00 |
| 10/04/11 | AQ | 0029 | Review and edit Irish deposition outline. | 2.70 |
| 10/04/11 | AQ | 0029 | Conference call with Cleary regarding expert declarations. | 0.50 |
| 10/04/11 | AQ | 0029 | Review and edit draft reply expert declarations. | 2.30 |
| 10/04/11 | DHB | 0029 | Email communications re EMEA MTD timing issus (.3); US Debtor discussion with EMEANs (.1); continue review of PPI case law (.8); meet with restricted bondholder re case status and follow-up (1.5); extensive communications re EMEA MTD scheduling issues (.4); email communications re high coupon committee (.2); telephone call with G. Boothman re EMEA hearing (.2); emails re same (.1); continue review of EMEA responsive pleadings (.6). | 3.40 |
| 10/04/11 | BMK | 0029 | Review of Draft Todd declaration (3.6); tc with A. Qureshi and Cleary team re: EMEA claims issues (0.6); confs and emails with A. Qureshi re: deposition outlines (0.7); revise/edit Irish deposition outline (2.9) | 7.80 |
| 10/04/11 | JPR | 0029 | Continued drafting of Majucq deposition outline (3.2). Review and provide comments on draft Bremand declaration (1.1). Draft oral argument outline re: NNSA motion to dismiss (2.4). | 6.70 |
| 10/05/11 | FSH | 0029 | Confer w/Capstone re allocation issues (.3). Conf. call w/Ad Hoc Committee (.9). TC D. Botter re: same (.1). | 1.30 |
| 10/05/11 | AQ | 0029 | Prepare for deposition of US estate English law expert. | 1.80 |
| 10/05/11 | DHB | 0029 | Continue review of EMEA pleadings (3.2); telephone call with G. Boothman re same (.2); emails re same (.1); office conferences with J. Rubin re changes thereto (.1) (.1); attention to confi and restructuring issues (.8); telephone call with counsel to bond group (.4); prepare for and attend call with Ad Hocs and follow-up (1.1). | 6.00 |
| 10/05/11 | BMK | 0029 | Prepare for EMEA expert depositions | 4.30 |
| 10/05/11 | JPR | 0029 | Continued drafting outline for oral argument for NNSA motion to dismiss (3.4). Call with J. Moessner re: update on drafts (.2). Conf. w/A. Qureshi re: prep for deposition and hearing on motion to dismiss (.3). | 3.90 |
| 10/06/11 | LGB | 0029 | Review Reply pleading re motion to dismiss (2.8). | 2.80 |
| 10/06/11 | FSH | 0029 | Communications w/parties re meeting (.1). Analyze EMEA issue and communicate w/CK re same (.2). Review materials for meeting (.5). Attend same (2.3). Meet w/Capstone re model (.3). | 3.40 |
| 10/06/11 | FSH | 0029 | Communicates re EMEA depositions. | 0.20 |
| 10/06/11 | AQ | 0029 | Attend meeting with Cleary and US estate English law expert regarding preparation for deposition. | 4.70 |
| 10/06/11 | AQ | 0029 | Review and analyze case law and related potential exhibits in preparation for deposition of EMEA Irish law expert. | 3.80 |
| 10/06/11 | AQ | 0029 | Draft and revise Irsh law expert deposition outline. | 1.80 |
| 10/06/11 | DHB | 0029 | Review NNSA response and changes thereto (1.1); office conference with J. Rubin re same (.3); email communications re Irish response (.1); begin review of same (.7); emails communications re same (.2); prepare for and meet with U.S. Debtors re allocation issues and follow-up re | 5.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1395534

Page 12  
November 17, 2011

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | same (3.5). | |
| 10/06/11 | BMK | 0029 | Participate in preparation session with UK law expert, A. Qureshi and Cleary (6.0); preparation for EMEA expert depositions (5.6) | 11.60 |
| 10/06/11 | JPR | 0029 | Review draft reply in support of motion to dismiss NNSA claim (3.2). Continue drafting outline for oral argument for motion to dismiss NNSA claim (5.1). Call with Ashurst Paris re: comments on NNSA reply brief (.4). Call with L. Peacock re: comments on NNSA reply brief (.2). | 8.90 |
| 10/07/11 | LGB | 0029 | Review English/ French and Irish law declarations re reply (1.9). | 1.90 |
| 10/07/11 | FSH | 0029 | Confer with J. Rubin re France experts, depo (.1). Communicate w/BK, AQ re UK expert (.1). | 0.20 |
| 10/07/11 | FSH | 0029 | TC restricted holder re allocation issues (1.2). Confer w/DB re same (.2). TC RJ re same (.2). | 1.60 |
| 10/07/11 | AQ | 0029 | Prepare for Todd deposition. | 1.30 |
| 10/07/11 | AQ | 0029 | Confer with Cleary and Michael Todd regarding deposition of EMEA English law expert. | 0.80 |
| 10/07/11 | AQ | 0029 | Attend deposition of Michael Todd. | 7.50 |
| 10/07/11 | DHB | 0029 | Email communications re Irish brief (.2) and status of UK depositions (.4); conference call with D. Kay of Tenor and UCC professionals (1.4); follow-up with F. Hodara (.2); email communications re final briefs and filing (.3). | 2.50 |
| 10/07/11 | BMK | 0029 | Prepared for Todd deposition (1.2); attended Todd deposition (8.6); review of Marshall outline (1.1) | 10.90 |
| 10/07/11 | JPR | 0029 | Continue drafting outline for oral argument for motion to dismiss NNSA claim. | 4.30 |
| 10/08/11 | AQ | 0029 | Review and analyze English case law and related exhibits in preparation for Marshall deposition. | 4.30 |
| 10/08/11 | AQ | 0029 | Draft and revise Marshall deposition outline. | 4.10 |
| 10/08/11 | AQ | 0029 | Review and analyze English law treatise excerpts cited in expert declarations. | 1.30 |
| 10/08/11 | AQ | 0029 | Review and analyze Todd deposition transcript excerpts. | 0.80 |
| 10/08/11 | BMK | 0029 | Draft/edit Marshall outline (3.7); emails and confs with A. Qureshi re: same (0.5); emails with L. Barefoot re: same (0.4) | 4.60 |
| 10/09/11 | AQ | 0029 | Review and analyze comments from Cleary regarding Marshall deposition outline. | 1.70 |
| 10/09/11 | AQ | 0029 | Review and revise Marshall deposition outline. | 4.20 |
| 10/09/11 | AQ | 0029 | Review and analyze potential Marshall deposition exhibits. | 3.90 |
| 10/09/11 | AQ | 0029 | Emails with Ashursts regarding English law deposition. | 0.20 |
| 10/09/11 | BMK | 0029 | Prepare for Marshall deposition | 5.40 |
| 10/10/11 | FSH | 0029 | Communicate w/BK and AQ re depositions, court conference. | 0.20 |
| 10/10/11 | AQ | 0029 | Meet with Cleary and English law expert regarding preparation for Marshall deposition. | 1.50 |
| 10/10/11 | AQ | 0029 | Take deposition of EMEA English law expert. | 8.30 |
| 10/10/11 | AQ | 0029 | Final preparation to take deposition of EMEA English law expert. | 1.30 |
| 10/10/11 | DHB | 0029 | Email communications re status of UK depositions (.1) (.1). | 0.20 |
| 10/10/11 | BMK | 0029 | Prepare for Marshall deposition (1.5); attend Marshall deposition (8.0); follow-up to same (0.6) | 10.10 |
| 10/10/11 | JPR | 0029 | Revise oral argument outline for NNSA motion to dismiss. | 0.90 |
| 10/11/11 | AQ | 0029 | Review and analyze Marshall deposition transcript. | 2.80 |
| 10/11/11 | AQ | 0029 | Emails regarding EMEA oral argument. | 0.30 |
| 10/11/11 | DHB | 0029 | Telephone call with C. Samis re EMEA hearing (.1); emails re same (.2) (.1) (.1); conference call with Debtors and EMEA re hearing schedule (.3) and follow-up with F. Hodara (.1) and team (.2); call with Court and follow-up with F. Hodara re allocation next steps (.5); telephone call with creditors re status of allocation and case (.5). | 2.10 |
| 10/11/11 | BMK | 0029 | Review Marshall deposition transcript | 2.70 |
| 10/11/11 | JPR | 0029 | Emails with Cleary re: organization of hearing and prep for hearing (.3); call with Judge Gross re: format of oral argument (.3); call with L. | 0.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1395534  
Page 13  
November 17, 2011

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | Peacock re: NNSA oral argument (.3). | |
| 10/12/11 | FSH | 0029 | Communications regarding EMEA issues with parties. | 0.50 |
| 10/12/11 | AQ | 0029 | Review and analyze draft EMEA claims argument outline. | 1.30 |
| 10/12/11 | AQ | 0029 | Review and edit slides for court presentation on EMEA motion to dismiss. | 1.80 |
| 10/12/11 | AQ | 0029 | Attend meeting at Cleary regarding preparation of EMEA hearing. | 2.50 |
| 10/12/11 | AQ | 0029 | Review and analyze French law Reply expert declaration. | 1.40 |
| 10/12/11 | AQ | 0029 | Review and analyze French law Reply brief. | 1.50 |
| 10/12/11 | DHB | 0029 | Office conferences with B. Kahn and A. Qureshi re UK depositions and hearing next steps (.2) (.2); emails re same (.1). | 0.50 |
| 10/12/11 | BMK | 0029 | Review and analyze transcripts from expert depositions (3.7); review draft slides for court presentation on EMEA claims (1.9); attend preparation session at Cleary Gottlieb with A. Qureshi and J. Rubin (2.0); prepare materials for hearing (1.1) | 8.70 |
| 10/12/11 | JPR | 0029 | Prep for meeting with Cleary re: oral argument of motions to dismiss (.6). | 0.60 |
| 10/12/11 | JPR | 0029 | Conf. with A. Qureshi re: oral argument prep (.1); hearing prep meeting at Cleary (1.9); review draft power point slides re: French law argument (.5). | 2.50 |
| 10/13/11 | FSH | 0029 | Communications re MTD hearing (.3). Review materials for same (.5). | 0.80 |
| 10/13/11 | FSH | 0029 | Communicate w/A. Pisa, C. Kearns re EMEA issues (.2). Analyze issues re same (.2). TC Ad Hocs re allocation issues (.8). Communications w/working group re same (.1). | 1.30 |
| 10/13/11 | AQ | 0029 | Draft and revise EMEA motion to dismiss hearing argument outline. | 4.40 |
| 10/13/11 | AQ | 0029 | Review and analyze expert reports and cited cases on French law and prepare hearing notes regarding same. | 3.50 |
| 10/13/11 | AQ | 0029 | Review and edit presentation to Court regarding motion to dismiss. | 1.70 |
| 10/13/11 | KMR | 0029 | Review of reply briefs in motion to dismiss EMEA claims (0.5). | 0.50 |
| 10/13/11 | JPR | 0029 | Organize copies of materials for oral argument. | 0.80 |
| 10/14/11 | DHB | 0029 | Email communications re discussions with bonds (.2) (.2) and status of hearing (.2) and ASM call (.1). | 0.70 |
| 10/15/11 | DHB | 0029 | Further email communications re EMEA claims hearing. | 0.10 |
| 10/16/11 | FSH | 0029 | Communications with working group re allocation issues. | 0.30 |
| 10/16/11 | DHB | 0029 | Email communications on allocation next steps and bond issues. | 0.40 |
| 10/17/11 | SLS | 0029 | Participate in working group call with UCC professionals regarding various allocation issues(.5) | 0.50 |
| 10/17/11 | FSH | 0029 | Confer with working group re upcoming meeting with TPR (.5). Analyze issues re same (.2). | 0.70 |
| 10/17/11 | AQ | 0029 | Call with Capstone re negotiations with pension regulator. | 0.50 |
| 10/17/11 | DHB | 0029 | Office conference with A. Qureshi and L. Beckerman re EMEA claims hearing (.2); telephone call with Committee members re status of allocation discussions (.4); conference call with Committee professionals re same (.5); emails re follow-up (.2); continue to review allocation issues (.4). | 1.70 |
| 10/17/11 | BMK | 0029 | Review of intercompany claim issues (0.5); participate in next steps call with UCC professionals (0.5); follow up to same (0.1) | 1.10 |
| 10/17/11 | KMR | 0029 | Attended professionals meeting re: next steps on allocation (0.5). | 0.50 |
| 10/18/11 | FSH | 0029 | Review pending matters for meeting with NNI and Ad Hocs (.2). Confer with working group re numerous allocation issues (.5). Meet at Cleary (2.0). Follow-up with AQ and DB (.5). | 3.20 |
| 10/18/11 | AQ | 0029 | Attend meeting with bondholders and Debtors at Cleary. | 2.50 |
| 10/18/11 | DHB | 0029 | Prepare for (1.2) meeting with Debtors and attend same and follow-up (2.5); office conference with B. Kahn re same (.1); consider next allocation steps (.4). | 4.20 |
| 10/19/11 | DHB | 0029 | Attention to subrogation issues (.6) and office conferences with J. Rubin and B. Kahn re same (.1) (.2); email communications re UK issues (.2) (.2); telephone calls with creditors re status of allocation process (.4). | 1.70 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1395534

Page 14
November 17, 2011

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/20/11 | FSH | 0029 | Follow-up re EMEA issues. | 0.20 |
| 10/20/11 | AQ | 0029 | Confer with Cleary regarding potential experts. | 0.20 |
| 10/20/11 | AQ | 0029 | Review and analyze background information on transfer pricing experts. | 0.90 |
| 10/21/11 | FSH | 0029 | Confer with Ad Hoc and NNI advisors re allocation issues. | 0.90 |
| 10/21/11 | AQ | 0029 | Conference call with Cleary and potential transfer pricing expert. | 0.50 |
| 10/21/11 | DHB | 0029 | Telephone calls with creditors re: allocation (.4); prepare for and conference call with US Debtors and Ad Hocs re allocation discussions (1.0); follow-up re same (.2). | 1.60 |
| 10/23/11 | DHB | 0029 | Email communications re allocation next steps. | 0.20 |
| 10/24/11 | SLS | 0029 | Participate in professionals' update call regarding allocation (.8) | 0.80 |
| 10/24/11 | FSH | 0029 | Communications w/J. Bromley re next steps (.1). Communications with working group re same (.4). Consider J. Land communications (.2). Meet with working group re pending issues and next steps (.8). Confer with J. Bromley re allocation issue (.2). Confer with working group re same (.3). | 2.00 |
| 10/24/11 | AQ | 0029 | Telephone conference with potential transfer pricing expert. | 0.30 |
| 10/24/11 | DHB | 0029 | Email communications re pension party communications (.3) (.2); prepare for (.2) and attend meeting of Committee professionals re next steps (.7). | 1.40 |
| 10/24/11 | BMK | 0029 | Prepare for team meeting re: allocation issues (0.2); participate in same (0.7); review Kearns email re: allocation negotiations with UK pension parties (0.3) | 1.20 |
| 10/25/11 | FSH | 0029 | Review information re allocation concepts (.6). Confer with working group re: same (1.0). | 1.60 |
| 10/25/11 | DHB | 0029 | Review allocation-related research (.8); emails re same (.3) (.1); telephone calls with Canadian counsel re issues related thereto in Canada (.2) (.3); Ray call re same and other issues (1.0); follow-up re same (.4); further calls with Canadian counsel (.3). | 3.40 |
| 10/25/11 | BMK | 0029 | Emails with A. Qureshi and R. Pees re: allocation issues | 0.20 |
| 10/26/11 | FSH | 0029 | Work on mediation and allocation issues (.8). | 0.80 |
| 10/26/11 | AQ | 0029 | Research regarding potential transfer pricing experts. | 0.80 |
| 10/26/11 | DHB | 0029 | Email communications re allocation next steps (.3); meet with Canadian counsel re same (.7); email communications re expert (.1); consider subcon issues (.4) and office conferences with B. Kahn re same (.2). | 1.70 |
| 10/26/11 | BMK | 0029 | Research and analysis re: intercompany issues | 2.90 |
| 10/26/11 | KMR | 0029 | Reviewed transfer pricing rules in connection with potential mediation brief positions and the transfer pricing expert (0.8). | 0.80 |
| 10/26/11 | MTD | 0029 | Review email correspondence and call with R. Pees. (.3) Review IFSA and memo. (.9) | 1.20 |
| 10/27/11 | LGB | 0029 | Review Chilmark analysis (0.3); Email Akin/ Capstone team with comment to same (0.1). | 0.40 |
| 10/27/11 | FSH | 0029 | Work on allocation issues (.9). Communications with Cleary and Milbank re same (.2). Communications with working group re same (.2). | 1.30 |
| 10/27/11 | DHB | 0029 | Email communications re allocation issues (.3); telephone call with R. Jacobs and M. Wunder re same (.1); further emails re same (.1) (.1) (.2); office conference with F. Hodara re next steps (.1). | 0.90 |
| 10/27/11 | BMK | 0029 | Review of issues list from Chilmark (0.4); emails from F. Hodara and Akin team re: allocation meeting with Debtors (0.3); review research and documents re: allocation venue issue (0.8); tc with M. Duda re: same (0.2) | 1.70 |
| 10/27/11 | KMR | 0029 | Reviewed materials from Chillmark summarizing financial status of NNI and NNL (0.7). | 0.70 |
| 10/27/11 | JYS | 0029 | Prep for research assignment (.2); correspondence with F. Hodara re same (.1); review Chillmark issues list (.7); correspondence with Akin Gump team re same (.3). | 1.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1395534

Page 15
November 17, 2011

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/27/11 | MTD | 0029 | Call with B. Kahn and read email correspondence forwarded by B. Kahn. (.8) Review IFSA, escrow agreements, and Side Letter. (1.3) Research in rem jurisdiction. (1.5) Begin drafting memo. (.8) Read case law re: jurisdiction over escrow agreements. (.5) | 4.90 |
| 10/27/11 | JRW | 0029 | Discussion of open transaction issue with A. Krotman. | 0.60 |
| 10/27/11 | SLB | 0029 | Confer w/ Cte. Professionals re: outstanding allocation issues. | 0.40 |
| 10/27/11 | JPR | 0029 | Review documents re: allocation and key issues. | 0.60 |
| 10/28/11 | FSH | 0029 | Confer with DB re allocation issues (.2). Communications with parties re same (.2). Attention to 4th Estate document (.1). | 0.50 |
| 10/28/11 | DHB | 0029 | Office conference with B. Kahn and telephone call with C. Kearns re allocation issues and analysis (.2); telephone calls with Committee members re allocation discussions (.4) (.4); office conference with F. Hodara as follow-up (.2). | 1.20 |
| 10/28/11 | BMK | 0029 | Analyze intercompany issues (1.1); emails and tc's with Capstone re: same (0.3) | 1.40 |
| 10/28/11 | KMR | 0029 | Continued review of transfer pricing issues in preparation for meeting with potential transfer pricing experts. | 2.00 |
| 10/28/11 | MTD | 0029 | Continue drafting of memo re: allocation issues. | 1.20 |
| 10/29/11 | LGB | 0029 | Review intercompany issues. | 0.80 |
| 10/29/11 | BMK | 0029 | Examine intercompany issues | 0.60 |
| 10/30/11 | FSH | 0029 | Work on allocation assumptions model. | 0.30 |
| 10/30/11 | DHB | 0029 | Review and consider allocation issues list. | 0.50 |
| 10/31/11 | LGB | 0029 | Review email from Hyland re markup of Chilmark issues list (0.2); Review email from Botter re same (0.1); Review email from Kahn re same (0.1). | 0.40 |
| 10/31/11 | FSH | 0029 | Attention to mediator items (.1). Work on model (.2). | 0.30 |
| 10/31/11 | AQ | 0029 | Telephone conference with potential transfer pricing expert. | 0.40 |
| 10/31/11 | DHB | 0029 | Office conference with A. Qureshi and telephone call with potential expert (.5); email communications with Committee members re allocation next steps (.1); office conference with B. Kahn re same (.2); email communications re mediator communications (.1); email communications re model issues (.4); review and further comments re same (.4); further comments re same (.2). | 1.90 |
| 10/31/11 | BMK | 0029 | Review and comment on draft Fourth Estate allocation agreement (1.6); emails with UCC professionals re: same (0.2); review Capstone comments to issues list (0.3); respond to emails re: same (0.1); tc with J. Hyland re: same (0.2); review intercompany issue research and memos (1.8); review and email documents re: allocation issues (0.4); conf with D. Botter re: same (0.1) | 4.70 |
| 10/31/11 | KMR | 0029 | Continued review of transfer pricing issues in preparation for meetings with experts (3.5); continued review of Chilmark summary of NNI's key financial/ economic positions (0.7). | 4.20 |
| 10/11/11 | SBK | 0032 | Emails to/from Capstone and Akin re [REDACTED] | 0.40 |
| 10/18/11 | FSH | 0032 | Communications re IP asset. | 0.10 |
| 10/18/11 | SBK | 0032 | Several emails to/from Akin team re antitrust review re IP sale (.40); Emails to/from Capstone and Akin re possible call on [REDACTED] (.20) | 0.60 |
| 10/18/11 | GDB | 0032 | Reviewing reports re IP competition issues (0.2) | 0.20 |
| 10/19/11 | GDB | 0032 | Emails regarding patent sales and press speculation relating to competition issues (0.4) | 0.10 |
| 10/20/11 | FSH | 0032 | Communications re IP asset. | 0.10 |
| 10/24/11 | SBK | 0032 | Emails to/from Capstone, FTI and Milbank re Tuesday call w/all hands re [REDACTED] and other issues | 0.30 |
| 10/27/11 | SBK | 0032 | Discussion w/Borow re [REDACTED] and follow-up from Tuesday call re same. | 0.30 |

Total Hours 703.20

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1395534

Page 16
November 17, 2011

### TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| L G BECKERMAN | 39.90 | at | $975.00 | = | $38,902.50 |
| F S HODARA | 55.35 | at | $990.00 | = | $54,796.50 |
| K A KEPCHAR | 1.10 | at | $700.00 | = | $770.00 |
| A QURESHI | 123.25 | at | $790.00 | = | $97,367.50 |
| D H BOTTER | 67.70 | at | $900.00 | = | $60,930.00 |
| S B KUHN | 10.50 | at | $790.00 | = | $8,295.00 |
| S L SCHULTZ | 12.70 | at | $700.00 | = | $8,890.00 |
| A S LILLING | 22.50 | at | $610.00 | = | $13,725.00 |
| K M ROWE | 42.80 | at | $690.00 | = | $29,532.00 |
| M T DUDA | 7.30 | at | $585.00 | = | $4,270.50 |
| J R WILLIAMS | 0.60 | at | $610.00 | = | $366.00 |
| T D FEUERSTEIN | 4.60 | at | $610.00 | = | $2,806.00 |
| G D BELL | 5.60 | at | $600.00 | = | $3,360.00 |
| D Z VIRA | 28.20 | at | $615.00 | = | $17,343.00 |
| B M KAHN | 175.10 | at | $510.00 | = | $89,301.00 |
| J Y STURM | 11.00 | at | $550.00 | = | $6,050.00 |
| J L WOODSON | 3.20 | at | $400.00 | = | $1,280.00 |
| S J WOODELL | 2.80 | at | $335.00 | = | $938.00 |
| S L BRAUNER | 16.05 | at | $360.00 | = | $5,778.00 |
| A S KROTMAN | 17.70 | at | $400.00 | = | $7,080.00 |
| J P RUBIN | 55.25 | at | $560.00 | = | $30,940.00 |

Current Fees      $482,721.00

### FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis | $232.20 |
| Computerized Legal Research - Other | $378.48 |
| Computerized Legal Research - Westlaw | $4,289.44 |
| Courier Service/Messenger Service- Off Site | $254.78 |
| Document Retrieval | $203.18 |
| Duplication - In House | $312.60 |
| Meals - Business | $1,261.58 |
| Meals (100%) | $1,532.61 |
| Audio and Web Conference Services | $6,916.40 |
| Telephone - Long Distance | $19.13 |
| Telephone - Cell/ Pagers | $1.59 |
| Travel - Airfare | $55,416.63 |
| Travel - Ground Transportation | $2,930.24 |
| Travel - Lodging (Hotel, Apt, Other) | $8,642.44 |
| Travel - Train Fare | $2,381.39 |

Current Expenses      $84,772.69

**Total Amount of This Invoice**      **$567,493.69**