# EXHIBIT C

## DISBURSEMENT SUMMARY
## OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $5,103.30 |
| Conference Call /Telephone/Video Conferencing | $6,937.12 |
| Courier Service/Postage | $254.78 |
| Duplicating (@ $0.10 per page) | $312.60 |
| Meals/Committee Meeting Expenses | $2,794.19 |
| Travel Expenses – Airfare | $55,416.63 |
| Travel Expenses – Ground Transportation | $2,930.24 |
| Travel Expenses – Lodging | $8,642.44 |
| Travel Expenses – Train Fare | $2,381.39 |
| **TOTAL** | **$84,772.69** |

101912310 v1