# EXHIBIT D


# Akin Gump
## Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

Invoice Number  1395534
Invoice Date    11/17/11
Client Number   687147
Matter Number   0001

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/11 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 09/19/10 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: BOTTER DAVID TICKET #: 0550137867 DEPARTURE DATE: 09/15/2011 ROUTE: JFK/LHR_CDG/JFK | $45.00 |
| 07/28/11 | Travel - Ground Transportation  Working late on Nortel documents, taxi service from office to 87th and Broadway.; Yellow cab | $21.38 |
| 08/24/11 | Audio and Web Conference Services Monthly recurring - Account activity through 8/24/11 VENDOR: GLOBAL CROSSING CONFERENCING; INVOICE#: 9033407612; DATE: 8/24/2011 - Acct # 0205134736 | $119.88 |
| 08/25/11 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 2169900 DATE: 8/25/2011 NAME: MILLETT PATRICIA ANN TICKET #: 0549449652 DEPARTURE DATE: 09/07/2011 ROUTE: DCA LGA DCA | $37.00 |
| 08/25/11 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 2169900 DATE: 8/25/2011 NAME: MILLETT PATRICIA ANN TICKET #: 8676378898 DEPARTURE DATE: 09/07/2011 ROUTE: DCA LGA | $559.40 |


NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1395534

Page 2
November 17, 2011

| Date | Description | Amount |
|---|---|---|
| 08/25/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Hodara Fred S TICKET #: 0549465624 DEPARTURE DATE: 08/25/2011 ROUTE: LGA/YYZ DCA | $37.00 |
| 08/25/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Hodara Fred S TICKET #: 8676379141 DEPARTURE DATE: 08/25/2011 ROUTE: LGA/YYZ | $1,224.91 |
| 08/26/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Hodara Fred S TICKET #: 0549483714 DEPARTURE DATE: 08/26/2011 ROUTE: YTZ/EWR | $37.00 |
| 08/26/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Hodara Fred S TICKET #: 0549517180 DEPARTURE DATE: 08/26/2011 ROUTE: YTZ/EWR | $37.00 |
| 08/26/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 08/26/2011 ROUTE: YTZ/EWR | $759.50 |
| 08/30/11 | Travel - Airfare VENDOR: AMERICAN EXPRESS INVOICE#: 2171660 DATE: 8/30/2011 NAME: KURLEKAR AMIT ARUN TICKET #: 0549604213 DEPARTURE DATE: 09/12/2011 ROUTE: SFO PHL SFO | $37.00 |
| 08/30/11 | Travel - Airfare VENDOR: AMERICAN EXPRESS INVOICE#: 2171660 DATE: 8/30/2011 NAME: KURLEKAR AMIT ARUN TICKET #: 8677999237 DEPARTURE DATE: 09/12/2011 ROUTE: SFO PHL SFO | $381.40 |
| 08/31/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Hodara Fred S TICKET #: 8676379696 DEPARTURE DATE: 08/26/2011 ROUTE: LGA/YYZ | $942.20 |
| 08/31/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 08/26/2011 ROUTE: LGA/YYZ/YTZ/EWR | $968.75 |
| 08/31/11 | Travel - Airfare VENDOR: DINERS | $45.00 |

| Date | Description | Amount |
|---|---|---|
| | CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: BOTTER DAVID TICKET #: 0549546377 DEPARTURE DATE: 08/29/2011 ROUTE: LGA/YYZ/LGA | |
| 08/31/11 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: BOTTER DAVID TICKET #: 8677402341 DEPARTURE DATE: 08/29/2011 ROUTE: LGA/YYZ/LGA | $1,930.70 |
| 08/31/11 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: BOTTER DAVID TICKET #: 8677402343 DEPARTURE DATE: 08/29/2011 ROUTE: YYZ/LGA | $1,705.18 |
| 08/31/11 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: BOTTER DAVID TICKET #: 8677402343 DEPARTURE DATE: 08/31/2011 ROUTE: YYZ/LGA | $-1,705.18 |
| 09/06/11 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 2173525 DATE: 9/6/2011 NAME: MILLETT PATRICIA ANN TICKET #: 0549763703 DEPARTURE DATE: 09/07/2011 ROUTE: WAS NYP WAS | $37.00 |
| 09/06/11 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 2173525 DATE: 9/6/2011 NAME: MILLETT PATRICIA ANN TICKET #: 8679608198 DEPARTURE DATE: 09/07/2011 ROUTE: WAS NYP WAS | $275.00 |
| 09/06/11 | Travel - Ground Transportation  Taxi service from One Bryant Park to 50 Franklin Street; Yellow cab | $20.04 |
| 09/07/11 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 2174416 DATE: 9/7/2011 NAME: MILLETT PATRICIA ANN TICKET #: 0549840418 DEPARTURE DATE: 09/07/2011 ROUTE: LGA DCA | $37.00 |
| 09/07/11 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 2174416 DATE: 9/7/2011 NAME: MILLETT PATRICIA ANN TICKET #: 8679608922 DEPARTURE DATE: 09/07/2011 ROUTE: LGA DCA | $279.70 |
| 09/07/11 | Travel - Ground Transportation  Taxi service to hotel from restaurant in Toronto - Nortel meeting.; Crown Taxi Inc. | $10.50 |

| Date | Description | Amount |
|---|---|---|
| 09/07/11 | Travel - Ground Transportation Taxi service to restaurant from hotel in Toronto - Nortel meeting.; Diamond Taxi cab | $12.00 |
| 09/07/11 | Travel - Airfare VENDOR: AMERICAN EXPRESS INVOICE#: 2174418CR DATE: 9/7/2011 NAME: MILLETT PATRICIA ANN TICKET #: 8676378898 DEPARTURE DATE: 09/07/2011 ROUTE: DCA LGA DCA | $-559.40 |
| 09/07/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: BOTTER DAVID TICKET #: 0549682564 DEPARTURE DATE: 09/01/2011 ROUTE: LGA/YYZ/LGA | $45.00 |
| 09/07/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: BOTTER DAVID TICKET #: 8677402945 DEPARTURE DATE: 09/01/2011 ROUTE: LGA/YYZ/LGA | $1,931.30 |
| 09/07/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: BOTTER DAVID TICKET #: 8677403594 DEPARTURE DATE: 09/07/2011 ROUTE: YYZ/LGA | $770.85 |
| 09/07/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: BOTTER DAVID TICKET #: 8677402945 DEPARTURE DATE: 09/09/2011 ROUTE: YYZ/LGA | $-989.10 |
| 09/08/11 | Meals (100%) 9/8/11 P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800153; DATE: 9/8/2011 | $358.47 |
| 09/08/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1127132 DATE: 10/5/2011 Vendor: Dial Car Voucher #: DLA3412176 Date: 09/08/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3412176 Date: 09/08/2011 Name: Lisa Beckerman | $67.99 |
| 09/08/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Beckerman Lisa TICKET #: 0549904350 DEPARTURE DATE: 09/08/2011 ROUTE: EWR/YYZ/EWR | $37.00 |
| 09/09/11 | Travel - Train Fare VENDOR: | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 09/09/11 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 2175241 DATE: 9/9/2011 NAME: MILLETT PATRICIA ANN TICKET #: 0549914652 DEPARTURE DATE: 09/12/2011 ROUTE: WAS PHL WAS | $238.00 |
| 09/09/11 | Travel - Airfare  Airfare for EMEA meetings; Airfare for EMEA meetings; Continental  VENDOR: AMERICAN EXPRESS INVOICE#: 2175241 DATE: 9/9/2011 NAME: MILLETT PATRICIA ANN TICKET #: 8679609691 DEPARTURE DATE: 09/12/2011 ROUTE: WAS PHL WAS | $90.20 |
| 09/09/11 | Travel - Airfare  Airfare for EMEA meetings; Airfare for EMEA meetings; MEM Rwds Airline Tax Offset Fee | $36.00 |
| 09/09/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Beckerman Lisa TICKET #: 0549921433 DEPARTURE DATE: 09/09/2011 ROUTE: NYP/PHL/NYP | $37.00 |
| 09/09/11 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Hodara Fred S TICKET #: 0549938170 DEPARTURE DATE: 09/09/2011 ROUTE: LAX/EWR | $37.00 |
| 09/12/11 | Travel - Ground Transportation  Cab ride from Newark Airport ot 80 Bloomfield; Newark Cab Association Receipt | $54.00 |
| 09/12/11 | Travel - Ground Transportation  Cab ride from Newark Airport to 77 West King Street.; Aerofleet Cab Receipt | $59.38 |
| 09/12/11 | Travel - Ground Transportation  Cab ride from 77 West King to Airport; Co-op Car Service | $69.27 |
| 09/12/11 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Beckerman Lisa TICKET #: 8679609629 DEPARTURE DATE: 09/08/2011 ROUTE: EWR/YYZ/EWR | $1,283.52 |
| 09/12/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Botter David H TICKET #: 0549996836 DEPARTURE DATE: 09/12/2011 ROUTE: NYP/PHL/NYP | $37.00 |
| 09/12/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Sturm Joshua TICKET #: 0550010722 DEPARTURE DATE: 09/12/2011 ROUTE: WAS/PHL/NYP | $37.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1395534

Page 6
November 17, 2011

| Date | Description | Amount |
|---|---|---|
| 09/13/11 | Travel - Ground Transportation Cab ride from train station to court; All City Taxi Receipt | $9.76 |
| 09/13/11 | Travel - Ground Transportation Cab ride from court house to train station; Yellow Cab Association Receipt | $8.00 |
| 09/13/11 | Travel - Airfare Change fee or airline ticket.; Exchange fee; continental Airlines Receipt | $75.00 |
| 09/13/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Beckerman Lisa TICKET #: DEPARTURE DATE: 09/09/2011 ROUTE: NYP/PHL/NYP | $225.00 |
| 09/13/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Botter David H TICKET #: DEPARTURE DATE: 09/12/2011 ROUTE: NYP/PHL/NYP | $-218.00 |
| 09/13/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Botter David H TICKET #: DEPARTURE DATE: 09/12/2011 ROUTE: NYP/PHL/NYP | $158.00 |
| 09/13/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Botter David H TICKET #: DEPARTURE DATE: 09/12/2011 ROUTE: NYP/PHL/NYP | $218.00 |
| 09/13/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Sturm Joshua TICKET #: DEPARTURE DATE: 09/12/2011 ROUTE: WAS/PHL/NYP | $-204.00 |
| 09/13/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Sturm Joshua TICKET #: DEPARTURE DATE: 09/12/2011 ROUTE: WAS/PHL/NYP | $354.00 |
| 09/13/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Sturm Joshua TICKET #: 0550028348 DEPARTURE DATE: 09/13/2011 ROUTE: WAS/PHL/NYP | $37.00 |
| 09/13/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Sturm Joshua TICKET #: DEPARTURE DATE: 09/13/2011 ROUTE: WAS/PHL/NYP | $105.00 |
| 09/14/11 | Travel - Airfare VENDOR: DINERS | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 09/14/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Barrow Jay TICKET #: 0550103582 DEPARTURE DATE: 09/14/2011 ROUTE: QQS/XPG | $37.00 |
| 09/14/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Botter David H TICKET #: 0550103577 DEPARTURE DATE: 09/14/2011 ROUTE: QQS/XPG | $37.00 |
| 09/14/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Hodara Fred S TICKET #: 0550103596 DEPARTURE DATE: 09/14/2011 ROUTE: QQS/XPG | $37.00 |
| 09/14/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Jacobs Ryan TICKET #: 0550103580 DEPARTURE DATE: 09/14/2011 ROUTE: QQS/XPG | $37.00 |
| 09/14/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Kearns Christop TICKET #: 0550103586 DEPARTURE DATE: 09/14/2011 ROUTE: QQS/XPG | $37.00 |
| 09/15/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1127132 DATE: 10/5/2011 Vendor: Dial Car Voucher #: DLA3422121 Date: 09/15/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3422121 Date: 09/15/2011 Name: Lisa Beckerman | $65.95 |
| 09/15/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Borow Jay TICKET #: 0550144145 DEPARTURE DATE: 09/15/2011 ROUTE: QQS/XPG | $37.00 |
| 09/16/11 | Travel - Train Fare Heathrow Express rail service from Heathrow airport to hotel in London - Nortel hearing; Heathrow Express | $26.19 |
| 09/17/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1127132 DATE: 10/5/2011 Vendor: Dial Car Voucher #: DLA3302671 Date: 09/17/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3302671 Date: 09/17/2011 Name: Lisa Beckerman | $65.95 |
| 09/18/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 | $1,828.30 |

| Date | Description | Amount |
|---|---|---|
| 09/19/11 | PASSENGER: Hodara Fred S TICKET #: 8681133789 DEPARTURE DATE: 09/09/2011 ROUTE: EWR/LHR | |
| 09/19/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1127132 DATE: 10/5/2011 Vendor: Dial Car Voucher #: DLA3461134 Date: 09/19/2011 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3461134 Date: 09/19/2011 Name: David Botter | $140.27 |
| 09/19/11 | Travel - Ground Transportation Taxi from airport to hotel in advance of meetings with Pension parties and administrator; Heathrow Airport Licensed Taxis ltd | $113.53 |
| 09/19/11 | Meals - Business Dinner - Meetings with EMEA parties; F. Hodara; J. Sheekey | $60.58 |
| 09/19/11 | Travel - Ground Transportation Taxi from hotel to EY for meeting with administrator; Licensed London Taxi | $15.55 |
| 09/19/11 | Meals - Business In-Hotel meals during stay in connection with meetings with EMEA parties; F. Hodara; Savoy | $64.74 |
| 09/19/11 | Travel - Lodging (Hotel, Apt, Other) Hotel stay in connection with meetings with EMEA parties; Hotel stay for meetings w/EMEA parties; Savoy | $830.48 |
| 09/19/11 | Travel - Airfare Air travel from/to NY, London, Paris.; Air travel.; British Airways | $8,517.20 |
| 09/19/11 | Travel - Train Fare VENDOR: AMERICAN EXPRESS INVOICE#: 2178874 DATE: 9/19/2011 NAME: SCHULTZ SARAH ANN TICKET #: 0550222806 DEPARTURE DATE: 09/21/2011 ROUTE: NYP WIL NYP | $37.00 |
| 09/19/11 | Travel - Train Fare VENDOR: AMERICAN EXPRESS INVOICE#: 2178874 DATE: 9/19/2011 NAME: SCHULTZ SARAH ANN TICKET #: 9824536126 DEPARTURE DATE: 09/21/2011 ROUTE: NYP WIL NYP | $393.00 |
| 09/19/11 | Travel - Train Fare VENDOR: AMERICAN EXPRESS INVOICE#: 2179070CR DATE: 9/19/2011 NAME: SCHULTZ SARAH ANN TICKET #: 9824536134 DEPARTURE DATE: 09/21/2011 ROUTE: NYP WIL | $-165.00 |
| 09/19/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: BOTTER DAVID TICKET #: 8680748892 DEPARTURE DATE: 09/15/2011 ROUTE: JFK/LHR_CDG/JFK | $7,991.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                            Page 9
Invoice Number: 1395534                                                                    November 17, 2011

| Date | Description | Amount |
|---|---|---|
| 09/19/11 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Kahn Brad M TICKET #: 5502204242 DEPARTURE DATE: 09/19/2011 ROUTE: NYP/WIL/NYP | $37.00 |
| 09/20/11 | Meals - Business  Meal at airport en route to EMEA meetings; F. Hodara; B-@ Sam Adams | $47.40 |
| 09/20/11 | Travel - Ground Transportation  Taxi from railroad station to hotel for meetings with French office holder; Taxis Parisiens | $13.37 |
| 09/20/11 | Travel - Lodging (Hotel, Apt, Other)  Hotel stay to attend meetings with EMEA parties; Hotel stay for meeting with EMEA parties; The Westin Paris | $1,631.23 |
| 09/20/11 | Travel - Train Fare  Train travel from London to Paris.; Eurostar | $449.00 |
| 09/20/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1127741 DATE: 10/12/2011 Vendor: Dial Car Voucher #: DLA3300834 Date: 09/20/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3300834 Date: 09/20/2011 Name: Lisa Beckerman | $72.07 |
| 09/20/11 | Meals - Business  Nortel, London - working lunch for Qureshi; Jacobs and Borow; A. Qureshi; Jacobs and Borow; J Sheekey | $188.79 |
| 09/20/11 | Travel - Lodging (Hotel, Apt, Other)  Overnight accommodation and 20% VAT at Le Meridien hotel in London for Nortel meeting.; overnight accommodation and 20% VAT; Le Meridien | $573.98 |
| 09/20/11 | Meals - Business  Breakfast at Terrace Restaurant located in the Le Meridien hotel in London for Nortel meeting.; A. Qureshi; Le Meridien | $42.25 |
| 09/20/11 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Barrow Jay TICKET #: 8681135454 DEPARTURE DATE: 09/14/2011 ROUTE: QQS/XPG | $412.00 |
| 09/20/11 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Botter David H TICKET #: 8681135447 DEPARTURE DATE: 09/14/2011 ROUTE: QQS/XPG | $412.00 |
| 09/20/11 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Hodara Fred S TICKET #: 8681135474 DEPARTURE DATE: 09/14/2011 ROUTE: QQS/XPG | $412.00 |
| 09/20/11 | Travel - Airfare  VENDOR: DINERS | $412.00 |

| Date | Description | Amount |
|---|---|---|
| 09/20/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Jacobs Ryan TICKET #: 8681135452 DEPARTURE DATE: 09/14/2011 ROUTE: QQS/XPG | $412.00 |
| 09/20/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Kearns Christop TICKET #: 8681135461 DEPARTURE DATE: 09/14/2011 ROUTE: QQS/XPG | $412.00 |
| 09/21/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Borow Jay TICKET #: 8682479936 DEPARTURE DATE: 09/15/2011 ROUTE: QQS/XPG | $412.00 |
| 09/21/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1015653 DATE: 9/25/2011 Catering Akin Gump - Mendy's Kosher Restaurant - 09/21/2011 | $17.73 |
| 09/21/11 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 412644 DATE: 9/30/2011 SENDER'S NAME: A. QURESHI; JOB NUMBER: 5907038; PICKUP: 1 BRYANT PARK; DESTINATION: 50 FRANKLIN ST; DATE: 09/21/2011 | $46.00 |
| 09/21/11 | Meals - Business Meal before meeting with French office holder; F. Hodara; Carte Bancaire | $18.72 |
| 09/21/11 | Meals - Business Meal at hotel before meeting; F. Hodara; The Westin Paris | $16.04 |
| 09/21/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1127741 DATE: 10/12/2011 Vendor: Dial Car Voucher #: DLA3393352 Date: 09/21/2011 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLA3393352 Date: 09/21/2011 Name: David Botter | $116.73 |
| 09/21/11 | Travel - Train Fare VENDOR: AMERICAN EXPRESS INVOICE#: 2179491CR DATE: 9/21/2011 NAME: MILLETT PATRICIA ANN TICKET #: 8679608198 DEPARTURE DATE: 09/20/2011 ROUTE: NYP WAS | $-145.80 |
| 09/21/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Kahn Brad M TICKET #: 2154534316 DEPARTURE DATE: 09/19/2011 ROUTE: NYP/WIL/NYP | $377.00 |
| 09/22/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 676142 DATE: 9/30/2011 | $59.63 |

| Date | Description | Amount |
|---|---|---|
| 09/22/11 | Vendor: Executive Royal Voucher #: 699557 Date: 09/22/2011 Name: Dan Vira\|\|Car Service, Vendor: Executive Royal Voucher #: 699557 Date: 09/22/2011 Name: Dan Vira Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1127741 DATE: 10/12/2011 | $187.02 |
| 09/22/11 | Vendor: Dial Car Voucher #: DLA3422616 Date: 09/22/2011 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3422616 Date: 09/22/2011 Name: Austin Lilling Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1127741 DATE: 10/12/2011 | $127.82 |
| 09/22/11 | Vendor: Dial Car Voucher #: DLA3435620 Date: 09/22/2011 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3435620 Date: 09/22/2011 Name: Abid Qureshi Meals (100%) 9/16/11   N Kunen - Team meeting working meal (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800155; DATE: 9/22/2011 | $46.27 |
| 09/22/11 | Meals (100%) 9/22/11   P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800155; DATE: 9/22/2011 | $358.47 |
| 09/23/11 | Document Retrieval 9/8/11   Hawaiian Airlines VENDOR: U.S. DOCUMENT RETRIEVAL SERVICE, INC; INVOICE#: 133311; DATE: 9/23/2011 | $203.18 |
| 09/23/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 676142 DATE: 9/30/2011  Vendor: Executive Royal Voucher #: 350570 Date: 09/23/2011 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 350570 Date: 09/23/2011 Name: Fred Hodara | $191.42 |
| 09/23/11 | Travel - Ground Transportation  Taxi to airport in connection with meeting with NNSA; Les Taxis Bleus | $58.56 |
| 09/23/11 | Meals - Business  Meal prior to Officer holder meeting in France with 7 commitee reps; C. Boothman, Mr. Jacobs, A. Qureshi, F. Hodara, D. Botter, C. Kearns, J. Borow; Cafe Marly | $645.81 |
| 09/23/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1127741 DATE: 10/12/2011  Vendor: Dial Car Voucher #: DLA3349285 Date: 09/23/2011 Name: | $72.07 |

| Date | Description | Amount |
|---|---|---|
| 09/23/11 | Scott Rhoades\|\|Car Service, Vendor: Dial Car Voucher #: DLA3349285 Date: 09/23/2011 Name: Scott Rhoades Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: SEP11-53062500000206 DATE: 9/28/2011 PASSENGER: Hodara Fred S TICKET #: 8681134218 DEPARTURE DATE: 09/12/2011 ROUTE: CDG/EWR | $3,756.00 |
| 09/26/11 | Computerized Legal Research - Westlaw User: LILLING,AUSTIN Date: 9/26/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $547.76 |
| 09/26/11 | Computerized Legal Research - Westlaw User: VIRA,DAN Date: 9/26/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $15.47 |
| 09/26/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 676142 DATE: 9/30/2011  Vendor: Executive Royal Voucher #: 287820 Date: 09/26/2011 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 287820 Date: 09/26/2011 Name: Fred Hodara | $28.03 |
| 09/26/11 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 412644 DATE: 9/30/2011 SENDER'S NAME: A. QUERESHI; JOB NUMBER: 5943656; PICKUP: 1 BRYANT PARK; DESTINATION: 50 FRANKLIN ST; DATE: 09/26/2011 | $30.71 |
| 09/26/11 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1026435 DATE: 10/2/2011 Woodson Jenny Jennifer) - Mooncake Foods 30th) - 09/26/2011 | $23.50 |
| 09/26/11 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1026435 DATE: 10/2/2011 Lilling Austin - Croton Reservoir Tavern - 09/26/2011 | $33.49 |
| 09/26/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 676527 DATE: 10/7/2011  Vendor: Executive Royal Voucher #: 699556 Date: 09/26/2011 Name: Dan Vira\|\|Car Service, Vendor: Executive Royal Voucher #: 699556 Date: 09/26/2011 Name: Dan Vira | $59.63 |
| 09/26/11 | Meals (100%)  overtime meal; dvira; overtime meal; Chopt Salad | $21.43 |
| 09/26/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1127741 DATE: 10/12/2011 Vendor: Dial Car Voucher #: | $45.77 |

| Date | Description | Amount |
|---|---|---|
| 09/26/11 | DLA3351229 Date: 09/26/2011 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3351229 Date: 09/26/2011 Name: Abid Qureshi Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1127741 DATE: 10/12/2011 Vendor: Dial Car Voucher #: DLA3444052 Date: 09/26/2011 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3444052 Date: 09/26/2011 Name: Austin Lilling | $187.13 |
| 09/27/11 | Computerized Legal Research - Westlaw User: LILLING,AUSTIN Date: 9/27/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $30.94 |
| 09/27/11 | Computerized Legal Research - Westlaw User: VIRA,DAN Date: 9/27/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $51.31 |
| 09/27/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1127132 DATE: 10/5/2011 Vendor: Dial Car Voucher #: DLA3324507 Date: 09/27/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3324507 Date: 09/27/2011 Name: Lisa Beckerman | $93.49 |
| 09/27/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1026435 DATE: 10/2/2011 Manoukian Kristine - Mangia 48th St.) - 09/27/2011 | $27.54 |
| 09/27/11 | Travel - Airfare Virgin Atlantic Round-trip Airfare NY-London; NY-London Round Trip - 10/5-10/11/11; Virgin Atlantic G-Mail Print-out | $9,844.70 |
| 09/30/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 9/30/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $37.12 |
| 09/30/11 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 412644 DATE: 9/30/2011 SENDER'S NAME: J. SAMPER; JOB NUMBER: 5969069; PICKUP: 1 BRYANT PARK; DESTINATION: 50 FRANKLIN ST; DATE: 09/30/2011 | $30.71 |
| 10/02/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1127132 DATE: 10/5/2011 Vendor: Dial Car Voucher #: DLA3442854 Date: 10/02/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3442854 Date: 10/02/2011 Name: Lisa Beckerman | $76.15 |
| 10/03/11 | Computerized Legal Research - Westlaw User: LILLING,AUSTIN Date: | $319.02 |

| Date | Description | Amount |
|---|---|---|
| 10/03/11 | 10/3/2011 AcctNumber: 1000193694 ConnectTime: 0.0 Computerized Legal Research - Westlaw User: VIRA,DAN Date: 10/3/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $319.12 |
| 10/03/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1127741 DATE: 10/12/2011 Vendor: Dial Car Voucher #: DLA3553743 Date: 10/03/2011 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3553743 Date: 10/03/2011 Name: Austin Lilling | $187.02 |
| 10/03/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1027925 DATE: 10/9/2011 Lilling Austin - Hill Country Barbecue - 10/03/2011 | $20.51 |
| 10/03/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1027925 DATE: 10/9/2011 Kahn Brad - Szechuan Gourmet - 10/03/2011 | $24.96 |
| 10/03/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1128627 DATE: 10/19/2011 Vendor: Dial Car Voucher #: DLA3460212 Date: 10/03/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3460212 Date: 10/03/2011 Name: Lisa Beckerman | $65.95 |
| 10/04/11 | Duplication - In House Photocopy - Kahn, Brad, NY, 84 page(s) | $8.40 |
| 10/04/11 | Computerized Legal Research - Westlaw User: VIRA,DAN Date: 10/4/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $961.51 |
| 10/04/11 | Computerized Legal Research - Other Searches in Various Courts from 7/1/11 to 9/30/11 VENDOR: PACER SERVICE CENTER; INVOICE#: AG0054-Q32011; DATE: 10/4/2011 - Account ID AG0054 | $355.28 |
| 10/04/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1027925 DATE: 10/9/2011 Rubin Jason - Haru On Broadway - 10/04/2011 | $29.18 |
| 10/04/11 | Meals (100%) Dinner while working overtime in the office; dvira; overtime meal; Chop't Salad | $23.38 |
| 10/04/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1128627 DATE: 10/19/2011 Vendor: Dial Car Voucher #: DLA3412200 Date: 10/04/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: | $70.03 |

| Date | Description | Amount |
|---|---|---|
| 10/04/11 | Dial Car Voucher #: DLA3412200 Date: 10/04/2011 Name: Lisa Beckerman Computerized Legal Research - Other And Document Retrieval in Federal Courts - Usage From: 7/1/11 To: 9/30/11 VENDOR: PACER SERVICE CENTER; INVOICE#: AG1801-Q32011; DATE: 10/4/2011 - Account ID: AG1801 | $23.20 |
| 10/05/11 | Duplication - In House Photocopy - Qureshi, Abid, NY, 103 page(s) | $10.30 |
| 10/05/11 | Duplication - In House Photocopy - Qureshi, Abid, NY, 1748 page(s) | $174.80 |
| 10/05/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1027925 DATE: 10/9/2011 Catering Akin Gump - Mendy's Kosher Restaurant - 10/05/2011 | $17.73 |
| 10/05/11 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 10001-01001-11; DATE: 10/5/2011 | $6,796.52 |
| 10/05/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 676769 DATE: 10/14/2011 Vendor: Executive Royal Voucher #: 699555 Date: 10/05/2011 Name: Dan Vira\|\|Car Service, Vendor: Executive Royal Voucher #: 699555 Date: 10/05/2011 Name: Dan Vira | $59.63 |
| 10/05/11 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 415157 DATE: 10/14/2011 SENDER'S NAME: ; JOB NUMBER: 5991764; PICKUP: 1 BRYANT PARK; DESTINATION: 50 FRANKLIN ST; DATE: 10/05/2011 | $30.58 |
| 10/05/11 | Travel - Airfare Air travel NY/London/Dublin during Nortel meetings.; Airline travel.; British Air, Air France | $10,631.60 |
| 10/05/11 | Travel - Airfare Airline change fee.; Airline fee.; British Air, Air France | $37.00 |
| 10/05/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1129309 DATE: 10/26/2011 Vendor: Dial Car Voucher #: DLA3470135 Date: 10/05/2011 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3470135 Date: 10/05/2011 Name: Abid Qureshi | $120.61 |
| 10/06/11 | Meals (100%) 10/4/11: P. Sanchez - Professionals' call working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800157; DATE: 10/6/2011 | $143.72 |
| 10/06/11 | Meals (100%) 10/4/11: N. Kunen - Professionals' call working meal (8 | $27.76 |

| Date | Description | Amount |
|---|---|---|
| | people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800157; DATE: 10/6/2011 | |
| 10/06/11 | Meals (100%) 10/5/11: B. Kahn - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800157; DATE: 10/6/2011 | $358.47 |
| 10/06/11 | Travel - Ground Transportation Taxi to Cleary London Offices; ComCab Cash Receipt | $20.73 |
| 10/06/11 | Travel - Ground Transportation Taxi from Akin London office to Savoy Hotel; NW Cars Customer Receipt | $31.89 |
| 10/07/11 | Computerized Legal Research - Westlaw User: LILLING,AUSTIN Date: 10/7/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $387.38 |
| 10/07/11 | Computerized Legal Research - Westlaw User: VIRA,DAN Date: 10/7/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $225.05 |
| 10/07/11 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 415157 DATE: 10/14/2011 SENDER'S NAME: ; JOB NUMBER: 6002986; PICKUP: 1 BRYANT PARK; DESTINATION: 50 FRANKLIN STREET; DATE: 10/07/2011 | $45.80 |
| 10/07/11 | Travel - Ground Transportation Taxi to Akin London offices; Black Cabs London Taxi Receipt | $13.55 |
| 10/08/11 | Travel - Ground Transportation Taxi from Akin London offices to Savoy Hotel; Licensed Taxi Receipt | $25.51 |
| 10/09/11 | Travel - Ground Transportation 10/9/11 - Taxi - Qureshi VENDOR: Computer Cab PLC; INVOICE#: 42598; DATE: 10/9/2011 | $20.65 |
| 10/09/11 | Travel - Ground Transportation 10/9/11 - Taxi - Qureshi VENDOR: Computer Cab PLC; INVOICE#: 42598; DATE: 10/9/2011 | $41.94 |
| 10/09/11 | Travel - Ground Transportation Taxi to Akin London offices; Dial A Cab London Licensed Taxi Receipt | $11.16 |
| 10/10/11 | Duplication - In House Photocopy - User # 990100, NY, 300 page(s) | $30.00 |
| 10/10/11 | Travel - Ground Transportation Taxi to Akin London office.; Licensed London Taxi Receipt | $15.94 |
| 10/10/11 | Meals - Business Breakfast in London w/A. Qureshi before Nortel meeting; Brad Kahn, Abid Qureshi; Costa Coffee Receipt | $11.48 |
| 10/11/11 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS | $9.82 |

| Date | Description | Amount |
|---|---|---|
| | INVOICE#: 415157 DATE: 10/14/2011 SENDER'S NAME: ; JOB NUMBER: 6017246; PICKUP: 1 BRYANT PARK; DESTINATION: 420 W 24TH ST; DATE: 10/11/2011 | |
| 10/11/11 | Travel - Lodging (Hotel, Apt, Other) Savoy Hotel Lodging re: Nortel Meetings (10/5/11-10/10/11); Hotel Savoy in London re: Nortel Meeting; Savoy Hotel Invoice | $4,728.95 |
| 10/11/11 | Meals - Business Business Meals at Savoy (10/5/11-10/10/11); Brad Kahn. | $67.17 |
| 10/11/11 | Telephone - Long Distance Long Distance Telephone call - 10/5/11 re: Nortel Meetings.; Savoy Hotel Invoice | $19.13 |
| 10/11/11 | Telephone - Cell/ Pagers 2 Mobile Phone charges 10/9/11 re: Nortel Meetings; Savoy Hotel Invoice | $1.59 |
| 10/11/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1129309 DATE: 10/26/2011 Vendor: Dial Car Voucher #: DLA3348921 Date: 10/11/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3348921 Date: 10/11/2011 Name: Lisa Beckerman | $72.07 |
| 10/12/11 | Duplication - In House Photocopy - User # 990100, NY, 91 page(s) | $9.10 |
| 10/13/11 | Duplication - In House Photocopy - Kahn, Brad, NY, 800 page(s) | $80.00 |
| 10/13/11 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 415157 DATE: 10/14/2011 SENDER'S NAME: ; JOB NUMBER: 6032116; PICKUP: 1 BRYANT PARK; DESTINATION: 50 FRANKLIN ST; DATE: 10/13/2011 | $30.58 |
| 10/13/11 | Travel - Ground Transportation Taxi from Amtrak train to hotel re trip to attend motion to dismiss hearing; Yellow Cab | $10.00 |
| 10/13/11 | Meals - Business Hotel stay to attend motion to dismiss hearing; Jason Rubin; Hotel Dupont | $25.80 |
| 10/13/11 | Travel - Lodging (Hotel, Apt, Other) Hotel stay to attend motion to dismiss hearing in DE; Hotel stay to attend motion to dismiss; Hotel Dupont | $438.90 |
| 10/14/11 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 415157 DATE: 10/14/2011 SENDER'S NAME: ; JOB NUMBER: 6038416; PICKUP: 1 BRYANT PARK; DESTINATION: 50 FRANKLIN ST; DATE: 10/14/2011 | $30.58 |
| 10/14/11 | Travel - Ground Transportation Cab from train station on return from DE; Medallion cab | $11.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                      Page 18
Invoice Number: 1395534                                                    November 17, 2011

| Date | Description | Amount |
|---|---|---|
| 10/14/11 | Travel - Ground Transportation Cab from train station to Court for hearing; Apple Car | $10.00 |
| 10/14/11 | Travel - Lodging (Hotel, Apt, Other) Lodging at Hotel DuPont re: DE Nortel hearing (including tax); Lodging at DuPont Hotel re: Nortel mtg.; Hotel DuPont Invoice | $438.90 |
| 10/14/11 | Meals - Business Hotel DuPont room service dinner re: Nortel Hearing; Brad Kahn; Hotel DuPont Invoice | $16.80 |
| 10/14/11 | Meals - Business Breakfast w/J. Rubin, A. Croke and L. Roberts (Ashurst) re: Nortel Meeting; J. Rubin, A. Croke and L. Roberts from Ashurst, B. Kahn; Hotel DuPont Invoice | $56.00 |
| 10/14/11 | Travel - Ground Transportation Taxi from Hotel DuPont to Bankruptcy Court re: Nortel hearing; City Cab of Delaware receipt | $10.00 |
| 10/14/11 | Travel - Ground Transportation Train from court to Amtrak train after attending motion to dismiss hearing; Delaware Concierge Taxi LLC | $10.00 |
| 10/24/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 10/24/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $118.18 |
| 10/25/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 10/25/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $243.71 |
| 10/26/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 10/26/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $164.69 |
| 10/27/11 | Computerized Legal Research - Westlaw User: DUDA,MONICA Date: 10/27/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $478.67 |
| 10/27/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 10/27/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $389.51 |
| 10/27/11 | Computerized Legal Research - Lexis Service: NEXIS SERVICE; Employee: KAHN BRAD; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 10/27/11 | Computerized Legal Research - Lexis Service: NEXIS SERVICE; Employee: KAHN BRAD; Charge Type: SEARCHES; Quantity: 1.0 | $51.30 |
| 10/28/11 | Computerized Legal Research - Lexis Service: NEXIS SERVICE; Employee: LANPHEAR LESLIE; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 10/28/11 | Computerized Legal Research - Lexis Service: NEXIS SERVICE; Employee: | $153.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1395534

Page 19  
November 17, 2011

LANPHEAR LESLIE; Charge Type: SEARCHES; Quantity: 3.0

Current Expenses                                                  $84,772.69