# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 12 years; Admitted in 1989; Financial Restructuring Department | $975 | 39.90 | $38,902.50 |
| David H. Botter | Partner for 10 years; Admitted in 1990; Financial Restructuring Department | $900 | 67.70 | $60,930.00 |
| Fred S. Hodara | Partner for 22 years; Admitted in 1982; Financial Restructuring Department | $990 | 55.35 | $54,796.50 |
| Karol A. Kepchar | Partner for 10 years; Admitted in 1992; Intellectual Property Department | $700 | 1.10 | $770.00 |
| Stephen B. Kuhn | Partner for 11 years; Admitted in 1991; Corporate Department | $790 | 10.50 | $8,295.00 |
| Abid Qureshi | Partner for 4 years; Admitted in 1995; Financial restructuring Department | $790 | 123.25 | $97,367.50 |
| Sarah Link Schultz | Partner for 2 years; Admitted in 2001; Financial Restructuring Department | $700 | 12.70 | $8,890.00 |
| Austin S. Lilling | Senior Counsel for 1 year; Admitted in 2001; Tax Department | $610 | 22.50 | $13,725.00 |
| Kevin M. Rowe | Senior Counsel for 11 years; Admitted in 1985; Tax Department | $690 | 42.80 | $29,532.00 |
| Monica D. Duda | Counsel for 2 years; Admitted in 2004; Litigation Department | $585 | 7.30 | $4,270.50 |
| Tony D. Feuerstein | Counsel for 3 years; Admitted in 2003; Corporate Department | $610 | 4.60 | $2,806.00 |
| Joshua R. Williams | Counsel for 3 years; Admitted in 2004; Tax Department | $610 | 0.60 | $366.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Graeme D. Bell | International Law Advisor for 3 years; Admitted in 2003; Financial Restructuring Department | $600 | 5.60 | $3,360.00 |
| Sara L. Brauner | Associate for 1 year; Admitted in 2011; Financial Restructuring Department | $360 | 16.05 | $5,778.00 |
| Brad M. Kahn | Associate for 4 years; Admitted in 2008; Financial Restructuring Department | $510 | 175.10 | $89,301.00 |
| Adam S. Krotman | Associate for 2 years; Admitted in 2010; Tax Department | $400 | 17.70 | $7,080.00 |
| Jason P. Rubin | Associate for 7 years; Admitted in 2005; Financial Restructuring Department | $560 | 55.25 | $30,940.00 |
| Joshua Y. Sturm | Associate for 5 years; Admitted in 2007; Financial Restructuring Department | $550 | 11.00 | $6,050.00 |
| Daniel Z. Vira | Associate for 11 years; Admitted in 1992; ERISA Department | $615 | 28.20 | $17,343.00 |
| Sarah J. Woodell | Associate for 1 year; Admitted in 2010; Financial Restructuring Department | $335 | 2.80 | $938.00 |
| Jennifer L. Woodson | Associate for 2 years; Admitted in 2010; Tax department | $400 | 3.20 | $1,280.00 |

Total Amount of Fees:     $482,721.00
Total Number of Hours:    703.20
Blended Hourly Rate:      $686.46