**EXHIBIT B**



Fraser Milner Casgrain LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada M5K 0A1

MAIN   416 863 4511
FAX    416 863 4592

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 2870509**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| Date | Matter Number | Lawyer |
|---|---|---|
| November 22, 2011 | 538462-000001 | Michael Wunder |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | | |
|---|---|---|
| Professional Fees | $ | 173,828.75 |
| Disbursements | | 2,435.99 |
| **Total Amount Due** | **$** | **176,264.74 CDN.** |

FRASER MILNER CASGRAIN LLP

Per: _____
        Michael Wunder

| Payment Options: | |
|---|---|
| **Cheques:** Cheques payable to Fraser Milner Casgrain LLP and mailed to the above noted address. | **Internet Banking:** Accepted at most financial institutions. Your payee is Fraser Milner Casgrain and your account number is 538462. Please email us at acctrecedm@fmc-law.com referencing invoice number and payment amount. |
| **Wire Transfer:** Bank of Montreal 1st Canadian Place, Toronto, ON Swift Code: BOFMCAM2 Bank ID: 001 Transit: 00022 CAD Funds Bank Account : 0004-324 | **Credit Card:** Payments are accepted via telephone, email or fax. We accept American Express, MasterCard or Visa (please circle one). Card No. _____ Expiry Date: _____ Amount: _____ Cardholder Name: _____ Signature: _____ |

Please email us at Toronto.Accounting@fmc-law.com referencing invoice number and payment amount.
Payment due on receipt. Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days.

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 01-Oct-11 | MMP | 0019 | Reviewing Monitor's 75th report, Canadian income tax ruling and the draft court orders regarding Canadian employee compensation claims, and analyze claims calculations. | 1.6 |
| 01-Oct-11 | MMP | 0019 | Meet with M. Peters to analyze tax issues regarding proposed Canadian employee claims calculations and methodologies. | 0.9 |
| 01-Oct-11 | MMP | 0019 | Report to FMC team regarding draft Canadian court order for Canadian employee claims methodologies, and proposal by Monitor's counsel for amendments. | 0.3 |
| 01-Oct-11 | RSK | 0031 | Review of factum of Nortel Continuing Employees regarding Canadian employee compensation claims process. | 0.3 |
| 01-Oct-11 | RCJ | 0012 | E-mail correspondence with FMC team regarding Canadian employee compensation claims process. | 0.3 |
| 01-Oct-11 | MIP | 0031 | Conference with Mary Picard regarding tax issues in connection with Canadian employee claims calculation methodology. | 0.9 |
| 01-Oct-11 | MIP | 0031 | Reviewing documents regarding taxation of pension/LTD claim payments. | 2.1 |
| 01-Oct-11 | MJD | 0019 | Reviewing and analyzing materials regarding Canadian employee claims process. | 2.0 |
| 02-Oct-11 | MMP | 0031 | Review motion material filed by C.A.W. and counsel for the continuing employees with respect to Canadian employee compensation claims process. | 0.7 |
| 02-Oct-11 | MJW | 0031 | Review and analyze correspondence from M. Picard with respect to Canadian employee claims process and employee claims calculation issues. | 0.4 |
| 02-Oct-11 | MJW | 0012 | Correspondence with FMC team with respect to Canadian employee claims process issues. | 0.3 |
| 02-Oct-11 | MJW | 0031 | Review and analyze Canadian motion material and draft court orders for claims calculation methodology. | 1.1 |
| 03-Oct-11 | NAL | 0031 | Review and analyze motion materials filed by various parties for Canadian employee claims process. | 3.2 |
| 03-Oct-11 | MMP | 0031 | Met with M. Wunder and A. MacFarlane to discuss draft Canadian employee claims process methodology order. | 0.6 |
| 03-Oct-11 | MMP | 0019 | Review and analyze due diligence material regarding proposed Canadian employee compensation claims process. | 0.9 |
| 03-Oct-11 | MMP | 0031 | Review and analyze court filings by the Monitor and representatives of the continuing employees, regarding the proposed Canadian employee compensation claims process. | 2.4 |

FRASER MILNER CASGRAIN LLP

INVOICE 2870509

The Official Committee of Unsecured Creditors

Page 3 of 21

Re: Nortel Networks Inc., et al.

Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 03-Oct-11 | RSK | 0031 | Review of supplementary motion record of Nortel former employees regarding Canadian employee compensation claims process. | 0.2 |
| 03-Oct-11 | RSK | 0031 | Review of Nortel Canada factum regarding Canadian employee compensation claims process. | 0.2 |
| 03-Oct-11 | MJW | 0031 | Calls and emails with Torys and FMC with respect to Canadian employee claims process court orders and Canadian motion. | 0.7 |
| 03-Oct-11 | MJW | 0031 | Meet with FMC team to discuss issues with respect to Canadian employee claims process orders. | 0.6 |
| 03-Oct-11 | MJW | 0031 | Correspondence with Akin Gump with respect to Canadian employee claims court orders. | 0.2 |
| 03-Oct-11 | MJW | 0031 | Correspondence with Monitor's Canadian counsel with respect to revised language for Canadian employee claims orders and review and analyze same. | 0.5 |
| 03-Oct-11 | MJW | 0029 | Call with Committee advisors with respect to case status and allocation issues. | 1.0 |
| 03-Oct-11 | MJW | 0031 | Review Nortel Canada factum in connection with Canadian employee claims process. | 0.9 |
| 03-Oct-11 | MJW | 0031 | Review Nortel Canadian continuing employees factum. | 0.7 |
| 03-Oct-11 | MJW | 0031 | Review former employees supplementary motion record for Canadian employee claims process motion. | 0.6 |
| 03-Oct-11 | ALM | 0031 | E-mails from M. Peters and M. Wunder regarding tax issues relating to Canadian employee claims process. | 0.3 |
| 03-Oct-11 | ALM | 0031 | Meeting with FMC team to discuss tax issues for Canadian employee claims methodology order. | 0.4 |
| 03-Oct-11 | ALM | 0031 | E-mail exchange with M. Wunder regarding forms of court orders for Canadian employees claims. | 0.3 |
| 03-Oct-11 | RCJ | 0031 | Review motion record regarding Canadian employee compensation claims. | 0.9 |
| 03-Oct-11 | RCJ | 0012 | Multiple office conferences and e-mails with FMC team regarding Canadian employee compensation claims motion record. | 0.7 |
| 03-Oct-11 | RCJ | 0029 | Review allocation analysis. | 1.3 |
| 03-Oct-11 | RCJ | 0029 | Participate in conference call with Akin Gump, FMC and Capstone teams regarding allocation/mediation. | 1.2 |
| 03-Oct-11 | MJD | 0019 | Reviewing and analyzing due diligence materials regarding Canadian employee claims process, and claims calculations. | 0.7 |
| 04-Oct-11 | NAL | 0031 | Review Canadian motion material and related due diligence regarding Canadian employee claims process, and analyze employment/severance issues. | 3.3 |
| 04-Oct-11 | MMP | 0031 | Reviewed various factums, affidavits and other Canadian court submissions for proposed Canadian employee compensation claims procedure. | 3.4 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2870509
Page 4 of 21
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 04-Oct-11 | MMP | 0031 | Review of court material filed by Canadian continuing employees, and conferences with M. Wunder and A. MacFarlane regarding the proposed Canadian employee compensation claims process. | 0.9 |
| 04-Oct-11 | MMP | 0031 | Review and assess revised draft Canadian court orders for Canadian employee compensation claims process. | 0.7 |
| 04-Oct-11 | RSK | 0031 | Review of factum of Nortel Canada former employees regarding compensation claims process. | 0.3 |
| 04-Oct-11 | RSK | 0019 | Review of Capstone Report regarding NNI compensation plan. | 0.1 |
| 04-Oct-11 | RSK | 0031 | Review of Supplement to Monitor's 75th Report regarding Canadian employee claims process. | 0.2 |
| 04-Oct-11 | MJW | 0007 | Attend on Committee advisors call in preparation for Committee meeting. | 1.0 |
| 04-Oct-11 | MJW | 0031 | Correspondence and calls with Canadian counsel for Monitor, NNI, bondholders and other parties to discuss issues relating to Canadian employee claims process including negotiations relating to amendments to court approval orders. | 1.8 |
| 04-Oct-11 | MJW | 0031 | Review prior Canadian agreements and court orders with respect to employee payments, and review/analyze draft court orders for Canadian employee claims process. | 0.7 |
| 04-Oct-11 | MJW | 0031 | Review and analyze factum of former employees with respect to Canadian employee claims process motion. | 0.6 |
| 04-Oct-11 | MJW | 0031 | Review former employees supplemental motion record in connection with preparation of Canadian employee claims process motion. | 0.6 |
| 04-Oct-11 | MJW | 0019 | Review correspondence from Capstone with respect to Canadian employee retention issues. | 0.3 |
| 04-Oct-11 | MJW | 0031 | Review Canadian Monitor's supplemental report in preparation for Canadian employee claims motion. | 0.4 |
| 04-Oct-11 | ALM | 0031 | E-mail to Monitor's counsel regarding Canadian employee claims process issues. | 0.1 |
| 04-Oct-11 | ALM | 0031 | Correspondence with M. Picard regarding responding materials for Canadian employee claims process. | 0.3 |
| 04-Oct-11 | ALM | 0031 | Emails to and from M. Wunder, M.Peters regarding tax issues for Canadian employee claims calculations. | 0.1 |
| 04-Oct-11 | ALM | 0031 | Review of responding motion record from employee group for Canadian employee claims process. | 0.7 |
| 04-Oct-11 | ALM | 0031 | Review of supplementary record from counsel for former employees, regarding Canadian employee claims process. | 0.2 |
| 04-Oct-11 | ALM | 0031 | Review emails from Canadian counsel for Monitor and bondholder group regarding proposed amendments for Canadian employees compensation claims order. | 0.4 |
| 04-Oct-11 | ALM | 0031 | Review revised drafts of Canadian employee compensation | 0.3 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | claims order. | |
| 04-Oct-11 | ALM | 0031 | Telephone attendance with G. Finlayson, M. Wunder and R. Jacobs regarding Canadian employee claims motion. | 0.2 |
| 04-Oct-11 | ALM | 0031 | Review of CAW responding motion record for Canadian employee claims motion. | 0.4 |
| 04-Oct-11 | ALM | 0031 | Analyze draft revisions for Canadian employee compensation claims procedure and methodology orders. | 0.3 |
| 04-Oct-11 | ALM | 0031 | Telephone attendance with NNI Canadian counsel and FMC team regarding Canadian compensation claims issues. | 0.2 |
| 04-Oct-11 | ALM | 0031 | Conferences with M. Wunder and R. Jacobs regarding revised drafts of Canadian employee claims order. | 0.4 |
| 04-Oct-11 | ALM | 0031 | Telephone conference call with Committee professionals to prepare for Committee meeting. | 1.0 |
| 04-Oct-11 | RCJ | 0012 | E-mail correspondence with Akin Gump and Capstone teams regarding Flextronics settlement. | 0.3 |
| 04-Oct-11 | RCJ | 0031 | Review Canadian employee compensation claims motion record. | 0.8 |
| 04-Oct-11 | RCJ | 0031 | E-mail correspondence with FMC team regarding Canadian employee compensation claims motion record. | 0.6 |
| 04-Oct-11 | RCJ | 0007 | Participate in UCC professionals call regarding prep for Committee call. | 1.0 |
| 04-Oct-11 | RCJ | 0031 | Telephone conference with FMC team and G. Finlayson (Bennett Jones) regarding Canadian employee compensation claims motion record. | 0.2 |
| 04-Oct-11 | MIP | 0018 | Reviewing and analyze tax issues relating to Canadian employee claims calculation methodology. | 0.4 |
| 05-Oct-11 | NAL | 0019 | Review and analyze due diligence material and filed Canadian motion material and amended draft of Canadian court orders for employee claims process. | 3.8 |
| 05-Oct-11 | MMP | 0031 | Review and analyze court filings relating to Canadian employee compensation claims process. | 2.6 |
| 05-Oct-11 | MMP | 0031 | Confer with FMC team regarding amendments to draft court orders relating to severance and common employer issues, for Canadian employee compensation claims process. | 0.7 |
| 05-Oct-11 | MJW | 0031 | Review reply material filed with Canadian court in connection with Canadian employee claims motion including supplementary report of Monitor, revised Canadian draft approval orders for Canadian employee claims process, Nortel Canada factum, affidavit of LTD employee regarding request for adjournment, and analyze in preparation for court hearing. | 3.3 |
| 05-Oct-11 | MJW | 0031 | Correspondence and calls with Canadian counsel for NNI, Monitor, bondholder group and FMC with respect to Canadian employee claims motion, and review draft orders and endorsement, and negotiations regarding same. | 2.2 |

FRASER MILNER CASGRAIN LLP

INVOICE 2870509

The Official Committee of Unsecured Creditors

Page 6 of 21

Re: Nortel Networks Inc., et al.

Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 05-Oct-11 | MJW | 0029 | Attend on update call with Committee and bondholder group advisors including allocation issues. | 0.8 |
| 05-Oct-11 | MJW | 0007 | Attend on Committee call. | 0.8 |
| 05-Oct-11 | ALM | 0031 | Review of Factum of Nortel Canada regarding Canadian employee claims process. | 0.5 |
| 05-Oct-11 | ALM | 0007 | Telephone conference call with Committee. | 0.8 |
| 05-Oct-11 | ALM | 0029 | Telephone conference call with Akin Gump and bondholders regarding allocation issues. | 0.9 |
| 05-Oct-11 | ALM | 0031 | Telephone conference call with Torys, M. Wunder and R. Jacobs regarding draft Canadian court order for Canadian employee claims process. | 0.4 |
| 05-Oct-11 | ALM | 0031 | Conferences with FMC team regarding Canadian court filings for Canadian employee claims process. | 1.4 |
| 05-Oct-11 | ALM | 0031 | Correspondence to and from NNI's Canadian counsel regarding Canadian court orders for Canadian employee claims process. | 0.6 |
| 05-Oct-11 | ALM | 0031 | Review and analyze multiple drafts of Canadian court orders for Canadian employee claims process. | 1.6 |
| 05-Oct-11 | ALM | 0031 | Telephone calls with Canadian counsel for Monitor, bondholder group and NNI regarding Canadian employee claims process. | 0.8 |
| 05-Oct-11 | ALM | 0031 | Review court material and submissions to prepare for Canadian employee claims process hearing. | 0.7 |
| 05-Oct-11 | RCJ | 0012 | Review and comment on draft orders regarding Canadian employee compensation claims. | 0.9 |
| 05-Oct-11 | RCJ | 0012 | Multiple office conferences with FMC team regarding Canadian employee compensation claims orders. | 0.8 |
| 05-Oct-11 | RCJ | 0007 | Participate on Committee call. | 0.8 |
| 05-Oct-11 | RCJ | 0031 | E-mail correspondence with FMC and Torys teams regarding employee compensation claims court orders and hearing. | 1.1 |
| 05-Oct-11 | RCJ | 0029 | Research regarding allocation/mediation issues. | 1.4 |
| 06-Oct-11 | NAL | 0031 | Review and comment on revised court orders for Canadian employee claims process and analyze employment claim issues. | 1.2 |
| 06-Oct-11 | MMP | 0031 | Analyze proposed amendments to Canadian court order regarding Canadian employee compensation claims calculation methodology. | 0.3 |
| 06-Oct-11 | RSK | 0031 | Review of revised draft of Compensation Claims Procedure Order and Compensation Claims Methodology Order. | 0.4 |
| 06-Oct-11 | RSK | 0031 | Review of affidavit filed by LTD Claimant requesting postponement of Canadian employee claims hearing. | 0.1 |
| 06-Oct-11 | MJW | 0031 | Review revised draft Canadian court approval orders for Canadian employee claims procedure and analyze additional | 0.7 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2870509
Page 7 of 21
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | requested amendments. | |
| 06-Oct-11 | MJW | 0031 | Conference with A. MacFarlane regarding proposed form of endorsement for Canadian court with respect to Canadian employee claims motion. | 0.3 |
| 06-Oct-11 | MJW | 0025 | Travel to and from Canadian court hearing. | 0.5 |
| 06-Oct-11 | MJW | 0008 | Attend to Canadian court hearing for Canadian employee claims process approval. | 3.6 |
| 06-Oct-11 | MJW | 0031 | Call with Akin Gump to provide update with respect to Canadian court hearing. | 0.2 |
| 06-Oct-11 | MJW | 0029 | Attend on call with NNI and its advisors with Committee advisors with respect to case issues including allocation matters. | 2.2 |
| 06-Oct-11 | ALM | 0031 | Calls and emails regarding Canadian court endorsement for Canadian employee claims process hearing. | 0.7 |
| 06-Oct-11 | ALM | 0031 | Review of factum of Monitor and employee group to prepare for Canadian court hearing. | 1.3 |
| 06-Oct-11 | ALM | 0008 | Prepare submissions for Canadian court hearing. | 0.7 |
| 06-Oct-11 | ALM | 0031 | Conferences with FMC team regarding revisions to Canadian court orders for Canadian employee claims process. | 0.6 |
| 06-Oct-11 | ALM | 0031 | Review of responding record for former employees for Canadian employee claims process hearing. | 0.4 |
| 06-Oct-11 | ALM | 0008 | Attendance at Canadian court hearing for Canadian employee claims process hearing. | 4.8 |
| 06-Oct-11 | ALM | 0029 | Telephone conference call with Akin Gump and Cleary, J. Ray, and FMC, regarding allocation issues. | 1.8 |
| 06-Oct-11 | RCJ | 0029 | Telephone call with bondholder regarding allocation issues. | 0.7 |
| 06-Oct-11 | RCJ | 0029 | Research allocation issues. | 1.2 |
| 06-Oct-11 | RCJ | 0029 | Participate (telephonically) in meeting with UCC and US Debtor professionals regarding allocation issues/mediation. | 2.2 |
| 06-Oct-11 | RCJ | 0029 | E-mail correspondence with NNI's counsel regarding allocation issues. | 0.1 |
| 07-Oct-11 | RSK | 0031 | Review of Canadian court endorsement regarding Compensation Claims process. | 0.1 |
| 07-Oct-11 | RSK | 0031 | Review of Nortel motion regarding D&O Policy. | 0.2 |
| 07-Oct-11 | MJW | 0008 | Review Canadian court endorsement with respect to Canadian employee claims procedure and forward to Akin Gump. | 0.2 |
| 07-Oct-11 | MJW | 0017 | Review and analyze Canadian motion material with respect to SNMP motion and background documents. | 0.8 |
| 07-Oct-11 | MJW | 0031 | Review corporate group update and analyze Canadian issues. | 0.5 |
| 07-Oct-11 | ALM | 0017 | Correspondence with FMC team regarding Chartis litigation issues. | 0.4 |
| 07-Oct-11 | ALM | 0031 | Review of correspondence from Monitor's counsel regarding | 0.1 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | allocation mediation. | |
| 07-Oct-11 | ALM | 0031 | Review of motion record regarding Chartis D&O insurance policy. | 0.4 |
| 07-Oct-11 | RCJ | 0024 | E-mail correspondence with Akin Gump team regarding proposed sale and related issues. | 0.3 |
| 07-Oct-11 | RCJ | 0014 | Review endorsement regarding Canadian employee compensation claims procedure order. | 0.2 |
| 07-Oct-11 | RCJ | 0029 | Analysis of allocation issues. | 2.8 |
| 10-Oct-11 | MJW | 0012 | Review correspondence from UK Joint Administrator Canadian counsel with respect to EMEA claims discovery in Canada and correspondence with Committee advisors regarding same. | 0.3 |
| 10-Oct-11 | MJW | 0031 | Correspondence with FMC team with respect to corporate group update and related Canadian issues. | 0.2 |
| 10-Oct-11 | RCJ | 0029 | Review Nortel corporate group allocation presentation. | 0.7 |
| 10-Oct-11 | RCJ | 0029 | E-mail correspondence with Akin Gump team regarding Nortel corporate group allocation presentation. | 0.2 |
| 10-Oct-11 | MIP | 0018 | Reviewing tax issues regarding proposed corporate transactions. | 1.9 |
| 10-Oct-11 | MIP | 0018 | Corresponding with FMC regarding potential debt forgiveness issues. | 0.5 |
| 11-Oct-11 | RSK | 0007 | Review of Capstone report on Nortel corporate group. | 0.1 |
| 11-Oct-11 | MJW | 0007 | Attend on Committee advisor call in preparation for Committee meeting. | 0.8 |
| 11-Oct-11 | MJW | 0007 | Review material for Committee meeting including Capstone corporate group update. | 0.4 |
| 11-Oct-11 | RCJ | 0007 | Participate on Committee professionals call. | 0.8 |
| 11-Oct-11 | RCJ | 0012 | Analysis of bond claim issues. | 1.1 |
| 11-Oct-11 | RCJ | 0031 | Analysis of allocation strategies. | 1.8 |
| 11-Oct-11 | MIP | 0018 | Reviewing tax issues relating to debt forgiveness and corresponding with Capstone regarding same. | 0.9 |
| 12-Oct-11 | RSK | 0031 | Review of motion record of NNI for Canadian recognition regarding US claims. | 0.2 |
| 12-Oct-11 | MJW | 0007 | Attend on Committee call. | 0.4 |
| 12-Oct-11 | MJW | 0003 | Prepare August, 2011 fee application. | 0.3 |
| 12-Oct-11 | MJW | 0018 | Review correspondence from Ashurst and other correspondence with Committee advisors with respect to UK pension litigation. | 0.2 |
| 12-Oct-11 | MJW | 0019 | Review LTD retiree benefit update from Akin Gump and related material. | 0.3 |
| 12-Oct-11 | MJW | 0031 | Review and analyze Nortel Canada motion record with respect to Chartis director and officer insurance policy issues. | 1.2 |
| 12-Oct-11 | RCJ | 0007 | Participate on Committee call. | 0.4 |

FRASER MILNER CASGRAIN LLP                                    INVOICE 2870509
The Official Committee of Unsecured Creditors                        Page 9 of 21
Re: Nortel Networks Inc., et al.                            Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|----|----|---------------------|-------|
| 13-Oct-11 | MGB | 0024 | Review and analyze draft agreement for proposed sale and report to FMC team. | 1.4 |
| 13-Oct-11 | MJW | 0012 | Review correspondence from Monitor's counsel with respect to EMEA claims discovery issues in Canada. | 0.1 |
| 13-Oct-11 | MJW | 0031 | Review and analyze Canadian motion record with respect to NNI recognition motion in Canada relating to inter-company claims and bar date. | 0.4 |
| 13-Oct-11 | MJW | 0031 | Correspondence with FMC and Canadian counsel for NNI with respect to draft Canadian recognition order for inter-company claims. | 0.3 |
| 13-Oct-11 | MJW | 0031 | Review revised draft court order for Canadian recognition hearing relating to NNI recognition motion. | 0.1 |
| 13-Oct-11 | MJW | 0024 | Correspondence with FMC team with respect to proposed sale transaction and Canadian analysis. | 0.2 |
| 13-Oct-11 | MJW | 0012 | Review U.S. court agenda with respect to EMEA claims objections and analyze list of filed objection court material. | 0.2 |
| 13-Oct-11 | RCJ | 0024 | Review draft sale agreements and analyze Canadian issues. | 1.6 |
| 13-Oct-11 | RCJ | 0031 | Review draft Canadian recognition order from NNI's Canadian counsel. | 0.3 |
| 13-Oct-11 | RCJ | 0031 | E-mail correspondence with S. Bomhof (Torys) and FMC team regarding recognition order. | 0.2 |
| 13-Oct-11 | MIP | 0018 | Reviewing proposed sale agreement, and analyze Canadian tax issues. | 0.6 |
| 14-Oct-11 | MGB | 0024 | Complete review of proposed sale agreements, and report on Canadian issues. | 1.3 |
| 14-Oct-11 | MJW | 0031 | Review restated NNI Canadian motion record and court order with respect to recognition of order for inter-company claims bar date. | 0.2 |
| 14-Oct-11 | MJW | 0031 | Correspondence with NNI Canadian counsel and FMC team with respect to Chartis Canadian motion and related U.S. issues. | 0.3 |
| 14-Oct-11 | MJW | 0024 | Review and analyze Canadian comments with respect to proposed sale transaction agreements. | 0.4 |
| 14-Oct-11 | MJW | 0003 | Prepare September, 2011 fee account. | 1.9 |
| 14-Oct-11 | MJW | 0012 | Correspondence with Akin Gump and other Committee advisors with respect to U.S. court hearing for objection to EMEA claims. | 0.3 |
| 14-Oct-11 | RCJ | 0017 | Review e-mail correspondence from NNI Canadian counsel regarding Chartis D&O policy motion and joint hearing issues. | 0.2 |
| 14-Oct-11 | RCJ | 0012 | Review e-mail correspondence from Akin Gump team regarding summary judgment hearing on EMEA claims. | 0.1 |
| 14-Oct-11 | MIP | 0018 | Reviewing draft sale agreements and analyze Canadian tax issues. | 1.2 |

FRASER MILNER CASGRAIN LLP

INVOICE 2870509

The Official Committee of Unsecured Creditors

Page 10 of 21

Re: Nortel Networks Inc., et al.

Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 14-Oct-11 | NEB | 0024 | Review draft sales agreements regarding Canadian tax issues and confer with FMC team regarding same. | 1.8 |
| 15-Oct-11 | RCJ | 0012 | E-mail correspondence with Akin Gump and FMC teams regarding EMEA claims discovery and process. | 0.3 |
| 16-Oct-11 | RCJ | 0017 | Review memo from Ashurst regarding UK pension decision. | 0.8 |
| 17-Oct-11 | MJW | 0032 | Review U.S. court hearing schedule in connection with Canadian matters. | 0.1 |
| 17-Oct-11 | MJW | 0025 | Travel to and from Canadian court hearing. | 0.5 |
| 17-Oct-11 | MJW | 0008 | Attend Canadian court chambers conference for Chartis litigation scheduling. | 0.4 |
| 17-Oct-11 | MJW | 0031 | Confer with Canadian counsel for Nortel Canada and Nortel U.S. with respect to Chartis motion, and analyze documents with respect to Chartis and insurance policies. | 1.3 |
| 17-Oct-11 | MJW | 0029 | Attend on Committee advisor call with respect to allocation issues. | 0.7 |
| 17-Oct-11 | MJW | 0024 | Review draft sale agreement with respect to proposed sale by Canadian debtors, and analyze Canadian issues. | 0.9 |
| 17-Oct-11 | MJW | 0031 | Review Canadian recognition order and endorsements and forward to Akin Gump. | 0.1 |
| 17-Oct-11 | MJW | 0003 | Prepare August, 2011 FMC fee application. | 1.6 |
| 17-Oct-11 | ALM | 0031 | Telephone attendance with NNI Canadian counsel regarding Chartis D&O policy. | 0.1 |
| 17-Oct-11 | ALM | 0031 | Review of motion record regarding Chartis D&O litigation. | 0.4 |
| 17-Oct-11 | ALM | 0017 | Review of cross-border claims protocol in connection with litigation analysis. | 0.7 |
| 17-Oct-11 | ALM | 0012 | Review and analyze Canadian claims resolution order regarding Canadian claims issues. | 0.5 |
| 17-Oct-11 | ALM | 0029 | Telephone conference call regarding allocation issues with Committee advisors. | 0.7 |
| 17-Oct-11 | ALM | 0031 | Conference with FMC team regarding Chartis D&O policy issues. | 0.2 |
| 17-Oct-11 | ALM | 0008 | Attendance at Court regarding chambers attendance before Justice Morawetz. | 0.5 |
| 17-Oct-11 | RCJ | 0029 | Participate in conference call with UCC professionals regarding allocation issues. | 0.7 |
| 17-Oct-11 | RCJ | 0014 | Office conference with M. Wunder regarding Canadian chambers appointment on Chartis D&O motion. | 0.2 |
| 17-Oct-11 | RCJ | 0014 | E-mail correspondence with Akin Gump team regarding Chartis D&O motion. | 0.4 |
| 17-Oct-11 | RCJ | 0017 | Review UK pension decision, and analyze Canadian issues. | 0.8 |
| 18-Oct-11 | MJW | 0029 | Attend on conference call with advisors for Nortel U.S., UCC and bondholder group with respect to allocation issues. | 1.8 |

FRASER MILNER CASGRAIN LLP

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 18-Oct-11 | MJW | 0019 | Review and analyze UK memo with respect to UK appeal decision regarding pension priorities, and related Canadian case issues. | 0.6 |
| 18-Oct-11 | MJW | 0024 | Correspondence with Committee advisors regarding proposed sale transaction issues. | 0.2 |
| 18-Oct-11 | MJW | 0031 | Analyze issues with respect to Canadian pension, benefits and severance payments paid by Nortel Canada during CCAA proceedings. | 1.3 |
| 18-Oct-11 | ALM | 0019 | Review of memo from Ashurst regarding pension claim issues. | 0.3 |
| 18-Oct-11 | ALM | 0029 | Telephone conference call with advisors for NNI, UCC and bondholders regarding allocation issues. | 1.8 |
| 18-Oct-11 | ALM | 0031 | E-mail from M. Dunsmuir regarding Canadian employee benefit payments. | 0.2 |
| 18-Oct-11 | ALM | 0031 | E-mail from Ashurst regarding UK pensions appeal. | 0.3 |
| 18-Oct-11 | ALM | 0031 | Discussion with FMC team regarding Canadian employee benefits payments. | 0.2 |
| 18-Oct-11 | RCJ | 0017 | Review memorandum from Ashurst regarding UK pensions decision. | 0.7 |
| 18-Oct-11 | RCJ | 0029 | Analysis of allocation strategies and next steps. | 2.8 |
| 18-Oct-11 | RCJ | 0029 | Participate (by phone) in meeting with Debtors, UCC and Ad Hoc bond group professionals regarding allocation. | 1.8 |
| 18-Oct-11 | MJD | 0019 | Analyzing Canadian pension related amounts paid post-filing by Canadian debtors. | 0.5 |
| 19-Oct-11 | MJW | 0007 | Attend on Committee call. | 0.7 |
| 19-Oct-11 | MJW | 0031 | Meet with A. MacFarlane and R. Jacobs to analyze Canadian claims and payments for employees, pensioners and former employees and review Canadian court orders and reports regarding same. | 1.8 |
| 19-Oct-11 | MJW | 0019 | Review and analyze UK case regarding pension priority issues, and assess regarding Canadian proceeding. | 0.6 |
| 19-Oct-11 | ALM | 0031 | Conferences with M. Dunsmuir regarding Canadian employee and benefit payment issues. | 0.4 |
| 19-Oct-11 | ALM | 0031 | Analyze Canadian debtor employee and benefits claims, and related case payments, in connection with allocation strategies. | 0.5 |
| 19-Oct-11 | ALM | 0031 | Telephone conference call regarding committee. | 0.8 |
| 19-Oct-11 | ALM | 0031 | Office conferences with R. Jacobs and M. Wunder regarding Canadian debtor employee claims issues and payments. | 0.6 |
| 19-Oct-11 | ALM | 0031 | Review and analyze Canadian court orders, HWT distribution orders, employee settlement and corresponding court endorsements. | 1.2 |
| 19-Oct-11 | RCJ | 0007 | Participate in Committee call. | 0.8 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2870509
Page 12 of 21
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 19-Oct-11 | RCJ | 0019 | Analysis of Canadian employee compensation and severance claims issues. | 2.2 |
| 19-Oct-11 | RCJ | 0019 | Multiple office conferences with FMC team regarding Canadian employee compensation and severance claims issues. | 0.7 |
| 19-Oct-11 | RCJ | 0024 | Review and comment on draft agreements for proposed sale transaction. | 1.3 |
| 19-Oct-11 | MJD | 0019 | Analyzing Canadian estate pension and benefit claims and payments, including review of employee settlement agreement and Canadian court orders. | 3.4 |
| 20-Oct-11 | MJW | 0031 | Review Canadian court material for SNMP litigation and analyze Canadian issues. | 0.5 |
| 20-Oct-11 | MJW | 0031 | Correspondence to Akin Gump and emails from Akin Gump with respect to SNMP litigation. | 0.2 |
| 20-Oct-11 | MJW | 0003 | Prepare September, 2011 fee application. | 0.4 |
| 20-Oct-11 | MJW | 0019 | Analyze Canadian debtor claims and payments to employee groups. | 1.2 |
| 20-Oct-11 | ALM | 0031 | Conferences with M. Wunder and R. Jacobs regarding Canadian estate employee benefits payments. | 0.2 |
| 20-Oct-11 | ALM | 0024 | Review draft sale agreements and analyze Canadian issues, and correspond with FMC teams. | 0.8 |
| 20-Oct-11 | ALM | 0031 | Meetings with M. Dunsmuir to discuss Canadian debtors employee benefits payments and claims. | 0.8 |
| 20-Oct-11 | ALM | 0031 | Review Canadian estate employee and pension/benefits payments due diligence, and analysis regarding claims, and related summary. | 1.2 |
| 20-Oct-11 | RCJ | 0024 | Review and comment on draft sale agreements. | 1.6 |
| 20-Oct-11 | RCJ | 0024 | E-mail correspondence with Akin Gump and FMC teams regarding comments on draft sale agreements. | 0.6 |
| 20-Oct-11 | RCJ | 0019 | Analyze employee compensation and pension claims regarding allocation issues. | 1.4 |
| 20-Oct-11 | MJD | 0019 | Analyzing pension/benefits related payments by Canadian estate, related claims, and prepare analysis summary. | 5.8 |
| 20-Oct-11 | MJD | 0019 | Meet with A. MacFarlane to discuss Canadian estate benefit payment issues. | 0.5 |
| 21-Oct-11 | MMP | 0019 | Analyze post-filing employment-related payments by Nortel Canada, and related claims issues. | 0.4 |
| 21-Oct-11 | MMP | 0019 | Reviewed Monitors' reports (Ernst & Young) and court orders regarding post-filing employment-related payments made by Nortel Canada. | 0.8 |
| 21-Oct-11 | MJW | 0029 | Review and analyze draft inter-company settlement documents. | 0.6 |
| 21-Oct-11 | MJW | 0029 | Correspondence with Akin Gump with respect to proposed | 0.2 |

FRASER MILNER CASGRAIN LLP

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc., et al.

INVOICE 2870509
Page 13 of 21
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | inter-company settlement matters. | |
| 21-Oct-11 | MJW | 0029 | Correspondence to and from Akin Gump with respect to allocation mediation issues. | 0.3 |
| 21-Oct-11 | RCJ | 0029 | E-mail correspondence with Akin Gump regarding mediation. | 0.1 |
| 21-Oct-11 | RCJ | 0029 | Telephone call with Goodmans regarding mediation. | 0.1 |
| 21-Oct-11 | RCJ | 0019 | Analyze employee compensation and pension claims regarding allocation. | 2.3 |
| 21-Oct-11 | RCJ | 0029 | Consider allocation strategies and next steps. | 2.3 |
| 21-Oct-11 | RCJ | 0012 | Review cross-border claims data. | 1.3 |
| 24-Oct-11 | MMP | 0019 | Telephone call with Goodmans regarding employment-related payments made by Nortel Canada post-filing. | 0.2 |
| 24-Oct-11 | MMP | 0019 | Analyze summary of severance/termination pay payments made by Nortel Canada post-filing. | 0.8 |
| 24-Oct-11 | MMP | 0019 | Reviewed Monitor's reports to incentive payments paid by Nortel Canada post-filing to employees. | 0.8 |
| 24-Oct-11 | MMP | 0019 | Confer with M. Dunsmuir to analyze employment-related payments made by Nortel Canada post-filing, and prepare analysis summary. | 1.4 |
| 24-Oct-11 | MJW | 0031 | Review correspondence from Nortel's Canadian counsel with respect to Canadian court schedule. | 0.1 |
| 24-Oct-11 | MJW | 0031 | Correspondence with Akin Gump with respect to U.S. and Canadian hearing schedule. | 0.3 |
| 24-Oct-11 | MJW | 0031 | Review and analyze draft Canadian court order for SNMP litigation. | 0.5 |
| 24-Oct-11 | MJW | 0031 | Review SNMP material in connection with analysis regarding proposed Canadian court order. | 0.3 |
| 24-Oct-11 | MJW | 0031 | Correspondence with Akin Gump and FMC with respect to SNMP litigation and court hearing schedule. | 0.2 |
| 24-Oct-11 | MJW | 0031 | Receive correspondence from Canadian counsel to Nortel U.S. with respect to Chartis litigation and outstanding issues. | 0.2 |
| 24-Oct-11 | MJW | 0003 | Prepare September, 2011 fee account. | 0.9 |
| 24-Oct-11 | ALM | 0031 | Correspondence with R. Jacobs and M. Wunder regarding draft Canadian court order for SNMP motion. | 0.2 |
| 24-Oct-11 | ALM | 0031 | Confer with FMC team regarding Chartis policy D&O litigation issues. | 0.2 |
| 24-Oct-11 | ALM | 0031 | Review motion material for SNMP litigation. | 0.5 |
| 24-Oct-11 | ALM | 0031 | Telephone call with NNI's Canadian counsel regarding upcoming Canadian hearings. | 0.1 |
| 24-Oct-11 | ALM | 0029 | Call with Committee advisors regarding allocation issues. | 0.7 |
| 24-Oct-11 | ALM | 0031 | Review and analyze draft Canadian court orders. | 0.4 |
| 24-Oct-11 | ALM | 0031 | Telephone call with Nortel's Canadian counsel (re: Chartis litigation). | 0.2 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2870509
Page 14 of 21
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|----|----|---------------------|-------|
| 24-Oct-11 | RCJ | 0008 | E-mail correspondence with Akin Gump team regarding joint hearing dates. | 0.2 |
| 24-Oct-11 | RCJ | 0016 | Review and comment on SNMP draft consent orders. | 0.7 |
| 24-Oct-11 | RCJ | 0016 | E-mail correspondence with Akin and FMC teams regarding SNMP litigation. | 0.3 |
| 24-Oct-11 | RCJ | 0029 | Review e-mail memo from Capstone regarding UK Pension and allocation issues. | 0.2 |
| 24-Oct-11 | RCJ | 0012 | Analysis of bond claims issues. | 1.3 |
| 24-Oct-11 | MJD | 0019 | Review and analyze data and documents regarding pension and benefit payments by Nortel Canadian debtors and related claim issues. | 1.2 |
| 25-Oct-11 | NAL | 0019 | Confer with Mary Picard regarding Canadian debtor employee costs and payments. | 0.3 |
| 25-Oct-11 | MMP | 0019 | Call with Goodmans (counsel to Monitor) to obtain information regarding employee-related payments made by Nortel Canada post-filing, and related analysis. | 0.3 |
| 25-Oct-11 | MMP | 0019 | Office conferences with M. Dunsmuir regarding employee-related payments made by Nortel Canada post-filing, and related analysis. | 0.8 |
| 25-Oct-11 | MMP | 0019 | Analyze pensioners' claims with respect to two registered pension plans of Nortel Canada. | 0.6 |
| 25-Oct-11 | MMP | 0019 | Correspondence with FMC team regarding due diligence call with Goodmans relating to employment-related payments made by Nortel Canada post-filing. | 0.3 |
| 25-Oct-11 | MMP | 0031 | Reviewed Monitor's reports and Canadian Court orders and due diligence analysis regarding Canadian debtor payments to employees and pensioners, and related allocation issues. | 2.1 |
| 25-Oct-11 | RSK | 0031 | Review of draft form of SNMP Canadian consent order. | 0.1 |
| 25-Oct-11 | MJW | 0031 | Correspondence with Akin Gump and FMC with respect to SNMP litigation and proposed form of Canadian court order. | 0.4 |
| 25-Oct-11 | MJW | 0031 | Review revised draft form of Canadian court order for SNMP litigation. | 0.3 |
| 25-Oct-11 | MJW | 0031 | Correspondence with Canadian counsel for Nortel U.S. with respect to Chartis litigation and negotiations with respect to joint hearing. | 0.3 |
| 25-Oct-11 | MJW | 0031 | Correspondence with Akin Gump and Cleary with respect to Chartis litigation. | 0.2 |
| 25-Oct-11 | RCJ | 0012 | E-mail correspondence with Akin Gump and Cleary regarding Bell Micro settlement and cross-border issues. | 0.3 |
| 25-Oct-11 | RCJ | 0017 | Review Cleary correspondence regarding Chartis dispute. | 0.2 |
| 25-Oct-11 | RCJ | 0017 | E-mail correspondence with Torys and Akin Gump regarding Chartis dispute. | 0.3 |
| 25-Oct-11 | RCJ | 0017 | Telephone conference with Akin Gump regarding Chartis | 0.3 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2870509
Page 15 of 21
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | dispute. | |
| 25-Oct-11 | RCJ | 0019 | Analysis of employee claims issues regarding allocation. | 1.9 |
| 25-Oct-11 | RCJ | 0016 | Review proposed SNMP lift stay consent order. | 0.3 |
| 25-Oct-11 | RCJ | 0016 | E-mail correspondence with Akin Gump team regarding SNMP consent order | 0.4 |
| 25-Oct-11 | MJD | 0019 | Analyze benefits/pension related payments by Nortel Canada in connection with allocation analysis. | 1.3 |
| 26-Oct-11 | MJW | 0031 | Receive update from J. Dietrich with respect to attendance at Canadian court hearing. | 0.1 |
| 26-Oct-11 | MJW | 0031 | Correspondence with Akin Gump with respect to Canadian court hearing regarding Chartis litigation. | 0.2 |
| 26-Oct-11 | JOD | 0008 | Attend at Canadian Court scheduling conference regarding SNMP litigation. | 1.6 |
| 27-Oct-11 | MMP | 0019 | Review correspondence from Goodmans regarding Canadian debtor payments to employees. | 0.2 |
| 27-Oct-11 | MMP | 0019 | Meet with M. Dunsmuir regarding Canadian debtor claims due diligence analysis and revising summary regarding same. | 0.9 |
| 27-Oct-11 | RSK | 0031 | Review of endorsement regarding SNMP consent order. | 0.1 |
| 27-Oct-11 | RSK | 0031 | Review of email regarding Canadian court attendance for Chartis litigation matter. | 0.1 |
| 27-Oct-11 | MJW | 0017 | Calls and correspondence with Canadian counsel for Nortel U.S. relating to Chartis litigation. | 0.4 |
| 27-Oct-11 | MJW | 0017 | Review draft Canadian court order with respect to Chartis litigation and analyze Canadian issues. | 0.3 |
| 27-Oct-11 | MJW | 0031 | Review motion material in preparation for attendance at Canadian court hearing for Chartis motion. | 0.6 |
| 27-Oct-11 | MJW | 0031 | Report to Akin Gump with respect to status of Canadian matters relating to Chartis litigation. | 0.2 |
| 27-Oct-11 | MJW | 0031 | Review correspondence from Canadian counsel for Nortel with respect to Chartis court hearing. | 0.1 |
| 27-Oct-11 | MJW | 0029 | Analyze estate recovery issues and correspondence with Committee advisors regarding same. | 1.8 |
| 27-Oct-11 | MJW | 0012 | Attend on call with Akin Gump and Cleary with respect to resolution of claim issues. | 0.3 |
| 27-Oct-11 | MJW | 0031 | Review issued Canadian court order with respect to SNMP litigation. | 0.1 |
| 27-Oct-11 | RCJ | 0019 | Analysis of Canadian estate employee benefits and claims issues regarding allocation issues. | 2.3 |
| 27-Oct-11 | RCJ | 0002 | Telephone conferences with bondholders regarding case status and mediation. | 0.5 |
| 27-Oct-11 | RCJ | 0017 | Review consent order regarding SNMP lift stay. | 0.2 |
| 27-Oct-11 | RCJ | 0017 | E-mail correspondence with Akin Gump team regarding SNMP | 0.2 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2870509
Page 16 of 21
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | lift stay consent order. | |
| 27-Oct-11 | RCJ | 0012 | Review e-mail correspondence from Cleary regarding settlement of Bell Micro claim. | 0.2 |
| 27-Oct-11 | RCJ | 0012 | Participate in conference call with Cleary and Akin Gump teams regarding settlement of Bell Micro claim. | 0.2 |
| 27-Oct-11 | RCJ | 0017 | Review draft court order regarding Chartis D&O policy litigation. | 0.3 |
| 27-Oct-11 | RCJ | 0017 | E-mail correspondence with S. Bomhof (Torys) and FMC team regarding Chartis litigation. | 0.3 |
| 27-Oct-11 | RCJ | 0029 | Review allocation analysis and comment on same. | 2.4 |
| 27-Oct-11 | MJD | 0019 | Analyze and prepare summary of pension related payments paid by Canadian debtors post-filing. | 0.6 |
| 28-Oct-11 | MJW | 0025 | Travel to and from Canadian court hearing. | 0.5 |
| 28-Oct-11 | MJW | 0008 | Attend to Canadian court hearing for chambers conference with respect to Chartis litigation scheduling and joint hearing issues. | 0.3 |
| 28-Oct-11 | MJW | 0031 | Report to Akin Gump with respect to Canadian court hearing. | 0.1 |
| 28-Oct-11 | MJW | 0029 | Call to allocation mediator's counsel and correspond with Akin Gump regarding mediation issues. | 0.3 |
| 28-Oct-11 | MJW | 0031 | Correspondence with FMC team with respect to analysis of payments by Nortel Canada for Canadian employee groups. | 0.8 |
| 28-Oct-11 | RCJ | 0031 | Office conference with M. Wunder regarding Canadian court hearing and next steps. | 0.2 |
| 28-Oct-11 | MJD | 0019 | Analyzing post filing pension and employee benefit payments by Canadian debtors. | 0.2 |
| 31-Oct-11 | MJW | 0029 | Review cross-border recovery analysis, and analyze allocation strategies and Canadian issues. | 0.8 |
| 31-Oct-11 | MJW | 0029 | Review draft inter-company settlement agreement. | 0.7 |
| 31-Oct-11 | RCJ | 0029 | Review allocation analysis. | 1.7 |
| 31-Oct-11 | RCJ | 0012 | Analysis of bond claim issues. | 0.8 |
| 31-Oct-11 | RCJ | 0029 | Review and comment on 4th estate settlement agreement. | 1.1 |
| 31-Oct-11 | MJD | 0019 | Analyzing Canadian debtor payments to employees and former employees. | 0.4 |
| | | | **Total** | **242.0** |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2870509
Page 17 of 21
Matter # 538462-000001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|-----------|-------------------------------|-------|------|-------------|
| Alex L. MacFarlane | Partner | Financial Restructuring | Ontario - 1988 | 39.2 | $800.00 | $ 31,360.00 |
| Anneli LeGault | Partner | Employment/Labour | Ontario - 1982 | 11.8 | $775.00 | $ 9,145.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 1.6 | $550.00 | $ 880.00 |
| Mark Dunsmuir | Associate | Pensions/Benefits | Ontario - 2006 | 16.6 | $450.00 | $ 7,470.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 25.6 | $775.00 | $ 19,840.00 |
| Matthew Peters | Partner | Taxation | Ontario - 2002 | 8.5 | $600.00 | $ 5,100.00 |
| Michael Beairsto | Partner | Information Technology/ Intellectual Property | Ontario - 1989 | 2.7 | $625.00 | $ 1,687.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 64.3 | $775.00 | $ 49,832.50 |
| Neil Bass | Partner | Taxation | Ontario - 1990 | 1.8 | $800.00 | $ 1,440.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 67.2 | $675.00 | $ 45,360.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 2.7 | $850.00 | $ 2,295.00 |
| TOTAL | | | | 242.0 | CDN. | $ 174,410.00 |
| | Less: Non-Working Travel Time Discount (50% of $1,162.50) | | | | | (581.25) |
| TOTAL | | | | 242.0 | CDN. | $173,828.75 |

**TOTAL PROFESSIONAL FEES**                                  $  174,410.00
Less: Non-Working Travel Time Discount (50% $1,162.50)              (581.25)
**NET PROFESSIONAL FEES**                                     $  173,828.75

**NON-TAXABLE DISBURSEMENTS**
    Accommodations                                    $   1,488.75
    Binding Books / Documents                              85.20
    Ground Transportation (Taxi Charges/Courier)           19.47
    Long Distance Telephone Calls                          18.17
    Photocopy & Printing Charges                          824.40
**TOTAL NON-TAXABLE DISBURSEMENTS**                           $   2,435.99

**TOTAL DISBURSEMENTS**                                           2,435.99

**TOTAL AMOUNT DUE**                                         $  176,264.74

MONTREAL     OTTAWA     TORONTO     EDMONTON     CALGARY     VANCOUVER          fmc-law.com

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2870509
Page 18 of 21
Matter # 538462-000001

**TIME SUMMARY BY TASK CODE:**

| Code | Task Description | Hours | Fees |
|------|------------------|-------|------|
| 0002 | General Case Administration | 0.5 | 337.50 |
| 0003 | FMC Fee Application/Monthly Billing Reports | 5.1 | 3,952.50 |
| 0007 | Creditors Committee Meetings | 8.8 | 6,467.50 |
| 0008 | Court Hearings | 12.3 | 9,302.50 |
| 0012 | General Claims Analysis/Claims Objections | 10.6 | 7,367.50 |
| 0014 | CCAA Order/Court-Ordered Charges/Canadian Analysis | 0.8 | 540.00 |
| 0016 | Lift Stay Litigation | 1.7 | 1,147.50 |
| 0017 | General Adversary Proceedings | 6.9 | 4,945.00 |
| 0018 | Tax Issues | 5.7 | 3,455.00 |
| 0019 | Labor Issues/Employee Benefits | 46.1 | 29,267.50 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 12.4 | 8,730.00 |
| 0025 | Travel | 1.5 | 1,162.50 |
| 0029 | Intercompany Analysis | 42.1 | 30,275.00 |
| 0031 | Canadian Proceedings/Matters | 87.4 | 67,382.50 |
| 0032 | U.S. Proceedings/Matters | 0.1 | 77.50 |
| | **Total** | 242.0 | $174,410.00 |
| | Less: Non-Working Travel Time Discount (50% $1,162.50) | | (581.25) |
| | **Total** | 242.0 | $173,828.75 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 21-Sep-11 | Telephone;19174326957;New YorkNY;4582 | 1.00 | $   0.51 |
| 03-Oct-11 | Photocopy;MacFarlaneA | 7.00 | 0.70 |
| 03-Oct-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 1.02 |
| 03-Oct-11 | Tabs / Clear Cover / Celox | 1.00 | 5.20 |
| 03-Oct-11 | Tabs / Celox / Clear Cover | 1.00 | 6.00 |
| 03-Oct-11 | Laser Copy;DamaniA | 9.00 | 0.90 |
| 03-Oct-11 | Laser Copy;TAYLOR, Laura | 162.00 | 16.20 |
| 03-Oct-11 | Laser Copy;MacFarlaneA | 12.00 | 1.20 |
| 03-Oct-11 | Laser Copy;YING C | 381.00 | 38.10 |
| 03-Oct-11 | Laser Copy;NELSON M | 419.00 | 41.90 |
| 04-Oct-11 | Laser Copy;YING C | 99.00 | 9.90 |
| 04-Oct-11 | Tabs / Cerlox / Clear Cover | 1.00 | 9.40 |
| 04-Oct-11 | Telephone;12127929390;New YorkNY;4715 | 1.00 | 1.02 |
| 04-Oct-11 | Telephone;12128728012;New YorkNY;4715 | 1.00 | 1.53 |
| 04-Oct-11 | Laser Copy;NELSON M | 423.00 | 42.30 |
| 04-Oct-11 | Laser Copy;jacobsr | 6.00 | 0.60 |
| 04-Oct-11 | Laser Copy;TAYLOR, Laura | 451.00 | 45.10 |
| 05-Oct-11 | Laser Copy;MacFarlaneA | 7.00 | 0.70 |
| 05-Oct-11 | Laser Copy;MacFarlaneA | 111.00 | 11.10 |
| 05-Oct-11 | Laser Copy;jacobsr | 1.00 | 0.10 |
| 05-Oct-11 | Laser Copy;YING C | 201.00 | 20.10 |
| 05-Oct-11 | Laser Copy;MCDONALA | 156.00 | 15.60 |
| 05-Oct-11 | Laser Copy;YING C | 162.00 | 16.20 |
| 05-Oct-11 | Laser Copy;TAYLOR, Laura | 1,487.00 | 148.70 |
| 05-Oct-11 | Laser Copy;NELSON M | 99.00 | 9.90 |
| 05-Oct-11 | Telephone;12128728012;New YorkNY;4715 | 1.00 | 0.51 |
| 05-Oct-11 | Telephone;12128728012;New YorkNY;4715 | 1.00 | 0.51 |
| 05-Oct-11 | Tabs / Cerlox / Clear Cover | 1.00 | 39.00 |
| 05-Oct-11 | Tabs / Cerlox / Clear Cover | 1.00 | 7.00 |
| 06-Oct-11 | Telephone;12128728012;New YorkNY;4715 | 1.00 | 4.08 |
| 06-Oct-11 | Laser Copy;NELSON M | 55.00 | 5.50 |
| 06-Oct-11 | Laser Copy;jacobsr | 25.00 | 2.50 |
| 06-Oct-11 | Laser Copy;MacFarlaneA | 31.00 | 3.10 |
| 06-Oct-11 | Laser Copy;TAYLOR, Laura | 245.00 | 24.50 |
| 07-Oct-11 | Laser Copy;YING C | 124.00 | 12.40 |

FRASER MILNER CASGRAIN LLP

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc., et al.

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 07-Oct-11 | Laser Copy;MacFarlaneA | 12.00 | 1.20 |
| 07-Oct-11 | Laser Copy;TAYLOR, Laura | 272.00 | 27.20 |
| 07-Oct-11 | Laser Copy;NELSON M | 317.00 | 31.70 |
| 07-Oct-11 | Photocopy;MacFarlaneA | 1.00 | 0.10 |
| 07-Oct-11 | Tabs / Cerlox / Clear Cover | 1.00 | 4.40 |
| 07-Oct-11 | Taxi from King St. to Eglinton for M. Wunder on Oct. 5/11; 2011-10-5 | 1.00 | 19.47 |
| 10-Oct-11 | Laser Copy;jacobsr | 176.00 | 17.60 |
| 11-Oct-11 | Laser Copy;NELSON M | 54.00 | 5.40 |
| 11-Oct-11 | Tabs / Cerlox / Clear Cover | 1.00 | 5.40 |
| 11-Oct-11 | Hotel room at The Westin Paris for R. Jacobs on Sept. 20/11; 2011-9-20 | 1.00 | 632.16 |
| 11-Oct-11 | Laser Copy;Erandio, N. | 258.00 | 25.80 |
| 11-Oct-11 | Laser Copy;jacobsr | 18.00 | 1.80 |
| 11-Oct-11 | Hotel room at The Savoy in London for R. Jacobs on Sept. 19/11; 2011-9-19 | 1.00 | 856.59 |
| 12-Oct-11 | Laser Copy;TAYLOR, Laura | 460.00 | 46.00 |
| 12-Oct-11 | Laser Copy;TAYLOR, Laura | 328.00 | 32.80 |
| 12-Oct-11 | Laser Copy;NELSON M | 273.00 | 27.30 |
| 13-Oct-11 | Laser Copy;CHINJ | 81.00 | 8.10 |
| 13-Oct-11 | Laser Copy;NELSON M | 174.00 | 17.40 |
| 13-Oct-11 | Laser Copy;TAYLOR, Laura | 77.00 | 7.70 |
| 14-Oct-11 | Tabs / Cerlox / Clear Cover | 1.00 | 4.40 |
| 14-Oct-11 | Photocopy;MacFarlaneA | 1.00 | 0.10 |
| 14-Oct-11 | Laser Copy;NELSON M | 166.00 | 16.60 |
| 14-Oct-11 | Tabs / Cerlox / Clear Cover | 1.00 | 4.40 |
| 14-Oct-11 | Photocopy;MacFarlaneA | 1.00 | 0.10 |
| 17-Oct-11 | Laser Copy;NELSON M | 212.00 | 21.20 |
| 17-Oct-11 | Laser Copy;MacFarlaneA | 39.00 | 3.90 |
| 18-Oct-11 | Bell Conferencing/M Wunder/Invoice 107673983 | 1.00 | 7.46 |
| 18-Oct-11 | Laser Copy;TAYLOR, Laura | 8.00 | 0.80 |
| 18-Oct-11 | Laser Copy;MacFarlaneA | 3.00 | 0.30 |
| 19-Oct-11 | Laser Copy;TAYLOR, Laura | 2.00 | 0.20 |
| 19-Oct-11 | Laser Copy;MacFarlaneA | 129.00 | 12.90 |
| 20-Oct-11 | Laser Copy;NELSON M | 94.00 | 9.40 |
| 20-Oct-11 | Laser Copy;DUNSMUIM | 8.00 | 0.80 |
| 20-Oct-11 | Laser Copy;MacFarlaneA | 3.00 | 0.30 |

FRASER MILNER CASGRAIN LLP

INVOICE 2870509

The Official Committee of Unsecured Creditors

Page 21 of 21

Re: Nortel Networks Inc., et al.

Matter # 538462-000001

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 20-Oct-11 | Laser Copy;jacobsr | 4.00 | 0.40 |
| 21-Oct-11 | Laser Copy;MacFarlaneA | 5.00 | 0.50 |
| 21-Oct-11 | Laser Copy;MacFarlaneA | 2.00 | 0.20 |
| 21-Oct-11 | Laser Copy;jacobsr | 2.00 | 0.20 |
| 21-Oct-11 | Laser Copy;MacFarlaneA | 2.00 | 0.20 |
| 24-Oct-11 | Laser Copy;NELSON M | 8.00 | 0.80 |
| 24-Oct-11 | Laser Copy;MacFarlaneA | 7.00 | 0.70 |
| 24-Oct-11 | Laser Copy;jacobsr | 15.00 | 1.50 |
| 25-Oct-11 | Laser Copy;jacobsr | 16.00 | 1.60 |
| 25-Oct-11 | Laser Copy;NELSON M | 37.00 | 3.70 |
| 26-Oct-11 | Laser Copy;NELSON M | 11.00 | 1.10 |
| 27-Oct-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 27-Oct-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 27-Oct-11 | Laser Copy;jacobsr | 69.00 | 6.90 |
| 27-Oct-11 | Laser Copy;NELSON M | 29.00 | 2.90 |
| 27-Oct-11 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 0.51 |
| 28-Oct-11 | Laser Copy;jacobsr | 119.00 | 11.90 |
| 28-Oct-11 | Laser Copy;NELSON M | 53.00 | 5.30 |
| 31-Oct-11 | Laser Copy;jacobsr | 17.00 | 1.70 |
| 31-Oct-11 | Laser Copy;NELSON M | 8.00 | 0.80 |
| | **TOTAL NON-TAXABLE DISBURSEMENTS** | CDN. $ | **2,435.99** |