**EXHIBIT C**

## DISBURSEMENT SUMMARY
## OCTOBER 1 TO OCTOBER 31, 2011
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Accommodations | $1,488.75 |
| Binding Books / Documents | $   85.20 |
| Ground Transportation (Taxi Charges/Courier) | $   19.47 |
| Long Distance Telephone Calls | $   18.17 |
| Photocopy & Printing Charges | $  824.40 |
| Total Non-Taxable Disbursements | **$2,435.99 CDN.** |