**EXHIBIT D**

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2870509
Page 19 of 21
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 21-Sep-11 | Telephone;19174326957;New YorkNY;4582 | 1.00 | $   0.51 |
| 03-Oct-11 | Photocopy;MacFarlaneA | 7.00 | 0.70 |
| 03-Oct-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 1.02 |
| 03-Oct-11 | Tabs / Clear Cover / Celox | 1.00 | 5.20 |
| 03-Oct-11 | Tabs / Celox  / Clear Cover | 1.00 | 6.00 |
| 03-Oct-11 | Laser Copy;DamaniA | 9.00 | 0.90 |
| 03-Oct-11 | Laser Copy;TAYLOR, Laura | 162.00 | 16.20 |
| 03-Oct-11 | Laser Copy;MacFarlaneA | 12.00 | 1.20 |
| 03-Oct-11 | Laser Copy;YING C | 381.00 | 38.10 |
| 03-Oct-11 | Laser Copy;NELSON M | 419.00 | 41.90 |
| 04-Oct-11 | Laser Copy;YING C | 99.00 | 9.90 |
| 04-Oct-11 | Tabs / Cerlox / Clear Cover | 1.00 | 9.40 |
| 04-Oct-11 | Telephone;12127929390;New YorkNY;4715 | 1.00 | 1.02 |
| 04-Oct-11 | Telephone;12128728012;New YorkNY;4715 | 1.00 | 1.53 |
| 04-Oct-11 | Laser Copy;NELSON M | 423.00 | 42.30 |
| 04-Oct-11 | Laser Copy;jacobsr | 6.00 | 0.60 |
| 04-Oct-11 | Laser Copy;TAYLOR, Laura | 451.00 | 45.10 |
| 05-Oct-11 | Laser Copy;MacFarlaneA | 7.00 | 0.70 |
| 05-Oct-11 | Laser Copy;MacFarlaneA | 111.00 | 11.10 |
| 05-Oct-11 | Laser Copy;jacobsr | 1.00 | 0.10 |
| 05-Oct-11 | Laser Copy;YING C | 201.00 | 20.10 |
| 05-Oct-11 | Laser Copy;MCDONALA | 156.00 | 15.60 |
| 05-Oct-11 | Laser Copy;YING C | 162.00 | 16.20 |
| 05-Oct-11 | Laser Copy;TAYLOR, Laura | 1,487.00 | 148.70 |
| 05-Oct-11 | Laser Copy;NELSON M | 99.00 | 9.90 |
| 05-Oct-11 | Telephone;12128728012;New YorkNY;4715 | 1.00 | 0.51 |
| 05-Oct-11 | Telephone;12128728012;New YorkNY;4715 | 1.00 | 0.51 |
| 05-Oct-11 | Tabs / Cerlox / Clear Cover | 1.00 | 39.00 |
| 05-Oct-11 | Tabs / Cerlox / Clear Cover | 1.00 | 7.00 |
| 06-Oct-11 | Telephone;12128728012;New YorkNY;4715 | 1.00 | 4.08 |
| 06-Oct-11 | Laser Copy;NELSON M | 55.00 | 5.50 |
| 06-Oct-11 | Laser Copy;jacobsr | 25.00 | 2.50 |
| 06-Oct-11 | Laser Copy;MacFarlaneA | 31.00 | 3.10 |
| 06-Oct-11 | Laser Copy;TAYLOR, Laura | 245.00 | 24.50 |
| 07-Oct-11 | Laser Copy;YING C | 124.00 | 12.40 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2870509  
Page 20 of 21  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 07-Oct-11 | Laser Copy;MacFarlaneA | 12.00 | 1.20 |
| 07-Oct-11 | Laser Copy;TAYLOR, Laura | 272.00 | 27.20 |
| 07-Oct-11 | Laser Copy;NELSON M | 317.00 | 31.70 |
| 07-Oct-11 | Photocopy;MacFarlaneA | 1.00 | 0.10 |
| 07-Oct-11 | Tabs / Cerlox / Clear Cover | 1.00 | 4.40 |
| 07-Oct-11 | Taxi from King St. to Eglinton for M. Wunder on Oct. 5/11; 2011-10-5 | 1.00 | 19.47 |
| 10-Oct-11 | Laser Copy;jacobsr | 176.00 | 17.60 |
| 11-Oct-11 | Laser Copy;NELSON M | 54.00 | 5.40 |
| 11-Oct-11 | Tabs / Cerlox / Clear Cover | 1.00 | 5.40 |
| 11-Oct-11 | Hotel room at The Westin Paris for R. Jacobs on Sept. 20/11; 2011-9-20 | 1.00 | 632.16 |
| 11-Oct-11 | Laser Copy;Erandio, N. | 258.00 | 25.80 |
| 11-Oct-11 | Laser Copy;jacobsr | 18.00 | 1.80 |
| 11-Oct-11 | Hotel room at The Savoy in London for R. Jacobs on Sept. 19/11; 2011-9-19 | 1.00 | 856.59 |
| 12-Oct-11 | Laser Copy;TAYLOR, Laura | 460.00 | 46.00 |
| 12-Oct-11 | Laser Copy;TAYLOR, Laura | 328.00 | 32.80 |
| 12-Oct-11 | Laser Copy;NELSON M | 273.00 | 27.30 |
| 13-Oct-11 | Laser Copy;CHINJ | 81.00 | 8.10 |
| 13-Oct-11 | Laser Copy;NELSON M | 174.00 | 17.40 |
| 13-Oct-11 | Laser Copy;TAYLOR, Laura | 77.00 | 7.70 |
| 14-Oct-11 | Tabs / Cerlox / Clear Cover | 1.00 | 4.40 |
| 14-Oct-11 | Photocopy;MacFarlaneA | 1.00 | 0.10 |
| 14-Oct-11 | Laser Copy;NELSON M | 166.00 | 16.60 |
| 14-Oct-11 | Tabs / Cerlox / Clear Cover | 1.00 | 4.40 |
| 14-Oct-11 | Photocopy;MacFarlaneA | 1.00 | 0.10 |
| 17-Oct-11 | Laser Copy;NELSON M | 212.00 | 21.20 |
| 17-Oct-11 | Laser Copy;MacFarlaneA | 39.00 | 3.90 |
| 18-Oct-11 | Bell Conferencing/M Wunder/Invoice 107673983 | 1.00 | 7.46 |
| 18-Oct-11 | Laser Copy;TAYLOR, Laura | 8.00 | 0.80 |
| 18-Oct-11 | Laser Copy;MacFarlaneA | 3.00 | 0.30 |
| 19-Oct-11 | Laser Copy;TAYLOR, Laura | 2.00 | 0.20 |
| 19-Oct-11 | Laser Copy;MacFarlaneA | 129.00 | 12.90 |
| 20-Oct-11 | Laser Copy;NELSON M | 94.00 | 9.40 |
| 20-Oct-11 | Laser Copy;DUNSMUIM | 8.00 | 0.80 |
| 20-Oct-11 | Laser Copy;MacFarlaneA | 3.00 | 0.30 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2870509
Page 21 of 21
Matter # 538462-000001

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 20-Oct-11 | Laser Copy;jacobsr | 4.00 | 0.40 |
| 21-Oct-11 | Laser Copy;MacFarlaneA | 5.00 | 0.50 |
| 21-Oct-11 | Laser Copy;MacFarlaneA | 2.00 | 0.20 |
| 21-Oct-11 | Laser Copy;jacobsr | 2.00 | 0.20 |
| 21-Oct-11 | Laser Copy;MacFarlaneA | 2.00 | 0.20 |
| 24-Oct-11 | Laser Copy;NELSON M | 8.00 | 0.80 |
| 24-Oct-11 | Laser Copy;MacFarlaneA | 7.00 | 0.70 |
| 24-Oct-11 | Laser Copy;jacobsr | 15.00 | 1.50 |
| 25-Oct-11 | Laser Copy;jacobsr | 16.00 | 1.60 |
| 25-Oct-11 | Laser Copy;NELSON M | 37.00 | 3.70 |
| 26-Oct-11 | Laser Copy;NELSON M | 11.00 | 1.10 |
| 27-Oct-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 27-Oct-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 27-Oct-11 | Laser Copy;jacobsr | 69.00 | 6.90 |
| 27-Oct-11 | Laser Copy;NELSON M | 29.00 | 2.90 |
| 27-Oct-11 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 0.51 |
| 28-Oct-11 | Laser Copy;jacobsr | 119.00 | 11.90 |
| 28-Oct-11 | Laser Copy;NELSON M | 53.00 | 5.30 |
| 31-Oct-11 | Laser Copy;jacobsr | 17.00 | 1.70 |
| 31-Oct-11 | Laser Copy;NELSON M | 8.00 | 0.80 |
|  | **TOTAL NON-TAXABLE DISBURSEMENTS** | CDN. | $ 2,435.99 |