**EXHIBIT E**

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Alex L. MacFarlane | Partner | Financial Restructuring | Ontario - 1988 | 39.2 | $800.00 | $31,360.00 |
| Anneli LeGault | Partner | Employment/Labour | Ontario - 1982 | 11.8 | $775.00 | $9,145.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 1.6 | $550.00 | $880.00 |
| Mark Dunsmuir | Associate | Pensions/Benefits | Ontario - 2006 | 16.6 | $450.00 | $7,470.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 25.6 | $775.00 | $19,840.00 |
| Matthew Peters | Partner | Taxation | Ontario - 2002 | 8.5 | $600.00 | $5,100.00 |
| Michael Beairsto | Partner | Information Technology/ Intellectual Property | Ontario - 1989 | 2.7 | $625.00 | $1,687.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 64.3 | $775.00 | $49,832.50 |
| Neil Bass | Partner | Taxation | Ontario - 1990 | 1.8 | $800.00 | $1,440.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 67.2 | $675.00 | $45,360.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 2.7 | $850.00 | $2,295.00 |
| TOTAL | | | | 242.0 | CDN. | $174,410.00 |
| | Less: Non-Working Travel Time Discount (50% of $1,162.50) | | | | | -$581.25 |
| TOTAL | | | | 242.0 | CDN. | $173,828.75 |

10490331_1|TorDocs