## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 10/1/2011 through 10/31/2011**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $760 | 34.10 | $25,916.00 |
| J. Borow | Executive Director | $760 | 91.90 | $69,844.00 |
| J. Hyland | Executive Director | $595 | 170.90 | $101,685.50 |
| A. Cowie | Managing Director | $545 | 98.10 | $53,464.50 |
| D. Rothberg | Director | $415 | 9.10 | $3,776.50 |
| T. Morilla | Consultant | $310 | 159.90 | $49,569.00 |
| M. Haverkamp | Paraprofessional | $120 | 4.00 | $480.00 |
| **For the Period 10/1/2011 through 10/31/2011** | | | **568.00** | **$304,735.50** |