## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 10/1/2011 through 10/31/2011**

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 107.20 | $62,318.50 |
| 05. Professional Retention/Fee Application Preparation | 11.30 | $3,655.00 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | 5.40 | $3,807.00 |
| 08. Interaction/Mtgs w Creditors | 46.70 | $32,965.00 |
| 09. Employee Issues/KEIP | 24.60 | $14,266.00 |
| 10. Recovery/SubCon/Lien Analysis | 113.90 | $60,669.00 |
| 11. Claim Analysis/Accounting | 32.40 | $20,968.00 |
| 13. Intercompany Transactions/Bal | 13.50 | $8,379.00 |
| 14. Executory Contracts/Leases | 0.80 | $608.00 |
| 17. Analysis of Historical Results | 28.10 | $15,319.50 |
| 18. Operating and Other Reports | 55.90 | $26,309.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 101.30 | $39,274.00 |
| 20. Projections/Business Plan/Other | 9.20 | $4,626.50 |
| 26. Tax Issues | 8.80 | $5,846.50 |
| 33. Intellectual Property | 8.90 | $5,724.50 |
| **For the Period 10/1/2011 through 10/31/2011** | **568.00** | **$304,735.50** |