# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 10/1/2011 through 10/31/2011**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Asset Acquisition/Disposition** | | | |
| 10/3/2011 | C. Kearns | 1.80 | Reviewed allocation related analysis. |
| 10/5/2011 | C. Kearns | 0.40 | Reviewed draft analysis for counsel re: latest position by a creditor. |
| 10/5/2011 | J. Hyland | 0.80 | Continued reviewing proceeds allocation analyses. |
| 10/5/2011 | J. Hyland | 2.90 | Reviewed proceeds allocation analyses. |
| 10/5/2011 | J. Borow | 2.90 | Reviewed issues relating to recovery scenarios. |
| 10/6/2011 | C. Kearns | 0.70 | Reviewed additional proceeds allocation analysis for counsel. |
| 10/6/2011 | J. Hyland | 1.10 | Reviewed GSM closing statement and related follow-up. |
| 10/6/2011 | C. Kearns | 2.80 | Prepared for and met with Ray, Chilmark and CGSH to debrief on EMEA meetings. |
| 10/7/2011 | C. Kearns | 0.30 | Reviewed status of EMEA related analysis. |
| 10/7/2011 | C. Kearns | 1.00 | Reviewed proceeds allocation analysis for a method. |
| 10/10/2011 | C. Kearns | 0.20 | Reviewed status of sale of a Nortel asset. |
| 10/10/2011 | C. Kearns | 0.50 | Reviewed status of wind down activities. |
| 10/11/2011 | T. Morilla | 0.90 | Reviewed terms of the GDNT divestiture. |
| 10/12/2011 | C. Kearns | 0.20 | Emailed with counsel and PWC re: status of UK pension discussion. |
| 10/14/2011 | J. Hyland | 2.40 | Reviewed status of real estate monetization. |
| 10/16/2011 | C. Kearns | 0.20 | Reviewed status of UK pension discussion. |
| 10/17/2011 | C. Kearns | 0.70 | Participated in call with counsel re: allocation position. |
| 10/17/2011 | J. Hyland | 2.90 | Reviewed prior mediation statements. |
| 10/18/2011 | T. Morilla | 1.90 | Reviewed certain black box allocation concepts. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/18/2011 | T. Morilla | 1.90 | Continued to review certain asset allocation concepts. |
| 10/18/2011 | J. Hyland | 2.90 | Analyzed claimant's position on impact of proceeds allocation. |
| 10/19/2011 | C. Kearns | 0.50 | Corresponded with counsel and PWC re: ongoing discussion with a creditor. |
| 10/19/2011 | J. Hyland | 1.00 | Reviewed disputed items list. |
| 10/19/2011 | J. Borow | 2.60 | Reviewed issues pertaining to the monetization of IPA and a Nortel asset. |
| 10/20/2011 | C. Kearns | 0.50 | Analyzed status of allocation models with FTI and Chilmark. |
| 10/20/2011 | T. Morilla | 0.90 | Reviewed current escrow accounts. |
| 10/20/2011 | D. Rothberg | 1.00 | Reviewed updated claims and assets analyses. |
| 10/20/2011 | J. Borow | 1.20 | Reviewed issues pertaining to the monetization of IPA and a Nortel asset. |
| 10/20/2011 | T. Morilla | 1.20 | Continued to edit preliminary issues list. |
| 10/20/2011 | T. Morilla | 1.70 | Reviewed preliminary assets list as prepared by Chilmark. |
| 10/20/2011 | D. Rothberg | 2.00 | Participated in a call with FTI and the Debtor regarding allocation methodologies and assets in each estate. |
| 10/21/2011 | C. Kearns | 0.50 | Reviewed allocation and claims by a creditor. |
| 10/21/2011 | T. Morilla | 0.80 | Continued to review current escrow accounts. |
| 10/21/2011 | J. Borow | 1.50 | Reviewed issues pertaining to the monetization of IPA and a Nortel asset. |
| 10/21/2011 | J. Hyland | 2.40 | Continued reviewing proceeds allocation methodologies. |
| 10/21/2011 | J. Hyland | 2.50 | Continued reviewing proceeds allocation methodologies. |
| 10/21/2011 | J. Hyland | 2.70 | Reviewed proceeds allocation methodologies. |
| 10/24/2011 | C. Kearns | 0.20 | Reviewed status of sale of a Nortel asset. |
| 10/24/2011 | J. Hyland | 0.90 | Reviewed information re: an asset for sale. |
| 10/24/2011 | C. Kearns | 1.50 | Participated in call with PWC re: Claims and related follow-up memo for counsel. |
| 10/24/2011 | J. Hyland | 2.80 | Reviewed proceeds allocation analysis. |
| 10/25/2011 | C. Kearns | 0.30 | Emailed with counsel re: allocation related issues. |

**Capstone Advisory Group, LLC**
**Invoice for the 10/1/2011-10/31/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/25/2011 | J. Hyland | 0.70 | Participated on call with G. Riechert, J. Ray, M. Sandberg, L. Schweitzer, J. Croft, and others re: asset for sale. |
| 10/26/2011 | C. Kearns | 0.60 | Analyzed proceeds allocations. |
| 10/26/2011 | T. Morilla | 2.50 | Continued to review certain allocation concepts and related backup. |
| 10/26/2011 | J. Hyland | 2.50 | Continued reviewing available information related to an allocation methodology. |
| 10/26/2011 | J. Hyland | 2.80 | Reviewed mediation statements. |
| 10/26/2011 | J. Hyland | 2.80 | Reviewed available information related to an allocation methodology. |
| 10/26/2011 | T. Morilla | 2.90 | Began reviewing certain allocation concepts and related backup. |
| 10/27/2011 | J. Hyland | 1.00 | Continued analyzing a proceeds allocation methodology. |
| 10/27/2011 | C. Kearns | 1.80 | Discussed a proceeds allocation methodology related issues with counsel and related follow up. |
| 10/27/2011 | T. Morilla | 2.50 | Continued to review certain allocation concepts and related backup. |
| 10/27/2011 | J. Hyland | 2.90 | Continued analyzing proceeds allocation methodology. |
| 10/27/2011 | J. Hyland | 2.90 | Continued analyzing a proceeds allocation methodology. |
| 10/27/2011 | J. Hyland | 2.90 | Analyzed a proceeds allocation methodology. |
| 10/28/2011 | J. Hyland | 0.20 | Conducted call with B. Kahn re: updated proceeds allocation methodology. |
| 10/28/2011 | C. Kearns | 0.70 | Participated in calls with counsel on various allocation issues and related follow-up. |
| 10/28/2011 | J. Hyland | 2.60 | Continued analyzing updated proceeds allocation methodology. |
| 10/28/2011 | J. Hyland | 2.80 | Analyzed updated proceeds allocation methodology. |
| 10/28/2011 | J. Hyland | 2.90 | Revised proceeds issues summary. |
| 10/29/2011 | J. Hyland | 2.80 | Finalized proceeds issues summary and sent to counsel. |
| 10/31/2011 | J. Hyland | 0.10 | Conducted call with B. Kahn re: proceeds allocation list. |
| 10/31/2011 | C. Kearns | 0.50 | Reviewed Chilmark model assumptions. |
| 10/31/2011 | J. Hyland | 1.20 | Replied to counsel's comments on proceeds issues summary. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/31/2011 | J. Hyland | 1.50 | Revised proceeds issues summary and emailed to UCC professionals. |
| 10/31/2011 | J. Hyland | 2.20 | Analyzed proceeds allocations. |
| 10/31/2011 | J. Hyland | 2.80 | Reviewed proceeds allocations methodologies. |
| Subtotal | | 107.20 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/6/2011 | J. Hyland | 0.80 | Reviewed fee application. |
| 10/6/2011 | M. Haverkamp | 1.80 | Revised August 2011 fee application. |
| 10/14/2011 | J. Hyland | 0.50 | Reviewed revised fee application and sent to counsel. |
| 10/19/2011 | M. Haverkamp | 2.20 | Edited September 2011 fee application. |
| 10/21/2011 | J. Hyland | 0.40 | Reviewed fee application. |
| 10/28/2011 | T. Morilla | 1.50 | Prepared the September fee app. |
| 10/28/2011 | T. Morilla | 2.60 | Continued to prepare the September fee application. |
| 10/31/2011 | J. Hyland | 1.50 | Reviewed fee application. |
| Subtotal | | 11.30 | |

**07. Interaction/Mtgs w Dbtrs/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/4/2011 | J. Hyland | 1.10 | Participated in Corporate Group call with case professionals. |
| 10/6/2011 | J. Borow | 2.50 | Prepared for and met with Debtor and counsel to Debtor re: case issues. |
| 10/7/2011 | J. Hyland | 0.40 | Conducted call with M. Kennedy re: US tax review and liquidation of an entity. |
| 10/17/2011 | J. Hyland | 0.30 | Conducted call with D. McKenna re: real estate and supplier negotiations. |
| 10/17/2011 | J. Borow | 1.10 | Prepared for meeting with TPR. |
| Subtotal | | 5.40 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/3/2011 | J. Hyland | 0.60 | Conducted calls with B. Kahn re: proceeds allocation, claim analyses, and UCC reports. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/4/2011 | J. Hyland | 0.30 | Conducted call with M. Sandberg re: compensation, proceeds allocations, and 2012 budgets. |
| 10/4/2011 | J. Hyland | 0.80 | Participated in pre-UCC call with UCC professionals. |
| 10/4/2011 | C. Kearns | 1.30 | Participated in weekly status call with UCC professionals (0.8) and related follow up (0.3). |
| 10/4/2011 | C. Kearns | 1.40 | Met with private side member of Ad Hoc Committee and counsel. |
| 10/5/2011 | J. Hyland | 0.70 | Participated in UCC call with UCC professionals. |
| 10/5/2011 | J. Hyland | 1.00 | Participated in call with A. Pisa, M. Spragg, and counsel re: case matters. |
| 10/5/2011 | C. Kearns | 1.00 | Participated in a call with ad hocs. |
| 10/5/2011 | C. Kearns | 1.30 | Participated in weekly UCC call (0.7) and related follow up (0.6). |
| 10/5/2011 | J. Borow | 1.80 | Prepared for and met with ad hoc bondholders re: status of matter. |
| 10/5/2011 | J. Hyland | 2.40 | Prepared for UCC call. |
| 10/5/2011 | J. Borow | 2.40 | Prepared for (1.7) and attended meeting (0.7) with UCC and advisors to UCC. |
| 10/7/2011 | C. Kearns | 0.40 | Emailed with counsel re: EMEA meeting follow-up. |
| 10/7/2011 | C. Kearns | 0.70 | Participated in call with counsel and private side member of ad hoc committee. |
| 10/11/2011 | J. Hyland | 0.50 | Participated on pre-UCC call with UCC professionals. |
| 10/11/2011 | C. Kearns | 1.00 | Prepared for (0.5) and participated in (0.5) weekly call status with UCC professionals and follow up. |
| 10/12/2011 | J. Hyland | 0.50 | Participated on UCC call with UCC professionals. |
| 10/12/2011 | C. Kearns | 0.50 | Participated in weekly UCC call and related preparation. |
| 10/12/2011 | A. Cowie | 1.70 | Reviewed and analyzed agenda items for UCC meeting. |
| 10/12/2011 | J. Borow | 2.20 | Prepared for (1.7) and participated in (0.5) meeting with UCC and advisors. |
| 10/12/2011 | J. Hyland | 2.80 | Prepared for UCC call. |
| 10/13/2011 | C. Kearns | 0.80 | Participated in call with ad hocs and counsel re: UK meeting and next steps and related follow up. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/17/2011 | J. Borow | 1.90 | Held discussions with various creditors and other parties in interest re: status of matter. |
| 10/19/2011 | C. Kearns | 0.70 | Participated on weekly UCC call. |
| 10/19/2011 | J. Hyland | 0.70 | Participated on UCC call with UCC professionals. |
| 10/19/2011 | J. Borow | 2.30 | Prepared for (1.6) and participated in (0.7) meeting with UCC and professionals to UCC. |
| 10/20/2011 | C. Kearns | 0.30 | Participated in call with counsel re: next steps. |
| 10/20/2011 | J. Borow | 1.80 | Held discussions with various creditors and other parties in interest re: status of matter. |
| 10/21/2011 | J. Borow | 2.10 | Held discussions with various creditors and other parties in interest re: status of matter. |
| 10/24/2011 | J. Hyland | 0.80 | Participated on call with counsel re: allocation status. |
| 10/24/2011 | C. Kearns | 0.80 | Participated in call with counsel to discuss EMEA next steps and debrief on recent call with Cleary. |
| 10/24/2011 | J. Borow | 1.50 | Held discussions with various creditors and other parties in interest re: status of matter. |
| 10/26/2011 | C. Kearns | 0.70 | Participated in weekly call with UCC professionals. |
| 10/26/2011 | J. Hyland | 1.00 | Prepared for (0.3) and participated in pre-UCC (0.7) call with UCC professionals. |
| 10/27/2011 | J. Hyland | 1.00 | Participated on UCC call with UCC professionals. |
| 10/27/2011 | C. Kearns | 1.50 | Prepared for (0.5) and participated in (1.0) weekly UCC call. |
| 10/27/2011 | J. Borow | 2.20 | Prepared for (1.2) and participated in (1.0) meeting with UCC and other advisors. |
| 10/31/2011 | J. Borow | 1.30 | Held discussions with various creditors and parties in interest re: status of matter. |
| Subtotal |  | 46.70 |  |

**09. Employee Issues/KEIP**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/3/2011 | A. Cowie | 2.70 | Continued to analyze proposed 2012 employee compensation. |
| 10/3/2011 | A. Cowie | 2.90 | Analyzed proposed 2012 employee compensation plan. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/4/2011 | J. Hyland | 2.00 | Reviewed employee compensation plan. |
| 10/4/2011 | J. Hyland | 2.90 | Reviewed U.S. 2012 retention plan presentation and performed related analyses. |
| 10/12/2011 | A. Cowie | 1.40 | Analyzed medical and LTD benefits wind down analysis prepared by Mercer. |
| 10/18/2011 | J. Hyland | 1.30 | Reviewed the court decision re: UK pension. |
| 10/20/2011 | J. Hyland | 1.90 | Reviewed compensation and retention plans. |
| 10/20/2011 | J. Hyland | 2.80 | Reviewed U.S. 2012 retention motion and related analysis. |
| 10/21/2011 | T. Morilla | 1.50 | Reviewed and analyzed certain employee compensation documents. |
| 10/24/2011 | C. Kearns | 0.40 | Reviewed status of pending motion re: NNI 2012 incentive plan. |
| 10/25/2011 | A. Cowie | 2.10 | Analyzed Debtor's 2012 employee compensation motion. |
| 10/26/2011 | J. Borow | 1.90 | Reviewed pension and other employee claims at various estates. |
| 10/28/2011 | J. Borow | 0.80 | Reviewed pension and other employee claims at various estates. |
| Subtotal | | 24.60 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/3/2011 | J. Borow | 0.60 | Continued reviewing issues relating to recovery scenarios. |
| 10/3/2011 | T. Morilla | 1.20 | Prepared additional recovery sensitivity analyses. |
| 10/3/2011 | T. Morilla | 2.00 | Continued to prepare additional recovery sensitivity analyses. |
| 10/3/2011 | T. Morilla | 2.30 | Continued to prepare additional recovery sensitivity analyses. |
| 10/3/2011 | A. Cowie | 2.40 | Prepared and analyzed recovery scenario document. |
| 10/3/2011 | J. Borow | 2.50 | Reviewed issues relating to recovery scenarios. |
| 10/4/2011 | J. Borow | 1.40 | Reviewed issues relating to recovery scenarios. |
| 10/4/2011 | T. Morilla | 2.50 | Prepared recovery analyses presentation. |
| 10/4/2011 | A. Cowie | 2.50 | Analyzed creditor recovery scenario calculations. |
| 10/4/2011 | T. Morilla | 2.70 | Continued to prepare recovery analyses presentation. |

**Capstone Advisory Group, LLC**
**Invoice for the 10/1/2011-10/31/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/5/2011 | T. Morilla | 2.20 | Continued to analyze and review recovery result scenarios. |
| 10/5/2011 | T. Morilla | 2.80 | Prepared recovery books for distribution to counsel. |
| 10/6/2011 | A. Cowie | 0.20 | Analyzed creditor recovery scenarios. |
| 10/6/2011 | J. Borow | 1.60 | Continued reviewing issues relating to recovery scenarios. |
| 10/6/2011 | T. Morilla | 2.10 | Continued to revise recovery matrix for certain creditors. |
| 10/6/2011 | J. Borow | 2.50 | Reviewed issues relating to recovery scenarios. |
| 10/6/2011 | J. Hyland | 2.80 | Continued reviewing claims recovery report. |
| 10/6/2011 | J. Hyland | 2.90 | Reviewed claims recovery report. |
| 10/6/2011 | T. Morilla | 2.90 | Continued to revise recovery analyses based on comments. |
| 10/7/2011 | J. Borow | 1.00 | Continued reviewing issues relating to recovery scenarios. |
| 10/7/2011 | A. Cowie | 1.40 | Analyzed creditor recovery scenarios. |
| 10/7/2011 | T. Morilla | 1.80 | Continued to review and analyze the recovery results. |
| 10/7/2011 | J. Hyland | 2.00 | Continued reviewing claims recovery scenarios. |
| 10/7/2011 | J. Borow | 2.10 | Reviewed various recovery analyses and determined acceptability of possibilities. |
| 10/7/2011 | T. Morilla | 2.40 | Revised the recovery analyses document based on comments. |
| 10/7/2011 | J. Borow | 2.80 | Reviewed issues relating to recovery scenarios. |
| 10/7/2011 | J. Hyland | 2.80 | Reviewed claims recovery scenarios. |
| 10/10/2011 | J. Borow | 2.30 | Reviewed recovery analyses and related issues. |
| 10/11/2011 | J. Borow | 2.10 | Reviewed recovery analyses and related issues. |
| 10/11/2011 | T. Morilla | 2.40 | Reviewed and edited the recovery analyses presentation. |
| 10/17/2011 | C. Kearns | 0.20 | Prepared for upcoming meeting with TPR. |
| 10/18/2011 | J. Borow | 1.00 | Continued meeting with Debtor and Debtors' professionals, UCC professionals and Ad Hoc Bondholder professionals re: various recoveries from proceeds allocation concepts and case issues. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/18/2011 | A. Cowie | 1.60 | Analyzed Debtor proposed claims resolutions. |
| 10/18/2011 | J. Borow | 2.60 | Prepared for, attended, and participated in meeting with Debtor and Debtors' professionals, UCC professionals and Ad Hoc Bondholder professionals re: various recoveries from proceeds allocation concepts and case issues. |
| 10/19/2011 | A. Cowie | 1.20 | Analyzed Debtor proposed claims settlements. |
| 10/19/2011 | J. Borow | 2.10 | Reviewed and analyzed recovery issues for each and all estates. |
| 10/19/2011 | T. Morilla | 2.80 | Continued to prepare the list of preliminary issues regarding the recovery model. |
| 10/19/2011 | T. Morilla | 2.90 | Began putting together list of preliminary issues in the recovery model. |
| 10/20/2011 | J. Borow | 2.40 | Prepared for (0.4) and attended (2.0) discussion with Debtor's financial professionals re: computational issues for estate recoveries. |
| 10/24/2011 | J. Borow | 0.70 | Reviewed various scenarios relating to creditor recoveries at various estates. |
| 10/26/2011 | J. Borow | 2.30 | Reviewed various scenarios relating to creditor recoveries at various estates. |
| 10/27/2011 | J. Borow | 1.60 | Reviewed various consolidation issues. |
| 10/27/2011 | A. Cowie | 1.80 | Analyzed recovery scenarios in a recovery analysis. |
| 10/28/2011 | J. Borow | 1.40 | Reviewed various recovery issues. |
| 10/28/2011 | T. Morilla | 2.10 | Reviewed and analyzed the recovery model. |
| 10/28/2011 | A. Cowie | 2.10 | Analyzed recovery analysis inputs comparisons. |
| 10/28/2011 | J. Borow | 2.40 | Reviewed various scenarios relating to creditor recoveries at various estates. |
| 10/28/2011 | T. Morilla | 2.40 | Reviewed and analyzed preliminary issues list for the recovery model. |
| 10/28/2011 | A. Cowie | 2.70 | Analyzed recovery scenarios. |
| 10/28/2011 | A. Cowie | 2.90 | Analyzed balance sheet roll-off for U.S. Debtors. |
| 10/31/2011 | J. Borow | 1.00 | Continued reviewing issues pertaining to creditor recoveries. |
| 10/31/2011 | T. Morilla | 1.40 | Continued to review the model assumptions list. |
| 10/31/2011 | A. Cowie | 1.70 | Analyzed recovery issues list and modeling impact. |
| 10/31/2011 | T. Morilla | 2.30 | Continued to review the recovery model and assumptions. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/31/2011 | J. Borow | 2.40 | Reviewed issues pertaining to creditor recoveries. |
| 10/31/2011 | T. Morilla | 2.70 | Continued to review and analyze the recovery model. |
| Subtotal | | 113.90 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/3/2011 | J. Borow | 1.10 | Reviewed claims and related recovery issues. |
| 10/3/2011 | J. Hyland | 1.20 | Reviewed claim matrix analysis. |
| 10/3/2011 | J. Hyland | 1.80 | Reviewed supplier settlement report. |
| 10/4/2011 | J. Hyland | 0.50 | Conducted call with D. McKenna and follow-up with counsel re: supplier settlement. |
| 10/6/2011 | A. Cowie | 1.90 | Analyzed EMEA pension calculations. |
| 10/10/2011 | J. Borow | 2.10 | Reviewed various pension claims issues. |
| 10/11/2011 | J. Borow | 1.80 | Reviewed various pension claims issues. |
| 10/13/2011 | J. Hyland | 1.80 | Analyzed claims changes. |
| 10/14/2011 | C. Kearns | 0.30 | Reviewed status of EMEA claims process. |
| 10/17/2011 | J. Hyland | 1.70 | Analyzed supplier status and related claim. |
| 10/18/2011 | C. Kearns | 0.40 | Reviewed status of claims analysis. |
| 10/18/2011 | T. Morilla | 1.10 | Reviewed certain issues surrounding EMEA claims. |
| 10/18/2011 | A. Cowie | 1.10 | Analyzed EMEA FSD claim information. |
| 10/18/2011 | C. Kearns | 1.60 | Held discussions with counsel re: claims. |
| 10/18/2011 | J. Borow | 1.70 | Reviewed claims for various estates. |
| 10/18/2011 | J. Hyland | 1.80 | Reviewed portion of hearing transcript. |
| 10/19/2011 | J. Hyland | 2.80 | Reviewed Canadian claims. |
| 10/19/2011 | A. Cowie | 2.80 | Analyzed EMEA pension claims information. |
| 10/24/2011 | J. Borow | 1.60 | Reviewed various creditor claims at the various estate levels. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/25/2011 | J. Borow | 1.10 | Reviewed various creditor claims at the various estate levels. |
| 10/26/2011 | J. Borow | 0.90 | Reviewed various creditor claims at the various estate levels. |
| 10/27/2011 | J. Borow | 1.30 | Reviewed various creditor claims at the various estate levels. |
| Subtotal | | 32.40 | |

**13. Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/10/2011 | J. Hyland | 1.10 | Reviewed intercompany sections of Corporate Group report. |
| 10/10/2011 | J. Hyland | 2.00 | Reviewed and analyzed intercompany entity proposal. |
| 10/10/2011 | J. Hyland | 2.80 | Prepared CALA portion of Corporate Group report. |
| 10/11/2011 | J. Hyland | 0.30 | Conducted call with M. Kennedy re: intercompany entity proposal. |
| 10/11/2011 | J. Hyland | 0.50 | Conducted call with M. Sandberg re: Intercompany entity proposal. |
| 10/11/2011 | J. Hyland | 0.70 | Participated in call with R. Culina and M. Kennedy re: intercompany entity proposal. |
| 10/11/2011 | J. Hyland | 2.00 | Revised analysis on intercompany entity proposal. |
| 10/24/2011 | J. Hyland | 2.00 | Reviewed intercompany balances in APAC. |
| 10/25/2011 | J. Borow | 2.10 | Reviewed intercompany claims and balances. |
| Subtotal | | 13.50 | |

**14. Executory Contracts/Leases**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/18/2011 | J. Borow | 0.80 | Followed up and reviewed lease resolution. |
| Subtotal | | 0.80 | |

**17. Analysis of Historical Results**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/5/2011 | J. Hyland | 0.10 | Conducted call with S. Schultz re: professional fees. |
| 10/5/2011 | A. Cowie | 2.90 | Analyzed historical asset sales. |
| 10/6/2011 | A. Cowie | 2.90 | Analyzed historical APAC operating results. |
| 10/7/2011 | A. Cowie | 0.60 | Analyzed APAC historical performance. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/10/2011 | A. Cowie | 2.70 | Continued to analyze Corporate Group operating results. |
| 10/10/2011 | A. Cowie | 2.90 | Analyzed Corporate Group operating results. |
| 10/11/2011 | A. Cowie | 2.60 | Analyzed U.S. Debtor's historical operating results. |
| 10/12/2011 | A. Cowie | 2.90 | Analyzed Canadian debtor operating reports. |
| 10/13/2011 | A. Cowie | 2.40 | Analyzed historical cash performance. |
| 10/14/2011 | A. Cowie | 0.80 | Analyzed historical operating performance for U.S. Debtor. |
| 10/18/2011 | A. Cowie | 1.30 | Analyzed current Debtor operational performance reports. |
| 10/24/2011 | A. Cowie | 0.80 | Discussed historical cash flow performance with the Debtor. |
| 10/24/2011 | A. Cowie | 1.80 | Analyzed historical cash flow information as compared to budget. |
| 10/27/2011 | A. Cowie | 1.50 | Analyzed balance sheet roll-off for U.S. Debtors. |
| 10/27/2011 | A. Cowie | 1.90 | Analyzed historical APAC operating results. |
| Subtotal | | 28.10 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/3/2011 | T. Morilla | 1.70 | Reviewed and analyzed the Corporate Group report. |
| 10/4/2011 | A. Cowie | 2.70 | Prepared analysis and report in regard to supplier settlement. |
| 10/4/2011 | A. Cowie | 2.80 | Analyzed Corporate Group operational update documents. |
| 10/5/2011 | A. Cowie | 1.40 | Prepared discussion document on historical intercompany transactions. |
| 10/5/2011 | T. Morilla | 1.50 | Reviewed and analyzed agenda items for UCC meeting. |
| 10/5/2011 | A. Cowie | 1.70 | Prepared operational update for UCC meeting. |
| 10/6/2011 | T. Morilla | 2.40 | Continued to review and analyze the Corporate Group presentation. |
| 10/7/2011 | J. Hyland | 0.70 | Prepared report list for UCC. |
| 10/7/2011 | T. Morilla | 1.80 | Reviewed and analyzed the post-petition interest calculations. |
| 10/10/2011 | T. Morilla | 1.50 | Reviewed and analyzed other Corporate Group report sections. |

**Capstone Advisory Group, LLC**
**Invoice for the 10/1/2011-10/31/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/10/2011 | T. Morilla | 1.90 | Began preparing Corporate Group report. |
| 10/10/2011 | A. Cowie | 2.40 | Prepared Corporate Group report for UCC. |
| 10/10/2011 | T. Morilla | 2.70 | Continued preparing the Corporate Group presentation. |
| 10/10/2011 | J. Hyland | 2.90 | Reviewed financial section of Corporate Group report. |
| 10/11/2011 | T. Morilla | 1.90 | Reviewed and analyzed the Corporate Group presentation. |
| 10/11/2011 | J. Hyland | 2.00 | Finalized Corporate Group report. |
| 10/11/2011 | T. Morilla | 2.10 | Continued to review the Corporate Group presentation. |
| 10/11/2011 | A. Cowie | 2.50 | Continued to prepare Corporate Group report for UCC. |
| 10/11/2011 | J. Hyland | 2.70 | Revised Corporate Group report. |
| 10/11/2011 | A. Cowie | 2.90 | Prepared Corporate Group report for UCC. |
| 10/12/2011 | T. Morilla | 1.20 | Reviewed certain items on the Debtors' Corporate Group presentation. |
| 10/12/2011 | T. Morilla | 1.30 | Continued to review certain items on the Debtors' Corporate Group presentation. |
| 10/13/2011 | J. Hyland | 0.90 | Continued reviewing 74th Monitor's Report. |
| 10/13/2011 | J. Hyland | 2.90 | Reviewed 74th Monitor's Report. |
| 10/14/2011 | J. Hyland | 1.10 | Analyzed reports for UCC. |
| 10/19/2011 | T. Morilla | 0.90 | Reviewed agenda items for the UCC call. |
| 10/24/2011 | A. Cowie | 1.90 | Prepared supporting documentation for professionals call. |
| 10/25/2011 | J. Hyland | 1.50 | Reviewed report list for UCC. |
| 10/26/2011 | A. Cowie | 1.10 | Prepared updated operating discussion points for UCC meeting. |
| 10/27/2011 | J. Hyland | 0.40 | Prepared Oct fee estimate report and sent to counsel. |
| 10/27/2011 | A. Cowie | 0.50 | Prepared updated discussion points for UCC meeting. |
| Subtotal | | 55.90 | |

**19. Cash Flow/Cash Mgmt Liquidity**

**Capstone Advisory Group, LLC**
**Invoice for the 10/1/2011-10/31/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 10/3/2011 | T. Morilla | 2.20 | Reviewed and analyzed August YTD results and previous cash flash reports. |
| 10/4/2011 | T. Morilla | 0.50 | Reviewed September 30 cash flash. |
| 10/6/2011 | T. Morilla | 0.90 | Continued to review previous cash flashes. |
| 10/7/2011 | T. Morilla | 2.00 | Reviewed and analyzed the bi-weekly cash report prepared by the Debtors. |
| 10/10/2011 | T. Morilla | 2.00 | Reviewed and analyzed the cash pivot tables provided by the Debtors. |
| 10/11/2011 | T. Morilla | 0.80 | Reviewed and analyzed the Debtors' cash flow forecast. |
| 10/12/2011 | T. Morilla | 1.10 | Continued to review previous cash flashes. |
| 10/12/2011 | T. Morilla | 2.80 | Reviewed and analyzed the cash pivot tables provided by the U.S. Debtors. |
| 10/12/2011 | J. Hyland | 2.80 | Analyzed cash balances and trends. |
| 10/13/2011 | T. Morilla | 0.40 | Continued to review the September 30 cash flash. |
| 10/13/2011 | A. Cowie | 0.60 | Prepared report on cash performance to budget. |
| 10/13/2011 | T. Morilla | 0.80 | Continued to review cash flow budget and actual results. |
| 10/13/2011 | T. Morilla | 2.30 | Continued to review the cash budget compared to the actual cash results. |
| 10/13/2011 | T. Morilla | 2.40 | Reviewed and analyzed previous cash reports. |
| 10/13/2011 | T. Morilla | 2.80 | Continued to review and analyze the cash flow pivot tables provided by the U.S. Debtors. |
| 10/14/2011 | A. Cowie | 1.20 | Prepared updated operating cash performance report. |
| 10/14/2011 | T. Morilla | 1.50 | Constructed cash charts based on cash budgets provided by the Debtors. |
| 10/14/2011 | T. Morilla | 1.80 | Reviewed and analyzed the cash pivot tables provided by the Debtors. |
| 10/14/2011 | D. Rothberg | 2.00 | Reviewed most recent actual cash versus budget results. |
| 10/14/2011 | T. Morilla | 2.50 | Continued to review and analyze the US cash budget. |
| 10/14/2011 | J. Hyland | 2.70 | Reviewed cash balances by region. |
| 10/17/2011 | T. Morilla | 0.70 | Continued to construct cash charts based on the pivot tables provided by the Debtors. |
| 10/17/2011 | A. Cowie | 1.10 | Prepared updated operational cash report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/17/2011 | T. Morilla | 2.50 | Continued to review and analyze the cash flow budgets. |
| 10/17/2011 | T. Morilla | 2.80 | Continued to construct cash flow charts. |
| 10/18/2011 | T. Morilla | 2.40 | Continued to review and analyze the cash budgets. |
| 10/19/2011 | T. Morilla | 1.50 | Reviewed YTD cash results. |
| 10/20/2011 | T. Morilla | 0.40 | Reviewed the October 14 cash flash. |
| 10/20/2011 | T. Morilla | 1.80 | Continued to review September month end cash results pivot table. |
| 10/20/2011 | T. Morilla | 2.30 | Reviewed and analyzed September month end cash results pivot table. |
| 10/20/2011 | D. Rothberg | 2.60 | Reviewed and analyzed budget vs. actual cash. |
| 10/20/2011 | J. Hyland | 2.80 | Reviewed cash balances and escrows. |
| 10/21/2011 | T. Morilla | 1.40 | Reviewed and analyzed the US Debtor cash flash. |
| 10/21/2011 | T. Morilla | 2.80 | Continued to review certain cash flow items as it relates to the budget. |
| 10/24/2011 | A. Cowie | 0.50 | Prepared updated cash flow report. |
| 10/24/2011 | T. Morilla | 0.50 | Continued to review the September 30 cash flash. |
| 10/24/2011 | J. Hyland | 1.40 | Reviewed status of cash reporting. |
| 10/24/2011 | T. Morilla | 2.70 | Continued to review cash impact of certain balance sheet run-off items. |
| 10/24/2011 | T. Morilla | 2.80 | Continued to review the cash budget and actual pivot tables. |
| 10/25/2011 | T. Morilla | 0.50 | Reviewed and analyzed the October 21 cash flash. |
| 10/25/2011 | J. Borow | 0.90 | Reviewed cash and liquidity issues. |
| 10/25/2011 | J. Hyland | 2.00 | Analyzed cash balances. |
| 10/25/2011 | T. Morilla | 2.10 | Continued to review wind-down cash costs. |
| 10/25/2011 | T. Morilla | 2.10 | Continued to review cash flow from certain TSA receipts and disbursements. |
| 10/25/2011 | T. Morilla | 2.80 | Reviewed additional cash pivot tables provided by the Debtors. |
| 10/25/2011 | A. Cowie | 2.90 | Prepared updated cash flow report. |

**Capstone Advisory Group, LLC**
**Invoice for the 10/1/2011-10/31/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/26/2011 | T. Morilla | 1.70 | Continued to do additional analyses on the balance sheet run-off items. |
| 10/26/2011 | A. Cowie | 2.90 | Drafted updated cash flow report. |
| 10/27/2011 | T. Morilla | 2.10 | Continued to review the budget and actual cash results. |
| 10/27/2011 | T. Morilla | 2.10 | Continued to review certain wind-down and TSA costs. |
| 10/27/2011 | A. Cowie | 2.30 | Prepared updated cash flow report and analysis. |
| 10/27/2011 | T. Morilla | 2.40 | Continued to review the August YTD cash results. |
| 10/28/2011 | A. Cowie | 0.30 | Prepared operating report on cash flows. |
| 10/31/2011 | T. Morilla | 0.50 | Reviewed and analyzed the October 21 cash flash. |
| 10/31/2011 | A. Cowie | 1.30 | Prepared operating report on cash flows. |
| 10/31/2011 | T. Morilla | 1.30 | Continued to review cash documents in preparation for call with the Debtors. |
| 10/31/2011 | J. Hyland | 2.00 | Analyzed cash reporting. |
| Subtotal | | 101.30 | |

**20. Projections/Business Plan/Other**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/3/2011 | J. Hyland | 2.50 | Analyzed Corporate Group budget scenarios. |
| 10/3/2011 | J. Hyland | 2.70 | Reviewed materials from NNL re: Corporate Group presentation and 2012 budget. |
| 10/6/2011 | C. Kearns | 0.30 | Reviewed Corporate Group budget. |
| 10/20/2011 | D. Rothberg | 1.50 | Continued to analyze year to date results and forecast for the U.S. estate. |
| 10/24/2011 | T. Morilla | 2.20 | Reviewed and analyzed the forecasted wind-down and TSA costs. |
| Subtotal | | 9.20 | |

**26. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/5/2011 | J. Hyland | 0.10 | Conducted call with K. Rowe re: U.S. taxes. |
| 10/6/2011 | J. Hyland | 0.40 | Conducted call with K. Rowe re: U.S. tax analysis. |
| 10/7/2011 | J. Hyland | 0.30 | Conducted calls with K. Rowe re: US tax review. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/10/2011 | C. Kearns | 1.10 | Participated in call with Euro counsel and counsel re: EMEA tax issues and related follow up. |
| 10/10/2011 | J. Borow | 2.60 | Reviewed various tax issues and impact on potential recoveries and related analyses. |
| 10/11/2011 | J. Hyland | 0.30 | Conducted call with K. Rowe re: an entity's taxes. |
| 10/11/2011 | J. Hyland | 0.50 | Conducted call with K. Rowe re: an entity's taxes. |
| 10/17/2011 | J. Hyland | 1.90 | Reviewed tax status. |
| 10/19/2011 | J. Hyland | 0.30 | Conducted call with K. Rowe re: U.S. taxes. |
| 10/19/2011 | J. Hyland | 1.30 | Analyzed tax status. |
| Subtotal | | 8.80 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/4/2011 | J. Hyland | 0.10 | Conducted call with M. Sandberg re: IPA monetization. |
| 10/4/2011 | J. Hyland | 0.30 | Conducted call with A. Rohan re: IPA monetization. |
| 10/4/2011 | J. Hyland | 1.10 | Participated in call with Monitor and other advisors re: IPA monetization. |
| 10/6/2011 | C. Kearns | 0.30 | Reviewed IPA status. |
| 10/13/2011 | J. Hyland | 2.40 | Reviewed documents for IPA monetization. |
| 10/19/2011 | C. Kearns | 0.50 | Analyzed status of IP address monetization. |
| 10/19/2011 | J. Hyland | 1.00 | Reviewed Cleary's comments to documents related to IPA. |
| 10/24/2011 | C. Kearns | 0.20 | Analyzed IPA status. |
| 10/25/2011 | C. Kearns | 0.50 | Reviewed IPA status. |
| 10/25/2011 | J. Hyland | 1.40 | Reviewed comments on IPA documents and related analysis. |
| 10/31/2011 | J. Borow | 1.10 | Reviewed issues pertaining to the monetization of IPA. |
| Subtotal | | 8.90 | |
| **Total Hours** | | **568.00** | |