**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 10/1/2011 through 10/31/2011**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Auto Rental/Taxi** | | | |
| 10/6/2011 | CAG Direct | Taxi in NY to airport. | $96.02 |
| 10/11/2011 | CAG Direct | Taxi in NY related to airport trip. | $89.56 |
| **Subtotal - Auto Rental/Taxi** | | | **$185.58** |
| **Hotel** | | | |
| 10/10/2011 | J. Borow | Correction to hotel stay in Paris and London due to erroneous conversion rates (189.34+189.34 for each stay) + travel agency service charges (35+35). | $448.68 |
| **Subtotal - Hotel** | | | **$448.68** |
| **Mileage** | | | |
| 10/4/2011 | J. Hyland | Mileage to/from airport for NY trip (but Capstone's LTD meeting attendance was cancelled). | $23.31 |
| 10/7/2011 | J. Hyland | Local mileage to/from airport for 9/15 NY return trip. | $23.31 |
| **Subtotal - Mileage** | | | **$46.62** |
| **Parking/Tolls** | | | |
| 10/4/2011 | J. Hyland | Local tolls to/from airport for NY trip. | $1.60 |
| 10/7/2011 | J. Hyland | Local tolls to/from airport for 9/15 NY return trip. | $1.60 |
| **Subtotal - Parking/Tolls** | | | **$3.20** |
| **Postage/FedEx** | | | |
| 10/5/2011 | CAG Direct | Overnight charges for Nortel. | $77.67 |
| **Subtotal - Postage/FedEx** | | | **$77.67** |

Capstone Advisory Group, LLC
Invoice for the 10/1/2011-10/31/2011 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Telecom** | | | |
| 10/9/2011 | CAG Direct | Conference call expenses for Nortel. | $34.17 |
| 10/12/2011 | CAG Direct | Long distance telephone to Toronto. | $653.20 |
| 10/21/2011 | J. Hyland | Telephone to Toronto. | $45.48 |
| 10/28/2011 | J. Hyland | Long distance telephone to Toronto. | $7.85 |
| 10/28/2011 | J. Hyland | Long distance telephone to Toronto. | $1.48 |
| **Subtotal - Telecom** | | | **$742.18** |
| **For the Period 10/1/2011 through 10/31/2011** | | | **$1,503.93** |