# EXHIBIT A

2725046.2

**Client: Nortel Networks Incorporated**
**Matter: L-175748 - Pensions**
**Schedule of time covering period from 1 August 2011 to 31 October 2011**

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| **Claims** | | | | | |
| 02/08/2011 | Mark Blyth | 1.50 | 725.00 | 1,087.50 | Prep for telecon - conf call with Cleary re employment issues |
| 04/08/2011 | Mark Blyth | 0.20 | 725.00 | 145.00 | Paper for Cleary re employment issues |
| 04/08/2011 | Mark Blyth | 0.70 | 725.00 | 507.50 | Paper for Cleary re employment issues |
| 05/08/2011 | Kate Cronin | 4.30 | 300.00 | 1,290.00 | Researching and drafting re employment issues |
| 05/08/2011 | Mark Blyth | 4.70 | 725.00 | 3,407.50 | Paper for Cleary re employment issues |
| 05/08/2011 | Mark Blyth | 4.20 | 725.00 | 3,045.00 | Paper for Cleary re employment issues |
| 09/08/2011 | Mark Blyth | 1.50 | 725.00 | 1,087.50 | Paper for Cleary re employment issues - email counsel re same |
| 09/08/2011 | Mark Blyth | 2.00 | 725.00 | 1,450.00 | Paper for Cleary re employment issues |
| 09/08/2011 | Mark Blyth | 0.40 | 725.00 | 290.00 | Discussion re employment issues |
| 11/08/2011 | Edward Taylor | 0.50 | 200.00 | 100.00 | Meeting with Mark Blyth to discuss research re employment issues |
| 11/08/2011 | Mark Blyth | 1.20 | 725.00 | 870.00 | Conference call re employment issues; discussion with Ed Taylor re research re employment issues |
| 11/08/2011 | Mark Blyth | 1.30 | 725.00 | 942.50 | Email to Cleary and prep for con call re employment issues |
| 11/08/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Email with Cleary re employment issues |
| 11/08/2011 | Mark Blyth | 2.10 | 725.00 | 1,522.50 | Review documents re employment issues |
| 12/08/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Tel Cleary re follow-up on employment issues |
| 15/08/2011 | Edward Taylor | 2.60 | 200.00 | 520.00 | Research re employment issues; drafting note |
| 15/08/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Email re employment issues |
| 16/08/2011 | Edward Taylor | 4.30 | 200.00 | 860.00 | Research re employment issues; drafting note |
| 16/08/2011 | Edward Taylor | 3.10 | 200.00 | 620.00 | Further research re employment issues following meeting with Mark Blyth |
| 16/08/2011 | Mark Blyth | 0.20 | 725.00 | 145.00 | Discussion with trainee re employment issues |
| 16/08/2011 | Mark Blyth | 1.70 | 725.00 | 1,232.50 | Research re employment issues; drafting note |
| 22/08/2011 | Mark Blyth | 3.00 | 725.00 | 2,175.00 | Prep for and attend conf call re employment issues |
| 23/08/2011 | Edward Taylor | 7.70 | 200.00 | 1,540.00 | Research re employment issues |
| 24/08/2011 | Edward Taylor | 7.10 | 200.00 | 1,420.00 | Research re employment issues |
| 24/08/2011 | Mark Blyth | 3.20 | 725.00 | 2,320.00 | Note to Cleary re employment issues |
| 24/08/2011 | Mark Blyth | 2.00 | 725.00 | 1,450.00 | Review emails re employment issues |
| 25/08/2011 | Mark Blyth | 1.00 | 725.00 | 725.00 | Email Cleary re employment issues |
| 25/08/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Email counsel re employment issues |
| 25/08/2011 | Mark Blyth | 1.50 | 725.00 | 1,087.50 | Email counsel re employment issues |
| 25/08/2011 | Mark Blyth | 1.70 | 725.00 | 1,232.50 | Prepare draft note re employment issues |
| 25/08/2011 | Mark Blyth | 3.10 | 725.00 | 2,247.50 | Considering employment issues |
| 26/08/2011 | Mark Blyth | 3.00 | 725.00 | 2,175.00 | Drafting document re employment issues |
| 26/08/2011 | Mark Blyth | 1.00 | 725.00 | 725.00 | Draft document re employment issues |
| 26/08/2011 | Mark Blyth | 0.40 | 725.00 | 290.00 | Email counsel re con dates; email Cleary re same |
| 26/08/2011 | Mark Blyth | 0.50 | 725.00 | 362.50 | Drafting document re employment issues |
| 30/08/2011 | Edward Taylor | 1.30 | 200.00 | 260.00 | Research re employment issues |
| 30/08/2011 | Mark Blyth | 4.70 | 725.00 | 3,407.50 | Research re employment issues |
| 30/08/2011 | Mark Blyth | 3.00 | 725.00 | 2,175.00 | Research re employment issues |
| 31/08/2011 | Edward Taylor | 1.10 | 200.00 | 220.00 | Research re employment issues |
| 31/08/2011 | Mark Blyth | 4.20 | 725.00 | 3,045.00 | Advice re employment issues |

**Client:  Nortel Networks Incorporated**
**Matter:  L-175748 - Pensions**
**Schedule of time covering period from 1 August 2011 to 31 October 2011**

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 31/08/2011 | Mark Blyth | 5.50 | 725.00 | 3,987.50 | Drafting advice re employment issues |
| 01/09/2011 | Mark Blyth | 9.50 | 725.00 | 6,887.50 | Drafting documents re employment issues |
| 01/09/2011 | Tim Cox | 0.30 | 670.00 | 201.00 | Discussion with Mark Blyth re employment issues |
| 02/09/2011 | Mark Blyth | 2.00 | 725.00 | 1,450.00 | Drafting documents re employment issues |
| 07/09/2011 | Mark Blyth | 0.60 | 725.00 | 435.00 | Emails re employment issues |
| 07/09/2011 | Mark Blyth | 2.00 | 725.00 | 1,450.00 | Con call re employment issues |
| 07/09/2011 | Mark Blyth | 0.60 | 725.00 | 435.00 | Research re employment issues |
| 08/09/2011 | Mark Blyth | 0.80 | 725.00 | 580.00 | Research re employment issues |
| 09/09/2011 | Mark Blyth | 4.50 | 725.00 | 3,262.50 | Meeting with counsel re employment issues |
| 12/09/2011 | Mark Blyth | 1.50 | 725.00 | 1,087.50 | Research re employment issues |
| 12/09/2011 | Mark Blyth | 5.70 | 725.00 | 4,132.50 | Emails re employment issues |
| 13/09/2011 | Mark Blyth | 0.40 | 725.00 | 290.00 | Call re employment issues |
| 13/09/2011 | Mark Blyth | 3.50 | 725.00 | 2,537.50 | Advice re employment issues |
| 13/09/2011 | Mark Blyth | 0.60 | 725.00 | 435.00 | Advice re employment issues |
| 13/09/2011 | Mark Blyth | 0.60 | 725.00 | 435.00 | Advice re employment issues |
| 14/09/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Email re employment issues |
| 15/09/2011 | Mark Blyth | 1.40 | 725.00 | 1,015.00 | Prep for and attendance at call re employment issues |
| 15/09/2011 | Mark Blyth | 0.80 | 725.00 | 580.00 | Prep for call re employment issues |
| 16/09/2011 | Mark Blyth | 0.70 | 725.00 | 507.50 | Arrangements for discussions re employment issues |
| 16/09/2011 | Mark Blyth | 0.40 | 725.00 | 290.00 | Reviewing documents re employment issues |
| 20/09/2011 | Mark Blyth | 0.70 | 725.00 | 507.50 | Note re employment issues |
| 20/09/2011 | Mark Blyth | 0.90 | 725.00 | 652.50 | Research re employment issues |
| 27/09/2011 | Mark Blyth | 0.50 | 725.00 | 362.50 | Con call re employment issues |
| 28/09/2011 | Mark Blyth | 4.00 | 725.00 | 2,900.00 | Research re employment issues |
| 28/09/2011 | Mark Blyth | 4.20 | 725.00 | 3,045.00 | Research re employment issues |
| 29/09/2011 | Mark Blyth | 0.30 | 725.00 | 217.50 | Arranging meetings |
| 29/09/2011 | Mark Blyth | 1.30 | 725.00 | 942.50 | Arranging meetings |
| 29/09/2011 | Mark Blyth | 1.00 | 725.00 | 725.00 | Prep for meetings |
| 29/09/2011 | Mark Blyth | 0.40 | 725.00 | 290.00 | Telecon re meetings |
| 30/09/2011 | Mark Blyth | 1.00 | 725.00 | 725.00 | Prep for meetings |
| 30/09/2011 | Mark Blyth | 0.30 | 725.00 | 217.50 | Organisning meetings |
| 30/09/2011 | Mark Blyth | 0.30 | 725.00 | 217.50 | Telecon re meetings |
| 30/09/2011 | Rebecca Jarvis | 1.00 | 775.00 | 775.00 | Review documents ahead of meeting |
| 03/10/2011 | Mark Blyth | 9.70 | 725.00 | 7,032.50 | Attendance at meetings |
| 03/10/2011 | Rebecca Jarvis | 2.00 | 775.00 | 1,550.00 | Attendance at meetings |
| 04/10/2011 | Mark Blyth | 3.50 | 725.00 | 2,537.50 | Attendance at meetings |
| 05/10/2011 | Jared Oyston | 1.50 | 415.00 | 622.50 | Reviewing query re employment issues |
| 06/10/2011 | Eva Balcells | 0.50 | 150.00 | 75.00 | Research re employment issues |
| 06/10/2011 | Jared Oyston | 0.20 | 415.00 | 83.00 | Research re employment issues |
| 06/10/2011 | Jared Oyston | 0.40 | 415.00 | 166.00 | Research re employment issues |
| 06/10/2011 | Jared Oyston | 0.50 | 415.00 | 207.50 | Research re employment issues |
| 06/10/2011 | Jared Oyston | 1.60 | 415.00 | 664.00 | Research re employment issues |
| 11/10/2011 | Jared Oyston | 0.10 | 415.00 | 41.50 | Research re employment issues |
| 11/10/2011 | Mark Blyth | 0.20 | 725.00 | 145.00 | Email re employment issues |

A14261269

**Client: Nortel Networks Incorporated**
**Matter: L-175748 - Pensions**
**Schedule of time covering period from 1 August 2011 to 31 October 2011**

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 12/10/2011 | Mark Blyth | 0.30 | 725.00 | 217.50 | Email re employment issues |
| 12/10/2011 | Mark Blyth | 0.40 | 725.00 | 290.00 | Telecon re meetings |
| 14/10/2011 | Mark Blyth | 0.40 | 725.00 | 290.00 | Email Cleary re employment issues |
| 17/10/2011 | Mark Blyth | 1.20 | 725.00 | 870.00 | Review documents re employment issues |
| 19/10/2011 | Mark Blyth | 0.30 | 725.00 | 217.50 | Emails and telecon re employment issues |
| 20/10/2011 | Mark Blyth | 1.20 | 725.00 | 870.00 | Email re employment issues |
| 26/10/2011 | Jared Oyston | 0.30 | 415.00 | 124.50 | Research re employment issues |

**Fee Applications**

| Date | Name | Hours | Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 26/08/2011 | Jared Oyston | 0.50 | 415.00 | 207.50 | Drafting fee application |
| 26/08/2011 | Jared Oyston | 0.50 | 415.00 | 207.50 | Preparing fee application |
| 30/08/2011 | Jared Oyston | 0.60 | 415.00 | 249.00 | Finalising and sending fee application |
| 30/08/2011 | Jared Oyston | 0.60 | 415.00 | 249.00 | Preparing fee application |
| 30/08/2011 | Jared Oyston | 0.40 | 415.00 | 166.00 | Preparing fee application |
| 30/08/2011 | Jared Oyston | 0.20 | 415.00 | 83.00 | Preparing fee application |
| 02/09/2011 | Jared Oyston | 0.20 | 415.00 | 83.00 | Email with Annie Cordo re fee application |
| 21/09/2011 | Jared Oyston | 0.30 | 415.00 | 124.50 | Nortel costs hearing |
| 21/09/2011 | Jared Oyston | 0.40 | 415.00 | 166.00 | Preparing for costs hearing |
| 21/09/2011 | Mark Blyth | 0.60 | 725.00 | 435.00 | Fee application hearing |
| 27/09/2011 | Mark Blyth | 0.20 | 725.00 | 145.00 | Email re meetings re employment issues |
| 03/10/2011 | Jared Oyston | 0.50 | 415.00 | 207.50 | Finalising bill |

| **Total** | | **173.10** | | **106,245.50** | |

A14261269