# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2011 Through October 31, 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Claims | 168.1 | £103,922.50 |
| Fee Applications | 5 | £2,323.00 |
| **TOTAL** | **173.10** | **£106,245.50**<br>(US$164,828.75) |

2725046.2

Client: Nortel Networks Incorporated
Matter: L-175748 - Pensions
Schedule of OSIs covering period from 1 August 2011 to 31 October 2011

## Other Service Item (OSI) Section

| Date | OSIS. Type | OSIS.Value | Description |
|---|---|---|---|
| 15/08/2011 | O001_TAXIS | 15.73 | 150811, MR E TAYLOR, SE1, 2155 |
| 16/08/2011 | O001_TAXIS | 23.93 | 160811, MR E TAYLOR, SE1, 2212 |
| 23/08/2011 | O001_TAXIS | 21.88 | 230811, MR E TAYLOR, SE1, 2337 |
| 24/08/2011 | O001_TAXIS | 18.68 | 240811, MR E TAYLOR, SE1, 2306 |
| 23/09/2011 | O055_MEALS_LATE_WK | 2.43 | 24/08 Late night meal |
| 23/09/2011 | O055_MEALS_LATE_WK | 4.10 | 24/08 Late night meal |
| 23/09/2011 | O055_MEALS_LATE_WK | 4.13 | 23/08 Late night meal |
| 23/09/2011 | O055_MEALS_LATE_WK | 1.62 | 15/08 Late night meal |
| 23/09/2011 | O055_MEALS_LATE_WK | 0.96 | 23/08 Late night meal |
| 23/09/2011 | O055_MEALS_LATE_WK | 2.91 | 15/08 Late night meal |
| 23/09/2011 | O055_MEALS_LATE_WK | 3.57 | 16/08 Late night meal |
| 18/10/2011 | O001_TAXIS | 10.00 | 28/09 Taxi Fare |
| **Total** | | **109.94** | |