IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>                    Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: Dec. 14, 2011 at 10:00 a.m. (ET)** |

### NOTICE OF ELEVENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                     Akin Gump Strauss Hauer & Feld LLP

Authorized to Provide
Professional Services to:              Official Committee of Unsecured Creditors

Date of Retention:                     March 5, 2009, *Nunc Pro Tunc* to January 22, 2009

Period for which compensation
and reimbursement is sought:           August 1, 2011 through October 31, 2011[2]

Amount of Compensation sought as
actual, reasonable and necessary:      $1,922,302.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:   $131,937.52

This is (a)n:  _X_ interim   ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's August, September and October 2011 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 9/29/11 Docket No. 6525 | 8/1/11 – 8/31/11 | $589,812.00 | $14,229.01 | $471,849.60 | $14,229.01 | $117,962.40 |
| Date Filed: 11/3/11 Docket No. 6711 | 9/1/11 – 9/30/11 | $849,769.00 | $32,935.82 | Pending Obj deadline $679,815.20 | Pending Obj deadline $32,935.82 | $169,953.80 |
| Date Filed: 11/23/11 Docket No. N/A | 10/1/11 - 10/31/11 | $482,721.00 | $84,772.69 | Pending Obj deadline $386,176.80 | Pending Obj deadline $84,772.69 | $96,544.20 |
| **TOTALS:** | | **$1,922,302.00** | **$131,937.52** | **$1,537,841.60**[3] | **$131,937.52**[4] | **$384,460.40** |

Summary of any Objections to Fee Applications: None.

Dated: November 23, 2011
   New York, New York

*/s/ Fred S. Hodara*

Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.

2