# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 09-10138 (KG) |
| Nortel Networks Inc., et al.,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Hearing Date: Dec. 14, 2011 at 10:00 a.m. (ET)** |

## NOTICE OF ELEVENTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC |
| | |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| | |
| Date of Retention: | March 5, 2009, *Nunc Pro Tunc* to January 26, 2009 |
| | |
| Period for which compensation and reimbursement is sought: | August 1, 2011 through October 31, 2011[2] |
| | |
| Amount of Compensation sought as actual, reasonable and necessary: | $1,185,612.50 |
| | |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $31,640.79 |

This is (a)n:  _X_  interim      ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC's August, September and October 2011 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed: 10/14/11 Docket No. 6622 | 8/1/11 to 8/31/11 | $437,943.50 | $2,870.83 | $350,354.80 | $2,870.83 | $87,588.70 |
| Date Filed: 11/10/11 Docket No. 6741 | 9/1/11 to 9/30/11 | $442,933.50 | $27,266.03 | Pending Obj. Deadline $354,346.80 | Pending Obj. Deadline $27,266.03 | $88,586.70 |
| Date Filed: 11/22/11 Docket No. Pending | 10/1/11 to 10/31/11 | $304,735.50 | $1,503.93 | Pending Obj. Deadline $243,788.40 | Pending Obj. Deadline $1,503.93 | $60,947.10 |
| **TOTALS:** | | $1,185,612.50 | $31,640.79 | $948,490.00 | $31,640.79 | $237,122.30 |

Summary of any Objections to Fee Applications:  None.

Dated: November 23, 2011
      New York, NY

Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP
104 West 40th Street
16th floor
New York, NY  10018
Telephone:  (212) 782-1411
Facsimile:  (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*