## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 14, 2011 at 10:00 a.m.** |

### NOTICE OF ELEVENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                    Richards, Layton & Finger, P.A.

Authorized to Provide
Professional Services to:             Official Committee of Unsecured Creditors

Date of Retention:                    March 19, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:          August 1, 2011 through October 31, 2011[2]

Amount of Compensation sought as
actual, reasonable and necessary:     $50,650.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $6,701.78

This is (a)n:  _X_  interim        ____  final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Richards, Layton & Finger, P.A.'s August, September and October 2011 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 9/27/11 Docket No. 6482 | 8/1/11 - 8/31/11 | $14,110.50 | $2,243.58 | $11,288.40 | $2,243.58 | $2,822.10 |
| Date Filed: 10/19/11 Docket No. 6657 | 9/1/11 - 9/30/11 | $20,344.00 | $956.79 | $16,275.20 | $956.79 | $4,068.80 |
| Date Filed: 11/21/11 Docket No. 6829 | 10/1/11 - 10/31/11 | $16,196.00 | $3,501.41 | Pending obj. deadline 12/12/11 $12,956.80 | Pending obj. deadline 12/12/11 $3,501.41 | $3,239.20 |
| **TOTALS:** | | $50,650.50 | $6,701.78 | $40,520.40[3] | $6,701.78[4] | $10,130.10 |

Summary of any Objections to Fee Applications:  None.

Dated: November 23, 2011
　　　　Wilmington, Delaware

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

Counsel to the Official Committee of Unsecured
Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.