# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------X
                                                           :
In re                                                      :    Chapter 11
                                                           :
Nortel Networks Inc., et al.,¹                             :    Case No. 09-10138 (KG)
                                                           :
                              Debtors.                     :    Jointly Administered
                                                           :
                                                           :
                                                           :
-----------------------------------------------------------X
                                                           :
Nortel Networks Inc.,                                      :
                                                           :
                              Plaintiff,                   :    Adv. Proc. No. 11-50206 (KG)
                                                           :
v.                                                         :
                                                           :
International Business Machines Corporation                :
                                                           :    Hearing date: December 14, 2011 at 10:00 a.m. (ET)
                              Defendant.                   :    Objections due: December 7, 2011 at 4:00 p.m. (ET)
                                                           :
-----------------------------------------------------------X
```

**NOTICE OF NORTEL NETWORKS INC.'S MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER APPROVING THE STIPULATION AND SETTLEMENT AGREEMENT OF AVOIDANCE AND OTHER CLAIMS AMONG NORTEL NETWORKS INC., THE CANADIAN DEBTORS, INTERNATIONAL BUSINESS MACHINES CORPORATION, IBM CREDIT LLC, IBM CANADA LIMITED, AND IBM GLOBAL SERVICES (CHINA) CO. LTD.**

        PLEASE TAKE NOTICE that Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "U.S. Debtors"), have today filed the attached **Nortel Networks Inc.'s Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation and Settlement Agreement of Avoidance and Other Claims Among Nortel Networks Inc., the Canadian Debtors, International Business**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**Machines Corporation, IBM Credit LLC, ICM Canada Limited, and IBM Global Services (CHINA) Co. Ltd.** ("Motion").

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file a response or objection ("Objection") if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before the objection deadline of **December 7, 2011 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

At the same time, you must serve such Objection on counsel for the Movants so as to be received by the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **DECEMBER 14, 2011 AT 10:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801. ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 23, 2011
Wilmington, Delaware    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Donna L. Culver*
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Chad A. Fights (No. 5006)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

4352422.1