## CERTIFICATE OF SERVICE

I, Derek C. Abbott, certify that I am not less than 18 years of age, and that service of the foregoing **Nortel Networks Inc.'s Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation and Settlement Agreement of Avoidance and Other Claims Among Nortel Networks Inc., the Canadian Debtors, International Business Machines Corporation, IBM Credit LLC, ICM Canada Limited, and IBM Global Services (CHINA) Co. Ltd.** was caused to be made on November 23, 2011, in the manner indicated upon the entities identified below and on the attached service list.

Date: November 23, 2011
Wilmington, DE

_____
Derek C. Abbott (No. 3376)

### Via First Class Mail

Paul Hastings Janofsky & Walker LLP
Jesse H. Austin III
Robert E. Winter
875 15th St., N.W.
Washington, DC 20005

### Via Hand Delivery

Smith, Katzenstein & Jenkins LLP
Kathleen M. Miller
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

4563418.1