# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc. et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: December 14, 2011 at 10:00 a.m.** |

## NOTICE OF ELEVENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                                      Fraser Milner Casgrain LLP

Authorized to Provide
Professional Services to:                               Official Committee of Unsecured Creditors

Date of Retention:                                      March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:                            August 1, 2011 through October 31, 2011[2]

Amount of Compensation sought as
actual, reasonable and necessary:                       CDN. $801,049.75 Equivalent to USD $769,888.91[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:                    CDN. $14,684.25 Equivalent to USD $14,113.03[3]

This is (a)n: __X__ interim        ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3545); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Fraser Milner Casgrain LLP's August, 2011, September, 2011 and October, 2011 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate as of close of business on November 21, 2011 was CDN. $1.00 : U.S. $0.9611

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 10/20/11 Docket No. 6662 | 8/1/11 - 8/31/11 | $253,454.75 | $2,058.79 | $202,763.80 | $2,058.79 | $50,690.95 |
| Date Filed: 11/16/11 Docket No. 6793 | 9/1/11 - 9/30/11 | $373,766.25 | $10,189.47 | $299,013.00 Pending Obj. Deadline December 6, 2011 | $10,189.47 Pending Obj. Deadline December 6, 2011 | $74,753.25 |
| Date Filed: 11/23/11 Docket No. 6857 | 10/1/11 - 10/31/11 | $173,828.75 | $2,435.99 | $139,063.00 Pending Obj. Deadline December 14, 2011 | $2,435.99 Pending Obj. Deadline December 14, 2011 | $34,765.75 |
| **TOTALS:** | All amounts in CDN.$ | $801,049.75 | $14,684.25 | $640,839.80 | $14,684.25 | $160,209.95 |

Summary of any Objections to Fee Applications:  None.

Dated: November 23, 2011
      Toronto, Ontario

Michael J. Wunder
FRASER MILNER CASGRAIN, LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, Ontario  M5K 0A1
(416) 863-4511
Canadian Counsel to the Official Committee of
Unsecured Creditors Of Nortel Networks Inc., *et al.*