## CERTIFICATE OF SERVICE

I, Drew G. Sloan, do hereby certify that on November 23, 2011, a copy of the foregoing **Eleventh Interim Fee Application Request of Fraser Milner Casgrain LLP as Canadian Counsel for the Official Committee of Unsecured Creditors for the Period from August 1, 2011 through October 31, 2011** was served on the parties on the attached list and in the manner indicated thereon.

/s/ *Drew G. Sloan*
Drew G. Sloan (No. 5069)

RLF1 5334188v. 1

**NORTEL NETWORKS INC.**
**CASE NO. 09-10138 (KG)**
**SERVICE LIST**

**VIA HAND DELIVERY**

*(United States Trustee)*
Thomas P. Tinker, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Debtors)*
Derek C. Abbott, Esq
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347

**VIA FIRST CLASS MAIL**

*(Debtors)*
Allen K. Stout
Nortel Networks Inc
220 Athens Way, Suite 300
Nashville, TN 37228-1304

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of Unsecured Creditors)*
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036