**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| NORTEL NETWORKS, INC., *et al.*, : | Case No. 09-10138 (KG) |
| : | Jointly Administered |
| Debtors. : | |
| : | **Re: Docket No. 6728** |
| : | |
| Nortel Networks, Inc., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Adv. Pro. No. 10-55932 (KG) |
| : | |
| Starent Networks, LLC, : | **Objections due: November 22, 2011 at 4:00 p.m. (ET)** |
| : | |
| Defendant. : | **Re: Docket No. 31** |
| : | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION PURSUANT TO
BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER APPROVING THE
STIPULATION OF SETTLEMENT OF AVOIDANCE CLAIMS BY AND BETWEEN
<u>NORTEL NETWORKS, INC. AND STARENT NETWORKS, LLC</u>**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks, Inc. and Starent Networks, LLC* [D.I. 6728; Adv. D.I. 31] (the "Motion") filed November 9, 2011. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served no later than November 22, 2011 at 4:00 p.m. (ET).

It is hereby respectfully requested that the proposed Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: November 28, 2011

                              **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

                      By:   */s/ Raymond H. Lemisch*
                              Raymond H. Lemisch, Esquire (No. 4204)
                              Jennifer R. Hoover, Esquire (No. 5111)
                              Jennifer E. Smith, Esquire (No. 5278)
                              222 Delaware Avenue, Suite 801
                              Wilmington, DE 19801
                              Telephone: (302) 442-7006
                              Facsimile: (302) 442-7012
                              rlemisch@beneschlaw.com
                              jhoover@beneschlaw.com
                              jsmith@beneschlaw.com

                              *Special Litigation Counsel to the Debtors*