IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| NORTEL NETWORKS INC., *et al.*, [1] : | Case No. 09-10138 (KG) |
| : | (Jointly Administered) |
| Debtors. : | |
| : | |
| Nortel Networks Inc., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Adv. Proc. No. 10-55931-KG |
| : | |
| Prudential Relocation, Inc., : | |
| : | **Hearing Date: December 29, 2011 at 10:00 a.m. (ET)** |
| Defendant. : | **Objection Deadline: December 21, 2011 at 4:00 p.m. (ET)** |
| : | |

## NOTICE OF MOTION

TO: (i) U.S. Trustee; (ii) counsel to the Committee; (iii) counsel to the Bondholder Group; (iv) counsel to the Defendant; and (v) the general service list established in these chapter 11 cases

PLEASE TAKE NOTICE THAT on November 28, 2011, Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, filed the *Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks, Inc. and Prudential Relocation, Inc.* (the "Motion").

---

[1] In addition to Nortel Networks Inc. ("NNI"), the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA"). Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

You are required to file a response, if any, to the attached Motion on or before **December 21, 2011 at 4:00 pm. (ET)**.

At the same time, you must serve a copy of the response upon the Debtors' attorneys:

Raymond H. Lemisch, Esquire
Jennifer R. Hoover, Esquire
Jennifer E. Smith, Esquire
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

A HEARING ON THIS MATTER WILL BE HELD ON **DECEMBER 29, 2011 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.

Date: November 28, 2011

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP**

By:   /s/ Raymond H. Lemisch
Raymond H. Lemisch, Esquire (No. 4204)
Jennifer R. Hoover, Esquire (No. 5111)
Jennifer E. Smith, Esquire (No. 5278)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
302-442-7010  telephone
302-442-7012  facsimile
rlemisch@beneschlaw.com
jhoover@beneschlaw.com
jsmith@beneschlaw.com

*Special Litigation Counsel to the Debtors*