IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
In re                                        :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]           :    Case No. 09-10138 (KG)
:
Debtors.                              :    Jointly Administered
:
------------------------------------------------------------X

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 29, 2011 AT 10:00 A.M. (EASTERN TIME)

**THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

### CONTINUED MATTERS

1.  Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 3942, Filed 9/14/10).

    Objection Deadline:  October 7, 2010 at 4:00 p.m. (ET). Extended for Amphenol Corporation and its affiliates to December 2, 2011 at 4:00 p.m. (ET). Extended for the Debtors, with respect to Unisys's response to the objection, to January 3, 2012 at 4:00 p.m. (ET).

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]   **Amended items appear in bold.**

Remaining Response Received:

(a) Response Of Unisys Corporation To Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) Filed by Unisys Corporation (D.I. 4106, Filed 10/7/10).

Related Pleading:

(a) Order Granting Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 4163, Filed 10/14/10).

Status: The hearing with respect to the objections to Claim Nos. 5500, 5501, 5502, 5504, 5505 and 5506 filed by Amphenol Corporation and its affiliates has been adjourned to the hearing scheduled for December 14, 2011 at 10:00 a.m. (ET). The hearing with respect to the response filed by Unisys Corporation has been adjourned to the hearing scheduled for January 10, 2012 at 10:00 a.m. (ET).

2. Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4126, Filed 10/8/10).

Objection Deadline: October 25, 2010 at 4:00 p.m. (ET). Extended for GE Fanuc to January 10, 2012 at 4:00 p.m. (ET).

Remaining Responses Received:

(a) Response To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims), Filed by Commonwealth of Virginia, Department of Taxation (D.I. 4187, Filed 10/22/10).

Related Pleadings:

(a) Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4256, Filed 11/8/10); and

(b)     First Supplemental Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claim, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4403, Filed 11/23/10).

Status: The hearing with respect to the response filed by the Commonwealth of Virginia, Department of Taxation has been adjourned to the hearing scheduled for January 24, 2012 at 10:00 a.m. (ET). The hearing with respect to the objection to Claim No. 7077 filed by GE Fanuc has been adjourned to the hearing scheduled for January 24, 2012 at 10:00 a.m. (ET).

## UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION

*Nortel Networks Inc., v. Oclaro Technology Ltd. and Oclaro (North America), Inc. 10-55919 (KG)*

3. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Oclaro Technology Ltd. And Oclaro (North America), Inc. (Main Case D.I. 6693, Adv. Proc. D.I. 44, Filed 10/26/11).

   Objection Deadline:   November 9, 2011 at 4:00 p.m. (ET)

   Response Received:  None.

   Related Pleading:

   (a)     Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Oclaro Technology Ltd. And Oclaro (North America), Inc. (Main Case D.I. 6769, Adv. Proc. D.I. 45, Filed 11/14/11); and

   (b)     Proposed Form of Order.

   Status:  There are no objections and a CNO has been filed.

## UNCONTESTED MATTERS GOING FORWARD

4. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claim by and Between One Boston Place LLC and Nortel Networks Inc. (D.I. 6720, Filed 11/7/11).

   Objection Deadline:   November 22, 2011 at 4:00 p.m. (ET)

   Response Received:  None.

   Related Pleading:

    **(a)**     **Certification of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claim by and Between One Boston Place LLC and Nortel Networks Inc. (D.I. 6871, Filed 11/28/11); and**

    **(b)**     **Proposed Form of Order.**

**Status:** There are no objections and a CNO has been filed. The Court has indicated that an order will be entered.

*Nortel Networks Inc. v. Starent Networks LLC 10-55932 (KG)*

5. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Starent Networks, LLC (Main Case D.I. 6728, Adv. Proc. D.I. 31, Filed 11/9/11).

    Objection Deadline:   November 22, 2011 at 4:00 p.m. (ET)

    Response Received:  None.

    Related Pleading:

    (a)     Order Granting Motion to Fix Hearing Date on and Shorten Notice Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Starent Networks, LLC (Main Case D.I. 6735, Adv. Proc. D.I. 33, Entered 11/10/11);

    (b)     Notice of Motion (Main Case D.I. 6736, Adv. Proc. D.I. 34, Filed 11/10/11);

    **(c)**     **Certification of No Objection Regarding Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Starent Networks, LLC (Main Case D.I. 6867, Adv. Proc. D.I. 37, Filed 11/28/11); and**

    **(d)**     **Proposed Form of Order.**

**Status:** There are no objections and a CNO has been filed. The Court has indicated that an order will be entered.

**PRETRIAL CONFERENCE**

6. Pretrial Conference in the Adversary Proceedings (See Exhibit A, hereto).

<u>Status</u>:  The pretrial conference with regard to both AudioCodes, Inc. and Maritz Canada Inc. has been adjourned to the pretrial conference scheduled for January 24, 2012 at 10:00 a.m. (ET).

Dated: November 28, 2011
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Chad A. Fights*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4598981.1