**EXHIBIT "A"**

| CASE | ADVERSARY CASE NO. |
|---|---|
| Nortel Networks Inc. v. AudioCodes, Inc. | 11-52298 |
| Nortel Networks Inc. v. Maritz Canada Inc. | 10-53187 |