# CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Amended Agenda of Matters Scheduled for Hearing on November 29, 2011 at 10:00 a.m. (ET)** was caused to be made on November 28, 2011, in the manner indicated upon the entities identified below.

Date: November 28, 2011  
Wilmington, DE

*/s/ Chad A. Fights*  
Chad A. Fights (No. 5006)

**Via Fax**

Ken Coleman Esq  
Lisa J.P. Kraidin. Esq.  
Allen & Overy LLP  
1221 Avenue of the Americas  
20th Floor  
New York, NY 10020  
FAX: 212-610-6399

Thomas P. Tinker. Esq.  
Office of the U.S. Trustee  
844 King Street  
Suite 2207 Lockbox 35  
Wilmington, DE 19801-3519  
FAX: 302-573-6497

Laura Davis Jones  
Timothy P. Cairns  
Pachulski Stang  
919 N. Market Street  
17th Floor  
Wilmington, DE 19899-8705  
FAX: 302-652-4400

Mary F. Caloway Esq.  
Mona A. Parikh  
Buchanan Ingersoll & Rooney  
1105 N. Market Street  
Suite 1900  
Wilmington, DE 19801-1228  
FAX: 302-552-4295

Mark D. Collins Esq.  
Christopher M. Samis Esq.  
Richards Layton & Finger  
One Rodney Square  
920 N King Street  
Wilmington, DE 19801  
FAX: 302-651-7701

Fred S. Hodara Esq.  
Ryan C. Jacobs Esq.  
David H. Botter Esq.  
Akin Gump  
One Bryant Park  
New York, NY 10036  
FAX: 212-872-1002

Thomas R. Kreller  
MILBANK, TWEED, HADLEY & MCLOY LLP  
601 South Figueroa St., Suite 3000  
Los Angeles, CA 90017  
FAX: 213-892-4763

Jennifer R. Hoover  
Benesch Friedlander Coplan & Aronoff LLP  
222 Delaware Ave.  
Suite 801  
Wilmington, DE 19801  
FAX : 302-442-7012

James S. Yoder
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899
FAX : 302-467-4554

Kenneth Law
Bailson Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306
FAX: 650-494-2738

4145343.8