IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
             Debtors. : Jointly Administered
:
---------------------------------------------------------X   Re: D.I. 6878

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on November 29, 2011, a copy of the **Order Approving the Stipulation Resolving Claim by and Between One Boston Place LLC and Nortel Networks Inc. (D.I. 6878, Entered 11/28/11)** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: November 29, 2011
Wilmington, Delaware

            CLEARY GOTTLIEB STEEN & HAMILTON LLP
            James L. Bromley (admitted pro hac vice)
            Lisa M. Schweitzer (admitted pro hac vice)
            One Liberty Plaza
            New York, NY 10006
            Telephone: (212) 225-2000
            Facsimile: (212) 225-3999

            and

            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

            */s/ Chad A. Fights*
            Derek C. Abbott (No. 3376)
            Ann C. Cordo (No. 4817)
            Chad A. Fights (No. 5006)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

>1201 North Market Street, 18th Floor
>Wilmington, DE  19899-1347
>Telephone:  (302) 658-9200
>Facsimile:  (302) 425-4663
>
>*Counsel for the Debtors and Debtors in Possession*

4498739.6