## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                                          :

*In re*                                   :

Nortel Networks Inc., *et al.*,[1]      :

              Debtors.     :

                                          :

--------------------------------------------------- X

Nortel Networks Inc.,          :

                                         :

              Plaintiff,    :

v.                                      :

Oclaro Technology Ltd. f/k/a Oclaro Technology :
Plc. f/k/a Bookham Technology Plc.,        :

and                                 :

Oclaro (North America), Inc. f/k/a Avanex  :
Corporation,                         :

              Defendant.   :
---------------------------------------------------------:X

| | |
|---|---|
| Chapter 11 | |
| Bankr. Case No. 09-10138 (KG) | |
| (Jointly Administered) | |
| Re: D.I. 6869 | |
| Adv. Proc. No. 10-55919 (KG) | |
| Re: D.I. 47 | |

## NOTICE OF SERVICE

        PLEASE TAKE NOTICE that on November 29, 2011, a copy of the **Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Oclaro Technology Ltd. and Oclaro (North America), Inc. (D.I. 6869, Entered 11/28/11)** was served in the manner indicated on the persons identified below and the attached service list.

## Via First Class Mail

Wilmer Cutler Pickering Hale and Dorr LLP
George W. Shuster Jr.
Katelyn Rood
60 State St.
Boston, MA 02109

---

[1]     In addition to Nortel Networks Inc. and Nortel Networks (CALA) Inc., the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://epiq11.com/nortel.

Dated:  November 29, 2011
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____*/s/ Chad A. Fights*_____

Donna L. Culver (No. 2983)
Chad A. Fights (No. 5006)
1201 North Market Street
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

and

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Deborah M. Buell (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for Debtors and Debtors in Possession*