**EXHIBIT A**

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware

**TATA America International Corporation d/b/a TCS America** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that he has unconditionally and irrevocably sold, transferred and assigned to **Avenue TC Fund, L.P.**, its successors and assigns, with offices at 399 Park Avenue, 6th Floor, New York, New York 10022, ("Buyer"), all of Seller's rights, title and interest in and to the allowed general unsecured claim (the "Claim") of Seller in the aggregate amount of **$1,242,824.00** against Nortel Networks Inc. ("Debtor"), a debtor-in-possession in bankruptcy proceedings filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), Case No. 09-10138 (KG) (jointly administered) (the "Case"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), **Claim Number 3974**.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated the 22 day of November, 2011.

**Longacre Institutional Opportunity Fund, L.P.**
By:    Longacre Opportunity Managmeent, LLC,
       its General Partner

By: _____
    Vladimir Jelisavaz
    Manager

**AVENUE TC FUND, L.P.**
By:    Avenue TC GenPar, LLC,
       its General Partner
By:    GL TC Partners, LLC,
       its Managing Member

By: _____
    Name:  Sonia E. Gardner
    Title: Member