COURT INITIAL (stamp)



RECEIVED
NOV 30 2011

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------X
:
In re                                            :   Chapter 11
:
:   Case No. 09-10138 (KG)
:
:   Jointly Administered
Nortel Networks Inc., et al.,[1]                 :
:   **SEALED PURSUANT TO COURT**
Debtors.                                         :   **ORDER DATED JANUARY 8, 2010**
:   **(D.I. 2259)**
:
:   RE: D.I. 2259, 6780
-------------------------------------------------X

| CONFIDENTIAL FILED UNDER SEAL –Affidavit of Service Regarding Notice of Amendments to Schedules of Assets and Liabilities of Nortel Networks Inc., Nortel Altsystems Inc. and Nortel Networks (CALA) Inc. |
|---|

Dated:   Wilmington, Delaware
         November 29, 2011

CLEARY GOTTLIEB STEEN & HAMILTON LLP       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

James L. Bromley (No. 5125)                Derek C. Abbott (No. 3376)
Lisa M. Schweitzer (No. 1033)              Eric D. Schwartz (No. 3134)
One Liberty Plaza                          Ann C. Cordo (No. 4817)
New York, New York 10006                   Chad A. Fights (No. 5006)
Telephone: (212) 225-2000                  1201 North Market Street
Facsimile: (212) 225-3999                  Wilmington, Delaware 19899-1347
                                           Phone: (302) 658-9200
*Counsel for the Debtors and Debtors in Possession*    Facsimile: (302) 658-3989

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are