**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:   Chapter 11
In re:                                          :
:   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]              :
:   Jointly Administered
                              Debtors.          :
:   **Related Docket No.  6713**
---------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION REGARDING THE FIRST MONTHLY APPLICATION FOR COMPENSATION OF MEMBERS OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES FOR THE PERIOD OCTOBER 1, 2011 THROUGH OCTOBER  31, 2011**

I, William F. Taylor, Jr., of McCarter & English LLP, Delaware Counsel to The Official Committee of Retirees (the "Retiree Committee"), in the above-captioned case, hereby certify the following:

1. On November 4, 2011, the Retiree Committee filed the *First Application for Compensation of Members of the Official Committee of Retired Employees for the period October 1, 2011 to October 31, 2011*  [Docket No. 6713] (the "Application").

2. Pursuant to the Notice of Application, objections to the Application were to be filed and served by November 24, 2011 ("Objection Deadline"). The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to Rule 9013-1(j) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and General Chambers Procedures § 2(a)(v), undersigned counsel files this Certificate of No Objection to the Application following two business days after the Objection Deadline.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ME1 12614957v.1

3. The Application requested allowance of expenses in the amount of $3,185.48 pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals ("Interim Compensation Order") (Docket No. 222). The Application also requested payment of expenses in that amount of $3,185.48 pursuant to the Interim Compensation Order. As noted above no objections were received to the full amount of the Members of the Official Committee of Retired Employees' expense request.

Dated: November 30, 2011
Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr._____
William F. Taylor, Jr. (DE Bar I.D. #2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 Facsimile
wtaylor@mccarter.com

-and-

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(212) 594-5000
(212) 967-4258 Facsimile
neilberger@teamtogut.com

*Counsel to the Official Committee of Retirees*