**CERTIFICATE OF SERVICE**

I, William F. Taylor, Jr., hereby certify that November 30, 2011, I caused a true and correct copy of the foregoing *Certificate of No Objection Regarding the First Application for Compensation of Members of the Official Committee of Retired Employees for the period October 1, 2011 to October 31, 2011* to be served upon the attached service list by U.S. Mail, postage pre-paid, or in the manner so indicated.

/s/ *William F. Taylor, Jr.*
William F. Taylor, Jr. (DE Bar I.D. #2936)

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
(Trustee)

Allen K. Stout
Nortel Networks
220 Athens Way, Suite 300
Nashville, TN 37228-1304
(Debtor)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
(Counsel for Official Committee Of Unsecured Creditors)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Official Committee Of Unsecured Creditors)

Derek C. Abbott, Esq.
Ann C. Cordo, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
(Debtor's Counsel)

James L. Bromley
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(Debtor's Counsel)

ME1 12614957v.1