IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) Objection Deadline: December 8, 2011 at 4:00 p.m. |
| | ) *Hearing Date: December 14, 2011 at 10:00 a.m.* |

## *RENOTICE*[2] OF THE MOTION OF THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS FOR AN ORDER INCREASING LIMITS ON FEES FOR LTD COMMITTEE COUNSEL

TO:   (i) the above-captioned Debtors; (ii) counsel to the Debtors, (iii) counsel to the Official Committee of Retired Employees; (iv) counsel to the Official Committee of Unsecured Creditors; (v) the Office of the United States Trustee for the District of Delaware; and (vi) all parties required to receive service under Del. Bankr. L.R. 2002-1(b) and Federal Rules of Bankruptcy Procedure 2002.

**PLEASE TAKE NOTICE** that the Official Committee of Long-Term Disability Participants ("LTD Committee") of the above captioned Debtors has filed a Motion for an Order Increasing Limits on Fees for LTD Committee Counsel (the "Motion"). LTD Counsel's fees are capped at $200,000 pursuant to the Order Authorizing the Employment and Retention of Elliott Greenleaf as Counsel to the Official Committee of Long Term Disability Participants *Nunc Pro Tunc* to June 22, 2011 (Docket No. 6415), with leave to seek an increase of fees for counsel for

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] The purpose of this Renotice is to identify the corrected hearing date of December 14, 2011 at 10:00, rather than the original date of December 15, 2011 at 10:00 a.m.


cause.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion must be filed on or before **Thursday December 8, 2011 at 4:00 p.m. (prevailing Eastern Time)** with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of any responses or objection upon the undersigned attorneys. **The previously noticed objection deadline has not changed.**

**PLEASE TAKE FURTHER NOTICE** that at the request of the Court, the originally scheduled omnibus hearing date of **Thursday, December 15, 2011 at 10:00 a.m.** has been cancelled. All matters scheduled for **Thursday, December 15, 2011 at 10:00 a.m.** shall now be heard on **Wednesday, December 14, 2011 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion, if necessary, shall be held before the Honorable Kevin Gross on *__Wednesday, December 14, 2011 at 10:00 a.m. (prevailing Eastern Time)__*[3] at the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801.

*Remainder of page intentionally left blank.*

---

[3] This hearing date was changed by the Court. The Debtors do not oppose the Motion being heard at this hearing. Chief Judge Gross' chambers has informed counsel to the LTD Committee that no motion to shorten notice is necessary.

PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES OR OBJECTIONS ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, AN ORDER MAY BE ENTERED GRANTING THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

Dated: November 30, 2011  **ELLIOTT GREENLEAF**
Wilmington, Delaware

                                            */s/ Rafael X. Zahralddin-Aravena*
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
Jonathan M. Stemerman (DE Bar No. 4510)
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email: jms@elliottgreenleaf.com

*Counsel for the Official Committee of Long Term Disability Participants*