## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |
| | ) **RE: Docket No. 6880** |

### SUPPLEMENT TO MOTION OF THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS FOR AN ORDER INCREASING THE LIMITS ON FEES FOR LTD COMMITTEE COUNSEL

The Official Committee of Long Term Disability Participants (the "LTD Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this supplement (the "Supplement") to its motion for an order increasing the $200,000 cap on legal fees for LTD Committee counsel (the "Motion") (Docket No. 6880). In support of this Supplement, the LTD Committee respectfully represents as follows:

1. On November 28, 2011, the LTD Committee filed the Motion. The Motion requested that the Cap[2] be increased $200,000 in the aggregate for the period December 1, 2011 through and including March 2012 for the fees of counsel to the LTD Committee, Elliott Greenleaf ("EG") .

2. As a supplement to the information provided in the Motion, the LTD Committee hereby provides a chart showing the fees and expenses incurred by EG to date:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms not defined herein shall have the same meaning as set forth in the Motion.

| Fee App. No./month | Date filed; docket no. | Fees requested | Fees approved | Expenses | CNO filed; docket no. |
|---|---|---|---|---|---|
| 1 (August) | 11/2/2011 Doc. No. 6708 | $59,704.50 | $47,763.60 (80%) | $457.80 | 11/28/2011 Doc. No. 6872 |
| 2 (Sept.) | 11/2/2011 Doc. No. 6709 | $53,242.00 | $42,593.60 (80%) | $4,946.63 | 11/28/2011 Doc. No. 6875 |
| 3 (Oct.) | 11/10/2011 Doc. No. 6749 | $48,812.00 | N/A | $1,402.14 | N/A[3] |
| 4 (Nov.) | N/A | $41,058.69[4] | N/A | $2,711.19 | N/A |
| Total | | $202,817.19 | | | |

As noted in the chart above, monthly time details for which EG has filed a fee application is included as an Exhibit to each month's respective fee application. The LTD Committee and its counsel have included this information as a courtesy to the Court and interested parties. EG and the LTD Committee submit that the fees to date have kept within or near the projected amounts of on average $50,000 a month and that the Committee and LTD Counsel will continue to diligently control fees.

3. Additionally, the LTD Committee provides a chart setting forth the hourly rates and years of experience of the attorneys that have contributed services in these cases:

| Professional | Rate | Years of Experience |
|---|---|---|
| Rafael X. Zahralddin-Aravena | $610 | 18 |
| Henry F. Siedzikowski | $565 | 32 |
| Shelley A. Kinsella | $410 | 10 |
| Jonathan M. Stemerman | $350 | 8 |
| Margaret S. Curran | $260 | 20 |

4. Notice of this Supplement has been provided to (a) counsel to the Debtors; (b) counsel to the Official Committee of Unsecured Creditors; (c) counsel to the Official

---

[3] Objection deadline is November 30, 2011. No objections have been received to date.
[4] Represents unaudited work-in-progress time through and including November 28, 2011. This amount represents an estimate and is subject to change.

2

Committee of Retired Employees; (d) the United States Trustee for the District of Delaware; and (e) all parties required to receive service under Rule 2002-1(b) of the Local Rules. The LTD Committee respectfully submits that, given the administrative nature of this Supplement, no other notice of the relief requested herein need to be given.

Dated: November 30, 2011
      Wilmington, Delaware

**ELLIOTT GREENLEAF**

/s/ Rafael X. Zahralddin-Aravena
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
Jonathan M. Stemerman (DE Bar No. 4510)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

*Counsel for the Official Committee of Long Term Disability Participants*