**CERTIFICATE OF SERVICE**

    I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Monthly Operating Report** (**Reporting Period October 1, 2011 Through October 31, 2011**) was caused to be made on December 1, 2011, in the manner indicated upon the entities identified below.

Date: December 1, 2011          */s/ Ann C. Cordo*
Wilmington, DE             Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**         **VIA FIRST CLASS MAIL**

Thomas P. Tinker, Esq.          Fred S. Hodara, Esq.
Office of the U.S. Trustee         Akin Gump Strauss Hauer & Feld LLP
844 King Street            One Bryant Park
Suite 2207, Lockbox 35          New York, NY 10036
Wilmington, DE 19801-3519        (Counsel for Official Committee
(Trustee)                Of Unsecured Creditors)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
(Counsel for Official Committee
Of Unsecured Creditors)

4167932.4