## STATUS A

## SERVICE NOT YET COMPLETED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS B

## SERVICE COMPLETE, ANSWERS DUE

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS C

## MOTION OR REQUEST FOR DEFAULT FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS D

## NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS E

## RESOLVED/SETTLED: MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55929 | Ian Martin Limited, *et al.* | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, a motion pursuant to Bankruptcy Rule 9019(b) will be filed in connection with this proposed settlement. |
| 10-55192 | TEKsystems Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to |

|  |  | the Settlement Procedures Order, a motion pursuant to Bankruptcy Rule 9019(b) will be filed in connection with this proposed settlement. |

## STATUS F

## DISCOVERY UNDERWAY

| **Adversary No.** | **Defendant** | **Status** |
| --- | --- | --- |
| 10-55165 | Beeline.com, Inc., *et al.* | Discovery will be proceeding in accordance with the Amended Scheduling Order dated October 21, 2011. |
| 10-53169 | CSWL, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated October 21, 2011. |

## STATUS G

## NOTICE OF SELECTION OF MEDIATOR FILED

| **Adversary No.** | **Defendant** | **Status** |
| --- | --- | --- |
| 10-55911 | Accton Technology Corporation | Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on October 6, 2011.  Mediation is scheduled to occur on February 28, 2012. |

## STATUS H

## READY FOR TRIAL

| **Adversary No.** | **Defendant** | **Status** |
| --- | --- | --- |
| None. |  |  |

## STATUS I

## DISPOSITIVE MOTION PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS J

## STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS K
## APPEAL PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |