**Wave 9 Service List**

**Via Hand Delivery**

(Counsel for Accton)
Morris James LLP
Eric Monzo
500 Delaware Ave.
Wilmington, DE 19899

(Mediator for Accton)
Ian Connor Bifferato
Bifferato LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801

(Counsel for Beeline.com)
Amanda Marie Winfree
Ashby & Geddes, P.A.
500 Delaware Ave.
Wilmington, DE 19801

(Counsel for CSWL, Inc.)
Rachel B. Mersky
Monzack Mersky McLaughlin & Browder, PA
1201 N. Orange St.
Suite 400
Wilmington, DE 19801

(Counsel for Ian Martin)
Pepper Hamilton LLP
David Fournier
Michael Custer
1313 N. Market St.
Wilmington, DE 19801

(Counsel for Alternate Communications International and Telecom Networks Solutions)
Carl N. Kunz, III
Morris James LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801

(Counsel for Systems & Software)
Eckert Seamans Cherin & Mellott, LLC
Ronald Gellert
Gaston Loomis, II
300 Delaware Ave., Suite 1210
Wilmington, DE 19801

(Counsel for TEKsystems Inc.)
Michael Joseph Joyce
Cross & Simon, LLC
913 North Market St.
Wilmington, DE 19801

**Via First Class Mail**

(Counsel for Accton)
Vasquez Benisek & Lindgren LLP
Jeffrey T. Lindgren
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

(Counsel for TEKsystems Inc.)
Lathrop & Gage LLP
Stephen Dexter
950 Seventeenth St.
Suite 2400
Denver, CO 80202

(Counsel for Systems & Software)
Eckert Seamans Cherin & Mellott, LLC
John Loughnane
Two International Place
Boston, MA 02110

(Counsel for CSWL, Inc.)
William T. Webb
Stimmel, Stimmel & Smith PC
155 Montgomery St., Suite 1200
San Francisco, CA 94104

(Counsel for Ian Martin)
Donald Hutchinson
Miller Canfield Paddock and Stone, P.L.C.
150 West Jefferson; Suite 2500
Detroit, MI 48226

(Counsel for Ian Martin)
Jose Javier Bartolomei
Miller Canfield Paddock and Stone, P.L.C.
101 N. Main St.
Ann Arbor, MI 48104

(Counsel for Beeline.com)
Daniel J. Merrett
Jones Day
1420 Peachtree St., N.E.
Suite 800
Atlanta, GA 30309

4125804.1