# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administered |
| | ) **Re: Docket No. 6750** |

## CERTIFICATE OF NO OBJECTION REGARDING THE FIRST QUARTERLY FEE APPLICATION OF ELLIOTT GREENLEAF, COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS, FOR COMPENSATION AND SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 2, 2011 THROUGH OCTOBER 31, 2011

The undersigned counsel hereby certifies that, as of the date hereof:

1. She has received no answer, objection, or other responsive pleading to the First Quarterly Fee Application of Elliott Greenleaf ("EG"), Counsel to the Official Committee of Long Term Disability Participants, for Compensation and Services Rendered and Reimbursement of Expenses for the Period August 2, 2011 through October 31, 2011 (the "Application") (Docket No. 6750) filed on November 10, 2011.

2. Pursuant to the Notice of Application, objections to the Application were to be filed and served by November 30, 2011 (the "Objection Deadline"). The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Pursuant to Rule 9013-1(j) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and general chambers procedures § 2(a)(v), undersigned counsel files this Certificate of No Objection regarding the Application following two business days after the Objection Deadline.

3. The Application requested payment of twenty percent (20%) of the interim fee amount in the amount of $32,351.70 (20% of $161,758.50) pursuant to the Administrative Order Pursuant to 11 U.S.C. §§ 105(A) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (the "Interm Compensation Order") (Docket No. 222). The Application also requested allowance of fees in the amount of $161,758.50 and expenses in the amount of $6,806.57 pursuant to the Interim Compensation Order. As noted above, no objections were received to the full amount of EG's fee and expense request.

Dated: December 2, 2011
Wilmington, DE

**ELLIOTT GREENLEAF**

*/s/ Shelley A. Kinsella*
Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
1105 N. Market Street, Ste 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

*Counsel to the Official Committee of Long Term Disability Participants*