**Via Hand Delivery**

Elihu Ezekiel Allinson, III
Sullivan Hazeltine Allinson LLC
901 North Market Street, Siote 1300
Suite 1300
Wilmington, DE 19801
Attorneys for Asteelflash California, Inc.

Thomas G. Macauley
Zuckerman and Spaeder LLP
919 Market Street
Suite 990
P.O. Box 1028
Wilmington, DE 19899
Attorneys for PowerSteering Software, Inc.

4125804.1