## STATUS A

### SERVICE NOT YET COMPLETED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS B

### SERVICE COMPLETE, ANSWERS DUE

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS C

### MOTION OR REQUEST FOR DEFAULT FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS D

### NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS E

### RESOLVED/SETTLED: MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55919 | Oclaro Technology Limited f/k/a Oclaro Technology Plc. f/k/a Bookham Technology Plc. f/k/a Avanex Corporation | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, an Order pursuant to Bankruptcy Rule 9019(b) was entered on November 28, 2011. |

## STATUS F

## DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55921 | Prime Carrier Ltd. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated November 18, 2011. |

## STATUS G

## NOTICE OF SELECTION OF MEDIATOR FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55917 | Media5 Corporation | Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on November 22, 2011. |

## STATUS H

## READY FOR TRIAL

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS I

## DISPOSITIVE MOTION PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS J

## STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS K
## APPEAL PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

NEWYORK:2446674.3