UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

_____

In re:   NORTEL NETWORKS, INC., et al.              Case No. 09-10138-KG

Debtor.                                              Chapter 11

_____

NOTICE OF APPEARANCE AND REQUEST
FOR NOTICE ON BEHALF OF CORE BROOKFIELD LAKES, LLC

_____

Pursuant to Bankruptcy Rules 2002 and 9010, the undersigned appears on behalf of Core Brookfield Lakes, LLC, a creditor herein, and requests notice of all matters of which notice is given to creditors, any creditors' committee or any other party in interest herein, including all schedules, amended schedules, motions, applications, plans of reorganization, disclosure statements, orders and other documents and pleadings, including those in adversary proceedings; and further requests that such notices be sent as hereinafter set forth and that the following be added to the court's master mailing list:

Russell S. Long, Esq.
Davis & Kuelthau, s.c.
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202-6613

Dated:  December 5, 2011.

s/Russell S. Long
Russell S. Long (WI Bar No. 1008602)
Attorney for Core Brookfield Lakes, LLC
Davis & Kuelthau, s.c.
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
Telephone:  414.225.1456
Fax:  414.278.3656
Email: rlong@dkattorneys.com

Russell S. Long, Esq.
Davis & Kuelthau, s.c.
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
Telephone: 414.225.1456
Fax: 414.278.3656
Email:  rlong@dkattorneys.com

N:\DOCS\40566\97321\11130451