UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
Nortel Networks Inc., *et al.*,[1]                              :   Case No. 09-10138 (KG)
                                                                :
               Debtors.                                         :   (Jointly Administered)
                                                                :
                                                                :   **Related Docket No. 6458**
---------------------------------------------------------------- x

CERTIFICATION OF COUNSEL REGARDING AMENDED ORDER GRANTING
MOTION OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES PURSUANT TO
11 U.S.C. §§ 105(a), 1102(b)(3)(A), 1103(c), 1114(b)(2) AND 1114(k)(3)
FOR ENTRY OF AN ORDER CLARIFYING ITS REQUIREMENT TO
PROVIDE ACCESS TO INFORMATION UNDER 11 U.S.C. § 1102(b)(3)(A)

I, Kate Roggio Buck, an attorney with McCarter & English, LLP, Counsel to the Official Committee of Retirees (the "Retiree Committee") for the above referenced bankruptcy proceeding, hereby certify the following:

1. On September 22, 2011, Retiree Committee filed the *Motion of the Official Committee of Retired Employees Pursuant to 11 U.S.C. §§ 105(a), 1102(b)(3)(A), 1103(c), 1114(b)(2) and 1114(k)(3) for an Entry of an Order Clarifying its Requirement to Provide Access to Information Under 11 U.S.C. §§ 105(a), 1102(b)(3)(A)* [the "Motion"] [Docket No. 6458], whereby Retiree Committee sought, clarification and implementation of an Order, *nunc pro tunc* to August 22, 2011 (the "Retiree Committee Formation Date") for an information protocol (the "Information Protocol") regarding the dissemination of information to participants in the Debtors' Retiree Welfare Plans (the "Retiree Plan Participants").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

2. The Notice provided that any objections or responses to the Motion were to be filed with the Court and served upon the undersigned counsel by 4:00 p.m. on October 12, 2011.

3. On October 14, 2011, Retiree Committee filed a Certificate of No Objection regarding Motion of the Official Committee of Retired Employees Pursuant to 11 U.S.C. §§ 105(a), 1102(b)(3)(A), 1103(c), 1114(b)(2) and 1114(k)(3) for an Entry of an Order Clarifying its Requirement to Provide Access to Information Under 11 U.S.C. §§ 105(a), 1102(b)(3)(A) [the "CNO"] [Docket No. 6595]

4. On October 17, 2011, the Court entered the Order Granting Motion of the Official Committee of Retired Employees for Entry of an Order Clarifying Its Requirement to Provide Access to Information [the "Order"] [Docket No. 6634].

5. Subsequent to the entry of the Order, counsel to the Debtors provided comments to the Order. Accordingly, with the approval of the Unsecured Creditors Committee, the Retiree Committee has revised the Order to incorporate the comments from the Debtors. The amended proposed form of Order (the "Amended Proposed Order") is attached hereto as **Exhibit A**. A blackline comparing the Amended Proposed Order to the original entered on October 17, 2011, is attached hereto as **Exhibit B**.

6. Pursuant to Rule 90l3-l(k) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, counsel certifies that the amendment is not material and that all interested parties have consented.

7. In light of the foregoing, it is respectfully requested that the Amended Proposed Order be entered at the earliest convenience of the Court.

**[Remainder of page intentionally left blank]**

|  |  |
|---|---|
| Dated: December 5, 2011<br>Wilmington, DE | **MCCARTER & ENGLISH, LLP**<br><br>/s/ Kate Roggio Buck_____<br>William F. Taylor, Jr. (DE Bar I.D. #2936)<br>Kate Roggio Buck (DE Bar I.D. #5140)<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>(302) 984-6399 Facsimile<br>wtaylor@mccarter.com<br>kbuck@mccarter.com<br><br>-and-<br><br>Albert Togut, Esquire<br>Neil Berger, Esquire<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>New York, New York 10119<br>(212) 594-5000<br>(212) 967-4258 Facsimile<br>neilberger@teamtogut.com<br><br>*Counsel to the Official Committee of Retirees* |

ME1 12629961v.1