IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
                                                             :
*In re*                                                      :   Chapter 11
                                                             :
Nortel Networks Inc., *et al.*,[1]                           :   Case No. 09-10138 (KG)
                                                             :
            Debtors.                      :   Jointly Administered
                                                             :
------------------------------------------------------------ X

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 6754

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht and Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Thirty-First Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2011 Through September 30, 2011** (the "Application") (D.I. 6754), filed on November 11, 2011.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than December 1, 2011 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Fees And

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Expenses for Professionals and Official Committee Members entered on February 4, 2009, the Debtors are authorized to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) +(3) ) |
|---|---|---|---|
| $4,173.75 | $0.00 | $3,339.00 | $3,339.00 |

WHEREFORE, the Debtors respectfully request that the Application be approved.

Dated: December 5, 2011
   Wilmington, Delaware

          CLEARY GOTTLIEB STEEN & HAMILTON LLP

          James L. Bromley (No. 5125)
          Lisa M. Schweitzer (No. 1033)
          One Liberty Plaza
          New York, New York 10006
          Telephone:  (212) 225-2000
          Facsimile:  (212) 225-3999

          - and -

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Chad A. Fights*
          Derek C. Abbott (No. 3376)
          Eric D. Schwartz (No. 3134)
          Ann C. Cordo (No. 4817)
          Chad A. Fights (No. 5006)
          1201 North Market Street, 18th Floor
          P.O. Box 1347
          Wilmington, DE  19899-1347
          Telephone:  (302) 658-9200
          Facsimile:  (302) 425-4663

          *Counsel for the Debtors and Debtors In Possession*

4481147