IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT    )
                                              ) ss.:
COUNTY OF HARTFORD    )

BRIAN HUNT, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as an Associate Consultant by Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095 and I am not a party to the above-captioned action.

2. On December 5, 2011, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

   a) the sellers of the claims as listed on the annexed Exhibit B,
   b) the buyers of the claims as listed on the annexed Exhibit C,
   c) counsel to the Debtors as listed on Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Brian Hunt

Sworn to before me this
5th day of December, 2011

_____
Tim Conklin
Notary Public, State of Connecticut

TIMOTHY C. CONKLIN
NOTARY PUBLIC
State of Connecticut
My Commission Expires
May 31, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:   Avion Systems Inc.
      200 Mansell Court East, Suite 300
      Roswell, GA  30076

Your claim, in the amount of **$26,040.00** has been transferred, unless previously expunged by Court Order, to:

TRC Master Fund LLC
Attn: Terrel Ross
336 Atlantic Avenue, Suite 302
East Rockaway, NY  11518

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#6785** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By   /s/Brian Hunt
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 5, 2011

**EXHIBIT B**

AVION SYSTEMS INC., 200 MANSELL COURT EAST, SUITE 300, ROSWELL, GA 30076

SECURITAS SECURITY SERVICES USA, 2 CAMPUS DRIVE, PARSIPPANY, NJ 07950

DENNIS DEBORD, 13000 BELLFORD CT., RALEIGH, NC 27614

EDGAR MURPHY III, 204 BARRINGTON OVERLOOK DR., DURHAM, NC 27703

IMPULSE TECHNOLOGIES, 920 GANA COURT, MISSISSAUGA, ON L5S 1Z4 CANADA

EXAR CORP., 48720 KATO RD., FREMONT, CA 94538

VOXEO CORPORATION, 189 S. ORANGE AVENUE, ORLANDO, FL 32801

BWCS, 6 WORCESTER ROAD, LEDBURY HR8 1PL, UNITED KINGDOM

ERNEST HIGGINBOTHAM, PO BOX 832861, RICHARDSON, TX 75083

GLOBAL ELECTRIC ELECTRONICS PROCESSING (USA) INC., D/B/A GEEP 2710 WECK DRIVE, DURHAM, NC 27713

TERRY G. HUNGLE, 18780 WAINSBOROUGH, DALLAS, TX 75287

FAIR HARBOR CAPITAL, LLC, TRANSFEROR: NORTH CAROLINA STATE UNIVERSITY, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023

MICHAEL LAMBERT, 10413 S HIGHLAND CIRCLE, OLATHE, KS 66061

LONGACRE INSTITUTIONAL OPPORTUNITY FUND, TRANSFEROR: TATA AMERICA INTERNATIONAL, ATTN: VLADIMIR JELISAVCIC, 810 SEVENTH AVENUE, 33RD FLOOR, NEW YORK, NY 10019

**EXHIBIT C**

TRC MASTER FUND LLC, ATTN: TERREL ROSS, 336 ATLANTIC AVENUE, SUITE 302 EAST ROCKAWAY, NY 11518

LONGACRE OPPORTUNITY FUND, L.P., ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR, NEW YORK, NY 10019

LIQUIDITY SOLUTIONS, INC., ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ 07601

HAIN CAPITAL HOLDINGS, LTD, ATTN: RACHEL YAMNIK, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070

LONGACRE INSTITUTIONAL OPPORTUNITY FUND, L.P., ATTN: VLADIMIR JELISAVCIC, 810 SEVENTH AVENUE, 33RD FLOOR, NEW YORK, NY 10019

FAIR HARBOR CAPITAL, LLC, ANSONIA FINANCE STATION, PO BOX 237037 NEW YORK, 10023

AVENUE TC FUND, L.P., ATTN: DAVID S. LEINWAND, 399 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10022

**EXHIBIT D**

CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA, NEW YORK, NY  10006