## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : Chapter 11 | |
| : | |
| NORTEL NETWORKS INC., *et al.,*[1] : Case No. 09-10138 (KG) | |
| : Jointly Administered | |
| Debtors. : | |
| : **Re: Docket No. 6870** | |
| : | |
| Nortel Networks Inc., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : Adv. Pro. No. 10-55931 (KG) | |
| : | |
| Prudential Relocation, Inc. : | |
| : | |
| Defendants. : | |
| : **Re: Docket No. 29** | |

**CERTIFICATE OF SERVICE REGARDING UNREDACTED VERSION
OF DEBTOR'S MOTION PURSUANT TO BANKRUPTCY RULE 9019
FOR ENTRY OF AN ORDER APPROVING THE STIPULATION OF
SETTLEMENT OF AVOIDANCE CLAIMS BY AND BETWEEN
NORTEL NETWORKS INC. AND PRUDENTIAL RELOCATION, INC.**

I, Raymond H. Lemisch, Esquire, hereby certify that on December 5, 2011, a true

and correct copy of the unredacted version of the *Debtor's Motion Pursuant to*

*Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of*

*Avoidance Claims by and Between Nortel Networks Inc. and Prudential Relocation, Inc.*

[D.I. 6870; Adv. D.I. 29] was served via Hand Delivery or Regular Mail upon the

following parties:

---

[1] In addition to Nortel Networks Inc., the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA"). Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| ***Via Hand Delivery***<br>Kevin Callahan, Esquire<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | ***Via Hand Delivery***<br>Christopher M. Samis, Esquire<br>Drew G. Sloan, Esquire<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE 19801<br>*Counsel to the Official Committee of Unsecured Creditors* |
| ***Via Regular Mail***<br>Fred S. Hodara, Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>*Counsel to the Official Committee of Unsecured Creditors* | ***Via Hand Delivery***<br>Laura Davis Jones, Esquire<br>Kathleen P. Makowski, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>*Counsel for the Bondholder Group* |
| ***Via Regular Mail***<br>Thomas R. Kreller<br>Milbank, Tweed, Hadley & McCloy LLP<br>601 South Figueroa St., Suite 3000<br>Los Angeles, CA 90017<br>*Counsel for the Bondholder Group* | |

Dated: December 6, 2011

**BENESCH, FRIEDLANDER, COPLAN  & ARONOFF LLP**

By:  */s/ Raymond H. Lemisch*
Raymond H. Lemisch, Esquire (No. 4204)
Jennifer R. Hoover, Esquire (No. 5111)
Jennifer E. Smith, Esquire (No. 5278)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302-442-7010 (telephone)
302-442-7012 (facsimile)
rlemisch@beneschlaw.com
jhoover@beneschlaw.com
jsmith@beneschlaw.com

*Special Litigation Counsel for the Debtors*