UNITED STATES BANKRUPTCY COURT
District of Delaware

| | | |
|---|---|---|
| Nortel Networks Inc. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | CASE NO. 09-10138 |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |

NOTICE OF ADDRESS CHANGE FOR
TANNOR PARTNERS CREDIT FUND II, LP

PLEASE TAKE NOTICE that TANNOR PARTNERS CREDIT FUND II, LP, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor and his representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims, and hereby request that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the new address set forth below, effective as of the date hereof.

Former Address
TANNOR PARTNERS CREDIT FUND II, LP
200 Business Park Drive, Suite 200
Armonk, NY 10504

New Address
**TANNOR PARTNERS CREDIT FUND II, LP**
**150 Grand Street, Suite 401**
**White Plains, NY 10601**
**914-509-5000**


**TANNOR PARTNERS CREDIT FUND II, LP**

By:      /s/ Robert J. Tannor

Title:      General Partner

Date:      12/05/2011