**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------x
:       Chapter 11
In re:    :
:       Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]    :
:       Jointly Administered
                  Debtors.    :
: **Objections Due:  December 26, 2011 @ 4:00 p.m.**
: **Hearing Date: Only if Objections Filed**
------------------------------------------------------------x

**FIRST APPLICATION FOR AN ALLOWANCE OF REIMBURSEMENT**
**OF EXPENSES INCURRED BY GARY DONAHEE, A MEMBER**
**OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES**
**FOR THE PERIOD OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| | |
|---|---|
| Name of Applicant: | **Committee Member Seeking Reimbursement: GARY DONAHEE** |
| Authorized to Provide Services to: | **The Official Committee of Retired Employees** |
| Date of Appointment: | **June 21, 2011** |
| Period for which Expense Reimbursement is Sought: | **October 1, 2011 Through October 31, 2011** |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$ 2,236.09** |
| | **This is a  x  Monthly Application.** |

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ME1 12645380v.1

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| N/A | | | |

**EXPENSE SUMMARY**[1]
Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

**GARY DONAHEE**[2]
**EXPENSE SUMMARY**
**OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare (10/5/11-10/6/11) | American Airlines (Rates are based on an Economy Class Ticket)[3] | $1,618.95 |
| Lodging (10/5/11-10/6/11) | The Millenium Hilton | 564.63 |
| Parking | Freedom Park (Airport Parking) | 52.51 |
| **Grand Total Expenses** | | **$2,236.09** |

---

[1] On October 5 – 6, 2011, certain members of the Official Committee of Retired Employees traveled to New York City to meet with representatives of the Debtors and other parties in interest.

[2] Copies of the supporting receipts for Gary Donahee are attached hereto as Exhibit "A"

[3] Gary Donahee traveled to and from Dallas Fort Worth, first-class, but is only seeking reimbursement of expenses based on an economy class ticket.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:     Chapter 11
In re:     :
:     Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[4]     :
:     Jointly Administered
              Debtors.     :
: **Objections Due: December 26, 2011 @ 4:00 p.m.**
: **Hearing Date: Only if Objections Filed**
------------------------------------------------------------x

## FIRST APPLICATION FOR AN ALLOWANCE OF REIMBURSEMENT OF EXPENSES INCURRED BY GARY DONAHEE, A MEMBER OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES FOR THE PERIOD OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

Pursuant to 11 U.S.C. §§ 105 and 330 of the United States Bankruptcy Code, Gary Donahee, as a member of the Official Committee of Retired Employees (the "Retiree Committee") appointed in these cases, hereby move this Court for reimbursement of reasonable, actual and necessary expenses incurred as a member of the Retiree Committee in the aggregate amount of $2,236.09, for the period commencing October 1, 2011 through and including October 31, 2011 (the "Fee Period"). In support of this Application, the Retiree Committee respectfully represents as follows:

---

[4] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ME1 12645380v.1

## JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On January 14, 2009 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3. No trustee or examiner has been appointed in the Debtors' jointly administered bankruptcy cases.

4. On January 26, 2009, the United States Trustee for the District of Delaware appointed the Official Committee of Unsecured Creditors.

## APPOINTMENT OF OFFICIAL COMMITTEE OF RETIRED EMPLOYEES

5. On June 21, 2011, this Court entered an Order Pursuant to Section 1114 of the Bankruptcy Code Appointing an Official Committee of Retired Employees [D.I. 5783].

6. On August 2, 2011, the United States Trustee appointed the Retiree Committee [D.I. 6074]. The Retiree Committee consists of the following members: Gary R. Donahee; Michael P. Ressner; Susan Kane; John T. Zalokar; and Mark M. Haupt, Sr.

## FEE PROCEDURES ORDER

7. On February 4, 2009 the Court entered an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [D.I. 222] (the "Administrative Order"). Under the terms of the Administrative Order, members of the Retiree

Committee are authorized to submit statements for reimbursement of expenses and receive one hundred percent reimbursement of approved expenses.

## RELIEF REQUESTED

8.      Pursuant to the Administrative Order and sections 105, 331 and 503(b)(3)(F) of the Bankruptcy Code, the Retiree Committee respectfully submits this Application for allowance of reimbursement of actual, reasonable and necessary expenses incurred by Gary Donahee, a member representing the Retiree Committee during the Fee Period.

9.      During the Fee Period, while serving as a member of the Retiree Committee, Gary Donahee incurred out-of-pocket expenses in the total amount of $2,236.09.  True and complete copies of the supporting receipts for the reimbursement of expenses sought are attached hereto as Exhibit "A".  As of the date of this Application, Gary Donahee, on whose behalf this Application is being submitted, has received no payments on account of these expenses.

## REIMBURSEMENT OF REASONABLE, ACTUAL AND NECESSARY EXPENSES IS APPROPRIATE

10.     As a member of the Retiree Committee, Gary Donahee requests reimbursement of expenses in the aggregate amount of $2,236.09.  Such expenses relate to a meeting in New York City with representatives of the Debtors and other parties in interest.

11.     The expenses incurred by Gary Donahee were necessary to permit the effective performance of the member's duties under section 1003 of the Bankruptcy Code and are reimbursable from the Debtors' estates.

12.     The "majority of courts agree that committee members should be reimbursed for their expenses, e.g. costs relating to attending committee meetings."  Creditors Comm. Chairmam v. Fibrex, Inc. (In re Fibrex, Inc.), 240 B.R. 714, 717 (Bankr S.D. Inc. 2001).  Section 503(b)(3)(F) permits a member of a committee appointed under section 1102 of the Bankruptcy

4

Code to "timely file a request for payment of an administrative expense" if such expenses are incurred in the performance of the duties of a duly appointed committee. <u>Id.</u>

13. This is Gary Donahee's first Application, as a member of the Retiree Committee, and for this reason none of the expenses for which reimbursement is requested are duplicative of any expenses requested or awarded in any prior application.

14. To the extent that charges for disbursements incurred relate to the Fee Period, but were not processed before the preparation of this Application, the Retiree Committee reserves the right to request additional reimbursement of such expenses in a future application.

**[concluded on the following page]**

**WHEREFORE**, Messr. Donahee., as a member of the Retiree Committee, respectfully requests that he be allowed reimbursement in the amount of $2,236.09 for actual, reasonable and necessary expenses incurred during the Fee Period, and request such other and further relief as is just.

Dated:  Wilmington, Delaware
       December 6, 2011

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (Del. No. 2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Tel. (302) 984-6313
Email:  wtaylor@mcarter.com

- and -

**TOGUT, SEGAL & SEGAL LLP**
Albert Togut (*Pro Hac Vice Admission*)
Scott E. Ratner (*Pro Hac Vice Admission*)
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Email:  altogut@teamtogut.com
Email:  seratner@teamtogut.com

*Counsel to the Official Committee of Retired Employees*

5