# EXHIBIT A

10/20/11 10:33 AM

| | | | | |
|---|---|---|---|---|
| Transaction Date: | 09/27/2011 Tue | | | |
| Transaction Description: | AA AIR TICKET SALE 4DALLAS TX | | | |
| | AMERICAN AIRLINES | | | |
| | From: | To: | Carrier: | Class: |
| | DALLAS/FORT WORTH | NEW YORK LA GUARDI | AA | P |
| | | DALLAS/FORT WORTH | AA | P |
| | | N/A | YY | 00 |
| | | N/A | YY | 00 |

Ticket Number: 0012346741828            Date of Departure: 10/05

Passenger Name: DONAHEE/GARY

Document Type: PASSENGER TICKET

| | |
|---|---|
| Cardmember Name: | GARY R DONAHEE |
| Amount $: | 2,367.40 |
| Doing Business As: | AMERICAN AIRLINES E TKT |
| Merchant Address: | AMERICAN AIRLINES-CCS<br>7645 E 63RD ST, SUITE 600<br>TULSA<br>OK<br>74133<br>UNITED STATES |
| Reference Number: | 320112710496102410 |
| Category: | Travel - Airline |

# Millenium Hilton

55 Church Street • New York, NY 10007
Phone (212) 693-2001 • Fax (212) 571-2316
Reservations
www.hilton.com or 1 800 HILTONS

**Name & Address**

DONAHEE, GARY
5517 SAINT ANDREWS COURT

PLANO, TX 750934235
US

| | |
|---|---|
| Room | 4706/K1RC |
| Arrival Date | 10/5/2011  5:15:00PM |
| Departure Date | 10/6/2011 |
| Adult/Child | 1/0 |
| Room Rate | 489.00 |

RATE PLAN L-DJ

HH# 377719008 SILVER
AL: AA #B941352
BONUS AL:      CAR:

CONFIRMATION NUMBER : 3443759680

10/6/2011   PAGE   1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 10/5/2011 | GUEST ROOM | RVANDEN | 5806868 | $489.00 | | |
| 10/5/2011 | STATE SALES TAX 8.875% | RVANDEN | 5806868 | $43.40 | | |
| 10/5/2011 | CITY TAX - RMS 5.875% | RVANDEN | 5806868 | $28.73 | | |
| 10/5/2011 | ROOM OCC. TAX $2.00 | RVANDEN | 5806868 | $2.00 | | |
| 10/5/2011 | JAVITS CENTER TAX FEE | RVANDEN | 5806868 | $1.50 | | |
| | WILL BE SETTLED TO AX *2009 | | | | | $564.63 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

EXPENSE REPORT SUMMARY

|  | 12:00:00AM | STAY TOTAL |
|---|---|---|
| ROOM & TAX | $564.63 | $564.63 |
| DAILY TOTAL | $564.63 | $564.63 |

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings for this or any other stay at more than 3,000 Hilton Family hotels worldwide, please visit HiltonHHonors.com.*

*Thank you for choosing Hilton! Book your next stay at hilton.com and take advantage of our internet-only Advance Purchase Rates and limited-time special offers!*

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| | 978936 A |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

## Zip-Out Check-Out®

Good Morning ! We hope you enjoyed your stay. With Zip-Out Check-Out® there is no need to stop at the Front Desk to check out.
- Please review this statement. It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  ÷ pay at the time of purchase.
  ÷ charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.
Simply call the Front Desk from your room and tell us when you are ready to depart. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any*

THANK  YOU 

Resent-From: gdonahee@hotmail.com
From: FreedomPark Reservations <reservations@freedomparkdfw.com>
Subject: Airport Parking Receipt - Gary Donahee 10/05-10/06
Date: October 7, 2011 2:15:17 AM CDT
Resent-To: gdonahee@me.com
To: Gary Donahee <gdonahee@hotmail.com>

# Airport Parking Receipt



**FreedomPark**
AIRPORT VALET SERVICES
2 0 0 1  -  2 0 1 1
CELEBRATING 10 YEARS AT DFW

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1355912
Date: 10/4/2011 9:44:48 AM

SOLD TO
Gary Donahee
214-986-5443
gdonahee@hotmail.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1355912 | 10/5/2011 | 10/6/2011 | | $52.51 |

Charges for AMEX ending in 1000 - Corp

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge |
|---|---|---|---|---|---|---|---|
| Parking | 2 | $22.00 | $44.00 | $3.63 | $4.88 | | $52.51 |