# Exhibit A

## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS
### RENDERING SERVICES FROM
### NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

| Name of Professional | Position | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Kate A. Mahoney | Paralegal | 5.4 Hrs | $200/hr | $1,080.00 |
| Kristin McCloskey | Paralegal | 22.7 Hrs | $215/hr | $4,880.50 |
| Theresa M. Snow | Paralegal | 25.3 Hrs | $215/hr | $5,439.50 |
| Margaret S. Curran | Associate | 23.6 Hrs | $260/hr | $6,136.00 |
| Jonathan M. Stemerman | Associate | 4.9 Hrs | $350/hr | $1,715.00 |
| Shelley A. Kinsella | Counsel | 22.3 Hrs | $410/hr | $9,143.00 |
| Kevin S. Anderson | Shareholder | 0.6 Hrs | $420/hr | $252.00 |
| Rafael X. Zahralddin | Shareholder | 31.5 Hrs | $610/hr | $19,215.00 |
| Rafael X. Zahralddin | Shareholder | 4.3 Hrs | $305/hr | $1,311.50 |

**Total:**  140.6 Hrs   $49,172.50

**Blended Rate:**  $349.73/hour

# Exhibit B

# Elliott Greenleaf

www.elliottgreenleaf.com

**ELLIOTT GREENLEAF**

P.O. Box 3010

Blue Bell, Pennsylvania  19422

EIN #23-2617189

Allen K. Stout
Nortel Networks
220 Athens Way
Suite 300

Nashville TN  37228-1304

December 6, 2011

Bill Number  105120

File Number  60351-001

**FOR PROFESSIONAL SERVICES RENDERED**

Re:  In re Nortel 09-10138(KG)

**LEGAL SERVICES**

Through   November 30, 2011

Meetings of and Communications with Creditors

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/01/11 | KM2 | [B150-] Supplement minutes to committee meeting from 10/28/11 (0.3); email to Committee re: same (0.1) | 0.40 Hrs |
| 11/01/11 | SAK | [B150-] Emails from E. Gershbein re website functionality issues; emails from Committee members re same | 0.20 Hrs |
| 11/01/11 | MSC | [B150-] Analyzed October 28, 2011 LTD Committee meeting minutes | 0.20 Hrs |
| 11/02/11 | SAK | [B150-] Analyze multiple website inquiries | 0.20 Hrs |
| 11/03/11 | SAK | [B150-] Instructions to T. Snow re website issues; telephone conference with B. Gallagher | 0.20 Hrs |
| 11/03/11 | SAK | [B150-] Analyze multiple website inquiries | 0.20 Hrs |
| 11/03/11 | RXZ | [B150-] Analyze and revise minutes for 10/28 and circulate to committee | 0.30 Hrs |
| 11/04/11 | SAK | [B150-] Instructions to T. Snow re revisions to website | 0.10 Hrs |
| 11/04/11 | TMS | [B150-] Analyze emails to/from B. Gallagher, R. Zahralddin, and S. Kinsella regarding web site and FAQ's | 0.20 Hrs |
| 11/07/11 | TMS | [B150-] Supplement and email agenda to committee professionals for November 7, 2011 conference call | 0.10 Hrs |
| 11/07/11 | RXZ | [B150-] Conference call with committee, committee lawyers and committee financial advisors | 1.10 Hrs |
| 11/08/11 | MSC | [B150-] Telephone call with LTD participant John Rossi regarding his concerns of Nortel's accounting of his LTD benefit and offsets taken | 0.30 Hrs |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/09/11 | MSC | [B150-] Research relevance of "state mandated disability law" referred to in the 2000 LTD summary plan description and drafted email to Committee explaining state mandated disability | 0.40 Hrs |
| 11/10/11 | SAK | [B150-] Instructions to T. Snow re revisions to website | 0.10 Hrs |
| 11/10/11 | SAK | [B150-] Analyze M. McWalters website registration | 0.10 Hrs |
| 11/10/11 | SAK | [B150-] Analyze R. Hodges website registration | 0.10 Hrs |
| 11/10/11 | SAK | [B150-] Analyze R. Hodges website inquiry | 0.10 Hrs |
| 11/11/11 | SAK | [B150-] Conference with T. Snow re revisions to website; email exchanges re same | 0.20 Hrs |
| 11/11/11 | TMS | [B150-] Analyze Retiree Committee FAQ section on KCC web site for comparison to LTDer's FAQ section and update LTDer's FAQ section (.2) emails to/from B. Gallagher regarding FAQ section (.1) | 0.30 Hrs |
| 11/14/11 | SAK | [B150-] Analyze Minutes from Committee telephone conference | 0.10 Hrs |
| 11/14/11 | TMS | [B150-] Update FAQ's for web site (.1); conferences and emails with R. Zahralddin regarding FAQ's (.1) | 0.20 Hrs |
| 11/14/11 | RXZ | [B150-] Prepare for committee call | 0.60 Hrs |
| 11/14/11 | MSC | [B150-] Attend conference call of the LTD Committee | 2.30 Hrs |
| 11/14/11 | RXZ | [B150-] E-mails and updates and approval of drafts of FAQs for LTD website | 0.50 Hrs |
| 11/14/11 | RXZ | [B150-] Prepare notes for minutes and update T. Snow draft of same | 0.50 Hrs |
| 11/15/11 | TMS | [B150-] Supplement minutes of November 14, 2011 committee conference call and email and conference with R. Zahralddin regarding same | 0.20 Hrs |
| 11/22/11 | SAK | [B150-] Analyze D. Zimmerman's website registration | 0.10 Hrs |
| 11/22/11 | SAK | [B150-] Analyze LJ Wilkinson's website registration | 0.10 Hrs |
| 11/22/11 | SAK | [B150-] Analyze R. Hodges website inquiry | 0.10 Hrs |
| 11/28/11 | SAK | [B150-] Analyze R. Hawkins website inquiry; conference with R. Zahralddin re response to same | 0.20 Hrs |
| 11/28/11 | RXZ | [B150-] Call with B. Moore re: update to 1102 orders for retiree and LTD committees | 0.20 Hrs |
| 11/28/11 | RXZ | [B150-] Analyze record re: update to 1102 orders for retiree and LTD committees | 0.50 Hrs |
| 11/29/11 | SAK | [B150-] Email exchange with K. Wagner re website issues | 0.20 Hrs |
| 11/29/11 | RXZ | [B150-] Response to LTD Participant re: status of case and budget for legal fees | 0.40 Hrs |
| 11/30/11 | SAK | [B150-] Email to R. Zahralddin re LTD participant's inquiry | 0.10 Hrs |

| | | | |
|---|---|---|---|
| | Meetings of and Communications with Creditors Totals | 11.10 Hrs | $4,612.00 |

### EG Retention

| 11/02/11 | SAK | [B160-] Email exchange with K. Mahoney re supplemental conflict check issues | 0.20 Hrs |
|---|---|---|---|
| 11/02/11 | SAK | [B160-] Conference with K. McCloskey re conflict check issue; instructions re same | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 11/02/11 | SAK | [B160-] Email exchange with R. Zahralddin re status of supplemental conflict check; email to K. Mahoney re same | 0.20 Hrs |
| 11/03/11 | SAK | [B160-] Conference with K. Mahoney re status of supplemental conflict check; email exchange re same | 0.20 Hrs |
| 11/03/11 | KM2 | [B160-] Emails with S. Kinsella re: supplemental affidavit in support of Elliott Greenleaf's retention | 0.20 Hrs |
| 11/08/11 | SAK | [B160-] Conference with K. McCloskey and K. Mahoney re status of Supplemental Disclosure preparations | 0.20 Hrs |
| 11/08/11 | KM2 | [B160-] Factual investigation re: supplemental affidavit regarding Elliott Greenleaf's retention | 1.30 Hrs |
| 11/14/11 | KM2 | [B160-] Confer with S. Kinsella and T. Snow re: supplemental affidavit in support | 0.10 Hrs |
| 11/15/11 | SAK | [B160-] Conference with T. Snow re supplemental conflict check issues | 0.20 Hrs |
| 11/23/11 | SAK | [B160-] Conference with R. Zahralddin re requesting increase of cap for purposes of further Committee representation; email exchange re same | 0.20 Hrs |
| 11/23/11 | JXS | [B160-] Meeting with R. Zahralddin re: increase of cap amount | 0.30 Hrs |
| 11/28/11 | KM2 | [B160-] Prepare notice for motion to increase cap | 0.30 Hrs |
| 11/28/11 | KM2 | [B160-] Prepare certificate of service for motion to increase cap | 0.20 Hrs |
| 11/28/11 | KM2 | [B160-] Assist with service of motion to increase cap | 0.70 Hrs |
| 11/28/11 | KM2 | [B160-] Supplement motion to increase cap and related documents (0.5); confer with R. Zahralddin re: same (0.1) | 0.60 Hrs |
| 11/28/11 | RXZ | [B160-] Analyze and update motion for request of extension of fee cap for LTD counsel | 1.20 Hrs |
| 11/28/11 | SAK | [B160-] Analyze draft of Motion to Extend LTD Committee Cap; comments to J. Stemerman and R. Zahralddin re same | 0.40 Hrs |
| 11/28/11 | JXS | [B160-] Supplement Motion to increase cap in response to comments from LTD Committee members and R. Zahralddin | 0.50 Hrs |
| 11/28/11 | KM2 | [B160-] File motion to increase cap | 0.30 Hrs |
| 11/28/11 | RXZ | [B160-] Supervise filing and service of motion to increase limit on fees for LTD committee | 0.50 Hrs |
| 11/28/11 | JXS | [B160-] Continue preparation of motion to increase cap | 1.90 Hrs |
| 11/29/11 | JXS | [B160-] Prepare supplement to motion to extend cap for LTD Committee professionals | 0.40 Hrs |
| 11/29/11 | JXS | [B160-] Meeting with R. Zahralddin re: supplement to motion to increase LTD Committee professional cap | 0.10 Hrs |
| 11/29/11 | JXS | [B160-] Meeting with R. Zahralddin re: re-notice of hearing on motion to increase LTD Committee professional cap | 0.10 Hrs |
| 11/29/11 | RXZ | [B160-] Finalize comments to Supplement to Motion to increase cap on counsel fees (.5) and discuss with J. Stemerman (.2) | 0.70 Hrs |
| 11/30/11 | KAM | [B160-] Conference with J. Stemerman re: ReNotice of Motion to Increase Limits on Fees (hearing date change) | 0.10 Hrs |
| 11/30/11 | KAM | [B160-] Prepare ReNotice for Motion to Increase Limits on Fees | 0.20 Hrs |
| 11/30/11 | KAM | [B160-] File ReNotice for Motion to Increase Limits on Fees | 0.20 Hrs |
| 11/30/11 | KAM | [B160-] Serve ReNotice for Motion to Increase Limits on Fees | 0.90 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 11/30/11 | KAM | [B160-] Email from and conference with J. Stemerman re: updates to Renotice (.2); update Renotice (.1) | 0.30 Hrs |
| 11/30/11 | KAM | [B160-] Multiple emails to/from R. Zahralddin and J. Stemerman and call with R. Zahralddin re: updates to Renotice for Motion to Increase Limits on Fees (.3); updates to Renotice (.2) | 0.50 Hrs |
| 11/30/11 | KAM | [B160-] Prepare COS to Renotice for Motion to Increase Limits on Fees | 0.10 Hrs |
| 11/30/11 | SAK | [B160-] Analyze Re-Notice of Hearing and Supplement to LTD Committee's Motion to Increase Cap (.2); email exchange with R. Zahralddin re same (.1) | 0.30 Hrs |
| 11/30/11 | KAM | [B160-] Prepare COS to Supplement to Motion for an Order Increasing the Limits on Fees | 0.10 Hrs |
| 11/30/11 | KAM | [B160-] Prepare COS to Renotice to Motion for an Order Increasing the Limits on Fees | 0.10 Hrs |
| 11/30/11 | KAM | [B160-] File Supplement to Motion for an Order Increasing the Limits on Fees | 0.30 Hrs |
| 11/30/11 | KAM | [B160-] Serve Supplement to Motion for an Order Increasing the Limits on Fees | 0.70 Hrs |

| | | | | |
|---|---|---|---|---|
| | EG Retention Totals | | 15.00 Hrs | $4,972.50 |

EG Fee Applications

| | | | |
|---|---|---|---|
| 11/01/11 | SAK | [B170-] Telephone call to UST counsel P. Tinker re redaction of Elliott Greenleaf fee applications; email exchange with R. Zahralddin re same | 0.20 Hrs |
| 11/01/11 | SAK | [B170-] Multiple email exchanges and conferences with K. McCloskey re preparation of August and September 2011 fee applications | 0.30 Hrs |
| 11/01/11 | SAK | [B170-] Finalize Elliott Greenleaf's 2nd Monthly Fee Application, Notice, and multiple Exhibits (.4); instructions to K. McCloskey re same (.1) | 0.50 Hrs |
| 11/01/11 | SAK | [B170-] Finalize Elliott Greenleaf's 1st Monthly Fee Application, Notice, and multiple Exhibits (.4); instructions to K. McCloskey re revisions to same (.1) | 0.50 Hrs |
| 11/01/11 | KAM | [B170-] Conference with R. Zahralddin and S. Kinsella re: redaction of Exhibit B entries and follow up with T. Tinker | 0.20 Hrs |
| 11/01/11 | KAM | [B170-] Supplement EG 1st and 2nd fee applications | 0.30 Hrs |
| 11/01/11 | KAM | [B170-] Finalize Exhibit B to EG 1st and 2nd fee applications | 0.20 Hrs |
| 11/01/11 | KAM | [B170-] Email to counsel re: due date for quarterly fee application, including calculation of best date and last possible date | 0.20 Hrs |
| 11/02/11 | SAK | [B170-] Conference with K. McCloskey re redactions and revisions to Elliott Greenleaf's 1st and 2nd Monthly Fee Applications | 0.20 Hrs |
| 11/02/11 | SAK | [B170-] Finalize Elliott Greenleaf's revised 1st Monthly Fee Application package and Certificate of Service re same | 0.20 Hrs |
| 11/02/11 | SAK | [B170-] Finalize Elliott Greenleaf's revised 2nd Monthly Fee Application package | 0.20 Hrs |
| 11/02/11 | SAK | [B170-] Conference with K. McCloskey re redaction to fee applications and language re same | 0.20 Hrs |
| 11/02/11 | KAM | [B170-] File EG 1st fee application | 0.30 Hrs |

| | | | |
|---|---|---|---|
| 11/02/11 | KAM | [B170-] File EG 2nd fee application | 0.30 Hrs |
| 11/02/11 | KAM | [B170-] Serve EG 1st and 2nd fee applications | 1.70 Hrs |
| 11/03/11 | SAK | [B170-] Analyze Elliott Greenleaf's October time detail and conference with K. McCloskey and R. Zahralddin re revisions to same | 0.40 Hrs |
| 11/03/11 | KAM | [B170-] Begin analyzing Exhibit B to EG 3rd fee application | 0.40 Hrs |
| 11/08/11 | KAM | [B170-] Prepare EG's 3rd fee application | 0.50 Hrs |
| 11/08/11 | KAM | [B170-] Prepare Notice to EG's 3rd fee application | 0.20 Hrs |
| 11/08/11 | KAM | [B170-] Prepare cover page to EG's 3rd fee application | 0.20 Hrs |
| 11/08/11 | KAM | [B170-] Prepare Exhibits A and C to EG's 3rd fee application | 0.20 Hrs |
| 11/08/11 | KAM | [B170-] Prepare COS to EG's 3rd fee application | 0.10 Hrs |
| 11/08/11 | KAM | [B170-] Prepare task billing page to EG's 3rd fee application | 0.20 Hrs |
| 11/08/11 | KAM | [B170-] Prepare 1st quarterly fee application for EG | 1.80 Hrs |
| 11/08/11 | KAM | [B170-] Prepare Notice to 1st quarterly fee application for EG | 0.40 Hrs |
| 11/08/11 | KAM | [B170-] Prepare COS to 1st quarterly fee application for EG | 0.10 Hrs |
| 11/09/11 | KAM | [B170-] Analyze and supplement Exhibit B to EG's 3rd fee application | 1.20 Hrs |
| 11/09/11 | RXZ | [B170-] Analyze and update comments re: exhibits to EG October fee application | 0.70 Hrs |
| 11/10/11 | SAK | [B170-] Email exchange with K. McCloskey re preparation of Elliott Greenleaf's 3rd Monthly Fee Application; conference re same | 0.20 Hrs |
| 11/10/11 | SAK | [B170-] Analyze Elliott Greenleaf's time detail re confidential issues; multiple instructions to K. McCloskey re same | 0.30 Hrs |
| 11/10/11 | KAM | [B170-] File EG's 3rd fee application | 0.30 Hrs |
| 11/10/11 | KAM | [B170-] File EG's 1st quarterly fee application | 0.40 Hrs |
| 11/10/11 | KAM | [B170-] Serve EG's 3rd monthly and 1st quarterly fee application | 1.70 Hrs |
| 11/10/11 | KAM | [B170-] Emails to/from S. Kinsella re: quarterly fee application | 0.10 Hrs |
| 11/10/11 | RXZ | [B170-] Finalize EG's 3rd fee application (.6) notice (.2) exhibits (.2) and COS (.1) | 1.10 Hrs |
| 11/10/11 | RXZ | [B170-] Finalize EG's 1st Quarterly fee application (.5) notice (.2) exhibits (.2) and COS (.1) | 1.00 Hrs |
| 11/10/11 | KM2 | [B170-] Assist with service of Elliott Greenleaf's third monthly fee application | 0.40 Hrs |
| 11/10/11 | KM2 | [B170-] Assist with service of EG's first quarterly fee application | 0.40 Hrs |
| 11/27/11 | KAM | [B170-] Analyze Exhibit B to EG November fee application | 0.50 Hrs |
| 11/28/11 | KAM | [B170-] Assist with service of Motion to Increase Limits on Fees | 0.50 Hrs |
| 11/28/11 | JXS | [B170-] Meeting with R. Zahralddin re: service of motion to increase cap; meeting with K. Mahoney re: same | 0.10 Hrs |
| 11/29/11 | JXS | [B170-] Telephone call from R. Zahralddin re: Committee member reimbursements, supplement to motion to extend LTD Committee professionals' cap and critical dates | 0.20 Hrs |
| 11/29/11 | KAM | [B170-] Conference with J. Stemerman re: EG fees and expenses (.1); prepare requested charts (.5) | 0.60 Hrs |

| 11/29/11 | RXZ | [B170-] Analyze and update exhibits to November EG fee application from 11/1 to 11/15 | 1.40 Hrs | |

| | EG Fee Applications Totals | | 21.10 Hrs | $6,848.00 |

### Fee Objections EGS

| 11/14/11 | SAK | [B171-] Multiple emails from K. McCloskey re upcoming fee application deadlines | 0.10 Hrs | |
| 11/14/11 | KAM | [B171-] Email to counsel re: objection deadline and CNO dates for EG 3rd monthly and 1st quarterly fee applications | 0.10 Hrs | |
| 11/28/11 | KAM | [B171-] Prepare CNO and COS to CNO to EG's 1st fee application | 0.40 Hrs | |
| 11/28/11 | SAK | [B171-] Finalize Certificate of No Objection re Elliott Greenleaf's 2nd Monthly Fee Application and Certificate of Service; instructions to K. McCloskey re revisions to same | 0.20 Hrs | |
| 11/28/11 | SAK | [B171-] Finalize Certificate of No Objection re Elliott Greenleaf's 1st Monthly Fee Application and Certificate of Service; instructions to K. McCloskey re revisions to same | 0.20 Hrs | |
| 11/28/11 | KAM | [B171-] Prepare CNO and COS to CNO to EG's 2nd fee application | 0.40 Hrs | |
| 11/28/11 | KAM | [B171-] Analyze docket for objections to EG's 1st and 2nd fee applications | 0.20 Hrs | |
| 11/28/11 | KAM | [B171-] File CNO to EG's 1st fee application | 0.30 Hrs | |
| 11/28/11 | KAM | [B171-] File CNO to EG's 2nd fee application | 0.30 Hrs | |
| 11/28/11 | KAM | [B171-] Serve CNOs to EG's 1st and 2nd fee applications | 1.70 Hrs | |
| 11/29/11 | SAK | [B171-] Email exchange with R. Zahraldin and A. Cordo re preparation of Omnibus Fee Application Order | 0.20 Hrs | |

| | Fee Objections EGS Totals | | 4.10 Hrs | $1,018.00 |

### Fee Applications and Invoices - Other

| 11/01/11 | KAM | [B175-] Emails to/from R. Zahralddin re: quarterly fee application hearing | 0.10 Hrs | |
| 11/09/11 | RXZ | [B175-] E-mails from A. Cordo re: committee expenses, reply and follow up with committee members | 0.20 Hrs | |
| 11/09/11 | RXZ | [B175-] E-mail from B. Gallagher and D. David re: committee expenses and reply | 0.10 Hrs | |
| 11/18/11 | RXZ | [B175-] Analyze A&M first monthly fee application (.4) e-mails and related follow up with A&M (.2) and e-mails to and from committee re: same (.2) | 0.80 Hrs | |
| 11/29/11 | JXS | [B175-] Analyze docket re: LTD Committee member expense reimbursement (.1); email to LTD Committee members re: same (.1) | 0.20 Hrs | |
| 11/30/11 | SAK | [B175-] Email from J. Schierbaum re McCarter & English's Interim Fee Application | 0.20 Hrs | |

| | Fee Applications and Invoices - Other Totals | | 1.60 Hrs | $844.50 |

Fee Objections - Others

| Date | | Description | Hours |
|------|------|-------------|------|
| 11/14/11 | KAM | [B176-] Conference with R. Zahralddin re: objection deadline for committee reimbursement application | 0.10 Hrs |
| 11/14/11 | KAM | [B176-] Email to counsel and committee members re: objection deadline and CNO dates for committee reimbursement application | 0.10 Hrs |
| 11/18/11 | KAM | [B176-] Analyze docket for objections to Committee Reimbursement Application | 0.20 Hrs |
| 11/18/11 | KAM | [B176-] Prepare CNO and COS to CNO for Committee Reimbursement Application | 0.40 Hrs |
| 11/18/11 | KAM | [B176-] File CNO and COS to CNO for Committee Reimbursement Application | 0.30 Hrs |
| 11/18/11 | KAM | [B176-] Serve CNO for Committee Reimbursement Application | 1.40 Hrs |
| 11/18/11 | SAK | [B176-] Finalize Certificate of No Objection re Committee's Expense Reimbursement Request and Certificate of Service re same | 0.20 Hrs |
| 11/18/11 | SAK | [B176-] Email from R. Zahralddin re A&M's fee application and Committee comments re same | 0.10 Hrs |
| 11/21/11 | KAM | [B176-] Email to A. Cordo with CNO to Committee Reimbursement | 0.10 Hrs |

| | | | | |
|---|---|---|---|---|
| | Fee Objections - Others Totals | | 2.90 Hrs | $682.00 |

Non-Working Travel

| Date | | Description | Hours | |
|------|------|-------------|------|---|
| 11/08/11 | RXZ | [B195-] Travel to NY re: meeting with Retiree Committee, J. Ray and counsel (Time is accurate but billed at half rate) | 2.80 Hrs | |
| 11/08/11 | RXZ | [B195-] Travel from NY re: meeting with Retiree Committee, J. Ray and counsel (Time is accurate but billed at Half) | 1.50 Hrs | |
| | Non-Working Travel Totals | | 4.30 Hrs | $1,311.50 |

Business Operations

| Date | | Description | Hours | |
|------|------|-------------|------|---|
| 11/01/11 | RXZ | [B210-] Call from Retiree counsel re: incentive plan issues | 0.30 Hrs | |
| 11/11/11 | RXZ | [B210-] E-mails to and from Committee re: Debtor employee incentive plan (.2) analysis of same and preparation of summary memo (.3) | 0.50 Hrs | |
| 11/23/11 | RXZ | [B210-] E-mail to T. Snow re: Debtor-In-Possession Monthly Operating Report for Filing Period September 2011 and analyze same | 0.20 Hrs | |
| | Business Operations Totals | | 1.00 Hrs | $610.00 |

Employee Benefits/Pensions

| Date | | Description | Hours |
|------|------|-------------|------|
| 11/01/11 | MSC | [B220-] Analyzed documents produced by Nortel to determine whether any current LTD participants could receive income-continuation benefits under any pension plan | 1.60 Hrs |

| | | | |
|---|---|---|---|
| 11/02/11 | SAK | [B220-] Email exchange with Debtors' counsel re upcoming meeting issues | 0.10 Hrs |
| 11/02/11 | MSC | [B220-] Analyze document from 9/29/11 Nortel production pertaining to 2011 Met Life plan | 0.30 Hrs |
| 11/02/11 | MSC | [B220-] Prepare email to R. Zahlraddin and S. Kinsella to advise them of information contained in Nortel's documents on the 2011 MetLife plan | 0.10 Hrs |
| 11/03/11 | RXZ | [B220-] E-mail to committee re: call with A&M prior to professionals only meeting | 0.10 Hrs |
| 11/07/11 | TMS | [B220-] Analyze email and spreadsheet sent by J. Kim regarding individualized liability information as of June 30, 2011 | 0.10 Hrs |
| 11/07/11 | RXZ | [B220-] Prepare for conference call with committee, committee lawyers and committee financial advisors | 0.80 Hrs |
| 11/07/11 | MSC | [B220-] Legal research for parameters and nature of relief for ERISA | 2.10 Hrs |
| 11/08/11 | SAK | [B220-] Telephonic appearance - meeting with Debtors; multiple email exchanges with R. Zahralddin, M. Curran and T. Snow re related issues | 0.70 Hrs |
| 11/08/11 | MSC | [B220-] Telephone conference with Debtors professionals and retained committee professionals at Cleary Gottlieb | 0.80 Hrs |
| 11/08/11 | RXZ | [B220-] Meeting with J. Ray, counsel to Debtors and Retiree Committee (1.3) follow up with A&M and Retiree Counsel (.5) | 1.80 Hrs |
| 11/08/11 | RXZ | [B220-] Analyze research forwarded by M. Curran re: ERISA issues | 1.10 Hrs |
| 11/08/11 | RXZ | [B220-] Analyze research forwarded by S. Ratner re: plan issues and related follow up with S. Kinsella and M. Curran | 0.60 Hrs |
| 11/09/11 | MSC | [B220-] Analyzed Nortel "disability project" document re:                                                    and drafted email to R.Zahralddin and S. Kinsella summarizing finding | 0.60 Hrs |
| 11/09/11 | MSC | [B220-] Research and analysis | 0.20 Hrs |
| 11/09/11 | SAK | [B220-] Email summary from R. Zahralddin re meeting with Debtors; multiple emails from Committee members and conference with R. Zahralddin re same | 0.20 Hrs |
| 11/09/11 | RXZ | [B220-] E-mails to and from A&M re: data (.2), call from M. Curran re: same (.1) analyze same (.2) and reply (.1) | 0.60 Hrs |
| 11/10/11 | MSC | [B220-] Telephone call with R. Winters of Alvarez & Marsal regarding potential application of pension plan document | 0.20 Hrs |
| 11/10/11 | MSC | [B220-] E-mail to counsel for Nortel forwarding sample of Benefit Confirmation Statement and requesting clarification of the status of production of these documents | 0.10 Hrs |
| 11/10/11 | MSC | [B220-] E-mail to LTD Committee in response to question regarding the applicability and relevance of the North Carolina disability discrimination statute | 0.20 Hrs |
| 11/10/11 | RXZ | [B220-] E-mail from M. Curran, analyze attachment and reply re: Benefits Confirmation Statement | 0.30 Hrs |
| 11/10/11 | RXZ | [B220-] E-mail from D.Greer, analyze attachment and reply re: revised presentation for the LTD Committee | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 11/10/11 | RXZ | [B220-] Analyze revised presentation for the LTD Committee | 0.30 Hrs |
|---|---|---|---|
| 11/15/11 | RXZ | [B220-] Conference call with Debtors counsel re: information exchange with employee committees | 1.10 Hrs |
| 11/15/11 | RXZ | [B220-] Prepare for conference call with Debtors counsel re: information exchange with employee committees | 0.60 Hrs |
| 11/16/11 | RXZ | [B220-] E-mail inquiry from R. Hodges re: status of case and related emails from B. Gallagher re: response (.1) e-mail from B. Gallagher re: alternative insurance and the medical benefits for retirees and follow up with M. Curran (.2) | 0.30 Hrs |
| 11/17/11 | SAK | [B220-] Emails from M. Curran and R. Zahralddin re benefit enrollment issues; telephone call and email exchange with B. Gallagher re same | 0.40 Hrs |
| 11/17/11 | MSC | [B220-] Telephone call with D. Greer, W. Fugazy and V. Bodnar of Alvarez & Marsal regarding additional information needed for benefits currently received by LTD participants | 0.50 Hrs |
| 11/18/11 | MSC | [B220-] Drafted summary of benefits under Nortel health and welfare plans currently available to LTD participants to assist Alvarez & Marsal in preparation of analysis for LTD group | 2.80 Hrs |
| 11/18/11 | RXZ | [B220-] Analysis of production of documents from Debtors (.8) and e-mails to and from M. Curran (.2) | 1.00 Hrs |
| 11/21/11 | MSC | [B220-] Telephone call with D. Greer of Alvarez & Marsal regarding documents and data needed for assessment of LTD claims | 0.40 Hrs |
| 11/21/11 | MSC | [B220-] Telephone call with D. Greer of Alvarez & Marsal and V. Bodnar, actuary, regarding information on Benefit Confirmation Statements and calculation of Nortel cost of benefits | 0.70 Hrs |
| 11/22/11 | SAK | [B220-] Analyze Notice of Appearance filed by Mercer | 0.10 Hrs |
| 11/28/11 | RXZ | [B220-] E-mail from M. Curran (.1) and analyze FLEX Benefits Program document (.1) and follow up call with M. Curran re: analysis of same (.4) | 0.60 Hrs |
| 11/28/11 | MSC | [B220-] Telephone call with LTD Committee member D. David regarding language in SPD and issue regarding Medicare payments as primary or secondary payer and communicate with LTD Committee members regarding same | 0.40 Hrs |
| 11/28/11 | MSC | [B220-] Telephone call with R. Zahralddin to provide update of call with Alvarez & Marsal and actuary regarding Nortel's cost of benefits and identification of benefits issues for Alvarez & Marsal and supplementation of Motion to Extend cap on LTD Committee's counsel fees. | 0.20 Hrs |
| 11/28/11 | MSC | [B220-] Prepared email communication to actuary, V. Bodnar regarding position of Medicare as primary payer | 0.10 Hrs |
| 11/28/11 | MSC | [B220-] Supplement Motion to Extend cap on LTD Committee's counsel fees and review for filing | 0.40 Hrs |
| 11/28/11 | MSC | [B220-] Telephone call with S. Kinsella, R. Zahralddin and attorney from Tennessee representing an LTD claimant regarding ERISA claim | 0.10 Hrs |
| 11/28/11 | RXZ | [B220-] Call with lawyer for individual claimant re: ERISA hearing in Tenn. | 0.30 Hrs |
| 11/30/11 | KSA | [B220-] Conference with Margaret Curran concerning operation financial statement inquiries relating to VEBA Plan | 0.60 Hrs |

| Employee Benefits/Pensions Totals | 23.70 Hrs | $9,873.50 |
|---|---|---|

Court Hearings

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 11/01/11 | SAK | [B430-] Multiple emails from K. McCloskey re upcoming fee application hearings | 0.10 Hrs |
| 11/01/11 | KAM | [B430-] Conference with R. Zahralddin re: quarterly fee application hearing | 0.10 Hrs |
| 11/01/11 | KAM | [B430-] Call with A. Cordo re: change of fee application hearing date and confirm dates included | 0.10 Hrs |
| 11/10/11 | SAK | [B430-] Analyze Agenda summary for upcoming hearing | 0.10 Hrs |
| 11/10/11 | KM2 | [B430-] Analyze agenda (0.4); email re: same (0.1) | 0.50 Hrs |
| 11/10/11 | RXZ | [B430-] E-mails to and from Kate Mahoney re: agenda (.1) analyze summaries and forward to committee and committee professionals (.2) | 0.30 Hrs |
| 11/23/11 | RXZ | [B430-] Analyze agenda and report to committee via e-mail on matters up for hearing on 11/29/2011 at 10:00 AM | 0.20 Hrs |
| 11/29/11 | JXS | [B430-] Preparation of critical dates list | 0.50 Hrs |
| 11/29/11 | JXS | [B430-] Meeting with R. Zahralddin re: critical dates | 0.10 Hrs |
| 11/30/11 | KAM | [B430-] Analyze docket re: Notice of Rescheduled Hearing Dates | 0.20 Hrs |
| 11/30/11 | KAM | [B430-] Email to counsel re: updated hearing dates | 0.10 Hrs |
| 11/30/11 | SAK | [B430-] Conference with J. Stemerman re upcoming hearing and related case issues | 0.20 Hrs |
| 11/30/11 | JXS | [B430-] Analyze re-notice of hearing on motion to increase cap; meeting with K. McCloskey re: same | 0.10 Hrs |
| 11/30/11 | JXS | [B430-] Telephone call to chambers re: 12/14 hearing and motion to increase cap | 0.10 Hrs |
| 11/30/11 | JXS | [B430-] Telephone call with R. Zahralddin re: motion to increase cap and notice of hearing | 0.10 Hrs |

Court Hearings Totals                                                                                   2.80 Hrs          $991.50

Litigation

| | | | |
|---|---|---|---|
| 11/01/11 | SAK | [B600-] Email instructions to T. Snow re discovery issues (.2); multiple conferences re same (1.0) and email exchange with M. Curran re preliminary findings (.2) | 1.40 Hrs |
| 11/01/11 | SAK | [B600-] Analyze documents forwarded by M. Curran and email to T. Snow re same | 0.20 Hrs |
| 11/01/11 | TMS | [B600-] Review discovery from J. Kim and update discovery log | 4.00 Hrs |
| 11/01/11 | TMS | [B600-] Emails to/from S. Kinsella and M. Curran regarding discovery (.3); additional review of discovery provided by J. Kim and update discovery log (2.7) | 3.00 Hrs |
| 11/01/11 | RXZ | [B600-] Analyze discovery issues and follow up e-mails from M. Curran, T. Snow and S. Kinsella | 1.20 Hrs |
| 11/01/11 | RXZ | [B600-] E-mail from M. Curran re: missing documents in rolling production | 0.40 Hrs |
| 11/02/11 | SAK | [B600-] Analyze spreadsheet info forwarded by Debtors' counsel and email exchange re same | 0.30 Hrs |
| 11/02/11 | SAK | [B600-] Instructions to T. Snow re discovery log revisions | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 11/02/11 | SAK | [B600-] Multiple conferences with T. Snow re revisions to discovery log and analysis of certain related documents | 0.50 Hrs |
| 11/02/11 | TMS | [B600-] Analyze discovery from J. Kim and update discovery log | 3.00 Hrs |
| 11/02/11 | TMS | [B600-] Emails to/from S. Kinsella, M. Curran, and R. Zahralddin regarding discovery (.3); continued review of discovery provided by J. Kim and update discovery log (2.5) | 2.80 Hrs |
| 11/04/11 | TMS | [B600-] Analyze discovery provided by J. Kim and update discovery log | 2.50 Hrs |
| 11/07/11 | SAK | [B600-] Telephone conference with M. Curran and T. Snow re discovery deficiency; review same with T. Snow | 0.80 Hrs |
| 11/07/11 | TMS | [B600-] Status conference with M. Curran, R. Zahralddin and S. Kinsella regarding discovery | 0.20 Hrs |
| 11/07/11 | TMS | [B600-] Status conference with M. Curran and S. Kinsella regarding discovery | 0.50 Hrs |
| 11/07/11 | TMS | [B600-] Analyze discovery and update discovery log | 0.20 Hrs |
| 11/07/11 | TMS | [B600-] Emails to/from M. Curran regarding discovery | 0.20 Hrs |
| 11/07/11 | MSC | [B600-] Telephone conference call with R. Zahralddin, S. Kinsella, and T. Snow regarding the status of Nortel's document production in preparation for 11/8/11 meeting of professionals at Cleary Gottlieb | 0.40 Hrs |
| 11/07/11 | MSC | [B600-] Telephone call with S. Kinsella and T. Snow to review LTD Committee's Document Requests and to determine whether Nortel has produced documents responsive to those requests | 0.80 Hrs |
| 11/07/11 | RXZ | [B600-] Analysis related to rolling discovery (.5) and related calls to M. Curran with T. Snow and S. Kinsella in preparation for meeting with Debtors (.4) follow up with T. Snow re: litigation log (.3) | 1.20 Hrs |
| 11/08/11 | TMS | [B600-] Analyze discovery and update discovery log | 1.50 Hrs |
| 11/08/11 | TMS | [B600-] Emails to/from M. Curran and R. Zahralddin regarding discovery and update discovery log | 0.40 Hrs |
| 11/09/11 | MSC | [B600-] Analyze additional information request drafted by Alvarez & Marsal to determine whether any additional documents/information should be included in requests to Nortel and telephone call to R. Zahralddin regarding response to Alvarez & Marsal | 0.20 Hrs |
| 11/09/11 | SAK | [B600-] Analyze email and attachments from M. Curran re potential litigation issues | 0.40 Hrs |
| 11/09/11 | TMS | [B600-] Analyze discovery and update discovery log | 1.50 Hrs |
| 11/09/11 | TMS | [B600-] Emails to/from M. Curran regarding discovery | 0.20 Hrs |
| 11/10/11 | SAK | [B600-] Multiple email exchanges with M. Curran, R. Zahralddin and T. Snow re long term disability plans and related document production issues (.4); conferences with T. Snow re same (1.0) | 1.40 Hrs |
| 11/10/11 | SAK | [B600-] Analyze revised draft of A&M materials | 0.10 Hrs |
| 11/10/11 | SAK | [B600-] Analyze multiple documents forwarded by N. Berger | 0.40 Hrs |
| 11/11/11 | RXZ | [B600-] Further analysis of rolling discovery and related production (.6); e-mails M. Curran re: same and committee meeting and distribution of materials (.3); e-mails from and to A&M re: same (.3) | 1.20 Hrs |
| 11/15/11 | TMS | [B600-] Analyze discovery to determine documents not yet produced pursuant to M. Curran request | 0.30 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 11/16/11 | SAK | [B600-] Conference with T. Snow re discovery; email exchange with R. Zahralddin and M. Curran re same | 0.20 Hrs |
| 11/16/11 | TMS | [B600-] Analyze additional documents received from J. Kim on 11/15 via email | 0.30 Hrs |
| 11/16/11 | TMS | [B600-] Update discovery log (.2); email to/from M. Curran regarding updated discovery log and status update (.1) | 0.30 Hrs |
| 11/16/11 | RXZ | [B600-] Analyze discovery log (.2) E-mails to and from T. Snow re: discovery log and instructions for chart for committee (.1) | 0.30 Hrs |
| 11/17/11 | SAK | [B600-] Telephone conference with R. Zahralddin re status of negotiations with Debtors and related issues | 0.20 Hrs |
| 11/17/11 | SAK | [B600-] Email exchange with M. Curran and T. Snow re discovery production | 0.20 Hrs |
| 11/17/11 | TMS | [B600-] Emails to/from S. Kinsella and M. Curran regarding additional discovery provided by J. Kim on 11/14 (.2); email from M. Curran regarding additional discovery provided by Megan Fleming-Delacruz of spreadsheets of our LTD group's pension election (.1); review additional discovery (.6) | 0.90 Hrs |
| 11/18/11 | SAK | [B600-] email exchange with T. Snow and M. Curran re discovery production issues | 0.20 Hrs |
| 11/18/11 | SAK | [B600-] Conference with T. Snow re discovery log updates | 0.20 Hrs |
| 11/18/11 | SAK | [B600-] Analyze latest discovery production; email exchange with D. Greer and R. Winters | 0.40 Hrs |
| 11/18/11 | TMS | [B600-] Begin analysis of Fifth Production of Documents provided by Cleary Gotlieb via CD on November 17 (1.5); emails to/from M. Currant regarding same and forward via email to Marsal & Alvarez (.1) | 1.60 Hrs |
| 11/18/11 | RXZ | [B600-] E-mails from M. Curran re: further updates to rolling discovery (.2) related e-mails to and from A&M (.2) and analysis of production of documents (.5) instructions to T. Snow (.2) follow up e-mails to A&M re: same (.2) | 1.20 Hrs |
| 11/21/11 | SAK | [B600-] Instructions to T. Snow re data forwarded by A&M | 0.10 Hrs |
| 11/21/11 | TMS | [B600-] Emails to/from M. Curran and Marsal & Alvarez regarding discovery | 0.20 Hrs |
| 11/23/11 | RXZ | [B600-] Analyze latest discovery forwarded by Debtors (.5) and forward same to M. Curran and T. Snow with instructions (.1) | 0.60 Hrs |
| 11/23/11 | RXZ | [B600-] E-mails to and from committee on status of discovery and related strategy | 0.30 Hrs |
| 11/28/11 | SAK | [B600-] Email from M. Curran re missing documents | 0.10 Hrs |
| 11/28/11 | SAK | [B600-] Telephone conference with Jeremy Bordelon, R. Zahralddin and M. Curran re LTD issues/litigation; email exchanges re same | 0.40 Hrs |
| 11/28/11 | SAK | [B600-] Analyze email from B. Moore re Mercer information | 0.10 Hrs |
| 11/28/11 | SAK | [B600-] Document audit | 2.70 Hrs |
| 11/28/11 | RXZ | [B600-] Analyze discovery records and related summaries from staff and M. Curran | 2.10 Hrs |
| 11/29/11 | SAK | [B600-] Instructions from R. Zahralddin re document audit issues | 0.20 Hrs |
| 11/29/11 | JXS | [B600-] Meeting with R. Zahralddin re: discovery produced by Debtors and status of review of same | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/29/11 | MSC | [B600-] Review of documents produced to date by Nortel to determine missing documents for identification to Nortel's counsel | 3.10 Hrs |
| 11/30/11 | SAK | [B600-] Telephone conference with M. Curran and T. Snow re discovery production issues (.4); multiple email exchanges with M. Curran and D. Greer re same (.4) | 0.80 Hrs |
| 11/30/11 | TMS | [B600-] Numerous emails to/from M. Curran, R. Zahralddin, S. Kinsella, Alvarez and Marsal, and J. Kim regarding discovery (.2); conference with M. Curran and S. Kinsella regarding discovery (.2); organization of documents to include in discovery log (.2) | 0.60 Hrs |
| 11/30/11 | MSC | [B600-] Telephone call with S. Kinsella and T. Snow regarding identification of Nortel document production to date and supplementation of discovery log identifying Nortel document production to date | 0.30 Hrs |
| 11/30/11 | MSC | [B600-] Telephone call with D. Greer regarding Nortel document production and development of follow up questions and data requests for Nortel's counsel | 1.20 Hrs |
| 11/30/11 | MSC | [B600-] Completed review of Nortel document production to identify missing documents | 2.60 Hrs |

|  | Litigation Totals | 53.00 Hrs | $17,409.00 |
|---|---|---|---|
|  | TOTAL LEGAL SERVICES |  | $49,172.50 |

## LEGAL SERVICES SUMMARY

| Name | Hours | | Rate | Amount |
|---|---|---|---|---|
| Mahoney, Kate A. | 5.40 | Hrs | 200 /hr | $1,080.00 |
| McCloskey, Kristin A. | 22.70 | Hrs | 215 /hr | $4,880.50 |
| Snow, Theresa M | 25.30 | Hrs | 215 /hr | $5,439.50 |
| CURRAN, MARGARET S. | 23.60 | Hrs | 260 /hr | $6,136.00 |
| Zahralddin-Aravena, Rafael X. | 4.30 | Hrs | 305 /hr | $1,311.50 |
| Stemerman, Jonathan M. | 4.90 | Hrs | 350 /hr | $1,715.00 |
| Kinsella, Shelley A. | 22.30 | Hrs | 410 /hr | $9,143.00 |
| ANDERSON, KEVIN S. | 0.60 | Hrs | 420 /hr | $252.00 |
| Zahralddin-Aravena, Rafael X. | 31.50 | Hrs | 610 /hr | $19,215.00 |
|  | 140.60 | Hrs |  | $49,172.50 |

## Reimbursement for out of pocket expenses

COPYING

| Date |  |  | Amount |
|---|---|---|---|
| 11/02/11 | [] Device Cost |  | 120.60 |
| 11/02/11 | [] Device Cost |  | 55.30 |
| 11/10/11 | [] Device Cost |  | 224.60 |
| 11/18/11 | [] Device Cost |  | 4.20 |
| 11/18/11 | [] Device Cost |  | 37.80 |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | |
|---|---|---:|
| 11/18/11 | [] Device Cost | 18.20 |
| 11/18/11 | [] Device Cost | 182.00 |
| 11/28/11 | [] Device Cost | 63.00 |
| 11/28/11 | [] Device Cost | 240.00 |
| 11/28/11 | [] Device Cost | 343.30 |
| 11/28/11 | [] Device Cost | 289.00 |
| 11/30/11 | [] Device Cost | 200.00 |
| 11/30/11 | [] Device Cost | 170.00 |
| | | $1,948.00 |

DELIVERY/COURIER SERVICE

| | | |
|---|---|---:|
| 11/02/11 | [] RELIABLE WILMINGTON---INV #WL030062 DTD 10/31/11: PROFESSIONAL SERVICES PERIOD: 10/16-10/31/11: 3 HD ON 10/27/11 FOR RXZ | 22.50 |
| 11/30/11 | [] RELIABLE WILMINGTON---INV #WL030410 DTD 11/18/11: PROFESSIONAL SERVICES PERIOD: 11/01-11/15/11: 40 HD ON 11/10/11 FOR RXZ | 300.00 |
| 11/30/11 | [] RELIABLE WILMINGTON---INV #WL030410 DTD 11/18/11: PROFESSIONAL SERVICES PERIOD: 11/01-11/15/11: 40 HD ON 11/2/11 FOR SAK | 300.00 |
| | | $622.50 |

MEALS

| | | |
|---|---|---:|
| 11/11/11 | [] RXZ---INV #10/05 & 10/06/11 RXZ DTD 11/07/11 EXPENSE VOUCHER NORTEL HEARING | 10.89 |
| | | $10.89 |

MILEAGE

| | | |
|---|---|---:|
| 11/11/11 | [] RXZ---INV #10/05 & 10/06/11 RXZ DTD 11/07/11 EXPENSE VOUCHER NORTEL HEARING | 12.24 |
| | | $12.24 |

PARKING

| | | |
|---|---|---:|
| 11/11/11 | [] RXZ---INV #11/08/11 RXZ DTD 11/09/11 EXPENSE VOUCHER MEETING IN NEW YORK W/DEBTORS COUNSEL | 8.00 |
| | | $8.00 |

(Nortel) Official Committee of Long Term Disability Plan Participants

TAXI

| 11/11/11 | [] RXZ---INV #11/08/11 RXZ DTD 11/09/11 EXPENSE VOUCHER MEETING IN NEW YORK W/DEBTORS COUNSEL | 7.00 | |
|---|---|---|---|
| | | | $7.00 |

TELEPHONE

| 11/07/11 | [] THE CONFERENCE GROUP, LLC---INV#131-OCT 2011 DTD 11/01/11 DE CONFERENCE CALL FEE FOR THE PERIOD: 10/01-10/31/11  CONFERENCE CALL ON 10/06/11 | 3.35 | |
|---|---|---|---|
| 11/07/11 | [] THE CONFERENCE GROUP, LLC---INV#131-OCT 2011 DTD 11/01/11 DE CONFERENCE CALL FEE FOR THE PERIOD: 10/01-10/31/11  CONFERENCE CALL ON 10/06/11 | 0.10 | |
| 11/07/11 | [] THE CONFERENCE GROUP, LLC---INV#131-OCT 2011 DTD 11/01/11 DE CONFERENCE CALL FEE FOR THE PERIOD: 10/01-10/31/11  CONFERENCE CALL ON 10/18/11 | 64.91 | |
| 11/07/11 | [] THE CONFERENCE GROUP, LLC---INV#131-OCT 2011 DTD 11/01/11 DE CONFERENCE CALL FEE FOR THE PERIOD: 10/01-10/31/11  CONFERENCE CALL ON 10/28/11 | 57.00 | |
| | | | $125.36 |

TRAVEL - RAILROAD

| 11/11/11 | [] RXZ---INV #11/08/11 RXZ DTD 11/09/11 EXPENSE VOUCHER MEETING IN NEW YORK W/DEBTORS COUNSEL | 304.00 | |
|---|---|---|---|
| 11/11/11 | [] RXZ---INV #10/05 & 10/06/11 RXZ DTD 11/07/11 EXPENSE VOUCHER NORTEL HEARING | 262.00 | |
| | | | $566.00 |

| | Total Reimbursement for out of pocket expenses | $3,299.99 |
|---|---|---|

| | TOTAL THIS BILL | $52,472.49 |
|---|---|---|

In re: Nortel Networks, Inc, et al.

**Task Billing Summary Page**

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138
     File Number 60351-001

|  | Previous Billed | Current Bill | Total |
|---|---|---|---|
| Asset Disposition | 82.00 | 0 | 82.00 |
| Case Administration | 235.00 | 0 | 235.00 |
| Meetings of and Communications with Cred. | 46,815.50 | 4,612.00 | 51,427.50 |
| EG Retention | 12,792.00 | 4,972.50 | 17,764.50 |
| Employment & Retention Application Other | 9,113.00 | 0 | 9,113.00 |
| EG Fee Applications | 3,910.50 | 6,848.00 | 10,758.50 |
| EG Fee Objections | 0 | 1,018.00 | 1,018.00 |
| Fee Applications – Others | 2,314.00 | 844.50 | 3,158.50 |
| Fee Objections - Others | 0 | 682.00 | 682.00 |
| Non-Working Travel | 0 | 1,311.50 | 1,311.50 |
| Business Operations | 244.00 | 610.00 | 854.00 |
| Employee Benefits/Pensions | 49,551.00 | 9,873.50 | 59,424.50 |
| Claims Administration | 328.00 | 0 | 328.00 |
| Plan and Disclosure Statement | 1,057.00 | 0 | 1,057.00 |
| Court Hearings | 3,117.50 | 991.50 | 4,109.00 |
| Litigation | 32,199.00 | 17,409.00 | 49,608.00 |
| | | | |
| Total | 161,758.50 | 49,172.50 | 210,931.00 |

# Exhibit C

## SUMMARY OF EXPENSES FOR THE PERIOD
## NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

| Expense Category | Total Expenses |
| --- | --- |
| Copying[1] | $1,948.00 |
| Delivery/Courier | $622.50 |
| Taxi | $7.00 |
| Telephone | $125.36 |
| Travel – Railroad | $566.00 |
| Meals | $10.89 |
| Mileage | $12.24 |
| Parking | $8.00 |
| **TOTAL THIS BILL:** | **$3,299.99** |

---

[1] EG represents that its rate for duplication is $0.10 per page, consistent with the Local Rules and Guidelines. Detailed copy charges are listed in Exhibit B.