# NORTEL WAVE 3 PRETRIAL SERVICE LIST

**VIA FIRST CLASS MAIL**

**Counsel for Aricent Technologies (Holdings) Ltd**
Jeffrey E. Bjork
Gabriel R. MacConail
Sidley Austin LLP
555 W. Fifth Street
Los Angeles, CA 90013

**Counsel for Starent Networks, LLC**
Kenneth Law
Bailson Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

**Counsel for CoAMS, Inc.**
Mark D. Conzelmann
Jeffrey Chadwick
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

**Counsel for Global IP Solutions, Inc.**
Blakeley & Blakeley LLP
Marisa Commerford, Esq.
Johnny White, Esq.
2 Park Plaza, Suite 400
Irvine, California 92614

**Counsel for Prudential Relocation, Inc.**
Joseph L. Clasen
Robinson & Cole LLP
1055 Washington Blvd.
Stamford, CT 06901

**Counsel for Real Time Monitors, Inc.**
Sumithra Rao
Gary Bradley
Bradley & Gmelich
700 N. Brand Blvd., 10th Floor
Glendale, CA 91203

**Counsel for Sterling Mets & Queens Ballpark**
John M. August
Herrick Feinstein LLP
One Gateway Center
Newark, NJ 07102

**Counsel for TTI Team Telecom**
Larry A. Katz, Esq.
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182

**VIA HAND DELIVERY**

**Counsel for CMGRP, Inc.**
Michael J. Custer
David Fournier
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
Wilmington, DE 19801

**Counsel for McCann-Erickson Worldwide**
Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue, P.O. Box 25046
Wilmington, DE 19801

**Counsel for Real Time Monitors, Inc.**
Ronald S. Gellert
Bryan Keilson
Eckert Seamans LLP
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

**Counsel for Right Management Inc.**
Henry Jaffe
James Carignan
Evelyn Meltzer
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

**Counsel for Prudential Relocation, Inc.; Sourcefire, Inc.; and Razorfish, LLC**
William D. Sullivan
William A. Hazeltine
Elihu E. Allinson, III
Sullivan, Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

**Counsel for Starent Networks**
James S. Yoder
White & Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19801

**Counsel for Manning Global**
Richard M. Beck
Sally E. Veghte
Klehr Harrison Harvey Branzburg LLP
919 Market St.
Wilmington, DE 19801

| | |
|---|---|
| **Counsel for Manning Global**<br>Laura D. Metzger<br>Raniero D'Aversa<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd St.<br>New York, NY 10019 | **Counsel for Aricent Technologies (Holdings) Ltd**<br>Potter Anderson & Corroon LLP<br>Jeremy Ryan<br>R. Stephen McNeill<br>1313 N Market St.<br>Wilmington, DE 19801 |
| **Counsel for Cable News, Time, and Turner**<br>Tiffany Strelow Cobb<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>Columbus, OH 43215 | **Counsel for Cable News**<br>Michael David Debaecke<br>Blank Rome LLP<br>1201 Market St.<br>Suite 800<br>Wilmington, DE 19899 |
| Global Broadcast News<br>Attn:  Anuj Garg<br>Express Trade Tower, Plot No 15-16<br>Sector 16A<br>Firm City<br>Noida, Utlar Pradesh  201 301<br>India | **Counsel for ZOHO Corporation**<br>Christopher Martin Winter<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801-1246 |

4219753.1