**CERTIFICATE OF SERVICE**

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Response to the Motion of the Official Committee of Long Term Disability Participants for an Order Increasing the Limits on Fees for LTD Committee Counsel** was caused to be made on December 8, 2011, in the manner indicated upon the entities identified below.

Date: December 8, 2011                                  */s/ Ann C. Cordo*
Wilmington, DE                                          Ann C. Cordo (No. 4817)

**Via Hand Delivery**

Thomas P. Tinker. Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705

Mary F. Caloway Esq.
Mona A. Parikh
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801

William F. Taylor, Jr.
McCarter & English LLP
Renaissance Centre
405 North King Street
Wilmington, DE 19801

Rafael Xavier Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 North Market Street
Suite 1700
Wilmington, DE 19801

**Via First Class Mail**

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036

Thomas R. Kreller
MILBANK, TWEED, HADLEY &
MCLOY LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Albert Togut
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119

4644651.1