## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Eighteenth Supplemental Declaration of James L. Bromley in Support of Application Authorizing Employment and Retention of Cleary Gottlieb Steen & Hamilton LLP as Counsel for Debtors and Debtors In Possession** was caused to be made on December 9, 2011, in the manner indicated upon the entities identified on the attached service list.

Date: December 9, 2011                    */s/ Ann C. Cordo*
Wilmington, DE                                  Ann C. Cordo (No. 4817)

4167932.4