**EXHIBIT A**

**EXHIBIT A**

**Nortel Networks Inc, Bankruptcy Case No. 09-10138**

**Summary of Fees and Expenses for the Period**
**From August 1, 2011 through October 31, 2011, unless otherwise specified**

**Hearing: December 15, 2011 at 10:00 a.m. (Eastern Time)**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A.  Eleventh Interim Fee Application Request Of Akin Gump As Co-Counsel For The Official Committee Of Unsecured Creditors For The Period August 1, 2011 Through October 31, 2011 (D.I. 6862, Filed 11/23/11).

   1.  Thirty-First Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2011 Through August 31, 2011 (D.I. 6525, Filed 9/29/11);

   2.  Certification Of No Objection Regarding Thirty-First Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2011 Through August 31, 2011 (D.I. 6682, Filed 10/24/11);

   3.  Thirty-Second Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2011 Through September 30, 2011 (D.I. 6711, Filed 11/3/11);

   4.  Certification Of No Objection Regarding Thirty-Second Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2011 Through September 30, 2011 (D.I. 6886, Filed 11/29/11); and

   5.  Thirty-Third Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2011 Through October 31, 2011 (D.I. 6856, Filed 11/23/11).

Ashurst LLP

B.      Eleventh Interim Fee Application Request Of Ashurst As European Counsel To The Official Committee Of Unsecured Creditors For The Period August 1, 2011 Through October 31, 2011 (D.I. 6840, Filed 11/22/11).

> 1.      Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2011 Through August 31, 2011 (D.I. 6516, Filed 9/28/11);

> 2.      Certification Of No Objection Regarding Thirty-First Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2011 Through August 31, 2011 (D.I. 6670, Filed 10/21/11);

> 3.      Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2011 Through September 30, 2011 (D.I. 6697, Filed 10/27/11);

> 4.      Certification Of No Objection Regarding Thirty-Second Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2011 Through September 30, 2011 (D.I. 6828, Filed 11/21/11); and

> 5.      Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2011 Through October 31, 2011 (D.I. 6830, Filed 11/21/11).

Benesch, Friedlander, Coplan & Aronoff, LLP

C.      Fifth Quarterly Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From August 1, 2011 Through October 31, 2011 (D.I. 6779, Filed 11/15/11).

> 1.      Eleventh Interim Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From August 1, 2011 Through August 31, 2011 (D.I. 6441, Filed 9/21/11);

2.      Certification Of No Objection Regarding Docket No. 6441 (D.I. 6636, Filed 10/18/11);

3.      Twelfth Interim Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From September 1, 2011 Through September 30, 2011 (D.I. 6696, Filed 10/27/11);

4.      Certification Of No Objection Regarding Docket No. 6696 (D.I. 6822, Filed 11/21/11); and

5.      Thirteenth Interim Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From October 1, 2011 Through October 31, 2011 (D.I. 6774, Filed 11/15/11).

Capstone Advisory Group, LLC

D.      Eleventh Interim Fee Application Request Of Capstone As Financial Advisor For The Official Committee Of Unsecured Creditors for the Period August 1, 2011 Through August 31, 2011 (D.I. 6863, Filed 11/23/11).

1.      Thirty-First Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2011 Through August 31, 2011 (D.I. 6622, Filed 10/14/11);

2.      Certification Of No Objection Regarding Thirty-First Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2011 Through August 31, 2011 (D.I. 6727, Filed 11/8/11);

3.      Thirty-Second Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2011 Through September 30, 2011 (D.I. 6741, Filed 11/10/11);

4.      Certification of No Objection Regarding Thirty-Second Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2011 Through September 30, 2011 1 (D.I. 6904, Filed 12/2/11); and

5.    Thirty-Third Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2011 Through October 31, 2011 (D.I. 6858, Filed 11/23/11).

Chilmark Partners LLC

E.    Seventh Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period August 1, 2011 Through October 31, 2011 (D.I. 6812, Filed 11/18/11).

1.    Eighteenth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From August 1, 2011 Through August 31, 2011 (D.I. 6649, Filed 10/18/11);

2.    Certificate Of No Objection Regarding Docket No. 6649 (D.I. 6732, Filed 11/9/11);

3.    Nineteenth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From September 1, 2011 Through September 30, 2011 (D.I. 6650, Filed 10/18/11);

4.    Certificate Of No Objection Regarding Docket No. 6650 (D.I. 6733, Filed 11/9/11);

5.    Twentieth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period October 1, 2011 Through October 31, 2011 (D.I. 6783, Filed 11/15/11); and

6.    Certificate Of No Objection Regarding Docket No. 6783 (D.I. 6929, Filed 12/7/11).

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

F.    Eleventh Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period August 1, 2011 Through October 31, 2011 (D.I. 6824, Filed 11/21/11).

1.    Thirty-Second Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2011 Through August 31, 2011 (D.I. 6521, Filed 9/28/11);

2.      Certificate Of No Objection Regarding Docket No. 6521 (D.I. 6661, Filed 10/20/11);

3.      Thirty-Third Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2011 Through September 30, 2011 (D.I. 6695, Filed 10/26/11);

5.      Certificate Of No Objection Regarding Docket No. 6695 (D.I. 6804, Filed 11/17/11);

6.      Thirty-Fourth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2011 Through October 31, 2011 (D.I. 6807, Filed 11/17/11); and

7.      Certificate Of No Objection Regarding Docket No. 6807 (D.I. 6949, Filed 12/9/11).

Crowell & Moring LLP

G.      Eleventh Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel For Debtors And Debtors-In-Possession, For The Period August 1, 2011 Through October 31, 2011 (D.I. 6803, Filed 11/17/11).

1.      Thirty-Second Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2011 Through August 31, 2011 (D.I. 6799, Filed 11/17/11);

2.      Certificate Of No Objection Regarding Docket No. 6799 (D.I. 6946, Filed 12/9/11);

3.      Thirty-Third Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2011 Through September 30, 2011 (D.I. 6801, Filed 11/17/11);

4.      Certificate Of No Objection Regarding Docket No. 6801 (D.I. 6947, Filed 12/9/11);

5.      Thirty-Fourth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2011 Through October 31, 2011 (D.I. 6802, Filed 11/17/11); and

6.      Certificate Of No Objection Regarding Docket No. 6802 (D.I. 6948, Filed 12/9/11).

Elliott Greenleaf

H.     First Quarterly Fee Application Of Elliott Greenleaf, Co-Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period August 2, 2011 Through October 31, 2011 (D.I. 6750, Filed 11/10/11).

     1.     First Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period August 2, 2011 Through August 31, 2011 (D.I. 6708, Filed 11/2/11);

     2.     Certification Of No Objection Regarding Docket No. 6708 (D.I. 6872, Filed 11/28/11);

     3.     Second Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term, Disability Participants, For Compensation And Reimbursement Of Expenses For The Period September 1, 2011 Through September 30, 2011 (D.I. 6709, Filed 11/2/11);

     4.     Certification Of No Objection Regarding Docket No. 6709 (D.I. 6875, Filed 11/28/11);

     5.     Third Monthly Application of Elliott Greenleaf, Counsel To The Official Committee Of Long Term, Disability Participants, For Compensation And Reimbursement Of Expenses For The Period October 1, 2011 Through October 31, 2011 (D.I. 6749, Filed 11/10/11); and

     6.     Certification Of No Objection Regarding Docket No. 6749 (D.I. 6902, Filed 12/2/11).

Ernst & Young LLP

I.     Eleventh Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of August 1, 2011 Through October 31, 2011 (D.I. 6839, Filed 11/22/11).

     1.     Fourteenth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of August 1, 2011 Through October 31, 2011 (D.I. 6791, Filed 11/16/11); and

     2.     Certificate Of No Objection Regarding Docket No. 6791 (D.I. 6939, Filed 12/8/11).

Eugene F. Collins

J.      Second Quarterly Fee Application Request Of Eugene F. Collins Solicitors, As Delaware And General Special Irish Counsel To Debtors For The Period August 1, 2011 Through October 31, 2011 (D.I. 6814, Filed 11/18/11).

      1.      Second Monthly Application Of Eugene F. Collins As Special Irish Counsel To Debtors, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2011 Through October 31, 2011 (D.I. 6813, Filed 11/18/11).

Fraser Milner Casgrain LLP

K.      Eleventh Interim Fee Application Request Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors For The Period August 1, 2011 Through October 31, 2011 (D.I. 6866, Filed 11/23/11).

      1.      Thirty-First Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2011 Through August 31, 2011 (D.I. 6662, Filed 10/20/11);

      2.      Certification Of No Objection Regarding Thirty-First Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2011 Through August 31, 2011 (D.I. 6768, Filed 11/14/11);

      3.      Thirty-Second Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2011 Through September 30, 2011 (D.I. 6793, Filed 11/16/11);

      4.      Certification Of No Objection Regarding Thirty-Second Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2011 Through September 30, 2011 (D.I. 6941, Filed 12/8/11); and

      5.      Thirty-Third Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2011 Through October 31, 2011 (D.I. 6857, Filed 11/23/11).

Huron Consulting Group

L.     Eleventh Quarterly Fee Application Request Of Huron Consulting Group As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period August 1, 2011 Through September 31, 2011 (D.I. 6826, Filed 11/21/11).

    1.    Thirty-First Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2011 Through August 31, 2011 (D.I. 6427, Filed 9/20/11);

    2.    Certificate Of No Objection Regarding Docket No.6427 (D.I. 6587, Filed 10/12/11);

    3.    Thirty-Second Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2011 Through September 30, 2011 (D.I. 6588, Filed 10/13/11);

    4.    Certificate Of No Objection Regarding Docket No. 6588 (D.I. 6715, Filed 11/4/11);

    5.    Thirty-Third Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2011 Through October 31, 2011 (D.I. 6782, Filed 11/15/11); and

    6.    Certificate Of No Objection Regarding Docket No. 6782 (D.I. 6931, Filed 12/7/11).

Jackson Lewis LLP

M.    Eleventh Quarterly Fee Application Request Of Jackson Lewis LLP As Counsel To Debtors And Debtors-In-Possession, The Period August 1, 2011 Through October 31, 2011 (D.I. 6836, Filed 11/21/11).

    1.    Thirtieth Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2011 Through August 31, 2011 (D.I. 6753, Filed 11/11/11);

    2.    Certificate Of No Objection Regarding Docket No. 6753 (D.I. 6910, Filed 12/5/11);

    3.    Thirty-First Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim

Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2011 Through September 30, 2011 (D.I. 6754, Filed 11/11/11);

4.   Certificate Of No Objection Regarding Docket No. 6754 (D.I. 6911, Filed 12/5/11); and

5.   Thirty-Second Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2011 Through October 31, 2011 (D.I. 6835, Filed 11/21/11).

Jeffries & Company, Inc

N.   Eleventh Interim Application Of Jeffries As Investment Banker To The Official Committee Of Unsecured Creditors, For Compensation And Reimbursement Of Expenses For The Period August 1, 2011 Through October 31, 2011 (D.I. 6834, Filed 11/21/11).

1.   Thirty-First Monthly Fee Application Of Jefferies & Company, Inc., For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors, For The Period August 1, 2011 Through August 31, 2011 (D.I. 6831, Filed 11/21/11);

2.   Thirty-Second Monthly Fee Application Of Jefferies & Company, Inc., For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors, For The Period September 1, 2011 Through September 30, 2011 (D.I. 6832, Filed 11/21/11); and

3.   Thirtieth Monthly Fee Application Of Jefferies & Company, Inc., For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors, For The Period October 1, 2011 Through October 31, 2011 (D.I. 6833, Filed 11/21/11).

John Ray

O.   Eighth Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period August 1, 2011 through October 31, 2011 (D.I. 6784, Filed 11/15/11).

1.   Twentieth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2011 Through August 31, 2011 (D.I. 6335, Filed 9/8/11);

2.   Certificate Of No Objection Regarding Docket No. 6335 (D.I. 6533, Filed 9/30/11);

3.      Thirty-First Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2011 Through September 30, 2011 (D.I. 6617, Filed 10/14/11);

4.      Certificate Of No Objection Regarding Docket No. 6617 (D.I. 6723, Filed 11/3/11);

5.      Thirty-Second Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2011 Through October 31, 2011 (D.I. 6725, Filed 11/8/11); and

6.      Certificate Of No Objection Regarding Docket No. 6725 (D.I. 6896, Filed 11/30/11).

Keightley & Ashner LLP

P.      Third Quarterly Fee Application Request Of Keightley & Ashner LLP As Special Pension Benefits Counsel For Debtors And Debtors-In-Possession, For The Period August 1, 2011 Through October 31, 2011 (D.I. 6817, Filed 11/18/11).

1.      Third Monthly Fee Application Of Keightley & Ashner LLP As Special Pension Benefits Counsel For Debtors And Debtors-In-Possession, For The Period August 1, 2011 Through August 31, 2011 (D.I. 6528, filed 9/29/11);

2.      Certificate Of No Objection Regarding Docket No. 6528 (D.I. 6671, Filed 10/21/11); and

3.      Fourth Monthly Fee Application Of Keightley & Ashner LLP As Special Pension Benefits Counsel For Debtors And Debtors-In-Possession, For The Period September 1, 2011 Through October 31, 2011 (D.I. 6816, Filed 11/18/11).

Lazard Freres & Co, LLC

Q.      Tenth Quarterly Fee Application of Lazard Freres & Co. LLC, Financial Advisor and Investment Banker to the Debtors for the Period May 1, 201 Through July 31, 2011 (D.I. 6849, Filed11/22/11).

1.      Twenty-Sixth Monthly Application Of Lazard Freres & Co, LLC, Financial Advisor And Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period May 1, 2011 Through May 31, 2011 (D.I. 6808, Filed 11/17/11);

2.      Certificate Of No Objection Regarding Twenty-Sixth Monthly Application Of Lazard Freres & Co, LLC, Financial Advisor And Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period May 1, 2011 Through May 31, 2011 (D.I. 6943, Filed 12/9/11);

3.      Twenty-Seventh Monthly Application Of Lazard Freres & Co, LLC, Financial Advisor And Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period June 1, 2011 Through June 30, 2011 (D.I. 6809, Filed 11/17/11);

4.      Certificate Of No Objection Regarding Twenty-Seventh Monthly Application Of Lazard Freres & Co, LLC, Financial Advisor And Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period June 1, 2011 Through June 30, 2011  (D.I. 6944, Filed 12/9/11);

5.      Twenty-Eighth Monthly Application Of Lazard Freres & Co, LLC, Financial Advisor And Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period July 1, 2011 Through July 31, 2011 (D.I. 6809, Filed 11/17/11); and

6.      Certificate Of No Objection Regarding Twenty-Eighth Monthly Application Of Lazard Freres & Co, LLC, Financial Advisor And Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period July 1, 2011 Through July 31, 2011 (D.I. 6945, Filed 12/9/11).

Linklaters LLP

R.      Seventh Quarterly Fee Application Of Linklaters LLP, As U.K. Counsel For Debtors And Debtors-In-Possession, For The Period August 1, 2011 Through October 31, 2011 (D.I. 6861, Filed 11/23/11).

1.      Eighth Monthly Application Of Linklaters LLP, As. U.K. Counsel, To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2011 Through October 31, 2011 (D.I. 6860, Filed 11/23/11).

McCarter & English LLP

S.      First Quarterly Fee Application of McCarter & English, LLP for Compensation for Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period August 26, 2011 Through October 31, 2011 (D.I. 6820, Filed 11/21/11).

1.      First Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period August 26, 2011 Through September 30, 2011 (D.I. 6730, Filed 11/9/11);

2.      Certificate Of No Objection Regarding Docket No. 6730 (D.I. 6900, Filed 12/2/11);

3.    Second Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period October 1, 2011 Through October 31, 2011 (D.I. 6731, Filed 11/9/11); and

4.    Certificate Of No Objection Regarding Docket No. 6731 (D.I. 6901, Filed 12/2/11).

Mercer (US) Inc.

T.    Eleventh Quarterly Fee Application Request Of Mercer (US) Inc., As Compensation Specialist To The Debtors, For The Period Of August 1, 2011 Through October 31, 2011 (D.I. 6844, Filed 11/22/11).

1.    Eleventh Interim Application Of Mercer (US) Inc. As Compensation Specialist and Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of August 1, 2011 Through October 31, 2011 (D.I. 6843, Filed 11/22/11).

Morris, Nichols, Arsht & Tunnell LLP

U.    Eleventh Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period August 1, 2011 Through October 31, 2011 (D.I. 6853, Filed 11/23/11).

1.    Thirty-Second Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2011 Through August 31, 2011 (D.I. 6592, Filed 10/13/11);

2.    Certificate of No Objection Regarding Docket No. 6592 (D.I. 6714, Filed 11/4/11);

3.    Thirty-Third Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2011 Through September 30, 2011 (D.I. 6694, Filed 10/26/11);

4.    Certificate Of No Objection Regarding Docket No. 6694 (D.I. 6805, Filed 11/17/11); and

5.    Thirty-Fourth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2011 Through October 31, 2011 (D.I. 6848, Filed 11/22/11).

<u>Punter Southall LLC</u>

V. Tenth Quarterly Fee Application Request Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period August 1, 2011 Through October 31, 2011 (D.I. 6760, Filed 11/14/11).

1. Twelfth Monthly Application Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period August 1, 2011 Through October 31, 2011 (D.I. 6759, Filed 11/14/11); and

2. Certificate Of No Objection Regarding Docket No. 6759 (D.I. 6928, Filed 12/7/11).

<u>Richards, Layton & Finger, PA</u>

W. Eleventh Interim Fee Application Request Of Richards, Layton & Finger, PA As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From August 1, 2011 Through October 31, 2011 (D.I. 6864, Filed 11/23/11).

1. Thirty-First Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From August 1, 2011 Through August 31, 2011 (D.I. 6482, Filed 9/27/11);

2. Certification Of No Objection Regarding Thirty-First Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From August 1, 2011 Through August 31, 2011 (D.I. 6656, Filed 10/19/11);

3. Thirty-Second Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From September 1, 2011 Through September 30, 2011 (D.I. 6657, Filed 10/19/11);

4. Certification Of No Objection Regarding Thirty-Second Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From September 1, 2011 Through September 30, 2011 (D.I. 6747, Filed 11/10/11); and

5. Thirty-Third Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For

The Period From October 1, 2011 Through October 31, 2011 (D.I. 6829, Filed 11/21/11).

RLKS Executive Solutions, LLC

X.      Sixth Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period August 1, 2011 Through October 31, 2011 (D.I. 6859, Filed 11/23/11).

1.      Fourteenth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2011 Through August 31, 2011 (D.I. 6771, Filed 11/14/11);

2.      Certificate Of No Objection Regarding Docket No. 6771 (D.I. 6932, Filed 12/7/11);

3.      Fifteenth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2011 Through September 30, 2011 (D.I. 6772, Filed 11/14/11);

4.      Certificate Of No Objection Regarding Docket No. 6772 (D.I. 6933, Filed 12/7/11);

5.      Sixteenth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2011 Through October 31, 2011 (D.I. 6773, Filed 11/14/11); and

6.      Certificate Of No Objection Regarding Docket No. 6773 (D.I. 6934, Filed 12/7/11).

Torys LLP

Y.      Fourth Quarterly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2011 Through October 31, 2011 (D.I. 6837, Filed 11/21/11).

1.      Sixth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2011 Through August 31, 2011 (D.I. 6790, Filed 11/16/11);

2.      Certificate Of No Objection Regarding Docket No. 6790 (D.I. 6940, Filed 12/8/11);

3.      Seventh Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2011 Through October 31, 2011 (D.I. 6819, Filed 11/18/11); and

4.      Notice Of Filing Of Exhibits To Seventh Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2011 Through October 31, 2011 (D.I. 6821, Filed 11/21/11).