**CERTIFICATE OF SERVICE**

       I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on December 14, 2011 at 10:00 a.m. (ET)** was caused to be made on December 12, 2011, in the manner indicated upon the parties identified below and on the attached service list.

Dated: December 12, 2011

                                                       */s/ Chad A. Fights*
                                                 Chad A. Fights (No. 5006)

**Via Fax**

(Counsel for CoAMS, Inc.)
Mark D. Conzelmann
Jeffrey Chadwick
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693
Fax: 312-902-1061

3790723.12