**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Nortel Networks Inc.         ) | |
|                                   ) | Chapter 11 |
|       Debtors.         ) | |
|                                   ) | CASE NO. 09-10138 |
|                                   ) | (Jointly Administered) |

NOTICE OF ADDRESS CHANGE FOR GTCI

PLEASE TAKE NOTICE that GTCI, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor and his representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims, and hereby requests that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the new address set forth below, effective as of the date hereof.

Former Address
GTCI
c/o Stephen C. Stapleton
Dykema Gossett
1717 Main Street, Suite 4000
Dallas, TX 75201

New Address
**GTCI**
**c/o Stephen C. Stapleton**
**Cowles & Thompson, PC**
**901 Main Street, Suite 3900**
**Dallas, TX 7522**


**COWLES & THOMPSON, PC**

By:       */s/ Stephen C. Stapleton*

Date:       12/12/2011