IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |
|  | ) Re: Docket No. 6304, 6391, 6418 |

### CERTIFICATION OF COUNSEL REGARDING AMENDED ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS TO ESTABLISH PROCEDURES FOR COMPLIANCE WITH 11 U.S.C. §1102(b)(3) AND 1103(c)

I, Shelley A. Kinsella, counsel to the Official Committee of Long Term Disability Participants (collectively, the "LTD Committee"), hereby certify the following:

1. On September 2, 2011, the LTD Committee filed the Motion of the Official Committee of Long Term Disability Plan Participants to Establish Procedures for Compliance with 11 U.S.C. §1102(b)(3) and 1103(c) (the "Motion") (Docket No. 6304).

2. The Notice provided that any objections or responses to the Motion were to be filed with the Court and served upon the undersigned counsel by 4:00 p.m. on September 14, 2011.

3. On September 19, 2011, the LTD Committee filed a Certification of Counsel regarding the Motion (the "COC") (Docket No. 6391).

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

4. On September 20, 2011, the Court entered an Order Granting the Motion of the Official Committee of Long Term Disability Plan Participants to Establish Procedures for Compliance with 11 U.S.C. §1102(b)(3) and 1103(c) (the "Order") (Docket No. 6418).

5. Subsequent to the entry of the Order, counsel to the Debtors provided comments to the Order. Accordingly, with the approval of the Unsecured Creditors Committee, the LTD Committee has revised the Order to incorporate the comments from the Debtors. The amended proposed form of Order (the "Amended Proposed Order") is attached hereto as **Exhibit A**. A blackline comparing the Amended Proposed Order to the original entered on September 20, 2011 is attached hereto as **Exhibit B**.

6. Pursuant to Rule 9013-1(k) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, counsel certifies that the amendment is not material and that all interested parties have consented.

7. In light of the foregoing, it is respectfully request that the Amended Proposed Order be entered at the earliest convenience of the Court.

Dated: December 12, 2011

ELLIOTT GREENLEAF

Rafael X. Zahralddin-Aravena (DE 4166)
Shelley A. Kinsella (DE 4023)
1105 N. Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

*Counsel to the Official Committee of Long Term Disability Participants*