IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
:
In re                                   :    Chapter 11
                                        :    Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]        :    (Jointly Administered)
                                        :
                Debtors                 :
                                        :
------------------------------------------------------X

**VERIFIED STATEMENT OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF NORTEL NETWORKS INC., *ET AL.*,
PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, amended as of December 1, 2011 (the "Bankruptcy Rules"), the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of Nortel Networks Inc. and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") hereby submits this verified statement (the "Verified Statement") and in support thereof states:

1. On January 22, 2009 (the "Committee Formation Date"), the United States Trustee for the District of Delaware appointed the Committee pursuant to section 1102(a) of title 11 of the United States Code. The Committee currently consists of three members, as follows: (i) Law Debenture Trust Company of New York, as indenture trustee; (ii) Pension Benefit Guaranty Corporation; and (iii) The Bank of New York Mellon, as indenture trustee.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

RLF1 5673996v. 1

2.       The Committee members hold unsecured claims against the Debtors' estates arising from a variety of business relationships, including those of the indenture trustees and entities affected by the Debtors' pension liability. In accordance with amended Bankruptcy Rule 2019, attached hereto as Exhibit A is a list of the names, addresses and the nature and amount of all disclosable economic interests held by each Committee member in relation to the Debtors as of the Committee Formation Date.

3.       Nothing contained in this Verified Statement (or Exhibit A hereto) should be construed as a limitation upon, or waiver of, any Committee member's rights to assert, file and/or amend its claims in accordance with applicable law and any orders entered in these cases establishing procedures for filing proofs of claim.

4.       The Committee reserves the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

RLF1 5673996v. 1

Dated: December 12, 2011
       Wilmington, Delaware

*/s/ Christopher M. Samis*
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*