# EXHIBIT A

**Names, Addresses, and Nature of Economic Interests of Committee Members**

| Name | Address | Nature and Amount of Disclosable Economic Interest |
|---|---|---|
| The Bank of New York Mellon, as Indenture Trustee[2] | 101 Barclay Street, Floor 8W New York, NY 10286 | Unsecured claims arising out of money loaned, as evidenced by that certain Indenture dated as of July 5, 2006 (as may have been amended, modified or supplemented, the "2006 Indenture"), that certain Indenture dated as of March 28, 2007 (as may have been amended, modified or supplemented, the "2007 Indenture"), the notes issued thereunder, and all related documents, agreements and instruments executed and delivered in connection therewith, in the aggregate principal amount of $3,940,750,260.42, plus outstanding and accrued pre-petition and post-petition interest, plus all other amounts due under the 2006 Indenture and the 2007 Indenture, including without limitation, any premium and make-whole payments due and the Indenture Trustee's fees, costs, expenses (including the fees and expenses of its outside legal counsel) and rights to indemnification.<br><br>The following notes were issued under the 2006 Indenture:<br><br>(a) the London Interbank Offered Rate (LIBOR) + 4.250% Floating Rate Notes due 2011 in the original principal amount of $1,000,000,000.00, (b) the 10.125% Fixed Rate Notes due 2013 in the original principal amount of $550,000,000.00 and (c) the 10.75% Fixed Rate Notes due 2016 in the original principal amount of $1,125,000,000.00. |

---

[2] The description set forth herein is subject in all respects to the proofs of claim filed by The Bank of New York Mellon as Indenture Trustee in these cases. To the extent there is any discrepancy between the information herein and The Bank of New York Mellon's proofs of claim, the proofs of claim shall govern. Additional information may be found in the Rule 2019 statement that was filed by The Bank of New York Mellon in these cases.

RLF1 5673996v. 1

| Name | Address | Nature and Amount of Disclosable Economic Interest |
|---|---|---|
| | | The following notes were issued under the 2007 Indenture: (a) 1.75% Convertible Senior Notes due 2012 in the original principal amount of $575,000,000.00 (the "2012 Notes"); and (b) the 2.125% Convertible Senior Notes due 2014 in the original principal amount of $575,000,000.00. |
| Law Debenture Trust Company of New York, as Indenture Trustee | 400 Madison Avenue, 4th Floor New York, NY 10017 | Unsecured claims arising out of money loaned as evidenced by the Indenture (the "NNCC Indenture") dated February 15, 1996, by and between Nortel Networks Limited and Nortel Networks Capital Corporation ("NNCC") and The Bank of New York, as Trustee, as amended and supplemented from time to time, the 7.875% senior unsecured debt securities and all related documents, agreements and instruments executed and delivered in connection therewith, in the original aggregate principal amount of $150,000,000, plus outstanding and accrued interest, plus other amounts due and owing under the NNCC Indenture, including, without limitation, trustees' fees, costs and expenses. In addition, payment of Law Debenture's claim against NNCC is provided for by a Support Agreement, dated as of February 15, 1996, by and between NNCC and Nortel Networks Inc. |
| Pension Benefit Guaranty Corporation | 1200 K Street NW Suite 340 Washington, DC 20005 | Statutory claims under ERISA, 29 U.S.C. §§ 1307, 1362, and Internal Revenue Code, 26 U.S.C. §§ 412,430, for unfunded benefit liabilities, unpaid minimum funding contributions, shortfall amortization waiver charges, and unpaid pension insurance premiums owed with respect to the Debtors' defined benefit pension plans. These claims are currently estimated to be approximately $593,100,000, with priority status, if any, yet to be determined. |