## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

Debtors.

) Chapter 11
)
) Case No.: 09-10138 (KG)
)
) Jointly Administered
)
) **TRANSFER OF CLAIM**
) **BANKRUPTCY RULE 3001(E)(1)**
)
)

PLEASE TAKE NOTICE that the claim(s) of JOHN MWAURA, GID number 5076533 (underlying creditor or "Transferor"), against the above captioned Debtor in the amount of $23,224.40, as listed within the debtor's Schedule of Liabilities filed and all claims of Transferor associated with such claim have been transferred and assigned (absolutely and not for security) to United States Debt Recovery X, LP, ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. The clerk of the court is authorized to changed the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR: JOHN MWAURA**

Print Name: JOHN MWAURA    Title: INDIVIDUAL

Signature: _John Mwaura_    Date: 12/9/11

Corrected Address (if req.) _____

Phone: (972) 801-7102    E-Mail: johnmwaura@msn.com

**TRANSFEREE:**
United States Debt Recovery X, LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: _Nathan E. Jones_
Nathan E. Jones, Managing Director

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

CIRCUIT CITY STORES, INC.,

        Debtor.

) Chapter 11
)
) Case No.: 08-35653
)
) Judge Kevin R. Hennekens
)

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(e)(2)**

**Name of Proposed Transferor:**
Sir Barton Place LLC
c/o United States Debt Recovery X LP
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

**Name of Transferee:**
United States Debt Recovery X, LP
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

United States Bankruptcy Court
Eastern District of Virginia
310 United States Courthouse Annex
1100 East Main St.
Richmond, VA 23219-3538

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

---

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on

INTERNAL CONTROL NO._____
Copy (check)    Claims Agent_____    Transferee_____    Debtor's Attorney_____

Deputy Clerk