Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/04/11 | EH | Review notice of rescheduled December omnibus hearing dates; track rescheduled hearing dates | 0.10 |
| 11/17/11 | EH | Review ECF notices and download BFCA October 2011 monthly fee application | 0.10 |
| 11/17/11 | EH | Review ECF notices and download BFCA fifth quarterly fee application (.1); track hearing date (.1) | 0.20 |
| 11/22/11 | EH | Review agenda for 11/29/11 hearing | 0.10 |
| 11/28/11 | EH | Prepare binder for 11/29/11 hearing | 0.20 |
| 11/28/11 | EH | Review email from C. Fights regarding draft of amended agenda for 11/29/11 hearing | 0.10 |
| 11/28/11 | EH | Review amended agenda for 11/29/11 hearing | 0.10 |
| 11/30/11 | EH | Review ECF notices and download CNO to BFCA September 2011 monthly fee application | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 1.00 | $240.00 |
| | | | 1.00 | $240.00 |
| | | TOTAL: | 1.00 | $240.00 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/04/11 | LMS | Email to M. Cook regarding estimated accruals for October 2011 | 0.20 |
| 11/08/11 | RHL | Review and edit time for fee application | 0.20 |
| 11/14/11 | RHL | Review fee application for October 2011 and respond to L. Behra | 0.20 |
| 11/14/11 | LMS | Preparation of BFCA monthly fee statement for October 2011 | 2.00 |
| 11/15/11 | LMS | Preparation of BFCA monthly fee statement for October 2011 | 0.20 |
| 11/15/11 | LMS | Docket objection deadline regarding BFCA monthly fee statement for October 2011 | 0.10 |
| 11/15/11 | LMS | File BFCA monthly fee statement for October 2011 | 0.10 |
| 11/15/11 | LMS | Prepare BFCA quarterly fee application for August 2011 through October 2011 | 0.70 |
| 11/15/11 | LMS | File BFCA quarterly fee application for August 2011 through October 2011 | 0.10 |
| 11/15/11 | LMS | Docket hearing date regarding BFCA quarterly fee application for August 2011 through October 2011 | 0.10 |
| 11/16/11 | LMS | Attention to issues relative to service upon Debtor | 0.30 |
| 11/21/11 | LMS | Review docket regarding objections to BFCA monthly fee application for September 2011 | 0.10 |
| 11/21/11 | LMS | Prepare CNO regarding BFCA monthly fee application for September 2011 | 0.10 |
| 11/21/11 | LMS | File CNO regarding BFCA monthly fee application for September 2011 | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 0.40 | $250.00 |
| | | | 0.40 | $250.00 |
| PARALEGAL | | | | |
| LISA M BEHRA | (LMS) | $200.00 | 4.10 | $820.00 |
| | | | 4.10 | $820.00 |
| | | TOTAL: | 4.50 | $1,070.00 |

General Claims Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/15/11 | JRH | Meeting with J. Smith regarding Nortel claims issues | 0.30 |
| 11/15/11 | JES | Follow up with J. Hoover regarding EMC Corporation claim objection (.2); confer with J. Hoover regarding claims objections (.3) | 0.50 |
| 11/22/11 | RHL | Received correspondence from J. Hoover regarding analysis of EMC claim for next omnibus hearing | 0.10 |
| 11/22/11 | JRH | Conference call with J. Philbrick and follow up regarding claims objections procedures and next omnibus claims objection | 0.30 |
| 11/30/11 | JRH | Telephone call received from J. Philbrick regarding claims objections | 0.20 |

General Claims Matters

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 0.10 | $62.50 |
| | | | 0.10 | $62.50 |
| ASSOCIATE | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 0.80 | $316.00 |
| JENNIFER E. SMITH | (JES) | $265.00 | 0.50 | $132.50 |
| | | | 1.30 | $448.50 |
| | | TOTAL: | 1.40 | $511.00 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2011

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/01/11 | RHL | Received correspondence from J. Smith to Bill Bowden and his reply regarding Prudential settlement | 0.10 |
| 11/01/11 | JRH | Review settlement agreement and coordinate with J. Smith | 0.30 |
| 11/01/11 | JES | Confer with J. Hoover regarding Prudential settlement and Starent settlement agreement (.2); email B. Bowden regarding settlement of Prudential Relocation adversary and cancellation of mediation (.2); follow up discussion with J. Hoover regarding Starent settlement agreement (.2); email K. Law regarding Starent settlement agreement (.1); draft settlement agreement with Prudential Relocation (.8); email R. Boris regarding Prudential Relocation settlement agreement (.1); review and respond to email from B. Sullivan regarding Prudential Relocation settlement agreement (.2) | 1.80 |
| 11/01/11 | EH | Discuss status of 11/02/11 Prudential mediation with J. Smith | 0.10 |
| 11/01/11 | EH | Discuss status of 11/02/11 Right Management mediation with J. Smith (.1); track rescheduled mediation date and mediation statement submission deadlines (.1) | 0.20 |
| 11/02/11 | RHL | Review settlement stipulation with Prudential | 0.20 |
| 11/02/11 | RHL | Received correspondence from J. Smith and R. Boris regarding filing Prudential settlement under seal | 0.10 |
| 11/02/11 | RHL | Discuss filing Prudential settlement under seal with J. Smith | 0.20 |
| 11/02/11 | JES | Confer with R. Lemisch regarding confidentiality issues in connection with Prudential settlement (.2); email R. Boris regarding same (.1); review Motion pursuant to 9019 to approve settlement and related order and exhibits (.4); email C. Fights regarding 9019 motion (.1); various emails to R. Boris and C. Brown regarding revision to settlement agreements (.2); revise Starent settlement agreement and create blackline (.4); email K. Law regarding revised Starent settlement agreement (.1); revise Prudential settlement agreement (.2) | 1.70 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/02/11 | EH | Review mediator's report of settlement prior to mediation; calculate and track deadline to file settlement stipulation | 0.10 |
| 11/02/11 | EH | Review ECF notices and download certification of counsel submitting second stipulation extending Right Management deadlines | 0.10 |
| 11/03/11 | RHL | Received correspondence from J. Smith regarding contacting Morris Nichols regarding the confidentiality aspect of Prudential settlement and respond | 0.10 |
| 11/03/11 | RHL | Received correspondence from J. Smith regarding filing Prudential settlement under seal and respond (.1); review correspondence to Prudential's counsel (.1) | 0.20 |
| 11/03/11 | JRH | Follow up regarding pending preference actions, settlement agreements, and telephone call made to J. Carignan regarding Right Management | 0.30 |
| 11/03/11 | JES | Call with A. Cordo regarding motion to seal prudential settlement agreement (.2); review docket in connection with motions to seal (.2); call with C. Fights regarding motion to file under seal (.2) | 0.60 |
| 11/03/11 | EH | Review 11/03/11 adversary status report | 0.10 |
| 11/03/11 | EH | Review ECF notices and download second order extending Right Management discovery deadlines | 0.10 |
| 11/03/11 | EH | Review second stipulation extending Right Management discovery deadlines (.1); track extended deadlines (.1) | 0.20 |
| 11/03/11 | EH | Review calendar for outstanding or moot adversary deadlines | 0.20 |
| 11/04/11 | JES | Call with J. Clasen regarding Prudential Relocation settlement agreement and revision thereto | 0.20 |
| 11/04/11 | EH | Review 10/21/11 adversary status reports | 0.10 |
| 11/07/11 | RHL | Speak to J. Smith regarding status of Right Management | 0.20 |
| 11/07/11 | RHL | Received correspondence from Starent settlement and review changes (.1); discuss filing under seal with J. Smith (.1) | 0.20 |
| 11/07/11 | JRH | Email with J. Carignan regarding response to settlement offer regarding Right Management | 0.40 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/07/11 | JES | Review email from K. Law regarding revisions to Starent settlement agreement (.1); review email from J. Hoover to J. Carignan regarding Right Management settlement (.1); review response from J. Carignan (.1); confer with R. Lemsich regarding status of adversary proceedings (.1); revise Starent settlement agreement and email K. Law with updated agreement (.6); review and discuss email from Right Management regarding settlement proposal (.2); confer with R. Lemsich regarding filing settlements under seal (.2) | 1.40 |
| 11/08/11 | RHL | Received correspondence from K. Law regarding Starent settlement | 0.10 |
| 11/08/11 | RHL | Review correspondence to R. Boris regarding execution of settlement agreement with Starent | 0.10 |
| 11/08/11 | RHL | Received correspondence from R. Boris regarding no need to file Starent under seal | 0.10 |
| 11/08/11 | RHL | Review and revise motion to shorten regarding Starent 9019 motion | 0.30 |
| 11/08/11 | RHL | Review motion to shorten issues with J. Smith on Starent motion | 0.20 |
| 11/08/11 | RHL | Review service issues regarding Starent settlement motion | 0.30 |
| 11/08/11 | JRH | Review amended language to Prudential settlement agreement (.1); and coordinate with J. Smith regarding status of settlements (.1) | 0.20 |
| 11/08/11 | JES | Review and respond to email from J. Hoover regarding Prudential Relocation settlement agreement (.2); confer with J. Hoover regarding conversation with J. Clasen and proposed changes to settlement agreement (.2); review and revise Prudential Relocation settlement agreement after review comments from J. Clasen (.2); draft 9019 Motion approving Starent settlement and proposed form of order (2.0); confer with E. Hein regarding service of 9019 motion (.3); revise 9019 Motion (.8); draft Motion to Shorten Notice on 9019 Motion and proposed form of order (1.5); confer with R. Lemisch and revise Motion to Shorten accordingly (.8) | 6.00 |
| 11/08/11 | EH | Email to B. Hunt regarding service of Starent 9019 motion (.1); discuss with J. Smith (.2) | 0.30 |
| 11/08/11 | EH | Research regarding service of settlement motions (.2); discuss service of Starent settlement motion with J. Smith and R. Lemisch (.1) | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/08/11 | EH | Discuss preparation and filing of motion to approve Starent settlement with J. Smith | 0.20 |
| 11/09/11 | RHL | Received correspondence from Prudential counsel regarding execution of settlement agreement | 0.10 |
| 11/09/11 | RHL | Review correspondence regarding motion to expedite Prudential settlement motion and respond | 0.20 |
| 11/09/11 | JRH | Coordinate with J. Smith regarding settlements and 9019 motion | 0.20 |
| 11/09/11 | JRH | E-mail with R. Lemisch and A. Ungberg regarding stipulations, review rules | 0.30 |
| 11/09/11 | JES | Review email from J. Clasen regarding Prudential settlement agreement (.1); respond to email from J. Clasen regarding hearing date for 9019 motion (.2); email R. Boris regarding execution of Prudential settlement agreement (.1); review and respond to various emails from R. Boris regarding settlement agreements (.3); update settlement payment address in Starent and Prudential settlement agreements (.3); call with J. Clasen regarding hearing date for Prudential 9019 (.3); email R. Lemisch and J. Hoover regarding Prudential hearing date (.2); draft 9019 Motion in connection with Prudential Relocation settlement agreement (1.6); call with J. Hoover to discuss Right Management counter settlement proposal (.2) | 3.30 |
| 11/09/11 | EH | Review and respond to email from B. Hunt regarding service of Starent 9019 motion and related motion to shorten | 0.10 |
| 11/09/11 | EH | File motion to approve Starent settlement and related motion to shorten (.4); coordinate delivery to Judge Gross' chambers (.5) | 0.90 |
| 11/10/11 | RHL | Review order shortening notice of motion (.1); coordinate service (.1) | 0.20 |
| 11/10/11 | RHL | Received correspondence from J. Smith regarding prudential settlement hearing and respond | 0.20 |
| 11/10/11 | JRH | Conference call with H. Jaffe, J. Carignan regarding Right Management settlement | 0.40 |
| 11/10/11 | JES | Continue drafting 9019 Motion to approve Prudential Relocation settlement agreement (.6); review and respond to email from J. Hoover regarding settlement offer in Right Management (.2) | 0.80 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/10/11 | EH | Review ECF notices and download order approving motion to shorten notice of Starent 9019 motion; email to J. Smith and R. Lemisch | 0.10 |
| 11/10/11 | EH | Draft notice of Starent 9019 motion | 0.20 |
| 11/10/11 | EH | File notice of Starent 9019 motion | 0.20 |
| 11/10/11 | EH | Coordinate service of Starent 9019 motion, notice of motion and order to shorten notice with B. Hunt | 0.20 |
| 11/10/11 | EH | Track hearing date and objection deadline for Starent 9019 motion | 0.10 |
| 11/11/11 | RHL | Received correspondence from A. Ungberg regarding CTDI dismissal (.1); review J. Hoover response and Andrew's further response (.1) | 0.20 |
| 11/11/11 | JES | Review email from R. Boris regarding settlement considerations in connection with Right Management | 0.20 |
| 11/14/11 | RHL | Received correspondence from J. Smith regarding status of execution of Prudential stipulation | 0.10 |
| 11/14/11 | RHL | Review status of Nortel matters with J. Hoover | 0.20 |
| 11/14/11 | RHL | Received correspondence regarding EMC claims and J. Hoover response | 0.10 |
| 11/14/11 | RHL | Received correspondence from A. Ungberg regarding dismissal stipulation practice and respond | 0.20 |
| 11/14/11 | JES | Email R. Boris regarding Prudential settlement agreement (.1); review email from R. Boris to J. Ray regarding Prudential settlement (.1); review and revise Prudential 9019 motion (.3) | 0.50 |
| 11/14/11 | SRS | Research termination of litigation hold issues for Nokia Siemens litigation | 1.20 |
| 11/16/11 | RHL | Received correspondence from J. Hoover regarding issues regarding potential settlement with Right Management | 0.10 |
| 11/16/11 | RHL | Received correspondence from R. Boris regarding Right Management settlement; review response from J. Hoover regarding settlement comments and R. Boris response | 0.10 |
| 11/16/11 | JRH | Email with J. Carignan regarding status | 0.10 |
| 11/16/11 | JRH | Attend to files; follow up regarding Claims and preference actions | 2.50 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/16/11 | JES | Review email to H. Jaffee regarding Right Management (.1); review email to R. Boris regarding Right Management (.1); review response from R. Boris regarding Right Management (.1); review email to J. Carignan regarding Right Management (.1); confer with J. Hoover regarding deadline for Right Management discovery and settlement (.2); review email from H. Jaffee regarding discovery extension (.1); draft Motion to Seal Prudential 9019 Motion (1.2) | 1.90 |
| 11/17/11 | RHL | Received letter from J. Hoover to counsel for Right Management regarding terms of settlement | 0.10 |
| 11/17/11 | RHL | Received correspondence from H. Jaffe, Esquire, counsel to Right Management regarding proposed settlement (.1); discuss issues with J. Hoover (.2) | 0.30 |
| 11/17/11 | JRH | Follow up regarding Right Management settlement and emails related thereto | 0.50 |
| 11/17/11 | JES | Confer with J. Hoover regarding Right Management settlement (.2); review agenda and email C. Fights regarding review and approval (.2) | 0.40 |
| 11/17/11 | EH | Review email from B. Hunt regarding affidavit of service for Starent 9019 motion | 0.10 |
| 11/17/11 | EH | File affidavit of service for Starent 9019 motion | 0.30 |
| 11/17/11 | EH | Review email from J. Hoover regarding extension of Right Management discovery response deadline; track extended deadline | 0.10 |
| 11/18/11 | RHL | Received correspondence from A. Vinghey regarding stipulation of dismissal and e-mail from other counsel, coordinate filing | 0.20 |
| 11/18/11 | RHL | Received correspondence from J. Hoover to confirm settlement with Right Management and response (several e-mails) | 0.20 |
| 11/18/11 | RHL | Received correspondence from H. Jaffe, Esquire, regarding terms of settlement with Right Management | 0.10 |
| 11/18/11 | JRH | Follow up regarding Right Management settlement | 0.50 |
| 11/18/11 | JES | Review email from H. Jaffee regarding Right Management settlement and discuss with J. Hoover (.3); review email to H. Jaffe regarding settlement (.1); review email to B. Bowden regarding mediation (.1) | 0.50 |
| 11/18/11 | EH | Review email from J. Hoover regarding filing of CTDI dismissal | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/18/11 | EH | Format CTDI stipulation of dismissal | 0.20 |
| 11/18/11 | EH | File CTDI stipulation of dismissal (.2); email to A. Ungberg (.1) | 0.30 |
| 11/18/11 | EH | Review mediator's certification of settlement of Right Management adversary prior to mediation; track deadline to submit settlement documents | 0.10 |
| 11/21/11 | RHL | Received correspondence from J. Hoover regarding Right Management settlement agreement; review H. Jaffe response | 0.10 |
| 11/21/11 | JRH | Discuss Nortel/Starent agenda issues with J. Smith | 0.10 |
| 11/21/11 | JRH | Emails with H. Jaffe regarding settlement agreement | 0.20 |
| 11/21/11 | JES | Email and respond to M. Vanek regarding 9019 requirements in connection with Right Management settlement (.2); review emails from J. Jaffe and J. Hoover regarding Right Management settlement (.2); review docket for responses to Starent 9019 motion and respond to email from J. Uziel regarding same (.3) | 0.70 |
| 11/22/11 | RHL | Received correspondence from H. Jaffe, J. Hoover regarding settlement procedures for Right Management (several e-mails) | 0.20 |
| 11/22/11 | JRH | Emails to and from J. Smith and follow up regarding open preference items | 0.50 |
| 11/22/11 | JRH | Meetings with J. Smith regarding settlement procedures order | 0.20 |
| 11/22/11 | JES | Confer with J. Hoover regarding Right Management settlement (.2); review and analyze prepetition claims settlement order (.3); review and analyze avoidance action settlement order (.3); review docket and emails between parties and draft Right Management settlement agreement (2.6); confer with J. Hoover regarding Right Management settlement agreement (.2); review and respond to email from H. Jaffe regarding settlement agreement and 9019 (.2); draft motion to seal in connection with Prudential settlement agreement (.8) | 4.60 |
| 11/23/11 | JRH | Review and revise settlement agreement (Right Management) (.4); review 9019 motion and motion to file under seal for Prudential (.3) | 0.70 |
| 11/23/11 | JES | Confer with E. Hein regarding filing CNO to Starent 9019 (.2); revise and supplement Right Management 9019 Motion (.8); revise and supplement Prudential Motion to Seal (.7); revise and supplement Prudential 9019 motion (.8); various emails to J. Hoover regarding motions and time line for filing (.2); review comments | 3.40 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| | | from J. Hoover regarding Prudential 9019 and revise accordingly (.4); review and finalize Prudential Relocation settlement agreement and save as fully executed version (.3) | |
| 11/23/11 | EH | Discuss CNO for Starent 9019 motion with J. Smith | 0.10 |
| 11/28/11 | RHL | Received correspondence from J. Smith regarding final executed settlement agreement; status and how to proceed | 0.10 |
| 11/28/11 | RHL | Received correspondence from E. Hein regarding status of litigation settlement | 0.10 |
| 11/28/11 | JRH | Review revised settlement agreement and email with H. Jaffe regarding revised settlement agreement | 0.70 |
| 11/28/11 | JRH | Emails with R. Boris regarding settlement agreement | 0.20 |
| 11/28/11 | JRH | Meeting with J. Smith to discuss open items in Nortel | 0.20 |
| 11/28/11 | JES | Confer with J. Hoover regarding Right Management settlement and 9019 motion (.2); update and finalize Prudential 9019 Motion (.4); update and finalize Prudential Motion to Seal (.5); email J. Clasen regarding fully executed settlement agreement and correction to payment mailing address (.2); confer with E. Hein regarding filing Prudential 9019 Motion and Motion to Seal and discuss procedure for providing unredacted copy to court (.3); review and respond to email from C. Fights after reviewing agenda (.2); review changes to Right Management settlement agreement proposed by opposing counsel and discuss same with J. Hoover (.4); revise and supplement Right Management settlement agreement and create comparison (.4); email J. Hoover regarding changes to settlement agreement (.1) | 2.70 |
| 11/28/11 | EH | Discuss filing and service of Prudential 9019 motion with J. Smith | 0.10 |
| 11/28/11 | EH | Email to B. Hunt regarding service of Prudential 9019 motion and related motion to seal | 0.20 |
| 11/28/11 | EH | Draft notice for Prudential 9019 motion | 0.20 |
| 11/28/11 | EH | Review docket and draft CNO for Starent 9019 motion | 0.30 |
| 11/28/11 | EH | File CNO for Starent 9019 motion | 0.20 |
| 11/28/11 | EH | Email to M. DeCarli regarding CNO for Starent settlement motion and 11/29/11 hearing agenda | 0.10 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/28/11 | EH | Review and respond to email from J. Smith regarding Prudential 9019 motion | 0.10 |
| 11/28/11 | EH | File Prudential 9019 motion | 0.30 |
| 11/28/11 | EH | Draft notice of motion to seal Prudential 9019 motion | 0.20 |
| 11/28/11 | EH | File motion to seal Prudential 9019 motion | 0.30 |
| 11/28/11 | EH | Coordinate service of Prudential 9019 motion and related motion to seal | 0.10 |
| 11/28/11 | EH | Track hearing date and objection deadline for Prudential 9019 motion and related motion to seal | 0.10 |
| 11/28/11 | EH | Review and respond to email from M. DeCarli regarding proposed order approving Starent 9019 motion | 0.10 |
| 11/29/11 | RHL | Received correspondence from K. Callahan, UST, regarding Prudential settlement under seal - issues; respnd | 0.20 |
| 11/29/11 | RHL | Received correspondence from J. Smith to K. Callahan regarding unredacted stipulation | 0.10 |
| 11/29/11 | RHL | Received correspondence from J. Smith regarding what to send to UST and respond | 0.10 |
| 11/29/11 | JRH | Emails regarding negotiation of Right Management settlement agreement | 0.20 |
| 11/29/11 | JES | Review and respond to email from R. Boris regarding RMI settlement (.2); review and respond to emails from J. Hoover regarding RMI settlement (.2); call H. Jaffe regarding RMI (.2); conversation with H. Jaffe regarding confidentiality provision of settlement (.2); email H. Jaffe and J. Hoover regarding RMI settlement (.2); review and respond to email from R. Lemisch regarding Prudential 9019 and settlement (.2); email UST with unredacted Prudential 9019 and settlement (.2) | 1.40 |
| 11/30/11 | RHL | Received correspondence from A. Cordo regarding changed hearing date of next omnibus hearing | 0.10 |
| 11/30/11 | JRH | Emails to and from A. Cordo regarding renoticing of 9019 motions (.2); emails with E. Hein regarding renoticing of 9019 motions (.1) | 0.30 |
| 11/30/11 | JES | Review voicemail from UST regarding Prudential settlement (.1); call UST and leave message (.2); review and comment on revised settlement agreement with Right Management (.3) | 0.60 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/30/11 | EH | Review email from J. Hoover regarding re-notice of Prudential 9019 motion and related motion to seal | 0.10 |
| 11/30/11 | EH | Draft notice of rescheduled hearing on Prudential 9019 motion and related motion to seal | 0.30 |
| 11/30/11 | EH | File notice of rescheduled hearing on Prudential 9019 motion and related motion to seal (.1); track adjourned hearing date(.1) | 0.20 |
| 11/30/11 | EH | Coordinate service of notice of rescheduled hearing on Prudential 9019 motion and related motion to seal | 0.10 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 6.00 | $3,750.00 |
| | | | 6.00 | $3,750.00 |
| **ASSOCIATE** | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 9.00 | $3,555.00 |
| JENNIFER E. SMITH | (JES) | $265.00 | 32.70 | $8,665.50 |
| SARAH R. STAFFORD | (SRS) | $315.00 | 1.20 | $378.00 |
| | | | 42.90 | $12,598.50 |
| **PARALEGAL** | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 8.10 | $1,944.00 |
| | | | 8.10 | $1,944.00 |
| | | TOTAL: | 57.00 | $18,292.50 |

**Document Reproduction**

| Date | User | Description | Amount |
|------|------|-------------|-------:|
| 11/09/11 | EH | Document Reproduction 28 copies | 2.80 |
| 11/15/11 | LMS | Document Reproduction 72 copies | 7.20 |
| 11/15/11 | LMS | Document Reproduction 144 copies | 14.40 |
| 11/15/11 | LMS | Document Reproduction 9 copies | 0.90 |
| 11/15/11 | LMS | Document Reproduction 36 copies | 3.60 |
| | | TOTAL: | $28.90 |

## Delivery Fee - Outside

| Date | User | Description | Amount |
|------|------|-------------|-------:|
| 11/15/11 | RHL | Delivery Fee - Outside - Vendor: Reliable Wilmington driver delivery service-airport | 100.00 |
| 11/23/11 | RHL | Delivery Fee - Outside - Vendor: Reliable Wilmington 11/10 to judge gross | 5.00 |
| 11/29/11 | JRH | Delivery Fee - Outside - Vendor: PARCELS, INC 4/8: to R.U. Game in Florida | 150.00 |
| 11/29/11 | JRH | Delivery Fee - Outside - Vendor: PARCELS, INC 4/8: to RV Communications in Florida | 118.75 |
| 11/29/11 | JRH | Delivery Fee - Outside - Vendor: PARCELS, INC 4/8: to TS 3 Technology in Tennessee | 156.25 |
| 11/29/11 | JRH | Delivery Fee - Outside - Vendor: PARCELS, INC 5/20: to Florida Electronic Business | 168.75 |
| 11/29/11 | JRH | Delivery Fee - Outside - Vendor: PARCELS, INC 4/8: to ReTel Communications in Mass. | 187.50 |
| 11/29/11 | JRH | Delivery Fee - Outside - Vendor: PARCELS, INC 3/14: US District Court | 15.00 |
| 11/29/11 | JRH | Delivery Fee - Outside - Vendor: PARCELS, INC 1/24: SWB of Nashville Inc. | 181.25 |
| 11/29/11 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC 10/28: Ashby & Geddes | 7.50 |
| 11/29/11 | JRH | Delivery Fee - Outside - Vendor: PARCELS, INC 2/14: SWB of Nashville Inc. | 156.25 |

TOTAL:                    $1,246.25

**Long Distance Calls**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 11/16/11 | LMS | Long Distance Calls WILMINGT DE - EXT4653<br>3026589200 Duration: 00:01 | 0.35 |
| | | TOTAL: | $0.35 |

**Postage - Special Mailing**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 10/13/11 | JRH | Postage - Special Mailing 10/13 | 0.44 |
| 10/14/11 | JRH | Postage - Special Mailing 10/14 | 1.32 |
| | | TOTAL: | $1.76 |

**Computer Research**

| Date | User | Description | Amount |
|------|------|-------------|-------:|
| 10/14/11 | JES | Computer Research - Westlaw | 141.00 |
| 10/24/11 | JES | Computer Research - Westlaw | 292.00 |
| 10/25/11 | JES | Computer Research - Westlaw | 45.00 |
| 10/26/11 | JES | Computer Research - Westlaw | 105.00 |
| 10/31/11 | XXX | Computer Research - Westlaw | 765.40 |
| | | TOTAL: | $1,348.40 |

**Meals**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 11/29/11 | RHL | Meals - Vendor: PARCELS, INC 10/27: from Sugarfoot | 133.10 |
| | | TOTAL: | $133.10 |

**Outside Professional Services**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 11/29/11 | RHL | Outside Professional Services - Vendor: PARCELS, INC 10/12: virtual docket | 5,918.17 |
| | | TOTAL: | $5,918.17 |