**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Raymond H. Lemisch, Esquire, hereby certify that on December 13, 2011, a true and correct copy of the foregoing document was served via overnight delivery upon all parties on the attached list.

Dated: December 13, 2011

                                 **BENESCH, FRIEDLANDER, COPLAN**
                                     **& ARONOFF LLP**

By:    */s/ Raymond H. Lemisch*
          Raymond H. Lemisch, Esquire (No. 4204)
          Jennifer R. Hoover, Esquire (No. 5111)
          222 Delaware Avenue, Suite 801
          Wilmington, DE 19801
          Telephone: (302) 442-7006
          Facsimile: (302) 442-7012
          rlemisch@beneschlaw.com
          jhoover@beneschlaw.com

*Special Litigation Counsel to the Debtors*

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Allen Stout
Nortel Networks, Inc.
220 Athens Way
Suite 300
Nashville, TN 37228-1304

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Derek C. Abbott
Eric D. Schwartz
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
18th Floor
PO Box 1347
Wilmington, DE 19899-1347