IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
|  | ) |
| Debtors. | ) Jointly Administrated |
|  | ) |
|  | ) **Re: Docket Nos.** |
|  | ) |

**CERTIFICATION OF COUNSEL REGARDING
ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF
LONG TERM DISABILITY PLAN PARTICIPANTS FOR AN ORDER INCREASING
THE LIMITS ON FEES FOR LTD COMMITTEE COUNSEL**

I, Rafael X. Zahralddin-Aravena, counsel to the Official Committee of Long Term Disability Participants (collectively, the "LTD Committee"), hereby certify the following:

1. On November 28 2011, the LTD Committee filed a *Motion of the Official Committee of Long Term Disability Plan Participants for An Order Increasing the Limits on Fees for LTD Committee Counsel* (the "Motion") (Docket No. 6880). A proposed form of Order was attached to the Motion ("Proposed Order").

2. The deadline to file an objection to the Motion was December 8, 2011 by 4:00 p.m. and a hearing on the Motion is scheduled for December 14, 2011 at 10:00 a.m.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. On December 8, 2011, the Debtors filed *Debtors' Response to the Motion of the Official Committee of Long Term Disability Participants for an Order Increasing the Limits on Fees for LTD Committee Counsel* (the "Response") (Docket No. 6938).

4. In the Response, Debtors do not oppose the extension of the engagement of counsel to the Committee or to an increase in the fee cap by an additional $200,000. The Debtors requested two changes to the proposed order in the Response.

5. Counsel to the Debtors and counsel to the Committee have discussed the objections in the Response and counsel to the Debtors provided comments to the Motion's proposed form of order. Accordingly, the Committee has revised the Order to incorporate the comments from the Debtors including verbatim the recommendations in Debtors' Response. The amended proposed form of Order (the "<u>Amended Proposed Order</u>") is attached hereto as **Exhibit A**. A blackline comparing the "Proposed Order" originally submitted on November 28, 2011 is attached hereto as **Exhibit B**.

Dated: December 13, 2011
Wilmington, DE

**ELLIOTT GREENLEAF**

_____
Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
Jonathan M. Stemerman (DE No. 4510)
1105 N. Market Street, Ste. 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email: jms@elliottgreenleaf.com

*Counsel to the Official Committee of Long Term Disability Participants*