# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | ) | Jointly Administrated |
| Debtors. | ) | **Re: Docket No. _____** |

**ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS FOR AN ORDER INCREASING THE LIMITS ON FEES FOR LTD COMMITTEE COUNSEL**

Upon consideration of the *Motion of the Official Committee of Long-Term Disability Plan Participants for an Order Increasing the Limits on Fees for LTD Committee Counsel* (the "Motion") and any responses thereto; and it appearing that sufficient notice of the Application has been given; and in good cause having been shown, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Cap[2] shall be increased by an additional $200,000, in the aggregate for the four-month period beginning December 1, 2011 through and including March 2012; and it is further

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] All capitalized terms not defined herein shall have the same meaning as set forth in the Motion.

ORDERED that this increase in the Cap shall not prejudice the LTD Committee's right to seek, upon notice and a hearing, a further increase in the Cap for good cause shown, and is without prejudice to the Debtors' right to object on any and all grounds to any motion that may be filed by the LTD Committee seeking a further increase in the Cap.

~~Dated: _________________________, 2011~~
~~Wilmington, Delaware~~

____________________________________
~~HONORABLE KEVIN GROSS~~
~~CHIEF UNITED STATES BANKRUPTCY JUDGE~~

ORDERED that nothing herein shall constitute a finding of fact with respect to the sufficiency of the information provided by the Debtors to the LTD Committee and its advisors in order to assist it to evaluate any proposal from the Debtors with respect to the modification or termination of the LTD Plans, or the parties' good faith. All of the parties' rights with respect to such issues are reserved.

Dated: _________________________, 2011
Wilmington, Delaware

____________________________________
HONORABLE KEVIN GROSS