**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
: 
In re : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
           Debtors. : Jointly Administered
:
------------------------------------------------------------X

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 14, 2011 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

### CONTINUED MATTER

1. Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 3942, Filed 9/14/10).

    Objection Deadline: October 7, 2010 at 4:00 p.m. (ET). Extended for Amphenol Corporation and its affiliates to February 3, 2012 at 4:00 p.m. (ET). Extended for the Debtors, with respect to Unisys's response to the objection, to January 3, 2012 at 4:00 p.m. (ET).

    Remaining Response Received:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] **Amended items appear in bold.**

(a)     Response Of Unisys Corporation To Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) Filed by Unisys Corporation (D.I. 4106, Filed 10/7/10).

Related Documents:

(a)     Order Granting Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 4163, Filed 10/14/10).

Status: The hearing with respect to the objections to Claim Nos. 5500, 5501, 5502, 5504, 5505 and 5506 filed by Amphenol Corporation and its affiliates has been adjourned to the hearing scheduled for February 9, 2012 at 10:00 a.m. (ET). The hearing with respect to the response filed by Unisys Corporation has been adjourned to the hearing scheduled for January 10, 2012 at 10:00 a.m. (ET).

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

*Nortel Networks Inc. v. CoAMS, Inc. Adv. Proc. Case No. 10-55840 (KG)*

2.     Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc., Nortel Networks (CALA) Inc. and CoAms, Inc. (Main Case D.I. 6818, Adv. Proc. Case D.I. 59, Filed 11/18/11).

Objection Deadline: December 2, 2011 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

(a)     Certificate of No Objection (Main Case D.I. 6921, Adv. Proc. Case D.I. 60, Filed 12/6/11); and

(b)     Proposed Form of Order.

Status: There are no objections and a CNO was filed.

*Nortel Networks Inc. v. International Business Machines Corporation Adv. Proc. Case No. 11-50206 (KG)*

3.  Nortel Networks Inc.'s Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation and Settlement Agreement of Avoidance and Other Claims Among Nortel Networks Inc., the Canadian Debtors, International Business Machines Corporation, IBM Credit LLC, IBM Canada Limited, and IBM Global Services (China) Co. Ltd. (Main Case D.I. 6865, Adv. Proc. Case D.I. 21, Filed 11/23/11).

    Objection Deadline:  December 7, 2011 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    (a)  Certificate of No Objection (Main Case D.I. 6950, Adv. Proc. Case D.I. 22, Filed 12/9/11); and

    (b)  Proposed Form of Order.

    Status: There are no objections and a CNO was filed.

**CONTESTED MATTER GOING FORWARD**

4.  Motion of the Official Committee of Long Term Disability Participants for an Order Increasing the Limits on Fees for LTD Committee Counsel (D.I. 6880, Filed 11/28/11).

    Objection Deadline:  December 8, 2011 at 4:00 p.m. (ET).

    Responses Received:

    (a)  Debtors' Response to the Motion of the Official Committee of Long Term Disability Participants for an Order Increasing the Limits on Fees for LTD Committee Counsel (D.I. 6938, Filed 12/8/11).

    Related Documents:

    (a)  Renotice of the Motion of the Official Committee of Long Term Disability Participants for an Order Increasing the Limits on Fees for LTD Committee Counsel (D.I. 6894, Filed 11/30/11);

    (b)  Supplement to Motion of the Official Committee of Long Term Disability Participants for an Order Increasing the Limits on Fees for LTD Committee Counsel (D.I. 6895, Filed 11/30/11); and

**(c)    Certification of Counsel Regarding Order Granting Motion of the Official Committee of Long Term Disability Plan Participants for an Order Increasing the Limits on Fees for Ltd Committee Counsel (D.I. 6972, Filed 12/13/11).**

Status: **A COC with a proposed order has been filed regarding this matter.**

**FEE APPLICATIONS**

5.    Eleventh Quarterly Fee Hearing Applications.

Related Pleading:

(a)    See Exhibit A

Objection Deadline:   N/A

Responses Received:  None.

Status:  This matter is going forward.

Dated: December 13, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Ann C. Cordo_
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4735865.1