IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al.*[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Daniel K. Astin, Joseph J. McMahon, Jr. and Rick A. Steinberg of Ciardi Ciardi & Astin, located at 919 N. Market Street, Suite 700, Wilmington, Delaware 19801, Telephone 302.658.1100, Facsimile 302.658.1300 and 100 Church Street, 8th Floor, New York, NY 10007, Telephone: 646.485.0605, Facsimile: 646.688.4385, dastin@ciardilaw.com, jmcmahon@ciardilaw.com and rsteinberg@ciardilaw.com, have withdrawn their appearances as counsel on behalf of SNMP Research International, Inc. and SNMP Research Inc. ("SNMP").

PLEASE TAKE FURTHER NOTICE that Schuyler G. Carroll and Jeffrey D. Vanacore of Perkins Coie LLP, 30 Rockefeller Center, 25th Floor, New York, NY 10112-0085, Telephone: 212.262.6900, Facsimile: 212.977.1649, SCarroll@perkinscoie.com and jvanacore@perkinscoie.com hereby enter their appearance as counsel on behalf of SNMP.

PLEASE TAKE FURTHER NOTICE that John L. Wood of Egerton McAfee Armistead & Davis, P.C., 900 S. Gay Street, Knoxville, TN 37902, Telephone: 865.546.0500,

---

[1] The U.S. Debtors in these chapter 11 cases, along with the last four digits of each U.S. Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

{01306174}

Facsimile: 865.525.5293, JWood@emlaw.com hereby enters his appearance as counsel on behalf of SNMP.

PLEASE TAKE FURTHER NOTICE that Harvey G. Chaiton and Doug Bourassa of Chaitons, LLP, Barristers and Solicitors, 5000 Yonge Street, 10th Floor, Toronto, Ontario M2N 7E9, Telephone: 416.218.1129, Facsimile: 416.218.1849, Harvey@chaitons.com and Doug@chaitons.com hereby enter their appearance as counsel on behalf of SNMP.

PLEASE TAKE FURTHER NOTICE that Karen M. Grivner and Gregory W. Hauswirth of Thorp Reed & Armstrong, LLP, 824 N. Market Street, Suite 710, Wilmington, Delaware 19801, Telephone: 302.250.4750, Facsimile: 302.421.9439, kgrivner@thorpreed.com and ghauswirth@thorpreed.com hereby enter their appearance as counsel on behalf of SNMP.

Dated: December 14, 2011            THORP REED & ARMSTRONG, LLP

/s/ Karen M. Grivner
Karen M. Grivner
Gregory W. Hauswirth
824 N. Market Street, Suite 710
Wilmington, DE 19801
Telephone: 302.250.7450
Facsimile: 302.421.9439

- and -

Schuyler G. Carroll
Jeffrey D. Vanacore
PERKINS COIE LLP
30 Rockfeller Center, 25th Floor
New York, NY 10112-0085
Telephone: 212.262.6900
Facsimile: 212.977.1649

and-

{01306174}

Harvey G. Chaiton (LSUC #21592F)
Doug Bourassa (LSUC#50315C)
CHAITONS LLP
Barristers and Solicitors
5000 Yonge Street, 10th Floor
Toronto, Ontario
M2N 7E9
Telephone: 416.218.1129
Facsimile: 416.218.1849

-and-

John L. Wood
EGERTON MCAFEE ARMISTEAD & DAVIS, P.C.
900 S. Gay Street
Knoxville, TN 37902
Telephone: 865.546.0500
Facsimile: 865.525-5293

*Counsel to SNMP Research International, Inc. and SNMP Research Inc.*

{01306174}