# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|--|--|--|--|
| **Debtor:** | Nortel Networks Inc., et al. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 14, 2011 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matter:*

OMNIBUS  & FEE APPLICATIONS HEARING

**R / M #:**   6,973 /  0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Adjourned to 1/10/12 @ 10:00 am
#2 - CNO Filed and Order Signed
#3 -  CNO Filed and Order Signed
#4 -  Certification of Counsel - ORDER SIGNED
#5 -  FEE APPLICATIONS - ORDER SIGNED
Retention Plan discussed