# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.  
**CASE NO.:** 09-10138 - KG  
**COURTROOM LOCATION:** 3  
**DATE:** 12/14/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Rafael Zahralddin | Elliott Greenleaf | LTD Committee |
| Derek Abbott | Morris Nichols Arsht + Tunnell | Debtors |
| Annie Cordo | " | " |
| Lisa Schweitzer | Cleary Gottlieb Steen + Hamilton | " |
| Inna Finn | " | " |
| Craig Springer | Cross & Simon | Jefferies & Co. |
| Chris Samis | Richards Layton & Finger | Committee |
| Mona Parikh | Buchanan Ingersoll & Rooney PC | Monitor E+Y |
| Kate Buck | McCarter & English | Retiree Cmte |
| JAIME CHAPMAN | YCST | UK Administrators |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 12/14/2011
Calendar Time: 10:00 AM ET

Amended Calendar 12/14/2011 06:41 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Neil Berger | | Togut, Segal & Segal LLP | Creditor, Official Committee to the Retiree's / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | David Botter | | Akin Gump Strauss Hauer & Feld | Creditor, Official Committee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Peg Brickley | | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | James Bromley | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Philip E Brown | | PSAM, LP | Interested Party, PSAM, LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Thomas R. Fawkes | | Freeborn & Peters LLP | Creditor, Mercer / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Peter Gruszka | | Chicago Fundamental Investment | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Brad Kahn | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Colin H. Keenan | | Lazard Freres & Company | Financial Advisor, Lazard Freres & Company / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Lisa Kraidin | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Joanne Lee | | Foley & Lardner, LLP | Financial Advisor, Ernst & Young LLP / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | James Lukenda | | Huron Consulting Services LLC | Financial Advisor, Huron Consulting Services LLC / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Olivia Mauro | | Barclays Capital, Inc. | Interested Party, Barclay's Capital, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Kristofer McGhee | | Herbert Smith | Representing, Nortel UK / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Melanie A. McLaughlin | | Milbank, Tweed, Hadley & McCloy, | Representing, Ad Hoc Committee / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Patrick Morrow | | Jeffreries & Co., Inc. | Financial Advisor, Official Committee of Unsecured Creditors / LIVE |

Raymond Reyes         CourtConfCal2009         Page 1 of 3

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. | 09-10138 | Hearing | ▇▇ John Ray | Avidity Partners/ Trustee | Client, John Ray / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | ▇▇ Dennis Ruggere | UBS Securities LLC | Creditor, UBS / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | ▇▇ Rebecca Song | CITI | Representing, CITI / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | ▇▇ Robert Winter | Paul, Hastings LLP | Creditor, International Business Machines Corp / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | ▇▇ Michael Wunder | Fraser Milner & Casgrain | Interested Party, Fraser Milner & Casgrain / LIVE |