Exhibit A

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Benesch, Friedlander, Coplan & Aronoff LLP | 8/1/11-10/31/11 | $82,926.50 | $66,341.20 | $16,585.30 | $4,210.90 | $87,137.40 | 0.00 | $87,137.40 | $439,246.73 | $439,246.73 |
| Chilmark Partners, LLC | 8/1/11-10/31/11 | $750,000.00 | $600,000.00 | $150,000.00 | $29,870.06 | $779,870.06 | 0.00 | $779,870.06 | $5,198,545.37 | $5,198,545.37 |
| Cleary Gottlieb Stein & Hamilton LLP | 8/1/11-10/31/11 | $9,249,320.00 | $7,399,456.00 | $1,849,864.00 | $852,139.56[2] | $10,101,459.56 | 0.00 | $10,101,459.56 | $159,905,461.89 | $159,905,461.89 |
| Crowell & Moring LLP | 8/1/11-10/31/11 | $37,534.60 | $30,027.68 | $7,506.92 | $37.91 | $37,572.51 | 0.00 | $37,572.51 | $655,973.88 | $655,973.88 |
| Ernst & Young LLP | 8/1/11-10/31/11 | $2,367,641.00 | $1,894,112.80 | $473,528.20 | $0.00 | $2,367,641.00 | 0.00 | $2,367,641.00 | $8,884,559.49 | $8,884,559.49 |

---

[1] Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or an admission by the referenced Applicant that such amounts were actually paid by the Debtors.

[2] Cleary Gottlieb Stein & Hamilton LLP ("Cleary Gottlieb") received informal comments from the Office of the United States Trustee (the "U.S. Trustee") regarding expenses in the amount of $4,385.39. At the time of the filing of its Certification of No Objection on December 9, 2011 for its October 2011 interim fee application (the "October CNO") [D.I. 6949], Cleary Gottlieb had agreed with the U.S. Trustee to a reduction of the requested expenses in the amount of $4,385.39.

| | 8/1/11-10/31/11 | €21,111.00[3] ($29,076.18) | €16,888.80 ($23,260.94) | €4,222.20 ($5,815.24) | €65,895.87 ($90,758.38) | 0.00 | €87,006.87 ($119,834.56) | €87,006.87 ($119,834.56) | €105,798.69 ($146,866.59) | €105,798.69 ($146,866.59)[4] |
|---|---|---|---|---|---|---|---|---|---|---|
| Eugene F. Collins | | | | | | | | | | |
| Huron Consulting Group | 8/1/11-10/31/11 | $121,220.10 | $96,976.08 | $24,244.02 | $160.40 | 0.00 | $121,380.50 | $121,380.50 | $7,265,054.11 | $7,265,054.11 |
| Jackson Lewis LLP | 8/1/11-10/31/11 | $20,092.70 | $16,074.16 | $4,018.54 | $65.24 | 0.00 | $20,157.94 | $20,157.94 | $370,655.89 | $370,655.89 |
| John Ray | 8/1/11-10/31/11 | $255,951.50 | $204,761.20 | $51,190.30 | $17,798.55 | 0.00 | $273,750.05 | $273,750.05 | $2,080,349.75 | $2,080,349.75 |
| Keightley & Ashner LLP | 8/1/11-10/31/11 | $8,665.00 | $6,932.00 | $1,733.00 | $0.00 | 0.00 | $8,665.00 | $8,665.00 | $43,530.00 | $43,530.00 |
| Lazard Freres & Co. LLC | 5/1/11-7/31/11 | $16,112,703.94 | $12,890,163.15 | $3,222,540.79 | $4,619.05 | 0.00 | $16,117,322.99 | $16,117,322.99[5,6,7] | $38,604,839.10 | $38,604,839.10 |

---

[3] The amounts stated in parentheses are for informational purposes only and reflects the international foreign exchange rate of €1.00 to US $1.3773 as published by the Irish Times on the date of the application.

[4] This amount includes $5,115.00 that was included John Ray's monthly and quarterly fee applications for the period from May 1, 2011 – July 31, 2011, but was omitted from the Tenth Omnibus Fee Order [D.I. 6444].

[5] Pursuant to the Order Approving a Second Amendment to the Terms of Compensation of Lazard Frères & Co. LLC as Financial Advisor and Investment Banker to the Debtors [D.I. 6680], the Minority Sale Transaction Fees with respect to the MSS Sale Transaction and the IP Sale Transaction shall become due and payable upon entry of this Order, subject to final approval of such Fees by this Court, provided that the Debtors are responsible only for satisfaction of their allocable portion of such fees and expenses in accordance with the Lazard Fees Side Agreement.

[6] For purposes of calculating the MSS Minority Sale Transaction Fee and the IP Minority Sale Transaction Fee, Lazard has used the purchase price of approximately $52,880,450.00 and $4,500,000,000.00, respectively, which prices may be subject to further adjustment and/or dispute that could affect Lazard's fee calculation. To the extent such adjustment and/or dispute in fact affects the calculation of Lazard's professional fees that are being approved herein, the Debtors shall timely file with this Court a statement (the "Statement") explaining such discrepancies and giving parties in interest ten (10) days to object to the proposed refund, credit or other adjustment. Should no party object to the Statement, the Debtors shall submit a proposed form of order resolving the discrepancy under certification of counsel. Should there be a dispute as to the proposed refund, credit or other adjustment, the Debtors shall notice the Statement for hearing at the next available omnibus hearing date or as otherwise appropriate.

[7] As described in the Order, the Minority Sale Transaction Fees for the MSS Minority Sale Transaction and the IP Minority Sale Transaction shall be released from the MSS sale escrow account and the IP sale escrow account, respectively, and paid to Lazard as described therein, provided that the Debtors are responsible only for satisfaction of their allocable portion of such fees.

2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Linklaters LLP | 8/1/11-10/31/11 | £106,245.50[8] ($164,828.75) | £84,996.40 ($131,863.00) | £21,249.10 ($32,965.75) | £109.94 ($170.56) | £106,355.44 ($164,999.31) | £106,355.44 ($164,999.31) | £841,754.93 ($1,289,923.41) | £841,754.93 ($1,289,923.41) |
| Mercer | 8/1/11-10/31/11 | $188,587.10 | $150,869.68 | $37,717.42 | $8,184.25 | $196,771.35 | $196,771.35 | $1,210,689.60 | $1,210,689.60[9] |
| Morris, Nichols, Arsht & Tunnell LLP | 8/1/11-10/31/11 | $317,277.50 | $253,822.00 | $63,455.50 | $92,145.55 | $409,423.05 | $409,423.05 | $4,188,117.59 | $4,188,117.59 |
| Punter Southall LLC | 8/1/11-10/31/11 | $58,500.00 | $46,800.00 | $11,700.00 | $0.00 | $58,500.00 | $58,500.00 | $1,143,193.50 | $1,143,193.50 |
| RLKS Executive Solutions, LLC | 8/1/11-10/31/11 | $742,207.50 | $593,766.00 | $148,441.50 | $62,446.53 | $804,654.03 | $804,654.03 | $1,868,025.01 | $1,868,025.01 |
| Torys LLP | 8/1/11-10/31/11 | $391,509.50 | $313,207.60 | $78,301.90 | $57,651.52 | $449,161.02 | $449,161.02 | $2,423,345.71 | $2,423,345.71 |
| **TOTALS** | | $30,898,041.87 £106,245.50 €21,111.00 | $24,718,433.49 £84,996.40 €16,888.80 | $6,179,608.37 £21,249.10 €4,222.20 | $1,220,258.46 £109.94 €65,895.87 | $32,118,300.33 £106,355.44 €87,006.87 | $0.00 £0.00 €0.00 | $32,118,300.33 £106,355.44 €87,006.87 | $235,718,377.62 £841,754.93 €105,798.69 | $235,718,377.62 £841,754.93 €105,798.69 |

---

[8] The amounts stated in parentheses are for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.55 as published by Bloomberg.com on the date of the application.

[9] At the request of the UST, $27,000 was held back (the "Holdback") from the total authorized amount for Mercer for the January 14, 2009 – April 30, 2009 interim fee period. The UST and Mercer have agreed to an interim allowance of the Holdback (and similar amounts during the periods from May 1, 2009 through July 31, 2011 and the Interim Period) pending resolution of the dispute at the final fee hearing in these cases.

3