# **<u>EXHIBIT A</u>**

ME1 12675985v.1



# McCARTER & ENGLISH
ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

**Electronic Payment Instructions**
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 031201467
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

December 12, 2011
Invoice 7760861

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---:|
| **TOTAL FEES**................................................................................... | $17,469.00 |
| **TOTAL DISBURSEMENTS**............................................................ | 592.71 |
| **TOTAL DUE THIS INVOICE**......................................................... | $18,061.71 |
| **AMOUNT OUTSTANDING FROM PRIOR INVOICES** | $9,639.97 |
| **TOTAL AMOUNT DUE AS OF THIS INVOICE** | $27,701.68 |

Please include this page with your remittance. Thank you.



**McCARTER & ENGLISH**
ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

<u>Electronic Payment Instructions</u>
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 031201467
SWIFT: PNBPUS33  (International payments)
Please reference Invoice Number

Page 1
December 12, 2011
Invoice 7760861

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS


OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801


| | |
|---|---:|
| **TOTAL FEES**............................................................................... | $17,469.00 |
| **TOTAL DISBURSEMENTS**....................................................... | 592.71 |
| **TOTAL DUE THIS INVOICE** ................................................... | $18,061.71 |
| **AMOUNT OUTSTANDING FROM PRIOR INVOICES** | $9,639.97 |
| **TOTAL AMOUNT DUE AS OF THIS INVOICE** | $27,701.68 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

Professional Services Recorded Through 11/30/2011

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 11/01/11 | PARTICIPATING IN A CONFERENCE CALL WITH VARIOUS MEMBERS OF THE RETIREE COMMITTEE PROFESSIONALS DISCUSSING THE NEED FOR ADDITIONAL INFORMATION, AS WELL AS THE NORTEL DEBTORS COUNSEL, CLEARY. | 00952/MAD | 0.70 |
| 11/01/11 | REVIEW OF FOLLOW-UP ISSUES REGARDING THE FAS 106; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 11/01/11 | ROUGH DRAFT OF QUARTERLY FEE APPLICATION TO BE USED IN THIS CASE. | 02718/WFT | 0.50 |
| 11/01/11 | REVIEW DRAFT PROPOSED INTERIM FEE APPLICATION AND REVISE AND EDIT SAME FOR ROUGH DRAFT PURPOSES. | 02718/WFT | 0.50 |
| 11/01/11 | CORRESPOND WITH TOGUT ON FEE APPLICATION ISSUES. | 02718/WFT | 0.30 |
| 11/01/11 | CONFER WITH COUNSEL REGARDING MONTHLY FEE APPLICATION AND QUARTERLY FEE APPLICATION; REVISE MONTHLY FEE APPLICATION; | 04990/JFS | 0.90 |
| 11/02/11 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 0.30 |
| 11/02/11 | CORRESPOND WITH TOGUT ON FEE APPLICATION ISSUES. | 02718/WFT | 0.30 |
| 11/02/11 | CONFER WITH COUNSEL REGARDING QUARTERLY FEE APPLICATION; REVISE QUARTERLY FEE APPLICATION; | 04990/JFS | 1.10 |
| 11/03/11 | CONSIDERATION OF LEGAL ISSUES REGARDING THE ADDITIONAL DOCUMENTATION PROVIDED BY THE DEBTORS; REVIEW OF THE SAME, INCLUDING THE FORM 5500. | 00952/MAD | 0.80 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 11/03/11 | DRAFT AND PREPARE FIGURES FOR SECOND MONTHLY FEE APPLICATION. | 02718/WFT | 0.50 |
| 11/03/11 | DRAFT, REVISE PROPOSED FIRST QUARTERLY FEE APPLICATION. | 02718/WFT | 0.50 |
| 11/03/11 | REVISE CO-COUNSEL'S QUARTERLY FEE APPLICATION; | 04990/JFS | 0.30 |
| 11/04/11 | CONSIDERATION OF LEGAL ISSUES REGARDING THE MEMORANDUM DESCRIBING THE BENEFITS AND PREPARATION OF REVISIONS TO THE SAME. | 00952/MAD | 0.70 |
| 11/04/11 | REVIEW, REVISE, FINALIZE AND EXECUTE THE FIRST APPLICATION OF THE COMMITTEE INDIVIDUALS FOR COMPENSATION. | 02718/WFT | 0.40 |
| 11/04/11 | DRAFTING OF SECOND MONTHLY FEE APPLICATION BACKGROUND INFORMATION. | 02718/WFT | 0.30 |
| 11/04/11 | ELECTRONICALLY FILE FIRST APPLICATION OF MEMBERS OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.40 |
| 11/07/11 | REVIEW OF EMAIL COMMUNICATION FROM BRIAN MOORE REGARDING THE PER CAPITA COST PER RETIREE BASIS FOR CALCULATING THE PROJECTED COST OF RETIREE BENEFITS AND WHETHER SUCH USE IN THE MODEL IS BEST PRACTICES. COMMUNICATING WITH BRIAN MOORE WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 11/07/11 | CORRESPOND WITH TOGUT FIRM RE ISSUES FOR M&E FIRST FEE APPLICATION. | 02718/WFT | 0.30 |
| 11/07/11 | CALL FROM RETIREE ABOUT HIS BENEFITS. | 02718/WFT | 0.30 |
| 11/07/11 | CORRESPOND AND UPDATE LEAD COUNSEL RE CALL FROM RETIREE ABOUT HIS BENEFITS. | 02718/WFT | 0.30 |
| 11/07/11 | DRAFT, REVISE AND FINALIZE FOR FILING 1ST MONTHLY FEE APPLICATION OF M&E. | 02718/WFT | 0.60 |
| 11/07/11 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING FIRST APPLICATION OF MEMBERS | 04990/JFS | 0.20 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES; CONFIRM SERVICE OF SAME; | | |
| 11/07/11 | REVISE FILE FIRST AND SECOND MONTHLY APPLICATIONS OF MCCARTER & ENGLISH | 04990/JFS | 0.40 |
| 11/08/11 | EXAMINE AND ANALYZE FEE APPLICATION LANGUAGE FROM TOGUT AND REVISE APPLICATION TO INCLUDE SAME. | 02718/WFT | 0.30 |
| 11/08/11 | REVIEW, FINALIZE AND APPROVE SECOND MONTHLY FEE APPLICATION FOR FILING. | 02718/WFT | 0.30 |
| 11/08/11 | REVIEWING AND REVISING DRAFT MEMO SUMMARY REGARDING RETIREE MEDICAL BENEFITS. | 04872/PAK | 3.00 |
| 11/08/11 | REVISE FILE FIRST AND SECOND MONTHLY APPLICATIONS OF MCCARTER & ENGLISH | 04990/JFS | 0.50 |
| 11/09/11 | ELECTRONICALLY FILE FIRST MONTHLY APPLICATION OF MCCARTER & ENGLISH; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.60 |
| 11/09/11 | ELECTRONICALLY FILE SECOND MONTHLY APPLICATION OF MCCARTER & ENGLISH; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.40 |
| 11/10/11 | CORRESPOND WITH DEBTORS RE PROCEDURES FOR PAYING COMMITTEE MEMBERS EXPENSES. | 02718/WFT | 0.30 |
| 11/10/11 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 0.40 |
| 11/10/11 | UPDATE TOGUT AND PAYMENT OF EXPENSES TO COMMITTEE MEMBERS. | 02718/WFT | 0.30 |
| 11/11/11 | REVIEW OF DETAILED EMAIL COMMUNICATION FROM BRIAN MOORE REGARDING THE REQUESTED ITEMS SUMMARIZING THE BENEFITS AND WHETHER THE LONG TERM CARE PLAN PROVIDES FOR THE APPROPRIATE BENEFITS; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 11/14/11 | REVISE FIRST QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH | 04990/JFS | 0.60 |
| 11/16/11 | REVIEW OF EMAIL COMMUNICATION FROM BRIAN MOORE REGARDING THE SUMMARY WITH RESPECT TO RETIREE BENEFITS UNDER THE WELFARE PLANS AND THE ELIGIBILITY PROVISIONS AND GRANDFATHERED PROVISIONS. | 00952/MAD | 0.30 |
| 11/16/11 | DRAFT, REVISE AND FINALIZE (SUBJECT TO PARALEGAL INPUT) 1ST QUARTERLY FEE APPLICATION OF MCCARTER. | 02718/WFT | 0.50 |
| 11/16/11 | REVIEWING COMMENTS OF B MOORE REGARDING LONG-TERM CARE/LIFE INSURANCE INTERFACE WITH RETIREE MEDICAL ELIGIBILITY; REVIEWING SPDS IN CONNECTION WITH SAME. | 04872/PAK | 2.00 |
| 11/16/11 | CONFER WITH KCC REGARDING SERVICE OF RETIREE WHOM CONTACT US WITH REGARDS TO A CORRECTED ADDRESS; | 04990/JFS | 0.30 |
| 11/18/11 | PARTICIPATING IN A CONFERENCE CALL WITH BRIAN MOORE, DOUG GREER DISCUSSING VARIOUS ISSUES RELATED THE FAS 106 COMPILATION, MERCER'S CALCULATION OF THE POTENTIAL LIABILITY FOR RETIREE MEDICAL AND PROPOSED ACTIONS WITH VERIFYING THE FAS 106 ASSUMPTIONS. | 00952/MAD | 0.50 |
| 11/18/11 | REVIEW OF EMAIL COMMUNICATION AND REQUEST FROM BRIAN MOORE REGARDING A SUMMARY OF THE DESCRIPTION OF THE BENEFITS PROVIDED UNDER THE EXISTING NORTEL RETIREE BENEFITS FOR PURPOSES OF PROVIDING COMPARATIVE OPTIONS. | 00952/MAD | 0.30 |
| 11/18/11 | FURTHER REVIEW OF THE FAS 106 AND CONSIDERATION OF LEGAL ISSUES REGARDING THE ASSUMPTIONS. | 00952/MAD | 0.50 |
| 11/18/11 | REVISE FIRST QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH | 04990/JFS | 0.30 |
| 11/21/11 | REVIEW AND REVISE PROPOSED A&M FEE APPLICATION. | 02718/WFT | 0.40 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 11/21/11 | CORRESPOND WITH ALL COUNSEL RE CHANGES NEEDED FOR A&M FEE APPLICATION. | 02718/WFT | 0.30 |
| 11/21/11 | REVISE AND ELECTRONICALLY FILE FIRST QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.50 |
| 11/21/11 | ELECTRONICALLY FILE FIRST MONTHLY FEE APPLICATION OF ALVAREZ & MARASAL; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.50 |
| 11/23/11 | EXAMINE AND ANALYZE AGENDA FOR 11/29 HEARING RE MATTERS GOING FORWARD. | 02718/WFT | 0.30 |
| 11/23/11 | REVIEWING ASSUMPTIONS AND CONCLUSIONS REGARDING RETIREE BENEFITS PREPARED BY MERCER; REVISING SAME; OFFICE CONSIDERATION WITH M DANIELE REGARDING SAME. | 04872/PAK | 4.50 |
| 11/28/11 | REVIEW OF DETAILED EMAIL COMMUNICATION REGARDING RETIREE LIABILITIES. | 00952/MAD | 0.50 |
| 11/28/11 | EXTENDED CALLS AND CORRESPONDENCE ON FEE APPLICATIONS ISSUES FOR M&E, TOGUT AND A&M. | 02718/WFT | 0.40 |
| 11/29/11 | CORRESPOND WITH A&M RE ITS PROFESSIONAL FEES IN THIS CASE. | 02718/WFT | 0.30 |
| 11/29/11 | FURTHER CORRESPOND WITH A&M ON PROFESSIONAL FEES TIMING ISSUES. | 02718/WFT | 0.30 |
| 11/29/11 | CORRESPOND AND UPDATE DEBTORS ON THE A&M DOCUMENTATION FOR FEE APPLICATIONS. | 02718/WFT | 0.30 |
| 11/29/11 | CORRESPOND WITH A&M RE MECHANICS OF FEE APPLICATION PROCESS FOR CASE. | 02718/WFT | 0.30 |
| 11/29/11 | CORRESPOND WITH A&M RE DOCUMENTATION NEEDED FOR FEE APPLICATIONS. | 02718/WFT | 0.30 |
| 11/29/11 | EXAMINE AND ANALYZE STATUS OF FEE APPLICATIONS AND SCHEDULED HEARING. | 03706/KRB | 0.40 |
| 11/29/11 | CONFER WITH DEBTORS' COUNSEL REGARDING ALZAREZ FEE APPLICATION AND PAYMENT | 04990/JFS | 0.50 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | INFORMATION; | | |
| 11/30/11 | LENGTHY CONFERENCE CALL WITH BRIAN MOORE AND OTHER MEMBERS OF THE TOGUT FIRM DISCUSSING ISSUES RELATED TO DOCUMENT PRODUCTION AND LEGAL ISSUES RELATED TO THE RESERVATION OF RIGHTS CLAUSE AND OTHER RELATED LEGAL ISSUES. | 00952/MAD | 1.00 |
| 11/30/11 | REVIEW OF VARIOUS DOCUMENTS AND OFFICE CONFERENCE REGARDING THE MEMORANDUM DESCRIBING THE GRANDFATHERED EMPLOYEES AND RELATED BENEFITS; CONFERRING WITH RESPECT TO THE SAME. | 00952/MAD | 1.30 |
| 11/30/11 | ATTENDING TELECONFERENCE WITH B MOORE, R MILIN AND M DANIELE REGARDING GAPS IN RETIREE MEDICAL DOCUMENTS AND LEGAL ISSUES IN CONNECTION WITH ARGUMENTS AGAINST NORTEL'S CHANGES TO ITS RETIREE MEDICAL PLAN; PREPARING NOTES REGARDING SAME; REVIEWING AND REVISING MERCER'S ASSUMPTIONS WITH RESPECT TO RETIREE MEDICAL PLAN; TELECONFERENCE WITH B MOORE REGARDING RETIREE MEDICAL PLAN SUMMARY AND SUMMARY REVIEW OF PREVIOUS ITERATIONS OF THE RETIREE MEDICAL PLAN TO DETERMINE POTENTIAL ELIGIBLE PARTICIPANTS. | 04872/PAK | 4.50 |
| 11/30/11 | PREPARE CNO REGARDING FIRST MONTHLY APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 0.40 |
| 11/30/11 | PREPARE CNO REGARDING SECOND MONTHLY APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 0.40 |
| 11/30/11 | CONFER WITH DEBTORS' COUNSEL QUARTERLY FEE APPLICATION AND REVISE OMNIBUS ORDER AS REQUESTED; | 04990/JFS | 0.40 |
| 11/30/11 | PREPARE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING ALZAREZ FIRST MONTHLY FEE APPLICATION; PREPARE SERVICE OF SAME; | 04990/JFS | 0.70 |
| 11/30/11 | REVIEW ACCURACY AND COMPLETENESS OF FIRST PORTION OF DOCUMENT PRODUCTION; ORGANIZE 2ND PORTION OF DOCUMENT PRODUCTION INTO DOCUMENT GROUPINGS; | 02949/JAS | 2.60 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | REVIEW DOCUMENTS AND INFORMATION CONTAINED ON CDS PROVIDED BY TOGUT FIRM; EMAIL TO TOGUT FIRM ON ACCESS TO SAME; MEETING W/ D. AGOSTA AND M. DANIELE; ATTEND TO CONVERTING INDEX OF INITIAL PRODUCTION TO WORD DOCUMENT | | |
| | TOTAL HOURS: | | 44.60 |

TOTAL FEES.................................................................. $17,469.00
TOTAL DISBURSEMENTS................................................. 592.71

TOTAL DUE THIS INVOICE ............................................... $18,061.71

AMOUNT OUTSTANDING FROM PRIOR INVOICES              $9,639.97

TOTAL AMOUNT DUE AS OF THIS INVOICE                    $27,701.68

| | | | | HOURS | RATE | VALUE |
|---|---|---|---|---|---|---|
| 00952 | MARK A. DANIELE | PARTNER | | 8.10 Hours @ | 525.00 | 4,252.50 |
| 02718 | WILLIAM F. TAYLOR, JR. | PARTNER | | 10.10 Hours @ | 525.00 | 5,302.50 |
| 03706 | KATE R. BUCK | ASSOCIATE | | 0.40 Hours @ | 295.00 | 118.00 |
| 04872 | PATRICIA A. KILLIAN | ASSOCIATE | | 14.00 Hours @ | 380.00 | 5,320.00 |
| 02949 | JAMES A. SNEDEKER | PARALEGAL | | 2.60 Hours @ | 175.00 | 455.00 |
| 04990 | JARED, F. SCHIERBAUM | PARALEGAL | | 9.40 Hours @ | 215.00 | 2,021.00 |
| **ATTORNEY TOTALS:** | | | | **44.60** | | **17,469.00** |