# **EXHIBIT B**

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DISBURSEMENTS | VALUE | |
|---|---|---|---|
| 11/17/2011 | PHOTOCOPIES | 5.70 | |
| 11/30/2011 | PHOTOCOPIES | 0.15 | |
| | Total For: PHOTOCOPIES | | 5.85 |
| 09/19/2011 | FILING FEES | 6.56 | |
| 09/20/2011 | FILING FEES | 4.80 | |
| | Total For: FILING FEES-MISC | | 11.36 |
| 10/18/2011 | COURT CONFERECE SERVICES - SHEIKH APPEARANCE AT HEARING. | 261.00 | |
| | Total For: SERVICES | | 261.00 |
| 11/08/2011 | PRINTING W/SLIP SHEETS, STAPLES MNI-RET-00000001 - 00003145 | 314.50 | |
| | Total For: PRINTING W/SLIP SHEETS, STAPLES | | 314.50 |

**TOTAL DISBURSEMENTS** ............................................................. **$592.71**