UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
             Debtors. :
: **Hearing Date: March 22, 2011 @ 10:00 a.m.**
---------------------------------------------------------------x

**FIRST QUARTERLY FEE APPLICATION OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC ("A&M") FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES AND THE OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PARTICIPANTS OF NORTEL NETWORKS INC. ("NNI"), *et al*, AND ITS AFFILIATED DEBTORS FOR THE <u>PERIOD SEPTEMBER 8, 2011 THROUGH OCTOBER 31, 2011.</u>**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Alvarez & Marsal Healthcare Industry Group, LLC ("A&M") hereby submits its First Quarterly Fee Application Request (the "Request") for the period September 8, 2011 through and including October 31, 2011[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Exhibits A and B attached to the monthly application (D.I. No. 6825) contain detailed listing of A&M's requested fees and expenses during the Application Periods.

ME1 12676237v.1

A&M seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered by Application | Total Fee Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fee Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fee Sought |
|---|---|---|---|---|---|---|---|
| 11-21-2011 #6825 | 9/8/11- 9/30/11 | $68,062.50 | $0.0 | 12-14-2011 #6982 | $54,450.00 | $0.0 | $13,612.50 |
| **Total** | | **$68,062.50** | **$0.0** | | **$54,450.00** | **$0.0** | **$13,612.50** |

In accordance with the Monthly Compensation Order, A&M seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, A&M respectfully requests that the Court enter the order attached hereto as **Exhibit A** and grant A&M such other and further relief as is just and proper.

Dated: December 14, 2011  
New York, NY

**ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC**

/s/ Ronald M. Winters_____  
Ronald M. Winters  
600 Lexington Avenue, 6th Floor  
New York, NY 10022  
Telephone:  212-759-4433  
Facsimile:  240-331-1344  
rwinters@alvarezandmarsal.com

*Financial Advisor to the Official Committee of Retired Employees and The Official Committee of Long-Term Disability Participants*

ME1 12676237v.1

**CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL**

| Name of Professional | Position with Firm, Professional License & Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bettina Whyte | Managing Director / Restructuring | $825.00 | 9.8 | $8,085.00 |
| Ronald M. Winters | Managing Director / Healthcare and Restructuring | $650.00 | 45.3 | 29,445.00 |
| Laureen Ryan | Managing Director / Litigation Support | $650.00 | 2.5 | 1,625.00 |
| Douglas Greer | Director / Restructuring | $550.00 | 39.0 | 21,450.00 |
| Vincent Bodnar | Principal & Consulting Actuary / Actuarial | $475.00 | 10.9 | 5,177.50 |
| William Fugazy III | Analyst / Restructuring | $200.00 | 11.4 | 2,280.00 |
| **TOTAL:** | | | **118.9** | **$68,062.50** |
| | *Blended Rate* | *$572.43* | | **$68,062.50** |

ME1 12676237v.1

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**

|    | Project Category | Total Hours | Total Fees |
|----|------------------|-------------|------------|
| 1  | Information Requests | 13.5 | $8,235.00 |
| 2  | Review – General | 10.5 | 6,102.50 |
| 3  | Review – Actuarial | 0.0 | 0.00 |
| 4  | Review – Financial | 4.1 | 2,252.50 |
| 5  | Modeling | 1.2 | 660.00 |
| 6  | Other – Financial | 0.5 | 325.00 |
| 7  | Comm – Client | 5.1 | 3,105.00 |
| 8  | Comm – Pro | 27.1 | 14,742.50 |
| 9  | Comm – Other | 0.3 | 195.00 |
| 10 | E-Mail | 10.7 | 6,350.00 |
| 11 | Meetings | 11.7 | 8,390.00 |
| 12 | Reports and Presentations | 12.3 | 4,425.00 |
| 13 | Legal | 0.0 | 0.00 |
| 14 | Research | 0.2 | 130.00 |
| 15 | Engagement Management | 19.7 | 11,500.00 |
| 16 | Travel Time (Billed at 50% Rates)[1] | 2.0 | 1,650.00 |
|    | **TOTAL:** | **118.9** | **$68,062.50** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|------------------|----------------|
|                  |                |
| **Total Expenses[2]** | **$0.00** |

---

[1]  As further detailed in the time descriptions provided in Exhibit A, the total hours shown for travel time are 50% of the actual time incurred, and total fees are full rates multiplied by 50% of actual time.

[2]  Does not include all expenses incurred during the period. The balance of any expenses will be included in a future fee application.

2