Valuation of the Obligations of the Non-Pension Benefits  
for Claim Purposes as at the Determination Date

Nortel Canada 00145



Appendix C

# Summary of Plan Provisions for Survivor Benefits

## *Survivor Income Benefits (SIB) and Survivor Transition Benefits (STB)*

Survivor Income Benefit (SIB) is a monthly income benefit provided upon the death of non-union members. This benefit coverage is no longer provided with the exception of a closed group of surviving spouses. The payment of benefits is provided for the lifetime of the surviving spouse.

Survivor Transition Benefit (STB) is a monthly income benefit provided upon the death of certain union members or certain retired union members. The monthly benefit is provided to the surviving spouse for 60 months following the death of the member.

Coverage for two of the union groups is as follows:

- CAW – Effective April 1, 2003, there is no STB for active members or future pensioners. Members on LTD at the time of this benefit change will maintain STB coverage while on LTD, but will no longer have STB coverage if they retire or return to active status.

- COEU – Effective January 1, 2004, active members were covered under the non union Flex plan, and STB benefits for current or future pensioners were eliminated.

Current pensioners retain eligibility for the STB coverage if they retired before the dates outlined above and they have an eligible dependent upon their death.

Mercer (Canada) Limited     42

Valuation of the Obligations of the Non-Pension Benefits
for Claim Purposes as at the Determination Date

Nortel Canada 00146



Appendix D

## Employer Certification

With respect to the Report on the Valuation of the Obligations of the Non-Pension Benefits for Claim Purposes as at the Determination Date for Nortel's Benefit Plans, I hereby certify that, to the best of my knowledge and belief:

- The membership data supplied to the actuary provides a complete and accurate description of all persons who are entitled to benefits under the terms of the Plans for service up to the date of the data provided and supplemented by those persons who became entitled to benefits during the Notice Period, all as outlined in Section 3.

- A copy of the plan documents and of all amendments made up to the date of the valuation were supplied to the actuary.

- All events subsequent to the valuation that may have an impact on the results of the valuation have been communicated to the actuary.

_September 19, 2011_
Date

_[signature]_
Signed

_John Shaughnessy_
Name

_HR Leader, Canada_
Title

Mercer (Canada) Limited                              43

00147

# MERCER

Mercer (Canada) Limited
161 Bay Street
P.O. Box 501
Toronto, Ontario M5J 2S5
+1 416 868 2000

Consulting. Outsourcing. Investments.

Mercer (Canada) Limited

# APPENDIX "G"

00148

## APPENDIX "G"
## DIFFERENCES BETWEEN THE MERCER HWT REPORT AND THE MERCER 2011 NON-PENSION BENEFITS VALUATION

### POST RETIREMENT MEDICAL, DENTAL & LIFE INSURANCE BENEFITS

- **Income Tax/Administration Gross-Up** - the liability estimates presented in the Mercer 2011 Non-Pension Benefits Valuation reflect the agreed upon Income Tax Gross Up and Administrative Costs Gross Up not previously included in the Mercer HWT Report.
- **Discount Rate** - The discount rate assumption was changed for the Mercer 2011 Non-Pension Benefits Valuation based on the bond yields at the end of December 2010 instead of the bond yields at the end of July 2010 used for the Mercer HWT Report. The Mercer HWT Report used 3.70% per annum for 10 years and 5.10% per annum thereafter. The Mercer 2011 Non-Pension Benefits Valuation used 3.60% per annum for 10 years and 4.90% per annum thereafter.
- **Terminated Employees and Post-Filing Transferred Employees** - were included in the Mercer 2011 Non-Pension Benefits Valuation. These members were not included in the Mercer HWT Report.
- **Health Care Trend Rate (Provincial Non-BC Premium)** - The trend assumption has been removed off the RAMQ premium reimbursement, for Pensioners who reside in Quebec and have the RAMQ premium reimbursement as part of their benefit plan.
- **Out of Country Addresses** - For calculation of the Pensioner, Active Employee, LTD Beneficiaries, Terminated Employees, Post-Filing Transferred Employees Non-Pension Benefits liability if identified as residing outside of Canada, no liability for their medical/dental coverage has been included in the Mercer 2011 Non-Pension Benefits Valuation.
- **2011 Per Capita Claims Cost** - separate claims cost were developed for Pensioners and covered dependents in the Mercer 2011 Non-Pension Benefits Valuation along with updates to the aggregate claims and the number of covered Pensioners used in the development of the per capita claims cost.
- **Prescription Drug Offset At & After Age 65** – Mercer HWT Report used offset specific to individual's province. Mercer 2011 Non-Pension Benefits Valuation used a weighted average offset amount.
- **Plan Grandfathering for LTD Beneficiaries** - corrections to the post-retirement non-pension benefit plan applicable for grandfathered LTD Beneficiaries were reflected in the Mercer 2011 Non-Pension Benefits Valuation.
- **Pensioner Life** - Updates to the Pensioner Life amounts for LTD Beneficiaries and Pensioners were reflected in the Mercer 2011 Non-Pension Benefits Valuation.
- **Membership data** was updated from 8.31.2009 to 12.31.2010 based on known information in the Mercer 2011 Non-Pension Benefits Valuation.
- **Flextronics** - Pensioners identified as having been part of the Flextronics transaction have been removed from the Mercer 2011 Non-Pension Benefits Valuation.

## BENEFITS PROVIDED TO LTD BENEFICIARIES

- **Income Tax/Administration Gross-Up** - the liability estimates presented in the Mercer 2011 Non-Pension Benefits Valuation reflect the agreed upon Income Tax Gross Up and Administrative Costs Gross Up not previously included in the Mercer HWT Report.
- **Discount Rate** - The discount rate assumption was changed for the Mercer 2011 Non-Pension Benefits Valuation based on the bond yields at the end of December 2010 instead of the bond yields at the end of July 2010 used for the Mercer HWT Report. The Mercer HWT Report used 3.70% per annum for 10 years and 5.10% per annum thereafter. The Mercer 2011 Non-Pension Benefits Valuation used 3.60% per annum for 10 years and 4.90% per annum thereafter.
- **COLA Rate** - The inflation rate assumption was changed for the Mercer 2011 Non-Pension Benefits Valuation based on the bond yields at the end of December 2010 instead of the bond yields at the end of July 2010 used for the Mercer HWT Report. The Mercer HWT Report used 60% of (1.66% per annum for 10 years and 2.49% per annum thereafter). The Mercer 2011 Non-Pension Benefits Valuation used 60% of (1.77% per annum for 10 years and 2.64% per annum thereafter).
- **Termination Rates (due to termination, mortality or recovery)** - table of rates vary by Quebec versus Non-Quebec. Blended Quebec/Non-Quebec rates are used in the valuations. The Mercer HWT Report assumed 11.99% Quebec and the Mercer 2011 Non-Pension Benefits Valuation assumed 15% Quebec. The updated percentage reflects closer distribution of the Nortel covered group based on the updated membership data.
- **LTD AD&D Benefit and LTD Dependent Life Benefit** - not valued in the Mercer HWT Report and now included in the Mercer 2011 Non-Pension Benefits Valuation.
- **BC MSP Premiums** - A liability estimate for reimbursement of the BC MSP premiums has now been included in the Mercer 2011 Non-Pension Benefits Valuation for LTD Beneficiaries who reside in BC.
- **Out of Country Addresses** - For LTD Beneficiaries identified as residing outside of Canada, no liability for their medical/dental coverage has been included in the Mercer 2011 Non-Pension Benefits Valuation.
- **Membership data** was updated from 6.30.2010 to 12.31.2010 based on known information in the Mercer 2011 Non-Pension Benefits Valuation.
- **LTD IBNR** - The liability included in the Mercer 2011 Non-Pension Benefits Valuation was for LTD Beneficiaries who were in receipt of an income benefit as at December 31, 2010. No liability was included in the Mercer 2011 Non-Pension Benefits Valuation for members whose LTD status was unresolved as at December 31, 2010. The Mercer HWT Report was based on membership data as at 6.30.2010 and therefore included a liability for 4 members on short-term disability and 2 members on LTD claims under appeal as at June 30, 2010.

## SURVIVOR BENEFITS

- **Income Tax/Administration Gross-Up** - the liability estimates presented in the Mercer 2011 Non-Pension Benefits Valuation reflect the agreed upon Income Tax Gross Up and Administrative Costs Gross Up not previously included in the Mercer HWT Report.
- **Discount Rate** - The discount rate assumption was changed for the Mercer 2011 Non-Pension Benefits Valuation based on the bond yields at the end of December 2010 instead

- 3 -

00150

of the bond yields at the end of July 2010 used for the Mercer HWT Report. The Mercer HWT Report used 3.70% per annum for 10 years and 5.10% per annum thereafter. The Mercer 2011 Non-Pension Benefits Valuation used 3.60% per annum for 10 years and 4.90% per annum thereafter.
- **Out of Country Addresses** - For beneficiaries identified as residing outside of Canada, no liability for their medical/dental coverage has been included in the Mercer 2011 Non-Pension Benefits Valuation.
- **Membership data** was updated from 6.30.2010 to 12.31.2010 based on known information in the Mercer 2011 Non-Pension Benefits Valuation.

\6003667

# APPENDIX "H"

00151

Nortel Health and Welfare Trust
Proposed Fifth Interim Distribution
Cdn (in millions)

Appendix H

| Recipients | # of Beneficiaries[1] | Estimated Pensioner Life benefit claim[1,2] | Estimated 20% Interim Distribution |
|---|---|---|---|
| Pensioners | 8,195 | $ 105.1 | $ 21.0 |
| LTD | 330 | $ 2.5 | $ 0.5 |
| Terminated/Transferred[3] (before notice period adjustment) | 210 | $ 2.8 | $ 0.6 |
| Remaining Active[4] | 51 | $ 0.7 | $ 0.1 |
| | 8,786 | $ 111.1 | $ 22.2 |

[1] Based on data as of December 31, 2010 as reflected and valued in the Mercer 2011 Non-Pension Benefit Valuation Report in Appendix B to the Monitor's Seventy-Fifth Report.
[2] Pensioner Life includes Additional Death Benefit.
[3] Employees who were vested at the time of their transfer or termination on or before December 31, 2010.
[4] As at December 31, 2010 there were 51 active employees who met the eligibility requirements for pensioner retirement benefits at December 31, 2010.

00152

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION *et al.*

Court File No: 09-CL-7950

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

Proceeding commenced at Toronto

**SEVENTY-SIXTH REPORT OF THE MONITOR DATED NOVEMBER 3, 2011**

**GOODMANS LLP**
Barristers & Solicitors
Bay Adelaide Centre, 333 Bay Street
Toronto, Canada  M5H 2S7

Jay A. Carfagnini (LSUC#: 22293T)
Fred Myers (LSUC#: 26301A)
Gale Rubenstein (LSUC# 17088E)
Melaney J. Wagner (LSUC# 44063B)

Tel: 416.979.2211
Fax: 416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

\6014885