IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: 
: Chapter 11
*In re* :
:
Nortel Networks Inc., *et al.*,[1] : Bankr. Case No. 09-10138 (KG)
:
             Debtors. :
: (Jointly Administered)
:
: Re: D.I. 6977
--------------------------------------------------- X
Nortel Networks, Inc., :
:
             Plaintiff, : Adv. Proc. No. 10-55882 (KG)
v. :
: Re: D.I. 25
International Business Machines Corporation, :
IBM Credit LLC and IBM Canada Limited, :
:
             Defendants. :
---------------------------------------------------------X

**NOTICE OF SERVICE**

        PLEASE TAKE NOTICE that on December 14, 2011, a copy of the **Order Approving the Stipulation and Settlement Agreement of Avoidance and Other Claims Among Nortel Networks Inc., the Canadian Debtors, International Business Machines Corporation, IBM Credit LLC, IBM Canada Limited, and IBM Global Services (China) Co. Ltd.** was served in the manner indicated on the persons identified below and the persons on the attached service list.

**Via First Class Mail**

Paul Hastings Janofsky & Walker LLP
Jesse H. Austin III
Robert E. Winter
875 15th St., N.W.
Washington, DC 20005

---

[1] In addition to Nortel Networks Inc. and Nortel Networks (CALA) Inc., the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://epiq11.com/nortel.

**Via Hand Delivery**

Smith, Katzenstein & Jenkins LLP
Kathleen M. Miller
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

| | |
|---|---|
| Dated:  December 15, 2011<br>　　　　Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>　　　　/s/ Chad A. Fights　　　　<br>Donna L. Culver (No. 2983)<br>Chad A. Fights (No. 5006)<br>1201 North Market Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>and<br><br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Deborah M. Buell (admitted *pro hac vice*)<br>Neil P. Forrest (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>Counsel for the Plaintiff |