## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------X
                                              :
                                              :    Chapter 11
In re                                         :
                                              :
Nortel Networks Inc., et al.,¹               :    Bankr. Case No. 09-10138 (KG)
                                              :
                  Debtors.                    :
                                              :    (Jointly Administered)
                                              :
                                              :
                                              :    Re: D.I. 6976
                                              :
----------------------------------------------------------X
Nortel Networks, Inc. and Nortel Networks    :
(CALA) Inc.,                                  :
                                              :    Adv. Proc. No. 10-55840 (KG)
                  Plaintiffs,                 :
v.                                            :    Re: D.I. 64
                                              :
CoAMS, Inc.,                                  :
                                              :
                  Defendant.                  :
----------------------------------------------------------X
```

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 14, 2011, a copy of the **Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc., Nortel Networks (CALA) Inc. and Coams, Inc.** was served in the manner indicated on the persons identified below and the persons on the attached service list.

**Via First Class Mail**

Mark D. Conzelmann
Jeffrey Chadwick
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

---

[1]    In addition to Nortel Networks Inc. and Nortel Networks (CALA) Inc., the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://epiq11.com/nortel.

**Via Hand Delivery**

Jeremy William Ryan
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O Box 951
Wilmington, DE 19801

Dated:  December 15, 2011          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
          Wilmington, Delaware

                             _____*/s/ Chad A. Fights*_____
                             Donna L. Culver (No. 2983)
                             Chad A. Fights (No. 5006)
                             1201 North Market Street
                             Wilmington, Delaware 19801
                             Telephone:  (302) 658-9200
                             Facsimile: (302) 658-3989

                             and

                             CLEARY GOTTLIEB STEEN & HAMILTON LLP

                             Deborah M. Buell (admitted *pro hac vice*)
                             Neil P. Forrest (admitted *pro hac vice*)
                             One Liberty Plaza
                             New York, New York 10006
                             Telephone:  (212) 225-2000
                             Facsimile:  (212) 225-3999

                             Counsel for the Plaintiff