# **<u>EXHIBIT A</u>**

**NORTEL EXHIBIT A - TIME DETAILS PERIOD NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 11/3/2011 | Call with T. Britt and M. Alcock of Cleary and R. Boris and J. Davison of Nortel to discuss employee claim matters. | 0.50 | 410.00 | $205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 11/3/2011 | Call with R. Boris and J. Davison of Nortel to discuss employee claims analysis. | 1.00 | 410.00 | $410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 11/8/2011 | Call with R. Boris and J. Davison of Nortel and K. O'Neill and M. Mendolaro of Cleary for the weekly claims status call. | 0.50 | 410.00 | $205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 11/8/2011 | Call with T. Britt of Cleary regarding schedule and claim information. | 0.70 | 410.00 | $287.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 11/9/2011 | Call with J. Graffom and E. Smith of Nortel regarding employee claims. | 1.00 | 410.00 | $410.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 11/9/2011 | Call with R. Boris of Nortel regarding employee claims. | 0.50 | 410.00 | $205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 11/18/2011 | Call with T. Britt of Cleary and B. Tuttle of Epiq to discuss schedule items. | 0.60 | 410.00 | $246.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 11/28/2011 | Call with T. Britt of Cleary to discuss employee claim matters. | 0.60 | 410.00 | $246.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 11/29/2011 | Call with J. Croft of Cleary and A. Stout of Nortel regarding bankruptcy filing. | 0.60 | 410.00 | $246.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 11/29/2011 | Call with M. Alcock of Cleary regarding employee claim issues. | 0.50 | 410.00 | $205.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Matthew J. Fisher | 11/22/2011 | Preparation and meeting with Debtor's counsel to discuss contingency planning for nondebtor subsidiaries and case logistics. | 1.40 | 555.00 | $777.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 11/16/2011 | Call with Huron managing director to discuss case logistics. | 0.50 | 410.00 | $205.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 11/17/2011 | Call with J. Croft of Cleary to discuss case logistics. | 0.50 | 410.00 | $205.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 11/21/2011 | Reviewed and updated information request for case logistics | 2.50 | 410.00 | $1,025.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 11/28/2011 | Compiled and updated the information request list for case logistics and provided to A. Stout of Nortel. | 2.50 | 410.00 | $1,025.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 11/28/2011 | Reviewed balance sheet information for case logistics purposes. | 1.70 | 410.00 | $697.00 |
| 4 | Court Hearings / Preparation | James Lukenda | 11/29/2011 | Nortel-review revised draft of MOR | 0.10 | 725.00 | $72.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/1/2011 | Provided updated schedule information to Huron managing director and director for review. | 0.70 | 410.00 | $287.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/1/2011 | Requested schedule information from A. Tsai of Epiq. | 1.00 | 410.00 | $410.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/2/2011 | Corresponded with T. Britt of Cleary regarding schedules and claim objection process. | 1.30 | 410.00 | $533.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/2/2011 | Updated and provided schedule analysis to A. Tsai of Epiq. | 1.80 | 410.00 | $738.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/2/2011 | Call with B. Tuttle and A. Tsai of Epiq to discuss schedule items. | 0.50 | 410.00 | $205.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/3/2011 | Updated and provided schedule analysis to R. Boris of Nortel. | 0.60 | 410.00 | $246.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/3/2011 | Corresponded with T. Britt of Cleary and A. Tsai of Epiq regarding schedule information. | 1.70 | 410.00 | $697.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/4/2011 | Reviewed schedule information and corresponded with T. Britt of Cleary and A. Tsai of Epiq. | 1.70 | 410.00 | $697.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/4/2011 | Updated schedule analysis and provided comments and correspondence to A. Tsai of Epiq and T. Britt of Cleary. | 2.90 | 410.00 | $1,189.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/4/2011 | Reviewed the updated schedule information provided by A. Tsai of Epiq and provided comments. | 3.00 | 410.00 | $1,230.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/7/2011 | Updated schedule analysis and provided to T. Britt of Cleary. | 0.40 | 410.00 | $164.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/7/2011 | Reviewed schedule information and provided comments to A. Tsai of Epiq. | 1.30 | 410.00 | $533.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/8/2011 | Provided schedule information to R. Boris of Nortel. | 1.00 | 410.00 | $410.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/8/2011 | Prepared schedule analysis and provided to A. Tsai of Epiq. | 1.70 | 410.00 | $697.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/8/2011 | Corresponded with A. Tsai and B. Hunt of Epiq regarding schedules. | 0.60 | 410.00 | $246.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/9/2011 | Provided updated schedule analysis to T. Britt of Cleary as well as notes for upcoming schedule meeting. | 0.90 | 410.00 | $369.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/10/2011 | Reviewed the updated schedule information provided by A. Tsai of Epiq and provided comments. | 2.10 | 410.00 | $861.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/11/2011 | Investigated schedule items per request from T. Britt of Cleary. | 1.10 | 410.00 | $451.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/11/2011 | Reviewed schedule notification information provided by A. Tsai of Epiq and provided comments. | 2.00 | 410.00 | $820.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/14/2011 | Reviewed the updated schedule notifications and provided approval to A. Tsai of Epiq. | 1.20 | 410.00 | $492.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/15/2011 | Investigated schedule information per request of R. Boris of Nortel. | 0.50 | 410.00 | $205.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/15/2011 | Corresponded with T. Britt of Cleary and A. Tsai of Epiq regarding schedule docket information. | 0.40 | 410.00 | $164.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/16/2011 | Corresponded with R. Boris of Nortel regarding scheduled items. | 0.40 | 410.00 | $164.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/16/2011 | Corresponded with A. Tsai of Epiq regarding schedule exhibits. | 0.80 | 410.00 | $328.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/17/2011 | Reviewed the schedule analysis provided by A. Tsai of Epiq and provided comments. | 1.70 | 410.00 | $697.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/17/2011 | Prepared a schedule analysis and provided to T. Britt of Cleary. | 0.60 | 410.00 | $246.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/18/2011 | Provided R. Boris of Nortel with schedule analysis per his request. | 0.40 | 410.00 | $164.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/21/2011 | Corresponded with T. Britt of Cleary regarding schedule items. | 0.40 | 410.00 | $164.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/21/2011 | Reviewed the updated schedule analysis provided by A. Tsai of Epiq and provided comments. | 2.30 | 410.00 | $943.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 11/29/2011 | Requested schedule information from A. Tsai of Epiq. | 0.50 | 410.00 | $205.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 11/2/2011 | Nortel-respond to inquiry for review of MOR draft for September | 0.20 | 725.00 | $145.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 11/3/2011 | Nortel-correspondence regarding reporting matters, review | 0.30 | 725.00 | $217.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 11/4/2011 | Nortel-review MOR draft, update to Huron director for company | 0.40 | 725.00 | $290.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 11/16/2011 | Nortel-review materials on potential additional filing entity, preparation for call with Huron director and Huron manager. | 0.50 | 725.00 | $362.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 11/16/2011 | Nortel-conference call with Huron director and Huron manager regarding case logistics and timing. | 0.40 | 725.00 | $290.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 11/17/2011 | Nortel-reading and update on additional entities work. | 0.30 | 725.00 | $217.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 11/23/2011 | Nortel-MOR review and follow up. | 0.30 | 725.00 | $217.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 11/29/2011 | Nortel-review revised draft of MOR, comment to company. | 0.50 | 725.00 | $362.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 11/16/2011 | Analyzed balance sheet and other financial and legal information of non-debtor sub for contingency planning; Discussed with team. | 1.50 | 555.00 | $832.50 |
| 6 | Retention and Fee Applications | Coley P. Brown | 11/1/2011 | Corresponded with M. Cook of Nortel regarding Huron monthly fee and expense estimates. | 0.50 | 410.00 | $205.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 11/4/2011 | Corresponded with M. DeCarli regarding the monthly fee application certificate of no objection. | 0.40 | 410.00 | $164.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 11/14/2011 | Reviewed and updated the exhibits for the monthly fee application. | 1.30 | 410.00 | $533.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 11/14/2011 | Updated the monthly fee application memo and provided to Huron managing director for comments and approval. | 1.50 | 410.00 | $615.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 11/15/2011 | Updated the monthly fee application per request of A. Cordo of MNAT. | 0.60 | 410.00 | $246.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 11/18/2011 | Updated the quarterly fee application exhibits and memo and provided to Huron managing director for signature. | 2.30 | 410.00 | $943.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 11/30/2011 | Updated and finalized November detailed time report for purposes of the monthly fee application. | 1.90 | 410.00 | $779.00 |
| 6 | Retention and Fee Applications | James Lukenda | 11/15/2011 | Nortel-review monthly fee statement, sign-off for filing | 0.30 | 725.00 | $217.50 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/1/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from R. Boris of Nortel. | 0.50 | 410.00 | $205.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/1/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 2.00 | 410.00 | $820.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/1/2011 | Corresponded with J. Lloyd and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 0.80 | 410.00 | $328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/2/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Galvin of Cleary. | 2.50 | 410.00 | $1,025.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/2/2011 | Corresponded with R. Boris of Nortel regarding preference remittance instructions. | 0.50 | 410.00 | $205.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/3/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from N. Abalurach of Cleary. | 0.80 | 410.00 | $328.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/8/2011 | Corresponded with J. Lloyd and A. Wortham of Nortel regarding pending preference settlements and their receipt status. | 0.50 | 410.00 | $205.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/9/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 1.70 | 410.00 | $697.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/9/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from J. Sherrett of Cleary. | 1.90 | 410.00 | $779.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/14/2011 | Corresponded with R. Boris of Nortel regarding preference matters. | 0.20 | 410.00 | $82.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/14/2011 | Corresponded with J. Sherrett of Cleary regarding preference settlement matters. | 0.50 | 410.00 | $205.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/14/2011 | Corresponded with J. Lloyd of Nortel regarding preference settlement matters. | 0.50 | 410.00 | $205.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/16/2011 | Corresponded with J. Sherrett of Cleary regarding outstanding preference settlements. | 0.40 | 410.00 | $164.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/16/2011 | Corresponded with J. Lloyd of Nortel regarding preference settlement matters. | 0.30 | 410.00 | $123.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/16/2011 | Corresponded with K. Sidhu of Cleary regarding preference settlement matters. | 0.30 | 410.00 | $123.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/16/2011 | Corresponded with K. Sidhu of Cleary regarding preference settlements. | 0.50 | 410.00 | $205.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/17/2011 | Updated preference vendor defense response analysis including analysis of ordinary course and/or new value defenses per request from M. Vanek of Cleary. | 1.00 | 410.00 | $410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/17/2011 | Corresponded with J. Galvin of Cleary regarding preference settlements. | 0.30 | 410.00 | $123.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/17/2011 | Corresponded with J. Sherrett of Cleary regarding preference matters. | 0.40 | 410.00 | $164.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/18/2011 | Corresponded with J. Lloyd of Nortel and K. Sidhu of Cleary regarding preference settlements. | 0.90 | 410.00 | $369.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/21/2011 | Corresponded with J. Sherrett of Cleary regarding preference settlement. | 0.40 | 410.00 | $164.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/21/2011 | Corresponded with J. Lloyd of Nortel regarding preference matters. | 0.50 | 410.00 | $205.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/22/2011 | Corresponded with J. Lloyd of Nortel regarding preference matters. | 0.50 | 410.00 | $205.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/28/2011 | Corresponded with K. Sidhu of Cleary and J. Lloyd of Nortel regarding preference matters. | 0.70 | 410.00 | $287.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/29/2011 | Corresponded with A. Wortham of Nortel regarding preference matters. | 0.50 | 410.00 | $205.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/29/2011 | Corresponded with J. Lloyd of Nortel and J. Galvin of Cleary regarding preference matters. | 0.40 | 410.00 | $164.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/30/2011 | Corresponded with J. Lloyd of Nortel regarding preference settlements. | 0.40 | 410.00 | $164.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/30/2011 | Updated preference exhibits per request of L. Lipner of Cleary. | 1.00 | 410.00 | $410.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/30/2011 | Corresponded with A. Wortham of Nortel and K. Sidhu of Cleary regarding preference settlements. | 0.40 | 410.00 | $164.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 11/30/2011 | Updated and provided preference analysis to R. Boris of Nortel. | 0.80 | 410.00 | $328.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/3/2011 | Provided unsecured claims information to R. Boris of Nortel. | 0.30 | 410.00 | $123.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/9/2011 | Reviewed and documented notes concerning employee claims and sent to J. Graffom and E. Smith of Nortel. | 2.00 | 410.00 | $820.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/10/2011 | Call with T. Britt and M. Alcock of Cleary and R. Boris of Nortel to discuss employee claim matters. | 1.00 | 410.00 | $410.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/10/2011 | Reviewed employee claim inquiries provided by T. Britt of Cleary. | 0.90 | 410.00 | $369.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/11/2011 | Requested employee claim information from J. Graffom of Nortel. | 0.70 | 410.00 | $287.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/14/2011 | Corresponded with Huron managing director regarding employee claim matters. | 1.00 | 410.00 | $410.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/14/2011 | Worked with J. Davison of Nortel to prepare an employee claims analysis. | 1.40 | 410.00 | $574.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/15/2011 | Call with Huron managing director to discuss employee claim matters. | 0.50 | 410.00 | $205.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/16/2011 | Requested employee claim information from J. Davison of Nortel for memo. | 0.40 | 410.00 | $164.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/16/2011 | Reviewed and updated employee claim analysis and provided J. Davison of Nortel with comments. | 1.20 | 410.00 | $492.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/16/2011 | Corresponded with J. Davison of Nortel regarding employee claim analysis. | 0.40 | 410.00 | $164.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/16/2011 | Prepared initial employee claims memo and provided to Cleary for comments. | 2.80 | 410.00 | $1,148.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/17/2011 | Documented outline for employee claims meeting with T. Britt of Cleary. | 0.50 | 410.00 | $205.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/17/2011 | Weekly employee claims call with T. Britt of Cleary and K. Schultea of RLKS. | 1.00 | 410.00 | $410.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/18/2011 | Updated employee claims memo with comments from R. Boris of Nortel. | 0.40 | 410.00 | $164.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/29/2011 | Corresponded with M. Alcock of Cleary regarding employee claim matters. | 0.40 | 410.00 | $164.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/29/2011 | Corresponded with E. Smith and J. Graffam of Nortel regarding employee claims analysis. | 0.90 | 410.00 | $369.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/29/2011 | Updated employee claims memo and provided to J. Lukenda of Huron for comments. | 0.70 | 410.00 | $287.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/29/2011 | Corresponded with K. Schultea of RLKS regarding employee claims. | 0.40 | 410.00 | $164.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/29/2011 | Corresponded with T. Britt of Cleary regarding employee claim information. | 0.80 | 410.00 | $328.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/29/2011 | Reviewed employee claim information provided by T. Britt of Cleary. | 0.30 | 410.00 | $123.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/29/2011 | Reviewed employee claims information provided by T. Britt of Cleary and had call regarding the same. | 1.70 | 410.00 | $697.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/30/2011 | Updated employee claims memo and provided to J. Ray of Nortel. | 0.60 | 410.00 | $246.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 11/14/2011 | Nortel-employee claim matters, address inquiry from J. Ray of Nortel | 0.20 | 725.00 | $145.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 11/15/2011 | Nortel-call with Huron manager regarding status of additional employee claim review. | 0.30 | 725.00 | $217.50 |
| 16 | Unsecured Claim Analysis | James Lukenda | 11/15/2011 | Nortel-call with J. Ray of Nortel regarding employee claims and related matters | 0.30 | 725.00 | $217.50 |
| 16 | Unsecured Claim Analysis | James Lukenda | 11/15/2011 | Nortel-call with Huron manager discuss request from J. Ray of Nortel regarding claim status and reporting, required follow-up | 0.20 | 725.00 | $145.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 11/22/2011 | Nortel-conference call with Huron manager, update on schedules and claims. | 0.50 | 725.00 | $362.50 |
| 16 | Unsecured Claim Analysis | James Lukenda | 11/29/2011 | Nortel-review memorandum draft regarding claim matters, provide comments to Huron manager. | 0.60 | 725.00 | $435.00 |
| 25 | Case Administration | Coley P. Brown | 11/22/2011 | Call with J. Lukenda of Huron regarding case matters and status update, staffing, etc. | 0.50 | 410.00 | $205.00 |
| 25 | Case Administration | Coley P. Brown | 11/22/2011 | Updated workstream analyses for Nortel update call with Huron managing director. | 1.00 | 410.00 | $410.00 |
| 25 | Case Administration | James Lukenda | 11/23/2011 | Nortel-file update and workplan status review | 1.00 | 725.00 | $725.00 |