# **<u>EXHIBIT B</u>**

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 11/4/2011 | Coley P. Brown | Telecom | Boingo internet charge while traveling for Nortel matters.: Boingo Wireless: ORD 11/04/2011 to 11/04/2011. | $6.95 |
| 11/21/2011 | Matthew J. Fisher | Telecom | Internet and phone access at Marriott for call with counsel to discuss contingency plans of non debtor subs: MARRIOTT INTERNATIONAL AD: OAK BROOK 11/21/2011 to 11/22/2011. | $14.95 |
| 11/30/2011 | Coley P. Brown | Meals | Dinner at Public House for Coley Brown (1 person) after working late on Nortel matters.: Public House: Chicago | $42.18 |
| 11/30/2011 | Coley P. Brown | Ground Transportation | Cab from downtown Chicago to home after working late on Nortel matters.: Cab: City / Home | $20.00 |
| | | | | **$84.08** |