**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **15 December 2011**     Our Ref: **GDB/CCN01.00001**                    Invoice No.: **320999**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** |  |  |  |
| **To our professional fees** (NT) | 0.00 | 0.00 | 60,613.50 |
| For the period to 30 November 2011. |  |  |  |
| (Please see attached). |  |  |  |
| Document Production (NT) | 0.00 | 0.00 | 153.24 |
| **Disbursements:** (NT) |  |  |  |
| International Travel, Hotel and Related Expenses | 0.00 | 0.00 | 3,547.55 |
| Fares and Incidental Expenses | 0.00 | 0.00 | 1,293.87 |
|  | 0.00 |  | 65,608.16 |
|  |  | VAT | 0.00 |
|  |  | Total | 65,608.16 |
|  |  | **Balance Due** | **65,608.16** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code: 50-00-00 - Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 320999 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN
MUNICH  NEW YORK  PARIS  ROME  SINGAPORE  STOCKHOLM  TOKYO  WASHINGTON DC

# ashurst

The Official Unsecured Creditors Committee
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/11/2011

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner: | Giles Boothman | 1.00 | 690.00 | (C0007) |
|  |  | 2.80 | 1,932.00 | (C0018) |
|  |  | 0.30 | 207.00 | (C0019) |
|  |  | 3.60 | 2,484.00 | (C0031) |
|  |  | **7.70** | **5,313.00** |  |
| Partner: | Richard Palmer | 1.70 | 1,232.50 | (C0018) |
|  |  | **1.70** | **1,232.50** |  |
| Partner: | Steven Hull | 1.00 | 660.00 | (C0019) |
|  |  | **1.00** | **660.00** |  |
| Partner: | Angela Pearson | 0.50 | 330.00 | (C0012) |
|  |  | 1.10 | 726.00 | (C0019) |
|  |  | 3.80 | 2,508.00 | (C0031) |
|  |  | **5.40** | **3,564.00** |  |
| Counsel: | Marcus Fink | 1.50 | 870.00 | (C0019) |
|  |  | **1.50** | **870.00** |  |
| Associate: | Paul Bagon | 12.70 | 5,016.50 | (C0003) |
|  |  | 0.80 | 316.00 | (C0007) |
|  |  | 62.80 | 24,806.00 | (C0012) |
|  |  | 1.00 | 395.00 | (C0018) |
|  |  | 5.50 | 2,172.50 | (C0019) |
|  |  | 4.50 | 1,777.50 | (C0031) |
|  |  | **87.30** | **34,483.50** |  |
| Associate | Antonia Croke | 0.70 | 297.50 | (C0003) |
|  |  | 1.30 | 552.50 | (C0007) |
|  |  | 0.20 | 85.00 | (C0012) |
|  |  | 0.20 | 85.00 | (C0018) |
|  |  | 6.10 | 2,592.50 | (C0019) |
|  |  | 6.20 | 2,635.00 | (C0031) |
|  |  | **14.70** | **6,247.50** |  |
| Professional Development | Katharina Crinson | 0.30 | 118.50 | (C0012) |
|  |  | 2.00 | 790.00 | (C0019) |
|  |  | **2.30** | **908.50** |  |
| Junior Associate | Lindsey Roberts | 5.10 | 1,479.00 | (C0003) |
|  |  | 7.10 | 2,059.00 | (C0012) |
|  |  | 0.80 | 232.00 | (C0019) |
|  |  | 1.00 | 290.00 | (C0031) |
|  |  | **14.00** | **4,060.00** |  |

| Trainee: | Lisa Thompson | 13.60 | 2,516.00 | (C0012) |
|---|---|---|---|---|
| | | **13.60** | **2,516.00** | |
| Trainee: | Tim Cant | 2.00 | 370.00 | (C0019) |
| | | 2.10 | 388.50 | (C0031) |
| | | **4.10** | **758.50** | |
| | **Total** | **153.30** | **60,613.50** | |

The Official Unsecured Creditors Committee
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/11/2011

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0003**</u>    <u>**Ashurst Fee Application/Monthly Billing Reports**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associate** | | | | |
| ACROKE | Antonia Croke | 0.70 | 425.00 | 297.50 |
| PDB | Paul Bagon | 12.70 | 395.00 | 5,016.50 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 5.10 | 290.00 | 1,479.00 |
| | | | Total | **6,793.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|------|--------|--------|-----------|---------------:|-----:|-------:|
| 02/11/2011 | Paul Bagon | LETT | Query re incorrect fee payment and related emails. | 0.50 | 395.00 | 197.50 |
| 02/11/2011 | Paul Bagon | LETT | Emails re Ashurst fees. | 0.20 | 395.00 | 79.00 |
| 03/11/2011 | Paul Bagon | LETT | Re incorrect payment. | 0.50 | 395.00 | 197.50 |
| 11/11/2011 | Paul Bagon | LETT | Ashurst monthly fee app. | 0.50 | 395.00 | 197.50 |
| 14/11/2011 | Antonia Croke | READ | Consider Ashurst fee application | 0.40 | 425.00 | 170.00 |
| 14/11/2011 | Lindsey Roberts | READ | Ashurst monthly fee app. | 0.50 | 290.00 | 145.00 |
| 14/11/2011 | Paul Bagon | LETT | Ashurst monthly fee app. | 2.50 | 395.00 | 987.50 |
| 14/11/2011 | Paul Bagon | INTD | LR re Ashurst monthly fee app. | 0.50 | 395.00 | 197.50 |
| 17/11/2011 | Lindsey Roberts | MISC | Monthly fee application | 1.20 | 290.00 | 348.00 |
| 17/11/2011 | Paul Bagon | INTD | LR re monthly fee app. | 0.70 | 395.00 | 276.50 |
| 17/11/2011 | Paul Bagon | LETT | Ashurst monthly fee app. | 0.30 | 395.00 | 118.50 |
| 18/11/2011 | Paul Bagon | LETT | Emails to LR re monthly and interim fee app. | 0.50 | 395.00 | 197.50 |
| 20/11/2011 | Lindsey Roberts | MISC | Monthly fee application | 3.00 | 290.00 | 870.00 |
| 21/11/2011 | Lindsey Roberts | INTD | Emails to PBAGON re: monthly fee application | 0.40 | 290.00 | 116.00 |
| 21/11/2011 | Paul Bagon | DRFT | Finalising and sending out Ashurst monthly fee app. | 5.00 | 395.00 | 1,975.00 |
| 22/11/2011 | Antonia Croke | LETT | Emails re: fee application | 0.30 | 425.00 | 127.50 |
| 22/11/2011 | Paul Bagon | DRFT | Ashurst Interim Fee Application. | 1.50 | 395.00 | 592.50 |

|  |  |  |  |  |  | 6,793.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0007**      **Creditors Committee Meetings**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 1.00 | 690.00 | 690.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 1.30 | 425.00 | 552.50 |
| PDB | Paul Bagon | 0.80 | 395.00 | 316.00 |
| | | | Total | 1,558.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/11/2011 | Antonia Croke | ATTD | Attend and present on UCC call; confer P Bagon re: same | 0.80 | 425.00 | 340.00 |
| 10/11/2011 | Giles Boothman | ATTD | UCC call | 0.50 | 690.00 | 345.00 |
| 10/11/2011 | Paul Bagon | PHON | UCC weekly call. | 0.50 | 395.00 | 197.50 |
| 15/11/2011 | Antonia Croke | ATTD | UCC call | 0.50 | 425.00 | 212.50 |
| 16/11/2011 | Giles Boothman | ATTD | UCC call | 0.50 | 690.00 | 345.00 |
| 16/11/2011 | Paul Bagon | PHON | UCC weekly call. | 0.30 | 395.00 | 118.50 |
| | | | | | | 1,558.50 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0012**</u>          <u>**General Claims Analysis/Claims Objections**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.50 | 660.00 | 330.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 0.20 | 425.00 | 85.00 |
| PDB | Paul Bagon | 62.80 | 395.00 | 24,806.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 7.10 | 290.00 | 2,059.00 |
| **Professional Development** | | | | |
| KCRINS | Katharina Crinson | 0.30 | 395.00 | 118.50 |
| **Trainee** | | | | |
| LTHOMP | Lisa Thompson | 13.60 | 185.00 | 2,516.00 |
| | | | Total | **29,914.50** |

**Matter: CCN01.00001 – BANKRUPTCY**

| C0012 | General Claims Analysis/Claims Objections | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/11/2011 | Lisa Thompson | READ | Proofreading German and Spanish law memos on claims against NNI | 3.20 | 185.00 | 592.00 |
| 01/11/2011 | Paul Bagon | DRFT | Belgian claims analysis memo. | 5.00 | 395.00 | 1,975.00 |
| 02/11/2011 | Lisa Thompson | READ | Proofreading memo on Belgian law claims | 0.50 | 185.00 | 92.50 |
| 02/11/2011 | Paul Bagon | DRFT | Italian claims memo. | 5.00 | 395.00 | 1,975.00 |
| 03/11/2011 | Lisa Thompson | READ | Proofreading Belgian claims analysis memo | 2.80 | 185.00 | 518.00 |
| 03/11/2011 | Paul Bagon | DRFT | Italian claims memo. | 3.00 | 395.00 | 1,185.00 |
| 04/11/2011 | Paul Bagon | DRFT | Italian claims memo. | 5.00 | 395.00 | 1,975.00 |
| 07/11/2011 | Paul Bagon | DRFT | Italian claims memo. | 5.00 | 395.00 | 1,975.00 |
| 08/11/2011 | Lisa Thompson | READ | Proofreading Italian law note | 2.30 | 185.00 | 425.50 |
| 09/11/2011 | Lisa Thompson | READ | Proofreading Italian law note | 2.30 | 185.00 | 425.50 |
| 10/11/2011 | Lisa Thompson | READ | Proofreading Italian law note | 2.20 | 185.00 | 407.00 |
| 11/11/2011 | Paul Bagon | DRFT | Finalising comments on Italian claims memo. | 2.00 | 395.00 | 790.00 |
| 15/11/2011 | Angela Pearson | READ | Review emails re claims memo | 0.30 | 660.00 | 198.00 |
| 15/11/2011 | Angela Pearson | INTD | Email to P Bagon re claims memo. | 0.20 | 660.00 | 132.00 |
| 15/11/2011 | Paul Bagon | LETT | Merging claims memos. | 3.00 | 395.00 | 1,185.00 |
| 16/11/2011 | Lindsey Roberts | READ | Review of European claims analysis of NNUK claims | 1.50 | 290.00 | 435.00 |
| 16/11/2011 | Paul Bagon | DRFT | Merged claims analysis briefing. | 0.80 | 395.00 | 316.00 |
| 17/11/2011 | Paul Bagon | LETT | Updating merged claims analysis memo. | 3.00 | 395.00 | 1,185.00 |
| 18/11/2011 | Paul Bagon | DRFT | Updating merged claims analysis memo. | 4.00 | 395.00 | 1,580.00 |
| 21/11/2011 | Antonia Croke | LETT | Email re: memo | 0.10 | 425.00 | 42.50 |
| 22/11/2011 | Paul Bagon | LETT | AC and AG re Todd transcript | 0.50 | 395.00 | 197.50 |
| 22/11/2011 | Paul Bagon | LETT | Emails to TSG & AG re deposition transcript. | 0.50 | 395.00 | 197.50 |
| 23/11/2011 | Antonia Croke | LETT | Emails re: Italian claims memo | 0.10 | 425.00 | 42.50 |
| 24/11/2011 | Paul Bagon | DRFT | Scope for claims analysis memo. | 2.50 | 395.00 | 987.50 |
| 24/11/2011 | Paul Bagon | DRFT | Finalising merged claims analysis memo. | 3.50 | 395.00 | 1,382.50 |
| 25/11/2011 | Paul Bagon | DRFT | Claims analysis memo and executive summary. | 5.00 | 395.00 | 1,975.00 |
| 27/11/2011 | Lindsey Roberts | READ | Reviewing European claims analysis memo | 3.50 | 290.00 | 1,015.00 |
| 28/11/2011 | Lindsey Roberts | READ | Reviewing European claims analysis memo | 2.10 | 290.00 | 609.00 |
| 28/11/2011 | Lisa Thompson | READ | Proofreading Nortel claims executive summary | 0.30 | 185.00 | 55.50 |
| 28/11/2011 | Paul Bagon | DRFT | Executive summary | 4.00 | 395.00 | 1,580.00 |
| 29/11/2011 | Paul Bagon | DRFT | Finalising executive summary | 4.00 | 395.00 | 1,580.00 |
| 30/11/2011 | Katharina Crinson | DRFT | Review of exec summary with Paul Bagon | 0.30 | 395.00 | 118.50 |
| 30/11/2011 | Paul Bagon | DRFT | Final review and amends to merged claims analysis memo. | 7.00 | 395.00 | 2,765.00 |

|  |  |  |  |  |  | 29,914.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0018**        **Tax Issues**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 2.80 | 690.00 | 1,932.00 |
| RCP | Richard Palmer | 1.70 | 725.00 | 1,232.50 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 0.20 | 425.00 | 85.00 |
| PDB | Paul Bagon | 1.00 | 395.00 | 395.00 |
| | | | Total | **3,644.50** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/11/2011 | Giles Boothman | LETT | S Gale re. tax meeting | 0.10 | 690.00 | 69.00 |
| 03/11/2011 | Giles Boothman | LETT | S Gale re. tax meeting | 0.20 | 690.00 | 138.00 |
| 10/11/2011 | Giles Boothman | LETT | S Gale re. tax meeting | 0.10 | 690.00 | 69.00 |
| 10/11/2011 | Giles Boothman | ATTD | Meeting with Steve Gale | 0.50 | 690.00 | 345.00 |
| 10/11/2011 | Giles Boothman | PHON | Akin re. discussions with Steve Gale re. tax | 0.30 | 690.00 | 207.00 |
| 10/11/2011 | Giles Boothman | INTD | Richard Palmer update | 0.30 | 690.00 | 207.00 |
| 10/11/2011 | Giles Boothman | LETT | Akin re. tax issue | 0.30 | 690.00 | 207.00 |
| 10/11/2011 | Richard Palmer | INTD | Discussion with GDB re next steps and tax call. | 0.20 | 725.00 | 145.00 |
| 16/11/2011 | Giles Boothman | ATTD | Tax call | 1.00 | 690.00 | 690.00 |
| 16/11/2011 | Paul Bagon | PHON | Call with AG re EMEA tax issues. | 1.00 | 395.00 | 395.00 |
| 16/11/2011 | Richard Palmer | PHON | Telephone call with Akin Gump to discuss EMEA tax issues in light of 10Q information and lack of response from HS. Discussion of next steps. Preparation for call and reading of MRDA | 1.50 | 725.00 | 1,087.50 |
| 30/11/2011 | Antonia Croke | LETT | Emails re: Tax | 0.20 | 425.00 | 85.00 |
| | | | | | | 3,644.50 |

**Matter: CCN01.00001 – BANKRUPTCY**

| C0019 | Labor Issues/Employee Benefits | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 1.10 | 660.00 | 726.00 |
| GDB | Giles Boothman | 0.30 | 690.00 | 207.00 |
| SEH | Steven Hull | 1.00 | 660.00 | 660.00 |
| **Counsel** | | | | |
| MDF | Marcus Fink | 1.50 | 580.00 | 870.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 6.10 | 425.00 | 2,592.50 |
| PDB | Paul Bagon | 5.50 | 395.00 | 2,172.50 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 0.80 | 290.00 | 232.00 |
| **Professional Development** | | | | |
| KCRINS | Katharina Crinson | 2.00 | 395.00 | 790.00 |
| **Trainee** | | | | |
| TCANT | Tim Cant | 2.00 | 185.00 | 370.00 |
| | | | Total | 8,620.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>C0019</u>    **Labor Issues/Employee Benefits**

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/11/2011 | Antonia Croke | READ | Review material for Pensions Judgment | 0.70 | 425.00 | 297.50 |
| 02/11/2011 | Antonia Croke | ATTD | Attend C/A Judgment re: Pensions | 1.90 | 425.00 | 807.50 |
| 02/11/2011 | Antonia Croke | DRFT | Draft email to Akin re: UK C/A Pensions Judgment; confer TCANT re: same | 0.80 | 425.00 | 340.00 |
| 02/11/2011 | Angela Pearson | LETT | Emails re pension decision | 0.40 | 660.00 | 264.00 |
| 02/11/2011 | Steven Hull | READ | Review email update regarding permission to appeal to Supreme Court and updates in connection with same | 0.20 | 660.00 | 132.00 |
| 02/11/2011 | Tim Cant | ATTD | Court - pension decision. | 2.00 | 185.00 | 370.00 |
| 09/11/2011 | Antonia Croke | LETT | Emails re: pensions decision and UCC call | 0.40 | 425.00 | 170.00 |
| 09/11/2011 | Angela Pearson | READ | Review email re pension decision | 0.50 | 660.00 | 330.00 |
| 09/11/2011 | Angela Pearson | INTD | Email to ACROKE re pensions decision | 0.20 | 660.00 | 132.00 |
| 10/11/2011 | Antonia Croke | PREP | Prepare for presentation to UCC re: UK Pension Judgment | 1.70 | 425.00 | 722.50 |
| 10/11/2011 | Antonia Croke | PHON | Phone call with B Kahn re: UCC meeting; email re: same | 0.20 | 425.00 | 85.00 |
| 10/11/2011 | Giles Boothman | PREP | For UCC call and read Nortel CA pension judgement | 0.30 | 690.00 | 207.00 |
| 10/11/2011 | Paul Bagon | INTD | With AC re UK pensions presentation and related emails. | 0.50 | 395.00 | 197.50 |
| 15/11/2011 | Steven Hull | LETT | Review Josh Sturm e-mail and review attached draft of committees brief on the effect of the 14 October UK decision as requested by the US third circuit court of appeals and consider response to same | 0.20 | 660.00 | 132.00 |
| 16/11/2011 | Antonia Croke | LETT | Emails re: Third Circuit Appeal | 0.40 | 425.00 | 170.00 |
| 16/11/2011 | Katharina Crinson | MISC | Reviewing submission to US court in relation to UK appelate decision, discussions with Paul Bagon and telephone conversations with the pensions regulator | 2.00 | 395.00 | 790.00 |
| 16/11/2011 | Lindsey Roberts | READ | Review of Third Circuit Appeal Supplemental Brief | 0.80 | 290.00 | 232.00 |
| 16/11/2011 | Marcus Fink | LETT | Review and amend 3rd Circuit Appeal Supplemental Brief re UK Appellate Decision draft. Discuss same with PGB and review sources to determine whether FSDs have been issued | 1.50 | 580.00 | 870.00 |
| 16/11/2011 | Paul Bagon | LETT | Reviewing and commenting on AG submission to 3rd circuit appeal re UK pension proceedings and related emails and calls. | 5.00 | 395.00 | 1,975.00 |
| 16/11/2011 | Steven Hull | LETT | Review Paul Bagon e-mails re. preparation of note for third circuit judge and review Paul Bagon e-mails and review attached clean and redlines copies of the amended Akin memo re. same; review Lindsey Roberts' further comments and review Paul Bagon e-mail to Joshua Sturm re. same | 0.40 | 660.00 | 264.00 |
| 17/11/2011 | Steven Hull | READ | Review Josh Sturm email and review attached brief regarding recent UK pension decision filed before Third Circuit Judge | 0.20 | 660.00 | 132.00 |
| | | | | | | 8,620.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0031**</u>    <u>**European Proceedings/Matters**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 3.80 | 660.00 | 2,508.00 |
| GDB | Giles Boothman | 3.60 | 690.00 | 2,484.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 6.20 | 425.00 | 2,635.00 |
| PDB | Paul Bagon | 4.50 | 395.00 | 1,777.50 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.00 | 290.00 | 290.00 |
| **Trainee** | | | | |
| TCANT | Tim Cant | 2.10 | 185.00 | 388.50 |
| | | | Total | 10,083.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0031**      **European Proceedings/Matters**

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/11/2011 | Antonia Croke | LETT | Emails re: update call | 0.50 | 425.00 | 212.50 |
| 02/11/2011 | Giles Boothman | READ | Emails | 0.30 | 690.00 | 207.00 |
| 02/11/2011 | Giles Boothman | INTD | PDB | 0.30 | 690.00 | 207.00 |
| 03/11/2011 | Antonia Croke | ATTD | Consider issues with GB; AMP; PXB re future workstreams and strategy | 0.90 | 425.00 | 382.50 |
| 03/11/2011 | Antonia Croke | READ | Consider UCC minutes | 0.10 | 425.00 | 42.50 |
| 03/11/2011 | Angela Pearson | READ | Review emails | 0.50 | 660.00 | 330.00 |
| 03/11/2011 | Angela Pearson | ATTD | Attend meeting with Giles | 0.80 | 660.00 | 528.00 |
| 03/11/2011 | Giles Boothman | INTD | Team catch up meeting | 0.70 | 690.00 | 483.00 |
| 03/11/2011 | Giles Boothman | PHON | Fred Hodara - catch up | 0.30 | 690.00 | 207.00 |
| 03/11/2011 | Lindsey Roberts | MISC | Handover with PB and GB | 0.80 | 290.00 | 232.00 |
| 03/11/2011 | Paul Bagon | INTD | AMP, GDB. AC, LR re case management. | 0.80 | 395.00 | 316.00 |
| 03/11/2011 | Paul Bagon | CASE | Case management. | 0.50 | 395.00 | 197.50 |
| 08/11/2011 | Antonia Croke | LETT | Emails re: interim fees | 0.10 | 425.00 | 42.50 |
| 09/11/2011 | Antonia Croke | LETT | Emails re: calls/files | 0.10 | 425.00 | 42.50 |
| 09/11/2011 | Paul Bagon | PHON | Professionals' pre-call | 0.40 | 395.00 | 158.00 |
| 09/11/2011 | Paul Bagon | LETT | Emails re Ashurst participation in UCC call. | 0.60 | 395.00 | 237.00 |
| 10/11/2011 | Angela Pearson | LETT | Emails re: Nortel | 0.50 | 660.00 | 330.00 |
| 10/11/2011 | Giles Boothman | INTD | PDB | 0.20 | 690.00 | 138.00 |
| 10/11/2011 | Paul Bagon | LETT | Responding to AG Q re post-petition interest. | 0.50 | 395.00 | 197.50 |
| 10/11/2011 | Paul Bagon | LETT | Various emails. | 0.50 | 395.00 | 197.50 |
| 11/11/2011 | Antonia Croke | LETT | Emails re: EMEA | 0.20 | 425.00 | 85.00 |
| 11/11/2011 | Angela Pearson | READ | Review emails | 0.40 | 660.00 | 264.00 |
| 14/11/2011 | Antonia Croke | LETT | Emails re: Prof calls | 0.30 | 425.00 | 127.50 |
| 14/11/2011 | Angela Pearson | READ | Review emails | 0.30 | 660.00 | 198.00 |
| 15/11/2011 | Antonia Croke | LETT | Emails re: Prof calls and UCC meetings | 0.90 | 425.00 | 382.50 |
| 15/11/2011 | Antonia Croke | LETT | Emails with Akin re: UCC committee meeting in NYC, Ashurst re: same | 0.50 | 425.00 | 212.50 |
| 15/11/2011 | Giles Boothman | SUPE | Re. UCC meeting and pensions review | 0.50 | 690.00 | 345.00 |
| 15/11/2011 | Lindsey Roberts | LETT | Emails re: NY meeting | 0.20 | 290.00 | 58.00 |
| 15/11/2011 | Paul Bagon | PHON | Professionals' pre-call. | 0.70 | 395.00 | 276.50 |
| 16/11/2011 | Antonia Croke | READ | Consider issues with PXB and LROBER re: timings | 0.30 | 425.00 | 127.50 |
| 16/11/2011 | Antonia Croke | LETT | Emails re: UCC | 0.20 | 425.00 | 85.00 |
| 16/11/2011 | Angela Pearson | READ | Review emails/documents | 0.80 | 660.00 | 528.00 |
| 16/11/2011 | Angela Pearson | INTD | Discussion with LROBER | 0.20 | 660.00 | 132.00 |
| 18/11/2011 | Antonia Croke | READ | Consider email re: interest | 0.10 | 425.00 | 42.50 |
| 18/11/2011 | Paul Bagon | LETT | Research and response to AG re Q re post-petition rate interest rate. | 0.50 | 395.00 | 197.50 |
| 21/11/2011 | Antonia Croke | INTD | Consider issues with LROBER re: fee application, MR and EU advice | 0.30 | 425.00 | 127.50 |
| 22/11/2011 | Giles Boothman | INTD | PDB update | 0.30 | 690.00 | 207.00 |
| 23/11/2011 | Angela Pearson | LETT | Emails to Nortel | 0.30 | 660.00 | 198.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>C0031</u>      <u>**European Proceedings/Matters**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | | Amount |
|---|---|---|---|---|---|---|---|
| 27/11/2011 | Antonia Croke | LETT | Emails re: UCC call | 0.10 | 425.00 | | 42.50 |
| 28/11/2011 | Antonia Croke | LETT | Emails re: UCC calls | 0.20 | 425.00 | | 85.00 |
| 30/11/2011 | Antonia Croke | LETT | Emails re: Prof call | 0.20 | 425.00 | | 85.00 |
| 30/11/2011 | Antonia Croke | LETT | Email re: EMEA | 0.20 | 425.00 | | 85.00 |
| 30/11/2011 | Antonia Croke | ATTD | Attend Nortel Professionals call | 0.90 | 425.00 | | 382.50 |
| 30/11/2011 | Antonia Croke | LETT | Email re: mediation | 0.10 | 425.00 | | 42.50 |
| 30/11/2011 | Giles Boothman | ATTD | Professionals call | 1.00 | 690.00 | | 690.00 |
| 30/11/2011 | Tim Cant | LETT | Professionals Call | 1.60 | 185.00 | | 296.00 |
| 30/11/2011 | Tim Cant | DRFT | Writing minute of call | 0.50 | 185.00 | | 92.50 |

|  |  |
|---|---|
|  | 10,083.00 |