Exhibit C

DISBURSEMENT SUMMARY
NOVEMBER 01, 2011 THROUGH NOVEMBER 30, 2011

| Document Production | £153.24 |
|---|---|
| Meals | £1,102.46 |
| Travel – Ground Transportation | £78.66 |
| Travel – International Transportation | £574.14 |
| Hotels | £3,037.41 |
| Telecommunications | £21.38 |
| Incidental Expenses | £27.37 |
| **TOTAL** | **£4,994.66** |