**Exhibit D**

## Disbursements Detailed Breakdown

**Document Production** — 153.24

### Fares, Courier Charges and Incidental Expenses (Miscellaneous UK Travel (inc. Bus, train, Tube and Internal Air Fares))

| Date | Description | Amount |
|---|---|---|
| 12/10/2011 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXOCT11 DATE: 25/10/2011 Expenses @ HEATHROW EXPRESS OPERATING LIMITED LONDON. (1 RAIL TICKETS) 12/10/2011 ACROKE Train tickets to Heathrow. | 64.00 |

### Fares, Courier Charges and Incidental Expenses (Meals)

| Date | Description | Amount |
|---|---|---|
| 06/10/2011 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXOCT11 DATE: 25/10/2011 Expenses @ L'ANIMA LTD LONDON. (1 GOODS) 06/10/2011 ACROKE, Working Dinner with Ashurst + Akin re Deposition. | 746.21 |
| 07/10/2011 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXOCT11 DATE: 25/10/2011 Expenses @ ROSAS LONDON. (Hanbury Street Investments Ltd) 07/10/2011 ACROKE Dinner with LROBER. | 20.65 |
| 12/10/2011 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXOCT11 DATE: 25/10/2011 Expenses @ FEDORA 0282 NEW YORK. (EATING PLACES,) 12/10/2011 ACROKE Dinner with LROBER. | 95.04 |
| 14/10/2011 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXOCT11 DATE: 25/10/2011 Expenses @ SUSHI YASUDA LTD 0188 NEW YORK. 14/10/2011 ACROKE Dinner in New York. | 184.95 |
| 26/09/2011 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXOCT11 DATE: 25/10/2011 Expenses @ ANDAZ RESTAURANT, LONDON, EC2M. (ACCORDING TO RECEIPT NO: 46858) 26/09/2011 ACROKE Dinner with LROBER & TCANT. | 52.50 |
| 31/10/2011 | VENDOR: Mat på jobbet Svenska AB; INVOICE#: 437905; DATE: 31/10/2011 Meal | 3.11 |

### Fares, Courier Charges and Incidental Expenses (Sundries)

| Date | Description | Amount |
|---|---|---|
| 02/11/2011 | PAYEE: Petty Cash; REQUEST#: 461140; DATE: 02/11/2011. - petty cash LROBER ESTA fee | 27.37 |

### Fares, Courier Charges and Incidental Expenses (Taxis)

| Date | Description | Amount |
|---|---|---|
| 31/10/2011 | VENDOR: Taxi Stockholm AB; INVOICE#: 177729597; DATE: 31/10/2011 | 11.48 |
| 16/11/2011 | PAYEE: Petty cash; REQUEST#: 462788; DATE: 16/11/2011. - petty cash PDB taxi | 7.00 |
| 17/11/2011 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 139581; DATE: 17/11/2011 - Taxi For LROBER | 55.18 |
| 30/11/2011 | PAYEE: Cant, Tim; REQUEST#: 464970; DATE: 30/11/2011. - BACS paymment to reimburse expenses Tim Cant taxi to Court 2.11.11 | 5.00 |

### Fares, Courier Charges and Incidental Expenses (Telephone Conference)

| Date | Description | Amount |
|---|---|---|
| 01/11/2011 | VENDOR: Meetingzone Ltd; INVOICE#: 000495903; DATE: 01/11/2011 - Conference Call on 03/10/11 | 10.17 |
| 01/11/2011 | VENDOR: Meetingzone Ltd; INVOICE#: 000495903; DATE: 01/11/2011 - Conference Call on 10/10/11 | 11.21 |

### International Travel, Hotel and Related Expenses (Hotel Expenses)

| Date | Description | Amount |
|---|---|---|
| 13/10/2011 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXOCT11 DATE: 25/10/2011 Expenses @ SOFITEL HOTELS NY NEW YORK. (101111 101311 00) 13/10/2011 ACROKE Hotel in New York. | 1,753.49 |
| 15/10/2011 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXOCT11 DATE: 25/10/2011 Expenses @ HOTEL DUPONT 000200000005003 WILMINGTON. (101311 101411 00) 15/10/2011 ACROKE Hotel in Wilmington. | 576.80 |
| 16/10/2011 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXOCT11 DATE: 25/10/2011 Expenses @ SOFITEL HOTELS NY NEW YORK. (101411 101511 00) 16/10/2011 ACROKE Hotel in New York. | 707.12 |

### International Travel, Hotel and Related Expenses (Travel Expenses (inc. International Air Fares and Eurostar))

| Date | Description | Amount |
|---|---|---|
| 10/10/2011 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXOCT11 DATE: 25/10/2011 Expenses @ AMTRAK TRAVEL AGENCY WASHINGTON DC WASHING. (NYP    WIL) 10/10/2011 ACROKE Travel to Delaware. | 206.46 |

**Disbursements Detailed Breakdown**

| | | |
|---|---|---|
| 13/10/2011 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXOCT11 DATE: 25/10/2011<br>Expenses @ AMTRAK TICKET SALES WASHINGTON DC WASHINGT. (WIL      NYP)<br>13/10/2011 ACROKE Amtrak travel. | 303.68 |
| | | 4,994.66 |