## Exhibit E

### SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD NOVEMBER 01, 2011 THROUGH NOVEMBER 30, 2011

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 10 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group; London | £690 | 7.70 | 5,313.00 |
| Richard Palmer | Partner for 13 years; Admitted in 1988 in England and Wales, Tax Group, London | £725 | 1.70 | 1,232.50 |
| Steven Hull | Partner for 14 years; Admitted in 1989 in England and Wales; Employment, Incentives and Pensions Group, London | £660 | 1.00 | 660.00 |
| Angela Pearson | Partner for 5 years; Admitted in 1991 in England and Wales; Litigation Group, London | £660 | 5.40 | 3,564.00 |
| Marcus Fink | Counsel for 1 year; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £580 | 1.50 | 870.00 |
| Paul Bagon | Associate for 3 years; Admitted in 2008 in England and Wales; Restructuring and Special Situations Group, London | £395 | 87.30 | 34,483.50 |
| Antonia Croke | Associate for 4 years; Admitted in 2007 in New South Wales, Australia; Litigation Group, London | £425 | 14.70 | 6,247.50 |
| Katharina Crinson | Professional Support Lawyer; Admitted in 2007 in England and Wales; Restructuring and Special Situations Group, London | £395 | 2.30 | 908.50 |
| Lindsey Roberts | Newly qualified Associate; Admitted in 2011 in England and Wales; Litigation Group, London | £290 | 14.00 | 4,060.00 |
| Lisa Thompson | Trainee Solicitor; Restructuring and Special Situations Group, London | £185 | 13.60 | 2,516.00 |
| Tim Cant | Trainee Solicitor; Litigation Group, London | £185 | 4.10 | 758.50 |
| **TOTAL** | | | 153.30 | 60,613.50 |

## COMPENSATION BY PROJECT CATEGORY
## NOVEMBER 01, 2011 THROUGH NOVEMBER 30, 2011

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 18.50 | 6,793.00 |
| Creditors Committee Meetings | 3.10 | 1,558.50 |
| General Claims Analysis | 84.50 | 29,914.50 |
| Tax Issues | 5.70 | 3,644.50 |
| Labor Issues / Employee Benefits | 20.30 | 8,620.00 |
| European Proceedings / Matters | 21.20 | 10,083.00 |
| **TOTAL** | **153.30** | **60,613.50** |