IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
: Chapter 11
:
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
:
---------------------------------------------------------X

**DEBTORS' MOTION FOR ENTRY OF AN ORDER SHORTENING NOTICE
RELATING TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105 AND
363 AND FED. R. BANKR. P. 9019 FOR ENTRY OF AN ORDER
(I) AUTHORIZING AND APPROVING THE FLEXTRONICS SETTLEMENT
AND RELEASE AGREEMENT, (II) AUTHORIZING AND APPROVING
THE RELATED SIDE AGREEMENT AND (III) GRANTING RELATED RELIEF**

Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession, (collectively, the "Debtors") hereby move this Court (the "Motion") for the entry of an order, substantially in the form attached hereto as Exhibit A, pursuant to sections 102(1) and 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") (i) shortening notice to allow the Debtors' *Motion Pursuant To 11 U.S.C. §§ 105 And 363 And Fed. R. Bankr. P. 9019 For Entry Of An Order (I) Authorizing And*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

*Approving The Flextronics Settlement And Release Agreement, (II) Authorizing And Approving The Related Side Agreement And (III) Granting Related Relief* (the "Approval Motion"),[2] filed contemporaneously herewith, to be considered on an expedited basis; (ii) setting **December 23, 2011 at 4:00 PM (Eastern Time)** as the deadline to file objections to the Approval Motion (the "Objection Deadline"); and (iii) scheduling a hearing on the Approval Motion for the omnibus hearing currently scheduled for **December 30, 2011 at 10:00 AM (Eastern Time)** (the "Hearing").  In support of this Motion, the Debtors respectfully represent as follows:

### Jurisdiction

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for the relief requested herein are sections 102(1) and 105(a) of the Bankruptcy Code, as supplemented by Bankruptcy Rule 9006 and Local Rule 9006-1(e).

### Background

3. On January 14, 2009 (the "Petition Date"), the Debtors, other than Nortel Networks (CALA) Inc.,[3] filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, which cases are consolidated for procedural purposes only.  The Debtors continue to operate as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4. The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") has appointed an Official Committee of Unsecured Creditors (the "Committee") in

---

[2]     Capitalized terms used but not defined herein have the meanings ascribed to them in the Approval Motion.

[3]     Nortel Networks (CALA) Inc. filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on July 14, 2009, which was consolidated and is being jointly administered with the other Debtors' chapter 11 cases for procedural purposes [D.I. 1098].

respect of the Debtors [D.I.s 141, 142], and an ad hoc group of bondholders has been organized (the "Bondholder Group").

5.      On the Petition Date, the Debtors' ultimate corporate parent Nortel Networks Corporation ("NNC"), NNI's direct corporate parent Nortel Networks Limited ("NNL," and together with NNC and their affiliates, including the Debtors, "Nortel"), and certain of their Canadian affiliates (collectively, the "Canadian Debtors")[4] commenced a proceeding with the Ontario Superior Court of Justice (the "Canadian Court") under the Companies' Creditors Arrangement Act (Canada) (the "CCAA"), seeking relief from their creditors (collectively, the "Canadian Proceedings") and a Monitor, Ernst & Young Inc. (the "Monitor"), was appointed by the Canadian Court.  Also on the Petition Date, the High Court of England and Wales placed nineteen of Nortel's European affiliates (collectively, the "EMEA Debtors")[5] into administration (the "English Proceedings") under the control of individuals from Ernst & Young LLP (collectively, the "Joint Administrators").  Other Nortel affiliates have commenced and in the future may commence additional creditor protection, insolvency and dissolution proceedings around the world.

6.      Since the Petition Date, Nortel has sold its business units and other assets to various purchasers.  For further information regarding these chapter 11 cases, reference may be made to the Monthly Operating Reports filed by the Debtors and http://dm.epiq11.com/nortel.

---

[4]     The Canadian Debtors include the following entities:  NNC, NNL, Nortel Networks Technology Corporation, Nortel Networks Global Corporation and Nortel Networks International Corporation.

[5]     The EMEA Debtors include the following entities:  Nortel Networks UK Limited, Nortel Networks S.A., Nortel Networks (Ireland) Limited, Nortel GmbH, Nortel Networks France S.A.S., Nortel Networks Oy, Nortel Networks Romania SRL, Nortel Networks AB, Nortel Networks N.V., Nortel Networks S.p.A., Nortel Networks B.V., Nortel Networks Polska Sp. z.o.o., Nortel Networks Hispania, S.A., Nortel Networks (Austria) GmbH, Nortel Networks, s.r.o., Nortel Networks Engineering Service Kft, Nortel Networks Portugal S.A., Nortel Networks Slovensko, s.r.o. and Nortel Networks International Finance & Holding B.V.

**Relief Requested**

7.     By this Motion, the Debtors seek an order (i) shortening the notice period for the Approval Motion to allow it to be considered on an expedited basis; (ii) setting **December 23, 2011 at 4:00 PM (Eastern Time)** as the Objection Deadline; and (iii) scheduling the Hearing on the Approval Motion for **December 30, 2011 at 10:00 AM (Eastern Time)**.

**Facts Relevant to this Motion**

**A.     The Relationship between Nortel and Flextronics**

8.     From 2004 through the divestitures of Nortel's various businesses, Nortel and Flextronics engaged in a complex, wide-ranging contract manufacturing relationship. Flextronics was by far Nortel's largest supplier.  As the Debtors informed this Court at the January 15, 2009 first day hearing, as of the Petition Date, Flextronics was responsible for the supply of approximately 70% of Nortel's hardware products.  In addition, Flextronics provided a significant portion of the logistics and repair services required in connection with those products. Indeed, as the Debtors explained to the Court, Flextronics was, in many respects, "the critical vendor" of Nortel.

**B.     Prior Settlement Agreements with the Debtors**

9.     Recognizing the importance that Flextronics would play in the Debtors' chapter 11 cases, the Canadian Proceedings and the English Proceedings, particularly with respect to Nortel's ability to monetize its various businesses, the Debtors and the Canadian Debtors have previously brought three settlement agreements with Flextronics before this Court or the Canadian Court: (i) a January 13, 2009 agreement by and among NNL, FTS and FC (the "Amending Agreement"), which was approved by the Canadian Court in its January 14, 2009 Initial Order; (ii) a May 22, 2009, NNL, FTS and FC agreement (the "May 2009 Settlement Agreement") and a related side letter, which were approved by this Court on June 11, 2009 [D.I.

4

895] and by the Canadian Court on June 16, 2009; and (iii) a November 20, 2009 global settlement and release agreement among the Parties (the "<u>November 2009 Settlement and Release Agreement</u>"), which was approved by this Court on December 2, 2009 [D.I. 2063] and by the Canadian Court on December 3, 2009.

**C.     The Present Settlement and Release Agreement and Side Agreement**

10.     Nortel has divested substantially all of its businesses and is no longer in need of Flextronics' products or services. Accordingly, the Parties wish to consensually wind-down the contractual relationships between Nortel on the one hand and Flextronics on the other hand. As more fully described in the Approval Motion, the Settlement and Release Agreement will (i) affect the consensual termination of substantially all of the outstanding contractual arrangements between Nortel on the one hand and Flextronics on the other hand without further liability of the Debtors and (ii) affect a broad release of Nortel on the one hand and Flextronics on the other. As more fully described in the Approval Motion, the Side Agreement will resolve claims between the Debtors and the Canadian Debtors related to, among other things, the $145 Million Inventory Buy-Back Obligation.

11.     As a condition to its execution of the Settlement and Release Agreement, Flextronics has required the Debtors to request that this Court approve the Settlement and Release Agreement by December 31, 2011.

**Basis for Relief**

12.     Local Rule 9006-1(e) provides for shortened notice "by order of the Court, on written motion (served on all interested parties) specifying the exigencies justifying shortened notice." Del. Bankr. L.R. 9006-1(e). As set forth below, shortening notice is justified here.

13.     The Debtors respectfully submit that shortened notice is appropriate in this instance because approval of the Settlement and Release Agreement is in the best interest of the

Debtors and, as a condition to its execution of the Settlement and Release Agreement, Flextronics has required the Debtors to request that this Court approve the Settlement and Release Agreement by December 31, 2011. For these reasons, the Debtors believe that a hearing on the Approval Motion on shortened notice is in the best interests of the Debtors' estates and creditors.

14. The Debtors have consulted with the Committee and understand that it does not object to the relief being sought in this Motion. The parties to the Settlement and Release Agreement and the Side Agreement, those entities most likely to object to the relief sought in this Motion and the Approval Motion have been extensively involved in the negotiation of the Settlement and Release Agreement and the Side Agreement, respectively, and accordingly will have ample time to object to the Approval Motion on the timeline proposed herein. The Debtors do not expect objections to this Motion from such parties.

15. For these reasons, the Debtors respectfully submit that allowing the Approval Motion to be considered on shortened notice is reasonable and appropriate under the circumstances.

## Notice

16. Notice of the Motion has been given via first class mail, facsimile, electronic transmission, hand delivery or overnight mail to the (i) U.S. Trustee; (ii) counsel to the Committee; (iii) counsel to the Bondholder Group; (iv) counsel to Flextronics; and (v) the general service list established in these chapter 11 cases. The Debtors submit that under the circumstances no other or further notice is necessary.

## No Prior Request

17. No prior request for the relief sought herein has been made to this or any other court.

WHEREFORE, the Debtors respectfully request that this Court (i) grant this Motion and the relief requested herein; (ii) enter the proposed order attached hereto; and (iii) grant such other and further relief as it deems just and proper.

Dated: December 16, 2011  
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (*admitted pro hac vice*)  
Lisa M. Schweitzer (*admitted pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone:  (212) 225-2000  
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*  
Derek C. Abbott (No. 3376)  
Eric D. Schwartz (No. 3134)  
Ann C. Cordo (No. 4817)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, Delaware 19801  
Telephone:  (302) 658-9200  
Facsimile: (302) 658-3989

*Counsel for the Debtors  
and Debtors in Possession*