# EXHIBIT A

Court File No.: 09-CL-7950

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**COMMERCIAL LIST**

| | | |
|---|---|---|
| THE HONOURABLE MR. | ) | WEDNESDAY, THE 14TH |
| JUSTICE MORAWETZ | )<br>) | DAY OF DECEMBER, 2011 |

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL
NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL
CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

**ORDER**

**THIS MOTION**, made by Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation and Nortel Networks International Corporation (collectively, the "Applicants") for the relief set out in the Applicants' Notice of Motion dated December 6, 2011 was heard this day at 330 University Avenue, Toronto, Ontario.

**ON READING** the affidavit of Anna Ventresca sworn December 6, 2011 (the "Ventresca Affidavit"), the Seventy-Eighth report of Ernst & Young Inc. (the "Seventy-Eighth Report") in its capacity as monitor (in such capacity, the "Monitor") filed in connection with this motion and on hearing submissions of counsel for the Applicants, the Monitor and those other parties present, no one appearing for any other person on the service list, although served as appears from the Affidavit of Service of Catherine Ma, sworn December 7, 2011, filed.

DOCSTOR: 2283066\7

1.   **THIS COURT ORDERS** that the time for the service of the Notice of Motion, the Seventy-Eighth Report, and the Motion Record is hereby abridged and validated so that this Motion is properly returnable today and hereby dispenses with further service thereof.

2.   **THIS COURT ORDERS** that capitalized terms used herein and not otherwise defined shall have the meaning given to them in the Ventresca Affidavit.

*2012 Retention Plan*

3.   **THIS COURT ORDERS** that the Nortel 2012 Retention Plan, as it relates to the employees of the Applicants, substantially in the form attached as Appendix "E" to the Seventy-Eighth Report, is hereby approved and the Applicants are authorized to enter into and implement the Nortel 2012 Retention Plan and to perform their respective obligations, if any, thereunder.

4.   **THIS COURT ORDERS** that confidential appendices "D" and "F" to the Seventy-Eighth Report be and are hereby sealed pending further Order of this Court.

*Stay Extension*

5.   **THIS COURT ORDERS** that the Stay Period is hereby extended to and including April 13, 2012.

*Employee Hardship Application Process*

6.   **THIS COURT ORDERS AND DECLARES** that the application period for receipt of employee hardship applications pursuant to the Employee Hardship Application Process be and is hereby extended to June 29, 2012 (the "Extension Date").

7.   **THIS COURT ORDERS** that the "Eligibility Requirements and the Procedure with Respect to Hardship Payment Applications" in the form attached as Appendix "C" to the Seventy-Eighth Report be and are hereby approved.

*Miscellaneous*

8. **THIS COURT HEREBY REQUESTS** the aid and recognition of any court, tribunal, regulatory or administrative body having jurisdiction in Canada, the United States, the United Kingdom or elsewhere, to give effect to this Order and to assist the Applicants, the Monitor and their respective agents in carrying out the terms of this Order. All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance to the Applicants and to the Monitor, as an officer of this Court, as may be necessary or desirable to give effect to this Order, to grant representative status to the Monitor in any foreign proceeding, or to assist the Applicants and the Monitor and their respective agents in carrying out the terms of this Order.

9. **THIS COURT ORDERS** that each of the Applicants and the Monitor be at liberty and is hereby authorized and empowered to apply to any court, tribunal, regulatory or administrative body, wherever located, for the recognition of this Order and for assistance in carrying out the terms of this Order.

_____

ENTERED AT / INSCRIT À TORONTO
ON / BOOK NO:
LE / DANS LE REGISTRE NO.:

DEC 1 5 2011

PER/PAR:    MB

Court File No: 09-CL-7950

IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

*ONTARIO*
*SUPERIOR COURT OF JUSTICE*
*(COMMERCIAL LIST)*

Proceeding commenced at Toronto

**ORDER**
**(STAY EXTENSION/ EMPLOYEE HARDSHIP APPLICATION PROCESS/ 2012 RETENTION PLAN)**

**NORTON ROSE OR LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4, Canada

**Derrick Tay LSUC#: 21152A**
Tel: (416) 216-4832
Email: derrick.tay@nortonrose.com

**Jennifer Stam LSUC #46735J**
Tel: (416) 216-2327
Email: jennifer.stam@nortonrose.com
Fax: (416) 216-3930

Lawyers for the Applicants

DOCSTOR: 2283066\7

Court File No: 09-CL-7950

Dec 14-11

IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

ONTARIO
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

Proceeding commenced at TORONTO

MOTION RECORD
Stay Extension/ Employee Hardship Application
Process/ 2012 Retention Plan
(returnable December 14, 2011)

NORTON ROSE OR LLP
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto Ontario  M5J 2Z4

**Derrick Tay LSUC#: 21152A**
Tel: +1 416.216.4832
Email: derrick.tay@nortonrose.com

**Jennifer Stam LSUC#: 46735J**
Tel: +1 416.216.2327
Email: jennifer.stam@nortonrose.com

Fax: +1 416.216.3930

Lawyers for the Applicants

---

December 14, 2011

The motion for stay extension was not opposed. The Hon. J. Morawetz in hearing of the bondholders took exception to the requested length of the argument. Nortel negotiated an extension of 157 days and J. Morawetz, by submitted agreements, J. Morawetz references a lack of progress in the last few months and that it would not at the commencement stage, in effect, "lock up" the process for a period of 6 months. He also submits the stay extension motion proposed a plan to raise costs and concerns of creditors. In this case I am satisfied that the Applicant has satisfied all discharged the statutory burden s.11(6) of the CCAA, a (2009 new) the CCAA process continues

DOCSTOR: 2309993\1

and the outstanding issues have been summarized in the record.

I am also satisfied that the applicant has acted & is acting, in good faith & with due diligence.

With respect to the length of the stay the Applicant & the Monitor do not reference the come back clause. While I accept this submission, I am of the view that, in this case, the onus should not be on creditors to "come back" to court to shorten the stay period. The burden is on the applicant to satisfy the Court, on a periodic basis, that the rest process is continuing at an acceptable pace. In my view the appropriate balance in this case is to grant the stay extension for 4 months — specifically Friday April 13, 2012.

The other areas of relief, namely the 2012 Retention Plan and the Employee Hardship Application Process are approved & extended, respectively.

Finally, appendices D & F to the 78th Report individually which contain updated employee information

are to be sealed. In making this determination I have taken into account the *Pansy Club* principles and have concluded that the dissemination of the information would indeed be harmful to the parties and this outweighs the downside of restricted disclosure. *Motion granted*

An order shall issue to give effect to the foregoing.