- 12 -

-and-

Norton Rose OR LLP
Royal Bank Plaza
South Tower
200 Bay Street, Suite 3800
P.O. Box 84
Toronto, Ontario, Canada M5J 2Z4
Attn: Derrick C. Tay, Esq.
Fax: (416) 216-3930
E-Mail: derrick.tay@nortonrose.com

If to the Monitor:

Ernst & Young Inc.
Ernst & Young Tower
222 Bay Street, P. O. Box 251
Toronto, Ontario, Canada N M5K 1J7
Attn: Murray A. McDonald
Fax: (416) 943-3300
E-Mail: Murray.A.McDonald@ca.ey.com

with copies (which shall not constitute notice) to:

Goodmans LLP
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario, Canada M5H 2S7
Attn: Joseph Pasquariello
Fax: (416) 979-1234
E-mail: jpasquariello@goodmans.ca

If to the Joint Administrators:

Ernst & Young LLP
One More Place
London SE1 2AF
United Kingdom
Attn: Alan Bloom
Fax: +44 (0) 20 7951 1345
abloom@uk.ey.com

with copies (which shall not constitute notice) to:

Herbert Smith LLP
Exchange House
Primrose Street

- 13 -

London EC2A 2HS
United Kingdom
Attn:    Alan Montgomery, Esq.
          Ben Ward, Esq.
Fax: +44 (0) 20 7098 4878
alan.montgomery@herbertsmith.com
ben.ward@herbertsmith.com

If to Flextronics:

Flextronics Corporation
48 Gables Court
Beaconsfield, Quebec, Canada H9W 5H4
Attn: Simon Robins
Fax:  (514) 426-4262
E-Mail: simon.robins@ca.flextronics.com

-and-

Flextronics International
847 Gibraltar Drive
Milpitas, California 95035
Attn.: Steve Jackman, Esq.
E-Mail: steve.jackman@flextronics.com

with copies (which shall not constitute notice) to

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061
Attn:  Steven J. Reisman, Esq.
Fax:  (212) 697-1559
E-Mail: sreisman@curtis.com

-and-

ThorntonGroutFinnigan LLP
Suite 3200, Canadian Pacific Tower
100 Wellington St. West, Toronto-Dominion Centre
Toronto, Ontario, Canada M5K 1K7
Attention: Leanne M. Williams, Esq.
Fax: 416-304-1313
E-Mail: lwilliams@tgf.ca

25.    **Authorized Signatory**.  Each person who executes this Agreement on behalf of
(i) a Canadian Debtor, or (ii) a US Debtor, warrants and represents that he or she has been duly
authorized and empowered to execute and deliver this Agreement on behalf of each Nortel entity

- 14 -

for which it signs. Each of the EMEA Entities (acting by the Joint Administrators) warrants and represents that, with respect to itself, this Agreement has been duly executed and delivered by a representative of the Joint Administrators as agent for and on behalf of such EMEA Entity, and constitutes legal, valid and binding obligations of such EMEA Entity enforceable against such EMEA Entity in accordance with its terms. The person who executes this Agreement on behalf of Flextronics warrants and represents that he or she has been duly authorized and empowered to execute and deliver this Agreement on behalf of Flextronics and each of its Affiliates. Each of Flextronics' Affiliates shall be entitled to enforce and take advantage of the benefits of this Agreement to its fullest extent as if they were signatories hereto.

26.    Without limiting anything in this Agreement or any other agreement between the Parties, each of the Parties agrees that it shall not do indirectly, through an affiliate, agent or otherwise, anything that it has agreed not to do under this Agreement.

27.    The Parties agree that the Joint Administrators have negotiated and are entering into this Agreement as agents for the EMEA Entities and notwithstanding that they have also entered into the Agreement in their personal capacities, none of the Joint Administrators or their firm, partners, employees, advisers, representatives or agents shall incur any personal liability whatsoever whether on their own part or in respect of any failure on the part of the EMEA Entities to observe, perform or comply with any of their obligations under this Agreement or under or in relation to any associated arrangements or negotiations whether such liability would arise under paragraph 99(4) of schedule B1 to the Insolvency Act of 1986, as amended ("Insolvency Act") or otherwise.

28.    The Joint Administrators are parties to this Agreement (i) as agents of each of the respective EMEA Entities of which they are administrators; and (ii) in their own capacities solely for (1) taking the benefit of the statutory charges under Paragraph 99(3) of Schedule B1 of the Insolvency Act, or otherwise, (2) obtaining the benefit of any provisions of this Agreement in their favor and (3) enforcing obligations of the other Parties to this Agreement.

29.    For the purposes of the acknowledgements or agreements to, or exclusions of, liability in favor of the Joint Administrators in this Agreement, references to the Joint Administrators where the context so permits shall mean and include any additional or successor administrator of the EMEA Entities and their respective firms or future firms, employees, agents, members, partners and personal representatives.

30.    The Parties agree that any breach of this Agreement by the Joint Administrators shall be deemed to be a breach by them in their capacities as adminsitrators of the relevant EMEA Entities and, in such a case, each party hereto shall have the right to make claims and assert its rights hereunder, against the relevant EMEA Entities and their respective successors and assigns.

31.    **Accession by Nortel Networks, S.A.** Nortel Networks S.A. (in administration and liquidation judiciaire) ("NNSA") may, within 60 days of the Effective Date of this Agreement, by notice in writing to the Parties hereto, accede to this Agreement (such accession conditioned, if applicable, on French court approval). In the event it so accedes, NNSA shall be deemed an EMEA Entity for all purposes under this Agreement with all the rights and

- 15 -

obligations thereof. The Parties agree that the provisions of this Section 31 are for the benefit of NNSA and may be enforced by NNSA.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, each Party, by its respective duly-authorized representative identified below, acknowledges and agrees to the terms and conditions of this Agreement.

**NORTEL NETWORKS CORPORATION**

By: _____

Name: ANNA VENTRESCA

Title: GENERAL COUNSEL + CORPORATE SECRETARY

By _____

Name: CLARKE GLASPELL

Title: CONTROLLER

**NORTEL NETWORKS INC.**

By: _____

Name: _____

Title: _____

**NORTEL NETWORKS CAPITAL CORPORATION**

By: _____

Name: _____

Title: _____


**NORTEL NETWORKS LIMITED**

By: _____

Name: ANNA VENTRESCA

Title: GENERAL COUNSEL + CORPORATE SECRETARY

By: _____

Name: CLARKE GLASPELL

Title: CONTROLLER

**NORTEL ALTSYSTEMS INC.**

By: _____

Name: _____

Title: _____

IN WITNESS WHEREOF, each Party, by its respective duly-authorized representative identified below, acknowledges and agrees to the terms and conditions of this Agreement.

NORTEL NETWORKS CORPORATION

By: _____

Name: _____

Title: _____


By: _____

Name: _____

Title: _____


NORTEL NETWORKS INC.

By: _____

Name: _John J. Rayitt_

Title: _Principal Office_


NORTEL NETWORKS CAPITAL
CORPORATION

By: _____

Name: _John J. Rayitt_

Title: _Principal Office_


NORTEL NETWORKS LIMITED

By: _____

Name: _____

Title: _____


By: _____

Name: _____

Title: _____


NORTEL ALTSYSTEMS INC.

By: _____

Name: _John J. Rayitt_

Title: _Principal Office_

**SONOMA SYSTEMS**

By: _____

Name: _____

Title: _____

**NORTEL NETWORKS APPLICATIONS MANAGEMENT SOLUTIONS INC.**

By: _____

Name: _____

Title: _____

**QTERA CORPORATION**

By: _____

Name: _____

Title: _____

**NORTEL NETWORKS OPTICAL COMPONENTS INC.**

By: _____

Name: _____

Title: _____

**CORETEK, INC.**

By: _____

Name: _____

Title: _____

**NORTEL NETWORKS HPOCS INC.**

By: _____

Name: _____

Title: _____

**ARCHITEL SYSTEMS (U.S.)**
**CORPORATION**

By: _____

Name: _____

Title: _____


**NORTEL NETWORKS CABLE**
**SOLUTIONS INC.**

By: _____

Name: _____

Title: _____


**NORTEL NETWORKS**
**INTERNATIONAL INC.**

By: _____

Name: _____

Title: _____


**NORTEL NEWORKS (CALA) INC.**

By: _____

Name: _____

Title: _____


**NORTHERN TELECOM**
**INTERNATIONAL INC.**

By: _____

Name: _____

Title: _____

NORTEL ALTSYSTEMS
INTERNATIONAL INC.

By: _____

Name: _____

Title: _____

XROS, INC.

By: _____

Name: _____

Title: _____

NORTEL NETWORKS TECHNOLOGY
CORPORATION

By: _____

Name: _____

Title: _____


By: _____

Name: _____

Title: _____

NORTEL NETWORKS GLOBAL
CORPORATION

By: _____

Name: _____

Title: _____


By: _____

Name: _____

Title: _____

NORTEL NETWORKS
INTERNATIONAL CORPORATION

By: _____

Name: _____

Title: _____


By: _____

Name: _____

Title: _____

**NORTEL ALTSYSTEMS
INTERNATIONAL INC.**

By: _____

Name: _____

Title: _____

**XROS, INC.**

By: _____

Name: _____

Title: _____


**NORTEL NETWORKS TECHNOLOGY
CORPORATION**

By: _____

Name: CLARKE GLASPELL

Title: President and Controller

By: _____

Name: ANNA VENTRESCA

Title: Secretary

**NORTEL NETWORKS GLOBAL
CORPORATION**

By: _____

Name: CLARKE GLASPELL

Title: Controller

By: _____

Name: ANNA VENTRESCA

Title: Secretary

**NORTEL NETWORKS
INTERNATIONAL CORPORATION**

By: _____

Name: Clarke E Glaspell

Title: Treasurer

By: _____

Name: Anna Ventresca

Title: Secretary

Signed by ALAN BLOOM in his own capacity and on behalf of the Joint Administrators without personal liability and solely for the purpose of obtaining the benefit of the provisions of this Agreement expressed to be conferred on or given to the Joint Administrators

By_____

    Name: _____ A R BLOOM

    Title: ___ JOINT ADMINISTRATOR

in the presence of:

Witness signature:    JAN COLDELL

Name:

Address:

     1 MORE LONDON PLACE
     LONDON SE1 2AF

**SIGNED** for and on behalf of **NORTEL**  )   **CHRISTOPHER J.W. HILL**
**NETWORKS UK LIMITED (IN**   )
**ADMINISTRATION)** by **CHRISTOPHER**   )
**J.W. HILL** as Joint Administrator (acting as   )
agent and without any personal liability
whatsoever) in the presence of:

Witness: _____

Name: _____ JAN CORDELL _____
Title: _____ SECRETARY _____

**SIGNED** for and on behalf of **NORTEL** )  ~~**DAVID HUGHES**~~
**NETWORKS (IRELAND) LIMITED (IN** )      *Niall Coveney*
**ADMINISTRATION)** *NIALL COVENEY UNDER POWER OF ATTORNEY*
by ~~**DAVID HUGHES**~~ as Joint Administrator )   *FOR DAVID HUGHES*
(acting as agent and without personal liability
whatsoever) in the presence of:

Witness: _____

Name: *PETER    FRIEL*
Title: *Accountant*

    *c/o Ernst + Young*
    *Harcourt Centre*
    *Harcourt Street*
    *Dublin 2*

**SIGNED** for and on behalf of **NORTEL** )
**NETWORKS BV (IN** )
**ADMINISTRATION) by CHRISTOPHER** )
**J.W. HILL** as Joint Administrator (acting as )
agent and without personal liability
whatsoever) in the presence of:

**CHRISTOPHER J.W. HILL**

Witness: _____ UN Cordill _____

Name: _____ JAN CORDELL _____

Title: _____ SECRETARY _____

**SIGNED** for and on behalf of NORTEL )
**NETWORKS HISPANIA, S.A.** by )
**CHRISTOPHER J.W. HILL** as Joint )
Administrator (acting as agent and without )
personal liability whatsoever) in the presence
of:

**CHRISTOPHER J.W. HILL**

Witness: _____

Name: _____ JAN  CORDELL
Title: _____ SECRETARY

**FLEXTRONICS TELECOM SYSTEMS LTD**

By: _____

Name: Manny Marimuthu
Title: Director

**FLEXTRONICS AMERICA, LLC**

By: _____

Name: Michael Clarke
Title: President, Infrastructure

**FLEXTRONICS CORPORATION**

By: _____

Name: Michael Clarke
Title: President, Infrastructure

**FLEXTRONICS EMS CANADA INC.**

By: _____

Name: Brent Serbin
Title: Vice President

**FLEXTRONICS INTERNATIONAL EUROPE B.V.**

By: _____

Name: Bart van Loon
Title: Managing Director

**FLEXTRONICS  TELECOM  SYSTEMS LTD**

By: _____

Name: Manny Marimuthu
Title: Director


**FLEXTRONICS AMERICA, LLC**

By: _____

Name: Michael Clarke
Title: President, Infrastructure


**FLEXTRONICS CORPORATION**

By: _____

Name: Michael Clarke
Title: President, Infrastructure


**FLEXTRONICS EMS CANADA INC.**

By: _____

Name:  Brent Serbin
Title:  Vice President


**FLEXTRONICS INTERNATIONAL EUROPE B.V.**

By: _____

Name: Bart van Loon
Title:  Managing Director

**FLEXTRONICS TELECOM SYSTEMS LTD**

**FLEXTRONICS AMERICA, LLC**

By: _____

By: _____

Name: Manny Marimuthu
Title: Director

Name: Michael Clarke
Title: President, Infrastructure

**FLEXTRONICS CORPORATION**

**FLEXTRONICS EMS CANADA INC.**

By: _____

By: _____

Name: Michael Clarke
Title: President, Infrastructure

Name: Brent Serbin
Title: Vice President

**FLEXTRONICS INTERNATIONAL EUROPE B.V.**

By: _____

Name: Bart van Loon
Title: Managing Director

**FLEXTRONICS TELECOM SYSTEMS LTD**

By: _____

Name: Manny Marimuthu
Title: Director


**FLEXTRONICS AMERICA, LLC**

By: _____

Name: Michael Clarke
Title: President, Infrastructure


**FLEXTRONICS CORPORATION**

By: _____

Name: Michael Clarke
Title: President, Infrastructure


**FLEXTRONICS EMS CANADA INC.**

By: _____

Name: Brent Serbin
Title: Vice President


**FLEXTRONICS INTERNATIONAL EUROPE B.V.**

By: _____

Name: Bart van Loon
Title: Managing Director

**FLEXTRONICS INTERNATIONAL**
**LATIN AMERICA (L) LTD**

By: _____

Name: Manny Marimuthu
Title: Director


**FLEXTRONICS SALES &**
**MARKETING NORTH ASIA (L) LTD.**

By: _____

Name: Manny Marimuthu
Title: Director


**FLEXTRONICS INTERNATIONAL USA,**
**INC.**

By: _____

Name: Michael Clarke
Title: President, Infrastructure


**FLEXTRONICS FUNDING LLC**

By: _____

Name: Paul Read
Title: President


**FLEXTRONICS LOGISTICS USA, INC.**

By: _____

Name: Paul Read
Title: CFO


**FLEXTRONICS ELECTRONICS**
**TECHNOLOGY (SUZHOU) CO. LTD.**

By: _____

Name: Manny Marimuthu
Title: Legal Representative

**FLEXTRONICS INTERNATIONAL
LATIN AMERICA (L) LTD**

By: _____

Name: Manny Marimuthu
Title:  Director

**FLEXTRONICS SALES &
MARKETING NORTH ASIA (L) LTD.**

By: _____

Name: Manny Marimuthu
Title:  Director

**FLEXTRONICS INTERNATIONAL USA,
INC.**

By: _____

Name: Michael Clarke
Title: President, Infrastructure

**FLEXTRONICS FUNDING LLC**

By: _____

Name: Paul Read
Title: President

**FLEXTRONICS LOGISTICS USA, INC.**

By: _____

Name: Paul Read
Title: CFO

**FLEXTRONICS ELECTRONICS
TECHNOLOGY (SUZHOU) CO. LTD.**

By: _____

Name: Manny Marimuthu
Title: Legal Representative

**FLEXTRONICS TECHNOLOGY**
**(PENANG) SDN. BHD.**

By: _____

Name: Manny Marimuthu
Title: Director


**FLEXTRONICS CANADA DESIGN**
**SERVICES INC.**

By: _____

Name: Brent Serbin
Title: Vice President


**FLEXTRONICS (CANADA) INC.**

By: _____

Name: Brent Serbin
Title: Vice President


**FLEXTRONICS ENCLOSURE**
**SYSTEMS (CHANGZHOU) LTD.**

By: _____

Name: Manny Marimuthu
Title: Director


**FLEXTRONICS INTERNATIONAL**
**POLAND SP. Z.O.O.**

By: _____

Name: _____

Title: _____


Dated: ___, 2011

**FLEXTRONICS TECHNOLOGY
(PENANG) SDN. BHD.**

By: _____

Name: Manny Marimuthu
Title: Director

**FLEXTRONICS CANADA DESIGN
SERVICES INC.**

By: _____

Name: Brent Serbin
Title: Vice President

**FLEXTRONICS (CANADA) INC.**

By: _____

Name: Brent Serbin
Title: Vice President

**FLEXTRONICS ENCLOSURE
SYSTEMS (CHANGZHOU) LTD.**

By: _____

Name: Manny Marimuthu
Title: Director

**FLEXTRONICS INTERNATIONAL
POLAND SP. Z.O.O.**

By: _____

Name: _____

Title: _____

Dated: __, 2011

**FLEXTRONICS TECHNOLOGY (PENANG) SDN. BHD.**

By: _____

Name: Manny Marimuthu
Title:  Director


**FLEXTRONICS CANADA DESIGN SERVICES INC.**

By: _____

Name: Brent Serbin
Title:  Vice President


**FLEXTRONICS (CANADA) INC.**

By: _____

Name: Brent Serbin
Title:  Vice President


**FLEXTRONICS ENCLOSURE SYSTEMS (CHANGZHOU) LTD.**

By: _____

Name: Manny Marimuthu
Title: Director


**FLEXTRONICS INTERNATIONAL POLAND SP. Z.O.O.**

By: _____

Name: Peter Morfopoulos          Andrzej Połajko

Title: Financial Director          General Manager


Dated: __, 2011

## Schedule A - The EMEA Entities

1.     The EMEA Entities

Nortel Networks B.V (in administration)
Nortel Networks (Ireland) Limited (in administration)
Nortel Networks UK Limited (in administration)
Nortel Networks Hispania, S.A. (in administration)

2.     The Joint Administrators of Nortel Networks B.V. (in administration), Nortel Networks
UK Limited (in administration) and Nortel Networks Hispania, S.A. (in administration)

Alan Robert Bloom
Stephen John Harris
Alan Michael Hudson
Christopher John Wilkinson Hill
c/o Ernst & Young LLP
1 Moore Place
London SE1 2AF

3.     The Joint Administrators of Nortel Networks (Ireland) Limited (in administration)

David Hughes
c/o Ernst & Young Chartered Accountants
Harcourt Centre, Harcourt Street
Dublin 2, Ireland

Alan Robert Bloom
c/o Ernst & Young LLP
1 Moore Place
London SE1 2AF

**Schedule B – Funding of Payment Obligation**

On or prior to the Effective Date, (i) NNI shall establish a segregated account (the "Segregated Account") solely for the purpose of holding the Payment Obligation until such amount is distributed in accordance with this Agreement, (ii) NNL shall transfer and remit to NNI US$77,955.40 for deposit into the Segregated Account (iii) NNUK shall transfer and remit to NNI US$631,673.93 for deposit into the Segregated Account, and (iv) NNI shall deposit a further US$572,830.84 into the Segregated Account (where (ii), (iii) and (iv) collectively constitute the "Segregated Funds").  NNI shall hold the Segregated Funds for the benefit of Nortel and shall use the Segregated Funds solely for the purpose of satisfying the Payment Obligation in accordance with this Agreement. In the event the Effective Date does not occur or the Agreement otherwise becomes null and void such that the Payment Obligation is not required to be made, NNI shall return the respective portions of the Segregated Funds funded by NNI, NNL and NNUK to such Parties without any deduction, withholding or set-off howsoever arising.

Court File No: 09-CL-7950

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION *et al.*

---

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

Proceeding commenced at Toronto

---

**SEVENTY-NINTH REPORT OF THE MONITOR DATED DECEMBER 19, 2011**

---

**GOODMANS LLP**
Barristers & Solicitors
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON  M5H 2S7

Jay A. Carfagnini  (LSUC#: 22293T)
Joseph Pasquariello (LSUC# 3890C)
Christopher G. Armstrong (LSUC# 55148B)

Tel: 416.979.2211
Fax: 416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.