# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

November 1, 2011 through November 30, 2011

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

2725046.2

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 11/1/2011  End Date 11/30/2011

**Enter Billing Rate/Hr:** 490.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 3.5 | $490.00 | $1,715.00 |
| 2 | Reviewing operational management of transition services | 11.1 | $490.00 | $5,439.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 138.7 | $490.00 | $67,963.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 1.3 | $490.00 | $637.00 |
| 5 | Fee Applications | 8.1 | $490.00 | $3,969.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 4.0 | $245.00 | $980.00 |
| | **Hours/Billing Amount for Period:** | **167.4** | | **$81,046.00** |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 11/1/2011 | Review schedules amendments and communication protocol | 3 | 2.3 |
| 11/1/2011 | Real estate management contract implementation; call with D McKenna | 2 | 2.2 |
| 11/1/2011 | Flex matters | 3 | 1.5 |
| 11/1/2011 | IBM settlement | 3 | 1.0 |
| 11/1/2011 | 4th estate | 1 | 1.5 |
| 11/1/2011 | Nortel incentive plan | 2 | 2.0 |
| 11/2/2011 | IBM settlement | 3 | 1.5 |
| 11/2/2011 | Data sharing protocol | 3 | 2.0 |
| 11/2/2011 | Employee matters | 3 | 2.3 |
| 11/2/2011 | NNI website | 2 | 2.0 |
| 11/2/2011 | SNMP matter | 3 | 1.3 |
| 11/2/2011 | OBP matter | 3 | 0.8 |
| 11/2/2011 | Settlements for approval | 3 | 0.7 |
| 11/2/2011 | CCCA schedules review | 1 | 1.0 |
| 11/2/2011 | Review NNI financial package | 2 | 2.2 |
| 11/3/2011 | Review NNI financial package and budget assumptions and call re same | 2 | 2.0 |
| 11/3/2011 | RTP and R7 matters | 3 | 1.3 |
| 11/3/2011 | NSIP matters | 3 | 1.0 |
| 11/3/2011 | Real estate management matter | 3 | 1.5 |
| 11/3/2011 | Retiree matter | 3 | 2.0 |
| 11/4/2011 | Data retention matters | 3 | 2.5 |
| 11/4/2011 | Call re sub liquidations | 3 | 3.0 |
| 11/4/2011 | Non debtor liquidations | 3 | 3.8 |
| 11/4/2011 | Settlement approvals | 3 | 1.0 |
| 11/4/2011 | Edata matters | 3 | 1.4 |
| 11/4/2011 | Review subpoenas | 3 | 1.8 |
| 11/4/2011 | Administrative matters | 3 | 2.0 |
| 11/5/2011 | Prepare October fee app | 5 | 3.8 |
| 11/7/2011 | Travel to NY | 7 | 4.0 |
| 11/7/2011 | Meetings at Cleary re case matters | 3 | 3.5 |
| 11/7/2011 | US estate workforce plan | 3 | 3.0 |
| 11/7/2011 | Canada hearing matter | 3 | 1.5 |
| 11/7/2011 | Third amended schedules | 3 | 1.5 |
| 11/7/2011 | Ciena issues | 3 | 1.5 |
| 11/8/2011 | Prepare October fee app | 5 | 1.0 |
| 11/8/2011 | Retiree meeting | 3 | 4.0 |
| 11/8/2011 | NNIII and Japan matters | 3 | 3.0 |
| 11/9/2011 | US estate financials and budget | 3 | 3.5 |
| 11/9/2011 | Telrad | 3 | 3.0 |
| 11/14/2011 | Prepare quarterly fee app | 5 | 2.3 |
| 11/14/2011 | Staff call | 3 | 2.3 |
| 11/14/2011 | Case management call | 3 | 1.5 |
| 11/14/2011 | UCC call | 3 | 1.0 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 11/14/2011 | Employee matters and call with Schultea | 3 | 1.5 |
| 11/15/2011 | Edit and forward quarterly fee app | 5 | 1.0 |
| 11/15/2011 | Employee claims matters | 3 | 1.0 |
| 11/15/2011 | Update re Telrad and IBM claims matters | 3 | 1.5 |
| 11/15/2011 | Administrative matters related to professional fees and budgets | 3 | 1.0 |
| 11/15/2011 | Accruals re benefits; questions | 3 | 1.0 |
| 11/15/2011 | Order re Dunn et al | 1 | 0.7 |
| 11/15/2011 | Review various claims and preference settlements | 3 | 2.0 |
| 11/16/2011 | Retiree committee matters | 3 | 2.5 |
| 11/16/2011 | Review employee claims status | 3 | 1.3 |
| 11/16/2011 | IBM claim | 3 | 0.5 |
| 11/16/2011 | 2012 retention matters | 2 | 0.7 |
| 11/16/2011 | BWCS settlement | 3 | 0.5 |
| 11/16/2011 | Wave 2 data retention | 3 | 2.0 |
| 11/16/2011 | Deferred comp matters | 3 | 1.3 |
| 11/16/2011 | Cash position review | 3 | 0.3 |
| 11/16/2011 | Greybar claim | 3 | 0.3 |
| 11/16/2011 | State tax matter | 3 | 0.8 |
| 11/16/2011 | Claim matters | 3 | 2.0 |
| 11/17/2011 | Call with TPR | 3 | 0.5 |
| 11/17/2011 | IT matters/data retention | 3 | 1.0 |
| 11/17/2011 | Various settlements | 3 | 1.2 |
| 11/18/2011 | Preference matters | 3 | 1.0 |
| 11/18/2011 | Queens ballpark claim | 3 | 0.5 |
| 11/18/2011 | Prudential payments | 3 | 0.3 |
| 11/18/2011 | September MOR | 3 | 1.0 |
| 11/18/2011 | Travelers matter | 3 | 0.5 |
| 11/18/2011 | Project airspace | 3 | 0.5 |
| 11/18/2011 | Tax matters | 3 | 1.0 |
| 11/21/2011 | NNI Japan | 3 | 1.5 |
| 11/21/2011 | RTP matter and JCI; call with McKenna | 3 | 3.0 |
| 11/21/2011 | Samina | 3 | 0.5 |
| 11/21/2011 | RM report | 1 | 0.3 |
| 11/21/2011 | Data retention | 3 | 0.5 |
| 11/21/2011 | Claims update | 3 | 1.0 |
| 11/21/2011 | Cross border claims | 3 | 1.5 |
| 11/21/2011 | West palm remediation | 3 | 1.8 |
| 11/21/2011 | Employee schedules | 3 | 1.0 |
| 11/22/2011 | Tax matters | 3 | 1.0 |
| 11/22/2011 | IBM claim | 3 | 1.0 |
| 11/22/2011 | October MOR | 3 | 1.5 |
| 11/23/2011 | IBM claim | 3 | 1.0 |
| 11/23/2011 | Real estate outsource | 3 | 3.0 |
| 11/28/2011 | Case management call | 3 | 1.3 |
| 11/28/2011 | Staff call | 3 | 1.0 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 11/28/2011 | Interco claims | 3 | 1.3 |
| 11/28/2011 | Data retention | 3 | 2.0 |
| 11/28/2011 | Claims review | 3 | 1.5 |
| 11/28/2011 | SNMP matter | 3 | 1.0 |
| 11/28/2011 | Sanmina | 3 | 0.5 |
| 11/28/2011 | Chartis matter | 3 | 0.3 |
| 11/28/2011 | MOR | 3 | 1.0 |
| 11/28/2011 | Inventory claims | 3 | 2.5 |
| 11/28/2011 | Subsidiary liquidations | 3 | 1.0 |
| 11/29/2011 | MOR | 31 | 0.7 |
| 11/29/2011 | Claims update | 3 | 1.0 |
| 11/29/2011 | Retiree and LTD matters | 3 | 2.5 |
| 11/29/2011 | Claims settlements | 3 | 3.0 |
| 11/30/2011 | UK pension matter | 3 | 1.0 |
| 11/30/2011 | UCC call | 4 | 1.3 |
| 11/30/2011 | Real estate matters | 3 | 1.0 |
| 11/30/2011 | Employee claims matters | 3 | 3.0 |
| 11/30/2011 | Data retention matters | 3 | 2.5 |
| 11/30/2011 | Cross border claim | 3 | 2.0 |