**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

November 1, 2011 through November 30, 2011

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 1,515.40 |
| Travel – Lodging | | 3,979.86 |
| Travel – Meals | | 331.93 |
| Travel – Car Service | | 400.00 |
| Travel – Parking | | 183.00 |
| Office supplies, shipping, and other office related expenses | | 34.95 |
| PACER | | - |
| TOTAL | | $ 6,445.14 |

# Nortel Expense Report

**PERIOD:** November 1, 2011 through November 30, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 11/6/2011 | New York Trip - Airfare | $ 582.00 | | | | | | |
| 11/6/2011 | New York Trip - Car service | | | | $ 100.00 | | | |
| 11/6/2011 | New York Trip - Aircell | | | | | | $ 34.95 | |
| 11/7/2011 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 11/7/2011 | New York Trip - Hotel tax | | $ 88.31 | | | | | |
| 11/7/2011 | New York Trip - Car service | | | | $ 100.00 | | | |
| 11/8/2011 | New York Trip - Meal | | | $ 24.69 | | | | |
| 11/8/2011 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 11/8/2011 | New York Trip - Hotel tax | | $ 88.31 | | | | | |
| 11/9/2011 | New York Trip - Meal | | | $ 27.40 | | | | |
| 11/9/2011 | New York Trip - Meal | | | $ 105.10 | | | | |
| 11/9/2011 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 11/9/2011 | New York Trip - Hotel tax | | $ 88.31 | | | | | |
| 11/9/2011 | New York Trip - Return airfare | $ 569.70 | | | | | | |
| 11/9/2011 | New York Trip - Car service | | | | $ 100.00 | | | |
| 11/14/2011 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 11/14/2011 | New York Trip - Hotel tax | | $ 88.31 | | | | | |
| 11/15/2011 | New York Trip - Meal | | | $ 19.60 | | | | |
| 11/15/2011 | New York Trip - Meal | | | $ 45.18 | | | | |
| 11/15/2011 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 11/15/2011 | New York Trip - Hotel tax | | $ 88.31 | | | | | |
| 11/16/2011 | New York Trip - Meal | | | $ 19.60 | | | | |
| 11/16/2011 | New York Trip - Meal | | | $ 90.36 | | | | |
| 11/16/2011 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 11/16/2011 | New York Trip - Hotel tax | | $ 88.31 | | | | | |

# Nortel Expense Report

**PERIOD:** November 1, 2011 through November 30, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 11/16/2011 | New York Trip - Meal | | | | | | | |
| 11/16/2011 | New York Trip - Return airfare | $ 363.70 | | | | | | |
| 11/16/2011 | New York Trip - Car service | | | | $ 100.00 | | | |
| 11/17/2011 | New York Trips - Parking | | | | | $ 183.00 | | |