## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Twenty-Third Monthly Application of John Ray, as Principal Officer of Nortel Networks, Inc. for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period November 1, 2011 Through November 30, 2011** was caused to be made on December 19, 2011, in the manner indicated upon the entities identified below.

Date:   December 19, 2011  
       Wilmington, DE

*/s/     Ann C. Cordo*  
Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**

Thomas P. Tinker, Esq.  
Office of the U.S. Trustee  
844 King Street  
Suite 2207, Lockbox 35  
Wilmington, DE  19801-3519  
(Trustee)

Mark D. Collins, Esq.  
Christopher M. Samis, Esq.  
Richards Layton & Finger  
One Rodney Square  
920 N King St  
Wilmington, DE  19801  
(Counsel for Official Committee  
Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Allen K. Stout  
Nortel Networks  
220 Athens Way, Suite 300  
Nashville, TN  37228-1304  
(Debtor)

Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
New York, NY  10036  
(Counsel for Official Committee  
Of Unsecured Creditors)

4078212.7