**CERTIFICATE OF SERVICE**

        I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Proof of Claim No. 4642 Filed by Cox Communications Inc.** was caused to be made on December 20, 2011, in the manner indicated upon the entities identified on the attached service list.

Dated:  December 20, 2011

                                                        */s/ Chad A. Fights*
                                                        Chad A. Fights (No. 5006)

3069376.2