**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:  )  <br>  ) Case No. 09-10138 (KG) <br> Nortel Networks, Inc., et al.,  ) <br>  ) Chapter 11 <br>  ) <br> Debtors.  ) <br>  ) <br> ---  ) <br>  ) <br> Nortel Networks, Inc.,  ) Adversary Proceeding No. 10-55171 (KG) <br>  ) <br> Plaintiff,  ) <br>  ) <br> vs.  ) <br>  ) <br> NetIQ Corporation,  ) <br>  ) <br> Defendant.  ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE THAT** Amy D. Brown, Esquire, counsel to NetIQ Corporation, should be removed from the Rule 2002 Service list in the above-captioned case. Please remove her from both the CM/ECF electronic mail service list and the Rule 2002 Service List.

Dated: December 21, 2011  
Wilmington, Delaware

Respectfully submitted,  
**MARGOLIS EDELSTEIN**

/s/ Amy D. Brown  
Amy D. Brown, Esquire (DE #4077)  
750 Shipyard Drive, Suite 102  
Wilmington, DE 19801  
(302) 888-1112 Telephone  
(302) 888-1119 Facsimile  
abrown@margolisedelstein.com

*Counsel to NetIQ Corporation*