**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Nortel Networks, Inc., et al.,<br><br>Debtors. | Case No. 09-10138 (KG)<br><br>Chapter 11 |
| Nortel Networks, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>NetIQ Corporation,<br><br>Defendant. | Adversary Proceeding No. 10-55171 (KG) |

**CERTIFICATE OF SERVICE**

I, Amy D. Brown, Esquire, hereby certify that on December 21, 2011, I served a true and correct copy of the *Notice of Withdrawal of Appearance* on the parties listed below via first class mail, postage prepaid:

| | |
|---|---|
| Donna L. Culver<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Jeremy R. Lacks, Esquire<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| Christopher M. Samis<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE 19801 | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
| Thomas Patrick Tinker<br>Office of the U.S. Trustee<br>844 King Street Suite 2207<br>Wilmington, DE 19801 | |

/s/ Amy D. Brown
Amy D. Brown, Esquire (#4077)