# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

December 21, 2011
Invoice 396705
Page 2
Client # 732310

Matter # 165839

For services through November 30, 2011
relating to Case Administration

| Date | Description | Title | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/11 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | | |
| | Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 11/01/11 | Review revised draft critical dates calendar | | | | | |
| | Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |
| 11/08/11 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1); Revise distribution list per B. Kahn (.1) | | | | | |
| | Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 11/15/11 | Review docket (.2); Update 2002 service list (.5) | | | | | |
| | Paralegal | Barbara J. Witters | 0.70 hrs. | 200.00 | $140.00 |
| 11/15/11 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | | |
| | Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 11/15/11 | Review and calendar upcoming critical dates | | | | | |
| | Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 11/21/11 | Review docket (.1); Review and update re: critical dates (.1); E-mail to distribution re: same (.1) | | | | | |
| | Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 11/21/11 | Review revised draft critical dates calendar | | | | | |
| | Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |
| 11/29/11 | Call from P. Simms re: status of case and distributions on claims (.3); Review and calendar upcoming critical dates (.2) | | | | | |
| | Associate | Christopher M. Samis | 0.50 hrs. | 340.00 | $170.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2011
Invoice 396705
Page 3

Client #  732310

Matter #  165839

|  |  |
|---|---|
| Total Fees for Professional Services | $746.00 |

|  |  |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$746.00** |
| BALANCE BROUGHT FORWARD | $539.60 |
| **TOTAL DUE FOR THIS MATTER** | **$1,285.60** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

December 21, 2011
Invoice 396705
Page 4
Client # 732310

Matter # 165839

For services through November 30, 2011
relating to Plan of Reorganization/Disclosure Statement

| | | | | |
|---|---|---|---|---|
| 11/01/11 | Call to B. Kahn re: substantive consolidation research and change to hearing schedule | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 11/07/11 | Email to B. Kahn re: substantive consolidation research (.1); Email to M. Romanczuk re: substantive consolidation research (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 11/09/11 | Call with B. Kahn and M. Romanczuk re: substantive consolidation research (.5); Email to B. Kahn re: substantive consolidation research (.1) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 340.00 | $204.00 |
| 11/09/11 | Preparation for call re: substantive consolidation of affiliate debtors (.2); Conference call with C. Samis and B. Kahn re: substantive consolidation of US and Canadian debtors (.4) | | | |
| Associate | Michael W. Romanczuk | 0.60 hrs. | 365.00 | $219.00 |
| 11/10/11 | Email to M. Romanczuk re: draft chart of Nortel substantive consolidation factors | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| 11/14/11 | Emails to B. Kahn and M. Romanczuk re: comments to substantive consolidation checklist (x3) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |
| 11/15/11 | Review M. Romanczuk comments to substantive consolidation factor chart (.3); Meet with M. Romanczuk re: comments to substantive consolidation factor chart (.2); Email to B. Kahn re: comments to substantive consolidation factor chart (.1) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 340.00 | $204.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

December 21, 2011
Invoice 396705
Page 5
Client #  732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 11/15/11 | Attention to chart of Substantive-consolidation factor and comments to same (.2); Conference with C. Samis re: same (.2) | | | |
| Associate | Michael W. Romanczuk | 0.40 hrs. | 365.00 | $146.00 |

|  | |
|---|---|
| Total Fees for Professional Services | $1,045.00 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$1,045.00** |
| BALANCE BROUGHT FORWARD | $1,042.00 |
| **TOTAL DUE FOR THIS MATTER** | **$2,087.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2011
Invoice 396705
Page 6
Client #  732310

Matter #  165839

For services through November 30, 2011
relating to  Use, Sale of Assets

| 11/02/11 | Review motion to dispose of shipping documentation | | | | |
|----------|------------------------------------------------|--------|--------|--------|--------|
| Associate | Christopher M. Samis | 0.50 hrs. | 340.00 | | $170.00 |
| 11/15/11 | Email to C. Nielsen re: deposit of Albano restitution check | | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | | $34.00 |

Total Fees for Professional Services          $204.00

TOTAL DUE FOR THIS INVOICE                    **$204.00**

**TOTAL DUE FOR THIS MATTER**                 **$204.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

December 21, 2011
Invoice 396705
Page 7
Client #  732310

Matter #  165839

For services through November 30, 2011
relating to  Claims Administration

| 11/02/11 | Review Texas Comptroller 9019 (.6); Review 485 Lexington Owner 9019 (.4) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.00 hrs. | 340.00 | $340.00 |
| 11/15/11 | Call to G. Lagis re: points of contact for various claim issues and overall status of case (.3); Email to B. Kahn re: Lagis claim inquiry (.1) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 340.00 | $136.00 |

|  | Total Fees for Professional Services | $476.00 |
|---|---|---|

| **TOTAL DUE FOR THIS INVOICE** | **$476.00** |
|---|---|
|  | $5,569.20 |
| **TOTAL DUE FOR THIS MATTER** | **$6,045.20** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

December 21, 2011
Invoice 396705
Page 8
Client # 732310

Matter # 165839

For services through November 30, 2011
relating to Court Hearings

| | | | | |
|---|---|---|---|---|
| 11/11/11 | Review agenda for 11/15/11 hearing | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 11/11/11 | Review agenda re: 11/15/11 hearing | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| 11/14/11 | Retrieve re: 11/15/11 amended agenda cancelling hearing (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 11/14/11 | Review email from B. Witters re: 11/15/11 hearing (.1); Review amended agenda re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| 11/23/11 | Retrieve re: 11/29/11 agenda (.1); E-mail to distribution re: same (.1); Retreive re: 11/29/11 agenda pleadings (.1); Prepare 11/29/11 hearing binder (2.) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 200.00 | $100.00 |
| 11/23/11 | Email to D. Sloan re: covering 11/29/11 hearing | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| 11/28/11 | Email to J.Schairer re: preparation for 11/29/11 hearing (.1); Emails to B. Kahn re: preparation for 11/29/11 hearing (.2); Email to D. Sloan re: cancellation of 11/29/11 hearing (.1) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 340.00 | $136.00 |
| 11/28/11 | Discussions (x2) with C. Samis re: preparation for 11/29/11 hearing (.2); Review agenda re: same (.1); Preparation for same (.5); Review amended agenda canceling same (.1); Email to C. Samis re: same (.1); Review email from C. Samis re: same (.1) | | | |
| Associate | Drew G. Sloan | 1.10 hrs. | 340.00 | $374.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2011
Invoice 396705
Page 9
Client #  732310

Matter #  165839

---

| 11/28/11 | Review docket re: 11/29/11 amended hearing agenda (.1); Schedule telephonic appearances for B. Kahn and S. Schultz (.2); Circulate confirmations of same to B. Kahn and S. Schultz (.1); Retrieve amended 11/29/11 hearing agenda (.1); Circulate same to C. Samis (.1) | | | |
| Paralegal | Jamie E. Schairer | 0.60 hrs. | 200.00 | $120.00 |

Total Fees for Professional Services $1,008.00

TOTAL DUE FOR THIS INVOICE **$1,008.00**

$9,858.40

**TOTAL DUE FOR THIS MATTER** **$10,866.40**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2011
Invoice 396705
Page 10
Client #  732310

Matter # 165839

For services through November 30, 2011
relating to  Schedules/SOFA/U.S. Trustee Reports

| | | | | |
|---|---|---|---|---|
| 11/02/11 | Review amended schedules | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 340.00 | $136.00 |

|  | |
|---|---|
| Total Fees for Professional Services | $136.00 |

|  | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$136.00** |

|  | |
|---|---|
| **TOTAL DUE FOR THIS MATTER** | **$136.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2011
Invoice 396705
Page 11

Client #  732310

Matter #  165839

For services through November 30, 2011
relating to  Litigation/Adversary Proceedings

| 11/02/11 | Review Oclaro 9019 motion (.4); Review Convergence 9019 motion (.4); Review 2012 Incentive Plan motion (1.1); Review Advertising Checking Bureau 9019 motion (.4) | | | |
| Associate | Christopher M. Samis | 2.30 hrs. | 340.00 | $782.00 |
| 11/07/11 | Email to B. Witters re: circulation of letter directive from Third Circuit on additional briefing in U.K. Pension Appeal | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| 11/09/11 | Review district court docket (.1); Retrieve re: UK clerks letter (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 11/09/11 | Email to B. Witters re: circulation of letter regarding further briefing in U.K. Pension Appeal | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| 11/15/11 | Calls to and from J. Sturm re: how to file/serve supplement to briefing in U.K. Pension Appeal (.4); Review Third Circuit rules and letter directive from Third Circuit Clerk for determining how to file/serve supplement to briefing in U.K. Pension Appeal (.3) | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 340.00 | $238.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2011
Invoice 396705

Page 12

Client #  732310

Matter #  165839

| | | | | |
|---|---|---|---|---|
| 11/16/11 | Calls to J. Sturm re: style of letter brief responsive to Court's request for additional briefing (.4); Calls to Third Circuit Clerk re: style of letter brief responsive to Court's request for additional briefing (.4); Emails to R. Lerman re: style of letter brief responsive to Court's request for additional briefing (.1); Email to L. Beckerman re: style of letter brief responsive to Court's request for additional briefing (.1); Emails to L. Beckerman, R. Lerman, J. Sturm and A. Kurlekar re: style of letter brief responsive to Court's request for additional briefing (.2); Calls to A. Cordo re: style of letter brief responsive to Court's request for additional briefing (.4); Review draft letter brief responsive to Court's request for additional briefing (1.1); Review relevant rules associated with letter brief responsive to Court's request for additional briefing (.4) | | | |
| Associate | Christopher M. Samis | 3.10 hrs. | 340.00 | $1,054.00 |
| 11/17/11 | Update Third Circuit service lists (.6); Import and prepare letter brief response for UK 11-1895 (.2); Prepare cos re: same (.2); Revise letter brief response x1 (.2); Finalize and file re: same x2 (.4); Coordinate service re: same x2 (.6); | | | |
| Paralegal | Barbara J. Witters | 2.20 hrs. | 200.00 | $440.00 |
| 11/17/11 | Review, revise and finalize letter brief response to Third Circuit inquiry in U.K. Pension appeal (1.9); Emails to J. Sturm re: filing and service of letter brief response to Third Circuit inquiry in U.K. Pension appeal (.5); Emails to L. Beckerman, R. Lerman and A. Kurlekar re: filing and service of letter brief response to Third Circuit inquiry in U.K. Pension appeal (.4); Email to L. Beckerman, R. Lerman and A. Kurlekar re: revisions to letter brief response to Third Circuit inquiry in U.K. Pension appeal (.1); Emails to B. Witters re: filing and service of letter brief response to Third Circuit inquiry in U.K. Pension appeal (.2); Call to A. Cordo re: format for letter brief response to Third Circuit inquiry in U.K. Pension appeal (.2); Calls to L. Beckerman re: filing and service of letter brief response to Third Circuit inquiry in U.K. Pension appeal (.2) | | | |
| Associate | Christopher M. Samis | 3.50 hrs. | 340.00 | $1,190.00 |

Total Fees for Professional Services          $3,832.00

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2011
Invoice 396705
Page 13

Client #  732310

Matter #  165839

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$3,832.00** |
| | $966.90 |
| **TOTAL DUE FOR THIS MATTER** | **$4,798.90** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2011
Invoice 396705
Page 14
Client #  732310

Matter #  165839

---

For services through November 30, 2011
relating to  Retention of Others

| 11/15/11 | Attention to e-mail re: Eighth supplemental declaration of F. Hodara retention of Akin Gump (.1); Retrieve re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.70 hrs. | 200.00 | $140.00 |
| 11/15/11 | Review email from B. Kahn re: filing supplemental Akin Gump retention declaration (.1); Review same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |

Total Fees for Professional Services                 $242.00

TOTAL DUE FOR THIS INVOICE                                **$242.00**

$534.00

**TOTAL DUE FOR THIS MATTER**                              **$776.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2011
Invoice 396705
Page 15
Client #  732310

Matter #  165839

For services through November 30, 2011
relating to  RLF Fee Applications

| 11/02/11 | E-mail to B. Kahn re: RLF October estimated fees and expenses | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| 11/08/11 | Review RLF October bill memos | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 11/08/11 | Review October 2011 bill memos re: RLF monthly fee application (.3); Discussion with B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 340.00 | $136.00 |
| 11/10/11 | Prepare cno re: RLF September fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 11/10/11 | Review email from B. Witters re: filing certificate of no objection re: RLF monthly fee application (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| 11/14/11 | Prepare letter re: RLF September fee application and cno for payment (.2); Coordinate to A. Stout re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 11/21/11 | Review and revise RLF October fee application (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 200.00 | $140.00 |
| 11/21/11 | Review and execute RLF monthly fee application (.3); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 340.00 | $136.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

December 21, 2011
Invoice 396705
Page 16
Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 11/22/11 | Prepare 11th RLF interim fee application (.4); E-mail to accounting re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 200.00 | $100.00 |
| 11/22/11 | Discussion with B. Witters re filing of RLF interim fee application | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |
| 11/23/11 | Prepare cos re: RLF 11th interim fee application (.2); Finalize, file and coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 11/23/11 | Review and execute RLF interim fee application (.2); Discussion with B. Witters re filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |
| 11/29/11 | Email to J. Schairer re: collecting RL&F fee/expense estimate for November 2011 | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| 11/29/11 | Email from C. Samis re: estimates for November fees and expenses (.1); Email Accounting re: same (.1) | | | |
| Paralegal | Jamie E. Schairer | 0.20 hrs. | 200.00 | $40.00 |

Total Fees for Professional Services          $1,090.00

TOTAL DUE FOR THIS INVOICE          **$1,090.00**

$1,300.00

**TOTAL DUE FOR THIS MATTER**          **$2,390.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

December 21, 2011
Invoice 396705
Page 17

Client # 732310

Matter # 165839

For services through November 30, 2011
relating to Fee Applications of Others

| 11/03/11 | Attention to e-mail re: AKin Gump September fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 200.00 | $200.00 |

| 11/03/11 | Review email from B. Kahn re: Akin Gump monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 340.00 | $170.00 |

| 11/08/11 | Prepare cno re: Capstone August fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |

| 11/08/11 | Review email from B. Witters re: filing certificate of no objection re: Capstone monthly fee application (.1); Review email from B. Kahn re: same (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |

| 11/10/11 | Attention to e-mail re: Capstone September fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 200.00 | $200.00 |

| 11/10/11 | Review Capstone monthly fee application (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 340.00 | $136.00 |

| 11/14/11 | Prepare cno re: Fraser Milner August fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

December 21, 2011
Invoice 396705
Page 18

Client # 732310

Matter # 165839

---

| 11/14/11 | Review email from B. Witters re: filing certificate of no objection re: Fraser Milner monthly fee application (.1); Review and execute same (.1) | | | |
|---|---|---|---|---|
| Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| 11/16/11 | Update fee status chart (.4); Attention to e-mail re: Fraser Milner September fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to M. Wunder re: confirmation of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 200.00 | $300.00 |
| 11/16/11 | Review email from B. Witters re: Fraser Milner monthly fee application (.1); Email to B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| 11/21/11 | Prepare cno re: Ashurst September fee application (.2); Finalize and file cno re: same (.2); Attention to e-mail re: Ashurst October fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 200.00 | $220.00 |
| 11/21/11 | Review email from B. Witters re: filing certificate of no objection re: Ashurst monthly fee application (.1); Review email from B. Kahn re: same (.1); Review and execute same (.1); Review Ashurst monthly fee application (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.70 hrs. | 340.00 | $238.00 |
| 11/22/11 | Attention to Ashurst 11th interim fee application (.1); Retrieve re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 200.00 | $120.00 |
| 11/22/11 | Email to M. Wunder re: filing of Fraser October 2011 fee application and interim fee application | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

December 21, 2011
Invoice 396705
Page 19

Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 11/22/11 | Review Ashurst interim fee application (.1); Discussion with B. Witters re filing and service of same (.1); Review email from M. Wunder re filing of Fraser Milner interim fee application (.1); Review email from C. Samis re same (.1) | | | |
| Associate | Drew G. Sloan | 0.40 hrs. | 340.00 | $136.00 |
| 11/23/11 | Attention to e-mail re: Akin Gump October fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Capstone October fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Capstone 11th interim fee application (.1); Retrieve re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Akin Gump 11th interim fee application (.1); Retrieve re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Fraser Milner October fee application (.1); Retrieve re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); E-mail to M. Wunder re: same (.1); Attention to e-mail re: Fraser Milner 11th interim fee application (.1); Retrieve re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); E-mail to M. Wunder re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 4.40 hrs. | 200.00 | $880.00 |
| 11/23/11 | Emails to B. Kahn re: filing and service of various monthly and interim fee applications (x2) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 11/23/11 | Review Akin interim fee application (.1); Review Akin monthly fee application (.2); Review and execute notice re same (.1); Review Fraser Milner monthly fee application (.2); Review and execute notice re same (.1); Review Capstone monthly fee application (.2); Review and execute notice re same (.1); Review Capstone interim fee application (.1); Review Fraser Milner interim fee application (.1); Email to B. Witters re filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 1.30 hrs. | 340.00 | $442.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2011
Invoice 396705

Page 20

Client #  732310

Matter # 165839

---

| 11/29/11 | Finalize and efile CNO re: Akin Gump's fee application | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 0.10 hrs. | 200.00 | $20.00 |
| 11/29/11 | Emails to J. Schairer re: internal circulation of various CNOs for fee applications | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 11/29/11 | Review email from J. Schairer re: filing certificate of no objection re: Akin Gump monthly fee application (.1); Review email from B. Kahn re: comments to same (.1); Review and execute revised draft of same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |
| 11/29/11 | Circulate CNO re: 32nd fee application of Akin Gump to distribution for review (.1); Revise same (.1); Circulate same to D. Sloan for review (.1) | | | |
| Paralegal | Jamie E. Schairer | 0.30 hrs. | 200.00 | $60.00 |

Total Fees for Professional Services  $3,792.00

TOTAL DUE FOR THIS INVOICE  **$3,792.00**

$2,998.00

**TOTAL DUE FOR THIS MATTER**  **$6,790.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2011
Invoice 396705
Page 21
Client #  732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Ann Jerominski | 0.10 | 200.00 | 20.00 |
| Barbara J. Witters | 19.20 | 200.00 | 3,840.00 |
| Christopher M. Samis | 16.20 | 340.00 | 5,508.00 |
| Drew G. Sloan | 7.70 | 340.00 | 2,618.00 |
| Jamie E. Schairer | 1.10 | 200.00 | 220.00 |
| Michael W. Romanczuk | 1.00 | 365.00 | 365.00 |
| TOTAL | 45.30 | $277.51 | 12,571.00 |

**TOTAL DUE FOR THIS INVOICE**                                    **$14,420.43**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310