# **<u>EXHIBIT B</u>**

RLF1 5692395v. 1



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

December 21, 2011
Invoice 396705

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through November 30, 2011
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Court Reporter Services | $210.00 |
| Document Retrieval | $53.76 |
| Long distance telephone charges | $72.28 |
| Messenger and delivery service | $375.14 |
| Photocopying/Printing | $780.50 |
| 7,173 @ $.10 pg. / 632 @ $.10 pg. | |
| Postage | $357.75 |

Other Charges $1,849.43

TOTAL DUE FOR THIS INVOICE **$1,849.43**
BALANCE BROUGHT FORWARD $3,501.41

**TOTAL DUE FOR THIS MATTER** **$5,350.84**

■ ■ ■

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 21, 2011  
Invoice 396705  
Page 22  
Client #  732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc

Matter: Nortel - Representation of Creditors Committee  
Case Administration  
Plan of Reorganization/Disclosure Statement  
Use, Sale of Assets  
Claims Administration  
Court Hearings  
Schedules/SOFA/U.S. Trustee Reports  
Litigation/Adversary Proceedings  
Retention of Others  
RLF Fee Applications  
Fee Applications of Others

| Date | Description | Summary Phrase |
|---|---|---|
| 07/12/11 | DIAZ DATA SERVICES: Transcript - 165839  Amount = $210.00 | CTRPT |
| 11/01/11 | 12128728121 Long Distance  Amount = $4.17 | LD |
| 11/03/11 | Photocopies  Amount = $46.00 | DUP |
| 11/03/11 | Messenger and delivery charges  Amount = $6.40 | MESS |
| 11/03/11 | Postage  Amount = $14.79 | POST |
| 11/03/11 | Printing  Amount = $1.60 | DUP |
| 11/03/11 | Printing  Amount = $1.80 | DUP |
| 11/03/11 | Printing  Amount = $3.40 | DUP |
| 11/03/11 | Printing  Amount = $2.50 | DUP |
| 11/08/11 | PACER  Amount = $14.40 | DOCRETRI |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

December 21, 2011  
Invoice 396705  
Page 23  
Client # 732310

| Date | Description | | Code |
|---|---|---|---|
| 11/09/11 | 12128728121 Long Distance | | LD |
| | Amount = | $30.58 | |
| 11/09/11 | PACER | | DOCRETRI |
| | Amount = | $0.48 | |
| 11/10/11 | Printing | | DUP |
| | Amount = | $5.20 | |
| 11/14/11 | NORTEL NETWORKS - Messenger and delivery | | MESS |
| | Amount = | $28.42 | |
| 11/14/11 | PACER | | DOCRETRI |
| | Amount = | $4.24 | |
| 11/14/11 | Printing | | DUP |
| | Amount = | $4.80 | |
| 11/15/11 | Photocopies | | DUP |
| | Amount = | $558.00 | |
| 11/15/11 | 12128721056 Long Distance | | LD |
| | Amount = | $2.78 | |
| 11/15/11 | 16039869681 Long Distance | | LD |
| | Amount = | $13.90 | |
| 11/15/11 | Messenger and delivery charges | | MESS |
| | Amount = | $134.40 | |
| 11/15/11 | Messenger and delivery | | MESS |
| | Amount = | $17.10 | |
| 11/15/11 | PACER | | DOCRETRI |
| | Amount = | $0.48 | |
| 11/15/11 | Postage | | POST |
| | Amount = | $271.73 | |
| 11/15/11 | Printing | | DUP |
| | Amount = | $1.90 | |
| 11/15/11 | Printing | | DUP |
| | Amount = | $1.90 | |
| 11/16/11 | Photocopies | | DUP |
| | Amount = | $38.50 | |
| 11/16/11 | 12672994905 Long Distance | | LD |
| | Amount = | $1.39 | |
| 11/16/11 | 12128721056 Long Distance | | LD |
| | Amount = | $4.17 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 21, 2011  
Invoice 396705  
Page 24  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 11/16/11 | 12672994905 Long Distance | | LD |
| | Amount = | $2.78 | |
| 11/16/11 | Messenger and delivery | | MESS |
| | Amount = | $63.30 | |
| 11/16/11 | PACER | | DOCRETRI |
| | Amount = | $1.12 | |
| 11/16/11 | Postage | | POST |
| | Amount = | $14.25 | |
| 11/16/11 | Printing | | DUP |
| | Amount = | $7.10 | |
| 11/17/11 | NORTEL NETWORKS - Messenger and delivery | | MESS |
| | Amount = | $17.42 | |
| 11/17/11 | Photocopies | | DUP |
| | Amount = | $12.60 | |
| 11/17/11 | Photocopies | | DUP |
| | Amount = | $11.20 | |
| 11/17/11 | 12128728012 Long Distance | | LD |
| | Amount = | $2.78 | |
| 11/17/11 | 12155972995 Long Distance | | LD |
| | Amount = | $6.95 | |
| 11/17/11 | 12128728012 Long Distance | | LD |
| | Amount = | $2.78 | |
| 11/17/11 | Messenger and delivery charges | | MESS |
| | Amount = | $32.00 | |
| 11/17/11 | PACER | | DOCRETRI |
| | Amount = | $9.36 | |
| 11/17/11 | Postage | | POST |
| | Amount = | $9.72 | |
| 11/17/11 | Postage | | POST |
| | Amount = | $11.52 | |
| 11/21/11 | Photocopies | | DUP |
| | Amount = | $48.50 | |
| 11/21/11 | Messenger and delivery | | MESS |
| | Amount = | $63.30 | |
| 11/21/11 | Postage | | POST |
| | Amount = | $15.57 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 21, 2011  
Invoice 396705  
Page 25  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 11/21/11 | Printing | | DUP |
| | Amount = | $4.40 | |
| 11/21/11 | Printing | | DUP |
| | Amount = | $2.00 | |
| 11/22/11 | Photocopies | | DUP |
| | Amount = | $2.50 | |
| 11/22/11 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 11/22/11 | Postage | | POST |
| | Amount = | $3.24 | |
| 11/22/11 | Postage | | POST |
| | Amount = | $2.68 | |
| 11/23/11 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 11/23/11 | PACER | | DOCRETRI |
| | Amount = | $11.04 | |
| 11/23/11 | Postage | | POST |
| | Amount = | $14.25 | |
| 11/23/11 | Printing | | DUP |
| | Amount = | $2.00 | |
| 11/23/11 | Printing | | DUP |
| | Amount = | $3.30 | |
| 11/23/11 | Printing | | DUP |
| | Amount = | $4.50 | |
| 11/23/11 | Printing | | DUP |
| | Amount = | $1.70 | |
| 11/23/11 | Printing | | DUP |
| | Amount = | $1.00 | |
| 11/23/11 | Printing | | DUP |
| | Amount = | $1.00 | |
| 11/23/11 | Printing | | DUP |
| | Amount = | $5.70 | |
| 11/23/11 | Printing | | DUP |
| | Amount = | $2.20 | |
| 11/23/11 | Printing | | DUP |
| | Amount = | $2.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2011
Invoice 396705
Page 26
Client #  732310

| Date | Description | | | Code |
|---|---|---|---|---|
| 11/23/11 | Printing | | | DUP |
| | | Amount = | $3.10 | |
| 11/28/11 | PACER | | | DOCRETRI |
| | | Amount = | $7.84 | |
| 11/29/11 | PACER | | | DOCRETRI |
| | | Amount = | $4.80 | |

TOTALS FOR   732310            Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $1,849.43