# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
*In re:*                                                         :     Chapter 11
                                                                 :
Nortel Networks Inc., et al.,[1]                                 :     Case No. 09-10138 (KG)
                                                                 :
          Debtors.                                          :     Jointly Administered
                                                                 :
                                                                 :
---------------------------------------------------------------X

## NOTICE OF THE THIRD AMENDMENT TO THE STATEMENT OF WORK ENTERED INTO PURSUANT TO THE TAX SERVICES AGREEMENT WITH ERNST & YOUNG LLP

     PLEASE TAKE NOTICE that, on March 23, 2011, the Court entered the Order under 11 U.S.C. §§ 327 and 328 Authorizing Employment of Ernst & Young LLP *Nunc Pro Tunc* to March 1, 2011 [D.I. 5154], authorizing Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), to employ Ernst & Young LLP ("EY LLP") under the terms and conditions set forth in the Tax Services Agreement, dated as of March 1, 2011, as modified by the Order (as so modified, the "Tax Services Agreement"),

     PLEASE TAKE FURTHER NOTICE that, on July 22, 2011, the Court entered the Order (I) Expanding the Scope of Employment of Ernst & Young LLP *Nunc Pro Tunc* to May 31, 2011 and (II) Further Modifying the Tax Services Agreement, entered on July 22, 2011 [D.I. 6021] (the "Expansion Order"), under which the Debtors and EY LLP are authorized to amend or modify the Tax Services Agreement upon limited notice,

     PLEASE TAKE FURTHER NOTICE that the Debtors, together with Nortel Networks India International Inc. and Nortel Ventures LLC, have entered into the third amendment to the Statement of Work under the Tax Services Agreement (the "Third Amendment"), amending the scope of their engagement of EY LLP as of December 5, 2011, (1) to memorialize the parties' agreement regarding the fixed fee for the 2012 EY Core Services at $5,850,000, and (2) to include certain additional services to be provided as Out-of-Scope Services (as defined in the Tax Services Agreement and the statement of work entered into thereunder). The Third Amendment is attached hereto as Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

  PLEASE TAKE FURTHER NOTICE that under the Expansion Order, any party wishing to oppose the effectiveness of the Third Amendment must file an objection with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before the objection deadline of January 6, 2012 at 4:00 p.m. (Eastern Time) (the "Objection Deadline").  At the same time, any such objection must be served on counsel for the Debtors so as to be received by the Objection Deadline.  If you fail to respond in accordance with this notice, the Third Amendment will take effect without any further notice, hearing or other action, provided that in accordance with the Expansion Order, the Debtors will submit to the Court for entry under certification of counsel a proposed order in substantially the form attached as Exhibit B.

  PLEASE TAKE FURTHER NOTICE that if an objection is timely filed and served, the matter will be scheduled for the next omnibus hearing date.

Dated: December 22, 2011  
   Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*  
Derek C. Abbott (No. 3376)  
Eric D. Schwartz (No. 3134)  
Ann C. Cordo (No. 4817)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, Delaware 19801  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989

*Counsel for the Debtors  
and Debtors in Possession*