**Exhibit A**

The Third Amendment to the Statement of Work



Ernst & Young LLP
Suite 500
4130 ParkLake Avenue
Raleigh, North Carolina 27612-2299

Tel: +1 (919) 981-2800
Fax: +1 (919) 981-2997
www.ey.com

December 14, 2011

Mr. Timothy Ross
CFO – Finance Operations and Corporate Secretary
Nortel Networks, Inc.
Nortel Networks India International Inc. and Nortel Ventures LLC
2221 Lakeside Boulevard
Richardson, Texas 75082-4305

Dear Tim:

This letter is the 3rd amendment (the "3rd Amendment") to the Statement of Work dated March 1, 2011 for tax operations outsourcing and other variable services (as amended, the "SOW") entered into pursuant to the Master Tax Services Agreement dated March 1, 2011 between Nortel Networks Inc. ("NNI"), its U.S. debtor affiliates listed in Appendix A of the SOW, Nortel Networks India International Inc., and Nortel Ventures LLC (collectively, "you", the "Client", the "Company," or "Nortel") and Ernst & Young LLP ("EY") for the provision of certain tax services to the Client (the "Agreement"). Pursuant to this 3rd Amendment, the parties agree to the following modifications in the Scope of Services.

## ADDITIONAL SERVICES

As of December 5, 2011 and contingent upon this 3rd Amendment taking effect pursuant to the Bankruptcy Court Order entered on July 22, 2011 (the "Order"), modifying the Agreement, EY will provide the Client with the Services described herein. These Services include EY Core Services, as defined in the SOW, for calendar year 2012. This 3rd Amendment will also define additional Services not covered by the SOW as originally executed or or prior amendments thereto and which would otherwise fall into the category of "Out-of-Scope Services".

The Services described herein (as well as any other Services covered by the SOW) may be modified from time to time by mutual written consent of the parties in accordance with the Order.

I.    **2012 Core Services**

Client shall pay EY's fees for the Services and reimburse reasonable expenses incurred in connection with the Services.

The General Terms of the Agreement address our fees and expenses generally.

<a
</a



Nortel shall pay EY a fixed fee of $5,850,000 for the 2012 EY Core Services. This fee will be billed in ten (10) monthly installments of $530,000 beginning January 1, 2012 and one (1) installment of $550,000 on November 1, 2012.

II.   **Out-of-Scope Services**

The Out-of-Scope Services described below are, notwithstanding use of the term "will" in the descriptions set forth below, subject to written approval by the Company (which may be by e-mail) prior to proceeding. Any such approval shall also state a range of the estimated fees to be incurred. All such approved Services are hereinafter referred to as "Additional Services."

**Earnings and Profits ("E&P") Analysis**

EY will provide E&P calculations for the tax years ending December 31, 1971, through December 31, 2011, including cumulative E&P at December 31, 2009, 2010 and 2011 based on preliminary computations provided by the Company and detailed support made available, or otherwise provided by Nortel. The report will be based primarily upon the Companies transaction history and information reported in Nortel's historic tax returns as adjusted upon subsequent examination by the Internal Revenue Service.

EY will provide a report detailing E&P calculations for Nortel Networks Inc., Nortel Altystems Inc., Xros, Inc., Sonoma Systems, CoreTec, Inc., and Architel Systems (U.S.) Corporation. Additionally the report will include general description of the law, methodologies and significant assumptions incorporated into the E&P analysis. The list of significant assumptions will constitute an integral part of the final report and will need to be read in conjunction with a review of the E&P calculations in order to fully understand the potential adjustment to E&P that would occur if one or more of the assumptions were changed. Prior to issuing the final report these assumptions will be reviewed and agreed with Company management.

**Deferred Intercompany Gain / Loss Review**

EY will undertake a review of historic transactions and the reporting of the federal and state tax effect of these transactions for the purpose of identifying gains and losses that will be triggered on a wind-up of the group structure.

EY will examine the federal and state tax returns, and associated work-papers, for consolidated groups included in the US estate. These include Nortel Networks Inc., Nortel Altystems Inc., Xros, Inc., Sonoma Systems, CoreTec, Inc., and Architel Systems (U.S.) Corporation. The final report will include a general description of the law, review methodologies, findings and conclusions on recognition timing.



### Pre-Controversy Transfer Pricing Analysis

EY will document approaches to valuing and allocating components of pending disbursements from escrowed funds under various settlement scenarios. The intent of this exercise is to compile, document and test under the controlling provisions of the Internal Revenue Code, contemporaneous transfer pricing documentation. This information will be used to support return filing positions in the event contractual provisions are unclear or if the IRS challenges the return filing position and, or the contractual allocations.

EY will examine transaction specific data, historic financial information including care-out financial statements, and other proprietary documentation, to provide allocation keys to working capital, capital assets, inventory, intangibles, intercompany claims among estates (US, Canada, EMEA, France and Israel), intercompany claims with unfiled global entities, subrogation rights and other categories as appropriate. The final report will include a general description of the law, report methodologies, transaction level findings, conclusions on the reporting approach and best practice to defending the filing position on exam.

### North Carolina Alternative Apportionment

EY will provide the following state and local tax consulting Services to Nortel related to obtaining a ruling from the North Carolina Department of Revenue regarding the ability for Nortel to utilize an alternative apportionment methodology for tax years 2011 through 2013:

- Draft a determination letter which discusses Nortel's current structure and possible future structure and the statutory and administrative support for Nortel to receive approval to utilize an alternative apportionment methodology for North Carolina corporate income and franchise tax purposes for tax years 2011 through 2013;

- Submission of the determination letter to the Director of Corporate, Excise and Insurance Tax Division of the North Carolina Department of Revenue;

- Meeting and/or discussing with the Director and other Department personnel to present and discuss our determination letter request, if necessary; and

- Coordination with the Company and Bankruptcy Counsel, as appropriate.

### FEES

With respect to the Additional Services covered by this 3rd Amendment, Client shall pay EY's fees and reimburse EY for reasonable expenses incurred in connection with the Additional Services.



The fees for the Additional Services will be billed on a monthly basis using the rates set forth in the SOW (as applicable to the EY Variable Services) and listed below (which may be adjusted annually to reflect the adjustments to the cost of living index):

| Professional | Rate per Hour |
| --- | --- |
| Partner | $640 |
| Executive Director | $545 |
| Senior Manager | $540 |
| Manager | $430 |
| Senior | $300 |
| Staff | $170 |

III. You shall also pay any value-added taxes (VAT), sales taxes, and other indirect taxes incurred in connection with the delivery of the Services, including any such taxes and related administrative costs that result from billing arrangements specifically requested by you.

This letter does not modify any portion of the SOW or Agreement not specifically addressed herein, and all other provisions of the SOW and Agreement are applicable hereto.

We appreciate the opportunity to be of continued service to you. If you have any questions regarding the matters discussed in this letter, please contact James E. Scott at (919) 981-2886.

Please indicate your acceptance of the above arrangements by signing and returning the enclosed copy of this letter.

Very truly yours,

*Ernst & Young LLP*

Nortel Networks Inc. and its U.S. debtor affiliates listed in Appendix A of the SOW
Nortel Networks India International Inc.
Nortel Ventures LLC

By: _____  12/13/11
Mr. Timothy Ross
CFO- Finance Operations and Corporate Secretary        Date

Nortel Networks, Inc.
4818-5346-9454.2

A member firm of Ernst & Young Global Limited