**CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of the Third Amendment to the Statement of Work Entered into Pursuant to the Tax Services Agreement with Ernst & Young LLP** was caused to be made on December 22, 2011, in the manner indicated upon the entities identified on the attached service list.

Date: December 22, 2011  /s/ Ann C. Cordo
Wilmington, DE  Ann C. Cordo (No. 4817)