**EXHIBIT A**

ADAMS, DAVID
ADAMYK, GORDON
ALLAN, JAY
BARBER-MOYE, DARNELL
BASU, KALYAN
BAYNO, FRANK
BORCHGREVINK, JACK
BOVARNICK, ELLEN
BREWER, DAVE
BRIDGES, STEPHEN
BROWER, KOLLEN
CAGIANNOS, ELIAS
CALLANAN, RICHARD
CASSIDY, PETER
CELLARIUS, PETER
CHAVEZ, TOM
CHEZEM, ANDREW
CHIMA, MANMOHAN
CICCARELLI, LAWRENCE
CLARK, DOUGLAS
CLARKE, EGBERT
CLARK-SELLERS, KATHRYN
COLEMAN, DEBRA
CONROY, MARK
COVEY, NIEL
CREAMER JR, BOYCE
CRISLER, CHARLA
CVJETKOVIC, MAURICIO
D'AMOUR, BARRY
DANIEL, RICHARD
DAS, PRABIR
DATTATREYA, MOHAN
DAUTENHAHN, DAVID
DAVIS, PATRICK
DECKER III, JAMES D
DENEEN, JEFFREY
DHONDT, LUC
DIBURRO, LAWRENCE
DODD, RANDY
ERKEL, ENIS
FARMER, CECIL
FARRANTO, PETER

FAX, RUTH
FEDYK, DONALD
FOULOIS, MARA
FRADETTE, MAURICE
FRYDACH, RONALD
GARBIS, FRANK
GARITO, NICOLA
GARNICA, KEVIN T
GARRICK, LYNN
GRAHAM, ROBERT
GRANT, DAVID
GRAY-PRESTON, CARROLL
GRELCK, KENNETH
GUNDECHA, CHAND
HABOSIAN, LEVON
HAMILTON, MARK
HANKEL, MARK
HEARN, JOHN MARK
HESLOP, MICHAEL
HILBIG, DAVID
HORNE, ROBERT
HOY, GREGORY
IACOVIELLO, VINCE
IBRAHIM, TAREK
ISOM, RONALD
JANIS, MARK
JOHNSON, KENNETH
KALFA, JOHN
KAPIL, VIVEK
KEATES, ROB
KEEGAN, SUSAN M
KHANNA, BAKUL
KNUDSEN, PAUL
KO, DAVID
KOEHLER JR, EDWIN C
KOHNHORST, BART
KUTAC, GARY
LACERTE, RICHARD
LAFAURIE, CESAR
LAGIOS, GREGORY
LASKIN, LEE
LAU, STEPHEN
LAVIAN, TAL

LAYNE, SAMUEL  "Jerry"
LEGER, ANTHONY
LEKICH, IVO
LEONARD, BRIAN
LEWIS, PATRICK
LIN, YUAN-HAO
LONGAKER, DAVID
LOWE, JOHN
MACKINNON, PETER
MACLAREN, PETER
MALZAHN, MARK
MARSONIA, RAJPRIYA
MARYAK, JENIFER
MATHENY, SCOTT
MCCABE, ROBERT
MCCOLGAN, GILLIAN
MCCUNE, BRIAN
MCLEAN, LORI
MCNITT, STEVEN
MERCURE, JIM
MILLER, CLYDE
MISSINI, DENNIS
MOLINA JR, LAWRENCE S
MONDOR, DAN
MONTGOMERY, GEORGE
MOSELEY, ROBERT J
MURASHIGE, DAVID
MURPHY, PETER
NATIUK, EDWARD
NOY, ANA
ORBE, JOHN F
PAGE, BRIAN
PALMER, CAROLYN
PAPANTONIS, BASIL
PARKER, TIMOTHY
PEREZ, ANTHONY
PILLOW, TIMOTHY
RACZYNSKI, MARK
RAUBOLT, EDMUND
RAYNOR, CECIL
REID, ALAN
RITCHIE, BRYAN
ROSE, RICHARD

RYAN JR., JOHN
SCHMIDT, CYNTHIA
SCHMIDT, JONATHAN
SCHOFIELD, BRUCE A
SEAMAN, HAROLD E.
SEARLES, STEVEN
SELIGSON, JOHN
SHARMA, JAG
SHEKOKAR, PRAVEEN
SHEPHERD, FRANK
SIMCOE, MITCHELL
SKIDMORE, THOMAS
SOBERAY, DETLEF
SOWARDS, ALAN
STUKEL, MARK
SUN, MOSES
SUTCLIFFE, ANDREW
TARIQ, SEMRA (o/b/o MASOOD TARIQ)
TELLO, ARMANDO
TO, PAUL
TOWNLEY, JEFFREY
TURNER, MARGARET
VALDEZ, JR., CIRIACO
VALENTINE, JOHN
WARREN, BEN
WERKOFF, DIDIER
WHITEHURST, MICHAEL
WILCOX, REGINALD
WINJE, NORA
WONG, WING
WOODRUFF, PAUL
YEE, MENG
YOUNG, MASON JAMES "JIM"
YOUNG, ROBERT