**EXHIBIT B**

NORTEL NETWORKS U.S.

DEFERRED COMPENSATION PLAN

As Amended and Restated as of January 1, 2000

NNI-0001

# TABLE OF CONTENTS

Page

ARTICLE I  DEFINITIONS .................................................................................4
    1.1  Account ................................................................................4
    1.2  Benchmark Fund .................................................................4
    1.3  Beneficiary .........................................................................4
    1.4  Benefit Distribution Election .............................................5
    1.5  Benefit(s) ............................................................................5
    1.6  Board of Directors ..............................................................5
    1.7  Bonus ..................................................................................5
    1.8  Bonus Deferral ....................................................................5
    1.9  Change of Control ...............................................................5
    1.10 Code ...................................................................................5
    1.11 Commissions .....................................................................5
    1.12 Commission Deferrals .......................................................5
    1.13 Committee ..........................................................................5
    1.14 Company ............................................................................5
    1.15 Company Credit .................................................................5
    1.16 Deferral Election ...............................................................5
    1.17 Distribution Date ...............................................................6
    1.18 Effective Date ....................................................................6
    1.19 Eligible Employee ..............................................................6
    1.20 Employer ............................................................................6
    1.21 Entry Date ..........................................................................6
    1.22 Initial Entry Date ...............................................................6
    1.23 Interest ...............................................................................6
    1.24 Interest Rate .......................................................................6
    1.25 Participant .........................................................................6
    1.26 Plan ....................................................................................6
    1.27 Plan Year ...........................................................................6
    1.28 Salary ................................................................................6
    1.29 Salary Deferral ..................................................................7
    1.30 Total Disability ..................................................................7
    1.31 Total Compensation ...........................................................7
    1.32 Trust ...................................................................................7
    1.33 Trust Agreement ................................................................7
    1.34 Trustee ...............................................................................8
    1.35 Year of Service ..................................................................8

ARTICLE II  ELIGIBILITY ................................................................................8
    2.1  Eligibility ...........................................................................8
    2.2  Commencement of Participation ........................................8
    2.3  Cessation of Participation ..................................................8

i

NNI-0002

**ARTICLE III  DEFERRALS** ............................................................8
    3.1  **Salary Deferrals.** ..................................................8
    3.1  **Salary Deferrals** ...................................................8
    3.2  **Commission Deferrals.** ......................................9
    3.2  **Commission Deferrals** .......................................9
    3.3  **Bonus Deferrals.** ...............................................9
    3.3  **Bonus Deferrals** ................................................9
    3.4  **Limitations on Deferrals.** ...............................10
    3.5  **Time for Making Deferral Elections** ..............10
    3.6  **Vesting.** ...............................................................11

**ARTICLE IV  COMPANY CREDITS** ..........................................11
    4.1  **Company Credits** ..............................................11
    4.2  **Vesting.** ...............................................................11

**ARTICLE V  ACCOUNTS** .............................................................11
    5.1  **Account** ...............................................................11
    5.2  **Interest Credited to Accounts at Least Monthly**...........11
    5.3  **Determination of Interest Rate.** .....................11
    5.3  **Determination of Interest Rate** ......................11

**ARTICLE VI  BENEFIT DISTRIBUTIONS AND ACCOUNT WITHDRAWALS**...........12
    6.1  **Benefit Amount** ................................................12
    6.2  **Timing of Distributions** ...................................12
    6.3  **Planned Benefit Distributions.** .......................12
    6.3  **Planned Benefit Distributions** ........................12
    6.4  **Distribution Following a Change of Control** ........13
    6.5  **Form of Distribution of Benefits.** ..................13
    6.6  **Method of Distribution Following Plan Termination**........13
    6.7  **Death Benefits.** .................................................14
    6.8  **Early Withdrawal** .............................................14
    6.9  **Financial Hardship Withdrawal.** ...................14
    6.10 **Limitation on Distribution on Covered Employees** .........15
    6.11 **Tax Withholding** ..............................................15

**ARTICLE VII  BENEFICIARIES.** ...............................................15
    7.1  **Designation of Beneficiary** ............................15
    7.2  **No Designated Beneficiary** ............................15

**ARTICLE VIII  TRUST OBLIGATION TO PAY BENEFITS** ........16
    8.1  **Deferrals Transferred to the Trust** ................16
    8.2  **Source of Benefit Payments.** ...........................16
    8.3  **Investment Discretion.** .....................................16
    8.4  **No secured Interest** ..........................................16

NNI-0003

**ARTICLE IX  PLAN ADMINISTRATION, AMENDMENT AND TERMINATION** ........16
   **9.1   Powers and Responsibilities**.................................................................................16
   **9.2   Decisions of the Committee**.................................................................................17
   **9.3   Plan Amendment**................................................................................................17
   **9.4   Plan Terminations**..............................................................................................17
   **9.5   Additional Power and Responsibility Following a Change of Control** ...............18

**ARTICLE X  MISCELLANEOUS** ......................................................................................18
   **10.1 No Assignment**...................................................................................................18
   **10.2 Successors** ..........................................................................................................18
   **10.3 No Employment Agreement**..............................................................................18
   **10.4 Governing Law**...................................................................................................19
   **10.5 Entire Agreement**..............................................................................................19

iii

NNI-0004

# NORTEL NETWORKS U.S.
# DEFERRED COMPENSATION PLAN

The Nortel Networks U.S. Deferred Compensation Plan (the "Plan") contained herein effective January 1, 2000 is an amendment and restatement of the Bay Networks, Inc. Deferred Compensation Plan (the "Bay Plan") into which has been merged effective January 1, 2000 the Northern Telecom Inc. Agreement Regarding the Deferral Option of the Senior Management Incentive Award Plan and the Executive Management Incentive Plan (the "Northern Telecom Plan") (collectively, the "Prior Incentive Plans"). The Bay Plan was established by Bay Networks, Inc. effective January 1, 1998, and the Northern Telecom Plan was last amended and restated by Northern Telecom effective in October, 1996. The versions of the Bay Plan and the Northern Telecom Plan effective immediately before January 1, 2000 are attached hereto as Exhibits A and B, respectively. The merger of the Bay Plan with the Northern Telecom Plan and the amendment and restatement of the merged plan shall not alter the nature of a Deferral Election or a Benefit Distribution Election or reduce the amount credited to a participant's account on the date of such actions.

The Plan is sponsored by Nortel Networks Inc., a Delaware corporation, for the purpose of providing a tax-deferred capital accumulation program through the deferral of Salary, Bonuses and Commissions as well as additional corporate contributions to a select group of management or highly compensated employees of the Company and its subsidiaries. The Plan is intended to be an unfunded, deferred compensation plan, which is not qualified under Section 401(a) of the Internal Revenue Code. Plan participants shall have the status of unsecured creditors of the Company with respect to the payment of Plan benefits.

## ARTICLE I

## DEFINITIONS

Whenever used herein, the masculine pronoun shall be deemed to include the feminine, and the singular to include the plural, unless the context clearly indicates otherwise, and the following definitions shall govern the Plan:

**1.1** "**Account**" means the book entry account(s) established under the Plan for each Participant to which are credited Salary Deferrals, Bonus Deferrals, Commission Deferrals, Company Credits, amounts credited to a Participant's Account, if any, under an interim agreement and the Interest with respect thereto. Account balances shall be reduced by any distributions made to the Participant or the Participant's Beneficiary(ies) therefrom and any charges that may be imposed on such Account pursuant to the terms of the Plan.

**1.2** "**Benchmark Fund**" shall mean one or more of the mutual funds or contracts selected by the Committee pursuant to Section 5.3.1.

**1.3** "**Beneficiary**" means one, some, or all (as the context shall require) of those persons, trusts or other entities designated by a Participant to receive the undistributed value of his or her Account following the Participant's death.

NNI-0005

**1.4**    "**Benefit Distribution Election**" means the election, whereby a Participant may elect an installment distribution pursuant to Section 6.5.2, a planned Distribution Date pursuant to Section 6.3 or an early withdrawal of Benefits pursuant to Section 6.8. Such election shall be made in such manner as may be prescribed by the Committee from time to time.

**1.5**    "**Benefit(s)**" means the total vested amount credited to a Participant's Account.

**1.6**    "**Board of Directors**" or "**Board**" means the Board of Directors of the Company.

**1.7**    "**Bonus**" shall mean cash amounts, if any. paid under such of the Employer's formal incentive plans included in Total Compensation (excluding any special, one-time bonuses). as may be designated by the Committee as eligible for deferral under the Plan.

**1.8**    "**Bonus Deferral**" means the amount or percentage of a Participant's Bonus that the Participant elects to defer pursuant to Article III.

**1.9**    "**Change of Control**" means (a) the purchase or other acquisition by any person(s) or entity(ies), within the meaning of section 13(d) or 14(d) of the Securities Exchange Act of 1934 (the "Act") or any comparable successor provisions, of beneficial ownership (within the meaning of Rule 13d-3 under the Act) of thirty percent (30%) or more of the outstanding shares of common stock or the combined voting power of the Company's outstanding voting securities; (b) the approval by the Company's stockholders of a reorganization, merger or consolidation transaction when after such transaction the Company's stockholders entitled to vote for the transaction own less than fifty percent (50%) of the combined voting power of the surviving or resulting entity owned before such transaction; (c) a dissolution or liquidation of the Company; or (d) the sale of all or substantially all of the Company assets.

**1.10**    "**Code**" means the Internal Revenue Code of 1986. as amended.

**1.11**    "**Commissions**" " means sales incentive earnings, "merit cash" and "skill block awards" or comparable forms of sales commissions otherwise designated.

**1.12**    "**Commission Deferrals**" " means the amount or percentage of a Participant's Commission that the Participant elects to defer pursuant to Article III.

**1.13**    "**Committee**" means the Committee composed of individuals appointed by the Board. The Committee shall function as the Plan Administrator and shall interpret and administer this Plan and take such other actions as may be specified herein, in its sole discretion.

**1.14**    "**Company**" means Nortel Networks Inc., a Delaware corporation, and any successor organization thereto.

**1.15**    "**Company Credit**" means an amount credited to a Participant's Account by the Participant's Employer in its discretion on behalf of a Participant pursuant to Article IV.

**1.16**    "**Deferral Election**" means the election whereby a Participant elects to make Salary Deferrals and/or Bonus Deferrals to the Plan. Deferral Elections shall be made in such manner as may be prescribed by the Committee from time to time.

5

**1.17** "**Distribution Date**" means the date on which the distribution of a Participant's Benefits is made or commenced pursuant to Article VI.

**1.18** "**Effective Date**" means January 1, 2000.

**1.19** "**Eligible Employee**" means an employee who (i) is employed by an Employer that has adopted the Plan, (ii) is on the U.S. payroll of the Employer, and (iii) has been designated by the Board, in its sole discretion, as a member of the select group of management or highly compensated employees who are eligible to participate in the Plan.

**1.20** "**Employer**" means the Company or any corporation that would be considered together with the Company as a single employer pursuant to Code sections 414(b), (c), (m) or (o).

**1.21** "**Entry Date**" means the first day of each Plan Year.

**1.22** "**Initial Entry Date**" means January 1, 2000, or, if later, the first Monday of the calendar quarter following the date on which an individual is designated as an Eligible Employee to participate in the Plan.

**1.23** "**Interest**" means the investment return or loss determined in accordance with Article V, which shall be credited to the Participant's Account.

**1.24** "**Interest Rate**" shall have the meaning set forth in Section 5.3.3.

**1.25** "**Participant**" means an Eligible Employee who has elected to participate in the Plan by submitting a Deferral Election to the Committee. A Participant shall also mean an Eligible Employee for whom Company Credits are made, regardless of whether such Eligible Employee has submitted a Deferral Election. Any employee who (i) was a participant under a Prior Incentive Plan (ii) is not a Participant under this Plan, and (iii) has an Account under this Plan pursuant to Section 5.1, shall be an Inactive Participant. An Inactive Participant shall be deemed to be a Participant for those limited purposes under Articles V through X of this Plan as the Committee shall determine.

**1.26** "**Plan**" means this Nortel Networks U.S. Deferred Compensation Plan, as amended and restated as of January 1, 2000, and as it may be amended from time to time in the future.

**1.27** "**Plan Year**" means the 12-month period beginning on January 1 and ending on December 31 of each calendar year.

**1.28** "**Salary**" shall mean the base salary paid by the Employer, but shall not include any other form of compensation, whether taxable or non-taxable, including, but not limited to, Bonuses, commissions, incentive payments, non-monetary awards, disability payments, payments under any severance plan, or other forms of additional compensation, whether or not included as a part of Total Compensation.

6

**1.29**    "**Salary Deferral**" means the amount or percentage of a Participant's Salary that the Participant has elected to defer pursuant to Article III.

**1.30**    "**Total Disability**" means a determination by the Social Security Administration that the Participant is totally and permanently disabled and eligible for Social Security disability benefits or a determination by the insurer under the Employer's long-term disability insurance policy that the Participant is disabled and eligible for long-term disability benefits under such policy.

**1.31**    "**Total Compensation**" means the total of all base pay amounts paid to the employee and the total of all other amounts paid by the Employer to or for the benefit of an employee for services actually rendered or labor performed for the Employer. Such amounts shall be those which are required to be reported on the employee's Federal Income Tax Withholding Statement or statements (Form W-2 or its subsequent equivalent), as modified below, and shall include overtime pay, Bonuses paid pursuant to one or more formal incentive bonus programs of Nortel Networks Inc. or Bay Networks, Inc. or another Employer (to the extent authorized by the Committee); sales incentive earnings, "merit cash," and "skill block awards" or comparable forms of sales commissions otherwise designated; and second shift differential pay, third shift differential pay, weekend differential pay, and lead pay, subject to the following adjustments and limitations:

      1.31.1 The following shall also be included: (a) elective contributions made on an employee's behalf by the Employer that are not includable in income under Code Sections 125, 402(e)(3), 402(h) or 403(b); (b) prior employer compensation which otherwise would qualify as earnings which is required to be considered for purposes of the Plan pursuant to the Reciprocal Agreement as defined in Section 13.7.1; and (c) benefits under the Employer's short-term disability and vacation plans;

      1.31.2 The following shall be excluded: (a) reimbursements and other expense allowances; (b) cash and noncash fringe benefits; (c) moving expenses; (d) Employer contributions to or payments from this or any other deferred compensation program (whether or not such program is qualified under Code Section 401(a)); (e) welfare benefits (except as described in section 1.29.1); (f) amounts realized form the receipt or exercise of a stock option that in not an incentive stock option within the meaning of Code Section 422; (g) amounts realized at the time property described in Code Section 83 is freely transferable or no longer subject to a substantial risk of forfeiture; (h) amounts realized as a result of an election described in Code Section 83(b); (i) any amounts realized as a result of a disqualifying disposition within the meaning of Code Section 421(a); (j) benefits under the Employer's severance plans; and (k) any other amounts that receive special tax benefits under the Code but are not hereinafter included.

**1.32**    "**Trust**" means the legal entity created by the Trust Agreement.

**1.33**    "**Trust Agreement**" means that trust agreement entered into in connection with this Plan and any amendments thereto. The Trust Agreement is attached to this Plan as Exhibit C.

7

NNI-0008

**1.34** "<u>Trustee</u>" means the original Trustee(s) named in the Trust Agreement and any duly appointed successor or successors thereto.

**1.35** "<u>Year of Service</u>" means a period of 12 consecutive months during which the Participant is employed by the Employer. Employment commences on the date the Participant first performs an hour of service for the Employer and ends on the date that the Participant's employment is terminated for any reason or on the date the Participant retires, is discharged, is determined to be Totally Disabled or dies.

## ARTICLE II

## ELIGIBILITY

**2.1** <u>Eligibility</u>. Eligibility for participation in the Plan shall be limited to key management or highly compensated employees of the Employer who are selected by the Board, in its sole discretion, to participate in the Plan. Individuals who are in this select group shall be notified as to their eligibility to participate in the Plan. Total Compensation shall be a factor taken into account by the Board in deciding on the designation of an employee as an Eligible Employee.

**2.2** <u>Commencement of Participation</u>. An Eligible Employee may begin participation in the Plan upon his Initial Entry Date or any subsequent Entry Date thereafter, subject to making a Deferral Election pursuant to Article III. In addition, participation of an Eligible Employee who has not otherwise commenced participation in the Plan shall commence when a Company Credit is made to the Account of such Eligible Employee pursuant to the provisions of Article IV.

**2.3** <u>Cessation of Participation</u>. Active participation in the Plan shall end when a Participant's employment with all Employers terminates for any reason or when the Board determines, in its sole discretion, to remove such Participant from active participation in the Plan. No contributions to the Plan shall be made with respect to Salary, Bonuses or Commissions paid after either such termination date. Upon termination of employment or of active participation, a Participant shall remain an inactive Participant in the Plan until all of the Benefits to which he or she is entitled under this Plan have been paid in full.

## ARTICLE III

## DEFERRALS

**3.1** <u>Salary Deferrals</u>.

3.1.1  As of the Participant's Initial Entry Date, the Participant may elect to reduce his or her Salary by the amount or percentage (up to a maximum of 80% of Salary) set forth in a written and signed Deferral Election that is filed with the Committee. Salary Deferrals shall be subject to the limitations of Section 3.3 below. The Salary Deferral shall not be paid to the Participant, but shall be withheld from the Participant's Salary and an amount equal to the Salary Deferral shall be credited to the Participant's Account.

8

3.1.2   Each election to make or cease Salary Deferrals shall apply only to Salary earned after the effective date of such election.

3.1.3   A Participant's Salary Deferral may be revoked at any time during the Plan Year. Such revocation shall be effective only with respect to Salary not yet earned during the year, and such Participant may not make further Salary Deferrals to the Plan until the beginning of the next Plan Year.

3.1.4   Except as provided in section 3.1.3, a Participant's Salary Deferral Election may not be modified during the Plan Year. Effective as of the first day of each Plan Year, a Participant may modify, terminate, or resume Salary Deferrals by filing a new Deferral Election for such Plan Year. A Participant's Salary Deferral Election for a Plan Year shall terminate as of the last day of that Plan Year.

### 3.2   Commission Deferrals.

3.2.1   As of the Participant's Initial Entry Date, the Participant may elect to reduce his or her Commissions by the amount or percentage (up to a maximum of 95%) set forth in a written and signed Deferral Election that is filed with the Committee. Commission Deferrals shall be subject to the limitations of Section 3.4 below. The Commission Deferral shall not be paid to the Participant, but shall be withheld from the Participant's Commissions and an amount equal to the Commission Deferral shall be credited to the Participant's Account.

3.2.2   Each election to make or cease Commission Deferrals shall apply only to Commissions earned after the effective date of such election.

3.2.3   A Participant's Commission Deferral may be revoked at any time during the Plan Year. Such revocation shall be effective only with respect to Commissions not yet earned during the year, and such Participant may not make further Commission Deferrals to the Plan until the beginning of the next Plan Year.

3.2.4   Except as provided in section 3.2.3, a Participant's Commission Deferral Election may not be modified during the Plan Year. Effective as of the first day of each Plan Year, a Participant may modify, terminate, or resume Commission Deferrals by filing a new Deferral Election for such Plan Year. A Participant's Commission Deferral Election for a Plan Year shall terminate as of the last day of that Plan Year.

### 3.3   Bonus Deferrals.

3.3.1   As of the Participant's Initial Entry Date, and the first day of each Plan Year thereafter, the Participant may elect to reduce his or her cash Bonus payable with respect to the Plan Year by the amount or percentage (up to a maximum of 95%) set forth in a written and signed Deferral Election form that is filed with the Committee. Bonus Deferrals shall be subject to the limitation provisions of Section 3.4 below. The Bonus Deferral shall not be paid to the Participant, but shall be withheld from the Participant's Bonus payments and an amount equal to the Bonus Deferral shall be credited to the Participant's Account. For purposes of this Section 3.3, a Bonus shall be payable with respect to a Plan Year if it relates to a Plan Year or is calculated based on performance during a Plan Year, regardless of when such Bonus actually

9

NNI-0010