## Second Amendment to the Nortel Networks
## U.S. Deferred Compensation Plan

**WHEREAS,** Nortel Networks Limited (the "Company") sponsors the Nortel Networks U.S. Deferred Compensation Plan (the "Plan") and has reserved the right in Section 9.3. of the Plan to amend the Plan at any time in its sole discretion; and

**WHEREAS,** the Company has delegated to the Compensation and Human Resources Committee (the "CHRC") of the Board of Directors of the Company the right to approve amendments to the Plan at any time in its sole discretion; and

**WHEREAS,** the CHRC desires to amend the provisions of the Plan concerning enrollment dates and the earnings to be deferred under the Plan to facilitate compliance with Internal Revenue Code section 409A; and

**WHEREAS,** the Plan has been operated in conformity to these amendments on and after January 1, 2008;

**NOW, THEREFORE,** the Plan is hereby amended in the following respects, effective as of January 1, 2008:

1. Section 1.22 is hereby amended in its entirety to read as follows on or after January 1, 2008:

   "1.11 'Initial Entry Date' means (i) or (ii).  (i) With respect to the first year of eligibility, it means the first business day after the earlier of the June 30 or the December 31 immediately following the filing of an initial Deferral Election.  Such Deferral Election must be filed by the Participant within thirty (30) days after the date the Participant is designated as an Eligible Employee.  (ii) With respect to any subsequent year of eligibility, it means the first day of the Plan Year following the filing of a Deferral Election by the Participant who has been designated as an Eligible Employee and who continues to be an Eligible Employee on that date."

2. Section 3.2.1. is hereby amended by the addition of the following sentence at the conclusion thereof:

   "With respect to an Initial Entry Date as defined under Plan section 1.11(i) that occurs on the first business day after a June 30, the Participant may not elect a Commission Deferral in the Deferral Election that becomes effective as of that date."

3. Section 3.3.3 is hereby amended by the addition of the following sentence at the conclusion thereof:

"With respect to an Initial Entry Date as defined under Plan section 1.11(i) that occurs on the first business day after a June 30, the Participant may not elect a Bonus Deferral in the Deferral Election that becomes effective as of that date."

IN WITNESS WHEREOF, this Amendment is hereby executed pursuant to a delegation of authority from the Company on this ___ day of _____, 2008, to be effective as of January 1, 2008, except as otherwise indicated herein.

NORTEL NETWORKS LIMITED

BY: _____

TITLE: _____

NNI-0098