# Exhibit 'A'

## Fourth Amendment to the Nortel Networks
## U.S. Deferred Compensation Plan

**WHEREAS,** Nortel Networks Limited (the "Company") sponsors the Nortel Networks U.S. Deferred Compensation Plan (the "Plan") and has reserved the right in Section 9.3. of the Plan to amend the Plan at any time in its sole discretion; and

**WHEREAS,** the Company desires to amend the provisions of the Plan concerning participation in the Plan for the 2010 Plan Year;

**NOW, THEREFORE,** the Plan is hereby amended in the following respects, effective as of January 1, 2010:

Section 2.3 of the Plan is hereby amended in its entirety to read as follows:

"2.3 <u>Cessation of Participation</u>. Active participation in the Plan shall end when a Participant's employment with all Employers that have adopted the Plan terminates for any reason or when the Board or the Committee determines, in its sole discretion, to remove such Participant from active participation in the Plan. No contributions to the Plan shall be made with respect to Salary, Bonuses or Commissions paid after either such termination or removal date.

Notwithstanding any other provision of the Plan, (i) no new Salary, Bonus, and/or Commission Deferral elections shall be permitted from April 1, 2004 to December 31, 2004, with respect to the 2004 Plan Year; (ii) no Salary, Bonus, and/or Commission Deferrals shall be permitted during and for the 2005 Plan Year, except with respect to Bonuses paid during 2005 for which the Participant elected a deferral prior to December 31, 2004; and (iii) no Salary, Bonus, and/or Commission Deferrals shall be permitted during and for the 2009 and the 2010 Plan Years."

IN WITNESS WHEREOF, this Amendment is hereby executed pursuant to a delegation of authority from the Company on this 4th day of December, 2009, to be effective as of January 1, 2010, except as otherwise indicated herein.

NORTEL NETWORKS LIMITED

BY: _____
Name:   John Doolittle
Title:   Senior Vice-President, Corporate Services
and Chief Financial Officer

BY: _____
Name:   Clarke Glaspell
Title:   Controller

NNI-0101