# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| NORTEL NETWORKS INC., *et al.*,[1] : | Case No. 09-10138 (KG) |
| : | Jointly Administered |
| Debtors. : | |
| : | **Re: Docket Nos. 6870 and 6874** |
| : | |
| Nortel Networks Inc., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Adv. Pro. No. 10-55931 (KG) |
| : | |
| Prudential Relocation, Inc. : | |
| : | |
| Defendant. : | |
| : | **Re: Docket Nos. 29 and 30** |

## NOTICE OF WITHDRAWAL

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT on November 28, 2011, Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned attorneys, filed their *Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Prudential Relocation, Inc.* [D.I. 6870; Adv. D.I. 29] and their *Motion for Entry of an Order Authorizing the Debtors to File Under Seal, in Part, Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 for Entry of an Order*

---

[1] In addition to Nortel Networks Inc., the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA"). Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

*Approving Settlement Agreement and Exhibit B Thereto* [D.I. 6874; Adv. D.I. 30] (together, the "Motions").

    PLEASE TAKE FURTHER NOTICE THAT the Motions are hereby withdrawn without prejudice.

Dated: December 23, 2011

                              **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

                By:   */s/ Raymond H. Lemisch*
                      Raymond H. Lemisch, Esquire (No. 4204)
                      Jennifer R. Hoover, Esquire (No. 5111)
                      Jennifer E. Smith, Esquire (No. 5278)
                      222 Delaware Ave., Suite 801
                      Wilmington, DE 19801
                      302-442-7010 (telephone)
                      302-442-7012 (facsimile)
                      rlemisch@beneschlaw.com
                      jhoover@beneshlaw.com
                      jsmith@beneschlaw.com

                      *Special Litigation Counsel to the Debtors*