## STATUS A

## SERVICE NOT YET COMPLETED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS B

## SERVICE COMPLETE, ANSWERS DUE

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-53187 | Maritz Canada Inc. | Plaintiff filed an amended complaint on June 3, 2011. The Pretrial Conference is currently scheduled to take place on January 24, 2012. |

## STATUS C

## MOTION OR REQUEST FOR DEFAULT FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS D

## NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS E

## RESOLVED/SETTLED: MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55168 | Bick Group, Inc. | Parties have reached an agreement in principle to settle this matter. |

| | | |
|---|---|---|
| | | Pursuant to the Settlement Procedures Order, the Debtors will provide Notice Parties with notice of this proposed settlement. |
| 10-55198 | Excellence In Motivation, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide Notice Parties with notice of this proposed settlement. |
| 10-55192 | TEKsystems Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, a motion pursuant to Bankruptcy Rule 9019 was filed in connection with the proposed settlement on December 15, 2011. |
| 10-55161 | Baldwin& Creative LLC d/b/a Baldwin& | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy Court. |

## STATUS F

## DISCOVERY UNDERWAY

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 10-55191 | Continuum Worldwide Corporation | Discovery will be proceeding in accordance with the Amended Scheduling Order dated August 4, 2011.  Defendant's responses to Plaintiff's initial discovery requests were due June 6, 2011 and Plaintiff reserves all rights. |

| | | |
|---|---|---|
| 10-53177 | Opnext Subsytems, Inc. f/k/a StrataLight Communications, *et. al.* | Discovery will be proceeding in accordance with the Amended Scheduling Order dated November 18, 2011. Both parties' responses to initial discovery requests are due January 23, 2012. |
| 10-55165 | Beeline.com, Inc. | Discovery will be proceeding in accordance with the Amended Scheduling Order dated October 21, 2011. |

## STATUS G

## NOTICE OF SELECTION OF MEDIATOR FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55203 | Jack Morton Worldwide, Inc. | Stipulation Regarding Appointment of Mediator filed on June 7, 2011. Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on June 9, 2011. Mediation is scheduled for January 19, 2012. |
| 10-55187 | SBA Network Services, Inc. | Stipulation Regarding Appointment of Mediator filed on July 5, 2011. Order Assigning Adversary Proceeding to Mediation and Appointing Mediator entered on July 6, 2011. Pursuant to the Amended Scheduling Order dated November 4, 2011, mediation to be completed by January 23, 2012. |

## STATUS H

## READY FOR TRIAL

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS I

## DISPOSITIVE MOTION PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS J

## STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS K
## APPEAL PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |