## Wave 2 Service List
## Via Hand Delivery on Local Wilmington Parties and First Class Mail on All Others

**Counsel for Actuate Corporation**
Joanne P. Pinckney
Kevin Capuzzi
Pinckney, Harris & Weidinger, LLC
1220 North Market Street, Suite 950
Wilmington, DE 19801

**Counsel for Baldwin& Creative LLC d/b/a Baldwin&**
William (Billy) Brewer
William Brewer Law Firm
311 E. Edenton St.
Raleigh, NC 27601

**Counsel for Beeline.com, Inc.**
Daniel J. Merrett
Jones Day
1420 Peachtree St., N.E.; Suite 800
Atlanta, GA  30309-3053

**Counsel for Bick Group, Inc.**
R. Scott Moore
Lewis, Rice & Fingersh
600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101-1311

**Counsel for Bick Group, Inc.; and Jack Morton Worldwide, Inc.**
Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899

**Counsel for Bridgewater Systems, Inc.**
Michael J. Custer
David M. Fournier
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE 19801

**Counsel for Bridgewater Systems, Inc.**
Michael J. Pappone
Goodwin Proctor LLP
53 State Street
Boston, MA 02109

**Counsel for BWCS, Ltd.**
Patrick Carothers
Thorp Reed & Armstrong, LLP
One Oxford Centre
301 Grant St., 14th Floor
Pittsburgh, PA 15219

**Counsel for Continuum Worldwide Corporation**
Jeffrey Wegner
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102

**Counsel for Excellence In Motivation, Inc.**
Meghan Cashman
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

**Counsel for Maritz Canada Inc.**
Lucinda McRoberts
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102

**Counsel for Oplink Communications, Inc.**
Etta R. Wolfe
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market St.
Wilmington, DE 19801

**Counsel for Opnext Subystems, Inc. & Opnext, Inc.**
Melinda C. Franek
Jude Gorman
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022

**Counsel for Opnext Subystems, Inc. & Opnext, Inc.**
Michael Lastowski
Duane Morris, LLP
222 Delaware Ave., Suite 1600
Wilmington, DE 19801

**Counsel for SBA Network Services, Inc.**
Lucian Murley
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

**Counsel for TEKsystems**
Stephen K. Dexter
Lathrop & Gage LLP
U.S. Bank Building
950 Seventeenth Street, Suite 2400
Denver, Colorado 80202

4250248.1