**EXHIBIT A**

**Debtors' Eleventh Ordinary Course Professional Quarterly Statement for July 1, 2011 – September 30, 2011**

| Ordinary Course Professional | Description of Services | July Fees | July Disbursements & Expenses | August Fees | August Disbursements & Expenses | September Fees | September Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz | General labor and employment legal services, including representation in employment and employee benefit matters | $110.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$110.70** |
| Call & Jensen[1] | Litigation services, specifically enforcement of trademark and copyright rights against alleged infringers in civil litigation | $0.00 | $160.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Ford & Harrison LLP | Labor and employment legal services, including representation before administrative agencies and in state and federal courts | $1,156.00 | $0.00 | $152.50 | $0.00 | $213.50 | $0.00 | $0.00 | $0.00 | **$1,522.00** |

---

[1] All references to Call & Jensen in this statement refer to Call & Jensen as well as to Call, Jensen and Farrell, its predecessor firm.

| Ordinary Course Professional | Description of Services | July Fees | July Disbursements & Expenses | August Fees | August Disbursements & Expenses | September Fees | September Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| KPMG LLP | 401k, VEBA and Retirement Income Plan | $6,661.00 | $0.00 | $43,999.50 | $4,442.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$50,660.50** |
| William D. Preston, P.A. | Legal services regarding Florida environmental regulatory issues | $409.50 | $0.00 | $7,276.50 | $1,266.00 | $472.50 | $0.10 | $0.00 | $0.00 | **$8,158.50** |