## <u>CERTIFICATE OF SERVICE</u>

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Eleventh Ordinary Course Professional Quarterly Statement** was caused to be made on December 27, 2011, in the manner indicated upon the entities identified below:

Date:  December 27, 2011

*/s/ Ann C. Cordo*
Ann C. Cordo (# 4817)

### <u>VIA HAND DELIVERY</u>

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

### <u>VIA FIRST CLASS MAIL</u>

James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(Counsel for the Debtors)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)

4781431.1