**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                     :

In re                        :          Chapter 11
                     :

Nortel Networks Inc., *et al.*,[1]     :          Case No. 09-10138 (KG)
                     :

        Debtors.           :          Jointly Administered
                     :

---------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON DECEMBER 30, 2011 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## WITHDRAWN MATTERS

*Nortel Networks Inc. v. Prudential Relocation, Inc., Adv. Proc. Case No. 10-55931 (KG)*

1.      Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks, Inc. and Prudential Relocation, Inc. (Main Case D.I. 6870, Adv. Proc. Case D.I. 29, Filed 11/28/11).

           Objection Deadline: December 21, 2011 at 4:00 p.m. (ET), extended to December 29, 2011 for the United States Trustee.

           Responses Received: None.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Related Documents:

(a)     Notice of Rescheduled Hearing Date (Main Case D.I. 6892, Adv. Proc. Case D.I. 31, Filed 11/30/11); and

(b)     Notice of Withdrawal (Main Case D.I. 7023, Adv. Proc. Case D.I. 36, Filed 12/23/11).

Status: This matter has been withdrawn.

2.     Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal, in Part, Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 for Entry of an Order Approving Settlement Agreement and Exhibit B Thereto (Main Case D.I. 6874, Adv. Proc. Case D.I. 30, Filed 11/28/11).

Objection Deadline:  December 21, 2011 at 4:00 p.m. (ET), extended to December 29, 2011 for the United States Trustee.

Responses Received: None.

Related Documents:

(a)     Notice of Rescheduled Hearing Date (Main Case D.I. 6892, Adv. Proc. Case D.I. 31, Filed 11/30/11); and

(b)     Notice of Withdrawal (Main Case D.I. 7023, Adv. Proc. Case D.I. 36, Filed 12/23/11).

Status: This matter has been withdrawn.

## UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION

*SNMP Research International, Inc. v. Nortel Networks Inc., Adv. Case No. 11-53454 (KG)*

3.     Motion of SNMP Research International, Inc. and SNMP Research, Inc. Pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 for Authorization to File Adversary Proceeding Complaint Under Seal (Adv. Proc. Case D.I. 3, Filed 11/3/11).

Objection Deadline:  December 9, 2011 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

(a)     Notice of Hearing on Motion of SNMP Research International, Inc. and SNMP Research, Inc. Pursuant to Section 107(b) of the Bankruptcy Code and

Bankruptcy Rule 9018 for Authorization to File Adversary Proceeding Complaint Under Seal (Adv. Proc. Case D.I. 16, Filed 11/12/11);

(b)    Certification of No Objection Regarding Motion of SNMP Research International, Inc. and SNMP Research, Inc. Pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 for Authorization to File Adversary Proceeding Complaint Under Seal (Adv. Proc. Case D.I. 17, Filed 12/12/11); and

(c)    Proposed Form of Order.

Status: There are no objections and a CNO was filed.

4.    Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Authorizing and Approving the Flextronics Settlement and Release Agreement, (II) Authorizing and Approving the Related Side Agreement and (III) Granting Related Relief (D.I. 7002, Filed 12/16/11).

Objection Deadline:  December 27, 2011 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

(a)    Order Shortening Notice Relating to Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Flextronics Settlement and Release Agreement, (II) Authorizing and Approving the Related Side Agreement and (III) Granting Related Relief (D.I. 7010, Entered 12/19/11);

(b)    Certification of No Objection (D.I. TBD, Filed 12/29/11); and

(c)    Proposed Form of Order.

Status: As of the filing of the agenda no objections were received and the Debtors intend to file a CNO on December 29, 2011 at 4:00 p.m. (ET).

Dated: December 28, 2011
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      */s/ Chad A. Fights*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4741119.1