## CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on December 30, 2011 at 10:00 a.m. (ET)** was caused to be made on December 28, 2011, in the manner indicated upon the parties identified below and on the attached service list.

Dated: December 28, 2011

                                                                                */s/ Chad A. Fights*
                                                                         Chad A. Fights (No. 5006)

**Via Fax**

Jennifer R. Hoover
Jennifer E. Smith
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Ave.
Suite 801
Wilmington, DE 19801
Fax : 302-442-7012

Karen M. Grivner
Thorp, Reed & Armstrong LLP
824 N. Market St.
Wilmington, DE 19801
Fax: 302-421-9439

Schuyler Carroll
Jeffrey Vancore
Perkins Coie LLP
30 Rockefeller Center
New York, NY 10112
Fax: 212-977-1649

John L. Wood
Egerton McAfee Armistead & Davis P.C.
900 S. Gay St.
Knoxville, TN 37902
Fax: 865-525-5293

Harvey Chaiton
Doug Bourassa
Chaitons LLP
5000 Yonge St.
Toronto, Ontario
M2N 7E9
Canada
Fax: 416-218-1849

3790723.12