B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re  Nortel Networks, Inc                ,           Case No.  09-10138

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CRT Capital Group LLC | Intellys Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 Joseph E Sarachek
 262 Harbor Drive Stamford CT 063902

Court Claim # (if known): _____
Amount of Claim:  $5,379.50
Date Claim Filed: _____

Phone:  203-569-6400
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Joseph E Sarachek            Date:  12/28/2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Exhibit A

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Intellys Corporation. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to CRT Capital Group LLC ("Assignee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Nortel Networks, Inc. (the "Debtor"), the debtor in Case No.09-10138 ("Case") pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 27th day of December 2011.

INTELLYS CORPORATION
By: _[signature]_
Name: Intellys Corporation (Lydia Wong)
Title: VP of Finance

CRT CAPITAL GROUP LLC
By: _[signature]_
Name: Bryan Burns
Title: Head of Operations

-B-

In re NORTEL NETWORKS INC.  Case No. 09-10138
Debtor (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 447873 INTECH GROUP INC 305 EXTON COMMONS EXTON, PA 19341-2450 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. 248461 INTEL 1900 PRAIRIE CITY ROAD FOLSOM, CA 95630-9599 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. 392313 INTELLIGENT COMPRESSION 1250 HANCOCK STREET SUITE 701N QUINCY, MA 02169 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. 349792 INTELLIGRAPHICS INC 1401 N CENTRAL EXPRESSWAY RICHARDSON, TX 75080 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. 463013 INTELLYS CORPORATION 621 W COLLEGE STREET GRAPEVINE, TX 76051-5222 | | | TRADE PAYABLE | | | | $5,379.50 |
| ACCOUNT NO. 459898 INTERATELL RUA PORTUGAL SANTANA DO PARNAMBA, SP 06502-370 BRAZIL | | | TRADE PAYABLE | | | | $19,700.00 |
| ACCOUNT NO. 332996 INTERNATIONAL DATA CORP 5 SPEEN STREET FRAMINGHAM, MA 01701 | | | TRADE PAYABLE | | | | $20,000.00 |
| ACCOUNT NO. 448215 INTERNATIONAL NORTEL NETWORKS USERS 401 NORTH MICHIGAN AVENUE CHICAGO, IL 60611 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. 453952 INTERNATIONAL SOS ASSISTANCE 3600 HORIZON BOULEVARD TREVOSE, PA 19053 | | | TRADE PAYABLE | | | | $2,500.00 |

Sheet no. 319 of 527 sheet(s) attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $47,579.50