**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------- X
                                                          :
*In re*                                                   :        Chapter 11
                                                          :
Nortel Networks Inc., *et al.*,[1]                        :        Case No. 09-10138 (KG)
                                                          :
                                    Debtors.              :        Jointly Administered
                                                          :
                                                          :        **RE: D.I.s 5631, 5866, 5867, 5868,**
                                                          :        **5869, 5870, 6370**
-------------------------------------------------------- X

**CERTIFICATION OF COUNSEL REGARDING (PROPOSED) ORDER
AMENDING ORDER WITH RESPECT TO MOTION OF ROBERT HORNE,
JAMES YOUNG AND THE *AD HOC* GROUP OF BENEFICIARIES OF
THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION
PLAN TO COMPEL DISCOVERY FROM THE NORTEL DEBTORS**

        I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the *(Proposed) Order Amending Order With Respect to the Motion of Robert Horne, James Young and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan to Compel Discovery from the Nortel Debtors* (the "Proposed Order"), attached as **Exhibit A** hereto:

        1.      On June 8, 2011, Robert Horne, James Young and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan the ("Ad Hoc Group") filed a motion (the "Motion") to compel discovery from the Debtors [D.I. 5631].

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

2.      On July 5, 2011, the Debtors filed an objection to the Motion (the "Objection") [D.I. 5866].

3.      On August 23, 2011, the Court heard argument on the Motion and the Objection.  Following the Court's rulings on the record, the Court directed counsel to the Debtors to draft a written order consistent with the Court's rulings and attempt to settle a form of order consensually with the Ad Hoc Group.

4.      On September 14, 2011, the Court entered an order, granting the Motion in part, but otherwise denying the request to compel discovery from the Debtors (the "Order") [D.I. 6370].

5.      On December 23, 2011 the Ad Hoc Group filed and served an adversary proceeding complaint against the Debtors and other defendants. [D.I. 7022].

6.      The parties have agreed to amend the deadline in the Order by which the Debtors are to provide amended responses to the Ad Hoc Group's First Set of Interrogatories.

7.      The Proposed Order amending such deadlines, attached hereto as **Exhibit A**, has been reviewed and agreed to by counsel for the Ad Hoc Group.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

Dated:  December 28, 2011
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


_____*/s/ Ann C. Cordo*_____
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*