## **CERTIFICATE OF SERVICE**

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Twentieth Supplement to List of Ordinary Course Professionals** was caused to be made on December 28, 2011, in the manner indicated upon the entities identified on the attached service list.

Date: December 28, 2011                          */s/ Ann C. Cordo*
Wilmington, DE                                  Ann C. Cordo (No. 4817)