**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
:     Chapter 11
:
*In re*     :
:     Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]     :
:
Debtors.     :     Jointly Administered
:
:
:
------------------------------------------------------------X

**STATEMENT OF NEIL L. ROSE PURSUANT TO FED. R. BANKR. P. 2014
AND ORDER AUTHORIZING DEBTORS TO EMPLOY, RETAIN AND
COMPENSATE PROFESSIONALS IN THE ORDINARY COURSE**

I, NEIL L. ROSE, do hereby declare as follows:

1.    I am a partner of Willcox & Savage P.C., located at Norfolk, Virginia (the "Firm").

2.    The Firm has been retained by the above-captioned Debtors (the "Debtors") pursuant to the Order Authorizing the Retention and Payment of Professionals Utilized in the Ordinary Course *nunc pro tunc* to the Petition Date, dated February 5, 2009 (D.I. 236) (the "Order") to provide services to the Debtors.

3.    The nature and scope of the services to be provided to the Debtors by the Firm are: assistance and advice in filing pleadings related to sales and use tax in the Richmond, Virginia Circuit Court.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

4.    Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, the Firm hereby confirms that, to the best of its knowledge and belief, other than in connection with providing professional services to the Debtors and as otherwise provided herein, it does not have any connection with the Debtors, the creditors, the United States Trustee, any person employed by the United States Trustee or any other party with an actual or potential interest in their chapter 11 cases or their respective attorneys or accountants.

5.    Pursuant to the Order, the Firm hereby confirms that it does not represent any interest adverse to the Debtors or the Debtors' estates in the matters upon which it is engaged.

6.    The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to conducting these chapter 11 cases, for persons that are parties in interest in these chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be retained by the Debtors, claimants and parties in interest in these chapter 11 cases.  The Firm does not perform services for any such person in connection with conducting these chapter 11 cases or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates. The Firm has current representations or has had representations in the past few years for persons that are parties of interest in these chapter 11 cases on totally unrelated matters.  Those persons include:  Ace Insurance Company and its affiliates, Bank of America, N.A. and its affiliates, CB Richard Ellis and its affiliates, Barclays Real Estate Capital, Inc. and its affiliates, Allied World National Assurance Company and its affiliates, CitiGroup Global Markets Realty Corp. and its affiliates, Google, Inc. and its affiliates, Chubb Group of Insurance Companies and its affiliates,

2

Cox Communications, Inc. and its affiliates, Merrill Lynch and its affiliates, Jackson Lewis, LLP and its affiliates, Ranger Transportation, Inc. and its affiliates, Qwest Business Resources, Inc. and its affiliates, Verizon Virginia, Inc. and its affiliates, Northern Trust Company and its affiliates, Wachovia Bank, N.A. and its affiliates, Zurich North America and its affiliates, Union Bank and its affiliates, Excel Insurance and its affiliates.

7.      Neither I nor any principal, partner, director or officer of, or professional retained by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors, other than reimbursing disbursements or costs owed to third parties on account of services provided to the Debtors, with any other person other than the principal and regular employees of the Firm.

8.      Neither I nor any principal, partner, director or officer of, or professional retained by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be retained.

9.      The Debtors do not owe the Firm any fees ($0) for prepetition services, the payment of which is subject to limitations contained in the Bankruptcy Code, 11 U.S.C. §§ 101 et seq.

10.     The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its retention, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I-1064150.4
NEWYORK:2003455.4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 28, 2011

_____
Neil L. Rose

## CERTIFICATE OF SERVICE

I, _Neil L. Rose_, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Statement of Neil L. Rose Pursuant To Fed R. Bankr. P. 2014 And Order Authorizing Debtors To Employ, Retain And Compensate Professionals In The Ordinary Course** was caused to be made on December 28, 2011, in the manner indicated upon the entities identified below.

Dated:  December 28, 2011

_____
Neil L. Rose

**VIA FIRST CLASS U.S. MAIL:**
Derek C. Abbott, Esq.,
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

James L. Bromley, Esq
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza,
New York, New York 10006

Office of the United States Trustee
Attn: Thomas P. Tinker, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Fred Hodara, Esq
Akin Gump LLP
One Bryant Park
New York, NY 10036

4

I-1064150.4
NEWYORK:2003455.4