**CERTIFICATE OF SERVICE**

    I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Amended Agenda of Matters Scheduled for Hearing on December 30, 2011 at 10:00 a.m. (ET)** was caused to be made on December 29, 2011, in the manner indicated upon the entities identified below.

| | |
|---|---|
| Date: December 29, 2011<br>Wilmington, DE | */s/ Ann C. Cordo*<br> Ann C. Cordo (No. 4817) |

**Via Fax**

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020
FAX: 212-610-6399

Thomas P. Tinker. Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519
FAX: 302-573-6497

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705
FAX: 302-652-4400

Mary F. Caloway Esq.
Mona A. Parikh
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228
FAX: 302-552-4295

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE  19801
FAX: 302-651-7701

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY  10036
FAX: 212-872-1002

Thomas R. Kreller
MILBANK, TWEED, HADLEY & MCLOY LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017
FAX: 213-892-4763

Jennifer R. Hoover
Jennifer E. Smith
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Ave.
Suite 801
Wilmington, DE 19801
Fax : 302-442-7012

Karen M. Grivner
Thorp, Reed & Armstrong LLP
824 N. Market St.
Wilmington, DE 19801
Fax: 302-421-9439

Schuyler Carroll
Jeffrey Vancore
Perkins Coie LLP
30 Rockefeller Center
New York, NY 10112
Fax: 212-977-1649

John L. Wood
Egerton McAfee Armistead & Davis P.C.
900 S. Gay St.
Knoxville, TN 37902
Fax: 865-525-5293

Harvey Chaiton
Doug Bourassa
Chaitons LLP
5000 Yonge St.
Toronto, Ontario
M2N 7E9
Canada
Fax: 416-218-1849

4145343.10