IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
                                                           :
*In re*                                                    :   Chapter 11
                                                           :
Nortel Networks Inc., *et al.*,[1]                         :   Case No. 09-10138 (KG)
                                                           :
                                    Debtors.               :   Jointly Administered
                                                           :
                                                           :   RE: D.I.s 5631, 5866, 5867, 5868,
                                                           :   5869, 5870, 6370
---------------------------------------------------------- X

**ORDER AMENDING ORDER WITH RESPECT TO
MOTION OF ROBERT HORNE, JAMES YOUNG
AND THE *AD HOC* GROUP OF BENEFICIARIES OF
THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION
PLAN TO COMPEL DISCOVERY FROM THE NORTEL DEBTORS**

WHEREAS, on June 8, 2011, Robert Horne, James Young and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan the "Ad Hoc Group") filed a motion (the "Motion") to compel discovery from Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (the "Debtors");

WHEREAS, on July 5, 2011, the Debtors filed an objection to the Motion (the "Objection") [D.I. 5866];

WHEREAS, on August 23, 2011, the Court heard argument on the Motion and the Objection.

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

WHEREAS, on September 14, 2011, the Court entered an order, granting in part and otherwise denying the Motion (the "Order") [D.I. 6370];

WHEREAS, on December 23, 2011, the Ad Hoc Group filed and served an adversary proceeding against the Debtors and other defendants D.I.7022; and

WHEREAS, the parties have agreed to amend the deadline in the Order, by which the Debtors must provide sworn answers to the Ad Hoc Group's First Set of Interrogatories.

NOW THEREFORE, **IT IS HEREBY ORDERED,** that the first sentence of paragraph 4 of the Order is amended so as to be replaced by the following language:

> The Debtors shall provide amended, sworn answers to the Ad Hoc Group's First Set of Interrogatories in conformity with Fed. R. Civ. P. 33, as incorporated by reference in the Federal Rules of Bankruptcy Procedure, by no later than January 15, 2012.

Dated: DECEMBER 29, 2011
Wilmington, DE

_____
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

2