IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: 
*In re* : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
               Debtors. : Jointly Administered
: 
---------------------------------------------------------X   Re: D.I. 7045

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on December 29, 2011, a copy of the **Order Amending Order with Respect to Motion of Robert Horne, James Young and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan to Compel Discovery from the Nortel Debtors** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: December 29, 2011
Wilmington, Delaware

                                CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                James L. Bromley (admitted pro hac vice)
                                Lisa M. Schweitzer (admitted pro hac vice)
                                One Liberty Plaza
                                New York, NY 10006
                                Telephone: (212) 225-2000
                                Facsimile: (212) 225-3999

                                and

                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                */s/ Ann C. Cordo*
                                Derek C. Abbott (No. 3376)
                                Ann C. Cordo (No. 4817)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4498739.10

| **Via First Class Mail** | **Via Hand Delivery** |
|---|---|
| Ken Coleman Esq<br>Lisa J.P. Kraidin. Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>20th Floor<br>New York, NY 10020 | Thomas P. Tinker. Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207 Lockbox 35<br>Wilmington, DE 19801-3519 |
| Fred S. Hodara Esq.<br>Ryan C. Jacobs Esq.<br>David H. Botter Esq.<br>Akin Gump<br>One Bryant Park<br>New York, NY 10036 | Laura Davis Jones<br>Timothy P. Cairns<br>Pachulski Stang<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19899-8705 |
| Thomas R. Kreller<br>MILBANK, TWEED, HADLEY & MCLOY LLP<br>601 South Figueroa St., Suite 3000<br>Los Angeles, CA 90017 | Mary F. Caloway Esq.<br>Mona A. Parikh<br>Buchanan Ingersoll & Rooney<br>1105 N. Market Street<br>Suite 1900<br>Wilmington, DE 19801-1228 |
| BERNSTEIN, SHUR, SAWYER & NELSON<br>Robert J. Keach<br>Paul McDonald<br>Daniel J. Murphy<br>100 Middle Street<br>P.O. Box 9729<br>Portland, ME 04104-5029 | Mark D. Collins Esq.<br>Christopher M. Samis Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King Street<br>Wilmington, DE 19801 |
| | BLANK ROME, LLP<br>Bonnie Glantz Fatell<br>Jane Ann Bee<br>1201 Market Street, Suite 800<br>Wilmington, Delaware 19801 |