# EXHIBIT A

### COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2011 through November 30, 2011

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Case Administration | 2.4 | $600.00 |
| Fee and Employment Applications | 16.7 | $8,577.50 |
| Analysis of Canadian Law | 98.6 | $62,952.00 |
| Intercompany Analysis | 29.0 | $22,427.50 |
| Canadian CCAA Proceedings/Matters | 72.2 | $59,834.00 |
| Canadian Sec. 18.6 Proceedings/Matters | 2.2 | $1,727.00 |
| Litigation | 2.4 | $924.00 |
| **TOTAL** | 223.5 | $157,042.00 |

12648259.1

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Ralph | Dianne | 01/11/2011 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 50.00 | 10885288 |
| Ralph | Dianne | 07/11/2011 | Review court docket (.1); provide update to attorneys (.1) | 0.2 | 50.00 | 10899378 |
| Ralph | Dianne | 08/11/2011 | Review of court docket (.4).; court calendar deadlines and hearing dates (.4); forward same to attorneys (.2) | 1.0 | 250.00 | 10910243 |
| Ralph | Dianne | 10/11/2011 | Review court filings (0.3); email to J. Chetri regarding same (0.1); | 0.4 | 100.00 | 10910460 |
| Ralph | Dianne | 15/11/2011 | Review court docket(.1); provide update to attorneys (.1) | 0.2 | 50.00 | 10927960 |
| Ralph | Dianne | 22/11/2011 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 50.00 | 10929369 |
| Ralph | Dianne | 28/11/2011 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 50.00 | 10929417 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 10/11/2011 | Review expert witness retention and fee payment | 0.7 | 595.00 | 10903366 |
| Gray | William | 14/11/2011 | Work on monthly and quarterly fee applications | 0.8 | 680.00 | 10911076 |
| Gray | William | 16/11/2011 | Review and finalize fee application | 0.7 | 595.00 | 10912403 |
| Gray | William | 18/11/2011 | Work on monthly fee application and quarterly fee application | 0.8 | 680.00 | 10912939 |
| Gray | William | 21/11/2011 | Review and prepare quarterly fee application | 0.5 | 425.00 | 10916696 |
| Gray | William | 23/11/2011 | Finalize quarterly fee application | 0.4 | 340.00 | 10923377 |
| Gray | William | 30/11/2011 | Work on fee application | 0.5 | 425.00 | 10929689 |
| Martin | Timothy | 09/11/2011 | Phone call with A. Cordo (0.1); reviewing docket and email to Torys group re: disbursement (0.3) | 0.4 | 194.00 | 10896843 |
| Martin | Timothy | 16/11/2011 | Reviewing narrative entries (.7); phone call with D. Ralph re: applications (0.1); reviewing matters re: counsel fees (.4) | 1.2 | 582.00 | 10907506 |
| Martin | Timothy | 18/11/2011 | Reviewing time entries(1.2); revising fee application for filing (1.8); phone calls and email correspondence with J. Wong (0.2); phone call and email correspondence with A. Cordo (0.2) | 3.4 | 1,649.00 | 10912726 |
| Martin | Timothy | 16/11/2011 | Finalizing fee application for filing | 1.5 | 727.50 | 10912928 |
| Martin | Timothy | 21/11/2011 | Reviewing and revising quarterly fee application (1.0) | 1.0 | 485.00 | 10922776 |
| Ralph | Dianne | 10/11/2011 | Receipt and review of October time entries | 1.1 | 275.00 | 10909434 |
| Ralph | Dianne | 21/11/2011 | Draft Torys fourth quarterly fee application | 1.6 | 400.00 | 10914654 |
| Ralph | Dianne | 16/11/2011 | Review of October time entries | 0.9 | 225.00 | 10915223 |
| Ralph | Dianne | 15/11/2011 | Review of September time entries and expenses | 1.2 | 300.00 | 10930874 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 17/11/2011 | reviewing draft order; | 0.3 | 199.50 | 10911274 |
| Mauro | Clare | 11/11/2011 | advising student re conducting secondary research on Canadian legal issue (K. Wall); | 0.4 | 138.00 | 10899869 |
| Mauro | Clare | 16/11/2011 | meeting with K. Wall re: research (0.2); researching U.S. case law re: Canadian legal issue (1.2); | 1.4 | 483.00 | 10910529 |
| Mauro | Clare | 17/11/2011 | meeting with K. Wall re: research; | 0.3 | 103.50 | 10910607 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 03/11/2011 | research regarding Canadian legal issues; | 1.0 | 785.00 | 10888836 |
| Bomhof | Scott A. | 04/11/2011 | research regarding Canadian legal issues; | 0.6 | 471.00 | 10893292 |
| Bomhof | Scott A. | 11/11/2011 | research regarding Canadian legal issues; | 3.9 | 3,061.50 | 10901205 |
| Bomhof | Scott A. | 10/11/2011 | research regarding Canadian legal issues; | 3.0 | 2,355.00 | 10901601 |
| Bomhof | Scott A. | 14/11/2011 | research regarding Canadian legal issues; | 2.0 | 1,570.00 | 10902705 |
| Bomhof | Scott A. | 15/11/2011 | research regarding Canadian legal issues; | 1.0 | 785.00 | 10906173 |
| Bomhof | Scott A. | 17/11/2011 | research regarding Canadian legal issues; | 1.2 | 942.00 | 10912509 |
| Bomhof | Scott A. | 21/11/2011 | research regarding Canadian legal issues; | 1.2 | 942.00 | 10913684 |
| Bomhof | Scott A. | 22/11/2011 | research regarding Canadian legal issues; | 1.0 | 785.00 | 10916191 |
| Bomhof | Scott A. | 23/11/2011 | telephone call with L. Lipner and research regarding Canadian legal issues; | 2.1 | 1,648.50 | 10918822 |
| Bomhof | Scott A. | 24/11/2011 | research regarding Canadian legal issues; | 5.2 | 4,082.00 | 10921303 |
| Bomhof | Scott A. | 25/11/2011 | research regarding Canadian legal issues; | 5.5 | 4,317.50 | 10925622 |
| Bomhof | Scott A. | 29/11/2011 | research regarding Canadian legal issues; | 3.0 | 2,355.00 | 10927839 |
| Bomhof | Scott A. | 30/11/2011 | research regarding Canadian legal issues telephone call with Cleary to discuss same; | 3.6 | 2,826.00 | 10933793 |
| Outerbridge | David J. | 03/11/2011 | discussion with Kevin Wall re Canadian legal research; | 0.2 | 142.00 | 10889171 |
| Outerbridge | David J. | 10/11/2011 | emails with Kevin Wall re Canadian legal research; | 0.2 | 142.00 | 10898669 |
| Outerbridge | David J. | 14/11/2011 | meeting with Kevin Wall re Canadian legal; | 0.3 | 213.00 | 10903113 |
| Outerbridge | David J. | 28/11/2011 | reviewing supplementary affidavit and factums filed in support of motion relating to insurance coverage (.4); emails with Kevin Wall re meeting to discuss research (.2); | 0.6 | 426.00 | 10926216 |
| Outerbridge | David J. | 29/11/2011 | reviewing factums served in connection with insurance motion; considering strategy re same; | 0.6 | 426.00 | 10928555 |
| Outerbridge | David J. | 30/11/2011 | considering insurance coverage issues; meetings with Scott Bomhof and Kevin Wall re research on Canadian legal issues; | 1.5 | 1,065.00 | 10930758 |
| Gray | Andrew | 14/11/2011 | reviewing court materials; | 0.6 | 399.00 | 10902823 |
| Gray | Andrew | 18/11/2011 | reviewing court materials and documents provided by Monitor; | 1.0 | 665.00 | 10910594 |
| Gray | Andrew | 21/11/2011 | meeting with Scott Bomhof (.7); email correspondence (.2); | 0.9 | 598.50 | 10913581 |
| Atkey | Matthew | 24/11/2011 | research re Canadian legal issues in CCAA proceedings; | 4.6 | 2,070.00 | 10920626 |
| Atkey | Matthew | 28/11/2011 | meeting with Bill Estey re research on Canadian legal issues (0.7); further research re same (3.2); | 3.9 | 1,755.00 | 10925494 |
| Atkey | Matthew | 21/11/2011 | meeting with Bill Estey to discuss legal question re Canadian legal issues (0.4); research relating to treatment of same under CCAA proceedings (2.0); | 2.3 | 1,035.00 | 10925621 |
| Atkey | Matthew | 25/11/2011 | meeting with Scott Bomhof re research relating to Canadian legal issues (0.5); further research re Canadian legal issues (2.5); | 3.0 | 1,350.00 | 10926420 |
| Atkey | Matthew | 29/11/2011 | further research re Canadian legal issues; | 2.6 | 1,170.00 | 10929070 |
| Atkey | Matthew | 30/11/2011 | discussions with Bill Estey and Scott Bomhof of Torys and with Cleary re results of research on Canadian legal issues (2.0); further follow-up research re same (2.0); | 4.0 | 1,800.00 | 10929847 |
| Wall | Kevin | 01/11/2011 | research re: Canadian legal issue; | 0.7 | 206.50 | 10885540 |
| Wall | Kevin | 02/11/2011 | researching re: Canadian legal issue; | 1.5 | 442.50 | 10888469 |
| Wall | Kevin | 03/11/2011 | meeting with David Outerbridge to discuss | 0.2 | 59.00 | 10888992 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| | | | research regarding Canadian legal issue in preparation for pending motions hearing; | | | |
| Wall | Kevin | 11/11/2011 | research re: Canadian legal issue; | 1.6 | 472.00 | 10899081 |
| Wall | Kevin | 10/11/2011 | research re: Canadian legal issue; | 0.2 | 59.00 | 10899503 |
| Wall | Kevin | 12/11/2011 | research re: Canadian legal issue; | 1.7 | 501.50 | 10899878 |
| Wall | Kevin | 14/11/2011 | research re: Canadian legal issue; | 1.7 | 501.50 | 10902517 |
| Wall | Kevin | 13/11/2011 | research re: Canadian legal issue; | 0.4 | 118.00 | 10902947 |
| Wall | Kevin | 21/11/2011 | research re: Canadian legal issue; | 0.7 | 206.50 | 10920194 |
| Wall | Kevin | 18/11/2011 | research re: Canadian legal issue; | 2.8 | 826.00 | 10920644 |
| Wall | Kevin | 17/11/2011 | research re: Canadian legal issue; | 0.5 | 147.50 | 10921811 |
| Wall | Kevin | 25/11/2011 | research re: Canadian legal issue; | 0.6 | 177.00 | 10923622 |
| Wall | Kevin | 28/11/2011 | researching Canadian legal issue case law in Canada and U.S. (1.5); researching Canadian legal issue (1.6); | 3.1 | 914.50 | 10926009 |
| Wall | Kevin | 29/11/2011 | review of NNC & NNL and NNC facta in preparation for meeting with David Outerbridge; | 1.5 | 442.50 | 10928472 |
| Wall | Kevin | 30/11/2011 | research re: Canadian legal issue (1.8); reviewing leading cases on Canadian legal issue (1.5); whether Justice Warren Winkler has judicially considered Canadian legal matter (.5); | 3.8 | 1,121.00 | 10934861 |
| Estey | Wilfred M. | 11/11/2011 | office conversation with Scott Bomhof re Canadian legal issue; | 0.5 | 487.50 | 10902002 |
| Estey | Wilfred M. | 21/11/2011 | review of the documents re the question from Cleary Gottlieb regarding Canadian legal issue; | 0.5 | 487.50 | 10917257 |
| Estey | Wilfred M. | 21/11/2011 | telephone conversation with Scott Bomhof and office conversation with Matt Atkey re the research to be conducted; | 0.5 | 487.50 | 10917491 |
| Estey | Wilfred M. | 27/11/2011 | review of e-mail from Matt Atkey re Canadian legal issue; e-mail to Scott Bomhof; review of case law; | 1.0 | 975.00 | 10923396 |
| Estey | Wilfred M. | 28/11/2011 | office conversation with Matt Atkey re his research on Canadian legal issue; | 1.0 | 975.00 | 10926212 |
| Estey | Wilfred M. | 29/11/2011 | review of materials from Matt Atkey re Canadian legal issue; | 2.5 | 2,437.50 | 10928595 |
| Estey | Wilfred M. | 30/11/2011 | review of materials and case law re Canadian legal issue (0.8); conference calls with Matt Atkey, Scott Bomhof and representatives of Cleary Gottlieb to discuss same (1.5); review of follow-up e-mail from Matt Atkey and accompanying cases (0.7); | 3.0 | 2,925.00 | 10930952 |
| DeMarinis | Tony | 02/11/2011 | review and consideration of research issues; | 2.5 | 2,437.50 | 10887405 |
| DeMarinis | Tony | 25/11/2011 | review document in re claims issue and consider Canadian law; | 1.0 | 975.00 | 10933406 |
| DeMarinis | Tony | 24/11/2011 | reading materials regarding Canadian law research and inter-company matters; | 2.0 | 1,950.00 | 10933721 |
| DeMarinis | Tony | 23/11/2011 | consideration of Canadian law issues relating to claims and inter-company matters, and review of Company materials relating to same; | 2.5 | 2,437.50 | 10934445 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Martin | Timothy | 04/11/2011 | Drafting summary for W. Gray re: intercompany matter | 2.6 | 1,261.00 | 10890488 |
| Martin | Timothy | 01/11/2011 | Reviewing article re: intercompany matter | 0.8 | 388.00 | 10890844 |
| Bomhof | Scott A. | 04/11/2011 | follow up on issues related to cross-border D&O liability issues (.9); telephone call with Cleary and various telephone calls with Goodmans regarding cross-border claims issues (1.0); | 1.9 | 1,491.50 | 10892576 |
| Bomhof | Scott A. | 08/11/2011 | various telephone calls with FMC and Cleary re issues related to asset sale process; | 0.6 | 471.00 | 10897955 |
| Bomhof | Scott A. | 09/11/2011 | reviewing policy issues and treatment of claims for insurance payments (.6); reviewing issues related to ownership of residual IP assets (1.2); telephone call with I. Rosenberg regarding allocation of certain costs between Canadian and U.S. estates (.4); | 2.2 | 1,727.00 | 10898770 |
| Bomhof | Scott A. | 10/11/2011 | reviewing issues related to mediation brief regarding court-ordered mediation before Winkler J.A.; | 1.0 | 785.00 | 10902250 |
| Bomhof | Scott A. | 11/11/2011 | reviewing account of joint expert (regarding June 7 allocation protocol hearing) of NNC and NNI and discussing allocation with J. Stam and I. Rosenberg; | 0.6 | 471.00 | 10902300 |
| Bomhof | Scott A. | 14/11/2011 | attend status update call with J. Ray and Cleary (1.2); attending call with Cleary, Aiken and FMC regarding allocation issues and discussing Canadian issues in separate call with FMC (1.1); | 2.3 | 1,805.50 | 10902801 |
| Bomhof | Scott A. | 15/11/2011 | reviewing prior CCAA orders related to insurance coverage and analyzing issues related to insurance policy motion; | 1.2 | 942.00 | 10906120 |
| Bomhof | Scott A. | 17/11/2011 | reviewing issues related to mediation before Winkler J.A.; | 1.5 | 1,177.50 | 10912776 |
| Bomhof | Scott A. | 23/11/2011 | telephone call with Cleary to discuss mediation issues; | 0.9 | 706.50 | 10919106 |
| Bomhof | Scott A. | 25/11/2011 | preparing outline of issues for further mediation brief; | 0.9 | 706.50 | 10925586 |
| Bomhof | Scott A. | 30/11/2011 | telephone call with J. Ray, Clearys, UCC and UCC advisors regarding mediation issues; | 2.0 | 1,570.00 | 10933094 |
| Gray | William | 09/11/2011 | Work on intercompany claims analysis (.6); Work on issues relating to retention of bondholder counsel for UCC Canada (.7); | 1.3 | 1,105.00 | 10902692 |
| Gray | William | 14/11/2011 | Work on legal issues (.9); review intercompany claims (.9); | 1.8 | 1,530.00 | 10911437 |
| Gray | William | 22/11/2011 | Review intercompany issues | 1.3 | 1,105.00 | 10916480 |
| Gray | William | 21/11/2011 | Work on intercompany claims; Research regarding cross-border claims | 1.3 | 1,105.00 | 10916906 |
| Gray | William | 23/11/2011 | Work on intercompany claims; Legal research regarding intercompany claims | 1.5 | 1,275.00 | 10923321 |
| Gray | William | 30/11/2011 | Work on issues regarding intercompany issues | 1.6 | 1,360.00 | 10929591 |
| Gray | William | 28/11/2011 | Work on intercompany claims | 1.7 | 1,445.00 | 10929721 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/11/2011 | telephone call with R. Jacobs of FMC regarding asset sale issues; | 0.5 | 392.50 | 10887042 |
| Bomhof | Scott A. | 02/11/2011 | reviewing materials for motion to approve 5th HWT distribution (.5); reviewing draft APA and vesting order regarding residual IP assets and discussing same with Cleary (.8); | 1.3 | 1,020.50 | 10888495 |
| Bomhof | Scott A. | 03/11/2011 | telephone call with FMC and reviewing residual IP asset materials and discussing same with Cleary (.5); reviewing draft order for motion to extend time lines for employee claims process (.4); telephone call with J. Pasqueriello of Goodmans regarding cross-border claim issues and discussing same with Cleary (.5); | 1.4 | 1,099.00 | 10888696 |
| Bomhof | Scott A. | 04/11/2011 | telephone call with Cleary and Goodmans regarding cross-border claims issues and CCAA compensation claim process (1.2); telephone call with FMC and reviewing issues related to fifth HWT distribution and employee claims process (1.2); reviewing materials for Nov. 8 CCAA motions (.5); | 2.9 | 2,276.50 | 10892615 |
| Bomhof | Scott A. | 07/11/2011 | various telephone calls with Cleary and Goodmans regarding cross-border claims issues and November 8 motion to extend timelines for delivery of claims packages and preparing for November 8 hearing; | 1.5 | 1,177.50 | 10895682 |
| Bomhof | Scott A. | 08/11/2011 | prepare for and attend motion before Morawetz J. re Amendment to Compensation Claims Order and 5th HWT Distribution; | 3.0 | 2,355.00 | 10897740 |
| Bomhof | Scott A. | 08/11/2011 | review and distribute issued orders from November 8 hearing; | 0.4 | 314.00 | 10897932 |
| Bomhof | Scott A. | 09/11/2011 | telephone call with Cleary (L. Schwitzer) regarding insurance issues and follow up call with FMC and follow up call with Norton Rose (1.5); telephone call with FMC regarding compensation claims process issues (.5); | 2.0 | 1,570.00 | 10899094 |
| Bomhof | Scott A. | 11/11/2011 | discussing residual IP asset vesting order with FMC and revising draft order (1.0); reviewing draft order regarding preservation of privilege and revising same (.5); | 1.5 | 1,177.50 | 10901411 |
| Bomhof | Scott A. | 10/11/2011 | telephone call with L. Schwitzer, C. Armstrong and A. Merskey regarding asset sale issues (1.0); revising vesting order for assets (.3); telephone call with J. Stam and reviewing invoice of expert from June 2, 2011 allocation protocol hearing (.5); | 1.8 | 1,413.00 | 10901993 |
| Bomhof | Scott A. | 14/11/2011 | reviewing Cleary comments on vesting order and revising same; telephone call with FMC to discuss same (.9); various telephone calls with Goodmans and Cleary regarding cross-border claims issues (1.2); telephone call with J. Paqueriello of Goodmans and K. Zych of Bennett Jones regarding Ernst & Young advisory role (1.0); reviewing Norton Rose letter regarding insurance motion (.2); | 3.3 | 2,590.50 | 10902426 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 15/11/2011 | various telephone calls with Cleary and Norton Rose and providing comments on draft Nordheimer J. order (1.5); discussing information sharing issues with Cleary, Norton Rose and Goodmans regarding cross-border claims (1.7); providing comments on vesting order to Goodmans and discussing same with Cleary and FMC (.9); | 4.1 | 3,218.50 | 10906070 |
| Bomhof | Scott A. | 16/11/2011 | reviewing issues related to insurance motion (.5) and cross-border claims information sharing (.7); | 1.2 | 942.00 | 10910744 |
| Bomhof | Scott A. | 18/11/2011 | various telephone calls with Cleary and Goodmans regarding cross-border claims information sharing issues (1.0); reviewing FMC comments and Cleary comments on vesting order and telephone call with Goodmans regarding same (1.1); | 2.1 | 1,648.50 | 10912753 |
| Bomhof | Scott A. | 17/11/2011 | various telephone calls with Cleary, Goodmans and Norton Rose regarding co-ordination of information on cross-border claims (1.6); reviewing revisions to "privilege" order and discussing same with Cleary and Norton Rose (1.2); reviewing FMC comments on vesting order and discussing same with R. Jacobs (.9); | 3.7 | 2,904.50 | 10912780 |
| Bomhof | Scott A. | 21/11/2011 | telephone call with Goodmans and Cleary on cross-border claim information sharing (1.0); telephone call with FMC and telephone call with Cleary and revising vesting order (2.1); telephone call with Goodmans regarding asset issues (2.0); telephone call with FMC and Cleary regarding E&Y engagement issues (.6); | 5.7 | 4,474.50 | 10913790 |
| Bomhof | Scott A. | 22/11/2011 | various telephone calls with Cleary, FMC and Goodmans to discuss APAs and vesting orders and reviewing transaction documents; | 4.0 | 3,140.00 | 10916728 |
| Bomhof | Scott A. | 23/11/2011 | various telephone calls with Goodmans and Cleary and reviewing APAs; | 1.7 | 1,334.50 | 10918214 |
| Bomhof | Scott A. | 24/11/2011 | exchange messages with Oslers regarding insurance motion (.3); follow up on asset sale issues (.7); | 1.0 | 785.00 | 10920415 |
| Bomhof | Scott A. | 25/11/2011 | various telephone call with FMC and Goodmans to discuss revised vesting order and reviewing revised order ; | 1.0 | 785.00 | 10926234 |
| Bomhof | Scott A. | 29/11/2011 | telephone call with Goodmans, FMC and Cleary regarding vesting order (1.3); telephone call with L. Schwitzer and telephone call with A. Mersky regarding insurance motion and reviewing supplementary affidavit and factum (2.0); | 3.3 | 2,590.50 | 10929058 |
| Bomhof | Scott A. | 30/11/2011 | reviewing Cleary comments on vesting order and discussing same with FMC and Goodmans (.9); reviewing e-mail from Cleary to Goodmans regarding valuation issues (.3); telephone call with Cleary and Goodmans regarding cross-border claims reconciliation (1.3) and telephone call with S. Dewart regarding insurance issues (.3); | 2.8 | 2,198.00 | 10935007 |
| Gray | Andrew | 02/11/2011 | reviewing court materials and correspondence regarding upcoming or potential proceedings; | 0.8 | 532.00 | 10887875 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 03/11/2011 | reviewing correspondence and court materials; | 0.8 | 532.00 | 10888344 |
| Gray | Andrew | 10/11/2011 | meeting with Scott Bomhof and reviewing correspondence; | 0.4 | 266.00 | 10896926 |
| Gray | Andrew | 09/11/2011 | reviewing draft court materials and correspondence regarding upcoming proceedings and related CCAA issues; | 1.3 | 864.50 | 10897830 |
| DeMarinis | Tony | 03/11/2011 | review Monitor's motion record regarding interim distribution and related HWT issues (0.6); correspondence and review relating to residual IP assets (0.5); | 1.1 | 1,072.50 | 10897970 |
| DeMarinis | Tony | 07/11/2011 | email correspondence among Torys and Cleary teams regarding scheduled hearing and Canadian proceeding issues, and review materials relating to same; | 1.0 | 975.00 | 10899187 |
| DeMarinis | Tony | 08/11/2011 | correspondence regarding Canadian residual sales process and matters relating to same (0.3); review November 8 orders circulated by Monitor's counsel (0.2); emails regarding directors' matters (0.2); | 0.7 | 682.50 | 10901481 |
| DeMarinis | Tony | 09/11/2011 | correspondence and document reviews regarding proposed orders and issues relating thereto; | 1.5 | 1,462.50 | 10903489 |
| DeMarinis | Tony | 11/11/2011 | counsel emails, research review and discussion relating to Canadian process (0.8); review draft vesting order (0.2); emails regarding same (0.2); review information relating to Canadian claims filed and proof process (0.9); | 2.1 | 2,047.50 | 10906625 |
| DeMarinis | Tony | 14/11/2011 | review draft orders and counsel emails relating to same; | 0.3 | 292.50 | 10909502 |
| DeMarinis | Tony | 14/11/2011 | consideration of legal issues relating to the Canadian process; | 0.9 | 877.50 | 10909657 |
| DeMarinis | Tony | 14/11/2011 | review monitor's reports and mandate; | 0.7 | 682.50 | 10910419 |
| DeMarinis | Tony | 15/11/2011 | review of drafts of orders, and various email correspondence relating thereto (0.5); consideration of legal issues relating to Canadian stakeholders (1.5); | 2.0 | 1,950.00 | 10913032 |
| DeMarinis | Tony | 16/11/2011 | correspondence relating to residual IP sale (0.3); review of information relating to Canadian stakeholder composition and representation (1.4); | 1.7 | 1,657.50 | 10914882 |
| DeMarinis | Tony | 17/11/2011 | review of emails and materials regarding transaction (0.7); emails amongst U.S. debtor counsel on various matters regarding Canadian proceedings (0.4); | 1.1 | 1,072.50 | 10917573 |
| DeMarinis | Tony | 18/11/2011 | emails and review of materials regarding Canadian representation and monitor; | 0.8 | 780.00 | 10918750 |
| DeMarinis | Tony | 21/11/2011 | Review of court materials; | 0.8 | 780.00 | 10921690 |
| DeMarinis | Tony | 22/11/2011 | review materials and correspondence relating to Airspace (0.6); review draft materials in re SNMP (0.3); various correspondence regarding Canadian court materials (0.3); | 1.2 | 1,170.00 | 10922818 |
| DeMarinis | Tony | 28/11/2011 | correspondence regarding Canadian proceeding issues and materials; | 0.5 | 487.50 | 10926261 |
| DeMarinis | Tony | 29/11/2011 | emails and review regarding insurance matter (0.4); consideration of bond debt matters (0.8); | 1.2 | 1,170.00 | 10928222 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 25/11/2011 | review draft order (0.2); emails amongst U.S. debtor counsel and work group (0.2); updated brief review (0.7); | 1.1 | 1,072.50 | 10934722 |

CANADIAN CCAA PROCEEDINGS/MATTEF

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 22/11/2011 | reviewing materials for sealing order and reviewing draft 18.6 motion record with respect to same; | 1.7 | 1,334.50 | 10916770 |
| Bomhof | Scott A. | 23/11/2011 | reviewing draft materials for sealing order; | 0.5 | 392.50 | 10919189 |