# EXHIBIT B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2011 through November 30, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Research | Quicklaw / Westlaw | $1,647.95 |
| Duplicating/Printing | 3,125 pgs @ .10 per pg | $312.50 |
| Outside Reproduction | RICOH | - |
| Courier | | - |
| Taxi & Travel | Taxi | - |
| Meals | | - |
| Library Costs | | - |
| Court Searches | PACER Service Fees | $137.44 |
| Word Processing | | - |
| Telephone | Long Distance | - |
| **Grand Total Expenses** | | **$2,097.89** |

12648259.1

| Date | Amount | Description |
|---|---:|---|
| 25/11/2011 | 0.70 | Copies |
| 29/11/2011 | 4.20 | Copies |
| 30/11/2011 | 1.00 | Copies |
|  | **$ 5.90** |  |
| 01/11/2011 | 0.10 | Laser Printing |
| 01/11/2011 | 6.10 | Laser Printing |
| 02/11/2011 | 0.10 | Laser Printing |
| 03/11/2011 | 17.70 | Laser Printing |
| 04/11/2011 | 11.50 | Laser Printing |
| 08/11/2011 | 0.10 | Laser Printing |
| 09/11/2011 | 0.10 | Laser Printing |
| 09/11/2011 | 1.20 | Laser Printing |
| 10/11/2011 | 0.90 | Laser Printing |
| 10/11/2011 | 0.30 | Laser Printing |
| 10/11/2011 | 102.40 | Laser Printing |
| 10/11/2011 | 0.70 | Laser Printing |
| 11/11/2011 | 0.20 | Laser Printing |
| 11/11/2011 | 0.40 | Laser Printing |
| 11/11/2011 | 4.00 | Laser Printing |
| 11/11/2011 | 23.90 | Laser Printing |
| 14/11/2011 | 10.90 | Laser Printing |
| 14/11/2011 | 4.30 | Laser Printing |
| 14/11/2011 | 1.90 | Laser Printing |
| 15/11/2011 | 2.00 | Laser Printing |
| 15/11/2011 | 0.90 | Laser Printing |
| 16/11/2011 | 11.20 | Laser Printing |
| 16/11/2011 | 8.40 | Laser Printing |
| 17/11/2011 | 2.40 | Laser Printing |
| 17/11/2011 | 0.50 | Laser Printing |
| 18/11/2011 | 0.30 | Laser Printing |
| 21/11/2011 | 2.00 | Laser Printing |
| 21/11/2011 | 3.10 | Laser Printing |
| 22/11/2011 | 14.30 | Laser Printing |
| 23/11/2011 | 0.40 | Laser Printing |
| 24/11/2011 | 0.60 | Laser Printing |
| 25/11/2011 | 15.10 | Laser Printing |
| 27/11/2011 | 2.50 | Laser Printing |
| 28/11/2011 | 2.90 | Laser Printing |
| 28/11/2011 | 5.90 | Laser Printing |
| 28/11/2011 | 5.50 | Laser Printing |
| 29/11/2011 | 0.10 | Laser Printing |
| 29/11/2011 | 8.20 | Laser Printing |
| 29/11/2011 | 5.50 | Laser Printing |
| 30/11/2011 | 9.80 | Laser Printing |
| 30/11/2011 | 1.70 | Laser Printing |
| 30/11/2011 | 2.20 | Laser Printing |
| 30/11/2011 | 1.10 | Laser Printing |
| 08/11/2011 | 0.80 | Laser Printing |
| 08/11/2011 | 0.20 | Laser Printing |
| 08/11/2011 | 0.80 | Laser Printing |
| 08/11/2011 | 0.20 | Laser Printing |
| 10/11/2011 | 1.20 | Laser Printing |
| 10/11/2011 | 1.20 | Laser Printing |
| 10/11/2011 | 1.20 | Laser Printing |
| 10/11/2011 | 0.20 | Laser Printing |
| 14/11/2011 | 0.80 | Laser Printing |
| 15/11/2011 | 0.20 | Laser Printing |

| Date | Amount | Description |
|---|---|---|
| 15/11/2011 | 0.10 | Laser Printing |
| 16/11/2011 | 0.10 | Laser Printing |
| 21/11/2011 | 2.80 | Laser Printing |
| 21/11/2011 | 1.60 | Laser Printing |
| 21/11/2011 | 0.10 | Laser Printing |
| 21/11/2011 | 0.90 | Laser Printing |
| 21/11/2011 | 0.80 | Laser Printing |
| | $ 306.60 | |
| | | |
| 02/11/2011 | 100.33 | On Line Research Charges - Quicklaw |
| 11/11/2011 | 50.17 | On Line Research Charges - Quicklaw |
| 11/11/2011 | 144.48 | On Line Research Charges - Quicklaw |
| 11/11/2011 | 36.12 | On Line Research Charges - Quicklaw |
| 24/11/2011 | 231.79 | On Line Research Charges - Quicklaw |
| 25/11/2011 | 3.01 | On Line Research Charges - Quicklaw |
| 01/11/2011 | 150.50 | On Line Research Charges -WestlaweCarswell Incl. |
| 02/11/2011 | 195.64 | On Line Research Charges -WestlaweCarswell Incl. |
| 08/11/2011 | 70.23 | On Line Research Charges -WestlaweCarswell Incl. |
| 11/11/2011 | 25.58 | On Line Research Charges -WestlaweCarswell Incl. |
| 14/11/2011 | 7.02 | On Line Research Charges -WestlaweCarswell Incl. |
| 17/11/2011 | 629.57 | On Line Research Charges -WestlaweCarswell Incl. |
| 18/11/2011 | 3.51 | On Line Research Charges -WestlaweCarswell Incl. |
| | $ 1,647.95 | |
| | | |
| 08/11/2011 | 2.72 | Computerized Court Searches - PACER SERVICE CENTER |
| 08/11/2011 | 134.72 | Computerized Court Searches - PACER SERVICE CENTER |
| | $ 137.44 | |

Grand Total $ 2,097.89