**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
          Debtors. : Jointly Administered
:
------------------------------------------------------------X   Re: D.I. 7049

**NOTICE OF SERVICE**

      PLEASE TAKE NOTICE that on December 29, 2011, a copy of the **Order (I) Authorizing and Approving the Flextronics Settlement and Release Agreement, (II) Authorizing and Approving the Related Side Agreement and (III) Granting Related Relief** was served in the manner indicated upon the individuals identified on the attached service lists.

Dated: December 29, 2011
Wilmington, Delaware

                            CLEARY GOTTLIEB STEEN & HAMILTON LLP
                            James L. Bromley (admitted pro hac vice)
                            Lisa M. Schweitzer (admitted pro hac vice)
                            One Liberty Plaza
                            New York, NY 10006
                            Telephone: (212) 225-2000
                            Facsimile: (212) 225-3999

                            and

                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                            */s/ Ann C. Cordo*
                            Derek C. Abbott (No. 3376)
                            Ann C. Cordo (No. 4817)
                            Chad A. Fights (No. 5006)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4498739.10

**Via First Class Mail**

FLEXTRONICS CORPORATION
ATTN: SIMON ROBINS
48 GABLES COURT
BEACONSFIELD, QC H9W 5H4
CANADA

FLEXTRONICS INTERNATIONAL
STEVE JACKMAN, ESQ.
847 GIBRALTAR DRIVE
MILPITAS, CA 95035

CURTIS, MALLET-PREVOST, COLE & MOSLE LLP
ATTN: STEVEN J. REISMAN, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

THORNTON GROUTFINNIGAN LLP
ATTN: LEANNE M. WILLIAMS, ESQ.
100 WELLINGTON ST. WEST
TORONTO-DOMINION CENTRE
TORONTO, ON