# Exhibit B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2011 Through November 30, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transcripts | | ($5,075.24) |
| Consulting/Professional Services | | $333.92 |
| Photos/Art/ Spec Duplicating | | 6,088.80 |
| Meals | | 603.75 |
| Messenger Service | | 513.00 |
| Courier/Delivery Service | | 516.34 |
| Computer Research | Westlaw | 38.39 |
| Special Supplies | | 878.46 |
| In-House Duplicating | | 1,305.45 |
| Postage | | 55.34 |
| Facsimile | | 1,791.00 |
| Pacer | | 52.08 |
| Conference Calls | | 621.48 |
| **Grand Total Expenses** | | **$7,722.77** |

Nortel Networks, Inc.
63989-DIP
DATE: 12/30/11 10:17:14

PRO FORMA  285066          AS OF 11/30/11          INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 914680 | 10/14/11 | B | (5,075.24) | Reversal from Void Check Number: 71413 Bank ID: 01 Voucher ID: 18316? Vendor: WILCOX & FETZER, LTD | 506 | 322 | 184280 |
| 912069 | 10/31/11 | B | 333.92 | Consulting/Professional Services - PHILLIPS, GOLDMAN & SPENCE, P.A.` CASE NO. 09-10138 (KG) - PROFESSIONAL RENDERED THROUGH OCTOBER 31, 2011 | 509 SERVICES | 203 | 184010 |
| 905276 | 11/01/11 | B | 708.95 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` DIGITAL COPIES (14 ORIGINALS x 187 COPIES) - 11/01/2011 | 510 | 684 | 183481 |
| 906554 | 11/03/11 | B | 54.78 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 11/03/2011 | 510 | 684 | 183668 |
| 906555 | 11/07/11 | B | 1,218.31 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 11/09/2011 | 510 | 900 | 183669 |
| 911766 | 11/18/11 | B | 1,209.07 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 11/18/2011 | 510 | 900 | 183969 |
| 912246 | 11/23/11 | B | 1,635.71 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY PRINT - 11/23011 | 510 | 900 | 184047 |
| 914462 | 11/29/11 | B | 573.41 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 11/29/2011 | 510 | 684 | 184228 |
| 914467 | 11/30/11 | B | 688.57 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 11/30/2011 | 510 | 546 | 184232 |
| 909552 | 10/15/11 | B | 166.25 | Meals - AMERICAN EXPRESS` COSI - BREAKFAST FOR 20 - 10/15/2011 | 512 | 904 | 183767 |
| 909137 | 10/31/11 | B | 437.50 | Meals - ALE HOUSE INC.` LUNCH FOR 20 - 10/31/2011 | 512 | 904 | 183746 |
| 906574 | 09/30/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906578 | 09/30/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906579 | 09/30/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906575 | 09/30/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 906582 | 10/03/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906588 | 10/03/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906599 | 10/03/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906621 | 10/04/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906657 | 10/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906658 | 10/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906659 | 10/06/11 | B | 3.00 | Messenger Service | 513S | 684 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 12/30/11 10:17:14

PRO FORMA   285066          AS OF 11/30/11          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 906660 | 10/06/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906661 | 10/06/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906692 | 10/10/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906693 | 10/10/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906694 | 10/10/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906697 | 10/11/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906720 | 10/11/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906728 | 10/12/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906735 | 10/12/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906736 | 10/12/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906750 | 10/13/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906751 | 10/13/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906753 | 10/13/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906790 | 10/14/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906763 | 10/14/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906764 | 10/14/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906771 | 10/14/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906783 | 10/14/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906784 | 10/14/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906789 | 10/14/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906759 | 10/14/11 | B | 3.00 | Messsenger Service | 513S | 000 | |
| 906760 | 10/14/11 | B | 3.00 | Messsenger Service | 513S | 000 | |
| 906761 | 10/14/11 | B | 3.00 | Messsenger Service | 513S | 000 | |
| 906772 | 10/14/11 | B | 3.00 | Messsenger Service | 513S | 000 | |
| 906773 | 10/14/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906776 | 10/14/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906811 | 10/17/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906830 | 10/17/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906831 | 10/17/11 | B | 3.00 | Messsenger Service | 513S | 684 | |
| 906832 | 10/17/11 | B | 3.00 | Messsenger Service | 513S | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 12/30/11 10:17:14

PRO FORMA   285066            AS OF 11/30/11            INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 906834 | 10/17/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906823 | 10/17/11 | B | 3.00 | Messenger Service | 513S | 900 | |
| 906835 | 10/17/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906836 | 10/17/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906844 | 10/17/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906845 | 10/19/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906847 | 10/19/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906848 | 10/19/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906865 | 10/19/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906872 | 10/19/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906873 | 10/20/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906904 | 10/20/11 | B | 3.00 | Messenger Service | 513S | 900 | |
| 906887 | 10/20/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 906910 | 10/20/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 906940 | 10/21/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 906941 | 10/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906923 | 10/21/11 | B | 9.00 | Messenger Service | 513S | 684 | |
| 906924 | 10/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906931 | 10/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906938 | 10/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906932 | 10/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906933 | 10/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906934 | 10/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906935 | 10/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906936 | 10/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906937 | 10/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906952 | 10/24/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906953 | 10/24/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906958 | 10/24/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906959 | 10/24/11 | B | 3.00 | Messenger Service | 513S | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 12/30/11 10:17:14

PRO FORMA   285066          AS OF 11/30/11                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 906966 | 10/24/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906974 | 10/25/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 906987 | 10/25/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 906989 | 10/25/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 907006 | 10/26/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 907015 | 10/26/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 907016 | 10/26/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 907060 | 10/31/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912576 | 11/03/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912600 | 11/04/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912611 | 11/04/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912672 | 11/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912673 | 11/08/11 | B | 3.00 | Messenger Service | 513S | 203 | |
| 912657 | 11/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912699 | 11/09/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912710 | 11/10/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912721 | 11/10/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912722 | 11/10/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912715 | 11/10/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912716 | 11/10/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912717 | 11/10/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912718 | 11/10/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912719 | 11/10/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912720 | 11/10/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912734 | 11/11/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912747 | 11/14/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912757 | 11/14/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912760 | 11/14/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 912761 | 11/14/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 912765 | 11/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 12/30/11 10:17:14

PRO FORMA   285066        AS OF 11/30/11        INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 912791 | 11/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912792 | 11/15/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912794 | 11/16/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912795 | 11/16/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912841 | 11/17/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912847 | 11/17/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912851 | 11/18/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912852 | 11/18/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912855 | 11/18/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912868 | 11/18/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912869 | 11/18/11 | B | 63.00 | Messenger Service | 513S | 684 | |
| 912870 | 11/18/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912871 | 11/18/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912872 | 11/18/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912884 | 11/21/11 | B | 12.00 | Messenger Service | 513S | 684 | |
| 912896 | 11/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912899 | 11/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912900 | 11/21/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 913675 | 11/21/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 913685 | 11/21/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 913688 | 11/21/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 912906 | 11/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912907 | 11/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912908 | 11/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912923 | 11/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912925 | 11/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912928 | 11/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912929 | 11/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912931 | 11/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912932 | 11/22/11 | B | 3.00 | Messenger Service | 513S | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 12/30/11 10:17:14

PRO FORMA   285066                     AS OF 11/30/11                                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 912938 | 11/23/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912943 | 11/23/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912944 | 11/23/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912949 | 11/23/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912950 | 11/23/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912951 | 11/23/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912952 | 11/23/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912953 | 11/23/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912960 | 11/23/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912961 | 11/23/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912974 | 11/28/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912982 | 11/28/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912970 | 11/28/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 912985 | 11/29/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 913000 | 11/29/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 911566 | 10/13/11 | B | 34.80 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - A. CORDO - 10/13/2011 | 514 | 904 | 183955 |
| 911571 | 10/18/11 | B | 34.80 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - COURIER CHARGES - 10/18/2011 | 514 | 000 | 183955 |
| 906346 | 10/24/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 183542 |
| 906347 | 10/25/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 183542 |
| 906348 | 10/25/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 183542 |
| 911582 | 10/25/11 | B | 34.80 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - 10/25/2011 | 514 | 684 | 183955 |
| 906266 | 11/01/11 | B | 8.83 | Courier/Delivery Service | 514 | 322 | 183519 |
| 909155 | 11/04/11 | B | 6.90 | Courier/Delivery Service | 514 | 000 | 183762 |
| 909799 | 11/10/11 | B | 6.90 | Courier/Delivery Service | 514 | 000 | 183835 |
| 909800 | 11/10/11 | B | 6.90 | Courier/Delivery Service | 514 | 000 | 183835 |
| 909801 | 11/10/11 | B | 6.90 | Courier/Delivery Service | 514 | 000 | 183835 |
| 909802 | 11/10/11 | B | 6.90 | Courier/Delivery Service | 514 | 000 | 183835 |
| 909047 | 11/10/11 | B | 11.80 | Courier/Delivery Service | 514 | 322 | 183715 |
| 909048 | 11/10/11 | B | 11.80 | Courier/Delivery Service | 514 | 322 | 183715 |
| 909049 | 11/10/11 | B | 11.80 | Courier/Delivery Service | 514 | 322 | 183715 |
| 909720 | 11/10/11 | B | 11.80 | Courier/Delivery Service | 514 | 322 | 183780 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 12/30/11 10:17:14

PRO FORMA 285066     AS OF 11/30/11     INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 909721 | 11/10/11 | B | 16.20 | Courier/Delivery Service | 514 | 322 | 183780 |
| 909722 | 11/10/11 | B | 11.80 | Courier/Delivery Service | 514 | 322 | 183780 |
| 909958 | 11/10/11 | B | 31.08 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 183842 |
| 909803 | 11/11/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 183835 |
| 912023 | 11/15/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184005 |
| 912024 | 11/17/11 | B | 11.15 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184005 |
| 912025 | 11/18/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184005 |
| 912026 | 11/18/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184005 |
| 912027 | 11/18/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184005 |
| 912028 | 11/18/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184237 |
| 914482 | 11/21/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184237 |
| 914483 | 11/22/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184237 |
| 914484 | 11/22/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184237 |
| 914485 | 11/22/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184237 |
| 914486 | 11/22/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184237 |
| 911750 | 11/22/11 | B | 31.08 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 183959 |
| 911742 | 11/22/11 | B | 11.80 | Courier/Delivery Service | 514 | 322 | 183958 |
| 911743 | 11/22/11 | B | 11.80 | Courier/Delivery Service | 514 | 322 | 183958 |
| 911744 | 11/22/11 | B | 11.80 | Courier/Delivery Service | 514 | 322 | 183958 |
| 911745 | 11/22/11 | B | 16.20 | Courier/Delivery Service | 514 | 322 | 183958 |
| 911746 | 11/22/11 | B | 11.80 | Courier/Delivery Service | 514 | 322 | 183958 |
| 912204 | 11/22/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184022 |
| 914487 | 11/23/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184237 |
| 914507 | 11/23/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184237 |
| 914508 | 11/23/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184237 |
| 914509 | 11/23/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184237 |
| 914510 | 11/23/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184237 |
| 914511 | 11/23/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184237 |
| 914512 | 11/23/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184237 |
| 905796 | 10/25/11 | B | 38.39 | Computer Research - Westlaw Search Performed by: MINOTT, TAMARA | 515 | 000 | |
| 911036 | 11/15/11 | B | 685.41 | Special Supplies - IKON OFFICE SOLUTIONS' ENVELOPES, AFFIX POSTAGE, HAND DELIVERIES & BANKRUPTCY MAILOUTS - 11/15/2011 | 518H | 684 | 183910 |
| 911810 | 11/17/11 | B | 193.05 | Special Supplies - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES & BANKRUPTCY MAILOUTS - 11/17/2011 | 518H | 684 | 183983 |
| 905620 | 11/03/11 | B | 1.60 | In-House Duplicating | 519 | 684 | |
| 907538 | 11/10/11 | B | 0.10 | In-House Duplicating | 519 | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 12/30/11 10:17:14

PRO FORMA   285066          AS OF 11/30/11          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 907539 | 11/10/11 | B | 17.60 | In-House Duplicating | 519 | 684 | |
| 907540 | 11/10/11 | B | 14.60 | In-House Duplicating | 519 | 684 | |
| 908974 | 11/11/11 | B | 18.00 | In-House Duplicating | 519 | 684 | |
| 909420 | 11/14/11 | B | 9.20 | In-House Duplicating | 519 | 546 | |
| 909615 | 11/15/11 | B | 3.60 | In-House Duplicating | 519 | 684 | |
| 909616 | 11/15/11 | B | 9.70 | In-House Duplicating | 519 | 684 | |
| 909617 | 11/15/11 | B | 25.90 | In-House Duplicating | 519 | 684 | |
| 909882 | 11/16/11 | B | 26.00 | In-House Duplicating | 519 | 684 | |
| 910106 | 11/17/11 | B | 6.60 | In-House Duplicating | 519 | 684 | |
| 910107 | 11/17/11 | B | 41.90 | In-House Duplicating | 519 | 684 | |
| 910108 | 11/17/11 | B | 60.00 | In-House Duplicating | 519 | 605 | |
| 910515 | 11/18/11 | B | 17.40 | In-House Duplicating | 519 | 684 | |
| 910516 | 11/18/11 | B | 15.60 | In-House Duplicating | 519 | 684 | |
| 910517 | 11/18/11 | B | 18.30 | In-House Duplicating | 519 | 684 | |
| 911068 | 11/21/11 | B | 26.80 | In-House Duplicating | 519 | 684 | |
| 911069 | 11/21/11 | B | 1.40 | In-House Duplicating | 519 | 684 | |
| 911219 | 11/22/11 | B | 7.80 | In-House Duplicating | 519 | 684 | |
| 911220 | 11/22/11 | B | 3.00 | In-House Duplicating | 519 | 684 | |
| 911221 | 11/22/11 | B | 2.80 | In-House Duplicating | 519 | 684 | |
| 911222 | 11/22/11 | B | 29.00 | In-House Duplicating | 519 | 684 | |
| 911620 | 11/23/11 | B | 19.60 | In-House Duplicating | 519 | 684 | |
| 911621 | 11/23/11 | B | 10.20 | In-House Duplicating | 519 | 684 | |
| 911622 | 11/23/11 | B | 11.00 | In-House Duplicating | 519 | 684 | |
| 911857 | 11/28/11 | B | 1.10 | In-House Duplicating | 519 | 554 | |
| 911856 | 11/28/11 | B | 40.90 | In-House Duplicating | 519 | 670 | |
| 913655 | 10/24/11 | B | 1.08 | Postage | 520 | 000 | |
| 913643 | 11/03/11 | B | 3.24 | Postage | 520 | 000 | |
| 913636 | 11/10/11 | B | 11.52 | Postage | 520 | 000 | |
| 913625 | 11/22/11 | B | 39.50 | Postage | 520 | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 12/30/11 10:17:14

PRO FORMA  285066          AS OF 11/30/11                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 914465 | 01/28/11 | B | 20.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` BROADCAST FAX - 01/28/2011 | 522H | 684 | 184230 |
| 909128 | 11/10/11 | B | 850.25 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 11/10/2011 | 522H | 684 | 183733 |
| 910454 | 11/14/11 | B | 15.75 | Facsimile - DIGITAL LEGAL SERVICES LLC` BROADCAST FAX - 11/14/2011 | 522H | 684 | 183861 |
| 912247 | 11/22/11 | B | 905.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` CORRESPONDENCE SENT VIA FAX - 11/22/2011 | 522H | 684 | 184048 |
| 910344 | 10/31/11 | B | 52.08 | Pacer charges for the month of October | 529 | 000 | |
| 904980 | 11/01/11 | B | 3.05 | In-House Printing - black & white | 541 | 684 | |
| 905621 | 11/03/11 | B | 1.40 | In-House Printing - black & white | 541 | 684 | |
| 906091 | 11/04/11 | B | 2.50 | In-House Printing - black & white | 541 | 322 | |
| 906203 | 11/07/11 | B | 3.00 | In-House Printing - black & white | 541 | 684 | |
| 906473 | 11/09/11 | B | 13.10 | In-House Printing - black & white | 541 | 684 | |
| 907541 | 11/10/11 | B | 1.85 | In-House Printing - black & white | 541 | 684 | |
| 909618 | 11/15/11 | B | 10.20 | In-House Printing - black & white | 541 | 684 | |
| 909883 | 11/16/11 | B | 60.90 | In-House Printing - black & white | 541 | 684 | |
| 910109 | 11/17/11 | B | 28.55 | In-House Printing - black & white | 541 | 684 | |
| 910518 | 11/18/11 | B | 7.45 | In-House Printing - black & white | 541 | 684 | |
| 911223 | 11/21/11 | B | 1.15 | In-House Printing - black & white | 541 | 605 | |
| 911070 | 11/21/11 | B | 8.40 | In-House Printing - black & white | 541 | 684 | |
| 911224 | 11/22/11 | B | 8.80 | In-House Printing - black & white | 541 | 684 | |
| 911623 | 11/23/11 | B | 1.95 | In-House Printing - black & white | 541 | 684 | |
| 911858 | 11/28/11 | B | 5.15 | In-House Printing - black & white | 541 | 684 | |
| 912124 | 11/29/11 | B | 3.30 | In-House Printing - black & white | 541 | 684 | |
| 909069 | 10/14/11 | B | 705.00 | In-House Printing - color | 542 | 637 | |
| 913177 | 10/11/11 | B | 16.39 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 184144 |
| 911573 | 10/19/11 | B | 261.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - COURT CONFERENCE CALL - 10/19/201 | 552H 1 | 900 | 183955 |
| 911574 | 10/19/11 | B | 128.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - COURT CONFERENCE CALL - 10/19/201 | 552H 1 | 900 | 183955 |
| 911575 | 10/19/11 | B | 205.00 | Conference Calls - AMERICAN EXPRESS` COURTCALL - COURT CONFERENCE CALL - 10/19/201 | 552H 1 | 900 | 183955 |
| 914532 | 11/10/11 | B | 6.64 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 184249 |

Nortel Networks, Inc.
63989-DIP
DATE: 12/30/11 10:17:14

PRO FORMA   285066          AS OF 11/30/11                                      INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 913204 | 11/16/11 | B | 4.45 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 184145 |
| | | | <u>7,722.77</u> | | | | |