# EXHIBIT A



Court File No.:  09-CL-7950

### ONTARIO
### SUPERIOR COURT OF JUSTICE
### COMMERCIAL LIST

| THE HONOURABLE MR. | ) | FRIDAY, THE 23RD |
|---|---|---|
| | ) | |
| JUSTICE MORAWETZ | ) | DAY OF DECEMBER, 2011 |

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

### ORDER

**THIS MOTION**, made by Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation and Nortel Networks International Corporation (collectively, the "Applicants") for the relief set out in the Applicants' Notice of Motion dated December 16, 2011 was heard this day at 330 University Avenue, Toronto, Ontario.

**ON READING** the affidavit of Clarke Glaspell sworn December 16, 2011 (the "Glaspell Affidavit"), the Seventy-Ninth report of Ernst & Young Inc. (the "Seventy-Ninth Report") in its capacity as monitor (in such capacity, the "Monitor") filed in connection with this motion and on hearing submissions of counsel for the Applicants, the Monitor and those other parties present,

- 2 -

no one appearing for any other person on the service list, although served as appears from the Affidavit of Service of Catherine Ma, sworn December 19, 2011, filed.

1.      **THIS COURT ORDERS** that the time for the service of the Notice of Motion, the Seventy-Ninth Report, and the Motion Record is hereby abridged and validated so that this Motion is properly returnable today and hereby dispenses with further service thereof.

2.      **THIS COURT ORDERS** that capitalized terms used herein and not otherwise defined shall have the meaning given to them in the Glaspell Affidavit.

***Global Settlement and Release Agreement***

3.      **THIS COURT ORDERS** that the Global Settlement and Release Agreement, as it relates to the relationship between the Applicants and Flextronics, substantially in the form attached as Appendix "A" to the Seventy-Ninth Report, is hereby approved and the Applicants are authorized to enter into the Global Settlement and Release Agreement and to perform their respective obligations, if any, thereunder.

***Miscellaneous***

4.      **THIS COURT HEREBY REQUESTS** the aid and recognition of any court, tribunal, regulatory or administrative body having jurisdiction in Canada, the United States, the United Kingdom or elsewhere, to give effect to this Order and to assist the Applicants, the Monitor and their respective agents in carrying out the terms of this Order.  All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance to the Applicants and to the Monitor, as an officer of this Court, as may be necessary or desirable to give effect to this Order, to grant representative status to the Monitor in any foreign proceeding, or to assist the Applicants and the Monitor and their respective agents in carrying out the terms of this Order.

- 3 -

5.    **THIS COURT ORDERS** that each of the Applicants and the Monitor be at liberty and is hereby authorized and empowered to apply to any court, tribunal, regulatory or administrative body, wherever located, for the recognition of this Order and for assistance in carrying out the terms of this Order.

ENTERED AT / INS... ...T À TORONTO
ON / BOOK NO:
LE / DANS LE REGISTRE NO.:

DEC 2 3 2011

PER/PAR:

**IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

Court File No:  09-CL-7950

---

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

Proceeding commenced at Toronto

---

**ORDER**
**(FLEXTRONICS GLOBAL SETTLEMENT)**

---

**NORTON ROSE OR LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4, Canada

**Derrick Tay LSUC#: 21152A**
Tel:  (416) 216-4832
Email: derrick.tay@nortonrose.com

**Jennifer Stam LSUC #46735J**
Tel: (416) 216-2327
Email: jennifer.stam@nortonrose.com
Fax: (416) 216-3930

Lawyers for the Applicants