# EXHIBIT B

IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

Court File No: 09-CL-7950

Dec 23-11

M. Stanino for PBGC    J. Bell for NNI/NN Ads
J. Stam & E Cobb for Norton Rose.    J. Dietrich for UCC
B. Wadsworth CAW.    K. Ticker for Flex.
S. Binash NNI    M. Zigler for Employees    C. Armstrong for Monitor

December 23, 2011

The motion was not opposed. The Monitor has filed its 79th Report which describes the Global Settlement, as does the affidavit of Clarke Glaspell. I am satisfied that the Global Settlement in respect of Flextronics is reasonable in the circumstances.

Motion granted. Settlement approved. Order to go in the form presented.

[signature]

ONTARIO
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

Proceeding commenced at TORONTO

**MOTION RECORD**
Flextronics Global Settlement
(returnable December 23, 2011)

**NORTON ROSE OR LLP**
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto Ontario  M5J 2Z4

**Derrick Tay LSUC#: 21152A**
Tel: +1 416.216.4832
Email: derrick.tay@nortonrose.com

**Jennifer Stam LSUC#: 46735J**
Tel: +1 416.216.2327
Email: jennifer.stam@nortonrose.com

Fax: +1 416.216.3930

Lawyers for the Applicants

