# CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks (CALA) Inc. and WIND Telecom, S.A.** was caused to be made on January 3, 2012, in the manner indicated upon the entities identified below and on the attached service list.

Date: January 3, 2012  
Wilmington, DE

*/s/ Chad A. Fights*  
Chad A. Fights (No. 5006)

### Via Hand Delivery

Ian Connor Bifferato  
Bifferato LLC  
800 N. King Street  
Plaza Level  
Wilmington, DE 19801

### Via First Class Mail

Jeffrey M. Carbino  
Patrick W. Carothers  
Gregory W. Hauswirth  
THORP REED & ARMSTRONG, LLP  
One Oxford Centre  
301 Grant Street, 14th Floor  
Pittsburgh, Pennsylvania 15219-1425