# NORTEL SERVICE LIST

**VIA HAND DELIVERY**

Christopher A. Ward Esq
Justin K. Edelson Esq
Polsinelli Shughart PC
222 Delaware Ave
Ste 1101
Wilmington, DE  19801

Steven K. Kortanek
Matthew P. Ward
Womble Carlyle Sandridge
    & Rice PLLC
222 Delaware Ave
Suite 1501
Wilmington, DE  19801

Tobey M. Daluz Esq
Leslie Heilman Esq
David T. May
Ballard Spahr
919 Market St
11th Floor
Wilmington, DE  19801

Ian Connor Bifferato
Kevin G. Collins
Bifferato LLC
800 N. King St
First Floor
Wilmington, DE  19801

Jami B. Nimeroff
Brown Stone Nimeroff LLC
901 N. Market St
Ste 1300
Wilmington, DE  19801

Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 N. Market St
Ste 1700
Wilmington, DE  19801

David B. Stratton Esq
Leigh-Anne M. Raport Esq
Evelyn J. Meltzer Esq
Pepper Hamilton LLP
1313 Market St
Ste 5100
Wilmington, DE  19801

Henry Jaffe Esq
Pepper Hamilton LLP
1313 Market St
Ste 5100
Wilmington, DE  19801

Domenic Pacitti Esq
Klehr Harrison
919 Market St
Ste 1000
Wilmington, DE  19801

Michael D. DeBaecke  Esq
Blank Rome LLP
1201 Market St
Ste 800
Wilmington, DE  19801

William D. Sullivan Esq
Sullivan Hazeltine Allinson LLC
4 E 8th St
Ste 400
Wilmington, DE  19801

Donna L. Harris
Kevin M. Capuzzi
Pinckney Harris & Weidinger LLC
1220 N. Market St
Ste 950
Wilmington, DE  19801

Adam G.  Landis Esq
Kerri K. Mumford Esq
J. Landon Ellis Esq
Landis Rath & Cobb LLP
919 Market St
Ste 1800
Wilmington, DE  19801

Mary F. Caloway Esq
P.J. Duhig Esq
Buchanan Ingersoll & Rooney
1105 N. Market St
Ste 1900
Wilmington, DE  19801-1228

James L. Patton
Edwin J. Harron
Young Conaway
The Brandywine Bldg 17th Fl
1000 West St
Wilmington, DE  19801

Brett D. Fallon Esq
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE  19801

Carl N. Kunz Esq
Michael J. Custer Esq
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE  19801

US Attorney's Office
District of Delaware
1007 N. Orange St
Wilmington, DE  19801

Thomas P. Tinker. Esq
Office of the U.S. Trustee
844 King St
Ste 2207 Lockbox 35
Wilmington, DE  19801-3519

Anthony W. Clark Esq
Michelle L. Green Esq
Kristy M. Peguero Esq
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE  19801

Gregg M. Galardi
Sarah E. Pierce
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636

Mark D. Collins Esq
Christopher M. Samis Esq
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801

Duane D. Werb Esq
Werb & Sullivan
300 Delaware Ave
13th Floor
Wilmington, DE  19801

Norman L. Pernick
Sanjay Bhatnagar
Cole Schotz Meisel Forman & Leonard
500 Delaware Ave
Ste 1410
Wilmington, DE  19801

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market St
17th Floor
Wilmington, DE  19899-8705

Kathleen M. Miller Esq
Smith Katzenstein & Jenkins LLP
800 Delaware Ave
10th Floor
Wilmington, DE  19801

William P. Bowden Esq
Ashby & Geddes P.A.
500 Delaware Ave
8th Floor
Wilmington, DE  19801

Ricardo Palacio Esq
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE  19801

Gregory A. Taylor Esq
Benjamin W. Keenan Esq
Ashby & Geddes P.A.
500 Delaware Ave
8th Floor
Wilmington, DE  19801

Maria Aprile Sawczuk Esq
Stevens & Lee P.C.
1105 N Market St
7th Floor
Wilmington, DE  19801

Rachel B. Mersky Esq
Monzack Mersky McLaughlin Browder
1201 N Orange St
Ste 400
Wilmington, DE  19801

Michael R. Lastowski
Duane Morris LLP
222 Delaware Ave
Ste 1600
Wilmington, DE  19801-1659

Jeffrey S. Wisler Esq
Marc J. Phillips Esq
Connolly Bove
The Nemours Building
1007 N Orange St
Wilmington, DE  19801

Charlene D. Davis Esq
Daniel A. O'Brien Esq
Justin R. Alberto
Bayard P.A.
222 Delaware Ave
Ste 900
Wilmington, DE  19801

Bruce E. Jameson  
Prickett Jones & Elliott PA  
1310 King St  
Box 1328  
Wilmington, DE  19899  

Christopher P. Simon  
Cross & Simon LLC  
913 N. Market St  
11th Floor  
Wilmington, DE  19801  

John V. Fiorella Esq  
Archer & Greiner PC  
300 Delaware Ave  
Ste 1370  
Wilmington, DE  19801  

Charles J. Brown III Esq  
Archer & Greiner PC  
300 Delaware Ave  
Ste 1370  
Wilmington, DE  19801  

Stuart M. Brown  
Edwards Angell Palmer & Dodge  
919 N. Market St  
Ste 1500  
Wilmington, DE  19801  

Kurt F. Gwynne Esq  
J. Cory Falgowski Esq  
Reed Smith LLP  
1201 N Market St  
Ste 1500  
Wilmington, DE  19801  

**VIA FIRST CLASS U.S. MAIL**

Minoru Inayoshi Gen Mgr of M&A  
Hitachi Lt. Telecommunicatons  
& Network Systems   Division  
216 Totsuka-cho  
Totsuka-ku  
Yokohama-shi,   244-8567  
JAPAN  

Stephen Gale  
Herbert Smith  
Exchange House  
Primrose Streeet  
London, UK  EC2A 2HS  
ENGLAND  

Jennifer Stam  
Ogilvy Renault LLP  
Royal Bank Plaza South Tower  
200 Bay St Ste 3800  
Toronto, Ontario  M5J 2Z4  
CANADA  

Michael J. Wunder  
R. Snayne Kukulowicz  
Alex L. MacFarlane  
Fraser Milner Casgrain LLP  
77 King St West  
Ste 400  
Toronto, Ontario  M5K 0A1  
CANADA  

Chris Armstrong  
Goodmans LLP  
Bay Adelaide Centre  
333 Bay St. Ste 3400  
Toronto, Ontario  M5H 2S7  
CANADA  

Derek  Austin  
Export Development Canada  
151 O'Connor St  
Ottowa, Ontario  K1A 1K3  
CANADA  

Seth B. Shapiro Esq  
U.S. Dept of Justice Civil Div  
P.O. Box 875  
Ben Franklin Station  
Washington, DC  20044  

Jan M. Geht Esq  
U.S. Dept of Justice Tax Div  
P.O. Box 227  
Washington, DC  20044  

Janet Fitzpatrick  
Unisys Corporation  
P.O. Box 500  
M/S E8-108  
Blue Bell, PA  19424  

Centralized Insolvency Operation  
Internal Revenue Service  
P.O. Box 7346  
Philadelphia, PA  19101-7346  

Secretary of Treasury  
P.O. Box 7040  
Dover, DE  19903

```
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

Sheryl L. Moreau Esq
Missouri Dept of Revenue
Bankruptcy Division
P.O. Box 475
Jefferson City, MO  65105-0475

Laura L. McCloud Esq
Assistant Attorney General
P.O. Box 20207
Nashville, TN  37202

John P. Dillman Esq
Linebarger Goggan Blair  & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

Mark K. Ames
Tax Authority Consulting
   Services P.C.
P. O. Box 71476
Richmond, VA  23255

Rod Andrerson Esq
Noel R. Boeke Esq
Holland & Knight LLP
P.O. Box 1288
Tampa, FL  33601-1288

Amos U. Priester IV Esq
Anna B. Osterhout Esq
Smith Anderson Blount Dorsett
P.O. Box 2611
Raleigh, NC  27602-2611

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC  28233

L.A. County Treasurer &
   Tax Collector
P.O. Box 54110
Los Angeles, CA  90054-0110

Vicente Matias Murrell Esq
Stephen D. Schreiber Esq
Pension Benefit Guaranty Corp
1200 K St NW
Washington, DC  20005-4026

Robert  Winter
Paul Hastings Janofsky & Walker LLP
875 15th St  N.W.
Washington, DC  20005

James H. Lister
Birch Horton Bittner & Cherot
1155 Connecticut Ave NW
Ste 1200
Washington, DC  20036

David Capozzi
Acting General Counsel
Universal Service Administrative Co
2000 L St NW
Ste 200
Washington, DC  20036

Edward C. Wetmore VP & Gen Counsel
Amphenol Corporation
358 Hall Ave
Wallingford, CT  06492

Joseph E. Shickich Jr. Esq
Riddell Williams P.S.
1001 4th Ave
Ste 4500
Seattle, WA  98154-1192

Thomas A. Lerner
Stokes Lawrence P.S.
800 Fifth Ave
Ste 4000
Seattle, WA  98104

Ramona Neal Esq
HP  Company
11307 Chinden Blvd
MS 314
Boise, ID  83714

David G. Aelvoet Esq
Linebarger Goggan Blair
   & Sampson LLP
Travis Bldg Ste 300
711 Navarro
San Antonio, TX  78205

Javier Schiffrin
Kevin Malek
Malek Schiffrin LLP
340 Madison Ave
19th Floor
New York, NY  10173-1922
```

Brian Trust
Thomas M. Vitale
Amit K. Trehan
Mayer Brown LLP
1675 Broadway
New York, NY  10019

David M. Feldman
Mitchell A. Karlan
Matthew K. Kelsey
Gibson Dunn & Krutcher LLP
200 Park Ave
New York, NY  10166-0193

David A. Rosenzweig Esq
Fulbright & Jaworski LLP
666 5th Ave
New York, NY  10103-3198

Alistar Bambach
SEC NY Regional Office
Bankruptcy Division
3 World Financial Center
Ste 400
New York, NY  10281-1022

Philip Mindlin
Douglas K. Mayer
Benjamin M. Roth
Gregory E. Pessin
Wachtell Lipton Rosen & Katz
51 West 52nd St
New York, NY  10019

Michael L. Schein Esq
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY  10019

Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY  10004

Raniero  D'Aversa Jr. Esq
Laura D. Metzger Esq
Orrick Herrington & Sutcliffe LLP
666 Fifth Ave
New York, NY  10103-0001

Dennis Dunne Esq
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413

Michelle McMahon Esq
Bryan Cave LLP
1290 Ave of the Americas
New York, NY  10104

N. Thodore Zink Jr. Esq
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

Alan  Kolod
Christopher J. Caruso
Kent C. Kolbig
Moses & Singer LLP
The Chrysler Building
405 Lexington Ave
New York, NY  10174

Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Ave of the Americas
New York, NY  10036-8704

Ken Coleman Esq
Lisa J.P. Kraidin. Esq
Allen & Overy LLP
1221 Ave of the Americas
20th Floor
New York, NY  10020

Lawrence E. Miller Esq
Dewey & LeBoeuf LLP
1301 Ave of the Americas
New York, NY  10019-6092

Carren B. Shulman Esq
Kimberly K. Smith Esq
Sheppard Mullin Richter
   & Hampton LLP
30 Rockefeller Plaza
24th Floor
New York, NY  10112

Edmond P. O'Brien Esq
Stempel Bennett Claman
   & Hochberg PC
675 Third Ave
31st Floor
New York, NY  10017

Steven J.  Reisman Esq
James V. Drew Esq
Curtis Mallet-Prevost Colt
   & Mosle LLP
101 Park Ave
New York, NY  10178-0061

Nicholas Vianna  
The Interpublic Group of Companies  
1114 Ave of the Americas  
19th Floor  
New York, NY  10036  

Ernest S. Wechsler  
Kramer Levin Naftalis Frankel LLP  
1177 Ave of the Americas  
New York, NY  10036  

Jeremy E. Crystal Esq  
Willkie Farr & Gallagher LLP  
787 7th Ave  
New York, NY  10019  

Marc Abrams  
Brian E. O'Connor  
Sameer Advani  
Willkie Farr & Gallagher LLP  
787 7th Ave  
New York, NY  10019-6099  

Robert J. Rosenberg  
Michael J. Riela  
Zachary N. Goldstein  
Latham & Watkins LLP  
885 Third Ave  
Ste 1000  
New York, NY  10022-4068  

David S.  Allinson  
Thomas Malone  
Alexandra Croswell  
Latham & Watkins LLP  
885 Third Ave  
Ste 1000  
New York, NY  10022-4068  

Stephen J. Shimshak  
Marilyn Sobel  
Paul Weiss Rifkind Wharton & Garrison  
1285 Ave of the Americas  
New York, NY  10019-6064  

Kristin S. Elliott  
Kelley Drye & Warren LLP  
101 Park Ave  
New York, NY  10178  

Dennis F. Dunne Esq  
Thomas R. Kreller Esq  
Albert A. Pisa Esq  
Andrew M. Leblanc Esq  
Milbank Tweed Hadley & McCloy LLP  
One Chase Manhattan Plaza  
New York, NY  10005  

Fred S. Hodara Esq  
Ryan C. Jacobs Esq  
David H. Botter Esq  
Akin Gump  
One Bryant Park  
New York, NY  10036  

Kenneth E. Noble Esq  
Katten Muchin Rosenman LLP  
575 Madison Ave  
New York, NY  10022-2585  

Jennifer Feldsher  
Bracewell & Guiliani LLP  
1251 Ave of the Americas  
New York, NY  10020  

Albert Togut  
Neil Berger  
Togut Segal & Segal LLP  
One Penn Plaza  
New York, NY  10119  

Thomas R. Kreller  
Milbank Tweed Hadley & McCloy LLP  
601 South Figueroa St  
Ste 3000  
Los Angeles, CA  90017  

Stephen C. Stapleton  
Dykema Gossett PLLC  
1717 Main St  
Ste 4000  
Dallas, TX  75201-7332  

Mark H. Ralston  
Ciardi Ciardi & Astin  
2603 Oak Lawn Ave  
Ste 200  
Dallas, TX  75219  

Judith W. Ross  
Baker Botts LLP  
2001 Ross Ave  
Dallas, TX  75201  

Lynnette R. Warman  
Hunton & Williams  
1445 Ross Ave  
Ste 3700  
Dallas, TX  75202-2799  

Carol E. Momjian Esq  
PA Senior Deputy Atty Gen  
21 S 12th St  
3rd Floor  
Philadelphia, PA  19107-3603

Fred S. Kurtzman Esq
Klehr Harrison
1835 Market St
Ste 1400
Philadelphia, PA  19103

David L. Pollack Esq
Jeffrey Meyers Esq
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA  19103

Dana S. Plon Esq
Sirlin Gallogly & Lesser
123 S. Broad St
Ste 2100
Philadelphia, PA  19109

Alan S. Kopit Esq
Christopher W. Peer Esq
Hahn Loeser & Parks LLP
200 Public Square
Ste 2800
Cleveland, OH  44114

Susan R. Fuertes Esq
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032

William F. Taylor Jr.
McCarter & English LLP
405 N. King St  8th Floor
Renaissance Centre
Wilmington, DE  19801

Linda Boyle
tw telecom inc.
10475 Park Meadows Dr
Ste 400
Littleton, CO  80124

Dustin P. Branch Esq
Katten Muchin Rosenman LLP
2029 Century Park East
Ste 2600
Los Angeles, CA  90067-3012

Christopher J. Horvay Esq
Gould & Ratner LLP
222 N Lasalle St
Ste 800
Chicago, IL  60601

Aaron L. Hammer Esq
Devon J. Eggert Esq
Freeborn & Peters LLP
311 South Wacker Dr
Ste 3000
Chicago, IL  60606

Mary E. Olson
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive
Ste 3000
Chicago, IL  60606

Eric S. Prezant Esq
Bryan Cave LLP
161 N Clark St
Ste 4300
Chicago, IL  60601

Melissa A. Mickey
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60604-1404

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
Ste 3700
180 N. Stetson Ave
Chicago, IL  60601-6710

Jill L. Murch Esq
Lars A. Peterson Esq
Foley & Lardner LLP
321 North Clark St
Ste 2800
Chicago, IL  60654-5313

Jeffrey B.  Rose
Tishler & Walk Ltd.
200 S. Wacker Drive
Ste 3000
Chicago, IL  60606

Cullen K. Kuhn Esq
Bryan Cave LLP
211 N Broadway
Ste 3600
St. Louis, MO  63102

David L. Uranga
Bell Microproducts Inc
201 Monroe St
Ste 300
Montgomery, AL  36104

Patricia Antonelli
Lauren F. Verni
Partridge Snow & Hahn LLP
180 S. Main St
Providence, RI  02903

Jeffrey B. Ellman Esq
Robbin S. Rahman Esq
Jones Day
1420 Peachtree St NE
Ste 800
Atlanta, GA  30309

Darryl S. Laddin Esq
Frank N. White Esq
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA  30363-1031

Doug  Goin CFO
APC Workforce Solutions LLC
420 South Orange Ave
6th Floor
Orlando, FL  32801

Steve  Jackman Esq VP
Flextronics
847 Gibralter Drive
Milpitas, CA  95035

Joyce A. Kuhns
Saul Ewing LLP
500 E. Pratt St
8th Floor
Baltimore, MD  21202

Richard M. Kremen Esq
Dale K. Cathell Esq
DLA Piper LLP (US)
6225 Smith Ave
Baltimore, MD  21209

James E. Van Horn
McGuireWoods LLP
7 Saint Paul St
Ste 1000
Baltimore, MD  21202-1671

Randall D. Crocker Esq
VonBriesen & Roper S.C.
411 E Wisconsin Ave
Ste 700
Milwaukee, WI  53202

Shawn M. Christianson Esq
Buchalter Nemer
333 Market St
25th Floor
San Francisco, CA  94105-2126

Merle C. Meyers Esq
Michele Thompson Esq
Meyers Law Group P.C.
44 Montgomery St
Ste 1010
San Francisco, CA  94104

Elizabeth Weller Esq
Linebarger Goggan Blair
   & Sampson LLP
2323 Bryan St
Ste 1600
Dallas, TX  75201

James C. Waggoner Esq
Davis Wright Tremaine LLP
1300 SW 5th Ave
Ste 2300
Portland, OR  97201-5630

Soren E. Gisleson
Herman Herman Katz & Cotlar
820 O'Keefe Ave
New Orelans, LA  70113

Kell C. Mercer
Afton Sands-Puryear
Brown McCarroll LLP
111 Congress Ave
Ste 1400
Austin, TX  78701

Amish R. Doshi
Magnozzi & Kye LLP
23 Green Street
Suite 302
Huntington, NY  11743

Rachel S. Budke Esq
FPL Law Department
700 Universe Blvd
Juno Beach, FL  33408

Devin  Lawton Palmer
Boylan Brown
2400 Chase Square
Rochester, NY  14604

Scott K. Brown Esq
Lewis and Roca LLP
40 North Central Ave
Ste 1900
Phoenix, AZ  85004

Denise A. Mertz
UC Tax Agent/Bankr Rep
PA Department of Labor & Industry
Reading Bankr & Complaince Unit
625 Cherry St Room 203
Reading, PA  19602-1184

Nicholas  Skiles Esq
John A. Wetzel Esq
Swartz Campbell LLC
101 E. Evans Street
Ste A
West Chester, PA  19380

Tiffany Strelow Cobb
Vorys Sater Seymour and Pease
55 East Gay St
Columbus, OH  43215

Jennifer V. Doran Esq
Hinckley Allen & Snyder LLP
28 State St
Boston, MA  02109

Frank F. McGinn Esq
Bartlett Hackett Feinberg P.C.
155 Federal St
9th Floor
Boston, MA  02110

James M. Wilton
Patricia I. Chen
Ropes & Gray LLP
Prudential Tower
800 Boylston St
Boston, MA  02199-3600

Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 S. Service Road
Ste 200
Melville, NY  11747

Rick A. Steinberg
Ciardi Ciardi & Astin
100 Church St
8th Floor
New York, NY  10007

David W. Hansen Esq
525 University Ave
Ste 1100
Palo Alto, CA  94301

Lawrence M. Schwab Esq
Thomas M. Gaa Esq
Patrick M. Costello Esq
Bialson Bergen & Schwab
2600 El Camino Real
Ste 300
Palo Alto, CA  94306

David I. Swan Esq
Kenneth M. Misken Esq
McGuireWoods LLP
1750 Tysons Blvd
Ste 1800
McLean, VA  22102-4215

Shannon E. Hoff
Poyner Spruill LLP
301 S. College St
Ste 2300
Charlotte, NC  28202

David M.  Schilli Esq
Ty E. Shaffer Esq
Robinson Bradshaw & Hinson P.A.
101 North Tryon St
Ste 1900
Charlotte, NC  28246

J. Scott Douglass Esq
909 Fannin
Ste 1800
Houston, TX  77010

Brian W. Bisignani Esq
Post & Schell P.C.
17 N 2nd St
12th Floor
Harrisburg, PA  17101-1601

Max Taylor Asst. City Atty.
Municipal Operations
201 W. Colfax Ave
Dept. 1207
Denver, CO  80202-5332

Stephen K. Dexter Esq
Lathrop & Gage LLP
US Bank Tower Ste 2400
950 Seventeenth St
Denver, CO  80202

Stephen C. Tingey Esq
Ray Quinney & Nebeker P.C.
36 South State St
Ste 1400
Salt Lake City, UT  84145-0385

Elizabeth  Banda Esq
Perdue Brandon Fielder Collins & Mott LLP
4025 Woodland Park Blvd
Ste 300
Arlington, TX  76013

Beverly H. Shideler BS8399
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL  60181

Donald K. Ludman Esq
Brown & Connery LLP
6 North Broad St
Ste 1000
Woodbury, NJ  08096

Attn: Chantel Pinnock
Travelers
1 Tower Square
5MN
Hartford, CT  06183-4044

Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Ave
New York, NY  10022

Mark G. Ledwin Esq
Wilson Elser Moskowitz Edelman
    & Dicker
3 Gannett Drive
White Plains, NY  10604

Robert S. McWhorter Esq
Nossaman LLP
915 L St
Ste 1000
Sacramento, CA  95814

Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC  27709

Ann Groninger Esq
Patterson Harkavy
225 E. Worthington Ave
Ste 200
Charlotte, NC  28203

R. S. Stahel
IBM Corp. Legal Dept
1503 LBJ Freeway
3rd Floor
Dallas, TX  75234

Robert E. Nies Esq
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ  07052

Vincent A. D'Agostino Esq
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ  07068

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ  07068

David N. Crapo Esq
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

Ernie Holling President
The InTech Group Inc.
305 Exton Commons
Exton, PA  19341

Ronald Rowland Esq
EMC Corporation
c/o Receivable Management Servs
307 International Circle Ste 270
Hunt Valley, MD  21094

Off of Unemplmt Ins Contrib Div.
MD Department of Labor
    Licensing & Reg.
Litigation Prosecution Unit
1100 N. Eutaw St Room 401
Baltimore, MD  21201

Deborah B. Waldmeir Esq
State of MI Dept of Treasury
Cadillac Place Ste 10-200
3030 W Grand Blvd.
Detroit, MI  48202

Attn:  Nathan  Fuchs
SEC NY Regional Office
233 Broadway
New York, NY  10279

```
Securities & Exchange Commission
100 F St NE
Washington, DC  20549

Douglas J. Lipke
Robert f. Simon
Vedder Price P.C.
North LaSalle Street
Suite 2600
Chicago, IL  60601

Russell S. Long
Davis & Kuelthau SC
111 E. Kilbourn Ave.
Ste. 1400
Milwaukee, WI  53202-6613
```

2662446