**CERTIFICATE OF SERVICE**

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant To Bankruptcy Rule 9019 For Entry Of An Order Approving The Stipulation Resolving Claim No. 5508 With Corre Opportunities Fund, L.P. (As Transferee From Johnson Controls, Inc.)** was caused to be made on January 3, 2012, in the manner indicated upon the entities identified on the attached service list..

Date:  January 3, 2012                                    */s/ Ann C. Cordo*
        Wilmington, DE                                Ann C. Cordo (No. 4817)

4792389.1