IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as a Noticing Coordinator by Epiq Bankruptcy Solutions LLC, 757 Third Avenue, New York, NY 10017 and I am not a party to the above-captioned action.

2. On December 21, 2011, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to:

    a) the sellers of the claims as listed on the annexed Exhibit B,

    b) the buyers of the claims as listed on the annexed Exhibit C,

    c) counsel to the Debtors as listed on Exhibit D.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Eleni Kossivas*

Sworn to before me this
4th day of January, 2012

_____
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\NORTEL\Affidavits\Transfers Aff_12-21-11.docx

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., <u>et al.</u>,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:     **Esquadra Publicitaria**
        **Av Bolivar No 353, Suite 2-K**
        **Edif. Prefesional Elam's II, Gazcue**
        **Santo Domingo**
        **Dominican Republic**

Your claim, in the amount of **$7,817.67** has been transferred, unless previously expunged by Court Order, to:

**Longacre Opportunity Fund, L.P.**
**Attn: Vladimir Jelisavcic**
**810 Seventh Avenue, 33rd Floor**
**New York, NY  10019**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#6953** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By     /s/Brian Hunt
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on <u>December 21, 2011</u>

**EXHIBIT B**

WIPRO LIMITED
ATTN: NAVNEET HRISHIKESAN, ESQ.
75 FEDERAL STREET, 14TH FLOOR
BOSTON, MA  02110

JOHN G. SAYWELL
1716 HARVEST GLEN DRIVE
ALLEN, TX  75002

JAMES HARPER, JR.
101 CHERTSEY CT.
CARY, NC  27519

ESQUADRA PUBLICITARIA
AV BOLIVAR NO 353, SUITE 2-K
EDIF. PREFESIONAL ELAM'S II, GAZCUE
SANTO DOMINGO
DOMINICAN REPUBLIC

DAN MONDOR
3650 NEWPORT BAY DRIVE
ALPHARETTA, GA  30005

JOHN MWAURA
3521 VIRGO DR.
PLANO, TX  75074

FRANK ZARSK
307 W CHARLOTTESVILE
COLLEYVILLE, TX  76034

GEORGE DEDOPOULOS
130 SUNSET AVE.
ISLAND PARK, NY  11558

**EXHIBIT C**

DEUTSCHE BANK SECURITIES INC.
ATTN: MATT WEINSTEIN
60 WALL STREET, 3RD FLOOR
NEW YORK, NY  10005

FAIR HARBOR CAPITAL, LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY  10023

LIQUIDITY SOLUTIONS, INC.
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ  07601

LONGACRE OPPORTUNITY FUND, L.P.
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY  10019

UNITED STATES DEBT RECOVERY X, LP
940 SOUTHWOOD BLVD., SUITE 101
INCLINE VILLAGE, NV  89451

**EXHIBIT D**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY  10006