Form 210A (10/06)

# United States Bankruptcy Court
## District Of Delaware

Nortel Networks, Inc.

Case No. 09-10138 (KG)
(**Jointly Administered**)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Deutsche Bank Securities Inc.

Name of Transferor

International Business Machines Corporation

Name and Address where notices to transferee should be sent:

Deutsche Bank Securities Inc.
60 Wall Street
3rd Floor
New York, NY 10005
Attention: Jeffrey Olinsky
Phone: 212-250-5760
Fax: 212-797-8770

Last Four Digits of Acct #: N/A

Court Claim # (if known): 7897
Amount of Claim: $19,049,760.74
Date Claim Filed:

Phone: N/A

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: [signature]
Transferee/Transferee's Agent R Mikel Curreri
Managing Director

Date: December 30, 2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIMS**

**TO: THE DEBTOR, THE BANKRUPTCY COURT, AND THE MONITOR**

For value received, the adequacy and sufficiency of which are hereby acknowledged, International Business Machines Corporation (the "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to BUYER named below (the "Assignee"), in the amount set forth thereon, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claims (as the term "claim" is defined in Section 101(5) of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., the "Bankruptcy Code" ("Claim 7897"), which has been allowed by agreement with the Debtor pursuant to that certain stipulation between and among International Business Machines Corporation, IBM Credit, LLC, IBM Global Services (China) Co., Ltd., IBM Canada Limited, Nortel Networks, Inc., Nortel Networks Limited, and Ernst & Young as the monitor appointed in the proceedings commenced by Nortel Networks Limited in Canada under the *Companies' Creditors Arrangement Act* (the "Monitor"), dated as of November 23, 2011 [Docket No. [6865]] in the amount of $19,049,760.74.

Assignor hereby waives any objection to the transfer of Claim 7897 to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee Claim 7897 and recognizing the Assignee as the sole owner and holder of Claim 7897. Assignor further directs the Debtor, the Bankruptcy Court, and all other interested parties that all further notices relating to Claim 7897, and all payments or distributions of money or property in respect of Claim 7897, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIMS IS EXECUTED THIS 29th day of December, 2011

**ASSIGNOR:**

**INTERNATIONAL BUSINESS MACHINES CORPORATION**

By: ______________________________
Name: Jack Kreusser
Title: Global Business Services, GBS NA Financial Manager of General Business, Large Contracts

**ASSIGNEE:**

**DEUTSCHE BANK SECURITIES INC.**

By: ______________________________
Name:
Title:

By: ______________________________
Name:
Title:

***IBM-DEUTSCHE BANK CONFIDENTIAL***

**ASSIGNOR:**

**INTERNATIONAL BUSINESS MACHINES CORPORATION**

By: ______________________________
Name: Jack Kreusser
Title: Global Business Services, GBS NA Financial Manager of General Business, Large Contracts

**ASSIGNEE:**

**DEUTSCHE BANK SECURITIES INC.**

By: C.J. Lanktree
Name: CJ Lanktree
Title: Managing Director

By: ______________________________
Name: Scott G Martin
Title: Managing Director