# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 6925** |
| Nortel Networks, Inc. and Nortel Networks (CALA) Inc., | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-55928 (KG) |
| Right Management Inc., | **Objections due: January 3, 2012 at 4:00 p.m. (ET)** |
| Defendant. | **Re: Docket No. 36** |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER APPROVING THE STIPULATION OF SETTLEMENT OF AVOIDANCE CLAIMS BY AND BETWEEN NORTEL NETWORKS INC. AND <u>NORTEL NETOWRKS (CALA) INC. AND RIGHT MANAGEMENT INC.</u>**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks, Inc. and Nortel Networks (CALA) Inc. and Right Management Inc.* [D.I. 6925; Adv. D.I. 36] (the "Motion") filed December 6, 2011.  The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.  Objections to the Motion were to be filed and served no later than January 3, 2012 at 4:00 p.m. (ET).

It is hereby respectfully requested that the proposed Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: January 5, 2012

           **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
      Raymond H. Lemisch, Esquire (No. 4204)
      Jennifer R. Hoover, Esquire (No. 5111)
      Jennifer E. Smith, Esquire (No. 5278)
      222 Delaware Avenue, Suite 801
      Wilmington, DE 19801
      Telephone: (302) 442-7006
      Facsimile: (302) 442-7012
      rlemisch@beneschlaw.com
      jhoover@beneschlaw.com
      jsmith@beneschlaw.com

*Special Litigation Counsel to the Debtors*