## **CERTIFICATE OF SERVICE**

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Status Report of Avoidance Actions Assigned to the Honorable Kevin Gross, Chief Judge** was caused to be made on January 6, 2012, in the manner indicated upon the entities identified on the attached service list.

Date: January 6, 2012  　　　　　　　　　　　　*/s/ Chad A. Fights*
Wilmington, Delaware  　　　　　　　　　　　　Chad A. Fights (No. 5006)

4219743.1