IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ----------X<br>*In re*<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>Debtors.<br>----------X | :<br>:  Chapter 11<br>:<br>:  Case No. 09-10138 (KG)<br>:<br>:  Jointly Administered<br>:<br>:  **Re: D.I. 7017**<br>: |

### CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER AUTHORIZING NNI DELIVER CONSENTS AND AUTHORIZATIONS AND ENTER INTO CERTAIN AGREEMENTS TO FACILITATE THE WIND-DOWN OF NORTEL NETWORKS KABUSHIKI KAISHA

I, Chad A. Fights, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the proposed *Order Authorizing NNI Deliver Consents And Authorizations And Enter Into Certain Agreements To Facilitate The Wind-Down Of Nortel Networks Kabushiki Kaisha* (the "Proposed Order"), attached as **Exhibit A** hereto:

1. On December 20, 2011, the Debtors filed a motion (the "Motion")[2] (a) authorizing NNI to take all necessary actions to facilitate the wind-down of Nortel Networks Kabushiki Kaisha ("NN Japan"), including, without limitation, the repatriation of funds from NN Japan to NNI (the "Cash Repatriation"); (b) authorizing NNI to take all necessary actions to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

remove NN Japan as a party to (i) that certain MEN Distribution Escrow Agreement dated March 19, 2009 (the "MEN Escrow Agreement"), (ii) that certain Enterprise Distribution Escrow Agreement dated December 18, 2009 (the "Enterprise Escrow Agreement"), (iii) that certain CVAS Distribution Escrow Agreement dated May 27, 2010 (the "CVAS Escrow Agreement"), and (iv) that certain MSS Distribution Escrow Agreement dated March 11, 2011 (the "MSS Escrow Agreement" and, together with the MEN, Enterprise, and CVAS Escrow Agreements, the "Escrow Agreements"); (c) authorizing the assignment to NNI of remaining rights and obligations of NN Japan, if any, under the Escrow Agreements; (d) authorizing NNI to enter into an indemnification agreement substantially similar to the form attached to the Motion as Exhibit B (the "Indemnification Agreement") to indemnify and hold harmless NN Japan and its directors in connection with the Cash Repatriation; and (e) granting such other and further relief as the Court deems just and proper [D.I. 7017].

2. Before the objection deadline to the Motion, Ernst & Young Inc., the court-appointed monitor (the "Monitor") and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the "Canadian Debtors") in proceedings under Canada's Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) and the Canadian Debtors relayed informal comments to the Debtors regarding the Motion (the "Response").

3. Subsequently, the Debtors, the Monitor and the Canadian Debtors reached an agreement on the Proposed Order.

4. Attached as **Exhibit B** is a redlined version of the Proposed Order.

WHEREFORE, the Debtors respectfully request that the Court: (i) enter the Proposed Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated:  January 6, 2012<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br> */s/ Chad A. Fights*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Chad A. Fights (No. 5006)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |