# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                               :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                  :    Case No. 09-10138 (KG)
:
      Debtors.                               :    Jointly Administered
---------------------------------------------------------X

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON JANUARY 10, 2012 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## CONTINUED MATTER

1. Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 3942, Filed 9/14/10).

    Objection Deadline: October 7, 2010 at 4:00 p.m. (ET). Extended for Amphenol Corporation and its affiliates to February 3, 2012 at 4:00 p.m. (ET). Extended for the Debtors, with respect to Unisys's response to the objection, to February 16, 2012 at 4:00 p.m. (ET).

    Remaining Response Received:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(a)  Response Of Unisys Corporation To Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) Filed by Unisys Corporation (D.I. 4106, Filed 10/7/10).

Related Pleading:

(a)  Order Granting Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 4163, Filed 10/14/10).

Status: The hearing with respect to the objections to Claim Nos. 5500, 5501, 5502, 5504, 5505 and 5506 filed by Amphenol Corporation and its affiliates has been adjourned to the hearing scheduled for February 9, 2012 at 10:00 a.m. (ET). The hearing with respect to the response filed by Unisys Corporation has been adjourned to the hearing scheduled for February 23, 2012 at 10:00 a.m. (ET).

## UNCONTESTED MATTERS GOING FORWARD WITH CERTIFICATION OF NO OBJECTION

*Nortel Networks Inc. v. Right Management Inc. Adv. Pro. No. 10-55928 (KG)*

2.  Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Nortel Networks (CALA) Inc. and Right Management Inc. (Main Case D.I. 6925, Adv. Proc. Case D.I. 36, Filed 12/6/11).

Objection Deadline: January 3, 2012 at 4:00 p.m. (ET).

Response Received: None at this time.

Related Pleading:

(a)  Certification of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Nortel Networks (CALA) Inc. and Right Management Inc. (Main Case D.I. 7066, Adv. Proc. Case D.I. 39, Filed 1/5/12); and

(b)  Proposed Form of Order.

Status: There are no objections and a CNO has been filed.

*Nortel Networks Inc. v. Beeline.com, Inc. Adv. Pro. No. 10-55165 (KG)*
*Nortel Networks Inc. v. TEKsystems Inc. Adv. Proc. No. 10-55192 (KG)*

3. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims and Proofs of Claim by and Between Nortel Networks Inc. and Nortel Networks (CALA) Inc. and TEKsystems Inc. and Marketsource, Inc. (Main Case D.I. 6999, Beeline Adv. Proc. Case D.I. 93 & TEKsystems Adv. Proc. Case D.I. 35, Filed 12/15/11).

    Objection Deadline: December 29, 2011 at 4:00 p.m. (ET).

    Response Received: None at this time.

    Related Pleading:

    (a) Certification of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims and Proofs of Claim by and Between Nortel Networks Inc. and Nortel Networks (CALA) Inc. and TEKsystems Inc. and Marketsource, Inc. (Main Case D.I. 7064, Beeline Adv. Proc. Case D.I. 98 & TEKsystems Adv. Proc. D.I. 42, Filed 1/5/12); and

    (b) Proposed Form of Order.

    Status: There are no objections and a CNO has been filed.

4. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Proof of Claim No. 4642 Filed by Cox Communications Inc. (D.I. 7013, Filed 12/20/11).

    Objection Deadline: January 3, 2012 at 4:00 p.m. (ET).

    Response Received: None at this time.

    Related Pleading:

    (a) Certification of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Proof of Claim No. 4642 Filed by Cox Communications Inc. (D.I. 7065, Filed 1/5/12); and

    (b) Proposed Form of Order.

    Status: There are no objections and a CNO has been filed.

**UNCONTESTED MATTERS GOING FORWARD WITH CERTIFICATION OF COUNSEL**

5.  Debtor's Motion for Entry of an Order Authorizing NNI to Take Certain Actions to Facilitate the Wind-Down of Nortel Networks Kabushiki Kaisha (D.I. 7017, Filed 12/20/11).

    Objection Deadline: January 3, 2012 at 4:00 p.m. (ET). Extended for Monitor and Canadian Debtors to January 6, 2012 at 4:00 p.m. (ET).

    Response Received: Informal comments from the Monitor and Canadian Debtors.

    Related Pleading:

    (a) Certification of Counsel Regarding Proposed Order Authorizing NNI to Deliver Consents and Authorizations and Enter into Certain Agreements to Facilitate the Wind-Down of Nortel Networks Kabushiki Kaisha (D.I. 7069, Filed 1/6/12); and

    (b) Proposed Form of Order.

    Status: The Debtor has resolved all outstanding issues related to this motion and reached agreement on a proposed order with the Monitor and Canadian Debtor, and has received no objections from any other party. The Debtor has filed a revised proposed order under certification of counsel.

Dated: January 6, 2012
       Wilmington, Delaware

                              CLEARY GOTTLIEB STEEN & HAMILTON LLP
                              James L. Bromley (admitted *pro hac vice*)
                              Lisa M. Schweitzer (admitted *pro hac vice*)
                              One Liberty Plaza
                              New York, New York 10006
                              Telephone: (212) 225-2000
                              Facsimile: (212) 225-3999

                              and

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              _____*/s/ Chad A. Fights*_____
                              Derek C. Abbott (No. 3376)
                              Eric D. Schwartz (No. 3134)
                              Ann C. Cordo (No. 4817)
                              Chad A. Fights (No. 5006)

1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4782868.2