**CERTIFICATE OF SERVICE**

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on January 10, 2012 at 10:00 a.m. (ET)** was caused to be made on January 6, 2012, in the manner indicated upon the parties identified below and on the attached service list.

Dated: January 6, 2012

                                               */s/ Chad A. Fights*
                                               Chad A. Fights (No. 5006)

**Via Fax**

Jennifer R. Hoover
Jennifer E. Smith
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Ave.
Suite 801
Wilmington, DE 19801
Fax : 302-442-7012

3790723.12