# NORTEL 2002 FAX SERVICE LIST

**VIA FAX**

Christopher A. Ward Esq
Justin K. Edelson Esq
Polsinelli Shughart PC
222 Delaware Ave
Ste 1101
Wilmington, DE  19801
FAX: 302-252-0921

Steven K. Kortanek
Matthew P. Ward
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Ave
Ste 1501
Wilmington, DE  19801
FAX: 302-252-4330

Tobey M. Daluz Esq
Leslie Heilman Esq
David T. May
Ballard Spahr
919 Market St
11th Floor
Wilmington, DE  19801
FAX: 302-252-4466

Ian Connor Bifferato
Kevin G. Collins
Bifferato LLC
800 N. King St
First Floor
Wilmington, DE  19801
FAX: 302-254-5383

Jami B. Nimeroff
Brown Stone Nimeroff LLC
901 N. Market St
Ste 1300
Wilmington, DE  19801
FAX: 302-351-2744

Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 N. Market St
Ste 1700
Wilmington, DE  19801
FAX: 302-384-9399

David B. Stratton Esq
Leigh-Anne M. Raport Esq
Evelyn J. Meltzer Esq
Henry Jaffe Esq
Pepper Hamilton LLP
1313 Market St
Ste 5100
Wilmington, DE  19801
FAX: 302-421-8390

Domenic Pacitti Esq
Klehr Harrison
919 Market St
Ste 1000
Wilmington, DE  19801
FAX: 302-426-9193

Michael D. DeBaecke  Esq
Blank Rome LLP
1201 Market St
Ste 800
Wilmington, DE  19801
FAX: 302-428-5107

William D. Sullivan Esq
Sullivan Hazeltine Allinson LLC
4 E 8th St
Ste 400
Wilmington, DE  19801
FAX: 302-428-8195

Donna L. Harris
Kevin M. Capuzzi
Pinckney Harris & Weidinger LLC
1220 N. Market St
Ste 950
Wilmington, DE  19801
FAX: 302-442-7046

Adam G.  Landis Esq
Kerri K. Mumford Esq
J. Landon Ellis Esq
Landis Rath & Cobb LLP
919 Market St
Ste 1800
Wilmington, DE  19801
FAX: 302-467-4450

Mary F. Caloway Esq
P.J. Duhig Esq
Buchanan Ingersoll & Rooney
1105 N. Market St
Ste 1900
Wilmington, DE  19801-1228
FAX: 302-552-4295

James L. Patton
Edwin J. Harron
Young Conaway
The Brandywine Bldg 17th Fl
1000 West St
Wilmington, DE  19801
FAX: 302-571-1253

Brett D. Fallon Esq
Carl N.  Kunz Esq
Michael J. Custer Esq
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE  19801
FAX: 302-571-1750

US Attorney's Office
District of Delaware
1007 N. Orange St
Wilmington, DE  19801
FAX: 302-573-6431

Thomas P. Tinker. Esq
Office of the U.S. Trustee
844 King St
Ste 2207 Lockbox 35
Wilmington, DE  19801-3519
FAX: 302-573-6497

Anthony W. Clark Esq
Michelle L. Green Esq
Kristy M. Peguero Esq
Gregg M. Galardi
Sarah E. Pierce
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE  19801
FAX: 302-651-3001

Mark D. Collins Esq
Christopher M. Samis Esq
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
FAX: 302-651-7701

Duane D. Werb Esq
Werb & Sullivan
300 Delaware Ave
13th Floor
Wilmington, DE  19801
FAX: 302-652-1111

Norman L. Pernick
Sanjay Bhatnagar
Cole Schotz Meisel Forman & Leonard
500 Delaware Ave
Ste 1410
Wilmington, DE  19801
FAX: 302-652-3117

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market St
17th Floor
Wilmington, DE  19899-8705
FAX: 302-652-4400

Kathleen M. Miller Esq
Smith Katzenstein & Jenkins LLP
800 Delaware Ave
10th Floor
Wilmington, DE  19801
FAX: 302-652-8405

William P. Bowden Esq
Gregory A. Taylor Esq
Ricardo Palacio Esq
Ashby & Geddes P.A.
500 Delaware Ave
8th Floor
Wilmington, DE  19801
FAX: 302-654-2067

Maria Aprile Sawczuk Esq
Stevens & Lee P.C.
1105 N Market St
7th Floor
Wilmington, DE  19801
FAX: 302-654-5181

Rachel B. Mersky Esq
Monzack Mersky McLaughlin Browder
1201 N Orange St
Ste 400
Wilmington, DE  19801
FAX: 302-656-2769

Michael R. Lastowski
Duane Morris LLP
222 Delaware Ave
Ste 1600
Wilmington, DE  19801-1659
FAX: 302-657-4901

Jeffrey S. Wisler Esq
Marc J. Phillips Esq
Connolly Bove
The Nemours Building
1007 N Orange St
Wilmington, DE  19801
FAX: 302-658-0380

Charlene D. Davis Esq
Daniel A. O'Brien Esq
Justin R. Alberto
Bayard P.A.
222 Delaware Ave
Ste 900
Wilmington, DE  19801
FAX: 302-658-6395

Bruce E. Jameson
Prickett Jones & Elliott PA
1310 King St
Box 1328
Wilmington, DE  19899
FAX: 302-658-8111

Christopher P. Simon
Cross & Simon LLC
913 N. Market St
11th Floor
Wilmington, DE  19801
FAX: 302-777-4224

John V. Fiorella Esq
Charles J. Brown III Esq
Archer & Greiner PC
300 Delaware Ave
Ste 1370
Wilmington, DE  19801
FAX: 302-777-4352

Stuart M. Brown
Edwards Angell Palmer & Dodge
919 N. Market St
Ste 1500
Wilmington, DE  19801
FAX: 302-777-7263

Kurt F. Gwynne Esq
J. Cory Falgowski Esq
Reed Smith LLP
1201 N Market St
Ste 1500
Wilmington, DE  19801
FAX: 302-778-7575

Minoru Inayoshi Gen Mgr of M&A
Hitachi Lt. Telecommunicatons
& Network Systems   Division
216 Totsuka-cho
Totsuka-ku
Yokohama-shi,   244-8567
JAPAN
FAX: +81-45-881-3221

Stephen Gale
Herbert Smith
Exchange House
Primrose Streeet
London, UK   EC2A 2HS
ENGLAND
FAX: 011-44-20-7098-4878

Jennifer Stam
Ogilvy Renault LLP
Royal Bank Plaza South Tower
200 Bay St Ste 3800
Toronto, Ontario   M5J 2Z4
CANADA
FAX: 416-216-3930

Michael J. Wunder
R. Snayne Kukulowicz
Alex L. MacFarlane
Fraser Milner Casgrain LLP
77 King St West
Ste 400
Toronto, Ontario   M5K 0A1
CANADA
FAX: 416-863-4592

Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay St. Ste 3400
Toronto, Ontario   M5H 2S7
CANADA
FAX: 416-979-1234

Seth B. Shapiro Esq
U.S. Dept of Justice Civil Div
P.O. Box 875
Ben Franklin Station
Washington, DC   20044
FAX: 202-307-0494

Jan M. Geht Esq
U.S. Dept of Justice Tax Div
P.O. Box 227
Washington, DC   20044
FAX: 202-514-6866

Janet Fitzpatrick  
Unisys Corporation  
P.O. Box 500  
M/S E8-108  
Blue Bell, PA   19424  
FAX: 215-986-5721  

Centralized Insolvency Operation  
Internal Revenue Service  
P.O. Box 7346  
Philadelphia, PA   19101-7346  
FAX: 267-941-1015  

Secretary of Treasury  
P.O. Box 7040  
Dover, DE   19903  
FAX: 302-739-5635  

Secretary of State  
Division of Corporations  
Franchise Tax  
P.O. Box 7040  
Dover, DE   19903  
FAX: 302-739-5831  

Sheryl L. Moreau Esq  
Missouri Dept of Revenue  
Bankruptcy Division  
P.O. Box 475  
Jefferson City, MO   65105-0475  
FAX: 573-751-7232  

Laura L. McCloud Esq  
Assistant Attorney General  
P.O. Box 20207  
Nashville, TN   37202  
FAX: 615-741-3334  

John P. Dillman Esq  
Linebarger Goggan Blair  & Sampson LLP  
P.O. Box 3064  
Houston, TX   77253-3064  
FAX: 713-844-3503  

Mark K. Ames  
Tax Authority Consulting Services P.C.  
P. O. Box 71476  
Richmond, VA   23255  
FAX: 804-440-1171  

Rod Andrerson Esq  
Noel R. Boeke Esq  
Holland & Knight LLP  
P.O. Box 1288  
Tampa, FL   33601-1288  
FAX: 813-229-0134  

Amos U. Priester IV Esq  
Anna B. Osterhout Esq  
Smith Anderson Blount Dorsett  
P.O. Box 2611  
Raleigh, NC   27602-2611  
FAX: 919-821-6800  

Vicente Matias Murrell Esq  
Stephen D. Schreiber Esq  
Pension Benefit Guaranty Corp  
1200 K St NW  
Washington, DC   20005-4026  
FAX: 202-326-4112  

Robert  Winter  
Paul Hastings Janofsky & Walker LLP  
875 15th St  N.W.  
Washington, DC   20005  
FAX: 202-551-0129  

James H. Lister  
Birch Horton Bittner & Cherot  
1155 Connecticut Ave NW  
Ste 1200  
Washington, DC   20036  
FAX: 202-659-1027  

David Capozzi  
Acting General Counsel  
Universal Service Administrative Co  
2000 L St NW  
Ste 200  
Washington, DC   20036  
FAX: 202-776-0080  

Edward C. Wetmore VP & Gen Counsel  
Amphenol Corporation  
358 Hall Ave  
Wallingford, CT   06492  
FAX: 203-265-8827  

Joseph E. Shickich Jr. Esq  
Riddell Williams P.S.  
1001 4th Ave  
Ste 4500  
Seattle, WA   98154-1192  
FAX: 206-389-1708  

Thomas A. Lerner  
Stokes Lawrence P.S.  
800 Fifth Ave  
Ste 4000  
Seattle, WA   98104  
FAX: 206-464-1496

Ramona Neal Esq
HP  Company
11307 Chinden Blvd
MS 314
Boise, ID  83714
FAX: 208-396-3958

David G. Aelvoet Esq
Linebarger Goggan Blair & Sampson LLP
Travis Bldg Ste 300
711 Navarro
San Antonio, TX  78205
FAX: 210-226-4308

Javier Schiffrin
Kevin Malek
Malek Schiffrin LLP
340 Madison Ave
19th Floor
New York, NY  10173-1922
FAX: 212-220-9504

Brian Trust
Thomas M. Vitale
Amit K. Trehan
Mayer Brown LLP
1675 Broadway
New York, NY  10019
FAX: 212-262-1910

David M. Feldman
Mitchell A. Karlan
Matthew K. Kelsey
Gibson Dunn & Krutcher LLP
200 Park Ave
New York, NY  10166-0193
FAX: 212-315-6351

David A. Rosenzweig Esq
Fulbright & Jaworski LLP
666 5th Ave
New York, NY  10103-3198
FAX: 212-318-3400

Alistar Bambach
SEC NY Regional Office
Bankruptcy Division
3 World Financial Center
Ste 400
New York, NY  10281-1022
FAX: 212-336-1348

Philip Mindlin
Douglas K. Mayer
Benjamin M. Roth
Gregory E. Pessin
Wachtell Lipton Rosen & Katz
51 West 52nd St
New York, NY  10019
FAX: 212-403-2217

Michael L. Schein Esq
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY  10019
FAX: 212-407-7799

Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY  10004
FAX: 212-422-4726

Raniero  D'Aversa Jr. Esq
Laura D. Metzger Esq
Orrick Herrington & Sutcliffe LLP
666 Fifth Ave
New York, NY  10103-0001
FAX: 212-506-5151

Dennis Dunne Esq
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413
FAX: 212-530-5219

Michelle McMahon Esq
Bryan Cave LLP
1290 Ave of the Americas
New York, NY  10104
FAX: 212-541-4630

N. Thodore Zink Jr. Esq
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
FAX: 212-541-5369

Alan  Kolod
Christopher J. Caruso
Kent C. Kolbig
Moses & Singer LLP
The Chrysler Building
405 Lexington Ave
New York, NY  10174
FAX: 212-554-7700

Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Ave of the Americas
New York, NY  10036-8704
FAX: 212-596-9090

Ken Coleman Esq
Lisa J.P. Kraidin. Esq
Allen & Overy LLP
1221 Ave of the Americas
20th Floor
New York, NY  10020
FAX: 212-610-6399

Lawrence E. Miller Esq
Dewey & LeBoeuf LLP
1301 Ave of the Americas
New York, NY  10019-6092
FAX: 212-649-0480

Carren B. Shulman Esq
Kimberly K. Smith Esq
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Floor
New York, NY  10112
FAX: 212-653-8701

Edmond P. O'Brien Esq
Stempel Bennett Claman & Hochberg PC
675 Third Ave
31st Floor
New York, NY  10017
FAX: 212-681-4041

Steven J.  Reisman Esq
James V. Drew Esq
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Ave
New York, NY  10178-0061
FAX: 212-697-1559

Nicholas Vianna
The Interpublic Group of Companies
1114 Ave of the Americas
19th Floor
New York, NY  10036
FAX: 212-704-2236

Ernest S. Wechsler
Kramer Levin Naftalis Frankel LLP
1177 Ave of the Americas
New York, NY  10036
FAX: 212-715-8000

Jeremy E. Crystal Esq
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019
FAX: 212-728-8111

Marc Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019-6099
FAX: 212-728-8111

Robert J. Rosenberg
Michael J. Riela
Zachary N. Goldstein
Latham & Watkins LLP
885 Third Ave
Ste 1000
New York, NY  10022-4068
FAX: 212-751-4864

David S.  Allinson
Thomas Malone
Alexandra Croswell
Latham & Watkins LLP
885 Third Ave
Ste 1000
New York, NY  10022-4068
FAX: 212-751-4864

Stephen J. Shimshak
Marilyn Sobel
Paul Weiss Rifkind Wharton & Garrison
1285 Ave of the Americas
New York, NY  10019-6064
FAX: 212-757-3990

Kristin S. Elliott
Kelley Drye & Warren LLP
101 Park Ave
New York, NY  10178
FAX: 212-808-7897

Dennis F. Dunne Esq
Thomas R. Kreller Esq
Albert A. Pisa Esq
Andrew M. Leblanc Esq
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005
FAX: 212-822-5219

Fred S. Hodara Esq
Ryan C. Jacobs Esq
David H. Botter Esq
Akin Gump
One Bryant Park
New York, NY  10036
FAX: 212-872-1002

Kenneth E. Noble Esq
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY  10022-2585
FAX: 212-894-5653

Jennifer Feldsher
Bracewell & Guiliani LLP
1251 Ave of the Americas
New York, NY  10020
FAX: 212-938-3837

Albert Togut
Neil Berger
Togut Segal & Segal LLP
One Penn Plaza
New York, NY  10119
FAX: 212-967-4258

Thomas R. Kreller
Milbank Tweed Hadley & McCloy LLP
601 South Figueroa St
Ste 3000
Los Angeles, CA  90017
FAX: 213-629-5063

Stephen C. Stapleton
Dykema Gossett PLLC
1717 Main St
Ste 4000
Dallas, TX  75201-7332
FAX: 214-462-6401

Mark H. Ralston
Ciardi Ciardi & Astin
2603 Oak Lawn Ave
Ste 200
Dallas, TX  75219
FAX: 214-602-1250

Judith W. Ross
Baker Botts LLP
2001 Ross Ave
Dallas, TX  75201
FAX: 214-661-4605

Lynnette R. Warman
Hunton & Williams
1445 Ross Ave
Ste 3700
Dallas, TX  75202-2799
FAX: 214-740-7181

Carol E. Momjian Esq
PA Senior Deputy Atty Gen
21 S 12th St
3rd Floor
Philadelphia, PA  19107-3603
FAX: 215-560-2202

Fred S. Kurtzman Esq
Klehr Harrison
1835 Market St
Ste 1400
Philadelphia, PA  19103
FAX: 215-568-6603

David L. Pollack Esq
Jeffrey Meyers Esq
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA  19103
FAX: 215-864-9473
215-864-8999

Dana S. Plon Esq
Sirlin Gallogly & Lesser
123 S. Broad St
Ste 2100
Philadelphia, PA  19109
FAX: 215-864-9669

Alan S. Kopit Esq
Christopher W. Peer Esq
Hahn Loeser & Parks LLP
200 Public Square
Ste 2800
Cleveland, OH  44114
FAX: 216-241-2824

Susan R. Fuertes Esq
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032
FAX: 281-985-6321

Willaim F. Taylor Jr.
McCarter & English LLP
405 N. King St  8th Floor
Renaissance Centre
Wilmington, DE  19801
FAX: 302-984-6399

Linda Boyle
tw telecom inc.
10475 Park Meadows Dr
Ste 400
Littleton, CO  80124
FAX: 303-566-1010

Dustin P. Branch Esq
Katten Muchin Rosenman LLP
2029 Century Park East
Ste 2600
Los Angeles, CA  90067-3012
FAX: 310-788-4471

Christopher J. Horvay Esq
Gould & Ratner LLP
222 N Lasalle St
Ste 800
Chicago, IL  60601
FAX: 312-236-3241

Aaron L. Hammer Esq
Devon J. Eggert Esq
Freeborn & Peters LLP
311 South Wacker Dr
Ste 3000
Chicago, IL  60606
FAX: 312-360-6995

Mary E. Olson
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive
Ste 3000
Chicago, IL  60606
FAX: 312-416-4886

Eric S. Prezant Esq
Bryan Cave LLP
161 N Clark St
Ste 4300
Chicago, IL  60601
FAX: 312-602-5050

Melissa A. Mickey
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60604-1404
FAX: 312-706-9359

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza Ste 3700
180 N. Stetson Ave
Chicago, IL  60601-6710
FAX: 312-794-8100

Jill L. Murch Esq
Lars A. Peterson Esq
Foley & Lardner LLP
321 North Clark St
Ste 2800
Chicago, IL  60654-5313
FAX: 312-832-4700

Jeffrey B.  Rose
Tishler & Walk Ltd.
200 S. Wacker Drive
Ste 3000
Chicago, IL  60606
FAX: 312-876-3816

Cullen K. Kuhn Esq
Bryan Cave LLP
211 N Broadway
Ste 3600
St. Louis, MO  63102
FAX: 314-552-8869

David L. Uranga
Bell Microproducts Inc
201 Monroe St
Ste 300
Montgomery, AL  36104
FAX: 334-954-6106

Patricia Antonelli
Lauren F. Verni
Partridge Snow & Hahn LLP
180 S. Main St
Providence, RI  02903
FAX: 401-861-8210

Jeffrey B. Ellman Esq
Robbin S. Rahman Esq
Jones Day
1420 Peachtree St NE
Ste 800
Atlanta, GA  30309
FAX: 404-581-8330

Darryl S. Laddin Esq
Frank N. White Esq
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA  30363-1031
FAX: 404-873-8121

Doug  Goin CFO
APC Workforce Solutions LLC
420 South Orange Ave
6th Floor
Orlando, FL  32801
FAX: 407-770-6162

Steve   Jackman Esq VP  
Flextronics  
847 Gibralter Drive  
Milpitas, CA   95035  
FAX: 408-956-6222  

Joyce A. Kuhns  
Saul Ewing LLP  
500 E. Pratt St  
8th Floor  
Baltimore, MD   21202  
FAX: 410-332-8964  

Richard M. Kremen Esq  
Dale K. Cathell Esq  
DLA Piper LLP (US)  
6225 Smith Ave  
Baltimore, MD   21209  
FAX: 410-580-3001  

James E. Van Horn  
McGuireWoods LLP  
7 Saint Paul St  
Ste 1000  
Baltimore, MD   21202-1671  
FAX: 410-659-4488  

Randall D. Crocker Esq  
VonBriesen & Roper S.C.  
411 E Wisconsin Ave  
Ste 700  
Milwaukee, WI   53202  
FAX: 414-238-6532  

Shawn M. Christianson Esq  
Buchalter Nemer  
333 Market St  
25th Floor  
San Francisco, CA   94105-2126  
FAX: 415-227-0770  

Merle C. Meyers Esq  
Michele Thompson Esq  
Meyers Law Group P.C.  
44 Montgomery St  
Ste 1010  
San Francisco, CA   94104  
FAX: 415-362-7515  

Elizabeth Weller Esq  
Linebarger Goggan Blair & Sampson LLP  
2323 Bryan St  
Ste 1600  
Dallas, TX   75201  
FAX: 469-221-5002  

James C. Waggoner Esq  
Davis Wright Tremaine LLP  
1300 SW 5th Ave  
Ste 2300  
Portland, OR   97201-5630  
FAX: 503-778-5299  

Soren E. Gisleson  
Herman Herman Katz & Cotlar  
820 O'Keefe Ave  
New Orelans, LA   70113  
FAX: 504-561-6024  

Kell C. Mercer  
Afton Sands-Puryear  
Brown McCarroll LLP  
111 Congress Ave  
Ste 1400  
Austin, TX   78701  
FAX: 512-226-7324  

Amish R. Doshi  
Magnozzi & Kye LLP  
23 Green Street  
Suite 302  
Huntington, NY   11743  
FAX: 631-923-2860  

Rachel S. Budke Esq  
FPL Law Department  
700 Universe Blvd  
Juno Beach, FL   33408  
FAX: 561-691-7103  

Devin   Lawton Palmer  
Boylan Brown  
2400 Chase Square  
Rochester, NY   14604  
FAX: 585-238-9012  

Scott K. Brown Esq  
Lewis and Roca LLP  
40 North Central Ave  
Ste 1900  
Phoenix, AZ   85004  
FAX: 602-734-3866  

Denise A. Mertz  
UC Tax Agent/Bankr Rep  
PA Department of Labor & Industry  
Reading Bankr & Complaince Unit  
625 Cherry St Room 203  
Reading, PA   19602-1184  
FAX: 610-378-4459

Nicholas  Skiles Esq
John A. Wetzel Esq
Swartz Campbell LLC
101 E. Evans St. Ste. A
West Chester, PA  19380
FAX: 610-692-4936

Tiffany Strelow Cobb
Vorys Sater Seymour and Pease
55 East Gay St
Columbus, OH  43215
FAX: 614-719-4663

Jennifer V. Doran Esq
Hinckley Allen & Snyder LLP
28 State St
Boston, MA  02109
FAX: 617-345-9020

Frank F. McGinn Esq
Bartlett Hackett Feinberg P.C.
155 Federal St
9th Floor
Boston, MA  02110
FAX: 617-422-0383

James M. Wilton
Patricia I. Chen
Ropes & Gray LLP
Prudential Tower
800 Boylston St
Boston, MA  02199-3600
FAX: 617-951-7050

Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 S. Service Road
Ste 200
Melville, NY  11747
FAX: 631-367-1173

Rick A. Steinberg
Ciardi Ciardi & Astin
100 Church St
8th Floor
New York, NY  10007
FAX: 646-688-4385

David W. Hansen Esq
525 University Ave
Ste 1100
Palo Alto, CA  94301
FAX: 650-470-4570

Lawrence M. Schwab Esq
Thomas M. Gaa Esq
Patrick M. Costello Esq
Bialson Bergen & Schwab
2600 El Camino Real, Ste 300
Palo Alto, CA  94306
FAX: 650-494-2738

David I. Swan Esq
Kenneth M. Misken Esq
McGuireWoods LLP
1750 Tysons Blvd
Ste 1800
McLean, VA  22102-4215
FAX: 703-712-5050

Shannon E. Hoff
Poyner Spruill LLP
301 S. College St
Ste 2300
Charlotte, NC  28202
FAX: 704-342-5264

David M.  Schilli Esq
Ty E. Shaffer Esq
Robinson Bradshaw & Hinson P.A.
101 North Tryon St
Ste 1900
Charlotte, NC  28246
FAX: 704-378-4000

J. Scott Douglass Esq
909 Fannin
Ste 1800
Houston, TX  77010
FAX: 713-227-7497

Brian W. Bisignani Esq
Post & Schell P.C.
17 N 2nd St
12th Floor
Harrisburg, PA  17101-1601
FAX: 717-731-1985

Max Taylor Asst. City Atty.
Municipal Operations
201 W. Colfax Ave
Dept. 1207
Denver, CO  80202-5332
FAX: 720-913-3180

Stephen K. Dexter Esq
Lathrop & Gage LLP
US Bank Tower Ste 2400
950 Seventeenth St
Denver, CO  80202
FAX: 720-931-3201

Stephen C. Tingey Esq
Ray Quinney & Nebeker P.C.
36 South State St
Ste 1400
Salt Lake City, UT   84145-0385
FAX: 801-532-7543

Elizabeth  Banda Esq
Perdue Brandon Fielder Collins & Mott LLP
4025 Woodland Park Blvd
Ste 300
Arlington, TX   76013
FAX: 817-860-6509

Beverly H. Shideler BS8399
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL   60181
FAX: 845-491-3275

Donald K. Ludman Esq
Brown & Connery LLP
6 North Broad St
Ste 1000
Woodbury, NJ   08096
FAX: 856-853-9933

Attn: Chantel Pinnock
Travelers
1 Tower Square
5MN
Hartford, CT   06183-4044
FAX: 860-277-2158

Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Ave
New York, NY   10022
FAX: 866-741-2505

Mark G. Ledwin Esq
Wilson Elser Moskowitz Edelman & Dicker
3 Gannett Drive
White Plains, NY   10604
FAX: 914-323-7001

Robert S. McWhorter Esq
Nossaman LLP
915 L St, Ste 1000
Sacramento, CA   95814
FAX: 916-442-0382

Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC   27709
FAX: 919-541-8297

Ann Groninger Esq
Patterson Harkavy
225 E. Worthington Ave
Ste 200
Charlotte, NC   28203
FAX: 919-942-5256

R. S. Stahel
IBM Corp. Legal Dept
1503 LBJ Freeway
3rd Floor
Dallas, TX   75234
FAX: 972-561-6487

Robert E. Nies Esq
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ   07052
FAX: 973-530-2212

Vincent A. D'Agostino Esq
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ   07068
FAX: 973-597-2400

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ   07068
FAX: 973-597-2400

David N. Crapo Esq
Gibbons P.C.
One Gateway Center
Newark, NJ   07102-5310
FAX: 973-639-6244

Douglas J. Lipke
Robert f. Simon
Vedder Price P.C.
North LaSalle Street Suite 2600
Chicago, IL   60601
FAX: 312-609-5005

Russell S. Long
Davis & Kuelthau SC
111 E. Kilbourn Ave. Ste. 1400
Milwaukee, WI  53202-6613
FAX: 414-278-3656

**VIA FEDERAL EXPRESS-OVERNIGHT**

Ernie Holling President
The InTech Group Inc.
305 Exton Commons
Exton, PA  19341

Ronald Rowland Esq
EMC Corporation
c/o Receivable Management Servs
307 International Circle Ste 270
Hunt Valley, MD  21094

Off of Unemplmt Ins Contrib  Div.
MD Department of Labor Licensing & Reg.
Litigation Prosecution Unit
1100 N. Eutaw St Room 401
Baltimore, MD  21201

Deborah B. Waldmeir Esq
State of MI Dept of Treasury
Cadillac Place Ste 10-200
3030 W Grand Blvd.
Detroit, MI  48202

Attn:  Nathan  Fuchs
SEC NY Regional Office
233 Broadway
New York, NY  10279

Securities & Exchange Commission
100 F St NE
Washington, DC  20549

Derek  Austin
Export Development Canada
151 O'Connor St
Ottowa, Ontario  K1A 1K3
CANADA

**VIA EXPRESS MAIL – OVERNIGHT**

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC  28233

L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA  90054-0110

4812769.1