**CERTIFICATE OF SERVICE**

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Amended Agenda of Matters Scheduled for Hearing on January 10, 2012 at 10:00 a.m. (ET)** was caused to be made on January 6, 2012, in the manner indicated upon the entities identified below.

Date: January 6, 2012  /s/ Chad A. Fights
Wilmington, DE   Chad A. Fights (No. 5006)


**Via Fax**

| | |
|---|---|
| Ken Coleman Esq<br>Lisa J.P. Kraidin. Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>20th Floor<br>New York, NY 10020<br>Fax: 212-610-6399 | Mark D. Collins Esq.<br>Christopher M. Samis Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King Street<br>Wilmington, DE 19801<br>Fax: 302-651-7701 |
| Thomas P. Tinker. Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207 Lockbox 35<br>Wilmington, DE 19801-3519<br>Fax: 302-573-6497 | Fred S. Hodara Esq.<br>Ryan C. Jacobs Esq.<br>David H. Botter Esq.<br>Akin Gump<br>One Bryant Park<br>New York, NY 10036<br>Fax: 212-872-1002 |
| Laura Davis Jones<br>Timothy P. Cairns<br>Pachulski Stang<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19899-8705<br>Fax: 302-652-4400 | Thomas R. Kreller<br>MILBANK, TWEED, HADLEY & MCLOY LLP<br>601 South Figueroa St., Suite 3000<br>Los Angeles, CA 90017<br>Fax: 213-892-4763 |
| Mary F. Caloway Esq.<br>Mona A. Parikh<br>Buchanan Ingersoll & Rooney<br>1105 N. Market Street<br>Suite 1900<br>Wilmington, DE 19801-1228<br>Fax: 302-552-4295 | Jennifer R. Hoover<br>Jennifer E. Smith<br>Benesch Friedlander Coplan & Aronoff LLP<br>222 Delaware Ave.<br>Suite 801<br>Wilmington, DE 19801<br>Fax: 302-442-7012 |

Evelyn J. Meltzer
Pepper Hamilton LLP
Hercules Plaza
Suite 5100, 1313 N. Market Street
Wilmington, DE 19899
Fax: 302-421-8390

William P. Bowden
Amanda Marie Winfree
ASHBY & GEDDES
500 Delaware Ave.
P.O. Box 1150
Wilmington, DE 19899
Fax : 302-654-2067

Michael Joseph Joyce
Cross & Simon, LLC
913 North Market Street
11th Floor
Wilmington, DE 19801
Fax: 302-777-4224

Daniel J. Merrett
Jones Day
1420 Peachtree St., N.E.; Suite 800
Atlanta, GA 30309-3053
Fax: 404-581-8330

Stephen K. Dexter
Lathrop & Gage LLP
U.S. Bank Building
950 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Fax: 720-931-3201

4145343.10