## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
*In re*  :  Chapter 11
:
Nortel Networks Inc., *et al.*,[1]  :  Case No. 09-10138 (KG)
:
                 Debtors.  :  Jointly Administered
:
----------------------------------------------------------X  Re: D.I. 7072

### NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on January 6, 2012, a copy of the **Order Approving the Stipulation Resolving Proof of Claim No. 4642 Filed by Cox Communications Inc.** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: January 9, 2012
Wilmington, Delaware

                 CLEARY GOTTLIEB STEEN & HAMILTON LLP
                 James L. Bromley (admitted pro hac vice)
                 Lisa M. Schweitzer (admitted pro hac vice)
                 One Liberty Plaza
                 New York, NY 10006
                 Telephone: (212) 225-2000
                 Facsimile: (212) 225-3999

                 and

                 MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Chad A. Fights*
                 Derek C. Abbott (No. 3376)
                 Ann C. Cordo (No. 4817)
                 Chad A. Fights (No. 5006)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

                        1201 North Market Street, 18th Floor
                        Wilmington, DE  19899-1347
                        Telephone:  (302) 658-9200
                        Facsimile:  (302) 425-4663

                        *Counsel for the Debtors and Debtors in Possession*

4498739.10