**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------X
                                                      :
                                                      :      Chapter 11
                                                      :
In re                                                 :
                                                      :
Nortel Networks Inc., et al.,¹                        :      Case No. 09-10138 (KG)
                                                      :
                    Debtors.                          :
                                                      :      (Jointly Administered)
                                                      :
                                                      :
------------------------------------------------------ X      Re: D.I. 7074
                                                      :
                                                      :
Nortel Networks Inc. and Nortel Networks             :
(CALA) Inc. v. Beeline.com, Inc., et al.             :
                                                      :      Adv. Proc. No. 10-55165 (KG)
------------------------------------------------------ X      Re: D.I. 101
                                                      :
Nortel Networks Inc. v. TEKsystems Inc.              :
                                                      :
                                                      :
                                                      :
                                                      :      Adv. Pro. No. 10-55192 (KG)
                                                      :      Re:  D.I. 45
------------------------------------------------------X
```

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on January 6, 2012, a copy of the **Order Approving the Stipulation of Settlement of Avoidance Claims and Proofs of Claim by and Between Nortel Networks Inc. and Nortel Networks (CALA) Inc. and TEKsystems Inc. and MarketSource, Inc.** was served in the manner indicated on the persons identified below and on the attached service list.

**Via First Class Mail**

```
TEKsystems, Inc.
Matt Hudson
7437 Race Rd.
Hanover, MD 21076
```

---

[1]  In addition to Nortel Networks Inc. and Nortel Networks (CALA) Inc., the Debtors in the Chapter 11 cases are:  Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc.  Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://epiq11.com/nortel.

Dated:  January 9, 2012
        Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____*/s/ Chad A. Fights*_____
Donna L. Culver (No. 2983)
Chad A. Fights (No. 5006)
1201 North Market Street
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

and

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
Neil P. Forrest (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

Counsel for the Plaintiff