# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

December 1, 2011 through December 31, 2011

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 12/1/2011    End Date 12/28/2011

**Enter Billing Rate/Hr:** 490.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 0.5 | $490.00 | $245.00 |
| 2 | Reviewing operational management of transition services | 7.0 | $490.00 | $3,430.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 97.0 | $490.00 | $47,530.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 18.0 | $490.00 | $8,820.00 |
| 5 | Fee Applications | 4.6 | $490.00 | $2,254.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 8.0 | $245.00 | $1,960.00 |
| | **Hours/Billing Amount for Period:** | **135.1** | | **$64,239.00** |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 12/1/2011 | Periodic review of sub liquidations and status of repatriation | 3 | 1.0 |
| 12/1/2011 | UK pension matters; allocation | 3 | 1.3 |
| 12/1/2011 | Jabil matter | 3 | 1.0 |
| 12/1/2011 | Cross border claims work | 3 | 2.3 |
| 12/1/2011 | Preference settlements | 3 | 1.0 |
| 12/1/2011 | Real estate outsourcing | 3 | 1.5 |
| 12/1/2011 | Retiree matters | 3 | 1.0 |
| 12/2/2011 | Data room matters | 3 | 1.5 |
| 12/2/2011 | Claims matters | 3 | 2.0 |
| 12/3/2011 | Prepare fee application | 5 | 3.3 |
| 12/5/2011 | Case management call | 3 | 1.3 |
| 12/5/2011 | Staff call | 3 | 1.0 |
| 12/5/2011 | Data room matters | 3 | 2.3 |
| 12/5/2011 | License and royalty fees | 3 | 1.0 |
| 12/5/2011 | Claims matters | 3 | 2.3 |
| 12/5/2011 | Tax outsourcing scope review | 3 | 1.0 |
| 12/5/2011 | 4th estate documentation review | 3 | 2.0 |
| 12/5/2011 | Cross border claims work | 3 | 1.8 |
| 12/5/2011 | Claims settlements | 3 | 1.0 |
| 12/6/2011 | License negotiations | 3 | 1.5 |
| 12/6/2011 | Case management call | 3 | 1.0 |
| 12/6/2011 | UCC call | 4 | 2.2 |
| 12/6/2011 | Claims updates | 3 | 4.0 |
| 12/6/2011 | Call with mercer re retirees | 3 | 1.0 |
| 12/6/2011 | EY matter | 1 | 0.5 |
| 12/6/2011 | Computer equipment buy out | 3 | 0.5 |
| 12/6/2011 | Data center extension for space | 3 | 0.3 |
| 12/7/2011 | 401k matter re contract review | 3 | 1.0 |
| 12/7/2011 | Real estate matters | 3 | 1.5 |
| 12/7/2011 | Cross border | 3 | 1.3 |
| 12/7/2011 | Call with J Hyland re claims | 4 | 0.3 |
| 12/7/2011 | Call re mediation and allocation | 3 | 0.8 |
| 12/7/2011 | Various claims analysis and settlement | 3 | 2.0 |
| 12/7/2011 | Japan liquidation | 3 | 1.0 |
| 12/7/2011 | Open contracts and supplier review | 3 | 1.0 |
| 12/7/2011 | Retiree matter | 3 | 1.0 |
| 12/7/2011 | Lease rejection matter | 3 | 0.7 |
| 12/7/2011 | 401k contract revisions | 3 | 1.0 |
| 12/8/2011 | Data retention matters | 3 | 1.0 |
| 12/8/2011 | Real estate management | 3 | 2.0 |
| 12/8/2011 | Licensing update | 3 | 1.0 |
| 12/8/2011 | Flex matter | 3 | 1.0 |
| 12/8/2011 | 401k contract revisions | 3 | 1.0 |
| 12/8/2011 | Sub liquidations | 3 | 1.0 |
| 12/8/2011 | Settlement agreements re claims | 3 | 0.8 |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 12/8/2011 | Ltd/retiree matters | 3 | 1.0 |
| 12/8/2011 | Claims; cross border | 3 | 1.5 |
| 12/9/2011 | JCI contract | 3 | 3.5 |
| 12/9/2011 | Sub liquidations | 3 | 2.5 |
| 12/9/2011 | Cross border claims work | 3 | 2.0 |
| 12/9/2011 | Retiree/Ltd call with Mercer; review latest questions and information | 3 | 2.0 |
| 12/12/2011 | Staff call | 3 | 1.0 |
| 12/12/2011 | Travel to NY | 7 | 4.0 |
| 12/12/2011 | Prep for meetings with UCC and bonds holders | 3 | 2.0 |
| 12/12/2011 | JCI amendment | 3 | 2.0 |
| 12/12/2011 | Review EY materials re tax | 3 | 1.0 |
| 12/12/2011 | Document retention matters | 3 | 1.0 |
| 12/12/2011 | Inventory claim issue with D McKenna | 3 | 0.5 |
| 12/12/2011 | Flex matter | 3 | 1.0 |
| 12/12/2011 | Japan documents | 3 | 1.0 |
| 12/13/2011 | Data retention matters and allocation | 3 | 2.0 |
| 12/13/2011 | Meeting with UCC and bondholders and pre meeting | 4 | 5.5 |
| 12/13/2011 | Japan liquidation matter | 3 | 1.0 |
| 12/13/2011 | Royalty matter | 3 | 0.3 |
| 12/13/2011 | JCI amendment | 3 | 1.0 |
| 12/14/2011 | Tax meeting with UCC and bond holders | 4 | 5.0 |
| 12/14/2011 | Meeting with UCC and bond h holders re case matters | 4 | 4.0 |
| 12/14/2011 | Meeting with EY re 2012 tax scope | 3 | 1.0 |
| 12/15/2011 | Return trip from NY | 7 | 4.0 |
| 12/15/2011 | Review 2011 goals, 2012 goals, 2012 forecasts and budgets | 2 | 4.0 |
| 12/15/2011 | Review Japan liquidation documents and call with Japan board re same | 3 | 3.0 |
| 12/15/2011 | Call with McKenna re various closing matters | 3 | 0.5 |
| 12/16/2011 | Budget review and call | 2 | 3.0 |
| 12/16/2011 | Richardson 7 letter to landlord | 3 | 1.0 |
| 12/16/2011 | Cross border claims | 3 | 1.0 |
| 12/16/2011 | West Palm manifest completions for env work | 3 | 1.0 |
| 12/19/2011 | License transfer documents | 3 | 1.0 |
| 12/19/2011 | Execution of agreements related to settlements | 3 | 1.0 |
| 12/19/2011 | NNI Japan matter | 3 | 1.0 |
| 12/19/2011 | Prepare fee application | 5 | 1.3 |
| 12/20/2011 | Claim settlements | 3 | 0.5 |
| 12/20/2011 | Rockstar TSA extension | 3 | 0.3 |
| 12/20/2011 | EY SOW amendment | 3 | 0.8 |
| 12/21/2011 | Settlement stips for review and sign | 3 | 0.5 |
| 12/21/2011 | Retiree matter | 3 | 0.5 |
| 12/22/2011 | Chartis matter | 3 | 0.8 |
| 12/23/2011 | EY retention | 3 | 0.3 |
| 12/23/2011 | MOR review | 3 | 0.5 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 12/23/2011 | Retiree committee response | 3 | 0.8 |
| 12/23/2011 | Deferred comp matter | 3 | 0.5 |
| 12/27/2011 | EY retention and call with UCC re same | 4 | 1.0 |
| 12/28/2011 | Richardson 7 matter | 3 | 1.0 |