**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

December 1, 2011 through December 31, 2011

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 684.70 |
| Travel – Lodging | | 2,062.49 |
| Travel – Meals | | 232.83 |
| Travel – Car Service | | 200.00 |
| Travel – Parking | | 64.00 |
| Office supplies, shipping, and other office related expenses | | 84.95 |
| PACER | | - |
| TOTAL | | $ 3,328.97 |

# Nortel Expense Report

**PERIOD:** December 1, 2011 through December 31, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 12/12/2011 | New York Trip - Air fare | $ 684.70 | | | | | | |
| 12/12/2011 | New York Trip - Car service | | | | $ 100.00 | | | |
| 12/12/2011 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 12/12/2011 | New York Trip - Hotel tax | | $ 88.31 | | | | | |
| 12/12/2011 | New York Trip - Meal | | | $ 47.20 | | | | |
| 12/12/2011 | New York Trip - Meal | | | $ 23.60 | | | | |
| 12/12/2011 | New York Trip - Meal | | | $ 109.48 | | | | |
| 12/13/2011 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 12/13/2011 | New York Trip - Hotel tax | | $ 88.31 | | | | | |
| 12/13/2011 | New York Trip - Meal | | | $ 52.55 | | | | |
| 12/14/2011 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 12/14/2011 | New York Trip - Hotel tax | | $ 88.31 | | | | | |
| 12/14/2011 | New York Trip - Meal | | | $ 16.75 | | | | |
| 12/14/2011 | New York Trip - Meal | | | $ 38.66 | | | | |
| 12/14/2011 | New York Trip - Car service | | | | $ 100.00 | | | |
| 12/15/2011 | New York Trip - Hotel fee | | $ 17.15 | | | | | |
| 12/15/2011 | New York Trip - Parking | | | | | $ 64.00 | | |
| 12/5/2011 | Air internet fee | | | | | | $ 34.95 | |
| 12/31/2011 | WiFi charges | | | | | | $ 50.00 | |