# United States Bankruptcy Court
## District of Delaware

In Re:    **NORTEL NETWORKS INC., et al.**
Case No:  **09-10138 et al.**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim Number 4910 has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bank. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee: **Seaport V LLC** | Name of Transferor: **Neophotonics Corporation** |
| Name and address where notices to transferee should be sent: | Court Claim # (if known): 4910<br>Amount of Claim as filed: $599,600.00<br>Amount of Claim as allowed: $300,000.00<br>Date Claim Filed: 09/29/09 |
| The Seaport Group LLC<br>360 Madison Avenue, 22nd Floor<br>New York, NY 10017<br>Attn: Scott Friedberg | Name and Address of Transferor:<br>Neophotonics Corporation<br>2911 Zanker Road<br>San Jose, CA 95134<br>Attn: JD Fay |
| Phone: 212-616-7728<br>Last Four Digits of Acct #: N/A | Phone: 408-232-9200<br>Last Four Digits of Acct. #: N/A |

Name and Address where transferee payments
Should be sent (if different from above):

Phone: N/A
Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Jonathan Silverman_    Date: 1-11-12
Transferee / Transferee's Agent / General Counsel

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. .152 & 3571*

---

--DEADLINE TO OBJECT TO TRANSFER--

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

CLERK OF THE COURT

## EXHIBIT B

### Evidence of Transfer of Claim
(US Claim)

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, NeoPhotonics Corporation ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Seaport V LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $300,000 (the "Assigned Rights"), as set forth in proof of claim number 4910 filed against Nortel Networks Inc. ("Debtor"), the debtor-in-possession in Case No. 09-10138 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Assigned Rights to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Rights. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Rights, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

**IN WITNESS WHEREOF**, this Evidence of Transfer of Claim is executed on January 11, 2012.

NEOPHOTONICS CORPORATION

By: *[signature]*
Name
Title

SEAPORT V LLC

By: _____
Name
Title

EXHIBIT B

Evidence of Transfer of Claim
(US Claim)

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, NeoPhotonics Corporation ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Seaport V LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $300,000 (the "Assigned Rights"), as set forth in proof of claim number 4910 filed against Nortel Networks Inc. ("Debtor"), the debtor-in-possession in Case No. 09-10138 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Assigned Rights to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Rights. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Rights, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on January 11, 2012.

NEOPHOTONICS CORPORATION

By: _____
Name
Title

SEAPORT V LLC

By: _____
Name           Jonathan Silverman
Title              General Counsel