# EXHIBIT B




NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1401194 |
| Invoice Date | 12/30/11 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/11 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 12.40 | $9,620.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 13.30 | $6,784.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 0.40 | $237.00 |
| 0006 | Retention of Professionals | 6.60 | $2,268.50 |
| 0007 | Creditors Committee Meetings | 43.70 | $29,323.00 |
| 0008 | Court Hearings | 0.10 | $99.00 |
| 0012 | General Claims Analysis/Claims Objections | 35.90 | $22,538.00 |
| 0014 | Canadian Proceedings/Matters | 2.30 | $1,962.00 |
| 0017 | General Adversary Proceedings | 0.60 | $594.00 |
| 0018 | Tax Issues | 65.90 | $36,316.00 |
| 0019 | Labor Issues/Employee Benefits | 50.60 | $36,026.00 |
| 0020 | Real Estate Issues/Leases | 1.30 | $699.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 37.60 | $23,213.00 |
| 0026 | Avoidance Actions | 0.40 | $204.00 |
| 0029 | Intercompany Analysis | 99.20 | $62,040.00 |
| 0031 | European Proceedings/Matters | 0.40 | $396.00 |
| 0032 | Intellectual Property | 1.60 | $1,134.00 |
| | TOTAL | 372.30 | $233,453.50 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 11/01/11 | FSH | 0002 | Confer w/BK re pending case matters (.2). Confer w/J. Bromley re same (.3). | 0.50 |
| 11/01/11 | DHB | 0002 | Professionals pre-call (.4); follow-up to same (.1). | 0.50 |
| 11/01/11 | BMK | 0002 | Attention to committee organizational matters | 0.80 |
| 11/01/11 | JPR | 0002 | Call with Debtors and Ad Hocs re: claim issues (1.1); post call conf w/AG team (.2). | 1.30 |
| 11/02/11 | BMK | 0002 | TC with M. Khambati re: case issues | 0.30 |
| 11/03/11 | FSH | 0002 | Communicate w/Capstone re pending issues (.1). Respond to call of creditor re pending issues (.2). | 0.30 |
| 11/12/11 | DHB | 0002 | Email communications re Ray call and consider issues for same. | 0.30 |
| 11/14/11 | DHB | 0002 | Prepare for (.2) and attend Ray call (.8); follow-up with F. Hodara and B. Kahn (.5). | 1.50 |
| 11/14/11 | BMK | 0002 | Participate in update call with Debtors and professionals (0.8); follow up with D. Botter and F. Hodara re: same (0.5); | 1.30 |
| 11/28/11 | FSH | 0002 | Communications re meeting with Debtor and Ad Hocs. | 0.10 |
| 11/30/11 | SLS | 0002 | Participate in call with UCC and Company representatives (.5); participate in call with UCC, Company and ad hoc group representatives (1.3) | 1.80 |
| 11/30/11 | FSH | 0002 | Call with NNI re pending matters (.5). Participate in portion of call with NNI and Ad Hoc Committee (.8). | 1.30 |
| 11/30/11 | DHB | 0002 | Prepare for and attend J. Ray call (2.0); follow-up re same (.4). | 2.40 |
| 11/01/11 | PJS | 0003 | Review and prepare documents re fee application. | 2.10 |
| 11/02/11 | FSH | 0003 | Work on monthly fee app. | 0.80 |
| 11/02/11 | PJS | 0003 | Review and prepare documents re fee application. | 0.80 |
| 11/02/11 | BMK | 0003 | Draft/edit September fee application | 1.00 |
| 11/03/11 | DHB | 0003 | Email communications re fee application issues. | 0.10 |
| 11/03/11 | BMK | 0003 | Edit/finalize fee app for filing | 0.70 |
| 11/08/11 | FSH | 0003 | Confer w/BK re fee app. | 0.10 |
| 11/08/11 | BMK | 0003 | Review of October invoice | 1.30 |
| 11/17/11 | SLS | 0003 | Review exhibit to monthly fee statement. | 1.50 |
| 11/18/11 | PJS | 0003 | Review and prepare documents re fee application. | 2.10 |
| 11/18/11 | BMK | 0003 | Draft October fee application | 0.70 |
| 11/21/11 | SLS | 0003 | Review monthly fee application. | 0.20 |
| 11/21/11 | FSH | 0003 | Work on monthly fee app. | 0.50 |
| 11/21/11 | BMK | 0003 | Finalize October fee app | 0.40 |
| 11/22/11 | FSH | 0003 | Finalization of fee app. | 0.30 |
| 11/22/11 | BMK | 0003 | Finalize October fee app for filing | 0.60 |
| 11/23/11 | FSH | 0003 | Completion of quarterly fee app. | 0.10 |
| 11/18/11 | LGB | 0004 | Email Brauner re Togut fee application (0.1); Review response to same (0.1); Review response to same (0.1). | 0.20 |
| 11/21/11 | JAS | 0004 | Review case history for Togut fee applications | 0.20 |
| 11/01/11 | JAS | 0006 | Develop supplemental declaration schedule | 1.30 |
| 11/02/11 | PJS | 0006 | Review and prepare documents re 2014 declaration and schedules. | 0.30 |
| 11/02/11 | JAS | 0006 | Finalize supplemental declaration schedule | 0.30 |
| 11/10/11 | PJS | 0006 | Review and prepare documents re 2014 declaration and schedules. | 3.20 |
| 11/10/11 | BMK | 0006 | Finalize 2014 supplemental declaration | 0.70 |
| 11/14/11 | FSH | 0006 | Work on 2014 declaration. | 0.20 |
| 11/14/11 | BMK | 0006 | Finalize Hodara supplemental affidavit for filing | 0.30 |
| 11/29/11 | FSH | 0006 | Attention to motion of LTD Committee re retention. | 0.30 |
| 11/01/11 | FSH | 0007 | Attend Conf. call of advisors re pending issues. | 0.40 |
| 11/01/11 | AQ | 0007 | Attend Professionals' call. | 0.40 |
| 11/01/11 | SBK | 0007 | Email to/from Akin team re agenda for weekly professionals pre-call (.10); Attend weekly pre-call re pending matters (.40) and prep for Committee call (.30) | 0.80 |
| 11/01/11 | BMK | 0007 | Prepare for professionals' call (0.4); participate in professionals' call | 0.90 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | (0.4); email to UCC re: cancellation of committee call (0.1) | |
| 11/01/11 | KMR | 0007 | Attend weekly professionals call. | 0.40 |
| 11/01/11 | JYS | 0007 | Attend Professionals call (.4); follow up to same (.1). | 0.50 |
| 11/01/11 | JPR | 0007 | Attend Professionals conference call. | 0.40 |
| 11/03/11 | BMK | 0007 | Finalize and distribute committee call minutes | 0.30 |
| 11/08/11 | FSH | 0007 | Communications re agenda. | 0.10 |
| 11/08/11 | BMK | 0007 | T/c with J. Hyland re: committee meeting presentations (0.7); emails re: calls (0.1) | 0.80 |
| 11/09/11 | SLS | 0007 | Participate in professionals' pre-call (.5). | 0.50 |
| 11/09/11 | FSH | 0007 | Review materials for Committee meeting (.2). Call with advisers re same (.5). | 0.70 |
| 11/09/11 | DHB | 0007 | Review agenda (.1); professionals pre-call (.4) and follow-up (.2). | 0.70 |
| 11/09/11 | BMK | 0007 | Prepare for committee call (0.3); participate in professionals' call in advance of committee call (0.5); review and comment on materials for committee call (0.6) | 1.40 |
| 11/09/11 | KMR | 0007 | Attended weekly professionals meeting. | 0.70 |
| 11/09/11 | JYS | 0007 | Attend professionals precall (0.5); review [REDACTED] in prep for same (0.4). | 0.90 |
| 11/09/11 | GDB | 0007 | Attend Professionals call (0.5). | 0.50 |
| 11/09/11 | JPR | 0007 | Attend Professionals call in advance of committee call. | 0.50 |
| 11/10/11 | SLS | 0007 | Participate in UCC call (.5); prepare for same (.1). | 0.60 |
| 11/10/11 | FSH | 0007 | Prep for committee call (.2). Participate in same (.5). Meet w/working group on issues to be analyzed for in-person Committee meeting (.7). | 1.40 |
| 11/10/11 | DHB | 0007 | Prepare for call (.2); attend same (.5) and follow-up (.6). | 1.30 |
| 11/10/11 | BMK | 0007 | Prepare for committee call (0.2); attend committee call (0.5); participate in follow up meeting with UCC professionals (0.7) | 1.40 |
| 11/10/11 | KMR | 0007 | Attend creditors committee meeting (.5) and follow up internal meeting (.7). | 1.20 |
| 11/10/11 | JYS | 0007 | Attend Committee call (0.5); follow up with Committee professionals re same (0.7). | 1.20 |
| 11/10/11 | GDB | 0007 | Attend UCC call (0.5) | 0.50 |
| 11/10/11 | SLB | 0007 | Attend Committee Call | 0.50 |
| 11/10/11 | JPR | 0007 | Attend Committee call (.5); post call conf w/Akin and Capstone (.8). | 1.30 |
| 11/14/11 | BMK | 0007 | Emails with F. Hodara, D. Botter and UCC professionals re: upcoming committee calls | 0.30 |
| 11/15/11 | FSH | 0007 | Review materials for call of advisors (.2). Attend same (.7). | 0.90 |
| 11/15/11 | AQ | 0007 | Attend Professionals' call. | 0.70 |
| 11/15/11 | DHB | 0007 | Email communications re agenda for next Committee meeting (.2); prepare for and attend professionals pre-call (.7); email communications re Committee meeting (.2); review minutes (.1). | 1.20 |
| 11/15/11 | SBK | 0007 | Attend professionals meeting/call re pending matters and prep for committee call & in-person meeting | 0.70 |
| 11/15/11 | BMK | 0007 | Prepare for professionals' call (0.1); attend professionals' call (0.7); email Committee re: committee call (0.1); review minutes (0.1) | 1.00 |
| 11/15/11 | KMR | 0007 | Attended professionals meeting. | 0.70 |
| 11/15/11 | JYS | 0007 | Attend Professionals Call (0.7). | 0.70 |
| 11/15/11 | SLB | 0007 | Prepare minutes of Committee Call (.2); attend professionals' pre-call (.7). | 0.90 |
| 11/15/11 | JPR | 0007 | Attend Professionals call (.7); follow up to same (.1) . | 0.80 |
| 11/16/11 | LGB | 0007 | Participate in Committee call (.4); follow up to same (.2). | 0.60 |
| 11/16/11 | FSH | 0007 | Follow-up re Committee call. | 0.10 |
| 11/16/11 | DHB | 0007 | Prepare for (.2) and attend Committee call (.4) and follow-up (.1); emails re same (.1). | 0.80 |
| 11/16/11 | SBK | 0007 | Attend weekly committee call | 0.40 |
| 11/16/11 | BMK | 0007 | Prepare for committee call (0.3); participate in committee call (0.4) | 0.70 |
| 11/16/11 | KMR | 0007 | Attended creditors committee meeting. | 0.40 |
| 11/16/11 | JYS | 0007 | Attend Committee call (0.4); prep for same (0.1); follow up with Akin | 0.60 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | Gump team (0.1). | |
| 11/16/11 | GDB | 0007 | Attend UCC Call (0.4) | 0.40 |
| 11/16/11 | SLB | 0007 | Prepare materials for (.1) and attend (.4) Committee Call. | 0.50 |
| 11/16/11 | JPR | 0007 | Attend Committee conference call. | 0.40 |
| 11/21/11 | FSH | 0007 | Work on agenda for Committee meeting. | 0.20 |
| 11/23/11 | FSH | 0007 | Communications re next Committee meeting. | 0.10 |
| 11/27/11 | DHB | 0007 | Review agenda and emails re same. | 0.10 |
| 11/28/11 | FSH | 0007 | Arrangements for Committee meetings. | 0.20 |
| 11/28/11 | BMK | 0007 | Emails to UCC re: committee call (0.2); review and comment on Committee call presentation from Capstone (1.0) | 1.20 |
| 11/30/11 | SLS | 0007 | Participate in UCC professionals' pre-call. | 1.00 |
| 11/30/11 | FSH | 0007 | Participate in call with advisors re pending issues. | 1.00 |
| 11/30/11 | DHB | 0007 | Review agenda (.1) and professionals pre-call and follow-up (1.0). | 1.10 |
| 11/30/11 | BMK | 0007 | Prepare for professionals' call (0.5); participate in professionals' call (1.0); edit agenda and send materials to Committee (0.3) | 1.80 |
| 11/30/11 | KMR | 0007 | Reviewed tax materials in preparation for 12/7 meeting (0.5); professionals meeting (1.0); work on presentation for 12/7 meeting (0.8). | 2.30 |
| 11/30/11 | JYS | 0007 | Attend Professionals precall (portion). | 0.60 |
| 11/30/11 | SJW | 0007 | Attend professionals' call. | 1.00 |
| 11/22/11 | FSH | 0008 | Attention to court agenda. | 0.10 |
| 11/02/11 | BMK | 0012 | Review of IBM claims settlement information and materials | 1.10 |
| 11/03/11 | SLS | 0012 | Participate in call with Company regarding resolution of IBM claim. | 0.60 |
| 11/03/11 | FSH | 0012 | Attention to claims issues. | 0.20 |
| 11/03/11 | DHB | 0012 | Conference call re IBM claim. | 0.40 |
| 11/03/11 | BMK | 0012 | Review information regarding IBM claim settlement (0.5); participate in call with S. Schultz, R. Jacobs and Cleary re: same (0.4) | 0.90 |
| 11/04/11 | BMK | 0012 | Review claim settlement motion and stipulation | 0.70 |
| 11/04/11 | BMK | 0012 | Review of claim related calculation presentation from Capstone (0.9); tc's and emails with Capstone re: same (0.4) | 1.30 |
| 11/07/11 | BMK | 0012 | Review of cross-border claims issues (0.5); review and analysis of Capstone document on claims calculations (0.9) | 1.40 |
| 11/08/11 | BMK | 0012 | Review of claim calculation analyses (1.4); tc with T. Morilla re: same (0.2); tc with C. Kearns re: same (0.2) | 1.80 |
| 11/09/11 | BMK | 0012 | Review of Capstone analyses re: claims issues (1.2); research and revise memo re: bond claim issues (1.7) | 2.90 |
| 11/10/11 | DHB | 0012 | Email communications re Flex claim settlement. | 0.20 |
| 11/10/11 | BMK | 0012 | Review and analysis of Flextronics claim settlement (1.3); emails with Akin team re: same (0.3); review and analysis of claim issues (1.2) | 2.80 |
| 11/11/11 | BMK | 0012 | Review and analysis of bond claim issues (2.6); review and analysis of flextronics settlement (0.5) | 3.10 |
| 11/11/11 | JPR | 0012 | Review bond claim memo. | 4.20 |
| 11/14/11 | SLS | 0012 | Participate in call with Cleary and Akin regarding potential Flex settlement (.5) | 0.50 |
| 11/14/11 | BMK | 0012 | Review of Flextronics settlement issues list (0.3); participate in call with S. Schultz, R. Jacobs, J. Hyland and Cleary re: same (0.4); analysis of claims issues (0.4) | 1.10 |
| 11/15/11 | BMK | 0012 | Research and edit memo re: bond claim issues | 3.20 |
| 11/16/11 | FSH | 0012 | Review claim info. | 0.10 |
| 11/19/11 | FSH | 0012 | Review pending claims issues. | 0.20 |
| 11/21/11 | BMK | 0012 | Edit bond claim memo (0.9); review IBM claim stipulation and related issues (0.6) | 1.50 |
| 11/22/11 | FSH | 0012 | Research re claims. | 0.20 |
| 11/23/11 | DHB | 0012 | Begin review of memo re claims issues related to plan. | 0.60 |
| 11/28/11 | FSH | 0012 | Commence review and edit of claims memo. | 2.00 |
| 11/28/11 | FSH | 0012 | Review misc. pleadings re: claims. | 0.20 |
| 11/28/11 | DHB | 0012 | Begin review and revisions of bond claim memo (1.0). | 1.00 |
| 11/29/11 | FSH | 0012 | Communications with working group re debt analysis. | 0.20 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 11/29/11 | DHB | 0012 | Continue review and revisions to bond memo (.7). | 0.70 |
| 11/30/11 | FSH | 0012 | Continue work on claim memo. | 1.10 |
| 11/30/11 | DHB | 0012 | Continue review and revisions of bond memo. | 1.70 |
| 11/02/11 | FSH | 0014 | Confer w/RJ re NNL issues. | 0.20 |
| 11/03/11 | FSH | 0014 | Confer with R. Jacobs re Canadian proceedings. | 0.20 |
| 11/06/11 | FSH | 0014 | Review info re Canadian employee motion and communications re same. | 0.20 |
| 11/07/11 | BMK | 0014 | Review Canadian motion materials re: employee claims procedure | 0.60 |
| 11/08/11 | FSH | 0014 | Review info from Frasers re Canadian proceedings. | 0.10 |
| 11/11/11 | FSH | 0014 | Confer w/Frasers re Canadian developments. | 0.20 |
| 11/18/11 | FSH | 0014 | Examine info re Canadian order. | 0.10 |
| 11/21/11 | FSH | 0014 | Communications w/Frasers re issues in NNL proceedings. | 0.20 |
| 11/21/11 | DHB | 0014 | Review EY/Richter merger information and emails with FMC re same. | 0.30 |
| 11/30/11 | FSH | 0014 | Confer with Frasers re pending matters. | 0.20 |
| 11/21/11 | FSH | 0017 | Review letters to Third Circuit (.4). Examine misc. pleadings (.2). | 0.60 |
| 11/01/11 | KMR | 0018 | Continued review of transfer pricing (2.2). | 2.20 |
| 11/01/11 | ASK | 0018 | Research open transaction doctrine. | 1.30 |
| 11/02/11 | AQ | 0018 | Review and analyze transfer pricing analyses. | 0.70 |
| 11/02/11 | KMR | 0018 | Continued review of transfer pricing issues. | 0.80 |
| 11/02/11 | ASK | 0018 | Research open transaction doctrine. | 0.80 |
| 11/03/11 | AQ | 0018 | Review and analyze Ernst & Young transfer pricing analysis. | 1.60 |
| 11/03/11 | KMR | 0018 | Reviewed transfer pricing issues. | 5.50 |
| 11/03/11 | ASK | 0018 | Research open transaction doctrine. | 2.30 |
| 11/04/11 | ASK | 0018 | Research open transaction doctrine. | 2.00 |
| 11/07/11 | ASK | 0018 | Research open transaction doctrine. | 8.20 |
| 11/08/11 | ASK | 0018 | Research open transaction doctrine. | 1.00 |
| 11/10/11 | FSH | 0018 | Confer w/Ashursts, DB, K. Rowe re EMEA tax issues. | 0.20 |
| 11/10/11 | AQ | 0018 | Review and analyze transfer pricing decisions. | 1.30 |
| 11/10/11 | DHB | 0018 | Email communications re EMEA tax issues (.2); conference call re same (.2). | 0.40 |
| 11/10/11 | KMR | 0018 | Reviewed EMEA tax information in preparation for discussions with Ashurst. | 1.00 |
| 11/10/11 | ASK | 0018 | Research open transaction doctrine. | 4.30 |
| 11/11/11 | KMR | 0018 | Reviewed files for information on the EMEA tax situation (2.2); discussion with McRae re: EMEA tax situation and other issues (0.3); discussion with Krotman re: memo on tax issues (0.4). | 2.90 |
| 11/11/11 | ASK | 0018 | Research open transaction doctrine and correspond re same with K. Rowe (2.3); Review and edit memo on tax issues (4.0). | 6.30 |
| 11/14/11 | KMR | 0018 | Work on memo and discussions with A. Krotman (1.0); continued review of EMEA tax situation and related emails (0.4). | 1.40 |
| 11/14/11 | KMR | 0018 | Reviewed [REDACTED]. | 0.40 |
| 11/14/11 | ASK | 0018 | Research US tax issues. | 1.10 |
| 11/15/11 | KMR | 0018 | Reviewed [REDACTED] (0.3); reviewed financial data relating to EMEA in preparation for call with R. Palmer and others (1.5). | 1.80 |
| 11/16/11 | DHB | 0018 | Call re EMEA tax issues. | 1.00 |
| 11/16/11 | KMR | 0018 | Continued review of financial data relating to EMEA (0.5); conference call with R. Palmer of Ashurst and others re: EMEA tax (1.0); follow up review points discussed in the call and of revised financial data on EMEA (0.8); work on memo re: tax issues (0.4). | 2.70 |
| 11/17/11 | FSH | 0018 | Review tax info. | 0.20 |
| 11/17/11 | DHB | 0018 | Email communications re analysis of US tax issues. | 0.40 |
| 11/17/11 | KMR | 0018 | Discussion with A. Krotman re: tax issues (0.2); work on arranging a follow up meeting on US tax considerations including emails and review of prior meetings (1.7). | 1.90 |
| 11/17/11 | ASK | 0018 | Revise memorandum re US tax issues. | 3.90 |
| 11/18/11 | DHB | 0018 | Continued email comms re tax analysis and diligence issues. | 0.20 |
| 11/18/11 | KMR | 0018 | Reviewed and responded to emails re: tax meeting. | 1.00 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 11/18/11 | ASK | 0018 | Revise memorandum re US tax issues. | 4.00 |
| 11/19/11 | FSH | 0018 | Follow-up re tax issues. | 0.10 |
| 11/21/11 | FSH | 0018 | Analyze next steps on tax issues and communicate w/KR re same. | 0.20 |
| 11/21/11 | DHB | 0018 | Further emails re tax analysis and review. | 0.20 |
| 11/21/11 | KMR | 0018 | Work on plan for tax follow-up meeting (.9); reviewed and revised emails re: same (.3). | 1.20 |
| 11/22/11 | DHB | 0018 | Email communications re tax analysis. | 0.10 |
| 11/22/11 | KMR | 0018 | Reviewed and responded to email exchange re: tax meeting (.3); discussions with J. Borow and J. Hyland re: same (.5). | 0.80 |
| 11/30/11 | KMR | 0018 | Work on memo on US tax issues. | 0.50 |
| 11/01/11 | LGB | 0019 | Review amended schedules re severance claims (0.1); Email Hodara/ Botter re same (0.1). | 0.20 |
| 11/01/11 | FSH | 0019 | Attention to employee communication matter. | 0.10 |
| 11/06/11 | LGB | 0019 | Review Canadian employee claims motion (0.8); Review email from Winder re same (0.1); Respond to same (0.1). | 1.00 |
| 11/06/11 | DHB | 0019 | Email communications re Canadian employee issues and amendment. | 0.30 |
| 11/07/11 | LGB | 0019 | Review letter from court (0.1); Review email from Lerman re same (0.1); Respond to same; (0.1); O/c with Sturm re same (0.1); Review email from Buell re same (0.1); Respond to same (0.1); Review additional severance/ employee schedule amendment (0.3). | 0.90 |
| 11/07/11 | FSH | 0019 | Review misc. pleadings re: Third Circuit issues. | 0.20 |
| 11/07/11 | FSH | 0019 | Examine UK re pension appeal. | 0.10 |
| 11/07/11 | DHB | 0019 | Review 3rd Circuit correspondence and emails re same. | 0.20 |
| 11/07/11 | LRL | 0019 | Review and analysis of UK court's opinion, news articles re same. | 1.50 |
| 11/07/11 | JYS | 0019 | Review Third Circuit request for supplemental briefing (0.2); telephone conference and correspondence with Akin Gump team re same (0.3). | 0.50 |
| 11/08/11 | LGB | 0019 | T/c with Sturm, Kurlekar, Lerman re request for brief (0.5); T/c with Sturm, Kurlekar, Lerman, Burell, Forrest re same (0.5); Review email from Wunder re motion re amendment to Canadian employee bar date (0.1). | 1.10 |
| 11/08/11 | LRL | 0019 | Telephone conference with L. Beckerman, J. Sturm and A. Kurlekar re UK opinion and 3rd Circuit briefing request (.5); telephone conference with Cleary re same (.5); further review and analysis of UK opinion (.8). | 1.80 |
| 11/08/11 | JYS | 0019 | Telephone conference with Cleary re pension appeal (0.5); telephone conference and correspondence with Akin Gump team re same (0.5); review U.K. pensions decision re same (0.4). | 1.40 |
| 11/09/11 | LGB | 0019 | Review email from Buell re call with O'Connor re request for brief (0.1); Email Lerman/ Kurleker re same (0.1); Review email from Kahn re same (0.1); Respond to same (0.1); T/c with Hodara re same (0.1). | 0.50 |
| 11/09/11 | FSH | 0019 | Attention to Third Circuit request for comment and confer with LB re same. | 0.30 |
| 11/09/11 | LRL | 0019 | Review and analyze UK opinion and commentary on same. | 1.50 |
| 11/09/11 | AK | 0019 | Review and analyze UK Judgment re Nortel UK entity (3.0); confer with R. Helyar, L. Beckerman and Debtors' counsel re Judgment (.4). | 3.40 |
| 11/09/11 | BMK | 0019 | Review of third circuit letter: uk pension proceeding (0.2); conf with J. Sturm re: same (0.1) | 0.30 |
| 11/09/11 | JYS | 0019 | Correspondence with Akin Gump team re Third Circuit letter briefing (0.4). | 0.40 |
| 11/10/11 | LGB | 0019 | Review email from Lerman re brief (0.1); Respond to same (0.1); Review email from Sturm re same (0.1). | 0.30 |
| 11/10/11 | LRL | 0019 | Prepare response to UK opinion per 3d Circuit request (1.6); review and analyze High Court opinion from Dec 2010 (.9). | 2.50 |
| 11/10/11 | JYS | 0019 | Correspondence with R. Lerman re Third Circuit Appeal (0.4). | 0.40 |
| 11/11/11 | LRL | 0019 | Prepare supplemental brief analyzing UK court's decision. | 3.50 |
| 11/14/11 | LGB | 0019 | Review letter brief to 3rd Circuit (0.8); O/c with Sturm re same (0.7); T/c with Fleming re Elliott Greenleaf's Fee cap (0.1); Email Brauner re fee application for same (0.1). | 1.70 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 11/14/11 | LRL | 0019 | Conference with A. Kurlekar re supp brief (.1); review A. Kurlekar suggestions re same (.4). | 0.50 |
| 11/14/11 | AK | 0019 | Review and analyze draft supplemental memorandum (1.1); draft suggested revisions to supplemental memorandum (1.6). | 2.70 |
| 11/14/11 | JYS | 0019 | Review Third Circuit Supplemental Brief (0.4); Comment on same (0.8); O/C w. L. Beckerman re same (0.3). | 1.50 |
| 11/15/11 | LGB | 0019 | Review Sturm edits to letter brief and mark up same (1.0); Review revised draft (0.5); Email Lerman re same (0.1); Review email from Millett re same (0.1); Respond to same (0.1); Review Cleary brief (0.8); O/c with Sturm re same (0.1); Review Elliott Greenleaf fee application (0.6). | 3.30 |
| 11/15/11 | DHB | 0019 | Review 3rd Circuit letter brief and comment. | 0.50 |
| 11/15/11 | LRL | 0019 | Revise supplemental brief per comments from L. Beckerman, J. Sturm and P. Millett, review and analyze Cleary's draft supp brief (1.1); review email comments from F. Hodara, English counsel (.3). | 1.40 |
| 11/15/11 | AK | 0019 | Review and analyze Debtor draft supplemental memorandum. | 0.40 |
| 11/15/11 | JYS | 0019 | T/c with C. Samis re filing of Third Circuit brief (0.2); review L. Beckerman comments re same (0.2); correspondence with Akin Gump team re same (0.8); correspondence with Ashursts, Cleary re same (0.6); coordinating call with Cleary re same (0.2). | 2.00 |
| 11/16/11 | LGB | 0019 | T/c with Kurlekar, Sturm, Lerman re our brief/ Cleary brief (0.7); T/c with Cleary re our brief/ their brief (0.7); Review email from Hodara re comments to our brief (0.2); Review Ashursts comments to brief (0.7); Review further revised employee severance schedules (0.3); Review language from Sturm re our brief and comment on same (0.1); Review revised draft of our brief (0.5); Review emai from Samis re same (0.1); O/c with Sturm re same (0.1). | 3.40 |
| 11/16/11 | FSH | 0019 | Review and comment on letter to Third Circuit and communications re same (.4). Review UK comments (.2). | 0.60 |
| 11/16/11 | DHB | 0019 | Email communications re comments to 3rd Circuit brief (.2) (.2). | 0.40 |
| 11/16/11 | LRL | 0019 | Conference calls with NY team and Cleary re supp brief (.7); revise our draft per same (.5); conferences with local counsel re format of brief (.1). | 1.30 |
| 11/16/11 | AK | 0019 | Confer with L. Beckerman, R. Lerman and J. Sturm re draft supplemental memoranda (1.2); confer with Debtors' counsel re memoranda (.7). | 1.90 |
| 11/16/11 | JYS | 0019 | T/c with Akin Gump team re revising Third Circuit brief (0.5); revisions to same (0.3); reviewing revisions to same (0.4); correspondence with Ashursts, AG team and Cleary re same (1.3); t/c with Cleary and Akin Gump team re comments to Third Circuit briefs (0.5); correspondence and t/cs with C. Samis and Akin Gump team re format of same (0.8);t/c with Cleary re same (0.2). | 4.00 |
| 11/17/11 | LGB | 0019 | T/c with Samis re brief (0.1); T/c with Samis re brief (0.1); Review email from Samis re brief (0.1); T/c with Botter re Elliott Greenleaf's cap (0.1); Review Debtors final letter brief (0.6). | 1.00 |
| 11/17/11 | JYS | 0019 | Coordinate filing of Third Circuit Supplemental Response (0.7). | 0.70 |
| 11/18/11 | LGB | 0019 | Review brief filed PPF/ Trustee (0.6). | 0.60 |
| 11/18/11 | FSH | 0019 | Review misc. pleadings re: Third Circuit brief. | 0.30 |
| 11/03/11 | BMK | 0020 | Review of [REDACTED] | 0.40 |
| 11/03/11 | JYS | 0020 | Correspondence and t/cs with J. Hyland re [REDACTED] (0.4); correspondence with Akin Gump team re same (0.2). | 0.60 |
| 11/08/11 | JYS | 0020 | Correspondence with J. Hyland re [REDACTED]. | 0.20 |
| 11/10/11 | JYS | 0020 | Correspondence with J. Hyland re [REDACTED]. | 0.10 |
| 11/01/11 | SBK | 0024 | Discussion w/Feuerstein re IP address sale update and review of Canadian vesting order (.30); Emails to/from Feuerstein and Jacobs re vesting order (.10) | 0.40 |
| 11/01/11 | TDF | 0024 | Reviewing draft ASA for Airspace (3.1);Reviewing approval and | 4.20 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | vesting order (0.4); discussing w/Cleary (0.3); call w/R. Jacobs (0.2); discussing w/S. Kuhn (0.2) | |
| 11/02/11 | BMK | 0024 | Review de minimis asset abandonment schedule | 0.40 |
| 11/07/11 | GDB | 0024 | Emails re Kapsch settlement. | 0.20 |
| 11/09/11 | FSH | 0024 | Review drafts re IP Addresses. | 0.20 |
| 11/09/11 | DHB | 0024 | Email communications re IP sale issues. | 0.20 |
| 11/09/11 | BMK | 0024 | Review and comment on Canadian order re: IP address sale process | 0.70 |
| 11/09/11 | TDF | 0024 | Reviewing revised sale order (0.6); discussing w/R. Jacobs (0.3); discussing w/L. Lipner (0.3). | 1.20 |
| 11/10/11 | DHB | 0024 | Email communications re IPA sale issues (.2) and Nortel name (.1). | 0.30 |
| 11/10/11 | TDF | 0024 | Reviewing Tory's comments to sale order (0.4 hours); corresponding w/working group (0.3 hours); discussing w/Cleary (0.2 hours); corresponding w/Frasers (0.3 hours). | 1.20 |
| 11/14/11 | SBK | 0024 | Review latest escrow statements from m&a transactions (.10); Emails to/from Akin and Capstone re same (.20) | 0.30 |
| 11/14/11 | BMK | 0024 | Review of escrow account statements | 0.20 |
| 11/15/11 | DHB | 0024 | Review IP address sale order and certification (.5); emails re comments thereto (.2). | 0.70 |
| 11/18/11 | BMK | 0024 | Review revised Canadian order re: IP address sale process. | 0.40 |
| 11/21/11 | GDB | 0024 | Emails relating to Passport Jabil settlement (0.3) Reviewing Passport Jabil settlement agreement (1.3) | 1.60 |
| 11/22/11 | FSH | 0024 | Communications re IPA. | 0.20 |
| 11/22/11 | KAK | 0024 | Email from T. Feuerstein re: revisions to agreements in sale of Canadian IP addresses (.2); review revisions (.8); email from D. Botter re: same (.1). | 1.10 |
| 11/22/11 | DHB | 0024 | Emails communications re Airspace. | 0.30 |
| 11/22/11 | DCV | 0024 | Analyze materials relating to Airspace transaction. | 6.20 |
| 11/22/11 | TDF | 0024 | Reviewing revised IP Address Sale Agreements (3.5 hours); call w/Cleary re: foregoing (0.3 hours); corresponding w/Akin team (0.3 hours). | 4.10 |
| 11/22/11 | GDB | 0024 | Emails re Jabil agreement (0.2) | 0.20 |
| 11/23/11 | DHB | 0024 | Review changes to Airspace order and emails re same. | 0.40 |
| 11/23/11 | GDB | 0024 | Emails re Jabil Settlement agreement (0.2) | 0.20 |
| 11/28/11 | FSH | 0024 | Attention to IPA order. | 0.10 |
| 11/28/11 | KAK | 0024 | Review monitor's changes to draft order re: Airspace sale of IP addresses. | 0.80 |
| 11/28/11 | DCV | 0024 | Analyze materials relating to Airspace transaction. | 5.50 |
| 11/29/11 | BMK | 0024 | Review of Jabil side letter (0.3); emails with G. Bell and J. Hyland re: same (0.2) | 0.50 |
| 11/29/11 | GDB | 0024 | Emails relating to Jabil side agreement and letter (0.8) Reviewing proposed Jabil agreements (1.6) | 2.40 |
| 11/30/11 | DHB | 0024 | Email communications re IP address sale issues. | 0.40 |
| 11/30/11 | TDF | 0024 | Reviewing correspondence re: borders transaction (0.4). | 0.40 |
| 11/30/11 | GDB | 0024 | Emails re Jabil side agreements (1.8); Reviewing Jabil side agreements (0.6); Call with Cleary re Jabil side agreement (0.2) | 2.60 |
| 11/14/11 | BMK | 0026 | Participate in call with J. Sherrett re: preference settlement | 0.20 |
| 11/28/11 | BMK | 0026 | TC with Cleary re: preference settlements | 0.20 |
| 11/01/11 | SLS | 0029 | Participate in meeting with ad hocs, company and UCC professionals regarding next steps in allocation (1.7) | 1.70 |
| 11/01/11 | FSH | 0029 | Review materials for allocation call w/NNI (.3). Participate in same (1.1). Consider issues (.2). | 1.60 |
| 11/01/11 | AQ | 0029 | Call with Debtors and Chilmark re recovery analysis. | 1.10 |
| 11/01/11 | DHB | 0029 | Telephone call with C. Kearns re allocation issues (.3); emails re same (.1); conference call re allocation issues (1.1). | 1.50 |
| 11/01/11 | BMK | 0029 | Review revised issues list (0.5); participate in call with UCC, Debtor and Ad hoc professionals re: allocation issues (1.2); follow up to same (0.1); continued review of Fourth Estate allocation issues (0.4); tc with J. | 3.20 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | Hyland re: same (0.2); analyze intercompany issues (0.8) | |
| 11/01/11 | JYS | 0029 | Telephone conference with Debtors re list of allocation negotiation issues (1.2); review of relevant doc (0.4); follow up with Akin Gump team (0.3). | 1.90 |
| 11/01/11 | MTD | 0029 | Email correspondence. (.2); Research regarding allocation issues (3.9); Read escrow agreements and letter re: same. (.8) | 4.90 |
| 11/02/11 | SBK | 0029 | Emails to/from Hodara, Botter & Qureshi re HS inquiry | 0.50 |
| 11/02/11 | BMK | 0029 | Research and analysis re: intercompany issues | 1.30 |
| 11/02/11 | MTD | 0029 | Legal research re: allocation. (3.9) Read email correspondence. (.4) Continue drafting of memo. (.9) | 5.20 |
| 11/03/11 | BMK | 0029 | Review and analysis of Fourth Estate settlement draft (1.8). | 1.80 |
| 11/03/11 | MTD | 0029 | Research re: allocation issue. (2.7) Drafting of memo. (2.1) | 4.80 |
| 11/04/11 | FSH | 0029 | Review info re allocation expert (.3). Attend meetings re same (1.8). Follow up re experts (.5). | 2.60 |
| 11/04/11 | AQ | 0029 | Attend meeting with potential transfer pricing expert. | 1.40 |
| 11/04/11 | DHB | 0029 | Telephone calls with creditors re status of allocation discussions (.2) (2); meet with potential experts and Cleary (1.5); follow-up with F. Hodara and A. Qureshi (.2). | 2.10 |
| 11/04/11 | BMK | 0029 | Analysis of transfer pricing and intercompany issues | 0.60 |
| 11/04/11 | KMR | 0029 | Continued review of transfer pricing issues (2.0); meeting with potential expert and follow up discussion with Cleary lawyers (1.3); reviewed cases re: same (1.2); email exchanges re: same (0.5). | 5.00 |
| 11/04/11 | MTD | 0029 | Continue legal research re: allocation. (3.4) Drafting of memo. (2.4) | 5.80 |
| 11/06/11 | MTD | 0029 | Revisions to memo re: allocation issue. | 2.30 |
| 11/07/11 | SLS | 0029 | Telephone call with B. Kahn and C. Kearn regarding allocation calculations (.6); review related follow-up documents (.2) | 0.80 |
| 11/07/11 | FSH | 0029 | Analyze info re expert. | 0.10 |
| 11/07/11 | DHB | 0029 | Office conference with K. Rowe re potential expert issue (.2); emails re same (.1). | 0.30 |
| 11/07/11 | BMK | 0029 | Review, edit and research re: allocation procedure issue memo | 3.20 |
| 11/07/11 | KMR | 0029 | Continued review of potential transfer pricing experts and internal discussions. | 0.80 |
| 11/07/11 | MTD | 0029 | Revisions to memo re: allocation issue. (1.4); further edit memo (2.3); Email correspondence. (.2) | 3.90 |
| 11/08/11 | DHB | 0029 | Review work product re allocation analysis and issues (.6); emails with B. Kahn re same (.1); email communications re EY issues (.1); office conferences with A. Qureshi and emails re experts (.2). | 1.00 |
| 11/08/11 | BMK | 0029 | Review and comment on allocation issue memo | 2.30 |
| 11/08/11 | KMR | 0029 | Continued review of potential experts. | 0.50 |
| 11/08/11 | MTD | 0029 | Email correspondence re: allocation. | 0.20 |
| 11/09/11 | BMK | 0029 | Research re: intercompany issues (1.4); tc with RLF team re: same (0.4); review and comment on memo re: allocation procedures issue (1.2) | 3.00 |
| 11/09/11 | MTD | 0029 | Review comments from B. Kahn and calls with B. Kahn re: allocation memo (.9); Revisions to memo (1.9) | 2.80 |
| 11/10/11 | BMK | 0029 | Emails and tc with J. Hyland re: fourth estate settlement (0.5); research and analysis of intercompany issues (1.3) | 1.80 |
| 11/10/11 | SLB | 0029 | Attend post-call meeting w/ Cte. Professionals re: allocation. | 0.40 |
| 11/11/11 | BMK | 0029 | Review and edit memo on allocation procedural issues | 2.60 |
| 11/11/11 | MTD | 0029 | Email correspondence re: allocation. (.3) Revisions to memo. (2.2) | 2.50 |
| 11/14/11 | FSH | 0029 | Confer w/BK and DB re allocation issues (.4). Review Capstone analysis (.3). | 0.70 |
| 11/14/11 | FSH | 0029 | Attention to sale proceeds issues. | 0.10 |
| 11/14/11 | BMK | 0029 | Research and edit memo re: allocation issue (4.6); review of allocation issues for mediation (0.9) | 5.50 |
| 11/15/11 | BMK | 0029 | Research and edit memo re: allocation procedure issues (3.6); review of intercompany analyses (1.2) | 4.80 |
| 11/17/11 | AQ | 0029 | Emails and calls re transfer pricing experts. | 0.30 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 11/22/11 | BMK | 0029 | Analysis of intercompany issues (0.3); tc's and emails with Capstone re: same (0.2); conf with D. Botter re: same (0.1) | 0.60 |
| 11/23/11 | FSH | 0029 | Communicate with NNI re next steps. | 0.10 |
| 11/25/11 | FSH | 0029 | Follow-up re expert (.1). Review and edit memo re escrow accounts (.6). | 0.70 |
| 11/28/11 | FSH | 0029 | Confer with BK re escrow monies. | 0.10 |
| 11/28/11 | DHB | 0029 | Office conference with A. Qureshi re experts (.1); review and revise allocation memo (1.2). | 1.30 |
| 11/28/11 | BMK | 0029 | Edit memo re: allocation procedure issues (0.4); review Capstone intercompany issues chart (0.5) | 0.90 |
| 11/29/11 | SLS | 0029 | Review allocation issue memo (1.0) | 1.00 |
| 11/29/11 | FSH | 0029 | Review escrow issue and communicate with working group re same (.2). Confer with C. Kearns re pending issues (.3). | 0.50 |
| 11/29/11 | AQ | 0029 | Review and edit draft memo to Committee regarding allocation process. | 0.30 |
| 11/29/11 | AQ | 0029 | Confer with B. Kahn regarding draft allocation memo. | 0.20 |
| 11/29/11 | DHB | 0029 | Communications with FTI re allocation next steps (.3); emails re same (.3); office conference with B. Kahn re allocation memo changes and work related thereto (.3); emails re same (.3). | 1.20 |
| 11/29/11 | BMK | 0029 | Revise/edit memo re: allocation procedure issue (1.7); tc with D. Botter re: same (0.1); tc with A. Qureshi re: same (0.1) | 1.90 |
| 11/30/11 | SLS | 0029 | Review allocation process memo (.7). | 0.70 |
| 11/30/11 | BMK | 0029 | Prepare presentation to Committee on intercompany issues | 2.80 |
| 11/03/11 | FSH | 0031 | Confer w/G. Boothman re pending EMEA issues (.3). Analyze aspect of claims (.1). | 0.40 |
| 11/01/11 | KMR | 0032 | Conference call with Cleary, Chilmark and bondholders to discuss allocation (1.5). | 1.50 |
| 11/10/11 | FSH | 0032 | Examine [REDACTED]. | 0.10 |
| | | | Total Hours | 372.30 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| L G BECKERMAN | 14.80 | at | $975.00 | = | $14,430.00 |
| F S HODARA | 25.70 | at | $990.00 | = | $25,443.00 |
| K A KEPCHAR | 1.90 | at | $700.00 | = | $1,330.00 |
| A QURESHI | 8.00 | at | $790.00 | = | $6,320.00 |
| D H BOTTER | 28.30 | at | $900.00 | = | $25,470.00 |
| S B KUHN | 3.10 | at | $790.00 | = | $2,449.00 |
| S L SCHULTZ | 10.90 | at | $700.00 | = | $7,630.00 |
| L R LERMAN | 14.00 | at | $620.00 | = | $8,680.00 |
| K M ROWE | 37.60 | at | $690.00 | = | $25,944.00 |
| A KURLEKAR | 8.40 | at | $560.00 | = | $4,704.00 |
| D C VONDLE | 11.70 | at | $560.00 | = | $6,552.00 |
| M T DUDA | 32.40 | at | $585.00 | = | $18,954.00 |
| T D FEUERSTEIN | 11.10 | at | $610.00 | = | $6,771.00 |
| G D BELL | 8.60 | at | $600.00 | = | $5,160.00 |
| J P RUBIN | 8.90 | at | $560.00 | = | $4,984.00 |
| B M KAHN | 79.90 | at | $510.00 | = | $40,749.00 |
| J Y STURM | 18.20 | at | $550.00 | = | $10,010.00 |
| S J WOODELL | 1.00 | at | $335.00 | = | $335.00 |
| S L BRAUNER | 2.30 | at | $360.00 | = | $828.00 |
| A S KROTMAN | 35.20 | at | $400.00 | = | $14,080.00 |
| P J SPROFERA | 8.50 | at | $265.00 | = | $2,252.50 |
| J A SAMPER | 1.80 | at | $210.00 | = | $378.00 |

Current Fees $233,453.50