# EXHIBIT C

## DISBURSEMENT SUMMARY
## NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

| | |
|---|---|
| Computerized Research, Corporate Service Fees & PACER Charges | $4,794.85 |
| Conference Call /Telephone/Video Conferencing | $4,059.06 |
| Courier Service/Postage | $61.41 |
| Meals/Committee Meeting Expenses | $3,939.56 |
| Transcript Charges | $12,999.59 |
| Travel Expenses – Ground Transportation | $778.22 |
| Travel Expenses – Lodging | $5.00 |
| Travel Expenses – Train Fare | $1,358.00 |
| Credit for Prior Expenses | ($375.00) |
| **TOTAL** | **$27,620.69** |