# EXHIBIT D



# Akin Gump
Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1401194 |
| Invoice Date | 12/30/11 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/11 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 08/09/11 | Meals - Business  Overtime meal ordered while working on client business outside of office.; L. Beckerman; Zena Grocery and Deli | $51.00 |
| 08/11/11 | Meals - Business  Overtime meal ordered while working on client business outside of office.; L. Beckerman; Hamilton House | $50.00 |
| 08/16/11 | Meals - Business  Overtime meal ordered while working on client business outside of office.; L. Beckerman; Chicken Factory | $52.00 |
| 08/18/11 | Meals - Business  Overtime meal ordered while working on client business outside of office.; L. Beckerman; Vinnies | $50.00 |
| 08/25/11 | Meals - Business  Overtime meal ordered while working on client business outside of office.; L. Beckerman; Off the Wall Receipt | $50.00 |
| 08/30/11 | Meals - Business  Overtime meal ordered while working on client business outside of office.; L. Beckerman; Kultural Kuisine | $50.00 |
| 09/06/11 | Meals - Business  Overtime meal ordered while working on client business outside of office.; L. Beckerman; Off the Wall Receipt | $50.00 |
| 09/08/11 | Meals - Business  Overtime meal ordered while working on client business outside of office.; L. Beckerman; Zena Grocery and Deli | $50.00 |

| Date | Description | Amount |
|---|---|---|
| 09/10/11 | Meals - Business Overtime meal ordered while working on client business outside of office.; L. Beckerman; Ayame Receipt | $50.00 |
| 09/10/11 | Meals - Business Overtime meal ordered while working on client business outside of office.; L. Beckerman; Ayame | $44.15 |
| 09/12/11 | Meals - Business Overtime meal ordered while working on client business outside of office.; L. Beckerman; Off the Wall Receipt | $50.00 |
| 09/13/11 | Meals - Business Overtime meal ordered while working on client business outside of office.; L. Beckerman; T. Thai Restaurant | $50.00 |
| 09/17/11 | Meals - Business Overtime meal ordered while working on client business outside of office.; L. Beckerman; Zena Grocery | $50.00 |
| 09/18/11 | Meals (100%) Overtime meal ordered while working on client business outside of office.; L. Beckerman; Overtime meal worked client busniess out; Of the Wall Receipt | $50.00 |
| 09/20/11 | Travel - Ground Transportation VENDOR: DINERS CLUB INVOICE#: OCT11-53062500000206 DATE: 10/28/2011 PASSENGER: Botter David H TICKET #: DEPARTURE DATE: 09/29/2011 ROUTE: Heathrow Airport to Savoy Hotel | $203.86 |
| 09/20/11 | Meals - Business Overtime meal ordered while working on client business outside of office.; L. Beckerman; Maru Sushi | $50.29 |
| 09/24/11 | Audio and Web Conference Services Charges for new voice services VENDOR: GLOBAL CROSSING CONFERENCING; INVOICE#: 9033452385; DATE: 9/24/2011 - Account No.: 0205134736 | $60.99 |
| 09/24/11 | Meals - Business L. Beckerman; Banskok Cuisine | $53.00 |
| 09/27/11 | Travel - Ground Transportation Taxi from office to home for after hours work.; NYC Taxi Receipt | $12.70 |
| 09/28/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: OCT11-53062500000206 DATE: 10/28/2011 PASSENGER: Rubin Jason Pau TICKET #: 0550564835 DEPARTURE DATE: 09/28/2011 ROUTE: JFK/LHR/EWR | $37.00 |
| 10/04/11 | Document Retrieval From Federal Courts - Usage From: 7/1/11 To: 9/30/11 VENDOR: PACER SERVICE CENTER; INVOICE#: AG0381-Q32011; DATE: 10/4/2011 - Account ID: AG0381 | $66.40 |
| 10/04/11 | Travel - Lodging (Hotel, Apt, Other) VENDOR: DINERS CLUB INVOICE#: OCT11-53062500000206 DATE: | $5.00 |

| Date | Description | Amount |
|---|---|---|
| 10/08/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: OCT11-53062500000206 DATE: 10/28/2011 PASSENGER: Kahn Brad M TICKET #: 0550752770 DEPARTURE DATE: 10/04/2011 ROUTE: NY | $-9,842.60 |
| 10/08/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: OCT11-53062500000206 DATE: 10/28/2011 PASSENGER: Rubin Jason Pau TICKET #: 8685342236 DEPARTURE DATE: 10/08/2011 ROUTE: JFK/LHR/EWR | $9,842.60 |
| 10/08/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: OCT11-53062500000206 DATE: 10/28/2011 PASSENGER: Rubin Jason Pau TICKET #: 8685342236 DEPARTURE DATE: 09/28/2011 ROUTE: JFK/LHR/EWR | |
| 10/10/11 | Telephone - Long Distance Client call to United Kingdom re matter issues.; AT&T | $65.56 |
| 10/11/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1032460 DATE: 10/16/2011 Catering Akin Gump - Mendy's Kosher Restaurant - 10/11/2011 | $17.73 |
| 10/11/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: OCT11-53062500000206 DATE: 10/28/2011 PASSENGER: Barrow Jay TICKET #: 8681135454 DEPARTURE DATE: 10/09/2011 ROUTE: QQS/XPG | $-412.00 |
| 10/12/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT11-53062500000206 DATE: 10/28/2011 PASSENGER: Kahn Brad M TICKET #: 0551013781 DEPARTURE DATE: 10/12/2011 ROUTE: NYP/WIL/NYP | $37.00 |
| 10/12/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT11-53062500000206 DATE: 10/28/2011 PASSENGER: Rubin Jason TICKET #: 0551013792 DEPARTURE DATE: 10/12/2011 ROUTE: NYP/WIL/NYP | $37.00 |
| 10/13/11 | Travel - Ground Transportation Taxi service from One Bryant Park to 50 Franklin Street - worked on Nortel documents.; Yellow cab | $12.00 |
| 10/13/11 | Meals - Business Lunch with UK Counsel while preparing for hearing.; Qureshi, Kahn, A.Crocker and L.Roberts of Ashursts; Koi - NY | $270.38 |
| 10/13/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT11-53062500000206 DATE: 10/28/2011 PASSENGER: Hodara Fred S TICKET #: 0551048734 DEPARTURE DATE: 10/13/2011 ROUTE: NYP/WIL/MET | $37.00 |
| 10/13/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT11-53062500000206 DATE: 10/28/2011 | $464.00 |

| Date | Description | Amount |
|---|---|---|
| 10/13/11 | PASSENGER: Kahn Brad M TICKET #: DEPARTURE DATE: 10/12/2011 ROUTE: NYP/WIL/NYP Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT11-53062500000206 DATE: 10/28/2011 PASSENGER: Rubin Jason TICKET #: DEPARTURE DATE: 10/12/2011 ROUTE: NYP/WIL/NYP | $464.00 |
| 10/14/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1130054 DATE: 11/2/2011 Vendor: Dial Car Voucher #: DLA3449548 Date: 10/14/2011 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3449548 Date: 10/14/2011 Name: Abid Qureshi | $41.34 |
| 10/14/11 | Meals - Business EMEA MTD Hearing - Qureshi, Hodara, Kahn, Brauner; Crocker of Ashursts (Nortel); Qureshi, Hodara, Kahn, Brauner; Crocker of Ashursts; Public House | $63.00 |
| 10/14/11 | Travel - Ground Transportation Taxi service from One Bryant Park to Court - Nortel Court hearing.; 302 Taxi Service | $12.00 |
| 10/14/11 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: OCT11-53062500000206 DATE: 10/28/2011 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 10/13/2011 ROUTE: NYP/WIL/MET | $319.00 |
| 10/16/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1130054 DATE: 11/2/2011 Vendor: Dial Car Voucher #: DLA3414149 Date: 10/16/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3414149 Date: 10/16/2011 Name: Lisa Beckerman | $137.86 |
| 10/16/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1130054 DATE: 11/2/2011 Vendor: Dial Car Voucher #: DLA3424139 Date: 10/16/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3424139 Date: 10/16/2011 Name: Lisa Beckerman | $70.03 |
| 10/18/11 | Courier Service/Messenger Service- Off Site VENDOR: URBAN EXPRESS INVOICE#: 415757 DATE: 10/28/2011 SENDER'S NAME: PEICRE; JOB NUMBER: 6049523; PICKUP: 1 BRYANT PK; DESTINATION: 50 FRANKLIN ST; DATE: 10/18/2011 | $32.08 |
| 10/19/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1130342 DATE: 11/9/2011 Vendor: Dial Car Voucher #: | $80.23 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1401194

Page 5  
December 30, 2011

| Date | Description | Amount |
|---|---|---|
| 10/20/11 | DLA3456328 Date: 10/19/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3456328 Date: 10/19/2011 Name: Lisa Beckerman Meals (100%) 10/17/11 P Sanchez - Nortel team meeting - working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800159; DATE: 10/20/2011 | $182.47 |
| 10/20/11 | Meals (100%) 10/19/11 B Kahn - Committee call - working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800159; DATE: 10/20/2011 | $235.17 |
| 10/24/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1043734 DATE: 10/30/2011 Krotman Adam - Sushi of Gari 46th) - 10/24/2011 | $29.72 |
| 10/24/11 | Audio and Web Conference Services New voice services VENDOR: GLOBAL CROSSING CONFERENCING; INVOICE#: 9033496828; DATE: 10/24/2011 - Account No.: 0205134736 | $53.84 |
| 10/27/11 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E441A DATE: 10/29/2011 TRACKING #: 1Z02E52E0354520062; PICKUP DATE: 10/27/2011; SENDER: Brad Kahn; RECEIVER: Lawrence Miller - Dewey & LeBoeuf; | $5.61 |
| 10/27/11 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E441A DATE: 10/29/2011 TRACKING #: 1Z02E52E0152896478; PICKUP DATE: 10/27/2011; SENDER: Brad Kahn; RECEIVER: Mohsin Khambati - Dewey & LeBoeuf; | $12.72 |
| 10/27/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1043734 DATE: 10/30/2011 Catering Akin Gump - Mendy's Kosher Restaurant - 10/27/2011 | $17.73 |
| 10/27/11 | Meals (100%) 10/24/11 B Kahn - Professional call - working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800160; DATE: 10/27/2011 | $34.40 |
| 10/27/11 | Meals (100%) 10/26/11 P Sanchez - Team meeting - working (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: | $77.95 |

| Date | Description | Amount |
|---|---|---|
| 10/27/11 | 2033800160; DATE: 10/27/2011 Meals (100%) 10/26/11 N Kunen - Team meeting - working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800160; DATE: 10/27/2011 | $74.04 |
| 10/27/11 | Meals (100%) 10/27/11 P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800160; DATE: 10/27/2011 | $358.47 |
| 10/28/11 | Courier Service/Messenger Service- Off Site VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E441A DATE: 10/29/2011 TRACKING #: 1Z02E52E0354520062; PICKUP DATE: 10/28/2011; SENDER: BRAD KAHN; RECEIVER: LAWRENCE MILLER - DEWEY & LEBOEUF; | $11.00 |
| 10/31/11 | Computerized Legal Research - Lexis Service: NEXIS SERVICE; Employee: KAHN BRAD; Charge Type: SEARCHES; Quantity: 1.0 | $51.30 |
| 10/31/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1046436 DATE: 11/6/2011 Kahn Brad - Mi Nidito - 10/31/2011 | $35.61 |
| 10/31/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 677833 DATE: 11/11/2011 Vendor: Executive Royal Voucher #: 358072 Date: 10/31/2011 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 358072 Date: 10/31/2011 Name: Brad Kahn | $26.93 |
| 11/01/11 | Computerized Legal Research - Westlaw User: DUDA,MONICA Date: 11/1/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $89.59 |
| 11/01/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1046436 DATE: 11/6/2011 Catering Akin Gump - Mendy's Kosher Restaurant - 11/01/2011 | $17.73 |
| 11/01/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1046436 DATE: 11/6/2011 Kahn Brad - Szechuan Gourmet - 11/01/2011 | $27.14 |
| 11/01/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 677833 DATE: 11/11/2011 Vendor: Executive Royal Voucher #: 357655 Date: 11/01/2011 Name: Brad Kahn\|\|Car Service, Vendor: Executive | $26.93 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1401194

Page 7
December 30, 2011

| Date | Description | Amount |
|---|---|---|
| 11/02/11 | Royal Voucher #: 357655 Date: 11/01/2011 Name: Brad Kahn Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 11/2/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $121.59 |
| 11/03/11 | Computerized Legal Research - Lexis Service: NEXIS SERVICE; Employee: KAHN BRAD; Charge Type: SEARCHES; Quantity: 1.0 | $51.30 |
| 11/03/11 | Meals (100%) 11/2/11 P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800161; DATE: 11/3/2011 | $369.36 |
| 11/04/11 | Computerized Legal Research - Westlaw User: DUDA,MONICA Date: 11/4/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $1,233.62 |
| 11/05/11 | Computerized Legal Research - Westlaw User: DUDA,MONICA Date: 11/5/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $952.99 |
| 11/05/11 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 11001-01001-11; DATE: 11/5/2011 | $3,878.67 |
| 11/06/11 | Computerized Legal Research - Westlaw User: DUDA,MONICA Date: 11/6/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $329.78 |
| 11/06/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1131257 DATE: 11/23/2011 Vendor: Dial Car Voucher #: DLA3559226 Date: 11/06/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3559226 Date: 11/06/2011 Name: Lisa Beckerman | $82.27 |
| 11/07/11 | Computerized Legal Research - Westlaw User: DUDA,MONICA Date: 11/7/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $538.62 |
| 11/07/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 11/7/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $38.18 |
| 11/07/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1051035 DATE: 11/13/2011 Kahn Brad - Mi Nidito - 11/07/2011 | $29.62 |
| 11/07/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1051035 DATE: 11/13/2011 Krotman Adam - Chimichurri Grill - 11/07/2011 | $29.38 |
| 11/09/11 | Computerized Legal Research - Westlaw User: DUDA,MONICA Date: 11/9/2011 AcctNumber: 1000193694 ConnectTime: | $1,047.37 |

| Date | Description | Amount |
|---|---|---|
| 11/09/11 | 0.0<br>Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1051035 DATE: 11/13/2011<br>Catering Akin Gump - Mendy's Kosher Restaurant - 11/09/2011 | $17.73 |
| 11/10/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1051035 DATE: 11/13/2011<br>Krotman Adam - Hatsuhana - 11/10/2011 | $29.59 |
| 11/10/11 | Meals (100%) 11/4/11 T Duval VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800162; DATE: 11/10/2011 | $286.78 |
| 11/10/11 | Meals (100%) 11/9/11 B Kahn - Team meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800162; DATE: 11/10/2011 | $77.95 |
| 11/10/11 | Meals (100%) 11/10/11 P Sanchez - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800162; DATE: 11/10/2011 | $358.47 |
| 11/11/11 | Transcripts Deposition: Michael Todd on 10/7/11<br>VENDOR: TSG REPORTING INC; INVOICE#: 100711-102070; DATE: 11/11/2011 | $718.58 |
| 11/11/11 | Transcripts M Todd Deposition VENDOR: TSG REPORTING INC; INVOICE#: 100711-102067; DATE: 11/11/2011 | $5,470.97 |
| 11/11/11 | Transcripts J Hennessy Deposition VENDOR: TSG REPORTING INC; INVOICE#: 100811-102074; DATE: 11/11/2011 | $816.57 |
| 11/11/11 | Transcripts P Marshall Deposition VENDOR: TSG REPORTING INC; INVOICE#: 101011-102071; DATE: 11/11/2011 | $4,904.71 |
| 11/11/11 | Transcripts G Bremond Deposition VENDOR: TSG REPORTING INC; INVOICE#: 101111-102075; DATE: 11/11/2011 | $544.38 |
| 11/11/11 | Transcripts A Redmond Deposition VENDOR: TSG REPORTING INC; INVOICE#: 101111-102076; DATE: 11/11/2011 | $544.38 |
| 11/14/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 11/14/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $267.71 |
| 11/15/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1052714 DATE: 11/20/2011<br>Catering Akin Gump - Mendy's Kosher Restaurant - 11/15/2011 | $17.73 |

| Date | Description | Amount |
|---|---|---|
| 11/15/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1052714 DATE: 11/20/2011 Catering Akin Gump - Mendy's Kosher Restaurant - 11/15/2011 | $17.73 |
| 11/16/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1131257 DATE: 11/23/2011 Vendor: Dial Car Voucher #: DLA3303145 Date: 11/16/2011 Name: Lisa Beckerman\|Car Service, Vendor: Dial Car Voucher #: DLA3303145 Date: 11/16/2011 Name: Lisa Beckerman | $72.07 |
| 11/17/11 | Meals (100%) 11/15/11  B Kahn - Professionals' call working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800163; DATE: 11/17/2011 | $139.36 |
| 11/17/11 | Meals (100%) 11/16/11  S Brauner - Committee call working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800163; DATE: 11/17/2011 | $323.88 |
| 11/30/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 11/30/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $6.40 |

Current Expenses                                            $27,620.69