# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 12 years; Admitted in 1989; Financial Restructuring Department | $975 | 14.80 | $14,430.00 |
| David H. Botter | Partner for 10 years; Admitted in 1990; Financial Restructuring Department | $900 | 28.30 | $25,470.00 |
| Fred S. Hodara | Partner for 22 years; Admitted in 1982; Financial Restructuring Department | $990 | 25.70 | $25,443.00 |
| Karol A. Kepchar | Partner for 10 years; Admitted in 1992; Intellectual Property Department | $700 | 1.90 | $1,330.00 |
| Stephen B, Kuhn | Partner for 11 years; Admitted in 1991; Corporate Department | $790 | 3.10 | $2,449.00 |
| L. Rachael Lerman | Partner for 7 years; Admitted in 1995; Litigation Department | $620 | 14.00 | $8,680.00 |
| Abid Qureshi | Partner for 4 years; Admitted in 1995; Financial restructuring Department | $790 | 8.00 | $6,320.00 |
| Sarah Link Schultz | Partner for 2 years; Admitted in 2001; Financial Restructuring Department | $700 | 10.90 | $7,630.00 |
| Kevin M. Rowe | Senior Counsel for 11 years; Admitted in 1985; Tax Department | $690 | 37.60 | $25,944.00 |
| Monica D. Duda | Counsel for 2 years; Admitted in 2004; Litigation Department | $585 | 32.40 | $18,954.00 |
| Tony D. Feuerstein | Counsel for 3 years; Admitted in 2003; Corporate Department | $610 | 11.10 | $6,771.00 |
| Amit Kurlekar | Counsel for 3 years; Admitted in 2002; Litigation Department | $560 | 8.40 | $4,704.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David C. Vondle | Counsel for 3 years; Admitted in 2003; Intellectual Property Department | $560 | 11.70 | $6,552.00 |
| Graeme D. Bell | International Law Advisor for 3 years; Admitted in 2003; Financial Restructuring Department | $600 | 8.60 | $5,160.00 |
| Sara L. Brauner | Associate for 1 year; Admitted in 2011; Financial Restructuring Department | $360 | 2.30 | $828.00 |
| Brad M. Kahn | Associate for 4 years; Admitted in 2008; Financial Restructuring Department | $510 | 79.90 | $40,749.00 |
| Adam S. Krotman | Associate for 2 years; Admitted in 2010; Tax Department | $400 | 35.20 | $14,080.00 |
| Jason P. Rubin | Associate for 7 years; Admitted in 2005; Financial Restructuring Department | $560 | 8.90 | $4,984.00 |
| Joshua Y. Sturm | Associate for 5 years; Admitted in 2007; Financial Restructuring Department | $550 | 18.20 | $10,010.00 |
| Sarah J. Woodell | Associate for 1 year; Admitted in 2010; Financial Restructuring Department | $335 | 1.00 | $335.00 |
| Jonathan A. Samper | Legal Assistant for 1 year; Financial Restructuring Department | $210 | 1.80 | $378.00 |
| Peter J. Sprofera | Legal Assistant for 35 years; Financial Restructuring Department | $265 | 8.50 | $2,252.50 |

Total Amount of Fees:    $233,453.50
Total Number of Hours:  372.30
Blended Hourly Rate:      $627.06