IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- X   Chapter 11
In re                                                   :
                                                        :   Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹                          :
                                                        :   Jointly Administered
                      Debtors.                          :
                                                        :   Re: D.I. 7021
------------------------------------------------------- X
```

**CERTIFICATE OF COUNSEL REGARDING [PROPOSED] ORDER
MODIFYING THE ENGAGEMENT OF ERNST & YOUNG LLP
NUNC PRO TUNC TO DECEMBER 5, 2011**

I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the [Proposed] *Order Modifying The Engagement Of Ernst & Young LLP Nunc Pro To December 5, 2011* (the "Proposed Order"), attached as **Exhibit A** hereto.

1. On March 23, 2011, the Court entered the *Order under 11 U.S.C. §§ 327 and 328 Authorizing Employment of Ernst & Young LLP Nunc Pro Tunc to March 1, 2011* [D.I. 5154], authorizing the Debtors to employ Ernst & Young LLP ("EY LLP") under the terms and conditions set forth in the Tax Services Agreement, dated as of March 1, 2011, as modified by the Order (as so modified, the "Tax Services Agreement").

2. On July 22, 2011, the Court entered the *Order (I) Expanding the Scope of Employment of Ernst & Young LLP Nunc Pro Tunc to May 31, 2011 and (II) Further Modifying*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

the Tax Services Agreement, entered on July 22, 2011 [D.I. 6021] (the "Expansion Order"), under which the Debtors and EY LLP are authorized to amend or modify the Tax Services Agreement upon limited notice.

3. On December 22, 2011, pursuant to the Expansion Order the Debtors filed the *Notice of Third Amendment to the Statement of Work Entered into Pursuant to the Tax Services Agreement with Ernst & Young LLP* (the "Notice") (D.I. 7021).

4. As set forth in the Notice, any parties wishing to object to the Third Amendment (as defined in the Notice) were required to file an objection by January 6, 2012 at 4:00 p.m. (the "Objection Deadline"). No objections were filed by the Objection Deadline.

WHEREFORE, the Debtors respectfully request that the Order attached hereto as Exhibit A be entered at the earliest convenience of the Court.

Dated: January 11, 2012
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  /s/ Ann C. Cordo
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors In Possession*

2