# EXHIBIT A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 12/1/2011 | Call with R. Boris of Nortel to discuss employee claims analysis. | 0.70 | 410.00 | 287.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 12/1/2011 | Call with T. Britt of Cleary and K. Schultea of RLKS to discuss employee claims. | 0.50 | 410.00 | 205.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 12/5/2011 | Call with T. Britt of Cleary regarding employee claims issues. | 1.00 | 410.00 | 410.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 12/6/2011 | Call with A. Stout of Nortel and J. Croft of Cleary to discuss potential bankruptcy filing. | 0.50 | 410.00 | 205.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 12/6/2011 | Weekly trade payable claims call with M. Mendolaro of Cleary and R. Boris of Nortel. | 0.50 | 410.00 | 205.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 12/6/2011 | Call with M. Alcock of Cleary to discuss employee claims methodology. | 1.00 | 410.00 | 410.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 12/6/2011 | Corresponded with J. Lloyd of Nortel regarding preference settlements. | 0.40 | 410.00 | 164.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 12/8/2011 | Weekly employee claims call with T. Britt of Cleary and R. Boris of Nortel. | 1.00 | 410.00 | 410.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 12/9/2011 | Employee claims database call with R. Boris and J. Davison of Nortel. | 1.50 | 410.00 | 615.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 12/9/2011 | Employee claims call with T. Britt of Cleary. | 0.70 | 410.00 | 287.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 12/14/2011 | Call with T. Britt of Cleary regarding employee claim matters. | 0.80 | 410.00 | 328.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 12/15/2011 | Weekly employee claims call with T. Britt of Cleary and R. Boris of Nortel. | 1.00 | 410.00 | 410.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 12/16/2011 | Call with A. Stout of Nortel and R. Eckenrod of Cleary to discuss case status. | 1.00 | 410.00 | 410.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 12/19/2011 | Call with J. Sherrett of Cleary to discuss preference matters. | 0.50 | 410.00 | 205.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 12/21/2011 | Call with A. Stout and M. Cook of Nortel and R. Eckenrod of Cleary to discuss case status. | 0.50 | 410.00 | 205.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 12/5/2011 | Updated analysis of case status per request of J. Croft of Cleary. | 1.40 | 410.00 | 574.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 12/6/2011 | Updated analysis of case status per request of J. Croft of Cleary. | 0.50 | 410.00 | 205.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 12/8/2011 | Reviewed and compiled case status information and documented follow up requests for A. Stout of Nortel. | 2.10 | 410.00 | 861.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 12/21/2011 | Updated certain case status information and circulated to the working group. | 1.80 | 410.00 | 738.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 12/1/2011 | Investigated schedule items per request of J. Palmer of Cleary. | 0.50 | 410.00 | 205.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 12/1/2011 | Corresponded with B. Hunt of Epiq regarding schedule notification items. | 0.60 | 410.00 | 246.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 12/13/2011 | Updated statement information for potential filing and provided to A. Stout of Nortel. | 2.50 | 410.00 | 1,025.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 12/13/2011 | Updated schedule information for potential filing and provided to A. Stout of Nortel. | 2.50 | 410.00 | 1,025.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 12/19/2011 | Investigated schedule items related to employee claims matters per request from T. Britt of Cleary. | 2.10 | 410.00 | 861.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | James Lukenda | 12/21/2011 | Nortel-conference with Huron director and manager, re case status, update on other workstreams, review schedule and responsibilities | 0.60 | 725.00 | 435.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | James Lukenda | 12/21/2011 | Nortel-preparation for conference with Huron director and manager, review correspondence and files | 0.70 | 725.00 | 507.50 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | James Lukenda | 12/22/2011 | Nortel-MOR draft review and response to Huron director. | 0.50 | 725.00 | 362.50 |
| 6 | Retention and Fee Applications | Coley P. Brown | 12/1/2011 | Provided M. Cook of Nortel with fee and expense estimates for accrual purposes. | 0.50 | 410.00 | 205.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 12/6/2011 | Prepared for upcoming 11th quarterly fee hearing with J. Lukenda of Huron. | 0.40 | 410.00 | 164.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 12/7/2011 | Corresponded with M. DeCarli of MNAT regarding monthly fee application. | 0.30 | 410.00 | 123.00 |
| 6 | Retention and Fee Applications | Matthew J. Fisher | 12/9/2011 | Reviewed monthly fee application and provided comments. | 1.00 | 555.00 | 555.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 12/14/2011 | Updated monthly fee application exhibits and documents. | 1.50 | 410.00 | 615.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 12/14/2011 | Updated monthly fee application memo and provided draft to Huron managing director for review. | 1.50 | 410.00 | 615.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 12/15/2011 | Updated and finalized monthly fee application and provided to A. Cordo of MNAT. | 1.20 | 410.00 | 492.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 6 Retention and Fee Applications | | James Lukenda | 12/15/2011 | Nortel - review and sign-off monthly statement. | 0.30 | 725.00 | 217.50 |
| 15 Avoidance Actions / Reclamation Analysis | | Coley P. Brown | 12/1/2011 | Updated preference analysis and provided comments to J. Sherrett of Cleary. | 1.00 | 410.00 | 410.00 |
| 15 Avoidance Actions / Reclamation Analysis | | Coley P. Brown | 12/5/2011 | Reviewed and updated preference response analysis per request of J. Sherrett of Cleary. | 0.90 | 410.00 | 369.00 |
| 15 Avoidance Actions / Reclamation Analysis | | Coley P. Brown | 12/5/2011 | Corresponded with MNAT, Cleary and Benesch on updates to the status of preference actions. | 1.30 | 410.00 | 533.00 |
| 15 Avoidance Actions / Reclamation Analysis | | Coley P. Brown | 12/6/2011 | Updated preference response analysis and requested invoice information from M. Cook of Nortel. | 0.80 | 410.00 | 328.00 |
| 15 Avoidance Actions / Reclamation Analysis | | Coley P. Brown | 12/6/2011 | Updated preference summary based on status responses from MNAT, Cleary and Benesch. | 2.00 | 410.00 | 820.00 |
| 15 Avoidance Actions / Reclamation Analysis | | Coley P. Brown | 12/7/2011 | Corresponded with J. Smith of Benesch regarding preference settlements. | 0.50 | 410.00 | 205.00 |
| 15 Avoidance Actions / Reclamation Analysis | | Coley P. Brown | 12/7/2011 | Corresponded with J. Lloyd of Nortel regarding preference settlements. | 0.50 | 410.00 | 205.00 |
| 15 Avoidance Actions / Reclamation Analysis | | Coley P. Brown | 12/7/2011 | Reviewed and updated preference analysis per request of J. Sherrett of Cleary. | 0.70 | 410.00 | 287.00 |
| 15 Avoidance Actions / Reclamation Analysis | | Coley P. Brown | 12/8/2011 | Corresponded with A. Wortham of Nortel regarding preference settlements. | 0.30 | 410.00 | 123.00 |
| 15 Avoidance Actions / Reclamation Analysis | | Coley P. Brown | 12/8/2011 | Provided ordinary course analysis to K. Sidhu of Cleary. | 1.20 | 410.00 | 492.00 |
| 15 Avoidance Actions / Reclamation Analysis | | Coley P. Brown | 12/9/2011 | Updated employee claims analysis per request from T. Britt of Cleary. | 2.50 | 410.00 | 1,025.00 |
| 15 Avoidance Actions / Reclamation Analysis | | Coley P. Brown | 12/12/2011 | Corresponded with A. Wortham of Nortel regarding preference settlements. | 0.30 | 410.00 | 123.00 |
| 15 Avoidance Actions / Reclamation Analysis | | Coley P. Brown | 12/13/2011 | Reviewed and updated preference summary and provided comments to J. Galvin of Cleary. | 1.90 | 410.00 | 779.00 |
| 15 Avoidance Actions / Reclamation Analysis | | Coley P. Brown | 12/13/2011 | Reviewed preference information and provided comments to J. Sherrett of Cleary. | 1.20 | 410.00 | 492.00 |
| 15 Avoidance Actions / Reclamation Analysis | | Coley P. Brown | 12/15/2011 | Updated preference settlement summary and corresponded with J. Galvin of Cleary. | 0.60 | 410.00 | 246.00 |
| 15 Avoidance Actions / Reclamation Analysis | | Coley P. Brown | 12/16/2011 | Corresponded with J. Lloyd of Nortel regarding preference settlements. | 0.50 | 410.00 | 205.00 |
| 15 Avoidance Actions / Reclamation Analysis | | Coley P. Brown | 12/16/2011 | Updated preference defense analysis per request from J. Sherrett of Cleary. | 0.60 | 410.00 | 246.00 |
| 15 Avoidance Actions / Reclamation Analysis | | Coley P. Brown | 12/20/2011 | Corresponded with A. Wortham of Nortel and N. Abulurach of Cleary regarding avoidance actions. | 0.40 | 410.00 | 164.00 |
| 16 Unsecured Claim Analysis | | Coley P. Brown | 12/1/2011 | Prepared outline for upcoming employee claims meeting with T. Britt of Cleary. | 0.50 | 410.00 | 205.00 |
| 16 Unsecured Claim Analysis | | Coley P. Brown | 12/1/2011 | Reviewed employee claims analysis and provided comments to R. Boris of Nortel. | 1.70 | 410.00 | 697.00 |
| 16 Unsecured Claim Analysis | | Coley P. Brown | 12/1/2011 | Compiled employee claim analysis and provided to T. Britt of Cleary for review. | 1.00 | 410.00 | 410.00 |
| 16 Unsecured Claim Analysis | | Coley P. Brown | 12/5/2011 | Updated employee claims analyses and provided to T. Britt of Cleary and R. Boris of Nortel for review. | 2.20 | 410.00 | 902.00 |
| 16 Unsecured Claim Analysis | | Coley P. Brown | 12/5/2011 | Worked with R. Boris and J. Davison of Nortel to create employee claims analysis for T. Britt of Cleary. | 0.60 | 410.00 | 246.00 |
| 16 Unsecured Claim Analysis | | Coley P. Brown | 12/5/2011 | Corresponded with D. Ray of Nortel regarding employee claims benefit plan. | 1.00 | 410.00 | 410.00 |
| 16 Unsecured Claim Analysis | | Coley P. Brown | 12/5/2011 | Call with T. Britt and L. Bagarella of Cleary regarding employee claims methodology. | 1.00 | 410.00 | 410.00 |
| 16 Unsecured Claim Analysis | | Coley P. Brown | 12/6/2011 | Reviewed and updated employee claims analysis per discussion with T. Britt of Cleary. | 1.90 | 410.00 | 779.00 |
| 16 Unsecured Claim Analysis | | Coley P. Brown | 12/7/2011 | Reviewed and updated employee claims analysis per request from T. Britt of Cleary. | 2.30 | 410.00 | 943.00 |
| 16 Unsecured Claim Analysis | | Coley P. Brown | 12/8/2011 | Reviewed employee claims information and provided analysis to M. Alcock of Cleary. | 1.20 | 410.00 | 492.00 |
| 16 Unsecured Claim Analysis | | Coley P. Brown | 12/8/2011 | Reviewed employee claims information provided by J. Graffam of Nortel. | 0.50 | 410.00 | 205.00 |
| 16 Unsecured Claim Analysis | | Coley P. Brown | 12/8/2011 | Documented notes from employee claims meeting and provided to R. Boris of Nortel. | 0.70 | 410.00 | 287.00 |
| 16 Unsecured Claim Analysis | | Coley P. Brown | 12/8/2011 | Corresponded with D. Ray of Nortel regarding employee claims information. | 1.00 | 410.00 | 410.00 |
| 16 Unsecured Claim Analysis | | Coley P. Brown | 12/9/2011 | Updated employee claims analysis and provided to J. Davison of Nortel. | 2.50 | 410.00 | 1,025.00 |
| 16 Unsecured Claim Analysis | | Coley P. Brown | 12/12/2011 | Reconciled employee claims analysis per request from R. Boris of Nortel. | 2.50 | 410.00 | 1,025.00 |
| 16 Unsecured Claim Analysis | | Coley P. Brown | 12/14/2011 | Reconciled employee claims analysis and provided comments to R. Boris of Nortel. | 2.50 | 410.00 | 1,025.00 |
| 16 Unsecured Claim Analysis | | Coley P. Brown | 12/14/2011 | Requested employee claims information from J. Graffam of Nortel. | 1.00 | 410.00 | 410.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/14/2011 | Investigated employee claim issues per request from T. Britt of Cleary. | 1.30 | 410.00 | 533.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/15/2011 | Reconciled and updated employee claims analysis per request of M. Alcock of Cleary. | 2.30 | 410.00 | 943.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/15/2011 | Corresponded with J. Graffam of Nortel regarding employee claims issues. | 0.40 | 410.00 | 164.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/15/2011 | Updated employee claim reconciliation and provided to T. Britt of Cleary. | 2.50 | 410.00 | 1,025.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/16/2011 | Updated employee claims analysis and requested certain information from J. Graffam of Nortel. | 2.30 | 410.00 | 943.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/16/2011 | Corresponded with R. Boris of Nortel regarding updates to employee claims analysis. | 0.70 | 410.00 | 287.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/19/2011 | Updated employee claims analysis and provided to J. Davison of Cleary. | 1.70 | 410.00 | 697.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/19/2011 | Reviewed employee claims analysis updates provided by J. Davison of Nortel and provided comments. | 0.80 | 410.00 | 328.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/20/2011 | Corresponded with D. Ray of Nortel regarding employee claims information requested by T. Britt of Cleary. | 0.50 | 410.00 | 205.00 |
| 25 | Case Administration | James Lukenda | 12/1/2011 | Nortel-monthly recap and summary for reporting. | 0.20 | 725.00 | 145.00 |
| 25 | Case Administration | James Lukenda | 12/6/2011 | Nortel-review status with Huron manager, correspondence and file update | 1.20 | 725.00 | 870.00 |
| 25 | Case Administration | James Lukenda | 12/19/2011 | Nortel-correspondence from Huron manager, file update and case reading | 0.50 | 725.00 | 362.50 |
| 25 | Case Administration | Coley P. Brown | 12/21/2011 | Nortel update meeting with Huron managing director and director. | 0.50 | 410.00 | 205.00 |