# **<u>EXHIBIT B</u>**

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 12/14/2011 | Coley P. Brown | Meals | Dinner at Sushi Mura for Coley Brown (1 person) while working late on Nortel matters.: Sushi Mura: Chicago | 44.29 |
| 12/19/2011 | Corporate Accounts Payable | Conferencing (Audio, Video, Web, CATV) | Conferencing (Audio, Video, Web, CATV) - GLOBAL CROSSING TELECOMMUNICATIONS INC | 39.26 |