# **<u>EXHIBIT C</u>**



January 12, 2012

Allen Stout
Nortel Networks Inc.
220 Athens Way
Suite 300
Nashville, TN 37228

Dear Mr. Stout:

Enclosed is Huron Consulting Group's statement for December 1, 2011 through December 31, 2011.

Pursuant to the Bankruptcy Court's order concerning interim compensation of professionals, if no objections are made to this thirty-fifth monthly statement by February 1, 2012, (20th day following service of the Monthly Statement) the debtors are authorized to pay 80% of the fees ($27,668.16) and 100% of the expenses ($83.55) for a total amount due of $27,751.71.

If you have any questions on the enclosed billing or any aspect of the engagement, please do not hesitate to contact Jim Lukenda, the engagement Managing Director, at (646) 277-2207.


Very truly yours,

*Clarissa D. Tuttle*
Clarissa Tuttle
Billing Coordinator



# FEES SUMMARY

| Professional | Title | Hours | | Rate | Total |
|---|---|---|---|---|---|
| James Lukenda | Managing Director | 4.00 | hrs | $ 725 / hr | $2,900.00 |
| Matthew J. Fisher | Director | 1.00 | hrs | $ 555 / hr | $555.00 |
| Coley P. Brown | Manager | 85.30 | hrs | $ 410 / hr | $34,973.00 |
| Total Fees | | 90.30 | | | $38,428.00 |

Reduction for Travel Time Charges $0.00
Agreed Accommodation on Monthly Invoice (10%) ($3,842.80)

**Net Fees:** **$34,585.20**

Blended Hourly Rate: $ 383.00



# EXPENSE SUMMARY

| Cost Type | Amount |
|---|---:|
| Landline Voice | $0.00 |
| Meals | $44.29 |
| Ground Transportation | $0.00 |
| Research | $0.00 |
| Conferencing (Audio, Video, Web, CATV) | $39.26 |
| Wireless Voice & Data | $0.00 |
| **Total Expenses** | **$83.55** |

# Huron Consulting Group

Invoice Date: 01/11/12

Nortel Networks Inc.
220 Athens Way
Suite 300
Nashville, TN 37228

**DUE UPON RECEIPT**
**INVOICE #: 195951**
**JOB NUMBER: 01675**
**HURON TAX ID#: 01-0666453**

### HURON CONSULTING SERVICES LLC

*For Professional Services Rendered within the United States with the exception of Task Code 11 – Asset Sale & Disposition Support for the period December 1, 2011 Through December 31, 2011 (All amounts are in US dollars):*

| | |
|---|---:|
| Total Fees | $ 34,585.20 |
| Total Expenses | $ 83.55 |
| **Total Amount Due:** | **$ 34,668.75** |

**Per Interim Compensation Order amount due after 20 day objection period is:**

| | |
|---|---:|
| Fees 80% | $ 27,668.16 |
| Expenses 100% | $ 83.55 |
| **Amount Due for this period** | **$ 27,751.71** |
| Holdback of 20% until final court approval | $ 6,917.04 |

---

To ensure proper credit please
refer to invoice number 195951

FEDERAL TAX ID # 01-0666453

**REMITTANCE COPY**

---

| **Payment by wire transfer:** | **Payment by ACH/EFT:** |
|---|---|
| **Bank of America** | **Bank of America** |
| **Chicago, Illinois** | **Chicago, Illinois** |
| **Routing No. 0260-0959-3** | **Routing No. 071000039** |
| **Account Title: Huron Consulting Services, LLC** | **Account Title: Huron Consulting Services, LLC** |
| **Account Number: 5800297276** | **Account Number: 5800297276** |

**Comments: (Include Invoice Number to ensure proper credit)**