## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 11/1/2011 through 11/30/2011

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $760 | 11.10 | $8,436.00 |
| J. Borow | Executive Director | $760 | 69.10 | $52,516.00 |
| J. Hyland | Executive Director | $595 | 200.60 | $119,357.00 |
| A. Cowie | Managing Director | $545 | 52.60 | $28,667.00 |
| T. Morilla | Consultant | $310 | 173.60 | $53,816.00 |
| M. Haverkamp | Paraprofessional | $120 | 15.10 | $1,812.00 |
| **For the Period 11/1/2011 through 11/30/2011** | | | **522.10** | **$264,604.00** |