## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 11/1/2011 through 11/30/2011**

| Task Code | Task Description | Hours | Fees |
|---|---|---:|---:|
| 01. Asset Acquisition/Disposition | | 77.10 | $43,419.00 |
| 05. Professional Retention/Fee Application Preparation | | 27.90 | $8,865.50 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | | 2.60 | $1,679.00 |
| 08. Interaction/Mtgs w Creditors | | 22.60 | $16,070.50 |
| 09. Employee Issues/KEIP | | 5.90 | $3,692.00 |
| 10. Recovery/SubCon/Lien Analysis | | 95.30 | $43,911.50 |
| 11. Claim Analysis/Accounting | | 123.10 | $64,821.00 |
| 13. Intercompany Transactions/Balances | | 10.80 | $5,980.00 |
| 14. Executory Contracts/Leases | | 10.40 | $6,405.50 |
| 17. Analysis of Historical Results | | 15.50 | $6,121.50 |
| 18. Operating and Other Reports | | 24.70 | $13,628.50 |
| 19. Cash Flow/Cash Mgmt Liquidity | | 84.70 | $37,111.50 |
| 26. Tax Issues | | 14.50 | $8,684.00 |
| 33. Intellectual Property | | 7.00 | $4,214.50 |
| **For the Period 11/1/2011 through 11/30/2011** | | **522.10** | **$264,604.00** |

**Capstone Advisory Group, LLC**
**Invoice for the 11/1/2011-11/30/2011 Fee Statement**