# Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit C: Detailed Time Descriptions
For the Period 11/1/2011 through 11/30/2011

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 11/1/2011 | J. Hyland | 0.10 | Conducted call with M. Kennedy re: proceeds allocation issues approach. |
| 11/1/2011 | J. Hyland | 0.50 | Conducted call with S. Sandberg re: proceeds allocation issues. |
| 11/1/2011 | J. Hyland | 0.90 | Participated in call with M. Kennedy re: proceeds allocation issues. |
| 11/1/2011 | J. Hyland | 1.10 | Participated in call with M. Kennedy, J. Ray, J. Bromley, Counsel, Milbank and FTI re: proceeds allocation issues. |
| 11/1/2011 | C. Kearns | 2.00 | Prepared for (0.9) and participated (1.1) in call with the Debtors and ad hocs to review common assumptions re: allocation waterfall and related prep. |
| 11/1/2011 | J. Hyland | 2.00 | Analyzed proceeds allocation methodology. |
| 11/1/2011 | T. Morilla | 2.30 | Reviewed and analyzed model assumptions. |
| 11/1/2011 | J. Hyland | 2.40 | Prepared for call re: proceeds allocation issues. |
| 11/2/2011 | T. Morilla | 0.30 | Reviewed de minimis asset abandonment schedule. |
| 11/2/2011 | J. Hyland | 2.60 | Continued reviewing allocation methodology calculation. |
| 11/2/2011 | J. Hyland | 2.90 | Reviewed allocation methodology calculation. |
| 11/3/2011 | J. Hyland | 0.20 | Reviewed de minimis asset abandonment. |
| 11/3/2011 | J. Hyland | 2.60 | Reviewed allocation calculation. |
| 11/4/2011 | T. Morilla | 0.40 | Continued to review the de minimis asset abandonment schedule. |
| 11/7/2011 | J. Hyland | 2.70 | Reviewed proceeds allocation calculations. |
| 11/8/2011 | J. Hyland | 1.60 | Reviewed proceeds allocation reports provided to Chilmark and FTI. |
| 11/9/2011 | T. Morilla | 1.00 | Reviewed and analyzed the 4th estate schedules. |
| 11/9/2011 | J. Hyland | 1.30 | Reviewed analysis from Chilmark re: proceeds allocation. |
| 11/9/2011 | J. Hyland | 2.20 | Reviewed proceeds materials for FTI and Chilmark meeting. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/9/2011 | J. Hyland | 2.60 | Analyzed 4th Estate allocation calculations. |
| 11/10/2011 | J. Hyland | 0.60 | Participated in call with J. Doolittle, A. Bifield, M. Sandberg and M. Kennedy re: 4th Estate settlement. |
| 11/10/2011 | T. Morilla | 0.80 | Reviewed and analyzed certain divestiture proceeds. |
| 11/10/2011 | J. Hyland | 1.40 | Reviewed proceeds allocation schedules for 4th Estate. |
| 11/10/2011 | J. Hyland | 1.40 | Reviewed 4th Estate materials for allocation. |
| 11/11/2011 | J. Hyland | 2.80 | Reviewed allocation calculations. |
| 11/15/2011 | J. Hyland | 0.20 | Conducted call with R. Jacobs re: proceeds allocation calculation for creditor class. |
| 11/15/2011 | T. Morilla | 1.00 | Reviewed asset allocation checklist prepared by Akin. |
| 11/15/2011 | J. Hyland | 1.40 | Reviewed 4th Estate calculations. |
| 11/17/2011 | T. Morilla | 2.10 | Continued to review the asset allocation checklist prepared by Akin. |
| 11/18/2011 | T. Morilla | 0.90 | Reviewed the 4th estate schedules. |
| 11/18/2011 | J. Hyland | 2.00 | Reviewed 4th Estate settlement schedules. |
| 11/18/2011 | J. Hyland | 2.50 | Continued reviewing fee allocation method. |
| 11/18/2011 | J. Hyland | 2.90 | Reviewed allocation model. |
| 11/19/2011 | T. Morilla | 1.20 | Reviewed allocation concepts to be incorporated into UCC report. |
| 11/21/2011 | T. Morilla | 1.10 | Reviewed the September 2010 U.S. mediation exhibit. |
| 11/21/2011 | T. Morilla | 1.80 | Reviewed and analyzed certain financial metrics of the individual Business Units. |
| 11/22/2011 | J. Hyland | 2.00 | Reviewed available information for Counsel requested proceeds allocation methodology. |
| 11/23/2011 | J. Hyland | 2.80 | Continued to analyze proceeds allocation scenario. |
| 11/23/2011 | J. Hyland | 2.90 | Analyzed proceeds allocation scenario. |
| 11/25/2011 | J. Hyland | 2.30 | Analyzed proceeds allocation approaches. |
| 11/28/2011 | C. Kearns | 0.50 | Reviewed summary analysis of an allocation methodology. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/28/2011 | J. Borow | 2.10 | Reviewed various issues with a proceeds allocation scenario. |
| 11/29/2011 | J. Hyland | 0.30 | Conducted call with M. Kennedy re: proceeds allocation. |
| 11/29/2011 | J. Hyland | 0.40 | Participated in call with B. Kahn re: UCC topics. |
| 11/29/2011 | J. Borow | 1.10 | Reviewed various issues with a proceeds allocation scenario. |
| 11/29/2011 | J. Hyland | 2.30 | Continued reviewing proceeds allocation support. |
| 11/29/2011 | J. Hyland | 2.90 | Reviewed proceeds allocation support. |
| 11/30/2011 | C. Kearns | 0.30 | Reviewed issues re: possible meet by ad hoc restricted member with Administrator. |
| 11/30/2011 | J. Borow | 1.40 | Reviewed various issues with a proceeds allocation scenario. |
| Subtotal | | 77.10 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/7/2011 | M. Haverkamp | 1.70 | Edited and updated September fee application. |
| 11/8/2011 | J. Hyland | 1.30 | Reviewed fee application. |
| 11/9/2011 | M. Haverkamp | 0.50 | Edited and updated September fee application. |
| 11/10/2011 | M. Haverkamp | 2.00 | Edited and updated October fee application. |
| 11/11/2011 | J. Hyland | 0.70 | Reviewed fee application. |
| 11/14/2011 | T. Morilla | 1.30 | Continued to prepare the October fee app. |
| 11/14/2011 | T. Morilla | 2.70 | Prepared the October fee app. |
| 11/15/2011 | J. Hyland | 1.10 | Reviewed fee application. |
| 11/16/2011 | M. Haverkamp | 0.50 | Continued to edit and update October fee application. |
| 11/16/2011 | M. Haverkamp | 2.50 | Edited and updated October fee application. |
| 11/16/2011 | M. Haverkamp | 2.50 | Continued to edit and update October fee application. |
| 11/17/2011 | M. Haverkamp | 2.90 | Prepared October fee application. |
| 11/18/2011 | J. Hyland | 0.80 | Reviewed interim fee application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/18/2011 | M. Haverkamp | 0.80 | Prepared 11th interim fee application. |
| 11/18/2011 | J. Hyland | 1.40 | Reviewed fee application. |
| 11/18/2011 | M. Haverkamp | 1.70 | Completed editing and finalized October fee application. |
| 11/18/2011 | J. Borow | 2.20 | Reviewed fee application. |
| 11/22/2011 | J. Borow | 1.30 | Reviewed fee application. |
| Subtotal | | 27.90 | |

**07. Interaction/Mtgs w Dbtrs/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/14/2011 | C. Kearns | 0.80 | Participated in status call with Ray, Cleary and Akin. |
| 11/30/2011 | J. Hyland | 0.60 | Participated in call with Cleary, counsel, Chilmark, J. Ray re: estate matters. |
| 11/30/2011 | J. Hyland | 1.20 | Participated in ongoing call with Cleary, counsel, Chilmark, J. Ray, Bennett Jones, Milbank, and FTI re: estate matters. |
| Subtotal | | 2.60 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/1/2011 | J. Hyland | 0.50 | Participated in pre-UCC call with UCC professionals. |
| 11/2/2011 | C. Kearns | 0.20 | Responded to calls from creditors. |
| 11/2/2011 | J. Borow | 1.30 | Participated in discussions with various Creditors and other parties in interest re: status of matter. |
| 11/3/2011 | J. Borow | 1.80 | Participated in discussions with various Creditors and other parties in interest re: status of matter. |
| 11/4/2011 | J. Borow | 1.10 | Participated in discussions with various Creditors and other parties in interest re: status of matter. |
| 11/8/2011 | J. Hyland | 0.70 | Conducted call with M. Sandberg re: proceeds allocation and case matters. |
| 11/8/2011 | J. Hyland | 0.70 | Conducted call with B. Kahn re: UCC reports and pending case matters. |
| 11/9/2011 | J. Hyland | 0.60 | Participated in weekly call with UCC professionals re: UCC call. |
| 11/9/2011 | J. Borow | 1.70 | Participated in discussions with various creditors and other parties in interest re: status of matter. |
| 11/10/2011 | J. Hyland | 0.40 | Participated in UCC call with UCC professionals. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/10/2011 | J. Hyland | 1.20 | Participated in meeting with counsel re: future UCC meetings and proceeds allocations. |
| 11/10/2011 | J. Borow | 2.30 | Prepared for (1.9) and participated in (0.4) meeting with UCC and Advisors. |
| 11/15/2011 | J. Hyland | 0.80 | Participated in weekly organizational call with UCC professionals. |
| 11/15/2011 | C. Kearns | 0.80 | Participated in status call with UCC professionals. |
| 11/16/2011 | C. Kearns | 0.40 | Participated in weekly UCC call. |
| 11/16/2011 | J. Hyland | 0.40 | Participated in UCC call with UCC professionals. |
| 11/16/2011 | J. Hyland | 0.70 | Prepared for UCC call. |
| 11/18/2011 | J. Borow | 2.70 | Participated in discussions with various Creditors and other parties in interest re: status of matter. |
| 11/23/2011 | J. Borow | 2.20 | Participated in discussions with various Creditors and other parties in interest re: status of matter. |
| 11/29/2011 | C. Kearns | 0.70 | Participated in discussions and emailed with counsel re: next steps with ad hocs. |
| 11/30/2011 | J. Hyland | 0.70 | Participated in weekly status call with UCC professionals. |
| 11/30/2011 | C. Kearns | 0.70 | Participated in status call with UCC professionals. |
| Subtotal | | 22.60 | |

**09. Employee Issues/KEIP**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/3/2011 | J. Hyland | 1.00 | Reviewed Q3 and Q4 Asia AIP summary from the Corporate Group. |
| 11/8/2011 | J. Hyland | 1.20 | Analyzed AIP metrics. |
| 11/8/2011 | J. Hyland | 2.60 | Prepared report for UCC re: Asia Q3 and Q4 2011 AIP. |
| 11/23/2011 | J. Borow | 1.10 | Reviewed extension of KERP plan for extended retention issues. |
| Subtotal | | 5.90 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/1/2011 | A. Cowie | 1.30 | Analyzed global recovery scenarios. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/1/2011 | J. Borow | 1.50 | Prepare for (0.4) and participated in (1.1) discussions with Debtor and ad hoc bondholder representatives re: various recovery and allocation issues and scenarios. |
| 11/1/2011 | J. Borow | 2.90 | Reviewed various recovery and allocation scenarios and related issues. |
| 11/2/2011 | J. Borow | 1.70 | Reviewed recovery scenarios and related analyses. |
| 11/3/2011 | A. Cowie | 1.40 | Analyzed potential bond claim recovery calculations. |
| 11/3/2011 | J. Borow | 2.90 | Reviewed recovery scenarios and related analyses. |
| 11/4/2011 | J. Borow | 2.20 | Reviewed recovery scenarios and related analyses. |
| 11/8/2011 | T. Morilla | 1.90 | Continued to prepare recovery model. |
| 11/8/2011 | J. Borow | 2.10 | Reviewed recovery issues and computations. |
| 11/8/2011 | T. Morilla | 2.90 | Prepared recovery model for discussion with Chilmark and FTI. |
| 11/8/2011 | T. Morilla | 2.90 | Continued to prepare recovery model. |
| 11/9/2011 | T. Morilla | 2.80 | Continued to prepare recovery model. |
| 11/9/2011 | T. Morilla | 2.90 | Continued to prepare recovery model. |
| 11/9/2011 | A. Cowie | 2.90 | Analyzed proposed recoveries from the 4th Estate. |
| 11/10/2011 | A. Cowie | 0.70 | Prepared for meeting with case professionals re: Creditor recoveries. |
| 11/10/2011 | T. Morilla | 2.40 | Prepared for the recovery meeting discussions with Chilmark and FTI. |
| 11/10/2011 | A. Cowie | 2.40 | Analyzed 4th Estate recovery and supporting documentation. |
| 11/10/2011 | T. Morilla | 2.50 | Participated in recovery discussions with FTI and Chilmark. |
| 11/10/2011 | A. Cowie | 2.50 | Participated in meeting with case professionals re: Creditor recoveries. |
| 11/11/2011 | A. Cowie | 0.80 | Analyzed recovery scenarios. |
| 11/11/2011 | J. Borow | 1.30 | Reviewed recovery and related scenario possibilities. |
| 11/11/2011 | T. Morilla | 2.10 | Adjusted the recovery model based on discussions with FTI |
| 11/14/2011 | J. Hyland | 2.40 | Analyzed recovery calculations for a creditor class. |
| 11/15/2011 | J. Hyland | 0.70 | Prepared analysis of recovery for a claim class. |

| Date | Professional | Hours | Detailed Time Description |
| --- | --- | --- | --- |
| 11/16/2011 | T. Morilla | 2.90 | Continued to review and edit the recovery model. |
| 11/17/2011 | J. Borow | 0.30 | Continued to review issues pertaining to recovery analyses. |
| 11/17/2011 | T. Morilla | 2.00 | Continued reviewing and preparing the adjusted recovery model. |
| 11/17/2011 | J. Borow | 2.90 | Reviewed issues pertaining to recovery analyses. |
| 11/21/2011 | T. Morilla | 2.70 | Continued to review and edit the adjusted recovery model. |
| 11/22/2011 | T. Morilla | 1.20 | Continued to review and update the adjusted recovery model. |
| 11/22/2011 | J. Borow | 2.40 | Reviewed issues pertaining to recovery analyses. |
| 11/22/2011 | T. Morilla | 2.80 | Continued to review and adjust the intercompany recovery model. |
| 11/23/2011 | J. Borow | 0.60 | Continued to review issues pertaining to recovery analyses. |
| 11/23/2011 | T. Morilla | 2.50 | Continued preparing the preliminary recovery results presentation. |
| 11/23/2011 | T. Morilla | 2.80 | Began preparing the preliminary recovery results presentation. |
| 11/23/2011 | J. Borow | 2.90 | Reviewed issues pertaining to recovery analyses. |
| 11/25/2011 | T. Morilla | 2.80 | Continued to review and prepare the preliminary recovery presentation. |
| 11/26/2011 | T. Morilla | 2.90 | Continued to prepare the recovery presentation. |
| 11/28/2011 | T. Morilla | 1.50 | Continued to prepare the preliminary recovery report. |
| 11/29/2011 | T. Morilla | 2.10 | Continued to prepare the recovery report. |
| 11/29/2011 | T. Morilla | 2.50 | Continued to prepare the recovery report. |
| 11/30/2011 | T. Morilla | 2.10 | Continued to prepare the preliminary recovery report. |
| 11/30/2011 | T. Morilla | 2.50 | Continued to prepare the preliminary recovery report. |
| 11/30/2011 | T. Morilla | 2.80 | Continued to prepare the preliminary recovery report. |
| Subtotal | | 95.30 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
| --- | --- | --- | --- |
| 11/1/2011 | J. Hyland | 1.30 | Reviewed issues with a supplier claim settlement. |

**Capstone Advisory Group, LLC**  
Invoice for the 11/1/2011-11/30/2011 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/1/2011 | T. Morilla | 1.80 | Continued to review analysis of a claim calculation. |
| 11/2/2011 | C. Kearns | 0.20 | Reviewed the status of a supplier's settlement. |
| 11/2/2011 | T. Morilla | 1.20 | Continued to review and analyze claim calculation analyses. |
| 11/2/2011 | T. Morilla | 1.90 | Continued to review and analyze claim calculation analyses. |
| 11/2/2011 | T. Morilla | 2.10 | Continued to review and analyze claim calculation analyses. |
| 11/2/2011 | J. Borow | 2.30 | Reviewed claims and recovery issues with Debtor and ad hoc bondholder professionals. |
| 11/3/2011 | J. Hyland | 0.40 | Analyzed follow-up issues on supplier claim settlement. |
| 11/3/2011 | J. Hyland | 0.50 | Participated in call with J. Ray, R. Boris, Counsel, A. Pisa, M. Sandberg and M. Spragg re: supplier claim settlement. |
| 11/3/2011 | C. Kearns | 0.50 | Continued to review and analyze claim calculation analyses. |
| 11/3/2011 | T. Morilla | 1.50 | Continued to review and analyze claim calculation analyses. |
| 11/3/2011 | J. Hyland | 1.60 | Analyzed supplier claim settlement calculations and history. |
| 11/3/2011 | T. Morilla | 1.90 | Reviewed and analyzed U.K. Pension claims. |
| 11/3/2011 | T. Morilla | 1.90 | Continued to review and analyze claim calculation analyses. |
| 11/3/2011 | A. Cowie | 1.90 | Analyzed proposed cross border claim settlement documentation. |
| 11/4/2011 | C. Kearns | 0.50 | Reviewed status of analysis for claim calculation. |
| 11/4/2011 | J. Hyland | 0.50 | Analyzed potential supplier settlement. |
| 11/4/2011 | J. Hyland | 0.60 | Continued to review claim calculations for a group of claimants. |
| 11/4/2011 | T. Morilla | 1.10 | Continued to review claim calculations for a group of claimants. |
| 11/4/2011 | T. Morilla | 2.50 | Continued to review and analyze claim calculation analyses. |
| 11/4/2011 | J. Hyland | 2.60 | Reviewed claim amount calculation for a group of claims. |
| 11/4/2011 | T. Morilla | 2.70 | Continued to review and analyze claim calculation analyses. |
| 11/7/2011 | C. Kearns | 0.80 | Continued to review claim calculations for a group of claimants. |
| 11/7/2011 | T. Morilla | 1.40 | Calculated aspect of claim group. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/7/2011 | J. Borow | 1.50 | Continued to review claim calculations for a group of claimants. |
| 11/7/2011 | T. Morilla | 1.70 | Continued to review claim calculations for a group of claimants. |
| 11/8/2011 | C. Kearns | 0.50 | Continued to calculated aspect of claim group. |
| 11/8/2011 | T. Morilla | 1.10 | Continued to calculated aspect of claim group. |
| 11/9/2011 | C. Kearns | 0.30 | Reviewed status of a supplier's settlement. |
| 11/9/2011 | J. Hyland | 0.30 | Conducted call with T. Ayres re: supplier claim settlement. |
| 11/9/2011 | J. Hyland | 0.50 | Conducted call with R. Boris re: supplier claim settlement. |
| 11/9/2011 | T. Morilla | 0.70 | Continued to review claim calculations for a group of claimants. |
| 11/9/2011 | J. Hyland | 1.50 | Summarized supplier claim agreement for UCC meeting. |
| 11/9/2011 | J. Borow | 1.60 | Reviewed issues pertaining to various claims and related settlement amounts. |
| 11/9/2011 | A. Cowie | 2.70 | Continued to calculated aspect of claim group. |
| 11/10/2011 | C. Kearns | 0.30 | Continued to review claim calculations for a group of claimants. |
| 11/10/2011 | T. Morilla | 1.40 | Reviewed and analyzed the Canadian claims. |
| 11/10/2011 | T. Morilla | 1.40 | Continued to review claim calculations for a group of claimants. |
| 11/10/2011 | J. Hyland | 2.70 | Reviewed analysis on portion of claim calculation. |
| 11/10/2011 | J. Borow | 3.80 | Prepared for (1.3) and participated in (2.5) meeting with Debtor and ad hoc representatives to review and discuss various claims issues. |
| 11/11/2011 | C. Kearns | 0.50 | Continued to review claim calculations for a group of claimants. |
| 11/11/2011 | J. Hyland | 0.50 | Conducted call with D. McKenna re: supplier settlement calculations. |
| 11/11/2011 | T. Morilla | 1.40 | Continued to review claim calculations for a group of claimants. |
| 11/11/2011 | T. Morilla | 1.90 | Reviewed and analyzed the Canadian employee claims. |
| 11/11/2011 | A. Cowie | 1.90 | Analyzed proposed claims settlement documentation. |
| 11/11/2011 | J. Hyland | 2.70 | Analyzed supplier matter. |
| 11/14/2011 | J. Hyland | 0.30 | Participated in call with J. Kroft, B. Kahn, R. Jacobs and S. Schultz re: supplier claim settlement. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/14/2011 | J. Hyland | 0.40 | Reviewed CCC claim calculation. |
| 11/14/2011 | J. Hyland | 0.50 | Conducted call with M. Sandberg re: CCC claim calculation. |
| 11/14/2011 | J. Hyland | 0.90 | Prepared for call re: supplier settlement. |
| 11/14/2011 | T. Morilla | 1.20 | Continued to review the Canadian claims. |
| 11/16/2011 | J. Hyland | 2.60 | Reviewed claims by estate. |
| 11/18/2011 | J. Hyland | 0.40 | Reviewed Cleary's revisions to claim settlement. |
| 11/18/2011 | J. Hyland | 0.60 | Participated in call with M. Spragg and M. Sandberg re: supplier claim. |
| 11/18/2011 | J. Hyland | 1.30 | Reviewed claim settlement. |
| 11/19/2011 | J. Hyland | 2.00 | Continued to analyze available claims information. |
| 11/19/2011 | J. Hyland | 2.80 | Analyzed available claims information. |
| 11/21/2011 | J. Hyland | 0.30 | Conducted call with R. Boris re: U.S. claims. |
| 11/21/2011 | J. Hyland | 2.00 | Reviewed available claims data. |
| 11/22/2011 | J. Borow | 1.10 | Reviewed claims issues and creditor issues. |
| 11/22/2011 | J. Hyland | 2.80 | Prepared claims report for UCC. |
| 11/22/2011 | J. Hyland | 2.90 | Reviewed claims information for UCC report. |
| 11/23/2011 | J. Hyland | 1.10 | Reviewed supplier claim settlement. |
| 11/23/2011 | J. Hyland | 2.30 | Prepared supplier summary. |
| 11/23/2011 | T. Morilla | 2.30 | Continued to review the Canadian estate claims. |
| 11/25/2011 | J. Hyland | 1.70 | Continued preparing summary of supplier claim agreement for UCC. |
| 11/25/2011 | J. Hyland | 2.20 | Continued preparing summary of claims for UCC. |
| 11/25/2011 | J. Hyland | 2.90 | Prepared summary of supplier claim agreement for UCC. |
| 11/25/2011 | J. Hyland | 2.90 | Prepared summary of claims for UCC. |
| 11/26/2011 | T. Morilla | 1.90 | Reviewed and edited the claims presentation. |

Capstone Advisory Group, LLC                                                                                                     Page 10 of 17
Invoice for the 11/1/2011-11/30/2011 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/28/2011 | J. Borow | 1.30 | Reviewed US and Canada claims issues. |
| 11/28/2011 | T. Morilla | 1.30 | Reviewed and analyzed the Canadian claims. |
| 11/28/2011 | J. Hyland | 2.40 | Prepared claims analysis. |
| 11/29/2011 | T. Morilla | 1.90 | Continued to review and analyze the estate claims. |
| 11/29/2011 | J. Hyland | 2.70 | Reviewed claims information. |
| 11/29/2011 | J. Hyland | 2.80 | Analyzed supplier claim settlement and escrow release. |
| 11/30/2011 | J. Borow | 1.70 | Reviewed US and Canada claims issues. |
| 11/30/2011 | J. Hyland | 2.40 | Revised claims schedules. |
| 11/30/2011 | J. Hyland | 2.60 | Revised claims report for UCC. |
| Subtotal | | 123.10 | |

### 13. Intercompany Transactions/Bal

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/9/2011 | J. Borow | 2.20 | Reviewed proposed resolution of intercompany claims allocations. |
| 11/11/2011 | T. Morilla | 1.30 | Reviewed and analyzed intercompany claims. |
| 11/11/2011 | J. Hyland | 2.10 | Analyzed inter-estate matter. |
| 11/11/2011 | A. Cowie | 2.50 | Analyzed intercompany accounts. |
| 11/14/2011 | J. Hyland | 1.60 | Analyzed intercompany balances for pending issues. |
| 11/23/2011 | T. Morilla | 1.10 | Reviewed and analyzed intercompany claims. |
| Subtotal | | 10.80 | |

### 14. Executory Contracts/Leases

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/3/2011 | T. Morilla | 0.80 | Reviewed and analyzed current status of U.S. real estate lease. |
| 11/3/2011 | J. Borow | 1.10 | Reviewed finalization of executory lease issue. |
| 11/4/2011 | J. Hyland | 2.80 | Reviewed real estate lease settlement. |
| 11/7/2011 | J. Hyland | 1.90 | Summarized lease termination for UCC. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/7/2011 | J. Hyland | 2.20 | Analyzed lease termination provisions of a property. |
| 11/29/2011 | J. Borow | 0.80 | Reviewed claims settlement proposals and related issues. |
| 11/30/2011 | J. Borow | 0.80 | Reviewed claims settlement proposals and related issues. |
| Subtotal | | 10.40 | |

**17. Analysis of Historical Results**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/7/2011 | T. Morilla | 1.40 | Reviewed and analyzed the 9/30/11 balance sheet for the U.S. estate. |
| 11/7/2011 | T. Morilla | 1.80 | Reviewed the 12/31/10 balance sheet for the U.S. estate. |
| 11/7/2011 | T. Morilla | 1.80 | Continued to review the historical balance sheets. |
| 11/9/2011 | A. Cowie | 1.10 | Analyzed current cash flow operating results. |
| 11/11/2011 | T. Morilla | 1.30 | Reviewed and analyzed the third quarter financial results. |
| 11/15/2011 | A. Cowie | 0.50 | Analyzed historical operating results. |
| 11/17/2011 | J. Hyland | 2.60 | Reviewed the U.S. Debtors' YTD results. |
| 11/21/2011 | T. Morilla | 1.00 | Prepared the Q3 talking points. |
| 11/21/2011 | T. Morilla | 2.10 | Prepared the Debtors' Q3 financials. |
| 11/23/2011 | J. Hyland | 0.70 | Reviewed Q311 talking points. |
| 11/28/2011 | T. Morilla | 1.20 | Continued to review the third quarter financials. |
| Subtotal | | 15.50 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/2/2011 | J. Hyland | 0.90 | Reviewed report listing for UCC. |
| 11/7/2011 | J. Hyland | 1.20 | Prepared report listing for UCC. |
| 11/9/2011 | T. Morilla | 0.90 | Reviewed Committee agenda items and reports. |
| 11/9/2011 | A. Cowie | 1.30 | Prepared updated talking points for Committee call on current operations. |
| 11/9/2011 | J. Hyland | 2.40 | Prepared talking points on two UCC matters for UCC call. |

Capstone Advisory Group, LLC  
Invoice for the 11/1/2011-11/30/2011 Fee Statement

Page 12 of 17

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/10/2011 | J. Hyland | 1.70 | Analyzed reporting for UCC. |
| 11/10/2011 | A. Cowie | 2.40 | Prepared updated reports on current operations for Committee. |
| 11/14/2011 | A. Cowie | 2.40 | Prepared operational update for Committee meeting. |
| 11/15/2011 | A. Cowie | 2.50 | Prepared operational update reporting points for Committee meeting. |
| 11/16/2011 | J. Hyland | 2.30 | Prepared reporting list for UCC. |
| 11/16/2011 | A. Cowie | 2.50 | Prepared operational update reporting points for Committee meeting. |
| 11/17/2011 | J. Hyland | 1.00 | Revised UCC reporting list. |
| 11/21/2011 | J. Hyland | 1.00 | Reviewed reporting status. |
| 11/22/2011 | J. Hyland | 1.30 | Analyzed reporting for UCC. |
| 11/30/2011 | T. Morilla | 0.90 | Reviewed and analyzed the UCC agenda and report items. |
| Subtotal | | 24.70 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/1/2011 | T. Morilla | 0.30 | Reviewed and analyzed the October 28th cash flash. |
| 11/1/2011 | A. Cowie | 1.70 | Analyzed cash flows with Debtors and prepared revised analysis. |
| 11/1/2011 | T. Morilla | 1.80 | Continued to review US Debtor cash flashes and YTD results. |
| 11/1/2011 | T. Morilla | 2.30 | Continued to review US Debtor cash flashes and YTD results. |
| 11/2/2011 | T. Morilla | 1.20 | Continued to prepare the cash report schedules. |
| 11/2/2011 | A. Cowie | 1.90 | Analyzed current cash flow performance for the Debtor. |
| 11/3/2011 | J. Borow | 0.80 | Reviewed status of cash reporting to UCC. |
| 11/3/2011 | T. Morilla | 1.00 | Continued to review the cash forecast and YTD results. |
| 11/3/2011 | J. Hyland | 1.50 | Reviewed U.S. cash reporting. |
| 11/4/2011 | J. Hyland | 0.80 | Reviewed the U.S. Debtors' cash reporting for September. |
| 11/4/2011 | T. Morilla | 0.80 | Reviewed and analyzed YTD cash results. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/8/2011 | T. Morilla | 0.40 | Reviewed and analyzed the November 4th cash flash. |
| 11/8/2011 | J. Hyland | 1.80 | Analyzed cash reporting. |
| 11/14/2011 | T. Morilla | 0.60 | Reviewed and analyzed the escrow account statements. |
| 11/14/2011 | J. Hyland | 1.90 | Reviewed cash reporting and escrow statements. |
| 11/14/2011 | A. Cowie | 1.90 | Continued to prepare updated cash analysis. |
| 11/14/2011 | T. Morilla | 2.40 | Reviewed the Canadian Debtors' cash forecast. |
| 11/14/2011 | A. Cowie | 2.90 | Prepared updated cash analysis. |
| 11/15/2011 | T. Morilla | 0.40 | Reviewed and analyzed the November 11 cash flash. |
| 11/15/2011 | T. Morilla | 0.40 | Continued to review escrow account amounts. |
| 11/15/2011 | T. Morilla | 0.50 | Reviewed the foreign exchange gains and losses as it relates to the cash forecast. |
| 11/15/2011 | T. Morilla | 1.50 | Continued to review the Canadian Debtors' cash forecast. |
| 11/15/2011 | A. Cowie | 1.80 | Continued to prepare cash update report. |
| 11/15/2011 | T. Morilla | 1.90 | Prepared schedules showing historical EMEA cash balances. |
| 11/15/2011 | T. Morilla | 2.40 | Continued to review the U.S. Debtors' cash statements. |
| 11/15/2011 | J. Hyland | 2.50 | Analyzed cash by entity. |
| 11/15/2011 | A. Cowie | 2.90 | Prepared cash update report. |
| 11/16/2011 | T. Morilla | 1.00 | Reviewed quarterly historical cash flashes. |
| 11/16/2011 | T. Morilla | 1.20 | Reviewed the US Debtors October 28th cash flash. |
| 11/16/2011 | T. Morilla | 1.50 | Continued to review the YTD cash results. |
| 11/16/2011 | T. Morilla | 1.50 | Continued preparing EMEA cash balance schedule. |
| 11/16/2011 | J. Hyland | 2.80 | Reviewed cash analysis. |
| 11/17/2011 | J. Hyland | 0.70 | Participated in call with T. Ross and D. Cozart re: cash variances to budget. |
| 11/17/2011 | J. Borow | 1.40 | Reviewed cash and liquidity issues. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/17/2011 | T. Morilla | 2.20 | Reviewed and analyzed the US Debtors' cash schedules in preparation for discussions with the U.S. Debtors. |
| 11/17/2011 | T. Morilla | 2.80 | Continued to review the Debtors' cash pivot tables. |
| 11/18/2011 | T. Morilla | 2.80 | Prepared the cash forecast report. |
| 11/18/2011 | T. Morilla | 2.80 | Continued to prepare the cash forecast report. |
| 11/22/2011 | T. Morilla | 0.40 | Reviewed and analyzed the November 18th cash flash. |
| 11/22/2011 | T. Morilla | 2.20 | Reviewed and analyzed the cash report. |
| 11/23/2011 | J. Hyland | 0.20 | Conducted call with M. Sandberg re: NNL budget revision. |
| 11/23/2011 | J. Hyland | 1.90 | Reviewed cash report for UCC. |
| 11/28/2011 | T. Morilla | 1.40 | Reviewed large historical cash movements in the estate cash balances. |
| 11/28/2011 | J. Borow | 1.40 | Reviewed cash and liquidity issues and reports. |
| 11/28/2011 | T. Morilla | 1.50 | Continued to review the historical cash balances. |
| 11/28/2011 | J. Hyland | 2.30 | Reviewed UCC cash report. |
| 11/28/2011 | J. Hyland | 2.50 | Reviewed cash balances by estate. |
| 11/28/2011 | J. Hyland | 2.70 | Reviewed cash report for UCC. |
| 11/28/2011 | T. Morilla | 2.70 | Continued preparing the cash report. |
| 11/29/2011 | T. Morilla | 0.40 | Reviewed and analyzed the November 25th cash flash. |
| 11/29/2011 | T. Morilla | 1.60 | Revised the cash report based on comments. |
| 11/30/2011 | T. Morilla | 0.50 | Reviewed and analyzed the U.S. Debtors' November 25th cash flash. |
| 11/30/2011 | T. Morilla | 1.00 | Reviewed certain restricted cash accounts. |
| 11/30/2011 | T. Morilla | 1.00 | Reviewed and analyzed the U.S. Debtors' November 18th cash flash. |
| Subtotal | | 84.70 | |

**26. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/2/2011 | J. Hyland | 0.80 | Reviewed status of tax matter. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/4/2011 | J. Hyland | 0.50 | Conducted call with K. Rowe re: U.S. taxes. |
| 11/7/2011 | J. Hyland | 0.40 | Conducted call with K. Rowe re: U.S. taxes. |
| 11/11/2011 | A. Cowie | 2.90 | Analyzed international taxation issues. |
| 11/15/2011 | J. Hyland | 0.10 | Conducted call with J. Doolittle re: taxes. |
| 11/15/2011 | J. Hyland | 0.30 | Conducted call with K. Rowe re: non-U.S. taxes. |
| 11/15/2011 | J. Hyland | 2.30 | Reviewed available tax operating information for various entities. |
| 11/16/2011 | A. Cowie | 2.90 | Analyzed international taxation issues. |
| 11/17/2011 | J. Hyland | 0.20 | Conducted call with K. Rowe re: taxes. |
| 11/17/2011 | C. Kearns | 0.50 | Reviewed summary of tax analysis needs. |
| 11/17/2011 | J. Hyland | 1.50 | Reviewed tax matters. |
| 11/21/2011 | C. Kearns | 0.30 | Reviewed status of review of key tax issues. |
| 11/21/2011 | J. Borow | 1.30 | Reviewed scheduling of tax meetings. |
| 11/30/2011 | J. Hyland | 0.50 | Conducted call with K. Rowe re: tax presentation and upcoming meeting. |
| Subtotal | | 14.50 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/1/2011 | C. Kearns | 0.30 | Reviewed the status of IP address sale. |
| 11/11/2011 | J. Hyland | 0.40 | Analyzed IPA sale related matter. |
| 11/18/2011 | J. Hyland | 0.10 | Conducted call with M. Lasinski re: IP values. |
| 11/18/2011 | J. Hyland | 0.10 | Conducted call with M. Kennedy re: IP. |
| 11/19/2011 | J. Hyland | 1.00 | Reviewed IPA agreement. |
| 11/22/2011 | J. Hyland | 0.20 | Conducted call with M. Lasinski re: IP matters. |
| 11/22/2011 | J. Hyland | 0.90 | Participated in call with M. Kennedy, M. Lasinski and A. Taylor re: IP matters. |
| 11/22/2011 | J. Hyland | 2.00 | Reviewed IP financial information and calculations. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/30/2011 | J. Hyland | 2.00 | Reviewed IP forecast model. |
| Subtotal | | 7.00 | |
| **Total Hours** | | **522.10** | |