**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 11/1/2011 through 11/30/2011**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/Train** | | | |
| 11/9/2011 | J. Hyland | Airfare for NY trip. | $691.40 |
| 11/28/2011 | J. Hyland | Airfare to NY. | $737.40 |
| **Subtotal - Airfare/Train** | | | **$1,428.80** |
| **Auto Rental/Taxi** | | | |
| 11/9/2011 | J. Hyland | Taxi for NY trip. | $36.66 |
| 11/10/2011 | J. Hyland | Taxi for NY trip. | $115.00 |
| 11/28/2011 | J. Hyland | Taxi in NY. | $32.87 |
| **Subtotal - Auto Rental/Taxi** | | | **$184.53** |
| **Hotel** | | | |
| 11/10/2011 | J. Hyland | Hotel during NY trip. | $576.11 |
| 11/30/2011 | J. Hyland | Hotel during NY trip. | $1,109.68 |
| **Subtotal - Hotel** | | | **$1,685.79** |
| **Meals** | | | |
| 11/7/2011 | T. Morilla | Meal due to working late. | $11.65 |
| 11/8/2011 | T. Morilla | Meal due to working late. | $25.00 |
| 11/9/2011 | J. Hyland | Meal during NY trip. | $14.85 |
| 11/9/2011 | J. Hyland | Meal during NY trip. | $7.50 |
| 11/10/2011 | J. Hyland | Meal during NY trip. | $6.83 |

Capstone Advisory Group, LLC
Invoice for the 11/1/2011-11/30/2011 Fee Statement

Page 1 of 2

| Date | Professional | Description | Amount |
|---|---|---|---|
| 11/29/2011 | J. Hyland | Meals during NY trip. | $15.54 |
| 11/30/2011 | J. Hyland | Meals during NY trip. | $16.44 |
| 11/30/2011 | T. Morilla | Meal due to working late. | $15.24 |
| 11/30/2011 | J. Hyland | Meals during NY trip. | $2.67 |
| **Subtotal - Meals** | | | **$115.72** |

Mileage

| Date | Professional | Description | Amount |
|---|---|---|---|
| 11/9/2011 | J. Hyland | Local mileage to/from airport. | $24.42 |
| 11/10/2011 | J. Hyland | Local mileage to/from airport. | $24.42 |
| 11/28/2011 | J. Hyland | Local mileage to/from airport. | $23.31 |
| 11/30/2011 | J. Hyland | Local mileage to/from airport. | $23.31 |
| **Subtotal - Mileage** | | | **$95.46** |

Parking/Tolls

| Date | Professional | Description | Amount |
|---|---|---|---|
| 11/9/2011 | J. Hyland | Local tolls to/from airport. | $1.60 |
| 11/10/2011 | J. Hyland | Local tolls to/from airport. | $1.60 |
| 11/28/2011 | J. Hyland | Local tolls to/from airport. | $1.60 |
| 11/30/2011 | J. Hyland | Local tolls to/from airport. | $1.60 |
| **Subtotal - Parking/Tolls** | | | **$6.40** |

Telecom

| Date | Professional | Description | Amount |
|---|---|---|---|
| 11/12/2011 | CAG Direct | Capstone telephone on Nortel matter. | $600.42 |
| 11/25/2011 | J. Hyland | Long distance telephone to Toronto. | $97.60 |
| **Subtotal - Telecom** | | | **$698.02** |
| **For the Period 11/1/2011 through 11/30/2011** | | | **$4,214.72** |

Capstone Advisory Group, LLC
Invoice for the 11/1/2011-11/30/2011 Fee Statement