# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:  In re: <u>Nortel Networks Inc.</u>    Case No. <u>09-10138</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>AMERICANS FOR TAX REFORM</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>N/A</u><br>Amount of Claim:   USD<u>$30,000.00</u><br>Date Claim Filed: <u>N/A</u> |
| TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518 | Phone: <u>202-785-0266</u><br>Last four digits of Acct.#:  <u>N/A</u><br><br>Name and Current Address of Transferor: |
| Phone: <u>516-255-1801</u><br>Last four digits of Acct#:  <u>N/A</u> | AMERICANS FOR TAX REFORM<br>722 12th Street NW, Suite 400<br>Washington, DC 20005 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#:  <u>N/A</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>                                                                              Date: <u>January 16, 2012</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801-3024
Attention: Clerk

AND TO: NORTEL NETWORKS INC.   ("Debtor")
Case No. 09-10138

Claim # N/A

**AMERICANS FOR TAX REFORM**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$30,000.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.
IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 11th DAY OF January, 2012.

ASSIGNOR: AMERICANS FOR TAX REFORM

_____
(Signature)

Grover Norquist
(Print Name)

President
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

In re NORTEL NETWORKS INC.                                             Case No. 09-10138
                    Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 398835 AMERICAN EXPRESS CANADA INC 101 MCNABB STREET MARKHAM, ON L3R 4H8 CANADA | | | TRADE PAYABLE | | | X | $19,051.11 |
| ACCOUNT NO. 417211 AMERICANS FOR TAX REFORM 1920 L STREET NW STE 200 WASHINGTON, DC 20036 | | | TRADE PAYABLE | | | | $30,000.00 |
| ACCOUNT NO. AMIT CHAWLA 116 BARBERRY LANE SAN RAMON, CA 94583 | | | RESTORATION PLAN | X | X | | UNKNOWN |
| ACCOUNT NO. 308369 AMPHENOL FIBRE OPTIC PRODUCTS 1925A OHIO ST LISLE, IL 60532-2389 | | | TRADE PAYABLE | | | X | $186,653.44 |
| ACCOUNT NO. 367993 AMPHENOL INTERCONNECT PRODUCTS CORP 20 VALLEY STREET ENDICOTT, NY 13760-3600 | | | TRADE PAYABLE | | | X | $54,870.46 |
| ACCOUNT NO. 466199 AMPHENOL PRINTED CIRCUITS 91 NORTHEASTERN BLVD NASHUA, NH 03062-3141 | | | TRADE PAYABLE | | | X | $5,828.74 |
| ACCOUNT NO. 352167 AMPHENOL TAT TECHNOLOGIES 5975 ANDOVER AVE MONT ROYAL, QC H4T 1H3 CANADA | | | TRADE PAYABLE | | | X | $1,004,688.45 |
| ACCOUNT NO. 136403 AMPHENOL TAT TECHNOLOGIES 5975 ANDOVER AVE MONT ROYAL, QC H4T 1H3 CANADA | | | TRADE PAYABLE | | | X | $834.75 |
| ACCOUNT NO. 461995 AMPSS INC 6506 WEST CHANDLER BLVD CHANDLER, AZ 85226-3324 | | | TRADE PAYABLE | X | X | X | UNKNOWN |

Sheet no. 15 of 527 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal   $1,301,926.95