# EXHIBIT A



**McCARTER**
**&ENGLISH**
ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel  973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

**Electronic Payment  Instructions**
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 031201467
SWIFT: PNBPUS33  (International payments)
Please reference Invoice Number

January 13, 2012
Invoice 7766328

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---:|
| TOTAL FEES | $49,994.25 |
| TOTAL DISBURSEMENTS | 340.86 |
| **TOTAL DUE THIS INVOICE** | $50,335.11 |
| **AMOUNT OUTSTANDING FROM PRIOR INVOICES** | $3,493.80 |
| **TOTAL AMOUNT DUE AS OF THIS INVOICE** | $53,828.91 |

Please include this page with your remittance. Thank you.



# McCARTER
# &ENGLISH
### ATTORNEYS AT LAW

Electronic Payment  Instructions
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 031201467
SWIFT: PNBPUS33  (International payments)
Please reference Invoice Number

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel  973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Page 1
January 13, 2012
Invoice 7766328

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS


OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801



TOTAL FEES.................................................................................... $49,994.25
TOTAL DISBURSEMENTS.............................................................         340.86

TOTAL DUE THIS INVOICE ........................................................ $50,335.11


AMOUNT OUTSTANDING FROM PRIOR INVOICES                          $3,493.80

TOTAL AMOUNT DUE AS OF THIS INVOICE                              $53,828.91

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001      NORTEL NETWORKS

Professional Services Recorded Through 12/31/2011

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 11/19/11 | REVIEW OF EMAIL COMMUNICATION FROM BRIAN MOORE REGARDING ADDITIONAL DATA REGARDING REIREE MEDICAL PLAN PARTICIPANTS AND CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO SAME. | 00952/MAD | 0.50 |
| 12/01/11 | REVIEW OF THE SUMMARY PLAN DESCRIPTIONS AND OTHER MATERIALS IN PREPARATION FOR CONFERENCE CALL WITH REPRESENTATIVES OF ALVAREZ AND MARSAL IN CONNECTION WITH REVIEWING THE DATA SUPPORTING THE FAS 106 COMPUTATIONS AND ANALYSIS AND OTHER RELATED ISSUES RELATED TO THE DOCUMENTATION FROM CLEARY AND MISSING PLAN DOCUMENTS. | 00952/MAD | 0.70 |
| 12/01/11 | CONTINUED REVIEW OF THE DOCUMENTATION FROM THE CLEARY DOCUMENTATION PRODUCTION, THE EXCEL WORKSHEETS AND OTHER RELATED INFORMATION IN CONNECTION WITH THE REVIEW PROCESS. | 00952/MAD | 1.00 |
| 12/01/11 | REVIEW AND REVISE CERTIFICATES OF NO OBJECTION REGARDING 1ST AND 2ND FEE APPLICATIONS. | 03706/KRB | 0.20 |
| 12/01/11 | MEETING W/ P. KILLIAN; REVIEW AND INDEX ADDITIONAL CLEARY DOCUMENTS; ORGANIZE SAME DOCS INTO FILE FOLDERS, INCLUDES CREATING FILE LABELS; PREPARE INDEX OF "PLAN DOCUMENTS" AVAILABLE TO US; CONFERENCE W/ M. DANIELE; REVIEW ALL CDS OF CLEARY DOCUMENTS FOR THOSE LISTED ON MOORE'S INDEX BUT NOT IN OUR POSSESSION | 02949/JAS | 5.20 |
| 12/02/11 | CONSIDERATION OF LEGAL ISSUES REGARDING ADDITIONAL DOCUMENTS PROVIDED IN CONNECTION WITH THE CLEARY DOCUMENT PRODUCTION AND CONSIDERATION OF LEGAL ISSUES REGARDING THE SAME. | 00952/MAD | 0.50 |
| 12/02/11 | RECEIPT AND REVIEW OF CORRESPONDENCE REGARDING AMENDED ORDER; PREPARING | 03706/KRB | 1.30 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | CERTIFICATION OF COUNSEL RE SAME; CORRESPONDENCE WITH LOCAL COUNSEL FOR CREDITOR'S COMMITTEE RE CONSENT. | | |
| 12/02/11 | PREPARE AND ELECTRONICALLY FILE CNO REGARDING SECOND MONTHLY APPLICATION OF MCCARTER & ENGLISH; PREPARE SERVICE OF SAME; | 04990/JFS | 0.40 |
| 12/02/11 | PREPARE CERTIFICATION OF COUNSEL TO FILE AN AMENDED 1102 ORDER | 04990/JFS | 0.60 |
| 12/02/11 | PREPARE AND ELECTRONICALLY FILE CNO REGARDING FIRST MONTHLY APPLICATION OF MCCARTER & ENGLISH; PREPARE SERVICE OF SAME; | 04990/JFS | 0.40 |
| 12/02/11 | REVIEW ALL HARD-COPIES OF CLEARY DOCUMENTS FOR THOSE LISTED ON MOORE'S INDEX BUT NOT IN OUR POSSESSION; SEVERAL EMAILS TO MOORE ON SAME; ATTEND TO PRINTING OUT THESE DOCUMENTS; REVISE INDEX OF PLAN DOCUMENTS IN CLEARY PRODUCTION DOCS; CONFER W/ P. KILLIAN; ORGANIZE HARD-COPIES OF CLEARY DOCUMENT PRODUCTION IN PREP FOR ATTY REVIEW | 02949/JAS | 3.00 |
| 12/03/11 | REVIEW OF CASE LAW REGARDING WHETHER LANGUAGE IN THE MERGER AND ACQUISITION DOCUMENTS SHOULD BE TAKEN INTO ACCOUNT REGARDING THE RETIREE MEDICAL BENEFIT RESERVATION CLAUSE; REVIEW OF THE SCHEDULE OF DOCUMENTATION AND PLAN DOCUMENTS THAT MAY BE MISSING. | 00952/MAD | 1.00 |
| 12/05/11 | REVIEW OF THE FORM 5500 AND THE ACCOUNTANT'S REPORT AND OTHER RELATED DOCUMENTS DETERMINING THE TRANSITION FROM THE SINGLE EMPLOYER PLAN TO THE WELFARE BENEFITS PLAN AND THE FLEX PLAN. | 00952/MAD | 0.70 |
| 12/05/11 | CONFERENCE CALL WITH BRIAN MOORE AND RICH MILNER DISCUSSING VARIOUS ISSUES RELATED TO THE DOCUMENT REQUEST, THE STATUS OF THE SAME AND THE NEED FOR ADDITIONAL DOCUMENTATION REGARDING THE RETIREE MEDICAL PLANS. | 00952/MAD | 0.80 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 12/05/11 | FURTHER REVIEW OF THE PLEADINGS AND THE DOCUMENTS PROVIDED IN CONNECTION WITH THE PLEADINGS AND UPDATING THE CHART OF THE DOCUMENTS PROVIDED IN THE DOCUMENT REQUEST. | 00952/MAD | 0.50 |
| 12/05/11 | EXAMINE AND ANALYZE PROPOSED AMENDED 1102 / 1114 ORDER AND RELATED CORRESPONDENCE FOR FILING OF SAME. | 02718/WFT | 0.30 |
| 12/05/11 | FINALIZING CERTIFICATION OF COUNSEL IN LIGHT OF OCUC CONSENT. | 03706/KRB | 0.20 |
| 12/05/11 | REVISE AND ELECTRONICALLY FILE CERTIFICATION OF COUNSEL TO FILE AN AMENDED 1102 ORDER; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.70 |
| 12/05/11 | MEETING W/ M. DANIELE ON PLAN DOCUMENTS IN CLEARY DOCUMENTS; REVISE INDEX OF PLAN DOCUMENTS | 02949/JAS | 1.00 |
| 12/06/11 | REVIEW OF THE RENEWED REQUESTS TO CLEARY REGARDING RETIREE DOCUMENTS AND REVISING THE SAME; REVIEW OF INVENTORY OF DOCUMENTS TO CONFIRM CONSISTENCY BETWEEN RECEIPT OF THE DOCUMENTS FROM CLEARY; CONFER WITH BRIAN MOORE ON SEVERAL OCCASIONS REGARDING EDITS TO THE RENEWED RETIREE REQUESTS AND PROVIDING A MARK-UP OF THE SAME. | 00952/MAD | 2.50 |
| 12/06/11 | REVIEW, REVISE, FINALIZE AND EXECUTE FIRST APPLICATION OF COMMITTEE MEMBER DONAHEE (AND RELATED CORRESPONDENCE). | 02718/WFT | 0.50 |
| 12/06/11 | INITIAL REVIEW AND DRAFTING OF WHAT WILL BE THE MONTHLY FEE APPLICATION FOR NOVEMBER 2011. | 02718/WFT | 0.70 |
| 12/06/11 | CORRESPOND WITH COUNSEL AND A&M OF A&M FEE ISSUES. | 02718/WFT | 0.30 |
| 12/06/11 | CORRESPOND WITH A&M RE FEE APPLICATION PROCEDURES FOR THIS CASE. | 02718/WFT | 0.30 |
| 12/06/11 | REVIEWING OUT-OF-DATE RETIREE MEDICAL SPDS TO DETERMINE ELIGIBILITY CRITERIA; | 04872/PAK | 1.50 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | SUMMARIZING SAME. | | |
| 12/06/11 | CONFER WITH DEBTORS' COUNSEL QUARTERLY FEE APPLICATION AND PROCEDURES FOR PAYMENT; ; | 04990/JFS | 0.40 |
| 12/06/11 | ELECTRONICALLY FILE FIRST MONTHLY FEE APPLICATION OF GARY DONAHEE; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.50 |
| 12/06/11 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING CERTIFICATION OF COUNSEL TO FILE AN AMENDED 1102 ORDER; | 04990/JFS | 0.30 |
| 12/06/11 | FORWARD EMAILS W/ ATTACHMENTS FOR HANDLING AND CASE FILES | 02949/JAS | 0.20 |
| 12/07/11 | CONSIDERATION OF LEGAL ISSUES REGARDING THE INFORMATION NECESSARY FOR THE SUPPLEMENTAL DATA REQUEST; CONFERRING REGARDING THE SAME. | 00952/MAD | 0.70 |
| 12/07/11 | CORRESPOND WITH A&M AND COUNSEL RE \ISSUES FOR FIRST QUARTERLY APPLICATION TO BE FILED. | 02718/WFT | 0.30 |
| 12/07/11 | EXAMINE AND ANALYZE COURT CONFIRMATION OF FILING OF 1ST REQUEST FOR COMPENSATION OF GARY DONAHEE. | 02718/WFT | 0.30 |
| 12/07/11 | CORRESPOND AND UPDATE CLIENT AND COUNSEL RE CONFIRMATION OF FILING OF 1ST REQUEST FOR COMPENSATION OF GARY DONAHEE. | 02718/WFT | 0.30 |
| 12/07/11 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING FIRST MONTHLY FEE APPLICATION OF GARY DONAHEE; | 04990/JFS | 0.30 |
| 12/07/11 | CONFER WITH DEBTORS' COUNSEL REGARDING STANDARD LANGUAGE FOR MONTHLY FEE APPLICATIONS; | 04990/JFS | 0.40 |
| 12/08/11 | REVIEWING LONG-TERM CARE, LTD AND OLD RETIREE PLAN SPDS IN CONNECTION WITH DETERMINATION OF ELIGIBILITY UNDER SUCH PLANS. | 04872/PAK | 5.00 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 12/09/11 | CORRESPOND WITH A&M RE PROPOSED 1ST QUARTERLY OF A&M AND CHANGES TO SAME. | 02718/WFT | 0.30 |
| 12/09/11 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 0.50 |
| 12/09/11 | REVIEW PROPOSED 1ST QUARTERLY OF A&M AND DRAFT, REVISE SAME FOR A&M'S CONSIDERATION. | 02718/WFT | 0.50 |
| 12/09/11 | FURTHER STRATEGY WITH A&M RE CONSIDERATION OF FEE APPLICATION ISSUES AND TIMING. | 02718/WFT | 0.30 |
| 12/09/11 | CONFER WITH DEBTORS' COUNSEL QUARTERLY FEE APPLICATION AND PROCEDURES FOR PAYMENT; ; | 04990/JFS | 0.30 |
| 12/09/11 | REVIEW DOCS FROM CLEARY FOR RETIREE MEDICAL, LONG TERM CARE AND LONG TERM DISABILITY DOCS; ATTEND TO DUPLICATION AND ORGANIZATION OF SAME DOCS; REVISE CHART OF PLAN DOCS; DUPLICATE INDEX OF BOXES OF PRODUCED DOCS; EMAILS TO P. KILLIAN | 02949/JAS | 2.20 |
| 12/12/11 | EMAIL TO P. KILLIAN ON SPDS AVAILABLE IN OUR FILES | 02949/JAS | 0.20 |
| 12/13/11 | REVIEW OF EMAIL COMMUNICATION FROM DOUG GREER REGARDING REQUEST TO CONFIRM THE CATEGORY OF RETIREE BENEFITS PROVIDED UNDER THE RETIREE PLANS; CONSIDERATION OF LEGAL ISSUES RELATED TO THE SAME. | 00952/MAD | 0.50 |
| 12/13/11 | CALL AND CORRESPONDENCE WITH N. BERGER RE POSITION ON LTC FEE CAP MOTION. | 03706/KRB | 0.30 |
| 12/13/11 | EXAMINE AND ANALYZE FEE APPLICATIONS SCHEDULED FOR REVIEW AT 12/14 HEARING. | 03706/KRB | 0.40 |
| 12/13/11 | EXAMINE AND ANALYZE HEARING AGENDA FOR 12/14. | 03706/KRB | 0.30 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 12/13/11 | CONFER WITH DEBTORS' COUNSEL REGARDING 12-14-2011 HEARING; ASSIST WITH PREPARATION OF HEARING; | 04990/JFS | 0.50 |
| 12/13/11 | CONFER WITH OFFICIAL COMMITTEE OF UNSECURED CREDITORS COUNSEL REGARDING EXHIBIT C TO PROPOSED FEE ORDER; REVIEW EXHIBIT AND FORWARD REVISIONS; | 04990/JFS | 0.50 |
| 12/13/11 | ORGANIZE EMAILS W/ ATTACHMENTS FOR CASE FILES | 02949/JAS | 0.40 |
| 12/14/11 | CORRESPOND WITH DEBTORS COUNSEL ON FEE HEARING ISSUES AND OBJECTIONS STATUS. | 02718/WFT | 0.30 |
| 12/14/11 | DRAFT, REVISE AND APPROVE CNO FOR A&M FIRST MONTHLY FEE APPLICATION. | 02718/WFT | 0.30 |
| 12/14/11 | REVIEW, REVISE, DRAFT AND FINALIZE M&E THIRD MONTHLY FEE APPLICATION ALONG WITH ALL REQUIRED DOCUMENTATION FOR SAME. | 02718/WFT | 1.00 |
| 12/14/11 | DRAFT, REVISE AND INVESTIGATE CERTAIN ASPECTS OF THE PROPOSED A&M FIRST QUARTERLY FEE APPLICATION. | 02718/WFT | 0.50 |
| 12/14/11 | ATTENDING HEARING REGARDING LTD CAP MOTION. | 03706/KRB | 0.80 |
| 12/14/11 | EXAMINE AND ANALYZE LTD CAP MOTION SCHEDULED FOR HEARING. | 03706/KRB | 0.60 |
| 12/14/11 | REVIEWING AND REVISING MEMO IN CONNECTION WITH RETIREE MEDICAL PLAN; TELECONFERENCE WITH M DANIELE REGARDING SAME. | 04872/PAK | 2.50 |
| 12/14/11 | REVISE AND ELECTRONICALLY FILE FIRST QUARTERLY FEE APPLICATION OF ALVAREZ & MARASAL; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.80 |
| 12/14/11 | PREPARE AND ELECTRONICALLY FILE THIRD MONTHLY APPLICATION OF MCCARTER & ENGLISH; PREPARE SERVICE OF SAME; | 04990/JFS | 0.90 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 12/14/11 | PREPARE AND ELECTRONICALLY FILE CNO REGARDING FIRST MONTHLY APPLICATION OF ALVAREZ& MARSAL; PREPARE SERVICE OF SAME; | 04990/JFS | 0.70 |
| 12/15/11 | REVIEWING AND REVISING THE MEMO REGARDING MEDICAL BENEFITS ELIGIBILITY AND GRANDFATHERED PROVISIONS UNDER THE NORTEL PLAN. | 00952/MAD | 1.00 |
| 12/15/11 | FINALIZING DRAFT MEMO REGARDING REVIEW OF ELIGIBILITY CRITERIA IN RETIREE MEDICAL PLAN; REVIEWING AND PREPARING E-MAIL RESPONSE TO QUESTIONS RE RETIREE MEDICAL VALUATION FROM D GREER; REVIEWING RECENTLY-RECEIVED CENSUS SUMMARY OF RETIREE MEDICAL PLAN. | 04872/PAK | 2.50 |
| 12/15/11 | CONFER WITH COUNSEL REGARDING NEXT FEE APPLICATION HEARING AND CURRENT STATUS OF PROFESSIONALS FEE APPLICATIONS TO BE SUBMITTED. | 04990/JFS | 0.50 |
| 12/16/11 | CONDUCTING LEGAL RESEARCH TO FIND THIRD CIRCUIT CASES AND JOURNAL ARTICLES DEALING WITH TERMINATING OR AMENDING RETIREE HEALTH BENEFIT PLANS. | 00216/JJG | 0.70 |
| 12/19/11 | REVIEW DOCKET TO DETERMINE STATUS OF (AND REVIEW CNO) RE ENTRY OF REVISED 1102 ORDER. | 02718/WFT | 0.30 |
| 12/19/11 | CORRESPOND WITH COUNSEL FOR COMMITTEE AND DEBTORS RE ENTRY OF REVISED 1102 ORDER. | 02718/WFT | 0.30 |
| 12/19/11 | CORRESPOND WITH JUDGE GROSS' OFFICE RE CNO AND ENTRY OF REVISED 1102 ORDER. | 02718/WFT | 0.30 |
| 12/19/11 | REVIEWING AMENDMENTS TO RETIREE MEDICAL AND LONG-TERM CARE PLAN AND RELATED PLAN DOCUMENT. | 04872/PAK | 1.00 |
| 12/20/11 | REVIEWING AND REVISING THE MEMORANDUM REGARDING THE SUMMARY OF BENEFITS UNDER THE RETIREE MEDICAL PLAN, INCLUDING THE CHANGES IN THE ELIGIBILITY PROVISIONS; COMMUNICATING WITH BRIAN MOORE | 00952/MAD | 1.00 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | REGARDING THE MEMORANDUM. | | |
| 12/20/11 | COMMUNICATING WITH DOUG GREER RESPONDING TO HIS INQUIRIES REGARDING THE ADDITIONAL BENEFITS AND OPTIONAL BENEFITS PROVIDED UNDER THE PLANS. | 00952/MAD | 0.50 |
| 12/20/11 | CORRESPOND WITH DEBTORS RE STATUS OF PAYMENT TO THE COMMITTEE MEMBERS FOR THEIR EXPENSES. | 02718/WFT | 0.30 |
| 12/20/11 | CONTINUED CORRESPONDENCE WITH DEBTORS RE WHETHER PAYMENT TO THE COMMITTEE MEMBERS WAS PROCESSED. | 02718/WFT | 0.30 |
| 12/20/11 | CORRESPOND WITH LEAD COUNSEL ON THE ISSUES OF PAYMENT TO THE COMMITTEE MEMBERS FOR THEIR EXPENSES. | 02718/WFT | 0.30 |
| 12/20/11 | CORRESPOND WITH TOGUT FIRM OF EFFORTS TO GET REVISED 1102 ORDER ENTERED IN THIS CASE. | 02718/WFT | 0.30 |
| 12/20/11 | FURTHER CORRESPOND WITH THE TOGUT FIRM ON THE COMMITTEE REIMBURSEMENT ISSUES FOR THE CASE;. | 02718/WFT | 0.30 |
| 12/20/11 | CONTINUED RESEARCH AND CORRESPONDENCE ON ISSUE OF PAYMENT OF COMMITTEE MEMBER FEES. | 02718/WFT | 0.30 |
| 12/21/11 | CONFERRING WITH NEIL BERGER REGARDING ISSUES RELATED TO THE PROPOSED VEBA AND THE PREPARATION OF A PRESENTATION REGARDING THE SAME TO THE RETIREE COMMITTEE. | 00952/MAD | 0.50 |
| 12/21/11 | EXAMINATION OF LAW REGARDING VEBA RELATED ISSUES WHERE THE SPONSOR WILL NO LONGER BE IN EXISTENCE OF THE RETIREE MEDICAL PLAN AND THE IMPLICATIONS OF THE SAME; CONSIDERATION OF OTHER LEGAL ISSUES REGARDING POST-EMPLOYMENT RETIREMENT BENEFITS WITH NO PLAN SPONSOR. | 00952/MAD | 1.00 |
| 12/21/11 | REVIEW OF EMAIL COMMUNICATION FROM BRIAN MOORE REGARDING THE ADDITIONAL | 00952/MAD | 0.25 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | DOCUMENTS CIRCULATED AND WHETHER THE PROVISIONS WITH RESPECT TO SPECIAL ELIGIBILITY ARE CONTAINED IN SUCH PLAN DOCUMENTS. | | |
| 12/21/11 | TELEPHONE CALL TO MARK DANIELE REGARDING HEALTH BENEFITS. | 03600/JEH | 0.30 |
| 12/21/11 | AT THE REQUEST OF THE DEBTOR, REVISIT THE THIRD FEE APPLICATION TO DETERMINE IF CHANGES ARE NEEDED. | 02718/WFT | 0.30 |
| 12/21/11 | FURTHER CORRESPOND WITH TOGUT FIRM RE PAYMENT FOR COMMITTEE MEMBERS EXPENSES. | 02718/WFT | 0.30 |
| 12/21/11 | CORRESPOND WITH DEBTORS ON QUESTIONS ABOUT VARIOUS FILED APPLICATION AMOUNTS. | 02718/WFT | 0.30 |
| 12/21/11 | CORRESPOND AND UPDATE THE DEBTOR ON THE STATUS OF THE THIRD FEE APPLICATION. | 02718/WFT | 0.30 |
| 12/21/11 | CORRESPOND WITH TOGUT FIRM RE STATUS OF PAYMENT FOR COMMITTEE MEMBERS EXPENSES. | 02718/WFT | 0.30 |
| 12/21/11 | LEGAL RESEARCH IN CONNECTION WITH "STAND-ALONE" VEBAS FOR FUNDING RETIREE MEDICAL BENEFITS. | 03651/KAB | 2.00 |
| 12/21/11 | RESPONDING TO D GREER'S E-MAIL QUESTIONS REGARDING COMPANY CONTRIBUTIONS UNDER RETIREE MEDICAL, LIFE INSURANCE AND LTC PLAN. | 04872/PAK | 1.00 |
| 12/21/11 | CONDUCTING RESEARCH TO FIND THE UAW RETIREE MEDICAL BENEFITS TRUST AGREEMENT. | 00216/JJG | 0.30 |
| 12/22/11 | REVIEW OF EMAIL COMMUNICATION FROM BRIAN MOORE REGARDING THE VEBA TRUST; CONSIDERATION OF LEGAL ISSUES RELATED TO THE USE OF A POSSIBLE VEBA. | 00952/MAD | 1.00 |
| 12/22/11 | CONSIDERATION OF LEGAL ISSUES REGARDING ADDITIONAL REVISIONS TO THE MEMO REGARDING VARIOUS ELIGIBILITY PROVISIONS | 00952/MAD | 0.80 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | FOR THE RETIREE MEDICAL PLAN. | | |
| 12/22/11 | REVIEW OF EMAIL COMMUNICATION FROM BRIAN MOORE REGARDING WHETHER THE ADDITIONAL DOCUMENTS PERTAINING TO RETIREE WELFARE PLAN AMENDMENTS WHICH CONTAIN SPECIAL ELIGIBILITY PROVISIONS IN CONNECTION WITH CORPORATE RESTRUCTURING AND REORGANIZATIONS ARE REFLECTED IN THE SUMMARY PLAN DESCRIPTIONS; OFFICE CONFERENCE REGARDING THE SAME. | 00952/MAD | 0.70 |
| 12/22/11 | TELEPHONE CALL TO MARK DANIELE AND KB REGARDING PROPOSED RETIREE HEALTH - VEBA. | 03600/JEH | 0.70 |
| 12/22/11 | REVIEW AND CONFIRM INFORMATION RELEVANT TO PAYMENT TIMING AND LOCATION FOR COMMITTEE MEMBERS. | 02718/WFT | 0.30 |
| 12/22/11 | CORRESPOND WITH DEBTORS RE REVISED FEE APPLICATION PROCEDURES. | 02718/WFT | 0.30 |
| 12/22/11 | CORRESPOND WITH TOGUT FIRM ON PROPOSED PAYMENT ISSUES FOR COMMITTEE MEMBERS. | 02718/WFT | 0.30 |
| 12/22/11 | CORRESPOND WITH COMMITTEE MEMBERS RE EXPEDITED PAYMENT OF COMMITTEE EXPENSES. | 02718/WFT | 0.30 |
| 12/22/11 | REVIEW AND CONFIRM INFORMATION RELEVANT TO PAYMENT AMOUNTS INDIVIDUAL COMMITTEE MEMBERS. | 02718/WFT | 0.30 |
| 12/22/11 | CORRESPOND WITH TOGUT FIRM ON PAYMENT ISSUES FOR COMMITTEE MEMBERS. | 02718/WFT | 0.30 |
| 12/22/11 | RESEARCH CASE FOR DETAILS OF PAYMENT ISSUES FOR COMMITTEE MEMBERS. | 02718/WFT | 0.50 |
| 12/22/11 | CORRESPOND WITH TOGUT FIRM RE STATUS OF PAYMENT OF COMMITTEE EXPENSES. | 02718/WFT | 0.30 |
| 12/22/11 | FURTHER CONSIDERATION OF VEBA ISSUES, AND OFFICE CONFERENCE REGARDING THE | 03651/KAB | 1.60 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | SAME. | | |
| 12/22/11 | TELECONFERENCE WITH D GREER REGARDING ELIGIBILITY GROUPS UNDER RETIREE MEDICAL PLAN, COMPANY SUBSIDY FOR GRANDFATHERED EMPLOYEES AND RELATED ISSUES UNDER LIFE INSURANCE PLAN; REVISING MEMO TO INCLUDE DISCUSSION OF RECENTLY-RECEIVED 1992 PLAN AMENDMENTS; E-MAILS AND TELECONFERENCE WITH J SNEDECKER REGARDING FAS 106 REPORTS. | 04872/PAK | 3.00 |
| 12/22/11 | REVIEW DOCUMENT PRODUCTION FOR FAS 106 REPORT/S NEEDED FOR ATTY REVIEW, INCLUDES EMAIL TO P. KILLIAN | 02949/JAS | 0.40 |
| 12/23/11 | REVIEW OF EMAIL COMMUNICATION FROM BRIAN MOORE FROM CLEARY GOTTLIEB REGARDING THE SPREADSHEET RECONCILING RETIREE LIFE INSURANCE AND LTC BENEFIT ELECTIONS; REVIEW OF THE POST-RETIREMENT OFFER PLAN DATA LISTING WITH THE MEDICAL COVERAGE ELECTIONS; CONSIDERATION OF LEGAL ISSUES REGARDING THE SAME. | 00952/MAD | 1.00 |
| 12/23/11 | FURTHER LEGAL RESEARCH REGARDING RETIREE MEDICAL VEBA AND PREPARING POWERPOINT PRESENTATION FOR 1114 RETIREE COMMITTEE. | 03651/KAB | 5.00 |
| 12/23/11 | CONFER W/ P. KILLIAN RE: FAS 106 REPORT/S NEEDED FOR ATTY REVIEW; CONTINUE TO REVIEW DOCUMENT PRODUCTION FOR SAME | 02949/JAS | 0.80 |
| 12/26/11 | CONTINUED REVIEW OF DOCUMENTS PROVIDED BY BRIAN MOORE REGARDING ELIGIBILITY ISSUES WITH RESPECT TO THE AMENDMENTS TO THE PLAN. | 00952/MAD | 0.50 |
| 12/26/11 | CONTINUED EXAMINATION OF LAW REGARDING THE STRUCTURE TO SET UP A VEBA FOR THE RETIREES; CONSIDERATION OF LEGAL ISSUES REGARDING THE TAX CONSEQUENCES OF THE CONTRIBUTION TO A TRUST. | 00952/MAD | 1.50 |
| 12/26/11 | FURTHER LEGAL RESEARCH REGARDING REQUIREMENTS FOR VEBAS. | 03651/KAB | 2.00 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 12/27/11 | OFFICE CONFERENCE REGARDING ISSUES RELATED TO THE IMPLICATIONS OF ESTABLISHING A VEBA, THE TAX CONSEQUENCES FOR UBTI AND THE CONSEQUENCES OF A NON-VEBA TRUST. | 00952/MAD | 0.70 |
| 12/27/11 | REVIEW OF EMAIL COMMUNICATION REGARDING THE RETIREES RESPONSE LETTER AND THE RESPONSE TO THE RETIREE DISCOVERY REQUEST FROM CLEARY AND RELATED DOCUMENTS; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 1.50 |
| 12/27/11 | FURTHER EXAMINATION OF LAW AND STUDY REGARDING THE IMPLICATIONS OF ADOPTING A VEBA AND THE POTENTIAL TAX CONSEQUENCES UNDER THE UBTI PROVISIONS OF THE INTERNAL REVENUE CODE; REVIEW OF ADDITIONAL DOCUMENTATION PROVIDED BY BRIAN MOORE; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 1.50 |
| 12/27/11 | RESEARCH UBIT ISSUE, TELEPHONE CALL TO KB. (THREE EMAILS) REGARDING ISSUES, REVIEW PPT AND REVISE. | 03600/JEH | 2.50 |
| 12/27/11 | FURTHER LEGAL RESEARCH REGRADING VEBAS AND DRAFTING POWERPOINT PRESENTATION. | 03651/KAB | 4.00 |
| 12/28/11 | OFFICE CONFERENCE REGARDING ISSUES RELATED TO THE USE OF A STAND ALONE VEBA TO FUND THE RETIREE MEDICAL BENEFITS ON A GOING FORWARD BASIS, THE TAX IMPLICATIONS AND THE ERISA IMPLICATIONS OF THE SAME; REVIEW OF THE POWERPOINT PRESENTATION AND PROVIDING COMMENTS THERETO. | 00952/MAD | 1.60 |
| 12/28/11 | TELEPHONE CALL FROM BRIAN MOORE REGARDING ISSUES RELATED TO THE "GAPS" IN THE SPDS AND SUMMARIZING THE LAW REGARDING THE ISSUANCE OF SUMMARY PLAN DESCRIPTIONS AND SUMMARY OF MATERIAL MODIFICATIONS IN THE EVENT THERE ARE NO AMENDMENTS TO THE MEDICAL PLAN. | 00952/MAD | 0.50 |
| 12/28/11 | OFFICE CONFERENCE REGARDING PROPOSED REVISIONS TO THE MEMORANDUM SUMMARIZING THE ELIGIBILITY PROVISIONS | 00952/MAD | 0.50 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | AND THE INCORPORATION OF CHANGES TO REFLECT THE AMENDMENTS TO THE 1992 RETIREE MEDICAL PLAN. | | |
| 12/28/11 | TELEPHONE CALL TO KB, REVIEW 501(C)(9) AND 419 RESTRICTIONS, RESEARCH ACCT. LIMIT; REVIEW PRESENTATION. | 03600/JEH | 2.70 |
| 12/28/11 | FURTHER DRAFTING OF VEBA POWERPOINT PRESENTATION, AND LEGAL RESEARCH REGARDING VEBAS. | 03651/KAB | 6.40 |
| 12/28/11 | EXAMINE AND ANALYZE MATTERS SCHEDULED FOR HEARING. | 03706/KRB | 0.10 |
| 12/28/11 | CONFER WITH COUNSEL REGARDING KCC STATEMENTS TO BE PAID; | 04990/JFS | 0.50 |
| 12/28/11 | PREPARE CERTIFICATE OF NO OBJECTION REGARDING FIRST MONTHLY FEE APPLICATION OF GARY DONAHEE; | 04990/JFS | 0.40 |
| 12/29/11 | LENGTHY CONFERENCE CALL WITH BRIAN MOORE DISCUSSING THE STATUS OF THE PROCESS OF THE CLAIMS BY THE 1114 RETIREE COMMITTEE, THE COMMENTS TO THE POWERPOINT PRESENTATION AND THE AMENDMENTS TO THE ELIGIBILITY PROVISIONS OF THE VARIOUS RETIREE MEDICAL PLANS. | 00952/MAD | 0.80 |
| 12/29/11 | REVIEWING AND REVISING THE POWERPOINT PRESENTATION REGARDING THE USE OF A VEBA TO FUND FUTURE RETIREE MEDICAL CLAIMS, ORGANIZATIONAL AND GOVERNANCE STRUCTURE AND TAX CONSEQUENCES OF A VEBA FOR NON-UNION EMPLOYEES; CONTINUED EXAMINATION OF LAW REGARDING TAX ON UNRELATED BUSINESS TRADE OR INCOME AND THE APPROPRIATE RATES WHEN UBTI TAX IS IMPOSED; CONSIDERATION OF OTHER LEGAL ISSUES REGARDING THE USE OF A VEBA TO FUND THE RETIREE MEDICAL BENEFITS. | 00952/MAD | 1.50 |
| 12/29/11 | TELEPHONE CALL TO KB REGARDING REVISIONS TO PPT, UBIT ISSUE; REVIEW FINAL PPT AND EMAILS TO MARK DANIELE AND KB. | 03600/JEH | 1.50 |
| 12/29/11 | EXAMINE AND ANALYZE PROPOSED CNO FOR | 02718/WFT | 0.30 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | THE APPLICATION OF GARY DONAHEE, A MEMBER OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES AND CORRESPOND WITH LEAD COUNSEL RE STATUS OF SAME. | | |
| 12/29/11 | FURTHER DRAFTING OF VEBA POWERPOINT PRESENTATION. | 03651/KAB | 4.50 |
| 12/29/11 | FURTHER REVISING MEMO CONTAINING SUMMARY OF RETIREE MEDICAL PLAN; REVIEWING SPDS IN CONNECTION WITH POTENTIAL ERISA COMPLIANCE ISSUES. | 04872/PAK | 3.00 |
| 12/29/11 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING FIRST MONTHLY FEE APPLICATION OF GARY DONAHEE; PREPARE HARD COPY SERVICE OF SAME; | 04990/JFS | 0.40 |
| 12/30/11 | PARTICIPATING IN A MEETING OF COUNSEL TO THE COMMITTEE DISCUSSING VARIOUS ISSUES IN CONNECTION WITH THE UPCOMING RETIREE COMMITTEE MEETING AND THE PRESENTATIONS TO BE MADE AT SUCH MEETING. | 00952/MAD | 0.50 |
| 12/30/11 | REVIEWING AND REVISING THE POWERPOINT PRESENTATION REGARDING BACKGROUND AND INFORMATION REGARDING VEBA TO BE PRESENTED TO THE RETIREE COMMITTEE; COMMUNICATING WITH BRIAN MOORE FORWARDING A REVISED DRAFT. | 00952/MAD | 1.00 |

TOTAL HOURS:                     123.85

TOTAL FEES..................................................................    $49,994.25
TOTAL DISBURSEMENTS.............................................        340.86

TOTAL DUE THIS INVOICE ......................................    $50,335.11

AMOUNT OUTSTANDING FROM PRIOR INVOICES          $3,493.80

TOTAL AMOUNT DUE AS OF THIS INVOICE             $53,828.91

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| | | | HOURS | | RATE | VALUE |
|---|---|---|---|---|---|---|
| 00952 | MARK A. DANIELE | PARTNER | 29.25 | Hours @ | 525.00 | 15,356.25 |
| 02718 | WILLIAM F. TAYLOR, JR. | PARTNER | 13.80 | Hours @ | 525.00 | 7,245.00 |
| 03600 | JOEL E. HOROWITZ | PARTNER | 7.70 | Hours @ | 570.00 | 4,389.00 |
| 03706 | KATE R. BUCK | ASSOCIATE | 4.20 | Hours @ | 295.00 | 1,239.00 |
| 04872 | PATRICIA A. KILLIAN | ASSOCIATE | 19.50 | Hours @ | 380.00 | 7,410.00 |
| 03651 | KEVIN A. BROWN | ASSOCIATE | 25.50 | Hours @ | 385.00 | 9,817.50 |
| 02949 | JAMES A. SNEDEKER | PARALEGAL | 13.40 | Hours @ | 175.00 | 2,345.00 |
| 04990 | JARED, F. SCHIERBAUM | PARALEGAL | 9.50 | Hours @ | 215.00 | 2,042.50 |
| 00216 | JAMES J. GREENSTONE | RESRCH ANALYST | 1.00 | Hours @ | 150.00 | 150.00 |
| **ATTORNEY TOTALS:** | | | **123.85** | | | **49,994.25** |