# **EXHIBIT B**

ME1 12838972v.1

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DISBURSEMENTS | VALUE | |
|---|---|---|---|
| 12/01/2011 | PHOTOCOPIES | 2.85 | |
| 12/28/2011 | PHOTOCOPIES | 0.60 | |
| | Total For: PHOTOCOPIES | | 3.45 |
| 12/02/2011 | COLOR PRINTER Retiree AE Comms. | 13.20 | |
| | Total For: COLOR PRINTER | | 13.20 |
| 10/12/2011 | FILING FEES | 2.48 | |
| | Total For: FILING FEES-MISC | | 2.48 |
| 11/16/2011 | LIBRARY RESEARCH - PACER | 2.40 | |
| 12/16/2011 | LIBRARY RESEARCH | 116.51 | |
| | Total For: LIBRARY RESEARCH | | 118.91 |
| 12/08/2011 | SERVICES-PMT OF EXPENSES OF THE COMMITTEE MEMBER | (3,185.48) | |
| 12/22/2011 | PAYMENT OF EXPENSES OF THE COMMITTEE MEMBERS | 994.60 | |
| 12/22/2011 | PAYMENT OF EXPENSES OF THE COMMITTEE MEMBERS | 1,275.11 | |
| 12/22/2011 | PAYMENT OF EXPENSES OF THE COMMITTEE MEMBERS | 915.77 | |
| | Total For: SERVICES | | 0.00 |
| 10/06/2011 | TRAVEL TO CLEARY GOTTLIEB IN NEW YORK CITY FOR MEETING WITH RETIREE COMMITTEE AND REPRESENTATIVES OF NORTEL (PATH: $4.00). | 4.00 | |
| | Total For: TRAVEL | | 4.00 |
| 12/22/2011 | DELIVERY TO NEIL BERGER, ESQ. | 12.57 | |
| 12/22/2011 | DELIVERY TO MICHAEL RESSNER | 15.71 | |
| 12/22/2011 | DELIVERY TO MARK M. HAUPT | 15.71 | |
| 12/22/2011 | DELIVERY TO JOHN T. ZALOKAR | 17.93 | |
| | Total For: FEDERAL EXPRESS | | 61.92 |
| 12/01/2011 | PRINTING W/SLIP SHEETS, STAPLES Nortel Network Excel Spreadsheets | 32.80 | |
| 12/02/2011 | PRINTING W/SLIP SHEETS, STAPLES Retiree AE Comms. | 66.60 | |
| | Total For: PRINTING W/SLIP SHEETS, STAPLES | | 99.40 |
| 12/01/2011 | LABOR (DATA AND TECH CONVERSIONS) Adjusted Excel Files | 37.50 | |

Page 18
Invoice 7766328

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

      Total For: LABOR (DATA AND TECH CONVERSIONS)        37.50

**TOTAL DISBURSEMENTS** .............................................................     **$340.86**