**Wave 6 Service List**

**Via Hand Delivery on Local Wilmington Parties and First Class Mail on Non Local Parties**

**Counsel for Media5**
WHARTON, ALDHIZER & WEAVER, PLC
Stephan W. Milo, Esquire
James L. Johnson, Esquire
125 South Augusta Street, Suite 2000
Staunton, Virginia 24401

Morris James LLP
Carl N. Kunz, III
500 Delaware Ave.
Wilmington, DE 19801

**Counsel for Prime Carrier**
THORP REED & ARMSTRONG, LLP
Karen M. Grivner
1000 N. West Street, Suite 1200
Wilmington, DE 19801

THORP REED & ARMSTRONG, LLP
Patrick W. Carothers
Gregory W. Hauswirth
301 Grant Street, 14th Floor
Pittsburgh, PA 15219

4305520.1