## CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Status Report of Avoidance Actions Assigned to the Honorable Kevin Gross, Chief Judge** was caused to be made on January 19, 2012, in the manner indicated upon the entities identified on the attached service list.

Date: January 19, 2012                      */s/ Chad A. Fights*
Wilmington, Delaware                  Chad A. Fights (No. 5006)

4219743.1