# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:    Chapter 11
*In re*    :
:    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]    :
:    (Jointly Administered)
        Debtors.    :
:    **Hearing date: February 9, 2012 at 10:00 a.m. (ET)**
:    **Objections due: February 2, 2012 at 4:00 p.m. (ET)**
:
--------------------------------------------------------- X

**NOTICE OF DEBTORS' MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER (I) APPROVING THE STIPULATION RESOLVING CLAIMS WITH AVNET INTERNATIONAL (CANADA) LTD. AND AVNET, INC. (AS SUCCESSORS IN INTEREST TO BELL MICROPRODUCTS CANADA-TENEX DATA ULC AND BELL MICROPRODUCTS INC.) AND (II) GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE A SETOFF**

PLEASE TAKE NOTICE that the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned cases, have today filed the attached **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order (I) Approving the Stipulation resolving Claims with Avnet International (Canada) Ltd. and Avnet, Inc. (as Successors in Interest to Bell Microproducts Canada-Tenex Data ULC and Bell Microproducts Inc.) and (II) Granting Limited Relief from the Automatic Stay to Effectuate a Setoff** ("Motion").

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file a response or objection ("Objection") if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **February 2, 2012 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

   At the same time, you must serve such Objection on counsel for the Debtors so as to be received by the Objection Deadline.

   PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **FEBRUARY 9, 2012 AT 10:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.  ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

   IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: January 19, 2012<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (*admitted pro hac vice*)<br>Lisa M. Schweitzer (*admitted pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br> */s/ Chad A. Fights*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Chad A. Fights (No. 5006)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |

4568605.6