# CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order (I) Approving the Stipulation resolving Claims with Avnet International (Canada) Ltd. and Avnet, Inc. (as Successors in Interest to Bell Microproducts Canada-Tenex Data ULC and Bell Microproducts Inc.) and (II) Granting Limited Relief from the Automatic Stay to Effectuate a Setoff** was caused to be made on January 19, 2012, in the manner indicated upon the entities identified on the attached service list.

Dated:  January 19, 2012

                                                                                   */s/ Chad A. Fights*
                                                                                 Chad A. Fights (No. 5066)

3069376.2