IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------- X | | Chapter 11 |
| *In re* | : | |
| | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*, [1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: D.I. 7059 |
| ------------------------------------------------------- X | | |

### CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER APPROVING THE STIPULATION RESOLVING CLAIM NO. 5508 WITH CORRE OPPORTUNITIES FUND, L.P. (AS TRANSFERE FROM JOHNSON CONTORLS, INC.)

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claim No. 5508 with Corre Opportunities Fund, L.P. (as Transferee from Johnson Controls, Inc.)** (the "Motion") (Docket No. 7059), filed on January 3, 2012.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than January 17, 2012 at 4:00 p.m. (ET).

WHEREFORE, the Debtors respectfully request that the Order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: January 19, 2012
Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        James L. Bromley (admitted *pro hac vice*)
        Lisa M. Schweitzer (admitted *pro hac vice*)
        One Liberty Plaza
        New York, New York 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        - and -

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        /s/ Chad A. Fights
        Derek C. Abbott (No. 3376)
        Eric D. Schwartz (No. 3134)
        Ann C. Cordo (No. 4817)
        Chad A. Fights (No. 5006)
        1201 North Market Street, 18th Floor
        P.O. Box 1347
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 425-4663

        *Counsel for the Debtors and Debtors In Possession*

4098235.8