# EXHIBIT A

## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM DECEMBER1, 2011 THROUGH DECEMBER30, 2011

| Name of Professional | Position | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Kristin McCloskey | Paralegal | 15.3 Hrs | $215/hr | $4,880.50 |
| Theresa M. Snow | Paralegal | 16.5 Hrs | $215/hr | $5,439.50 |
| Melissa M. Weber | Shareholder | 1.0 Hrs | $245/hr | $245.00 |
| Margaret S. Curran | Associate | 23.8 Hrs | $260/hr | $6,188.00 |
| Jonathan M. Stemerman | Associate | 6.9 Hrs | $350/hr | $2,415.00 |
| Shelley A. Kinsella | Counsel | 17.4 Hrs | $410/hr | $7,134.00 |
| Henry F. Siedzikowski | Shareholder | 1.7 Hrs | $565/hr | $960.50 |
| Rafael X. Zahralddin | Shareholder | 24.7 Hrs | $610/hr | $15,067.00 |

**Total:**  107.3 Hrs  $39,164.50

**Blended Rate:**  $365.00/hour