# EXHIBIT B

In re: Nortel Networks, Inc, et al.

## Task Billing Summary Page

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138

|  | Previous Billed | Current Bill | Total |
|---|---|---|---|
| Asset Disposition | $82.00 | $22.50 | $104.50 |
| Case Administration | $235.00 | $22.50 | $257.50 |
| Meetings of and Communications with Cred. | $46,815.50 | $8,662.50 | $362.00 |
| EG Retention | $12,792.00 | $1,264.00 | $14,056.00 |
| Employment & Retention Application Other | $9,113.00 | 0 | $9,113.00 |
| EG Fee Applications | $3,910.50 | $2,664.50 | $6,575.00 |
| EG Fee Objections | 0 | $1,643.50 | $1,643.50 |
| Fee Applications – Others | $2,314.00 | $1,177.00 | $3,491.00 |
| Fee Objections - Others | 0 | 0 | 0 |
| Non-Working Travel | 0 | 0 | 0 |
| Business Operations | $244.00 | 0 | $244.00 |
| Employee Benefits/Pensions | $49,551.00 | $13,625.50 | $63,176.50 |
| Claims Administration | $328.00 | 0 | $328.00 |
| Plan and Disclosure Statement | $1,057.00 | 0 | $1,057.00 |
| Court Hearings | $3,117.50 | $842.00 | $3,959.50 |
| Litigation | $32,199.00 | $8,890.50 | $41,089.50 |
| Labor Issues | 0 | $350.00 | $104.50 |
| Total | $161,758.50 | $39,164.50 | $144,733.00 |



www.elliottgreenleaf.com

ELLIOTT GREENLEAF
P.O. Box 3010
Blue Bell, Pennsylvania 19422
EIN #23-2617189

Attn: Accounts Payable
Nortel Networks
PO Box 13010
Suite 300

January 19, 2012
Bill Number 106159
File Number 60351-001

RTP NC 27709

**FOR PROFESSIONAL SERVICES RENDERED**

Re: In re Nortel 09-10138(KG)

**LEGAL SERVICES**

Through December 31, 2011

Case Administration

| | | | | | |
|---|---|---|---|---|---|
| 12/22/11 | KAM | [B110-] Email from R. Zahralddin re: change of address for Nortel; update service list | | 0.10 Hrs | |
| | Totals | | | 0.10 Hrs | $22.50 |
| Case Administration Totals | | | | 0.10 Hrs | $22.50 |

Asset Disposition

| | | | | | |
|---|---|---|---|---|---|
| 12/13/11 | TMS | [B130-] Conference with R. Zahralddin regarding DIP monthly operating report and forwarding same to Alvarez & Marsal | | 0.10 Hrs | |
| | Totals | | | 0.10 Hrs | $22.50 |
| Asset Disposition Totals | | | | 0.10 Hrs | $22.50 |

Meetings of and Communications with Creditors

| | | | | |
|---|---|---|---|---|
| 12/01/11 | SAK | [B150-] Analyze G. Hovater website registration | | 0.10 Hrs |
| 12/05/11 | SAK | [B150-] Analyze Certification of Counsel re Retiree Committee's motion to clarify requirement to provide access | | 0.20 Hrs |
| 12/07/11 | SAK | [B150-] Analyze website registration and update | | 0.10 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours |
|---|---|---|---|
| 12/09/11 | TMS | [B150-] Email to K. Wagner regarding FAQ for the web site | 0.10 Hrs |
| 12/12/11 | SAK | [B150-] Multiple email exchanges with Committee re status issues | 0.20 Hrs |
| 12/12/11 | TMS | [B150-] Numerous emails to/from Committee regarding case status | 0.10 Hrs |
| 12/13/11 | KAM | [B150-] Multiple emails re: committee conference call | 0.20 Hrs |
| 12/14/11 | JXS | [B150-] Prepare memo to LTD Committee members re: interim compensation procedures and issues | 1.20 Hrs |
| 12/14/11 | SAK | [B150-] Committee Professionals' conference call | 0.90 Hrs |
| 12/14/11 | TMS | [B150-] Update critical dates memorandum | 0.30 Hrs |
| 12/14/11 | RXZ | [B150-] Prepare report for committee and analyze and update draft prepared by D. Greer re: data collection (.5) and forward same to committee via e-mail summary and recommendation in preparation for committee call (.1) | 0.60 Hrs |
| 12/14/11 | TMS | [B150-] Emails to LTD Committee regarding hearing (.1) and forwarding the Order granting our motion to increase fees (.1) | 0.20 Hrs |
| 12/14/11 | TMS | [B150-] Email LTD Committee 3rd fee application of McCarter & English with analysis | 0.10 Hrs |
| 12/14/11 | JXS | [B150-] Analyze email from R. Zahralddin re: report to LTD Committee re: 12/14 hearing | 0.10 Hrs |
| 12/15/11 | SAK | [B150-] Email from Debtors' counsel re confidentiality issue; email to Committee re same | 0.10 Hrs |
| 12/16/11 | RXZ | [B150-] Committee Conference Call | 2.50 Hrs |
| 12/16/11 | SAK | [B150-] Committee conference call (1.6); conference with J. Stemerman re same (.1) | 1.70 Hrs |
| 12/16/11 | SAK | [B150-] Analyze multiple website inquiries and update | 0.10 Hrs |
| 12/16/11 | SAK | [B150-] Multiple email exchanges from Committee members re proposed website update | 0.20 Hrs |
| 12/16/11 | RXZ | [B150-] Prepare for Committee Conference Call | 1.20 Hrs |
| 12/16/11 | RXZ | [B150-] Analyze comments from D. Irish and other committee members re: communications to LTDers (.3) update drafts and forward to committee (.5) | 0.80 Hrs |
| 12/16/11 | JXS | [B150-] Conference call with LTD Committee | 2.60 Hrs |
| 12/19/11 | SAK | [B150-] Multiple emails from Committee members re website issues | 0.20 Hrs |
| 12/20/11 | SAK | [B150-] Email exchanges with Committee members re website and related issues; conference with R. Zahralddin re same | 0.30 Hrs |
| 12/21/11 | TMS | [B150-] Numerous emails to/from LTD Committee regarding letter to LTDers (.2); conference with S. Kinsella regarding same | 0.20 Hrs |
| 12/21/11 | RXZ | [B150-] Call from W. Mann re: committee reporting and conference call | 0.40 Hrs |
| 12/22/11 | SAK | [B150-] Review proposed Committee letter and revise (.2); instructions to T. Snow and conference re same (.2) | 0.40 Hrs |
| 12/22/11 | SAK | [B150-] Analyze website inquiry (Janis) and email re same | 0.10 Hrs |
| 12/22/11 | SAK | [B150-] Instructions to K. Wagner re website update | 0.10 Hrs |
| 12/22/11 | SAK | [B150-] Conference with T. Snow re service issues; email exchanges re same | 0.20 Hrs |
| 12/22/11 | TMS | [B150-] Numerous emails to/from LTD Committee regarding letter to LTDers | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/22/11 | JXS | [B150-] Prepare minutes from 12/16 Committee meeting | 1.30 Hrs | |
| 12/22/11 | JXS | [B150-] Analyze draft letter to LTD plan participants re: case status update | 0.10 Hrs | |
| 12/23/11 | SAK | [B150-] Prepare memo for Committee; research re same | 2.30 Hrs | |
| 12/28/11 | RXZ | [B150-] E-mails to and from C. Barry and B. Gallagher re: LTD case status inquiry | 0.20 Hrs | |
| 12/29/11 | SAK | [B150-] Email from D. David confirming service of LTD letter | 0.10 Hrs | |
| 12/30/11 | TMS | [B150-] Conference with R. Zahralddin regarding reimbursement check to D. David for mailing LTD letters and email to D. David regarding same; process check to D. David | 0.10 Hrs | |
| | | Totals | 19.80 Hrs | $8,662.50 |
| | | Meetings of and Communications with Creditors Totals | 19.80 Hrs | $8,662.50 |

EG Retention

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/07/11 | SAK | [B160-] Analyze Debtors' Response to LTD Committee's Motion to Increase Fee Cap | 0.20 Hrs | |
| 12/12/11 | SAK | [B160-] Finalize Certification of Counsel re Amended Order increasing LTD Committee's fee cap, proposed form of Order and blackline (.6); instructions to K. McCloskey re filing of same (.1) | 0.70 Hrs | |
| 12/13/11 | RXZ | [B160-] Prepare for hearing (analyze and prepare for discussion on order to extend fees) | 0.50 Hrs | |
| 12/13/11 | RXZ | [B160-] Finalize certification of counsel re: proposed order increasing counsel cap on fees (.3) and related COS (.1) | 0.40 Hrs | |
| 12/13/11 | RXZ | [B160-] E-mails and calls to and from J. Kim re: proposed order increasing counsel cap on fees | 0.30 Hrs | |
| 12/13/11 | RXZ | [B160-] E-mails and calls to and from Annie Cordo re: proposed order increasing counsel cap on fees and agenda | 0.20 Hrs | |
| 12/14/11 | SAK | [B160-] Analyze Order approving increase of LTD Committee cap | 0.10 Hrs | |
| | | Totals | 2.40 Hrs | $1,264.00 |
| | | EG Retention Totals | 2.40 Hrs | $1,264.00 |

EG Fee Applications

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/11 | KAM | [B170-] Analyze Exhibit B to EG 4th fee application | 0.70 Hrs | |
| 12/05/11 | RXZ | [B170-] Update EG November fee application exhibits | 0.80 Hrs | |
| 12/06/11 | KAM | [B170-] Prepare EG's 4th fee application | 0.50 Hrs | |
| 12/06/11 | KAM | [B170-] Prepare Notice to EG's 4th fee application | 0.20 Hrs | |
| 12/06/11 | KAM | [B170-] Prepare cover page to EG's 4th fee application | 0.20 Hrs | |
| 12/06/11 | KAM | [B170-] Prepare Exhibits A and C to EG's 4th fee application | 0.20 Hrs | |
| 12/06/11 | KAM | [B170-] Prepare COS to EG's 4th fee application | 0.10 Hrs | |
| 12/06/11 | KAM | [B170-] Prepare task billing page to EG's 4th fee application | 0.30 Hrs | |
| 12/06/11 | KAM | [B170-] File EG's 4th fee application | 0.30 Hrs | |
| 12/06/11 | KAM | [B170-] Serve EG's 4th fee application | 1.70 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/06/11 | SAK | [B170-] Finalize Elliott Greenleaf's 4th Monthly Fee Application, Notice, multiple Exhibits and Certificate of Service (.5); instructions to K. McCloskey re revisions/redactions to all and related issues (.2) | 0.70 Hrs | |
| 12/13/11 | TMS | [B170-] Prepare certification of counsel regarding increased cap motion (.4); prepare new proposed form of order and black line versions of order (.2); prepare certificate of service (.1); numerous conferences with R. Zahralddin regarding increased cap motion and proposed order (.2); emails to A. Cordo regarding cap motion (.1); emails to J. Kim regarding proposed order and black line version (.1); electronically file and effectuate service of same (1.2) | 2.30 Hrs | |
| 12/14/11 | RXZ | [B170-] Prepare for hearing (analyze fee applications and quarterly request) | 0.70 Hrs | |
| | | Totals | 8.70 Hrs | $2,664.50 |
| | | EG Fee Applications Totals | 8.70 Hrs | $2,664.50 |

Fee Objections EGS

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/11 | KAM | [B171-] Analyze docket for objections to EG's 3rd fee application and 1st quarterly fee application | 0.20 Hrs | |
| 12/02/11 | KAM | [B171-] File CNO to EG's 3rd fee application | 0.30 Hrs | |
| 12/02/11 | KAM | [B171-] File CNO to EG's 1st quarterly fee application | 0.30 Hrs | |
| 12/02/11 | KAM | [B171-] Serve CNOs to EG's 3rd monthly and 1st quarterly fee applications | 1.80 Hrs | |
| 12/02/11 | SAK | [B171-] Finalize Certificate of No Objection re Elliott Greenleaf's 3rd Monthly Fee Application and Certificate of Service; instructions to K. McCloskey re revisions to Certificate of Service | 0.30 Hrs | |
| 12/02/11 | SAK | [B171-] Finalize Certificate of No Objection re Elliott Greenleaf's 1st Quarterly Fee Application and Certificate of Service | 0.20 Hrs | |
| 12/13/11 | TMS | [B171-] Email to Committee regarding LTD Committee motion for a cap increase and Debtors' response to same with analysis and forwarding documents | 0.30 Hrs | |
| 12/28/11 | SAK | [B171-] Instructions to T. Snow re preparation of Certificate of No Objection for Elliott Greenleaf's fee application | 0.10 Hrs | |
| 12/29/11 | KAM | [B171-] Prepare CNO to EG's 4th fee application (.2); prepare COS to CNO (.1) | 0.30 Hrs | |
| 12/29/11 | KAM | [B171-] File CNO to EG's 4th fee application | 0.30 Hrs | |
| 12/29/11 | KAM | [B171-] Serve CNO to EG's 4th fee application | 1.80 Hrs | |
| 12/29/11 | SAK | [B171-] Finalize Certificate of No Objection re Elliott Greenleaf's 4th Monthly Fee Application and Certificate of Service | 0.20 Hrs | |
| 12/29/11 | SAK | [B171-] Email exchange with K. McCloskey re preparation of Certificate of No Objection for Elliott Greenleaf's 4th Monthly Fee Application | 0.10 Hrs | |
| 12/29/11 | SAK | [B171-] Finalize Certificate of No Objection re Elliott Greenleaf's 4th Monthly Fee Application and Certificate of Service | 0.20 Hrs | |
| | | Totals | 6.40 Hrs | $1,643.50 |
| | | Fee Objections EGS Totals | 6.40 Hrs | $1,643.50 |

Fee Applications and Invoices - Other

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 12/02/11 | KAM | [B175-] Multiple emails to/from LTD members re: distribution of funds | 0.20 Hrs | |
| 12/12/11 | KAM | [B175-] Conference with S. Kinsella re: Exhibit C to Omnibus Order | 0.10 Hrs | |
| 12/12/11 | KAM | [B175-] Email to Alvarez and McCarter English re: comments to Exhibit C to Omnibus Order | 0.10 Hrs | |
| 12/12/11 | KAM | [B175-] Email to M. DeCarli with Exhibit C to Omnibus Order | 0.10 Hrs | |
| 12/12/11 | KAM | [B175-] Emails from LTD Participants re: committee reimbursement check | 0.10 Hrs | |
| 12/12/11 | SAK | [B175-] Instructions to K. McCloskey re Omnibus fee application order preparation; email exchanges with K. McCloskey and co-counsel re same | 0.30 Hrs | |
| 12/12/11 | KAM | [B175-] Emails to/from and conference with R. Zahralddin re: omnibus fee order exhibit | 0.20 Hrs | |
| 12/12/11 | KAM | [B175-] Prepare Exhibit C to omnibus fee order | 0.60 Hrs | |
| 12/13/11 | KAM | [B175-] Emails to/from from M. DeCarli re: changes to Exhibit C to fee order | 0.20 Hrs | |
| 12/13/11 | KAM | [B175-] Telephone call to B. Taylor and email from J. Schierbaum re: approval of McCarter's numbers in Exhibit C to fee order | 0.20 Hrs | |
| 12/13/11 | KAM | [B175-] Update Exhibit C to fee order | 0.30 Hrs | |
| 12/14/11 | SAK | [B175-] Email exchange and conference with R. Zahralddin and paralegals re Committee reimbursements | 0.40 Hrs | |
| 12/14/11 | RXZ | [B175-] E-mails and discussion with EG team re: committee member reimbursements | 0.30 Hrs | |
| 12/14/11 | TMS | [B175-] Numerous emails and conferences with S. Kinsella, R. Zahralddin and K. McCloskey regarding committee reimbursements | 0.10 Hrs | |
| 12/22/11 | KAM | [B175-] Update Notice page to EG fee application re: Nortel change of address | 0.10 Hrs | |
| 12/29/11 | KAM | [B175-] Analyze and summarize docket no. 6979 - 11th Omnibus Order Allowing Certain Professionals Interim Compensation for Services Rendered and Reimbursement of Expenses | 0.30 Hrs | |
| 12/29/11 | RXZ | [B175-] E-mail to committee with summary of 11th interim fee applications and order (re: administrative burn rate in case) | 0.20 Hrs | |
| | Totals | | 3.80 Hrs | $1,177.00 |
| | Fee Applications and Invoices - Other Totals | | 3.80 Hrs | $1,177.00 |

<u>Employee Benefits/Pensions</u>

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/01/11 | MSC | [B220-] Telephone call with R. Zahralddin and S. Kinsella regarding potential          claims. | 0.30 Hrs |
| 12/01/11 | MSC | [B220-] Drafted list of missing documents from Nortel production as well as issues to be clarified from documents produced. | 1.90 Hrs |
| 12/02/11 | SAK | [B220-] Multiple conferences with T. Snow re discovery documents and email exchanges with M. Curran re same | 0.40 Hrs |
| 12/05/11 | MSC | [B220-] Continued review and analysis of documents produced by Nortel to supplement draft chart of missing documents and open issues for Nortel's counsel | 2.40 Hrs |

Page 5

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours |
|---|---|---|---|
| 12/06/11 | MSC | [B220-] Telephone call with D. Greer of Alvarez & Marsal regarding the finalization of follow-up questions and data requests to be sent to Nortel's counsel | 0.80 Hrs |
| 12/07/11 | MSC | [B220-] Telephone call with R. Zahralddin regarding open issues chart to be provided to Nortel's counsel | 0.30 Hrs |
| 12/07/11 | MSC | [B220-] Supplemented chart of missing documents and open issues to be provided to Nortel's counsel and prepared email enclosing LTD Committee's chart of missing documents and open issue to J. Kim | 1.00 Hrs |
| 12/07/11 | RXZ | [B220-] Conference call with M. Curran re: updated and final audit of missing documents and follow up with T. Snow | 0.40 Hrs |
| 12/08/11 | MSC | [B220-] Analyze 2011 Met Life plan regarding vesting or continuation of benefits issue | 1.20 Hrs |
| 12/08/11 | MMW | [B220-] Conferred with MSC re: review of various plan documents re: insured and self-funded to compare language re: discretion to terminate plan and applicable law regarding continuation of disability payments to those recipients if respective plan terminated | 1.00 Hrs |
| 12/12/11 | MSC | [B220-] Attend conference call with professionals regarding missing documents, open issues and data requests | 1.40 Hrs |
| 12/12/11 | MSC | [B220-] Legal research for any case law construing language in Met Life LTD policy continuing benefits after insurance ends | 0.30 Hrs |
| 12/12/11 | RXZ | [B220-] E-mails (.1) and calls from S. and C. Paroski re: status of case (.4) and negotiations with Debtors on benefits and income stream; forward materials to M.Curran to analyze (.1) | 0.60 Hrs |
| 12/12/11 | RXZ | [B220-] Call with D. Greer re: call preparation (.3) analyze record regarding document and information request (1.5) | 1.80 Hrs |
| 12/12/11 | MSC | [B220-] Telephone call from LTD participant J. Rossi regarding LTD benefit | 0.10 Hrs |
| 12/12/11 | MSC | [B220-] Read and analyze email communication from LTD participant in Texas regarding LTD benefits | 0.30 Hrs |
| 12/12/11 | RXZ | [B220-] Prepare for call with retiree, LTD and debtors professionals including Mercer and A&M regarding data and document requests | 0.70 Hrs |
| 12/12/11 | RXZ | [B220-] Conference call with Debtors' professionals and retiree committee re: document and data requests | 1.70 Hrs |
| 12/13/11 | HFS | [B220-] Coordinate with MSC on results of investigation and future strategy for claimants | 0.50 Hrs |
| 12/13/11 | TMS | [B220-] Case strategy meeting regarding 1114 of the bankruptcy code and critical dates | 0.40 Hrs |
| 12/13/11 | RXZ | [B220-] Case strategy meeting regarding 1114 process with EG legal team | 0.40 Hrs |
| 12/13/11 | MSC | [B220-] Legal research for regarding vesting issue and vesting language of LTD plans at issue | 0.80 Hrs |
| 12/13/11 | MSC | [B220-] Identify LTD participants to determine whether Nortel has and potential additional theories in preparation for LTD Committee conference call scheduled for 12/16 | 3.10 Hrs |
| 12/14/11 | HFS | [B220-] Coordinate with MSC on Legal analysis and document production | 0.40 Hrs |
| 12/14/11 | RXZ | [B220-] Call with A&M and EG team re: follow up on data (1.5) and preparation for committee call (.3) | 1.80 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/14/11 | MSC | [B220-] Conference call with Alvarez & Marsal regarding status of LTD benefit issues and agenda items for conference call with LTD Committee scheduled for Friday, December 16 | 1.20 Hrs |
| 12/14/11 | MSC | [B220-] Telephone call with R. Zahralddin-Aravena regarding litigation report in response to LTD Committee's agenda item for Friday, December 16, 2011 Committee conference call | 0.20 Hrs |
| 12/14/11 | MSC | [B220-] Communications with R. Zahralddin and D. Greer of Alvarez & Marsal regarding the delivery to Cleary of the chart of status of information and data request following the December 12, 2011 conference call with Cleary and professionals | 0.20 Hrs |
| 12/14/11 | MSC | [B220-] Prepared notes of litigation strategies for report to LTD Committee in response to its requested agenda item for December 16, 2011 LTD Committee conference call | 1.60 Hrs |
| 12/16/11 | HFS | [B220-] Coordinate with MSC re Committee issues | 0.30 Hrs |
| 12/16/11 | MSC | [B220-] Attend LTD Committee conference call | 2.40 Hrs |
| 12/19/11 | MSC | [B220-] Review and analyze Nortel's 12/14/11 document production | 2.50 Hrs |
| 12/19/11 | MSC | [B220-] Revised discovery log of Nortel document production to date to include documents through 12/14/11 production | 1.00 Hrs |
| 12/20/11 | MSC | [B220-] Reviewed and analyzed various plan documents to respond to open questions from Alvarez & Marsal regarding Nortel's welfare benefit plans to assist Alvarez & Marsal in valuation of benefits | 0.80 Hrs |
| 12/23/11 | HFS | [B220-] Analyze proposed Committee letter | 0.50 Hrs |
| 12/23/11 | RXZ | [B220-] Multiple e-mails, calls, and comments from committee members re: (.8) and analysis of same (.5); update letter to LTD constituency re: website registration and draft form for us by LTD members unable to access internet (.6); distribute to committee and finalize same with comments from committee (.5) | 2.40 Hrs |

| | | | | |
|---|---|---|---|---|
| | Totals | | 37.10 Hrs | $13,625.50 |
| | Employee Benefits/Pensions Totals | | 37.10 Hrs | $13,625.50 |

Court Hearings

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/02/11 | JXS | [B430-] Analyze docket re: critical dates (.4); prepare critical dates memorandum (.2) | 0.60 Hrs |
| 12/12/11 | SAK | [B430-] Analyze Notice of Agenda for 12/14/11 hearing | 0.10 Hrs |
| 12/13/11 | SAK | [B430-] Analyze Amended Notice of Agenda re 12/14/11 hearing | 0.10 Hrs |
| 12/14/11 | RXZ | [B430-] Attend hearing and related pre-hearing discussions with Debtors | 0.70 Hrs |
| 12/20/11 | SAK | [B430-] Multiple emails from T. Snow re upcoming hearing deadlines | 0.10 Hrs |
| 12/28/11 | SAK | [B430-] Analyze Notice of Agenda for 12/30/11 hearing | 0.10 Hrs |
| 12/29/11 | SAK | [B430-] Analyze Amended Notice of Agenda for 12/30/11 hearing | 0.10 Hrs |

| | | | | |
|---|---|---|---|---|
| | Totals | | 1.80 Hrs | $842.00 |
| | Court Hearings Totals | | 1.80 Hrs | $842.00 |

Labor Issues

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/11 | JXS | [B462-] Meeting with S. Kinsella and emails from/to M. Curran and S. Kinsella re: status of review of Debtor-produced documents | 0.10 Hrs | |
| 12/13/11 | JXS | [B462-] Meeting with R. Zahralddin, S. Kinsella and T. Snow re: case strategy | 0.40 Hrs | |
| 12/22/11 | JXS | [B462-] Analyze Debtors' Motion for Entry of an Order Authorizing NNI to Take Certain Actions to Facilitate the Wind-Down of Nortel Networks Kabushiki Kaisha (.3); email to committee members re: same (.2) | 0.50 Hrs | |
| | | Totals | 1.00 Hrs | $350.00 |
| | | Labor Issues Totals | 1.00 Hrs | $350.00 |

Litigation

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/01/11 | SAK | [B600-] Multiple email exchanges with M. Curran and T. Snow re discovery issues; analyze attachments | 0.40 Hrs |
| 12/01/11 | SAK | [B600-] Analyze emails from D. Greer re discovery issues | 0.20 Hrs |
| 12/01/11 | SAK | [B600-] Multiple emails from M. Curran re litigation issues | 0.30 Hrs |
| 12/01/11 | SAK | [B600-] Telephone conference with M. Curran and R. Zahralddin re ongoing discovery issues | 0.30 Hrs |
| 12/02/11 | SAK | [B600-] Email exchanges with J. Stemerman and M. Curran re discovery schedule issues and telephone conference with R. Zahralddin/conference with J. Stemerman re same (.3); email exchanges with D. Greer re proposed scheduling dates and related issues (.1) | 0.40 Hrs |
| 12/02/11 | SAK | [B600-] Telephone conference with M. Curran (.2) and follow up conference with T. Snow; review discovery (.3) | 0.50 Hrs |
| 12/02/11 | SAK | [B600-] Review multiple discovery production sets (.4); email to M. Curran re same (.1) | 0.40 Hrs |
| 12/02/11 | TMS | [B600-] Review discovery and update discovery log (4.4); multiple emails with M. Curran and S. Kinsella regarding discovery issues (.2); conference with M. Curran regarding discovery documents (.1) conference with S. Kinsella regarding discovery issues (.1) | 4.80 Hrs |
| 12/05/11 | SAK | [B600-] Email from M. Curran re nonreadable discovery and conference with T. Snow re same | 0.20 Hrs |
| 12/05/11 | TMS | [B600-] Update discovery log (individual benefit confirmation statements and unlabeled documents/spreadsheets) | 2.00 Hrs |
| 12/06/11 | SAK | [B600-] Email exchanges with M. Curran and D. Greer re missing discovery documents; analyze draft chart re same | 0.40 Hrs |
| 12/06/11 | TMS | [B600-] Multiple emails to/from M. Curran, R. Zahralddin, S. Kinsella regarding discovery documents, unlabeled documents and other discovery issues (.4); analyze discovery issues (1.6); review unlabeled documents (.8) | 2.80 Hrs |
| 12/07/11 | SAK | [B600-] Analyze list re open discovery issues and follow up questions/requests | 0.20 Hrs |
| 12/07/11 | SAK | [B600-] Analyze T. Snow's updated discovery log and comments re same | 0.20 Hrs |
| 12/07/11 | TMS | [B600-] Multiple emails and conference with M. Curran and S. Kinsella regarding discovery documents and other discovery issues (.4); conference with R. Zahralddin (.1); updating discovery log (.7) | 1.20 Hrs |

Page 8

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours |
|---|---|---|---|
| 12/12/11 | KAM | [B600-] Prepare Certification of Counsel Regarding Amended Order Granting 1102 Motion | 0.40 Hrs |
| 12/12/11 | KAM | [B600-] Supplement Exhibits to Certification of Counsel Regarding Amended Order Granting 1102 Motion | 0.10 Hrs |
| 12/12/11 | KAM | [B600-] File Certification of Counsel Regarding Amended Order Granting 1102 Motion | 0.30 Hrs |
| 12/13/11 | KAM | [B600-] Prepare COS to Certification of Counsel Regarding Amended Order Granting 1102 Motion | 0.10 Hrs |
| 12/13/11 | KAM | [B600-] File COS to Certification of Counsel Regarding Amended Order Granting 1102 Motion | 0.20 Hrs |
| 12/13/11 | KAM | [B600-] Serve COS to Certification of Counsel Regarding Amended Order Granting 1102 Motion | 1.50 Hrs |
| 12/13/11 | TMS | [B600-] Conference call with M. Curran regarding spreadsheet of LTD'ers provided by J. Kim on September 22, 2011 (.1) and emails regarding same (.1) | 0.20 Hrs |
| 12/13/11 | RXZ | [B600-] Call with Neil Berger re: document production and information gathering from debtors on data for A&M (.1) and related e-mails (.1) | 0.20 Hrs |
| 12/14/11 | SAK | [B600-] Email exchange with M. Curran re discovery matters | 0.20 Hrs |
| 12/14/11 | SAK | [B600-] Email exchange with Debtors' counsel re outstanding discovery issues; conference with T. Snow re same | 0.20 Hrs |
| 12/14/11 | RXZ | [B600-] Analyze record related to A&M information requests and request for open document production requests (.8) e-mails to and from M. Curran and D. Greer re: same (.4) prepare response and follow up to Monday 12/12/2010 meeting (.6) | 1.80 Hrs |
| 12/14/11 | RXZ | [B600-] Call to N. Berger re: follow up to 12/12/2010 call | 0.20 Hrs |
| 12/14/11 | TMS | [B600-] Numerous emails with R. Zahralddin, S. Kinsella and M. Curran regarding discovery issues (.2); review email from J. Kim forwarding discovery and process same (.2) | 0.40 Hrs |
| 12/14/11 | RXZ | [B600-] Call with M. Curran re: litigation strategy | 0.30 Hrs |
| 12/15/11 | SAK | [B600-] Email exchange with T. Snow re preparation of discovery documents | 0.20 Hrs |
| 12/16/11 | SAK | [B600-] Analyze discovery summary and email from D. Greer re same | 0.20 Hrs |
| 12/16/11 | SAK | [B600-] Email from Debtors' counsel re latest document production; email to T. Snow re same | 0.20 Hrs |
| 12/16/11 | TMS | [B600-] Emails with M. Curran regarding discovery | 0.20 Hrs |
| 12/21/11 | RXZ | [B600-] Analyze reports on latest round of discovery production and reports from A&M re: progress on information from Debtors | 2.60 Hrs |
| 12/22/11 | SAK | [B600-] Email from M. Curran re discovery analysis status | 0.10 Hrs |
| 12/22/11 | SAK | [B600-] Email from M. Fleming re latest production of documents and comments re same | 0.20 Hrs |
| 12/22/11 | TMS | [B600-] Conference with S. Kinsella regarding Debtors' response to discovery (.2); process Debtors' response to discovery (.1); emails with M. Curran regarding discovery (.1) | 0.40 Hrs |
| 12/23/11 | SAK | [B600-] Email from M. Fleming re Debtors' latest production of documents; instructions to T. Snow re same | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 12/23/11 | SAK | [B600-] Analyze Debtors' Response to LTD's discovery requests; instructions to T. Snow re same | 0.40 Hrs | |
| 12/27/11 | SAK | [B600-] Email exchange with R. Zahralddin re status of Debtors' document production | 0.10 Hrs | |
| 12/28/11 | SAK | [B600-] Conference with T. Snow re new package of discovery | 0.20 Hrs | |
| 12/29/11 | KAM | [B600-] Emails to/from R. Zahralddin re: Orders to 1102 Motions, 11th Omnibus Order Approving Quarterly Fee Applications | 0.10 Hrs | |
| 12/29/11 | KAM | [B600-] Analyze and summarize docket no. 6980 - Amended Order granting the LTD Committee's Motion to Establish Procedures for Compliance with 11 U.S.C. Sections 1102(b)(3) and 1103(c) | 0.30 Hrs | |
| 12/29/11 | KAM | [B600-] Analyze and summarize docket no. 7014 - the Amended Order Granting the Official Committee of Retired Employees' Motion for Entry of an Order Clarifying Its Requirement to Provide Access to Information | 0.30 Hrs | |
| | | Totals | 26.10 Hrs | $8,890.50 |
| | | Litigation Totals | 26.10 Hrs | $8,890.50 |
| | | TOTAL LEGAL SERVICES | | $39,164.50 |

## LEGAL SERVICES SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| McCloskey, Kristin A. | 15.30 Hrs | 225 /hr | $3,442.50 |
| Snow, Theresa M | 16.50 Hrs | 225 /hr | $3,712.50 |
| WEBER, MELISSA MURPHY | 1.00 Hrs | 245 /hr | $245.00 |
| CURRAN, MARGARET S. | 23.80 Hrs | 260 /hr | $6,188.00 |
| Stemerman, Jonathan M. | 6.90 Hrs | 350 /hr | $2,415.00 |
| Kinsella, Shelley A. | 17.40 Hrs | 410 /hr | $7,134.00 |
| SIEDZIKOWSKI, Henry F. | 1.70 Hrs | 565 /hr | $960.50 |
| Zahralddin-Aravena, Rafael X. | 24.70 Hrs | 610 /hr | $15,067.00 |
| | 107.30 Hrs | | $39,164.50 |

## Reimbursement for out of pocket expenses

### COMPUTERIZED LEGAL RESEARCH

| Date | Description | Amount |
|---|---|---|
| 12/29/11 | [] WEST GROUP PAYMENT CTR (WESTLAW)---INV #824026574 DTD 12/01/11: WESTLAW LEGAL RESEARCH FOR THE PERIOD: NOV 01, 2011 - NOV 30, 2011 | 10.81 |
| | | $10.81 |

### COPYING

| Date | Description | Amount |
|---|---|---|
| 12/02/11 | [] Device Cost | 296.00 |
| 12/06/11 | [] Device Cost | 4.60 |
| 12/06/11 | [] Device Cost | 85.90 |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Description | Amount |
|---|---|---|
| 12/09/11 | [] Device Cost | 0.20 |
| 12/13/11 | [] Device Cost | 425.00 |
| 12/13/11 | [] Device Cost | 39.90 |
| 12/13/11 | [] Device Cost | 11.40 |
| 12/13/11 | [] Device Cost | 85.00 |
| 12/13/11 | [] Device Cost | 72.50 |
| 12/13/11 | [] Device Cost | 0.90 |
| 12/13/11 | [] Device Cost | 325.80 |
| 12/14/11 | [] Device Cost | 0.90 |
| 12/14/11 | [] Device Cost | 15.70 |
| 12/15/11 | [] Device Cost | 0.40 |
| 12/29/11 | [] Device Cost | 240.50 |
| 12/30/11 | [] Device Cost | 0.20 |
| | | $1,604.90 |

DELIVERY/COURIER SERVICE

| Date | Description | Amount |
|---|---|---|
| 12/14/11 | [] RELIABLE WILMINGTON---INV #WL030517 DTD 11/30/11: PROFESSIONAL SERVICE PERIOD: 11/16-11/30/11: 39 HD ON 11/28/11 FOR SAK | 292.50 |
| 12/14/11 | [] RELIABLE WILMINGTON---INV #WL030517 DTD 11/30/11: PROFESSIONAL SERVICE PERIOD: 11/16-11/30/11: 40 HD ON 11/28/11 FOR RXZ | 300.00 |
| 12/14/11 | [] RELIABLE WILMINGTON---INV #WL030517 DTD 11/30/11: PROFESSIONAL SERVICE PERIOD: 11/16-11/30/11: 40 HD ON 11/30/11 FOR RXZ | 300.00 |
| 12/14/11 | [] RELIABLE WILMINGTON---INV #WL030517 DTD 11/30/11: PROFESSIONAL SERVICE PERIOD: 11/16-11/30/11: 39 HD ON 11/18/11 FOR SAK | 292.50 |
| | | $1,185.00 |

OUTSIDE PROFESSIONAL SVCES

| Date | Description | Amount |
|---|---|---|
| 10/13/11 | [] KURTZMAN CARSON CONSULTANTS LLC---INV #US_KCC401156 DTD 10/13/11 PROFESSIONAL SERVICES FOR THE PERIOD: SEP 01 THRU SEP 30, 2011 (RXZ) | 2,634.20 |
| 11/11/11 | [] KURTZMAN CARSON CONSULTANTS LLC---INV #US_KCC406500 DTD 11/11/11 PROFESSIONAL SERVICES FOR THE PERIOD: OCT 1 THRU OCT 31, 2011 (RXZ) | 3,534.16 |
| 12/19/11 | [] KURTZMAN CARSON CONSULTANTS LLC---INV #US_KCC407303 DTD 12/19/11 PROFESSIONA SERVICES FOR THE PERIOD: NOV 1 THRU NOV 30, 2011 (RXZ) | 1,996.83 |
| | | $8,165.19 |

TELEPHONE

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Description | Amount |
|---|---|---|
| 12/13/11 | [] THE CONFERENCE GROUP, LLC---INV#132 - NOV 2011 DTD 12/01/11 CONFERENCE CALL FEES ON 11/07/11 | 44.84 |
| 12/13/11 | [] THE CONFERENCE GROUP, LLC---INV#132 - NOV 2011 DTD 12/01/11 CONFERENCE CALL FEES ON 11/14/11 | 82.15 |
| 12/13/11 | [] Reverse: THE CONFERENCE GROUP, LLC---INV#132 - NOV 2011 DTD 12/01/11 CONFERENCE CALL FEES ON 11/07/11 | -44.84 |
| 12/13/11 | [] Reverse: THE CONFERENCE GROUP, LLC---INV#132 - NOV 2011 DTD 12/01/11 CONFERENCE CALL FEES ON 11/14/11 | -82.15 |
| 12/13/11 | [] THE CONFERENCE GROUP, LLC---INV#132 - NOV 2011 DTD 12/01/11 CONFERENCE CALL FEES ON 11/07/11 | 44.84 |
| 12/13/11 | [] THE CONFERENCE GROUP, LLC---INV#132 - NOV 2011 DTD 12/01/11 CONFERENCE CALL FEES ON 11/14/11 | 82.15 |

$126.99

Total Reimbursement for out of pocket expenses $11,092.89

TOTAL THIS BILL $50,257.39

| 105234 | 12/07/11 | 52,472.49 |
| | | $52,472.49 |

GRAND TOTAL DUE $102,729.88

**PREVIOUS BILLS OUTSTANDING**

| 105234 | 12/07/11 | 52,472.49 |
| | | $52,472.49 |

TOTAL DUE $102,729.88

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Description | Amount |
|---|---|---|
| 12/13/11 | [] THE CONFERENCE GROUP, LLC---INV#132 - NOV 2011 DTD 12/01/11 CONFERENCE CALL FEES ON 11/07/11 | 44.84 |
| 12/13/11 | [] THE CONFERENCE GROUP, LLC---INV#132 - NOV 2011 DTD 12/01/11 CONFERENCE CALL FEES ON 11/14/11 | 82.15 |
| 12/13/11 | [] Reverse: THE CONFERENCE GROUP, LLC---INV#132 - NOV 2011 DTD 12/01/11 CONFERENCE CALL FEES ON 11/07/11 | -44.84 |
| 12/13/11 | [] Reverse: THE CONFERENCE GROUP, LLC---INV#132 - NOV 2011 DTD 12/01/11 CONFERENCE CALL FEES ON 11/14/11 | -82.15 |
| 12/13/11 | [] THE CONFERENCE GROUP, LLC---INV#132 - NOV 2011 DTD 12/01/11 CONFERENCE CALL FEES ON 11/07/11 | 44.84 |
| 12/13/11 | [] THE CONFERENCE GROUP, LLC---INV#132 - NOV 2011 DTD 12/01/11 CONFERENCE CALL FEES ON 11/14/11 | 82.15 |

$126.99

Total Reimbursement for out of pocket expenses  $11,092.89

TOTAL THIS BILL  $50,257.39

| 105234 | 12/07/11 | 52,472.49 |
| | | $52,472.49 |

GRAND TOTAL DUE  $102,729.88

**PREVIOUS BILLS OUTSTANDING**

| 105234 | 12/07/11 | 52,472.49 |
| | | $52,472.49 |

TOTAL DUE  $102,729.88

(Nortel) Official Committee of Long Term Disability Plan Participants

## Task Billing Summary Page

Re: In re Nortel 09-10138(KG)

|  | Current Bill |
|---|---|
| **Case Administration** | |
|  | $22.50 |
| Subtotals | $22.50 |
| **Asset Disposition** | |
|  | $22.50 |
| Subtotals | $22.50 |
| **Meetings of and Communications with Creditors** | |
|  | $8,662.50 |
| Subtotals | $8,662.50 |
| **EG Retention** | |
|  | $1,264.00 |
| Subtotals | $1,264.00 |
| **EG Fee Applications** | |
|  | $2,664.50 |
| Subtotals | $2,664.50 |
| **Fee Objections EGS** | |
|  | $1,643.50 |
| Subtotals | $1,643.50 |
| **Fee Applications and Invoices - Other** | |
|  | $1,177.00 |
| Subtotals | $1,177.00 |
| **Employee Benefits/Pensions** | |
|  | $13,625.50 |
| Subtotals | $13,625.50 |
| **Court Hearings** | |
|  | $842.00 |
| Subtotals | $842.00 |
| **Labor Issues** | |
|  | $350.00 |
| Subtotals | $350.00 |
| **Litigation** | |

(Nortel) Official Committee of Long Term Disability Plan Participants

|  |  |
|---|---:|
|  | $8,890.50 |
| Subtotals | $8,890.50 |
| Totals | $39,164.50 |