# EXHIBIT C

## SUMMARY OF EXPENSES FOR THE PERIOD
## DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011

| **Expense Category** | **Total Expenses** |
| --- | --- |
| Legal Research | $10.81 |
| Copying[1] | $1,604.90 |
| Delivery/Courier | $1,185.00 |
| Outside Professional Consultants | $8,165.19 |
| Telephone | $126.99 |
| **TOTAL THIS BILL:** | **$11,092.89** |

---

[1] EG represents that its rate for duplication is $0.10 per page, consistent with the Local Rules and Guidelines. Detailed copy charges are listed in Exhibit B.