## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., *et al.,*[1] | Case No. 09-10138 (KG) Jointly Administered |
| Debtors. | **Re: Docket No. 7024** |
| Nortel Networks, Inc. | |
| Plaintiff, | |
| v. | Adv. Proc. No. 10-55931-KG |
| Prudential Relocation, Inc., | **Objection Deadline: January 17, 2012 at 4:00 p.m. (ET)** |
| Defendant. | **Re: Docket No. 37** |

## CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER APPROVING THE STIPULATION OF SETTLEMENT OF AVOIDANCE CLAIMS BY AND BETWEEN NORTEL NETWORKS, INC. AND PRUDENTIAL RELOCATION, INC.

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement By and Between Nortel Networks, Inc. and Prudential Relocation, Inc.* [D.I. 7024/Adv. D.I. 37] (the "Motion") filed December 23, 2011. The undersigned further certifies that he has reviewed the Court's docket in this case and

---

[1]    In addition to Nortel Networks Inc., the Debtors in the Chapter 11 cases are:  Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA").  Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

no answer, objection or other responsive pleading to the Motion appears thereon.  Objections to the Motion were to be filed and served no later than January 17, 2012 at 4:00 p.m. (ET).

It is hereby respectfully requested that the proposed Order attached to the Motion be entered at the earliest convenience of the Court.

Dated:  January 19, 2012

**BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP**

By:      */s/ Raymond H. Lemisch*
          Raymond H. Lemisch, Esquire (No. 4204)
          Jennifer R. Hoover, Esquire (No. 5111)
          Jennifer E. Smith, Esquire (No. 5278)
          222 Delaware Avenue, Suite 801
          Wilmington, DE  19801
          Telephone:  (302) 442-7006
          Facsimile:  (302) 442-7012
          rlemisch@beneschlaw.com
          jhoover@beneschlaw.com
          jsmith@beneschlaw.com

          *Special Litigation Counsel to the Debtors*

6982179_1.DOC