# UNITED STATES BANKRUPTCY COURT
## District of Delaware

In re: Nortel Networks Inc., ET AL.,                    Case No. 09-10138

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS II, LLC** | **Seaport V, LLC** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**SONAR CREDIT PARTNERS II, LLC**
**200 BUSINESS PARK DRIVE, SUITE 201**
**ARMONK, NY 10504**

Phone: **(914) 730-1005**
Last Four Digits of Acct #: **N/A**

Court Claim # (if known): **4910**
Amount of Claim as filed: **$599,600.00**
Amount of Claim as allowed: **$300,000.00**
Date Claim Filed: **9/29/2009**

Phone: **N/A**
Last Four Digits of Acct. #: **N/A**

Name and Current Address of Transferor:

Seaport V, LLC
The Seaport Group LLC
360 Madison Avenue, 22nd Floor
New York, NY 10017

Name and Address where transferee payments should be sent (if different from above):

Phone: **N/A**
Last Four Digits of Acct #: **N/A**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By:  /s/Michael Goldberg                             Date: 1/19/2012
     Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXECUTION COPY

## EXHIBIT C

### Evidence of Transfer of Claim
### (US Claim)

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Seaport V LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Sonar Credit Partners II, LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $300,000 (the "Assigned Rights"), as set forth in proof of claim number 4910 filed against Nortel Networks Inc. ("Debtor"), the debtor-in-possession in Case No. 09-10138 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Assigned Rights to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Rights. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Rights, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on January 19, 2012.

SEAPORT V LLC

By: _____
Name
Title    Jonathan Silverman
         General Counsel


SONAR CREDIT PARTNERS II, LLC
By: Sonar Asset Management Group, Inc., its Managing Member

By:    _____
       Michael Goldberg
Title: President

Claim Question? Call: 646 282 2400   Technical Support Question? Call: 800 794 4430

Guest | Sign In

**NORTEL**

Nortel Networks Inc.

Change Client

**Client Home** | **Claims** | **Docket** | **Key Documents**

Home›Search Claims

Bookmark this Page

## Search Claims

**Criteria**

| Claim Number | Creditor Name | | Scope |
|---|---|---|---|
| | Name Starts With | seaport | Claims and Schedules |

| Schedule Number | Amount | | |
|---|---|---|---|
| | Total Claim Value | Equals | |

| Docket Number | Claim Date Range | | |
|---|---|---|---|
| | | to | |

Debtor

Order By: Creditor Name    Results Per Page: 25

**Results**
Expand All

[1] Page 1 of 1 - 01 total items

| | Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|---|
| | 4910 | | SEAPORT V LLC<br>TRANSFEROR: NEOPHOTONICS CORPORATION<br>ATTN: SCOTT FRIEDBERG<br>360 MADISON AVENUE, 22ND FLOOR<br>NEW YORK, NY 10017 | 9/29/2009<br>Allowed Unsecured:<br>Claimed Unsecured: | $300,000.00<br>$300,000.00<br>$599,600.00 | Image |
| | | | Debtor: 09-10138 Nortel Networks Inc. | Remarks: THIS CLAIM IS ALLOWED | | |
| | Related Docket Entries | | | | | |

[1] Page 1 of 1 - 01 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.