**EXHIBIT "A"**

| CASE | ADVERSARY CASE NO. |
|---|---|
| **Nortel Networks, Inc. v. AudioCodes, Inc.** | 11-52298 |
| **Nortel Networks Inc. v. Maritz Canada Inc. et al** | 10-53187 |
| **SNMP Research International, Inc. et al v. Nortel Networks Inc. et al** | 11-53454 |