# CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on January 24, 2012 at 10:00 a.m. (ET)** was caused to be made on January 20, 2012, in the manner indicated upon the parties identified below and on the attached service list.

Dated: January 20, 2012

                                                           */s/ Chad A. Fights*
                                                      Chad A. Fights (No. 5006)

**Via Fax**

Jennifer R. Hoover
Jennifer E. Smith
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Ave.
Suite 801
Wilmington, DE 19801
Fax : 302-442-7012

Jeffrey M. Carbino
Karen M. Grivner
Thorp Reed & Armstrong
824 N. Market Street
Suite 710
Wilmington, DE 19801
Fax : 302-421-9439

Gregory W. Hauswirth
Thorp Reed & Armstrong, LLP
301 Grant Street, 14th Fl.
Pittsburgh, PA 15219-1425
Fax: 412-394-2555

Mark C. Haut
Fulbright & Jaworski LLP
666 Fifth Ave.
New York, NY 10103
Fax: 212-318-3400

Robert J. Pfister
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Fax: 310-407-9090

Matthew P. Austria
Werb & Sullivan
300 Delaware Ave.
Wilmington, DE 19801
Fax: 302-652-1111

Potter Anderson & Corroon LLP
Jeremy Ryan
Stephen McNeill
1313 N Market St.
Wilmington, DE 19801
Fax: 302-658-1192

3790723.13

**<u>Via Overnight Mail</u>**

Attn: Officer, Managing or General Agent
Lampsa Hellenic S.A. Hotels
225-227 Kifisias Avenue
C Building, 4th floor
145 61, Kifisia, Athens, Greece

Global Broadcast News
Attn: Anuj Garg
Express Trade Tower, Plot No 15-16
Sector 16-A
Firm City
Noida, Utlar Pradesh 201 301
India