**CERTIFICATE OF SERVICE**

      I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Amended Agenda of Matters Scheduled for Hearing on January 24, 2012 at 10:00 a.m. (ET)** was caused to be made on January 20, 2012, in the manner indicated upon the entities identified below.

| | |
|---|---|
| Date: January 20, 2012<br>Wilmington, DE | */s/ Chad A. Fights*<br>Chad A. Fights (No. 5006) |

**Via Fax**

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020
Fax: 212-610-6399

Thomas P. Tinker. Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519
Fax: 302-573-6497

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705
Fax: 302-652-4400

Mary F. Caloway Esq.
Mona A. Parikh
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228
Fax: 302-552-4295

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801
Fax: 302-651-7701

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036
Fax: 212-872-1002

Thomas R. Kreller
MILBANK, TWEED, HADLEY & MCLOY LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017
Fax: 213-892-4763

Jennifer R. Hoover
Jennifer E. Smith
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Ave.
Suite 801
Wilmington, DE 19801
Fax: 302-442-7012

Jeffrey M. Carbino
Karen M. Grivner
Thorp Reed & Armstrong
824 N. Market Street
Suite 710
Wilmington, DE 19801
Fax: 302-421-9439

Gregory W. Hauswirth
Thorp Reed & Armstrong, LLP
301 Grant Street, 14th Fl.
Pittsburgh, PA 15219-1425
Fax: 412-394-2555

Mark C. Haut
Fulbright & Jaworski LLP
666 Fifth Ave.
New York, NY 10103
Fax: 212-318-3400

Robert J. Pfister
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Fax:  310-407-9090

Matthew P. Austria
Werb & Sullivan
300 Delaware Ave.
Wilmington, DE 19801
Fax:  302-652-1111

Potter Anderson & Corroon LLP
Jeremy Ryan
Stephen McNeill
1313 N Market St.
Wilmington, DE 19801
Fax: 302-658-1192

Michael Debaecke
Blank Rome LLP
1201 N. Market St.
Wilmington, DE 19801
Fax: 302-425-6464

Tiffany Cobb
Vorys, Sater, Seymour and Pease LLP
52 E. Gay St.
Columbus, OH 43215
Fax: 614-464-6350

William D. Sullivan
Sullivan Hazeltine Allinson LLC
901 North Market Street, Suite 1300
Wilmington, DE 19801
Fax: 302-428-8195

William P. Bowden
ASHBY & GEDDES
500 Delaware Ave.
P.O. Box 1150
Wilmington, DE 19801
Fax: 302-654-2067

Joseph L. Clasen
Robinson & Cole LLP
1055 Washington Blvd.
Stamford, CT 06901
Fax: 203-462-7599

Ian Connor Bifferato
Bifferato LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801
Fax: 302-792-7470

Lucinda McRoberts
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Fax: 314-259-2020

Michelle McMahon
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
Fax: 212-541-1439

**Via Overnight Mail**

Attn: Officer, Managing or General Agent
Lampsa Hellenic S.A. Hotels
225-227 Kifisias Avenue
C Building, 4th floor
145 61, Kifisia, Athens
Greece

Global Broadcast News
Attn: Anuj Garg
Express Trade Tower, Plot No 15-16
Sector 16-A
Firm City
Noida, Utlar Pradesh 201 301
India

4145343.11