## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*, [1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
----------------------------------------------------------X  Re: D.I. 7113

### NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on January 20, 2012, a copy of the **Order Approving the Stipulation Resolving Claim No. 508 with Corre Opportunities Fund, L.P. (as Transferee from Johnson Controls, Inc.)** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: January 23, 2012
Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        James L. Bromley (admitted pro hac vice)
        Lisa M. Schweitzer (admitted pro hac vice)
        One Liberty Plaza
        New York, NY 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        and

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Chad A. Fights*
        Derek C. Abbott (No. 3376)
        Ann C. Cordo (No. 4817)
        Chad A. Fights (No. 5006)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4498739.11