# NORTEL WAVE 3 PRETRIAL SERVICE LIST

**VIA FIRST CLASS MAIL**

**Counsel for Aricent Technologies (Holdings) Ltd**
Jeffrey E. Bjork
Gabriel R. MacConail
Sidley Austin LLP
555 W. Fifth Street
Los Angeles, CA 90013

**Counsel for Prudential Relocation, Inc.**
Joseph L. Clasen
Robinson & Cole LLP
1055 Washington Blvd.
Stamford, CT 06901

**Counsel for Sterling Mets & Queens Ballpark**
John M. August
Herrick Feinstein LLP
One Gateway Center
Newark, NJ 07102

**Counsel for TTI Team Telecom**
Larry A. Katz, Esq.
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182

**Counsel for Manning Global**
Laura D. Metzger
Raniero D'Aversa
Orrick, Herrington & Sutcliffe LLP
51 West 52nd St.
New York, NY 10019

**Counsel for Cable News, Time, and Turner**
Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

Global Broadcast News
Attn: Anuj Garg
Express Trade Tower, Plot No 15-16
Sector 16A
Firm City
Noida, Utlar Pradesh  201 301
India

**VIA HAND DELIVERY**

**Counsel for McCann-Erickson Worldwide, and CMGRP, Inc.**
Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue, P.O. Box 25046
Wilmington, DE 19801

**Counsel for Right Management Inc.**
Henry Jaffe
James Carignan
Evelyn Meltzer
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

**Counsel for Prudential Relocation, Inc.; Sourcefire, Inc.; and Razorfish, LLC**
William D. Sullivan
William A. Hazeltine
Elihu E. Allinson, III
Sullivan, Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

**Counsel for Manning Global**
Richard M. Beck
Sally E. Veghte
Klehr Harrison Harvey Branzburg LLP
919 Market St.
Wilmington, DE 19801

**Counsel for Aricent Technologies (Holdings) Ltd**
Potter Anderson & Corroon LLP
Jeremy Ryan
R. Stephen McNeill
1313 N Market St.
Wilmington, DE 19801

**Counsel for Cable News**
Michael David Debaecke
Blank Rome LLP
1201 Market St.
Suite 800
Wilmington, DE 19899

4219753.1