# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------X
                                                           :
                                                           :   Chapter 11
In re                                                      :
                                                           :
Nortel Networks Inc., et al.,[1]                           :   Bankr. Case No. 09-10138 (KG)
                                                           :
                Debtors.                                   :
                                                           :   (Jointly Administered)
                                                           :
                                                           :
-----------------------------------------------------------X   Re: D.I. 7112
Nortel Networks, Inc.,                                     :
                                                           :
                Plaintiff,                                 :
v.                                                         :   Adv. Proc. No. 10-55939 (KG)
                                                           :
WIND Telecom, S.A.,                                        :   Re: D.I. 36
                                                           :
                Defendant.                                 :
-----------------------------------------------------------X
```

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 20, 2012, a copy of the **Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks (CALA) Inc. and WIND Telecom, S.A.** was served in the manner indicated on the persons identified below and on the attached service list.

| **Via Hand Delivery** | **Via First Class Mail** |
| --- | --- |
| Ian Connor Bifferato<br>Bifferato LLC<br>800 N. King St.<br>Wilmington, DE 19801<br><br>Jeffrey M. Carbino<br>Thorp Reed & Armstrong<br>824 N. Market Street<br>Suite 710<br>Wilmington, DE 19801 | Jeffrey Carbino<br>Patrick Carothers<br>Gregory Hauswirth<br>Thorp Reed & Armstrong, LLP<br>301 Grant St.<br>Pittsburgh, PA 15219 |

---

[1] In addition to Nortel Networks Inc. and Nortel Networks (CALA) Inc., the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://epiq11.com/nortel.

| | |
|---|---|
| Dated:  January 23, 2012<br>           Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>           */s/ Chad A. Fights*           <br>Donna L. Culver (No. 2983)<br>Chad A. Fights (No. 5006)<br>1201 North Market Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>and<br><br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (admitted pro hac vice)<br>Lisa M. Schweitzer (admitted pro hac vice)<br>Neil P. Forrest (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>Counsel for the Plaintiff |