**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
*In re*                                     :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]          :    Case No. 09-10138 (KG)
:
           Debtors.    :    Jointly Administered
:
---------------------------------------------------------X   Re: D.I. 7118

**NOTICE OF SERVICE**

      PLEASE TAKE NOTICE that on January 23, 2012, a copy of the **Omnibus Hearing Order** served in the manner indicated upon the individuals identified on the attached service list.

Dated: January 23, 2012
Wilmington, Delaware

                                    CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                    James L. Bromley (admitted pro hac vice)
                                    Lisa M. Schweitzer (admitted pro hac vice)
                                    One Liberty Plaza
                                    New York, NY 10006
                                    Telephone: (212) 225-2000
                                    Facsimile: (212) 225-3999

                                    and

                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                  */s/ Chad A. Fights*
                                  Derek C. Abbott (No. 3376)
                                  Ann C. Cordo (No. 4817)
                                  Chad A. Fights (No. 5006)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

                                              1201 North Market Street, 18th Floor
                                              Wilmington, DE  19899-1347
                                              Telephone:  (302) 658-9200
                                              Facsimile:  (302) 425-4663

                                              *Counsel for the Debtors and Debtors in Possession*

4498739.11