# Exhibit B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

December 1, 2011 Through December 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transcripts | | $5,691.86 |
| Photos/Art/ Spec Duplicating | | 3,738.37 |
| Messenger Service | | 210.00 |
| Courier/Delivery Service | | 533.06 |
| Computer Research | Westlaw | 242.32 |
| In-House Duplicating | | 231.45 |
| Postage | | 69.16 |
| Facsimile | | 2,271.25 |
| Pacer | | 117.12 |
| Conference Calls | | 9.27 |
| **Grand Total Expenses** | | **$13,113.86** |

Nortel Networks, Inc.
63989-DIP
DATE: 01/23/12 11:50:22

PRO FORMA  287721

AS OF 12/31/11

INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 915463 | 10/14/11 | B | 5,558.76 | Transcripts - WILCOX & FETZER, LTD' TRANSCRIPT - 10/14/2011 | 506 | 904 | 184400 |
| 918768 | 12/22/11 | B | 133.10 | Transcripts - DIAZ DATA SERVICES' CASE NO. 09-10138 - TRANSCRIPT - 12/22/2011 | 506 | 904 | 184711 |
| 916420 | 12/14/11 | B | 730.51 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS' ENVELOPES, HAND DELIVERIES, AND BANKRUPTCY MAILOUTS | 510 | 684 | 184474 |
| 918451 | 12/20/11 | B | 906.13 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' COPY/PRINT - 12/20/2011 | 510 | 684 | 184683 |
| 919017 | 12/22/11 | B | 885.21 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' COPY/PRINT - 12/22/2011 | 510 | 684 | 184749 |
| 920271 | 12/28/11 | B | 849.32 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' COPY PRINT - 12/28/2011 | 510 | 684 | 184869 |
| 920274 | 12/29/11 | B | 367.20 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC' COPY/PRINT - 12/29/2011 | 510 | 684 | 184872 |
| 912635 | 11/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 912818 | 11/16/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 913712 | 12/01/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 913713 | 12/01/11 | B | 3.00 | Messenger Service | 513S | 546 | |
| 913728 | 12/02/11 | B | 3.00 | Messenger Service | 513S | 900 | |
| 913729 | 12/02/11 | B | 3.00 | Messenger Service | 513S | 900 | |
| 913730 | 12/02/11 | B | 3.00 | Messenger Service | 513S | 900 | |
| 913731 | 12/02/11 | B | 3.00 | Messenger Service | 513S | 900 | |
| 913732 | 12/02/11 | B | 3.00 | Messenger Service | 513S | 900 | |
| 913733 | 12/02/11 | B | 3.00 | Messenger Service | 513S | 900 | |
| 913734 | 12/02/11 | B | 3.00 | Messenger Service | 513S | 900 | |
| 913735 | 12/02/11 | B | 3.00 | Messenger Service | 513S | 900 | |
| 919413 | 12/05/11 | B | 3.00 | Messenger Service | 513S | 900 | |
| 919414 | 12/05/11 | B | 3.00 | Messenger Service | 513S | 900 | |
| 919415 | 12/05/11 | B | 3.00 | Messenger Service | 513S | 900 | |
| 919416 | 12/05/11 | B | 3.00 | Messenger Service | 513S | 900 | |
| 919445 | 12/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 919457 | 12/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 01/23/12 11:50:22

PRO FORMA  287721

AS OF 12/31/11

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 919459 | 12/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 919472 | 12/07/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 919480 | 12/08/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 919486 | 12/08/11 | B | 36.00 | Messenger Service | 513S | 684 | |
| 919495 | 12/08/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 919496 | 12/08/11 | B | 15.00 | Messenger Service | 513S | 684 | |
| 919527 | 12/12/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 919565 | 12/13/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 919579 | 12/14/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 919605 | 12/15/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 919618 | 12/16/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 919622 | 12/16/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 919648 | 12/16/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 919693 | 12/20/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 919841 | 12/28/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 919842 | 12/28/11 | B | 24.00 | Messenger Service | 513S | 000 | |
| 919843 | 12/28/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 919853 | 12/28/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 919861 | 12/28/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 919862 | 12/28/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 919863 | 12/28/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 919864 | 12/28/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 919865 | 12/28/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 919867 | 12/29/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 919868 | 12/29/11 | B | 6.00 | Messenger Service | 513S | 000 | |
| 919870 | 12/29/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 919882 | 12/30/11 | B | 3.00 | Messenger Service | 513S | 000 | |
| 925665 | 12/30/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 925666 | 12/30/11 | B | 3.00 | Messenger Service | 513S | 684 | |
| 914690 | 12/02/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184285 |

Nortel Networks, Inc.
63989-DIP
DATE: 01/23/12 11:50:22

PRO FORMA  287721          AS OF 12/31/11

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 914691 | 12/02/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184285 |
| 914692 | 12/02/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184285 |
| 916426 | 12/08/11 | B | 206.28 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184479 |
| 916896 | 12/12/11 | B | 31.08 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 184550 |
| 918315 | 12/12/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184647 |
| 915798 | 12/12/11 | B | 11.80 | Courier/Delivery Service | 514 | 322 | 184445 |
| 915799 | 12/12/11 | B | 16.20 | Courier/Delivery Service | 514 | 322 | 184445 |
| 915800 | 12/12/11 | B | 11.80 | Courier/Delivery Service | 514 | 322 | 184445 |
| 915801 | 12/12/11 | B | 11.80 | Courier/Delivery Service | 514 | 322 | 184445 |
| 915802 | 12/12/11 | B | 11.80 | Courier/Delivery Service | 514 | 322 | 184445 |
| 915803 | 12/12/11 | B | 11.80 | Courier/Delivery Service | 514 | 322 | 184445 |
| 918316 | 12/14/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 184647 |
| 916688 | 12/14/11 | B | 52.12 | Courier/Delivery Service | 514 | 322 | 184483 |
| 923128 | 12/28/11 | B | 16.20 | Courier/Delivery Service | 514 | 322 | 184968 |
| 923750 | 12/28/11 | B | 20.70 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 185047 |
| 920076 | 12/28/11 | B | 11.80 | Courier/Delivery Service | 514 | 322 | 184844 |
| 920077 | 12/28/11 | B | 11.80 | Courier/Delivery Service | 514 | 322 | 184844 |
| 920078 | 12/28/11 | B | 11.80 | Courier/Delivery Service | 514 | 322 | 184844 |
| 920079 | 12/28/11 | B | 11.80 | Courier/Delivery Service | 514 | 322 | 184844 |
| 920080 | 12/28/11 | B | 11.80 | Courier/Delivery Service | 514 | 322 | 184844 |
| 920091 | 12/28/11 | B | 31.08 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 184846 |
| 923761 | 12/30/11 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 185047 |
| 918810 | 12/13/11 | B | 242.32 | Computer Research - Westlaw Search Performed by: FIGHTS,CHAD | 515 | 900 | |
| 913050 | 12/01/11 | B | 3.60 | In-House Duplicating | 519 | 546 | |
| 913296 | 12/02/11 | B | 12.00 | In-House Duplicating | 519 | 670 | |
| 914172 | 12/05/11 | B | 0.70 | In-House Duplicating | 519 | 637 | |
| 914764 | 12/08/11 | B | 27.60 | In-House Duplicating | 519 | 684 | |
| 914765 | 12/08/11 | B | 9.00 | In-House Duplicating | 519 | 684 | |
| 915295 | 12/12/11 | B | 2.60 | In-House Duplicating | 519 | 684 | |
| 915296 | 12/12/11 | B | 35.00 | In-House Duplicating | 519 | 684 | |
| 915297 | 12/12/11 | B | 0.70 | In-House Duplicating | 519 | 684 | |
| 916547 | 12/16/11 | B | 2.30 | In-House Duplicating | 519 | 554 | |
| 916548 | 12/16/11 | B | 2.40 | In-House Duplicating | 519 | 554 | |
| 916549 | 12/16/11 | B | 8.00 | In-House Duplicating | 519 | 684 | |
| 916791 | 12/19/11 | B | 2.10 | In-House Duplicating | 519 | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 01/23/12 11:50:22

PRO FORMA  287721

AS OF 12/31/11

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 919105 | 12/28/11 | B | 16.70 | In-House Duplicating | 519 | 684 | |
| 919188 | 12/29/11 | B | 1.60 | In-House Duplicating | 519 | 684 | |
| 919189 | 12/29/11 | B | 12.00 | In-House Duplicating | 519 | 684 | |
| 919899 | 12/30/11 | B | 28.20 | In-House Duplicating | 519 | 684 | |
| 913668 | 12/01/11 | B | 1.28 | Postage | 520 | 000 | |
| 918736 | 12/07/11 | B | 1.08 | Postage | 520 | 684 | |
| 918738 | 12/12/11 | B | 42.00 | Postage | 520 | 684 | |
| 918748 | 12/17/11 | B | 3.24 | Postage | 520 | 684 | |
| 925443 | 12/28/11 | B | 11.88 | Postage | 520 | 684 | |
| 925446 | 12/29/11 | B | 9.68 | Postage | 520 | 684 | |
| 916910 | 12/12/11 | B | 1,460.25 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 12/12/2011 | 522H | 900 | 184572 |
| 916911 | 12/13/11 | B | 46.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 12/13/2011 | 522H | 684 | 184573 |
| 920272 | 12/28/11 | B | 765.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 12/28/2011 | 522H | 684 | 184870 |
| 915827 | 11/30/11 | B | 92.56 | Pacer charges for the month of November | 529 | 000 | |
| 924552 | 12/31/11 | B | 24.56 | Pacer charges for the month of December | 529 | 000 | |
| 913051 | 12/01/11 | B | 2.65 | In-House Printing - black & white | 541 | 203 | |
| 914173 | 12/05/11 | B | 3.55 | In-House Printing - black & white | 541 | 322 | |
| 914284 | 12/06/11 | B | 1.95 | In-House Printing - black & white | 541 | 684 | |
| 914766 | 12/08/11 | B | 4.70 | In-House Printing - black & white | 541 | 684 | |
| 915298 | 12/12/11 | B | 11.95 | In-House Printing - black & white | 541 | 684 | |
| 915499 | 12/13/11 | B | 2.60 | In-House Printing - black & white | 541 | 605 | |
| 915688 | 12/14/11 | B | 20.95 | In-House Printing - black & white | 541 | 684 | |
| 916550 | 12/15/11 | B | 4.70 | In-House Printing - black & white | 541 | 684 | |
| 916468 | 12/15/11 | B | 1.30 | In-House Printing - black & white | 541 | 203 | |
| 916573 | 12/15/11 | B | 1.50 | In-House Printing - black & white | 541 | 605 | |
| 916551 | 12/16/11 | B | 1.85 | In-House Printing - black & white | 541 | 684 | |
| 916792 | 12/19/11 | B | 2.55 | In-House Printing - black & white | 541 | 900 | |
| 917705 | 12/20/11 | B | 3.10 | In-House Printing - black & white | 541 | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 01/23/12 11:50:22

PRO FORMA 287721

AS OF 12/31/11

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 919190 | 12/29/11 | B | 1.40 | In-House Printing - black & white | 541 | 684 | |
| 919900 | 12/30/11 | B | 2.20 | In-House Printing - black & white | 541 | 684 | |
| 920479 | 11/29/11 | B | 3.52 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 184921 |
| 920437 | 12/08/11 | B | 2.40 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 184920 |
| 925220 | 12/12/11 | B | 3.35 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 185209 |

13,113.86