# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
November 1, 2011 - November 30, 2011

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | November 2011 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 188.0 |
| 2 | Business Operations / General Corporate / Real Estate | 14.0 |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 3.0 |
| 6 | Committee Matters and Creditor Meetings | 48.0 |
| 7 | Claims Administration and Analysis | 21.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | 4.0 |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | - |
| 15 | Travel | 29.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 307.0 |

**Summary of Services Rendered by Professional**

| Name | November 2011 Hours |
|---|---|
| Matthew Rosenberg, Member | 101.0 |
| Michael Kennedy, Member | 140.0 |
| Aaron Taylor, Vice President | - |
| Rolando Capinpin, Jr., Vice President | - |
| Michael Sabo, Associate | 66.0 |
| **TOTAL** | 307.0 |

**Nortel Networks, Inc**
November 1, 2011 - November 30, 2011 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | November 2011 Hours | Code |
|---|---|---|---|
| 11/1/2012 | Calls and analysis re claims, intercompany, mediation, financials and allocation and prepare for meetings w/ creditors | 5.0 | 1 |
| 11/2/2012 | Calls and analysis re claims, intercompany, mediation, financials and allocation and prepare for meetings w/ creditors | 2.0 | 1 |
| 11/3/2012 | Calls and analysis re claims, mediation, financials and allocation and prepare for meetings w/ creditors | 3.0 | 1 |
| 11/4/2012 | Calls and analysis re claims, mediation, financials and allocation and prepare for meetings w/ creditors | 5.0 | 1 |
| 11/6/2012 | Review materials re allocation and mediation | 4.0 | 1 |
| 11/7/2012 | Calls and analysis re claims, mediation and allocation and prepare for meetings w/ creditors | 6.0 | 6 |
| 11/8/2012 | Calls and analysis re claims, mediation and allocation and prepare for meetings w/ creditors | 4.0 | 6 |
| 11/8/2012 | Travel to New York | 4.0 | 15 |
| 11/9/2012 | Meetings and analysis w/ debtor and professionals re mediation, case management, allocation, financials and claims | 9.0 | 1 |
| 11/10/2012 | Meetings and analysis w/ debtor and professionals re mediation, case management, allocation, financials and claims | 6.0 | 6 |
| 11/10/2012 | Meetings with creditors re allocation, mediation, case management and claims | 4.0 | 6 |
| 11/11/2012 | Return travel to Chicago | 5.0 | 15 |
| 11/14/2012 | Calls w/ debtor and creditors and analysis re mediation and allocation | 3.0 | 1 |
| 11/15/2012 | Calls and analysis w/ debtor and creditors and analysis re meditation and allocation | 4.0 | 1 |
| 11/16/2012 | Calls and analysis re allocation and mediation and financials | 7.0 | 1 |
| 11/17/2012 | Calls and analysis re allocation and mediation and financials | 7.0 | 1 |
| 11/18/2012 | Calls and analysis re allocation and mediation and financials | 6.0 | 1 |
| 11/20/2012 | Review materials re allocation and mediation | 2.0 | 1 |
| 11/28/2012 | Calls and analysis re case management, allocation, mediation and financials | 7.0 | 1 |
| 11/29/2012 | Calls and analysis re case management, allocation, mediation, claims and finalcial | 4.0 | 1 |
| 11/30/2012 | Calls and analysis re case management, allocation, mediation, claims and financials and call w/ creditors | 4.0 | 1 |
| **November 2011 Total** | | **101.0** | |

**Nortel Networks, Inc**
November 1, 2011 - November 30, 2011 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy, Member</u>

| Date | Description of Work | November 2011 Hours | Code |
|---|---|---|---|
| 11/1/2011 | Prepare analysis and review intercompany matrix and other interco claim issues | 4.0 | 1 |
| 11/1/2011 | Call with UCC advisors | 1.0 | 6 |
| 11/1/2011 | Call with UCC advisors and bond advisors | 2.0 | 6 |
| 11/2/2011 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 10 |
| 11/3/2011 | Review financial package and balance sheet | 3.0 | 2 |
| 11/3/2011 | Call w/ T Ross re: US Debtor assets and financial performance | 1.0 | 2 |
| 11/3/2011 | Prepare analysis and review intercompany matrix and other interco claim issues | 2.0 | 1 |
| 11/4/2011 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 1 |
| 11/4/2011 | Prepare analysis and discuss certain non-debtor US subsidiaries | 3.0 | 2 |
| 11/7/2011 | Prepare material for creditor meeting/call | 3.0 | 6 |
| 11/8/2011 | Travel to NY | 4.0 | 15 |
| 11/8/2011 | Conference call with Cleary re: non-debtor subsidiaries | 1.0 | 2 |
| 11/8/2011 | Prepare material for creditor meeting/call | 2.0 | 6 |
| 11/8/2011 | Prepare and review analysis re allocation, mediation and financial data | 2.0 | 1 |
| 11/9/2011 | Meetings w/ debtor and professionals re claims, allocation and case mgnt | 8.0 | 7 |
| 11/10/2011 | Conference call with Doolittle and Bifield re: interco claims | 2.0 | 1 |
| 11/10/2011 | Meetings w/ debtor and professionals re claims, allocation and case mgnt | 6.0 | 7 |
| 11/10/2011 | Meeting with creditor advisors re: mediation and allocation | 3.0 | 6 |
| 11/11/2011 | Travel to Chicago | 4.0 | 15 |
| 11/11/2011 | Prepare material reflecting discussions with creditors | 3.0 | 6 |
| 11/14/2011 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 11/14/2011 | Conference call with UCC advisors | 1.0 | 6 |
| 11/14/2011 | Communcations w/ creditor professionals re: allocation/mediation issues | 3.0 | 6 |
| 11/15/2011 | Conference calls with Cleary and Nortel management re: schedules | 1.0 | 1 |
| 11/15/2011 | Call w/ L Peacock re: mediation allocation issues | 2.0 | 7 |
| 11/15/2011 | Communcations w/ creditor professionals re: allocation/mediation issues | 3.0 | 6 |
| 11/16/2011 | Prepare and review analysis re allocation, mediation and financial data | 6.0 | 1 |
| 11/16/2011 | Communcations w/ creditor professionals re: allocation/mediation issues | 2.0 | 6 |
| 11/17/2011 | Prepare and review analysis re allocation, mediation and financial data | 8.0 | 1 |
| 11/18/2011 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 1 |
| 11/18/2011 | Call w/ Cleary re:mediation planning | 1.0 | 7 |
| 11/21/2011 | Review RM report | 1.0 | 2 |
| 11/21/2011 | Prepare and review analysis re allocation, mediation and financial data | 7.0 | 1 |
| 11/21/2011 | Review and prepare cash repatriation, APAC, CALA analysis | 3.0 | 2 |
| 11/22/2011 | Prepare and review analysis re allocation, mediation and financial data | 7.0 | 1 |
| 11/23/2011 | Prepare and review analysis re allocation, mediation and financial data | 5.0 | 1 |
| 11/28/2011 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 11/28/2011 | Prepare and review analysis re allocation, mediation and financial data | 6.0 | 1 |
| 11/28/2011 | Communcations w/ creditor professionals re: allocation/mediation issues | 1.0 | 6 |
| 11/29/2011 | Review US financial performance | 1.0 | 2 |
| 11/29/2011 | Prepare and review analysis re allocation, mediation and financial data | 6.0 | 1 |
| 11/30/2011 | Communications with Cleary and J Ray re: US subsidiaries and interco | 1.0 | 2 |
| 11/30/2011 | Conference call with UCC advisors | 2.0 | 6 |
| 11/30/2011 | Review internally analysis and updated material re: allocation and mediation | 3.0 | 1 |
| 11/30/2011 | Review analysis of interco claim issues | 1.0 | 1 |

**November 2011 Total**     **140.0**

**Nortel Networks, Inc**
November 1, 2011 - November 30, 2011 Time Detail
Chilmark Partners, LLC
<u>Michael Sabo, Associate</u>

| Date | Description of Work | November 2011 Hours | Code |
|---|---|---|---|
| 11/7/2011 | Prepare and review analysis re allocation, mediation and financial data | 6.0 | 1 |
| 11/9/2011 | Travel to New York | 6.0 | 15 |
| 11/10/2011 | Prepare analysis and review intercompany matrix and other interco claim issues | 4.0 | 1 |
| 11/10/2011 | Meetings w/ debtor and professionals re claims, allocation and case management | 4.0 | 7 |
| 11/11/2011 | Travel to Chicago | 6.0 | 15 |
| 11/22/2011 | Call with creditor advisors re: allocation, claims and other case issues | 2.0 | 6 |
| 11/23/2011 | Review and analyze materials, calls, meetings re allocation | 8.0 | 1 |
| 11/28/2011 | Review and analyze materials, calls, meetings re allocation | 10.0 | 1 |
| 11/29/2011 | Review and analyze materials, calls, meetings re allocation | 10.0 | 1 |
| 11/30/2011 | Review and analyze materials, calls, meetings re allocation | 10.0 | 1 |
| | **November 2011 Total** | **66.0** | |