# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2011 through November 30, 2011

| Professional | Trip Date | Description | | Amount |
|---|---|---|---|---|
| Matt Rosenberg | 11/8/11-11/11/11 | Flight to New York, NY (Airpass) | $ | 641.55 |
| Matt Rosenberg | 11/8/11-11/11/11 | Hotel (three nights) | $ | 1,728.24 |
| Matt Rosenberg | 11/8/11-11/11/11 | Ground transportation | $ | 152.00 |
| Matt Rosenberg | 11/8/11-11/11/11 | Meals | $ | 186.35 |
| Mike Kennedy | 11/8/11-11/11/11 | Flight to New York, NY | $ | 683.40 |
| Mike Kennedy | 11/8/11-11/11/11 | Hotel (three nights) | $ | 1,846.07 |
| Mike Kennedy | 11/8/11-11/11/11 | Ground transportation | $ | 198.00 |
| Mike Kennedy | 11/8/11-11/11/11 | Meals | $ | 40.00 |
| Mike Sabo | 11/9/11-11/11/11 | Flight to New York, NY | $ | 776.40 |
| Mike Sabo | 11/9/11-11/11/11 | Hotel (two nights) | $ | 1,326.62 |
| Mike Sabo | 11/9/11-11/11/11 | Ground transportation | $ | 146.72 |
| Mike Sabo | 11/9/11-11/11/11 | Meals | $ | 58.42 |
| Chilmark Expenses | various | Conference Calls | $ | 82.53 |
| **Total Expenses** | | | **$** | **7,866.30** |