**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim (S)**

VAT Invoice Date: **24 January 2012**      Our Ref: **GDB/CCN01.00001**                         Invoice No.: **322505**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 61,924.50 |
| For the period to 31 December 2011. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 156.62 |
| Secretarial And Other Support (NT) | 0.00 | 0.00 | 1,419.00 |
| **Disbursements:** (NT) | | | |
| External Photocopying Charges | 0.00 | 0.00 | 36.20 |
| Fares and Incidental Expenses | 0.00 | 0.00 | 207.73 |
| | 0.00 | | 63,744.05 |
| | | VAT | 0.00 |
| | | Total | 63,744.05 |
| | | **Balance Due** | **63,744.05** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please quote reference 322505 when settling this invoice

**Payment Terms:** 21 days

**Legal services are 100% foreign source**

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN
MUNICH  NEW YORK  PARIS  ROME  SINGAPORE  STOCKHOLM  TOKYO  WASHINGTON DC

# ashurst

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/12/2011

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| **Partner:** | Giles Boothman | 4.30 | 2,967.00 | (C0007) |
| | | 5.30 | 3,657.00 | (C0012) |
| | | 1.00 | 690.00 | (C0018) |
| | | 0.30 | 207.00 | (C0019) |
| | | 1.30 | 897.00 | (C0031) |
| | | **12.20** | **8,418.00** | |
| **Partner:** | Nadine Gelli | 1.20 | 756.00 | (C0018) |
| | | **1.20** | **756.00** | |
| **Partner:** | Richard Palmer | 6.10 | 4,422.50 | (C0018) |
| | | **6.10** | **4,422.50** | |
| **Partner:** | Steven Hull | 1.70 | 1,122.00 | (C0019) |
| | | **1.70** | **1,122.00** | |
| **Partner:** | Angela Pearson | 2.00 | 1,320.00 | (C0012) |
| | | 1.70 | 1,122.00 | (C0031) |
| | | **3.70** | **2,442.00** | |
| **Counsel:** | Marcus Fink | 0.70 | 406.00 | (C0019) |
| | | **0.70** | **406.00** | |
| **Senior Associate:** | Luke Rollason | 11.90 | 6,069.00 | (0012) |
| | | **11.90** | **6,069.00** | |
| **Associate:** | Paul Bagon | 1.00 | 395.00 | (C0003) |
| | | 3.50 | 1,382.50 | (C0007) |
| | | 27.50 | 10,862.50 | (C0012) |
| | | 5.00 | 1,975.00 | (C0031) |
| | | **37.00** | **14,615.00** | |
| **Associate** | Antonia Croke | 0.30 | 127.50 | (C0003) |
| | | 3.80 | 1,615.00 | (C0007) |
| | | 14.10 | 5,992.50 | (C0012) |
| | | 1.00 | 425.00 | (C0019) |
| | | 4.20 | 1,785.00 | (C0031) |
| | | **23.40** | **9,945.00** | |
| **Professional Development** | Katharina Crinson | 8.00 | 3,160.00 | (C0012) |
| | | **8.00** | **3,160.00** | |

| Junior Associate | Lindsey Roberts | 10.20 | 2,958.00 | (C0003) |
|---|---|---|---|---|
| | | 1.40 | 406.00 | (C0012) |
| | | 0.30 | 87.00 | (C0019) |
| | | 2.60 | 754.00 | (C0031) |
| | | **14.50** | **4,205.00** | |
| | | | | |
| Trainee: | James Seddon | 2.10 | 388.50 | (C0018) |
| | | **2.10** | **388.50** | |
| Trainee: | Tim Cant | 6.70 | 1,239.50 | (C0007) |
| | | 19.60 | 3,626.00 | (C0012) |
| | | 6.00 | 1,110.00 | (C0031) |
| | | **32.30** | **5,975.50** | |
| | **Total** | **154.80** | **61,924.50** | |

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/12/2011

**Matter: CCN01.00001 – BANKRUPTCY**

**C0003**      **Ashurst Fee Application/Monthly Billing Reports**

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Associate** | | | | |
| ACROKE | Antonia Croke | 0.30 | 425.00 | 127.50 |
| PDB | Paul Bagon | 1.00 | 395.00 | 395.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 10.20 | 290.00 | 2,958.00 |
| | | **11.50** | | |
| | | | Total | **3,480.50** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/12/2011 | Antonia Croke | LETT | Emails re: fees | 0.10 | 425.00 | 42.50 |
| 07/12/2011 | Paul Bagon | DRFT | Interim fee exhibit. | 1.00 | 395.00 | 395.00 |
| 09/12/2011 | Lindsey Roberts | INTD | Monthly Fee Application | 0.60 | 290.00 | 174.00 |
| 13/12/2011 | Lindsey Roberts | MISC | Monthly Fee Application | 2.50 | 290.00 | 725.00 |
| 14/12/2011 | Lindsey Roberts | MISC | Monthly Fee Application | 2.70 | 290.00 | 783.00 |
| 15/12/2011 | Lindsey Roberts | INTD | Monthly Fee Application | 2.70 | 290.00 | 783.00 |
| 15/12/2011 | Lindsey Roberts | INTD | Discussion with PBAGON re: Monthly Fee Application | 0.60 | 290.00 | 174.00 |
| 16/12/2011 | Antonia Croke | READ | Consider fee app | 0.20 | 425.00 | 85.00 |
| 16/12/2011 | Lindsey Roberts | MISC | Monthly fee application | 1.10 | 290.00 | 319.00 |
| | | | | | | 3,480.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0007**</u>     <u>**Creditors Committee Meetings**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 4.30 | 690.00 | 2,967.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 1.80 | 425.00 | 765.00 |
| PDB | Paul Bagon | 3.50 | 395.00 | 1,382.50 |
| **Trainee** | | | | |
| TCANT | Tim Cant | 5.10 | 185.00 | 943.50 |
| | | **14.70** | | |
| | | | Total | **6,058.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/12/2011 | Antonia Croke | ATTD | Weekly UCC call | 0.60 | 425.00 | 255.00 |
| 01/12/2011 | Tim Cant | ATTD | Weekly UCC call | 0.50 | 185.00 | 92.50 |
| 07/12/2011 | Giles Boothman | ATTD | UCC in person meeting (attended by phone) | 3.30 | 690.00 | 2,277.00 |
| 07/12/2011 | Paul Bagon | PHON | UCC in person meeting (attended by phone) | 3.50 | 395.00 | 1,382.50 |
| 07/12/2011 | Tim Cant | ATTD | UCC in person meeting (attended by phone) | 3.40 | 185.00 | 629.00 |
| 16/12/2011 | Antonia Croke | ATTD | Weekly UCC call | 1.20 | 425.00 | 510.00 |
| 16/12/2011 | Giles Boothman | ATTD | Weekly UCC call | 1.00 | 690.00 | 690.00 |
| 16/12/2011 | Tim Cant | ATTD | Weekly UCC call | 1.20 | 185.00 | 222.00 |
| | | | | | | 6,058.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

C0012      General Claims Analysis/Claims Objections

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 2.00 | 660.00 | 1,320.00 |
| GDB | Giles Boothman | 5.30 | 690.00 | 3,657.00 |
| **Senior Associate** | | | | |
| LAR | Luke Rollason | 11.90 | 510.00 | 6,069.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 14.10 | 425.00 | 5,992.50 |
| PDB | Paul Bagon | 27.50 | 395.00 | 10,862.50 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.40 | 290.00 | 406.00 |
| **Professional Development** | | | | |
| KCRINS | Katharina Crinson | 8.00 | 395.00 | 3,160.00 |
| **Trainee** | | | | |
| TCANT | Tim Cant | 19.60 | 185.00 | 3,626.00 |
| | | **89.80** | | |
| | | | Total | **35,093.00** |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0012**      **General Claims Analysis/Claims Objections**

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/12/2011 | Antonia Croke | LETT | Email re: Mediator | 0.10 | 425.00 | 42.50 |
| 01/12/2011 | Paul Bagon | DRFT | Claims analysis memo. | 5.00 | 395.00 | 1,975.00 |
| 02/12/2011 | Paul Bagon | DRFT | Claims analysis memo. | 5.00 | 395.00 | 1,975.00 |
| 05/12/2011 | Antonia Croke | LETT | Emails re: EMEA advice and calls | 0.30 | 425.00 | 127.50 |
| 05/12/2011 | Giles Boothman | READ | Paper re. European claims | 1.00 | 690.00 | 690.00 |
| 05/12/2011 | Giles Boothman | INTD | PDB re. European claims | 0.50 | 690.00 | 345.00 |
| 05/12/2011 | Paul Bagon | DRFT | Amends to claims analysis memo and related discussions with AMP and GDB. | 2.00 | 395.00 | 790.00 |
| 06/12/2011 | Paul Bagon | DRFT | Claims analysis memo. | 4.00 | 395.00 | 1,580.00 |
| 07/12/2011 | Paul Bagon | DRFT | Claims analysis memo. | 2.50 | 395.00 | 987.50 |
| 08/12/2011 | Paul Bagon | DRFT | Claims analysis memo | 2.00 | 395.00 | 790.00 |
| 09/12/2011 | Paul Bagon | DRFT | Finalising and sending out claims analysis memo. | 7.00 | 395.00 | 2,765.00 |
| 14/12/2011 | Antonia Croke | PHON | Telephone conversation with B Khan and LROBER re: mediation; emails re: same | 0.70 | 425.00 | 297.50 |
| 14/12/2011 | Lindsey Roberts | PHON | Update calls with AC and emails with B Khan, AC and TC | 0.80 | 290.00 | 232.00 |
| 14/12/2011 | Lindsey Roberts | PHON | Telephone conversation with B Khan | 0.30 | 290.00 | 87.00 |
| 14/12/2011 | Lindsey Roberts | INTD | INTD with TCANT | 0.30 | 290.00 | 87.00 |
| 15/12/2011 | Antonia Croke | INTD | Confer LROBER and TCANT re: timing and work streams | 0.30 | 425.00 | 127.50 |
| 15/12/2011 | Antonia Croke | INTD | Consider issues with AMP/TCANT re: equity memo | 0.40 | 425.00 | 170.00 |
| 15/12/2011 | Antonia Croke | READ | Consider future process for allocation | 0.50 | 425.00 | 212.50 |
| 15/12/2011 | Angela Pearson | INTD | Discussion TCANT re memo | 0.50 | 660.00 | 330.00 |
| 15/12/2011 | Angela Pearson | READ | Review emails re memo | 0.50 | 660.00 | 330.00 |
| 15/12/2011 | Angela Pearson | INTD | Discussion ACROKE re equity memo | 0.50 | 660.00 | 330.00 |
| 15/12/2011 | Tim Cant | READ | Reading/consideration of CCC allocation note; Supplemental Brief of the Ad Hoc Committee of Major Creditors | 1.00 | 185.00 | 185.00 |
| 15/12/2011 | Tim Cant | DRFT | Drafting email on supplemental brief to Katharina Crinson (Insolvency team) | 0.20 | 185.00 | 37.00 |
| 15/12/2011 | Tim Cant | LETT | Printing of all case notes/studies and commentary in relation to Supplemental Brief of the Ad Hoc Committee | 0.20 | 185.00 | 37.00 |
| 15/12/2011 | Tim Cant | READ | Reading article on Pari Passu | 0.30 | 185.00 | 55.50 |
| 15/12/2011 | Tim Cant | CASE | Discussion of memo re substantive consolidation | 0.40 | 185.00 | 74.00 |
| 16/12/2011 | Antonia Croke | LETT | Emails re memo | 0.30 | 425.00 | 127.50 |
| 16/12/2011 | Antonia Croke | INTD | Confer TCANT re UCC and memo | 0.20 | 425.00 | 85.00 |
| 16/12/2011 | Giles Boothman | SUPE | Luke/ Katharina Re: Nortel memo for Akin Gump | 0.30 | 690.00 | 207.00 |
| 16/12/2011 | Tim Cant | READ | Considering case of British Eagle and its application to pro rata distribution of Nortel Estates | 2.10 | 185.00 | 388.50 |
| 16/12/2011 | Tim Cant | READ | Considering the application of the case of Belmont Investments re pro-rata distribution of Nortel Estates | 0.50 | 185.00 | 92.50 |
| 16/12/2011 | Tim Cant | DRFT | Drafting memo in relation to pro-rata allocation | 3.10 | 185.00 | 573.50 |
| 18/12/2011 | Tim Cant | DRFT | Drafting memo on pro-rata allocation model | 1.00 | 185.00 | 185.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0012**</u>     <u>**General Claims Analysis/Claims Objections**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 19/12/2011 | Antonia Croke | DRFT | Draft email summary of yr 3 end and outlook for yr 4 and upcoming work streams; confer TCANT re same | 1.00 | 425.00 | 425.00 |
| 19/12/2011 | Antonia Croke | LETT | Emails re equity memo | 0.50 | 425.00 | 212.50 |
| 19/12/2011 | Antonia Croke | READ | Consider equity issues and mediation papers | 1.20 | 425.00 | 510.00 |
| 19/12/2011 | Katharina Crinson | RSCH | Commenting on response to Akin re CCC's supplemental brief and research | 4.00 | 395.00 | 1,580.00 |
| 19/12/2011 | Luke Rollason | LETT | Reviewing CCC supplemental brief. Reviewing memo re UCC position of UK legal issues. Reading BCCI case and related cases. Commenting on memo. Discussing with Katharina Crinson. | 3.50 | 510.00 | 1,785.00 |
| 19/12/2011 | Tim Cant | DRFT | Amending minutes from UCC meeting | 0.30 | 185.00 | 55.50 |
| 19/12/2011 | Tim Cant | DRFT | Drafting memo on pro-rata allocation model | 3.40 | 185.00 | 629.00 |
| 19/12/2011 | Tim Cant | READ | Consideration of case law raised in relation to pro-rata allocation model | 2.00 | 185.00 | 370.00 |
| 20/12/2011 | Antonia Croke | LETT | Emails re memo and calls | 0.20 | 425.00 | 85.00 |
| 20/12/2011 | Antonia Croke | DRFT | Review memo to Akin; emails re same; confer TCANT re same | 1.70 | 425.00 | 722.50 |
| 20/12/2011 | Antonia Croke | READ | Consider CCC paper | 0.60 | 425.00 | 255.00 |
| 20/12/2011 | Angela Pearson | READ | Review emails re CCC paper | 0.30 | 660.00 | 198.00 |
| 20/12/2011 | Angela Pearson | INTD | Telephone conversation with ACROKE re CCC paper | 0.20 | 660.00 | 132.00 |
| 20/12/2011 | Giles Boothman | READ | Antonia re CCC supp brief | 0.50 | 690.00 | 345.00 |
| 20/12/2011 | Luke Rollason | LETT | Amending memo re CCC brief. Call with Giles Boothman.  Reading BCCI judgment. Considering Pari Passu issues.  Reviewing Katharina Crinson comments. | 4.30 | 510.00 | 2,193.00 |
| 20/12/2011 | Tim Cant | READ | Considering draft of Pro-rata allocation advice and associated case law | 2.30 | 185.00 | 425.50 |
| 21/12/2011 | Antonia Croke | LETT | Emails re amends | 0.20 | 425.00 | 85.00 |
| 21/12/2011 | Antonia Croke | READ | Consider RSSG comments on draft memo | 0.50 | 425.00 | 212.50 |
| 21/12/2011 | Antonia Croke | READ | Consider Flextronics material | 0.50 | 425.00 | 212.50 |
| 21/12/2011 | Antonia Croke | READ | Consider case law re CCC paper | 0.50 | 425.00 | 212.50 |
| 21/12/2011 | Antonia Croke | INTD | Consider issues with L Rollason and K Crinson re equity and allocation; confer TCANT re same | 0.50 | 425.00 | 212.50 |
| 21/12/2011 | Antonia Croke | LETT | Email re memo | 0.20 | 425.00 | 85.00 |
| 21/12/2011 | Antonia Croke | READ | Consider GB comments on draft memo | 0.40 | 425.00 | 170.00 |
| 21/12/2011 | Antonia Croke | DRFT | Draft further amendments to memo and consider cases; consider TCANT re same | 1.90 | 425.00 | 807.50 |
| 21/12/2011 | Antonia Croke | LETT | Email to Akin re memo | 0.20 | 425.00 | 85.00 |
| 21/12/2011 | Antonia Croke | PHON | Voicemail to Akin re memo | 0.10 | 425.00 | 42.50 |
| 21/12/2011 | Antonia Croke | LETT | Email Akin re memo | 0.10 | 425.00 | 42.50 |
| 21/12/2011 | Antonia Croke | LETT | Emails re pooling and escrow | 0.30 | 425.00 | 127.50 |
| 21/12/2011 | Giles Boothman | READ | Review memo re CCC supp brief; check cases and uncitral references and internal discussions | 3.00 | 690.00 | 2,070.00 |
| 21/12/2011 | Katharina Crinson | DRFT | Revising memo to Akin Gump commenting on CCC's supplemental brief, including tel call GDB, Antonia and discussions with Luke | 4.00 | 395.00 | 1,580.00 |
| 21/12/2011 | Luke Rollason | LETT | Reviewing memo re CCC brief.  Call with Giles Boothman and Katharina Crinson re pooling and BCCI case.  Call with Antonia Croke re US process update.  Call with Tim Cant.  Reading BCCI first instance judgment. | 4.10 | 510.00 | 2,091.00 |
| 21/12/2011 | Tim Cant | DRFT | Finalising advice to Akin Gump re Pro Rata Allocation | 1.60 | 185.00 | 296.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0012**</u>      <u>**General Claims Analysis/Claims Objections**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | | Amount |
|---|---|---|---|---|---|---|---|
| 21/12/2011 | Tim Cant | LETT | Emails regarding pooling/substantive consolidation | 0.30 | 185.00 | | 55.50 |
| 21/12/2011 | Tim Cant | DRFT | Drafting Akin Gump advice on Pro Rata Allocation Model, comments from A.Croke | 0.40 | 185.00 | | 74.00 |
| 21/12/2011 | Tim Cant | READ | Considering case law on substantive consolidation | 0.50 | 185.00 | | 92.50 |
| 22/12/2011 | Antonia Croke | LETT | Consider Akin memo and email re Cox Claim Settlement | 0.70 | 425.00 | | 297.50 |

|  |
|---|
| 35,093.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0018**     **Tax Issues**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 1.00 | 690.00 | 690.00 |
| NXG | Nadine Gelli | 1.20 | 630.00 | 756.00 |
| RCP | Richard Palmer | 6.10 | 725.00 | 4,422.50 |
| **Trainee** | | | | |
| JSEDDO | James Seddon | 2.10 | 185.00 | 388.50 |
| | | **10.40** | | |
| | | | Total | **6,257.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/12/2011 | James Seddon | LETT | Pensions Q Nortel – effect of cessation of trade on spreading rules | 1.20 | 185.00 | 222.00 |
| 01/12/2011 | Nadine Gelli | DRFT | Email correspondence with RCP re. carry-forward losses. | 0.50 | 630.00 | 315.00 |
| 01/12/2011 | Richard Palmer | DRFT | Drafting note on tax issues relevant to EMEA uk estate. | 3.10 | 725.00 | 2,247.50 |
| 02/12/2011 | Giles Boothman | INTD | Richard Palmer re, tax queries | 0.50 | 690.00 | 345.00 |
| 02/12/2011 | James Seddon | LETT | Nortel - post-cessation of trade expenses | 0.50 | 185.00 | 92.50 |
| 02/12/2011 | James Seddon | LETT | Nortel – losses | 0.40 | 185.00 | 74.00 |
| 02/12/2011 | Nadine Gelli | DRFT | RSCH re. losses + email to RCP + telephone conversation with RCP. | 0.70 | 630.00 | 441.00 |
| 02/12/2011 | Richard Palmer | DRFT | Letter to Akin Gump setting out UK tax analysis of issues administrators of EMEA will face. | 3.00 | 725.00 | 2,175.00 |
| 05/12/2011 | Giles Boothman | READ | Tax paper | 0.50 | 690.00 | 345.00 |
| | | | | | | 6,257.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0019**      **Labor Issues/Employee Benefits**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.30 | 690.00 | 207.00 |
| SEH | Steven Hull | 1.70 | 660.00 | 1,122.00 |
| **Counsel** | | | | |
| MDF | Marcus Fink | 0.70 | 580.00 | 406.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 1.00 | 425.00 | 425.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 0.30 | 290.00 | 87.00 |
| | | **4.00** | | |
| | | | Total | **2,247.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/12/2011 | Marcus Fink | LETT | Respond to SEH question re identity of FSD recipients following research on same point | 0.70 | 580.00 | 406.00 |
| 01/12/2011 | Steven Hull | INTD | Discussion with Richard Palmer regarding FSDs and pensions tax deduction; emails with Marcus Fink regarding identification of FSDs and corporate entities and participating employers | 0.80 | 660.00 | 528.00 |
| 02/12/2011 | Steven Hull | LETT | Emails with Marcus Fink and Richard Palmer regarding identity, jurisdiction and corporate structure of participating employers in pension plan and recipients of FSD | 0.80 | 660.00 | 528.00 |
| 15/12/2011 | Antonia Croke | LETT | Emails re: calls and pensions case | 0.60 | 425.00 | 255.00 |
| 15/12/2011 | Giles Boothman | SUPE | Re: Appeal to Supreme Court - Bloom v Pensions Regulator and Lomas v Pensions regulator | 0.30 | 690.00 | 207.00 |
| 15/12/2011 | Steven Hull | READ | Review update regarding Bloom -v- Pensions Regulator | 0.10 | 660.00 | 66.00 |
| 29/12/2011 | Lindsey Roberts | READ | Emails re: Pension decision | 0.30 | 290.00 | 87.00 |
| 30/12/2011 | Antonia Croke | READ | Consider emails re: C/A third circuit decision on UK Pensions proceedings | 0.40 | 425.00 | 170.00 |
| | | | | | | **2,247.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0031**</u>      <u>**European Proceedings/Matters**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 1.70 | 660.00 | 1,122.00 |
| GDB | Giles Boothman | 1.30 | 690.00 | 897.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 6.20 | 425.00 | 2,635.00 |
| PDB | Paul Bagon | 5.00 | 395.00 | 1,975.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 2.60 | 290.00 | 754.00 |
| **Trainee** | | | | |
| TCANT | Tim Cant | 7.60 | 185.00 | 1,406.00 |
| | | **24.40** | | |
| | | | Total | **8,789.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0031**     **European Proceedings/Matters**

|  |  | Time<br>(Decimal) | Std Rate<br>(GBP /hour) | Amount |
|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time<br>(Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/12/2011 | Antonia Croke | LETT | Settle email re: UCC summary | 0.40 | 425.00 | 170.00 |
| 01/12/2011 | Antonia Croke | READ | Review UCC agenda and capstone materials | 0.40 | 425.00 | 170.00 |
| 01/12/2011 | Tim Cant | DRFT | Drafting minutes of UCC call | 0.50 | 185.00 | 92.50 |
| 02/12/2011 | Angela Pearson | PHON | Telephone conversation with Paul Bagon | 0.30 | 660.00 | 198.00 |
| 02/12/2011 | Angela Pearson | READ | Review email | 0.40 | 660.00 | 264.00 |
| 04/12/2011 | Antonia Croke | LETT | Email re: RFI | 0.10 | 425.00 | 42.50 |
| 05/12/2011 | Paul Bagon | CASE | Case management. | 5.00 | 395.00 | 1,975.00 |
| 06/12/2011 | Antonia Croke | LETT | Emails re: prof and UCC calls | 0.30 | 425.00 | 127.50 |
| 06/12/2011 | Angela Pearson | INTD | Email to ACROKE | 0.20 | 660.00 | 132.00 |
| 06/12/2011 | Angela Pearson | READ | Review emails | 0.50 | 660.00 | 330.00 |
| 06/12/2011 | Giles Boothman | ATTD | Nortel professionals call; attend and read materials in advance | 1.00 | 690.00 | 690.00 |
| 07/12/2011 | Antonia Croke | LETT | Emails re: UCC call and fees | 0.40 | 425.00 | 170.00 |
| 07/12/2011 | Tim Cant | DRFT | Drafting minutes of UCC call | 2.80 | 185.00 | 518.00 |
| 08/12/2011 | Antonia Croke | LETT | Emails re: Canadian proceedings | 0.10 | 425.00 | 42.50 |
| 08/12/2011 | Giles Boothman | READ | Email from Kukulowicz, R. Shayne Re: Nortel - Update from Canadian Chambers Conference | 0.10 | 690.00 | 69.00 |
| 08/12/2011 | Lindsey Roberts | LETT | Emails on meeting | 0.60 | 290.00 | 174.00 |
| 08/12/2011 | Tim Cant | DRFT | Finalising minutes of UCC meeting. | 1.00 | 185.00 | 185.00 |
| 09/12/2011 | Angela Pearson | READ | Review emails | 0.30 | 660.00 | 198.00 |
| 09/12/2011 | Tim Cant | CASE | Reviewing/filing documentation from UCC meeting | 0.50 | 185.00 | 92.50 |
| 13/12/2011 | Tim Cant | READ | Proof reading note on UCC meeting from Paul Bagon | 0.50 | 185.00 | 92.50 |
| 15/12/2011 | Antonia Croke | READ | Consider note of UCC 7/12 in person meeting; draft amendments re same | 1.60 | 425.00 | 680.00 |
| 15/12/2011 | Giles Boothman | READ | Emails/ arrangements for professionals call | 0.20 | 690.00 | 138.00 |
| 15/12/2011 | Lindsey Roberts | INTD | Discussion with ACROKE re: case management | 0.50 | 290.00 | 145.00 |
| 15/12/2011 | Lindsey Roberts | LETT | Emails re: UCC call | 0.10 | 290.00 | 29.00 |
| 15/12/2011 | Lindsey Roberts | PHON | Professional's call and follow-up call | 1.40 | 290.00 | 406.00 |
| 15/12/2011 | Tim Cant | ATTD | Professionals Call | 0.70 | 185.00 | 129.50 |
| 16/12/2011 | Antonia Croke | READ | Consider UCC agenda and Jeffries briefing paper on Project Airspace | 0.80 | 425.00 | 340.00 |
| 16/12/2011 | Tim Cant | DRFT | Drafting minutes of UCC call | 1.60 | 185.00 | 296.00 |
| 19/12/2011 | Antonia Croke | DRFT | Consider draft note of UCC call; draft amendments; confer TCANT re same | 1.60 | 425.00 | 680.00 |
| 20/12/2011 | Antonia Croke | LETT | Emails re UCC call | 0.40 | 425.00 | 170.00 |
| 30/12/2011 | Antonia Croke | READ | Emails re: prof call | 0.10 | 425.00 | 42.50 |

|  |  |
|---|---|
|  | 8,789.00 |