## Exhibit C

### DISBURSEMENT SUMMARY
### DECEMBER 01, 2011 THROUGH DECEMBER 31, 2011

| Document Production | £192.82 |
|---|---|
| Travel – Ground Transportation | £202.51 |
| Telecommunications | £5.22 |
| Secretarial and Other Support | £1,419.00 |
| **TOTAL** | **£1,819.55** |