**Exhibit D**

<mark>Case 09-10138-MFW    Doc 7127-5    Filed 01/24/12    Page 2 of 2</mark>

## Disbursements Detailed Breakdown

**Document Production**     156.62

**External Photocopying Charges (Outside Photocopying Charges)**

| Date | Description | Amount |
|---|---|---|
| 13/12/2011 | VENDOR: Lineal Limited; INVOICE#: 2401; DATE: 13/12/2011 - OUTSOURCED | 36.20 |

**Fares, Courier Charges and Incidental Expenses (Taxis)**

| Date | Description | Amount |
|---|---|---|
| 01/12/2011 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 140141; DATE: 01/12/2011 - Taxi 30/11/11- (Appold Street) to W11 (Ref: 21004207) | 49.85 |
| 01/12/2011 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 140141; DATE: 01/12/2011 - Taxi 30/11/11- Appold Street to N1 (Ref: 21004269) | 22.00 |
| 02/12/2011 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 142852; DATE: 02/12/2011 - Taxi 01/12/11- (Appold Street to N1) (Ref: 21008577) | 29.04 |
| 08/12/2011 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 143084; DATE: 08/12/2011 - TAXI - TCANT (Appold Street to N1) 07/12/11 | 25.17 |
| 09/12/2011 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 143087; DATE: 09/12/2011 - TAXI - TCANT (Appold Street to N1) 08/12/11 | 16.21 |
| 14/12/2011 | PAYEE: Petty Cash; REQUEST#: 466370; DATE: 14/12/2011. - Petty Cash for taxi fare | 13.00 |
| 14/12/2011 | VENDOR: BruCar Ltd; INVOICE#: BR/100489; DATE: 14/12/2011 - Taxi 14/12/11 (Appold Street to SW4) (Ref: 993014) | 29.57 |
| 16/12/2011 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 143359; DATE: 16/12/2011 - TAXI - TCANT (Appold Street to N1) 15/12/11 | 17.67 |

**Fares, Courier Charges and Incidental Expenses (Telephone Conference)**

| Date | Description | Amount |
|---|---|---|
| 01/12/2011 | VENDOR: Meetingzone Ltd; INVOICE#: 000509466; DATE: 01/12/2011 - Conference Call On 17/11/11 | 5.22 |

**Secretarial And Other Support (Proof Readers Recoverables)**

| Date | Name | Amount |
|---|---|---|
| 06/12/2011 | Mary Ryder | 450.00 |
| 07/12/2011 | Jane Borges | 525.00 |
| 07/12/2011 | Mary Ryder | 444.00 |

    **1,819.55**