**Exhibit E**

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## DECEMBER 01, 2011 THROUGH DECEMBER 31, 2011

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 10 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £690 | 12.20 | 8,418.00 |
| Nadine Gelli | Partner for 4 years; Admitted in 1998 in France; Tax Group, Paris | £630 | 1.20 | 756.00 |
| Richard Palmer | Partner for 13 years; Admitted in 1988 in England and Wales; Tax Group; London | £725 | 6.10 | 4,422.50 |
| Steven Hull | Partner for 14 years; Admitted in 1989 in England and Wales; Employment, Incentives and Pensions Group, London | £660 | 1.70 | 1,122.00 |
| Angela Pearson | Partner for 5 years; Admitted in 1991 in England and Wales; Litigation Group, London | £660 | 3.70 | 2,442.00 |
| Marcus Fink | Counsel for 1 year; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £580 | 0.70 | 406.00 |
| Luke Rollason | Associate for 6 years; Admitted in 2005 in England and Wales; Restructuring and Special Situations Group, London | £510 | 11.90 | 6,069.00 |
| Paul Bagon | Associate for 3 years; Admitted in 2008 in England and Wales; Restructuring and Special Situations Group, London | £395 | 37.00 | 14,615.00 |
| Antonia Croke | Associate for 4 years; Admitted in 2007 in New South Wales, Australia; Litigation Group, London | £425 | 23.40 | 9,945.00 |
| Katharina Crinson | Professional Support Lawyer; Admitted in 2007 in England and Wales; Restructuring and Special Situations Group, London | £395 | 8.00 | 3,160.00 |
| Lindsey Roberts | Newly qualified Associate; Admitted in 2011 in England and Wales; Litigation Group, London | £290 | 14.50 | 4,205.00 |
| James Seddon | Trainee Solicitor; Tax Group, London | £185 | 2.10 | 388.50 |
| Tim Cant | Trainee Solicitor; Litigation Group, London | £185 | 32.30 | 5,975.50 |
| **TOTAL** | | | **154.80** | **61,924.50** |

**COMPENSATION BY PROJECT CATEGORY**
**DECEMBER 2011 THROUGH DECEMBER 31, 2011**

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 11.50 | 3,480.50 |
| Creditors Committee Meetings | 14.70 | 6,058.00 |
| General Claims Analysis | 89.80 | 35,093.00 |
| Tax Issues | 10.40 | 6,257.00 |
| Labor Issues / Employee Benefits | 4.00 | 2,247.00 |
| European Proceedings / Matters | 24.40 | 8,789.00 |
| **TOTAL** | **154.80** | **61,924.50** |