# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**December 1, 2011 - December 31, 2011**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | December 2011 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 126.0 |
| 2 | Business Operations / General Corporate / Real Estate | 10.0 |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | 79.0 |
| 7 | Claims Administration and Analysis | 7.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 12.0 |
| 15 | Travel | 28.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | **262.0** |

**Summary of Services Rendered by Professional**

| Name | December 2011 Hours |
|---|---|
| Matthew Rosenberg, Member | 117.0 |
| Michael Kennedy, Member | 121.0 |
| Aaron Taylor, Vice President | - |
| Rolando Capinpin, Jr., Vice President | - |
| Michael Sabo, Associate | 24.0 |
| **TOTAL** | **262.0** |

**Nortel Networks, Inc**
December 1, 2011 - December 31, 2011 Time Detail
Chilmark Partners, LLC
<u>Matthew Rosenberg, Member</u>

| Date | Description of Work | December 2011 Hours | Code |
|---|---|---:|---:|
| 12/1/2011 | Calls and analysis re mediation, allocation, financials, case management and creditor matters | 3.0 | 1 |
| 12/2/2011 | Calls and analysis re mediation and allocation | 5.0 | 1 |
| 12/5/2011 | Calls and analysis re allocation, intercompany claims, mediation, case management and prepare for creditor meetings | 8.0 | 1 |
| 12/6/2011 | Calls and analysis re allocation, intercompany claims, mediation, case management and prepare for creditor meetings | 5.0 | 1 |
| 12/7/2011 | Calls and analysis re allocation, intercompany claims, mediation, case management and prepare for creditor meetings | 7.0 | 1 |
| 12/8/2011 | Calls and analysis re allocation, intercompany claims, mediation, case management and prepare for creditor meetings | 8.0 | 1 |
| 12/9/2011 | Calls and analysis re allocation, intercompany claims, mediation, case management and prepare for creditor meetings | 6.0 | 1 |
| 12/11/2011 | Travel to NYC | 4.0 | 15 |
| 12/12/2011 | Calls and analysis re creditors, mediation, allocation and financails | 5.0 | 6 |
| 12/13/2011 | Meetings, calls and analysis w/ creditors, debtor, professionals re case management, mediation, claims and allocation | 10.0 | 6 |
| 12/14/2011 | Meetings w/ creditors and debtor re case management, allocation, mediation and claims | 12.0 | 6 |
| 12/15/2011 | Analysis and meetings w/ debtor and professionals re case management, allocation, mediation and claims | 7.0 | 6 |
| 12/15/2011 | Return travel to Chicago | 4.0 | 15 |
| 12/16/2011 | Calls and analysis re allocation, claims, financials, recoveries and creditor communications | 7.0 | 6 |
| 12/19/2011 | Calls and analysis re allocation, claims, financials, recoveries and creditor communications | 7.0 | 6 |
| 12/20/2011 | Calls and analysis re allocation, claims, financials, recoveries and creditor communications | 8.0 | 6 |
| 12/26/2011 | Analysis and review materials re allocation and mediation and claims | 3.0 | 1 |
| 12/29/2011 | Analysis and review materials re allocation and mediation and UK claims | 4.0 | 14 |
| 12/30/2011 | Analysis and review materials re allocation and mediation and UK claims and case mgmt | 4.0 | 14 |
| **December 2011 Total** | | **117.0** | |

**Nortel Networks, Inc**
December 1, 2011 - December 31, 2011 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy, Member</u>

| Date | Description of Work | December 2011 Hours | Code |
|---|---|---:|---:|
| 12/1/2011 | Communcations w/ creditor professionals re: allocation/mediation issues | 1.0 | 6 |
| 12/1/2011 | Prepare and review analysis re allocation, mediation and financial data | 6.0 | 1 |
| 12/2/2011 | Communications w/ Cleary re: allocation and certain subsidiaries | 2.0 | 1 |
| 12/2/2011 | Prepare and review analysis re allocation, mediation and financial data | 7.0 | 1 |
| 12/5/2011 | Review and discuss draft materials re: allocation | 2.0 | 1 |
| 12/5/2011 | Review analysis provided by RB and communication re: changes to analysis | 2.0 | 2 |
| 12/5/2011 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 1 |
| 12/6/2011 | Calls w/ RB and JR re: claims | 1.0 | 7 |
| 12/6/2011 | Call w/ Cleary case management and creditor communications | 1.0 | 2 |
| 12/6/2011 | Prepare and review analysis and updated material re: allocation and mediation | 3.0 | 1 |
| 12/7/2011 | Call w/ Cleary and Nortel management re: schedules and interco balance | 2.0 | 2 |
| 12/7/2011 | Prepare and review analysis and updated material re: allocation and mediation | 4.0 | 1 |
| 12/8/2011 | Calls with Cleary re: court hearing status updates | 1.0 | 1 |
| 12/8/2011 | Calls and communications with Cleary and Ray re: creditor settlements | 1.0 | 7 |
| 12/8/2011 | Calls and communications with Nortel management re: intercompany balances | 2.0 | 7 |
| 12/9/2011 | Discussions and prep discussion material for creditor meetings | 2.0 | 6 |
| 12/12/2011 | Call with UCC advisors | 1.0 | 6 |
| 12/12/2011 | Prepare and review analysis and updated material re: allocation and mediation | 5.0 | 1 |
| 12/13/2011 | Travel to NY | 4.0 | 15 |
| 12/13/2011 | Meeting w/ Cleary re: case management and allocation | 2.0 | 1 |
| 12/13/2011 | Meeting w/ Cleary and creditor re: allocation, mediation and case status | 3.0 | 6 |
| 12/14/2011 | Meetings w/ Cleary and J Ray re: case management and allocation | 4.0 | 1 |
| 12/14/2011 | Meetings w/ creditor professionals re: allocation/mediation issues | 7.0 | 6 |
| 12/15/2011 | Call w/ Nortel management re cash position questions and issues | 1.0 | 1 |
| 12/15/2011 | Meeting w/ Cleary & J Ray re: case management, mediation and allocation | 5.0 | 1 |
| 12/15/2011 | Travel to Chicago | 4.0 | 15 |
| 12/16/2011 | Call w/ T Ross re: US Debtor assets, financial performance and forecast | 2.0 | 2 |
| 12/19/2011 | Calls and commincations with creditor | 2.0 | 6 |
| 12/19/2011 | Prepare comparative analysis of allocation and creditor recovery | 3.0 | 1 |
| 12/19/2011 | Prepare and review analysis and updated material re: allocation and mediation | 2.0 | 1 |
| 12/20/2011 | Calls and commincations with creditor | 3.0 | 6 |
| 12/20/2011 | Prepare and review analysis and updated material re: allocation and mediation | 4.0 | 1 |
| 12/20/2011 | Review interestate and intercompany claims issues | 2.0 | 7 |
| 12/21/2011 | Prepare and review analysis and updated material re: allocation and mediation | 4.0 | 1 |
| 12/21/2011 | Review financial performance material | 1.0 | 2 |
| 12/21/2011 | Calls w/ Nortel managemt re: claims analysis | 1.0 | 7 |
| 12/21/2011 | Review and comment on revised draft 4th estate material & schedules | 3.0 | 1 |
| 12/22/2011 | Review and communications of admin claim material | 2.0 | 2 |
| 12/22/2011 | Prepare and review analysis and updated material re: allocation and mediation | 3.0 | 1 |
| 12/22/2011 | Review analysis of ARA entity financial position | 1.0 | 1 |
| 12/27/2011 | Prepare and review analysis and updated material re: allocation and mediation | 7.0 | 1 |
| 12/28/2011 | Prepare and review analysis and updated material re: allocation and mediation | 5.0 | 1 |
| | **December 2011 Total** | **121.0** | |

**Nortel Networks, Inc**
December 1, 2011 - December 31, 2011 Time Detail
Chilmark Partners, LLC
<u>Michael Sabo, Associate</u>

| Date | Description of Work | December 2011 Hours | Code |
|---|---|---:|---:|
| 12/13/2011 | Travel to New York | 6.0 | 15 |
| 12/14/2011 | Review and analyze materials, calls, meetings re allocation | 4.0 | 1 |
| 12/14/2011 | Meeting with UCC and bondholders advisors | 4.0 | 6 |
| 12/15/2011 | Meeting w/ Cleary re: review and prepare materials for mediation | 4.0 | 14 |
| 12/15/2011 | Travel to Chicago | 6.0 | 15 |
| | **December 2011 Total** | **24.0** | |