# EXHIBIT B

### EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

December1, 2011 through December 31, 2011

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Matt Rosenberg | 12/11/11-12/15/11 | Flight to New York, NY (Airpass) | $  641.55 |
| Matt Rosenberg | 12/11/11-12/15/11 | Hotel (four nights) | $  1,805.32 |
| Matt Rosenberg | 12/11/11-12/15/11 | Ground transportation | $  768.27 |
| Matt Rosenberg | 12/11/11-12/15/11 | Meals | $  107.68 |
| Mike Kennedy | 12/13/11-12/15/11 | Flight to New York, NY | $  613.40 |
| Mike Kennedy | 12/13/11-12/15/11 | Hotel (two nights) | $  1,230.02 |
| Mike Kennedy | 12/13/11-12/15/11 | Ground transportation | $  147.00 |
| Mike Kennedy | 12/13/11-12/15/11 | Meals | $  152.25 |
| Mike Sabo | 12/13/11-12/15/11 | Flight to New York, NY | $  650.40 |
| Mike Sabo | 12/13/11-12/15/11 | Hotel (two nights) | $  1,002.96 |
| Mike Sabo | 12/13/11-12/15/11 | Ground transportation | $  119.27 |
| Mike Sabo | 12/13/11-12/15/11 | Meals | $  77.17 |
| **Total Expenses** | | | **$  7,315.29** |