# United States Bankruptcy Court

## District of Delaware

In re **Nortel Networks, Inc.**          Case No. 09-10138 (KG)
                                         (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Marblegate Special Opportunities Master Fund LP | Deutsche Bank Securities Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Proof of Claim No: 7897

Transferred Amount: $3,000,000.00

Name and Address where notices to Transferee should be sent:

Marblegate Special Opportunities Master Fund LP
80 Field Point Road
Greenwich, CT 06830
Attn: Mark E. Zoldan
Email: mark@marblegate.com
Tel: 203-413-6902
Fax: 203-413-6938

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MARBLEGATE SPECIAL OPPORTUNITIES MASTER FUND LP

By: [signature]                              Date: 1/25/12
Name: Andrew Milgram
Title: Managing Partner

**EXHIBIT B**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court")
Attn: Clerk

AND TO: Nortel Networks, Inc. ("Debtor")
Case No. 09-10138 (KG) (Jointly Administered)

Claim #s: 7897

**DEUTSCHE BANK SECURITIES INC.**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**MARBLEGATE SPECIAL OPPORTUNITIES MASTER FUND LP**
Mark E. Zoldan
Chief Financial Officer
80 Field Point Road
Greenwich, CT 06830
Email: mark@marblegate.com
Tel:  203-413-6902
Fax:  203-413-6938

its successors and assigns ("Buyer"), all right, title and interest in and to $3,000,000.00 (the "Claim") of Seller against Nortel Networks, Inc., in the United States Bankruptcy Court, District of Delaware, Case No. 09-10138 (KG) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 17, 2012.

DEUTSCHE BANK SECURITIES INC.

By: _____
Name: CJ Lanktree
Title: Managing Director

By: _____
Name: Scott G Martin
Title: Managing Director

MARBLEGATE SPECIAL OPPORTUNITIES MASTER FUND LP

By: _____
Name: Andrew Milgram
Title: Managing Partner of Marblegate Asset Management LLC the Investment Manager of Marblegate Special Opportunities Master Fund LP

United States Bankruptcy Court for the District of Delaware
Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

**PROOF OF CLAIM**

In Re: Nortel Networks Inc., et al.
Debtors.

Chapter 11
Case No. 09-10138 (KG)
Jointly Administered

Name of Debtor Against Which Claim is Held: Nortel Networks Inc.
Case No. of Debtor: 09-10138

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)   0000007897

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

T

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

International Business
Machines Corporation
Attn: B.H. Shideler
Two Lincoln Centre
Oakbrook Terrace, IL 60181
Telephone: 877-876-7781

With a copy to:
Paul Hastings LLP
Attn: Robert Winter
875 15th Street NW
Washington, DC 20005
Telephone: 202-551-1729

Telephone number: 877-876-7781   Email Address: bhshide@us.ibm.com

☑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 5420
(If known)

Filed on: 09/30/2009

Name and address where payment should be sent (if different from above)

Telephone number:   Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. Amount of Claim as of Date Case Filed: $ See Attached Exhibit A

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: See Attached Exhibit A
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: N/A
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: See Attached Exhibit A
Value of Property: $_____   Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____   Basis for perfection: _____
Amount of Secured Claim: $ Unknown   Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain: See Attached Exhibit A

FOR COURT USE ONLY

FILED / RECEIVED
AUG 08 2011
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 08/04/2011

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
R. Stahel
R.S. Stahel, Assistant to Regional Counsel

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.