## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., et al., | : (Jointly Administered) |
| | : |
| Debtors. | : |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
### TO BE REMOVED FROM SERVICE LISTS

PLEASE TAKE NOTICE that Ciardi Ciardi & Astin hereby withdraws its appearance as counsel for GN Claim Sub, LLC in the above-captioned case(s).

PLEASE TAKE FURTHER NOTICE that Ciardi Ciardi & Astin hereby requests that it be removed from all mailing and ECF notice lists.

Dated: January **25**, 2012

CIARDI CIARDI & ASTIN

Daniel K. Astin (No. 4086)
Joseph J. McMahon, Jr. (No. 4819)
919 N. Market Street, Suite 700
Wilmington, Delaware 19801
Tel:  (302) 658-1100
Fax:  (302) 658-1300
dastin@ciardilaw.com
jmcmahon@ciardilaw.com

*Attorneys for GN Claim Sub, LLC*