**CERTIFICATE OF SERVICE**

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion for an Order Modifying the Application of (I) Local Rule 3007-1 and (II) this Court's Prior Order Related to Bankruptcy Rule 3007(e)(6) and Local Rule 3007-1(f) [D.I. 2125]** was caused to be made on January 25, 2012, in the manner indicated upon the entities identified on the attached service list.

| | |
|---|---|
| Date: January 25, 2012 | */s/ Ann C. Cordo* |
| Wilmington, DE | Ann C. Cordo (No. 4817) |