# **<u>EXHIBIT A</u>**

RLF1 5779100v. 1

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

January 20, 2012  
Invoice 398419  
Page 2  
Client # 732310

Matter # 165839

For services through December 31, 2011  
relating to Case Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/11 | Call to J. McKenna re: status of case and timing of distributions on claims | | | | |
| | Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 12/05/11 | Review docket (.1); Review and revise critical dates (.1) | | | | |
| | Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 12/09/11 | Review draft 2019 statement for Committee | | | | |
| | Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |
| 12/12/11 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1); Attention to e-mail re: committee 2019 statement (.1); Import and review re: same (.2); Finalize and file re: same (.2); Coordinate service re: same (.1); Prepare aos re: same (.2) | | | | |
| | Paralegal | Barbara J. Witters | 1.10 hrs. | 200.00 | $220.00 |
| 12/12/11 | Review revised draft critical dates calendars (.1); Review email from B. Witters re: same (.1) | | | | |
| | Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| 12/14/11 | Finalize and file aos re: 2019 statement | | | | |
| | Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| 12/19/11 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | | |
| | Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |
| 12/19/11 | Review revised draft critical dates calendar | | | | |
| | Associate | Drew G. Sloan | 0.10 hrs. | 340.00 | $34.00 |
| 12/27/11 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | | |
| | Paralegal | Barbara J. Witters | 0.30 hrs. | 200.00 | $60.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

January 20, 2012  
Invoice 398419  
Page 3  
Client #  732310  

Matter #  165839  

| Date | Description | | | Amount |
|---|---|---|---|---|
| 12/27/11 | Review recent docket activity (.3); Review and calendar upcoming critical dates (.2) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 340.00 | $170.00 |
| 12/27/11 | Review email from B. Witters re: revised critical dates calendar (.1); Review same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| | Total Fees for Professional Services | | | $910.00 |
| | TOTAL DUE FOR THIS INVOICE | | | **$910.00** |
| | | | | $149.20 |
| | **TOTAL DUE FOR THIS MATTER** | | | **$1,059.20** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

January 20, 2012
Invoice 398419
Page 4

Client # 732310

Matter # 165839

For services through December 31, 2011
relating to Creditor Inquiries

| | | | | |
|---|---|---|---|---:|
| 12/16/11 | Review voicemail from T. Berdzik re: plan question (.1); Email to T. Berdzik re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |

| | |
|---|---:|
| Total Fees for Professional Services | $68.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$68.00** |
| **TOTAL DUE FOR THIS MATTER** | **$68.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

January 20, 2012  
Invoice 398419  
Page 5  
Client #  732310

Matter #  165839

For services through December 31, 2011  
relating to Use, Sale of Assets

| | | | | |
|---|---|---|---|---|
| 12/27/11 | Review motion to permit certain actions in connection with wind-down on NN Japan | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 340.00 | $272.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $272.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$272.00** |
| | $40.80 |
| **TOTAL DUE FOR THIS MATTER** | **$312.80** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

January 20, 2012
Invoice 398419
Page 6
Client # 732310

Matter # 165839

For services through December 31, 2011
relating to Claims Administration

| Date | Description | | | Amount |
|---|---|---|---|---|
| 12/16/11 | Emails to B. Kahn re: creditor inquiries (x2) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 340.00 | $68.00 |
| 12/30/11 | Inquiry from F. Donnergold re: status of case and timing of distributions | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 340.00 | $102.00 |

Total Fees for Professional Services      $170.00

TOTAL DUE FOR THIS INVOICE              **$170.00**
                                         $95.20

**TOTAL DUE FOR THIS MATTER**           **$265.20**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

January 20, 2012  
Invoice 398419  
Page 7  
Client # 732310  

Matter # 165839  

For services through December 31, 2011  
relating to Court Hearings  

| Date | Description | Role / Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/12/11 | Retrieve re: 12/14/11 agenda (.1); E-mail to distribution re: same (.1) | Paralegal — Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 12/12/11 | Review agenda re: 12/14/11 hearing (.2); Review email from B. Witters re: same (.1) | Associate — Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |
| 12/13/11 | Telephone call to Courtcall re: telephonic appearances for M. Wunder, B. Kahn and D. Botter (.3); E-mail to M. Wunder re: same (.1); E-mail to B. Kahn re: same (.1); Retrieve re: 12/14/11 agenda pleadings (.2); Prepare 12/14/11 hearing binder (.2); Retrieve re: 12/14/11 amended agenda (.1); E-mail to distribution re: same (.1); Retrieve re: additional 12/14/11 agenda pleading (.1); Update 12/14/11 hearing binder (.1) | Paralegal — Barbara J. Witters | 1.30 hrs. | 200.00 | $260.00 |
| 12/13/11 | Call to B. Kahn re: preparation for 12/14/11 hearing (.2); Call to A. Cordo re: status of 12/14/11 hearing (.2); Prepare for 12/14/11 hearing (.3); Email to A. Cordo re: status of 12/14/11 hearing (.1); Email to B. Kahn re: status of 12/14/11 hearing (.1) | Associate — Christopher M. Samis | 0.90 hrs. | 340.00 | $306.00 |
| 12/13/11 | Review email from B. Witters re: agenda re: 12/14/11 hearing (.1); Review same (.2) | Associate — Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |
| 12/14/11 | Prepare for 12/14/11 hearing (.5); Attend 12/14/11 hearing (.6) | Associate — Christopher M. Samis | 1.10 hrs. | 340.00 | $374.00 |
| 12/15/11 | Circulate to distribution re: 12/14/11 hearing transcript | Paralegal — Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

January 20, 2012  
Invoice 398419  
Page 8  
Client #  732310

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/28/11 | Retrieve and review re: 12/30/11 agenda (.1); E-mail to distribution re: same (.1) | Paralegal — Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 12/28/11 | Emails to A. Cordo re: status of 12/30/11 hearing (.2); Emails to B. Kahn re: status of 12/30/11 hearing (.2) | Associate — Christopher M. Samis | 0.40 hrs. | 340.00 | $136.00 |
| 12/28/11 | Review agenda re: 12/30/11 hearing (.1); Review email from B. Witters re: same (.1) | Associate — Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| 12/29/11 | Retrieve re: 12/30/11 amended agenda (.1); E-mail to distribution re: same (.1) | Paralegal — Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 12/29/11 | Review email from B. Witters re: amended agenda re: 12/30/11 hearing (.1); Review agenda re: same (.1) | Associate — Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |

|  |  |
|---|---:|
| Total Fees for Professional Services | $1,556.00 |
| TOTAL DUE FOR THIS INVOICE | **$1,556.00** |
|  | $201.60 |
| **TOTAL DUE FOR THIS MATTER** | **$1,757.60** |

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | January 20, 2012<br>Invoice 398419<br>Page 9<br>Client #  732310<br><br>Matter #  165839 |

For services through December 31, 2011
relating to  Employee Issues

| | | | | |
|---|---|---|---|---|
| 12/02/11 | Review amended Retiree Committee information order (.2); Email to B. Kahn re: approval of amended Retiree Committee information order (.1); Email to K. Buck re: approval of amended Retiree Committee information order (.1) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 340.00 | $136.00 |

| | |
|---|---|
| Total Fees for Professional Services | $136.00 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | $136.00 |
| **TOTAL DUE FOR THIS MATTER** | $136.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

January 20, 2012  
Invoice 398419  
Page 10  
Client #  732310

Matter # 165839

For services through December 31, 2011  
relating to  Litigation/Adversary Proceedings

| Date | Description | | | Amount |
|---|---|---|---|---|
| 12/06/11 | Review Right Management 9019 motion | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 340.00 | $204.00 |
| 12/27/11 | Review Prudential Relocation 9019 motion (.4); Review Cox Communications 9019 motion (.6); Review Flextronics 9019 motion and related motion to shorten (.9); Review Teksystems / Marketsource 9019 motion (.6); Review Right Management 9019 motion (.6) | | | |
| Associate | Christopher M. Samis | 3.10 hrs. | 340.00 | $1,054.00 |
| 12/29/11 | Review Third Circuit opinion in U.K. pension appeal (1.2); Emails to B. Kahn re: Third Circuit opinion in U.K. pension appeal (.2) | | | |
| Associate | Christopher M. Samis | 1.40 hrs. | 340.00 | $476.00 |

                                Total Fees for Professional Services        $1,734.00

**TOTAL DUE FOR THIS INVOICE**        **$1,734.00**

                                $766.40

**TOTAL DUE FOR THIS MATTER**        **$2,500.40**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

January 20, 2012  
Invoice 398419  
Page 11  
Client # 732310

Matter # 165839

For services through December 31, 2011  
relating to Retention of Others

| Date | Description | | | Amount |
|---|---|---|---|---|
| 12/12/11 | Review, revise and finalize 2019 statement (.3); Call to B. Kahn re: comments to 2019 statement (.2); Email to B. Kahn re: comments to 2019 statement (.1); Email to B. Witters re: preparing 2019 statement for filing (.1) | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 340.00 | $238.00 |
| 12/27/11 | Review E&Y third amendment to statement of work pursuant to tax services agreement | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 340.00 | $136.00 |

Total Fees for Professional Services     $374.00

TOTAL DUE FOR THIS INVOICE     **$374.00**

    $48.40

**TOTAL DUE FOR THIS MATTER**     **$422.40**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

January 20, 2012  
Invoice 398419  
Page 12  

Client #  732310  

Matter #  165839  

For services through December 31, 2011  
relating to  RLF Fee Applications  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/11 | E-mail to B. Kahn re: RLF November fee/expense estimates | | | | |
| | Paralegal | Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| 12/06/11 | Review email from B. Witters re: exhibit to interim fee order (.1); Review same (.2) | | | | |
| | Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |
| 12/08/11 | Retrieve re: RLF 11th interim fee application and corresponding monthlies and cnos | | | | |
| | Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 12/13/11 | Prepare RLF 11th interim fee binder | | | | |
| | Paralegal | Barbara J. Witters | 0.20 hrs. | 200.00 | $40.00 |
| 12/14/11 | Prepare cno re: RLF October fee application (.2); Finalize and file cno re: same (.2); Review RLF November bill memos (.3) | | | | |
| | Paralegal | Barbara J. Witters | 0.70 hrs. | 200.00 | $140.00 |
| 12/14/11 | Email to B. Witters re: CNO for RL&F October 2011 fee application | | | | |
| | Associate | Christopher M. Samis | 0.10 hrs. | 340.00 | $34.00 |
| 12/14/11 | Review email from B. Witters re: filing certificate of no objection re: RLF monthly fee application (.1); Review and execute same (.1); Review email from C. Samis re: same (.1) | | | | |
| | Associate | Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |
| 12/15/11 | Review November 2011 bill memos re: RLF monthly fee application (.3); Discussion with B. Witters re: comments to same (.1) | | | | |
| | Associate | Drew G. Sloan | 0.40 hrs. | 340.00 | $136.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

January 20, 2012  
Invoice 398419  
Page 13

Client #  732310

Matter #  165839

| | | | | |
|---|---|---|---|---|
| 12/22/11 | Review and revise RLF November fee application (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 200.00 | $180.00 |
| 12/22/11 | Review and execute RLF monthly fee application (.3); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 340.00 | $170.00 |

Total Fees for Professional Services $964.00

TOTAL DUE FOR THIS INVOICE **$964.00**

$218.00

**TOTAL DUE FOR THIS MATTER** **$1,182.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

January 20, 2012  
Invoice 398419  
Page 14  
Client #  732310  

Matter # 165839  

---

For services through December 31, 2011  
relating to Fee Applications of Others

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/11 | Prepare cno re: Capstone September fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | Paralegal — Barbara J. Witters | | 0.40 hrs. | 200.00 | $80.00 |
| 12/02/11 | Review email from B. Witters re: filing certificate of no objection re: Capstone monthly fee application (.1); Review email from B. Kahn re: same (1.); Review and execute same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | | |
| | Associate — Drew G. Sloan | | 0.40 hrs. | 340.00 | $136.00 |
| 12/05/11 | Retrieve re: 11th interim fee applications for committee fee professionals (.3); Prepare exhibit B re: 11th interim fee order (1.0) | | | | |
| | Paralegal — Barbara J. Witters | | 1.30 hrs. | 200.00 | $260.00 |
| 12/06/11 | Revise exhibit B re: 11th interim fee application order (.8); E-mail to C. Samis and Drew Sloan re: same (.1); E-mail to B. Kahn re: same (.1) | | | | |
| | Paralegal — Barbara J. Witters | | 1.00 hrs. | 200.00 | $200.00 |
| 12/06/11 | Email to B. Witters re: circulation of 11th interim fee order chart for Committee professionals (.1); Review 11th interim fee order chart for Committee professionals (.3); Review motion to increase cap on LTD Committee fees and related documentation (.7) | | | | |
| | Associate — Christopher M. Samis | | 1.10 hrs. | 340.00 | $374.00 |
| 12/07/11 | Attention to e-mail re: comments to exhibit B 11th interim fee order (.1); Revise exhibit B re: 11th interim fee order (.2) | | | | |
| | Paralegal — Barbara J. Witters | | 0.30 hrs. | 200.00 | $60.00 |
| 12/07/11 | Review and comment on exhibit to interim fee order | | | | |
| | Associate — Drew G. Sloan | | 0.30 hrs. | 340.00 | $102.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

January 20, 2012  
Invoice 398419  
Page 15  
Client #  732310  

Matter #  165839  

| Date | Description | Role/Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/08/11 | Prepare cno re: Fraser Milner September fee application (.2); Finalize and file cno re: same (.2); Update fee status chart (.5); Revise 11th interim fee application (.3); E-mail to M. DeCarli re: same (.1); Retrieve re: Akin Gump 11th interim fee application and corresponding monthlies and cnos (.2) | Paralegal — Barbara J. Witters | 1.50 hrs. | 200.00 | $300.00 |
| 12/08/11 | Review email from B. Witters re: filing certificate of no objection re: Fraser Milner monthly fee application (.1); Review email from M. Wunder re: same (.1); Review and execute same (.1) | Associate — Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |
| 12/13/11 | E-mail to M. Wunder re: final exhibit B to 11th interim fee order | Paralegal — Barbara J. Witters | 0.10 hrs. | 200.00 | $20.00 |
| 12/14/11 | Prepare cno re: Ashurst October fee application (.2); Finalize and file cno re: same (.2) | Paralegal — Barbara J. Witters | 0.40 hrs. | 200.00 | $80.00 |
| 12/14/11 | Review email from B. Witters re: filing certificate of no objection re: Ashurst monthly fee application (.1); Review email from B. Kahn re: same (.1); Review and execute same (.1) | Associate — Drew G. Sloan | 0.30 hrs. | 340.00 | $102.00 |
| 12/15/11 | Prepare cno re: Akin Gump October fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Capstone October fee application (.2); Finalize and file cno re: same (.2) | Paralegal — Barbara J. Witters | 0.80 hrs. | 200.00 | $160.00 |
| 12/15/11 | Review email from B. Witters re: filing certificate of no objection re: Akin Gump and Capstone monthly fee applications (.1); Review email from B. Kahn re: same (.1); Review and execute certificate of no objection re: Akin Gump monthly fee application (.1); Review and execute certificate of no objection re: Capstone monthly fee application (.1) | Associate — Drew G. Sloan | 0.40 hrs. | 340.00 | $136.00 |

| | |
|---|---|
| Nortel Creditors Committee | January 20, 2012 |
| c/o Fred S. Hodara, Esq. | Invoice 398419 |
| Akin Gump Strauss Hauer Feld LLP | Page 16 |
| One Bryant Park | |
| New York NY  10036 | Client #  732310 |
| | Matter #  165839 |

| | | | | |
|---|---|---|---|---|
| 12/16/11 | Attention to e-mail re: Ashurst November fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); Prepare cno re: Fraser Milner October fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.40 hrs. | 200.00 | $280.00 |
| 12/16/11 | Review email from B. Witters re: filing certificate of no objection re: Fraser Milner monthly fee application (.1); Review email from M. Wunder re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 340.00 | $68.00 |
| | | Total Fees for Professional Services | | $2,460.00 |
| | TOTAL DUE FOR THIS INVOICE | | | $2,460.00 |
| | | | | $758.40 |
| | **TOTAL DUE FOR THIS MATTER** | | | **$3,218.40** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

January 20, 2012  
Invoice 398419  
Page 17  
Client # 732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Barbara J. Witters | 13.30 | 200.00 | 2,660.00 |
| Christopher M. Samis | 12.50 | 340.00 | 4,250.00 |
| Drew G. Sloan | 5.10 | 340.00 | 1,734.00 |
| TOTAL | 30.90 | $279.74 | 8,644.00 |

**TOTAL DUE FOR THIS INVOICE**                                                                 $9,060.69

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310