# **EXHIBIT B**



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

January 20, 2012
Invoice 398419

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through December 31, 2011
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Court Reporter Services | $19.80 |
| Document Retrieval | $161.20 |
| Filing Fees | $60.00 |
| Long distance telephone charges | $18.07 |
| Messenger and delivery service | $24.80 |
| Photocopying/Printing | $115.30 |
| 516 @ $.10 / pg. / 637 @ $.10 pg. | |
| Postage | $17.52 |

| | |
|---|---:|
| Other Charges | $416.69 |
| **TOTAL DUE FOR THIS INVOICE** | **$416.69** |
| **TOTAL DUE FOR THIS MATTER** | **$416.69** |

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
www.rlf.com

| | |
|---|---|
| Nortel Creditors Committee | January 20, 2012 |
| c/o Fred S. Hodara, Esq. | Invoice 398419 |
| Akin Gump Strauss Hauer Feld LLP | Page 18 |
| One Bryant Park | |
| New York NY  10036 | Client #  732310 |

Client: Official Committee of the Board of Directors of Nortel Networks Inc

Matter: Nortel - Representation of Creditors Committee
Case Administration
Creditor Inquiries
Use, Sale of Assets
Claims Administration
Court Hearings
Employee Issues
Litigation/Adversary Proceedings
Retention of Others
RLF Fee Applications
Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 12/01/11 | Printing | | DUP |
| | | Amount = $1.20 | |
| 12/02/11 | PACER | | DOCRETRI |
| | | Amount = $22.56 | |
| 12/08/11 | PACER | | DOCRETRI |
| | | Amount = $19.60 | |
| 12/08/11 | Printing | | DUP |
| | | Amount = $4.60 | |
| 12/08/11 | Printing | | DUP |
| | | Amount = $4.50 | |
| 12/08/11 | Printing | | DUP |
| | | Amount = $4.80 | |
| 12/08/11 | Printing | | DUP |
| | | Amount = $9.10 | |
| 12/08/11 | Printing | | DUP |
| | | Amount = $8.30 | |
| 12/08/11 | Printing | | DUP |
| | | Amount = $7.80 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

January 20, 2012  
Invoice 398419  
Page 19  
Client # 732310

| Date | Description | | Code |
|---|---|---|---|
| 12/09/11 | 12128728121 Long Distance | | LD |
| | Amount = | $2.78 | |
| 12/12/11 | Photocopies | | DUP |
| | Amount = | $3.50 | |
| 12/12/11 | 12128728121 Long Distance | | LD |
| | Amount = | $4.17 | |
| 12/12/11 | Messenger and delivery | | MESS |
| | Amount = | $12.00 | |
| 12/12/11 | PACER | | DOCRETRI |
| | Amount = | $23.60 | |
| 12/12/11 | Postage | | POST |
| | Amount = | $3.24 | |
| 12/12/11 | Printing | | DUP |
| | Amount = | $2.00 | |
| 12/13/11 | 12128728121 Long Distance | | LD |
| | Amount = | $2.78 | |
| 12/13/11 | 12128728121 Long Distance | | LD |
| | Amount = | $2.78 | |
| 12/13/11 | PACER | | DOCRETRI |
| | Amount = | $31.68 | |
| 12/13/11 | Printing | | DUP |
| | Amount = | $2.10 | |
| 12/13/11 | Printing | | DUP |
| | Amount = | $2.10 | |
| 12/13/11 | Printing | | DUP |
| | Amount = | $1.00 | |
| 12/13/11 | Printing | | DUP |
| | Amount = | $2.00 | |
| 12/13/11 | Printing | | DUP |
| | Amount = | $1.10 | |
| 12/14/11 | PACER | | DOCRETRI |
| | Amount = | $5.20 | |
| 12/15/11 | PACER | | DOCRETRI |
| | Amount = | $10.40 | |
| 12/16/11 | Photocopies | | DUP |
| | Amount = | $21.50 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

January 20, 2012  
Invoice 398419  
Page 20  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 12/16/11 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 12/16/11 | Postage | | POST |
| | Amount = | $6.84 | |
| 12/16/11 | Printing | | DUP |
| | Amount = | $3.80 | |
| 12/20/11 | COURTCALL LLC: CCDA-05-1619 - 12/19-1/10 | | FLFEE |
| | Amount = | $60.00 | |
| 12/20/11 | 12013566602 Long Distance | | LD |
| | Amount = | $5.56 | |
| 12/20/11 | Printing | | DUP |
| | Amount = | $2.80 | |
| 12/20/11 | Printing | | DUP |
| | Amount = | $0.10 | |
| 12/21/11 | Printing | | DUP |
| | Amount = | $0.20 | |
| 12/21/11 | Printing | | DUP |
| | Amount = | $0.30 | |
| 12/22/11 | DIAZ DATA SERVICES: Transcript - 165839 | | CTRPT |
| | Amount = | $19.80 | |
| 12/22/11 | Photocopies | | DUP |
| | Amount = | $26.60 | |
| 12/22/11 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 12/22/11 | Postage | | POST |
| | Amount = | $7.44 | |
| 12/22/11 | Printing | | DUP |
| | Amount = | $0.20 | |
| 12/22/11 | Printing | | DUP |
| | Amount = | $0.30 | |
| 12/22/11 | Printing | | DUP |
| | Amount = | $2.00 | |
| 12/22/11 | Printing | | DUP |
| | Amount = | $0.10 | |
| 12/22/11 | Printing | | DUP |
| | Amount = | $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

January 20, 2012  
Invoice 398419  
Page 21  
Client #  732310  

| Date | Description | | Detail |
|---|---|---|---|
| 12/22/11 | Printing | | DUP |
| | Amount = $0.10 | | |
| 12/22/11 | Printing | | DUP |
| | Amount = $0.20 | | |
| 12/22/11 | Printing | | DUP |
| | Amount = $0.30 | | |
| 12/22/11 | Printing | | DUP |
| | Amount = $2.00 | | |
| 12/27/11 | Printing | | DUP |
| | Amount = $0.20 | | |
| 12/28/11 | PACER | | DOCRETRI |
| | Amount = $2.40 | | |
| 12/28/11 | Printing | | DUP |
| | Amount = $0.40 | | |
| 12/29/11 | PACER | | DOCRETRI |
| | Amount = $45.76 | | |

TOTALS FOR   732310            Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $416.69