EXHIBIT "B"

Nortel Networks Section 1114
8/22/2011...9/30/2011

Togut, Segal & Segal LLP
Summary Report

1/10/2012
4:20:55 PM

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| Meals | | 0.0 | 507.04 |
| Overnight Couri | | 0.0 | 55.94 |
| Photocopies | | 0.0 | 579.20 |
| Postage | | 0.0 | 0.88 |
| Telephone | | 0.0 | 85.54 |
| Travel-ground | | 0.0 | 1,614.88 |
| | Grand Total: | 0.0 | 2,843.48 |

Case 09-10138-MFW Doc 7112 Filed 01/27/12

Nortel Networks Section 1114
8/22/2011...9/30/2011

Togut, Segal & Segal LLP  Page 3 of 8
Client Billing Report

1/26/2012
2:22:07 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| **Matter: Case Status/Strategy** | | | | |
| 9/2/11 | sskelly / Meals<br>Case Status/Strategy | E | 0.0<br>24.00 | 24.00<br>Billable |
| #502776 | Dinner -- worked late re research. | | | |
| | Matter Total: | | 0.00 | 24.00 |
| **Matter: General** | | | | |
| 8/22/11 | bmoore / Meals<br>General | E | 0.0<br>86.20 | 86.20<br>Billable |
| #498167 | Dinner on 8/22/11 for BM, JL, DS and JI -- worked late re Retiree Benefits memo. | | | |
| 8/23/11 | lsheikh / Travel-ground<br>General | E | 0.0<br>27.00 | 27.00<br>Billable |
| #495988 | Taxi from office to home on 8/23/11 -- worked late on Diligence Re 1114. | | | |
| 8/24/11 | nberger / Travel-ground<br>General | E | 0.0<br>136.93 | 136.93<br>Billable |
| #499341 | Car service from office to home on 8/24/11 after 8pm -- worked late on case. | | | |
| 8/25/11 | bmoore / Meals<br>General | E | 0.0<br>15.20 | 15.20<br>Billable |
| #498169 | Dinner on 8/25/11 -- worked late re Retiree Benefits memo. | | | |
| 8/25/11 | dsmith / Travel-ground<br>General | E | 0.0<br>56.10 | 56.10<br>Billable |
| #499340 | Car service from office to home on 8/25/11 after 8pm -- worked late re pensions. | | | |
| 8/30/11 | jlee / Meals<br>General | E | 0.0<br>94.79 | 94.79<br>Billable |
| #496627 | Dinner on 8/30/11 for JL, BM, SR, DS, JI and AP re case strategy. | | | |

Nortel Networks Section 1114  
8/22/2011...9/30/2011  

Case 09-10138-KG  Doc 13012-2  Filed 02/17/12  Page 4 of 8

Togut, Segal & Segal LLP  
Client Billing Report

1/26/2012  
2:22:07 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 8/30/11 | dsmith / Travel-ground<br>General | E | 0.0<br>56.10 | 56.10<br>Billable |
| #499342 | Car service from office to home on 8/30/11 after 8pm -- worked late re pensions. | | | |
| 8/30/11 | bmoore / Travel-ground<br>General | E | 0.0<br>100.98 | 100.98<br>Billable |
| #499649 | Car service from office to home on 8/30/11 after 11pm -- worked late re retiree benefit. | | | |
| 8/31/11 | lsheikh / Travel-ground<br>General | E | 0.0<br>27.00 | 27.00<br>Billable |
| #496397 | Taxi from office to home on 8/30/11 -- worked on research for 1114 precedent and retention of FA. | | | |
| 8/31/11 | sskelly / Meals<br>General | E | 0.0<br>109.80 | 109.80<br>Billable |
| #496608 | Dinner for BM, DS, SR, JI, JL, SAS -- case strategy. | | | |
| 8/31/11 | bmoore / Travel-ground<br>General | E | 0.0<br>99.96 | 99.96<br>Billable |
| #499628 | Car service from office to home on 8/31/11 after 10pm -- worked late re retiree benefit. | | | |
| 8/31/11 | dsmith / Travel-ground<br>General | E | 0.0<br>56.10 | 56.10<br>Billable |
| #499648 | Car service from office to home on 8/31/11 after 9pm -- worked late re pensions. | | | |
| 8/31/11 | srothman / Travel-ground<br>General | E | 0.0<br>9.48 | 9.48<br>Billable |
| #499748 | Taxi from office to home -- worked late reviewing hearing transcripts. | | | |

Case 09-10138-KG  Doc 7138-4  Filed 01/27/12  Page 5 of 8

Nortel Networks Section 1114
8/22/2011...9/30/2011

Togut, Segal & Segal LLP
Client Billing Report

1/26/2012
2:22:07 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 8/31/11 | sskelly / Travel-ground<br>General | E | 0.0<br>106.59 | 106.59<br>Billable |
| #500021 | Car service from office to home on 8/31/11 after 9pm --<br>worked late re research. | | | |
| 9/1/11 | sskelly / Travel-ground<br>General | E | 0.0<br>101.75 | 101.75<br>Billable |
| #500026 | Car service from office to home on 9/1/11 -- worked late re research. | | | |
| 9/1/11 | atogut / Telephone<br>General | E | 0.0<br>6.02 | 6.02<br>Billable |
| #501017 | TS&S monthly telephone for September 2011. | | | |
| 9/1/11 | nberger / Telephone<br>General | E | 0.0<br>4.90 | 4.90<br>Billable |
| #501427 | Conference call held on 8/22/11. | | | |
| 9/1/11 | nberger / Telephone<br>General | E | 0.0<br>12.18 | 12.18<br>Billable |
| #501428 | Conference call held on 8/26/11. | | | |
| 9/1/11 | nberger / Telephone<br>General | E | 0.0<br>22.54 | 22.54<br>Billable |
| #501429 | Conference call held on 8/31/11. | | | |
| 9/1/11 | atogut / Photocopies<br>General | E | 0.0<br>579.20 | 579.20<br>Billable |
| #502980 | TS&S monthly photocopies for September 2011. | | | |
| 9/1/11 | atogut / Postage<br>General | E | 0.0<br>0.88 | 0.88<br>Billable |
| #503013 | TS&S monthly postage for September 2011. | | | |

Nortel Networks Section 1114
8/22/2011...9/30/2011

Case 09-10138-MFW  Doc 7138-4  Filed 01/27/12  Page 6 of 8

Togut, Segal & Segal LLP
Client Billing Report

Page 6 of 8

1/26/2012
2:22:07 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 9/2/11 | srothman / Travel-ground<br>General | E | 0.0<br>10.30 | 10.30<br>Billable |
| #499743 | Taxi from office to home -- worked late reviewing Canadian Funding Settlement Agreement. | | | |
| 9/2/11 | sskelly / Travel-ground<br>General | E | 0.0<br>115.52 | 115.52<br>Billable |
| #500027 | Car service from office to home on 9/2/11 -- worked late re research. | | | |
| 9/5/11 | bmoore / Travel-ground<br>General | E | 0.0<br>32.00 | 32.00<br>Billable |
| #505419 | Parking on 9/5/11 -- worked on Labor Day re draft of Survey Memo. | | | |
| 9/6/11 | nberger / Travel-ground<br>General | E | 0.0<br>127.51 | 127.51<br>Billable |
| #499650 | Car service from office to home on 9/6/11 after 9pm -- worked late on case matters. | | | |
| 9/6/11 | sskelly / Travel-ground<br>General | E | 0.0<br>108.38 | 108.38<br>Billable |
| #500953 | Car service from office to home on 9/6/11 -- worked late re research. | | | |
| 9/7/11 | srothman / Travel-ground<br>General | E | 0.0<br>9.96 | 9.96<br>Billable |
| #499764 | Taxi from office to home -- worked late on summarizing Anixter settlement documents for memo to Committee. | | | |
| 9/7/11 | nberger / Telephone<br>General | E | 0.0<br>31.50 | 31.50<br>Billable |
| #501430 | Conference call held on 9/7/11. | | | |
| 9/7/11 | nberger / Meals<br>General | E | 0.0<br>92.47 | 92.47<br>Billable |
| #503704 | Dinner for NB, SS, JL, SJR -- research retiree benefits. | | | |

Nortel Networks Section 1114  
8/22/2011...9/30/2011  

Case 09-10138-KG Doc 13012 Filed 02/17/12 Page 7 of 8

Togut, Segal & Segal LLP  
Client Billing Report

1/26/2012  
2:22:07 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 9/8/11 | nberger / Travel-ground<br>General | E | 0.0<br>124.18 | 124.18<br>Billable |
| #500813 | Car service from office to home on 9/8/11 after 8pm -- worked late on case matters. | | | |
| 9/12/11 | bmoore / Travel-ground<br>General | E | 0.0<br>100.98 | 100.98<br>Billable |
| #500812 | Car service from office to home on 9/12/11 after 9pm -- worked late re Retiree Benefits. | | | |
| 9/12/11 | bmoore / Meals<br>General | E | 0.0<br>9.74 | 9.74<br>Billable |
| #505420 | Dinner on 9/12/11 -- worked late drafting Survey Memo re retiree benefits. | | | |
| 9/13/11 | bmoore / Travel-ground<br>General | E | 0.0<br>99.96 | 99.96<br>Billable |
| #501902 | Car service from office to home on 9/13/11 -- worked late re Retiree Benefits. | | | |
| 9/13/11 | bmoore / Meals<br>General | E | 0.0<br>17.70 | 17.70<br>Billable |
| #505421 | Dinner on 9/13/11 -- worked late drafting Survey Memo re retiree benefits. | | | |
| 9/14/11 | nberger / Telephone<br>General | E | 0.0<br>8.40 | 8.40<br>Billable |
| #501431 | Conference call held on 9/14/11. | | | |
| 9/15/11 | nberger / Travel-ground<br>General | E | 0.0<br>54.05 | 54.05<br>Billable |
| #501880 | Car service from office to home on 9/15/11 -- worked late on Nortel matters (1/2 billing rate billed to non-Nortel matter). | | | |

Case 09-10138-MFW   Doc 11712   Page 8 of 8

Nortel Networks Section 1114
8/22/2011...9/30/2011

Togut, Segal & Segal LLP
Client Billing Report

1/26/2012
2:22:07 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 9/20/11 | nberger / Travel-ground<br>General | E | 0.0<br>54.05 | 54.05<br>Billable |
| #501900 | Car service from office to home on 9/20/11 -- worked late on Nortel matters (1/2 billing rate billed to non-Nortel matter). | | | |
| 9/21/11 | bmoore / Meals<br>General | E | 0.0<br>47.80 | 47.80<br>Billable |
| #505423 | Dinner on 9/21/11 for BM and SS -- worked late drafting Survey Memo re retiree benefits. | | | |
| 9/27/11 | bmoore / Meals<br>General | E | 0.0<br>9.34 | 9.34<br>Billable |
| #505422 | Dinner on 9/27/11 -- worked late updating Survey Memo re retiree benefits. | | | |
| 9/29/11 | bmoore / Overnight Couri<br>General | E | 0.0<br>16.19 | 16.19<br>Billable |
| #505412 | FedEx to Jane Kim of Cleary, Gottlieb, et al. -- topics list. | | | |
| 9/30/11 | bmoore / Overnight Couri<br>General | E | 0.0<br>39.75 | 39.75<br>Billable |
| #505749 | FedEx packages to Mark Daniele, Vincent Bodnar and Ronald Winters -- Cleary production. | | | |

|  |  |  |
|---|---|---|
| Matter Total: | 0.00 | 2,819.48 |
| Total Time Bill: | | |
| Total Time Non Bill: | | |
| Total Costs Bill: | | 2,843.48 |
| Total Costs Non Bill: | | |
| Total Non Billable: | | |
| Total Billable: | | 2,843.48 |
| Grand Total: | | 2,843.48 |