EXHIBIT "B"

Togut, Segal & Segal LLP
Summary Report

Nortel Networks Section 1114
10/1/2011...10/31/2011

1/11/2012
12:41:02 PM

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| Meals | | 0.0 | 742.85 |
| Overnight Couri | | 0.0 | 173.84 |
| Photocopies | | 0.0 | 457.50 |
| Postage | | 0.0 | 0.88 |
| Telephone | | 0.0 | 155.78 |
| Travel-ground | | 0.0 | 302.88 |
| | Grand Total: | 0.0 | 1,833.73 |

1

| Nortel Networks Section 1114 | Togut, Segal & Segal LLP | | | 1/26/2012 |
| --- | --- | --- | --- | --- |
| 10/1/2011...10/31/2011 | Client Billing Report | | | 3:13:51 PM |

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
| --- | --- | --- | --- | --- |
| | **Matter: General** | | | |
| 10/1/11 | atogut / Telephone<br>General | E | 0.0<br>1.36 | 1.36<br>Billable |
| #506942 | TS&S monthly telephone for October 2011. | | | |
| 10/1/11 | nberger / Telephone<br>General | E | 0.0<br>1.26 | 1.26<br>Billable |
| #507047 | Conference call held on 9/16/11 re Nortel. | | | |
| 10/1/11 | nberger / Telephone<br>General | E | 0.0<br>20.58 | 20.58<br>Billable |
| #507048 | Conference call held on 9/21/11 re Nortel. | | | |
| 10/1/11 | nberger / Telephone<br>General | E | 0.0<br>17.78 | 17.78<br>Billable |
| #507050 | Conference call held on 9/27/11 re Nortel. | | | |
| 10/1/11 | nberger / Telephone<br>General | E | 0.0<br>13.72 | 13.72<br>Billable |
| #507051 | Conference call held on 9/28/11 re Nortel. | | | |
| 10/1/11 | atogut / Postage<br>General | E | 0.0<br>0.88 | 0.88<br>Billable |
| #508803 | TS&S monthly postage for October 2011. | | | |
| 10/1/11 | atogut / Photocopies<br>General | E | 0.0<br>457.50 | 457.50<br>Billable |
| #509072 | TS&S monthly photocopies for October 2011. | | | |
| 10/3/11 | lsheikh / Telephone<br>General | E | 0.0<br>16.10 | 16.10<br>Billable |
| #506980 | Conference call held on 10/3/11 with Cleary and Akin re Alvarez & Maisal retention. | | | |

Nortel Networks Section 1114  
10/1/2011...10/31/2011

Togut, Segal & Segal LLP  
Client Billing Report

1/26/2012  
3:13:51 PM

| Date / Slip Number | Description | T/E | Hours / Rate | Slip Amount / Billing Status |
|---|---|---|---|---|
| 10/3/11 | bmoore / Meals<br>General | E | 0.0<br>14.15 | 14.15<br>Billable |
| #511133 | Dinner on 10/3/11 -- worked late re Retiree Benefits discovery issues. | | | |
| 10/4/11 | dsmith / Travel-ground<br>General | E | 0.0<br>60.18 | 60.18<br>Billable |
| #505353 | Car service from office to home on 10/4/11 after 9pm -- worked late re pensions. | | | |
| 10/4/11 | sskelly / Travel-ground<br>General | E | 0.0<br>122.66 | 122.66<br>Billable |
| #505411 | Car service from office to home on 10/4/11 after 8pm -- worked late re retiree benefits. | | | |
| 10/4/11 | bmoore / Meals<br>General | E | 0.0<br>28.70 | 28.70<br>Billable |
| #511134 | Dinner on 10/4/11 for BFM and DS -- worked late re Nortel pensions. | | | |
| 10/5/11 | bmoore / Telephone<br>General | E | 0.0<br>25.20 | 25.20<br>Billable |
| #506981 | Conference call held on 10/5/11 re Retiree Benefits. | | | |
| 10/5/11 | lsheikh / Telephone<br>General | E | 0.0<br>10.36 | 10.36<br>Billable |
| #506982 | Conference call held on 10/5/11 with Cleary/Akin re Alvarez & Maisal retention. | | | |
| 10/5/11 | sratner / Meals<br>General | E | 0.0<br>700.00 | 700.00<br>Billable |
| #507390 | Initial dinner meeting between TS&S (A. Togut, S. Ratner, B. Moore) and Nortel Retiree Committee (M. Haupt, M. Ressner, G. Donnahee and J. Zolokar) at Capital Grille on 10/5/11 (reduced amount). | | | |

Togut, Segal & Segal LLP
Client Billing Report

Nortel Networks Section 1114
10/1/2011...10/31/2011

1/26/2012
3:13:51 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 10/5/11 | sratner / Travel-ground<br>General | E | 0.0<br>7.00 | 7.00<br>Billable |
| #512544 | Taxi fare from office to dinner meeting with Retiree Committee at capital Grill near Wall Street. | | | |
| 10/6/11 | rmilin / Travel-ground<br>General | E | 0.0<br>4.50 | 4.50<br>Billable |
| #511123 | Subway to/from meeting at Nortel on 10/6/11. | | | |
| 10/6/11 | sratner / Travel-ground<br>General | E | 0.0<br>4.50 | 4.50<br>Billable |
| #512545 | R/T subway fare office to Cleary Gottlieb to attend Nortel meeting with Retiree Committee. | | | |
| 10/12/11 | bmoore / Telephone<br>General | E | 0.0<br>12.74 | 12.74<br>Billable |
| #506983 | Conference call held on 10/12/11 re Retiree Benefits. | | | |
| 10/12/11 | nberger / Telephone<br>General | E | 0.0<br>36.68 | 36.68<br>Billable |
| #507054 | Conference call held on 10/12/11 re Nortel. | | | |
| 10/17/11 | bmoore / Overnight Couri<br>General | E | 0.0<br>68.80 | 68.80<br>Billable |
| #508072 | FedEx (5 packages) -- Cleary production CDs. | | | |
| 10/21/11 | bmoore / Overnight Couri<br>General | E | 0.0<br>52.52 | 52.52<br>Billable |
| #510232 | FedEx packages to D. Greer, M. Daniele, R. Winters and V. Bodnar -- production CD. | | | |
| 10/27/11 | bmoore / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #512318 | Car service from office to home on 10/27/11 -- worked late re retiree benefits. | | | |

| Nortel Networks Section 1114 | Togut, Segal & Segal LLP | | | 1/26/2012 |
| --- | --- | --- | --- | --- |
| 10/1/2011...10/31/2011 | Client Billing Report | | | 3:13:51 PM |

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
| --- | --- | --- | --- | --- |
| 10/28/11 | bmoore / Overnight Couri<br>General | E | 0.0<br>52.52 | 52.52<br>Billable |
| #511488 | FedEx (4 packages) to R. Winters, D. Greer, M. Daniele and V. Bodnar -- CD. | | | |

|  | Matter Total: | 0.00 | 1,833.73 |
| --- | --- | --- | --- |
|  | Total Time Bill: | | |
|  | Total Time Non Bill: | | |
|  | Total Costs Bill: | | 1,833.73 |
|  | Total Costs Non Bill: | | |
|  | Total Non Billable: | | |
|  | Total Billable: | | 1,833.73 |
|  | Grand Total: | | 1,833.73 |