EXHIBIT "B"

Togut, Segal & Segal LLP
Summary Report

Nortel Networks Section 1114
11/1/2011...11/30/2011

1/18/2012
11:05:07 AM

| ID | Name/Description | | Slip Hours | Slip Amount |
|----|------------------|---|-----------|-------------|
| Meals | | | 0.0 | 93.35 |
| Photocopies | | | 0.0 | 238.50 |
| Telephone | | | 0.0 | 238.27 |
| Travel-ground | | | 0.0 | 408.38 |
| | | Grand Total: | 0.0 | 978.50 |

1

Nortel Networks Section 1114
11/1/2011...11/30/2011

**Togut, Segal & Segal LLP**
**Client Billing Report**

*1/26/2012*
*12:26:15 PM*

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|

### Matter: General

| 11/1/11 | nberger / Telephone General | E | 0.0 87.08 | 87.08 Billable |
|---|---|---|---|---|
| #513860 | Conference call held on 10/19/11 re Nortel matters. | | | |

| 11/1/11 | nberger / Telephone General | E | 0.0 23.10 | 23.10 Billable |
|---|---|---|---|---|
| #513864 | Conference call held on 10/26/11 re Nortel matters. | | | |

| 11/1/11 | nberger / Telephone General | E | 0.0 4.48 | 4.48 Billable |
|---|---|---|---|---|
| #513866 | Conference call held on 10/27/11 re Nortel matters. | | | |

| 11/1/11 | atogut / Telephone General | E | 0.0 4.89 | 4.89 Billable |
|---|---|---|---|---|
| #513981 | TS&S monthly telephone for November 2011. | | | |

| 11/1/11 | bmoore / Telephone General | E | 0.0 4.06 | 4.06 Billable |
|---|---|---|---|---|
| #515042 | Conference call held on 10/20/11 re retiree benefits. | | | |

| 11/1/11 | bmoore / Telephone General | E | 0.0 14.98 | 14.98 Billable |
|---|---|---|---|---|
| #515043 | Conference call held on 10/21/11 re retiree benefits. | | | |

| 11/1/11 | bmoore / Telephone General | E | 0.0 28.14 | 28.14 Billable |
|---|---|---|---|---|
| #515044 | Conference call held on 10/27/11 re retiree benefits. | | | |

| 11/1/11 | bmoore / Telephone General | E | 0.0 26.60 | 26.60 Billable |
|---|---|---|---|---|
| #515045 | Conference call held on 10/27/11 re retiree benefits. | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 11/1/11 | sskelly / Meals General | E | 0.0 16.53 | 16.53 Billable |
| #517006 | Dinner on 10/4/11 -- worked late re Retiree Benefits. | | | |
| 11/1/11 | atogut / Photocopies General | E | 0.0 238.50 | 238.50 Billable |
| #517059 | TS&S monthly photocopies for November 2011. | | | |
| 11/2/11 | nberger / Telephone General | E | 0.0 10.08 | 10.08 Billable |
| #513867 | Conference call held on 11/2/11 re Nortel matters. | | | |
| 11/2/11 | bmoore / Meals General | E | 0.0 7.59 | 7.59 Billable |
| #518297 | Dinner on 11/2/11 -- worked late re discovery. | | | |
| 11/7/11 | nberger / Travel-ground General | E | 0.0 56.27 | 56.27 Billable |
| #512416 | Car service from office to home on 11/7/11 after 8pm -- worked late on Nortel case (1/2 care rate billed to non-Nortel case). | | | |
| 11/8/11 | nberger / Travel-ground General | E | 0.0 108.10 | 108.10 Billable |
| #512417 | Car service from office to home on 11/8/11 after 10pm -- worked late on Nortel case. | | | |
| 11/8/11 | sratner / Travel-ground General | E | 0.0 4.50 | 4.50 Billable |
| #516928 | R/T subway TSS to Cleary offices on 11/8 to attend meeting re Retiree Benefits. | | | |
| 11/9/11 | nberger / Telephone General | E | 0.0 34.86 | 34.86 Billable |
| #513870 | Conference call held on 11/9/11 re Nortel matters. | | | |

Nortel Networks Section 1114
11/1/2011...11/30/2011

# Togut, Segal & Segal LLP
## Client Billing Report

*1/26/2012*
*12:26:15 PM*

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 11/17/11 | bmoore / Meals<br>General | E | 0.0<br>32.60 | 32.60<br>Billable |
| #518298 | Dinner for BM and SS on 11/17/11 -- worked late re discovery. | | | |
| 11/29/11 | srothman / Travel-ground<br>General | E | 0.0<br>12.30 | 12.30<br>Billable |
| #516998 | Taxi from office to hoe on 11/29/11 -- worked late analyzing production documents to assess what Plans have been produced. | | | |
| 11/29/11 | sskelly / Meals<br>General | E | 0.0<br>5.79 | 5.79<br>Billable |
| #517005 | Dinner on 11/29/11 -- worked late re Retiree Benefits. | | | |
| 11/29/11 | srothman / Meals<br>General | E | 0.0<br>20.51 | 20.51<br>Billable |
| #517007 | Dinner on 11/29/11 -- worked until midnight with SS to identify production deficiencies. | | | |
| 11/29/11 | sskelly / Travel-ground<br>General | E | 0.0<br>99.96 | 99.96<br>Billable |
| #518173 | Car service from office to home on 11/29/11 after 11pm -- worked late on retiree plan. | | | |
| 11/29/11 | nberger / Travel-ground<br>General | E | 0.0<br>119.75 | 119.75<br>Billable |
| #518181 | Car service from office to home on 11/29/11 after 8pm -- worked late on Nortel matters. | | | |
| 11/29/11 | bmoore / Meals<br>General | E | 0.0<br>10.33 | 10.33<br>Billable |
| #518299 | Dinner on 11/29/11 -- worked late re discovery. | | | |

Nortel Networks Section 1114
11/1/2011...11/30/2011

# Togut, Segal & Segal LLP
## Client Billing Report

*1/26/2012*
*12:26:15 PM*

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 11/30/11 | rmilin / Travel-ground | E | 0.0 | 7.50 |
| | General | | 7.50 | Billable |
| #518935 | Taxi from office to home on 11/30/11 after 8pm -- worked late re research and review of documents. | | | |

| | | |
|---|---|---|
| Matter Total: | 0.00 | 978.50 |

| | |
|---|---|
| Total Time Bill: | |
| Total Time Non Bill: | |
| Total Costs Bill: | 978.50 |
| Total Costs Non Bill: | |
| Total Non Billable: | |
| Total Billable: | 978.50 |
| Grand Total: | 978.50 |