# EXHIBIT A

# EXHIBIT A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

December 1, 2011 through December 31, 2011

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 2.1 | $525.00 |
| Fee and Employment Applications | 8.1 | $3,524.00 |
| Analysis of Canadian Law | 137.1 | $80,506.50 |
| Intercompany Analysis | 31.6 | $26,513.50 |
| Canadian CCAA Proceedings/Matters | 63.3 | $48,195.00 |
| Canadian Sec. 18.6 Proceedings/Matters | 2.5 | $1,962.50 |
| U.S. Proceedings/Matters | 1.6 | $510.50 |
| Litigation | 1.1 | $731.50 |
| **TOTAL** | 247.4 | $162,468.50 |

13138327.2

CASE ADMINISTRATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Ralph | Dianne | 15/12/2011 | Review of court docket (.2); court calendar deadlines and due dates (.2); email to A. Bauer regarding confirmation of plan motion (.3); | 0.7 | 175.00 | 10959864 |
| Ralph | Dianne | 14/12/2011 | Review of court docket (.1); forward update to attorneys (.1) | 0.2 | 50.00 | 10966490 |
| Ralph | Dianne | 20/12/2011 | Review of court docket (.1); forward update to attorneys (.1) | 0.2 | 50.00 | 10966886 |
| Ralph | Dianne | 27/12/2011 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 50.00 | 10979344 |
| Ralph | Dianne | 06/12/2011 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 50.00 | 10979422 |
| Ralph | Dianne | 19/12/2011 | Review of court docket (.1); retrieval of file motions to Inventorys (.3); | 0.4 | 100.00 | 10982655 |
| Ralph | Dianne | 07/12/2011 | Review of court docket | 0.2 | 50.00 | 10982681 |

FEE AND EMPLOYMENT APPLICATIONS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 14/12/2011 | Work on fee application (.4); Review final order (.2); Review distribution memo (.2); | 0.8 | 680.00 | 10962966 |
| Gray | William | 29/12/2011 | Review fee application and file monthly fee application; | 0.5 | 425.00 | 10975770 |
| Gray | William | 23/12/2011 | Work on fee application; | 0.5 | 425.00 | 10975811 |
| Bauer | Alison D. | 14/12/2011 | attention to fee app process and dates | 0.1 | 70.00 | 10955187 |
| Bauer | Alison D. | 28/12/2011 | attention to fee application exhibits and emails re same | 0.1 | 70.00 | 10976371 |
| Martin | Timothy | 19/12/2011 | Reviewing November time entries | 1.4 | 679.00 | 10969739 |
| Ralph | Dianne | 28/12/2011 | Review and finalize November fee application for filing (.8); email correspondence with A. Cordo (.1) | 0.9 | 225.00 | 10974579 |
| Ralph | Dianne | 21/12/2011 | Review of November time entry changes (.6); update November fee application (.3) | 0.9 | 225.00 | 10979004 |
| Ralph | Dianne | 20/12/2011 | Review of revised November time entries | 0.4 | 100.00 | 10979229 |
| Ralph | Dianne | 29/12/2011 | Update November time entries and revise fee application (.8); email to A. Cordo (.1) | 0.9 | 225.00 | 10979622 |
| Ralph | Dianne | 16/12/2011 | Draft Torys November fee application | 0.7 | 175.00 | 10982812 |
| Ralph | Dianne | 09/12/2011 | Review of November time entries | 0.9 | 225.00 | 10982968 |

LITIGATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 08/12/2011 | reviewing litigation materials and correspondence; | 0.8 | 532.00 | 10945594 |
| Gray | Andrew | 12/12/2011 | communications - telephone conference regarding mediation process; | 0.3 | 199.50 | 10951612 |

ANALYSIS OF CANADIAN LAW

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/12/2011 | research regarding Canadian legal issues; | 5.1 | 4,003.50 | 10933947 |
| Bomhof | Scott A. | 02/12/2011 | meeting with K. Wall and A. Gray regarding research and reviewing research on Canadian legal issues; | 6.1 | 4,788.50 | 10936916 |
| Bomhof | Scott A. | 05/12/2011 | research regarding Canadian legal issues; | 7.0 | 5,495.00 | 10938246 |
| Bomhof | Scott A. | 07/12/2011 | reviewing research and telephone call with L. Lipner to discuss Canadian legal research; | 3.1 | 2,433.50 | 10944508 |
| Bomhof | Scott A. | 06/12/2011 | research regarding Canadian legal issues; | 3.5 | 2,747.50 | 10944719 |
| Bomhof | Scott A. | 08/12/2011 | research regarding Canadian legal issues; | 6.0 | 4,710.00 | 10948173 |
| Bomhof | Scott A. | 12/12/2011 | research regarding Canadian legal issues related to pending mediation; | 1.5 | 1,177.50 | 10951500 |
| Bomhof | Scott A. | 13/12/2011 | research regarding mediation/allocation issues; | 1.5 | 1,177.50 | 10954179 |
| Bomhof | Scott A. | 14/12/2011 | research regarding Canadian legal issues; | 1.9 | 1,491.50 | 10955815 |
| Bomhof | Scott A. | 15/12/2011 | revising draft memo on Canadian legal issues related to pending mediation; | 1.9 | 1,491.50 | 10958426 |
| Bomhof | Scott A. | 16/12/2011 | Review and provide comments on memo on Canadian legal issues; | 3.5 | 2,747.50 | 10963413 |
| Bomhof | Scott A. | 29/12/2011 | research regarding Canadian legal issues; | 1.5 | 1,177.50 | 10976762 |
| Bomhof | Scott A. | 06/12/2011 | meeting with A. Gray and K. Wall regarding Canadian legal issues; | 0.7 | 549.50 | 10998676 |
| Gray | Andrew | 01/12/2011 | internal discussions regarding legal issues (0.9); conducting research (0.3); | 1.2 | 798.00 | 10934282 |
| Gray | Andrew | 05/12/2011 | reviewing case law and related correspondence; | 2.7 | 1,795.50 | 10938886 |
| Gray | Andrew | 06/12/2011 | meeting with Scott Bomhof to discuss Canadian legal issues and research (0.5); reading cases (1.5); | 2.0 | 1,330.00 | 10941882 |
| Gray | Andrew | 07/12/2011 | conference call to discuss Canadian legal research; conducting research; | 1.5 | 997.50 | 10944276 |
| Gray | Andrew | 10/12/2011 | reviewing cases (2.5); email correspondence (0.3); | 2.8 | 1,862.00 | 10946563 |
| Gray | Andrew | 11/12/2011 | reviewing research materials; | 1.5 | 997.50 | 10947412 |
| Gray | Andrew | 16/12/2011 | drafting memorandum (3.2); meeting with Scott Bomhof (0.3); email correspondence (0.3); | 3.8 | 2,527.00 | 10958905 |
| Gray | Andrew | 18/12/2011 | drafting memorandum (0.8); conducting legal research (3.7); | 4.5 | 2,992.50 | 10958947 |
| Gray | Andrew | 19/12/2011 | drafting memorandum; | 6.7 | 4,455.50 | 10962772 |
| Atkey | Matthew | 09/12/2011 | conference call with Scott Bomhof and Bill Estey and with Cleary re Canadian legal issues (1.8); further follow-up research re same (1.2); | 3.0 | 1,350.00 | 10950507 |
| Atkey | Matthew | 08/12/2011 | meeting with Scott Bomhof and Bill Estey re Canadian legal issues (0.4); follow up communications and research re same (1.5); | 1.9 | 855.00 | 10951283 |
| Atkey | Matthew | 07/12/2011 | review of correspondence from Torys to Cleary re subrogation matters and additional comments re same; | 0.3 | 135.00 | 10951865 |
| Wall | Kevin | 02/12/2011 | research re: Canadian legal issues in bankruptcy matters (.5); collecting and summarizing case law (.8); | 1.3 | 383.50 | 10933210 |
| Wall | Kevin | 01/12/2011 | research re: Canadian legal issues (1.5); meeting with Scott Bomhof and Andrew Gray to discuss the file (1.3); | 2.8 | 826.00 | 10933914 |
| Wall | Kevin | 04/12/2011 | pulling and noting up Adams v. Cape Industries to determine extent of judicial consideration | 1.6 | 472.00 | 10935712 |

ANALYSIS OF CANADIAN LAW

ANALYSIS OF CANADIAN LAW

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Wall | Kevin | 06/12/2011 | in Canada; meeting with Scott Bomhof and Andrew Gray re: Canadian legal issues (.7); case law research (.5); | 1.2 | 354.00 | 10941226 |
| Wall | Kevin | 05/12/2011 | reviewing Canadian legal issues with Scott Bomhof; | 0.9 | 265.50 | 10943446 |
| Wall | Kevin | 07/12/2011 | reviewing Canadian legal issues and discussing with Scott to prepare summary for client (.7); summarizing case law for client memo (2.1); | 2.8 | 826.00 | 10943552 |
| Wall | Kevin | 11/12/2011 | preparing summary of English and Canadian cases on Canadian legal issues; | 8.0 | 2,360.00 | 10952756 |
| Wall | Kevin | 12/12/2011 | preparing summary of English and Canadian cases on Canadian legal issues; | 6.4 | 1,888.00 | 10953095 |
| Wall | Kevin | 09/12/2011 | preparing summary of English and Canadian cases on Canadian legal issues; | 1.0 | 295.00 | 10953204 |
| Wall | Kevin | 08/12/2011 | preparing summary of English and Canadian cases on Canadian legal issues; | 6.2 | 1,829.00 | 10953451 |
| Wall | Kevin | 13/12/2011 | preparing summary of English and Canadian cases on Canadian legal issues; | 6.7 | 1,976.50 | 10953503 |
| Wall | Kevin | 14/12/2011 | preparing summary of English and Canadian cases on Canadian legal issues; | 6.0 | 1,770.00 | 10955406 |
| Wall | Kevin | 15/12/2011 | revising draft of case summaries re: Canadian legal issues; | 3.5 | 1,032.50 | 10957590 |
| Wall | Kevin | 18/12/2011 | reviewing and summarizing English case law on Canadian legal issues; | 1.5 | 442.50 | 10960435 |
| Estey | Wilfred M. | 07/12/2011 | review of e-mails from Scott Bomhof and Matt Atkey re Canadian legal issues; | 0.8 | 780.00 | 10944151 |
| Estey | Wilfred M. | 08/12/2011 | office conversation with Scott Bomhof and Matt Atkey re Canadian legal issue; review of the case law; review of e-mails from Scott and Matt; | 2.0 | 1,950.00 | 10946396 |
| Estey | Wilfred M. | 09/12/2011 | engaged in preparing for conference call by reviewing case law (.8); lengthy conference call re same with representatives of Cleary Gottlieb, Scott Bomhof and Matt Atkey (1.3); review of follow-up emails (0.5); | 2.6 | 2,535.00 | 10948597 |
| DeMarinis | Tony | 07/12/2011 | review materials and correspondence regarding Canadian research relating to mediation issues; | 1.5 | 1,462.50 | 10951309 |
| DeMarinis | Tony | 14/12/2011 | Analysis of legal issues in regards to Canadian and cross-border claims; | 1.7 | 1,657.50 | 10957848 |
| DeMarinis | Tony | 15/12/2011 | review of Canadian law issues relating to inter-company allocations; | 1.0 | 975.00 | 10959269 |
| DeMarinis | Tony | 16/12/2011 | review legal issue relating to claims valuation; | 0.5 | 487.50 | 10962963 |
| DeMarinis | Tony | 19/12/2011 | review materials and analysis regarding Canadian law relevant to inter-estate allocation; | 1.5 | 1,462.50 | 10965585 |
| DeMarinis | Tony | 08/12/2011 | reading summary on claims issue; | 0.4 | 390.00 | 10971111 |

INTERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 05/12/2011 | telephone call with Cleary and John Rea regarding mediation issues and status of proceedings; | 0.9 | 706.50 | 10939073 |
| Bomhof | Scott A. | 06/12/2011 | telephone call with Cleary, J. Ray and UCC advisors; | 1.3 | 1,020.50 | 10944753 |
| Bomhof | Scott A. | 09/12/2011 | reviewing research on allocation/mediation issues and telephone call with Cleary to discuss same; | 3.5 | 2,747.50 | 10951651 |
| Bomhof | Scott A. | 13/12/2011 | telephone call with Cleary, J. Ray and counsel to UCC and other U.S. creditors regarding restructuring and mediation issues; | 1.5 | 1,177.50 | 10953997 |
| Bomhof | Scott A. | 14/12/2011 | telephone call with J. Ray, Cleary, FMC and Aikens regarding mediation issues; | 2.0 | 1,570.00 | 10955379 |
| Bomhof | Scott A. | 16/12/2011 | Review issues related to Canadian pension claims and discuss same with L. Schweitzer and M. Frazer; | 1.3 | 1,020.50 | 10963093 |
| Bomhof | Scott A. | 20/12/2011 | Telephone conversation with Cleary re: mediation issues and preparation of mediation brief; | 0.6 | 471.00 | 10966264 |
| Bomhof | Scott A. | 19/12/2011 | Participate in teleconference with J. Ray, Cleary and Fraser Milner re: mediation and allocation issues; | 1.5 | 1,177.50 | 10968011 |
| Bomhof | Scott A. | 30/12/2011 | reviewing questions from Cleary regarding mediation issues and discussing reply with A. Gray; | 1.0 | 785.00 | 10976349 |
| DeMarinis | Tony | 16/12/2011 | email correspondence and review of legal issues in re inter-company matters; | 0.8 | 780.00 | 10963743 |
| DeMarinis | Tony | 19/12/2011 | review materials for upcoming mediation session; | 1.3 | 1,267.50 | 10965611 |
| DeMarinis | Tony | 08/12/2011 | review issues summary and email correspondence relating to same; | 0.8 | 780.00 | 10970677 |
| DeMarinis | Tony | 22/12/2011 | consideration of issues regarding inter-company allocation and mediation matters; | 1.4 | 1,365.00 | 10970952 |
| Gray | William | 02/12/2011 | Work on subordination issues; | 2.2 | 1,870.00 | 10938276 |
| Gray | William | 06/12/2011 | Work on legal issues (1.0); Work on substantive consolidation issues (.7); | 1.7 | 1,445.00 | 10943407 |
| Gray | William | 05/12/2011 | Work on intercompany claims (1.3); Work on legal issues (1.0); | 2.3 | 1,955.00 | 10944591 |
| Gray | William | 08/12/2011 | Legal research re: legal issues (.7); Legal research re: cross-border recognition of claims (.9); | 1.6 | 1,360.00 | 10950778 |
| Gray | William | 09/12/2011 | Legal research re: legal issues (.5); Legal research re: cross-border recognition of claims (.8); | 1.3 | 1,105.00 | 10951088 |
| Gray | William | 12/12/2011 | Review intercompany claims issues; | 1.3 | 1,105.00 | 10955336 |
| Gray | William | 14/12/2011 | Work on legal issues and intercompany account issues; | 1.4 | 1,190.00 | 10962780 |
| Gray | William | 23/12/2011 | Work on Canadian legal issue; | 1.3 | 1,105.00 | 10974863 |
| Gray | William | 27/12/2011 | Work on Canadian legal issue; | 0.6 | 510.00 | 10975741 |

INTERCOMPANY ANALYSIS

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/12/2011 | telephone call with S. Dewart regarding insurance motion (.2); settle language for vesting order (.5); follow up call to Goodmans and Cleary regarding cross-border claim reconciliation and providing comments on Monitor's report with respect to same (.8); telephone call with FMC regarding CCAA issues for extension of stay (.8); meeting with D. Outerbridge and discussing research on insurance issues (1.2); | 3.5 | 2,747.50 | 10933161 |
| Bomhof | Scott A. | 02/12/2011 | telephone call with C. Armstrong and follow up with Cleary regarding finalization of vesting orders (.7); telephone call with A. Mersky regarding insurance motion (.3); telephone call with FMC regarding status of various nortel CCAA matters (.7); reviewing file regarding pending CCAA extension motion (1.1); | 2.8 | 2,198.00 | 10935546 |
| Bomhof | Scott A. | 05/12/2011 | follow up with Norton Rose and Cleary on insurance motion issues (.4); telephone call with K. Zych of Bennett Jones regarding CCAA extension issues (.4); | 0.8 | 628.00 | 10939149 |
| Bomhof | Scott A. | 06/12/2011 | reviewing NNL motion record for extension of stay and discussing same with Cleary (.9); reviewing updated cross-border claims reconciliation (.3); telephone call with Norton Rose and telephone call with Cleary regarding issue and reviewing filed claims (.6); telephone call with Cleary regarding CCAA issues (.7); | 2.5 | 1,962.50 | 10943331 |
| Bomhof | Scott A. | 07/12/2011 | telephone call with A. Mersky, L. Schwitzer regarding insurance motion issues (1.2); telephone call with J. Stam regarding CCAA issues and EMEA motion and telephone call with M. Gotlieb regarding EMEA motion (.7); reviewing Monitor's report regarding CCAA extension (.5); telephone call with L. Schwitzer regarding CCAA issues (.6); | 3.0 | 2,355.00 | 10943765 |
| Bomhof | Scott A. | 08/12/2011 | reviewing materials for NNL's CCAA extension motion (.6); meeting with J. Bromley and attend motion before Morawetz J. regarding discovery motion by EMEA (2.3); | 2.9 | 2,276.50 | 10948697 |
| Bomhof | Scott A. | 09/12/2011 | prepare for December 14 CCAA extension motion (.8); follow up on sealing order (.3); telephone call with Cleary and Norton Rose regarding privilege issues related to insurance claims and status of review of claims (1.0); preparing and sending letter to A. Merskey regarding insurance motion (.3); | 2.4 | 1,884.00 | 10950878 |
| Bomhof | Scott A. | 12/12/2011 | telephone call with Cleary, FMC, Aiken and J. Ray regarding CCAA extension application and related relief (1.3); reviewing materials for December 14 CCAA hearing (.5); telephone call with Goodmans regarding confidential exhibits to the Monitor's Report (.3); | 2.1 | 1,648.50 | 10951751 |

CANADIAN CCAA PROCEEDINGS/MATTERS

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 13/12/2011 | prepare for December 14 CCAA motions and reviewing "confidential exhibits" to the Monitor's Report (.9); reviewing e-mail from A. Merskey regarding privilege issues related to insurance motion and discussing same with Cleary (.6); | 1.5 | 1,177.50 | 10953302 |
| Bomhof | Scott A. | 14/12/2011 | meeting with M. Fleming DeLacrux of Cleary and attend motion before Morawetz J. regarding CCAA stay extension and employee issues (3.8); meeting with A. Merskey regarding insurance motion (.4); telephone call with E. Bussigel of Cleary and reviewing CCAA motion (1.0); | 5.2 | 4,082.00 | 10955372 |
| Bomhof | Scott A. | 15/12/2011 | reviewing order and endorsement from December 14 hearing (.2); reviewing e-mail from Goodmans and finalized APA's regarding sales (.9); | 1.1 | 863.50 | 10957471 |
| Bomhof | Scott A. | 16/12/2011 | Review materials for approval of Flextronics settlement (0.9); review letter from Herbert Smith re: insurance claims and discuss same with Cleary (0.3); | 1.2 | 942.00 | 10963404 |
| Bomhof | Scott A. | 20/12/2011 | Telephone conversation with Cleary re: U.S. stipulation and Joint Administrators position on disclosure of insurance claims (0.9); review materials for December 23 Motion re: Flextronics settlement (0.6); | 1.5 | 1,177.50 | 10966277 |
| Bomhof | Scott A. | 21/12/2011 | Telephone conversation with Cleary re: insurance issues (0.6); telephone conversation with J. Croft of Cleary re: December 23 motion to approve Flextronics settlement and review NNI/NNL/NNMK Side Agreement (1.0); arrange for reimbursement of 50% of D. Livingston's expert fees re: June Allocation Protocol motion (0.2); | 1.8 | 1,413.00 | 10967820 |
| Bomhof | Scott A. | 23/12/2011 | preparing for and attending motion before Morawetz J. regarding approval of Flextronics settlement; | 2.5 | 1,962.50 | 10976338 |
| Bomhof | Scott A. | 29/12/2011 | telephone call with E. Bussigel regarding insurance issues (.9); reviewing Third Circuit ruling on UK pension claims and providing copy to Monitor (.6); | 1.5 | 1,177.50 | 10976596 |
| Bomhof | Scott A. | 28/12/2011 | reviewing claims summaries regarding insurance and exchange messages with Cleary regarding same; | 0.6 | 471.00 | 10976623 |
| Bomhof | Scott A. | 22/12/2011 | meeting with A. Gray regarding insurance issues and reviewing claims (.4); preparing for December 23 motion regarding Flextronics settlement (.6); | 1.0 | 785.00 | 10976944 |
| Gray | Andrew | 02/12/2011 | conference call regarding late claim issue; | 0.9 | 598.50 | 10932901 |
| Gray | Andrew | 20/12/2011 | conference calls with counsel (0.5); preparing legal analysis (3.1); email correspondence (0.3); | 3.9 | 2,593.50 | 10965870 |
| Gray | Andrew | 21/12/2011 | conference call regarding motion on December 23 (0.4); reviewing motion materials (0.6); | 1.0 | 665.00 | 10967750 |
| Gray | Andrew | 22/12/2011 | conference call with counsel regarding upcoming motion (0.8); email correspondence (0.2); | 1.0 | 665.00 | 10970440 |

CANADIAN CCAA PROCEEDINGS/MATTERS

:ANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 30/12/2011 | reviewing legal research materials and claims-related materials; | 7.3 | 4,854.50 | 10978484 |
| Frazer | Mitch | 13/12/2011 | e-mails from and to Scott Bomhof regarding post-filing interest on claims; | 0.8 | 608.00 | 10954201 |
| Frazer | Mitch | 14/12/2011 | receiving e-mails from and sending e-mails to Scott Bomhof re interest rate query; | 0.5 | 380.00 | 10956781 |
| Frazer | Mitch | 15/12/2011 | drafting e-mail to Scott Bomhof re interest query; | 0.5 | 380.00 | 10957377 |
| Frazer | Mitch | 16/12/2011 | having call with Scott Bomhof and Lisa Schweitzer re pension interest issue; receiving e-mail from Scott Bomhof re same; | 0.5 | 380.00 | 10958939 |
| DeMarinis | Tony | 05/12/2011 | review of materials and issues relating to Canadian claims; | 1.3 | 1,267.50 | 10946274 |
| DeMarinis | Tony | 07/12/2011 | review monitor's 78th report and referenced materials; | 0.5 | 487.50 | 10951187 |
| DeMarinis | Tony | 16/12/2011 | review issued December 14 order and endorsement (0.2); correspondence in re Chartis (0.2); review served motion record for December 23 hearing in re: Flextronics (0.3); | 0.7 | 682.50 | 10963214 |
| DeMarinis | Tony | 19/12/2011 | review 79th monitor's report; | 0.2 | 195.00 | 10966098 |
| DeMarinis | Tony | 20/12/2011 | review memorandum and supporting materials on Canadian legal issue related to mediation matters; | 1.0 | 975.00 | 10968671 |
| DeMarinis | Tony | 13/12/2011 | emails on Canadian legal issues; emails with clients; review draft cash collateral agreement from Scott Bomhof; emails on legal matter; review Company financials; | 0.7 | 682.50 | 10970289 |
| DeMarinis | Tony | 21/12/2011 | email correspondence regarding Canadian proceedings; | 0.2 | 195.00 | 10970439 |
| DeMarinis | Tony | 12/12/2011 | review claims information in Canadian proceedings; | 1.6 | 1,560.00 | 10970689 |
| Mauro | Clare | 06/12/2011 | consulting with student on U.S. case law research (K. Wall); | 0.6 | 207.00 | 10944518 |
| Martin | Timothy | 09/12/2011 | Reviewing precedent court documents re: claims issue | 2.2 | 1,067.00 | 10947229 |

CANADIAN CCAA PROCEEDINGS/MATTERS

CANADIAN SEC. 18.6 PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 06/12/2011 | reviewing sealing order materials and telephone call with Cleary and telephone call with Norton Rose to co-ordinate recognition hearing; | 0.7 | 549.50 | 10944216 |
| Bomhof | Scott A. | 13/12/2011 | follow up on status of U.S. sealing order and scheduling of reorganization motion; | 0.3 | 235.50 | 10952869 |
| Bomhof | Scott A. | 16/12/2011 | Exchange messages with Cleary re: recognition motions for sealing order and Flextranics settlement order; | 1.0 | 785.00 | 10964161 |
| Bomhof | Scott A. | 20/12/2011 | Follow-up on scheduling of s.18.6 motion re: recognition of U.S. order approving Flextronics settlement; | 0.3 | 235.50 | 10966019 |
| Bomhof | Scott A. | 21/12/2011 | Telephone conversation with J. Croft re: timing for S.18.6 order with respect to U.S. Court approval of Flextronics settlement; | 0.2 | 157.00 | 10967941 |

CANADIAN SEC. 18.6 PROCEEDINGS/MATTERS

U.S. PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Wall | Kevin | 07/12/2011 | meeting with Scott and Andrew to discuss ongoing steps in research; | 0.9 | 265.50 | 10943672 |
| Hoffman | Michael B. | 09/12/2011 | research & obtain bankruptcy court documents; | 0.7 | 245.00 | 10947046 |