**EXHIBIT B**

# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

December 1, 2011 through December 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Research | Quicklaw / Westlaw | $2,519.37 |
| Duplicating/Printing | 2,512 pgs @ .10 per pg | $251.20 |
| Miscellaneous | West Payment Center | $165.22 |
| Courier | | - |
| Taxi & Travel | Taxi | - |
| Meals | | $33.23 |
| Library Costs | | - |
| Court Searches | PACER Service Fees | |
| Word Processing | | - |
| Telephone | Long Distance | - |
| **Grand Total Expenses** | | **$2,969.02** |

13138327.2

| Date | Amount | Description |
|---|---:|---|
| 01/12/2011 | 0.80 | Copies |
| 02/12/2011 | 1.60 | Copies |
| 07/12/2011 | 4.40 | Copies |
| 08/12/2011 | 0.20 | Copies |
| 15/12/2011 | 0.60 | Copies |
| | $ 7.60 | |
| 01/12/2011 | 2.30 | Laser Printing |
| 01/12/2011 | 0.50 | Laser Printing |
| 01/12/2011 | 21.70 | Laser Printing |
| 02/12/2011 | 18.50 | Laser Printing |
| 02/12/2011 | 1.10 | Laser Printing |
| 04/12/2011 | 0.20 | Laser Printing |
| 05/12/2011 | 0.20 | Laser Printing |
| 05/12/2011 | 51.40 | Laser Printing |
| 05/12/2011 | 2.00 | Laser Printing |
| 07/12/2011 | 0.20 | Laser Printing |
| 07/12/2011 | 0.30 | Laser Printing |
| 07/12/2011 | 12.40 | Laser Printing |
| 08/12/2011 | 0.70 | Laser Printing |
| 08/12/2011 | 1.90 | Laser Printing |
| 08/12/2011 | 0.20 | Laser Printing |
| 08/12/2011 | 3.80 | Laser Printing |
| 08/12/2011 | 0.80 | Laser Printing |
| 09/12/2011 | 0.50 | Laser Printing |
| 09/12/2011 | 0.50 | Laser Printing |
| 09/12/2011 | 0.10 | Laser Printing |
| 09/12/2011 | 7.00 | Laser Printing |
| 09/12/2011 | 0.70 | Laser Printing |
| 09/12/2011 | 1.40 | Laser Printing |
| 11/12/2011 | 0.90 | Laser Printing |
| 12/12/2011 | 5.70 | Laser Printing |
| 12/12/2011 | 1.80 | Laser Printing |
| 12/12/2011 | 13.80 | Laser Printing |
| 13/12/2011 | 3.20 | Laser Printing |
| 13/12/2011 | 0.40 | Laser Printing |
| 14/12/2011 | 18.30 | Laser Printing |
| 14/12/2011 | 5.20 | Laser Printing |
| 15/12/2011 | 3.20 | Laser Printing |
| 15/12/2011 | 10.80 | Laser Printing |
| 15/12/2011 | 1.10 | Laser Printing |
| 16/12/2011 | 1.60 | Laser Printing |
| 16/12/2011 | 1.20 | Laser Printing |
| 16/12/2011 | 4.10 | Laser Printing |
| 18/12/2011 | 2.10 | Laser Printing |
| 19/12/2011 | 0.70 | Laser Printing |
| 19/12/2011 | 4.80 | Laser Printing |
| 20/12/2011 | 3.00 | Laser Printing |
| 20/12/2011 | 0.60 | Laser Printing |
| 20/12/2011 | 4.40 | Laser Printing |
| 21/12/2011 | 1.10 | Laser Printing |
| 22/12/2011 | 5.70 | Laser Printing |
| 30/12/2011 | 5.50 | Laser Printing |
| 02/12/2011 | 0.10 | Laser Printing |
| 06/12/2011 | 1.20 | Laser Printing |
| 06/12/2011 | 0.20 | Laser Printing |
| 06/12/2011 | 0.20 | Laser Printing |
| 06/12/2011 | 1.20 | Laser Printing |

| Date | Amount | Description |
|---|---:|---|
| 06/12/2011 | 1.20 | Laser Printing |
| 13/12/2011 | 0.50 | Laser Printing |
| 15/12/2011 | 0.30 | Laser Printing |
| 16/12/2011 | 0.30 | Laser Printing |
| 20/12/2011 | 1.00 | Laser Printing |
| 20/12/2011 | 1.10 | Laser Printing |
| 21/12/2011 | 1.10 | Laser Printing |
| 21/12/2011 | 0.40 | Laser Printing |
| 21/12/2011 | 0.20 | Laser Printing |
| 21/12/2011 | 1.40 | Laser Printing |
| **21/12/2011** | 1.10 | Laser Printing |
| 21/12/2011 | 0.10 | Laser Printing |
| 21/12/2011 | 0.10 | Laser Printing |
| 21/12/2011 | 1.10 | Laser Printing |
| 28/12/2011 | 1.40 | Laser Printing |
| 28/12/2011 | 1.10 | Laser Printing |
| 28/12/2011 | 0.20 | Laser Printing |
| 28/12/2011 | 0.10 | Laser Printing |
| 28/12/2011 | 0.10 | Laser Printing |
| 29/12/2011 | 0.10 | Laser Printing |
| 29/12/2011 | 0.20 | Laser Printing |
| | **$ 243.60** | |
| 01/12/2011 | 100.95 | On Line Research Charges - Quicklaw |
| 02/12/2011 | 89.18 | On Line Research Charges - Quicklaw |
| 04/12/2011 | 49.01 | On Line Research Charges - Quicklaw |
| 05/12/2011 | 10.79 | On Line Research Charges - Quicklaw |
| 08/12/2011 | 32.34 | On Line Research Charges - Quicklaw |
| 09/12/2011 | 277.36 | On Line Research Charges - Quicklaw |
| 11/12/2011 | 10.79 | On Line Research Charges - Quicklaw |
| 15/12/2011 | 68.61 | On Line Research Charges - Quicklaw |
| 29/12/2011 | 131.10 | On Line Research Charges - Quicklaw |
| 01/12/2011 | 59.30 | On Line Research Charges -WestlaweCarswell Incl. |
| 06/12/2011 | 858.57 | On Line Research Charges -WestlaweCarswell Incl. |
| 11/12/2011 | 24.99 | On Line Research Charges -WestlaweCarswell Incl. |
| 29/12/2011 | 113.20 | On Line Research Charges -WestlaweCarswell Incl. |
| 09/12/2011 | 33.76 | On Line Research Charges - Westlaw Excl. |
| 09/12/2011 | 659.42 | On Line Research Charges - Westlaw Incl. |
| | **$ 2,519.37** | |
| 28/12/2011 | $ 165.22 | Miscellaneous - - VENDOR: WEST PAYMENT CENTER |
| 22/12/2011 | $ 33.23 | Meals- Lunch (2)  Dec 11, S. Bomhof (R. Reisman) |
| **Grand Total** | **$ 2,969.02** | |