Case 09-10138-MFW    Doc 7143    Filed 01/30/12    Page 1 of 4

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
NORTEL NETWORKS, INC., ET AL.,                                 :    Case No. 09-10138 (KG)
                                                               :
                                    Debtors.                   :    (Jointly Administered)
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Karen M. Wagner, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communication agent for the Official Committee of Retired Employees, in the above-captioned cases:

On January 27, 2012, I caused to be served the following documents via First-Class Mail on those parties identified on **Exhibit A**:

- Notice, Coversheet and First Monthly Application of Togut, Segal & Segal LLP, as Counsel to the Official Committee of Retired Employees, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 22, 2011 Through September 30, 2011 **[Docket No. 7136]**

- Coversheet and Second Monthly Application of Togut, Segal & Segal LLP, as counsel to the Official Committee of Retired Employees, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period October 1, 2011 Through October 31, 2011 **[Docket No. 7137]**

- Cover Sheet and Third Monthly Application of Togut, Segal & Segal LLP, as counsel to the Official Committee of Retired Employees, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period November 1, 2011 Through November 30, 2011 **[Docket No. 7138]**

- First Quarterly Fee Application of Togut, Segal & Segal LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Retired Employees for the Period August 22, 2011 Through October 31, 2011 **[Docket No. 7139]**

Dated: January 27, 2012

_____
Karen M. Wagner
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
310.823.9000

State of California      )
                        ) ss
County of Los Angeles    )

Subscribed and sworn to (or affirmed) before me on this 27th day of January, 2012, by Karen M. Wagner, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____



VANESSA RAE QUINONES
Commission # 1957203
Notary Public - California
Los Angeles County
My Comm. Expires Oct 20, 2015

# Exhibit A

**Exhibit A**
**Service List**

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Akin Gump | Fred S. Hodara Esq | Ryan C Jacobs Esq | David H Botter Esq | One Bryant Park | New York | NY | 10036-0000 |
| Cleary Gottlieb Steen & Hamilton | James L Bromley | One Liberty Plaza | | | New York | NY | 10006-0000 |
| Elliott Greenleaf | Rafael X. Zahralddin-Aravena | Shelley A Kinsella | 1105 N. Market St Ste 1700 | | Wilmington | DE | 19801-0000 |
| Morris Nichols Arsht & Tunnell LLP | Ann C Cordo | 1201 N Market St | PO Box 1347 | | Wilmington | DE | 19899-1347 |
| Nortel Networks Inc | Allen K Stout | 220 Athens Way Ste 300 | | | Nashville | TN | 37228-1304 |
| Nortel Networks Inc | Attn Accounts Payable | PO Box 13010 | | | Research Triangle Park | NC | 27709-0000 |
| Office of the U.S. Trustee | Thomas P. Tinker. Esq | 844 King St | Ste 2207 Lockbox 35 | | Wilmington | DE | 19801-3519 |
| Richards Layton & Finger | Mark D. Collins Esq | Christopher M Samis Esq | One Rodney Square | 920 N King St | Wilmington | DE | 19801-0000 |