Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2011

| Date | Atty | Services | Hours |
| --- | --- | --- | --- |
| 12/05/11 | JRH | Emails with J. Smith regarding open items in Nortel | 0.10 |
| 12/06/11 | JRH | Emails to and from J. Smith regarding open items in Nortel | 0.20 |
| 12/07/11 | JRH | Review Nortel emails regarding status reports, etc. | 0.20 |
| 12/13/11 | EH | Review agenda for 12/14/11 hearing | 0.10 |
| 12/13/11 | EH | Review email from J. Hoover regarding cancellation of 12/14/11 fee application hearing | 0.10 |
| 12/14/11 | EH | Discuss status of 12/14/11 fee application hearing with J. Smith | 0.10 |
| 12/14/11 | EH | Review amended agenda for 12/14/11 hearing | 0.10 |
| 12/14/11 | EH | Review clerk's minutes of 12/14/11 hearing | 0.10 |
| 12/28/11 | EH | Review agenda for 12/30/11 hearing | 0.10 |
| 12/28/11 | EH | Review 12/27/11 adversary status report | 0.10 |
| 12/29/11 | EH | Review amended agenda for 12/30/11 hearing | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 0.50 | $197.50 |
| | | | 0.50 | $197.50 |
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.80 | $192.00 |
| | | | 0.80 | $192.00 |
| | | TOTAL: | 1.30 | $389.50 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2011

| Date | Atty | Services | Hours |
|---|---|---|---|
| 12/05/11 | RHL | Edit time for fee aplication | 0.20 |
| 12/05/11 | LMS | Prepare summary of billing and A/R through end of year and email same to R. Lemisch | 0.50 |
| 12/05/11 | LMS | Email to M. Cook regarding BFCA November accrual estimates | 0.10 |
| 12/12/11 | RHL | Review monthly fee application and respond to L. Behra | 0.20 |
| 12/12/11 | LMS | Preparation of BFCA monthly fee application for November 2011 | 1.10 |
| 12/13/11 | JRH | Review emails regarding status of Nortel fee apps | 0.20 |
| 12/13/11 | LMS | Preparation of BFCA monthly fee application for November 2011 | 0.20 |
| 12/13/11 | LMS | File BFCA monthly fee application for November 2011 | 0.20 |
| 12/13/11 | LMS | Docket objection deadline regarding BFCA monthly fee application for November 2011 | 0.10 |
| 12/13/11 | LMS | Review docket regarding objections to BFCA monthly fee application for October 2011 | 0.10 |
| 12/13/11 | LMS | Prepare CNO regarding BFCA monthly fee application for October 2011 | 0.10 |
| 12/13/11 | LMS | File CNO regarding BFCA monthly fee application for October 2011 | 0.10 |
| 12/13/11 | EH | Review ECF notices and download CNO to BFCA October 2011 monthly fee application | 0.10 |
| 12/13/11 | EH | Review ECF notices and download BFCA November 2011 monthly fee application | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 0.20 | $79.00 |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 0.40 | $250.00 |
| | | | 0.60 | $329.00 |
| PARALEGAL | | | | |
| LISA M BEHRA | (LMS) | $200.00 | 2.50 | $500.00 |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.20 | $48.00 |
| | | | 2.70 | $548.00 |
| | | TOTAL: | 3.30 | $877.00 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2011

| Date | Atty | Services | Hours |
|---|---|---|---|
| 12/01/11 | JRH | Review further revised settlement agreement (Right Management) and email with R. Boris regarding same | 0.50 |
| 12/01/11 | JRH | Conference call with A. Cordo regarding open items in Nortel; renoticing of 9019 motion, etc. | 0.30 |
| 12/01/11 | JRH | Further follow up regarding the renotice of the settlement motion, etc. | 0.40 |
| 12/01/11 | RHL | Received correspondence from J. Smith regarding her call with K. Callahan, sending Prudential settlement to committee and respond | 0.10 |
| 12/01/11 | RHL | Received correspondence from J. Hoover hearing date for Prudential hearing | 0.10 |
| 12/01/11 | JES | Review and respond to email from J. Hoover regarding RMI settlement agreement revisions (.2); review email from C. Fights regarding status update of preference actions (.1); call with K. Callahan regardign Prudential Motion to Seal (.3); email R. Lemsich regarding conversation with UST and Prudential Motion to Seal (.2); email E. Hein regarding additional services of unredacted Prudential 9019 and settlement agreement (.1) | 0.90 |
| 12/01/11 | EH | Review emails from A. Cordo and J. Hoover regarding renotice of Prudential 9019 motion and related motion to seal | 0.20 |
| 12/02/11 | JRH | Email with H. Jaffe regarding status of settlement agreement | 0.10 |
| 12/02/11 | JRH | Further emails to and from H. Jaffe | 0.20 |
| 12/02/11 | JRH | Emails regarding hearing renotice | 0.10 |
| 12/02/11 | JRH | Further follow up emails regarding Right Management settlement agreement | 0.30 |
| 12/02/11 | JES | Review and respond to various emails from J. Hoover regarding Right Management settlement agreement | 0.20 |
| 12/02/11 | EH | Review and respond to email from J. Hoover regarding form of re-notice of Prudential 9019 motion and related motion to seal | 0.10 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 12/02/11 | EH | Review 12/02/11 adversary status report | 0.10 |
| 12/05/11 | JES | Review and update Right Management 9019 Motion (.5); email J. Hoover regarding executed agreement and 9019 motion (.1); confer with E. Hein regarding 9019 motion and stipulation and discuss filing deadline (.2); email J. Ray regarding Right Management settlement (.1); email R. Boris regarding Right Management settlement (.1); review and respond to email from C. Brown regarding status of preference actions (.2); review email from H. Jaffe regarding Right Management settlement terms (.1); call J. Hoover and leave message regarding execution of Right Management settlement and filing of 9019 (.2); review email from J. Galvin regarding status of preference actions (.2); draft status updates for Prudential, Right Management and Starent and email J. Galvin regarding same (.4); review and respond to emails from J. Hoover regarding Right Management settlement agreement (.2); review and respond to various emails from R. Boris regarding Right Management settlement agreement (.2) | 2.50 |
| 12/05/11 | EH | Review emails from B. Hunt regarding affidavits of service for Prudential 9019 motion, related motion to seal and notice of rescheduled hearing | 0.10 |
| 12/05/11 | EH | Review email from J. Smith regarding service of unredacted Prudential 9019 motion | 0.10 |
| 12/05/11 | EH | Discuss service of unredacted Prudential 9019 motion with J. Smith (.2); prepare and serve confidential motion packages (.3) | 0.50 |
| 12/05/11 | EH | Review 12/05/11 adversary status report | 0.10 |
| 12/05/11 | EH | Review ECF notices and download order approving Starent settlement | 0.10 |
| 12/06/11 | JRH | Review 9019 motion for Right Management and provide comments to J. Smith | 0.50 |
| 12/06/11 | JES | Review and respond to email from H. Jaffe regarding fully executed settlement agreement (.2); confer with J. Hoover regarding revisions to Right Management 9019 (.2); update and finalize Right Management 9019 motion (1.4); confer with E. Hein regarding filing and service of 9019 motion (.2); email C. Fights regarding form stipulation of dismissal for adversaries (.1); review and respond to email from C. Brown summarizing settlement payment, 502(h) waivers, and treatment of proof of claim for Starent, Prudential Relocation, and Right Management after reviewing settlement documents (.6); review form stipulation of dismissal (.2) | 2.90 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 12/06/11 | EH | Draft certificate of service for unredacted version of Prudential 9019 motion | 0.20 |
| 12/06/11 | EH | File certificate of service regarding unredacted version of Prudential 9019 motion | 0.20 |
| 12/06/11 | EH | File Epiq affidavits of service regarding Prudential 9019 motion, related motion to seal and notice of rescheduled hearing | 0.40 |
| 12/06/11 | EH | Email to J. Smith regarding status of Right Management 9019 motion | 0.10 |
| 12/06/11 | EH | Format Prudential 9019 motion | 0.50 |
| 12/06/11 | EH | Email to B. Hunt at Epiq Solutions regarding service of Prudential 9019 motion | 0.10 |
| 12/06/11 | EH | Draft notice for Right Management 9019 motion | 0.20 |
| 12/06/11 | EH | File Right Management 9019 motion; coordinate service | 0.30 |
| 12/06/11 | EH | Track objection deadline and hearing date for Right Management 9019 motion | 0.10 |
| 12/07/11 | JES | Review and respond to email from C. Brown regarding claims register (.2); review email and attachment regarding preference status from J. Galvin (.2); email C. Fights with updated status language for Right Management (.2) | 0.60 |
| 12/08/11 | JES | Review and respond to email from C. Brown regarding receipt of settlement payment from Starent (.2); confer with J. Hoover regarding stipulation of dismissal (.2); review and respond to follow up email from C. Brown (.2); draft Starent stipulation of dismissal (.4) | 1.00 |
| 12/08/11 | EH | Review 12/08/11 status report | 0.10 |
| 12/14/11 | JRH | Coordinate with J. Smith regarding filing of Starent stipulation | 0.20 |
| 12/14/11 | JES | Confer with E. Hein regarding status of today's hearing (.2); revise and supplement stipulation of voluntary dismissal with Starent (.2); email K. Law and J. Yoder regarding stipulation (.1); review and respond to emails from J. Yoder and K. Law regarding Starent stipulation (.2); finalize stipulation and prepare for filing (.2) | 0.90 |
| 12/14/11 | EH | File Epiq affidavit of service regarding Right Management 9019 motion | 0.20 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 12/14/11 | EH | Draft certificate of service for Starent stipulation of dismissal | 0.20 |
| 12/14/11 | EH | Review email from J. Smith regarding dismissal of Starent adversary | 0.10 |
| 12/14/11 | EH | File and serve Starent stipulation of dismissal | 0.20 |
| 12/19/11 | RHL | Telephone call received from Cooley regarding Prudential settlement amount for committee - how to proceed | 0.20 |
| 12/19/11 | RHL | Discuss request of retiree committee with J. Hoover | 0.20 |
| 12/21/11 | RHL | Review e-mail from K. Callahan regarding Prudential settlement; discuss with J. Hoover; respond | 0.20 |
| 12/21/11 | JES | Confer with J. hoover regarding hearing on 12/30 (.2); review informal objection by UST regarding Prudential 9019 (.2); confer with R. Lemisch and J. Hoover regarding objection and response (.2) | 0.60 |
| 12/22/11 | RHL | Review e-mail from J. Hoover and J. Smith regarding Prudential status and respond | 0.20 |
| 12/22/11 | RHL | Review opinion on sealing settlement per US Trustee objection to Prudential seal motion | 0.30 |
| 12/22/11 | EH | Review ECF notices and download clerk's notice of case closing; close out pleading and discovery file | 0.30 |
| 12/22/11 | EH | Email to M. DeCarli regarding unredacted version of Prudential 9019 motion for submission with 12/30/11 hearing binders | 0.10 |
| 12/22/11 | EH | Pull unredacted version of Prudential 9019 motion and coordinate delivery to M. DeCarli | 0.20 |
| 12/23/11 | JRH | Follow up emails with J. Smith and R. Lemisch regarding status of Prudential 9019 motion; withdrawal, agenda issues and manner to proceed | 0.30 |
| 12/23/11 | RHL | Memo to J. Hoover and J. Smith regarding how to proceed on Prudential matter to re-notice it per UST objection | 0.20 |
| 12/23/11 | RHL | Review e-mail from C. Fights, Esquire regarding changes to agenda due to Prudential issues | 0.10 |
| 12/23/11 | RHL | Review e-mail from client regarding Prudential settlement | 0.10 |
| 12/23/11 | RHL | Review e-mails to client and Prudential regarding new hearing date | 0.20 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 12/23/11 | JES | Review and respond to various emails from R. Lemisch and J. Hoover regarding Prudential Motion to Seal (.2); email R. Boris regarding UST comments (.1); email J. Clasen regarding UST comments (.1); review and update Prudential 9019 and stipulation (.4); coordinate with E. Hein regarding withdrawals and filing and service of updated 9019 motion (.2); email C. Fights regarding agenda for December 30th hearing after reviewing agenda draft (.3) | 1.30 |
| 12/23/11 | EH | Email to M. DeCarli regarding notice of withdrawal of Prudential 9019 motion and related motion to seal | 0.10 |
| 12/23/11 | EH | Track hearing date and objection deadline for re-filed Prudential 9019 motion | 0.10 |
| 12/23/11 | EH | Review email from J. Smith regarding withdrawal of Prudential 9019 motion and related motion to seal; discuss with R. Lemisch | 0.20 |
| 12/23/11 | EH | Email to B. Hunt regarding service of re-filed Prudential 9019 motion | 0.10 |
| 12/23/11 | EH | Draft notice of withdrawal of Prudential 9019 motion and related motion to seal; discuss with R. Lemisch | 0.30 |
| 12/23/11 | EH | Draft notice of motion for re-filed Prudential 9019 motion | 0.20 |
| 12/23/11 | EH | Format re-filed Prudential 9019 motion | 0.30 |
| 12/23/11 | EH | File notice of withdrawal of Prudential 9019 motion and related motion to seal | 0.20 |
| 12/23/11 | EH | Re-file Prudential 9019 motion; coordinate service | 0.30 |
| 12/27/11 | JRH | Emails to and from J. Smith and review agenda | 0.30 |
| 12/29/11 | JRH | Review agenda cancelling hearing (.1); emails to and from J. Smith regarding same and renotice of 9019 motion (.1) | 0.20 |
| 12/29/11 | JRH | Further revise pretrial scheduling order and email with W. Finlator regarding same | 0.50 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 3.90 | $1,540.50 |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 1.90 | $1,187.50 |
| | | | 5.80 | $2,728.00 |
| ASSOCIATE | | | | |
| JENNIFER E. SMITH | (JES) | $265.00 | 10.90 | $2,888.50 |
| | | | 10.90 | $2,888.50 |
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 6.60 | $1,584.00 |
| | | | 6.60 | $1,584.00 |
| | | TOTAL: | 23.30 | $7,200.50 |

**Document Reproduction**

| Date | User | Description | Amount |
|---|---|---|---|
| 12/05/11 | EH | Document Reproduction 117 copies | 11.70 |
| 12/13/11 | LMS | Document Reproduction 156 copies | 15.60 |
| 12/13/11 | LMS | Document Reproduction 78 copies | 7.80 |
| 12/14/11 | EH | Document Reproduction 10 copies | 1.00 |
| 12/22/11 | EH | Document Reproduction 24 copies | 2.40 |
| | | TOTAL: | $38.50 |

**Federal Express**

| Date | User | Description | Amount |
|---|---|---|---|
| 11/15/11 | LMS | Federal Express 11/15/11 Lisa Behra to Thomas P. Tinker E | 11.76 |
| 11/15/11 | LMS | Federal Express 11/15/11 Lisa Behra to M. Collins/C. Sami | 11.76 |
| 11/15/11 | LMS | Federal Express 11/15/11 Lisa Behra to Allen K. Stout | 22.76 |
| 11/15/11 | LMS | Federal Express 11/15/11 Lisa Behra to Fred S. Hodara | 11.76 |
| 11/15/11 | LMS | Federal Express 11/15/11 Lisa Behra to D. Abbot/E. Schwar | 11.76 |
| 12/13/11 | LMS | Federal Express 12/13/11 Lisa Behra to M. Collins/C. Sami | 11.76 |
| 12/13/11 | LMS | Federal Express 12/13/11 Lisa Behra to Allen K. Stout | 11.76 |
| 12/13/11 | LMS | Federal Express 12/13/11 Lisa Behra to Fred S. Hodara | 11.76 |
| 12/13/11 | LMS | Federal Express 12/13/11 Lisa Behra to D. Abbot/E. Schwar | 11.76 |
| 12/13/11 | LMS | Federal Express 12/13/11 Lisa Behra to Thomas P. Tinker E | 11.76 |
| | | TOTAL: | $128.60 |

**Postage - Special Mailing**

| Date | User | Description | Amount |
|---|---|---|---|
| 12/05/11 | RHL | Postage - Special Mailing | 3.36 |
| 12/14/11 | RHL | Postage - Special Mailing | 0.88 |
| | | TOTAL: | $4.24 |

**Computer Research**

| Date | User | Description | Amount |
|---|---|---|---|
| 11/04/11 | XXX | Computer Research - Pacer PACER NOVEMBER 2011 30 PAGES | 2.40 |
| 11/08/11 | XXX | Computer Research - Pacer PACER NOVEMBER 2011 1 PAGES | 0.08 |
| 11/08/11 | XXX | Computer Research - Pacer PACER NOVEMBER 2011 11 PAGES | 0.88 |
| 11/08/11 | XXX | Computer Research - Pacer PACER NOVEMBER 2011 4 PAGES | 0.32 |
| 11/08/11 | XXX | Computer Research - Pacer PACER NOVEMBER 2011 4 PAGES | 0.32 |
| 11/09/11 | XXX | Computer Research - Pacer PACER NOVEMBER 2011 3 PAGES | 0.24 |
| 11/09/11 | XXX | Computer Research - Pacer PACER NOVEMBER 2011 1 PAGES | 0.08 |
| 11/15/11 | XXX | Computer Research - Pacer PACER NOVEMBER 2011 8 PAGES | 0.64 |
| 11/15/11 | XXX | Computer Research - Pacer PACER NOVEMBER 2011 30 PAGES | 2.40 |
| 11/15/11 | XXX | Computer Research - Pacer PACER NOVEMBER 2011 1 PAGES | 0.08 |
| 11/15/11 | XXX | Computer Research - Pacer PACER NOVEMBER 2011 3 PAGES | 0.24 |
| 11/15/11 | XXX | Computer Research - Pacer PACER NOVEMBER 2011 4 PAGES | 0.32 |
| 11/16/11 | XXX | Computer Research - Pacer PACER NOVEMBER 2011 30 PAGES | 2.40 |
| 11/16/11 | XXX | Computer Research - Pacer PACER NOVEMBER 2011 1 PAGES | 0.08 |
| 11/16/11 | XXX | Computer Research - Pacer PACER NOVEMBER 2011 1 PAGES | 0.08 |
| 11/16/11 | XXX | Computer Research - Pacer PACER NOVEMBER 2011 1 PAGES | 0.08 |
| 11/16/11 | XXX | Computer Research - Pacer PACER NOVEMBER 2011 20 PAGES | 1.60 |

| | | | | |
|---|---|---|---|---|
| 11/21/11 | XXX | Computer Research - Pacer PACER 2011 15 PAGES | NOVEMBER | 1.20 |
| 11/22/11 | XXX | Computer Research - Pacer PACER 2011 3 PAGES | NOVEMBER | 0.24 |
| 11/22/11 | XXX | Computer Research - Pacer PACER 2011 8 PAGES | NOVEMBER | 0.64 |
| 11/22/11 | XXX | Computer Research - Pacer PACER 2011 13 PAGES | NOVEMBER | 1.04 |
| 11/28/11 | XXX | Computer Research - Pacer PACER 2011 30 PAGES | NOVEMBER | 2.40 |
| 11/30/11 | XXX | Computer Research - Pacer PACER 2011 4 PAGES | NOVEMBER | 0.32 |
| 11/30/11 | XXX | Computer Research - Pacer PACER 2011 2 PAGES | NOVEMBER | 0.16 |
| 12/13/11 | XXX | Computer Research - Pacer PACER 2011 30 PAGES | DECEMBER | 2.40 |
| 12/22/11 | XXX | Computer Research - Pacer PACER 2011 29 PAGES | DECEMBER | 2.32 |
| 12/23/11 | XXX | Computer Research - Pacer PACER 2011 30 PAGES | DECEMBER | 2.40 |
| 12/23/11 | XXX | Computer Research - Pacer PACER 2011 1 PAGES | DECEMBER | 0.08 |
| | | TOTAL: | | $25.44 |

**Meals**

| Date | User | Description | Amount |
|---|---|---|---|
| 12/22/11 | RHL | Meals - Vendor: AMERICAN EXPRESS CLIENT MEAL MTG. - R. BORIS OF NORTEL, HOOVER, J. SMITH AND LEMISCH | 14.60 |
| | | TOTAL: | $14.60 |