## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on January 31, 2012, a true and correct copy of the foregoing document was served via overnight delivery upon all parties on the attached list.

Dated: January 31, 2012

                         **BENESCH, FRIEDLANDER, COPLAN**
                           **& ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
       Raymond H. Lemisch, Esquire (No. 4204)
       Jennifer R. Hoover, Esquire (No. 5111)
       222 Delaware Avenue, Suite 801
       Wilmington, DE  19801
       Telephone:  (302) 442-7006
       Facsimile:  (302) 442-7012
       rlemisch@beneschlaw.com
       jhoover@beneschlaw.com

       *Special Litigation Counsel to the Debtors*

Thomas P. Tinker, Esq.  
Office of the U.S. Trustee  
844 King Street  
Suite 2207, Lockbox 35  
Wilmington, DE 19801-3519

Mark D. Collins, Esq.  
Christopher M. Samis, Esq.  
Richards Layton & Finger  
One Rodney Square  
920 N. King Street  
Wilmington, DE 19801

Allen Stout  
Nortel Networks, Inc.  
220 Athens Way  
Suite 300  
Nashville, TN 37228-1304

Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
New York, NY 10036

Derek C. Abbott  
Eric D. Schwartz  
Morris, Nichols, Arsht & Tunnell LLP  
1201 North Market Street  
18th Floor  
PO Box 1347  
Wilmington, DE 19899-1347