## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of

the foregoing **Thirty-Sixth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP,**

**As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim**

**Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses**

**Incurred For The Period December 1, 2011 Through December 31, 2011** was caused to be

made on January 10, 2012, in the manner indicated upon the entities identified below.


Date:  January 31, 2012                                          _/s/ Ann C. Cordo_
                                                           Ann C. Cordo (No. 4817)



**VIA HAND DELIVERY**                     **VIA FIRST CLASS MAIL**

Thomas P. Tinker, Esq.                    Nortel Networks, Inc.
Office of the U.S. Trustee                Attn: Accounts Payable
844 King Street                           P.O. Box 13010
Suite 2207, Lockbox 35                    RTP, NC 27709
Wilmington, DE  19801-3519                (Debtor)
(Trustee)

                                          Fred S.  Hodara, Esq.
Mark D. Collins, Esq.                     Akin Gump Strauss Hauer & Feld LLP
Christopher M. Samis, Esq.                One Bryant Park
Richards Layton & Finger                  New York, NY  10036
One Rodney Square                         (Counsel for Official Committee
920 N King St                             Of Unsecured Creditors)
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)


4284144.5