IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
                                                       :
*In re*                                                :   Chapter 11
                                                       :
Nortel Networks Inc., *et al.*,[1]                     :   Case No. 09-10138 (KG)
                                                       :
                              Debtors.                 :   Jointly Administered
                                                       :
-------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM.

The State of New Jersey, Division of Taxation hereby withdraws any and all claims presently filed in the above-captioned cases, with prejudice.

Dated: Trenton, NJ
       February 1, 2012

JEFFREY S. CHIESA
ATTORNEY GENERAL OF NEW JERSEY

_____
By: Richard D. Del Monaco
Deputy Attorney General
State of New Jersey
Division of Law – Treasury Section
Trenton, New Jersey 08695
Tel. (609) 292-6028
Richard.DelMonaco@dol.lps.state.nj.us

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

NEWYORK:2505277.1
DRAFT 01/18/12 3:58PM