# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: In re: Nortel Networks Inc. Case No. 09-10138

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518

Phone: 516-255-1801
Last four digits of Acct#: N/A

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#: N/A

ROCKET SOFTWARE INC
Name of Transferor

Court Claim # (if known): N/A
Amount of Claim: USD$90,000.00
Date Claim Filed: N/A

Phone: 617-614-4321
Last four digits of Acct.#: N/A

Name and Current Address of Transferor:

ROCKET SOFTWARE INC
275 Grove Street
Newton, MA 02466

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross
Transferee/Transferee's Agent

Date: February 3, 2012

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801-3024
Attention: Clerk

AND TO: NORTEL NETWORKS INC. ("Debtor")
Case No. 09-10138

Claim # N/A

**ROCKET SOFTWARE INC,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$90,000.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 31st DAY OF January, 2012.

**ASSIGNOR: ROCKET SOFTWARE INC**

(Signature)

Peter Kaes
(Print Name)

Corporate Counsel
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

In re NORTEL NETWORKS INC. Case No. 09-10138

Debtor (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ROBERT SCHILTZ<br>8 PETERS LANE<br>BEDFORD VILLAGE, NY 10506 | | | LTIP RESTORATION PLAN | X | X | | $3,455.69 |
| ACCOUNT NO.<br>ROBERT WOHLFORD<br>30 ALEXANDER PLACE<br>PITTSBURGH, PA 15243 | | | DEFERRED COMPENSATION | | X | | $52,371.96 |
| ACCOUNT NO.<br>ROBERT YOUNG<br>313 PROMENADE SOUTH<br>MONTGOMERY, TX 77356 | | | DEFERRED COMPENSATION | | X | | $24,566.23 |
| ACCOUNT NO.<br>ROBERTO DAVID FERRO<br>3225 NE 211 TERRACE<br>AVENTURA, FL 33180 | | | LTIP RESTORATION PLAN | X | X | | $3.14 |
| ACCOUNT NO. 455011<br>ROC SOFTWARE LP<br>3305 NORTHLAND DR<br>AUSTIN, TX 78731 | | | TRADE PAYABLE | | | X | $1,614.00 |
| ACCOUNT NO. 467734<br>ROCHESTER INSTITUTE OF TECHNOLOGY<br>25 LOMB MEMORIAL DRIVE<br>ROCHESTER, NY 14623-5608 | | | TRADE PAYABLE | | | | $5,000.00 |
| ACCOUNT NO. 451651<br>ROCKET SOFTWARE INC<br>275 GROVE STREET<br>NEWTON, MA 02466-2272 | | | TRADE PAYABLE | | | | $90,000.00 |
| ACCOUNT NO. 455223<br>ROCKNESS EDUCATION SERVICE<br>8424 BALD EAGLE LANE<br>WILMINGTON, NC 28411 | | | TRADE PAYABLE | | | | $5,595.66 |
| ACCOUNT NO.<br>ROCKY L WEST<br>12536 PEMBERTON PLACE<br>WINNEBAGO, IL 61088 | | | RESTORATION PLAN | | X | | UNKNOWN |
| ACCOUNT NO.<br>RODERICK MCPHERSON<br>PO BOX 9158<br>43 ROUNDS ROAD<br>BRECKENRIDGE, CO 80424 | | | RESTORATION PLAN | | X | | UNKNOWN |

heet no. 442 of 527 sheet(s) attached to Schedule of
reditors Holding Unsecured Nonpriority Claims

Subtotal $182,606.68