# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

|  | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 11/1/2011 | 11/30/2011 |
| **Enter Billing Rate/Hr:** | 450.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 123.90 | $450.00 | $55,755.00 |
| 2 | Facility Document Inventory & Evacuation Review | 20.90 | $450.00 | $9,405.00 |
| 3 | Human Resources - Employee Related Projects | 162.10 | $450.00 | $72,945.00 |
| 4 | Fee Apps | 9.00 | $450.00 | $4,050.00 |
| 5 | Non-working travel | 70.90 | $225.00 | $15,952.50 |
| 6 | Claims Administration | 12.50 | $450.00 | $5,625.00 |
| 7 | Tax/Finance Matters and Budget Projects | 24.10 | $450.00 | $10,845.00 |
| 8 | Misc Debtor Issues and Communications | 0.50 | $450.00 | $225.00 |
| | **Hours/Billing Amount for Period:** | **423.90** | | **$174,802.50** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/1/2011 | Conference Call re: Bi Weekly Status Mtg. | Kathryn Schultea | 1 | 0.5 |
| 11/1/2011 | Conference Call re: NNI Infrastructure | Kathryn Schultea | 1 | 1.0 |
| 11/1/2011 | Conference call re: Website Go-Live | Kathryn Schultea | 1 | 0.5 |
| 11/1/2011 | SAP HRE Data Analysis for Conversion to ADP | Raj Perubhatla | 1 | 3.5 |
| 11/1/2011 | EMB Server/Website Configuration | Raj Perubhatla | 1 | 3.5 |
| 11/1/2011 | Emails, Discussions, NNI Resco Status Call | Raj Perubhatla | 1 | 1.0 |
| 11/1/2011 | Application Handbook reviews, hardware updates, comparison to data extracts available, e-mail | Brandon Bangerter | 1 | 5.0 |
| 11/2/2011 | Correspondence received, reviewed, responded re Nortel IM Discussion | Kathryn Schultea | 1 | 2.5 |
| 11/2/2011 | ATL 158 Calls, emails, discussions | Raj Perubhatla | 1 | 1.5 |
| 11/2/2011 | SAP BW Documentation analysis for KT | Raj Perubhatla | 1 | 3.5 |
| 11/2/2011 | Conference Call re: NNI SAM Norpass discussion for end state | Brandon Bangerter | 1 | 1.0 |
| 11/2/2011 | Application Handbook reviews, hardware updates, comparison to data extracts available, e-mail | Brandon Bangerter | 1 | 4.0 |
| 11/3/2011 | Correspondence received, reviewed, responded re hard drives | Kathryn Schultea | 1 | 2.5 |
| 11/3/2011 | SAP BW Documentation analysis for KT | Raj Perubhatla | 1 | 3.0 |
| 11/3/2011 | Emails, Discussions re IT projects | Raj Perubhatla | 1 | 1.0 |
| 11/3/2011 | BOXI Security updates / Application handbook review, modifications, e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 11/4/2011 | Conference Call re: Nortel eData Retention | Kathryn Schultea | 1 | 0.6 |
| 11/4/2011 | SAP BW KT Call, Emails and Discussions | Raj Perubhatla | 1 | 1.5 |
| 11/4/2011 | ADP HRMS Enterprise Technical Analysis for Reporting, Conversion and Interfaces | Raj Perubhatla | 1 | 4.0 |
| 11/4/2011 | Conference Call re: Business Intelligence KT Session | Brandon Bangerter | 1 | 1.0 |
| 11/4/2011 | End-state infrastructure planning / updates, Application Handbooks in Vault, e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 11/7/2011 | ATL 60 App Handbook, ADP HRMS Enterprise Technical calls, emails, discussions | Raj Perubhatla | 1 | 2.0 |
| 11/7/2011 | ADP HRMS Enterprise Technical Analysis for Reporting, Conversion and Interfaces | Raj Perubhatla | 1 | 2.0 |
| 11/7/2011 | Conference Call re: ADP Technical issues for NNI | Brandon Bangerter | 1 | 1.0 |
| 11/7/2011 | SAP BW Application handbook overview / e-mail updates | Brandon Bangerter | 1 | 1.0 |
| 11/8/2011 | Conference call re: Data Requests | Kathryn Schultea | 1 | 0.7 |
| 11/8/2011 | Emails, Discussions re IT projects | Raj Perubhatla | 1 | 0.5 |
| 11/8/2011 | Oracle Database creation for scheduler, configure the database | Raj Perubhatla | 1 | 4.0 |
| 11/8/2011 | Application Handbook reviews, hardware updates, comparison to data extracts available, e-mail | Brandon Bangerter | 1 | 3.0 |
| 11/9/2011 | Correspondence received, reviewed, responded re Nortel Networks Consulting Agreement | Kathryn Schultea | 1 | 1.0 |
| 11/9/2011 | Meetings @ RTP re: EMB access / training / install / config, e-mail updates | Brandon Bangerter | 1 | 7.0 |
| 11/10/2011 | Conference call re: Supply Chain Wrap up / Review | Kathryn Schultea | 1 | 1.0 |
| 11/10/2011 | Meetings @ RTP re: HR end state solution, ADP solutions / infrastructure end-state for NNI | Brandon Bangerter | 1 | 7.0 |
| 11/11/2011 | App Handbooks review, and server review | Raj Perubhatla | 1 | 2.5 |
| 11/11/2011 | Infrastructure overview for NNI / Application handbook updates / e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 11/14/2011 | Correspondence received, reviewed, responded re Functional Demo | Kathryn Schultea | 1 | 1.8 |
| 11/14/2011 | Conference call re: TAPPs Data | Kathryn Schultea | 1 | 0.4 |
| 11/14/2011 | App handbook call, TAPPS Calls, emails and discussions | Raj Perubhatla | 1 | 2.5 |
| 11/14/2011 | Conference Call re: Application Handbook status updates | Brandon Bangerter | 1 | 1.0 |
| 11/14/2011 | BOXI Security review / Application handbook reviews / e-mail | Brandon Bangerter | 1 | 2.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/15/2011 | Conference Call re: Bi Weekly Status Mtg. | Kathryn Schultea | 1 | 0.8 |
| 11/15/2011 | Correspondence received, reviewed, responded re Iron Mountain query review to support - HR Matters | Kathryn Schultea | 1 | 2.5 |
| 11/15/2011 | Weekly Status and emails | Raj Perubhatla | 1 | 1.0 |
| 11/15/2011 | Conference Call re: BI Status meeting | Brandon Bangerter | 1 | 1.0 |
| 11/15/2011 | Application Handbook reviews / End state requirements discussions / e-mail | Brandon Bangerter | 1 | 2.0 |
| 11/16/2011 | ATL305 SAP BW KT Session | Raj Perubhatla | 1 | 2.0 |
| 11/16/2011 | Conference Call re: SAP BW Knowledge Transfer on reporting tools, supply chain | Brandon Bangerter | 1 | 2.0 |
| 11/17/2011 | Correspondence received, reviewed, responded re Functional Demo | Kathryn Schultea | 1 | 0.8 |
| 11/17/2011 | App Handbook final for Oracle 11i , HR data location and backups, e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 11/18/2011 | Correspondence received, reviewed, responded re Implementation follow up | Kathryn Schultea | 1 | 0.8 |
| 11/18/2011 | App handbook final for ECMS and IDA review, vault comparison, e-mail updates | Brandon Bangerter | 1 | 2.0 |
| 11/21/2011 | ADP HRMS Strategy Review; SAP BW KT Practice | Raj Perubhatla | 1 | 2.0 |
| 11/22/2011 | SAP BW KT Session | Raj Perubhatla | 1 | 1.0 |
| 11/22/2011 | Conference Calls re: SAP BW KT session / ADP Enterprise overview | Brandon Bangerter | 1 | 1.5 |
| 11/23/2011 | Correspondence received, reviewed, responded re NNI Website | Kathryn Schultea | 1 | 2.5 |
| 11/23/2011 | Desktop backup copy validity check, copies, VM conversion / e-mail updates | Brandon Bangerter | 1 | 1.0 |
| 11/28/2011 | NNI Resco End State Unix Call, emails | Raj Perubhatla | 1 | 2.0 |
| 11/28/2011 | Conference Call re:  US Resco End State Unix Security Requirements / e-mail updates, project review | Brandon Bangerter | 1 | 2.0 |
| 11/29/2011 | Conference Call re: Bi Weekly Status Mtg. | Kathryn Schultea | 1 | 0.5 |
| 11/30/2011 | Compensation searches / Application Handbooks updates / e-mail updates | Brandon Bangerter | 1 | 1.0 |
| 11/2/2011 | Correspondence received, reviewed, responded re Iron Mountain document review | Kathryn Schultea | 2 | 3.5 |
| 11/2/2011 | Conference Call re: Iron Mountain Records | Kathryn Schultea | 2 | 0.6 |
| 11/14/2011 | Correspondence received, reviewed, responded re Account V336 Boxes Review | Kathryn Schultea | 2 | 1.5 |
| 11/15/2011 | Conference call re: Paco Tech Update for Nortel Work | Kathryn Schultea | 2 | 1.5 |
| 11/16/2011 | Onsite at Iron Mountain re: Box Review | Kathryn Schultea | 2 | 7.0 |
| 11/22/2011 | Correspondence received, reviewed, responded re Document Retention for Richardson home based employees | Kathryn Schultea | 2 | 1.5 |
| 11/22/2011 | Correspondence received, reviewed, responded re Nortel retention matters | Kathryn Schultea | 2 | 0.8 |
| 11/28/2011 | Onsite at Phoenix Warehouse re: document review | Kathryn Schultea | 2 | 4.5 |
| 11/1/2011 | Correspondence received, reviewed, responded re Review documents for Discovery Request - HR Matters | Kathryn Schultea | 3 | 7.0 |
| 11/1/2011 | Conference call re: Nortel Benefit Plans | Kathryn Schultea | 3 | 0.4 |
| 11/3/2011 | Correspondence received, reviewed, responded re Payroll Tax discussion for Nortel | Kathryn Schultea | 3 | 3.5 |
| 11/4/2011 | Correspondence received, reviewed, responded re HR related matters on officers | Kathryn Schultea | 3 | 4.5 |
| 11/4/2011 | Correspondence received, reviewed, responded re HR matters employee related | Kathryn Schultea | 3 | 3.8 |
| 11/7/2011 | Conference Call re: ADP Technical | Kathryn Schultea | 3 | 1.0 |
| 11/7/2011 | Correspondence received, reviewed, responded re 2012 programs | Kathryn Schultea | 3 | 2.5 |
| 11/7/2011 | Conference Call re: cost reductions and HR stats from call center | Kathryn Schultea | 3 | 0.7 |
| 11/7/2011 | Conference Call re: Cleary information needs | Kathryn Schultea | 3 | 1.0 |
| 11/7/2011 | Conference call re: HR related summaries | Kathryn Schultea | 3 | 0.8 |
| 11/7/2011 | Conference call re: HR Matters | Kathryn Schultea | 3 | 1.5 |
| 11/8/2011 | Correspondence received, reviewed, responded re various NNI agreements | Kathryn Schultea | 3 | 1.5 |
| 11/8/2011 | Correspondence received, reviewed, responded re HR matters employee related | Kathryn Schultea | 3 | 3.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/8/2011 | Conference call re: HR Matters | Kathryn Schultea | 3 | 1.0 |
| 11/8/2011 | Correspondence received, reviewed, responded re Nortel LTIP Plan | Kathryn Schultea | 3 | 1.5 |
| 11/8/2011 | Correspondence received, reviewed, responded re Retiree/LTD Committee | Kathryn Schultea | 3 | 2.0 |
| 11/9/2011 | Correspondence received, reviewed, responded re HR matters and programs | Kathryn Schultea | 3 | 1.8 |
| 11/9/2011 | Conference call re: DC Plan | Kathryn Schultea | 3 | 0.5 |
| 11/9/2011 | Correspondence received, reviewed, responded re Nortel/Mercer Mtg. Nashville | Kathryn Schultea | 3 | 1.5 |
| 11/9/2011 | EMB Training, HR meetings | Raj Perubhatla | 3 | 7.5 |
| 11/10/2011 | Correspondence received, reviewed, responded re HR related matters (ADP System, E&Y Payroll Tax) | Kathryn Schultea | 3 | 6.5 |
| 11/10/2011 | Conference call re: HR Matters | Kathryn Schultea | 3 | 0.5 |
| 11/11/2011 | Onsite at RTP re: HR Documentation Retention Discovery Work | Kathryn Schultea | 3 | 5.0 |
| 11/11/2011 | Conference call re: Benefits Planning Assumptions | Kathryn Schultea | 3 | 0.5 |
| 11/11/2011 | Conference call re: HR Matters | Kathryn Schultea | 3 | 1.0 |
| 11/11/2011 | Conference call re: Committee Advisors Request | Kathryn Schultea | 3 | 2.5 |
| 11/11/2011 | ADP HRMS Enterprise database analysis | Raj Perubhatla | 3 | 4.0 |
| 11/14/2011 | Correspondence received, reviewed, responded re ADP Project | Kathryn Schultea | 3 | 1.8 |
| 11/14/2011 | Conference call re: Weekly Touch Point | Kathryn Schultea | 3 | 0.5 |
| 11/14/2011 | Conference call re: HR Functional Area | Kathryn Schultea | 3 | 1.2 |
| 11/14/2011 | Conference call re: HR Matters | Kathryn Schultea | 3 | 2.0 |
| 11/14/2011 | ADP HRMS Enterprise database analysis | Raj Perubhatla | 3 | 3.5 |
| 11/15/2011 | Conference Call re: Consultant discussion - Mercer | Kathryn Schultea | 3 | 1.3 |
| 11/15/2011 | Conference call re: Committee Advisors Request | Kathryn Schultea | 3 | 1.2 |
| 11/15/2011 | ADP Consultant Technical call, Benefits Interface calls, emails and discussions | Raj Perubhatla | 3 | 3.0 |
| 11/16/2011 | ADP HRMS Project Call, Server Configuration, emails and discussions | Raj Perubhatla | 3 | 3.0 |
| 11/16/2011 | ADP HR Infrastructure planning / review, App Handbook updates, e-mail updates | Brandon Bangerter | 3 | 2.0 |
| 11/17/2011 | Correspondence received, reviewed, responded re HR Matters Employee Benefits | Kathryn Schultea | 3 | 1.0 |
| 11/17/2011 | Correspondence received, reviewed, responded re Call Center Claims Update | Kathryn Schultea | 3 | 0.5 |
| 11/17/2011 | Correspondence received, reviewed, responded re HR matters Employee Summaries | Kathryn Schultea | 3 | 0.5 |
| 11/17/2011 | Server configuration move to the new domain, BODI Config, emails and discussions | Raj Perubhatla | 3 | 5.0 |
| 11/18/2011 | Correspondence received, reviewed, responded re ADP Project | Kathryn Schultea | 3 | 1.0 |
| 11/18/2011 | ADP EV Oracle Schema Database analysis for reporting and interfaces and emails | Raj Perubhatla | 3 | 5.0 |
| 11/21/2011 | Nortel Laptop Backup strategy discussions, emails | Raj Perubhatla | 3 | 2.0 |
| 11/21/2011 | HR laptop backup preparation, Application Handbook overview, e-mails | Brandon Bangerter | 3 | 2.0 |
| 11/22/2011 | Correspondence received, reviewed, responded re ADP Project | Kathryn Schultea | 3 | 1.8 |
| 11/22/2011 | Conference call re: Nortel - Enterprise Overview | Kathryn Schultea | 3 | 0.8 |
| 11/22/2011 | ADP Paytech Consultant Interview, ADP EV5 Demo, Emails and Discussions | Raj Perubhatla | 3 | 3.0 |
| 11/22/2011 | Nortel Laptop Virtualization | Raj Perubhatla | 3 | 3.5 |
| 11/22/2011 | Completion of backup copies of HR laptop, e-mail updates | Brandon Bangerter | 3 | 5.5 |
| 11/23/2011 | Correspondence received, reviewed, responded re Quarterly Fee Application - Nortel | Kathryn Schultea | 3 | 3.0 |
| 11/28/2011 | ADP HRMS Project planning, analysis and getting the environment ready | Raj Perubhatla | 3 | 3.0 |
| 11/29/2011 | Onsite at RTP re: HR Related Work | Kathryn Schultea | 3 | 8.0 |
| 11/29/2011 | Conference call re: SIP Goals - Planning Session | Kathryn Schultea | 3 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/29/2011 | Nortel, Cleary Call, emails and discussions - HR matters | Raj Perubhatla | 3 | 2.0 |
| 11/29/2011 | Nortel Payroll data loads and merges for HR related needs | Raj Perubhatla | 3 | 8.0 |
| 11/29/2011 | Conference Call re: BI Status / HR matters data retention and employee technical data transitions | Brandon Bangerter | 3 | 2.0 |
| 11/29/2011 | HR Matters - information search / e-mail updates | Brandon Bangerter | 3 | 1.0 |
| 11/30/2011 | Onsite at RTP re: HR Related Work | Kathryn Schultea | 3 | 8.5 |
| 11/30/2011 | Nortel Payroll matters for retention call and emails | Raj Perubhatla | 3 | 1.0 |
| 11/30/2011 | Nortel Payroll data loads and merges for HR matters | Raj Perubhatla | 3 | 6.0 |
| 11/13/2011 | Monthly Fee Application work | Kathryn Schultea | 4 | 5.0 |
| 11/30/2011 | November Fee App work | Raj Perubhatla | 4 | 4.0 |
| 11/1/2011 | Non-Working travel from Houston to Raleigh | Kathryn Schultea | 5 | 4.5 |
| 11/2/2011 | Non-Working travel from Raleigh to New York | Kathryn Schultea | 5 | 3.3 |
| 11/3/2011 | Non-Working travel from New York to Houston | Kathryn Schultea | 5 | 4.5 |
| 11/8/2011 | Non-working travel from Houston to Raleigh | Raj Perubhatla | 5 | 5.5 |
| 11/8/2011 | Non-working travel to RTP | Brandon Bangerter | 5 | 5.5 |
| 11/10/2011 | Non-Working travel from Houston to Raleigh | Kathryn Schultea | 5 | 4.5 |
| 11/10/2011 | Non-working travel from Raleigh to Houston | Raj Perubhatla | 5 | 5.5 |
| 11/10/2011 | Non-working travel from RTP - IAH | Brandon Bangerter | 5 | 5.5 |
| 11/11/2011 | Non-Working travel from Raleigh to Houston | Kathryn Schultea | 5 | 4.5 |
| 11/14/2011 | Non-working travel to NC - RTP Site | Richard Lydecker | 5 | 6.3 |
| 11/14/2011 | Non-working travel to Houston from RTP | Richard Lydecker | 5 | 5.8 |
| 11/16/2011 | Non-Working travel from Houston to Baltimore | Kathryn Schultea | 5 | 5.5 |
| 11/16/2011 | Non-Working travel from Baltimore to Houston | Kathryn Schultea | 5 | 5.5 |
| 11/28/2011 | Non-Working travel from Houston to Raleigh | Kathryn Schultea | 5 | 4.5 |
| 11/3/2011 | Conference call re: Employee Claims Resolution | Kathryn Schultea | 6 | 1.3 |
| 11/9/2011 | Correspondence received, reviewed, responded re Nortel Employee Claims | Kathryn Schultea | 6 | 2.5 |
| 11/9/2011 | Conference call re: Nortel Employee Claims | Kathryn Schultea | 6 | 1.0 |
| 11/9/2011 | Conference call Cleary re executive claims | Richard Lydecker | 6 | 0.8 |
| 11/9/2011 | Review claims docs | Richard Lydecker | 6 | 0.2 |
| 11/10/2011 | Conference call re: Employee Claims Resolution | Kathryn Schultea | 6 | 1.3 |
| 11/10/2011 | Claims call | Richard Lydecker | 6 | 0.8 |
| 11/14/2011 | Conference call re: Claims schedule and follow-up | Kathryn Schultea | 6 | 1.3 |
| 11/17/2011 | Conference call re: Employee Claims Resolution | Kathryn Schultea | 6 | 0.5 |
| 11/18/2011 | Correspondence received, reviewed, responded re Nortel Employee Claims | Kathryn Schultea | 6 | 1.0 |
| 11/21/2011 | Correspondence received, reviewed, responded re amended schedules | Kathryn Schultea | 6 | 0.8 |
| 11/22/2011 | Correspondence received, reviewed, responded re amended schedules | Kathryn Schultea | 6 | 1.0 |
| 11/4/2011 | Tax call with EY/Nortel re status | Richard Lydecker | 7 | 0.8 |
| 11/8/2011 | Discuss apportionment issues with EY | Richard Lydecker | 7 | 0.5 |
| 11/9/2011 | EY call re tax research | Richard Lydecker | 7 | 1.0 |
| 11/10/2011 | Data Center Visit, Employee Tax meetings and discussions | Raj Perubhatla | 7 | 7.0 |
| 11/14/2011 | Tax return meeting | Richard Lydecker | 7 | 4.8 |
| 11/15/2011 | Correspondence from Tax meeting at RTP | Richard Lydecker | 7 | 0.5 |

**NORTEL TIME SHEET**

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/15/2011 | Call with TR /EY re budget | Richard Lydecker | 7 | 1.0 |
| 11/16/2011 | Outsourcing analysis and memo to JR | Richard Lydecker | 7 | 3.0 |
| 11/17/2011 | Employee claims call | Richard Lydecker | 7 | 1.5 |
| 11/18/2011 | Correspondence received, reviewed, responded re HR Matters - Financials | Kathryn Schultea | 7 | 0.5 |
| 11/18/2011 | NC  - Tax related conference calls | Richard Lydecker | 7 | 1.0 |
| 11/22/2011 | Conference call re: Nortel Payroll Tax Engagement | Kathryn Schultea | 7 | 0.5 |
| 11/25/2011 | Discuss creditors' meeting request with EY | Richard Lydecker | 7 | 1.0 |
| 11/28/2011 | Conference call with EY re prep for creditors meeting | Richard Lydecker | 7 | 1.0 |
| 11/28/2011 | Conference call re: Weekly Touch Point | Kathryn Schultea | 8 | 0.5 |