# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**November 1, 2011 through November 30, 2011**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline | $ 9,019.90 |
| Travel – Lodging | 2,299.60 |
| Travel – Transportation | 2,390.54 |
| Travel – Meals | 375.73 |
| Office Expenses | - |
| TOTAL | $ 14,085.77 |
| | |

# Nortel Expense Report

**PERIOD:** November 1, 2011 through November 30, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Professional |
|---|---|---|---|---|---|---|
| 11/1 | Travel Houston/Raleigh - Nortel Office | $ 1,206.30 | $ 235.65 | $ 12.74 | $ 281.01 | Kathryn Schultea |
| 11/2 | Travel Raleigh/New York - Nortel to Cleary Office | $ 1,206.30 | $ - | $ - | $ 481.10 | Kathryn Schultea |
| 11/10 - 11/11 | Travel Houston/Raleigh - Nortel Office | $ 1,581.90 | $ 258.20 | $ 140.44 | $ 446.21 | Kathryn Schultea |
| 11/16 | Travel Houston/Baltimore - Nortel Office | $ 1,839.60 | $ - | $ - | $ 348.25 | Kathryn Schultea |
| 11/28 - 12/1 | Travel Houston/Raleigh - Nortel Office | $ 1,663.90 | $ 706.95 | $ 29.55 | $ 304.35 | Kathryn Schultea |
| 11/08 - 11/10 | Travel Houston/Raleigh - Nortel Office | | $ 516.40 | | $ 140.62 | Brandon Bangerter |
| 11/08 - 11/10 | Travel Houston/Raleigh - Nortel Office | | $ 582.40 | $ 193.00 | $ 180.00 | Raj Perubhatla |
| 11/14 | Travel Houston/Baltimore - Nortel Office | $ 1,521.90 | $ - | $ - | $ 209.00 | Richard Lydecker |
| | | | | | | |
| | | $ 9,019.90 | $ 2,299.60 | $ 375.73 | $ 2,390.54 | |