IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
: **Re: D.I. 2125**
:
------------------------------------------------------------X

### CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER MODIFYING THE APPLICATION OF (I) LOCAL RULE 3007-1 AND (II) THIS COURT'S PRIOR ORDER RELATED TO BANKRUPTCY RULE 3007(E)(6) AND LOCAL RULE 3007-1(f) [D.I. 2125]

I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), hereby certify as follows regarding the proposed Order Modifying The Application Of (i) Local Rule 3007-1 And (ii) This Court's Prior Order Related To Bankruptcy Rule 3007(E)(6) And Local Rule 3007-1(F) [D.I. 2125] (the "Proposed Order"), attached as **Exhibit A** hereto:

1. The Debtors have filed voluntary petitions under Chapter 11. Pursuant to orders of the Court, the Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered under Case No. 09-10138 (KG).

2. On January 25, 2012, the Debtors filed the Motion For An Order Modifying The Application Of (i) Local Rule 3007-1 And (ii) This Court's Prior Order Related

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

To Bankruptcy Rule 3007(E)(6) And Local Rule 3007-1(F) [D.I. 2125] (the "Motion") [D.I. 7134].

       3.     The Motion sought relief from Local Rule 3007-1 of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), including relief from the requirement of Local Rule 3007-1(f)(iii), which required, with respect to ominibus objections to claims, that objections to the classification of a claim be filed separately from other objections to such claim.

       4.     Subsequent to the January 25, 2012 filing of the Motion, effective as of February 1, 2012, the Local Rules were amended. Amended Local Rule 3007-1(f)(iii) no longer requires objections to the classification of claims to be filed separately from other objections to such claims. Accordingly, that portion of the Motion that sought relief from such requirement of Local Rule 3007-1(f)(iii) is now moot.

       5.     The amendments to the Local Rules did not moot the Motion in toto. Specifically, the Debtors still request relief from (i) the requirement of Local Rule 3007-1(e)(i)(A) that each omnibus objection be either substantive or non-substantive, but not both, (ii) the requirement of Local Rules 3007-1(e)(iii)(B) and (C) that separate bases for objection to a single claim be listed on separate exhibits and (iii) the requirement of Local Rule 3007-1(e)(iii) that exhibits to omnibus objections conform to the models set forth in Local Rule 3007-1(e)(iii).

       6.     The Proposed Order attached hereto as Exhibit A has been amended to reflect the fact that the Motion has been partially mooted by the amendment to the Local Rules. A blackline of the Proposed Order against the version of such proposed order annexed to the Motion is attached hereto as **Exhibit B**.

7. The objection deadline with respect to the Motion was February 2, 2012 at 4:00 p.m. (ET), which passed without objection to the Motion. Concurrently with the filing of this certification of counsel, the Debtors are filing the Certificate of No Objection Regarding Debtors' Motion for an Order Modifying the Application of (I) Local Rule 3007-1 and (II) this Court's Prior Order Related to Bankruptcy Rule 3007(e)(6) and Local Rule 3007-1(f).

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit A** approving the Motion and (ii) grant such other and further relief as is just and proper.

Dated: February 6, 2011
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*