# CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on February 9, 2012 at 10:00 a.m. (Eastern Time)** was caused to be made on February 7, 2012, in the manner indicated upon the parties identified below and on the attached service list.

Dated: February 7, 2012

                                                                  */s/ Chad A. Fights*
                                                             Chad A. Fights (No. 5006)

3790723.14