B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re   Nortel Networks Inc., *et al*, Debtors         Case No. 09-10138 (KG)
                                                      (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Avenue TC Fund, L.P._____         Hain Capital Holdings Ltd., as assignee of Voxeo Corporation
      Name of Transferee                                Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 100973500
should be sent:                                 Amount of Claim: $76,666.67
                                                Date Claim Filed: n/a Scheduled
399 Park Avenue, 6th Floor
New York, NY  10022
Attn: David S. Leinwand

Phone: (212) 878-3500_____        Phone: (201) 806-9804
Last Four Digits of Acct #: _____      Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):




Phone: _____
Last Four Digits of Acct #: _____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By: /s/ David S. Leinwand_____     Date:  2/7/2012_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.