# EXHIBIT A



# McCARTER &ENGLISH

### ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel  973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

**Electronic Payment  Instructions**
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 031201467
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

February 7, 2012
Invoice 7769170

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---|
| TOTAL FEES.................................................................................. | $50,019.00 |
| TOTAL DISBURSEMENTS.................................................................. | 152.92 |
| TOTAL DUE THIS INVOICE ............................................................... | $50,171.92 |
| AMOUNT OUTSTANDING FROM PRIOR INVOICES | $53,828.91 |
| TOTAL AMOUNT DUE AS OF THIS INVOICE | $104,000.83 |

Please include this page with your remittance. Thank you.



# McCARTER & ENGLISH
### ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Electronic Payment Instructions
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 031201467
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

Page 1
February 7, 2012
Invoice 7769170

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

TOTAL FEES.................................................................................. $50,019.00
TOTAL DISBURSEMENTS............................................................ 152.92

TOTAL DUE THIS INVOICE ........................................................ $50,171.92

AMOUNT OUTSTANDING FROM PRIOR INVOICES                    $53,828.91

TOTAL AMOUNT DUE AS OF THIS INVOICE                         $104,000.83

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

Professional Services Recorded Through 01/31/2012

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 01/03/12 | REVIEWING AND REVISING THE VEBA PRESENTATION AND FORWARDING A COPY TO BRIAN MOORE AND NEIL BERGER IN ANTICIPATION OF THE PRE-MEETING WITH THE RETIREE COMMITTEE MEMBERS. | 00952/MAD | 1.00 |
| 01/03/12 | PARTICIPATING IN A CONFERENCE CALL WITH THE PROFESSIONALS IN ANTICIPATION AND PREPARATION FOR THE 1114 RETIREE COMMITTEE MEETING. | 00952/MAD | .70 |
| 01/03/12 | REVIEW OF A SUMMARY OF THE HCTC CREDIT IN PREPARATION FOR THE RETIREE COMMITTEE MEETING. | 00952/MAD | 0.80 |
| 01/03/12 | REVIEW OF EMAIL COMMUNICATION FROM BRIAN MOORE AND THE PROPOSED RESPONSE LETTER TO CLEARY REGARDING THE DISCOVERY RESPONSES. | 00952/MAD | 0.50 |
| 01/03/12 | REVIEW DOCKET RE M&E FEE APPLICATION OBJECTION STATUS. | 02718/WFT | 0.30 |
| 01/03/12 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS (49 RECENT FILINGS) FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 1.30 |
| 01/03/12 | LEGAL RESEARCH WITH RESPECT TO THE HEALTH COVERAGE TAX CREDIT, AND RECENT EXTENSION THEREOF. | 03651/KAB | 1.50 |
| 01/03/12 | PREPARE CERTIFICATE OF NO OBJECTION REGARDING THIRD MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 0.40 |
| 01/04/12 | REVIEW OF THE PROPOSED LETTER TO MEGAN FLEMING AT CLEARY AND PREPARATION OF COMMENTS THERETO; REVIEW OF COMMENTS BY DOUG GREER. | 00952/MAD | 0.80 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 01/04/12 | CONFERENCE CALL WITH NEIL BERGER, BRIAN MOORE, DOUG GREER AND RON WINTER DISCUSSING POST-MEETING ACTION ITEMS AND FOLLOW-UP QUESTIONS REGARDING THE VEBA. | 00952/MAD | 0.50 |
| 01/04/12 | FURTHER EXAMINATION OF LAW REGARDING THE REQUIREMENTS FOR THE HEALTH CARE TAX CREDIT AND THE APPLICABILITY TO RETIREES AT NORTEL IN CONNECTION WITH THE ESTABLISHMENT OF A POSSIBLE VEBA TO FUND RETIREE MEDICAL BENEFITS (.75); REVIEW OF VARIOUS INFORMATION REGARDING VEBAS ESTABLISHED IN CONNECTION WITH THE BANKRUPTCY SITUATION AS IT RELATES TO THE NORTEL PROCEEDING (.50); PREPARATION FOR THE CONFERENCE CALL WITH THE 1114 COMMITTEE MEMBERS (.75). | 00952/MAD | 2.00 |
| 01/04/12 | PARTICIPATING IN A LENGTHY MEETING OF THE 1114 COMMITTEE MEMBERS DISCUSSING THE PROCESS AND PROCEEDING WITH RESPECT TO THE CLAIM FOR RETIREE BENEFITS AND MAKING A PRESENTATION TO THE COMMITTEE REGARDING THE USE OF A VEBA TO FUND FUTURE RETIREE MEDICAL BENEFITS, RESPONDING TO QUESTIONS BY THE COMMITTEE WITH RESPECT TO THE SAME, THE HEALTH CARE TAX CREDIT APPLICABILITY AND MECHANICS. | 00952/MAD | 1.00 |
| 01/04/12 | REVIEW, REVISE AND FINALIZE CNO FRO M&E 3RD FEE APPLICATION. | 02718/WFT | 0.30 |
| 01/04/12 | REVIEWING AND REVISING LETTER REGARDING DISCOVERY RESPONSE; REVIEWING SECTION 1114 BANKRUPTCY CODE OVERVIEW; REVIEWING FAS REPORTS. | 04872/PAK | 3.00 |
| 01/04/12 | CONFER WITH COUNSEL REGARDING KCC STATEMENTS TO BE PAID; | 04990/JFS | 0.30 |
| 01/04/12 | CONDUCTING RESEARCH TO FIND INFORMATION REGARDING THE VEBA RETIREE HEALTH BENEFIT TRUST AGREEMENT IN CONNECTION WITH THE METALDYNE CORP BANKRUPTCY. | 00216/JJG | 0.40 |
| 01/05/12 | REVIEW OF EMAIL COMMUNICATION FROM | 00952/MAD | 0.50 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | BRIAN MOORE REGARDING THE INFORMATION REQUEST STATUS FOR RETIREES ONLY; CONSIDERATION OF ISSUES REGARDING REVISIONS THERETO. | | |
| 01/05/12 | REVIEW OF EMAIL COMMUNICATION FROM DOUG GREER REGARDING ADDITIONAL REVISIONS TO THE REQUEST FOR INFORMATION REGARDING THE RETIREES; REVIEW OF ATTACHMENT; CONSIDERATION OF ADDITIONAL COMMENTS THERETO. | 00952/MAD | 0.70 |
| 01/05/12 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING THIRD MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH; PREPARE SERVICE OF SAME; | 04990/JFS | 0.40 |
| 01/06/12 | CONFER AND DIRECT PARALEGAL ON PROJECT OF TRACKING AND ACCOUNTING FOR FEE APPLICATIONS FILED IN THE CASE. | 02718/WFT | 0.30 |
| 01/06/12 | CONFER WITH COUNSEL REGARDING DESCRIPTIONS NEEDED FOR THE KCC STATEMENTS TO BE PAID; | 04990/JFS | 0.30 |
| 01/09/12 | CONFERRING WITH RESPECT TO THE DISCOVERY RESPONSE AND THE APPENDIX AND UPDATING THE FILE REGARDING THE SAME. | 00952/MAD | 0.50 |
| 01/09/12 | CONFERENCE CALL WITH BRIAN MOORE DISCUSSING STRATEGIES WITH RESPECT TO THE PROPOSED TERMINATION OF THE RETIREE MEDICAL BENEFITS AND DISCUSSING ERISA RELATED ISSUES WITH RESPECT TO THE BENEFITS. | 00952/MAD | 0.50 |
| 01/09/12 | CALL WITH TOGUT TO DISCUSS ACTUARIAL CONSULTANT ISSUES AND FEE APPLICATIONS. | 02718/WFT | 0.30 |
| 01/10/12 | CONSIDERATION OF LEGAL ISSUES REGARDING RETIREE MEDICAL BENEFITS IN THE NON-BANKRUPTCY SITUATION IN THE EVENT THAT THE COMMITTEE RECEIVES NO CONTRIBUTIONS FOR THE VEBA TRUST. | 00952/MAD | 0.70 |
| 01/11/12 | CONSIDERATION OF LEGAL ISSUES REGARDING THE IMPLICATIONS OF TERMINATION OF THE | 00952/MAD | 0.50 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
|  | PLAN OUTSIDE THE BANKRUPTCY SITUATION AND THE IMPLICATIONS OF THE ERISA APPEALS PROCEDURES AVAILABLE TO PARTICIPANTS. |  |  |
| 01/11/12 | DRAFT, REVISE AND PUT IN FINAL (DRAFT) FORM, MASTER PLEADING INDEX TRACKING ALL MOTIONS AND APPLICATIONS FILED BY OR FOR THE COMMITTEE IN THIS CASE. | 02718/WFT | 2.50 |
| 01/11/12 | CONFER WITH COUNSEL REGARDING STATUS OF FEE APPLICATIONS; | 04990/JFS | 0.50 |
| 01/13/12 | TELEPHONE CALL FROM BRIAN MOORE DISCUSSING ISSUES RELATED TO THE VEBA AND THE RETIREE CLAIMS UNDER NON-BANKRUPTCY SITUATION AND APPEALS PROCEDURE. | 00952/MAD | 0.50 |
| 01/13/12 | CONSIDERATION OF LEGAL ISSUES REGARDING THE APPROPRIATE TYPE OF VENDORS FOR A PROPOSED VEBA. | 00952/MAD | 0.20 |
| 01/13/12 | DRAFT MCCARTER & ENGLISH FOURTH MONTHLY FEE APPLICATION; | 04990/JFS | 0.80 |
| 01/14/12 | OFFICE CONSIDERATION OF ISSUES REGARDING THEORIES OF RECOVERY IN VARIOUS ACTIONS BROUGHT BY FORMER EMPLOYEES CHALLENGING TERMINATION OF ERISA-COVERED RETIREE HEALTH AND WELFARE PLANS. | 02298/JSK | 0.30 |
| 01/17/12 | REVIEW OF INFORMATION PROVIDED BY BRIAN MOORE REGARDING THE UPCOMING COMMITTEE MEETING AND PREPARATION FOR THE SAME. | 00952/MAD | 0.50 |
| 01/17/12 | CONSIDERATION OF LEGAL ISSUES REGARDING THE TERMS OF THE PROPOSED VEBA AND COMMENCE REVIEW OF THE FORM OF VEBAS. | 00952/MAD | 0.50 |
| 01/17/12 | CORRESPOND AND UPDATE LEAD COUNSEL ON RECEIPT OF FUNDS FRO COMMITTEE REPAYMENT AND COORDINATION OF SAME. | 02718/WFT | 0.30 |
| 01/17/12 | CONFER WITH FINANCE DEPARTMENT ON RECEIPT OF NOTREL FUNDS AND INVESTIGATION AS TO WHAT THEY REPRESENT. | 02718/WFT | 0.30 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001      NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 01/17/12 | EXAMINE AND ANALYZE THE UNDERLYING DATA CONCERNING FEES AND EXPENSES INCURRED AND REVISE AND ADJUST SAME; REVIEW, REVISE AND FINALIZE M&E 4TH MONTHLY FEE APPLICATION AND APPROVE SAME FOR FILING AND SERVICE. | 02718/WFT | 1.30 |
| 01/17/12 | CORRESPOND WITH COUNSEL ON PAYMENT PROCEDURES FOR COMMITTEE MEMBER REIMBURSEMENT. | 02718/WFT | 0.30 |
| 01/17/12 | REVIEW OF JUDICIAL DECISIONS INVOLVING TERMINATION OF RETIREE HEALTH AND WELFARE BENEFIT PLANS IN ORDER TO DETERMINE ANY SUCCESSFUL THEORIES OF RECOVERY. | 02298/JSK | 2.25 |
| 01/17/12 | REVISE AND ELECTRONICALLY FILE MCCARTER & ENGLISH FOURTH MONTHLY FEE APPLICATION; PREPARE SERVICE OF SAME; | 04990/JFS | 0.60 |
| 01/18/12 | PARTICIPATING IN THE CONFERENCE CALL WITH THE MEMBERS OF THE RETIREE COMMITTEE REGARDING THE CALCULATION OF THE ESTIMATED LIABILITY FOR THE MEDICAL, LIFE AND LONG TERM CARE BENEFITS AND OTHER RELATED ISSUES IN CONNECTION WITH THE PENDING ACTIONS. | 00952/MAD | 0.80 |
| 01/18/12 | REVIEW OF EMAIL COMMUNICATION AND MATERIALS IN PREPARATION FOR THE MEETING WITH THE RETIREES. | 00952/MAD | 0.50 |
| 01/18/12 | LETTER TO MR DONAHEE RE REIMBURSEMENT FOR EXPENSES INCURRED FOR THE COMMITTEE. | 02718/WFT | 0.30 |
| 01/18/12 | REVIEW AND APPROVE PAYMENT TO MR DONAHEE FOR COMMITTEE MEETING EXPENSES. | 02718/WFT | 0.30 |
| 01/18/12 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS (OVER 47) FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 1.50 |
| 01/18/12 | CONTINUED EXAMINATION OF JUDICIAL DECISIONS INVOLVING PARTICIPANT | 02298/JSK | 3.25 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | CHALLENGES TO TERMINATION OF RETIREE HEALTH AND WELFARE PLANS. | | |
| 01/19/12 | CONFERRING WITH RESPECT TO ISSUES RELATED TO CAUSES OF ACTION FOR RETIREE MEDICAL BENEFITS IN THE NON-BANKRUPTCY SITUATION AS IT RELATES TO MISREPRESENTATION OF FACTS AND OTHER FACTUAL RELATED BASES. | 00952/MAD | 0.25 |
| 01/19/12 | CONTINUING REVIEW OF VARIOUS JUDICIAL DECISIONS INVOLVING TERMINATION OF RETIREE WELFARE BENEFIT PLANS; PREPARATION OF DRAFT MEMORANDUM REGARDING THE MATTER. | 02298/JSK | 3.75 |
| 01/20/12 | CONFERENCE CALL WITH BRIAN MOORE DISCUSSING THE POSSIBLE CLAIMS FOR BENEFITS IN THE EVENT THAT THE PLAN IS TERMINATED SUBSEQUENT TO THE CONFIRMATION AND THE IMPLICATIONS OF THE SAME; OFFICE CONFERENCE DISCUSSING THESE VARIOUS CASE LAW REGARDING MEDICAL BENEFITS NOTWITHSTANDING A RESERVATION OF RIGHTS CAUSE. | 00952/MAD | 0.50 |
| 01/20/12 | PARTICIPATING IN A LENGTHY CONFERENCE CALL WITH MEMBERS OF THE 1114 RETIREE COMMITTEE DISCUSSING THE RECENT OFFER BY NORTEL. | 00952/MAD | 1.00 |
| 01/20/12 | PARTICIPATING IN A CONFERENCE CALL WITH TOGUT FIRM MEMBERS AND ALVAREZ MEMBERS DISCUSSING THE NORTEL OFFER AND PROPOSED COURSE OF ACTION IN CONNECTION WITH THE SAME. | 00952/MAD | 0.80 |
| 01/20/12 | REVIEW OF THE LETTER FROM LISA SCHWEITZER REGARDING NORTEL'S OFFER FOR RETIREE MEDICAL AND DISABILITY PARTICIPANT BENEFITS; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 1.00 |
| 01/20/12 | CORRESPONDENCE FROM DEBTORS ON PROCESS INFORMATION FOR FEE APPLICATIONS. | 02718/WFT | 0.30 |
| 01/20/12 | CONTINUED REVIEW OF JUDICIAL DECISIONS INVOLVING TERMINATION OF ERISA-COVERED | 02298/JSK | 6.75 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | RETIREE MEDICAL PLANS. | | |
| 01/20/12 | TELEPHONE CALL WITH BRIAN MOORE REGARDING STATUS OF THE DECISIONAL LAW GOVERNING AN EMPLOYER'S RIGHT TO TERMINATE AN ERISA-COVERED RETIREE MEDICAL PLAN. | 02298/JSK | 0.25 |
| 01/20/12 | PREPARE FOR AND PARTICIPATE IN TELEPHONIC MEETINGS OF RETIREE COMMITTEE AND ITS PROFESSIONALS REGARDING SECTION 1114 PROPOSAL FROM DEBTORS. | 05147/SHB | 2.00 |
| 01/20/12 | REVIEWING PLAN DOCUMENT AND 2010 AND 2011 SPDS IN CONNECTION WITH INQUIRES REGARDING "RUN-OFF LIABILITIES." | 04872/PAK | 1.50 |
| 01/20/12 | CONFER WITH COUNSEL REGARDING OUTSTANDING INVOICES REGARDING FEE APPLICATIONS; | 04990/JFS | 0.50 |
| 01/21/12 | CONSIDERATION OF LEGAL ISSUES REGARDING KEY PROVISIONS OF THE VEBA TRUST THAT NEEDS TO BE CONSIDERED IN CONNECTION WITH THE ADOPTION OF THE VEBA FOR THE LUMP SUM PAYMENT. | 00952/MAD | 0.50 |
| 01/21/12 | CONFERRING WITH RON WINTERS REGARDING ALTERNATIVES TO THE VEBA AND THE USE OF THE HCTC CREDIT TO FUND THE OBLIGATIONS. | 00952/MAD | 0.60 |
| 01/21/12 | EXAMINATION OF LAW AND PREPARATION OF BULLET LIST OF DECISIONS REGARDING POTENTIAL RECOURSE AVAILABLE TO RETIREES IF NORTEL TERMINATES ITS RETIREE WELFARE BENEFIT PLAN OUTSIDE OF BANKRUPTCY. | 02298/JSK | 10.00 |
| 01/23/12 | CONSIDERATION OF LEGAL ISSUES REGARDING THE RUNOFF LIABILITY AND THE TIMING OF CLAIMS SUBMITTED FOR EXPENSES INCURRED PRIOR TO THE TERMINATION OF THE PLAN. | 00952/MAD | 0.30 |
| 01/23/12 | EXAMINE AND ANALYZE LENGTHY AGENDA FOR 1/24 HEARING AND CORRESPOND WITH LEAD COUNSEL RE SAME. | 02718/WFT | 0.30 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 01/23/12 | CONTINUED EXAMINATION OF LAW REGARDING JUDICIAL DECISIONS CHALLENGING TERMINATION OF RETIREE WELFARE PLAN BENEFITS. | 02298/JSK | 3.00 |
| 01/23/12 | REVIEWING CLAIMS FILING PROCEDURES UNDER 2011 AND 2010 SPDS; SUMMARIZING SAME IN E-MAIL TO M DANIELE. | 04872/PAK | 1.20 |
| 01/23/12 | CONFER WITH COUNSEL POSSIBLE FILING OF PROFESSIONALS FEE APPLICATIONS; | 04990/JFS | 0.30 |
| 01/24/12 | REVIEW OF EMAIL COMMUNICATION FROM BRIAN MOORE REGARDING THE HL TAX CREDIT. | 00952/MAD | 0.25 |
| 01/24/12 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS (37) FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 1.20 |
| 01/24/12 | CONTINUED EXAMINATION OF LAW REGARDING JUDICIAL DECISIONS PROVIDING RECOURSE TO RETIREE CHALLENGING TERMINATION OF ERISA-COVERED RETIREE WELFARE BENEFIT PLANS. | 02298/JSK | 9.00 |
| 01/25/12 | OFFICE CONFERENCE REGARDING ISSUES RELATED TO THE POSSIBLE CLAIMS BY RETIREES WITH RESPECT TO THE TERMINATION OF THE MEDICAL PLAN UNDER ERISA IN A NON-BANKRUPTCY SITUATION; CONSIDERATION OF LEGAL STRATEGIES IN CONNECTION WITH THE SAME. | 00952/MAD | 0.80 |
| 01/25/12 | CONTINUED PREPARATION OF MEMORANDUM WITH BULLET LIST OF REPRESENTATIVE DECISIONS CHALLENGING TERMINATION OF RETIRE WELFARE BENEFIT PLANS. | 02298/JSK | 6.00 |
| 01/26/12 | REVIEW AND ANALYZE FEE APPLICATION DEADLINE'S FOR MONTHLY'S AND QUARTERLY FEE APPLICATION AND STATUS FILINGS FOR BOTH TOGUT AND MCCARTER. | 02718/WFT | 0.80 |
| 01/26/12 | CORRESPOND WITH LEAD COUNSEL ON THE PROCEDURES AND TIMING FOR FILING ALL TOGUT FEE APPLICATIONS TO DATE. | 02718/WFT | 0.30 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 01/26/12 | CONTINUED PREPARATION OF MEMORANDUM WITH LIST OF JUDICIAL DECISIONS PROVIDING RECOURSE TO RETIREES WHOSE RETIREE WELFARE PLAN BENEFIT COVERAGE HAS BEEN TERMINATED. | 02298/JSK | 5.00 |
| 01/26/12 | CONFER WITH COUNSEL REGARDING DEADLINES TO FILE PROFESSIONALS FEE APPLICATIONS; | 04990/JFS | 0.20 |
| 01/27/12 | REVIEW AND ANALYZE, EDIT FINALIZE AND APPROVE FOR FILING THE 1ST QUARTERLY TOGUT FEE APPLICATION. | 02718/WFT | 0.50 |
| 01/27/12 | REVIEW AND ANALYZE, EDIT FINALIZE AND APPROVE FOR FILING THE 1ST TOGUT MONTHLY FEE APPLICATION. | 02718/WFT | 0.70 |
| 01/27/12 | FURTHER CORRESPOND WITH DEBTORS RE TIMING ISSUES FOR INTERPLAY OF MONTHLY AND QUARTERLY FEE APPLICATIONS FOR TOGUT FIRM. | 02718/WFT | 0.30 |
| 01/27/12 | CORRESPOND WITH DEBTORS ON THE INTERPLAY AND TIMING OF MONTHLY AND QUARTERLY FEE APPLICATIONS (AS IT RELATES TO THE TOGUT FIRM). | 02718/WFT | 0.30 |
| 01/27/12 | REVIEW AND ANALYZE, EDIT FINALIZE AND APPROVE FOR FILING THE 3RD TOGUT MONTHLY FEE APPLICATION. | 02718/WFT | 0.70 |
| 01/27/12 | REVIEW AND ANALYZE, EDIT FINALIZE AND APPROVE FOR FILING THE 2ND TOGUT MONTHLY FEE APPLICATION. | 02718/WFT | 0.70 |
| 01/27/12 | CONTINUED PREPARATION OF MEMORANDUM LISTING REPRESENTATIVE JUDICIAL DECISIONS REGARDING RECOURSE AVAILABLE TO RETIREES IF NORTEL TERMINATES ITS RETIREE WELFARE BENEFIT PLAN OUTSIDE OF BANKRUPTCY. | 02298/JSK | 8.00 |
| 01/27/12 | REVISE AND ELECTRONICALLY FILE FIRST SECOND AND THIRD MONTHLY FEE APPLICATIONS OF TOGUY SEGAL & SEGAL; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.90 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 01/27/12 | REVISE AND ELECTRONICALLY FILE FIRST INTERIM FEE APPLICATION OF TOGUY SEGAL & SEGAL; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.40 |
| 01/28/12 | FINALIZING MEMORANDUM REGARDING RECOURSE RETIREES MAY HAVE SHOULD NORTEL TERMINATE ITS RETIREE WELFARE BENEFITS PLAN OUTSIDE OF BANKRUPTCY. | 02298/JSK | 6.00 |
| 01/29/12 | OFFICE CONFERENCE REGARDING ISSUES RELATED TO THE MEMORANDUM OUTLINING THE CAUSES OF ACTION FOR CLAIMS BY RETIREES FOR THE TERMINATION OF RETIREE MEDICAL PLAN. | 00952/MAD | 0.50 |
| 01/30/12 | REVIEWING AND REVISING MEMO TO BRIAN MOORE REGARDING ERISA JUDICIAL DECISIONS WITH RESPECT TO TERMINATION OF RETIREE MEDICAL BENEFITS; COMMUNICATING WITH BRIAN MOORE REGARDING THE SAME. | 00952/MAD | 1.50 |
| 01/30/12 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING SERVICE OF FIRST SECOND THIRD MONTHLY FEE APPLICATIONS AND THE FIRST INTERIM FEE APPLICATION OF TOGUT SEGAL & SEGAL; | 04990/JFS | 0.30 |
| 01/31/12 | FOLLOW UP WITH BRIAN MOORE REGARDING ISSUES RELATED TO THE CAUSES OF ACTION IN THE THIRD CIRCUIT RELATED TO THE TERMINATION OF THE RETIREE MEDICAL PLANS. | 00952/MAD | 0.50 |
| 01/31/12 | EXAMINATION OF CASE LAW IN THE THIRD CIRCUIT CONSIDERING THE DEVLIN V. EMPIRE BLUE CROSS DECISION IN THE SECOND CIRCUIT; EMAIL ADVICE REGARDING THE STATE OF THE LAW. | 02298/JSK | 1.75 |

TOTAL HOURS:    118.40

TOTAL FEES...........................................................................    $50,019.00
TOTAL DISBURSEMENTS.....................................................    152.92

TOTAL DUE THIS INVOICE ...................................................    $50,171.92

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS


**AMOUNT OUTSTANDING FROM PRIOR INVOICES**                $53,828.91

**TOTAL AMOUNT DUE AS OF THIS INVOICE**                   $104,000.83


| | | | HOURS | | RATE | VALUE |
|---|---|---|---|---|---|---|
| 00952 | MARK A. DANIELE | PARTNER | 22.20 | Hours @ | 525.00 | 11,655.00 |
| 02718 | WILLIAM F. TAYLOR, JR. | PARTNER | 15.40 | Hours @ | 525.00 | 8,085.00 |
| 02298 | JANE S. KIMBALL | SPEC COUNSEL | 65.30 | Hours @ | 390.00 | 25,467.00 |
| 05147 | SCOTT H. BERNSTEIN | ASSOCIATE | 2.00 | Hours @ | 370.00 | 740.00 |
| 04872 | PATRICIA A. KILLIAN | ASSOCIATE | 5.70 | Hours @ | 380.00 | 2,166.00 |
| 03651 | KEVIN A. BROWN | ASSOCIATE | 1.50 | Hours @ | 385.00 | 577.50 |
| 04990 | JARED, F. SCHIERBAUM | PARALEGAL | 5.90 | Hours @ | 215.00 | 1,268.50 |
| 00216 | JAMES J. GREENSTONE | RESRCH ANALYST | 0.40 | Hours @ | 150.00 | 60.00 |
| **ATTORNEY TOTALS:** | | | **118.40** | | | **50,019.00** |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DISBURSEMENTS | VALUE | |
|------|---------------|-------|---|
| 01/05/2012 | PHOTOCOPIES | 3.30 | |
| 01/20/2012 | PHOTOCOPIES | 10.50 | |
| 01/20/2012 | PHOTOCOPIES | 28.80 | |
| 01/20/2012 | PHOTOCOPIES | 40.20 | |
| 01/26/2012 | PHOTOCOPIES | 0.15 | |
| 01/26/2012 | PHOTOCOPIES | 0.30 | |
| | **Total For: PHOTOCOPIES** | | **83.25** |
| 01/18/2012 | POSTAGE POSTAGE | 0.44 | |
| 01/20/2012 | POSTAGE POSTAGE | 14.91 | |
| | **Total For: POSTAGE** | | **15.35** |
| 11/16/2011 | DOCKET SEARCH AND DOCUMENT RETRIEVAL VIA PACER | 2.40 | |
| 11/29/2011 | DOCKET SEARCH AND DOCUMENT RETRIEVAL VIA PACER | 3.92 | |
| 12/21/2011 | FILING FEES | 16.32 | |
| | **Total For: FILING FEES-MISC** | | **22.64** |
| 12/21/2011 | LIBRARY RESEARCH – PACER | 2.40 | |
| 01/04/2012 | LIBRARY RESEARCH – PACER | 5.76 | |
| 01/25/2012 | LIBRARY RESEARCH | 14.48 | |
| 01/30/2012 | LIBRARY RESEARCH | 9.04 | |
| | **Total For: LIBRARY RESEARCH** | | **31.68** |

**TOTAL DISBURSEMENTS** ............................................................    **$152.92**