**CERTIFICATE OF SERVICE**

I, William F. Taylor, Jr., hereby certify that February 7, 2012, I caused a true and correct copy of the foregoing *Fifth Monthly Application of McCarter & English LLP, As The Official Committee of Retirees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2012 through January 31, 2012* to be served upon the attached service list by U.S. Mail, postage pre-paid, or in the manner so indicated.

/s/ *William F. Taylor, Jr.*
William F. Taylor, Jr. (DE Bar I.D. #2936)

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
(Trustee)

Allen K. Stout
Nortel Networks
220 Athens Way, Suite 300
Nashville, TN 37228-1304
(Debtor)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
(Counsel for Official Committee Of Unsecured Creditors)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Official Committee Of Unsecured Creditors)

Derek C. Abbott, Esq.
Ann C. Cordo, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
(Debtor's Counsel)

James L. Bromley
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(Debtor's Counsel)

Nortel Networks, Inc.
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709

Rafael Xavier Zahralddin-Aravena
Elliott Greenleaf
1105 North Market Street, Suite 1700
P.O. Box 2327
Wilmington, DE 19801

ME1 12950134v.1