# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date 12/1/2011 — End Date 12/31/2011

**Enter Billing Rate/Hr:** 450.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 108.30 | $450.00 | $48,735.00 |
| 2 | Facility Document Inventory & Evacuation Review | 5.80 | $450.00 | $2,610.00 |
| 3 | Human Resources - Employee Related Projects | 243.50 | $450.00 | $109,575.00 |
| 4 | Fee Apps | 9.00 | $450.00 | $4,050.00 |
| 5 | Non-working travel | 50.50 | $225.00 | $11,362.50 |
| 6 | Claims Administration | 4.10 | $450.00 | $1,845.00 |
| 7 | Tax/Finance Matters and Budget Projects | 19.70 | $450.00 | $8,865.00 |
| 8 | Misc Debtor Issues and Communications | 1.30 | $450.00 | $585.00 |
| | **Hours/Billing Amount for Period:** | **442.20** | | **$187,627.50** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/1/2011 | Conference Call re: NNI Website | Kathryn Schultea | 1 | 1.0 |
| 12/1/2011 | Conference Calls re: US Resco Website / SAP BW / BI KT session | Brandon Bangerter | 1 | 2.5 |
| 12/1/2011 | Infrastructure access issues for HRIS data / e-mail updates | Brandon Bangerter | 1 | 1.5 |
| 12/1/2011 | ATL 305 BI SAP BW KT - Fiance Call | Raj Perubhatla | 1 | 2.0 |
| 12/2/2011 | Conference Call re: US Residual Company | Kathryn Schultea | 1 | 1.2 |
| 12/2/2011 | Correspondence received, reviewed, responded re NNI Website | Kathryn Schultea | 1 | 1.5 |
| 12/2/2011 | HR related searches for data / infrastructure requirements for HRIS updates / e-mails | Brandon Bangerter | 1 | 3.0 |
| 12/2/2011 | Conference Call re: ADP EV5 Install and configuration, hardware requirements, etc. | Brandon Bangerter | 1 | 1.0 |
| 12/5/2011 | Conference Calls re: ADP HRIS alignment with team / HR docs and shortcuts identified | Brandon Bangerter | 1 | 2.0 |
| 12/5/2011 | HR Livelink workspace, ADP infracstructure requirements, e-mail updates | Brandon Bangerter | 1 | 2.0 |
| 12/6/2011 | Correspondence received, reviewed, responded re infrastructure related issues | Kathryn Schultea | 1 | 1.5 |
| 12/6/2011 | HR Livelink workspace comparison, ADP infrastructure updates, e-mail udpates | Brandon Bangerter | 1 | 2.5 |
| 12/6/2011 | Emails and Discussions re IT related | Raj Perubhatla | 1 | 2.0 |
| 12/7/2011 | Conference Calls re: Application Handbook status and updates / Migration to HR ADP | Brandon Bangerter | 1 | 2.0 |
| 12/7/2011 | Application Handbook reviews / SQL 12.0.1 installation and configuration, e-mails | Brandon Bangerter | 1 | 3.5 |
| 12/7/2011 | App Handbook Calls, ADP System call, emails discussions | Raj Perubhatla | 1 | 4.0 |
| 12/8/2011 | Conference Call re: Application Handbook full overview and updates | Brandon Bangerter | 1 | 1.0 |
| 12/8/2011 | HR Infrastructure requirements, configuration / App Handbook reviews, ADP infrastructure prep | Brandon Bangerter | 1 | 5.5 |
| 12/9/2011 | Conference Call re: HR processes and reporting | Brandon Bangerter | 1 | 1.0 |
| 12/9/2011 | App Handbook reviews, updates / e-mail udpates | Brandon Bangerter | 1 | 2.0 |
| 12/12/2011 | Correspondence received, reviewed, responded re NNI Website | Kathryn Schultea | 1 | 0.6 |
| 12/12/2011 | ADP installation, configuration / HRIS meetings on reporting, interfaces, and applications | Brandon Bangerter | 1 | 9.0 |
| 12/12/2011 | NNI Infrastructure Checkpoint calls, discussions and emails | Raj Perubhatla | 1 | 2.0 |
| 12/13/2011 | ADP installation, configuration / infrastructure setup / HR reporting meetings | Brandon Bangerter | 1 | 7.0 |
| 12/13/2011 | MATDB Discussions, eMails and Discussions in RTP | Raj Perubhatla | 1 | 2.0 |
| 12/14/2011 | Conference Calls re: HR Processes and reports, ADP kickoff meeting | Brandon Bangerter | 1 | 2.5 |
| 12/14/2011 | ADP remote setup / HR Livelink walkthrough / Project discussion and prep / e-mail updates | Brandon Bangerter | 1 | 6.0 |
| 12/16/2011 | Conference Calls re: ProBusinness Information session / BOXI Configuration and setup | Brandon Bangerter | 1 | 2.0 |
| 12/16/2011 | MATDB SQL server access and config / BOXI server / HR Reports / App Handbook updates / e-mails | Brandon Bangerter | 1 | 5.0 |
| 12/19/2011 | Conference Call re: SAP BW KT session for BCS and reporting | Brandon Bangerter | 1 | 2.0 |
| 12/19/2011 | HR ADP Solution discussion, strategy, walkthrough / infrastructure udpates / e-mail | Brandon Bangerter | 1 | 4.0 |
| 12/20/2011 | Conference Call re: Application Handbook full overview and updates | Brandon Bangerter | 1 | 1.0 |
| 12/20/2011 | Security updates to servers, applications / Application Handbook reviews / e-mail updates | Brandon Bangerter | 1 | 5.0 |
| 12/21/2011 | Infrastructure and virtual vault review for content / Handbook reviews / e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 12/22/2011 | Security Engineering updates to Systems / Application Handbook reviews / e-mail updates | Brandon Bangerter | 1 | 5.0 |
| 12/23/2011 | ADP Solution strategies walkthrough / Application handbook reviews | Brandon Bangerter | 1 | 2.0 |
| 12/27/2011 | ADP Solution update / Infrastructure, connectivity troubleshooting, e-mail updates | Brandon Bangerter | 1 | 1.0 |
| 12/28/2011 | Infrastructure / connectivity troubleshooting, e-mail updates | Brandon Bangerter | 1 | 1.0 |
| 12/29/2011 | Correspondence received, reviewed, responded re Hardware Issues and ADP Project | Kathryn Schultea | 1 | 2.5 |
| 12/30/2011 | EMB DB updates, App Handbook updates, e-mail updates | Brandon Bangerter | 1 | 2.0 |

# NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/2/2011 | Correspondence received, reviewed, responded re Iron Mountain discussion | Kathryn Schultea | 2 | 2.3 |
| 12/7/2011 | Correspondence received, reviewed, responded re Iron Mountain Non-Records removal | Kathryn Schultea | 2 | 0.5 |
| 12/19/2011 | Correspondence received, reviewed, responded re Iron Mountain discussion | Kathryn Schultea | 2 | 1.5 |
| 12/20/2011 | Correspondence received, reviewed, responded re Iron Mountain discussion | Kathryn Schultea | 2 | 1.5 |
| 12/1/2011 | Correspondence received, reviewed, responded re Retiree/LTD Committee | Kathryn Schultea | 3 | 2.5 |
| 12/1/2011 | Nortel HR DC call and emails | Raj Perubhatla | 3 | 1.5 |
| 12/1/2011 | HR DC File Merge and Processing | Raj Perubhatla | 3 | 7.0 |
| 12/2/2011 | Correspondence received, reviewed, responded re ADP Project | Kathryn Schultea | 3 | 1.0 |
| 12/2/2011 | HR DC File Merge and Processing, emails, discussions | Raj Perubhatla | 3 | 10.0 |
| 12/4/2011 | HR DC File Merge and Processing | Raj Perubhatla | 3 | 4.0 |
| 12/5/2011 | Onsite at Nortel re: Mercer Meeting | Kathryn Schultea | 3 | 4.0 |
| 12/5/2011 | ADP HRIS Project Call, DC Call, HR Laptop Inventory Call, emails and Discussions | Raj Perubhatla | 3 | 5.0 |
| 12/5/2011 | HR DC File Analysis | Raj Perubhatla | 3 | 3.0 |
| 12/6/2011 | Correspondence received, reviewed, responded re HR Related | Kathryn Schultea | 3 | 3.5 |
| 12/6/2011 | Conference Call re: Mercer/Nortel Discussion | Kathryn Schultea | 3 | 0.8 |
| 12/6/2011 | Conference call re: Mercer Data Issues | Kathryn Schultea | 3 | 0.5 |
| 12/6/2011 | ADP EV5 Install Preparation, Oracle Install issues, getting user ids setup for ADP Consultant | Raj Perubhatla | 3 | 3.0 |
| 12/6/2011 | HR DC File Redo for new deduction Codes | Raj Perubhatla | 3 | 3.0 |
| 12/7/2011 | Correspondence received, reviewed, responded re HR vendors | Kathryn Schultea | 3 | 2.5 |
| 12/7/2011 | Correspondence received, reviewed, responded re committees on HR matters | Kathryn Schultea | 3 | 1.8 |
| 12/7/2011 | HR DC File Merge, ADP EV5 Prep | Raj Perubhatla | 3 | 4.0 |
| 12/8/2011 | Correspondence received, reviewed, responded re HR vendors and call center issues | Kathryn Schultea | 3 | 4.5 |
| 12/8/2011 | HR DC Call, emails, Discussions, Merges | Raj Perubhatla | 3 | 4.0 |
| 12/8/2011 | HR Laptop, EV5 Server Prep, Handbook issues, Payroll Detail Search | Raj Perubhatla | 3 | 4.0 |
| 12/9/2011 | Conference Call re: committees on HR matters | Kathryn Schultea | 3 | 1.3 |
| 12/9/2011 | Conference Call re: Nashville debrief | Kathryn Schultea | 3 | 0.6 |
| 12/9/2011 | Correspondence received, reviewed, responded re followup on HR matters | Kathryn Schultea | 3 | 3.5 |
| 12/9/2011 | HR DC File revisions for new Bay network codes and groupings, HR Laptop analysis calls | Raj Perubhatla | 3 | 6.0 |
| 12/9/2011 | HR Server prep for EV5 Install | Raj Perubhatla | 3 | 2.0 |
| 12/12/2011 | Conference calls re: HR Matters, committee needs, and data retention | Kathryn Schultea | 3 | 4.8 |
| 12/12/2011 | Correspondence received, reviewed, responded re followup on HR matters | Kathryn Schultea | 3 | 1.8 |
| 12/12/2011 | Correspondence received, reviewed, responded re plan terminations | Kathryn Schultea | 3 | 0.8 |
| 12/12/2011 | Correspondence received, reviewed, responded re call center issues/needed | Kathryn Schultea | 3 | 1.3 |
| 12/12/2011 | ADP EV5 Installation in RTP | Raj Perubhatla | 3 | 6.0 |
| 12/13/2011 | Conference call re: Nortel update on HR matters | Kathryn Schultea | 3 | 1.0 |
| 12/13/2011 | Correspondence received, reviewed, responded re followup on HR matters | Kathryn Schultea | 3 | 2.8 |
| 12/13/2011 | Correspondence received, reviewed, responded re HR vendors | Kathryn Schultea | 3 | 1.0 |
| 12/13/2011 | HR DC File Analysis Call | Raj Perubhatla | 3 | 1.0 |
| 12/13/2011 | ADP EV5 Installation in RTP | Raj Perubhatla | 3 | 5.0 |
| 12/14/2011 | Conference call and correspondence followup re: HR ADP project | Kathryn Schultea | 3 | 4.2 |
| 12/14/2011 | Correspondence received, reviewed, responded re followup on HR matters | Kathryn Schultea | 3 | 5.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/14/2011 | On Boarding ADP EV5 Consultant Calls, discussions and emails | Raj Perubhatla | 3 | 4.0 |
| 12/14/2011 | HR Laptop Walkthrough call, emails and discussions | Raj Perubhatla | 3 | 1.5 |
| 12/14/2011 | Troubleshooting EV5 Java issues | Raj Perubhatla | 3 | 2.5 |
| 12/15/2011 | Conference call re: committee material | Kathryn Schultea | 3 | 0.5 |
| 12/15/2011 | Conference call re: Nortel Follow Up | Kathryn Schultea | 3 | 2.5 |
| 12/15/2011 | Conference call re: HR Matters | Kathryn Schultea | 3 | 0.6 |
| 12/15/2011 | Correspondence received, reviewed, responded re Nortel Insurance Policy | Kathryn Schultea | 3 | 1.0 |
| 12/15/2011 | Correspondence received, reviewed, responded re followup on HR matters | Kathryn Schultea | 3 | 3.5 |
| 12/15/2011 | Correspondence received, reviewed, responded re Retiree/LTD Committee Requests | Kathryn Schultea | 3 | 1.5 |
| 12/15/2011 | ADP EV5 Consultant discussions, configuration and emails | Raj Perubhatla | 3 | 8.0 |
| 12/16/2011 | Conference call re: Nortel HR Help desk | Kathryn Schultea | 3 | 0.8 |
| 12/16/2011 | Correspondence received, reviewed, responded re Retiree/LTD Committee / HR matters | Kathryn Schultea | 3 | 4.5 |
| 12/16/2011 | Conference calls and correspondence re Pro Business Tech Infrastructure, BOXI with CSC and BI Team, EV5 config, RTP NNI ring fence updates, MATDB server reboots | Raj Perubhatla | 3 | 8.0 |
| 12/18/2011 | ADP EV5 Prep for the Paytech Consultant | Raj Perubhatla | 3 | 1.0 |
| 12/19/2011 | Correspondence received, reviewed, responded re followup on HR matters | Kathryn Schultea | 3 | 3.5 |
| 12/19/2011 | ADP EV5 Project kick off issues, evaluating Paytech consultant, reaching out to ADP Consulting services | Raj Perubhatla | 3 | 5.0 |
| 12/20/2011 | Conference call re: Nortel HR Help desk | Kathryn Schultea | 3 | 1.3 |
| 12/20/2011 | Correspondence received, reviewed, responded re followup on HR matters | Kathryn Schultea | 3 | 2.3 |
| 12/20/2011 | Correspondence received, reviewed, responded re Nortel - Retiree Committee Production | Kathryn Schultea | 3 | 2.5 |
| 12/20/2011 | Emails and Discussions about ADP EV5 Project, EMB year end files | Raj Perubhatla | 3 | 4.0 |
| 12/21/2011 | Conference call re: ADP project for Nortel | Kathryn Schultea | 3 | 1.8 |
| 12/21/2011 | Correspondence received, reviewed, responded re followup on HR matters | Kathryn Schultea | 3 | 4.5 |
| 12/21/2011 | ADP group issue resolutions - emails, discussions | Raj Perubhatla | 3 | 4.0 |
| 12/22/2011 | Correspondence received, reviewed, responded re followup on HR matters | Kathryn Schultea | 3 | 0.8 |
| 12/22/2011 | Nortel-US Address database analysis, emails and discussions | Raj Perubhatla | 3 | 5.0 |
| 12/23/2011 | Correspondence received, reviewed, responded re Retiree/LTD Committee Requests | Kathryn Schultea | 3 | 1.3 |
| 12/23/2011 | Develop, Test ADP Reporting database schemas using BODI, setup Jobs to Process Data | Raj Perubhatla | 3 | 7.0 |
| 12/26/2011 | Develop, Test ADP Reporting database schemas using BODI, setup Jobs to Process Data | Raj Perubhatla | 3 | 7.0 |
| 12/27/2011 | Correspondence received, reviewed, responded re followup on HR matters | Kathryn Schultea | 3 | 2.6 |
| 12/27/2011 | Develop, Test ADP Reporting database schemas using BODI, setup Jobs to Process Data | Raj Perubhatla | 3 | 7.0 |
| 12/28/2011 | Correspondence received, reviewed, responded re Retiree/LTD Committee Requests and HR Matters | Kathryn Schultea | 3 | 2.8 |
| 12/28/2011 | Develop, Test ADP Reporting database schemas using BODI, setup Jobs to Process Data | Raj Perubhatla | 3 | 8.0 |
| 12/29/2011 | Develop, Test ADP Reporting database schemas using BODI, setup Jobs to Process Data | Raj Perubhatla | 3 | 7.0 |
| 12/30/2011 | US Ring Fence migration work, Upgrade to SqlAnyWhere 12.0 | Raj Perubhatla | 3 | 5.0 |
| 12/30/2011 | Develop, Test ADP Reporting database schemas using BODI, setup Jobs to Process Data | Raj Perubhatla | 3 | 3.0 |
| 12/30/2011 | Monthly Fee Application Work | Kathryn Schultea | 4 | 5.0 |
| 12/31/2011 | Monthly Fee Application Work | Raj Perubhatla | 4 | 4.0 |
| 12/1/2011 | Non-Working travel to Houston From Raliegh | Kathryn Schultea | 5 | 4.5 |
| 12/5/2011 | Non-Working travel from Houston to Nashville - Nortel Office | Kathryn Schultea | 5 | 4.5 |
| 12/5/2011 | Non-Working travel from Nashville to Houston | Kathryn Schultea | 5 | 4.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/11/2011 | Non-working travel from Houston to RTP | Brandon Bangerter | 5 | 5.5 |
| 12/11/2011 | Non Working Travel from Houston to RTP | Raj Perubhatla | 5 | 5.5 |
| 12/13/2011 | Non-working travel from RTP to Houston | Brandon Bangerter | 5 | 5.5 |
| 12/13/2011 | Non Working Travel from RTP to Houston | Raj Perubhatla | 5 | 5.5 |
| 12/13/2012 | Non-Working Travel to NY for tax meeting | Richard Lydecker | 5 | 7.5 |
| 12/14/2012 | Non-Working Travel from NY to Houston | Richard Lydecker | 5 | 7.5 |
| 12/1/2011 | Conference call re: Employee Claims Resolution | Kathryn Schultea | 6 | 0.8 |
| 12/12/2011 | Correspondence received, reviewed, responded re Employee claims | Kathryn Schultea | 6 | 0.5 |
| 12/14/2011 | Correspondence received, reviewed, responded re Employee claims | Kathryn Schultea | 6 | 1.5 |
| 12/1/2012 | Cleary/Huron employee claims call | Richard Lydecker | 6 | 0.5 |
| 12/15/2012 | Claims discussion MC | Richard Lydecker | 6 | 0.8 |
| 12/16/2011 | Conference call and correspondence re: October Outlook Review | Kathryn Schultea | 7 | 2.5 |
| 12/1/2012 | Conference call EY and Cleary | Richard Lydecker | 7 | 0.8 |
| 12/2/2012 | EY tax status call | Richard Lydecker | 7 | 0.5 |
| 12/5/2012 | Tax review | Richard Lydecker | 7 | 0.5 |
| 12/6/2012 | Scheduling/prep for tax call | Richard Lydecker | 7 | 0.5 |
| 12/6/2012 | Prep calll for AG tax call | Richard Lydecker | 7 | 0.5 |
| 12/6/2012 | Call AG with EY/JR | Richard Lydecker | 7 | 0.5 |
| 12/7/2012 | Followup AG call | Richard Lydecker | 7 | 0.5 |
| 12/9/2012 | Discussion re Tax matters | Richard Lydecker | 7 | 1.0 |
| 12/12/2012 | Prepare for tax meeting in NY with Cleary/AG | Richard Lydecker | 7 | 0.5 |
| 12/13/2012 | Review notes for Cleary/AG meeting | Richard Lydecker | 7 | 0.8 |
| 12/14/2012 | Cleary/AG meeting; also Capstone | Richard Lydecker | 7 | 4.5 |
| 12/19/2012 | EY tax amendment questions | Richard Lydecker | 7 | 1.0 |
| 12/20/2012 | EY engagement discussions | Richard Lydecker | 7 | 1.3 |
| 12/24/2012 | AG questions re EY engagement | Richard Lydecker | 7 | 1.8 |
| 12/27/2012 | AG questions re EY engagement | Richard Lydecker | 7 | 1.0 |
| 12/27/2012 | Prep call for AG tax call | Richard Lydecker | 7 | 1.0 |
| 12/27/2012 | AG call re engagement questions | Richard Lydecker | 7 | 0.5 |
| 12/5/2011 | Conference call re: weekly status update | Kathryn Schultea | 8 | 0.6 |
| 12/12/2011 | Conference call re: weekly status update | Kathryn Schultea | 8 | 0.7 |