# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**December 1, 2011 through December 31, 2011**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline | $   5,233.90 |
| Travel – Lodging | 1,645.88 |
| Travel – Transportation | 1,001.63 |
| Travel – Meals | 348.60 |
| Office Expenses | - |
| TOTAL | $   8,230.01 |
| | |

# Nortel Expense Report

**PERIOD:** December 1, 2011 through December 31, 2011

| Date | Description | Air | Hotel | Meals | Transportation | Professional |
|---|---|---|---|---|---|---|
| 12/5 | Travel Houston/Nashville | $ 390.20 | $ - | $ 87.06 | $ 99.55 | Kathryn Schultea |
| 12/13 - 12/14 | Houston/NY/Houston | $ 2,043.90 | $ 829.70 | | $ 606.60 | Richard Lydecker |
| 12/11 - 12/13 | Travel Houston/Raleigh - Nortel Office | $ 1,399.90 | $ 407.54 | $ 261.54 | $ 180.00 | Raj Perubhatla |
| 12/11 - 12/13 | Travel Houston/Raleigh - Nortel Office | $ 1,399.90 | $ 408.64 | | $ 115.48 | Brandon Bangerter |
| | | $ 5,233.90 | $ 1,645.88 | $ 348.60 | $ 1,001.63 | |

1 of 1