## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
:
In re                                                   :          Chapter 11
                                                        :
Nortel Networks Inc., *et al.*,[1]                      :          Case No. 09-10138 (KG)
                                                        :
            Debtors.                                    :          Jointly Administered
                                                        :
-------------------------------------------------------X

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON FEBRUARY 9, 2012 AT 10:00 A.M. (EASTERN TIME)

---

### THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT

---

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## CONTINUED MATTER

1.      Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims and Misclassified 503(b)(9) Claims) (D.I. 3942, Filed 9/14/10).

        Objection Deadline:   October 7, 2010 at 4:00 p.m. (ET). Extended for Amphenol Corporation and its affiliates to February 16, 2012 at 4:00 p.m. (ET). Extended for the Debtors, with respect to Unisys's response to the objection, to February 16, 2012 at 4:00 p.m. (ET).

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]     **Amended items appear in bold.**

Remaining Response Received:

(a)     Response of Unisys Corporation to Debtors' Fourteenth Omnibus Objection
        (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P.
        3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims,
        Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9)
        Claims and Misclassified 503(b)(9) Claims) Filed by Unisys Corporation (D.I.
        4106, Filed 10/7/10).

Related Pleading:

(a)     Order Granting Debtors' Fourteenth Omnibus Objection (Substantive) to Certain
        Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1
        (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Satisfied
        Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims and Misclassified
        503(b)(9) Claims) (D.I. 4163, Filed 10/14/10).

Status:  The hearing with respect to the objections to Claim Nos. 5500, 5501, 5502, 5504,
5505 and 5506 filed by Amphenol Corporation and its affiliates has been adjourned to the
hearing scheduled for February 23, 2012 at 10:00 a.m. (ET). The hearing with respect to
the response filed by Unisys Corporation has been adjourned to the hearing scheduled for
February 23, 2012 at 10:00 a.m. (ET).

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION OR CERTIFICATION OF COUNSEL

2.      Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order (I) Approving
        the Stipulation Resolving Claims with Avnet International (Canada) Ltd. and Avnet, Inc.
        (as Successors in Interest to Bell Microproducts Canada-Tenex Data ULC and Bell
        Microproducts Inc.) and (II) Granting Limited Relief from the Automatic Stay to
        Effectuate a Setoff (D.I. 7103, Filed 1/19/12).

        Objection Deadline:  February 2, 2012 at 4:00 p.m. (ET).

        Response Received:  None.

        Related Pleading:

        (a)     Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy
                Rule 9019 for Entry of an Order (I) Approving the Stipulation Resolving Claims
                with Avnet International (Canada) Ltd. and Avnet, Inc. (as Successors in Interest
                to Bell Microproducts Canada-Tenex Data ULC and Bell Microproducts Inc.) and
                (II) Granting Limited Relief from the Automatic Stay to Effectuate a Setoff (D.I.
                7159, Filed 2/6/12);

(b)      Proposed Form of Order.

**Status: The Court has indicated that an order will be entered regarding this matter and no hearing is necessary.**

3.      Debtors' Motion for an Order Modifying the Application of (I) Local Rule 3007-1 and (II) this Court's Prior Order Related to Bankruptcy Rule 3007(e)(6) and Local Rule 3007-1(f) [D.I. 2125] (D.I. 7134, Filed 1/25/12).

Objection Deadline:  February 2, 2012 at 4:00 p.m. (ET).

Response Received:  None.

Related Pleading:

(a)      Certificate of No Objection Regarding Debtors' Motion for an Order Modifying the Application of (I) Local Rule 3007-1 and (II) this Court's Prior Order Related to Bankruptcy Rule 3007(e)(6) and Local Rule 3007-1(f) [D.I. 2125] (D.I. 7160, Filed 2/6/12);

(b)      Certification of Counsel Regarding Debtors' Motion for an Order Modifying the Application of (I) Local Rule 3007-1 and (II) this Court's Prior Order Related to Bankruptcy Rule 3007(e)(6) and Local Rule 3007-1(f) [D.I. 2125] (D.I. 7162, Filed 2/6/12); and

(c)      Proposed Form of Order.

**Status: The Court has indicated that an order will be entered regarding this matter and no hearing is necessary.**

Dated: February 7, 2012
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


_____/s/ Chad A. Fights_____
Derek C. Abbott (No. 3376)

Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

5317445.1