# EXHIBIT B



**Akin Gump**
Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1405997 |
| Invoice Date | 01/20/12 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/11 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 7.70 | $5,617.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 0.40 | $300.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 4.90 | $2,946.00 |
| 0006 | Retention of Professionals | 7.60 | $5,117.00 |
| 0007 | Creditors Committee Meetings | 89.80 | $65,131.00 |
| 0008 | Court Hearings | 1.70 | $1,419.00 |
| 0009 | Financial Reports and Analysis | 1.00 | $666.00 |
| 0012 | General Claims Analysis/Claims Objections | 40.20 | $21,098.50 |
| 0014 | Canadian Proceedings/Matters | 6.60 | $5,883.00 |
| 0017 | General Adversary Proceedings | 0.20 | $198.00 |
| 0018 | Tax Issues | 61.30 | $38,518.00 |
| 0019 | Labor Issues/Employee Benefits | 23.60 | $18,258.50 |
| 0020 | Real Estate Issues/Leases | 0.60 | $330.00 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 0.70 | $635.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 1.80 | $1,087.00 |
| 0025 | Travel | 2.15 | $1,586.50 |
| 0026 | Avoidance Actions | 0.30 | $153.00 |
| 0028 | Non-Debtor Affiliates | 3.20 | $2,161.00 |
| 0029 | Intercompany Analysis | 112.00 | $79,697.00 |
| 0031 | European Proceedings/Matters | 0.10 | $99.00 |
| 0032 | Intellectual Property | 0.20 | $180.00 |
| | TOTAL | 366.05 | $251,080.50 |

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 12/02/11 | FSH | 0002 | Attention to 2019 update. | 0.20 |
| 12/04/11 | FSH | 0002 | Work on 2019 memo to Committee. | 0.20 |
| 12/04/11 | DHB | 0002 | Email communications re 2019. | 0.20 |
| 12/04/11 | BMK | 0002 | Draft email to UCC re: 2019 amendment (0.3). | 0.30 |
| 12/05/11 | DHB | 0002 | Email communications re: Ray call. | 0.20 |
| 12/05/11 | BMK | 0002 | Draft/edit 2019 statement | 0.30 |
| 12/06/11 | SLS | 0002 | Participate in John Ray call (1.0). | 1.00 |
| 12/06/11 | FSH | 0002 | Participate in call with NNI re pending items (.1). Follow-up on issues raised therein (.2). | 1.30 |
| 12/07/11 | FSH | 0002 | Communications w/Cleary, creditor re meeting. | 0.20 |
| 12/08/11 | SLS | 0002 | Review 2019. | 0.20 |
| 12/08/11 | BMK | 0002 | Finalize 2019 statement (0.5); email same to Committee (0.1) | 0.60 |
| 12/12/11 | SLS | 0002 | Participate in call with Company and UCC advisors regarding case status (.7) | 0.70 |
| 12/12/11 | DHB | 0002 | Prepare for and attend portion of Ray call (.5); follow-up re same (.1). | 0.60 |
| 12/12/11 | BMK | 0002 | Participate in udpate call with Debtors and UCC professionals (0.6); finalize committee 2019 statement for filing (0.5) | 1.10 |
| 12/14/11 | GDB | 0002 | Emails relating to 2019 statement. | 0.30 |
| 12/21/11 | BMK | 0002 | TC with unsecured creditor re: case status | 0.30 |
| 12/02/11 | BMK | 0003 | Email to Akin team re: November bill | 0.20 |
| 12/20/11 | FSH | 0003 | Work on monthly invoice | 0.20 |
| 12/05/11 | DHB | 0004 | Email communications re Lazard fee mechanics. | 0.20 |
| 12/05/11 | BMK | 0004 | Review email and docs re: Lazard fee payment mechanics | 0.20 |
| 12/05/11 | TDF | 0004 | Reviewing Lazard documents (0.2); corresponding w/B. Kahn re foregoing (0.1) | 0.30 |
| 12/05/11 | GDB | 0004 | Emails re Lazard fees and payment from escrows (0.3) | 0.30 |
| 12/06/11 | BMK | 0004 | Review of draft escrow letters re: payment of Lazard fees | 0.30 |
| 12/06/11 | GDB | 0004 | Reviewing Lazard fee escrow releases (2.6)  Emails re Lazard fee escrow releases (0.2) | 2.80 |
| 12/09/11 | TDF | 0004 | Reviewing escrow release letters for Lazard for various M&A deals (0.5); disucssing w/B. Kahn (0.1) | 0.60 |
| 12/20/11 | BMK | 0004 | Emails with MNAT re: payment of professional fees | 0.20 |
| 12/22/11 | FSH | 0006 | Attention to EY retention application and communications re same with Cleary. | 0.30 |
| 12/22/11 | DHB | 0006 | Extensive email communications re expanded E&Y retention. | 0.40 |
| 12/22/11 | BMK | 0006 | Review of notice of amendment to EY retention (0.4); emails with Akin team re: same (0.2); draft/edit email to Cleary re: same (0.3) | 0.90 |
| 12/22/11 | KMR | 0006 | Reviewed EY contract and proposed out of scope work (1.2) | 1.20 |
| 12/23/11 | FSH | 0006 | Further communications re EY engagement. | 0.10 |
| 12/23/11 | KMR | 0006 | Continued review of EY engagement terms (0.5). | 0.50 |
| 12/26/11 | BMK | 0006 | Emails re: amended EY retention | 0.20 |
| 12/27/11 | SLS | 0006 | Participate in call with company regarding expanded retention of E&Y. | 0.50 |
| 12/27/11 | BMK | 0006 | Participate in call with S. Schultz, K. Rowe and Cleary re: EY amended retention (0.6); emails with K. Rowe re: same (0.2) | 0.80 |
| 12/27/11 | KMR | 0006 | Conference call with J. Ray, Cleary and EY re: tax engagement (0.8); follow up review of reviewd of engagement terms and drafted email re: same (0.7). | 1.50 |
| 12/28/11 | FSH | 0006 | Communications re EY engagement and review info re same. | 0.30 |
| 12/28/11 | DHB | 0006 | Email communications re E&Y retention. | 0.20 |
| 12/28/11 | BMK | 0006 | Conf with F. Hodara re: EY retention (0.2); email to D. Botter re: same (0.1) | 0.30 |
| 12/30/11 | BMK | 0006 | TC with J. Hyland re: Capstone disclosure objections. | 0.40 |
| 12/01/11 | SLS | 0007 | Participate in UCC call (.6); participate in professionals' post-call (1.6). | 2.20 |
| 12/01/11 | LGB | 0007 | Participate on committee call (0.6); follow up to same (.3). | 0.90 |
| 12/01/11 | FSH | 0007 | Communications with Committee members re meetings (.1). Prepare for | 0.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1405997

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | Committee meeting (.2). Attend same (.6). | |
| 12/01/11 | DHB | 0007 | Review agenda and prepare for Committee call (.4); attend same (.6) and follow up (.1). | 1.10 |
| 12/01/11 | SBK | 0007 | Attend weekly committee call | 0.60 |
| 12/01/11 | BMK | 0007 | Prepare for committee call (0.2); participate in committee call (0.6); follow-up with Akin and Capstone teams re: same (0.2) | 1.00 |
| 12/01/11 | KMR | 0007 | Attended creditors committee meeting (0.7); discussion with M. Peters re: Dec. 7 meeting (0.3). | 1.00 |
| 12/01/11 | GDB | 0007 | Emails re UCC call (0.2) | 0.20 |
| 12/01/11 | SJW | 0007 | Attend Committee call. | 0.60 |
| 12/05/11 | SLS | 0007 | Preparation for upcoming UCC meeting (.1). | 0.10 |
| 12/05/11 | FSH | 0007 | Work on materials for Committee meeting. | 0.70 |
| 12/05/11 | DHB | 0007 | Office conference with B. Kahn and begin preparation for all-hands meeting on Wednesday (.4). | 0.40 |
| 12/06/11 | SLS | 0007 | Participate in professionals' pre-call (.6); review materials for committee meeting (.5). | 1.10 |
| 12/06/11 | LGB | 0007 | Meeting preparation for committee meeting (.6); Prepare for committee meeting (.9). | 1.50 |
| 12/06/11 | FSH | 0007 | Continue work on materials for Committee meeting (.3); conf. call with advisors to prepare (.6). | 0.90 |
| 12/06/11 | AQ | 0007 | Review and analyze materials prepared for in-person Committee meeting. | 1.60 |
| 12/06/11 | AQ | 0007 | Attend professionals' meeting to prepare for Committee call. | 0.60 |
| 12/06/11 | DHB | 0007 | Prepare for in-person meeting (2.5); meet with B. Kahn re same (.3); telephone call with C. Kearns re same (.1); professionals pre-call (.6) and follow-up (.1); review and revise Capstone allocation deck (1.4); emails re same (.2). | 5.20 |
| 12/06/11 | SBK | 0007 | Attend professionals' call re prep for committee meeting (.6); review materials for meeting (.3). | 0.90 |
| 12/06/11 | BMK | 0007 | Prepare materials for in-person committee meeting (2.1); emails and tcs with Capstone re: same (0.5); prepare for presentation to committee (1.9); participate in professionals' call (0.6) | 5.10 |
| 12/06/11 | KMR | 0007 | Professionals' meeting (0.6). | 0.60 |
| 12/06/11 | JYS | 0007 | Attend Professionals' call (0.6); review materials for UCC call (0.4). | 1.00 |
| 12/06/11 | GDB | 0007 | Attend professionals' call (0.6);  Emails re professional call (0.1) | 0.70 |
| 12/06/11 | SJW | 0007 | Attend professionals' call. | 0.60 |
| 12/06/11 | SLB | 0007 | Coordinate scheduling of in-person Cte. meeting | 0.20 |
| 12/06/11 | JPR | 0007 | Attend professionals' call in advance of committee meeting. | 0.60 |
| 12/07/11 | SLS | 0007 | Attend UCC meeting (4.2). | 4.20 |
| 12/07/11 | LGB | 0007 | Attend Committee meeting (portion) and make presentation on 1114/ LTD process. | 0.50 |
| 12/07/11 | FSH | 0007 | Final preparation for in-person Committee meeting (.6). Attend same (4.2). | 4.80 |
| 12/07/11 | RHP | 0007 | Preparation for and attendance at Committee meeting (portion). | 4.00 |
| 12/07/11 | AQ | 0007 | Prepare presentation to Committee at in-person meeting. | 0.70 |
| 12/07/11 | AQ | 0007 | Attend in-person Committee meeting (portion). | 3.40 |
| 12/07/11 | DHB | 0007 | Prepare for meeting (1.6); attend same and follow-up (4.2). | 5.80 |
| 12/07/11 | BMK | 0007 | Prepare for in-person committee meeting (0.7); attend in-person committee meeting (4.2); follow-up to same (0.3) | 5.20 |
| 12/07/11 | KMR | 0007 | Preparation for committee meeting (.8); attended part of creditors committee meeting (3.5). | 4.30 |
| 12/07/11 | JYS | 0007 | Attend Committee meeting (partial attendance- telephonic) (1.9). | 1.90 |
| 12/07/11 | GDB | 0007 | UCC call (portion). | 3.80 |
| 12/12/11 | DHB | 0007 | Review agenda (.2). | 0.20 |
| 12/15/11 | FSH | 0007 | Call with Committee advisors re pending issues (.6). Work on agenda (.2). | 0.80 |
| 12/15/11 | AQ | 0007 | Attend professionals' call (.6); follow up call with Akin team (.7). | 1.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1405997

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 12/15/11 | DHB | 0007 | Review agenda and emails re same (.1); prepare for (.1) and attend professionals pre-call (.6); follow-up re same (.5); review revised agenda and emails re same (.1). | 1.40 |
| 12/15/11 | BMK | 0007 | Prepare for professionals' call (0.2); participate in professionals' call (0.6); follow-up with Akin team re: same (0.7); review draft materials from Jefferies for committee call (0.2) | 1.70 |
| 12/15/11 | KMR | 0007 | Attend professionals' meeting (0.6); follow-up call w/Akin team (.7). | 1.30 |
| 12/15/11 | GDB | 0007 | Attend professionals' call (0.6); follow-up call with Akin team (0.7); emails re: professionals' call (0.2). | 1.60 |
| 12/15/11 | SJW | 0007 | Attend professionals' call (0.6); follow up call with Akin team (0.7). | 1.30 |
| 12/15/11 | SLB | 0007 | Attend professionals' pre-call (0.6); follow up call with Akin team (portion)(0.2). | 0.80 |
| 12/16/11 | SLS | 0007 | Participate in UCC call (1.1). | 1.10 |
| 12/16/11 | FSH | 0007 | Final prep for Committee meeting (.3). Attend same (1.1). | 1.40 |
| 12/16/11 | AQ | 0007 | Attend Committee call (portion). | 0.80 |
| 12/16/11 | DHB | 0007 | Review tax presentation for Committee call and emails re same (.3); prepare for Committee call and attend same (1.1). | 1.40 |
| 12/16/11 | KMR | 0007 | Preparation for presentation on summary of tax meeting (0.7); attended creditors committee meeting (1.1). | 1.80 |
| 12/16/11 | JYS | 0007 | Attend Committee Call (partial attendance). | 0.30 |
| 12/16/11 | GDB | 0007 | Attend UCC Call. | 1.10 |
| 12/16/11 | SLB | 0007 | Prepare materials for (.2) and attend (1.1) Committee call. | 1.30 |
| 12/19/11 | SLB | 0007 | Prepare minutes for 12/16 Committee Call (.2); confer w/ B. Kahn re: same (.1) | 0.30 |
| 12/20/11 | FSH | 0007 | Communications re Committee upcoming Committee meetings. | 0.30 |
| 12/20/11 | BMK | 0007 | Email to UCC re: cancellation of committee call and scheduling | 0.20 |
| 12/20/11 | GDB | 0007 | Emails re UCC call (0.2). | 0.20 |
| 12/30/11 | FSH | 0007 | Communications re upcoming Committee meeting. | 0.10 |
| 12/30/11 | GDB | 0007 | Emails re professionals' call. | 0.20 |
| 12/13/11 | FSH | 0008 | Communications re upcoming hearing. | 0.10 |
| 12/14/11 | DHB | 0008 | Prepare for hearing, including review of agenda letter (.4); attend same (.2); emails as follow-up (.2). | 0.80 |
| 12/14/11 | BMK | 0008 | Prepare for telephonic hearing (0.1); participate in same (0.2); review emails re: same (0.1) | 0.40 |
| 12/28/11 | FSH | 0008 | Examine agenda for hearing and follow up. | 0.20 |
| 12/28/11 | FSH | 0008 | Review miscellaneous pleadings re: upcoming hearing. | 0.20 |
| 12/05/11 | BMK | 0009 | Review and comment on Capstone cash report | 0.60 |
| 12/12/11 | DHB | 0009 | Review cash update (.4). | 0.40 |
| 12/01/11 | FSH | 0012 | Meet with working group re claims analysis. | 1.50 |
| 12/01/11 | DHB | 0012 | Continue review and revisions on bond claims memo (1.2); meet with team re same (.5). | 1.70 |
| 12/01/11 | BMK | 0012 | Conf with F. Hodara, S. Schultz, S. Brauner and S. Woodell re: bond claim memo | 1.50 |
| 12/01/11 | SJW | 0012 | Attend conference call with working group regarding bond claim memo. | 1.50 |
| 12/01/11 | SLB | 0012 | Team meeting re: Bond Claim Memorandum | 1.50 |
| 12/02/11 | SLS | 0012 | Review communications regarding upcoming cross-border claims issues (.5) | 0.50 |
| 12/02/11 | FSH | 0012 | Attention to cross-border claim issue. | 0.10 |
| 12/02/11 | DHB | 0012 | Email communications re cross-border claims issues. | 0.40 |
| 12/02/11 | BMK | 0012 | TC with Cleary re: cross-border claims (0.2); emails with Akin and Capstone teams re: same (0.3) | 0.50 |
| 12/05/11 | BMK | 0012 | Review email and issues re: cross border claims schedules (0.3); review revised drafts of proposed Flextronics claim settlement (0.8); review/comment on Capstone claims report (0.5) | 1.60 |
| 12/06/11 | SLS | 0012 | Review and comment on Capstone claims analysis presentation (.5). | 0.50 |
| 12/08/11 | DKB | 0012 | Confer with J. Sturm re: claim (.2); Research same (1.3); Prepare sets of relevant documents for attorneys (.7); Review and distribute the above | 2.50 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | (.3). | |
| 12/09/11 | BMK | 0012 | Review and comment on draft side agreement to Flex claim settlement | 0.40 |
| 12/12/11 | BMK | 0012 | TC with E. Bussigel re: claim settlement | 0.10 |
| 12/13/11 | BMK | 0012 | TC with Cleary re: Amphenol claim settlement | 0.40 |
| 12/14/11 | SLB | 0012 | Confer w/ A. Qureshi re: claims analysis (.1); confer w/ B. Kahn re: same (.2); conduct research in connection with same (.7); begin to prepare memorandum re: same (.5) | 1.50 |
| 12/15/11 | BMK | 0012 | Review revised materials for Flextronics claim settlement (0.5); emails with J. Croft re: same (0.2) | 0.70 |
| 12/15/11 | SLB | 0012 | Conduct research in connection with bond claim analysis (1.2); prepare memoranda re: same (.8); confer w/ A. Qureshi re: same (.1); confer w/ B. Kahn re: same (.1) | 2.20 |
| 12/16/11 | FSH | 0012 | Attention to Flex Settlement motion. | 0.30 |
| 12/16/11 | BMK | 0012 | Review and comment on draft memo re: cross-border claim precedent | 1.20 |
| 12/16/11 | SLB | 0012 | Prepare memoranda re: bond claim analysis (3); confer w/ F. Hodara re: same (.1); confer w/ B. Kahn re: same (.2); revise the same (.5) | 3.80 |
| 12/19/11 | BMK | 0012 | TC with J. Palmer re: Cox claim settlement (0.2); email re: same (0.1); review of proposed settlement motion materials (0.5) | 0.80 |
| 12/20/11 | DHB | 0012 | Review memo re claim issues. | 0.40 |
| 12/20/11 | BMK | 0012 | Draft/edit summary of Cox claim settlement (0.9); email same to UCC (0.2); review and comment on presenation re: Flextronics claim settlement (0.8) | 1.90 |
| 12/21/11 | SLS | 0012 | Review Capstone Flextronic presentation (.2); follow-up communications with B. Kahn regarding same (.2) | 0.40 |
| 12/21/11 | DHB | 0012 | Review memo re Cox claims settlement and emails re same. | 0.30 |
| 12/21/11 | BMK | 0012 | Review/finalize Flextronics claim settlement presentation (0.7); emails with Capstone re: same (0.2) | 0.90 |
| 12/21/11 | GDB | 0012 | Emails re Flextronics settlement (0.4).  Emails re Cox settlement (0.3). | 0.70 |
| 12/22/11 | FSH | 0012 | Work on claim analysis and memo. | 1.10 |
| 12/22/11 | BMK | 0012 | Revise/edit bond claim memo | 2.20 |
| 12/22/11 | BMK | 0012 | TC with M. Wunder re: Flex claim settlement (0.1); emails with UCC members re: same (0.3) | 0.40 |
| 12/23/11 | FSH | 0012 | Confer with BK re claims analysis. | 0.10 |
| 12/23/11 | BMK | 0012 | Conf with F. Hodara re: bond claim memo (0.2); research/edit same (3.2) | 3.40 |
| 12/29/11 | BMK | 0012 | Revise/edit bond claim memo | 3.20 |
| 12/02/11 | BMK | 0014 | Review email and docs re: JA motion for claims discovery in Canada | 0.50 |
| 12/04/11 | FSH | 0014 | Examine JA motion re discovery. | 0.20 |
| 12/07/11 | FSH | 0014 | Communicate w/RJ and DB re Canadian hearing. | 0.20 |
| 12/08/11 | FSH | 0014 | Communications re: Canadian chambers conference and next steps. | 0.30 |
| 12/08/11 | DHB | 0014 | Review EMEA discovery pleadings (1.4); email communications with team re 930 re same (.3); email communications with J. Bromley re same (.1). | 1.80 |
| 12/09/11 | FSH | 0014 | Conf. call w/Frasers re: upcoming Canadian hearing and pending issues. | 0.60 |
| 12/09/11 | DHB | 0014 | Further emails re Canadian issues (.1) (.3). | 0.40 |
| 12/09/11 | GDB | 0014 | Emails re Canadian claims process (0.2). | 0.20 |
| 12/12/11 | FSH | 0014 | Confer w/DB re: Canadian Court hearing (.1). Participate in portion of call with NNI re same (.5). | 0.60 |
| 12/12/11 | DHB | 0014 | Review of Canadian stay motion and Monitor report. | 1.50 |
| 12/20/11 | FSH | 0014 | Attention to Monitor's report. | 0.10 |
| 12/23/11 | FSH | 0014 | Communications re Canadian motions and proceedings. | 0.20 |
| 12/14/11 | FSH | 0017 | Communications w/Frasers, DB re comments of courts on pending litigation. | 0.20 |
| 12/01/11 | KMR | 0018 | Work on memo on tax issues (1.0); reviewed EMEA tax analysis; email to R. Palmer (0.3); work on routine of tax issues (0.8) | 2.10 |
| 12/04/11 | FSH | 0018 | Work on tax memo for Committee. | 0.40 |
| 12/05/11 | KMR | 0018 | Work on presentation to creditors committee on tax issues (4.2); | 4.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE

Invoice Number: 1405997

Page 6

January 20, 2012

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| | | | discussion with FMC team re: Canadian issues (0.3). | |
| 12/06/11 | DHB | 0018 | Review tax presentation and revise (.6); office conference with K. Rowe re changes thereto (.4); review revised draft and emails re changes thereto (.5). | 1.50 |
| 12/06/11 | KMR | 0018 | Work on outline of tax issues for committee meeting (3.4). | 3.40 |
| 12/06/11 | KMR | 0018 | Reviewed prior EY presentation on NNI taxes (0.5); discussion with Nortel tax team re: 12/14 meeting (0.4); reviewed Loraine Eden materials (0.3). | 1.20 |
| 12/08/11 | DHB | 0018 | Email communications re tax confi. | 0.20 |
| 12/08/11 | BMK | 0018 | Review confi letter from E&Y re: tax returns | 0.40 |
| 12/08/11 | KMR | 0018 | Reviewed draft confidentiality letter from EY (0.3); drafted email response (0.5). | 0.80 |
| 12/09/11 | DHB | 0018 | Review EY tax letter (.2); emails re same (.1). | 0.30 |
| 12/09/11 | BMK | 0018 | Review/comment on confi letter for tax meeting | 0.40 |
| 12/09/11 | KMR | 0018 | Continued review of proposed confidentiality agreement from EY relating to the tax meeting (0.6); Review state tax issues in preparation for tax meeting (3.0); discussion with A Krotman re: preparation for tax meeting (0.3); discussion with J Hyland re: tax issues (0.2). | 4.10 |
| 12/12/11 | BMK | 0018 | Review/comment on E&Y confi agreement re: tax diligence | 0.80 |
| 12/12/11 | KMR | 0018 | Continued analysis of state tax issues affecting NNI (2.3); reviewed issues from previous meeting and discussion with A. Krotman (1.5); reviewed draft confidentiality agreements and related correspondence (0.6). | 4.40 |
| 12/13/11 | BMK | 0018 | Finalize E&Y tax confi agreement | 0.40 |
| 12/13/11 | KMR | 0018 | Continued review of drafts of confidentiality agreements (0.3); continued review of state tax issues (1.2); discussion with J. Hyland re: meeting (0.2). | 1.70 |
| 12/14/11 | FSH | 0018 | Communications with K. Rowe re tax meeting and issues raised therein. | 1.40 |
| 12/14/11 | BMK | 0018 | Finalize tax confi agreements (0.2); discussion of tax issues with K. Rowe, F. Hodara, D. Botter (0.4) | 0.60 |
| 12/14/11 | KMR | 0018 | Preparation for tax meeting (1.0); attended tax meeting and follow up discussions with EY team (5.0); internal discussions re: tax issues (0.8). | 6.80 |
| 12/14/11 | ASK | 0018 | Attend meeting at NY office of Cleary Gottlieb re tax issues (5.0); draft file memo re same (1.8); research tax issues (1.8). | 8.60 |
| 12/15/11 | KMR | 0018 | Work on memo on tax law in the bankruptcy court and discussion with A. Krotman (0.4); continued review of materials from the tax meeting (1.5). | 1.90 |
| 12/15/11 | ASK | 0018 | Draft file memo re tax meeting at Cleary Gottlieb on 12/14 (1.4); research tax issues (1.2). | 2.60 |
| 12/16/11 | KMR | 0018 | Continued review of memo on state tax issues (0.4); work on memo on tax law in the bankruptcy court (0.7). | 1.10 |
| 12/16/11 | ASK | 0018 | Draft file memo regarding state tax issues. | 1.00 |
| 12/19/11 | KMR | 0018 | Research re: tax treatment issues. | 2.20 |
| 12/20/11 | KMR | 0018 | Continued analysis of tax issues. | 1.30 |
| 12/21/11 | KMR | 0018 | Continued analysis of tax treatment issues (1.5); work on memo on bankruptcy court rulings on tax issues (0.5). | 2.00 |
| 12/21/11 | ASK | 0018 | Research and draft memorandum re tax issues. | 1.10 |
| 12/22/11 | KMR | 0018 | Continued research re: bankruptcy court and tax issues (1.0). | 1.00 |
| 12/23/11 | KMR | 0018 | Continued work on tax issue analysis (0.8). | 0.80 |
| 12/23/11 | NT | 0018 | Discuss with Kevin Rowe re: tax research project. | 0.20 |
| 12/28/11 | NT | 0018 | Research pension liability tax issues. | 2.10 |
| 11/28/11 | LGB | 0019 | Review email from Kahn re application by Elliott Greenleaf (0.1); Respond to same (0.1); Begin to prepare Powerpoint presentation for Committee (1.0). | 1.20 |
| 11/29/11 | LGB | 0019 | Review email from Hodara re Elliott Greenleaf application (0.1); Respond to same (0.1); Continue to work on Powerpoint for Committee re 1114/ LTD process (1.0). | 1.10 |

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 11/30/11 | LGB | 0019 | Revise 1114/ LTD presentation (1.0). | 1.00 |
| 12/01/11 | FSH | 0019 | Attention to appellate pension matter. | 0.10 |
| 12/02/11 | LGB | 0019 | Review revised 1102/ confi order re 1114 committee (0.2); Email Kahn re same (0.1). | 0.30 |
| 12/02/11 | FSH | 0019 | Communications re Retiree order. | 0.10 |
| 12/02/11 | FSH | 0019 | Review retiree amended order. | 0.20 |
| 12/04/11 | LGB | 0019 | Email Fleming, Delacruz re Elliott Greenleaf's application (0.1). | 0.10 |
| 12/04/11 | DHB | 0019 | Review 1114 and LTD presentation. | 0.50 |
| 12/05/11 | LGB | 0019 | Email Fleming-Delacruz re Debtor's views on Elliott Greenleaf application (0.1). | 0.10 |
| 12/07/11 | LGB | 0019 | Email Kahn/ Brauner re response to Greenleaf's retention application (0.1). | 0.10 |
| 12/23/11 | LGB | 0019 | Review adversary proceeding complaint and exhibits re deferred compensation (1.0); Review email from Britt re same (0.1); Respond to same (0.1). | 1.20 |
| 12/23/11 | FSH | 0019 | Review deferred comp issues. | 0.20 |
| 12/23/11 | FSH | 0019 | Review complaint re deferred comp. | 0.30 |
| 12/23/11 | BMK | 0019 | Review deferred compensation adversary complaint and exhibits | 0.90 |
| 12/23/11 | ASL | 0019 | Review and digest deferred compensation complaint; review memo. | 2.90 |
| 12/23/11 | GDB | 0019 | Emails re Deferred Comp Adversary Proceedings (0.2). | 0.20 |
| 12/26/11 | BES | 0019 | Review of deferral documents. | 1.50 |
| 12/27/11 | LGB | 0019 | T/c with Lilling re deferred comp. complaint (0.1); Email Kim/ Britt re same (0.2). | 0.20 |
| 12/27/11 | BES | 0019 | Review of deferred compensation complaint documents. | 1.00 |
| 12/27/11 | ASL | 0019 | Confer with L. Beckerman (.1); review complaint (.2). | 0.30 |
| 12/28/11 | DHB | 0019 | Review 3rd Circuit decision and emails re same. | 1.50 |
| 12/28/11 | ASL | 0019 | Attention to deferred compensation complaint. | 0.60 |
| 12/29/11 | LGB | 0019 | Review email from Millett re decision (0.1); Respond to same (0.1); Review response to same (0.1); Respond to same (0.1); Review decision (1.0); Email Helyar/ Millett re same (0.1); Review email from Kahn re same (0.1); Review email from Hodara re same (0.1). | 1.70 |
| 12/29/11 | FSH | 0019 | Attention to Third Circuit decision and numerous communications re same. | 0.40 |
| 12/29/11 | BMK | 0019 | Review Third Circuit UK pension opinion (1.1); emails to UCC professionals and Committee re: same (0.2)(0.2) | 1.50 |
| 12/29/11 | GDB | 0019 | Emails re UK pension opinion. | 0.60 |
| 12/30/11 | DZV | 0019 | Review complaint regarding deferred compensation plan and case law relating to same. | 3.80 |
| 12/07/11 | JYS | 0020 | Correspondence with Akin Gump team re proposed lease extension (0.3); review of same (0.3). | 0.60 |
| 12/02/11 | FSH | 0022 | Examine letter of creditor re Plan and communications w/parties, Committee and working group re same. | 0.50 |
| 12/06/11 | SLS | 0022 | Review revised preliminary recovery analysis (.2). | 0.20 |
| 11/28/11 | TDF | 0024 | Reviewing revised IP Address Sale Order (0.5); corresponding w.R. Jacobs re: foregoing (0.2). | 0.70 |
| 12/01/11 | GDB | 0024 | Emails re Jabil side agreements (0.6) | 0.60 |
| 12/02/11 | GDB | 0024 | Emails re Jabil side agreement and escrows (0.2) | 0.20 |
| 12/20/11 | GDB | 0024 | Emails re Jabil settlement (0.3). | 0.30 |
| 12/02/11 | AQ | 0025 | Travel DC to NY (Actual time 3.5). | 1.75 |
| 12/14/11 | BMK | 0025 | Travel to/from in-person meeting at Cleary (Actual time .8). | 0.40 |
| 12/15/11 | BMK | 0026 | Review Teksystems 9019 motion | 0.30 |
| 12/19/11 | SLS | 0028 | Review NNI Japan winddown documents. | 1.00 |
| 12/19/11 | FSH | 0028 | Examine Japan wind down issues. | 0.30 |
| 12/19/11 | DHB | 0028 | Review NN Japan motion (.4); office conference with B. Kahn re comments thereto (.1). | 0.50 |
| 12/19/11 | BMK | 0028 | Review and comment on NN Japan cash repatriation motion materials | 0.80 |
| 12/20/11 | BMK | 0028 | Review of pleadings re: NN Japan motion (0.4); tc with R. Eckenrod re: | 0.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1405997

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | same (0.2) | |
| 12/01/11 | SLS | 0029 | Review and comment on [REDACTED] presentation(.4) | 0.40 |
| 12/01/11 | BMK | 0029 | Review comments to intercompany issue presentation (0.4); tc with J. Borow re: same (0.3); review and revise presentation (1.6); draft mediation statement outline (0.8) | 3.10 |
| 12/02/11 | SLS | 0029 | Review and comment on bondholder letter (1.0); communications with working group regarding same (1.0) | 2.00 |
| 12/02/11 | FSH | 0029 | Attention to transfer pricing expert. | 0.10 |
| 12/02/11 | AQ | 0029 | Review and analyze research re potential transfer pricing expert. | 1.80 |
| 12/02/11 | AQ | 0029 | Prepare for and meet with potential transfer pricing expert. | 1.70 |
| 12/02/11 | DHB | 0029 | Review letter re mediation (.2); extensive emails re same (.3); begin review of allocation mediation outline (.4); meet potential expert (.7); emails re allocation outline and expert of same (.2) (.1). | 1.90 |
| 12/02/11 | BMK | 0029 | Review letter from bondholder re: allocation process (0.2); emails with Akin and Capstone team re: same (0.3); review Cleary outline for mediation brief (0.6); conf with D. Botter re: same (0.1) | 1.20 |
| 12/02/11 | KMR | 0029 | Meeting with potential TP expert (0.8); work on outline of tax issues (1.0). | 1.80 |
| 12/04/11 | DHB | 0029 | Continue review of mediation outline and emails re same (.5); review and comment on [REDACTED] deck (.8). | 1.30 |
| 12/04/11 | BMK | 0029 | Revise presentation re: intercompany issues | 0.40 |
| 12/05/11 | SLS | 0029 | Review Capstone allocation presentation (.8) | 0.80 |
| 12/05/11 | AQ | 0029 | Review and edit draft mediation outline. | 0.80 |
| 12/05/11 | DHB | 0029 | Continue review and work re mediation outline (.4); confer with Committee members re allocation next steps (.2); emails re UK meetings (.1). | 0.70 |
| 12/05/11 | BMK | 0029 | Edit intercompany issue presentation for committee meeting (0.3); review and comment on Capstone allocation presentation (1.4); review S. Schultz comments to same (0.2) | 1.90 |
| 12/06/11 | AQ | 0029 | Review and analyze background research re potential transfer pricing expert. | 1.10 |
| 12/06/11 | AQ | 0029 | Review and analyze Capstone presentation re allocation. | 1.30 |
| 12/07/11 | FSH | 0029 | Communicate w/AQ and DB re expert. | 0.20 |
| 12/07/11 | AQ | 0029 | Prepare for meeting with potential transfer pricing expert. | 0.80 |
| 12/07/11 | AQ | 0029 | Attend meeting at Cleary with potential transfer pricing expert. | 2.50 |
| 12/07/11 | AQ | 0029 | Confer with Debtors regarding transfer pricing expert. | 0.50 |
| 12/07/11 | DHB | 0029 | Prepare for meeting with potential expert (.6); attend same (1.7); follow-up re same (.2) (.1). | 2.60 |
| 12/07/11 | KMR | 0029 | Attended meeting with potential expert (2.5); reviewed draft outline for the mediation brief (0.5). | 3.00 |
| 12/08/11 | SLS | 0029 | Review communications regarding upcoming allocation mediation (.2); telephone call with J. Strum regarding same (.2). | 0.40 |
| 12/08/11 | DHB | 0029 | Email communications re allocation legal issues (.3); continue review and analysis of precedent for same (1.0). | 1.30 |
| 12/08/11 | BMK | 0029 | Review and analyze revised draft of Fourth estate settlement | 1.20 |
| 12/08/11 | JYS | 0029 | Research re [REDACTED] (1.9); correspondence with Akin Gump team re same (0.3). | 2.30 |
| 12/09/11 | SLS | 0029 | Research re allocation mediation statement (.3); participate in call with working group regarding next steps in allocation process (.3) (partial); participate in follow up call (.4). | 1.00 |
| 12/09/11 | FSH | 0029 | Examine info from Ad Hocs and NNI and analyze issues in connection therewith (.3). Call w/same (1.5). Communications w/Cleary re next steps (.1). | 1.90 |
| 12/09/11 | DHB | 0029 | Telephone call with creditors re status of allocation discussions (.4) (.1); emails re new restricted members (.1); prepare for and attend call with US Debtors and Ad Hocs re next steps in allocation (1.5); follow-up re same (.7) (.3). | 3.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1405997

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 12/09/11 | BMK | 0029 | Participate in call with US Debtors and ad hoc professionals re: allocation next steps (1.5); follow up call with Akin and FMC teams re: same (0.7) | 2.20 |
| 12/10/11 | DHB | 0029 | Review precedent for allocation issues (1.5); emails with team re same and allocation formulas (.5). | 2.00 |
| 12/11/11 | DHB | 0029 | Continue analysis of allocation issues (.5); emails re Canadian issues (.2). | 0.70 |
| 12/12/11 | FSH | 0029 | Confer with AQ re expert. | 0.20 |
| 12/12/11 | AQ | 0029 | Confer F. Hodara regarding experts. | 0.20 |
| 12/12/11 | AQ | 0029 | Confer with D. Botter regarding experts. | 0.20 |
| 12/12/11 | DHB | 0029 | Email communications re 4th estate settlement (.3); emails re tax issues (.3); office conference with A. Qureshi re mediation issues (.2) and work re same (.3). | 1.10 |
| 12/12/11 | BMK | 0029 | Review/comment on fourth estate allocation agreement (1.2); tc's with R. Eckenrod re: same (0.4) | 1.60 |
| 12/12/11 | JYS | 0029 | Research re [REDACTED] (.6); office conference with F. Hodara re same (.1). | 0.70 |
| 12/13/11 | SLS | 0029 | Telephone conference with J. Sturm regarding allocation theory issues. | 0.30 |
| 12/13/11 | FSH | 0029 | Confer w/NNI re next steps in allocation process (.3). Review and comment on Capstone analyses (.5). Meet w/NNI and creditor and continue w/NNI re allocation issues (2.6); Follow up with Debtors re: same (.4). Analyze case law and communicate w/working group re same (.7). | 4.50 |
| 12/13/11 | DHB | 0029 | Telephone calls with C. Kearns re allocation issues (.3); office conference with J. Sturm re same (.2); office conference with A. Qureshi re allocation experts (.1); review allocation models (.4); further calls and emails with team re same (.4); prepare for meeting with US Debtors and Bondholders (.4); attend same (2.6); follow-up re same (.3). | 4.70 |
| 12/13/11 | BMK | 0029 | Review of Capstone allocation one-pager (0.4); prepare for meeting with bondholder re: allocation (0.2); participate in meeting with bondholder and Debtor and ad hoc professionals re: allocation (2.6); follow-up meeting with UCC and Debtor professionals (0.4) | 3.60 |
| 12/13/11 | JYS | 0029 | Drafting memo re [REDACTED] (2.9); O/C w. D. Botter re same (0.3); T/Cs w. S. Schultz re same (0.3); Review Capstone presentation re same (0.2). | 3.70 |
| 12/14/11 | SLS | 0029 | Participate in all hands meeting regarding next steps for mediation. | 2.20 |
| 12/14/11 | FSH | 0029 | Analyze mediation and allocation issues in preparation for meeting at Cleary (.7). Attend same (portion) (2.5). Analyze issues re foregoing (.4). | 3.60 |
| 12/14/11 | DHB | 0029 | Prepare for allocation meeting with Ad Hocs and US Debtors and attend same (3.2); follow-up re same (.3). | 3.50 |
| 12/14/11 | BMK | 0029 | TC with L. Barefoot re: intercompany issue (0.2); tc with Ashurst re: same (0.2); review of mediation statements re: same (0.3); attend in-person meeting with US Debtors, UCC professionals and Ad hoc professionals re: allocation next steps (portion) (2.5) | 3.20 |
| 12/14/11 | KMR | 0029 | Attended meeting re: litigation strategy (2.5). | 2.50 |
| 12/14/11 | JYS | 0029 | Drafting memo re [REDACTED] (3.5); Corr w. Capstone and AG team re same (0.3). | 3.80 |
| 12/15/11 | FSH | 0029 | Work on pending research issues (.5). Meet with working group re same (.8). | 1.30 |
| 12/15/11 | DHB | 0029 | Review APAC settlement agreement (.5); telephone calls with creditors re status of allocation discussions (.4); attention to issues list and emails re same (.3). | 1.20 |
| 12/15/11 | JYS | 0029 | O/C w AG team re pending research (0.7); research re [REDACTED] (1.7). | 2.40 |
| 12/15/11 | SLB | 0029 | Confer w/ J. Sturm re: [REDACTED] (.3); conduct research in connection w/ same (2); attend team meeting re: outstanding research | 3.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1405997

| Date | Tkpr | Task | | Hours |
|------|------|------|------|------|
| | | | issues (.8) | |
| 12/15/11 | JPR | 0029 | Call with professionals and follow up meeting with Akin team re: research issues. | 1.50 |
| 12/15/11 | JAS | 0029 | Research Calpine docket re: claims issue (.2); pull global settlement agreement and e-mail to S. Brauner (.1); research [REDACTED] (.3); pull disclosure statement, amended plan, and all related supplements (.2); e-mail all [REDACTED] to S. Brauner (.1); research [REDACTED] (.5); pull disclosure statement, amended plan, and all related supplements (.3); e-mail all [REDACTED] to S. Brauner (.1) | 1.80 |
| 12/20/11 | SLS | 0029 | Telephone call with J. Sturm regarding [REDACTED] memo. | 0.40 |
| 12/20/11 | FSH | 0029 | Communicate with Milbank re mediation (.1). Review allocation analysis and email with S. Brauner re same (.4). | 0.50 |
| 12/21/11 | BMK | 0029 | Review Ashurst memo re: UK allocation issues (0.8); emails with A. Qureshi re: same (0.1); | 0.90 |
| 12/21/11 | JYS | 0029 | Revising intercompany issue Memo. | 3.10 |
| 12/22/11 | SLS | 0029 | Began review of [REDACTED] memo (.3); | 0.30 |
| 12/22/11 | FSH | 0029 | Analyze case law and communicate with working group re same. | 0.30 |
| 12/22/11 | DHB | 0029 | Email communications with bondholders and follow-up emails re allocation issues. | 0.40 |
| 12/22/11 | BMK | 0029 | Review revised Capstone recovery analysis | 0.60 |
| 12/23/11 | SLS | 0029 | Review and comment on [REDACTED] memo (4.4). | 4.40 |
| 12/23/11 | FSH | 0029 | Communications with parties re mediation (.3). Analyze Capstone model and communications re same (.4). | 0.70 |
| 12/23/11 | AQ | 0029 | Review and analyze Ashurst memo regarding English law mediation issues. | 0.40 |
| 12/23/11 | JYS | 0029 | T/C w. S. Schultz re intercompany issue research memo. | 0.40 |
| 12/26/11 | FSH | 0029 | Review Capstone recovery info. | 0.20 |
| 12/26/11 | JYS | 0029 | Review S. Schultz comments re [REDACTED] memo. | 0.50 |
| 12/16/11 | FSH | 0031 | Attention to NNUK doc. | 0.10 |
| 12/09/11 | DHB | 0032 | Email communications re [REDACTED]. | 0.20 |

Total Hours 366.05

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|----|------|---|-------|
| L G BECKERMAN | 9.90 | at | $975.00 | = | $9,652.50 |
| F S HODARA | 36.20 | at | $990.00 | = | $35,838.00 |
| R H PEES | 4.00 | at | $805.00 | = | $3,220.00 |
| B E SIMONETTI | 2.50 | at | $795.00 | = | $1,987.50 |
| A QURESHI | 21.45 | at | $790.00 | = | $16,945.50 |
| D H BOTTER | 54.20 | at | $900.00 | = | $48,780.00 |
| S B KUHN | 1.50 | at | $790.00 | = | $1,185.00 |
| S L SCHULTZ | 25.90 | at | $697.30 | = | $18,060.00 |
| A S LILLING | 3.80 | at | $610.00 | = | $2,318.00 |
| K M ROWE | 58.80 | at | $690.00 | = | $40,572.00 |
| T D FEUERSTEIN | 1.60 | at | $610.00 | = | $976.00 |
| G D BELL | 14.00 | at | $600.00 | = | $8,400.00 |
| J P RUBIN | 2.10 | at | $560.00 | = | $1,176.00 |
| B M KAHN | 67.00 | at | $510.00 | = | $34,170.00 |
| J Y STURM | 20.70 | at | $550.00 | = | $11,385.00 |
| S J WOODELL | 4.00 | at | $335.00 | = | $1,340.00 |
| S L BRAUNER | 14.70 | at | $360.00 | = | $5,292.00 |
| A S KROTMAN | 13.30 | at | $400.00 | = | $5,320.00 |
| N TANG | 2.30 | at | $510.00 | = | $1,173.00 |
| D Z VIRA | 3.80 | at | $615.00 | = | $2,337.00 |
| D KRASA-BERSTELL | 2.50 | at | $230.00 | = | $575.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1405997

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| J A SAMPER | 1.80 | at | $210.00 | = | $378.00 |

|  | |
|---|---|
| Current Fees | $251,080.50 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis | $54.00 |
| Computerized Legal Research - Westlaw | $343.34 |
| Duplication - In House | $4.60 |
| Meals (100%) | $2,943.47 |
| Audio and Web Conference Services | $1,226.92 |
| Travel - Airfare | $356.80 |
| Travel - Ground Transportation | $529.34 |
| Travel - Train Fare | $32.00 |

| | |
|---|---|
| Current Expenses | $5,490.47 |

| | |
|---|---|
| **Total Amount of This Invoice** | **$256,570.97** |