# EXHIBIT C

## DISBURSEMENT SUMMARY
## DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011

| Computerized Research, Corporate Service Fees & PACER Charges | $397.34 |
|---|---:|
| Conference Call /Telephone/Video Conferencing | $1,226.92 |
| Duplicating | $4.60 |
| Meals/Committee Meeting Expenses | $2,943.47 |
| Travel Expenses – Ground Transportation | $529.34 |
| Travel Expenses – Train Fare | $32.00 |
| Travel Expenses – Airfare | $356.80 |
| **TOTAL** | **$5,490.47** |

102730669 v1