# EXHIBIT D

...



**Akin Gump**
Strauss Hauer & Feld LLP

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number  1405997 |
| ATTN: JOHN DOLITTLE | Invoice Date    01/20/12 |
| 2221 LAKESIDE BOULEVARD | Client Number    687147 |
| RICHARDSON, TX 75082 | Matter Number      0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/11 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 09/21/11 | Travel - Train Fare  Amtrak fee for train change; Amtrak Receipt | $32.00 |
| 10/01/11 | Travel - Ground Transportation  Taxi from home to office re: weekend work for Nortel; NYC Taxi Receipt | $14.64 |
| 10/10/11 | Travel - Ground Transportation  Taxi from office to home re: late night Nortel work; NYC Taxi Receipt | $7.56 |
| 10/14/11 | Meals (100%)  10/11/2011 - P Sanchez - Professionals' call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800158; DATE: 10/14/2011 - Customer No.: F203380000 | $227.82 |
| 10/14/11 | Meals (100%)  10/12/2011 - P Sanchez - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800158; DATE: 10/14/2011 - Customer No.: F203380000 | $293.96 |
| 10/14/11 | Meals (100%)  10/11/2011 - J Rubin - Team meeting working meal (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800158; DATE: 10/14/2011 - Customer No.: F203380000 | $27.22 |
| 11/07/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1132064 DATE: 12/7/2011  Vendor: Dial Car Voucher #: DLA3356522 Date: 11/07/2011 Name: | $70.03 |

| Date | Description | Amount |
|---|---|---|
| 11/08/11 | Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3356522 Date: 11/07/2011 Name: Lisa Beckerman Travel - Ground Transportation Taxi from office to home after late night Nortel work; NYC Taxi Receipt | $9.48 |
| 11/24/11 | Audio and Web Conference Services Monthly recurring charges for new voice services VENDOR: GLOBAL CROSSING CONFERENCING; INVOICE#: 9033540573; DATE: 11/24/2011 - acct.# 0205134736 | $34.74 |
| 11/26/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1132064 DATE: 12/7/2011 Vendor: Dial Car Voucher #: DLA3386212 Date: 11/26/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3386212 Date: 11/26/2011 Name: Lisa Beckerman | $70.03 |
| 11/28/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1132365 DATE: 12/14/2011 Vendor: Dial Car Voucher #: DLA3443521 Date: 11/28/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3443521 Date: 11/28/2011 Name: Lisa Beckerman | $70.03 |
| 11/30/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1065477 DATE: 12/4/2011 Kahn Brad - Â¡Whym! Restaurant - 11/30/2011 | $31.74 |
| 12/01/11 | Duplication - In House Photocopy - User # 990100, NY, 46 page(s) | $4.60 |
| 12/01/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1132692 DATE: 12/21/2011 Vendor: Dial Car Voucher #: DLA3454779 Date: 12/01/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3454779 Date: 12/01/2011 Name: Lisa Beckerman | $69.01 |
| 12/01/11 | Meals (100%) 11/30/2011 - B Kahn VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800165; DATE: 12/1/2011 - Customer No.: F203380000 | $121.50 |
| 12/01/11 | Meals (100%) 12/01/2011 - P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800165; DATE: 12/1/2011 - Customer No.: F203380000 | $77.95 |
| 12/01/11 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC11-53062500000206 DATE: 12/25/2011 PASSENGER: Botter David H TICKET #: 0569540966 DEPARTURE DATE: 12/01/2011 ROUTE: DCA/LGA | $30.00 |
| 12/01/11 | Travel - Airfare VENDOR: DINERS | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 12/02/11 | CLUB INVOICE#: DEC11-53062500000206 DATE: 12/25/2011 PASSENGER: Botter David H TICKET #: 0569540967 DEPARTURE DATE: 12/01/2011 ROUTE: DCA/LGA Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1133131 DATE: 12/28/2011 Vendor: Dial Car Voucher #: NSA3497788 Date: 12/02/2011 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: NSA3497788 Date: 12/02/2011 Name: Abid Qureshi | $32.47 |
| 12/02/11 | Travel - Airfare Airfare from NY to Washington for case.; Travel from NY to Washington; Delta Airline Receipt | $289.80 |
| 12/02/11 | Travel - Ground Transportation Cab from Akin DC office to the airport.; Taxi Cab Receipt | $24.00 |
| 12/04/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1065478 DATE: 12/4/2011 Date: 12/02/2011\|Vendor: 36839 Seamless Webb\|Invoice: 1065478\|Restaurant: Whos Cookin Catering\|Customer: QURESHI | $186.84 |
| 12/05/11 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 12001-01001-11; DATE: 12/5/2011 | $1,192.18 |
| 12/06/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 12/06/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $13.50 |
| 12/06/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1069872 DATE: 12/11/2011 Kahn Brad - Szechuan Gourmet - 12/06/2011 | $26.58 |
| 12/06/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1069872 DATE: 12/11/2011 Catering Akin Gump - Mendy's Kosher Restaurant - 12/06/2011 | $17.73 |
| 12/06/11 | Travel - Ground Transportation Taxi from One Bryant Park to dinner meeting with FMC.; Taxi Cab Receipt | $22.82 |
| 12/07/11 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1133131 DATE: 12/28/2011 Vendor: Dial Car Voucher #: DLRVP1B351D8 Date: 12/07/2011 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLRVP1B351D8 Date: 12/07/2011 Name: David Botter | $71.28 |

| Date | Description | Amount |
|---|---|---|
| 12/09/11 | Meals (100%) 12/2/11  S Thibodeaux VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800166; DATE: 12/9/2011 | $97.99 |
| 12/09/11 | Meals (100%) 12/6/11  B Kahn VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800166; DATE: 12/9/2011 | $143.72 |
| 12/09/11 | Meals (100%) 12/7/11  S Brauner VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800166; DATE: 12/9/2011 | $892.78 |
| 12/15/11 | Computerized Legal Research - Westlaw User: BRAUNER,SARA Date: 12/15/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $156.36 |
| 12/15/11 | Meals (100%) 12/13/11  N Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800167; DATE: 12/15/2011 | $55.53 |
| 12/15/11 | Meals (100%) 12/13/11  N Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800167; DATE: 12/15/2011 | $107.13 |
| 12/15/11 | Meals (100%) 12/13/11  N Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800167; DATE: 12/15/2011 | $124.93 |
| 12/16/11 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1071504 DATE: 12/18/2011 Catering Akin Gump - Mendy's Kosher Restaurant - 12/16/2011 | $30.08 |
| 12/21/11 | Computerized Legal Research - Westlaw User: STURM,JOSHUA Date: 12/21/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $16.75 |
| 12/22/11 | Meals (100%) 12/16/11  M Andino VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800168; DATE: 12/22/2011 | $121.50 |
| 12/22/11 | Meals (100%) 12/16/11  P Sanchez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800168; DATE: 12/22/2011 | $358.47 |
| 12/23/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 12/23/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $57.60 |
| 12/23/11 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 681513 DATE: 1/6/2012  Vendor: Executive Royal Voucher #: 337185 Date: 12/23/2011 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 337185 Date: 12/23/2011 Name: Lisa Beckerman | $67.99 |
| 12/28/11 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; | $13.50 |

| Date | Description | Amount |
|---|---|---|
| 12/28/11 | Charge Type: DOCUMENT PRINTING; Quantity: 1.0 Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $13.50 |
| 12/29/11 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 12/29/2011 AcctNumber: 1000193694 ConnectTime: 0.0 | $112.63 |

Current Expenses     $5,490.47