# EXHIBIT A[*]

# Reclassify Claims

---

[*] Cleary Gottlieb Steen & Hamilton LLP is counsel to the Debtors with respect to the claims listed on **Exhibit A** with the exception of claim number 3951.  Morris, Nichols, Arsht & Tunnell LLP is counsel to the Debtors with respect to all of the claims listed on **Exhibit A**.

# Exhibit A

## Reclassify Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Reclassification |
|---|---|---|---|---|
| ARCHIVE AMERICA, INC<br>C/O CONTRACT ADMINISTRATION<br>3455 NW 54 STREET<br>MIAMI, FL  33142 | 6903<br>1/25/10<br>NO DEBTOR | $102,561.72 (S)<br>- (A)<br>- (P)<br>- (U)<br>$102,561.72 (T) | $16,622.67 (S)<br>- (A)<br>- (P)<br>$85,939.05 (U)<br>$102,561.72 (T) | Claimant asserted that $102,561.72 of Claim 6903 is entitled to secured status.  Based on careful review of the books and records, Debtors recognize that only $16,622.67 of the claim is entitled to secured status, and the remaining $85,939.05 of the claim, if and to the extent allowed, will be reclassified from secured status to general unsecured status.<br><br>The claimant should also locate this claim on Exhibit B to the Debtors' Twenty-Second Omnibus Claims Objection (the "Twenty-Second Objection"), filed concurrently with this Objection. As set forth in the Twenty-Second Objection, only $16,622.67 of the claim is allowable.  As a result of this Objection, for voting and distribution purposes, $16,622.67 of this claim will be allowed as a secured claim. |
| AT4 WIRELESS, S.A.<br>ATTN: MS. LAURA LUQUE CABEZAS<br>PTA. C./SEVERO OCHOA 2<br>CAMPANILLAS<br>MALAGA  29590<br>SPAIN | 3075<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$33,631.50 (A)<br>- (P)<br>- (U)<br>$33,631.50 (T) | - (S)<br>- (A)<br>- (P)<br>$33,631.50 (U)<br>$33,631.50 (T) | Claimant asserted that $33,631.50 of Claim 3075 is entitled to administrative expense priority pursuant to Bankruptcy Code section 503(b)(9) and/or priority status pursuant to Bankruptcy Code section 507.  Based on careful review of the books and records, Debtors do not recognize this amount as entitled to either administrative expense priority or priority status, and the entire claim should be reclassified to general unsecured status.<br><br>The claimant should also locate this claim on Exhibit B to the Twenty-Second Objection, filed concurrently with this Objection. As set forth in the Twenty-Second Objection, only $10,700.00 of the claim is allowable.  As a result, for voting and distribution purposes, $10,700 of this claim will be allowed as a general unsecured claim. |
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: AIRSPAN NETWORKS INC.<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ  07070 | 3470<br>9/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$147,488.48 (A)<br>- (P)<br>$1,684,090.25 (U)<br>$1,831,578.73 (T) | - (S)<br>$36,266.66 (A)<br>- (P)<br>$1,795,312.07 (U)<br>$1,831,578.73 (T) | Claimant asserted that $147,488.48 of Claim 3470 is entitled to administrative expense priority pursuant to Bankruptcy Code section 503(b)(9) and/or priority status pursuant to Bankruptcy Code section 507.  Based on careful review of the books and records, Debtors recognize that only $36,266.66 of the claimed amount meets the criteria of either Section 503(b)(9) or 502, and the remaining $111,221.82 should be reclassified to general unsecured status. |
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: CALLIDUS SOFTWARE INC<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ  07070 | 4099<br>9/28/09<br>NO DEBTOR | $400,528.64 (S)<br>- (A)<br>- (P)<br>- (U)<br>$400,528.64 (T) | - (S)<br>- (A)<br>- (P)<br>$400,528.64 (U)<br>$400,528.64 (T) | Claimant asserted that $400,528.64 of Claim 4099 is entitled to secured status. Based on careful review of the books and records, Debtors do not recognize this amount as entitled to secured status, and the entire claim should be reclassified to general unsecured status. |

# Exhibit A

## Reclassify Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount | Reason for<br>Reclassification |
|---|---|---|---|---|
| INNOVATIONAL IP SOLUTIONS, LLC<br>DAVE DEUTSCHMAN<br>19328 89TH AVE NE<br>BOTHELL, WA  98011 | 1764<br>8/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$8,905.00 (A)<br>- (P)<br>- (U)<br>$8,905.00 (T) | - (S)<br>- (A)<br>- (P)<br>$8,905.00 (U)<br>$8,905.00 (T) | Claimant asserted that $8.905.00 of Claim 1764 is entitled to administrative expense priority pursuant to Bankruptcy Code section 503(b)(9) and/or priority status pursuant to Bankruptcy Code section 507.  Based on careful review of the books and records, Debtors do not recognize this amount as entitled to either administrative expense priority or priority status, and the entire claim should be reclassified to general unsecured status.<br><br>The Claimant should also locate this claim on Exhibit B to the Twenty-Second Objection.  As detailed on the Twenty-Second Objection, $7,523.75 of the total claimed amount is invalid and will be disallowed.  As a result, this claim will be treated as an allowed general unsecured claim in the amount of $1,381.25. |
| OFS FITEL, LLC<br>ATTN: JANA KAPLAN<br>2000 NORTHEAST EXPRESSWAY SUITE 2H 02<br>NORCROSS, GA  30071 | 3951<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$57,904.62 (A)<br>- (P)<br>- (U)<br>$57,904.62 (T) | - (S)<br>$50,940.09 (A)<br>- (P)<br>$6,964.53 (U)<br>$57,904.62 (T) | Claimant asserted that $57,904.62 of Claim 3951 is entitled to administrative expense priority pursuant to Bankruptcy Code section 503(b)(9).  Based on a careful review of the books and records, Debtors recognize only $50,940.09 of the claimed amount satisfies the criteria of section 503(b)(9) and the remaining $6,964.53 should be reclassified to general unsecured status.<br><br>The claimant should also locate this claim on Exhibit B to the Twenty-Second Objection. As detailed on the Twenty-Second Objection, $468.07 of the total claim amount is invalid and should be disallowed. As a result, $6,964.53 of the allowable claim will be reclassified as a general, unsecured, non-priority claim and $50,472.02 of the claim will remain an administrative expense priority claim. |
| PANGAIA PARTNERS, LLC<br>C/O FORMAN HOLT ELAIDES & RAVIN LLC<br>80 ROUTE 4 EAST, SUITE 290<br>PARAMUS, NJ  07652 | 5355<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$122,256.25 (P)<br>- (U)<br>$122,256.25 (T) | - (S)<br>- (A)<br>- (P)<br>$122,256.25 (U)<br>$122,256.25 (T) | Claimant asserted that $122,256.25 of Claim 5355 is entitled to priority status.  Based on careful review of the books and records, Debtors do not recognize this amount as entitled to priority status, and the entire claim should be reclassified to general unsecured status.<br><br>The claimant should also locate this claim on Exhibit B to the Twenty-Second Objection.  As detailed on the Twenty-Second Objection, $45,352.25 of the total claim is invalid and will be disallowed.  As a result, the claim will be treated as an allowed general unsecured claim in the amount of $76,904.00. |

# Exhibit A

## Reclassify Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Reclassification |
|---|---|---|---|---|
| PARKER HANNIFIN CORPORATION<br>6035 PARKLAND BLVD.<br>CLEVELAND, OH 44124 | 1110<br>5/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$1,840.00 (P)<br>$8,858.60 (U)<br>$10,698.60 (T) | - (S)<br>- (A)<br>- (P)<br>$10,698.60 (U)<br>$10,698.60 (T) | Claimant asserted that $1,840.00 of Claim 1110 is entitled to administrative priority as reclamation. Based on careful review of the books and records, and because no Reclamation Demand was filed, debtors do not recognize any amount as entitled to administrative priority, and the entire claim should be reclassified from administrative priority to general unsecured status.<br><br>The Claimant should also locate this claim on Exhibit B to the Twenty-Second Objection. As detailed on the Twenty-Second Objection, $10,048.60 of the total claimed amount is invalid and will be disallowed. As a result, this claim will be treated as an allowed general unsecured claim in the amount of $650.00. |
| PRO CONNECT TECHNOLOGY<br>1700 CAPITOL AVE.<br>PLANO, TX 75074 | 2065<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$5,373.88 (A)<br>- (P)<br>- (U)<br>$5,373.88 (T) | - (S)<br>- (A)<br>- (P)<br>$5,373.88 (U)<br>$5,373.88 (T) | Claimant asserted that $5,373.88 of Claim 2065 is entitled to administrative expense priority pursuant to Bankruptcy Code section 503(b)(9) and/or priority status pursuant to Bankruptcy Code section 507. Based on careful review of the books and records, Debtors do not recognize this amount as entitled to either administrative expense priority or priority status, and the entire claim should be reclassified to general unsecured status. |

## Exhibit A

### Reclassify Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Reclassification |
|---|---|---|---|---|
| TERREMARK WORLDWIDE<br>C/O DIANE KATSULIS<br>DIRECTOR OF LEGAL AFFAIRS<br>222 W. LAS COLINAS BLVD<br>IRVING, TX  75039 | 3909<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$217,026.54 (A)<br>- (P)<br>$222,773.63 (U)<br>$439,800.17 (T) | - (S)<br>$8,215.00 (A)<br>- (P)<br>$431,585.17 (U)<br>$439,800.17 (T) | Claimant asserted that $217,026.54 of Claim 3909 is entitled to administrative expense priority pursuant to Bankruptcy Code section 503(b)(9) and/or priority status pursuant to Bankruptcy Code section 507.  Based on careful review of the books and records, Debtors do not recognize $208,811.54 of this amount as entitled to either administrative expense priority or priority status and all but $8,215.00 should be reclassified as unsecured.<br><br>The Claimant should also locate this claim on Exhibit B to the Twenty-Second Objection.  As detailed on the Twenty-Second Objection, $279,107.22 of the total claimed amount is invalid and should be disallowed.  As a result, for voting and distribution purposes, this claim will be treated as an allowed administrative expense priority claim in the amount of $8,215.00 with the remaining allowable amount treated as an allowed a general unsecured claim.<br><br>The Claimant should also locate this claim on Exhibit B to the Debtors' Second Motion for Entry of an Order Authorizing Claims Agent to Reflect Certain Claims That Have Been Satisfied As Paid (the "Motion to Deem Satisfied").  As detailed on that motion $33,270.00 of the $160,692.95 allowable claim has already been satisfied.  As a result, for voting and distribution purposes, $8,215.00 of this claim will be allowed as an administrative expense priority claim and the remaining $119,207.95 will be allowed as a general unsecured claim. |
| TIME MATTERS GMBH<br>GUTENBERGSTR 6<br>NEU - ISENBURG  63263<br>GERMANY | 7140<br>3/9/10<br>09-12515<br>Nortel Networks (CALA) Inc. | - (S)<br>- (A)<br>$2,117.76 (P)<br>- (U)<br>$2,117.76 (T) | - (S)<br>- (A)<br>- (P)<br>$2,117.76 (U)<br>$2,117.76 (T) | Claimant asserted that $2,117.76 of Claim 7140 is entitled to priority status.  Based on careful review of the books and records, Debtors do not recognize this amount as entitled to priority status, and the entire claim should be reclassified to general unsecured status. |
| WITLOCK GROUP, THE<br>12820 WEST CREEK PKWY STE M<br>HENRICO, VA  23238-1111 | 2475<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$11,377.82 (A)<br>- (P)<br>- (U)<br>$11,377.82 (T) | - (S)<br>- (A)<br>- (P)<br>$11,377.82 (U)<br>$11,377.82 (T) | Claimant asserted that $11,377.82 of Claim 2475 is entitled to administrative expense priority pursuant to Bankruptcy Code section 503(b)(9) and/or priority status pursuant to Bankruptcy Code section 507. Based on careful review of the books and records, Debtors do not recognize this amount as entitled to either administrative expense priority or priority status, and the entire claim should be reclassified to general unsecured status. |

## Exhibit A

### Reclassify Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Reclassification |
|---|---|---|---|---|
| ZYXEL COMMUNICATIONS, INC.<br>1130 N. MILLER ST.<br>ANAHEIM, CA 92806-2001 | 295<br>2/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$259,466.25 (U)<br>$259,466.25 (T) | - (S)<br>$78,923.75 (A)<br>- (P)<br>$180,542.50 (U)<br>$259,466.25 (T) | As set out in the Notice Of Proposed Settlement Of Reclamation Demand Of Zyxel Communications, Inc. [D.I. 745], Claimant is entitled to an administrative priority expense claim for one of the invoices asserted in Claim 295 in the amount of $78,923.75, and that amount will be reclassified from a general unsecured claim to an administrative priority expense claim.<br><br>The claimant should also locate this claim on Exhibit B to the Twenty-Second Objection. As set forth in the Twenty-Second Objection, only $234,719.50 of the claim is allowable.<br><br>The claimant should also locate this claim on Exhibit B to the Motion to Deem Satisfied, filed concurrently with this Objection. As set forth in the Motion to Deem Satisfied, $2,940.00 of the claim has been satisfied, resulting in a Remaining Obligation of $231,779.50. As a result of this Objection, for voting and distribution purposes, $78,923.75 of this claim will be allowed with administrative expense priority and the remaining $152,855.75 will be allowed as a general unsecured claim. |
| **Totals:** | 13  Claims | $503,090.36 (S)<br>$481,707.84 (A)<br>$126,214.01 (P)<br>$2,175,188.73 (U)<br>$3,286,200.94 (T) | $16,622.67 (S)<br>$174,345.50 (A)<br>- (P)<br>$3,095,232.77 (U)<br>$3,286,200.94 (T) | |

\*  This claim is also subject to the Debtors' Sixteenth Omnibus Claims Objection, filed concurrently with this Objection.