# EXHIBIT A[*]

## No Liability Claims

---

[*] Cleary Gottlieb Steen & Hamilton LLP is counsel to the Debtors with respect to all claims appearing on **Exhibit A** with the exception of claims 834, 3104, 3105, 5980, and 6820.  Morris, Nichols, Arsht & Tunnell LLP is Counsel to the Debtors with respect to all claims appearing on **Exhibit A** with the exception of claims 2940 and 2960.  Benesch, Friedlander, Coplan & Aronoff LLP is counsel to the Debtors with respect to claims 2940 and 2960.  For questions regarding claims 834, 3104, 3105, 5980, and 6820, please contact Morris, Nichols, Arsht & Tunnell LLP.  For questions regarding claims 2940 and 2960, please contact Benesch, Friedlander, Coplan & Aronoff LLP.

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| ASM CAPITAL AS PURCHASER OF TRANSLATIONS.COM<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 5951<br>9/30/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$93,108.65 (U)<br>$93,108.65 (T) | Partial Redundant Claim.  Claim should be reduced by $83,174.74 that was also asserted in Claim No. 2220, which was allowed by a previous court order [D.I. 4163].<br><br>Partial Non-Debtor Invoice Claim.  Claim should be reduced by $6,709.60 in invoices that appear to relate to transactions with affiliates which are not Debtors in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for this portion of the claim.<br><br>Partial No Amount Due Claim.  Claim includes $3,224.31 that the Debtors do not recognize as valid liabilities of any Debtor in these chapter 11 cases based on careful review of the Books and Records. |
| CBCI TELECOM<br>1550 A LAPERRIERE AVE SUITE<br>OTTAWA, ON  K1Z 7T2<br>CANADA | 2031<br>8/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$6,260.86 (U)<br>$6,260.86 (T) | Non-Debtor Liability Claim.  Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |
| COFACE NORTH AMERICA INSURANCE COMPANY<br>TRANSFEROR: JACO ELECTRONICS, INC<br>50 MILLSTONE RD., BLDG. 100, STE 360<br>EAST WINDSOR, NJ  08520 | 6820<br>1/21/10<br>09-12515<br>Nortel Networks (CALA) Inc. | - (S)<br>$479,290.00 (A)<br>- (P)<br>- (U)<br>$479,290.00 (T) | Non-Debtor Liability Claim.  Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transaction with an affiliate which is not a Debtor in these chapter 11 cases. |
| CURATORS OF THE UNIVERSITY OF MISSOURI<br>227 UNIVERSITY HALL<br>COLUMBIA, MO  65211 | 2768<br>9/8/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$13,750.00 (U)<br>$13,750.00 (T) | Non-Debtor Liability Claim.  Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |
| DELL MARKETING, L.P.<br>811 BARTON SPRINGS RD STE 811<br>AUSTIN, TX  78704-1166 | 834<br>4/6/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$32,343.17 (A)<br>- (P)<br>$89,950.53 (U)<br>$122,293.70 (T) | Partially Redundant Claim.  Claim is redundant in part of claim 1583 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.<br><br>Partial Non-Debtor Liability Claim. Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transaction with an affiliate which is not a Debtor in these chapter 11 cases. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| DELTA PRODUCTS CORP<br>4405 CUSHING PARKWAY<br>FREMONT, CA  94538-6475 | 5457<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$21,680.00 (U)<br>$21,680.00 (T) | Non-Debtor Liability Claim.  Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |
| FONDATION DU CSSS DU SUD DE LANAUDIERE<br>911 MONTEE DES PIONNIERS<br>TERREBONNE, QC  J6V 2H2<br>CANADA | 2656<br>9/8/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases. |
| GREENBERG TURNER<br>401 BAY STREET, SUITE 3000<br>TORONTO, ON  M5H 2Y4<br>CANADA | 7295<br>6/15/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$6,981.98 (A)<br>- (P)<br>- (U)<br>$6,981.98 (T) | Non-Debtor Liability Claim.  Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |
| HYDRO OTTAWA<br>PO BOX 4483 STATION A<br>TORONTO, ON  M5W 5Z1<br>CANADA | 2755<br>9/8/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$281,068.78 (U)<br>$281,068.78 (T) | Non-Debtor Liability Claim.  Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |
| INFORMA SUPPORT SERVICES, INC.<br>101 ARTHUR ANDERSEN PARKWAY, SUITE 100<br>SARASOTA, FL  34232 | 7106<br>2/16/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,000.00 (U)<br>$1,000.00 (T) | Non-Debtor Liability Claim.  Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |
| IPDIALOG, INC<br>542 LAKESIDE DRIVE SUITE 7<br>SUNNYVALE, CA  94085-4005 | 3433<br>9/22/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$648.00 (U)<br>$648.00 (T) | Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appears to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |
| IPDIALOG, INC<br>542 LAKESIDE DRIVE SUITE 7<br>SUNNYVALE, CA  94085-4005 | 3434<br>9/22/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$40,000.00 (U)<br>$40,000.00 (T) | Non-Debtor Liability Claim.  Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |

# Exhibit A

## No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| KELLY TEMPORARY SERVICES LTD<br>200 KENT STREET<br>OTTAWA, ON  K2P 2J8<br>CANADA | 6646<br>1/4/10<br>09-12515<br>Nortel Networks (CALA) Inc. | - (S)<br>- (A)<br>- (P)<br>$377,229.87 (U)<br>$377,229.87 (T) | Non-Debtor Liability Claim.  Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |
| KOLISCH HARTWELL, P.C.<br>520 SW YAMHILL STREET, SUITE 200<br>PORTLAND, OR  97204 | 1545<br>7/16/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$9,413.49 (U)<br>$9,413.49 (T) | Non-Debtor Liability Claim.  Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |
| NAPIER, SUSAN A<br>406 BAKER DR<br>WEST PALM BEACH, FL  33409 | 7882<br>8/1/11<br>09-12515<br>Nortel Networks (CALA) Inc. | Unspecified* | Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases. |
| NATIONAL GRID-MASSACHUSETTS<br>PO BOX 1005<br>WOBURN, MA  01807-0005 | 2346<br>8/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$214,646.39 (U)<br>$214,646.39 (T) | Partial Redundant Claim.  Claim should be reduced by $126,758.26 that was also asserted in Claim No. 7910.<br><br>Partial No Amount Due Claim.  Claim includes $87,888.13 that the Debtors do not recognize as valid liabilities of any Debtor in these chapter 11 cases based on careful review of the Books and Records. |
| PROCOM SERVICES<br>2501 BLUE RIDGE ROAD, SUITE 250<br>RALEIGH, NC  27607 | 2940<br>9/14/09<br>NO DEBTOR | - (S)<br>- (A)<br>$10,950.00 (P)<br>$41,812.51 (U)<br>$52,762.51 (T) | Non-Debtor Liability Claim.  Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |
| PROCOM SERVICES<br>10670 NORTH CENTRAL EXPRESSWAY<br>SUITE 460<br>DALLAS, TX  75231 | 2960<br>9/14/09<br>NO DEBTOR | - (S)<br>- (A)<br>$10,950.00 (P)<br>$39,125.95 (U)<br>$50,075.95 (T) | Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases. |
| PROGRESS SOFTWARE CORPORATION<br>FKA: IONA CORPORATION<br>14 OAK PARK DR<br>BEDFORD, MA  01730-1485 | 1466<br>7/6/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$191,600.00 (U)<br>$191,600.00 (T) | Non-Debtor Liability Claim.  Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| PROGRESS SOFTWARE CORPORATION<br>14 OAK PARK<br>BEDFORD, MA  01730 | 1492<br>5/20/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$60,000.00 (U)<br>$60,000.00 (T) | Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases. |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL  32314-6668 | 7132<br>3/2/10<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases. |
| SYBASE INC.<br>561 VIRGINIA ROAD<br>CONCORD, MA  01742 | 7122<br>2/24/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$115,136.10 (U)<br>$115,136.10 (T) | Partial Non-Debtor Liability Claim.  Claim should be modified to remove $44,144.39 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim.<br><br>Partial No Amount Due Claim.  Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $72,991.71 as valid liabilities of any Debtor in these chapter 11 cases. |
| TELEFONICA INTERNACIONAL, S.A.U.<br>C/O CONNIE GRAVER, PARALEGAL<br>STEARNS WEAVER MILLER, ET AL<br>150 WEST FLAGLER STREET, SUITE 2200<br>MIAMI, FL  33130 | 5980<br>10/14/09<br>09-12515<br>Nortel Networks (CALA) Inc. | - (S)<br>- (A)<br>- (P)<br>$2,339,137.50 (U)<br>$2,339,137.50 (T) | The Debtors have no liability on this claim as Telefonica did not perform its obligations under the contract from which the claim stems. Specifically, Telefonica did not succeed in signing telecom operators in Brazil, Chile, Uruguay, El Salvador, Guatemala, Nicaragua, Panama, Venezuela, Colombia, and Ecuador to implement a telecom network with the Debtors. Pursuant to section 2.3 of the contract and the Terecera clause of the contract attached to the Claim, agreements with the Operators were to be evidenced by signed adherence letters and provided to the Debtors by June 30, 2009; however, the letters were never executed and as such the project was terminated under the terms of the contract. |
| T-SYSTEMS NORTH AMERICA, INC.<br>P.O. BOX 13392<br>NEWARK, NJ  07101-3392 | 3104<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$7,135.48 (A)<br>- (P)<br>- (U)<br>$7,135.48 (T) | Non-Debtor Liability Claim.  Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transaction with an affiliate which is not a Debtor in these chapter 11 cases. |
| T-SYSTEMS NORTH AMERICA, INC.<br>PO BOX 3605<br>LISLE, IL  60532-8605 | 3105<br>9/17/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$7,135.48 (U)<br>$7,135.48 (T) | Non-Debtor Liability Claim.  Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transaction with an affiliate which is not a Debtor in these chapter 11 cases. |

# Exhibit A

## No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| UNITED PARCEL SERVICE<br>P.O. BOX 2127 CRO<br>HALIFAX, NS  B3J 3B7<br>CANADA | 6196<br>12/7/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$5,675.59 (U)<br>$5,675.59 (T) | Non-Debtor Liability Claim.  Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: VERIDAN CONNECTIONS<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV  89451 | 1684<br>8/12/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$102,246.60 (U)<br>$102,246.60 (T) | Non-Debtor Liability Claim.  Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |
| WIREWERKS<br>10280 CHEMIN DE LA COTE-DE-LIESSE<br>LACHINE, QC  H8T 1A3<br>CANADA | 1790<br>8/19/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$327.10 (U)<br>$327.10 (T) | Non-Debtor Liability Claim.  Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |
| WIREWERKS INC<br>10280 CHEMIN DE LA COTE-DE-LIESSE<br>LACHINE, QC  H8T 1A3<br>CANADA | 1794<br>8/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$33,949.49 (U)<br>$33,949.49 (T) | Non-Debtor Liability Claim.  Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |
| WISTRON CORPORATION<br>21F, NO 88, SECTION 1, HSIN-TAI-WU ROAD,<br>HSI-CHIH<br>TAIPEI HSIEN  221<br>TAIWAN, R.O.C. | 4156<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$805,995.24 (U)<br>$805,995.24 (T) | Partial Redundant Claim:  Claim should be modified to remove $792,432.24 which is redundant of amounts claimed in claims 5633, 5633.04 or 5633.05.<br><br>Partial Non-Debtor Liability Claim.  Claim should be modified to remove $13,563.00 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |

## Exhibit A

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| **Totals:** | **30  Claims** | - (S)<br>$525,750.63 (A)<br>$21,900.00 (P)<br>$4,920,898.13 (U)<br>$5,468,548.76 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.