# EXHIBIT B[*]

## Reduce and Allow Claims

---

[*]    Cleary Gottlieb Steen & Hamilton LLP is counsel to the Debtors with respect to all claims appearing on **Exhibit B** with the exception of claims 1583, 1698, 2190, 3951, and 5333.  Morris, Nichols, Arsht & Tunnell LLP is counsel to the Debtors with respect to all claims appearing on **Exhibit B** with the exception of claims 2879 and 5333.  Benesch, Friedlander, Coplan & Aronoff LLP is counsel to the Debtors with respect to claims 2879 and 5333.  For questions on claims 1583, 1698, 2190, and 3951, please contact Morris, Nichols, Arsht & Tunnell LLP. For questions on claim 5333 please contact Benesch, Friedlander, Coplan & Aronoff LLP, and for questions on claim 2879, please contact Cleary Gottlieb Steen & Hamilton or Benesch, Friedlander, Coplan & Aronoff LLP.

## Exhibit B

### Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount | Reason for<br>Modification |
|---|---|---|---|---|
| ACCELINK TECHNOLOGIES CO LTD<br>88 YOUKEYUAN ROAD, HONGSHAN DISTRICT<br>WUHAN  430074<br>CHINA | 5993<br>10/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$15,908.00 (U)<br>$15,908.00 (T) | - (S)<br>- (A)<br>- (P)<br>$9,965.00 (U)<br>$9,965.00 (T) | Partial Non-Debtor Invoice Claim.  Claim should be modified to remove $5,943 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| APPLIED DISCOVERY INC<br>13427 NE 16TH STREET<br>STE 200<br>BELLEVUE, WA  98005 | 6540<br>12/31/09<br>09-12515<br>Nortel Networks<br>(CALA) Inc. | - (S)<br>- (A)<br>$12,500.00 (P)<br>- (U)<br>$12,500.00 (T) | - (S)<br>- (A)<br>$3,951.61 (P)<br>- (U)<br>$3,951.61 (T) | Partial Non-Debtor Invoice Claim.  Claim should be modified to remove $8,548.39 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim.<br><br>The claimant should also locate this claim on Exhibit B to the Debtors' Second Motion for Entry of an Order Authorizing Claims Agent to Reflect Certain Claims That Have Been Satisfied as Paid filed concurrently with this Objection (the "Motion to Deem Satisfied").  As detailed on the Motion to Deem Satisfied, $3,951.61 of the $3,951.61 allowable claim has already been satisfied.  As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $0.00. |
| ARCHIVE AMERICA, INC<br>C/O CONTRACT ADMINISTRATION<br>3455 NW 54 STREET<br>MIAMI, FL  33142 | 6903<br>1/25/10<br>NO DEBTOR | $102,561.72 (S)<br>- (A)<br>- (P)<br>- (U)<br>$102,561.72 (T) | $16,622.67 (S)<br>- (A)<br>- (P)<br>- (U)<br>$16,622.67 (T) | Partial Insufficient Documentation Claim.  Claim states a face value of $102,561.72, but the supporting documentation indicates a claim of only $16,622.67. The claim is overstated by $85,939.05 for which no support is provided, and the Debtors do not recognize in their Books and Records.<br><br>The claimant also should locate this claim on Exhibit A to the Debtors' Twenty-First Omnibus Objection (Substantive) to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Reclassify Claims) (the "Reclassify Objection") filed concurrently with this Objection.  As detailed in the Reclassify Objection, only $16,622.67 of the claim is entitled to secured status, and the remaining $85,939.05 of the claim, if and to the extent allowed, should be reclassified as general unsecured status.  As a result, for voting and distribution purposes, this claim will be treated as a secured claim in the amount of $16,622.67, and the remaining claim, if allowed, will be treated as a general unsecured claim. |

**Exhibit B**

**Reduce and Allow Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: IAN MARTIN LIMITED AND IAN MARTIN TECHNOLOGY STAFFING INC<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 1055<br>4/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$969,679.55 (U)<br>$969,679.55 (T) | - (S)<br>- (A)<br>- (P)<br>$915,784.64 (U)<br>$915,784.64 (T) | Claim should be modified to remove $53,894.91 that appears to relate to a transaction with an affiliate which is not a Debtor in these chapter 11 cases and/or that, based on careful review of the Debtors' Books and Records, the Debtors do not recognize as valid liabilities in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: CALIFORNIA SOFTWARE LABORATO<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | 1356<br>6/15/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$992,155.46 (U)<br>$992,155.46 (T) | - (S)<br>- (A)<br>- (P)<br>$982,555.46 (U)<br>$982,555.46 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize Invoice #110089 dated 6/30/08 for $9,600 as valid liabilities of any Debtor in these chapter 11 cases. |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: NERA INC.<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 1582<br>7/22/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$667,763.33 (U)<br>$667,763.33 (T) | - (S)<br>- (A)<br>- (P)<br>$620,875.33 (U)<br>$620,875.33 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $46,888.00 in invoices as a valid liability of any Debtor in these chapter 11 cases. |
| ASM CAPITAL, L.P.<br>TRANSFEROR: PRIMO MICROPHONES, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 2074<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$6,274.80 (A)<br>- (P)<br>- (U)<br>$6,274.80 (T) | - (S)<br>$4,692.80 (A)<br>- (P)<br>- (U)<br>$4,692.80 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $1,582.00 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ADEX CORPORATION<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 7149<br>3/15/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$305,181.93 (U)<br>$305,181.93 (T) | - (S)<br>- (A)<br>- (P)<br>$294,125.38 (U)<br>$294,125.38 (T) | Partially Satisfied Claim. Claim should be modified to remove $6,236.55 in invoices #75852, #76037 and #85285 that were included in invoices #75569A, #75866A and #85281N2, respectively, which invoices have been satisfied via electronic payments #239108, #238640 and #6100005052.<br><br>Partial No Liability Claim. Claim should be further modified to remove $4,820.00 in invoices, which the Debtors do not recognize as valid liabilities of any Debtor in these chapter 11 cases based on careful review of the Debtors' Books and Records. |

## Exhibit B

### Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| ASM CAPITAL, SUCCESSOR BY ASSIGNMENT TO CARLSON MARKETING CANADA LTD. ATTN: ADAM MOSKOWITZ, MANAGING GEN PRTNR 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 7819 6/20/11 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $556,172.57 (U) $556,172.57 (T) | - (S) - (A) - (P) $464,388.46 (U) $464,388.46 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $87,952.50 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $3,831.61 as valid liabilities of any Debtor in these chapter 11 cases. The claimant should also locate this claim on the Motion to Deem Satisfied. As detailed on the Motion to Deem Satisfied, $5,507.68 of the $464,388.46 allowable claim has already been satisfied. As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $458,880.78. |
| AT4 WIRELESS, S.A. ATTN: MS. LAURA LUQUE CABEZAS PTA. C./SEVERO OCHOA 2 CAMPANILLAS MALAGA 29590 SPAIN | 3075 9/17/09 09-10138 Nortel Networks Inc. | - (S) $33,631.50 (A) - (P) - (U) $33,631.50 (T) | - (S) $10,700.00 (A) - (P) - (U) $10,700.00 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $22,931.50 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases is liable for the overstated portion of the claim. The claimant also should locate this claim on Exhibit A to the Reclassify Objection filed concurrently with this Objection. As detailed in the Reclassify Objection, none of the claimed amount qualifies for administrative expense priority pursuant to Bankruptcy Code section 503(b)(9) and/or priority status pursuant to Bankruptcy Code section 507. As a result, for voting and distribution purposes, the entire allowable claim will be reclassified as a general, unsecured, non-priority claim. |
| AVENUE A RAZORFISH 821 SECOND AVENUE SUITE 1800 SEATTLE, WA 98104 | 2190 8/25/09 NO DEBTOR | - (S) - (A) - (P) $453,203.06 (U) $453,203.06 (T) | - (S) - (A) - (P) $417,263.06 (U) $417,263.06 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $35,940.00 in invoices that appear to relate to transactions with affiliates which are not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |

# Exhibit B

## Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. BLAIR B. EVANS 165 MADISON AVENUE, STE 2000 MEMPHIS, TN 38103 | 1168 5/14/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $21,138.48 (U) $21,138.48 (T) | - (S) - (A) - (P) $12,514.53 (U) $12,514.53 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $8,623.95 as valid liabilities of any Debtor in these chapter 11 cases. |
| BARNES & THORNBURG LLP ATTN: JENNIFER A. KIMBALL ONE N. WACKER DRIVE SUITE 4400 CHICAGO, IL 60606 | 5326 9/30/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $67,470.94 (U) $67,470.94 (T) | - (S) - (A) - (P) $17,525.94 (U) $17,525.94 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $18,797.00 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $31,148.00 as valid liabilities of any Debtor in these chapter 11 cases. The claimant should also locate this claim on Exhibit B to the Motion to Deem Satisfied. As detailed in the Motion to Deem Satisfied, $870.00 of the $17,525.94 allowable claim has already been satisfied. As a result, for voting and distribution purposes, this claim will be treated as an allowed general unsecured claim in the amount of $16,655.94. |
| BELL ALIANT REGIONAL COMMUNICATIONS, LTD TRANSFEROR: INNOVATIA INC ATTN: EVAN J. KIPNES 1505 BARRINGTON STREET, 6 SOUTH HALIFAX, NS B3J 2W3 CANADA | 4288 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $506,235.56 (U) $506,235.56 (T) | - (S) - (A) - (P) $477,980.07 (U) $477,980.07 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $23,150.99 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. Partial No Liability Claim. Claim should be modified to remove $5,104.50 in invoices related to invalid or fully billed purchase orders, for which the claimant has agreed the Debtor is not liable. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| BORDEN LADNER GERVAIS LLP WORLD EXCHANGE PLAZA STE 1100 100 QUEEN STREET CANADA, ON K1P 1J9 CANADA | 3774 9/25/09 NO DEBTOR | - (S) - (A) - (P) $36,774.26 (U) $36,774.26 (T) | - (S) - (A) - (P) $36,203.49 (U) $36,203.49 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $570.77 in claimed interest as a valid liability of any Debtor in these chapter 11 cases. |

# Exhibit B

## Reduce and Allow Claims

### Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| CADENCE DESIGN SYSTEMS INC 2655 SEELY AVENUE BUILDING 5 ATTENTION: ROBERT GARCIA SAN JOSE, CA 95134-1931 | 2339 8/27/09 NO DEBTOR | - (S) - (A) - (P) $138,087.44 (U) $138,087.44 (T) | - (S) - (A) - (P) $52,148.31 (U) $52,148.31 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $85,939.13 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| CARLIN SYSTEMS INC 31 FLOYDS RUN BOHEMIA, NY 11716-2155 | 6397 12/23/09 09-12515 Nortel Networks (CALA) Inc. | - (S) - (A) - (P) $78,960.00 (U) $78,960.00 (T) | - (S) - (A) - (P) $32,475.00 (U) $32,475.00 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $46,485.00 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| CHINA PATENT AGENT H.K. LTD. 22/F, GREAT EAGLE CENTRE, 23 HARBOUR RD WANCHAI HONG KONG CHINA | 2623 9/4/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $36,400.30 (U) $36,400.30 (T) | - (S) - (A) - (P) $16,294.10 (U) $16,294.10 (T) | Partial No Liability Claim. Claim should be modified to remove $20,106.20 in invoices that are due from third parties who are not Debtors in these chapter 11 cases and are not reflected in the Debtors' Books and Records. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| CITY OF SUNRISE PO BOX 31432 TAMPA, FL 33631-3432 | 2761 9/8/09 NO DEBTOR | $4,663.21 (S) - (A) - (P) - (U) $4,663.21 (T) | $3,372.10 (S) - (A) - (P) - (U) $3,372.10 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $1,291.11 as valid liabilities of any Debtor in these chapter 11 cases. |
| CONLEY ROSE, P.C. ATTN: RODNEY B. CARROLL 5601 GRANITE PARKWAY, SUITE 750 PLANO, TX 75024 | 1571 7/20/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $43,626.00 (U) $43,626.00 (T) | - (S) - (A) - (P) $29,027.50 (U) $29,027.50 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $14,598.50 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| CORRE OPPORTUNITIES FUND, L.P. TRANSFEROR: MINDWAVE RESEARCH, INC ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK, NY 10019 | 724 3/27/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $42,760.00 (U) $42,760.00 (T) | - (S) - (A) - (P) $25,400.00 (U) $25,400.00 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $17,360.00 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| DAGG, DAVID A. - PATENT ATTORNE 44 CHAPIN RD NEWTON CENTRE, MA 02459 | 5376 9/30/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $7,709.00 (U) $7,709.00 (T) | - (S) - (A) - (P) $1,500.00 (U) $1,500.00 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $6,209.00 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |

# Exhibit B

## Reduce and Allow Claims

### Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| DELL MARKETING, L.P. 811 BARTON SPRINGS RD STE 811 AUSTIN, TX  78704-1166 | 1583 7/22/09 09-10138 Nortel Networks Inc. | - (S) $11,684.54 (A) - (P) $86,874.35 (U) $98,558.89 (T) | - (S) $11,684.54 (A) - (P) $64,332.20 (U) $76,016.74 (T) | Partial No Liability Claim.  Based on a careful review of the Debtors' Books and Records, the Debtors do not recognize $22,168.27 as valid liabilities of any Debtor in these chapter 11 cases.

Partial Disputed Invoice Claim.  Claim should be modified to remove $127.51 related to invoices the  Debtors dispute as valid.

Partially Satisfied Claim.  Claim should be modified to remove $246.37 which was satisfied via reclamation demand [D.I. 756]. |
| DESERT PALACE, INC., DBA CAESAR'S PALACE HOTEL & CASINO ROBERT G. AISENSTEIN, ESQ. 2114 FOUNTAIN SPRINGS DRIVE HENDERSON, NV  89074 | 6893 1/25/10 09-12515 Nortel Networks (CALA) Inc. | - (S) - (A) - (P) $155,533.06 (U) $155,533.06 (T) | - (S) - (A) - (P) $126,141.75 (U) $126,141.75 (T) | Partial No Liability Claim.  Claim should be modified to remove $29,391.31, which amount consists of a deposit that should be credited against the claim amount. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| DEUTSCHE BANK SECURITIES, INC. TRANSFEROR: WIPRO LIMITED ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK, NY  10005 | 5333 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $3,089,788.00 (U) $3,089,788.00 (T) | - (S) - (A) - (P) $3,073,735.58 (U) $3,073,735.58 (T) | Partial Non-Debtor Invoice Claim.  Claim should be modified to remove $16,052.42 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| DRAWBRIDGE SPECIAL OPP. FUND LTD. TRANSFEROR: WISTRON CORPORATION C/O FORTRESS INVESTMENT GROUP 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK, NY  10105 | 5633.05 9/30/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $158,486.38 (U) $158,486.38 (T) | - (S) - (A) - (P) $85,729.54 (U) $85,729.54 (T) | Partial Non-Debtor Invoice Claim.  Claim should be modified to remove $72,756.84 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim .

The claimant also should locate this claim on Exhibit B to the Motion to Deem Satisfied.  As detailed on the Motion to Deem Satisfied, $4,012.00 of the $85,729.54 allowable claim has already been satisfied.  As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $81,717.54. |

## Exhibit B

### Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP TRANSFEROR: WISTRON CORPORATION C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK, NY 10105 | 5633.04 9/30/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $594,323.92 (U) $594,323.92 (T) | - (S) - (A) - (P) $321,485.76 (U) $321,485.76 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $272,838.16 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. The claimant also should locate this claim on Exhibit B to the Motion to Deem Satisfied. As detailed on the Motion to Deem Satisfied, $15,045.00 of the $321,485.76 allowable claim has already been satisfied. As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $306,440.76. |
| ECOMPANY STORE INC ATTN: CHERYL FOLKNER, CONTROLLER P. O. BOX 1070 CHARLOTTE, NC 28201-1070 | 3943 9/28/09 NO DEBTOR | - (S) - (A) - (P) $148,929.24 (U) $148,929.24 (T) | - (S) - (A) - (P) $109,130.61 (U) $109,130.61 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $21,151.31 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $18,647.32 as valid liabilities of any Debtor in these chapter 11 cases. The claimant also should locate this claim on Exhibit B to the Motion to Deem Satisfied. As detailed on the Motion to Deem Satisfied, $1,161.70 of the $109,130.61 allowable claim has already been satisfied. As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $107,968.91. |
| FINNEGAN HENDERSON FARABOW GARRETT 901 NEW YORK AVE NW WASHINGTON, DC 20001-4413 | 2070 8/24/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $27,702.83 (U) $27,702.83 (T) | - (S) - (A) - (P) $3,855.68 (U) $3,855.68 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $18,314.00 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $5,533.15 as valid liabilities of any Debtor in these chapter 11 cases. |

## Exhibit B

### Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| GUERIN & RODRIGUEZ LLP 5 MT ROYAL AVE MARLBORO, MA 01752 | 2979 9/14/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $87,498.63 (U) $87,498.63 (T) | - (S) - (A) - (P) $55,562.63 (U) $55,562.63 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $31,936.00 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| HAIN CAPITAL HOLDINGS, LTD TRANSFEROR: INDUSPAC RTP ATTN: GANNA LIBERCHUK 301 ROUTE 17, 7TH FLOOR RUTHERFORD, NJ 07070 | 337 2/18/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $8,979.42 (U) $8,979.42 (T) | - (S) - (A) - (P) $5,847.11 (U) $5,847.11 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $3,132.31 as valid liabilities of any Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| HAIN CAPITAL HOLDINGS, LTD TRANSFEROR: INDUSPAC RTP ATTN: GANNA LIBERCHUK 301 ROUTE 17, 7TH FLOOR RUTHERFORD, NJ 07070 | 338 2/18/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $306,714.03 (U) $306,714.03 (T) | - (S) - (A) - (P) $300,648.15 (U) $300,648.15 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $6,065.88 as valid liabilities of any Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| HENDERSON ELECTRIC INC 18427 W MCNICHOLS DETROIT, MI 48219-4113 | 2857 9/11/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $373,668.69 (U) $373,668.69 (T) | - (S) - (A) - (P) $313,564.13 (U) $313,564.13 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $9,473.84 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $50,134.26 as valid liabilities of any Debtor in these chapter 11 cases. Partial Insufficient Documentation Claim. Claim states a face value of $373,668.69, but the supporting documentation indicates a claim of only $373,172.23. The claim is overstated by $496.46 for which no support is provided, and the Debtors do not recognize in their Books and Records. |

# Exhibit B

## Reduce and Allow Claims

### Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| HESCH, DR. MORITZ, ATTORNEY-AT-LAW<br>FRESHFIELDS BRUCKHAUS DERINGER<br>ALSTERARKADEN 27<br>HOHE BLEICHEN 7<br>HAMBURG  D-20354<br>GERMANY | 1681<br>8/12/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$236,750.00 (U)<br>$236,750.00 (T) | - (S)<br>- (A)<br>- (P)<br>$205,550.00 (U)<br>$205,550.00 (T) | Partial Redundant Invoice Claim.  Claim should be modified to remove $31,200 in invoices that were also asserted in claim # 424 by the claimant.<br><br>The claimant should also locate this claim on Exhibit B to the Motion to Deem Satisfied. As detailed on the Motion to Deem Satisfied, $205,550.00 of the $205,550.00 allowable claim has already been satisfied. As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $0.00. |
| HON HAI PRECISION INDUSTRY CO<br>1688 RICHARD AVE<br>SANTA CLARA, CA  95050 | 4721<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$209,440.64 (U)<br>$209,440.64 (T) | - (S)<br>- (A)<br>- (P)<br>$102,744.49 (U)<br>$102,744.49 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $11,397.40 in claimed interest as a valid liability of any Debtor in these chapter 11 cases.<br><br>Partial Non-Debtor Invoice Claim.  Claim should be modified to remove $95,298.75 from purchase order 4503505651 that appears to relate to a transaction with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| INNOVATIONAL IP SOLUTIONS, LLC<br>DAVE DEUTSCHMAN<br>19328 89TH AVE NE<br>BOTHELL, WA  98011 | 1764<br>8/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$8,905.00 (A)<br>- (P)<br>- (U)<br>$8,905.00 (T) | - (S)<br>$1,381.25 (A)<br>- (P)<br>- (U)<br>$1,381.25 (T) | Partial Non-Debtor Invoice Claim.  Claim should be modified to remove $7,523.75 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim.<br><br>The claimant should also locate this claim on Exhibit A to the Reclassify Objection filed concurrently with this Objection.  As detailed in the Reclassify Objection, none of the claimed amount qualifies for administrative expense priority pursuant to Bankruptcy Code section 503(b)(9) and/or priority status pursuant to Bankruptcy Code section 507.  As a result, for voting and distribution purposes, the entire allowable claim will be reclassified as a general, unsecured, non-priority claim. |

# Exhibit B

## Reduce and Allow Claims

### Claim to be Modified

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount | Reason for<br>Modification |
|---|---|---|---|---|
| IRON MOUNTAIN INFORMATION MANAGEMENT INC<br>JOSEPH P. CORRIGAN, ESQ.<br>754 ATLANTIC AVENUE, 10TH FLOOR<br>BOSTON, MA  02111 | 891<br>4/9/09<br>NO DEBTOR | $26,793.00 (S)<br>- (A)<br>- (P)<br>$62,957.21 (U)<br>$89,750.21 (T) | $26,793.00 (S)<br>- (A)<br>- (P)<br>$59,737.75 (U)<br>$86,530.75 (T) | Partially Satisfied Claim.  Claim should be modified to remove invoices totaling $3,219.46. Invoice 102103486 was paid in the amount of $2,618.63 on 1/5/2009, clearing document 6200005917. Invoice 101962382 was paid in the amount of $68.51 on 10/16/2008, payment document 6000010575.  Invoice 102000419 was paid in the amount of $58.96 on 11/17/2008, payment document 6200005418.  Invoice 102076196 was paid in the amount of $473.36 on 1/5/2009, payment document 6200005917. As such, this amount is not due and owing to the claimant in respect of the claim. |
| IRON MOUNTAIN INFORMATION MANAGEMENT INC<br>JOSEPH P CORRIGAN, ESQ<br>745 ATLANTIC AVENUE 10TH FLOOR<br>BOSTON, MA  02111 | 5428<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | $47,125.00 (S)<br>- (A)<br>- (P)<br>$85,093.05 (U)<br>$132,218.05 (T) | $47,125.00 (S)<br>- (A)<br>- (P)<br>$83,387.84 (U)<br>$130,512.84 (T) | Partial Insufficient Documentation Claim.  Claim states a face value of $132,218.05, but the supporting documentation indicates a claim of only $130,512.84. The claim is overstated by $1,705.21 for which no support is provided, and the Debtors do not recognize in their Books and Records. |
| J MOCK & CO SA<br>NO 15A JARDINES DE ALMA ROSA<br>SANTO DOMINGO<br>DOMINICAN REPUBLIC | 2846<br>9/11/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$106,759.05 (U)<br>$106,759.05 (T) | - (S)<br>- (A)<br>- (P)<br>$28,957.25 (U)<br>$28,957.25 (T) | Partial Redundant Invoice Claim. Claim should be modified to remove $34,576.80 in invoices that were also asserted in claim # 6895 by the claimant.<br><br>Partial Insufficient Documentation Claim. Claim states a face value of $106,759.05, but the supporting documentation indicates a claim of only $63,534.05. The claim is overstated by $43,255.00 for which no support is provided, and the Debtors do not recognize in their Books and Records.<br><br>The claimant should also locate this claim on Exhibit B to the Motion to Deem Satisfied. As detailed on the Motion to Deem Satisfied, $26,107.25 of the $28,957.25 allowable claim has already been satisfied. As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $2,850.00. |
| KANATEK TECHNOLOGIES<br>KTI KANATEK TECHNOLOGIES INC<br>535 LEGGET DRIVE SUITE 400<br>KANATA, ON  K2K 3B8<br>CANADA | 4747<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$12,585.47 (U)<br>$12,585.47 (T) | - (S)<br>- (A)<br>- (P)<br>$11,206.16 (U)<br>$11,206.16 (T) | Partial No Liability Claim.  Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $1,379.31 in post-petition interest as a valid liability of any Debtor in these chapter 11 cases. |

# Exhibit B

## Reduce and Allow Claims

### Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| KUMARAN SYSTEMS INC<br>701 EVANS AVENUE<br>SUITE 509<br>TORONTO, ON  M9C 1A3<br>CANADA | 2572<br>9/3/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$142,044.00 (U)<br>$142,044.00 (T) | - (S)<br>- (A)<br>- (P)<br>$27,104.00 (U)<br>$27,104.00 (T) | Partial Non-Debtor Invoice Claim.  Claim should be modified to remove $114,940 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim . |
| LONG ISLAND LIGHTING COMPANY DBA LIPA<br>ELISA M PUGLIESE, ESQ.<br>175 E. OLD COUNTRY ROAD<br>HICKSVILLE, NY  11801 | 504<br>3/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$81,915.51 (U)<br>$81,915.51 (T) | - (S)<br>- (A)<br>- (P)<br>$66,042.49 (U)<br>$66,042.49 (T) | Partial No Liability Claim.  Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $15,873.02 as valid liabilities of any Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| MCCAAN ERICKSON PUERTORICO<br>JOSE E. COLON SANTANA<br>315 COLL & TOSTE<br>SAN JUAN, PR  00918<br>PUERTO RICO | 1698<br>8/10/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$10,279.70 (U)<br>$10,279.70 (T) | - (S)<br>- (A)<br>- (P)<br>$9,656.15 (U)<br>$9,656.15 (T) | Partially Satisfied Claim.  Claim should be modified to remove $623.55 in post petition invoices which were satisfied post petition on 10/23/2009 with wire #6200001415. |
| MUNCK CARTER LLP<br>600 BANNER PLACE<br>12770 COIT ROAD<br>DALLAS, TX  75251 | 7472<br>10/19/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$130,268.07 (U)<br>$130,268.07 (T) | - (S)<br>- (A)<br>- (P)<br>$89,812.30 (U)<br>$89,812.30 (T) | Partial Non-Debtor Invoice Claim.  Claim should be modified to remove $40,455.77, in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| NEARMUG<br>ATTN: JILL A. ADLER, CMP, CONFERENCE COORDINATOR<br>11 DOUGAL LANE<br>EAST NORTHPORT, NY  11731 | 6851<br>1/22/10<br>09-12515<br>Nortel Networks (CALA) Inc. | - (S)<br>- (A)<br>- (P)<br>$5,514.10 (U)<br>$5,514.10 (T) | - (S)<br>- (A)<br>- (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Partial No Liability Claim.  Claim should be modified to remove $514.10 in invoices that are due from third parties who are not Debtors in these chapter 11 cases and are not reflected in the Debtors' Books and Records. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |

# Exhibit B

## Reduce and Allow Claims

### Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| NFUSION GROUP, LLC<br>CARMENT HENDERSON, CONTROLLER<br>5000 PLAZA ON THE LAKE<br>SUITE 200<br>AUSTIN, TX 78746 | 5353<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$112,404.00 (U)<br>$112,404.00 (T) | - (S)<br>- (A)<br>- (P)<br>$89,197.75 (U)<br>$89,197.75 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $5,750.00 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim.<br><br>Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $17,456.25 as valid liabilities of any Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim. |
| OCE IMAGISTICS INC<br>7555 E. HAMPDEN AVE SUITE 200<br>DENVER, CO 80231 | 3277<br>9/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$5,501.69 (U)<br>$5,501.69 (T) | - (S)<br>- (A)<br>- (P)<br>$1,416.51 (U)<br>$1,416.51 (T) | Partial Insufficient Documentation Claim. The claim is overstated by $4,085.18 for which insufficient support is provided, and the Debtors do not recognize in their Books and Records. |
| OFS FITEL, LLC<br>ATTN: JANA KAPLAN<br>2000 NORTHEAST EXPRESSWAY SUITE 2H 02<br>NORCROSS, GA 30071 | 3951<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$57,904.62 (A)<br>- (P)<br>- (U)<br>$57,904.62 (T) | - (S)<br>$57,436.55 (A)<br>- (P)<br>- (U)<br>$57,436.55 (T) | Partial No Liability Claim. Based on a careful review of the Debtors' Books and Records, the Debtors do no recognize $468.07 as valid liabilities of any Debtor in these chapter 11 cases.<br><br>The claimant also should locate this claim on Exhibit A to the Reclassify Objection filed concurrently with this Objection. As detailed in the Reclassify Objection, only a portion of the claimed amount qualifies for administrative expense priority pursuant to Bankruptcy Code section 503(b)(9) and/or priority status pursuant to Bankruptcy Code section 507. As a result, for voting and distribution purposes, $6,964.53 of the allowable claim will be reclassified as a general, unsecured, non-priority claim and $50,472.02 of the claim will remain an administrative expense priority claim. |

## Exhibit B

### Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount | Reason for<br>Modification |
|---|---|---|---|---|
| PANGAIA PARTNERS, LLC<br>C/O FORMAN HOLT ELAIDES & RAVIN LLC<br>80 ROUTE 4 EAST, SUITE 290<br>PARAMUS, NJ 07652 | 5355<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$122,256.25 (P)<br>- (U)<br>$122,256.25 (T) | - (S)<br>- (A)<br>$76,904.00 (P)<br>- (U)<br>$76,904.00 (T) | Partial Non-Debtor Liability Claim. Claim asserts $19,568.25 of invoices that are due from a third party billing company which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the claim.<br><br>Partial Insufficient Documentation Claim. Claim is overstated by $25,784.00 for which insufficient support is provided by claimant, and based on careful review of the Debtors' Books and Records, the Debtors do not recognize as a valid liability of any Debtor in these chapter 11 cases.<br><br>The claimant should also locate this claim on Exhibit A to the Reclassify Objection filed concurrently with this Objection.  As detailed in the Reclassify Objection, none of the claimed amount qualifies for administrative expense priority pursuant to Bankruptcy Code section 503(b)(9) and/or priority status pursuant to Bankruptcy Code section 507.  As a result, for voting and distribution purposes, the entire allowable claim will be reclassified as a general, unsecured, non-priority claim. |
| PARKER HANNIFIN CORPORATION<br>6035 PARKLAND BLVD.<br>CLEVELAND, OH 44124 | 1110<br>5/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$1,840.00 (P)<br>$8,858.60 (U)<br>$10,698.60 (T) | - (S)<br>- (A)<br>- (P)<br>$650.00 (U)<br>$650.00 (T) | Partial Non-Debtor Invoice Claim.  Claim should be modified to remove $10,048.60 that appears to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim.<br><br>The claimant should also locate this claim on Exhibit A to the Reclassify Objection filed concurrently with this Objection.  As detailed in the Reclassify Objection, none of the claimed amount qualifies for administrative expense priority pursuant to Bankruptcy Code section 503(b)(9) and/or priority status pursuant to Bankruptcy Code section 507.  As a result, for voting and distribution purposes, the entire allowable claim will be reclassified as a general, unsecured, non-priority claim. |

## Exhibit B

### Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| PROCOM SERVICES 10670 NORTH CENTRAL EXPRESSWAY # 460 DALLAS, TX 75231 | 2879 9/14/09 NO DEBTOR | - (S) - (A) $10,950.00 (P) $774,349.60 (U) $774,349.60 (T) | - (S) - (A) - (P) $663,477.41 (U) $663,477.41 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $17,381.31 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim.

Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $93,490.88 as valid liabilities of any Debtor in these chapter 11 cases.

The claimant also should locate this claim on Exhibit B to the Motion to Deem Satisfied. As detailed on the Motion to Deem Satisfied, $20,000.00 of the $663,477.41 allowable claim has already been satisfied. As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $643,477.41. |
| PROGRESS SOFTWARE CORPORATION FKA: IONA CORPORATION 14 OAK PARK DR BEDFORD, MA 01730-1485 | 1467 7/6/09 NO DEBTOR | - (S) - (A) - (P) $61,128.47 (U) $61,128.47 (T) | - (S) - (A) - (P) $46,675.00 (U) $46,675.00 (T) | Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $14,453.47 as valid liabilities of any Debtor in these chapter 11 cases. |
| RADIO FREQUENCY SYSTEMS 200 PONDVIEW DR MERIDEN, CT 06450 | 1109 5/4/09 NO DEBTOR | - (S) - (A) - (P) $1,823,330.49 (U) $1,823,330.49 (T) | - (S) - (A) - (P) $1,393,585.20 (U) $1,393,585.20 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $6,372.29 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim.

Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $423,373.00 as valid liabilities of any Debtor in these chapter 11 cases. |

# Exhibit B

## Reduce and Allow Claims

### Claim to be Modified

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount | Reason for<br>Modification |
|---|---|---|---|---|
| REDAPT SYSTEMS, INC.<br>12226 134TH CT NE BLDG D<br>REDMOND, WA  98052 | 1064<br>4/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$17,300.17 (U)<br>$17,300.17 (T) | - (S)<br>- (A)<br>- (P)<br>$11,133.67 (U)<br>$11,133.67 (T) | Partial Non-Debtor Claim.  Claim should be modified to remove  $5,110.00 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim.<br><br>Partial Satisfied Claim.  Claim should be modified to remove invoices totaling $1,056.50. Based on a careful review of the Debtors' Books and Records, the schedules and proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that invoice NINV0010071 was paid in the amount of $931.50 on 6/4/2008, payment document 6000007376, and invoice NINV0010012 was paid in the amount of $125.00 on 4/9/2008, payment document 6000005784.  As such, this amount is not due and owing to the claimant in respect of the claim. |

## Exhibit B

### Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| TERREMARK WORLDWIDE<br>C/O DIANE KATSULIS<br>DIRECTOR OF LEGAL AFFAIRS<br>222 W. LAS COLINAS BLVD<br>IRVING, TX  75039 | 3909<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$217,026.54 (A)<br>- (P)<br>$222,773.63 (U)<br>$439,800.17 (T) | - (S)<br>$8,215.00 (A)<br>- (P)<br>$152,477.95 (U)<br>$160,692.95 (T) | Partial Insufficient Documentation Claim.  Claim states a face value of $439,800.17, but the supporting documentation does not include adequate information with respect to 17 invoices, totaling $76,170.00.  The claimant did not  respond to requests for additional documentation. |

Partial Non-Debtor Claim.  Claim should be modified to remove $202,237.22 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim.

Partial Satisfied Claim.  Claim should be modified to remove invoices totalling $700.00, which were paid on 12/1/08, payment document # 6100009528. As such, this amount is not due and owing to the claimant in respect of the claim.

The claimant should also locate this claim on Exhibit A to the Reclassify Objection.  As detailed on the Reclassify Objection, only $8,215.00 of the claimed amount qualifies for administrative expense priority pursuant to Bankruptcy Code section 503(b)(9) and/or priority status pursuant to Bankruptcy Code section 507.  As a result, for voting and distribution purposes, $8,215.00 of this claim will be allowed with administrative expense priority and the remaining amount of the allowable claim will be allowed as a general unsecured claim.

The claimant should also locate this claim on Exhibit B to the Motion to Deem Satisfied. As detailed on the Motion to Deem Satisfied, $33,270.00 of the $160,692.95 allowable claim has already been satisfied.  As a result, for voting and distribution purposes, $8,215.00 of this claim will be allowed with administrative expense priority and the remaining $119,207.95 will be allowed as a general unsecured claim.

# Exhibit B

## Reduce and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount | Reason for<br>Modification |
|---|---|---|---|---|
| TUV RHEINLAND OF N.A INC.<br>12 COMMERCE ROAD<br>NEWTOWN, CT  06470 | 194<br>2/6/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$84,335.61 (U)<br>$84,335.61 (T) | - (S)<br>- (A)<br>- (P)<br>$84,135.61 (U)<br>$84,135.61 (T) | Partial No Liability Claim.  Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $200.00 as valid liabilities of any Debtor in these chapter 11 cases.<br><br>The claimant should also locate this claim on Exhibit B to the Motion to Deem Satisfied. As detailed on the Motion to Deem Satisfied, the entire amount of the allowable claim has already been satisfied. As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $0.00. |
| TYCO ELECTRONICS CORP.<br>ATTN: GEORGE D NAGEL, JR.<br>CREDIT DEPT 3826<br>2800 FULLING MILL ROAD<br>MIDDLETOWN, PA  17057 | 3777<br>9/25/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$25,007.51 (U)<br>$25,007.51 (T) | - (S)<br>- (A)<br>- (P)<br>$18,144.27 (U)<br>$18,144.27 (T) | Partial Non-Debtor Invoice Claim.  Claim should be modified to remove $6,500.44 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim.<br><br>Partial Satisfied Claim.  Claim should be modified to remove invoices totaling invoices totalling $362.80. Based on a careful review of the Debtors' Books and Records, the schedules and proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that invoices were paid in the amount of $362.80 on 12/16/08, payment document 6200005723.  As such, this amount is not due and owing to the claimant in respect of the claim.<br><br>The claimant should also locate this claim on Exhibit B to the Motion to Deem Satisfied. As detailed on the Motion to Deem Satisfied, $11,390.89 of the $18,144.27 allowable claim has already been satisfied. As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $6,753.38. |
| UNITED BUSINESS MEDIA LLC<br>DBA UBM TECHWEB,<br>LIGHT READING/ HEAVEY READING<br>P.O. BOX 9064<br>NEW YORK, NY  10087-9064 | 7732<br>5/10/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$77,262.50 (U)<br>$77,262.50 (T) | - (S)<br>- (A)<br>- (P)<br>$8,000.00 (U)<br>$8,000.00 (T) | Partial Redundant Invoice Claim.  Claim should be modified to remove $69,262.50 in invoices that were also asserted in claim # 572. |

# Exhibit B

## Reduce and Allow Claims

### Claim to be Modified

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY IIA, LLC TRANSFEROR: US DEBT RECOVERY V, LP 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE, NV 89451 | 1472.01 7/6/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $204,771.22 (U) $204,771.22 (T) | - (S) - (A) - (P) $203,652.79 (U) $203,652.79 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $1,118.43 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portions of the claim. |
| UNITED STATES DEBT RECOVERY V, LP TRANSFEROR: GN CLAIM SUB, LLC 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE, NV 89451 | 1472 7/6/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $3,037,028.59 (U) $3,037,028.59 (T) | - (S) - (A) - (P) $3,020,440.87 (U) $3,020,440.87 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $16,587.72 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portions of the claim. |
| UNITED STATES DEBT RECOVERY VIII, LP TRANSFEROR: US DEBT RECOVERY V, LP 940 SOUTHWOOD BLVD., SUITE 101 INCLINE VILLAGE, NV 89451 | 1472.03 7/6/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $282,661.82 (U) $282,661.82 (T) | - (S) - (A) - (P) $281,117.97 (U) $281,117.97 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $1,543.85 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portions of the claim. |
| WORDEN MASTER FUND LP TRANSFEROR: WISTRON CORPORATION C/O FORTRESS INVESTMENT 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK, NY 10105 | 5633 9/30/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $39,621.59 (U) $39,621.59 (T) | - (S) - (A) - (P) $21,432.38 (U) $21,432.38 (T) | Partial Non-Debtor Invoice Claim. Claim should be modified to remove $18,189.21 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim.

The claimant should also locate this claim on Exhibit B to the Motion to Deem Satisfied. As detailed on the Motion to Deem Satisfied, $1,003.00 of the $21,432.38 allowable claim has already been satisfied. As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $20,429.38. |

# Exhibit B

## Reduce and Allow Claims

### Claim to be Modified

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount | Reason for<br>Modification |
|---|---|---|---|---|
| XETA TECHNOLOGIES, INC.<br>814 W. TACOMA<br>BROKEN ARROW, OK  74012 | 7222<br>4/19/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$716,939.74 (U)<br>$716,939.74 (T) | - (S)<br>- (A)<br>- (P)<br>$510,472.11 (U)<br>$510,472.11 (T) | Partial No Liability Claim.  Claims should be modified to remove $89,079.80 in invoices related to invalid purchase orders for which the claimant provided no response when asked for further support. None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim.<br><br>Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $2,000.00 as valid liabilities of any Debtor in these chapter 11 cases.<br><br>Partial No Liability Claim.  Claim should be modified to remove $115,387.83 in invoices that were allowed as a valid setoff against amounts owed from Claimant to Debtor [D.I. 1102]. |
| ZYXEL COMMUNICATIONS, INC.<br>1130 N. MILLER ST.<br>ANAHEIM, CA  92806-2001 | 295<br>2/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$259,466.25 (U)<br>$259,466.25 (T) | - (S)<br>- (A)<br>- (P)<br>$234,719.50 (U)<br>$234,719.50 (T) | Partial Non-Debtor Invoice Claim.  Claim should be modified to remove $24,746.75 in invoices that appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.  None of the Debtors in these chapter 11 cases is liable for the overstated portion of the claim.<br><br>The claimant should also locate this claim on Exhibit B to the Motion to Deem Satisfied.  As detailed on the Motion to Deem Satisfied, $2,940.00 of the $234,719.50 allowable claim has already been satisfied.  As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $231,779.50.<br><br>In addition, the claimant should also locate this claim on Exhibit A to the Reclassify Objection filed concurrently with this Objection.  As detailed in the Reclassify Objection, $78,923.75 of the claimed amount qualifies for administrative expense priority as set out in the Notice Of Proposed Settlement Of Reclamation Demand Of Zyxel Communications, Inc. [D.I. 745].  As a result, for voting and distribution purposes, this claim will be treated as an administrative priority claim in the amount of $78,923.75, and the remaining claim, if allowed, will be treated as a general unsecured claim in so allowed amount. |

**Exhibit B**

**Reduce and Allow Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| Totals: | 64  Claims | $181,142.93 (S) | $93,912.77 (S) | |
| | | $335,427.00 (A) | $94,110.14 (A) | |
| | | $147,546.25 (P) | $80,855.61 (P) | |
| | | $18,814,072.71 (U) | $16,295,986.83 (U) | |
| | | $19,467,238.89 (T) | $16,564,865.35 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed