# EXHIBIT C[*]

## Redundant Claims

---

[*]　　　Cleary Gottlieb Steen & Hamilton LLP is counsel to the Debtors with respect to all claims appearing on **Exhibit C** with the exception of claims 392, 943, and 7076.  Morris, Nichols, Arsht & Tunnell LLP is counsel to the Debtors with respect to all claims appearing on **Exhibit C** with the exception of claims 4001 and 6513.  Benesch, Friedlander, Coplan & Aronoff LLP is counsel to the Debtors with respect to claims 4001 and 6513.   For questions regarding Claims 392, 943, and 7076, please contact Morris, Nichols, Arsht & Tunnell LLP.  For questions regarding claims 4001 and 6513, please contact Cleary Gottlieb Steen & Hamilton or Benesch, Friedlander, Coplan & Aronoff LLP.

# Exhibit C

## Redundant Claims

| | | | | | | |
|---|---|---|---|---|---|---|
| **Redundant Claim to be Expunged** | | | **Corresponding Remaining Claim** | | | |
| **Name/Address of Claimant** | **Claim Number Date Filed Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number Date Filed Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES 436 WALNUT STREET WA02J PHILADELPHIA, PA 19106 | 4001 9/25/09 09-10138 Nortel Networks Inc. | Unspecified* | ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES 436 WALNUT STREET WA02J PHILADELPHIA, PA 19106 | 7056 2/1/10 09-10138 Nortel Networks Inc. | Unspecified* | The Liabilities asserted in claim 4001 and the documentation attached thereto in support of such liabilities, are fully contained within claim number 7056 also filed by the claimant or an affiliate of the claimant. |
| ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES 436 WALNUT STREET WA02J PHILADELPHIA, PA 19106 | 6513 12/31/09 09-10138 Nortel Networks Inc. | Unspecified* | ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES 436 WALNUT STREET WA02J PHILADELPHIA, PA 19106 | 7056 2/1/10 09-10138 Nortel Networks Inc. | Unspecified* | The Liabilities asserted in claim 6513 and the documentation attached thereto in support of such liabilities, are fully contained within claim number 7056 also filed by the claimant or an affiliate of the claimant. |
| AR GRAY & ASSOCIATES 29 HANSEN BEACONSFIELD BEACONSFIELD, QC H9W 5P4 CANADA | 7573 1/18/11 09-10138 Nortel Networks Inc. | - (S) $6,850.00 (A) - (P) - (U) $6,850.00 (T) | AR GRAY & ASSOCIATES 265 HYMUS BOULEVARD POINT CLARE, QC H9R 1G6 CANADA | 7572 1/18/11 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $6,850.00 (U) $6,850.00 (T) | The Liabilities asserted in claim 7573 and the documentation attached thereto in support of such liabilities, are fully contained within claim number 7572 also filed by the claimant or an affiliate of the claimant.<br><br>The claimant should also locate this claim on Exhibit E to this Objection. As set forth in that Exhibit, the Debtors object to the claim because it does not meet the requirements of section 503(b)(9). |
| ASM CAPITAL III, L.P. TRANSFEROR: CARLSON MARKETING CANADA LTD 7600 JERICHO TURNPIKE SUITE 302 WOODBURY, NY 11797 | 1359 6/15/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $617,237.04 (U) $617,237.04 (T) | ASM CAPITAL, SUCCESSOR BY ASSIGNMENT TO CARLSON MARKETING CANADA LTD. ATTN: ADAM MOSKOWITZ, MANAGING GEN PRTNR 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 7819 6/20/11 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $556,172.57 (U) $556,172.57 (T) | Claim number 1359 is amended and superseded in its entirety by Claim number 7819 also filed by the claimant or an affiliate of the claimant, and therefore redundant of Claim number 7819. |

# Exhibit C

## Redundant Claims

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Reason for<br>Disallowance** |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ACADEMIC<br>BENCHMARKS<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE,<br>SUITE 302<br>WOODBURY, NY 11797 | 1991<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$8,000.00 (A)<br>- (P)<br>- (U)<br>$8,000.00 (T) | ASM CAPITAL, L.P.<br>TRANSFEROR: ACADEMIC<br>BENCHMARKS INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE<br>302<br>WOODBURY, NY 11797 | 1992<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$8,000.00 (U)<br>$8,000.00 (T) | The Liabilities asserted in claim 1991 and the documentation attached thereto in support of such liabilities, are fully contained within claim number 1992 also filed by the claimant or an affiliate of the claimant.<br><br>The claimant should also locate this claim on Exhibit E to this Objection. As set forth in that Exhibit, the Debtors object to the claim because it does not meet the requirements of section 503(b)(9). |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS<br>RECOVERY GROUP LLC<br>ATTN: DAVID S. LEINWAND,<br>ESQ.<br>399 PARK AVENUE, 6TH<br>FLOOR<br>NEW YORK, NY 10022 | 943<br>4/14/09<br>09-10146<br>Nortel Networks<br>Applications<br>Management<br>Solutions Inc. | - (S)<br>- (A)<br>- (P)<br>$3,812.00 (U)<br>$3,812.00 (T) | AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS RECOVERY<br>GROUP, LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | 7590<br>2/7/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$3,812.00 (U)<br>$3,812.00 (T) | The Liabilities asserted in claim 943 and the documentation attached thereto in support of such liabilities, are fully contained within claim number 7590 also filed by the claimant or an affiliate of the claimant. |
| CARLIN SYSTEMS INC<br>31 FLOYDS RUN<br>BOHEMIA, NY 11716 | 6398<br>12/23/09<br>09-12515<br>Nortel Networks<br>(CALA) Inc. | - (S)<br>$78,960.00 (A)<br>- (P)<br>- (U)<br>$78,960.00 (T) | CARLIN SYSTEMS INC<br>31 FLOYDS RUN<br>BOHEMIA, NY 11716-2155 | 6397<br>12/23/09<br>09-12515<br>Nortel Networks<br>(CALA) Inc. | - (S)<br>- (A)<br>- (P)<br>$78,960.00 (U)<br>$78,960.00 (T) | The Liabilities asserted in claim 6398 and the documentation attached thereto in support of such liabilities, are fully contained within claim number 6397 also filed by the claimant or an affiliate of the claimant.<br><br>The claimant should also locate this claim on Exhibit E to this Objection. As set forth in that Exhibit, the Debtors object to the claim because it does not meet the requirements of section 503(b)(9). |

## Exhibit C

### Redundant Claims

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
| CBCI TELECOM<br>1550 A LAPERRIERE AVE<br>SUITE<br>OTTAWA, ON  K1Z 7T2<br>CANADA | 6529<br>12/31/09<br>09-12515<br>Nortel Networks<br>(CALA) Inc. | - (S)<br>- (A)<br>- (P)<br>$6,904.00 (U)<br>$6,904.00 (T) | CBCI TELECOM<br>1550 A LAPERRIERE AVE SUITE<br>OTTAWA, ON  K1Z 7T2<br>CANADA | 2031<br>8/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$6,260.86 (U)<br>$6,260.86 (T) | The Liabilities asserted in claim 6529 and the documentation attached thereto in support of such liabilities, are fully contained within claim 2031 also filed by the claimant or an affiliate of the claimant. |
| CHILDS, MIKE & MARTINEZ, JEFFREY<br>2644 MARSTON HTS<br>COLORADO SPGS, CO 80920-5115 | 5847<br>10/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$5,000.00 (A)<br>- (P)<br>- (U)<br>$5,000.00 (T) | CHILDS, MICHAEL & JEFFREY MARTINEZ<br>2644 MARSTON HTS<br>COLORADO SPGS, CO  80920-5115 | 5848<br>10/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | The Liabilities asserted in Claim 5847 and the documentation attached thereto in support of such liabilities, are fully contained within claim 5848 also filed by the claimant or an affiliate of the claimant.<br><br>The claimant should also locate this claim on Exhibit E to this Objection.  As set forth in that Exhibit, the Debtors object to the claim because it does not meet the requirements of section 503(b)(9). |
| CITY OF SANTA CLARA<br>BUSINESS LICENSE DIVISION<br>1500 WARBURTON AVENUE<br>SANTA CLARA, CA  95050 | 7019<br>1/28/10<br>09-12515<br>Nortel Networks<br>(CALA) Inc. | - (S)<br>- (A)<br>- (P)<br>$347,982.20 (U)<br>$347,982.20 (T) | CITY OF SANTA CLARA MUNICIPAL SERVICES<br>1500 WARBURTON AVE<br>SANTA CLARA, CA  95050 | 490<br>2/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$347,982.20 (U)<br>$347,982.20 (T) | The Liabilities asserted in claim 7019 and the documentation attached thereto in support of such liabilities, are fully contained within claim number 490 also filed by the claimant or an affiliate of the claimant. |

# Exhibit C

## Redundant Claims

| | | | | | | |
|---|---|---|---|---|---|---|
| **Redundant Claim to be Expunged** | | | **Corresponding Remaining Claim** | | | |
| **Name/Address of Claimant** | **Claim Number Date Filed Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number Date Filed Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| CITY OF SANTA CLARA BUSINESS LICENSE DIVISION 1500 WARBURTON AVENUE SANTA CLARA, CA  95050 | 7020 1/28/10 09-12515 Nortel Networks (CALA) Inc. | - (S) $347,982.20 (A) - (P) - (U) $347,982.20 (T) | CITY OF SANTA CLARA MUNICIPAL SERVICES 1500 WARBURTON AVE SANTA CLARA, CA  95050 | 490 2/18/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $347,982.20 (U) $347,982.20 (T) | The Liabilities asserted in claim 7020 and the documentation attached thereto in support of such liabilities, are fully contained within claim 490 also filed by the claimant or an affiliate of the claimant. The claimant should also locate this claim on Exhibit E to this Objection.  As set forth in that Exhibit, the Debtors object to the claim because it does not meet the requirements of section 503(b)(9). |
| COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE PO BOX 9564 BOSTON, MA  02114-9564 | 1686 8/12/09 09-10145 CoreTek, Inc. | - (S) - (A) $48.58 (P) $540.00 (U) $588.58 (T) | COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE PO BOX 9564 BOSTON, MA  02114-9564 | 7507 11/22/10 09-10145 CoreTek, Inc. | - (S) - (A) $48.58 (P) $540.00 (U) $588.58 (T) | The Liabilities asserted in claim 1686 and the documentation attached thereto in support of such liabilities, are fully contained within claim number 7507 also filed by the claimant or an affiliate of the claimant. |
| LEXISNEXIS CANADA INC 123 COMMERCE VALLEY DRIVE EAST SUITE 700 MARKHAM, ON  L3T 7W8 CANADA | 5959 10/13/09 NO DEBTOR NO DEBTOR ASSERTED BY CREDITOR | - (S) - (A) - (P) $1,396.28 (U) $1,396.28 (T) | LEXIS NEXIS CANADA INC 123 COMMERCE VALLEY DRIVE EAST SUITE 700 MARKHAM, ON  L3T 7W8 CANADA | 7083 2/8/10 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $1,396.28 (U) $1,396.28 (T) | The Liabilities asserted in claim 5959 and the documentation attached thereto in support of such liabilities, are fully contained within claim number 7083 also filed by the claimant or an affiliate of the claimant. |
| MONARCH MASTER FUNDING LTD TRANSFEROR: RIVERSIDE CLAIMS LLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, 26TH FLOOR NEW YORK, NY  10022 | 392 2/13/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $479,290.00 (U) $479,290.00 (T) | COFACE NORTH AMERICA INSURANCE COMPANY TRANSFEROR: JACO ELECTRONICS, INC 50 MILLSTONE RD., BLDG. 100, STE 360 EAST WINDSOR, NJ  08520 | 6820 1/21/10 09-12515 Nortel Networks (CALA) Inc. | - (S) $479,290.00 (A) - (P) - (U) $479,290.00 (T) | The Liabilities asserted in claim 392 and the documentation attached thereto in support of such liabilities, are fully contained within claim 6820 also filed by the claimant or an affiliate of the claimant. |

# Exhibit C

## Redundant Claims

| | Redundant Claim to be Expunged | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Reason for<br>Disallowance** |
| MONARCH MASTER FUNDING LTD TRANSFEROR: RIVERSIDE CLAIMS LLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | 7076 2/5/10 09-10138 Nortel Networks Inc. | - (S) $479,290.00 (A) - (P) - (U) $479,290.00 (T) | COFACE NORTH AMERICA INSURANCE COMPANY TRANSFEROR: JACO ELECTRONICS, INC 50 MILLSTONE RD., BLDG. 100, STE 360 EAST WINDSOR, NJ 08520 | 6820 1/21/10 09-12515 Nortel Networks (CALA) Inc. | - (S) $479,290.00 (A) - (P) - (U) $479,290.00 (T) | The Liabilities asserted in claim 7076 and the documentation attached thereto in support of such liabilities, are fully contained within claim 6820 also filed by the claimant or an affiliate of the claimant. The claimant should also locate this claim on Exhibit E to this Objection. As set forth in that Exhibit, the Debtors object to the claim because it does not meet the requirements of section 503(b)(9). |
| PDX INC 101 JIM WRIGHT FREEWAY SOUTH FORT WORTH, TX 76108-2202 | 6574 1/4/10 09-12515 Nortel Networks (CALA) Inc. | - (S) - (A) - (P) $10,000.00 (U) $10,000.00 (T) | PDX, INC 101 JIM WRIGHT FREEWAY SUITE 200 FORT WORTH, TX 76108-2253 | 2598 9/3/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $10,000.00 (U) $10,000.00 (T) | The Liabilities asserted in claim 6574 and the documentation attached thereto in support of such liabilities, are fully contained within claim number 2598 also filed by the claimant or an affiliate of the claimant. |
| SYBASE INC. 561 VIRGINIA ROAD CONCORD, MA 01742 | 1436 6/29/09 NO DEBTOR NO DEBTOR ASSERTED BY CREDITOR | - (S) - (A) - (P) $42,144.39 (U) $42,144.39 (T) | SYBASE INC. 561 VIRGINIA ROAD CONCORD, MA 01742 | 7122 2/24/10 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $115,136.10 (U) $115,136.10 (T) | The liabilities asserted in Claim 1436 and the documentation attached thereto in support of such liabilities, are fully contained within claim 7122 also filed by the claimant or an affiliate of the claimant. |
| SYBASE INC. 561 VIRGINIA ROAD CONCORD, MA 01742 | 6819 1/21/10 NO DEBTOR NO DEBTOR ASSERTED BY CREDITOR | - (S) - (A) - (P) $115,136.10 (U) $115,136.10 (T) | SYBASE INC. 561 VIRGINIA ROAD CONCORD, MA 01742 | 7122 2/24/10 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $115,136.10 (U) $115,136.10 (T) | The liabilities asserted in claim 6819 and the documentation attached thereto in support of such liabilities, are fully contained within claim 7122 also filed by the claimant or an affiliate of the claimant. |

# Exhibit C

## Redundant Claims

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number Date Filed Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number Date Filed Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| TIME:MATTERS GUTENBERGSTRABE 6 NEU0ISENBURG 63263 GERMANY | 7141 3/9/10 09-12515 Nortel Networks (CALA) Inc. | - (S) $2,117.76 (A) - (P) - (U) $2,117.76 (T) | TIME MATTERS GMBH GUTENBERGSTR 6 NEU - ISENBURG 63263 GERMANY | 7140 3/9/10 09-12515 Nortel Networks (CALA) Inc. | - (S) - (A) $2,117.76 (P) - (U) $2,117.76 (T) | The Liabilities asserted in claim 7141 and the documentation attached thereto in support of such liabilities, are fully contained within claim number 7140 also filed by the claimant or an affiliate of the claimant.  The claimant should also locate this claim on Exhibit E to this Objection. As set forth in that Exhibit, the Debtors object to the claim because it does not meet the requirements of section 503(b)(9). |
| TUV RHEINLAND TUV RHEINLAND OF NORTH AMERICA PO BOX 33222 HARTFORD, CT 06150-3222 | 1878 8/20/09 NO DEBTOR NO DEBTOR ASSERTED BY CREDITOR | - (S) - (A) - (P) $84,135.61 (U) $84,135.61 (T) | TUV RHEINLAND OF N.A INC. 12 COMMERCE ROAD NEWTOWN, CT 06470 | 194 2/6/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $84,335.61 (U) $84,335.61 (T) | The Liabilities asserted in claim 1878 and the documentation attached thereto in support of such liabilities, are fully contained within claim 194 also filed by the claimant or an affiliate of the claimant. |
| TUV RHEINLAND OF N.A. INC. 12 COMMERCE ROAD NEWTOWN, CT 06470 | 1881 8/20/09 09-10138 Nortel Networks Inc. | - (S) $84,135.61 (A) - (P) - (U) $84,135.61 (T) | TUV RHEINLAND OF N.A INC. 12 COMMERCE ROAD NEWTOWN, CT 06470 | 194 2/6/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $84,335.61 (U) $84,335.61 (T) | The Liabilities asserted in claim 1881 and the documentation attached thereto in support of such liabilities, are fully contained within claim 194 also filed by the claimant or an affiliate of the claimant.  The claimant should also locate this claim on Exhibit E to this Objection. As set forth in that Exhibit, the Debtors object to the claim because it does not meet the requirements of section 503(b)(9). |

# Exhibit C

## Redundant Claims

| | Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number Date Filed Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number Date Filed Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| TUV RHEINLAND OF NORTH AMERICA PO BOX 33222 HARTFORD, CT 06150-3222 | 1879 8/20/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $84,135.61 (U) $84,135.61 (T) | TUV RHEINLAND OF N.A INC. 12 COMMERCE ROAD NEWTOWN, CT 06470 | 194 2/6/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $84,335.61 (U) $84,335.61 (T) | The Liabilities asserted in claim 1879 and the documentation attached thereto in support of such liabilities, are fully contained within claim 194 also filed by the claimant or an affiliate of the claimant. |
| TUV RHEINLAND OF NORTH AMERICA PO BOX 33222 HARTFORD, CT 06150-3222 | 1880 8/20/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $84,135.61 (U) $84,135.61 (T) | TUV RHEINLAND OF N.A INC. 12 COMMERCE ROAD NEWTOWN, CT 06470 | 194 2/6/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $84,335.61 (U) $84,335.61 (T) | The Liabilities asserted in claim 1880 and the documentation attached thereto in support of such liabilities, are fully contained within claim 194 also filed by the claimant or an affiliate of the claimant. |
| WAITT, DAVID DAVID WAITT CONSULTING 21565 MARY ALICE WAY LOS GATOS, CA 95033 | 6669 1/11/10 09-12515 Nortel Networks (CALA) Inc. | - (S) - (A) $103,548.62 (P) - (U) $103,548.62 (T) | CORRE OPPORTUNITIES FUND, L.P. TRANSFEROR: DAVID WAITT CONSULTING ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK, NY 10019 | 6670 1/11/10 09-12515 Nortel Networks (CALA) Inc. | - (S) - (A) $103,548.62 (P) - (U) $103,548.62 (T) | The Liabilities asserted in claim 6669 and the documentation attached thereto in support of such liabilities, are fully contained within claim number 6670 also filed by the claimant or an affiliate of the claimant. |
| WISTRON CORPORATION 21F, 88, SEC. 1, HSIN TAI WU RD., HSICHIH, TAIPEI LEGAL OFFICE HSIEN 221 TAIWAN, R.O.C. | 5637 9/30/09 09-10138 Nortel Networks Inc. | - (S) $93,696.00 (A) - (P) - (U) $93,696.00 (T) | WISTRON CORPORATION 21F, NO 88, SECTION 1, HSIN-TAI-WU ROAD, HSI-CHIH TAIPEI HSIEN 221 TAIWAN, R.O.C. | 4155 9/28/09 09-10138 Nortel Networks Inc. | - (S) $106,765.44 (A) - (P) - (U) $106,765.44 (T) | The Liabilities asserted in claim 5637 and the documentation attached thereto in support of such liabilities, are fully contained within claim number 4155 also filed by the claimant or an affiliate of the claimant. |

# Exhibit C

## Redundant Claims

| **Redundant Claim to be Expunged** | | | **Corresponding Remaining Claim** | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Reason for<br>Disallowance** |
| WISTRON INFOCOMM TECHNOLOGY CORP 21F, 88, SEC. 1, HSIN TAI WU RD HSICHIH TAIPEI HSIEN  221 TAIWAN R.O.C. | 4154 9/28/09 09-10138 Nortel Networks Inc. | - (S) $2,578,899.38 (A) - (P) - (U) $2,578,899.38 (T) | WORDEN MASTER FUND LP TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY C/O FORTRESS INVESTMENT 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK, NY  10105 | 5638 9/30/09 09-10138 Nortel Networks Inc. | - (S) $128,944.96 (A) - (P) - (U) $128,944.96 (T) | The Liabilities asserted in claim 4154 and the documentation attached thereto in support of such liabilities, are fully contained within claim numbers 5638, 5638.04 and 5638.05 also filed by the claimant or an affiliate of the claimant. |
| | | | DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK, NY  10105 | 5638.04 9/30/09 09-10138 Nortel Networks Inc. | - (S) $1,934,174.54 (A) - (P) - (U) $1,934,174.54 (T) | |
| | | | DRAWBRIDGE SPECIAL OPP. FUND LTD. TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY C/O FORTRESS INVESTMENT GROUP 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK, NY  10105 | 5638.05 9/30/09 09-10138 Nortel Networks Inc. | - (S) $515,779.88 (A) - (P) - (U) $515,779.88 (T) | |
| XETA TECHNOLOGIES, INC. 1814 WEST TACOMA STREET BROKEN ARROW, OK  74012-1406 | 4645 9/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $687,574.89 (U) $687,574.89 (T) | XETA TECHNOLOGIES, INC. 814 W. TACOMA BROKEN ARROW, OK  74012 | 7222 4/19/10 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $716,939.74 (U) $716,939.74 (T) | The Liabilities asserted in claim 4645 and the documentation attached thereto in support of such liabilities, are fully contained within claim 7222 also filed by the claimant or an affiliate of the claimant. |

# Exhibit C

## Redundant Claims

| **Redundant Claim to be Expunged** | | | **Corresponding Remaining Claim** | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number Date Filed Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number Date Filed Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| **Totals:** | **29 Claims** | **- (S)** | | | **- (S)** | |
| | | **$8,842,729.71 (A)** | | | **$3,644,244.82 (A)** | |
| | | **$103,597.20 (P)** | | | **$2,166.34 (P)** | |
| | | **$2,564,423.73 (U)** | | | **$2,761,059.11 (U)** | |
| | | **$11,510,750.64 (T)** | | | **$6,407,470.27 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed