# EXHIBIT D[*]

## Wrong Debtor Claims

---

[*] Cleary Gottlieb Steen & Hamilton LLP is counsel to the Debtors with respect to all claims appearing on **Exhibit D** with the exception of claims 1698 and 2190. Morris, Nichols, Arsht & Tunnell LLP is counsel to the Debtors with respect to all claims appearing on **Exhibit D** with the exception of claim 2879. Benesch, Friedlander, Coplan & Aronoff LLP is counsel to the Debtors with respect to claim 2879. For questions on claims 1698 and 2190, please contact Morris, Nichols, Arsht & Tunnell LLP. For questions on claim 2879, please contact either Cleary Gottlieb Steen & Hamilton or Benesch, Friedlander, Coplan & Aronoff LLP.

## Exhibit D

## Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Modification | New Case Info and Identified Debtor |
|---|---|---|---|---|
| AEROFLEX<br>AEROFLEX WEINSCHEL<br>5305 SPECTRUM DRIVE<br>FREDERICK, MD 21703-7362 | 7053<br>2/1/10<br>09-12515<br>Nortel Networks<br>(CALA) Inc. | - (S)<br>- (A)<br>- (P)<br>$1,100.00 (U)<br>$1,100.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |
| ALLIANCE FOR TELECOMMUNICATION INDUSTRY SOLUTIONS ATIS<br>1200 G STREET NW<br>WASHINGTON, DC 20005 | 6946<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA) Inc. | - (S)<br>- (A)<br>- (P)<br>$4,875.00 (U)<br>$4,875.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |
| ARCHIVE AMERICA, INC<br>C/O CONTRACT ADMINISTRATION<br>3455 NW 54 STREET<br>MIAMI, FL 33142 | 6903<br>1/25/10<br>NO DEBTOR | $102,561.72 (S)<br>- (A)<br>- (P)<br>- (U)<br>$102,561.72 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc.<br><br>The claimant should also locate this claim on Exhibit B to this Objection. As set forth in that Exhibit, $16,622.67 of the claim is allowable.<br><br>The claimant should also locate this claim on Exhibit A to the Debtors' Twenty-First Omnibus Objection (Substantive) to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Reclassify Claims) filed concurrently with this Objection (the "Reclassify Objection"). As set forth in the Reclassify Objection, only $16,622.67 of the claim will be allowed and classified as a secured claim. As a result, for voting and distribution purposes, $16,622.67 of this claim will be allowed as a secured claim. | 09-10138<br>Nortel Networks Inc. |
| ARGO PARTNERS, INC.<br>TRANSFEROR: INFORMATION TODAY INC<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | 6336<br>12/21/09<br>09-12515<br>Nortel Networks<br>(CALA) Inc. | - (S)<br>- (A)<br>- (P)<br>$4,500.00 (U)<br>$4,500.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |

## Exhibit D

## Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Modification | New Case Info and<br>Identified Debtor |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: NERA INC.<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 1582<br>7/22/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$667,763.33 (U)<br>$667,763.33 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc.<br><br>The claimant should also locate this claim on Exhibit B to this Objection. As set forth in that Exhibit, $620,875.33 of the claim is allowable. | 09-10138<br>Nortel Networks Inc. |
| AVENUE A RAZORFISH<br>821 SECOND AVENUE SUITE 1800<br>SEATTLE, WA  98104 | 2190<br>8/25/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$453,203.06 (U)<br>$453,203.06 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant.  Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc.<br><br>The claimant should also locate this claim on Exhibit B to this Objection.  As set forth in that Exhibit, $417,263.06 of the claim is allowable. | 09-10138<br>Nortel Networks Inc. |
| AWARD SOLUTIONS, INC.<br>2100 LAKESIDE BLVD, SUITE 300<br>RICHARDSON, TX  75082 | 433<br>3/2/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$78,562.60 (U)<br>$78,562.60 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |
| BORDEN LADNER GERVAIS LLP<br>WORLD EXCHANGE PLAZA STE 1100<br>100 QUEEN STREET<br>CANADA, ON  K1P 1J9<br>CANADA | 3774<br>9/25/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$36,774.26 (U)<br>$36,774.26 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc.<br><br>The claimant should also locate this claim on Exhibit B to this Objection. As set forth in that Exhibit, $36,203.49 of the claim is allowable. | 09-10138<br>Nortel Networks Inc. |

## Exhibit D

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Modification | New Case Info and<br>Identified Debtor |
|---|---|---|---|---|
| CADENCE DESIGN SYSTEMS INC<br>2655 SEELY AVENUE<br>BUILDING 5<br>ATTENTION: ROBERT GARCIA<br>SAN JOSE, CA  95134-1931 | 2339<br>8/27/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$138,087.44 (U)<br>$138,087.44 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including supporting documentation provided by the claimant. Based on this review, the Debtors believe that this Claim should be asserted against Nortel Networks Inc.<br><br>The claimant should also locate this claim on Exhibit B to this Objection. As set forth in that Exhibit, $52,148.31 of the claim is allowable. | 09-10138<br>Nortel Networks Inc. |
| CHENMING<br>CHENMING USA INC<br>30631 SAN ANTONIO STREET<br>HAYWARD, CA  94544-7103 | 6498<br>12/29/09<br>09-12515<br>Nortel Networks (CALA) Inc. | - (S)<br>- (A)<br>- (P)<br>$59,100.00 (U)<br>$59,100.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |
| CITY OF SUNRISE<br>PO BOX 31432<br>TAMPA, FL  33631-3432 | 2761<br>9/8/09<br>NO DEBTOR | $4,663.21 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,663.21 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks (CALA) Inc.<br><br>The claimant should also locate this claim on Exhibit B to this Objection.  As set forth in that Exhibit, $3,372.10 of the claim is allowable. | 09-12515<br>Nortel Networks (CALA) Inc. |
| COMTEL, S.A.<br>AVENIDA 4 SUR, NO. 30, BELLA VISTA<br>APARTADO 0823-05880<br>PANAMA<br>PANAMA | 7181.01<br>4/2/10<br>09-10146<br>Nortel Networks Applications Management Solutions Inc. | - (S)<br>- (A)<br>- (P)<br>$2,378.50 (U)<br>$2,378.50 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks (CALA) Inc. | 09-12515<br>Nortel Networks (CALA) Inc. |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: GENBAND USA LLC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY  10019 | 1637<br>8/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$332,382.64 (U)<br>$332,382.64 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including supporting documentation provided by the claimant.  Based on this review, the Debtors believe that $24,000.00 of this Claim should be asserted against Nortel Networks (CALA) Inc. | 09-12515<br>Nortel Networks (CALA) Inc. |

## Exhibit D

## Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Modification | New Case Info and<br>Identified Debtor |
|---|---|---|---|---|
| DATA GROUP OF COMPANIES<br>F/ K/ A RELIZON, INC.<br>80 AMBASSADOR DRIVE<br>MISSISSAUGA, ON  L5T 2Y9<br>CANADA | 4346<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$3,602.22 (U)<br>$3,602.22 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |
| ECOMPANY STORE INC<br>ATTN: CHERYL FOLKNER, CONTROLLER<br>P. O. BOX 1070<br>CHARLOTTE, NC  28201-1070 | 3943<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$148,929.24 (U)<br>$148,929.24 (T) | The Debtors have carefully reviewed the Debtors' Books and Record, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant.  Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc.<br><br>The claimant should also locate this claim on Exhibit B to this Objection.  As set forth in that Exhibit, $109,130.61 of the claim is allowable.<br><br>The claimant should also locate this claim on Exhibit B to the Debtors' Second Motion for Entry of an Order Authorizing Claims Agent to Reflect Certain Claims That Have Been Satisfied as Paid filed concurrently with this Objection (the "Motion to Deem Satisfied").  As detailed on the Motion to Deem Satisfied, $1,161.70 of the $109,130.61 allowable claim has already been satisfied.  As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $107,968.91. | 09-10138<br>Nortel Networks Inc. |
| ELDORADO ACQUISITION THREE LLC<br>FKA TELCOVE,INC FKA ADELPHIA BUS. SOLUT.<br>ATTN: KIM BARLETT<br>1025 ELDORADO BLVD.<br>BROOMFIELD, CO  80021 | 1655<br>8/7/09<br>09-10139<br>Nortel Networks<br>Capital Corporation | - (S)<br>- (A)<br>- (P)<br>$5,569.20 (U)<br>$5,569.20 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |

# Exhibit D

## Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Modification | New Case Info and<br>Identified Debtor |
|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: CALLIDUS SOFTWARE INC<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ  07070 | 4099<br>9/28/09<br>NO DEBTOR | $400,528.64 (S)<br>- (A)<br>- (P)<br>- (U)<br>$400,528.64 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc.<br><br>The claimant should also locate this claim on Exhibit A to the Reclassify Objection.  As set forth in the Reclassify Objection, the entire claim will be reclassified as a general unsecured claim. As a result, for voting and distribution purposes, this claim will be treated as an allowed general unsecured claim in the amount of $400,528.64. | 09-10138<br>Nortel Networks Inc. |
| I AND C, S.A.<br>22 CALLE 5-14, ZONA 14<br>GUATEMALA, CITY<br>GUATEMALA | 3251<br>9/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$174,185.00 (U)<br>$174,185.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including supporting documentation provided by the claimant. Based on this review, the Debtors believe that this Claim should be asserted against Nortel Networks (CALA) Inc. | 09-12515<br>Nortel Networks (CALA) Inc. |
| I AND C, S.A.<br>25 CALLE 5-14, ZONA 14<br>GUATEMALA CITY<br>GUATEMALA | 7282<br>6/9/10<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$65,378.00 (U)<br>$65,378.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including supporting documentation provided by the claimant. Based on this review, the Debtors believe that this Claim should be asserted against Nortel Networks (CALA) Inc.<br><br>The claimant should also locate this claim on Exhibit B to the Motion to Deem Satisfied.  As detailed on the Motion to Deem Satisfied, $15,321.74 of the $65,378.00 allowable claim has already been satisfied.  As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $50,056.26. | 09-12515<br>Nortel Networks (CALA) Inc. |
| IRON MOUNTAIN INFORMATION MANAGEMENT INC<br>JOSEPH P. CORRIGAN, ESQ.<br>754 ATLANTIC AVENUE, 10TH FLOOR<br>BOSTON, MA  02111 | 891<br>4/9/09<br>NO DEBTOR | $26,793.00 (S)<br>- (A)<br>- (P)<br>$62,957.21 (U)<br>$89,750.21 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc.<br><br>The claimant should also locate this claim on Exhibit B to this Objection. As set forth in that Exhibit, $86,530.75 of the claim is allowable. | 09-10138<br>Nortel Networks Inc. |

## Exhibit D

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Modification | New Case Info and<br>Identified Debtor |
|---|---|---|---|---|
| J MOCK & CO SA<br>NO 15A JARDINES DE ALMA ROSA<br>SANTO DOMINGO<br>DOMINICAN REPUBLIC | 2846<br>9/11/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$106,759.05 (U)<br>$106,759.05 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including supporting documentation provided by the claimant. Based on this review, the Debtors believe that this Claim should be asserted against Nortel Networks (CALA) Inc.<br><br>The claimant should also locate this claim on Exhibit B to this Objection. As set forth in that Exhibit, $28,957.25 of the claim is allowable.<br><br>The claimant should also locate this claim on Exhibit B to the Motion to Deem Satisfied. As detailed on the Motion to Deem Satisfied, $26,107.25 of the $28,957.25 allowable claim has already been satisfied. As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $2,850.00. | 09-12515<br>Nortel Networks (CALA) Inc. |
| KUMARAN SYSTEMS INC<br>701 EVANS AVENUE<br>SUITE 509<br>TORONTO, ON  M9C 1A3<br>CANADA | 2572<br>9/3/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$142,044.00 (U)<br>$142,044.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc.<br><br>The claimant should also locate this claim on Exhibit B to this Objection. As set forth in that Exhibit, $27,104.00 of the claim is allowable. | 09-10138<br>Nortel Networks Inc. |
| LANGUAGE LINE SERVICES<br>1 LOWER RAGSDALE DRIVE, BUILDING # 2<br>MONTEREY, CA  93940 | 7390<br>8/20/10<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$5,185.03 (U)<br>$5,185.03 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |
| LEXISNEXIS, A DIV OF REED ELSEVIER INC.<br>ATTN: BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH  45342 | 6180<br>11/19/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$898.50 (U)<br>$898.50 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |
| MCCAAN ERICKSON PUERTORICO<br>JOSE E. COLON SANTANA<br>315 COLL & TOSTE<br>SAN JUAN, PR  00918<br>PUERTO RICO | 1698<br>8/10/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$10,279.70 (U)<br>$10,279.70 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including supporting documentation provided by the Claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks (CALA) Inc. | 09-12515<br>Nortel Networks (CALA) Inc. |

## Exhibit D

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Modification | New Case Info and<br>Identified Debtor |
|---|---|---|---|---|
| MEDIA5 CORPORATION<br>4229 GARLOCK<br>SHERBROOKE, QC  J1L2C8<br>CANADA | 791<br>4/1/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$6,648.50 (U)<br>$6,648.50 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc.<br><br>The claimant should also locate this claim on Exhibit B to the Motion to Deem Satisfied.  As detailed on the Motion to Deem Satisfied, $2,025.00 of the $6,648.50 allowable claim has already been satisfied.  As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $4,623.50. | 09-10138<br>Nortel Networks Inc. |
| NATIONAL GRID<br>300 ERIE BLVD WEST<br>SYRACUSE, NY  13202 | 7910<br>8/16/11<br>09-10139<br>Nortel Networks<br>Capital Corporation | - (S)<br>- (A)<br>- (P)<br>$126,758.26 (U)<br>$126,758.26 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including supporting documentation provided by the claimant. Based on this review, the Debtors believe that this Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |
| OCE IMAGISTICS INC<br>7555 E. HAMPDEN AVE SUITE 200<br>DENVER, CO  80231 | 3277<br>9/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$5,501.69 (U)<br>$5,501.69 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc.<br><br>The claimant should also locate this claim on Exhibit B to this Objection.  As set forth in that Exhibit, $1,416.51 of the claim is allowable. | 09-10138<br>Nortel Networks Inc. |

## Exhibit D

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Modification | New Case Info and<br>Identified Debtor |
|---|---|---|---|---|
| PROCOM SERVICES<br>10670 NORTH CENTRAL EXPRESSWAY # 460<br>DALLAS, TX  75231 | 2879<br>9/14/09<br>NO DEBTOR | - (S)<br>- (A)<br>$10,950.00 (P)<br>$774,349.60 (U)<br>$774,349.60 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc.<br><br>The claimant should also locate this claim on Exhibit B to this Objection. As set forth in that Exhibit, $663,477.41 of the claim is allowable.<br><br>The claimant also should locate this claim on Exhibit B to the Motion to Deem Satisfied.  As detailed on the Motion to Deem Satisfied, $20,000.00 of the $663,477.41 allowable claim has already been satisfied.  As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $643,477.41. | 09-10138<br>Nortel Networks Inc. |
| PROGRESS SOFTWARE CORPORATION<br>FKA: IONA CORPORATION<br>14 OAK PARK DR<br>BEDFORD, MA  01730-1485 | 1467<br>7/6/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$61,128.47 (U)<br>$61,128.47 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc.<br><br>The claimant should also locate this claim on Exhibit B to this Objection. As set forth in that Exhibit, $46,675.00 of the claim is allowable. | 09-10138<br>Nortel Networks Inc. |
| PROVANTAGE CORP<br>7249 WHIPPLE AVENUE NW<br>NORTH CANTON, OH  44720-7143 | 6530<br>12/31/09<br>09-12515<br>Nortel Networks (CALA) Inc. | - (S)<br>- (A)<br>- (P)<br>$285.77 (U)<br>$285.77 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |
| RADIO FREQUENCY SYSTEMS<br>200 PONDVIEW DR<br>MERIDEN, CT  06450 | 1109<br>5/4/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$1,823,330.49 (U)<br>$1,823,330.49 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc.<br><br>The claimant should also locate this claim on Exhibit B to this Objection. As set forth in that Exhibit, $1,393,585.20 of the claim is allowable. | 09-10138<br>Nortel Networks Inc. |

## Exhibit D

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Modification | New Case Info and Identified Debtor |
|---|---|---|---|---|
| SCHACHTEL INC DBA CTP SOLUTIONS<br>5236 COLODNY DRIVE SUITE 200<br>AGOURA HILLS, CA 91301-2692 | 6421<br>12/24/09<br>09-12515<br>Nortel Networks (CALA) Inc. | - (S)<br>- (A)<br>- (P)<br>$546.00 (U)<br>$546.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |
| SEDIN SA<br>PO BOX 6211<br>CH 1211<br>GENEVE 6  1211<br>SWITZERLAND | 2408<br>9/1/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$710.69 (U)<br>$710.69 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |
| STORM TECHNOLOGY LTD<br>GALWAY BUSINESS PARK<br>UPPER NEWCASTLE RD<br>GALWAY<br>IRELAND | 7729<br>5/6/11<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$28,130.48 (U)<br>$28,130.48 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |
| TEKNOWLOGIC DOMINICANA C POR A<br>AV. 27 DE FEBRERO, ESQ., ABRAHAM LINCOLN<br>UNICENTRO PLAZA SUITE 25B<br>SANTO DOMINGO DN  10127<br>DOMINICAN REPUBLIC | 7277<br>6/7/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$24,360.00 (U)<br>$24,360.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks (CALA) Inc. | 09-12515<br>Nortel Networks (CALA) Inc. |
| TRIMBLE NAVIGATION<br>510 DEGUIGNE DRIVE<br>SUNNYVALE, CA  94085 | 2248<br>8/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$16,450.00 (U)<br>$16,450.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant.  Based on this review, the Debtors believe that $2,275.00 of this Claim should be asserted against Nortel Networks (CALA) Inc. | 09-12515<br>Nortel Networks (CALA) Inc. |

## Exhibit D

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Modification | New Case Info and<br>Identified Debtor |
|---|---|---|---|---|
| TYCO ELECTRONICS CORP.<br>ATTN: GEORGE D NAGEL, JR.<br>CREDIT DEPT 3826<br>2800 FULLING MILL ROAD<br>MIDDLETOWN, PA  17057 | 3777<br>9/25/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$25,007.51 (U)<br>$25,007.51 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including supporting documentation provided by the claimant. Based on this review, the Debtors believe that this Claim should be asserted against Nortel Networks Inc.<br><br>The claimant should also locate this claim on Exhibit B to this Objection. As set forth in that Exhibit, $18,144.27 of the claim is allowable.<br><br>The claimant should also locate this claim on Exhibit B to the Motion to Deem Satisfied.  As detailed on the Motion to Deem Satisfied, $11,390.89 of the $18,144.27 allowable claim has already been satisfied.  As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $6,753.38. | 09-10138<br>Nortel Networks Inc. |
| ULINE<br>2200 SOUTH LAKESIDE DR<br>WAUKEGAN, IL  60085-8361 | 6466<br>12/28/09<br>09-12515<br>Nortel Networks<br>(CALA) Inc. | - (S)<br>- (A)<br>- (P)<br>$27.45 (U)<br>$27.45 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |
| Totals: | 39  Claims | $534,546.57 (S)<br>- (A)<br>$10,950.00 (P)<br>$5,397,748.89 (U)<br>$5,932,295.46 (T) | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed