# EXHIBIT E[*]

**No-Basis 503(b)(9) Claims**

---

[*] Cleary Gottlieb Steen & Hamilton LLP is counsel to the Debtors with respect to all claims appearing on **Exhibit E** with the exception of claim 7076.  Morris, Nichols, Arsht & Tunnell LLP is counsel to the Debtors with respect to all claims appearing on **Exhibit E**.  For questions on claim 7076, please contact Morris, Nichols, Arsht & Tunnell LLP.

# Exhibit E

## No-basis 503(b)(9) Claims

| Name/Address of Claimant | No-basis 503(b)(9) Claim to be Expunged — Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance | Corresponding Non-503(b)(9) Claim — Claim Number / Date Filed / Case Info | Total Amount Claimed |
|---|---|---|---|---|---|
| AR GRAY & ASSOCIATES<br>29 HANSEN<br>BEACONSFIELD<br>BEACONSFIELD, QC  H9W 5P4<br>CANADA | 7573<br>1/18/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$6,850.00 (A)<br>- (P)<br>- (U)<br>$6,850.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 7572 filed by the claimant asserting the same liability.<br><br>The claimant should also locate this claim on Exhibit C to this Objection.  As set forth in that Exhibit, the Debtors object to the claim because it is redundant of another claim filed by the claimant or its affiliate. | 7572<br>1/18/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$6,850.00 (U)<br>$6,850.00 (T) |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ACADEMIC BENCHMARKS<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 1991<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$8,000.00 (A)<br>- (P)<br>- (U)<br>$8,000.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 1992 filed by the claimant asserting the same liability.<br><br>The claimant should also locate this claim on Exhibit C to this Objection.  As set forth in that Exhibit, the Debtors object to the claim because it is redundant of another claim filed by the claimant or its affiliate. | 1992<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$8,000.00 (U)<br>$8,000.00 (T) |
| CARLIN SYSTEMS INC<br>31 FLOYDS RUN<br>BOHEMIA, NY  11716 | 6398<br>12/23/09<br>09-12515<br>Nortel Networks (CALA) Inc. | - (S)<br>$78,960.00 (A)<br>- (P)<br>- (U)<br>$78,960.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6397 filed by the claimant asserting the same liability.<br><br>The claimant should also locate this claim on Exhibit C to this Objection.  As set forth in that Exhibit, the Debtors object to the claim because it is redundant of another claim filed by the claimant or its affiliate. | 6397<br>12/23/09<br>09-12515<br>Nortel Networks (CALA) Inc. | - (S)<br>- (A)<br>- (P)<br>$78,960.00 (U)<br>$78,960.00 (T) |
| CHILDS, MIKE & MARTINEZ, JEFFREY<br>2644 MARSTON HTS<br>COLORADO SPGS, CO  80920-5115 | 5847<br>10/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$5,000.00 (A)<br>- (P)<br>- (U)<br>$5,000.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 5848 filed by the claimant asserting the same liability.<br><br>The claimant should also locate this claim on Exhibit C to this Objection.  As set forth in that Exhibit, the Debtors object to the claim because it is redundant of another claim filed by the claimant or its affiliate. | 5848<br>10/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$5,000.00 (U)<br>$5,000.00 (T) |
| CITY OF SANTA CLARA<br>BUSINESS LICENSE DIVISION<br>1500 WARBURTON AVENUE<br>SANTA CLARA, CA  95050 | 7020<br>1/28/10<br>09-12515<br>Nortel Networks (CALA) Inc. | - (S)<br>$347,982.20 (A)<br>- (P)<br>- (U)<br>$347,982.20 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 490 filed by the claimant asserting the same liability.<br><br>The claimant should also locate this claim on Exhibit C to this Objection.  As set forth in that Exhibit, the Debtors object to the claim because it is redundant of another claim filed by the claimant or its affiliate. | 490<br>2/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$347,982.20 (U)<br>$347,982.20 (T) |

# Exhibit E

## No-basis 503(b)(9) Claims

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance | Claim Number / Date Filed / Case Info | Total Amount Claimed |
|---|---|---|---|---|---|
| **No-basis 503(b)(9) Claim to be Expunged** | | | | **Corresponding Non-503(b)(9) Claim** | |
| MONARCH MASTER FUNDING LTD<br>TRANSFEROR: RIVERSIDE CLAIMS LLC<br>C/O MONARCH ALTERNATIVE CAPITAL LP<br>535 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | 7076<br>2/5/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$479,290.00 (A)<br>- (P)<br>- (U)<br>$479,290.00 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6820 filed by the claimant asserting the same liability.<br><br>The claimant should also locate this claim on Exhibit C. As described in Exhibit C, the Debtors object to the claim because it is redundant of another claim filed by the claimant or its affiliate. | 6820<br>1/21/10<br>09-12515<br>Nortel Networks (CALA) Inc. | - (S)<br>$479,290.00 (A)<br>- (P)<br>- (U)<br>$479,290.00 (T) |
| TIME:MATTERS<br>GUTENBERGSTRABE 6<br>NEU0ISENBURG 63263<br>GERMANY | 7141<br>3/9/10<br>09-12515<br>Nortel Networks (CALA) Inc. | - (S)<br>$2,117.76 (A)<br>- (P)<br>- (U)<br>$2,117.76 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 7140 filed by the claimant asserting the same liability.<br><br>The claimant should also locate this claim on Exhibit C to this Objection. As set forth in that Exhibit, the Debtors object to the claim because it is redundant of another claim filed by the claimant or its affiliate. | 7140<br>3/9/10<br>09-12515<br>Nortel Networks (CALA) Inc. | - (S)<br>- (A)<br>$2,117.76 (P)<br>- (U)<br>$2,117.76 (T) |
| TUV RHEINLAND OF N.A. INC.<br>12 COMMERCE ROAD<br>NEWTOWN, CT 06470 | 1881<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$84,135.61 (A)<br>- (P)<br>- (U)<br>$84,135.61 (T) | Requirements of section 503(b)(9) are not met and claim is redundant of claim 194 filed by the claimant asserting the same liability.<br><br>The claimant should also locate this claim on Exhibit C to this Objection. As set forth in that Exhibit, the Debtors object to the claim because it is redundant of another claim filed by the claimant or its affiliate. | 194<br>2/6/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$84,335.61 (U)<br>$84,335.61 (T) |
| **Totals:** | **8 Claims** | - (S)<br>$1,012,335.57 (A)<br>- (P)<br>- (U)<br>$1,012,335.57 (T) | | | - (S)<br>$479,290.00 (A)<br>$2,117.76 (P)<br>$531,127.81 (U)<br>$1,012,535.57 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed