**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------X
:
*In re*                                                              :      Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                        :      Case No. 09-10138 (KG)
:
                              Debtors.                         :      Jointly Administered
:
----------------------------------------------------------X

**CERTIFICATION OF COUNSEL**
**REGARDING OMNIBUS HEARING DATES**

The undersigned hereby certifies as follows:

1.  In response to the undersigned counsel's inquiry, Nortel Networks Inc., et al., debtors and debtors-in-possession in the above captioned cases (the "Debtors") were assigned an omnibus hearing dates by The Honorable Kevin Gross, Chief United States Bankruptcy Judge.

2.  Enclosed herewith is a proposed form of Order (the "Omnibus Hearing Order") that states with specificity the time and date of the tentatively scheduled omnibus hearings.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WHEREFORE, the Debtors hereby request that the Court enter the Omnibus Hearing Order.

Dated: February 7, 2012
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

2669071.10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
: 
*In re* : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
              Debtors. : Jointly Administered
---------------------------------------------------------------X

**OMNIBUS HEARING ORDER**

      **IT IS HEREBY ORDERED,** that the following omnibus hearings have been scheduled in the above-referenced cases:

| DATE | TIME |
| --- | --- |
| May 9, 2012 | 10:00 a.m. (Eastern Time) |
| May 24, 2012 | 10:00 a.m. (Eastern Time) |
| June 6, 2012 | 10:00 a.m. (Eastern Time) |
| June 21, 2012[2] | 10:00 a.m. (Eastern Time) |
| July 11, 2012 | 10:00 a.m. (Eastern Time) |
| August 1, 2012 | 10:00 a.m. (Eastern Time) |
| August 22, 2012 | 10:00 a.m. (Eastern Time) |
| September 5, 2012 | 10:00 a.m. (Eastern Time) |
| September 19, 2012[3] | 10:00 a.m. (Eastern Time) |
| October 3, 2012 | 10:00 a.m. (Eastern Time) |
| October 24, 2012 | 10:00 a.m. (Eastern Time) |
| November 7, 2012 | 10:00 a.m. (Eastern Time) |
| November 21, 2012 | 10:00 a.m. (Eastern Time) |
| December 5, 2012 | 10:00 a.m. (Eastern Time) |
| December 18, 2012[4] | 10:00 a.m. (Eastern Time) |

Dated: Wilmington, Delaware
            _____, 2012

                                          The Honorable Kevin Gross
                                          Chief United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Quarterly fee applications for the period of February through April will be heard at the June 21, 2012 omnibus hearing at 10:00 a.m. (ET).

[3] Quarterly fee applications for the period of May through July will be heard at the September 19, 2012 omnibus hearing at 10:00 a.m. (ET).

[4] Quarterly fee applications for the period of August through October will be heard at the December 18, 2012 omnibus hearing at 10:00 a.m. (ET).