**EXHIBIT B**

**Satisfied Obligations**

# Exhibit B

## Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Objected Amount | Satisfied Amount | Remaining Obligation | Reason for Modification |
|---|---|---|---|---|---|---|
| ANDREW LLC<br>TY E. SHAFFER, ESQ.<br>C/O ROBINSON, BRADSHAW & HINSON, PA<br>101 NORTH TRYON STREET, SUITE 1900<br>CHARLOTTE, NC 28246 | 6129<br>11/16/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$2,250.00 (P)<br>$810.00 (U)<br>$3,060.00 (T) | | - (S)<br>- (A)<br>$675.00 (P)<br>- (U)<br>$675.00 (T) | - (S)<br>- (A)<br>$1,575.00 (P)<br>$810.00 (U)<br>$2,385.00 (T) | Claim should be modified to remove $675.00 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # 113767057 was paid in the amount of $675.00 on 10/16/2009, payment document # 6100001400. |
| ANDREW TELECOMMUNICATIONS PRODUCTS<br>TY E. SHAFFER, ESQ.<br>C/O ROBINSON, BRADSHAW & HINSON, PA<br>101 NORTH TRYON STREET, SUITE 1900<br>CHARLOTTE, NC 28246 | 6126<br>11/16/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$1,130.00 (A)<br>- (P)<br>$2,218.00 (U)<br>$3,348.00 (T) | | - (S)<br>$1,130.00 (A)<br>- (P)<br>- (U)<br>$1,130.00 (T) | - (S)<br>- (A)<br>- (P)<br>$2,218.00 (U)<br>$2,218.00 (T) | Claim should be modified to remove $1,130.00 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # 1000902557 was paid in the amount of $208.00 on 7/13/2009, payment document # 6200001406.<br><br>Invoice # 1000902556 was paid in the amount of $208.00 on 7/13/2009, payment document # 6200001406.<br><br>Invoice # 1000802555 was paid in the amount of $238.00 on 7/13/2009, payment document # 6200001406.<br><br>Invoice # 1000902554 was paid in the amount of $238.00 on 7/13/2009, payment document # 6200001406.<br><br>Invoice # 1000902553 was paid in the amount of $238.00 on 7/13/2009, payment document # 6200001406. |

## Exhibit B

### Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Objected Amount | Satisfied Amount | Remaining Obligation | Reason for Modification |
|---|---|---|---|---|---|---|
| APPLIED DISCOVERY INC<br>13427 NE 16TH STREET<br>STE 200<br>BELLEVUE, WA 98005 | 6540<br>12/31/09<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>$12,500.00 (P)<br>- (U)<br>$12,500.00 (T) | - (S)<br>- (A)<br>$8,548.39 (P)<br>- (U)<br>$8,548.39 (T) | - (S)<br>- (A)<br>$3,951.61 (P)<br>- (U)<br>$3,951.61 (T) | - (S)<br>- (A)<br>$0.00 (P)<br>- (U)<br>$0.00 (T) | Claim should be modified to remove $3,951.61 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # 0000064289 was paid in the amount of $1,451.61 on 10/01/2010, payment document # 6000002236.<br><br>Invoice # 0000081957 was paid in the amount of $2,500.00 on 02/02/2010, payment document # 6000001979.<br><br>The claimant should also locate this claim on Exhibit B to the Debtors' Twenty-Second Omnibus Claims Objection (the "Twenty-Second Objection"), filed concurrently with this Motion. As set forth in the Twenty-Second Objection, $3,951.61 of the claim is allowable, with $3,951.61 having been satisfied by this Motion. As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $0.00. |
| ASM CAPITAL, SUCCESSOR BY ASSIGNMENT TO CARLSON MARKETING CANADA LTD.<br>ATTN: ADAM MOSKOWITZ, MANAGING GEN PRTNR<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 7819<br>6/20/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$556,172.57 (U)<br>$556,172.57 (T) | - (S)<br>- (A)<br>- (P)<br>$91,784.11 (U)<br>$91,784.11 (T) | - (S)<br>- (A)<br>- (P)<br>$5,507.68 (U)<br>$5,507.68 (T) | - (S)<br>- (A)<br>- (P)<br>$458,880.78 (U)<br>$458,880.78 (T) | Claim should be modified to remove $5,507.68 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice PTINV0027078 was paid in the amount of $5,507.68 via credit card.<br><br>The claimant should also locate this claim on Exhibit B to the Twenty-Second Objection, filed concurrently with this Motion. As set forth in the Twenty-Second Objection, $464,388.46 of the claim is allowable, with $5,507.68 having been satisfied by this Motion, resulting in a Remaining Obligation of $458,880.78. |

## Exhibit B

### Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Objected Amount | Satisfied Amount | Remaining Obligation | Reason for Modification |
|---|---|---|---|---|---|---|
| BARNES & THORNBURG LLP<br>ATTN: JENNIFER A. KIMBALL<br>ONE N. WACKER DRIVE<br>SUITE 4400<br>CHICAGO, IL  60606 | 5326<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$67,470.94 (U)<br>$67,470.94 (T) | - (S)<br>- (A)<br>- (P)<br>$49,945.00 (U)<br>$49,945.00 (T) | - (S)<br>- (A)<br>- (P)<br>$870.00 (U)<br>$870.00 (T) | - (S)<br>- (A)<br>- (P)<br>$16,655.94 (U)<br>$16,655.94 (T) | Claim should be modified to remove $870.00 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.  Invoice # 1186499 was paid in the amount of $870.00 on 8/20/2009, check # 60000616.<br><br>The claimant should also locate this claim on Exhibit B to the Twenty-Second Objection, filed concurrently with this Motion.  As set forth in the Twenty-Second Objection, $17,525.94 of the claim is allowable, with $870.00 having been satisfied by this Motion, resulting in a Remaining Obligation of $16,655.94. |
| DRAWBRIDGE SPECIAL OPP. FUND LTD.<br>TRANSFEROR: WISTRON CORPORATION<br>C/O FORTRESS INVESTMENT GROUP<br>1345 AVENUE OF THE AMERICAS, 46TH FLOOR<br>NEW YORK, NY  10105 | 5633.05<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$158,486.38 (U)<br>$158,486.38 (T) | - (S)<br>- (A)<br>- (P)<br>$72,756.84 (U)<br>$72,756.84 (T) | - (S)<br>- (A)<br>- (P)<br>$4,012.00 (U)<br>$4,012.00 (T) | - (S)<br>- (A)<br>- (P)<br>$81,717.54 (U)<br>$81,717.54 (T) | Claim should be modified to remove $4,012.00 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # 8300441163 was paid in the amount of $45,465.60 on 9/30/2009, payment document # 6200010659.<br><br>Invoice # 8300441162 was paid in the amount of $48,230.40 on 9/30/2009, payment document # 6200010659.<br><br>Invoice # 8300446066 was paid in the amount of $13,069.44 on paid 9/25/2009, payment document # 6200010568.<br><br>The claimant should also locate this claim on Exhibit B to the Twenty-Second Objection, filed concurrently with this Motion.  As set forth in the Twenty-Second Objection, $85,729.54 of the claim is allowable, with $4,012.00 having been satisfied by this Motion.  As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in  the amount of $81,717.54. |

## Exhibit B

### Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Objected<br>Amount | Satisfied<br>Amount | Remaining<br>Obligation | Reason for<br>Modification |
|---|---|---|---|---|---|---|
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP<br>TRANSFEROR: WISTRON CORPORATION<br>C/O FORTRESS INVESTMENT GROUP LLC<br>1345 AVENUE OF THE AMERICAS, 46TH FLOOR<br>NEW YORK, NY 10105 | 5633.04<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$594,323.92 (U)<br>$594,323.92 (T) | - (S)<br>- (A)<br>- (P)<br>$272,838.16 (U)<br>$272,838.16 (T) | - (S)<br>- (A)<br>- (P)<br>$15,045.00 (U)<br>$15,045.00 (T) | - (S)<br>- (A)<br>- (P)<br>$306,440.76 (U)<br>$306,440.76 (T) | Claim should be modified to remove $15,045.00 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # 8300441163 was paid in the amount of $45,465.60 on 9/30/2009, payment document # 6200010659.<br><br>Invoice # 8300441162 was paid in the amount of $48,230.40 on 9/30/2009, payment document # 6200010659.<br><br>Invoice # 8300446066 was paid in the amount of $13,069.44 on paid 9/25/2009, payment document # 6200010568.<br><br>The claimant should also locate this claim on Exhibit B to the Twenty-Second Objection, filed concurrently with this Motion. As set forth in the Twenty-Second Objection, $321,485.76 of the claim is allowable, with $15,045.00 having been satisfied by this Motion. As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $306,440.76. |
| ECOMPANY STORE INC<br>ATTN: CHERYL FOLKNER, CONTROLLER<br>P. O. BOX 1070<br>CHARLOTTE, NC 28201-1070 | 3943<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$148,929.24 (U)<br>$148,929.24 (T) | - (S)<br>- (A)<br>- (P)<br>$39,798.63 (U)<br>$39,798.63 (T) | - (S)<br>- (A)<br>- (P)<br>$1,161.70 (U)<br>$1,161.70 (T) | - (S)<br>- (A)<br>- (P)<br>$107,968.91 (U)<br>$107,968.91 (T) | Claim should be modified to remove $1,161.70 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice 9001747221 was paid in the amount of $192.50 on 3/5/2009, payment document # 6100002875.<br><br>Invoice 9001747222 was paid in the amount of $499.70 on 2/26/2010, payment document # 6100004974.<br><br>Invoice 9001751133 was paid in the amount of $469.50 on 3/6/2009, payment document # 6100002883.<br><br>The claimant should also locate this claim on Exhibit B to the Twenty-Second Objection, filed concurrently with this Motion. As set forth in the Twenty-Second Objection, $109,130.61 of the claim is allowable, with $1,161.70 having been satisfied by this Motion. As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $107,968.91. |

# Exhibit B

## Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Objected Amount | Satisfied Amount | Remaining Obligation | Reason for Modification |
|---|---|---|---|---|---|---|
| HESCH, DR. MORITZ, ATTORNEY-AT-LAW<br>FRESHFIELDS BRUCKHAUS DERINGER<br>ALSTERARKADEN 27<br>HOHE BLEICHEN 7<br>HAMBURG D-20354<br>GERMANY | 1681<br>8/12/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$236,750.00 (U)<br>$236,750.00 (T) | - (S)<br>- (A)<br>- (P)<br>$31,200.00 (U)<br>$31,200.00 (T) | - (S)<br>- (A)<br>- (P)<br>$205,550.00 (U)<br>$205,550.00 (T) | - (S)<br>- (A)<br>- (P)<br>$0.00 (U)<br>$0.00 (T) | Claim should be modified to remove $205,550.00 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice 0DS09011 was manually cleared in AP in the amount of $59,700.00 on 9/28/2009 against credit memo OTC09025 on clearing doc 2203161310.<br><br>Invoice ODS08113 was manually cleared in AP in the amount of $145,850.00 on 9/28/2009 against credit memo OTC09022 on clearing doc 2203161310.<br><br>The claimant should also locate this claim on Exhibit B to the Twenty-Second Objection, filed concurrently with this Motion. As set forth in the Twenty-Second Objection, $205,550.00 of the claim is allowable, with $205,550.00 having been satisfied by this Motion. As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $0.00. |
| I AND C, S.A.<br>25 CALLE 5-14, ZONA 14<br>GUATEMALA CITY<br>GUATEMALA | 7282<br>6/9/10<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$65,378.00 (U)<br>$65,378.00 (T) | | - (S)<br>- (A)<br>- (P)<br>$15,321.74 (U)<br>$15,321.74 (T) | - (S)<br>- (A)<br>- (P)<br>$50,056.26 (U)<br>$50,056.26 (T) | Claim should be modified to remove $15,321.74 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # 2115APOST was paid in the amount of $15,321.74 on 11/09/2010, payment document # 6200001738. |

## Exhibit B

### Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Objected Amount | Satisfied Amount | Remaining Obligation | Reason for Modification |
|---|---|---|---|---|---|---|
| J MOCK & CO SA<br>NO 15A JARDINES DE ALMA ROSA<br>SANTO DOMINGO<br>DOMINICAN REPUBLIC | 2846<br>9/11/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$106,759.05 (U)<br>$106,759.05 (T) | - (S)<br>- (A)<br>- (P)<br>$77,802.60 (U)<br>$77,802.60 (T) | - (S)<br>- (A)<br>- (P)<br>$26,107.25 (U)<br>$26,107.25 (T) | - (S)<br>- (A)<br>- (P)<br>$2,849.20 (U)<br>$2,849.20 (T) | Claim should be modified to remove $26,107.25 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # 447 was paid in the amount of $650.00 on 12/10/2009, payment document # 6200001492.<br><br>Invoice # 441 was paid in the amount of $3,437.25 on 10/02/2009, payment document # 6200001380.<br><br>Invoice # 443 was paid in the amount of $22,020.00 on 12/10/2009, payment document # 6200001492.<br><br>The claimant should also locate this claim on Exhibit B to the Twenty-Second Objection, filed concurrently with this Motion. As set forth in the Twenty-Second Objection, $28,957.25 of the claim is allowable, with $26,107.25 having been satisfied by this Motion. As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $2,850.00. |
| MEDIA5 CORPORATION<br>4229 GARLOCK<br>SHERBROOKE, QC  J1L2C8<br>CANADA | 791<br>4/1/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$6,648.50 (U)<br>$6,648.50 (T) | | - (S)<br>- (A)<br>- (P)<br>$2,025.00 (U)<br>$2,025.00 (T) | - (S)<br>- (A)<br>- (P)<br>$4,623.50 (U)<br>$4,623.50 (T) | Claim should be modified to remove $2025.00 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # 009235 and invoice # 009236 were paid in the amount of $2,025.00 on 1/30/2009, payment document # 6200007392. |
| OMNITEL COMMUNICATIONS<br>608 E CONGRESS ST<br>NORA SPRINGS, IA  50458-8634 | 6978<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$735,114.08 (U)<br>$735,114.08 (T) | | - (S)<br>- (A)<br>- (P)<br>$735,114.08 (U)<br>$735,114.08 (T) | - (S)<br>- (A)<br>- (P)<br>$0.00 (U)<br>$0.00 (T) | Claim should be modified to remove $735,114.08 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>OmniTel is the beneficiary of a performance bond from ACE Insurance (Bond Ref. No. K07700040) with a face value of $1,091,084.00.  That bond is counter guaranteed to ACE by Export Development Canada in the same amount (EDC Poly No. SBI-25-038203-000).  On 6/17/2010, EDC paid out $735,114.00 and the remainder of the bond and counter guarantee were cancelled. Claimant does not dispute that they have been fully satisfied. |

## Exhibit B

### Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Objected Amount | Satisfied Amount | Remaining Obligation | Reason for Modification |
|---|---|---|---|---|---|---|
| PRIETO & CARRIZOSA SA<br>CRA 9 NO 74-08 OFIC<br>305 CONMUTADOR<br>BOGOTA<br>COLOMBIA | 6902<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$15,405.94 (U)<br>$15,405.94 (T) | | - (S)<br>- (A)<br>- (P)<br>$15,405.71 (U)<br>$15,405.71 (T) | - (S)<br>- (A)<br>- (P)<br>$0.23 (U)<br>$0.23 (T) | Claim should be modified to remove $15,405.71 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice #31953 (replaced by invoices # 40000 and # 40001); invoice # 40000 was paid in the amount of $1,479.77 on 07/15/2011, payment document # 6200017585; invoice # 40001 was paid in the amount of $6,309.41 on 05/09/2011, payment document # 620003619.<br><br>Invoice # 33993 (replaced by invoices #40003 and # 40004); invoice # 40003 was paid in the amount of $1,447.13 on 07/15/2011, payment document # 6200017585; invoice # 40004 was paid in the amount of $6,169.40 on 05/09/2011, payment document # 620003619. |
| PROCOM SERVICES<br>10670 NORTH CENTRAL EXPRESSWAY # 460<br>DALLAS, TX  75231 | 2879<br>9/14/09<br>NO DEBTOR | - (S)<br>- (A)<br>$10,950.00 (P)<br>$774,349.60 (U)<br>$774,349.60 (T) | - (S)<br>- (A)<br>$10,950.00 (P)<br>$110,872.19 (U)<br>$110,872.19 (T) | - (S)<br>- (A)<br>- (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$643,477.41 (U)<br>$643,477.41 (T) | Claim should be modified to remove $20,000.00 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # PCUS47052 was paid in the amount of $10,000.00 on 3/4/2009, payment document # 5200135356.<br><br>Invoice # PCUS47053 was paid in the amount of $10,000.00 on 3/4/2009, payment document # 5200135358.<br><br>The claimant should also locate this claim on Exhibit B to the Twenty-Second Objection, filed concurrently with this Motion.  As set forth in the Twenty-Second Objection, $663,477.41 of the claim is allowable, with 20,000.00 having been satisfied by this Motion.  As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in  the amount of $643,477.41. |

## Exhibit B

### Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Objected Amount | Satisfied Amount | Remaining Obligation | Reason for Modification |
|---|---|---|---|---|---|---|
| TERREMARK WORLDWIDE<br>C/O DIANE KATSULIS<br>DIRECTOR OF LEGAL AFFAIRS<br>222 W. LAS COLINAS BLVD<br>IRVING, TX  75039 | 3909<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$217,026.54 (A)<br>- (P)<br>$222,773.63 (U)<br>$439,800.17 (T) | - (S)<br>$208,811.54 (A)<br>- (P)<br>$70,295.68 (U)<br>$279,107.22 (T) | - (S)<br>- (A)<br>- (P)<br>$33,270.00 (U)<br>$33,270.00 (T) | - (S)<br>$8,215.00 (A)<br>- (P)<br>$119,207.95 (U)<br>$127,422.95 (T) | Claim should be modified to remove $3,270.00 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice 90218 was paid in the amount of $360 on 5/27/2010, payment document # 6100022661.<br><br>Invoice 92073 was paid in the amount of $360 on 5/27/2010, payment document # 6100022661.<br><br>Invoices 90224 was paid in the amount of $850 on 5/27/2010, payment document # 6100022717.<br><br>Invoice 92079 was paid in the amount of $850 on 5/27/2010, payment document # 6100022717.<br><br>Invoice 25758 was paid in the amount of $850 on 5/27/2010, payment document # 6100022717.<br><br>Claim should be further modified to remove $30,000.00 in invoices cleared in AP against credit memo CREDT00001473.<br><br>The claimant should also locate this claim on Exhibit A to the Debtors' Twenty-First Omnibus Objection (Substantive) to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Reclassify Claims) (the "Reclassify Objection") filed concurrently with this Objection.  As detailed in the Reclassify Objection, only $8,215.00 of the claimed amount qualifies for administrative expense priority pursuant to Bankruptcy Code section 503(b)(9) and/or priority status pursuant to Bankruptcy Code section 507.  As a result, for voting and distribution purposes, $8,215.00 of this claim will be allowed with administrative expense priority and the remaining $119,207.95 will be allowed as a general unsecured claim.<br><br>The claimant should also locate this claim on Exhibit B to the Twenty-Second Objection, filed concurrently with this Motion. As set forth in the Twenty-Second Objection, $160,692.95 of the claim is allowable, with $33,270.00 having been satisfied by this Motion. As a result, for |

## Exhibit B

### Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Objected Amount | Satisfied Amount | Remaining Obligation | Reason for Modification |
|---|---|---|---|---|---|---|
| | | | | | | voting and distribution purposes, $8,215.00 of this claim will be allowed with administrative expense priority and the remaining $119,207.95 will be allowed as a general unsecured claim. |

## Exhibit B

### Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Objected Amount | Satisfied Amount | Remaining Obligation | Reason for Modification |
|---|---|---|---|---|---|---|
| TUV RHEINLAND OF N.A INC.<br>12 COMMERCE ROAD<br>NEWTOWN, CT  06470 | 194<br>2/6/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$84,335.61 (U)<br>$84,335.61 (T) | - (S)<br>- (A)<br>- (P)<br>$200.00 (U)<br>$200.00 (T) | - (S)<br>- (A)<br>- (P)<br>$84,135.61 (U)<br>$84,135.61 (T) | - (S)<br>- (A)<br>- (P)<br>$0.00 (U)<br>$0.00 (T) | Claim should be modified to remove $84,135.61 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # 10507138 was paid in the amount of $650.00 on 12/29/2009, payment document # 2203516828.<br><br>Invoice # 10506713 was paid in the amount of $10,000.00 on 12/29/2009, payment document # 2203516828.<br><br>Invoice # 10507255 was paid in the amount of $550.00 on 12/29/2009, payment document # 2203516828.<br><br>Invoice # 10506744 was paid in the amount of $1,000.00 on 12/29/2009, payment document # 2203516828.<br><br>Invoice # 10506806 was paid in the amount of $1,500.00 on 12/29/2009, payment document # 2203516828.<br><br>Invoice # 10900124 was applied as a credit in the amount of $8,750.00 on 12/29/2009, payment document # 2203516828.<br><br>Invoice # 10503936 was paid in the amount of $23,000.00 on 12/29/2009, payment document # 2203516828.<br><br>Invoice # 10504197 was paid in the amount of $1,650.00 on 12/29/2009, payment document # 2203516828.<br><br>Invoice # 10504873 was paid in the amount of $4,000.00 on 12/29/2009, payment document # 2203516828.<br><br>Invoice # 10505249 was paid in the amount of $12,500.00 on 12/29/2009, payment document # 2203516828.<br><br>Invoice # 10505271 was paid in the amount of $6,600.00 on 12/29/2009, payment document # 2203516828.<br><br>Invoice # 10505182 was paid in the amount of $855.93 on 12/29/2009, payment document # 2203516828.<br><br>Invoice # 10505360 was paid in the amount of $4,750.00 on 12/29/2009, payment document # 2203516828. |

## Exhibit B

### Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Objected Amount | Satisfied Amount | Remaining Obligation | Reason for Modification |
|---|---|---|---|---|---|---|
| | | | | | | Invoice #  10505784 was paid in the amount of $1,750.00 on 12/29/2009, payment document # 2203516830. |
| | | | | | | Invoice # 10506520 was paid in the amount of $2,750.00 on 12/29/2009, payment document # 2200002040. |
| | | | | | | Invoice # 10506614 was paid in the amount of $2,500.00 on 12/29/2009, payment document # 2203516830. |
| | | | | | | Invoice # 10506712 was paid in the amount of $11,800.00 on 12/29/2009, payment document # 2200002040. |
| | | | | | | Invoice # 10506785 was paid in the amount of $4,000.00 on 12/29/2009, payment document # 2200002040. |
| | | | | | | Invoice # 10507135 was paid in the amount of $1,600.00 on 12/29/2009, payment document # 2200002040. |
| | | | | | | Invoice # 5106935 was paid in the amount of $1,429.68 on 12/29/2009, payment document # 2203516832. |
| | | | | | | The claimant should also locate this claim on Exhibit B to the Twenty-Second Objection, filed concurrently with this Motion. As set forth in the Twenty-Second Objection, $84,135.61 of the claim is allowable, with $84,135.61 having been satisfied by this Motion. As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $0.00. |

## Exhibit B

### Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Objected<br>Amount | Satisfied<br>Amount | Remaining<br>Obligation | Reason for<br>Modification |
|---|---|---|---|---|---|---|
| TYCO ELECTRONICS CORP.<br>ATTN: GEORGE D NAGEL, JR.<br>CREDIT DEPT 3826<br>2800 FULLING MILL ROAD<br>MIDDLETOWN, PA  17057 | 3777<br>9/25/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$25,007.51 (U)<br>$25,007.51 (T) | - (S)<br>- (A)<br>- (P)<br>$6,863.24 (U)<br>$6,863.24 (T) | - (S)<br>- (A)<br>- (P)<br>$11,390.89 (U)<br>$11,390.89 (T) | - (S)<br>- (A)<br>- (P)<br>$6,753.38 (U)<br>$6,753.38 (T) | Claim should be modified to remove $11,390.89 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # J1774557 was paid in the amount of $58.53 on 05/06/2009, payment document # 6200007666.<br><br>Invoice # J1779414 was paid in the amount of $553.92 on 05/11/2009, payment document # 6200007981.<br><br>Invoice # J1266614 was paid in the amount of $1,381.00 on 09/28/2009, payment document # 2203161303.<br><br>Invoice # K0009046 was paid in the amount of $9,397.44 on 09/28/2009, payment document # 6200002741.<br><br>The claimant should also locate this claim on Exhibit B to the Twenty-Second Objection, filed concurrently with this Motion. As set forth in the Twenty-Second Objection, $18,144.27 of the claim is allowable, with $11,390.89 having been satisfied by this Motion. As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in the amount of $6,753.38. |
| WISTRON CORPORATION<br>21F, NO 88, SECTION 1, HSIN-TAI-WU ROAD,<br>HSI-CHIH<br>TAIPEI HSIEN  221<br>TAIWAN, R.O.C. | 4155<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$106,765.44 (A)<br>- (P)<br>- (U)<br>$106,765.44 (T) | | - (S)<br>$106,765.44 (A)<br>- (P)<br>- (U)<br>$106,765.44 (T) | - (S)<br>$0.00 (A)<br>- (P)<br>- (U)<br>$0.00 (T) | Claim should be modified to remove $106,765.44 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # 8300441163 was paid in the amount of $45,465.60 on 9/30/2009, payment document # 6200010659.<br><br>Invoice # 8300441162 was paid in the amount of $48,230.40 on 9/30/2009, payment document # 6200010659.<br><br>Invoice # 8300446066 was paid in the amount of $13,069.44 on paid 9/25/2009, payment document # 6200010568. |

# Exhibit B

## Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Objected<br>Amount | Satisfied<br>Amount | Remaining<br>Obligation | Reason for<br>Modification |
|---|---|---|---|---|---|---|
| WORDEN MASTER FUND LP<br>TRANSFEROR: WISTRON CORPORATION<br>C/O FORTRESS INVESTMENT<br>1345 AVENUE OF THE AMERICAS, 46TH<br>FLOOR<br>NEW YORK, NY  10105 | 5633<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$39,621.59 (U)<br>$39,621.59 (T) | - (S)<br>- (A)<br>- (P)<br>$18,189.21 (U)<br>$18,189.21 (T) | - (S)<br>- (A)<br>- (P)<br>$1,003.00 (U)<br>$1,003.00 (T) | - (S)<br>- (A)<br>- (P)<br>$20,429.38 (U)<br>$20,429.38 (T) | Claim should be modified to remove $1,003.00 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice # 8300432814 was paid in the amount of $12,980.00 on 9/30/09, payment document # 6200010659.<br><br>Invoice # 8300436175 was paid in the amount of $7,080.00 on 9/30/09, payment document # 6200010659.<br><br>The claimant should also locate this claim on Exhibit B to the Twenty-Second Objection, filed concurrently with this Motion.  As set forth in the Twenty-Second Objection, $21,432.38 of the claim is allowable, with $1,003.00 having been satisfied by this Motion.  As a result, for voting and distribution purposes, this claim will be treated as an allowed claim in  the amount of $20,429.38. |

## Exhibit B

### Satisfied Obligations

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Objected Amount | Satisfied Amount | Remaining Obligation | Reason for Modification |
|---|---|---|---|---|---|---|
| ZYXEL COMMUNICATIONS, INC.<br>1130 N. MILLER ST.<br>ANAHEIM, CA  92806-2001 | 295<br>2/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$259,466.25 (U)<br>$259,466.25 (T) | - (S)<br>- (A)<br>- (P)<br>$24,746.75 (U)<br>$24,746.75 (T) | - (S)<br>- (A)<br>- (P)<br>$2,940.00 (U)<br>$2,940.00 (T) | - (S)<br>$78,923.75 (A)<br>- (P)<br>$152,855.75 (U)<br>$231,779.50 (T) | Claim should be modified to remove $2,940.00 in invoices paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.<br><br>Invoice OTHINV00408 was paid in the amount of $2,940.00 on 2/26/2009, payment document number 6100002845.<br><br>The claimant should also locate this claim on Exhibit B to the Twenty-Second Objection, filed concurrently with this Motion. As set forth in the Twenty-Second Objection, $234,719.5 of the claim is allowable, with $2,940.00 having been satisfied by this Motion, resulting in a Remaining Obligation of $231,779.50.<br><br>The claimant should also locate this claim on Exhibit A to the Reclassify Objection filed concurrently with this Objection. As detailed in the Reclassify Objection, the claimant is entitled to an administrative priority expense claim for one of the invoices asserted in Claim 295 in the amount of $78,923.75 pursuant to the Notice Of Proposed Settlement Of Reclamation Demand Of Zyxel Communications, Inc. [D.I. 745]. As a result, for voting and distribution purposes, that portion of the allowable claim will be reclassified from a general unsecured claim to an administrative priority expense claim. The remaining $152,855.75 of the Remaining Obligation will remain classified as a general unsecured claim. |
| **Totals:** | **21  Claims** | - (S)<br>$324,921.98 (A)<br>$25,700.00 (P)<br>$4,100,020.81 (U)<br>$4,439,692.79 (T) | - (S)<br>$208,811.54 (A)<br>$19,498.39 (P)<br>$867,292.41 (U)<br>$1,084,652.34 (T) | - (S)<br>$107,895.44 (A)<br>$4,626.61 (P)<br>$1,178,859.66 (U)<br>$1,291,381.71 (T) | - (S)<br>$87,138.75 (A)<br>$1,575.00 (P)<br>$1,974,944.99 (U)<br>$2,063,658.74 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* Amounts in the Objected Amount column reflect the amount of the claim objected to on Debtors' current or previous omnibus objections.