**EXHIBIT C**

**Ray Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------X
                                              :
In re                                         :   Chapter 11
                                              :
Nortel Networks Inc., et al.,¹                :   Case No. 09-10138 (KG)
                                              :
                   Debtors.                   :   Jointly Administered
                                              :
                                              :
-----------------------------------------------------------X
```

### DECLARATION OF JOHN J. RAY, III IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE CLAIMS AGENT TO REFLECT CERTAIN CLAIMS THAT HAVE BEEN SATISFIED AS PAID

I, John J. Ray, III, hereby declare as follows:

**BACKGROUND**

1.  I am the Principal Officer for the Debtors in the above-captioned chapter 11 cases. I hereby make this declaration on behalf of the Debtors in support of the Debtors' Motion for Entry of an order Authorizing Claims Agent to Reflect Certain Claims that Have Been Satisfied as Paid (the "Motion").[2]

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) (collectively, the "Debtors"). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Motion.

2. I am familiar with the Debtors' day-to-day operations, financing arrangements, business affairs and Books and Records and am responsible for overseeing the review and analysis of all claims filed in the Debtors' chapter 11 cases. All facts set forth herein are based on my personal knowledge and on my review of the claims, the Books and Records and other relevant documents or information provided to me by the Debtors' employees and advisors. If I were called upon to testify, I could and would testify competently and accurately to each of the facts set forth herein.

## BASES FOR MOTION

3. I, or one or more of the Debtors' employees or advisors operating under my supervision and/or at my direction, have reviewed each of the claims identified in Exhibit B attached to the Motion, including supporting documentation provided by the claimant, if any, the Debtors' Books and Records, the Schedules, and other facts and circumstances relevant to such claims as fully described in the Motion regarding such claims. Based upon this review, I submit that the facts and circumstances set forth in the Motion are true and accurate to the best of my knowledge, information and belief, and the Claims Agent should be authorized to reflect that the Satisfied Obligations identified in Exhibit B to the Motion as having been paid.

4. It is my understanding and belief that, by authorizing the Claims Agent to reflect in the Claims Register that the Satisfied Obligations identified in Exhibit B to the Motion have been satisfied and are not entitled to any voting right or any additional distributions, the Debtors will be better positioned to ensure that the claimants ultimately entitled to receive a distribution from the Debtors or the Debtors' estates receive the appropriate treatment in these chapter 11 cases.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on February 7, 2012

_____
John J. Ray, III
Principal Officer for the Debtors

*[Signature Page – Declaration of John J. Ray, III in Support of
Debtors' Motion for Entry of an Order Authorizing
The Claims Agent to Reflect Certain Claims that Have Been Satisfied as Paid]*

3