# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Amended Calendar 02/08/2012 01:04 PM

Calendar Date: 02/08/2012
Calendar Time: 04:00 PM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Derek C. Abbott | | Morris Nichols Arsht & Tunnell, LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks, Inc. et al. | 09-10138 | Hearing | | Derek Adler | | Hughes Hubbard & Reed LLP (New | Interested Party, Nortel Networks UK Limited / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | James Bromley | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Mary Caloway | | Buchanan Ingersoll & Rooney | Creditor, Ernst and Young / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Ann C. Cordo | | Morris Nichols Arsht & Tunnell, LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Edwin Harron | | Young, Conaway Stargatt & Taylor, | Interested Party, Joint Administrators and Foreign Representatives / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Richard Hill | | Young, Conaway Stargatt & Taylor, | Interested Party, Joint Administrators and Foreign Representatives / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Fred S. Hodara | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Lisa Kraidin | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Thomas Kreller | | Milbank, Tweed, Hadley & McCloy, | Creditor, The Bond Holders Group / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Kristofer McGhee | | Herbert Smith | Interested Party, Nortel Networks UK Limited / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Chris Samis | | Richards, Layton & Finger, P.A. | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | John Whiteoak | | Herbert Smith | Interested Party, Joint Administrators & Foreign Representatives for Nortel Networks UK Ltd. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Howard Zelbo | (202) 974-1546 | Cleary Gottlieb Steen & Hamilton LLP | Debtor, Nortel Networks Inc., et al. / LIVE |