**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 12/1/2011 through 12/31/2011**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $760 | 24.60 | $18,696.00 |
| J. Borow | Executive Director | $760 | 77.90 | $59,204.00 |
| J. Hyland | Executive Director | $595 | 179.50 | $106,802.50 |
| A. Cowie | Managing Director | $545 | 1.90 | $1,035.50 |
| M. Lasinski | Contractor | $310 | 1.40 | $434.00 |
| T. Morilla | Consultant | $310 | 142.30 | $44,113.00 |
| M. Haverkamp | Paraprofessional | $120 | 2.20 | $264.00 |
| **For the Period 12/1/2011 through 12/31/2011** | | | **429.80** | **$230,549.00** |