**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 12/1/2011 through 12/31/2011**

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 61.10 | $35,237.00 |
| 05. Professional Retention/Fee Application Preparation | 10.00 | $3,996.00 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | 8.50 | $5,948.50 |
| 08. Interaction/Mtgs w Creditors | 38.60 | $27,224.00 |
| 09. Employee Issues/KEIP | 8.40 | $4,998.00 |
| 10. Recovery/SubCon/Lien Analysis | 117.60 | $53,696.50 |
| 11. Claim Analysis/Accounting | 51.00 | $29,233.50 |
| 13. Intercompany Transactions/Bal | 4.90 | $2,948.50 |
| 17. Analysis of Historical Results | 12.90 | $5,937.00 |
| 18. Operating and Other Reports | 51.60 | $24,036.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 17.70 | $8,335.50 |
| 20. Projections/Business Plan/Other | 2.30 | $1,368.50 |
| 26. Tax Issues | 38.50 | $24,259.00 |
| 33. Intellectual Property | 6.70 | $3,331.00 |
| **For the Period 12/1/2011 through 12/31/2011** | **429.80** | **$230,549.00** |

Capstone Advisory Group, LLC
Invoice for the 12/1/2011-12/31/2011 Fee Statement

Page 1 of 1