# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 12/1/2011 through 12/31/2011**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Asset Acquisition/Disposition** | | | |
| 12/1/2011 | J. Hyland | 0.90 | Reviewed proceeds allocation analysis for UCC. |
| 12/1/2011 | J. Hyland | 1.60 | Reviewed analysis by counsel on a scenario. |
| 12/2/2011 | C. Kearns | 0.30 | Read letter re: allocation from a large note holder and emailed with counsel re: suggested response. |
| 12/2/2011 | T. Morilla | 1.20 | Reviewed the intellectual property geographical metrics. |
| 12/2/2011 | T. Morilla | 2.10 | Reviewed and analyzed presentation detailing arguments for/against an allocation metric. |
| 12/2/2011 | J. Hyland | 2.80 | Continued analyzing proceeds allocation analysis. |
| 12/2/2011 | J. Hyland | 2.90 | Analyzed proceeds allocation analysis. |
| 12/4/2011 | J. Hyland | 2.40 | Continued analyzing proceeds allocation scenarios. |
| 12/4/2011 | J. Hyland | 2.90 | Continued analyzing proceeds allocation for various scenarios. |
| 12/5/2011 | T. Morilla | 0.80 | Reviewed certain estate-owned assets. |
| 12/5/2011 | T. Morilla | 2.10 | Continued to review and analyze certain allocation methodologies. |
| 12/5/2011 | J. Hyland | 2.60 | Reviewed proceeds allocation revised report. |
| 12/5/2011 | J. Hyland | 2.80 | Reviewed proceeds allocation scenario. |
| 12/6/2011 | C. Kearns | 0.90 | Reviewed draft report on allocation update. |
| 12/6/2011 | J. Hyland | 1.20 | Reviewed proceeds allocation deck for UCC. |
| 12/6/2011 | T. Morilla | 1.30 | Continued to review the outline to the mediation brief. |
| 12/6/2011 | T. Morilla | 1.40 | Reviewed outline of mediation brief. |
| 12/6/2011 | J. Borow | 2.30 | Reviewed issues pertaining to additional asset sales. |
| 12/8/2011 | J. Hyland | 1.20 | Analyzed financial interest from potential buyer for a Debtor asset. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/8/2011 | J. Hyland | 2.00 | Reviewed 4th Estate summary. |
| 12/9/2011 | C. Kearns | 0.30 | Reviewed status of sale of Debtor asset. |
| 12/9/2011 | J. Borow | 1.20 | Reviewed issues pertaining to additional asset sales. |
| 12/9/2011 | J. Hyland | 2.40 | Reviewed calculations for an allocation scenario. |
| 12/12/2011 | J. Hyland | 0.20 | Conducted call with M. Kennedy re: 4th estate allocation. |
| 12/12/2011 | C. Kearns | 0.40 | Reviewed latest draft of Fourth Estate settlement. |
| 12/12/2011 | J. Hyland | 1.30 | Reviewed 4th Estate allocation. |
| 12/12/2011 | J. Hyland | 2.60 | Reviewed bondholder analysis. |
| 12/14/2011 | C. Kearns | 3.20 | Met with J. Ray, Chilmark, CGSH and counsel re: approach for allocation issues. |
| 12/22/2011 | J. Hyland | 1.90 | Reviewed proceeds allocation scenario. |
| 12/23/2011 | J. Hyland | 2.60 | Reviewed 4th Estate calculations. |
| 12/28/2011 | J. Hyland | 2.00 | Continued reviewing proceeds allocation scenarios. |
| 12/28/2011 | J. Hyland | 2.90 | Reviewed proceeds allocation scenarios. |
| 12/30/2011 | J. Hyland | 1.80 | Analyzed proceeds allocation calculations. |
| 12/30/2011 | J. Hyland | 2.60 | Reviewed issues related to allocation scenario. |
| Subtotal | | 61.10 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/5/2011 | J. Borow | 1.40 | Reviewed time entries and fee application issues and projected time as requested by Debtor. |
| 12/6/2011 | J. Hyland | 0.30 | Reviewed quarterly fee application summary for Capstone. |
| 12/9/2011 | J. Hyland | 0.40 | Reviewed preliminary hours detail. |
| 12/19/2011 | M. Haverkamp | 2.20 | Prepared November fee application. |
| 12/21/2011 | T. Morilla | 1.50 | Worked on the November fee application. |
| 12/21/2011 | T. Morilla | 2.50 | Continued to prepare the November fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/23/2011 | J. Hyland | 1.70 | Reviewed November fee application. |
| Subtotal | | 10.00 | |

**07. Interaction/Meetings with Debtors/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/6/2011 | J. Hyland | 1.10 | Participated in call with J. Bromley, L. Schweitzer, J. Ray, M. Rosenberg, and counsel re: case matters. |
| 12/6/2011 | C. Kearns | 1.10 | Participated in a call with J. Ray, CGSH and counsel to discuss case status. |
| 12/13/2011 | C. Kearns | 4.30 | Prepared for and met with J. Ray, Chilmark, counsel and large bondholder re: recovery related issues. |
| 12/14/2011 | J. Hyland | 2.00 | Participated in discussions with counsel and Debtors re: taxes and case matters. |
| Subtotal | | 8.50 | |

**08. Interaction/Meetings with Creditors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/1/2011 | J. Hyland | 0.60 | Participated in UCC call with UCC professionals. |
| 12/1/2011 | J. Hyland | 1.40 | Prepared for UCC call. |
| 12/1/2011 | J. Borow | 2.30 | Prepared for (1.7) and participated in (0.6) meeting of UCC and professionals to UCC. |
| 12/2/2011 | J. Borow | 2.20 | Participated in discussions with various creditors and other parties in interest re: status of matter. |
| 12/5/2011 | J. Hyland | 0.10 | Conducted call with B. Kahn re: UCC reporting. |
| 12/6/2011 | J. Hyland | 0.50 | Participated in weekly UCC professionals' status call. |
| 12/6/2011 | C. Kearns | 0.50 | Participated in a call with counsel and Jeffries to prepare for in person UCC meeting. |
| 12/6/2011 | J. Hyland | 2.90 | Prepared for UCC call. |
| 12/7/2011 | J. Hyland | 1.80 | Participated in meetings with UCC members and counsel re: UCC matters. |
| 12/7/2011 | J. Hyland | 4.00 | Participated in face-to-face UCC meeting with UCC professionals. |
| 12/7/2011 | C. Kearns | 5.30 | Prepared for (1.3) and participated in (4.0) UCC meeting to discuss key issues to resolve the case. |
| 12/7/2011 | J. Borow | 7.20 | Prepared for (3.2) and participated in (4.0) meeting with UCC and advisors to UCC. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/8/2011 | C. Kearns | 0.30 | Reviewed status of discussions with large note holder. |
| 12/8/2011 | J. Borow | 1.10 | Prepared for and discussed issues pertaining to bondholder issues with UCC. |
| 12/15/2011 | C. Kearns | 0.50 | Participated in weekly update with UCC professionals. |
| 12/15/2011 | J. Borow | 0.60 | Prepared for and met with professionals to UCC relating to UCC meeting. |
| 12/15/2011 | J. Hyland | 1.20 | Prepared for (0.7) and participated in (0.5) weekly status call with UCC professionals. |
| 12/15/2011 | J. Borow | 2.80 | Participated in discussions with various creditors and other parties in interest re: status of matter. |
| 12/16/2011 | C. Kearns | 0.60 | Participated in a portion of weekly UCC call. |
| 12/16/2011 | J. Borow | 2.40 | Prepared for (1.4) and participated in (1.0) meeting with UCC and professionals to UCC. |
| 12/30/2011 | J. Hyland | 0.30 | Conducted call with B. Kahn re: case administrative matter. |
| Subtotal | | 38.60 | |

**09. Employee Issues/KEIP**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/9/2011 | J. Hyland | 1.80 | Reviewed Canadian personnel matter. |
| 12/12/2011 | J. Hyland | 2.00 | Reviewed Canadian compensation plan. |
| 12/12/2011 | J. Hyland | 2.30 | Reviewed court filing on 2012 Canadian compensation plan. |
| 12/13/2011 | J. Hyland | 0.30 | Conducted call with B. Beekenkamp and J. Husain re: 2012 Canadian compensation plan. |
| 12/15/2011 | J. Hyland | 2.00 | Analyzed compensation and related cash flows. |
| Subtotal | | 8.40 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/1/2011 | J. Borow | 0.20 | Continued to review issues and report pertaining to recovery analyses. |
| 12/1/2011 | T. Morilla | 1.70 | Revised the preliminary recovery analyses presentation. |
| 12/1/2011 | T. Morilla | 1.70 | Continued preparing the preliminary recovery analyses presentation. |
| 12/1/2011 | T. Morilla | 2.80 | Continued to revise the recovery model based on comments. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/1/2011 | J. Borow | 2.90 | Reviewed issues and report pertaining to recovery analyses. |
| 12/1/2011 | T. Morilla | 2.90 | Continued to prepare the preliminary recovery analyses presentation. |
| 12/2/2011 | C. Kearns | 0.90 | Reviewed draft updated recovery analysis for UCC. |
| 12/2/2011 | T. Morilla | 2.20 | Continued to review and revise the preliminary recovery analyses. |
| 12/2/2011 | T. Morilla | 2.40 | Incorporated additional changes into the recovery presentation. |
| 12/2/2011 | T. Morilla | 2.40 | Continued to review and edit the preliminary recovery analyses presentation and model. |
| 12/5/2011 | T. Morilla | 1.70 | Continued to revise the preliminary recovery analyses presentation. |
| 12/5/2011 | T. Morilla | 2.10 | Continued to edit the preliminary recovery model presentation based on comments. |
| 12/6/2011 | T. Morilla | 2.10 | Continued to make edits to the preliminary recovery analyses presentation. |
| 12/6/2011 | T. Morilla | 2.60 | Reviewed and analyzed the preliminary recovery analyses presentation. |
| 12/7/2011 | J. Hyland | 1.30 | Reviewed summary calculations from a bondholder on claim recoveries. |
| 12/7/2011 | T. Morilla | 1.60 | Continued to review and analyze bondholder recoveries. |
| 12/7/2011 | A. Cowie | 1.90 | Analyzed recovery calculations prepared by creditor. |
| 12/7/2011 | T. Morilla | 2.30 | Reviewed bondholder recovery analysis. |
| 12/8/2011 | J. Borow | 0.20 | Continued to review various recovery analyses and related assumptions and scenarios. |
| 12/8/2011 | T. Morilla | 1.60 | Continued to review the recovery model. |
| 12/8/2011 | T. Morilla | 1.80 | Continued to review bondholder recovery assumptions. |
| 12/8/2011 | T. Morilla | 2.10 | Continued to review the bondholder recovery assumptions. |
| 12/8/2011 | J. Borow | 2.90 | Reviewed various recovery analyses and related assumptions and scenarios. |
| 12/9/2011 | J. Borow | 0.40 | Continued to review various recovery analyses and related assumptions and scenarios. |
| 12/9/2011 | J. Hyland | 2.80 | Analyzed creditor recovery calculations. |
| 12/9/2011 | J. Borow | 2.90 | Reviewed various recovery analyses and related assumptions and scenarios. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/12/2011 | C. Kearns | 0.20 | Reviewed additional recovery scenarios requested by counsel. |
| 12/12/2011 | J. Borow | 2.40 | Reviewed various recovery scenarios. |
| 12/12/2011 | T. Morilla | 2.40 | Prepared recovery analyses assumptions. |
| 12/12/2011 | T. Morilla | 2.40 | Continued to prepare bondholder recovery assumptions. |
| 12/12/2011 | T. Morilla | 2.80 | Prepared additional recovery analyses. |
| 12/12/2011 | T. Morilla | 2.90 | Continued to prepare additional recovery analyses. |
| 12/13/2011 | J. Hyland | 1.50 | Reviewed recovery scenario. |
| 12/13/2011 | J. Borow | 2.20 | Reviewed various recovery scenarios. |
| 12/13/2011 | T. Morilla | 2.30 | Continued to review bondholder recovery assumptions. |
| 12/13/2011 | T. Morilla | 2.40 | Continued to prepare additional recovery analyses. |
| 12/14/2011 | J. Borow | 1.10 | Reviewed various recovery scenarios. |
| 12/15/2011 | J. Hyland | 1.30 | Reviewed written summary of recovery analysis. |
| 12/15/2011 | T. Morilla | 1.90 | Continued to edit the recovery analyses. |
| 12/15/2011 | J. Hyland | 2.60 | Reviewed recovery analysis. |
| 12/16/2011 | J. Borow | 2.40 | Reviewed various recovery scenarios. |
| 12/16/2011 | T. Morilla | 2.50 | Continued to review and analyze the recovery model. |
| 12/19/2011 | J. Borow | 1.40 | Reviewed various issues relating to recovery scenarios. |
| 12/19/2011 | T. Morilla | 2.00 | Edited the recovery analyses. |
| 12/19/2011 | J. Hyland | 2.30 | Continued reviewing recovery calculations and presentation. |
| 12/19/2011 | J. Hyland | 2.90 | Reviewed recovery calculations and presentation. |
| 12/19/2011 | T. Morilla | 2.90 | Continued to edit the recovery analyses. |
| 12/21/2011 | J. Borow | 1.70 | Reviewed various issues relating to recovery scenarios. |
| 12/22/2011 | C. Kearns | 0.40 | Reviewed recovery scenarios requested by counsel. |

**Capstone Advisory Group, LLC**
**Invoice for the 12/1/2011-12/31/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/22/2011 | J. Borow | 1.10 | Reviewed various issues relating to recovery scenarios. |
| 12/22/2011 | T. Morilla | 1.80 | Continued to prepare additional recovery analyses. |
| 12/22/2011 | T. Morilla | 2.00 | Continued to review and analyze the recovery model. |
| 12/22/2011 | J. Hyland | 2.70 | Reviewed claim recovery analysis. |
| 12/22/2011 | T. Morilla | 2.80 | Continued to prepare additional recovery analyses. |
| 12/23/2011 | T. Morilla | 2.70 | Continued to review and analyze the recovery model. |
| 12/23/2011 | T. Morilla | 2.80 | Continued to review and analyze recovery results. |
| 12/28/2011 | C. Kearns | 0.20 | Updated recovery scenarios. |
| 12/28/2011 | T. Morilla | 1.40 | Continued to review the recovery model. |
| 12/28/2011 | J. Borow | 1.70 | Reviewed recovery issues and various recovery scenarios. |
| 12/29/2011 | J. Borow | 1.10 | Reviewed recovery scenarios and related issues. |
| Subtotal | | 117.60 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/1/2011 | C. Kearns | 0.40 | Reviewed summary of a supplier claim settlement. |
| 12/1/2011 | C. Kearns | 0.40 | Discussed bond claim issues with counsel. |
| 12/1/2011 | C. Kearns | 0.70 | Continued to review the IBM claim settlement. |
| 12/1/2011 | J. Borow | 1.10 | Reviewed claims issues and cross border claims. |
| 12/2/2011 | J. Borow | 1.30 | Reviewed claims issues and cross border claims. |
| 12/5/2011 | J. Hyland | 0.70 | Reviewed supplier settlement issues and corresponded with ad hocs. |
| 12/5/2011 | J. Hyland | 1.10 | Reviewed intercompany claims matter. |
| 12/5/2011 | J. Borow | 1.80 | Reviewed claims report and related claims issues. |
| 12/5/2011 | J. Hyland | 2.70 | Reviewed settlement for a claim amount. |
| 12/6/2011 | J. Hyland | 0.40 | Conducted call with J. Ray re: U.S. claims. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/6/2011 | T. Morilla | 1.80 | Continued to review the claims report. |
| 12/6/2011 | J. Borow | 2.10 | Reviewed claims report and related claims issues. |
| 12/6/2011 | J. Hyland | 2.60 | Reviewed claims reporting. |
| 12/7/2011 | J. Hyland | 0.10 | Conducted call with J. Ray and M. Kennedy re: U.S. claims. |
| 12/8/2011 | J. Hyland | 2.40 | Reviewed supplier settlement. |
| 12/15/2011 | J. Borow | 2.30 | Reviewed intercompany and cross border claims issues. |
| 12/19/2011 | J. Borow | 1.20 | Reviewed inter-estate and cross border claim issues. |
| 12/20/2011 | C. Kearns | 0.20 | Reviewed claim settlement. |
| 12/20/2011 | J. Borow | 1.40 | Reviewed inter-estate and cross border claim issues. |
| 12/20/2011 | T. Morilla | 2.10 | Reviewed and discussed a claims settlement resolution. |
| 12/20/2011 | T. Morilla | 2.40 | Continued to revise the presentation regarding a supplier's post-petition claims settlement. |
| 12/20/2011 | T. Morilla | 2.50 | Reviewed a supplier's post-petition claims settlement agreement. |
| 12/20/2011 | J. Hyland | 2.50 | Finalized review of supplier settlement and report for UCC. |
| 12/20/2011 | J. Hyland | 2.80 | Reviewed supplier settlement. |
| 12/20/2011 | J. Hyland | 2.90 | Reviewed indemnity claim settlement and related analyses. |
| 12/21/2011 | T. Morilla | 0.90 | Revised the presentation regarding a supplier's post-petition claims settlement. |
| 12/21/2011 | J. Hyland | 2.00 | Reviewed supplier matter for UCC. |
| 12/21/2011 | J. Hyland | 2.80 | Analyzed historic activity with a supplier. |
| 12/23/2011 | C. Kearns | 0.40 | Reviewed claims settlements. |
| 12/28/2011 | J. Hyland | 1.40 | Reviewed Flex settlement filed in Canada. |
| 12/29/2011 | T. Morilla | 1.00 | Reviewed the Third Circuit opinion with regard to the UK Pension. |
| 12/30/2011 | T. Morilla | 0.90 | Continued to review the Third Circuit opinion as it relates to the UK Pension parties. |
| 12/30/2011 | J. Hyland | 1.70 | Reviewed creditor claim issue. |

Capstone Advisory Group, LLC

Invoice for the 12/1/2011-12/31/2011 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| Subtotal | | 51.00 | |

**13. Intercompany Transactions/Balances**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/19/2011 | C. Kearns | 0.20 | Reviewed status of Japan repatriation. |
| 12/19/2011 | J. Hyland | 2.80 | Reviewed financial reports and motions re: liquidation of an Asian entity. |
| 12/20/2011 | J. Hyland | 1.90 | Analyzed plan for NN Japan and advised counsel. |
| Subtotal | | 4.90 | |

**17. Analysis of Historical Results**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/21/2011 | J. Hyland | 2.20 | Continued analyzing 10Q and 10K. |
| 12/21/2011 | T. Morilla | 2.50 | Reviewed the 2008 and 2009 10K. |
| 12/21/2011 | J. Hyland | 2.90 | Analyzed 10Q and 10K. |
| 12/23/2011 | T. Morilla | 2.60 | Continued to review 2008 and 2009 10K. |
| 12/27/2011 | T. Morilla | 1.00 | Continued reviewing previous annual financial reports. |
| 12/28/2011 | J. Hyland | 1.70 | Reviewed final Lazard fee calculations and fee motions. |
| Subtotal | | 12.90 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/1/2011 | J. Hyland | 1.80 | Reviewed reports for UCC. |
| 12/2/2011 | J. Hyland | 2.70 | Reviewed UCC reports. |
| 12/5/2011 | C. Kearns | 1.00 | Reviewed drafts of reports for upcoming in-person UCC meeting. |
| 12/6/2011 | C. Kearns | 0.40 | Reviewed reports on cash and claims. |
| 12/7/2011 | J. Hyland | 2.50 | Reviewed UCC reports. |
| 12/7/2011 | T. Morilla | 2.90 | Reviewed and analyzed reports distributed during the UCC meeting. |
| 12/7/2011 | T. Morilla | 2.90 | Continued to review the reports distributed during the UCC meeting. |
| 12/9/2011 | T. Morilla | 1.00 | Reviewed the CCAA motion record for a stay extension. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/9/2011 | T. Morilla | 2.10 | Reviewed and analyzed Monitor's report. |
| 12/13/2011 | T. Morilla | 1.60 | Continued to review the Monitor's report. |
| 12/13/2011 | J. Hyland | 2.80 | Reviewed 87th Monitor's Report. |
| 12/14/2011 | T. Morilla | 1.00 | Reviewed the current escrow accounts. |
| 12/15/2011 | J. Hyland | 0.50 | Prepared summary of management changes and matters. |
| 12/15/2011 | J. Hyland | 0.90 | Summarized Committee reports. |
| 12/15/2011 | T. Morilla | 1.70 | Reviewed and analyzed Jefferies report on various issues. |
| 12/15/2011 | T. Morilla | 2.80 | Prepared charts showing the directors and officers. |
| 12/16/2011 | J. Hyland | 1.00 | Reviewed report listing for UCC. |
| 12/16/2011 | J. Hyland | 1.20 | Reviewed bond pricing trends and other Committee reporting. |
| 12/16/2011 | J. Hyland | 1.40 | Reviewed D&O summary. |
| 12/16/2011 | J. Hyland | 2.60 | Reviewed NNUK Board of Directors minutes. |
| 12/16/2011 | T. Morilla | 2.90 | Revised the list of directors and officers. |
| 12/19/2011 | T. Morilla | 1.00 | Reviewed and edited the directors and officers list. |
| 12/19/2011 | T. Morilla | 2.80 | Continued to review and edit the directors and officers list. |
| 12/20/2011 | T. Morilla | 1.50 | Continued to revise the directors and officers summary. |
| 12/22/2011 | J. Hyland | 2.40 | Analyzed UCC reporting. |
| 12/29/2011 | J. Hyland | 2.00 | Analyzed Monitor's Report. |
| 12/29/2011 | J. Hyland | 2.60 | Reviewed and analyzed latest UK Administrator's report. |
| 12/30/2011 | J. Hyland | 1.60 | Reviewed reporting for UCC. |
| Subtotal | | 51.60 | |

**19. Cash Flow/Cash Management Liquidity**

| | | | |
|------|-------------|-------|---------------------------|
| 12/5/2011 | T. Morilla | 1.20 | Reviewed and edited the cash presentation. |

**Capstone Advisory Group, LLC**
**Invoice for the 12/1/2011-12/31/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/5/2011 | T. Morilla | 1.30 | Continued to edit the cash report. |
| 12/5/2011 | J. Borow | 1.40 | Reviewed cash report and liquidity issues. |
| 12/5/2011 | T. Morilla | 1.50 | Reviewed and edited the cash report. |
| 12/6/2011 | J. Borow | 1.70 | Reviewed cash report and liquidity issues. |
| 12/9/2011 | J. Hyland | 1.40 | Reviewed NNI cash positions. |
| 12/9/2011 | T. Morilla | 1.90 | Reviewed the current cash positions. |
| 12/13/2011 | T. Morilla | 0.40 | Reviewed the December 9th cash flash. |
| 12/13/2011 | J. Hyland | 1.40 | Reviewed cash positions for estates. |
| 12/14/2011 | T. Morilla | 1.10 | Reviewed the U.S. Debtors' cash flash. |
| 12/15/2011 | T. Morilla | 2.10 | Reviewed and analyzed the Canadian Debtors' cash forecast. |
| 12/22/2011 | J. Hyland | 2.30 | Reviewed cash balances and reporting. |
| Subtotal | | 17.70 | |

**20. Projections/Business Plan/Other**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/13/2011 | J. Hyland | 2.30 | Analyzed Canadian forecast. |
| Subtotal | | 2.30 | |

**26. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/6/2011 | J. Hyland | 0.10 | Conducted call with K. Rowe re: U.S. tax report for UCC. |
| 12/6/2011 | J. Hyland | 0.40 | Participated in call with K. Rowe, R. Lydecker, and E&Y re: U.S. tax meeting. |
| 12/6/2011 | J. Hyland | 0.80 | Conducted call with K. Rowe re: U.S. tax report for UCC. |
| 12/6/2011 | J. Hyland | 2.40 | Reviewed tax status. |
| 12/8/2011 | J. Hyland | 0.40 | Discussed upcoming tax meeting with K. Rowe. |
| 12/8/2011 | J. Borow | 1.80 | Reviewed tax analyses in preparation for tax meeting with Debtor. |
| 12/8/2011 | J. Hyland | 2.70 | Analyzed tax matters for the U.S. estate. |

**Capstone Advisory Group, LLC**
**Invoice for the 12/1/2011-12/31/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/9/2011 | J. Borow | 2.10 | Reviewed tax analyses in preparation for tax meeting with Debtor. |
| 12/13/2011 | J. Hyland | 0.50 | Conducted calls with K. Rowe re: U.S. tax meeting planning. |
| 12/14/2011 | C. Kearns | 1.50 | Reviewed status of NNI tax analysis and potential issues. |
| 12/14/2011 | J. Hyland | 2.50 | Participated in follow-up meetings with E&Y Tax and counsel re: U.S. taxes. |
| 12/14/2011 | T. Morilla | 2.50 | Continued to review the tax issues. |
| 12/14/2011 | T. Morilla | 2.60 | Reviewed U.S. tax issues. |
| 12/14/2011 | J. Hyland | 2.70 | Reviewed tax analysis prepared by E&Y. |
| 12/14/2011 | J. Hyland | 3.50 | Participated in meeting with E&Y Tax, R. Lydecker, Chilmark, J. Ray, and counsel re: U.S. taxes. |
| 12/14/2011 | J. Borow | 4.40 | Met with Debtor and Debtor's tax professionals re: various tax issues. |
| 12/16/2011 | J. Hyland | 0.40 | Reviewed tax summary for the UCC. |
| 12/21/2011 | J. Borow | 1.60 | Reviewed various memos prepared by counsel re: status of tax issues. |
| 12/22/2011 | J. Borow | 1.80 | Reviewed various memos prepared by counsel re: status of tax issues. |
| 12/27/2011 | J. Borow | 2.20 | Reviewed tax issues pertaining to Chapter 11 and U.S. Debtor recoveries. |
| 12/28/2011 | J. Borow | 1.60 | Reviewed tax issues relating to POR. |
| Subtotal | | 38.50 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 12/1/2011 | M. Lasinski | 0.40 | Prepared for call with Chilmark 11/22/11. |
| 12/1/2011 | M. Lasinski | 1.00 | Participated in call with Chilmark Partners related to allocation 11/22/11. |
| 12/1/2011 | J. Hyland | 1.70 | Analyzed IP allocation analysis. |
| 12/6/2011 | J. Hyland | 0.40 | Reviewed IPA summary for Committee. |
| 12/21/2011 | T. Morilla | 0.90 | Reviewed the IP Model 3.1 as it related to projected IP revenue. |
| 12/29/2011 | J. Hyland | 2.30 | Reviewed IPA ASAs and related analyses. |
| Subtotal | | 6.70 | |

**Capstone Advisory Group, LLC**
**Invoice for the 12/1/2011-12/31/2011 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| Total Hours | | 429.80 | |