**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 12/1/2011 through 12/31/2011**

| Date | Professional | Description | Amount |
|------|------|------|------|
| **Airfare/Train** | | | |
| 12/5/2011 | J. Hyland | Airfare to NY. | $587.40 |
| 12/13/2011 | J. Hyland | Airfare for NY trip. | $683.40 |
| **Subtotal - Airfare/Train** | | | **$1,270.80** |
| **Auto Rental/Taxi** | | | |
| 12/5/2011 | J. Hyland | Taxi during NY trip. | $31.55 |
| 12/6/2011 | CAG Direct | Taxi during NY trip. | $86.90 |
| 12/13/2011 | J. Hyland | Taxi from airport for NY trip. | $35.42 |
| 12/14/2011 | J. Hyland | Taxi during NY trip. | $26.12 |
| 12/14/2011 | J. Hyland | Taxi from Cleary during NY trip. | $19.75 |
| 12/18/2011 | J. Hyland | Taxi from airport to home during NY trip. | $66.00 |
| **Subtotal - Auto Rental/Taxi** | | | **$265.74** |
| **Hotel** | | | |
| 12/5/2011 | J. Hyland | Hotel during NY trip. | $1,135.29 |
| 12/18/2011 | J. Hyland | Hotel during 12/15/11 NY trip. | $876.82 |
| **Subtotal - Hotel** | | | **$2,012.11** |
| **Meals** | | | |
| 12/1/2011 | T. Morilla | Meal due to working late. | $16.00 |
| 12/2/2011 | T. Morilla | Meal due to working late. | $25.00 |

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| 12/5/2011 | J. Hyland | Meals during NY trip. | $17.76 |
| 12/5/2011 | T. Morilla | Meal due to working late. | $9.80 |
| 12/5/2011 | J. Hyland | Meal during NY trip. | $9.10 |
| 12/5/2011 | J. Hyland | Meal during NY trip. | $7.76 |
| 12/5/2011 | J. Hyland | Meal during NY trip. | $4.98 |
| 12/6/2011 | T. Morilla | Meal due to working late. | $16.22 |
| 12/12/2011 | T. Morilla | Meal due to working late. | $14.00 |
| 12/13/2011 | J. Hyland | Meals during NY trip. | $18.13 |
| 12/13/2011 | J. Hyland | Meal during NY trip. | $5.40 |
| 12/14/2011 | J. Hyland | Meals during NY trip. | $17.76 |
| 12/15/2011 | J. Hyland | Meals during NY trip. | $6.50 |
| 12/15/2011 | J. Hyland | Meals during NY trip. | $2.67 |
| **Subtotal - Meals** | | | **$171.08** |
| **Mileage** | | | |
| 12/5/2011 | J. Hyland | Local mileage to/from airport. | $23.31 |
| 12/7/2011 | J. Hyland | Local mileage to/from airport. | $23.31 |
| 12/13/2011 | J. Hyland | Local mileage to/from airport for NY trip. | $23.31 |
| **Subtotal - Mileage** | | | **$69.93** |
| **Parking/Tolls** | | | |
| 12/5/2011 | J. Hyland | Tolls for NY trip. | $1.60 |
| 12/7/2011 | J. Hyland | Local tolls for NY trip. | $1.60 |
| 12/13/2011 | J. Hyland | Local tolls for NY trip. | $1.60 |
| **Subtotal - Parking/Tolls** | | | **$4.80** |

**Capstone Advisory Group, LLC**
**Invoice for the 12/1/2011-12/31/2011 Fee Statement**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| **Telecom** | | | |
| 12/5/2011 | CAG Direct | Conference call for Nortel. | $7.30 |
| 12/9/2011 | CAG Direct | Long distance calls for Nortel. | $494.27 |
| 12/23/2011 | J. Hyland | Long distance calls to Canada. | $2.94 |
| **Subtotal - Telecom** | | | **$504.51** |
| **For the Period 12/1/2011 through 12/31/2011** | | | $4,298.97 |