IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
---------------------------------------------------------------X

## OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED,** that the following omnibus hearings have been scheduled in the above-referenced cases:

| DATE | TIME |
| --- | --- |
| May 9, 2012 | 10:00 a.m. (Eastern Time) |
| May 24, 2012 | 10:00 a.m. (Eastern Time) |
| June 6, 2012 | 10:00 a.m. (Eastern Time) |
| June 21, 2012[2] | 10:00 a.m. (Eastern Time) |
| July 11, 2012 | 10:00 a.m. (Eastern Time) |
| August 1, 2012 | 10:00 a.m. (Eastern Time) |
| August 22, 2012 | 10:00 a.m. (Eastern Time) |
| September 5, 2012 | 10:00 a.m. (Eastern Time) |
| September 19, 2012[3] | 10:00 a.m. (Eastern Time) |
| October 3, 2012 | 10:00 a.m. (Eastern Time) |
| October 24, 2012 | 10:00 a.m. (Eastern Time) |
| November 7, 2012 | 10:00 a.m. (Eastern Time) |
| November 21, 2012 | 10:00 a.m. (Eastern Time) |
| December 5, 2012 | 10:00 a.m. (Eastern Time) |
| December 18, 2012[4] | 10:00 a.m. (Eastern Time) |

Dated: Wilmington, Delaware
February 9, 2012

_____
The Honorable Kevin Gross
Chief United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Quarterly fee applications for the period of February through April will be heard at the June 21, 2012 omnibus hearing at 10:00 a.m. (ET).

[3] Quarterly fee applications for the period of May through July will be heard at the September 19, 2012 omnibus hearing at 10:00 a.m. (ET).

[4] Quarterly fee applications for the period of August through October will be heard at the December 18, 2012 omnibus hearing at 10:00 a.m. (ET).