```
                    IN THE UNITED STATES BANKRUPTCY COURT
                       FOR THE DISTRICT OF DELAWARE


IN RE:                         )   Case No. 09-10138 (KG)
                               )   (Jointly Administered)
                               )
NORTEL NETWORKS, INC., et al. )    Chapter 11
                               )   Courtroom
                               )   824 Market Street
          Debtors.            )    Wilmington, Delaware
                               )
                               )   February 9, 2012
                               )   9:00 a.m.



              TRANSCRIPT OF TELEPHONIC PROCEEDINGS
           BEFORE THE HONORABLE JUDGE KEVIN GROSS
                UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtor:               Cleary Gottlieb Steen & Hamilton
                          LLP
                          BY: JAMES BROMLEY, ESQ.
                          BY: HOWARD ZELBO, ESQ.
                          (212) 225-2000

                          Morris Nichols Arsht & Tunnell, LLP
                          BY: ANN C. CORDO, ESQ.
                          BY: DEREK C. ABBOTT, ESQ.
                          (302) 658-9200


ECRO:                     GINGER MACE

Transcription Service:    DIAZ DATA SERVICES
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania  17110
                          (717) 233-6664
                          www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
TELEPHONIC APPEARANCES:
(Continued)

For Creditors
Committee:               Richards, Layton & Finger
                          BY:  CHRISTOPHER M. SAMIS, ESQ.
                          (302) 651-7845

For Committee:           Akin Gump Strauss Hauer & Feld, LLP
                          BY:  FRED HODARA, ESQ.
                          BY:  DAVID T. BOTTER, ESQ.
                          BY: BRAD KAHN, ESQ.
                          (212) 872-8040

For Joint Administrators
& Foreign Representatives
For Nortel
Networks UK:             Herbert Smith
                          BY: JOHN WHITEOAK, ESQ.
                          BY: KRISTOFER MCGHEE, ESQ.
                          (302) 571-6710

For Nortel UK":          Hughes Hubbard & Reed
                          BY: DEREK ADLER, ESQ.
                          (212) 837-6086


For Ernst & Young:       Allen & Overy
                          BY: DANIEL GUYDER, ESQ.
                          (212) 756-1132
                          BY: LISA KRAIDIN, ESQ.
                          (212) 610-7300

                          Buchanasn Ingersol & Rooney
                          BY: MARY CALOWAY, ESQ.
                          (302) 552-4209

For Bond Holders
Group:                   Millbank Tweed Hadley & McCloy
                          BY: THOMAS KRELLER, ESQ.
                          (213) 892-4463

For Joint Administrators
And Foreign
Representatives:         Young Conaway Stargatt & Taylor
                          BY: RICHARD HILL, ESQ.
                          (302) 571-5732
                          BY: EDWIN HARRON, ESQ.
                          (30) 571-6703


For DLA Piper:           DLA Piper US, LLP
                          By: SELINDA A. MELNIK, ESQ.
                          (302) 468-5650
```

3

```
For USB Securities:      USB Securities, LLC
                         BY: DENNIS RUGGERE, ESQ.
                         (203) 719-7875

For Citi:                Citi
                         BY: REBECCA SONG, ESQ.
                         (212) 559-9933
```

1

1   WILMINGTON, DELAWARE, THURSDAY, FEBRUARY 9, 2012, 9:02 A.M.

2            THE COURT:  Counsel, good morning.  Judge Gross

3   here.  I hope everyone is well.  And we are obviously here

4   on the issue raised with me yesterday relating to the

5   debtors' Motion for a Temporary Restraining Order.  I would

6   like to advise the parties, that a member of press is in the

7   courtroom.  And I know that this is a somewhat sensitive

8   matter, so I just wanted to make that announcement at the

9   outset.

10            All right, I think where we left off yesterday,

11   and I do have a -- by the way, I do have a roster of

12   everyone on the telephone.  And I believe that Ms. Mace did

13   ask the parties to clearly announce their names before

14   speaking so that our record can be a correct one.  But I

15   believe where we left it yesterday was that the joint

16   administrators were going to have discussion with the TPR

17   concerning an extension of time.

18            MR. ADLER:  Yes, Your Honor.  This is Derek Adler

19   from Hughes Hubbard on behalf of the joint administrators.

20            THE COURT:  Yes, good morning, Mr. Adler.

21            MR. ADLER:  Good morning.  Thank you very much

22   for taking us again at such short notice.

23            Yes, the -- first of all, we did receive the TRO

24   papers later in the evening.  Obviously, we haven't had a

25   chance to digest them as much as we would have liked, but we

1   are in a position, I think, to address the issues and move

2   forward on this conference this morning.

3           Before I get to the meat of it though, I wanted

4   to very quickly address two points that came up in the

5   discussions yesterday afternoon.  The first is that I had, I

6   think, incorrectly suggested that the joint administrators

7   were indifferent to the question of disclosing privileged

8   documents to the pension regulator in England.  That is

9   clearly not the case.  They don't want to disclose any

10  materials that are privileged.  The record that is shown in

11  the complaint that's been filed, shows that, in fact, as the

12  U.S. debtor and other parties have clarified, the basis for

13  withholding particular documents as privileged, they have

14  asserted that position and have withheld those documents

15  from production in the English proceedings.

16          The second point is that having listened to Mr.

17  Bromley's presentation yesterday and not myself having seen

18  the documents, it had sounded to me as if we were talking

19  about the type of documents where it's a memorandum from a

20  lawyer to a client regarding legal advice, something that is

21  self-evidently privileged.

22          Now having taken a look at the actual documents

23  myself, I can tell you, Your Honor, that they are not self-

24  evidently privileged documents.  And that I, myself, as an

25  officer of this Court, am not in a position to form a bona

1    fide belief at this moment, they are privileged.  They are

2    the kind of documents that require considerable, additional

3    information in order to determine whether they're privileged

4    or not, who prepared them, when they were prepared, whether

5    lawyers who were apparently involved in the preparation were

6    acting in a legal capacity or a business capacity.  Two of

7    the documents are essentially spreadsheets with pages of

8    numbers.  If these documents were presented to Your Honor

9    right now, you would have a lot of questions before you

10   could form a view as to whether they are, in fact,

11   privileged under any standards.

12            But having said all that, on the basis of the

13   papers that were filed last night, the people at Herbert

14   Smith have approached the pension regulators and have

15   obtained an agreement for a fourteen-day extension of the

16   time to produce the documents.  Herbert Smith, on behalf of

17   the joint administrators, will undertake that the four

18   documents in question will not be produced to the pension

19   regulator during that period of time.  And that's quite a

20   serious undertaking for an English lawyer to give.  I've

21   learned this morning, it's actually considered the same as

22   an injunction to have given an undertaking like that with

23   the consequences for violating an injunction that flow from

24   that.

25            So based on that, we submit that there's no need

1  for a TRO.  We agree that the best way forward is to confer

2  with Cleary Gottlieb to allow them to provide the details

3  for each of these particular documents to substantiate the

4  privilege.  Who prepared them, when they were prepared, what

5  purpose they were prepared for, including whether there are

6  particular parts that might be redacted.  Some of the

7  materials are clearly a broad.  One for example, is a

8  PowerPoint presentation that obviously has a lot of business

9  information in it.  You know, perhaps there are parts of it

10  that contain legal advice or reflect privileged information.

11  It would be helpful to have that clarified.  The information

12  that is in the complaint is not very particular on each

13  document.

14          So what we would suggest would be helpful, would

15  be if Cleary Gottlieb could put in writing, within say the

16  next two days or so, in relation to each document, the type

17  of information that you would expect to see in a

18  presentation that they might make to Your Honor, to justify

19  the privilege applying to each particular document, and also

20  to address the question as to whether there are parts of the

21  documents that could be redacted to take care of the

22  privilege.  As I think was indicated yesterday, the subject

23  of redaction hasn't really been addressed in the English

24  proceedings or with the pension regulator before, but the

25  joint administrators would be happy to pursue that

1   possibility, if that seems to be a path forward.

2           So I think that's what we need to say about this.

3   Oh, and if they could submit a letter, say within two days,

4   the joint administrators and Herbert Smith would respond

5   within two days with whatever additional information is

6   needed or stating what the position is.  But I do think it

7   would be helpful in terms of having everyone meet their

8   duties to form a bona fide belief and have a good faith

9   basis for the privilege issues if this could be done in

10  writing, at least in the first instance.  Obviously, we're

11  not unhappy with speaking on the telephone as well.

12          THE COURT:  All right, thank you, Mr. Adler.  Mr.

13  Bromley, good morning.

14          MR. BROMLEY:  Good morning, Your Honor.  Thank

15  you once again for taking us so early.

16          I think that there's a couple of points to

17  address what Mr. Adler raised.  Certainly, we are very happy

18  to, and we volunteer to discuss in detail the issues that we

19  see on privilege, and indeed, we've already done so, but

20  we're willing to do it again.

21          In that context, Your Honor, I think it's

22  important to recognize that what we need in terms of those

23  conversations is the actual participation of those who were

24  involved at the time.  We have had conversations with

25  Herbert Smith's litigation group.  And they were not the

1    Herbert Smith lawyers that were involved in this process.

2    Ms. Schweitzer and I were.  We were in those meetings.  We

3    engaged with counsel who were retained to provide this legal

4    advice.  And the people from Herbert Smith that were

5    involved in those conversations, are not the ones who have

6    been involved in any of these conversations.  What we need

7    in order to have these conversations, is the actual

8    participation of those who understand where these documents

9    came from, how they were created, and what they were

10    intended to do.

11          And with all due respect to Mr. Adler, he was not

12    involved in any of that.  And so I could understand that

13    when he looks at these documents, he may have some

14    questions, but those from Herbert Smith were involved

15    throughout this process, clearly would understand them.

16          Second, we don't think that letter writing at

17    this point makes a lot of sense.  We have engaged in a

18    letter writing exercise and that has come to naught.  I

19    believe that what we need to do is have a conversation, as I

20    said, with the Herbert Smith lawyers, the transactional

21    lawyers who were involved in this process, and if necessary,

22    those from EY who were in the meetings as well, and that

23    would include Robin Jowitt, in particular, who was the key

24    person of all the MNA transactions and who will know that

25    Global IP was a law firm and was engaged, and was providing

1  legal advice throughout.

2          We would also ask that Herbert Smith and Hughes

3  Hubbard teams to review the retention applications and

4  retention agreements with Global IP which make clear that

5  they are legal advisors to these debtors.  And their input

6  into this is critical.

7          Your Honor, I'd also suggest that what -- so what

8  I would suggest, frankly, is we have a call.  Today is

9  Thursday, maybe we can do it first thing Monday morning and

10 set up the right people and I -- and make sure that we set

11 aside enough time to go through each document in detail.

12 And without any disrespect to those who have come in as

13 litigators in this exercise, I do think those who

14 participated in the outset are those who should be on the

15 phone.

16          Second, Your Honor, I recognize that the fourteen

17 day "extension" -- and we certainly appreciate that some

18 time pressure has been removed -- but I think that there's

19 one thing that we would suggest.  Is what should happen in

20 the meantime is that because there's fourteen days, that we

21 should have entered on consent, a TRO by this Court

22 coincident with that timeline so that we know that the

23 situation is stable and that we have time to have the

24 conversation.

25          Clearly, Herbert Smith and the joint

1    administrators have represented that nothing's going to

2    happen, and I take them at their word that the power of

3    their undertakings under English have the force of an

4    injunction, but with all due respect, we're here in the

5    United States, and since nothing is going to happen for two

6    weeks, I think that a two week consensual TRO is appropriate

7    in these circumstances.

8            And that would allow us, if we have a phone call

9    or two, and it's impossible to determine the confidentiality

10   of these materials, that we then have the opportunity to

11   come back to you, Your Honor, for further guidance as to

12   when we might get before you to actually hear the issue.

13           THE COURT:  All right.

14           MR. BROMLEY:  So that I think is our view as to

15   approach.  We're certainly happy that the timeline has been

16   extended, but we do think that, you know, these are

17   appropriate measures to put in place to allow us to get to

18   the right conclusion without the pressure of other matters

19   coming in.

20           THE COURT:  All right, thank you, Mr. Bromley.

21   Mr. Adler, any response?

22           MR. ADLER:  Yes.  As to the first point about

23   speaking, you know, instead of writing.  You know, I do

24   think it would be helpful if they could put out, and perhaps

25   not in an extended form, but for each document, the type of,

1   you know, the voir dire that you would do if you were trying

2   to examine the privilege nature of each document in

3   comparative.  The fact that things were authored by lawyers,

4   doesn't mean that they're privileged if they're giving a

5   business type of advice.  So I do think it would be helpful

6   as a starting point to have in writing, you know, for each

7   document that type of information.  And they could add to

8   that the names of the people they say were involved that

9   they say should be consulted in respect of the circumstances

10  under which particular documents were presented whether they

11  were at Herbert Smith or Ernest & Young.

12          So, you know, we still think that would be a

13  helpful approach and then, perhaps, there could be

14  discussions thereafter on the basis of that.  Obviously, I

15  can't speak to the schedules of any other people who were

16  involved and when they might be available or whether they're

17  available to speak on this point, but obviously, we're happy

18  to proceed with that.  And if they can do that, you know, if

19  it's not a difficult exercise, if they could it in the next

20  day or so, then it seems to me we would be able to look at

21  scheduling some type of further call or conference next week

22  to continue those discussions.

23          With respect to entering a TRO, we would not

24  consent to entering a TRO.  We don't see that there's any

25  need for it.  There's no irreparable harm.  And the

1  undertaking itself, should give sufficient assurance that

2  it's not needed.  And I don't think we need another order

3  that can raise potential complications.  And I will say that

4  our position is that it's not really within the jurisdiction

5  of this Court to determine whether the materials are

6  privileged in relation to these English proceedings that are

7  going on.

8          However, we're happy that if there's any kind of

9  breakdown in discussions, that Mr. Bromley and Cleary would

10 be able to come back to the Court, and you know, we would

11 agree on some kind of expedited schedule at that time to

12 present whatever issues need to be presented, including

13 briefing the various jurisdictional and choice of law issues

14 related to privilege in the case which are complicated.

15         THE COURT:  Mr. Bromley, any response from you?

16         MR. BROMLEY:  Your Honor, I think -- well let me

17 address the two points together.  I think that what Mr.

18 Adler is proposing in terms of the process is a bit

19 artificial, but let me make a suggestion about how we might

20 be able to come to an accommodation on that.  But I have to

21 say, Your Honor, we do feel very strongly that we do need

22 the protection of the TRO in the interim.  And if it's not

23 on consent in that time, we believe this Court has the

24 ability to enter that order and has full jurisdiction over

25 the privilege issue, as well as, over the parties.  And, I

1    think at bottom, it's irrelevant in the scheme of things if

2    we have a fourteen-day extension from the TPR, then there's

3    going to be no concern on the joint administrators' part

4    that they are, in effect, subject to this for that period of

5    time.

6              But in order to try to advance the first point, I

7    think that what we could do on the debtors' side is agree to

8    a simultaneous exchange of materials.  I would suggest

9    rather than a long letter brief format that Mr. Adler seems

10   to be suggesting, rather a bullet point type of outline.

11   And I don't think it should be a one way street.  It's not

12   as if these documents are strange to the Herbert Smith or

13   joint administrator's team.  It's not as if they've just

14   discovered them, they were material participants in the

15   entire exercise.  And it appears to me that what the problem

16   may be is that the Herbert Smith and EY teams that were

17   involved in that exercise, had not been involved in this

18   exercise.

19             THE COURT:  Well, did you copy Mr. Adler on your

20   correspondence, the correspondence that you referred to

21   earlier, Mr. Bromley, relating to these documents?

22             MR. BROMLEY:  No, Your Honor, we were

23   communicating directly with Herbert Smith.

24             THE COURT:  Okay.  So it may be that Mr. Adler is

25   at a little bit of a disadvantage in not being aware of the

1   correspondence that had been sent earlier.

2            MR. BROMLEY:  That could be, Your Honor.  And,

3   obviously, we were dealing directly with Herbert Smith as

4   those who were involved in the transactional aspects

5   exclusively.  There were no -- no one from Mr. Adler's firm

6   was ever involved in any of the transactions.

7            THE COURT:  Well, here's --

8            MR. BROMLEY:  So our suggestion would be --

9            THE COURT:  Yes.

10           MR. BROMLEY:  -- that a simultaneous exchange on

11  Monday, an outline point system; one, why we believe they

12  are privileged, and two, why they believe they are not

13  privileged.  You know, I think there's a basis for that.

14  And then entry of the TRO to hold everyone in place.

15           THE COURT:  Let me suggest this first of all on

16  the exchange of letters.  I think what I would prefer at the

17  moment is that the debtors send a letter identifying those

18  parties who should be participating in the telephone call.

19  And send -- and also, provide to Mr. Adler copies of

20  correspondence previously sent relating to the documents

21  under consideration.  And then have that telephone

22  conversation because it is my suspicion that that telephone

23  conversation will result in a consensus that these are

24  privileged documents.  And I have not seen the documents.

25  I'm saying that, but from the description that I have

1  received, at least a large portion of them are -- contain

2  privileged information.

3          And then after that telephone call, if there is

4  still a dispute as to particular items, then perhaps the

5  parties can consider correspondence.  But I'm concerned

6  about correspondence under these circumstances, frankly,

7  because we're already talking about documents being

8  produced.  And I'm concerned about these documents being

9  produced.  You know, letters being produced for example.  So

10 I think there's no sense creating more documents which may

11 only raise further issues.

12         So I think that would be helpful.  Identify -- if

13 Clearly Gottlieb would identify the parties who should be

14 involved in the discussions, that will then enable the joint

15 administrators to corral all of those good people and get

16 them on a telephone conversation to discuss this.

17         As far as the Temporary Restraining Order is

18 concerned, based upon the motion, my concern about

19 irreparable harm, and despite there being an injunction, I

20 don't really know the nature of that injunction.  I,

21 clearly, was the Judge who over -- who was overseeing the

22 sale of the Rockstar -- that I oversaw the Rockstar sale.

23 And I certainly have jurisdiction under the circumstances,

24 as well as, over the joint administrators to enter a

25 Temporary Restraining Order and I think it's appropriate and

1  I'm going to do so.

2          Now that Temporary Restraining Order is good for

3  the fourteen days.  And what I would do is schedule a

4  Preliminary Injunction Hearing even now for Wednesday,

5  February 22.  I think that's within the necessary timeframe.

6  Is it not?  Two weeks?

7          MR. ABBOTT:  Your Honor, it's Derek Abbott.  I'll

8  look very quickly at 7065.  I think that spells it out.

9          THE COURT:  It was ten days, but I believe the

10  ten days, you know, now under the new counting rules, really

11  extends to fourteen.

12          MR. ABBOTT:  It is fourteen, Your Honor.  Rule

13  65(b)(2), again, Derek Abbott.

14          THE COURT:  Thank you, Mr. Abbott.  And I would

15  urge the parties to have those conversations as promptly as

16  possible, since I don't think that letters necessarily need

17  to be exchanged, you might even begin that process tomorrow.

18  But I do think that there are people at Herbert Smith

19  probably who are so familiar with this material and this

20  information and these documents, that it will not be very

21  necessary to exchange the type of information that Mr. Adler

22  was suggesting and I understand why.  But I don't think it

23  will be necessary under these circumstances for the Herbert

24  Smith folks to have the good understanding immediately of

25  the documents and their -- and to be able to provide their

1    position and their position going forward as to the

2    privilege.

3         All right, now I don't think I saw an order for

4    the Temporary Restraining Order, did I?

5         MR. BROMLEY:  Your Honor, we submitted a Form of

6    Order attached to the Motion --

7         THE COURT:  I'm sorry.  Then I just plain missed

8    it when I printed it out.  I apologize.  So I will be

9    entering that order.  And I will be scheduling the

10   Preliminary Injunction Hearing --

11        MR. HARRON:  Excuse me, Your Honor.

12        THE COURT:  Yes.

13        MR. HARRON:  Pardon me for interrupting.  This is

14   Ed Harron.  I just wanted to bring the Court's attention

15   that the order submitted by Mr. Bromley is different than

16   what the Court just ruled.  It proposes an injunction of

17   indefinite duration.  So it's broken into two subparts.  If

18   you review it and I'd suggest to the Court to conform the

19   order to your ruling --

20        THE COURT:  Yes, of course.  That shouldn't be a

21   problem, should it, Mr. Bromley, if instead of it being

22   indefinite, if I extend it to the 22nd?

23        MR. BROMLEY:  Absolutely, Your Honor.  We'll turn

24   that order and deliver it to Mr. Adler and Mr. Harron and --

25        MR. HARRON:  Thank you.  Thank you.

1          THE COURT:  All right, that's fine.  Or I can

2  interlineate it, if no one has any objection.  I haven't

3  seen it, so I don't know how much that would involve.  Is it

4  just as easy for you folks to turn it over -- turn it

5  around?

6          MR. BROMLEY:  Yes, Your Honor, we can turn it.

7          THE COURT:  Okay, all right.  That's what we'll

8  do.  And why don't we say the --

9          MR. ABBOTT:  Your Honor, this is Derek Abbott.

10  Once we've got either a consensus or a non-consensus as it

11  were, we'll just submit a Certificate of Counsel?

12          THE COURT:  Yes, that would be wonderful.

13          MR. ABBOTT:  Thank you.

14          THE COURT:  And let's do this on the 22nd at

15  10:00 a.m.

16          MR. ABBOTT:  Okay, Your Honor.

17          MR. BROMLEY:  Washington's birthday.

18          THE COURT:  It sure is and it's also Ash

19  Wednesday.

20          MR. BROMLEY:  Oh, I may be a bit dirty that day,

21  Your Honor.

22          THE COURT:  Hold on one second.  Oh, we may have

23  a little scheduling snafu.  I may have to start you a little

24  later in the day.

25          MR. BROMLEY:  We're at your convenience, Your

1  Honor.

2          THE COURT:  Thank you, Mr. Bromley.  And I -- why

3  don't we do this just to be safe.  Let's schedule this for

4  2:00 p.m.  All right.  And I will -- so let's do this at

5  2:00.  You'll follow the Los Angeles Dodgers.

6          THE COURT:  Maybe you can bring them back to

7  Brooklyn.  Who knows?

8                    (Laughter)

9          MR. BROMLEY:  Let's just hope they don't go into

10  extra innings, Your Honor.

11                    (Laughter)

12          THE COURT:  That's well -- that's -- well I would

13  certainly interrupt if that happens for this.  And so you

14  can count on, you know, beginning at --

15          MR. BROMLEY:  Well, Your Honor, don't worry, I

16  was just -- I was joking actually.

17          THE COURT:  I know, I know, but, you know, I'm

18  dragging you here at 2:00 and I'm going to start you at

19  2:00.  And we'll just play under the lights, that's all, if

20  we have to.

21          All right, Counsel, I appreciate everyone's

22  participation and I look forward to seeing you on the 22nd.

23          As far as briefing is concerned, I will let the

24  parties in the first instance discuss any briefing on the

25  preliminary injunction.  It just seems to me not to make

1  sense to do that until you've had your discussions.  And

2  that's one reason I don't really want to impose.  Just so

3  long as I have the final document, you know, by 4:00 p.m.,

4  on the 21st.

5          MR. BROMLEY:  Your Honor, we will put the letter

6  together that you suggested and get that out first thing

7  tomorrow, if not later today.

8          THE COURT:  All right.

9          MR. BROMLEY:  We'll certainly try to have that

10 phone call as early as possible next week.

11          THE COURT:  Very well.  And as always, Counsel if

12 there are any issues on either side relating to it and you

13 need my guidance or a ruling, don't hesitate to call.

14          MR. ADLER:  Thank you, Your Honor.

15          MR. BROMLEY:  Thank you, Your Honor.

16          THE COURT:  All right, everyone.  Good day to

17 you.

18          MR. BROMLEY:  Thank you, Your Honor.

19          THE COURT:  And we'll stand in recess.

20          MR. ADLER:  Thanks.

21

1    (Whereupon, at 9:28 a.m., the hearing was adjourned.)

2

3                          CERTIFICATION

4         I certify that the foregoing is a correct

5    transcript from the electronic sound recording of the

6    proceedings in the above-entitled matter.

7

8

9    _____        9 February 2012
10   Traci L. Calaman, Transcriber                Date
11

12

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**65(b)(2**(1) 17:13

**a.m**(4) 1:14 4:1 19:15 22:1
**abbott**(10) 1:32 17:7 17:7 17:12 17:13 17:14 19:9 19:9 19:13 19:16

**ability**(1) 13:24
**able**(4) 12:20 13:10 13:20 17:25
**about**(8) 5:19 8:2 11:22 13:19 16:6 16:7 16:8 16:18

**aboveentitled**  (1) 22:6
**absolutely**(1) 18:23
**accommodation**(1) 13:20
**acting**(1) 6:6
**actual**(3) 5:22 8:23 9:7
**actually**(3) 6:21 11:12 20:16
**add**(1) 12:7
**additional**(2) 6:2 8:5
**address**(5) 5:1 5:4 7:20 8:17 13:17
**addressed**(1) 7:23
**adjourned**(1) 22:1
**adler**(19) 2:26 4:18 4:18 4:20 4:21 8:12 8:17 9:11 11:21 11:22 13:18 14:9 14:19 14:24 15:19 17:21 18:24 21:14 21:20

**adler's**(1) 15:5
**administered**(1) 1:6
**administrator**(1) 14:13
**administrator's**(1) 14:13
**administrators**(12) 2:16 2:49 4:16 4:19 5:6 6:17 7:25 8:4 11:1 14:3 16:15 16:24

**advance**(1) 14:6
**advice**(5) 5:20 7:10 9:4 10:1 12:5
**advise**(1) 4:6
**advisors**(1) 10:5
**after**(1) 16:3
**afternoon**(1) 5:5
**again**(4) 4:22 8:15 8:20 17:13
**agree**(3) 7:1 13:11 14:7
**agreement**(1) 6:15
**agreements**(1) 10:4
**akin**(1) 2:9
**all**(19) 4:10 4:23 6:12 8:12 9:11 9:24 11:4 11:13 11:20 15:15 16:15 18:3 19:1 19:7 20:4 20:19 20:21 21:8 21:16

**allen**(1) 2:34
**allow**(3) 7:2 11:8 11:17
**already**(2) 8:19 16:7
**also**(5) 7:9 10:2 10:7 15:19 19:18
**always**(1) 21:11
**and**(102) 2:50 4:3 4:7 4:11 4:12 5:1 5:12 5:14 5:17 5:24 6:14 6:19 7:19 8:3 8:4 8:8 8:18 8:19 8:25 9:2 9:4 9:9 9:11 9:12 9:18 9:21 9:22 9:24 9:25 9:25 10:2 10:3 10:5 10:9 10:10 10:10 10:12 10:17 10:23 10:25 11:2 11:5 11:8 11:9 11:24 12:7 12:13 12:16 12:18 12:25 13:2 13:3 13:10 13:13 13:22 13:24 13:25 14:11 14:15 14:16 15:2 15:12 15:14 15:15 15:21 15:24 16:3 16:8 16:15 16:19 16:23 16:25 16:25 17:3 17:14 17:19 17:20 17:22 17:25 17:25 18:1 18:9 18:18 18:24 18:24 18:24 19:18 19:14 19:18 20:2 20:4 20:13 20:18 20:19 20:22 21:1 21:6 21:11 21:12 21:19

**angeles**(1) 20:5
**ann**(1) 1:31
**announce**(1) 4:13
**announcement**(1) 4:8
**another**(1) 13:2
**any**(14) 5:9 6:11 9:6 9:12 10:12 11:21 12:15 12:24 13:8 13:15 15:6 19:2 20:24 21:12
**apologize**(1) 18:8
**apparently**(1) 6:5
**appearances**(1) 2:1
**appears**(1) 14:15
**applications**(1) 10:3

**applying**(1) 7:19
**appreciate**(2) 10:17 20:21
**approach**(2) 11:15 12:13
**approached**(1) 6:4
**appropriate**(3) 11:6 11:17 16:25
**are**(29) 4:3 5:1 5:10 5:23 6:1 6:1 6:7 6:10 7:5 7:7 7:9 7:20 8:5 9:5 10:5 10:14 11:16 13:5 13:6 13:14 14:4 14:12 15:12 15:12 15:23 16:1 17:18 17:19 21:12

**around**(1) 19:5
**arsht**(1) 1:30
**artificial**(1) 13:19
**ash**(1) 19:18
**aside**(1) 10:11
**ask**(2) 4:13 10:2
**aspects**(1) 15:4
**asserted**(1) 5:14
**assurance**(1) 13:1
**attached**(1) 18:6
**attention**(1) 18:14
**authored**(1) 12:3
**available**(2) 12:16 12:17
**aware**(1) 14:25

**back**(3) 11:11 13:10 20:6
**bankruptcy**(2) 1:1 1:19
**based**(2) 6:25 16:18
**basis**(5) 5:12 6:12 8:9 12:14 15:13
**because**(3) 10:20 15:22 16:7
**been**(7) 5:11 7:23 9:6 10:18 11:15 14:17 15:1

**before**(6) 1:18 4:13 5:3 6:9 7:24 11:12
**begin**(1) 17:17
**beginning**(1) 20:14
**behalf**(2) 4:19 6:16
**being**(6) 14:25 16:7 16:8 16:9 16:19 18:21
**belief**(2) 6:1 8:8
**believe**(7) 4:12 4:15 9:19 13:23 15:11 15:12 17:9

**best**(1) 7:1
**birthday**(1) 19:17
**bit**(3) 13:18 14:25 19:20
**bona**(3) 5:25 8:8
**bond**(1) 2:44
**better**(1) 2:11
**bottom**(1) 14:1
**brad**(1) 2:12
**breakdown**(1) 13:9
**brief**(1) 14:9
**briefing**(3) 13:13 20:23 20:24
**bring**(2) 18:14 20:6
**broad**(1) 7:7
**broken**(1) 18:17
**bromley**(28) 1:25 8:13 8:14 11:14 11:20 13:9 13:15 13:16 14:21 14:22 15:2 15:8 15:10 18:5 18:15 18:21 18:23 19:6 19:17 19:20 19:25 20:2 20:9 20:15 21:5 21:9 21:15 21:18

**bromley's**(1) 5:17
**brooklyn**(1) 20:7
**buchanasn**(2) 2:40
**bullet**(1) 14:10
**business**(3) 6:6 7:8 12:5
**but**(21) 4:14 4:25 6:12 7:24 8:6 8:19 9:14 10:18 11:4 11:16 11:25 12:17 13:19 13:20 14:6 15:25 16:5 17:9 17:18 17:22 20:17

**calaman**(1) 22:10
**call**(7) 10:8 11:8 12:21 15:18 16:3 21:10 21:11
**caloway**(1) 2:41
**came**(2) 5:4 9:9
**can**(10) 4:14 5:23 10:9 12:18 13:3 16:5 19:1 19:6 20:6 20:14

**can't**(1) 12:15
**capacity**(2) 6:6 6:6
**care**(1) 7:21
**case**(3) 1:5 5:9 13:14
**certainly**(6) 8:17 10:17 11:15 16:23 20:13 21:9

**certificate**(1) 19:11
**certification**(1) 22:3
**certify**(1) 22:4
**chance**(1) 4:25
**chapter**(1) 1:8
**choice**(1) 13:13
**christopher**(1) 2:6
**circumstances**(5) 11:7 12:9 16:6 16:23 17:23

**citi**(2) 3:6 3:6
**clarified**(2) 5:12 7:11
**clear**(1) 10:4
**clearly**(7) 4:13 5:9 7:7 9:15 10:25 16:13 16:21

**cleary**(4) 1:23 7:2 7:15 13:9
**client**(1) 5:20
**coincident**(1) 10:22
**come**(5) 9:18 10:12 11:11 13:10 13:20
**coming**(1) 11:19
**committee**(2) 2:5 2:9
**communicating**(1) 14:23
**comparative**(1) 12:3
**complaint**(2) 5:11 7:12
**complicated**(1) 13:14
**complications**(1) 13:3
**conaway**(1) 2:51
**concern**(2) 14:3 16:18
**concerned**(4) 16:5 16:8 16:18 20:23
**concerning**(1) 4:17
**conclusion**(1) 11:18
**confer**(1) 7:1
**conference**(2) 5:2 12:21
**confidentiality**(1) 11:9
**conform**(1) 18:18
**consensual**(1) 11:6
**consensus**(2) 15:23 19:10
**consent**(3) 10:21 12:24 13:23
**consequences**(1) 6:23
**consider**(1) 16:5
**considerable**(1) 6:2
**consideration**(1) 15:21
**considered**(1) 6:21
**consulted**(1) 12:9
**contain**(2) 7:10 16:1
**context**(1) 8:21
**continue**(1) 12:22
**continued**(1) 2:2
**convenience**(1) 19:25
**conversation**(5) 9:19 10:24 15:22 15:23 16:16

**conversations**(6) 8:23 8:24 9:5 9:6 9:7 17:15

**copies**(1) 15:19
**copy**(1) 14:19
**cordo**(1) 1:31
**corral**(1) 16:15
**correct**(2) 4:14 22:4
**correspondence**(6) 14:20 14:20 15:1 15:20 16:5 16:6

**could**(12) 6:10 7:15 7:21 8:3 8:9 9:12 11:24 12:7 12:13 12:19 14:7 15:2

**counsel**(4) 4:2 9:3 9:11 20:21 21:11
**count**(1) 20:14
**counting**(1) 17:10
**couple**(1) 8:16
**course**(1) 18:20

**court**(38) 1:1 4:2 4:20 5:25 8:12 10:21 11:13 11:20 13:5 13:10 13:15 13:23 14:19 14:24 15:7 15:9 15:15 17:9 17:14 18:7 18:12 18:16 18:18 18:20 19:1 19:7 19:12 19:14 19:18 19:22 20:2 20:6 20:12 20:17 21:8 21:11 21:16 21:19

**court's**(1) 18:14
**courtroom**(1) 1:9 4:7
**created**(1) 9:9
**creating**(1) 16:10
**creditors**(1) 2:4
**critical**(1) 10:6
**daniel**(1) 2:35
**data**(1) 1:38
**date**(1) 22:10
**david**(1) 2:11
**day**(5) 10:17 12:20 19:20 19:24 21:16
**days**(7) 7:16 8:3 8:5 10:20 17:3 17:9
**dealing**(1) 15:3
**debtor**(2) 1:23 5:12
**debtors**(5) 1:11 4:5 10:5 14:7 15:17
**delaware**(3) 1:2 1:11 4:1
**deliver**(1) 18:24
**dennis**(1) 3:3
**derek**(6) 1:32 2:26 4:18 17:7 17:13 19:9
**description**(1) 15:25
**despite**(1) 16:19
**detail**(2) 8:18 10:11
**details**(1) 7:2
**determine**(3) 6:3 11:9 13:5
**diaz**(1) 1:38
**did**(4) 4:12 4:23 14:19 18:4
**different**(1) 18:15
**difficult**(1) 12:19
**digest**(1) 4:25
**dire**(1) 12:1
**directly**(2) 14:23 15:3
**dirty**(1) 19:20
**disadvantage**(1) 14:25
**disclose**(1) 5:9
**disclosing**(1) 5:7
**discovered**(1) 14:14
**discuss**(3) 8:18 16:16 20:24
**discussion**(1) 4:16
**discussions**(6) 5:5 12:14 12:22 13:9 16:14 21:1

**dispute**(1) 16:4
**disrespect**(1) 10:12
**district**(1) 1:2
**dla**(2) 2:57 2:57
**document**(5) 7:13 7:16 7:19 10:11 11:25 12:2 12:7 21:3
**documents**(27) 5:8 5:13 5:14 5:18 5:19 5:22 5:24 6:2 6:7 6:8 6:16 6:18 7:3 7:21 9:8 9:13 12:10 14:12 14:21 15:20 15:24 15:24 16:7 16:8 16:10 17:20 17:25

**dodgers**(1) 20:5
**doesn't**(1) 12:4
**don't**(16) 5:9 9:16 12:24 13:2 14:11 16:20 17:16 17:22 18:3 19:3 19:8 20:3 20:9 20:15 21:2 21:13

**done**(2) 8:9 8:19
**dragging**(1) 20:18
**due**(2) 9:11 11:4
**duration**(1) 18:17
**during**(1) 6:19
**duties**(1) 8:8
**each**(8) 7:3 7:12 7:16 7:19 10:11 11:25 12:2 12:6

**earlier**(1) 14:21 15:1
**early**(2) 8:15 21:10
**easy**(1) 19:4
**ecro**(1) 1:36

02/09/12 17:36:49

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

edwin(1) 2:54
effect(1) 14:4
either(2) 19:10 21:12
electronic(2) 1:45 22:5
enable(1) 16:14
engaged(3) 9:3 9:17 9:25
england(1) 5:8
english(5) 5:15 6:20 7:23 11:3 13:6
enough(1) 10:11
enter(2) 13:24 16:24
entered(1) 10:21
entering(3) 12:23 12:24 18:9
entire(1) 14:15
entry(1) 15:14
ernest(1) 12:11
ernst(1) 2:34
esq(20) 1:25 1:26 1:31 1:32 2:6 2:10 2:11
2:12 2:20 2:22 2:26 2:35 2:37 2:41 2:46
2:52 2:54 2:58 3:3 3:7

essentially(1) 6:7
even(2) 17:4 17:17
evening(1) 4:24
ever(1) 15:6
everyone(5) 4:3 4:12 8:7 15:14 21:16
everyone's(1) 20:21
evidently(1) 5:24
examine(1) 12:2
example(2) 7:7 16:9
exchange(4) 14:8 15:10 15:16 17:21
exchanged(1) 17:17
exclusively(1) 15:5
excuse(1) 18:11
exercise(6) 9:18 10:13 12:19 14:15 14:17
14:18

expect(1) 7:17
expedited(1) 13:11
extend(1) 18:22
extended(2) 11:16 11:25
extends(1) 17:11
extension(4) 4:17 6:15 10:17 14:2
extra(1) 20:10

fact(3) 5:11 6:10 12:3
faith(1) 8:8
familiar(1) 17:19
far(2) 16:17 20:23
february(4) 1:13 4:1 17:5 22:9
feel(1) 13:21
feld(1) 2:9
fide(2) 6:1 8:8
filed(2) 5:11 6:13
final(1) 21:3
fine(1) 19:1
finger(1) 2:5
firm(2) 9:25 15:5
first(9) 4:23 5:5 8:10 10:9 11:22 14:6
15:15 20:24 21:6

flow(1) 6:23
folks(2) 17:24 19:4
follow(1) 20:5
for(41) 1:2 1:21 2:4 2:9 2:16 2:18 2:25
2:34 2:44 2:49 2:57 3:2 3:6 4:5 4:22 5:12
6:15 6:20 6:23 7:1 7:3 7:5 7:7 8:9 8:15
11:5 11:11 11:24 11:25 12:6 12:25 14:4 15:13
16:9 17:2 17:4 17:23 18:3 18:13 19:4
20:3 20:13

force(1) 11:3
foregoing(1) 22:4
foreign(2) 2:17 2:50
form(5) 5:25 6:10 8:8 11:25 18:5
format(1) 14:9
forward(5) 5:2 7:1 8:1 18:1 20:22
four(1) 6:17
fourteen(5) 10:16 10:20 17:3 17:11 17:12
fourteen-day(2) 6:15 14:2
frankly(1) 10:8 16:6

fred(1) 2:10
from(13) 4:19 5:15 5:19 6:23 9:4 9:9 9:14
9:22 13:15 14:2 15:5 15:25 22:5

full(1) 13:24
further(3) 11:11 12:21 16:11
get(5) 5:3 11:12 11:17 16:15 21:6
ginger(1) 1:36
give(2) 6:20 13:1
given(1) 6:22
giving(1) 12:4
global(2) 9:25 10:4
going(8) 4:16 11:1 11:5 13:7 14:3 17:1
18:1 20:18

good(10) 4:2 4:20 4:21 8:8 8:13 8:14
16:15 17:2 17:24 21:16
got(1) 19:10
gottlieb(1) 1:23 7:2 7:15 16:13
gross(2) 1:18 4:2
group(2) 2:45 8:25
guidance(2) 11:11 21:13
gump(1) 2:9
guyder(1) 2:35
had(7) 4:24 5:5 5:18 8:24 14:17 15:1 21:1
hadley(1) 2:45
hamilton(1) 1:23
happen(3) 10:19 11:2 11:5
happens(1) 20:13
happy(5) 7:25 8:17 11:15 12:17 13:8
harm(2) 12:25 16:19
harrisburg(1) 1:40
harron(6) 2:54 18:11 18:13 18:14 18:24
18:25

has(7) 7:8 9:18 10:18 11:15 13:23 13:24
19:2

hasn't(1) 7:23
hauer(1) 2:9
have(42) 4:11 4:11 4:16 4:25 5:12 5:13
5:14 6:9 6:14 6:14 6:22 7:11 8:8 8:24 9:5
9:7 9:13 9:17 9:19 10:8 10:12 10:21
10:23 10:23 11:1 11:3 11:8 11:12 12:6
13:20 14:2 15:21 15:24 15:25 16:23 17:15
17:24 19:22 19:23 20:20 21:3 21:9

haven't(2) 4:24 19:2
having(5) 5:16 5:17 5:22 6:12 8:7
hear(1) 11:12
hearing(3) 17:4 18:10 22:1
helpful(7) 7:11 7:14 8:7 11:24 12:5 12:13
16:12

herbert(18) 2:19 6:13 6:16 8:4 8:25 9:1
9:4 9:14 9:20 10:2 10:25 12:11 14:12
14:16 14:23 15:3 17:18 17:23

here(4) 4:3 4:3 11:4 20:18
here's(1) 15:7
hesitate(1) 21:13
hill(1) 2:52
hodara(1) 2:10
hold(2) 15:14 19:22
holders(1) 2:44
honor(29) 4:18 5:23 6:8 7:18 8:14 8:21
10:7 10:16 11:1 11:13 13:16 13:21 14:22
17:7 17:12 18:5 18:11 18:23 19:6 19:9
19:16 19:21 20:1 20:10 20:15 21:5 21:14
21:15 21:18
honorable(1) 1:18
hope(2) 4:3 20:9
how(3) 9:9 13:19 19:3
howard(1) 1:26
however(1) 13:8
hubbard(3) 2:25 4:19 10:3
hughes(3) 2:25 4:19 10:2
i'd(2) 10:7 18:18

i'll(1) 17:7
i'm(7) 15:25 16:5 16:8 17:1 18:7 20:17
20:18

i've(1) 6:20
identify(2) 16:12 16:13
identifying(1) 15:17
immediately(1) 17:24
important(1) 8:22
impose(1) 21:2
impossible(1) 11:9
inc(1) 1:8
include(1) 9:23
including(2) 7:5 13:12
incorrectly(1) 5:6
indeed(1) 8:19
indefinite(2) 18:17 18:22
indicated(1) 7:22
indifferent(1) 5:7
information(10) 6:3 7:9 7:10 7:11 7:17
8:5 12:7 16:2 17:20 17:21

ingersol(1) 2:40
injunction(9) 6:22 6:23 11:4 16:19 16:20
17:4 18:10 18:16 20:25

innings(1) 20:10
input(1) 10:5
instance(2) 8:10 20:24
instead(2) 11:23 18:21
intended(1) 9:10
interim(1) 13:22
interlineate(1) 19:2
interrupt(1) 20:13
interrupting(1) 18:13
into(3) 10:6 18:17 20:9
involve(1) 19:3
involved(15) 6:5 8:24 9:1 9:5 9:6 9:12
9:14 9:21 12:8 12:16 14:17 14:17 15:4
15:6 16:14

irrelevant(1) 14:1
irreparable(2) 12:25 16:19
issue(3) 4:4 11:12 13:25
issues(5) 5:1 8:9 8:18 13:12 13:13 16:11
21:12

it's(15) 5:19 6:21 8:21 11:9 12:19 13:2
13:4 13:22 14:1 14:11 14:13 16:25 17:7
18:17 19:18
items(1) 16:4
itself(1) 13:1
james(1) 1:25
john(1) 2:20
joint(13) 2:16 2:49 4:15 4:19 5:6 6:17
7:25 8:4 10:25 14:3 14:13 16:14 16:24

jointly(1) 1:6
joking(1) 20:16
jowitt(1) 9:23
judge(4) 1:18 1:19 4:2 16:21
jurisdiction(3) 13:4 13:24 16:23
jurisdictional(1) 13:13
just(13) 4:8 14:13 18:7 18:14 18:16 19:4
19:11 20:3 20:9 20:16 20:19 20:25 21:2

justify(1) 7:18
kahn(1) 2:12
kevin(1) 1:18
key(1) 9:23
kind(3) 6:2 13:8 13:11
know(22) 4:7 7:9 9:24 10:22 11:16 11:23
11:23 12:1 12:6 12:12 12:18 13:10 15:13
16:9 16:20 17:10 19:3 20:14 20:17 20:17
20:17 21:3

knows(1) 20:7
kraidin(1) 2:37
kreller(1) 2:46
kristofer(1) 2:21

large(1) 16:1
last(1) 6:13
later(3) 4:24 19:24 21:7
laughter(2) 20:8 20:11
law(2) 9:25 13:13
lawyer(2) 5:20 6:20
lawyers(5) 6:5 9:1 9:20 9:21 12:3
layton(1) 2:5
learned(1) 6:21
least(2) 8:10 16:1
left(2) 4:10 4:15
legal(6) 5:20 6:6 7:10 9:3 10:1 10:5
let(4) 13:16 13:19 15:15 20:23
let's(4) 19:14 20:3 20:4 20:9
letter(6) 8:3 9:16 9:18 14:9 15:17 21:5
letters(3) 15:16 16:9 17:16
lights(1) 20:8
like(2) 4:6 6:22
liked(1) 4:15
lisa(1) 2:37
listened(1) 5:16
litigation(1) 8:25
litigators(1) 10:13
little(3) 14:25 19:23 19:23
llc(1) 3:2
llp(4) 1:24 1:30 2:9 2:57
long(2) 14:9 21:3
look(4) 5:22 12:20 17:8 20:22
looks(1) 9:13
los(1) 20:5
lot(3) 6:9 7:8 9:17
mace(2) 1:36 4:12
make(6) 4:8 7:18 10:4 10:10 13:19 20:25
makes(1) 9:17
market(1) 1:10
mary(1) 2:41
material(2) 14:14 17:19
materials(5) 5:10 7:7 11:10 13:5 14:8
matter(2) 4:8 22:6
matters(1) 11:18
may(7) 9:13 14:16 14:24 16:10 19:20
19:22 19:23

maybe(2) 10:9 20:6
mccloy(1) 2:45
mcghee(1) 2:21
mean(1) 12:4
meantime(1) 10:20
measures(1) 11:17
meat(1) 5:3
meet(1) 8:7
meetings(2) 9:2 9:22
melnik(1) 2:58
member(1) 4:6
memorandum(1) 5:19
might(6) 7:6 7:18 11:12 12:16 13:19 17:17
millbank(1) 2:45
missed(1) 18:7
mma(1) 9:24
moment(2) 6:1 15:17
monday(2) 10:9 15:11
more(1) 16:10
morning(8) 4:2 4:20 4:21 5:2 6:21 8:13
8:14 10:9

morris(1) 1:30
motion(3) 4:5 16:18 18:6
move(1) 5:1
much(3) 4:21 4:25 19:3
myself(3) 5:17 5:23 5:24
names(2) 4:13 12:8
nature(2) 12:2 16:20
naught(1) 9:18
necessarily(1) 17:16
necessary(4) 9:21 17:5 17:21 17:23
need(11) 6:25 8:2 8:22 9:6 9:19 12:25
13:2 13:12 13:21 17:16 21:13

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| needed(2) 8:6 13:2 | | points(3) 5:4 8:16 13:17 | | require(1) 6:2 | | sounded(1) 5:18 | |
| networks(1) 1:8 2:19 | | portion(1) 16:1 | | respect(4) 9:11 11:4 12:9 12:23 | | speak(2) 12:15 12:17 | |
| new(1) 17:10 | | position(7) 5:1 5:14 5:25 8:6 13:4 18:1 | | respond(1) 8:4 | | speaking(3) 4:14 8:11 11:23 | |
| next(4) 7:16 12:19 12:21 21:10 | | 18:1 | | response(2) 11:21 13:15 | | spells(1) 17:8 | |
| nichols(1) 1:30 | | | | restraining(5) 4:5 16:17 16:25 17:2 18:4 | | spreadsheets(1) 6:7 | |
| night(1) 6:13 | | possibility(1) 8:1 | | result(1) 15:23 | | stable(1) 10:23 | |
| non-consensus(1) 19:10 | | possible(2) 17:16 21:10 | | retained(1) 9:3 | | stand(1) 21:19 | |
| nortel(3) 1:8 2:18 2:25 | | potential(1) 13:3 | | retention(2) 10:3 10:4 | | standards(1) 6:11 | |
| not(27) 5:9 5:17 5:23 5:25 6:4 6:18 7:12 | | power(1) 11:2 | | review(1) 10:3 18:18 | | stargatt(1) 2:51 | |
| 8:11 8:25 9:5 9:11 11:25 12:19 12:23 13:2 | | powerpoint(1) 7:8 | | richard(1) 2:52 | | start(2) 19:23 20:18 | |
| 13:4 13:22 14:11 14:13 14:17 14:25 15:12 | | ppearances(1) 1:21 | | richards(1) 2:5 | | starting(1) 12:6 | |
| 15:24 17:6 17:20 20:25 21:7 | | prefer(1) 15:16 | | right(14) 4:10 6:9 8:12 10:10 11:13 11:18 | | states(3) 1:1 1:19 11:5 | |
| | | preliminary(3) 17:4 18:10 20:25 | | 11:20 18:3 19:1 19:7 20:4 20:21 21:8 | | stating(1) 8:6 | |
| nothing(1) 11:5 | | preparation(1) 6:5 | | 21:16 | | steen(1) 1:23 | |
| nothing's(1) 11:1 | | prepared(5) 6:4 6:4 7:4 7:4 7:5 | | | | still(2) 12:12 16:4 | |
| notice(1) 4:22 | | present(1) 13:12 | | robin(1) 9:23 | | strange(1) 14:12 | |
| now(6) 5:22 6:9 17:2 17:4 17:10 18:3 | | presentation(3) 5:17 7:8 7:18 | | rockstar(2) 16:22 16:22 | | strauss(1) 2:9 | |
| numbers(1) 6:8 | | presented(3) 6:8 12:10 13:12 | | rooney(1) 2:40 | | street(3) 1:10 1:39 14:11 | |
| | | press(1) 4:6 | | roster(1) 4:11 | | strongly(1) 13:21 | |
| objection(1) 19:2 | | pressure(2) 10:18 11:18 | | ruggere(1) 3:3 | | subject(2) 7:22 14:4 | |
| obtained(1) 6:15 | | previously(1) 15:20 | | rule(1) 17:12 | | submit(3) 6:25 8:3 19:11 | |
| obviously(7) 4:3 4:24 7:8 8:10 12:14 | | printed(1) 18:8 | | ruled(1) 18:16 | | submitted(2) 18:5 18:15 | |
| 12:17 15:3 | | privilege(9) 7:4 7:19 7:22 8:9 8:19 12:2 | | rules(1) 17:10 | | subparts(1) 18:17 | |
| | | 13:14 13:25 18:2 | | ruling(2) 18:19 21:13 | | substantiate(1) 7:3 | |
| off(1) 4:10 | | | | | | such(1) 4:22 | |
| officer(1) 5:25 | | privileged(15) 5:7 5:10 5:13 5:21 5:24 6:1 | | safe(2) 6:12 9:20 | | sufficient(1) 13:1 | |
| okay(3) 14:24 19:7 19:16 | | 6:3 6:11 7:10 12:4 13:6 15:12 15:13 | | said(2) 11:5 11:24 | | suggest(5) 7:14 10:7 10:8 10:19 14:8 | |
| once(2) 8:15 19:10 | | 15:24 16:2 | | sale(2) 16:22 16:22 | | 15:15 18:18 | |
| one(9) 4:14 7:7 10:9 14:11 15:5 15:11 | | | | same(1) 6:21 | | | |
| 19:2 19:22 21:2 | | probably(1) 17:19 | | samis(1) 2:6 | | suggested(2) 5:6 21:6 | |
| | | problem(2) 14:15 18:21 | | saw(1) 18:3 | | suggesting(2) 14:10 17:22 | |
| ones(1) 9:5 | | proceed(1) 12:18 | | say(8) 7:15 8:2 8:3 12:8 12:9 13:3 13:21 | | suggestion(2) 13:19 15:8 | |
| only(1) 16:11 | | proceedings(6) 1:17 1:45 5:15 7:24 13:6 | | 19:8 | | sure(2) 10:10 19:18 | |
| opportunity(1) 11:10 | | 22:6 | | | | suspicion(1) 15:22 | |
| order(16) 4:5 6:3 9:7 13:2 13:24 14:6 | | | | saying(1) 15:25 | | system(1) 15:11 | |
| 16:17 16:25 17:2 18:3 18:4 18:6 18:9 | | process(5) 9:1 9:15 9:21 13:18 17:17 | | schedule(3) 13:11 17:3 20:3 | | | |
| 18:15 18:19 18:24 | | produce(1) 6:16 | | schedules(1) 12:15 | | take(2) 7:21 11:2 | |
| | | produced(5) 1:46 6:18 16:8 16:9 16:9 | | scheduling(3) 12:21 18:9 19:23 | | taken(1) 5:22 | |
| other(3) 5:12 11:18 12:15 | | production(1) 5:15 | | scheme(1) 14:1 | | taking(2) 4:22 8:15 | |
| our(4) 4:14 11:14 13:4 15:8 | | promptly(1) 17:15 | | schuylkill(1) 1:39 | | talking(2) 5:18 16:7 | |
| out(1) 11:24 17:8 18:8 21:6 | | proposes(1) 18:16 | | schweitzer(1) 9:2 | | taylor(1) 2:51 | |
| outline(2) 14:10 15:11 | | proposing(1) 13:18 | | second(4) 5:16 9:16 10:16 19:22 | | team(1) 14:13 | |
| outset(2) 4:9 10:14 | | protection(1) 13:22 | | securities(2) 3:2 3:2 | | teams(2) 10:3 14:16 | |
| over(5) 13:24 13:25 16:21 16:24 19:4 | | provide(4) 7:2 9:3 15:19 17:25 | | see(3) 7:17 8:19 12:24 | | telephone(7) 4:12 8:11 15:18 15:21 15:22 | |
| oversaw(1) 16:22 | | providing(1) 9:25 | | seeing(1) 20:22 | | 16:3 16:16 | |
| overseeing(1) 16:21 | | purpose(1) 7:5 | | seems(4) 8:1 12:20 14:9 20:25 | | | |
| overy(1) 2:34 | | pursue(1) 7:25 | | seen(3) 5:17 15:24 19:3 | | telephonic(2) 1:17 2:1 | |
| | | put(4) 7:15 11:17 11:24 21:5 | | self(1) 5:23 | | tell(1) 5:23 | |
| p.m(2) 20:4 21:3 | | | | self-evidently(1) 5:21 | | temporary(5) 4:5 16:17 16:25 17:2 18:4 | |
| pages(1) 6:7 | | question(3) 5:7 6:18 7:20 | | selina(1) 2:58 | | ten(2) 17:9 17:10 | |
| papers(2) 4:24 6:13 | | questions(2) 6:9 9:14 | | send(2) 15:17 15:19 | | terms(3) 8:7 8:22 13:18 | |
| pardon(1) 18:13 | | quickly(2) 5:4 17:8 | | sense(3) 9:17 16:10 21:1 | | than(1) 14:9 18:15 | |
| part(1) 14:3 | | quite(1) 6:19 | | sensitive(1) 4:7 | | thank(12) 4:21 8:12 8:14 11:20 17:14 | |
| participants(1) 14:14 | | | | sent(2) 15:1 15:20 | | 18:25 18:25 19:13 20:2 21:14 21:15 21:18 | |
| participated(1) 10:14 | | raise(1) 13:3 16:11 | | serious(1) 6:20 | | | |
| participating(1) 15:18 | | raised(2) 4:4 8:17 | | service(2) 1:38 1:46 | | thanks(1) 21:20 | |
| participation(3) 8:23 9:8 20:22 | | rather(1) 14:9 14:10 | | services(1) 1:38 | | that(144) 4:6 4:7 4:8 4:12 4:14 4:15 5:4 | |
| particular(5) 8:13 7:3 7:6 7:12 7:19 9:23 | | really(5) 7:23 13:4 16:20 17:10 21:2 | | set(2) 10:10 10:10 | | 5:5 5:6 5:8 5:10 5:10 5:11 5:14 5:16 5:20 | |
| 12:10 16:4 | | reason(1) 21:2 | | short(1) 4:22 | | 5:23 5:24 6:2 6:12 6:13 6:17 6:19 6:22 | |
| | | rebecca(1) 3:7 | | should(9) 10:14 10:19 10:21 12:9 13:1 | | 6:23 6:24 6:25 6:25 7:1 7:6 7:8 7:10 7:11 | |
| parties(9) 4:6 4:13 5:12 13:25 15:18 16:5 | | receive(1) 4:23 | | 14:11 15:18 16:13 18:21 | | 7:12 7:17 7:18 7:21 7:25 8:1 8:16 8:18 | |
| 16:13 17:15 20:24 | | received(1) 16:1 | | | | 8:21 8:22 9:1 9:4 9:12 9:12 9:16 9:18 | |
| | | recess(1) 21:19 | | shouldn't(1) 18:20 | | 9:19 9:22 9:24 10:2 10:4 10:7 10:10 | |
| parts(3) 7:6 7:9 7:20 | | recognize(2) 8:22 10:16 | | shown(1) 5:10 | | 10:16 10:17 10:18 10:19 10:20 10:20 | |
| path(1) 8:1 | | record(2) 4:14 5:10 | | shows(1) 5:11 | | 10:22 10:22 10:22 10:25 11:1 11:2 11:6 | |
| pennsylvania(1) 1:40 | | recorded(1) 1:45 | | side(2) 14:7 21:12 | | 11:8 11:10 11:14 11:15 11:16 12:1 12:3 | |
| pension(5) 5:8 6:14 6:18 7:24 | | recording(1) 1:45 22:5 | | simultaneous(2) 14:8 15:10 | | 12:4 12:7 12:8 12:8 12:12 12:14 12:18 | |
| people(7) 6:13 9:4 10:10 12:8 12:15 16:15 | | redacted(2) 7:6 7:21 | | since(2) 11:5 17:16 | | 12:18 12:24 13:1 13:3 13:3 13:4 13:6 | |
| 17:18 | | redaction(1) 7:23 | | situation(1) 10:23 | | 13:8 13:9 13:11 13:17 13:20 13:21 13:23 | |
| | | reed(1) 2:25 | | smith(17) 2:19 6:14 6:16 8:4 9:1 9:4 9:14 | | 13:24 14:4 14:4 14:7 14:9 14:15 14:16 | |
| perhaps(4) 7:9 11:24 12:13 16:4 | | referred(1) 14:20 | | 9:20 10:2 10:25 12:11 14:12 14:16 14:23 | | 14:16 14:17 14:20 14:24 15:1 15:2 15:10 | |
| period(2) 6:19 14:4 | | reflect(1) 7:10 | | 15:3 17:18 17:24 | | 15:13 15:17 15:21 15:22 15:22 15:23 | |
| person(1) 9:24 | | regarding(1) 5:20 | | | | 15:25 15:25 16:3 16:12 16:14 16:20 16:22 | |
| phone(3) 10:15 11:8 21:10 | | regulator(3) 5:8 6:19 7:24 | | smith's(1) 8:25 | | 17:2 17:8 17:16 17:17 17:18 17:20 17:21 | |
| piper(2) 2:57 2:57 | | regulators(1) 6:14 | | snafu(1) 19:24 | | 18:9 18:15 18:20 18:24 19:12 19:12 19:20 | |
| place(1) 11:17 15:14 | | related(1) 13:14 | | some(5) 7:6 9:13 10:17 12:21 13:11 | | 20:13 21:1 21:6 21:6 21:9 22:4 | |
| plain(1) 18:7 | | relating(4) 4:4 14:21 15:20 21:12 | | something(1) 5:20 | | | |
| play(1) 20:19 | | relation(2) 7:16 13:6 | | somewhat(1) 4:7 | | that's(10) 5:11 6:19 8:2 17:5 19:1 19:7 | |
| point(8) 5:16 9:17 11:22 12:6 12:17 14:6 | | removed(1) 10:18 | | song(1) 3:7 | | 20:12 20:12 20:19 21:2 | |
| 14:10 15:11 | | representatives(2) 2:17 2:51 | | sorry(1) 18:7 | | | |
| | | represented(1) 11:1 | | sound(2) 1:45 22:5 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|
| | | | | | |

**the**(224) 1:1 1:2 1:18 4:2 4:4 4:4 4:6 4:6 4:8 4:11 4:12 4:13 4:15 4:16 4:19 4:20 4:23 4:23 4:24 5:1 5:3 5:4 5:5 5:6 5:7 5:8 5:9 5:10 5:11 5:11 5:12 5:15 5:16 5:18 5:19 5:22 6:2 6:5 6:7 6:12 6:12 6:13 6:14 6:15 6:16 6:17 6:17 6:18 6:21 6:23 7:1 7:2 7:3 7:6 7:11 7:12 7:15 7:16 7:19 7:20 7:20 7:21 7:22 7:23 7:24 7:24 8:4 8:6 8:9 8:10 8:11 8:12 8:18 8:23 8:24 8:25 9:4 9:5 9:7 9:20 9:20 9:22 9:23 9:24 10:3 10:10 10:14 10:16 10:20 10:22 10:23 10:25 11:2 11:3 11:4 11:9 11:10 11:12 11:13 11:15 11:18 11:18 11:20 11:22 11:25 12:1 12:2 12:3 12:8 12:9 12:14 12:15 12:19 12:25 13:4 13:5 13:10 13:13 13:14 13:15 13:17 13:18 13:22 13:22 13:22 13:23 13:25 14:1 14:2 14:3 14:6 14:7 14:12 14:14 14:15 14:16 14:19 14:20 14:24 14:25 15:4 15:6 15:7 15:9 15:14 15:15 15:16 15:16 15:17 15:18 15:20 15:24 15:25 16:4 16:13 16:14 16:14 16:17 16:18 16:20 16:21 16:21 16:22 16:22 16:23 16:24 17:3 17:5 17:9 17:9 17:10 17:14 17:15 17:21 17:23 17:24 17:25 18:1 18:4 18:6 18:7 18:9 18:12 18:14 18:15 18:16 18:18 18:18 18:20 18:22 19:1 19:7 19:8 19:12 19:14 19:14 19:18 19:22 19:24 20:2 20:5 20:6 20:17 20:19 20:22 20:23 20:24 20:24 21:3 21:4 21:5 21:8 21:11 21:16 21:19 22:1 22:4 22:5 22:5 22:6

**their**(8) 4:13 8:7 10:5 11:2 11:3 17:25 17:25 18:1

**them**(10) 4:25 6:4 7:2 7:4 9:15 11:2 14:14 16:1 16:16 20:6

**then**(10) 11:10 12:13 12:20 14:2 15:14 15:21 16:3 16:4 16:14 18:7

**there**(9) 7:5 7:9 7:20 12:13 15:5 16:3 16:19 17:18 21:12

**there's**(10) 6:25 8:16 10:18 10:20 12:24 12:25 13:8 14:2 15:13 16:10

**thereafter**(1) 12:14

**these**(18) 6:8 7:3 9:6 9:7 9:8 9:13 10:5 11:7 11:10 11:16 13:6 14:12 14:21 15:23 16:6 16:8 17:20 17:23

**they**(29) 5:9 5:13 5:23 6:1 6:1 6:4 6:10 7:4 7:5 7:18 8:3 8:25 9:9 9:9 10:5 11:24 12:7 12:8 12:9 12:10 12:16 12:18 12:19 14:4 14:14 15:11 15:12 15:12 20:9

**they're**(4) 6:3 12:4 12:4 12:16

**they've**(1) 14:13

**thing**(3) 10:9 10:19 21:6

**things**(2) 12:3 14:1

**think**(34) 4:10 5:1 5:6 7:22 8:2 8:6 8:16 8:21 9:16 10:13 10:18 11:6 11:14 11:16 11:24 12:5 12:12 13:2 13:16 13:17 14:1 14:7 14:11 15:13 15:16 16:10 16:12 16:25 17:5 17:8 17:16 17:18 17:22 18:3

**this**(33) 4:7 4:18 5:2 5:2 5:25 6:1 6:21 8:2 8:9 9:1 9:3 9:15 9:17 9:21 10:6 10:13 10:21 12:17 13:5 13:23 14:4 14:17 15:15 16:16 17:19 17:19 18:13 19:9 19:14 20:3 20:3 20:4 20:13

**thomas**(1) 2:46

**those**(16) 5:14 8:22 8:23 9:2 9:5 9:8 9:14 9:22 10:12 10:13 10:14 12:22 15:4 15:17 19:11

**though**(1) 5:3
**through**(1) 10:11
**throughout**(2) 9:15 10:1

**thursday**(2) 4:1 10:9
**time**(10) 4:17 6:16 6:19 8:24 10:11 10:18 10:23 13:11 13:23 14:5

**timeframe**(1) 17:5
**timeline**(2) 10:22 11:15
**today**(2) 10:8 21:7
**together**(2) 13:17 21:6
**tomorrow**(2) 17:17 21:7
**tpr**(2) 4:16 14:2
**traci**(1) 22:10
**transactional**(2) 9:20 15:4
**transactions**(2) 9:24 15:6
**transcriber**(1) 22:10
**transcript**(3) 1:17 1:46 22:5
**transcription**(2) 1:38 1:46
**tro**(8) 4:23 7:1 10:21 11:6 12:23 12:24 13:22 15:14

**try**(2) 14:6 21:9
**trying**(1) 12:1
**tunnell**(1) 1:30
**turn**(4) 18:23 19:4 19:4 19:6
**tweed**(1) 2:45
**two**(12) 5:4 6:6 7:16 8:3 8:5 11:5 11:6 11:9 13:17 15:12 17:6 18:17

**type**(8) 5:19 7:16 11:25 12:5 12:7 12:21 14:10 17:21

**u.s**(1) 5:12
**uk"**(1) 2:25
**under**(9) 6:11 11:3 12:10 15:21 16:6 16:23 17:10 17:23 20:19

**understand**(4) 9:8 9:12 9:15 17:22
**understanding**(1) 17:24
**undertake**(1) 6:17
**undertaking**(3) 6:20 6:22 13:1
**undertakings**(1) 11:3
**unhappy**(1) 8:11
**united**(3) 1:1 1:19 11:5
**until**(1) 21:1
**upon**(1) 16:18
**urge**(1) 17:15
**usb**(2) 3:2 3:2
**various**(1) 13:13
**very**(8) 4:21 5:4 7:12 8:17 13:21 17:8 17:20 21:11

**view**(2) 6:10 11:14
**violating**(1) 6:23
**voir**(1) 12:1
**volunteer**(1) 8:18
**want**(2) 5:9 21:2
**wanted**(3) 4:8 5:3 18:14
**was**(15) 4:15 7:22 9:11 9:23 9:25 9:25 9:25 15:6 16:21 16:21 17:9 17:22 20:16 20:16 22:1

**washington's**(1) 19:17
**way**(3) 4:11 7:1 14:11
**we'll**(6) 18:23 19:7 19:11 20:19 21:9 21:19
**we're**(8) 8:10 8:20 11:4 11:15 12:17 13:8 16:7 19:25

**we've**(2) 8:19 19:10
**wednesday**(2) 17:4 19:19
**week**(3) 11:6 12:21 21:10
**weeks**(2) 11:6 17:6
**well**(12) 4:3 8:11 9:22 13:16 13:25 14:19 15:7 16:24 20:12 20:12 20:15 21:11
**were**(35) 4:16 5:7 5:18 6:4 6:5 6:5 6:8 6:13 7:4 7:5 8:23 8:25 9:1 9:2 9:2 9:3 9:4 9:9 9:9 9:14 9:21 9:22 12:1 12:3 12:8 12:10 12:11 12:15 14:14 14:16 14:22 15:3 15:4 15:5 19:11

**what**(19) 7:4 7:14 8:2 8:6 8:17 8:22 9:6 9:9 9:19 10:7 10:7 10:19 13:17 14:7 14:15 15:16 17:3 18:16 19:7

**whatever**(2) 8:5 13:12
**when**(6) 6:4 7:4 9:13 11:12 12:16 18:8
**where**(4) 4:10 4:15 5:19 9:8
**whereupon**(1) 22:1
**whether**(8) 6:3 6:4 6:10 7:5 7:20 12:10 12:16 13:5

**which**(4) 10:4 12:10 13:14 16:10
**whiteoak**(1) 2:20
**who**(22) 6:4 6:5 7:4 8:23 9:3 9:5 9:8 9:21 9:22 9:23 9:24 10:12 10:13 10:14 12:15 15:4 15:18 16:13 16:21 16:21 17:19 20:7

**why**(5) 15:11 15:12 17:22 19:8 20:2
**will**(13) 6:17 6:18 9:24 13:3 15:23 16:14 17:21 18:2 18:8 18:9 20:4 20:23 21:5

**willing**(1) 8:20
**wilmington**(2) 1:11 4:1
**with**(20) 4:4 4:16 6:7 6:22 7:2 7:24 8:5 8:11 8:24 9:3 9:11 9:20 10:4 10:22 11:4 12:18 12:23 14:23 15:3 17:19

**withheld**(1) 5:14
**withholding**(1) 5:13
**within**(5) 7:15 8:3 8:5 13:4 17:5
**without**(2) 10:12 11:18
**wonderful**(1) 19:12
**word**(1) 11:2
**worry**(1) 20:15
**would**(35) 4:5 4:25 6:9 7:11 7:14 7:14 7:14 7:17 7:25 8:4 8:7 9:15 9:23 10:2 10:8 10:19 11:8 11:24 12:1 12:5 12:12 12:20 12:23 13:9 13:10 14:8 15:8 15:16 16:12 16:13 17:3 17:14 19:3 19:12 20:12

**writing**(6) 7:15 8:10 9:16 9:18 11:23 12:6
**www.diazdata.com**(1) 1:42
**yes**(9) 4:18 4:20 4:23 11:22 15:9 18:12 18:20 19:6 19:12

**yesterday**(6) 4:4 4:10 4:15 5:5 5:17 7:22
**you**(50) 4:21 5:23 6:9 6:9 7:9 7:17 8:12 8:15 11:11 11:12 11:16 11:20 11:23 11:23 12:1 12:1 12:1 12:6 12:12 12:18 13:10 13:15 14:19 14:20 15:13 16:9 17:10 17:14 17:17 18:18 18:25 18:25 19:4 19:13 19:23 20:2 20:6 20:13 20:14 20:17 20:18 20:18 20:22 21:3 21:6 21:12 21:14 21:15 21:17 21:18

**you'll**(1) 20:5
**you've**(1) 21:1
**young**(3) 2:34 2:51 12:11
**your**(33) 4:18 5:23 6:8 7:18 8:14 8:21 10:7 10:16 11:11 13:16 13:21 14:19 14:22 15:2 17:7 17:12 18:5 18:11 18:19 18:23 19:6 19:9 19:16 19:21 19:25 19:25 20:10 20:15 21:1 21:5 21:14 21:15 21:18

**zelbo**(1) 1:26