UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
DELAWARE DIVISION

FILED

2012 FEB 10 AM 11: 54

Case number 09-10138-KG

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: NORTEL NETWORKS INC., ET AL

Taxpayer number: 1-04-2486332-1

WITHDRAWAL OF

Proof Of Claim For Administrative Expense

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
Bankruptcy - Collections Division
P. O. Box 12548
Austin, TX 78711-2548

1. DATE OF CLAIM AND REQUEST    : 04/13/2011

2. TOTAL AMOUNT OF CLAIM AND REQUEST   : $141,369.93
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2010 TO 12/31/2010

4. THE CLAIM AND REQUEST REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 02/02/2012

Lydia Hewett
Accounts Examiner    (512) 463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $5,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.8-08/5)