Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 01/06/12 | EH | Review amended agenda for 1/10/12 hearing | 0.10 |
| 01/06/12 | EH | Review agenda for 1/10/12 hearing | 0.10 |
| 01/19/12 | EH | Discuss draft agenda for 1/24/12 hearing with J. Smith | 0.20 |
| 01/20/12 | EH | Prepare binder for 1/24/12 hearing | 0.20 |
| 01/20/12 | EH | Review agenda for 1/24/12 hearing | 0.10 |
| 01/20/12 | EH | Review emails from J. Smith and C. Fights regarding draft agenda for 1/24/12 hearing | 0.10 |
| 01/20/12 | EH | Review emails from J. Smith and C. Fights regarding draft adversary status report | 0.10 |
| 01/23/12 | EH | Review amended agenda for 1/24/12 hearing | 0.10 |
| 01/23/12 | EH | Review ECF notices and download order scheduling 3/08/12 omnibus hearing; track hearing date | 0.10 |
| 01/23/12 | EH | Review clerk's notice of cancellation of 1/24/12 hearing | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 1.20 | $288.00 |
| | | | 1.20 | $288.00 |
| | | TOTAL: | 1.20 | $288.00 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 01/03/12 | JRH | Telephone call with L.Behra regarding preparation of fee applications | 0.10 |
| 01/03/12 | LMS | Email to M. Cook regarding fee estimate for December 2011 | 0.20 |
| 01/03/12 | EH | Review ECF notices and download eleventh omnibus order approving quarterly fee applications | 0.10 |
| 01/11/12 | LMS | Review docket regarding objections to BFCA monthly fee application for November | 0.10 |
| 01/11/12 | LMS | Prepare CNO regarding BFCA monthly fee application for November 2011 | 0.10 |
| 01/11/12 | LMS | File CNO regarding BFCA monthly fee application for November | 0.10 |
| 01/11/12 | EH | Review ECF notices and download CNO regarding BFCA November 2011 monthly fee application | 0.10 |
| 01/19/12 | JRH | Telephone call with L. Behra regarding status of fee applications | 0.10 |
| 01/30/12 | LMS | Preparation of BFCA monthly fee application for December 2011 | 0.70 |
| 01/31/12 | RHL | Inform L. Behra to file monthly fee application | 0.10 |
| 01/31/12 | LMS | Preparation of BFCA monthly fee application for December 2011 | 0.30 |
| 01/31/12 | LMS | File BFCA monthly fee application for December 2011 | 0.10 |
| 01/31/12 | LMS | Docket objection deadline regarding BFCA monthly fee application for December 2011 | 0.10 |
| 01/31/12 | EH | Review ECF notices and download BFCA December 2011 monthly fee application; track objection deadline | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 0.20 | $79.00 |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 0.10 | $62.50 |
| | | | 0.30 | $141.50 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMS) | $200.00 | 1.70 | $340.00 |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.30 | $72.00 |
| | | | 2.00 | $412.00 |
| | | TOTAL: | 2.30 | $553.50 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 01/03/12 | EH | File affidavit of service for Prudential 9019 motion | 0.20 |
| 01/05/12 | JES | Review email from C. Fights regarding agenda (.2); review docket for objections to Right Management 9019 motion (.2); respond to email from C. Fights (.1); email E. Hein regarding CNO (.1) | 0.60 |
| 01/05/12 | EH | Review email from J. Smith regarding filing of CNO for Right Management 9019 motion | 0.10 |
| 01/05/12 | EH | Review and respond to email from M. DeCarli regarding CNO for Right Management 9019 motion | 0.10 |
| 01/05/12 | EH | Draft CNO for Right Management 9019 motion | 0.20 |
| 01/05/12 | EH | File CNO for Right Management 9019 motion | 0.10 |
| 01/05/12 | EH | Email filed CNO for Right Management 9019 motion to M. DeCarli | 0.10 |
| 01/05/12 | EH | Review ECF notices and download notice of withdrawal of appearance of D. Buell | 0.10 |
| 01/06/12 | JES | Review order approving Right Management settlement (.1); email R. Boris and C. Brown regarding same (.1) | 0.20 |
| 01/06/12 | EH | Review ECF notices and download order approving Right Management 9019 settlement motion; forward to J. Hoover and J. Smith | 0.10 |
| 01/06/12 | EH | Review 1/06/12 adversary status report | 0.10 |
| 01/09/12 | RHL | Review J. Smith e-mail to H. Jaffe regarding dismissal | 0.20 |
| 01/09/12 | RHL | Review e-mail from H. Jaffe, Esquire regarding Right Management issues | 0.10 |
| 01/09/12 | JES | Review email from H. Jaffe regarding Right Management order and dismissal of adversary proceeding (.1); confer with J. Hoover regarding dismissal and communicating with claims agent (.2); email H. Jaffe in response (.1) | 0.40 |
| 01/10/12 | JES | Revise and supplement stipulation of voluntary dismissal in connection with Right Management adversary (.5); email H. Jaffe regarding same (.2) | 0.70 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 01/12/12 | JES | Follow up with H. Jaffe regarding Right Management stipulation | 0.20 |
| 01/13/12 | JES | Review email from A. Cordo regarding agenda for 1/24/12 hearing (.1); review email from J. Kim regarding agenda (.1); review email from J. Galvin regarding agenda (.1); review agenda and respond regarding status of Prudential 9019 (.2); review email from A. Cordo regarding hearing on 1/24 (.1); review email from J. Kim regarding hearing (.1); review email from E. Bussigel regarding upcoming hearing (.1) | 0.80 |
| 01/17/12 | JES | Review email from H. Jaffe (.1); review and revise Right Management stipulation (.2); email H. Jaffe with updated stipulation (.1); review email regarding status of Wave 3 and 8 preferences (.2); review agenda and update status for Prudential and Right Management (.4) | 1.00 |
| 01/18/12 | RHL | Review e-mail from M. Parikh, Esquire regarding cancellation of trial for CTDI and respond | 0.20 |
| 01/18/12 | RHL | Review e-mail from court's deputy regarding status of CTDI matter and respond | 0.10 |
| 01/19/12 | JES | Confer with J. Hoover regarding items for Nortel agenda (.2); email E. Hein regarding status of Prudential CNO (.2); confer with E. Hein regarding Right Management and Prudential Relocation (.2); respond to email from C. Fights regarding status of Right Management and Prudential Relocation and draft status report (.3); review draft agenda and provide comments to C. Fights (.3) | 1.20 |
| 01/19/12 | EH | File Right Management stipulation of dismissal | 0.20 |
| 01/19/12 | EH | Review follow-up email from J. Smith regarding dismissal of Right Management adversary | 0.10 |
| 01/19/12 | EH | Draft CNO for Prudential 9019 settlement motion | 0.20 |
| 01/19/12 | EH | File CNO for Prudential 9019 settlement motion | 0.10 |
| 01/20/12 | EH | Review 1/19/12 adversary status report | 0.10 |
| 01/23/12 | JES | Review Wave 3 status report (.2); review and respond to email from C. Fights regarding filing Wave 3 status report (.2) | 0.40 |
| 01/23/12 | EH | Review ECF notices and download order approving settlement of Prudential adversary | 0.10 |
| 01/23/12 | EH | Review 1/23/12 adversary status report | 0.10 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 01/30/12 | JRH | Email with K. Sidhu regarding Nortel preference summaries | 0.10 |
| 01/30/12 | JES | Confer with J. Hoover regarding preference actions (.2); review and respond to email from K. Sidhu and draft summary of settlements in four adversary proceedings after reviewing settlement agreements (.5); email B. Hunt and C. Brown regarding reduction and reallocation of Right Management proof of claim (.2) | 0.90 |
| 01/31/12 | JES | Review and respond to email from K. Sidhu after reviewing ON Semiconductor settlement agreement | 0.30 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| <u>PARTNER</u> | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 0.10 | $39.50 |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 0.60 | $375.00 |
| | | | 0.70 | $414.50 |
| <u>ASSOCIATE</u> | | | | |
| JENNIFER E. SMITH | (JES) | $265.00 | 6.70 | $1,775.50 |
| | | | 6.70 | $1,775.50 |
| <u>PARALEGAL</u> | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 2.00 | $480.00 |
| | | | 2.00 | $480.00 |
| | | TOTAL: | 9.40 | $2,670.00 |

**Document Reproduction**

| Date | User | Description | Amount |
|---|---|---|---:|
| 01/31/12 | LMS | Document Reproduction 186 copies | 18.60 |
| | | TOTAL: | $18.60 |

**Delivery Fee - Outside**

| Date | User | Description | Amount |
|------|------|-------------|-------:|
| 01/12/12 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC to Morris Nichols Arsht & Tunnell | 7.50 |
| 01/12/12 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC to post office | 18.00 |
| 01/12/12 | RHL | Delivery Fee - Outside - Vendor: PARCELS, INC multiple inner city deliveries | 36.00 |
|  |  | TOTAL: | $61.50 |

**Local Counsel Fee**

| Date | User | Description | Amount |
|---|---|---|---|
| 01/12/12 | JRH | Local Counsel Fee - Vendor: Womble Carlyle Sandridge & Rice, LLP 8/31 - SERVICES RENDERED AND EXPENSES | 250.00 |
| 01/12/12 | RHL | Local Counsel Fee - Vendor: Womble Carlyle Sandridge & Rice, LLP 10/31-SERVICES RENDERED AND EXPENSES | 2,457.00 |
| 01/12/12 | JRH | Local Counsel Fee - Vendor: Womble Carlyle Sandridge & Rice, LLP 11/30 - SERVICES RENDERED AND EXPENSES | 189.00 |
| 01/12/12 | JRH | Local Counsel Fee - Vendor: Womble Carlyle Sandridge & Rice, LLP 9/30 SERVICES RENDERED AND EXPENSES | 250.00 |
| | | TOTAL: | $3,146.00 |