# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

January 1, 2012 through January 31, 2012

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## HOURS/BILLABLE AMOUNTS BY PROJECT
## NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date: 1/3/2012   End Date: 1/31/2012

**Enter Billing Rate/Hr:** 490.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 0.5 | $490.00 | $245.00 |
| 2 | Reviewing operational management of transition services | 7.8 | $490.00 | $3,822.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 150.5 | $490.00 | $73,745.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 15.2 | $490.00 | $7,448.00 |
| 5 | Fee Applications | 4.0 | $490.00 | $1,960.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 19.3 | $245.00 | $4,728.50 |
| | **Hours/Billing Amount for Period:** | **197.3** | | **$91,948.50** |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 1/3/2012 | Review deferred comp matter | 3 | 1.3 |
| 1/3/2012 | Call with Cleary re case management | 3 | 1.0 |
| 1/3/2012 | 9019 review of claim settlement | 3 | 0.5 |
| 1/3/2012 | Flex approval | 3 | 0.5 |
| 1/3/2012 | Richardson 7 matter | 3 | 1.0 |
| 1/3/2012 | US env reserve review | 3 | 1.3 |
| 1/3/2012 | NSIP matters | 3 | 1.0 |
| 1/4/2012 | 9019 motion re settlement | 3 | 1.3 |
| 1/4/2012 | Call with Cleary re conf agreements | 3 | 1.0 |
| 1/4/2012 | WPB environmental matter, call with Golder and counsel | 3 | 2.5 |
| 1/4/2012 | Japan motion | 3 | 1.0 |
| 1/4/2012 | Lease rejection claim; review settlement | 3 | 1.3 |
| 1/4/2012 | NSIP matters | 3 | 1.5 |
| 1/5/2012 | Rockstar TSA | 3 | 1.0 |
| 1/5/2012 | TSA escrow matters | 3 | 0.5 |
| 1/5/2012 | Richardson 7 matter | 3 | 1.5 |
| 1/5/2012 | WPB reserves and approach to remediation | 3 | 2.5 |
| 1/5/2012 | Japan matter | 3 | 1.0 |
| 1/5/2012 | Prop tax matters | 3 | 0.3 |
| 1/5/2012 | Retention letters | 3 | 1.0 |
| 1/6/2012 | Texas tax audit | 3 | 0.5 |
| 1/6/2012 | Japan matter | 3 | 1.0 |
| 1/6/2012 | Retiree matters | 3 | 1.3 |
| 1/6/2012 | Vendor demand | 3 | 1.0 |
| 1/7/2012 | Prepare fee app | 5 | 4.0 |
| 1/9/2012 | Case management call | 3 | 1.8 |
| 1/9/2012 | Staff call | 3 | 1.5 |
| 1/9/2012 | Call with UCC and bondholders | 4 | 1.0 |
| 1/9/2012 | Prepare for 1/10 meetings re claims and budgets | 3 | 4.5 |
| 1/9/2012 | Flight to NY | 7 | 4.5 |
| 1/10/2012 | Meetings at Cleary related to claims; follow up meetings regarding claims with UCC and bonds; follow on meeting with UCC and Bonds re budget | 4 | 7.5 |
| 1/10/2012 | Meeting with bondholder re status | 4 | 2.0 |
| 1/11/2012 | Meetings at Cleary re deferred comp trust, claims, mediation | 3 | 9.5 |
| 1/12/2012 | Mediation matters | 3 | 2.0 |
| 1/12/2012 | TSA matters | 3 | 1.3 |
| 1/12/2012 | Retiree matters | 3 | 1.3 |
| 1/12/2012 | Richardson 7 matter | 3 | 1.0 |
| 1/12/2012 | Deferred comp discovery matters | 3 | 1.7 |
| 1/13/2012 | Conf agreements | 2 | 1.0 |
| 1/13/2012 | Term sheets for settlements | 3 | 1.3 |
| 1/13/2012 | Flights from NY meetings | 7 | 4.5 |
| 1/13/2012 | Mediation matters; review of certain mediation filings | 3 | 2.5 |
| 1/17/2012 | Weekly case management call | 3 | 2.0 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 1/17/2012 | Weekly staff call | 3 | 1.5 |
| 1/17/2012 | Subsidiary liquidations | 3 | 1.0 |
| 1/17/2012 | Review and discuss with D Herrington vendor matter | 3 | 1.0 |
| 1/17/2012 | Mediation matters | 3 | 2.5 |
| 1/18/2012 | Call with Akin | 4 | 1.0 |
| 1/18/2012 | Employee benefit matters | 3 | 1.0 |
| 1/18/2012 | Mediation matters | 3 | 2.3 |
| 1/18/2012 | Rockstar TSA | 2 | 2.3 |
| 1/18/2012 | 2012 retention matters | 2 | 1.0 |
| 1/19/2012 | Call re tax issues | 3 | 2.5 |
| 1/19/2012 | Call re allocation/mediation | 3 | 3.0 |
| 1/19/2012 | IT matters | 3 | 1.0 |
| 1/19/2012 | LTD/retiree matters | 3 | 2.5 |
| 1/20/2012 | Interco balance issues | 3 | 2.0 |
| 1/20/2012 | SNMP matters | 3 | 2.0 |
| 1/20/2012 | Claims matters | 3 | 3.3 |
| 1/20/2012 | TSA matters | 3 | 2.0 |
| 1/20/2012 | Staffing issues | 2 | 1.5 |
| 1/23/2012 | Weekly staff | 3 | 1.0 |
| 1/23/2012 | Case management call | 3 | 1.3 |
| 1/23/2012 | UCC call | 4 | 1.2 |
| 1/23/2012 | Flight to NY | 7 | 1.3 |
| 1/23/2012 | Claims matters | 3 | 4.5 |
| 1/23/2012 | Insurance matters re Chartis | 3 | 1.0 |
| 1/23/2012 | NDA matters | 3 | 1.3 |
| 1/23/2012 | Sublease rejection claims | 3 | 1.5 |
| 1/23/2012 | Claims staffing and process | 3 | 1.3 |
| 1/24/2012 | Meetings at Cleary re allocation/mediation | 3 | 5.5 |
| 1/24/2012 | Patent matters | 3 | 1.2 |
| 1/24/2012 | Deferred comp matters | 3 | 1.3 |
| 1/24/2012 | Customs stip | 3 | 1.0 |
| 1/24/2012 | Retiree matters | 3 | 2.0 |
| 1/24/2012 | NNL staffing at NNI | 1 | 0.5 |
| 1/24/2012 | TSA extension matters | 2 | 2.0 |
| 1/25/2012 | Japan cash repatriation | 3 | 1.3 |
| 1/25/2012 | Mediation matters | 3 | 3.3 |
| 1/25/2012 | Tax issues | 3 | 2.5 |
| 1/25/2012 | Claims objections | 3 | 2.0 |
| 1/25/2012 | NN call contract | 3 | 0.5 |
| 1/25/2012 | Retiree and ltd matters | 3 | 2.0 |
| 1/25/2012 | Mediation matters | 3 | 1.3 |
| 1/25/2012 | IT matters | 3 | 1.3 |
| 1/26/2012 | Employee benefits matters | 3 | 1.5 |
| 1/26/2012 | Customs stip | 3 | 1.0 |
| 1/26/2012 | Meeting with bondholder re status | 4 | 1.0 |

# NORTEL TIME SHEET

John Ray

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 1/26/2012 | Meetings at Cleary re various matters, including claims, mediation | 3 | 5.0 |
| 1/27/2012 | Flight from NY meetings | 7 | 4.5 |
| 1/27/2012 | Deferred comp discovery matters | 3 | 2.0 |
| 1/27/2012 | Claims resolution | 3 | 1.0 |
| 1/27/2012 | Japan cash repatriation | 3 | 1.3 |
| 1/27/2012 | Various claims and stips for approval | 3 | 1.2 |
| 1/30/2012 | Weekly case management call | 3 | 1.3 |
| 1/30/2012 | UCC call | 4 | 1.5 |
| 1/30/2012 | Claims matters for 1/31/2012 meeting | 3 | 3.3 |
| 1/30/2012 | Flight to NY | 7 | 4.5 |
| 1/31/2012 | Meetings at Cleary re claims | 3 | 8.0 |
| 1/31/2012 | Various matters re TSA's, tax matters, Richardson 7 matters | 3 | 3.0 |