**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

January 1, 2012 through January 31, 2012

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 1,187.60 |
| Travel – Lodging | | 5,306.48 |
| Travel – Meals | | 113.72 |
| Travel – Car Service | | 522.22 |
| Travel – Parking | | 129.00 |
| Office supplies, shipping, and other office related expenses | | 252.95 |
| PACER | | - |
| TOTAL | | $ 7,511.97 |

# Nortel Expense Report

PERIOD: January 1, 2012 through January 31, 2012

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc. Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 1/9/2012 | New York Trip - Airfare | $ 502.80 | | | | | | |
| 1/9/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 1/9/2012 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 1/9/2012 | New York Trip - Hotel tax | | $ 88.31 | | | | | |
| 1/10/2012 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 1/10/2012 | New York Trip - Hotel tax | | $ 88.31 | | | | | |
| 1/10/2012 | New York Trip - Meal | | | $ 13.07 | | | | |
| 1/11/2012 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 1/11/2012 | New York Trip - Hotel tax | | $ 88.31 | | | | | |
| 1/11/2012 | New York Trip - Meal | | | $ 21.51 | | | | |
| 1/11/2012 | New York Trip - Meal | | | $ 57.46 | | | | |
| 1/12/2012 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 1/12/2012 | New York Trip - Hotel tax | | $ 88.31 | | | | | |
| 1/12/2012 | New York Trip - Meal | | | $ 14.15 | | | | |
| 1/12/2012 | New York Trip - Meal | | | $ 7.53 | | | | |
| 1/13/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 1/13/2012 | New York Trip - Parking | | | | | $ 65.00 | | |
| 1/23/2012 | New York Trip - Airfare | $ 684.80 | | | | | | |
| 1/23/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 1/23/2012 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 1/23/2012 | New York Trip - Hotel tax | | $ 88.31 | | | | | |
| 1/24/2012 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 1/25/2012 | New York Trip - Hotel tax | | $ 88.31 | | | | | |
| 1/25/2012 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 1/25/2012 | New York Trip - Hotel tax | | $ 88.31 | | | | | |

# Nortel Expense Report

PERIOD: January 1, 2012 through January 31, 2012

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc. Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 1/25/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 1/26/2012 | New York Trip - Hotel | | $ 575.00 | | | | | |
| 1/26/2012 | New York Trip - Hotel tax | | $ 88.31 | | | | | |
| 1/26/2012 | New York Trip - Car service | | | | $ 22.22 | | | |
| 1/27/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 1/27/2012 | New York Trip - Parking | | | | | $ 64.00 | | |
| 1/31/2012 | Aircell | | | | | | $ 34.95 | |
| 1/31/2012 | WiFi | | | | | | $ 50.00 | |
| 1/31/2012 | Shipping | | | | | | $ 59.66 | |
| 1/31/2012 | Miscellaneous Expense | | | | | | $ 108.34 | |