

USF Collections Department

February 14, 2012

**By: Certified Mail**

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

RE:   Nortel Networks Inc.         Chapter 11     Case No. 09-10138-KG

Dear Clerk:

Please be advised that USAC submitted to the court a request to withdraw its Administrative Proof of Claim (originally filed on May 19, 2009) (Claim No. 1232) in the above referenced matter. Attached please find a Notice of Withdrawal for your handling.

Kindly file and withdraw accordingly.

Sincerely,

E. Michael Lawrence Jr., Mgr., Collections, USAC
ML: dd

Enclosure
cc:  David Capozzi, Acting General Counsel, USAC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Nortel Networks Inc. | ) | Case No. 09-10138-KG |
| | ) | |
| Debtor. | ) | *Chapter 11* |
| | ) | |

---

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF UNIVERSAL SERVICE ADMINISTRATIVE COMPANY

Now comes **Universal Service Administrative Company** and withdraws its Administrative Proof of Claim filed May 19, 2009 in an unliquidated amount, assigned **Claim No. 1232**, with prejudice.

Dated: February 14, 2012                    Universal Service Administrative Company

By _____
E. Michael Lawrence, Jr.
Manager of Collections, USAC

2000 L Street, N.W, Suite 200
Washington, DC 20036
Telephone: (202) 776-0200
Facsimile: (202) 776-0080