

USF Collections Department

February 14, 2012

**By: Certified Mail**

Nortel Networks Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

RE:    Nortel Networks Inc.        Chapter 11    Case No. 09-10138-KG

Dear Clerk:

Please be advised that USAC submitted to the court a request to withdraw its Pre-petition Proof of Claim (originally filed on May 19, 2009) (Claim No. 1231) in the above referenced matter. Attached please find a Notice of Withdrawal for your handling.

Kindly file and withdraw accordingly.

Sincerely,

*E. Michael Lj* [signature]

E. Michael Lawrence Jr., Mgr., Collections, USAC
ML: dd

Enclosure
cc: David Capozzi, Acting General Counsel, USAC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

---

In re:  )
 )
Nortel Networks Inc.  )  Case No. 09-10138-KG
 )
       Debtor.  )  *Chapter 11*
 )

---

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF UNIVERSAL SERVICE ADMINISTRATIVE COMPANY

Now comes **Universal Service Administrative Company** and withdraws its Pre-petition Proof of Claim filed May 19, 2009 in an unliquidated amount, assigned **Claim No. 1231**, with prejudice.

Dated: February 14, 2012       **Universal Service Administrative Company**

By _____
E. Michael Lawrence, Jr.
Manager of Collections, USAC

2000 L Street, N.W, Suite 200
Washington, DC 20036
Telephone: (202) 776-0200
Facsimile: (202) 776-0080