EXHIBIT "B"

| | | | |
|---|---|---|---|
| Nortel Networks Section 1114 | Togut, Segal & Segal LLP | | 2/8/2012 |
| 12/1/2011...12/31/2011 | Summary Report | | 10:35:06 AM |

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| Meals | | 0.0 | 8.50 |
| Photocopies | | 0.0 | 453.50 |
| Telephone | | 0.0 | 181.99 |
| Travel-ground | | 0.0 | 291.89 |
| | Grand Total: | 0.0 | 935.88 |

**Togut, Segal & Segal LLP**
**Client Billing Report**

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| | **Matter: General** | | | |
| 12/1/11 | nberger / Telephone<br>General | E | 0.0<br>75.60 | 75.60<br>Billable |
| #520605 | Conference call held on 11/16/11. | | | |
| 12/1/11 | nberger / Telephone<br>General | E | 0.0<br>35.28 | 35.28<br>Billable |
| #520606 | Conference call held on 11/30/11. | | | |
| 12/1/11 | atogut / Telephone<br>General | E | 0.0<br>3.35 | 3.35<br>Billable |
| #520657 | TS&S monthly telephone for December 2011. | | | |
| 12/1/11 | atogut / Photocopies<br>General | E | 0.0<br>453.50 | 453.50<br>Billable |
| #521500 | TS&S monthly photocopies for December 2011. | | | |
| 12/5/11 | bmoore / Meals<br>General | E | 0.0<br>8.50 | 8.50<br>Billable |
| #523597 | Dinner on 12/5/11 -- worked late re retiree benefits. | | | |
| 12/7/11 | nberger / Telephone<br>General | E | 0.0<br>28.84 | 28.84<br>Billable |
| #520607 | Conference call held on 12/7/11. | | | |
| 12/12/11 | nberger / Travel-ground<br>General | E | 0.0<br>59.88 | 59.88<br>Billable |
| #520083 | Car service from office to home on 12/12/11 at 10:30pm -- worked late on case (1/2 rate billed to non-Nortel client.). | | | |
| 12/13/11 | nberger / Travel-ground<br>General | E | 0.0<br>117.53 | 117.53<br>Billable |
| #521123 | Car service for NB on 12/13/11 after 8pm -- worked late on Nortel case. | | | |

| Nortel Networks Section 1114 | Togut, Segal & Segal LLP | | | 2/8/2012 |
|---|---|---|---|---|
| 12/1/2011...12/31/2011 | Client Billing Report | | | 10:35:40 AM |

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 12/14/11 | nberger / Telephone<br>General | E | 0.0<br>38.92 | 38.92<br>Billable |
| #520608 | Conference call held on 12/14/11. | | | |
| 12/29/11 | nberger / Travel-ground<br>General | E | 0.0<br>114.48 | 114.48<br>Billable |
| #524008 | Car service from office to home on 12/29/11 -- worked late on case. | | | |

|  | Matter Total: | 0.00 | 935.88 |
|---|---|---|---|
|  | Total Time Bill: | | 138,304.00 |
|  | Total Time Non Bill: | | |
|  | Total Costs Bill: | | 935.88 |
|  | Total Costs Non Bill: | | |
|  | Total Non Billable: | | |
|  | Total Billable: | | 139,239.88 |
|  | Grand Total: | | 139,239.88 |