## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re

NORTEL NETWORKS INC., et al.

                Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

        **NOTICE IS HEREBY GIVEN** that **Buchalter Nemer**, A Professional Corporation (the "Firm") has moved to:

        **55 Second Street, 17th Floor**
        **San Francisco, California 94105-3493**

        The Firm's phone and fax numbers, and its email addresses remain unchanged.

                                                        BUCHALTER NEMER,
                                                            A Professional Corporation

Dated: February 16, 2012                        By:  /s/ Shawn M. Christianson
                                                            Shawn M. Christianson, Esq.
                                                            55 2nd Street, 17th Floor
                                                            San Francisco, CA 94105
                                                            Telephone:  (415) 227-0900
                                                            Facsimile:   (415) 227-0770

                                                            Attorneys for Creditors, Oracle America, Inc.
                                                           and Oracle Credit Corporation