IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re                                          :    Chapter 11
                                               :
NORTEL NETWORKS, INC., ET AL.,                 :    Case No. 09-10138 (KG)
                                               :
                          Debtors.             :    (Jointly Administered)
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Karen M. Wagner, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communication agent for the Official Committee of Retired Employees, in the above-captioned cases:

On February 16, 2012, I caused to be served the following document via First-Class Mail on those parties identified on **Exhibit A**:

- Cover Sheet and Fourth Monthly Application of Togut, Segal & Segal LLP, as counsel to the Official Committee of Retired Employees, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period December 1, 2011 Through December 31, 2011 **[Docket No. 7224]**

Dated: February 16, 2012

_____
Karen M. Wagner
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
310.823.9000

State of California    )
                       ) ss
County of Los Angeles  )

Subscribed and sworn to (or affirmed) before me on this 16th day of February, 2012, by Karen M. Wagner, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

# Exhibit A

**Exhibit A**
**Service List**

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Akin Gump | Fred S. Hodara Esq | Ryan C Jacobs Esq | David H Botter Esq | One Bryant Park | New York | NY | 10036-0000 |
| Cleary Gottlieb Steen & Hamilton | James L Bromley | One Liberty Plaza | | | New York | NY | 10006-0000 |
| Elliott Greenleaf | Rafael X. Zahralddin-Aravena | Shelley A Kinsella | 1105 N. Market St Ste 1700 | | Wilmington | DE | 19801-0000 |
| Morris Nichols Arsht & Tunnell LLP | Ann C Cordo | 1201 N Market St | PO Box 1347 | | Wilmington | DE | 19899-1347 |
| Nortel Networks Inc | Attn Accounts Payable | PO Box 13010 | | | Research Triangle Park | NC | 27709-0000 |
| Office of the U.S. Trustee | Thomas P. Tinker. Esq | 844 King St | Ste 2207 Lockbox 35 | | Wilmington | DE | 19801-3519 |
| Richards Layton & Finger | Mark D. Collins Esq | Christopher M Samis Esq | One Rodney Square | 920 N King St | Wilmington | DE | 19801-0000 |