IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>                      Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 7221-7222** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT  )
                                   ) ss.:
COUNTY OF HARTFORD    )

TIM CONKLIN, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as a Case Manager by Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095 and I am not a party to the above-captioned action.

2. On February 17, 2012, I caused to be served personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), samples of which are annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                              /s/ Tim Conklin
                                                                              Tim Conklin

Sworn to before me this
17th day of February, 2012

/s/ Amy E. Lewis
Amy E. Lewis
Notary Public, State of Connecticut


AMY E. LEWIS
NOTARY PUBLIC
MY COMMISSION EXPIRES AUG. 31, 2012

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:   **M1 Professional Services, Inc.**
**Attn: Racehl Yamnik**
**12 Gres Court**
**Bradford, ON L3Z 2S4**
**Canada**

Your claim, in the amount of **$50,271.95** has been transferred, unless previously expunged by Court Order, to:

**Hain Capital Holdings Ltd.**
**Attn: Racehl Yamnik**
**301 Route 17, 7th Floor**
**Rutherford, NJ 07070**

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#7221** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By    /s/ Tim Conklin
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 17, 2012.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:   **Telenet Marketing Solutions**
**Attn: Greg Garrett**
**1915 New Jimmy Daniel Road**
**Bogart, GA 30622**

Your claim, in the amount of **$73,050.00** has been transferred, unless previously expunged by Court Order, to:

**TRC Master Fund LLC**
**Attn: Terrel Ross**
**336 Atlantic Avenue, Suite 302**
**East Rockaway, NY 11518**

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN: BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#7222** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By     /s/ Tim Conklin
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 17, 2012

**EXHIBIT B**

**Telenet Marketing Solutions**
Attn: Greg Garrett
1915 New Jimmy Daniel Road
Bogart, GA 30622

**TRC Master Fund LLC**
Attn: Terrel Ross
336 Atlantic Avenue, Suite 302
East Rockaway, NY 11518

**M1 Professional Services, Inc.**
Attn: Racehl Yamnik
12 Gres Court
Bradford, ON L3Z 2S4
Canada

**Hain Capital Holdings Ltd.**
Attn: Racehl Yamnik
301 Route 17, 7th Floor
Rutherford, NJ 07070

**Cleary Gottlieb Steen & Hamilton LLP**
Attn: James Bromley
One Liberty Plaza
New York, NY 10006