## Nortel Wave 4 Service List
## Via Hand Delivery on Local Wilmington Parties and Via First Class Mail on All Others

**Counsel for Algo Communication Products**
Morris James LLP
Jeffrey Waxman
500 Delaware Ave, Ste 1500
Wilmington, DE 19801

**Counsel to Avotus Corporation**
The Williams Law Firm, P.A.
Brian C Crawford
One Commerce Center
Suite 600
1201 N. Orange Street
Wilmington, DE 19801

**Counsel to Avotus Corporation**
D'Ambrosio LLP
Peter A. Brown
185 Devonshire Street
10th Floor
Boston, MA 02110

**Counsel for Focus Legal Solutions, LLC**
Husch Blackwell LLP
Michael E. Degan
1620 Dodge St., Ste 2100
Omaha, NE 68102

**Counsel for Sigma Systems**
Thorp Reed & Armstrong
Jeffrey M. Carbino
One Commerce Square
2005 Market Street
Suite 1000
Philadelphia, PA 19103

Revonet, Inc.
125 Elm Street
New Canaan, CT 06840

4273379.1