## EXHIBIT A

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended or Superseded and Redundant and No-Basis 503(b)(9) Claims**

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| ABO-MAHMOOD, MOHAMMED<br>1811 BAKER RIDGE RD<br>SHERMAN, TX  75090 | 2601<br>9/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$7,177.45 (P)<br>$12,045.64 (U)<br>$19,223.09 (T) | - (S)<br>- (A)<br>- (P)<br>$20,980.37 (U)<br>$20,980.37 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| AHTEN, TRACY S.<br>1409 GLASTONBURY DR<br>PLANO, TX  75075 | 4743<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$7,408.56 (P)<br>- (U)<br>$7,408.56 (T) | - (S)<br>- (A)<br>- (P)<br>$15,134.15 (U)<br>$15,134.15 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| AKIN, MARJORIE<br>4436 EDMONDSON AVE<br>DALLAS, TX  75205 | 5745<br>10/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$32,353.00 (U)<br>$43,303.00 (T) | - (S)<br>- (A)<br>$4,570.55 (P)<br>$42,004.80 (U)<br>$46,575.35 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| ANDERSON, DEBRA 102 BELTON DRIVE HICKORY CREEK, TX 75065 | 2499 8/31/09 09-10138 Nortel Networks Inc. | - (S) - (A) $3,305.43 (P) - (U) $3,305.43 (T) | - (S) - (A) $6,577.83 (P) $44,315.20 (U) $50,893.03 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| ARGENTO, BENNY J. JR.<br>7820 FOXWOOD DR.<br>RALEIGH, NC  27615 | 8114<br>12/10/11<br>NO DEBTOR | - (S)<br>- (A)<br>$2,245.57 (P)<br>- (U)<br>$2,245.57 (T) | - (S)<br>- (A)<br>- (P)<br>$2,247.57 (U)<br>$2,247.57 (T) | 09-10138<br>Nortel Networks Inc. | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims
## and
## Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| BARHAM, RHONDA<br>5128 LINKSLAND DRIVE<br>HOLLY SPRINGS, NC  27540 | 4186<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$5,729.83 (P)<br>$15,104.60 (U)<br>$20,834.43 (T) | - (S)<br>- (A)<br>$2,802.41 (P)<br>$17,729.85 (U)<br>$20,532.26 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims
## and
## Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| BECKMAN, CHARLES A.<br>2316 COTTONTAIL DR.<br>LEANDER, TX 78641 | 1261<br>5/26/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$61,811.00 (U)<br>$61,811.00 (T) | - (S)<br>- (A)<br>$7,083.28 (P)<br>$63,455.59 (U)<br>$70,538.87 (T) | 09-10138<br>Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| BICKHAM, JEFF D<br>3560 COUNTY ROAD 2338<br>DOUGLASSVIL, TX  75560 | 4056<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$8,368.67 (P)<br>- (U)<br>$8,368.67 (T) | Disallowed | | Claim is redundant of claim 4057 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 4057 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| BICKHAM, JEFF D<br>3560 COUNTY ROAD 2338<br>DOUGLASSVILLE, TX  75560 | 4057<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>$7,602.54 (P)<br>$766.13 (U)<br>$8,368.67 (T) | - (S)<br>- (A)<br>- (P)<br>$8,368.67 (U)<br>$8,368.67 (T) | 09-10138<br>Nortel Networks Inc. | Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| BICKHAM, JEFF D.<br>3560 CR 2338<br>DOUGLASSVILLE, TX  75560 | 202<br>2/6/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$4,835.40 (P)<br>- (U)<br>$4,835.40 (T) | Disallowed | | Claim is redundant of claim 4057 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 4057 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| BONACORDA, ANTHONY 1246 CONNETQUOT AVE CENTRAL ISLIP, NY  11722 | 94 1/29/09 NO DEBTOR | - (S) - (A) - (P) $19,962.00 (U) $19,962.00 (T) | - (S) - (A) - (P) $16,888.01 (U) $16,888.01 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| BOUBY, AMANDA<br>310 LAKESIDE CT<br>SUNRISE, FL  33326 | 2527<br>9/3/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$18,534.24 (U)<br>$18,534.24 (T) | - (S)<br>- (A)<br>$746.44 (P)<br>$18,954.38 (U)<br>$19,700.82 (T) | 09-12515<br>Nortel Networks (CALA) Inc. | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| BRIDGES, CHARLES ROGERS<br>5408 HUNTER HOLLOW DRIVE<br>RALEIGH, NC 27606 | 15<br>1/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$40,565.00 (U)<br>$51,515.00 (T) | Disallowed | | Claim is redundant of claim 8161 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| BROWN, MICHAEL<br>1146 GLENBROOK DRIVE<br>FRANKLIN, TN 37064 | 3769<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$2,493.52 (P)<br>- (U)<br>$2,493.52 (T) | - (S)<br>- (A)<br>- (P)<br>$2,496.28 (U)<br>$2,496.28 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 11 of 135*

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| BROWN, WALTER J.<br>3600 IRONSTONE DR.<br>PLANO, TX 75074 | 148<br>2/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$3,500.75 (P)<br>$63,876.95 (U)<br>$67,377.70 (T) | - (S)<br>- (A)<br>$5,036.48 (P)<br>$61,645.52 (U)<br>$66,682.00 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| CABIBI, FRANCIS<br>160 FISHER CT<br>CALIMESA, CA 92320-1216 | 60<br>1/26/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$43,236.00 (U)<br>$43,236.00 (T) | Disallowed | | Claim is redundant of claim 3132 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 3132 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| CABIBI, FRANCIS J. 160 FISHER CT CALIMESA, CA 92320-1216 | 3132 9/17/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $36,037.76 (U) $36,037.76 (T) | - (S) - (A) - (P) $39,145.14 (U) $39,145.14 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| CANNARELLA, ROBERT A 17 REEVES STREET SMITHTOWN, NY 11787 | 553 3/11/09 NO DEBTOR | - (S) - (A) - (P) $62,052.32 (U) $62,052.32 (T) | - (S) - (A) - (P) $61,918.59 (U) $61,918.59 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims
## and
## Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| CASEY, JAMES<br>2617 SODA SPRINGS DRIVE<br>MCKINNEY, TX  75071 | 2833<br>9/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$7,396.56 (P)<br>$5,310.45 (U)<br>$12,707.01 (T) | - (S)<br>- (A)<br>- (P)<br>$12,803.02 (U)<br>$12,803.02 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| CHALEMELA, DEEPIKA 2916 WATERFORD DR IRVING, TX  75063-3192 | 4712 9/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $39,090.87 (U) $39,090.87 (T) | - (S) - (A) $4,584.91 (P) $39,648.47 (U) $44,233.38 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| CHRISTMANN, DUSTIN<br>1805 CLOVER CREEK DR<br>LONGMONT, CO  80503-7579 | 3612<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$22,493.42 (U)<br>$33,443.42 (T) | - (S)<br>- (A)<br>$1,602.33 (P)<br>$33,612.37 (U)<br>$35,214.70 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: MOSS, DONALD<br>92 UNION AVENUE<br>CRESSKILL, NJ  07626 | 5866<br>10/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$52,988.55 (U)<br>$52,988.55 (T) | Disallowed | | Amended or Superseded claim.<br><br>Claim is redundant of claim 8115 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 8115 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| CLAIMS RECOVERY GROUP, LLC<br>AS ASSIGNEE OF:<br>DONALD M. MOSS<br>92 UNION AVENUE<br>CRESSKILL, NJ  07626 | 8115<br>12/16/11<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$59,230.80 (U)<br>$59,230.80 (T) | - (S)<br>- (A)<br>- (P)<br>$59,230.80 (U)<br>$59,230.80 (T) | 09-10138<br>Nortel Networks Inc. | Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| COLLINS, ROBBIE D<br>2432 GEORGETOWN DRIVE<br>CARROLLTON, TX  75006 | 3205<br>9/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$32,335.99 (U)<br>$32,335.99 (T) | - (S)<br>- (A)<br>- (P)<br>$32,919.24 (U)<br>$32,919.24 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| COLSON, DAMON<br>313 ROY ROGERS LANE<br>MURHPY, TX  75094 | 705<br>3/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$19,180.38 (U)<br>$19,180.38 (T) | - (S)<br>- (A)<br>- (P)<br>$20,781.87 (U)<br>$20,781.87 (T) | 09-10138<br>Nortel Networks Inc. | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| COMPTON, BARRY<br>13105 POWELL RD<br>WAKE FOREST, NC  27587 | 3628<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$5,796.81 (U)<br>$5,796.81 (T) | Disallowed | | Claim is redundant of claim 3629 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 3629 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| COMPTON, BARRY<br>13105 POWELL RD<br>WAKE FOREST, NC  27587 | 3629<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$49,111.02 (U)<br>$49,111.02 (T) | - (S)<br>- (A)<br>- (P)<br>$54,943.35 (U)<br>$54,943.35 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| CONTRERAS, KARLA<br>3809 SAN JACINTO<br>UNIT #C<br>DALLAS, TX 75204 | 5774<br>10/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$4,307.69 (P)<br>- (U)<br>$4,307.69 (T) | - (S)<br>- (A)<br>- (P)<br>$4,268.43 (U)<br>$4,268.43 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| CORONA, RONALD<br>2714 TOWNBLUFF DR.<br>PLANO, TX 75075 | 237<br>2/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$18,406.30 (U)<br>$18,406.30 (T) | - (S)<br>- (A)<br>- (P)<br>$18,966.76 (U)<br>$18,966.76 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims**
**and**
**Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| COYNE, KRISTIN L.<br>212 BAKER ST<br>CHATTANOOGA, TN 37405-4104 | 603<br>3/16/09<br>09-10146<br>Nortel Networks<br>Applications<br>Management<br>Solutions Inc. | - (S)<br>- (A)<br>$4,553.83 (P)<br>- (U)<br>$4,553.83 (T) | - (S)<br>- (A)<br>- (P)<br>$4,553.98 (U)<br>$4,553.98 (T) | 09-10138<br>Nortel Networks Inc. | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| CULVER, JOHN K.<br>3007 BROWNSBORO VISTA DRIVE<br>LOUISVILLE, KY  40242 | 277<br>2/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$38,476.14 (U)<br>$38,476.14 (T) | - (S)<br>- (A)<br>- (P)<br>$38,408.17 (U)<br>$38,408.17 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| CURMON, JACQUELYN N<br>7584 SILVER VIEW LANE<br>RALEIGH, NC  27613 | 6044<br>10/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$2,128.60 (P)<br>$24,456.20 (U)<br>$26,584.80 (T) | - (S)<br>- (A)<br>- (P)<br>$29,379.56 (U)<br>$29,379.56 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| CURMON, JACQUELYN N 7584 SILVER VIEW LANE RALEIGH, NC 27613 | 6045 10/26/09 09-10138 Nortel Networks Inc. | Unspecified* | Disallowed | | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6044 filed by the claimant asserting the same liability. Remaining claim 6044 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| CURTIS, DENNIS 13501 E 92ND ST. N OWASSO, OK 74055 | 4090 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $39,946.44 (U) $39,946.44 (T) | - (S) - (A) $1,935.08 (P) $39,704.04 (U) $41,639.12 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| CUSACK, JOHN 211 EAST MAIN ST APT 2 JOHNSTOWN, NY  12095 | 4029 9/28/09 NO DEBTOR | - (S) - (A) $10,950.00 (P) $322.00 (U) $11,272.00 (T) | - (S) - (A) - (P) $9,272.18 (U) $9,272.18 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.  Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| DANFORTH, JEFFREY<br>25132 FORTITUDE TER<br>CHANTILLY, VA  02152-6052 | 1438<br>6/29/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$48,719.27 (U)<br>$48,719.27 (T) | - (S)<br>- (A)<br>- (P)<br>$38,848.23 (U)<br>$38,848.23 (T) | 09-10138<br>Nortel Networks Inc. | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| DANIEL, BOBBY<br>2045 ENGLEWOOD DR.<br>APEX, NC  27539 | 224<br>2/9/09<br>NO DEBTOR | - (S)<br>- (A)<br>$3,994.72 (P)<br>$60,888.64 (U)<br>$64,883.36 (T) | Disallowed | | Claim is redundant of claim 225 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 225 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 24 of 135*

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| DANIEL, BOBBY 2045 ENGLEWOOD DR. APEX, NC 27539 | 225 2/9/09 09-10138 Nortel Networks Inc. | - (S) - (A) $3,805.54 (P) - (U) $3,805.54 (T) | - (S) - (A) $2,040.62 (P) $67,597.90 (U) $69,638.52 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| DARDEN, KAREN 2705 RIDGEVIEW LN GARLAND, TX 75044 | 119 2/2/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $20,977.44 (U) $20,977.44 (T) | Disallowed | | Claim is redundant of claim 8156 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| DAY, BEVERLY S.<br>54 FLAT RIVER CHURCH RD.<br>ROXBORO, NC 27574 | 3115<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$7,553.80 (P)<br>$22,987.76 (U)<br>$30,541.56 (T) | - (S)<br>- (A)<br>- (P)<br>$32,690.75 (U)<br>$32,690.75 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| DELLER, JILL J.<br>2303 LAKESIDE DRIVE<br>ARLINGTON, TX  76013 | 260<br>2/11/09<br>09-10138<br>Nortel Networks Inc. | $44,594.00 (S)<br>- (A)<br>$2,674.00 (P)<br>- (U)<br>$44,594.00 (T) | - (S)<br>- (A)<br>$7,072.27 (P)<br>$55,948.18 (U)<br>$63,020.45 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Reclassify Secured Status and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Claim is not entitled to secured status and has been reclassified to a priority and/or general unsecured amount as reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| DENNING, GRADY WAYNE 6 CROSSWINDS ESTATES DRIVE PITTSBORO, NC  27312 | 2437 8/31/09 09-10146 Nortel Networks Applications Management Solutions Inc. | - (S) - (A) - (P) $58,750.72 (U) $58,750.72 (T) | - (S) - (A) - (P) $59,091.27 (U) $59,091.27 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| DEPEW, BRUCE 516 NANTAHALA DR DURHAM, NC  27713 | 2633 9/4/09 09-10138 Nortel Networks Inc. | - (S) - (A) $7,051.10 (P) $20,591.95 (U) $27,643.05 (T) | Disallowed | | Claim is redundant of claim 8146 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 8146 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| DEPEW, BRUCE<br>516 WANTAHALA DR<br>DURHAM, NC  27713 | 8146<br>1/9/12<br>NO DEBTOR | - (S)<br>- (A)<br>$10,950.00 (P)<br>$16,693.05 (U)<br>$27,643.05 (T) | - (S)<br>- (A)<br>- (P)<br>$28,502.79 (U)<br>$28,502.79 (T) | 09-10138<br>Nortel Networks Inc. | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| DYKSTRA, JOHN W. 725 TIMBER LANE SHOREVIEW, MN 55126 | 567 3/12/09 09-10138 Nortel Networks Inc. | - (S) - (A) $7,892.00 (P) $48,000.00 (U) $55,892.00 (T) | - (S) - (A) $5,443.89 (P) $54,121.54 (U) $59,565.43 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. <br><br> Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| EDWARDS II, CLYDE L. 5241 LAKE EDGE DR HOLLY SPRIN, NC 27540 | 4076 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $69,276.30 (U) $69,276.30 (T) | - (S) - (A) - (P) $73,824.90 (U) $73,824.90 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| EDWARDS, CLYDE LEE 5241 LAKE EDGE DR. HOLLY SPRINGS, NC  27540 | 342 2/18/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $73,681.82 (U) $73,681.82 (T) | Disallowed | | Claim is redundant of claim 4076 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 4076 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| ERICKSON, LEIGH 2700 BUCK HILL DR. PLANO, TX  75025 | 809 4/2/09 NO DEBTOR | - (S) - (A) $10,950.00 (P) $41,503.76 (U) $52,453.76 (T) | - (S) - (A) $7,059.02 (P) $48,782.15 (U) $55,841.17 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| EVANS, TERRY 16104 XANDER STREET ACCOKEEK, MD 20607 | 2334 8/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) $8,354.90 (P) $4,873.71 (U) $13,228.61 (T) | - (S) - (A) - (P) $13,798.32 (U) $13,798.32 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| FAIR HARBOR CAPITAL, LLC TRANSFEROR: ROBINSON, JACQUELINE B. ANSONIA FINANCE STATION PO BOX 237037 NEW YORK, NY 10023 | 40 1/23/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $84,551.45 (U) $84,551.45 (T) | Disallowed | | Amended or Superseded claim. Claim is redundant of claim 8140 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| FAIR HARBOR CAPITAL, LLC TRANSFEROR: ROBINSON, JACQUELINE B. ANSONIA FINANCE STATION PO BOX 237037 NEW YORK, NY 10023 | 74 1/27/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $42,275.73 (U) $42,275.73 (T) | Disallowed | | Claim is redundant of claim 8140 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ETHINGTON, ALVIN M.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | 234<br>2/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$24,769.20 (U)<br>$24,769.20 (T) | - (S)<br>- (A)<br>- (P)<br>$25,016.89 (U)<br>$25,016.89 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ROBINSON, JACQUELINE<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | 2670<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$31,325.73 (U)<br>$42,275.73 (T) | Disallowed | | Amended or Superseded claim.<br><br>Claim is redundant of claim 8140 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: SMITH, DARRYL D<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | 2683<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$7,089.01 (P)<br>$16,441.55 (U)<br>$23,530.56 (T) | Disallowed | | Amended or Superseded claim.<br><br>Claim is redundant of claim 8139 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: YOUNG, RONALD<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY  10023 | 2739<br>9/8/09<br>09-10138<br>Nortel Networks Inc. | $10,950.00 (S)<br>- (A)<br>$10,950.00 (P)<br>$31,312.44 (U)<br>$42,262.44 (T) | - (S)<br>- (A)<br>$5,851.20 (P)<br>$41,343.34 (U)<br>$47,194.54 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Reclassify Secured Status and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Claim is not entitled to secured status and has been reclassified to a priority and/or general unsecured amount as reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims**
**and**
**Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC TRANSFEROR: ROBINSON, JACQUELINE B. ANSONIA FINANCE STATION PO BOX 237037 NEW YORK, NY 10023 | 6923 1/25/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $10,950.00 (P) $31,325.73 (U) $42,275.73 (T) | Disallowed | | Claim is redundant of claim 8140 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| FAIR HARBOR CAPITAL, LLC TRANSFEROR: ROBINSON, JACQUELINE B. ANSONIA FINANCE STATION PO BOX 237037 NEW YORK, NY 10023 | 6924 1/25/10 09-12515 Nortel Networks (CALA), Inc. | - (S) $42,275.73 (A) - (P) - (U) $42,275.73 (T) | Disallowed | | Requirements of section 503(b)(9) are not met and claim is redundant of claim 8140 filed by the claimant asserting the same liability. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| FEIOCK, GERALD<br>88 GREEN RD.<br>CHURCHVILLE, NY  14428 | 569<br>3/12/09<br>NO DEBTOR | - (S)<br>- (A)<br>$10,950.00 (P)<br>$25,128.53 (U)<br>$36,078.53 (T) | - (S)<br>- (A)<br>- (P)<br>$36,446.72 (U)<br>$36,446.72 (T) | 09-10138<br>Nortel Networks Inc. | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims
## and
## Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| FIELDS, O'DELL M. 19342 GRAND COLONY CT KATY, TX  77449-4565 | 140 2/3/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $65,000.00 (U) $65,000.00 (T) | - (S) - (A) $1,521.19 (P) $43,268.39 (U) $44,789.58 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| FISHBEIN, SHELDON<br>20226 STAGG ST.<br>WINNETKA, CA  91306-2515 | 249<br>2/12/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$11,578.20 (U)<br>$22,528.20 (T) | - (S)<br>- (A)<br>- (P)<br>$21,179.52 (U)<br>$21,179.52 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| FITZPATRICK, JAMES<br>304 FORSYTHE LN<br>DEKALB, IL  60115-2342 | 4377<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$77,947.65 (P)<br>- (U)<br>$77,947.65 (T) | - (S)<br>- (A)<br>$6,070.10 (P)<br>$76,947.59 (U)<br>$83,017.69 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| FITZPATRICK, JAMES HARRY<br>304 FORSYTHE LN<br>DEKALB, IL  60115-2342 | 4376<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Disallowed | | Requirements of section 503(b)(9) are not met and claim is redundant of claim 4377 filed by the claimant asserting the same liability.  Remaining claim 4377 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| FOCHT, RONALD D.<br>7700 HOLLY HEIGHT LN<br>RALEIGH, NC 27615 | 2027<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$25,000.00 (P)<br>- (U)<br>$25,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$32,989.38 (U)<br>$32,989.38 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| FROST, INGGIT<br>4817 MONTEVISTA LN<br>MCKINNEY, TX  75070 | 226<br>2/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$46,825.80 (U)<br>$46,825.80 (T) | - (S)<br>- (A)<br>- (P)<br>$50,524.81 (U)<br>$50,524.81 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| GALLARDO, WILFRIDO<br>166 W. PLUM ST.<br>BRENTWOOD, NY  11717 | 242<br>2/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$11,019.96 (P)<br>- (U)<br>$11,019.96 (T) | - (S)<br>- (A)<br>- (P)<br>$15,235.40 (U)<br>$15,235.40 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| GARRAMONE, MICHAEL ALBERT<br>6404 OTHELLO PLACE<br>DALLAS, TX  75252 | 214<br>2/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$16,231.59 (U)<br>$16,231.59 (T) | - (S)<br>- (A)<br>- (P)<br>$16,167.87 (U)<br>$16,167.87 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| GEARHART, KYLE<br>34 TYLER TRAIL<br>HILTON, NY  14468 | 4291<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$21,468.80 (U)<br>$21,468.80 (T) | - (S)<br>- (A)<br>$759.47 (P)<br>$22,778.00 (U)<br>$23,537.47 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| GLYMPH, STEVEN W<br>1401 DIXIE TRAIL<br>RALEIGH, NC  27607 | 3263<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$8,562.54 (U)<br>$19,512.54 (T) | - (S)<br>- (A)<br>- (P)<br>$19,512.54 (U)<br>$19,512.54 (T) | | Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| GOLDEN, JASON<br>12815 FLEETWOOD DR SOUTH<br>CARMEL, IN  46032 | 1630<br>7/31/09<br>NO DEBTOR | - (S)<br>- (A)<br>$6,322.50 (P)<br>$31,612.50 (U)<br>$37,935.00 (T) | - (S)<br>- (A)<br>$4,696.32 (P)<br>$37,530.53 (U)<br>$42,226.85 (T) | 09-10138<br>Nortel Networks Inc. | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| GREEN, ROBERT 3016 LAKESIDE VIEW COURT CARY, NC 27513 | 437 3/2/09 NO DEBTOR | - (S) - (A) - (P) $40,397.50 (U) $40,397.50 (T) | Disallowed | | Claim is redundant of claim 3152 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 3152 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| GREEN, ROBERT J 3016 LAKESIDE VIEW COURT CARY, NC 27513 | 3152 9/17/09 09-10138 Nortel Networks Inc. | Unspecified* | - (S) - (A) - (P) $40,091.53 (U) $40,091.53 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| GROTH, LOUISE<br>1127 LINCOLN COURT<br>SAN JOSE, CA  95125 | 1524<br>7/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$20,764.00 (U)<br>$31,714.00 (T) | - (S)<br>- (A)<br>- (P)<br>$31,603.20 (U)<br>$31,603.20 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HALL, SCOTT A. 606 O'PHELAN LN GARLAND, TX 75044 | 1858 8/20/09 09-10138 Nortel Networks Inc. | - (S) - (A) $6,362.50 (P) $518.78 (U) $6,881.28 (T) | - (S) - (A) - (P) $6,881.28 (U) $6,881.28 (T) | | Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| HARBISON, SANDRA 5816 STRATFORD LANE THE COLONY, TX 75056 | 2068 8/24/09 09-10138 Nortel Networks Inc. | - (S) - (A) $2,022.44 (P) - (U) $2,022.44 (T) | Disallowed | | Claim is redundant of claim 6599 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6599 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| HARBISON, SANDRA 5816 STRATFORD LANE THE COLONY, TX 75056 | 6598 1/5/10 09-12515 Nortel Networks (CALA), Inc. | - (S) $2,022.44 (A) - (P) - (U) $2,022.44 (T) | Disallowed | | Requirements of section 503(b)(9) are not met and claim is redundant of claim 6599 filed by the claimant asserting the same liability. Remaining claim 6599 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HARBISON, SANDRA 5816 STRATFORD LANE THE COLONY, TX 75056 | 6599 1/5/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $2,022.44 (U) $2,022.44 (T) | - (S) - (A) - (P) $2,466.26 (U) $2,466.26 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| HENINGTON, MARK<br>7015 HELSEM WAY<br>DALLAS, TX 75230 | 362<br>2/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$76,143.41 (U)<br>$76,143.41 (T) | - (S)<br>- (A)<br>$5,405.79 (P)<br>$70,881.31 (U)<br>$76,287.10 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HISCOE, DAVID 3448 BRADLEY PLACE RALEIGH, NC 27607 | 4048 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $79,742.88 (U) $79,742.88 (T) | - (S) - (A) $5,606.70 (P) $77,532.94 (U) $83,139.64 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| HISCOE, DAVID W. 3448 BRADLEY PLACE RALEIGH, NC 27607 | 409 2/26/09 NO DEBTOR | - (S) - (A) $10,500.00 (P) $80,769.00 (U) $91,269.00 (T) | Disallowed | | Claim is redundant of claim 4048 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 4048 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| HOCURSCAK, SHARYN L.<br>35 PIKES HILL ROAD<br>STERLING, MA  01564 | 588<br>3/16/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$36,026.40 (U)<br>$36,026.40 (T) | - (S)<br>- (A)<br>$3,945.50 (P)<br>$32,836.50 (U)<br>$36,782.00 (T) | 09-10138<br>Nortel Networks Inc. | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HUANG, JOCELYN 4525 LONG TREE DRIVE PLANO, TX 75093 | 520 3/9/09 NO DEBTOR | - (S) - (A) - (P) $17,520.00 (U) $17,520.00 (T) | - (S) - (A) - (P) $17,519.99 (U) $17,519.99 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| HUGHES, ROB 521 SUNCREEK DR ALLEN, TX 75013 | 1588 7/23/09 09-10138 Nortel Networks Inc. | - (S) - (A) $10,950.00 (P) $41,788.82 (U) $52,738.82 (T) | Disallowed | | Amended or Superseded claim. Claim is redundant of claim 7231 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 7231 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| HUGHES, ROB<br>AKA ROBIN SCOTT HUGHES<br>521 SUNCREEK DR.<br>ALLEN, TX  75013 | 7231<br>4/26/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$41,788.82 (U)<br>$52,738.82 (T) | - (S)<br>- (A)<br>$6,330.05 (P)<br>$42,356.97 (U)<br>$48,687.02 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 54 of 135*

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified** _____

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| ILUSHIN, VLADIMIR F.<br>5904 MOSSBROOK TRL<br>DALLAS, TX  75252-3206 | 147<br>2/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$43,000.00 (P)<br>- (U)<br>$43,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$35,410.69 (U)<br>$35,410.69 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| JOHNSON, STEVEN M.<br>313 FOGGY BOTTOM<br>SANFORD, NC  27330 | 1508<br>7/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$63,450.00 (U)<br>$63,450.00 (T) | - (S)<br>- (A)<br>- (P)<br>$67,222.63 (U)<br>$67,222.63 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| KASPER, KENNETH W.<br>20927 N SANSOM DR<br>MARICOPA, AZ 85138 | 2215<br>8/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$30,290.00 (U)<br>$30,290.00 (T) | - (S)<br>- (A)<br>- (P)<br>$24,688.51 (U)<br>$24,688.51 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| KEELAN, WILLIAM M.<br>3105 BUCKINGHAM ROAD<br>DURHAM, NC 27707 | 1477<br>7/6/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$73,771.88 (U)<br>$73,771.88 (T) | - (S)<br>- (A)<br>$5,671.24 (P)<br>$71,691.43 (U)<br>$77,362.67 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| KELLY JR, WILLIAM M<br>5217 TROUTMAN LANE<br>RALEIGH, NC  27613 | 3009<br>9/15/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$43,966.08 (U)<br>$54,916.08 (T) | - (S)<br>- (A)<br>- (P)<br>$55,469.15 (U)<br>$55,469.15 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| KENT, SHANNON E.<br>32170 CALLE BALAREZA<br>TEMECULA, CA  92592 | 348<br>2/19/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$34,912.00 (U)<br>$45,862.00 (T) | - (S)<br>- (A)<br>- (P)<br>$44,842.38 (U)<br>$44,842.38 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| KING, CANDICE 4807 PIN OAK PARK APT 82 HOUSTON, TX 770812213 | 175 2/5/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $53,000.00 (U) $53,000.00 (T) | - (S) - (A) $1,342.59 (P) $25,406.29 (U) $26,748.88 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims
## and
## Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| KINGSBURY, DANIEL E<br>221 SADDLEBROOK<br>GARLAND, TX 75044-4642 | 2101<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$6,548.40 (P)<br>$31,245.96 (U)<br>$37,794.36 (T) | - (S)<br>- (A)<br>- (P)<br>$40,169.67 (U)<br>$40,169.67 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| KIRN, JOHN<br>17 KENNY CIRCLE<br>BARRIE, ON  L4N 6C7<br>CANADA | 2090<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$80,750.32 (U)<br>$80,750.32 (T) | - (S)<br>- (A)<br>$1,731.85 (P)<br>$86,564.91 (U)<br>$88,296.76 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 61 of 135*

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| KNIGHT, DANNY L.<br>3204 GREYFIELD WAY<br>MONROE, GA  306566451 | 49<br>1/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$27,405.15 (U)<br>$38,355.15 (T) | - (S)<br>- (A)<br>- (P)<br>$41,872.14 (U)<br>$41,872.14 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| KOOK, FERNGENE<br>3183 NW 85TH AVE<br>CORAL SPRINGS, FL  33065 | 5393<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$23,000.00 (U)<br>$23,000.00 (T) | - (S)<br>- (A)<br>$4,980.30 (P)<br>$26,436.17 (U)<br>$31,416.47 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

Claim to be Modified

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| LAFLEUR, STEPHEN PAUL<br>11119 PAGEWYNNE DR<br>FRISCO, TX  75035 | 2063<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$19,286.47 (U)<br>$30,236.47 (T) | - (S)<br>- (A)<br>- (P)<br>$31,402.58 (U)<br>$31,402.58 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 64 of 135*

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| LAMARQUE, JESSIE<br>15607 FOX MEADOW LANE<br>FRISCO, TX  75035 | 2014<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$35,941.50 (P)<br>- (U)<br>$35,941.50 (T) | - (S)<br>- (A)<br>$5,380.13 (P)<br>$31,535.25 (U)<br>$36,915.38 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| LAMBERT, BOBBIE 320 FOLEY DRIVE GARNER, NC 27529 | 2096 8/24/09 09-10138 Nortel Networks Inc. | - (S) - (A) $10,950.00 (P) $58,646.25 (U) $69,596.25 (T) | - (S) - (A) $5,375.72 (P) $67,856.88 (U) $73,232.60 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| LANCASTER, TERRI L 4101 WILL ROGERS DRIVE SAN JOSE, CA  95117 | 4244 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) $7,297.49 (P) $23,736.92 (U) $31,034.41 (T) | - (S) - (A) - (P) $33,324.60 (U) $33,324.60 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| LASITTER, CAROL M<br>204 CRESTLEIGH ST<br>ROLESVILLE, NC  27571 | 2957<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$8,484.41 (P)<br>$2,849.99 (U)<br>$11,334.40 (T) | - (S)<br>- (A)<br>- (P)<br>$13,055.49 (U)<br>$13,055.49 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| LE, DANIEL N.<br>3452 BRIARGROVE LANE<br>DALLAS, TX  75287-6000 | 2845<br>9/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$18,436.06 (P)<br>- (U)<br>$18,436.06 (T) | - (S)<br>- (A)<br>- (P)<br>$18,664.65 (U)<br>$18,664.65 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| LEE, CATHY L 2001 RED OAK LN CLAYTON, NC  27520 | 5631 9/30/09 09-10138 Nortel Networks Inc. | - (S) - (A) $30,877.83 (P) - (U) $30,877.83 (T) | - (S) - (A) - (P) $30,877.83 (U) $30,877.83 (T) | | Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 70 of 135*

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| LEE, YOWCHYI A<br>6821 MYRTLE BEACH<br>PLANO, TX  75093 | 3162<br>9/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$7,759.42 (P)<br>- (U)<br>$7,759.42 (T) | - (S)<br>- (A)<br>- (P)<br>$8,161.76 (U)<br>$8,161.76 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| LI, HAIYAN<br>1022 CORVETTE DR<br>SAN JOSE, CA  95129-2903 | 4094<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$4,224.48 (P)<br>- (U)<br>$4,224.48 (T) | - (S)<br>- (A)<br>- (P)<br>$4,832.51 (U)<br>$4,832.51 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 72 of 135*

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| LIAW, JERJIANN<br>10610 PINEWALK FOREST CIRCLE<br>ALPHARETTA, GA  30022 | 656<br>3/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$34,892.32 (U)<br>$34,892.32 (T) | - (S)<br>- (A)<br>$2,233.83 (P)<br>$37,651.02 (U)<br>$39,884.85 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MARSHALL, KEITH<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ  07601 | 73<br>1/27/09<br>09-10138<br>Nortel Networks Inc. | $36,224.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$36,224.00 (T) | Disallowed | | Amended or Superseded claim.<br><br>Claim is redundant of claim 8160 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims**
**and**
**Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SANKS, YVONNE M.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | 174<br>2/5/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$84,999.46 (U)<br>$84,999.46 (T) | Disallowed | | Amended or Superseded claim.<br><br>Claim is redundant of claim 8138 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ROWAN, JAMES W.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | 243<br>2/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$36,336.40 (U)<br>$36,336.40 (T) | Disallowed | | Amended or Superseded claim.<br><br>Claim is redundant of claim 8152 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: STANLEY, CHRISTOPHER N.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | 515<br>3/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$60,576.93 (P)<br>- (U)<br>$60,576.93 (T) | Disallowed | | Amended or Superseded claim.<br><br>Claim is redundant of claim 7808 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 7808 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: FINCH, ALBERT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | 1901<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$60,807.74 (U)<br>$60,807.74 (T) | Disallowed | | Claim is redundant of claim 8154 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 8154 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BRIDGES, CHARLES R.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | 2929<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$41,477.31 (U)<br>$52,427.31 (T) | Disallowed | | Amended or Superseded claim.<br><br>Claim is redundant of claim 8161 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: DARDEN, KAREN ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 | 4054 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $34,191.79 (U) $34,191.79 (T) | Disallowed | | Amended or Superseded claim. Claim is redundant of claim 8156 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: STANLEY, CHRISTOPHER N. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 | 7808 7/5/11 09-10138 Nortel Networks Inc. | - (S) - (A) $60,576.93 (P) - (U) $60,576.93 (T) | - (S) - (A) - (P) $60,576.90 (U) $60,576.90 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC. AS ASSIGNEE OF ALBERT FINCH ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07601 | 8154 1/10/12 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $63,240.25 (U) $63,240.25 (T) | - (S) - (A) $1,435.79 (P) $61,804.45 (U) $63,240.25 (T) | | Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 76 of 135*

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| LUGAR, BRENDA W. 2105 LITTLE ROGERS ROAD DURHAM, NC  27704 | 455 3/3/09 09-10138 Nortel Networks Inc. | - (S) - (A) $1,139.65 (P) $41,873.68 (U) $43,013.33 (T) | - (S) - (A) - (P) $41,949.05 (U) $41,949.05 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| LUO, JIANJUN 2813 LAKEFIELD DR. WYLIE, TX  75098 | 712 3/25/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $41,897.60 (U) $41,897.60 (T) | - (S) - (A) $1,927.15 (P) $23,902.49 (U) $25,829.64 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| LUTZ, PAUL M. 4738 JOBE TRAIL NOLENSVILLE, TN 37135 | 719 3/27/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $25,532.76 (U) $25,532.76 (T) | - (S) - (A) $6,540.91 (P) $20,599.34 (U) $27,140.25 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| MADSEN, CLINT 2212 MAUMELLE DRIVE PLANO, TX 75023 | 3370 9/21/09 09-10138 Nortel Networks Inc. | - (S) - (A) $10,950.00 (P) $26,365.02 (U) $37,315.02 (T) | - (S) - (A) $1,952.96 (P) $36,259.63 (U) $38,212.59 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 80 of 135*

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| MANGUM, DAVID R<br>3088 WALTERS RD<br>CREEDMOOR, NC  27522 | 3626<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$13,840.00 (P)<br>$13,840.00 (U)<br>$13,840.00 (T) | - (S)<br>- (A)<br>- (P)<br>$14,293.33 (U)<br>$14,293.33 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| MAROULIS, EFSTATHIOS<br>2430 VICTORY PARK LN APT 2701<br>DALLAS, TX  75219-7608 | 5450<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$34,298.84 (U)<br>$34,298.84 (T) | - (S)<br>- (A)<br>$4,709.12 (P)<br>$31,106.65 (U)<br>$35,815.77 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| MARTIN, WADE<br>4058 BARBER MILL RD<br>CLAYTON, NC  27520 | 3454<br>9/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$55,005.57 (U)<br>$55,005.57 (T) | - (S)<br>- (A)<br>$5,407.43 (P)<br>$56,572.32 (U)<br>$61,979.75 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| MCCOY, ALTON<br>144 ROAN DRIVE<br>GARNER, NC  27529 | 4500<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,797.70 (U)<br>$2,797.70 (T) | Disallowed | | Claim is redundant of claim 4501 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 4501 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| MCCOY, ALTON 144 ROAN DRIVE GARNER, NC 27529 | 4501 9/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $38,595.59 (U) $38,595.59 (T) | - (S) - (A) $1,761.72 (P) $39,702.48 (U) $41,464.21 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| MICHAELS, TESA<br>2333 WELSH TAVERN WAY<br>WAKE FOREST, NC  27587 | 697<br>3/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$52,800.00 (P)<br>- (U)<br>$52,800.00 (T) | - (S)<br>- (A)<br>- (P)<br>$54,109.18 (U)<br>$54,109.18 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| MILFORD, JOHN S<br>4516 SPYGLASS DR<br>LITTLE RIVER, SC  29566 | 2154<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$50,890.00 (U)<br>$50,890.00 (T) | - (S)<br>- (A)<br>- (P)<br>$44,409.77 (U)<br>$44,409.77 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| MILFORD, JOHN S<br>4516 SPYGLASS DR<br>LITTLE RIVER, SC  29566 | 2155<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$41,495.33 (A)<br>- (P)<br>- (U)<br>$41,495.33 (T) | Disallowed | | Requirements of section 503(b)(9) are not met and claim is redundant of claim 2154 filed by the claimant asserting the same liability.  Remaining claim 2154 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| MILLER, JAMES E.<br>1208 W. CRESCENT AVE<br>REDLANDS, CA  92373 | 1757<br>8/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$11,520.00 (P)<br>- (U)<br>$11,520.00 (T) | - (S)<br>- (A)<br>- (P)<br>$13,585.03 (U)<br>$13,585.03 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| MILLER, JANET<br>19278 PARKVIEW RD.<br>CASTRO VALLEY, CA  94546 | 292<br>2/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$40,818.78 (P)<br>- (U)<br>$40,818.78 (T) | - (S)<br>- (A)<br>- (P)<br>$37,884.34 (U)<br>$37,884.34 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 87 of 135*

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| MILLER, JASON<br>1107 OCEAN PARK BLVD<br>APT. D<br>SANTA MONICA, CA  90405 | 1234<br>5/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$27,692.29 (U)<br>$27,692.29 (T) | - (S)<br>- (A)<br>$7,445.08 (P)<br>$24,332.84 (U)<br>$31,777.92 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| MILLER, KAREN<br>11924 SYCAMORE GROVE LN.<br>RALEIGH, NC  27614 | 240<br>2/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$33,744.00 (P)<br>- (U)<br>$33,744.00 (T) | - (S)<br>- (A)<br>$3,433.76 (P)<br>$34,003.49 (U)<br>$37,437.25 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 89 of 135*

# Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| NARAYANAN, RAVI KUMAR<br>2912 MONTELL CT<br>PLANO, TX  75025 | 4018<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$34,404.53 (U)<br>$45,354.53 (T) | - (S)<br>- (A)<br>$6,190.92 (P)<br>$44,282.38 (U)<br>$50,473.31 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims
## and
## Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| NICHOLAS, DANIEL J.<br>5711 CARELL AVE<br>AGOURA HILLS, CA 91301 | 244<br>2/9/09<br>NO DEBTOR | - (S)<br>- (A)<br>$4,230.77 (P)<br>- (U)<br>$4,230.77 (T) | - (S)<br>- (A)<br>- (P)<br>$4,881.13 (U)<br>$4,881.13 (T) | 09-10138<br>Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| NORBURY, THOMAS 59 THUNDER RD MILLER PLACE, NY  11764 | 691 3/23/09 NO DEBTOR | - (S) - (A) - (P) $110,464.04 (U) $110,464.04 (T) | Disallowed | | Claim is redundant of claim 8162 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 8162 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| NORBURY, THOMAS 59 THUNDER RD MILLER PLACE, NY 11764 | 8162 1/11/12 09-10138 Nortel Networks Inc. | $110,464.04 (S) - (A) $10,950.00 (P) - (U) $110,464.04 (T) | - (S) - (A) $5,136.97 (P) $104,946.92 (U) $110,083.89 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.

Reclassify Secured Status and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Claim is not entitled to secured status and has been reclassified to a priority and/or general unsecured amount as reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| O'LEARY, BRENT<br>4054 HANNA WAY<br>ROYSE CITY, TX 75189 | 238<br>2/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$9,654.00 (U)<br>$9,654.00 (T) | - (S)<br>- (A)<br>- (P)<br>$9,644.55 (U)<br>$9,644.55 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| OVERCASH, LISA D.<br>5001 DEER LAKE TRAIL<br>WAKE FOREST, NC 27587 | 419<br>2/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$25,033.14 (P)<br>- (U)<br>$25,033.14 (T) | - (S)<br>- (A)<br>- (P)<br>$36,571.10 (U)<br>$36,571.10 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| PAPROCKI, GERALD 110 SILVER FOX CT CARY, NC 27511 | 6156 11/30/09 09-10138 Nortel Networks Inc. | - (S) - (A) $10,950.00 (P) $13,973.10 (U) $24,923.10 (T) | - (S) - (A) - (P) $24,923.08 (U) $24,923.08 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| PATEL, KISHOR A 2918 OAK POINT DR GARLAND, TX 75044 | 3717 9/24/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $15,948.99 (U) $15,948.99 (T) | - (S) - (A) - (P) $17,595.84 (U) $17,595.84 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| PATEL, KISHOR A.<br>2918 OAK POINT DR.<br>GARLAND, TX  75044-7814 | 388<br>2/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$13,969.00 (U)<br>$13,969.00 (T) | Disallowed | | Claim is redundant of claim 3717 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 3717 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| PAVLIC, TERESA<br>813 GENFORD COURT<br>RALEIGH, NC  27609 | 56<br>1/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$35,000.00 (P)<br>- (U)<br>$35,000.00 (T) | Disallowed | | Claim is redundant of claim 2120 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 2120 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| PAVLIC, TERESA H<br>813 GENFORD COURT<br>RALEIGH, NC  27609 | 2120<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | $8,075.00 (S)<br>- (A)<br>- (P)<br>$28,125.00 (U)<br>$36,125.00 (T) | - (S)<br>- (A)<br>- (P)<br>$39,895.52 (U)<br>$39,895.52 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify Secured Status and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Claim is not entitled to secured status and has been reclassified to a priority and/or general unsecured amount as reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| PERALTA, EDUARDO<br>4768 GRAPEVINE WAY<br>DAVIE, FL  33331 | 1640<br>8/3/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$6,521.41 (U)<br>$17,471.41 (T) | - (S)<br>- (A)<br>- (P)<br>$19,256.77 (U)<br>$19,256.77 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| PHILLIPS, JESSICA<br>1013 ANDIRON LN<br>RALEIGH, NC  27614 | 3621<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$53,633.69 (U)<br>$53,633.69 (T) | Disallowed | | Claim is redundant of claim 3622 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 3622 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| PHILLIPS, JESSICA 1013 ANDIRON LN RALEIGH, NC  27614 | 3622 9/24/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $2,013.18 (U) $2,013.18 (T) | - (S) - (A) $3,847.37 (P) $52,300.24 (U) $56,147.61 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| PISKE, GREGORY<br>1112 SEMINOLE<br>RICHARDSON, TX  75080 | 3518<br>9/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$70,017.85 (U)<br>$80,967.85 (T) | - (S)<br>- (A)<br>$7,207.42 (P)<br>$79,118.49 (U)<br>$86,325.91 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| PLOPPER, DAVID<br>21 FAIRWOOD DR<br>HILTON, NY 14468 | 1811<br>8/19/09<br>09-10138<br>Nortel Networks Inc. | $8,829.51 (S)<br>- (A)<br>$35,996.92 (P)<br>$27,167.41 (U)<br>$35,996.92 (T) | - (S)<br>- (A)<br>- (P)<br>$41,011.86 (U)<br>$41,011.86 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Reclassify Secured Status and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Claim is not entitled to secured status and has been reclassified to a priority and/or general unsecured amount as reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| RAILEY, CHRISTOPHER 5490 LANDSEER WAY CUMMING, GA  30040 | 255 2/11/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $48,937.62 (U) $48,937.62 (T) | - (S) - (A) $4,869.74 (P) $46,534.92 (U) $51,404.66 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 101 of 135*

# Exhibit A

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims
## and
## Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| REED, CHRISTOPHER<br>2608 N. MAIN STE B #146<br>BELTON, TX 76513 | 6279<br>12/15/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$5,121.91 (U)<br>$16,071.91 (T) | - (S)<br>- (A)<br>- (P)<br>$17,715.50 (U)<br>$17,715.50 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| RENUART, JACQUELINE 1621 MEADSTON DR DURHAM, NC  27712 | 4255 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) $2,068.38 (P) $28,115.53 (U) $30,183.91 (T) | - (S) - (A) $2,064.88 (P) $34,089.92 (U) $36,154.80 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims**
and
**Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| REPASS, KATHLEEN AGNES<br>60 LOCUST AVENUE<br>SAN RAFAEL, CA 94901 | 2529<br>9/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | - (S)<br>- (A)<br>$6,071.32 (P)<br>$36,589.12 (U)<br>$42,660.44 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| ROBINSON, JACQUELINE B.<br>3933 LOST CREEK DR.<br>PLANO, TX 75074 | 8131<br>12/30/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$7,264.72 (P)<br>$42,643.38 (U)<br>$49,908.10 (T) | Disallowed | | Claim is redundant of claim 8140 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims
## and
## Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| ROTHFARB, ALLAN<br>15624 BERNARDO CENTER DR APT 3602<br>SAN DIEGO, CA  92127-1866 | 4520<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$23,468.94 (P)<br>- (U)<br>$23,468.94 (T) | - (S)<br>- (A)<br>$5,275.00 (P)<br>$39,101.93 (U)<br>$44,376.93 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| SALEH, OSSAMA A.<br>6617 BATTLEFORD DR<br>RALEIGH, NC  27613 | 1778<br>8/18/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$4,620.80 (P)<br>- (U)<br>$4,620.80 (T) | - (S)<br>- (A)<br>- (P)<br>$4,620.80 (U)<br>$4,620.80 (T) | | Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| SCHNEIDER, PATRICIA<br>5634 CHARLESTOWN DRIVE<br>DALLAS, TX  75230 | 447<br>3/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$5,229.93 (P)<br>$47,833.90 (U)<br>$53,063.83 (T) | - (S)<br>- (A)<br>$6,395.49 (P)<br>$44,454.05 (U)<br>$50,849.54 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| SEARS, RANDOLPH R.<br>4204 SCOTTSDALE ST<br>DURHAM, NC  27712 | 1271<br>6/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$96,888.87 (U)<br>$96,888.87 (T) | - (S)<br>- (A)<br>$5,054.45 (P)<br>$97,009.65 (U)<br>$102,064.10 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims
## and
## Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| SHEA, JOHN L. III 5203 TWIGHT DR FRISCO, TX 75035-7007 | 4 1/20/09 09-10138 Nortel Networks Inc. | - (S) - (A) $1,545.82 (P) $12,772.73 (U) $14,318.55 (T) | - (S) - (A) - (P) $15,186.08 (U) $15,186.08 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims
## and
## Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| SIEMENS, WAYNE<br>941 LAUREN LANE<br>MURPHY, TX  75094 | 725<br>3/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$76,537.89 (U)<br>$76,537.89 (T) | - (S)<br>- (A)<br>$6,804.64 (P)<br>$66,699.30 (U)<br>$73,503.94 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| SMILEY, KATHLEEN<br>159 GIFFIN ROAD<br>LOS ALTOS, CA  94022 | 3966<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$2,945.00 (P)<br>- (U)<br>$2,945.00 (T) | Disallowed | | Claim is redundant of claim 3968 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 3968 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| SMILEY, KATHLEEN<br>159 GIFFIN ROAD<br>LOS ALTOS, CA  94022 | 3968<br>9/25/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$19,403.00 (U)<br>$30,353.00 (T) | - (S)<br>- (A)<br>$3,337.64 (P)<br>$29,920.14 (U)<br>$33,257.78 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 111 of 135*

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| SMITH, GREGORY A.<br>818 VALLEY DRIVE<br>CROWNSVILLE, MD  21032 | 835<br>4/6/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$18,664.00 (P)<br>- (U)<br>$18,664.00 (T) | - (S)<br>- (A)<br>- (P)<br>$17,629.62 (U)<br>$17,629.62 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| SMITH, JAMES R.<br>P.O. BOX 487<br>MURPHYS, CA  95247-0487 | 307<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$13,938.00 (P)<br>- (U)<br>$13,938.00 (T) | - (S)<br>- (A)<br>- (P)<br>$10,460.44 (U)<br>$10,460.44 (T) | 09-10140<br>Nortel Altsystems, Inc. | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| SOWLES, JOHN 520 SUMMIT ROAD WATSONVILLE, CA 95076 | 6838 1/22/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $46,666.14 (P) - (U) $46,666.14 (T) | Disallowed | | Claim is redundant of claim 6840 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 6840 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| SOWLES, JOHN W 520 SUMMIT ROAD WATSONVILLE, CA 95076 | 5608 9/30/09 09-10138 Nortel Networks Inc. | - (S) - (A) $6,496.76 (P) $40,169.38 (U) $46,666.14 (T) | Disallowed | | Claim is redundant of claim 6840 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 6840 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| SOWLES, JOHN W 520 SUMMIT ROAD WATSONVILLE, CA 95076 | 6839 1/22/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $46,666.14 (P) - (U) $46,666.14 (T) | Disallowed | | Claim is redundant of claim 6840 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 6840 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| SOWLES, JOHN W<br>520 SUMMIT ROAD<br>WATSONVILLE, CA  95076 | 6840<br>1/22/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$46,666.14 (P)<br>- (U)<br>$46,666.14 (T) | - (S)<br>- (A)<br>- (P)<br>$46,666.14 (U)<br>$46,666.14 (T) | 09-10138<br>Nortel Networks Inc. | Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| STEGMAN, KENNETH 400 GREEN BROOK DR. ALLEN, TX 75002 | 646 3/19/09 NO DEBTOR | - (S) - (A) - (P) $21,554.48 (U) $21,554.48 (T) | - (S) - (A) - (P) $33,039.65 (U) $33,039.65 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| STEWART, TONY 804 BROOKWATER DRIVE MCKINNEY, TX  75071 | 5765 10/1/09 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) $10,950.00 (P) $29,961.90 (U) $40,911.90 (T) | - (S) - (A) - (P) $30,261.59 (U) $30,261.59 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| STUMPF, TERRY L.<br>4421 WOODMILL RUN<br>APEX, NC  27539 | 410<br>2/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$70,153.92 (P)<br>- (U)<br>$70,153.92 (T) | - (S)<br>- (A)<br>- (P)<br>$76,406.24 (U)<br>$76,406.24 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 118 of 135*

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| THORNTON, SABRINA L 956 DICKENS RD LILBURN, GA 30047 | 4480 9/29/09 09-10138 Nortel Networks Inc. | - (S) - (A) $4,923.07 (P) - (U) $4,923.07 (T) | - (S) - (A) - (P) $5,157.69 (U) $5,157.69 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| TIERNEY, MARK 2300 CROCKETT CT MCKINNEY, TX 75070 | 204 2/6/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $4,955.77 (U) $4,955.77 (T) | Disallowed | | Claim is redundant of claim 2385 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 2385 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
## Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| TIERNEY, MARK D<br>2300 CROCKETT CT<br>MCKINNEY, TX  75070 | 2385<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$5,451.33 (P)<br>- (U)<br>$5,451.33 (T) | - (S)<br>- (A)<br>- (P)<br>$6,060.79 (U)<br>$6,060.79 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| TIMPERIO, TAMI 40200 VILLAGE RD APT 925 TEMECULA, CA 925913513 | 4204 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) $10,950.00 (P) $57,738.46 (U) $57,738.46 (T) | - (S) - (A) $4,522.20 (P) $55,047.34 (U) $59,569.54 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| TIMSON, WAYNE 675 TOBIAS ST SE PALM BAY, FL 32909-8705 | 1242 5/26/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $10,822.14 (U) $10,822.14 (T) | - (S) - (A) - (P) $12,456.53 (U) $12,456.53 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit A**

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| TOLER, KATHLEEN<br>2802 MOCKINGBIRD LN<br>ARKADELPHIA, AR  71923-5348 | 4464<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$14,981.40 (U)<br>$14,981.40 (T) | - (S)<br>- (A)<br>- (P)<br>$25,270.93 (U)<br>$25,270.93 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| TOWNSEND, SCOTT<br>1500 STACY ROAD<br>FAIRVIEW, TX  75069 | 727<br>3/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$25,916.93 (U)<br>$25,916.93 (T) | - (S)<br>- (A)<br>- (P)<br>$27,697.24 (U)<br>$27,697.24 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| UNITED STATES DEBT RECOVERY VIII, LP<br>TRANSFEROR: KURTZ, DAVID<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV  89451 | 4300<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$7,565.48 (U)<br>$7,565.48 (T) | Disallowed | | Claim is redundant of claim 4301 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 4301 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY VIII, LP TRANSFEROR: KURTZ, DAVID 940 SOUTHWOOD BLVD., SUITE 101 INCLINE VILLAGE, NV 89451 | 4301 9/28/09 09-10138 Nortel Networks Inc. | - (S) - (A) $10,950.00 (P) $55,958.74 (U) $66,908.74 (T) | - (S) - (A) $4,134.11 (P) $70,339.01 (U) $74,473.13 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.

Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| VAN TASSEL, DIANE PO BOX 1249 PITTSBORO, NC  27312-1249 | 6206 12/8/09 09-10138 Nortel Networks Inc. | - (S) - (A) $6,486.76 (P) $49,216.16 (U) $55,702.92 (T) | - (S) - (A) - (P) $59,176.84 (U) $59,176.84 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| VOSBURG, WILLIAM<br>3232 NEUSE BANK CT<br>WAKE FOREST, NC  27587 | 3661<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$52,540.86 (U)<br>$52,540.86 (T) | - (S)<br>- (A)<br>$3,291.00 (P)<br>$56,785.18 (U)<br>$60,076.18 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| VOSBURG, WILLIAM E<br>3232 NEUSE BANK CT<br>WAKE FOREST, NC  27587 | 3660<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$7,418.84 (U)<br>$7,418.84 (T) | Disallowed | | Claim is redundant of claim 3661 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 3661 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 125 of 135*

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| WALKER, D CARLISLE<br>5150 NUNNALLY TRAIL<br>GAINESVILLE, GA  30506 | 3240<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,015.84 (P)<br>- (U)<br>$95,150.48 (T) | - (S)<br>- (A)<br>$5,933.48 (P)<br>$95,926.35 (U)<br>$101,859.83 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| WANG, LILY HOH<br>4325 WONDERLAND DR<br>PLANO, TX  75093 | 4309<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$11,613.03 (P)<br>$24,396.93 (U)<br>$36,009.96 (T) | - (S)<br>- (A)<br>$1,966.97 (P)<br>$34,288.99 (U)<br>$36,255.96 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| WARING, JAMES<br>41 SHALLOW STREAM ROAD<br>CARMEL, NY  10512 | 6183<br>12/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$15,194.22 (U)<br>$15,194.22 (T) | - (S)<br>- (A)<br>- (P)<br>$15,194.58 (U)<br>$15,194.58 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| WARING, JAMES R<br>41 SHALLOW STREAM ROAD<br>CARMEL, NY  10512 | 6182<br>12/4/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Disallowed | | Claim is redundant of claim 6183 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 6183 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| WARNER, DAVID L.<br>209 HARDWOOD RIDGE CT.<br>CLAYTON, NC  27520 | 328<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$2,763.08 (P)<br>- (U)<br>$2,763.08 (T) | Disallowed | | Claim is redundant of claim 329 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 329 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| WARNER, DAVID L.<br>209 HARDWOOD RIDGE CT.<br>CLAYTON, NC  27520 | 329<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$17,217.60 (U)<br>$28,167.60 (T) | - (S)<br>- (A)<br>- (P)<br>$31,918.46 (U)<br>$31,918.46 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| WEHN, TIM<br>2116 COBBLESTONE ST<br>SPRINGDALE, AR  72762-5896 | 4731<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$77,560.41 (U)<br>$77,560.41 (T) | - (S)<br>- (A)<br>$6,849.64 (P)<br>$78,487.16 (U)<br>$85,336.80 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| WHITING, MICHAEL<br>8338 NW 37TH STREET<br>SUNRISE, FL  33351 | 2219<br>8/26/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$25,576.95 (U)<br>$25,576.95 (T) | - (S)<br>- (A)<br>- (P)<br>$26,579.49 (U)<br>$26,579.49 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims
## and
## Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| WILLIAMS, BRENT<br>11805 PEMBRIDGE LN<br>RALEIGH, NC 27613 | 6528<br>12/31/09<br>NO DEBTOR | $10,950.00 (S)<br>- (A)<br>$10,950.00 (P)<br>- (U)<br>$10,950.00 (T) | - (S)<br>- (A)<br>- (P)<br>$10,717.59 (U)<br>$10,717.59 (T) | 09-10138<br>Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Reclassify Secured Status and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Claim is not entitled to secured status and has been reclassified to a priority and/or general unsecured amount as reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| | | | | | review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| WILLIAMS, BRENT N 11805 PEMBRIDGE LN RALEIGH, NC 27613 | 5812 10/2/09 09-10138 Nortel Networks Inc. | $4,655.86 (S) - (A) $4,655.86 (P) $5,395.40 (U) $10,051.26 (T) | Disallowed | | Claim is redundant of claim 6528 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 6528 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| WILLIAMS, TRACY A. 3220 W INA RD APT 12207 TUCSON, AZ 857412168 | 150 2/12/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $15,969.20 (U) $15,969.20 (T) | - (S) - (A) - (P) $15,856.46 (U) $15,856.46 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| WONG, TRACY 3700 BARON COOPER PASS UNIT 101 RALEIGH, NC 27612-4195 | 279 2/13/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $11,560.11 (U) $11,560.11 (T) | Disallowed | | Claim is redundant of claim 2287 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 2287 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| WONG, TRACY<br>4600 HENLEY PARK COURT<br>RALEIGH, NC  27612 | 2287<br>8/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$11,487.35 (U)<br>$11,487.35 (T) | - (S)<br>- (A)<br>- (P)<br>$11,554.55 (U)<br>$11,554.55 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| YEH, RAE-LING<br>2143 CHANNEL ISLANDS DR.<br>ALLEN, TX  75013 | 1326<br>6/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$17,707.43 (U)<br>$17,707.43 (T) | - (S)<br>- (A)<br>- (P)<br>$18,373.14 (U)<br>$18,373.14 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| ZHANG, HUI<br>4109 CARMICHAEL DRIVE<br>PLANO, TX  75024 | 2921<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$7,454.23 (P)<br>$1,285.17 (U)<br>$8,739.40 (T) | - (S)<br>- (A)<br>- (P)<br>$8,739.40 (U)<br>$8,739.40 (T) | | Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| ZHANG, LI 2524 CIMA HILL DR PLANO, TX  75025 | 1418 6/26/09 09-10138 Nortel Networks Inc. | - (S) - (A) $34,744.92 (P) - (U) $34,744.92 (T) | - (S) - (A) - (P) $33,700.50 (U) $33,700.50 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 134 of 135*

## Exhibit A

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| ZHANG, ZHIQIANG 3332 LANGSTON DR. PLANO, TX 75025 | 1159 5/12/09 09-10138 Nortel Networks Inc. | - (S) - (A) $7,819.98 (P) - (U) $7,819.98 (T) | - (S) - (A) - (P) $11,769.18 (U) $11,769.18 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| Totals: | 196 Claims | $234,742.41 (S) $85,793.50 (A) $1,572,064.02 (P) $4,923,669.95 (U) $6,789,412.74 (T) | - (S) - (A) $247,024.27 (P) $5,272,231.58 (U) $5,519,255.85 (T) | | |

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed