## EXHIBIT A

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims**
**and**
**Amended or Superseded and Redundant and No-Basis 503(b)(9) Claims**

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| COWIE, GRAEME<br>10235 S. KLEINBROOK WAY<br>HIGHLANDS RANCH, CO 80126 | 80<br>1/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$1,069.40 (P)<br>- (U)<br>$1,069.40 (T) | Disallowed | | Claim is redundant of claim 81 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 81 has been modified, reclassified and/or applied to the correct debtor on Exhibit A. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| DAVISON, PIERRE<br>PO BOX 5395<br>CHARLESTON, WV  253610395 | 2040<br>8/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>$10,000.00 (P)<br>- (U)<br>$10,000.00 (T) | - (S)<br>- (A)<br>$2,772.23 (P)<br>$7,239.60 (U)<br>$10,011.83 (T) | 09-10138<br>Nortel Networks Inc. | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
## Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| DOBBINS, RICHARD<br>21 MOUNTAIN VIEW RD<br>LAKE TOXAWAY, NC  28747 | 1032<br>4/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$18,269.25 (U)<br>$18,269.25 (T) | - (S)<br>- (A)<br>$3,614.52 (P)<br>$16,351.42 (U)<br>$19,965.94 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 3 of 16*

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| ECHARD JR., ALFRED 2923 GLEN ECHO CT HIGH POINT, NC 27265 | 3907 9/25/09 09-10138 Nortel Networks Inc. | - (S) - (A) $24,530.00 (P) - (U) $24,530.00 (T) | - (S) - (A) $5,382.76 (P) $7,034.83 (U) $12,417.59 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| FAIR HARBOR CAPITAL, LLC TRANSFEROR: CHMIELESKI, LINDA ANSONIA FINANCE STATION PO BOX 237037 NEW YORK, NY 10023 | 2072 8/24/09 09-10150 Nortel Networks International Inc. | - (S) - (A) $11,875.00 (P) - (U) $11,875.00 (T) | Disallowed | | Amended or Superseded claim. Claim is redundant of claim 8142 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified** ────────────────

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| GATLA, SRIMANI 48988 MANNA GRASS TER FREMONT, CA 94539-8414 | 3561 9/24/09 09-10138 Nortel Networks Inc. | $7,495.35 (S) - (A) $10,950.00 (P) $9,512.35 (U) $17,007.70 (T) | Disallowed | | Claim is redundant of claim 3641 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 3641 has been modified, reclassified and/or applied to the correct debtor on Exhibit A. |
| GATLA, SRIMANI 48988 MANNA GRASS TERRACE FREMONT, CA 94539 | 3562 9/24/09 09-10139 Nortel Networks Capital Corporation | - (S) $17,007.70 (A) - (P) - (U) $17,007.70 (T) | Disallowed | | Requirements of section 503(b)(9) are not met and claim is redundant of claim 3641 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 3641 has been modified, reclassified and/or applied to the correct debtor on Exhibit A. |
| GATLA, SRIMANI REDDY 48988 MANNA GRASS TER FREMONT, CA 945398414 | 354 2/20/09 09-10138 Nortel Networks Inc. | - (S) - (A) $18,472.84 (P) - (U) $18,472.84 (T) | Disallowed | | Claim is redundant of claim 3641 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 3641 has been modified, reclassified and/or applied to the correct debtor on Exhibit A. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| GATLA, SRIMANI REDDY<br>48988 MANNA GRASS TER<br>FREMONT, CA 94539-8414 | 3641<br>9/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$6,057.70 (U)<br>$17,007.70 (T) | - (S)<br>- (A)<br>$8,062.27 (P)<br>$10,219.07 (U)<br>$18,281.34 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| GERVITZ, GARY<br>36 CYPRESS CT.<br>TROPHY CLUB, TX 76262 | 1873<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$4,001.42 (P)<br>$10,713.02 (U)<br>$14,714.44 (T) | Disallowed | | Claim is redundant of claim 6441 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6441 has been modified, reclassified and/or applied to the correct debtor on Exhibit A. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| GERVITZ, GARY 36 CYPRESS CT. TROPHY CLUB, TX 76262 | 1874 8/20/09 09-10138 Nortel Networks Inc. | - (S) - (A) $4,001.42 (P) $10,713.02 (U) $14,714.44 (T) | Disallowed | | Claim is redundant of claim 6441 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6441 has been modified, reclassified and/or applied to the correct debtor on Exhibit A. |
| GERVITZ, GARY 36 CYPRESS CT. TROPHY CLUB, TX 76262 | 1876 8/20/09 09-10138 Nortel Networks Inc. | - (S) - (A) $4,001.42 (P) $10,713.02 (U) $14,714.44 (T) | Disallowed | | Claim is redundant of claim 6441 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6441 has been modified, reclassified and/or applied to the correct debtor on Exhibit A. |
| GERVITZ, GARY 36 CYPRESS CT. TROPHY CLUB, TX 76262 | 1877 8/20/09 09-10138 Nortel Networks Inc. | - (S) - (A) $4,001.42 (P) $10,713.02 (U) $14,714.44 (T) | Disallowed | | Claim is redundant of claim 6441 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6441 has been modified, reclassified and/or applied to the correct debtor on Exhibit A. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| GERVITZ, GARY<br>36 CYPRESS CT.<br>TROPHY CLUB, TX  76262 | 6441<br>12/28/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$4,001.42 (P)<br>$10,713.02 (U)<br>$14,714.44 (T) | - (S)<br>- (A)<br>$10,404.21 (P)<br>$6,144.00 (U)<br>$16,548.21 (T) | 09-10138<br>Nortel Networks Inc. | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims
and
Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| GERVITZ, GARY ALAN<br>36 CYPRESS COURT<br>TROPHY CLUB, TX  76262 | 1875<br>8/20/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$4,001.42 (P)<br>$10,713.02 (U)<br>$14,714.44 (T) | Disallowed | | Claim is redundant of claim 6441 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 6441 has been modified, reclassified and/or applied to the correct debtor on Exhibit A. |
| GERVITZ, GARY ALAN<br>36 CYPRESS COURT<br>TROPHY CLUB, TX  76262 | 6440<br>12/28/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$4,001.42 (P)<br>$10,713.02 (U)<br>$14,714.44 (T) | Disallowed | | Claim is redundant of claim 6441 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 6441 has been modified, reclassified and/or applied to the correct debtor on Exhibit A. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| HOU, SREY<br>13306 CARTHAGE LANE<br>DALLAS, TX  75243 | 5461<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$5,769.23 (U)<br>$5,769.23 (T) | - (S)<br>- (A)<br>$3,795.87 (P)<br>$6,414.90 (U)<br>$10,210.77 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| JANAGAMA, PRAMATHI 12445 ALAMEDA TRACE CIR APT 718 AUSTIN, TX 78727-6486 | 374 2/23/09 NO DEBTOR | - (S) - (A) $12,703.36 (P) - (U) $12,703.36 (T) | - (S) - (A) $4,790.39 (P) $8,086.34 (U) $12,876.73 (T) | 09-10138 Nortel Networks Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.  Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.  Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: COWIE, GRAEME<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | 81<br>1/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$21,051.05 (U)<br>$21,051.05 (T) | - (S)<br>- (A)<br>- (P)<br>$22,112.61 (U)<br>$22,112.61 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| PEDDI, RAJYALAKSHMI<br>3480 GRANADA AVE APT 145<br>SANTA CLARA, CA 95051-3414 | 459<br>3/3/09<br>NO DEBTOR | - (S)<br>- (A)<br>$12,346.48 (P)<br>- (U)<br>$12,346.48 (T) | Disallowed | | Claim is redundant of claim 5752 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.  Remaining claim 5752 has been modified, reclassified and/or applied to the correct debtor on Exhibit A. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

## Modified, Reclassified and/or Wrong Debtor and Allowed Claims
## and
## Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| PEDDI, RAJYALAKSHMI 1000 ESCALON AVE APT A1002 SUNNYVALE, CA  940855105 | 5752 10/1/09 09-10138 Nortel Networks Inc. | $5,177.52 (S) - (A) $10,950.00 (P) $88.45 (U) $11,038.45 (T) | - (S) - (A) $7,189.93 (P) $4,610.45 (U) $11,800.38 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. Reclassify Secured Status and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Claim is not entitled to secured status and has been reclassified to a priority and/or general unsecured amount as reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| RAMAMURTHY, VENKATRAMAN<br>1711 ADDISON LN<br>JOHNS CREEK, GA 30005-5000 | 5466<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$2,383.33 (U)<br>$13,333.33 (T) | - (S)<br>- (A)<br>$4,772.30 (P)<br>$7,539.46 (U)<br>$12,311.76 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| SAVAGE, RUSSELL III<br>4007 NUNN ROAD<br>HUNTSVILLE, AL  35802 | 3321<br>9/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$18,750.00 (P)<br>- (U)<br>$18,750.00 (T) | - (S)<br>- (A)<br>$8,058.46 (P)<br>$12,099.91 (U)<br>$20,158.37 (T) | | Modify and Allow.  Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| STOUT, DALE T.<br>638 WHITNEY DRIVE<br>SLIDELL, LA 70461 | 395<br>2/23/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$14,673.09 (U)<br>$14,673.09 (T) | - (S)<br>- (A)<br>$6,753.62 (P)<br>$15,962.39 (U)<br>$22,716.01 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| **Totals:** | **24 Claims** | **$12,672.87 (S)**<br>**$17,007.70 (A)**<br>**$181,557.02 (P)**<br>**$152,795.59 (U)**<br>**$347,905.66 (T)** | **- (S)**<br>**- (A)**<br>**$65,596.56 (P)**<br>**$123,814.98 (U)**<br>**$189,411.54 (T)** | | |

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed