# **EXHIBIT B**

## **No-Basis Pension Claims**

## Exhibit B

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| AHMED, MOHAMED EL-MOUGY<br>12499 CLIFFF EDGE DR.<br>HERNDON, VA  20170 | 4812<br>9/29/09<br>NO DEBTOR | - (S)<br>- (A)<br>$251,885.32 (P)<br>- (U)<br>$251,885.32 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| ATWOOD, LISA<br>4631 BARNARD ST<br>SIMI VALLEY, CA  93063 | 2363<br>8/31/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$94,429.98 (P)<br>- (U)<br>$94,429.98 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| AVERY, CINDI K<br>2526 BUSINESS CENTER DR APT 1114<br>PEARLAND, TX  77584-2437 | 4318<br>9/28/09<br>09-10138, 09-10139,<br>09-10146, 09-10147,<br>09-10148, 09-10150,<br>09-10151, 09-10152<br>Multiple Debtors | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| AVERY, CINDI K<br>6125 CLOVER RIDGE<br>HOUSTON, TX  77087 | 4319<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$11,998.71 (U)<br>$11,998.71 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| BAGLEY, JAMES<br>41 BRENTON ST.<br>REVERE, MA  02151 | 1504<br>7/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$15,843.00 (U)<br>$15,843.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| BARNETT, CAROL<br>4601 IVYLEAF LANE<br>MCKINNEY, TX  75070 | 300<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| BARNETT, WILLARD<br>4601 IVYLEAF LANE<br>MCKINNEY, TX  75070 | 305<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| BOSCH, ROBERT & DONNA<br>N77 W16219 COUNTRYSIDE DRIVE<br>MENOMONEE FALLS, WI  53051 | 398<br>2/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$93,585.57 (U)<br>$93,585.57 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| BRACKIN, DIANN<br>217 STEAMBOAT DRIVE<br>COPPELL, TX  75019 | 304<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$15,899.56 (U)<br>$15,899.56 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| BROWN, ROBERT<br>206 ARMS CHAPEL ROAD<br>REISTERTOWN, MD  21136 | 5561<br>9/30/09<br>NO DEBTOR | - (S)<br>- (A)<br>$480,000.00 (P)<br>- (U)<br>$480,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| CARPENTIER, MICHEL<br>2450 S. OLA VISTA<br>SAN CLEMENTE, CA  92672 | 3271<br>9/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>$171,586.80 (P)<br>- (U)<br>$171,586.80 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| CHUNG, KAM-YEE<br>726 INVERNESS WAY<br>SUNNYVALE, CA  94087 | 2245<br>8/27/09<br>NO DEBTOR | - (S)<br>- (A)<br>$21,561.41 (P)<br>- (U)<br>$21,561.41 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| CORPENING, IRIS L.<br>4821 MOCHA LANE<br>RALEIGH, NC  27616 | 450<br>3/2/09<br>NO DEBTOR | - (S)<br>- (A)<br>$16,023.41 (P)<br>- (U)<br>$16,023.41 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| DASILVA, MARIA IZABEL<br>200 LESLIE DR APT 601<br>HALLANDALE, FL  33009 | 4019<br>9/28/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$5,463.81 (P)<br>- (U)<br>$5,463.81 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| DE SPAIN, JOHN P<br>2930 ADAMS ST<br>LA CRESCENTA, CA  91214 | 2765<br>9/8/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$6,566.40 (U)<br>$6,566.40 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| DEMIREKLER, LEVENT<br>12304 WAKE FOREST RD<br>CLARKSVILLE, MD  21029-1540 | 6785<br>1/19/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>$24,200.00 (P)<br>- (U)<br>$24,200.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| DOGGETT, ERIC L.<br>1910 HIGHLAND PL<br>RALEIGH, NC  27607-3102 | 1047<br>4/27/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$140,000.00 (U)<br>$140,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| DORR, ALAN M<br>2603 WOODSIDE CIRCLE<br>MCKINNEY, TX  75070 | 1948<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$168,088.80 (U)<br>$168,088.80 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| DUNN, WARREN<br>HCR 5, BOX 115<br>ARODA, VA  22709 | 6527<br>12/31/09<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| EBERTS, DANIEL G<br>28924 OLD TOWN FRONT ST STE 104<br>TEMECULA, CA  925902857 | 6953<br>1/25/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$183.00 (U)<br>$183.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| FLESCHER, JAMES T.<br>5505 13TH AVENUE SOUTH<br>MINNEAPOLIS, MN  55417 | 2912<br>9/14/09<br>NO DEBTOR | - (S)<br>- (A)<br>$356.85 (P)<br>- (U)<br>$356.85 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| FLESHER, CHRIS<br>3100 VICENTE ST APT 302<br>SAN FRANCISCO, CA  941162765 | 3154<br>9/17/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$9,443.94 (U)<br>$9,443.94 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| GAMEWAY, JOHN S.<br>1057 COUNTY LINE CHURCH RD<br>WHITESBORO, TX  76273-7117 | 2887<br>9/14/09<br>NO DEBTOR | $51,588.01 (S)<br>- (A)<br>- (P)<br>- (U)<br>$51,588.01 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| GIESLER, DEBORAH<br>610 WARWICK RD<br>DEERFIELD, IL  60015 | 6884<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$9,618.41 (P)<br>- (U)<br>$9,618.41 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| GIESLER, DEBORAH M<br>610 WARWICK RD<br>DEERFIELD, IL  60015 | 6885<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$9,618.41 (A)<br>- (P)<br>- (U)<br>$9,618.41 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HADDOCK, DONALD D<br>1424 OPAL CT.<br>RALEIGH, NC  27615 | 2468<br>8/31/09<br>NO DEBTOR | - (S)<br>- (A)<br>$170,794.80 (P)<br>- (U)<br>$170,794.80 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HAYEST, THOMAS A<br>4891 MAGNOLIA BLOSSOM BLVD<br>GAHANNA, OH  43230 | 3254<br>9/21/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| HENRICKSON, ANDREW B<br>27A COLONIAL PKWY<br>PITTSFORD, NY  14534 | 2842<br>9/11/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$65,494.61 (U)<br>$65,494.61 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HINTON, WILLIAM<br>5311 PRATT RD<br>ANN ARBOR, MI  48103 | 6836<br>1/22/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HINTON, WILLIAM A<br>5311 PRATT RD<br>ANN ARBOR, MI  48103 | 6837<br>1/22/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HOLMEN, ROBERT<br>5702 GASTON AVE<br>DALLAS, TX  75214 | 3865<br>9/25/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$5,866.31 (U)<br>$5,866.31 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| IZZO, MICHAEL J<br>3517 MARCHWOOD DR<br>RICHARDSON, TX  75082 | 2427<br>9/1/09<br>NO DEBTOR | - (S)<br>- (A)<br>$280,407.29 (P)<br>- (U)<br>$280,407.29 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| KEMPFFER, MARY B<br>309 BURNT PINE CT<br>APEX, NC  27502 | 1730<br>8/17/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$680.78 (U)<br>$680.78 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| KIRCHNER, KAREN<br>530 FOXFIELD LANE<br>MATTHEWS, NC  28105 | 2943<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$20,000.00 (A)<br>- (P)<br>- (U)<br>$20,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| KLIMAS, RAYMOND J<br>101 HALEY HOUSE LANE<br>APEX, NC  27502 | 2536<br>9/3/09<br>NO DEBTOR | - (S)<br>- (A)<br>$44,245.51 (P)<br>- (U)<br>$44,245.51 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| KOCH, STEPHEN J<br>1404 JUNIPER ST<br>POINT PLEASANT, NJ  08742-4572 | 4725<br>9/29/09<br>NO DEBTOR | - (S)<br>- (A)<br>$14,691.87 (P)<br>- (U)<br>$14,691.87 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| KULICK, JOSEPH<br>39 MONTICELLO DRIVE<br>PELHAM, NH  03076 | 1618<br>7/29/09<br>09-10146<br>Nortel Networks Applications Management Solutions Inc. | - (S)<br>- (A)<br>- (P)<br>$21,264.93 (U)<br>$21,264.93 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| LEE, LAUREN<br>3332 LANGSTON DR.<br>PLANO, TX  75025 | 1161<br>5/12/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$81,258.46 (U)<br>$92,208.46 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MACKAY, EVA<br>181 BERKELEY ROAD<br>NORTH ANDOVER, MA  01845 | 6736<br>1/19/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$10,297.11 (A)<br>- (P)<br>- (U)<br>$10,297.11 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MACKAY, EVA<br>181 BERKELEY ROAD<br>NORTH ANDOVER, MA  01845 | 6737<br>1/19/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$10,297.11 (U)<br>$10,297.11 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| MARTI JR, LUIS G<br>157 MARTIN CIRCLE<br>ROYAL PALM BEACH, FL  33411 | 4106<br>9/28/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MCEVILLA, KATIE<br>3019 MONROE<br>BELLWOOD, IL  60104 | 2481<br>8/31/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MCEVILLA, KATIE<br>3019 MONROE<br>BELLWOOD, IL  60104 | 6841<br>1/22/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MCEVILLA, KATIE<br>3019 MONROE<br>BELLWOOD, IL  60104 | 6842<br>1/22/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MEDLIN, RANDY W.<br>5711 THOM RD<br>MEBANE, NC  27302-9267 | 495<br>2/26/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$162.59 (P)<br>- (U)<br>$162.59 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MILTON, DONNA CHRISTINE<br>227 PROSPECTORS LANE<br>BILLINGS, MT  59105 | 316<br>2/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$18,000.00 (P)<br>- (U)<br>$18,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| MULCAHY, PATRICIA<br>1474 GOLDEN MEADOW SQUARE<br>SAN JOSE, CA  95117 | 1998<br>8/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>$22,250.16 (P)<br>- (U)<br>$22,250.16 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

## No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| PEABODY, PATRICIA<br>44 ROBIN'S NEST DRIVE<br>HICKORY CREEK, TX 75065 | 1997<br>8/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>$54,491.23 (P)<br>- (U)<br>$54,491.23 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| REIDELBERGER, FRANKLIN P.<br>2404 HIGHLAND DR.<br>PALATINE, IL 60067 | 3055<br>9/16/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$17,082.45 (U)<br>$17,082.45 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| RODEN, MARC A<br>1220 TARTARIAN TRAIL<br>APEX, NC 27502 | 4020<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$6,112.11 (U)<br>$6,112.11 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| RUFF, STEVEN<br>7469 ASHLEY DR<br>WARRENTON, VA 20187-9039 | 4410<br>9/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>$76,862.90 (P)<br>- (U)<br>$76,862.90 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SANDERS, JEFFREY W<br>4902 CLAY DR<br>ROWLETT, TX 75088 | 2614<br>9/4/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SCHMIDT, FRANZA<br>2010 LAKE SHORE LANDING<br>ALPHARETTA, GA 30005 | 3350<br>9/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>$18,530.45 (P)<br>- (U)<br>$18,530.45 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SCHUDDE, THOMAS<br>5897 PADDOCK COURT<br>CANANDAIGUA, NY 14424 | 7241<br>5/3/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$91,784.16 (U)<br>$91,784.16 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| SERAFINI, EDUARDO ACOSTA<br>60 TADMUCK RD<br>WESTFORD, MA  01886 | 1523<br>7/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$16,276.68 (P)<br>- (U)<br>$16,276.68 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SHABOUT, AZMEENA VIRANI<br>1431 GARDENIA ST.<br>IRVING, TX  75063 | 1105<br>5/4/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$82,897.10 (P)<br>- (U)<br>$82,897.10 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SIMS, MARK C<br>2161 APPLETON CIR<br>LAWRENCEVILLE, GA  30043 | 2030<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$34,402.30 (P)<br>- (U)<br>$34,402.30 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| STARLING, LARRY E<br>1030 ALICE SPRINGS CIR<br>SPRING HILL, TN  371748548 | 2996<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$68,079.00 (P)<br>- (U)<br>$68,079.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SULSENTI, CHRIS<br>16563 LAKETREE DR<br>WESTON, FL  33326 | 6612<br>1/7/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>$32,754.72 (P)<br>- (U)<br>$32,754.72 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| VANDYKE, DELIA M<br>2067 SANDERS RD<br>STEM, NC  27581 | 2618<br>9/4/09<br>NO DEBTOR | - (S)<br>- (A)<br>$8,110.19 (P)<br>- (U)<br>$8,110.19 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| WALKER, EILEEN A<br>1659 NE DAPHNE CT.<br>OR  97701 | 2643<br>9/4/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$81,640.44 (U)<br>$81,640.44 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| WALKER, EILEEN A<br>1659 NE DAPHNE CT.<br>BEND, OR  97701 | 6368<br>12/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$81,640.44 (U)<br>$81,640.44 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| WELSH, SUSAN C<br>13501 MARR LODGE LANE<br>BRISTOW, VA  20136 | 6771<br>1/19/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$15,521.63 (P)<br>- (U)<br>$15,521.63 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| WELSH, SUSAN C.<br>13501 MARR LODGE LN<br>BRISTOW, VA  20136 | 6770<br>1/19/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$15,521.63 (A)<br>- (P)<br>- (U)<br>$15,521.63 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| WILLIAMS, CLARENCE<br>514 CHINOOK CIRCLE<br>HARKER HEIGHTS, TX  76548 | 6868<br>1/22/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$14,429.08 (A)<br>- (P)<br>- (U)<br>$14,429.08 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| WILLIAMS, CLARENCE M<br>514 CHINOOK CIRCLE<br>HARKER HEIGHTS, TX  76548 | 6867<br>1/22/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$14,429.08 (P)<br>- (U)<br>$14,429.08 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| YAN, MINGJIAN<br>25004 JOHNSON FARM RD<br>GAITHERSBURG, MD  20882-3725 | 2388<br>8/31/09<br>NO DEBTOR | - (S)<br>- (A)<br>$29,085.68 (P)<br>- (U)<br>$29,085.68 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan.  Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**Exhibit B**

**No-Basis Pension Claims**

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| **Totals:** | **67 Claims** | $51,588.01 (S)<br>$69,866.23 (A)<br>$2,088,069.17 (P)<br>$924,730.78 (U)<br>$3,134,254.19 (T) | |

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 11 of 11*