# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 21, 2012 01:00 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matters:*

1) Teleconference re settlement discussions of matters pending on 1/22
   **R / M #:**   0 / 0

2) **ADV: 1-12-50114**
   **Nortel Networks, Inc. vs Alan Robert Bloom, Christopher John Wilk**
   Teleconference re: hearing tomorrow
   **R / M #:**   0 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

TELEPHONIC HEARING HELD. AGENDA ITEMS:
#1 - TRO to be lifted, Adversary to be Stayed,  pending further order of the Court.  ORDERS TO BE SUBMITTED  Hearing for 2/22/12 @ 2:00 pm is CANCELLED.