# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 02/21/2012
Calendar Time: 01:00 PM ET

2nd Revision 02/21/2012 10:00 AM

12-50114

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Derek C. Abbott | | Morris Nichols Arsht & Tunnell, LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Derek Adler | | Hughes Hubbard & Reed LLP (New | Defendant(s), Joint Administrators and Foreign Representatives / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | David Botter | | Akin Gump Strauss Hauer & Feld | Creditor, Official Committee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | James Bromley | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Mary Caloway | | Buchanan Ingersoll & Rooney | Creditor, Ernst and Young / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Ann C. Cordo | | Morris Nichols Arsht & Tunnell, LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Catherine Emanuel | | Herbert Smith | Defendant(s), Alan Bloom et al / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Daniel Guyder | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Edwin Harron | | Young, Conaway Stargatt & Taylor, | Defendant(s), Joint Administrators and Foreign Representatives / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Fred S. Hodara | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Brad Kahn | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Thomas Kreller | | Milbank, Tweed, Hadley & McCloy, | Creditor, The Bond Holders Group / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Selinda A. Melnik | | DLA Piper US, LLP | Interested Party, DLA Piper US, LLP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Abid Qureshi | | Akin Gump Strauss Hauer & Feld LLP | Representing, Official Committee / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Chris Samis | | Richards, Layton & Finger, P.A. | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Sarah Schultz | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

Isabel De La Cruz                                          CourtConfCal2009