IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| Nortel Networks, Inc. *et al.* | § | Case no. 09-10138 (KG) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | RE:  Docket No. 7183 |

## DELL MARKETING, L.P.'S RESPONSE TO DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502, FED.R.BANKR. P. 3007 AND DEL. L.R. 3007-1 (NO LIABILITY CLAIMS, REDUCE AND ALLOW CLAIMS, REDUNDANT CLAIMS, WRONG DEBTOR CLAIMS AND NO-BASIS 503(B)(9) CLAIMS)

Dell Marketing, L.P. ("**Dell**") files this response (the "**Response**") to the *Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims)* (the "**Objection**"), and in support thereof respectfully states as follows:

### RESPONSE

1.     Dell's Proof of Claim was filed in this Chapter 11 case, Claim No. 834, on or about April 6, 2009 ("**Dell's Claim**").

2.     On July 22, 2009, Dell filed its Amended Proof of Claim No. 1583 reducing its Proof of Claim from a total of $122,293.70 to $98,558.89.  The Debtors' Objection does not, according to the Objection, dispute the allowance of Dell's administrative claim in the amount of $11,684.54.

3.     On February 7, 2012, the Debtors filed their Objection and stated that ". . . the Debtors do not recognize $22,168.27 as valid liabilities of any Debtor in these chapter 11 cases," and that"[c]laims should be modified to remove $127.51 related to invoices the Debtors dispute

as valid," and "[c]laims should be modified to remove $246.37 which was satisfied via reclamation demand." The Debtors' modified unsecured claim is alleged to be in the amount of $64,332.20.

4.      Dell agrees it has received certain post-petition payments on invoices reflected on the total $86,874.35 claim. However, there is still an outstanding balance of $75,404.89 which is due and owing to Dell. Attached as Exhibit A are Dell's invoices reflecting the amounts still owing and outstanding. This outstanding amount reflects the removal of the $127.51 and the $246.37 invoice amounts.

5.      For the reasons stated above, Dell's Claim No. 1583 has not been satisfied as there remains a total outstanding unsecured claim in the amount of $75,404.89, in addition to the $11,684.54 administrative claim that was not objected to by the Debtors.

For the foregoing reasons, Dell requests that: (i) the Debtors' objection to Dell's Proof of Claim No. 1583 be denied, (ii) Dell's administrative claim in the amount of $11,684.54 be allowed as a Section 503(b)(9) administrative priority claim; (iii) the remaining outstanding balance due and owing to Dell of $75,404.89 be allowed as a general unsecured claim; and (iv) the Court grant such other and further relief as it deems appropriate.

Dated: February 21, 2012                    Respectfully submitted,


/s/ Justin K. Edelson
Christopher A. Ward (No. 3877)
Justin K. Edelson (No. 5002)
Polsinelli Shughart
222 Delaware Avenue, Ste. 1101
Wilmington, DE 19801
(302) 252-0920 (Telephone)
(302) 252-0921 (Facsimile)
jedelson@polsinelli.com

and

2

Sabrina L. Streusand (Texas Bar. No. 11701700)
Streusand, Landon & Ozburn, LLP
811 Barton Springs Rd. Ste. 811
Austin, TX 78704
(512) 236-9901 (Telephone)
(512) 236-9904 (Facsimile)
streusand@slollp.com

**ATTORNEYS FOR DELL MARKETING, L.P.**

2176146.1