**CERTIFICATE OF SERVICE**

I, Justin K. Edelson, Esq., of Polsinelli Shughart, hereby certify that on the 21st day of

February, 2012, I caused to be served a copy of **Dell Marketing, L.P.'s Response to Debtors'**

**Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C.**

**§ 502, Fed.R.Bankr.P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow**

**Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims)** upon the

parties listed below via First Class Mail.


Cleary Gottlieb Steen & Hamilton LLP
One Liberty Place
New York, New York 10006
Attn: James L. Bromley and Lisa M. Schweitzer

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, Delaware 19899-1347
Attn: Derek C. Abbott


                                        */s/ Justin K. Edelson*
                                        Justin K. Edelson (Del. Bar No. 5002)