# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
|  | <u>BAR DATE: March 13, 2012 at 5:00 p.m. (ET)</u> |

## NOTICE OF AMENDMENTS TO SCHEDULES OF ASSETS AND LIABILITIES OF NORTEL NETWORKS INC.

TO:   (I) OFFICE OF THE UNITED STATES TRUSTEE, (II) THOSE PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002 AND (III) CERTAIN CLAIMANTS LISTED ON EXHIBIT A

**PLEASE TAKE NOTICE** that, on April 20, 2009, May 29, 2009 and September 11, 2009, Nortel Networks Inc. ("<u>NNI</u>") and certain of its affiliates, as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), filed their respective Schedules of Assets and Liabilities (collectively, the "<u>Original Schedules</u>") and Statements of Financial Affairs [D.I. 616-627, 801-810, 1477-1478] with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").

**PLEASE TAKE FURTHER NOTICE** that, on November 4, 2009, the Debtors filed amended versions of the Debtors' Original Schedules (collectively, the "<u>Amended Schedules</u>") [D.I. 1811-1823].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that, on each of October 31, 2011, November 7, 2011, November 15, 2011 and November 21, 2011, the Debtors filed amended versions of Schedules E and F of the Original Schedules and Amended Schedules of NNI, Nortel Altsystems Inc. and Nortel Networks (CALA) Inc. [D.I. 6702, 6719, 6780, 6827] (together with the Amended Schedules, the "Prior Amended Schedules").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1009-2 of the Local Rules of Bankruptcy Practice and Procedure of the Bankruptcy Court (the "Local Rules"), NNI hereby further amends Schedule F of its Original Schedules and the Prior Amended Schedules (the "Sixth Amended Schedules").

**PLEASE TAKE FURTHER NOTICE** that the Original Schedules, as amended by the Prior Amended Schedules and the Sixth Amended Schedules, are intended to reflect the assets and liabilities of NNI as of January 14, 2009 (the "Petition Date"). The Sixth Amended Schedules amend previously filed Schedule F to modify the amount of certain scheduled trade payable claims (the "Claims"). The Sixth Amended Schedules are attached hereto as **Exhibit A**. Except as expressly amended by the Sixth Amended Schedules, the Debtors' Schedules remain otherwise unchanged. The Debtors reserve their right to further amend their schedules in the future for these and other claims.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order (I) Establishing Bar Dates for Filing Proofs of Claim and Requests for Payment of Administrative Expenses, (II) Approving Proof of Claim and Administrative Expense Payment Request Forms, Bar Date Notices and Mailing and Publication Procedures and (III) Providing Certain Supplemental Relief [D.I. 1280], dated August 4, 2009 (the "Bar Date Order"), and Local Rule

1009-2, the claimants listed in **Exhibit A** as holding a claim that has been amended by the Sixth Amended Schedules (the "Claimants") may file a proof of claim with the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC (the "Claims Agent"). If you are a Claimant listed on **Exhibit A** and disagree with the nature, amount or classification of your Claim as it is listed on the Sixth Amended Schedules, you must file a proof of claim, so as to be **actually received** on or before March 13, 2012 at 5:00 p.m. (prevailing Eastern Time) (the "Sixth Amended Schedules Bar Date"). If you do not disagree with the nature, amount or classification of your Claim as it is listed on the Sixth Amended Schedules, no further action is required with respect to your Claim.

**PLEASE TAKE FURTHER NOTICE** that, all proof of claim forms must be signed by the Claimant, must be written in English and be denominated in United States currency. Claimants should attach to their completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available. Proofs of claim will be deemed timely filed only if **actually received** by the Claims Agent on or before the Sixth Amended Schedules Bar Date at the following address:

**IF DELIVERED BY MAIL:**
    Nortel Networks Inc. Claims Processing Center
    c/o Epiq Bankruptcy Solutions, LLC
    FDR Station, P.O. Box 5075
    New York, NY 10150-5075

**IF DELIVERED BY HAND DELIVERY OR OVERNIGHT COURIER:**
    Nortel Networks Inc. Claims Processing Center
    c/o Epiq Bankruptcy Solutions, LLC
    757 Third Avenue, 3rd Floor
    New York, NY 10017
    (646) 282-2400

Proofs of claim may not be delivered by facsimile, telecopy or electronic mail transmission.

A copy of the proof of claim form and instructions for filing a proof of claim are available at

http://dm.epiq11.com/nortel, or can be obtained by contacting the Claims Agent at: (646) 282-2400.

## RESERVATION OF RIGHTS

The Debtors reserve the right to dispute, or to assert offsets or defenses against, each of the claims listed or reflected in the Sixth Amended Schedules as to nature, amount, liability, classification or otherwise. In addition, nothing contained in this Notice shall preclude the Debtors from objecting to any claim, including any proof of claim that has been or may be filed, on any and all grounds.

## GLOBAL NOTES REGARDING SIXTH AMENDED SCHEDULES

The Debtors reserve the right to further amend the Original Schedules, as amended by the Prior Amended Schedules and the Sixth Amended Schedules, from time to time as may be necessary or appropriate. The global notes included in the Original Schedules are incorporated by reference in, and comprise an integral part of, the Sixth Amended Schedules, and should be referred to and reviewed in connection with any review of the Sixth Amended Schedules.

## ADDITIONAL INFORMATION

Questions concerning the contents of this Notice should be directed to the undersigned counsel from 9 a.m. to 5 p.m. (ET), Monday through Friday. Copies of the Original Schedules, the Prior Amended Schedules and the Sixth Amended Schedules are available for inspection during regular business hours at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. In addition, copies of the Original Schedules, the Prior Amended Schedules and the Sixth Amended Schedules may be viewed on the Internet at: (i) the Claims

Agent's website at http://dm.epiq11.com/nortel and (ii) the Bankruptcy Court's website at

http://www.deb.uscourts.gov by following the directions for accessing the CM/ECF system.

| | |
|---|---|
| Dated:  February 21, 2012<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-3505<br>Facsimile:  (212) 225-3999<br><br>   - and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |