IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*  : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
      Debtors. : Jointly Administered
:
: **RE: D.I. 7238**
:
---------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF NOTICE OF AMENDMENTS TO SCHEDULES OF ASSETS AND LIABILITIES OF NORTEL NETWORK INC.

    **PLEASE TAKE NOTICE** that, on February 21, 2012, the Debtors filed the *Notice of Amendments to Schedules of Assets and Liabilities of Nortel Network Inc.* (D.I. 7238).

    **PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw the Notice of Amendments to Schedules of Assets and Liabilities.

Dated: February 21, 2012
   Wilmington, DE    CLEARY GOTTLIEB STEEN & HAMILTON LLP

            James L. Bromley (admitted *pro hac vice*)
            Lisa M. Schweitzer (admitted *pro hac vice*)
            One Liberty Plaza
            New York, New York 10006
            Telephone: (212) 225-2000
            Facsimile: (212) 225-3999

            and

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

5765285.1