**Exhibit A**

**Sixth Amended Schedules**

# UNITED STATES BANKRUPTCY COURT

### District of Delaware

In re: NORTEL NETWORKS INC.　　　　　　　　　　　　　　　Case No. 09-10138
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　Chapter 11

## SUMMARY OF AMENDING SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | | $84,911,532.53 | | |
| B - Personal Property | NO | | $5,700,072,932.23 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | NO | | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | | | $18,589,796.98 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $5,025,334,776.01 | |
| G - Executory Contracts and Unexpired Leases | NO | | | | |
| H - Codebtors | NO | | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | |
| | | 2 | $5,784,984,464.76 | $5,043,924,572.98 | |

# AMENDING

In re: NORTEL NETWORKS INC.                                                                                              Case No.   09-10138
                                    Debtor                                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 428249 | | | ***AMENDED*** | | | | |
| CONTINUOUS COMPUTING CORPORATION<br>9450 CARROLL PARK DRIVE<br>SAN DIEGO, CA  92121-2256 | | | TRADE PAYABLE | | | | $163,480.00 |
| ACCOUNT NO. 445288 | | | ***AMENDED*** | | | | |
| DIV X NETWORKS<br>4780 EASTGATE MALL<br>SAN DIEGO, CA  92121 | | | TRADE PAYABLE | | | | $77,738.50 |
| ACCOUNT NO. 398220 | | | ***AMENDED*** | | | | |
| FROST & SULLIVAN INCORPORATED<br>7550 WEST INTERSTATE 10<br>SAN ANTONIO, TX  78229 | | | TRADE PAYABLE | | | | $40,547.16 |
| ACCOUNT NO. 463472 | | | ***AMENDED*** | | | | |
| IPULSE<br>26 MALLINSON ROAD<br>LONDON  W11 1BP<br>UNITED KINGDOM | | | TRADE PAYABLE | | | | $18,208.19 |

Schedule of Creditors Holding Unsecured Nonpriority Claims - Sheet no. 1 of 2                                                                                                              Subtotal    $299,973.85

# AMENDING

In re: NORTEL NETWORKS INC.      Case No. 09-10138
            Debtor                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 464871<br><br>QUISLEX INC<br>757 THIRD AVE., SUITE 2115<br>NEW YORK, NY  10017 | | | ***AMENDED***<br>TRADE PAYABLE | | | | $22,568.00 |
| ACCOUNT NO. 460057<br><br>SCOTT & YORK INTELLECTUAL PROPERTY<br>45 GROSVENOR RD<br>ST ALBANS, HRT  AL1 3AW<br>UNITED KINGDOM | | | ***AMENDED***<br>TRADE PAYABLE | | | | $7,884.58 |

Schedule of Creditors Holding Unsecured Nonpriority Claims - Sheet no. 2 of 2

                               Subtotal     $30,452.58

                               Total     $330,426.43
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  NORTEL NETWORKS INC.                                   Case No.  09-10138
                      Debtor                                                                 (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, John J. Ray III, the Principal Officer for Nortel Networks Inc. of Nortel Networks Inc., declare under penalty of perjury that I have read the foregoing summary and schedules and that they are true and correct to the best of my knowledge, information, and belief.

Date   · February 21, 2012                            Signature  *[signature]*

                                                                     John J. Ray III
                                                                     [Print or type name of individual signing on behalf of debtor.]

                                                                     Principal Officer for Nortel Networks Inc.
                                                                     [Indicate position or relationship to debtor]

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.