# EXHIBIT A

## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM JANUARY 1, 2012 THROUGH JANUARY 31, 2012

| Name of Professional | Position | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Kristin McCloskey | Paralegal | .6 Hrs | $225/hr | $ 135.00 |
| Liana Shaw | Paralegal | 11.9 Hrs | $225/hr | $ 2,677.50 |
| Theresa M. Snow | Paralegal | 16.8 Hrs | $225/hr | $ 5,362.50 |
| Margaret S. Curran | Associate | 19.5 Hrs | $275/hr | $ 5,362.50 |
| Jonathan M. Stemerman | Associate | .3 Hrs | $375/hr | $ 112.50 |
| Shelley A. Kinsella | Counsel | 63.4 Hrs | $420/hr | $26,628.00 |
| Henry F. Siedzikowski | Shareholder | 1.0 Hrs | $565/hr | $ 565.00 |
| Rafael X. Zahralddin | Shareholder | 37.9 Hrs | $610/hr | $23,119.00 |

**Total:** 151.4 Hrs    $39,164.50

**Blended Rate:** $412.00/hour