# EXHIBIT B



www.elliottgreenleaf.com

**ELLIOTT GREENLEAF**
P.O. Box 3010
Blue Bell, Pennsylvania 19422
EIN #23-2617189

Attn: Accounts Payable  
Nortel Networks  
PO Box 13010  
Suite 300  

RTP NC 27709

February 21, 2012  
Bill Number 106827  
File Number 60351-001

**FOR PROFESSIONAL SERVICES RENDERED**

Re: In re Nortel 09-10138(KG)

**LEGAL SERVICES**

Through January 31, 2012

Meetings of and Communications with Creditors

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/03/12 | SAK | [B150-] Email from B. Gallagher re F. Brown; revise LTD analysis chart | 0.10 Hrs |
| 01/03/12 | RXZ | [B150-] Analyze amended 1102 information procedures, request summary from K. McCloskey, analyze same and request update (.3) analyze summary and related record (.4) and prepare summary e-mail and recommendation to committee and committee professionals (.5) | 1.20 Hrs |
| 01/04/12 | SAK | [B150-] Email exchanges with B. Gallagher, R. Zahralddin and KCC re website issues | 0.30 Hrs |
| 01/04/12 | SAK | [B150-] Revise LTD analysis chart | 0.70 Hrs |
| 01/04/12 | RXZ | [B150-] Analyze mutiple creditor inquireis from website (.8) and forward same to S. Kinsella with instructions (.2) | 1.00 Hrs |
| 01/04/12 | RXZ | [B150-] E-mnails to and from B. Gallagher to KCC and related follow up with S. Kinsella re: tracking of registration and inquiries | 0.50 Hrs |
| 01/04/12 | RXZ | [B150-] E-mails to and from KCC re: tallying of general inquiries electronically | 0.30 Hrs |
| 01/04/12 | RXZ | [B150-] Analyze and respond to inquiry by committee member W. Mann re: 1102 provisions in amended order | 0.30 Hrs |
| 01/05/12 | SAK | [B150-] Email exchange with B. Gallagher re LTD registration chart | 0.10 Hrs |
| 01/05/12 | SAK | [B150-] Confirm all registration information included and correct on LTD Chart; supplement same | 1.30 Hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/05/12 | SAK | [B150-] Email updated LTD chart to Committee with comment | 0.20 Hrs |
| 01/06/12 | SAK | [B150-] Analyze website registration from C. Schmidt and update analysis chart | 0.10 Hrs |
| 01/06/12 | SAK | [B150-] Analyze email rom M. Green; update analysis chart | 0.10 Hrs |
| 01/06/12 | SAK | [B150-] Analyze email from W. Johnson and update analysis chart re same | 0.10 Hrs |
| 01/06/12 | SAK | [B150-] Analyze email from J. Hunt; update analysis chart | 0.10 Hrs |
| 01/09/12 | SAK | [B150-] Email exchange with W. Mann re website registration information; instructions to T. Snow re same | 0.10 Hrs |
| 01/09/12 | SAK | [B150-] Analyze email from R. Mullett; update analysis chart | 0.10 Hrs |
| 01/09/12 | SAK | [B150-] Analyze email from K. Nguyen and update analysis chart | 0.10 Hrs |
| 01/09/12 | SAK | [B150-] Analyze emails from multiple LTD Participants (D. Owenby, D. Green, E. Loggins, B. Frances, M. Mchale); update analysis chart | 0.40 Hrs |
| 01/10/12 | SAK | [B150-] Analyze emails from Committee members re agenda for upcoming teleconference | 0.20 Hrs |
| 01/10/12 | SAK | [B150-] Analyze multiple emails from LTD Participants (Reed, Howard, Patel, Blair); update analysis chart | 0.40 Hrs |
| 01/10/12 | SAK | [B150-] Email from D. David re LTD service issue | 0.10 Hrs |
| 01/10/12 | CLS | [B150-] Numerous telephone calls to Barbara Gallagher regarding conference call agenda, details, availability of committee and questions (.3) Preparation of agenda items from numerous response email notifications regarding agenda comments, availability and conference call information (1.4) conference with R. Zahralddin regarding details and preparation (.3) | 2.00 Hrs |
| 01/10/12 | RXZ | [B150-] Multiple e-mails from committee members re: updates and agenda for Friday call (.4) follow up with paralegals re: same (.3) | 0.70 Hrs |
| 01/11/12 | SAK | [B150-] Analyze email from T. Steele and update analysis chart | 0.10 Hrs |
| 01/11/12 | RXZ | [B150-] Update call with M. Curran re: strategic planning and committee communication for next quarter | 0.40 Hrs |
| 01/12/12 | SAK | [B150-] Email exchange with KCC re website issue | 0.10 Hrs |
| 01/12/12 | TMS | [B150-] Conferences with C. Shaw and R. Zahralddin regarding January 13 conference call and agenda and emails to Committee and Committee Professionals regarding same | 0.10 Hrs |
| 01/13/12 | SAK | [B150-] Email from C. Grissom re LTD issues; update analysis chart | 0.10 Hrs |
| 01/13/12 | RXZ | [B150-] Conference call with Committee | 0.60 Hrs |
| 01/17/12 | SAK | [B150-] Analyze multiple emails (R. Carlson, C. Sander, B. de Guzman, B. Lewis, F. Wormsbaker & V. Long); update analysis chart re same | 0.60 Hrs |
| 01/18/12 | RXZ | [B150-] E-mails to and from committee chair and KCC re: access issues raised by LTDers using website; related calls to B. Gallgher and e-mails to committee | 0.30 Hrs |
| 01/18/12 | SAK | [B150-] Multiple emails from LTD participants (Thompson, Hames, Mariotti, Purdum, Do); update analysis chart re same | 0.50 Hrs |
| 01/19/12 | SAK | [B150-] Analyze email from K. Yates; update analysis chart | 0.10 Hrs |
| 01/20/12 | RXZ | [B150-] Calls and e-mails to A. Cordo and paralegals re: KCC web site expenses | 0.20 Hrs |

| Date | Initials | Description | Hours | |
|---|---|---|---|---|
| 01/23/12 | SAK | [B150-] Telephone conference with LTD Committee professionals re negotiations with Debtors | 0.50 Hrs | |
| 01/23/12 | SAK | [B150-] LTD Committee conference call re negotiations with Debtors | 1.50 Hrs | |
| 01/23/12 | SAK | [B150-] Email from B. Gallagher re A. Heinbaugh; update analysis chart | 0.10 Hrs | |
| 01/23/12 | SAK | [B150-] Analyze emails from G. Hovater and F. Wormsbaker and updates analysis chart | 0.20 Hrs | |
| 01/23/12 | RXZ | [B150-] Update call for outstanding committee member questions | 1.50 Hrs | |
| 01/23/12 | TMS | [B150-] Conference with S. Kinsella regarding information provided by LTDers website registration chart and initial update of chart | 0.20 Hrs | |
| 01/24/12 | SAK | [B150-] Email from S. Maddry; update analysis chart | 0.10 Hrs | |
| 01/24/12 | TMS | [B150-] Numerous emails to LTDers requesting copies of Plan documents (2.5) update website registration chart with related information (.4); respond to LTDers numerous email requests and comments (.3) | 3.20 Hrs | |
| 01/25/12 | SAK | [B150-] Multiple emails from LTD participants (Phillips, Rose, Gaier) and update analysis chart | 0.30 Hrs | |
| 01/25/12 | SAK | [B150-] Email exchange with B. Gallagher re V. Rogers | 0.10 Hrs | |
| 01/26/12 | SAK | [B150-] Analyze email from P. Brown and update analysis chart re same | 0.10 Hrs | |
| 01/26/12 | SAK | [B150-] Analyze email from D. Litz and B. Gallagher; update analysis chart | 0.10 Hrs | |
| 01/26/12 | TMS | [B150-] Emails to/from LTDers regarding website registration and supporting documents | 0.20 Hrs | |
| 01/26/12 | MSC | [B150-] Drafted outline of potential litigation strategies, in preparation for response to Debtor's position letter and discussion with LTD Committee. | 2.40 Hrs | |
| 01/27/12 | TMS | [B150-] Emails to/from LTDers regarding website registration and supporting documents | 0.40 Hrs | |
| 01/30/12 | SAK | [B150-] LTD Committee teleconference | 2.30 Hrs | |
| 01/30/12 | RXZ | [B150-] Prepare for Committee conference call (.8) lead committee conference call (2.4) | 3.20 Hrs | |
| 01/30/12 | TMS | [B150-] Preparation of minutes from January 30, 2012 conference call with LTD Committee and D. Greer | 0.40 Hrs | |
| 01/30/12 | JXS | [B150-] Preparation of memo re: work product | 0.30 Hrs | |
| | | Totals | 30.70 Hrs | $13,203.00 |
| | | Meetings of and Communications with Creditors Totals | 30.70 Hrs | $13,203.00 |

EG Fee Applications

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/05/12 | TMS | [B170-] Supplement fee application exhibit | 0.50 Hrs |
| 01/05/12 | RXZ | [B170-] Update and analyze exhibits to EG december fee application | 0.60 Hrs |
| 01/06/12 | SAK | [B170-] Analyze draft of Exhibit B for Elliott Greenleaf's December Monthly Fee Application and edit same | 0.80 Hrs |
| 01/16/12 | KAM | [B170-] Conference with and email to L. Shaw re: fee application totals (.1); analyze documents re: same (.2) | 0.30 Hrs |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/19/12 | CLS | [B170-] Revise billing with Bluebell office regarding task codes (.3); Numerous telephone calls with P. Rooney & K. McCloskey; (.2); review, revise and finalize Nortel 5th Monthly Fee Application for Elliott Greenleaf for December (.7); prepare service distribution for filing (.9); assist in service of filing of Application (.4) | 2.50 Hrs | |
| 01/19/12 | SAK | [B170-] Finalize Elliott Greenleaf's 5th Monthly Fee Application, Notice, multiple Exhibits and Certificate of Service (.5); instructions to L. Shaw re filing and service of same (.1) | 0.60 Hrs | |
| 01/19/12 | TMS | [B170-] File and effectuate service of Elliott Greenleaf fifth monthly fee application | 1.40 Hrs | |
| 01/20/12 | SAK | [B170-] Email exchange with Debtors' counsel re Elliott Greenleaf's 5th Monthly Fee Application; conference and email exchange with R. Zahralddin and T. Snow re same | 0.20 Hrs | |
| 01/23/12 | TMS | [B170-] Emails to/from A. Cordo regarding EG 5th fee application/KCC charges and related follow up | 0.10 Hrs | |
| 01/30/12 | CLS | [B170-] Review numerous e-mails from P. Rooney, J. McStravick and S. Kinsella regarding fee application distribution; forward all fee applications as requested with attached billing (.3) | 0.30 Hrs | |
| 01/31/12 | CLS | [B170-] Receive, review and update fee application distribution lists according to new accounts payable address forwarded to our office (.2) | 0.20 Hrs | |
| 01/31/12 | CLS | [B170-] Receive and review e-mail regarding payment of fee applications (.1) | 0.10 Hrs | |
| | | Totals | 7.60 Hrs | $2,253.00 |
| | | EG Fee Applications Totals | 7.60 Hrs | $2,253.00 |

Fee Objections EGS

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/20/12 | SAK | [B171-] Email from T. Snow re fee application deadlines | 0.10 Hrs | |
| | | Totals | 0.10 Hrs | $42.00 |
| | | Fee Objections EGS Totals | 0.10 Hrs | $42.00 |

Fee Applications and Invoices - Other

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/10/12 | CLS | [B175-] Conference with R. Zahralddin and T. Snow regarding fee application deadlines and workflow; standards for preparation of memorandum to client (.3) | 0.30 Hrs | |
| 01/10/12 | TMS | [B175-] Meeting with R. Zahralddin and L. Shaw re: fee application deadlines and workflow and preparation of memo for client | 0.30 Hrs | |
| 01/10/12 | RXZ | [B175-] Meeting with L. Shaw and T. Snow re: fee application deadlines and workflow and preparation of memo for client | 0.30 Hrs | |
| 01/16/12 | RXZ | [B175-] Case update meeting with L. Shaw re: instructions for fee app. deadlines memo | 0.20 Hrs | |
| 01/17/12 | KAM | [B175-] Assist with preparation of fee application critical dates; emails and telephone calls with L. Shaw re: same | 0.30 Hrs | |
| 01/20/12 | CLS | [B175-] Receive, review and summarize Fourth Monthly Application of McCarter & English LLP for the period December 1, 2011 to December 31, 2011 (.3) | 0.30 Hrs | |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/24/12 | CLS | [B175-] Revise and update critical dates Fee application deadline calendar (.3) | 0.30 Hrs | |
| 01/27/12 | RXZ | [B175-] Finalize Shaw draft of Nortel Fee Application Deadline Memorandum and approve with instructions for distribution to L. Shaw | 0.40 Hrs | |
| 01/30/12 | SAK | [B175-] Email exchange with T. Snow re KCC expenses; email from R. Zahralddin re same | 0.20 Hrs | |
| | | Totals | 2.60 Hrs | $970.50 |
| | | Fee Applications and Invoices - Other Totals | 2.60 Hrs | $970.50 |

Fee Objections - Others

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/10/12 | CLS | [B176-] Receive, review and summarize Twenty-Fourth Monthly Application of John Ray, as Principal Officer of Nortel Networks, Inc. for Allowance of Interim Compensation and for Interim Reimbursement for December | 0.20 Hrs | |
| 01/10/12 | CLS | [B176-] Receive, review and summarize the Thirty Fifth Interim Application of Clearly Gottlieb Steen & Hamilton LLP, for Interim Reimbursement for the Month of November (.2) | 0.20 Hrs | |
| 01/10/12 | RXZ | [B176-] Analyze Twenty Fourth Monthly Application of John Ray, as Principal Officer of Nortel Networks, Inc. (December), forward to L. Shaw for summary to committee | 0.20 Hrs | |
| 01/13/12 | CLS | [B176-] Receive, review and download Third Application for Compensation and Reimbursement of Expense the December application of Alvarez & Marsal (.5); update hearing critical dates calendar (.3); update fee application deadlines (.2) | 1.00 Hrs | |
| 01/13/12 | RXZ | [B176-] Analyze Third Application for Compensation and Reimbursement of Expenses for the period December 1, 2011 to December 31, 2011 Filed by Alvarez & Marsal North America, LLC (.2) and forward to T. Snow and L. Shaw with instructions (.1) | 0.30 Hrs | |
| | | Totals | 1.90 Hrs | $620.00 |
| | | Fee Objections - Others Totals | 1.90 Hrs | $620.00 |

Business Operations

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/06/12 | RXZ | [B210-] Analyze Debtor-In-Possession Monthly Operating Report for Filing Period November 2011 and forward to A&M and committee | 0.30 Hrs | |
| | | Totals | 0.30 Hrs | $183.00 |
| | | Business Operations Totals | 0.30 Hrs | $183.00 |

Employee Benefits/Pensions

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/03/12 | RXZ | [B220-] E-mails from N. Faison re: plan documents and reply with copy to committee | 0.20 Hrs | |
| 01/03/12 | MSC | [B220-] Review emails from Nortel's counsel regarding its December 14, 16, 22 and 23 document productions to determine content of production and email to T. Snow regarding identification of documents for discovery log | 0.30 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/03/12 | RXZ | [B220-] Analyze summaries and latest document production from Debtors (1.7) directions and conferences with paralegals and EG team re: same (.7) | 2.40 Hrs |
| 01/04/12 | SAK | [B220-] Analyze email and attachment from D. David re LTD population | 0.20 Hrs |
| 01/05/12 | SAK | [B220-] Continued research re 1114 issues | 2.70 Hrs |
| 01/05/12 | MSC | [B220-] Prepared email communication to LTD Committee regarding status of Nortel's document production | 0.10 Hrs |
| 01/09/12 | MSC | [B220-] Identify all documents and spreadsheets produced by Nortel on 12/14, 12/16, 12/22, and 12/23, organize and determine contents of production. | 1.30 Hrs |
| 01/09/12 | RXZ | [B220-] Analyze record and related discovery (1.5) meeting with T. Snow re: same (.2) e-mails to and from D. Greer and T.Snow re: A&M requests (.2) | 1.90 Hrs |
| 01/09/12 | RXZ | [B220-] Analyze multiple e-mails from LTDers with information on [redacted] and forward to S. Kinsella with instructions | 1.40 Hrs |
| 01/10/12 | SAK | [B220-] Draft memorandum re 1114 issues | 2.40 Hrs |
| 01/10/12 | MSC | [B220-] Conference call with R. Zahralddin and D. Greer of Alvarez & Marsal regarding the remaining outstanding data requests and issues subsequent to Nortel's December productions. | 0.90 Hrs |
| 01/10/12 | MSC | [B220-] Read and analyze the documents produced by Nortel and Cleary's response to the follow-up questions and data requests made to Nortel and read and analyze D. Greer's analysis providing status update of Alvarez & Marsal's data requests. | 2.00 Hrs |
| 01/10/12 | RXZ | [B220-] Conference call with Committee professionals re: information analysis and actuarial data needed | 1.10 Hrs |
| 01/10/12 | TMS | [B220-] Conference call with Alvarez & Marsal, R. Zahralddin, and M. Curran regarding actuarial issues | 1.00 Hrs |
| 01/11/12 | TMS | [B220-] Numerous emails to/from D. Greer regarding letter requesting more information from Cleary | 0.20 Hrs |
| 01/11/12 | MSC | [B220-] Telephone call with T. Snow regarding unreadable and unidentifiable Prudential spreadsheets produced by Nortel. | 0.20 Hrs |
| 01/11/12 | MSC | [B220-] Prepared email communication to Cleary attorney M. Fleming requesting clarification of Prudential spreadsheet production. | 0.10 Hrs |
| 01/12/12 | CLS | [B220-] Coordinate Nortel conference call with LTD committee | 0.10 Hrs |
| 01/12/12 | TMS | [B220-] Preparation of letter to J. Kim regarding additional requests of data; emails to/from D. Greer and R. Zahralddin regarding requests; email to R. Zahralddin regarding letter | 0.40 Hrs |
| 01/13/12 | RXZ | [B220-] Analyze record, prior e-mail and letters and follow up discourse with A&M re: continued deficiencies and need for clarification from Debtors on actuairla and related data in preparation for committee update and confrence call (2.1) analyze draft of letter prepared by T. Snow and D. Greer re: same (.2) finalize letter incoprorating comments from A&M and S. Kinsella (.3) forward correspondence via e-mail cover to Debtors (.2) | 2.80 Hrs |
| 01/16/12 | RXZ | [B220-] Committee call updates and reporting from EG and A&M | 0.70 Hrs |
| 01/18/12 | RXZ | [B220-] E-mails to and from committee members re: severance plan issues | 0.30 Hrs |
| 01/19/12 | RXZ | [B220-] Emails from A. Togut regarding debtors communications | 0.10 Hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/19/12 | RXZ | [B220-] Call with A. Togut regarding proposal and timing guidelines | 0.30 Hrs |
| 01/19/12 | RXZ | [B220-] Analyze e-mail from J. L Uziel re: proposal | 0.20 Hrs |
| 01/21/12 | MSC | [B220-] Reviewed and analyzed documents provided by LTD participant C. Totman to assist in development of possible litigation strategies. | 2.00 Hrs |
| 01/21/12 | RXZ | [B220-] Call with A. Togut re: employee benefit issues between retiree and LTD | 0.60 Hrs |
| 01/23/12 | SAK | [B220-] Analyze document prepared by financial advisors re negotiation issues | 0.20 Hrs |
| 01/23/12 | TMS | [B220-] Email from R. Zahralddin regarding conference call and email to Committee Professionals regarding conference call | 0.10 Hrs |
| 01/23/12 | RXZ | [B220-] Committee professionals call with A&M | 0.50 Hrs |
| 01/23/12 | MSC | [B220-] Conference call with R. Zahralddin and R. Winters of Alvarez & Marsal regarding Debtor's position (.4) and follow up telephone call with S. Kinsella regarding Debtor's position (.2). | 0.60 Hrs |
| 01/23/12 | MSC | [B220-] Attend and participate in telephone conference call of informal meeting of LTD Committee. | 1.40 Hrs |
| 01/23/12 | RXZ | [B220-] Analyze proposal correspondence from Debtors and related follow up with committee professionals | 1.70 Hrs |
| 01/24/12 | SAK | [B220-] Instructions to T. Snow re analysis of Debtors' position and related issues | 0.40 Hrs |
| 01/24/12 | SAK | [B220-] Analyze document from S. Gannat re LTD plans | 0.10 Hrs |
| 01/24/12 | TMS | [B220-] Conference with S. Kinsella regarding miscellaneous benefits information needed to complete full assessment and 1114 memorandum | 0.20 Hrs |
| 01/24/12 | MSC | [B220-] Review and analyze second set of documents provided by LTD participant C. Totman. | 0.60 Hrs |
| 01/24/12 | MSC | [B220-] Legal research regarding vesting issues specific to long term disability plans (.6) and analyzed case law with document review (1.5). | 2.10 Hrs |
| 01/25/12 | SAK | [B220-] Telephone conference with Retiree Committee professionals | 0.40 Hrs |
| 01/25/12 | TMS | [B220-] Analyze discovery documents related to voluntary benefits and memorandum to S. Kinsella regarding same | 0.50 Hrs |
| 01/25/12 | TMS | [B220-] Emails to and from LTDers regarding Plan information and updating chart regarding same | 0.50 Hrs |
| 01/25/12 | RXZ | [B220-] Analyze 1114 research forwarded by EG legal team | 0.60 Hrs |
| 01/25/12 | RXZ | [B220-] E-mails to and from debtors re: meeting to discuss proposal (.2) meetings with EG team (.2) call from retiree counsel and related e-mails (.5) | 0.90 Hrs |
| 01/26/12 | CLS | [B220-] Meet with RXZA regarding LTD Confidential Discovery (.1); Locate and review CD for requested Liability Chart (.6); forward requested documents to RXZA as requested (.1) | 0.80 Hrs |
| 01/26/12 | SAK | [B220-] Telephone conference with M. Curran re insurance issues | 0.20 Hrs |
| 01/26/12 | RXZ | [B220-] Aanlyze related record (.6) Calls and e-mails with A&M re: Cleary correspondence and remaining issues with lack of actuarial information (1) | 1.60 Hrs |
| 01/26/12 | RXZ | [B220-] Analyze correspondence from L. Schweitzer re: production of information for A&M | 0.30 Hrs |
| 01/27/12 | HFS | [B220-] Analyze Margaret S. Curran Memo | 1.00 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/27/12 | SAK | [B220-] Email exchange with Debtors' counsel re proposed upcoming meeting | 0.20 Hrs |
| 01/27/12 | SAK | [B220-] Analyze memo from M. Curran re ERISA issues and email exchange re same | 0.30 Hrs |
| 01/27/12 | MSC | [B220-] Completed outline of potential litigation strategies in preparation for LTD Committee conference call and response to Debtor's position letter | 1.60 Hrs |
| 01/27/12 | RXZ | [B220-] Analyze record (.3) and e-mails and forward memos and related documents to committee re: unofficial proposal forwarded by debtors (.3) and related follow up questions from committee (.5) | 1.10 Hrs |
| 01/30/12 | SAK | [B220-] Multiple email exchanges re PBGC issues | 0.20 Hrs |
| 01/30/12 | MSC | [B220-] Telephone call with S. Kinsella regarding 1114 memo to LTD Committee. | 0.40 Hrs |
| 01/30/12 | MSC | [B220-] Attend conference call of an official LTD Committee meeting. | 1.60 Hrs |
| 01/30/12 | TMS | [B220-] Numerous emails between LTD committee and professionals regarding proposal, 1114 issue and conference call; review 1114 memorandum | 0.40 Hrs |
| 01/30/12 | TMS | [B220-] Letter from M. Cullen forwarding 1996 Plan documents and review Plan and document | 0.20 Hrs |
| 01/30/12 | RXZ | [B220-] Analyze correspondence from [redacted] re: PBGC correspondence and related record | 0.40 Hrs |
| 01/30/12 | RXZ | [B220-] Calls with L. Schweitzer, (.3) N. Berger, (.4) and committee members re: scheduling of meeting with Debtors (.3) | 1.00 Hrs |
| 01/30/12 | RXZ | [B220-] E-mails to and from D. Greer re: differences in plans between retirees and LTD | 0.20 Hrs |
| 01/31/12 | SAK | [B220-] Conference with R. Zahralddin re severance issues (.4); email exchange with M. Curran re same (.1) | 0.50 Hrs |
| 01/31/12 | SAK | [B220-] Analyze email from M. Curran re benefit issues; related emails re same | 0.40 Hrs |
| 01/31/12 | SAK | [B220-] Email exchange re PBGC issues; review documents re same | 0.30 Hrs |
| 01/31/12 | TMS | [B220-] Review information provided by Remajos Brown | 0.10 Hrs |
| 01/31/12 | MSC | [B220-] Review and analyze 2008 summary plan description for the AD&D benefit and to determine who in the LTD group was covered under a core AD&D benefit and prepare email to Alvarez & Marsal regarding their calculation of the AD&D liability for LTD group and review and analyze severance pay issue raised by LTD Committee under Nortel's Severance Allowance Plan. | 1.60 Hrs |
| 01/31/12 | MSC | [B220-] Communicate with PBGC regarding setting up a conference call to determine who in the LTD group may be eligible to receive a disability benefit under the Nortel pension plan now administered by the PBGC. | 0.30 Hrs |
| 01/31/12 | TMS | [B220-] Conferences with S. Kinsella and M. Curran regarding 2000 FLEX Benefits and review file and forward document to M. Curran | 0.20 Hrs |
| 01/31/12 | TMS | [B220-] Email and conference with C. Trotman and email to R. Zahralddin, S. Kinsella, and M. Curran regarding conference with C. Trotman (re: miscellaneous Plan documents) | 0.10 Hrs |
| 01/31/12 | TMS | [B220-] Emails to/from Fay Gaier regarding miscellaneous documents | 0.10 Hrs |
| 01/31/12 | RXZ | [B220-] E-mail from A. Togut re: call from Debtors | 0.10 Hrs |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 01/31/12 | RXZ | [B220-] Calls with PBGC and follow up e-mails with PBGC, D. David and M. Curran | 0.50 Hrs | |
| | | Totals | 52.40 Hrs | $22,689.00 |

### Research

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 01/25/12 | CLS | [B220-A102] Review numerous e-mails regarding estate of Vickie Rogers of LTD Committee (.2); contact V. Rogers estate attorney, A. Doyle for documentation of Ms. Doyle's passing (.1); forward detailed information to RXZA (.1) | 0.40 Hrs | |
| | | Research Totals | 0.40 Hrs | $90.00 |
| | | Employee Benefits/Pensions Totals | 52.80 Hrs | $22,779.00 |

### Court Hearings

| Date | Init | Description | Hours |
|---|---|---|---|
| 01/04/12 | SAK | [B430-] Update status memo re upcoming deadlines | 0.20 Hrs |
| 01/06/12 | RXZ | [B430-] Analyze Notice of Agenda of Matters Scheduled for Hearing. Filed by Nortel Networks Inc. scheduled for 1/10/2012 at 10:00 AM at US | 0.10 Hrs |
| 01/06/12 | RXZ | [B430-] Notice of Agenda of Matters Scheduled for Hearing. Filed by Nortel Networks Inc scheduled for 1/10/2012 at 10:00 AM at US (cancelling hearing) | 0.20 Hrs |
| 01/09/12 | RXZ | [B430-] E-mail from L. Shaw re: agenda for 1/10 (.1) analyze agenda and update e-mail to send to committee re: same (.2) | 0.30 Hrs |
| 01/10/12 | TMS | [B430-] Meeting with R. Zahralddin and L. Shaw re: hearings and related Delaware Bankr. L.R. deadlines | 0.20 Hrs |
| 01/10/12 | CLS | [B430-] Conference with R. Zahralddin and T. Snow regarding hearing and related Delaware Bankr. L.R. deadlines (.2) conference with same regarding Statutory deadlines and upcoming hearings (.3) | 0.50 Hrs |
| 01/10/12 | RXZ | [B430-] Meeting with L. Shaw and T. Snow re: hearings and related Delaware Bankr. L.R. deadlines | 0.20 Hrs |
| 01/10/12 | RXZ | [B430-] Meeting with L. Shaw and T. Snow re: Statutory deadlines and upcoming hearings | 0.30 Hrs |
| 01/12/12 | CLS | [B430-] Meet with RXZA regarding critical date memorandum to clients and deadline procedures (.2); revise critical dates memorandum and update omnibus hearing dates and deadlines (.2); review numerous e-mail from LTD committee regarding upcoming conference call agenda matters (.2) | 0.60 Hrs |
| 01/16/12 | CLS | [B430-] Conference with R. Zahralddin regarding hearing and related Delaware Bankr. L.R. deadlines (.2); and conference regarding Statutory deadlines and upcoming hearings (.3) | 0.50 Hrs |
| 01/17/12 | CLS | [B430-] Meet with RXZA regarding critical date memorandum to clients and deadline procedures (.3); review current critical dates and update accordingly with revisions and added deadlines (.5) | 0.80 Hrs |
| 01/20/12 | SAK | [B430-] Analyze Amended Notice of Agenda | 0.10 Hrs |
| 01/20/12 | RXZ | [B430-] Analyze amended agenda cancelling hearing and follow up with paralegals re: same | 0.10 Hrs |
| 01/23/12 | SAK | [B430-] Analyze Order re omnibus hearing dates; instructions to T. Snow re same | 0.10 Hrs |

Page 9

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/23/12 | TMS | [B430-] Emails to/from R. Zahralddin regarding proposed omnibus hearing date and analyze docket regarding same | 0.10 Hrs | |
| 01/24/12 | CLS | [B430-] Receive, review and download Omnibus Hearing Dates Order | 0.20 Hrs | |
| 01/24/12 | CLS | [B430-] Receive, review, download and forward to committee and professionals Notice of Agenda for matter scheduled on 1/24 (.2) | 0.20 Hrs | |
| 01/24/12 | CLS | [B430-] Receive, review and forward to committee Agenda letter for January 24, 2012 (.2) | 0.20 Hrs | |
| 01/24/12 | CLS | [B430-] Revise and update Critical dates memo (.2) | 0.20 Hrs | |
| 01/27/12 | SAK | [B430-] Analyze Notice of rescheduled hearing date (04/02/12) | 0.10 Hrs | |
| | | Totals | 5.20 Hrs | $1,729.50 |
| | | Court Hearings Totals | 5.20 Hrs | $1,729.50 |

Litigation

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/03/12 | SAK | [B600-] Conference with T. Snow re discovery review; email exchange with M. Curran re same | 0.20 Hrs |
| 01/03/12 | SAK | [B600-] Review discovery responses and email from T. Snow re same | 0.40 Hrs |
| 01/03/12 | TMS | [B600-] Review 12/14 discovery from J. Kim and 12/16, 12/22, and 12/23 discovery from M. Fleming and process for discovery log (1.2); emails with M. Curran regarding same (.1) | 1.30 Hrs |
| 01/04/12 | TMS | [B600-] Emails to/from D. Greer regarding discovery and assembly of documents | 0.50 Hrs |
| 01/05/12 | SAK | [B600-] Analyze documents from B. Gallager; instructions to T. Snow re same | 0.30 Hrs |
| 01/06/12 | SAK | [B600-] Conference with T. Snow re procedure for requesting informal discovery related to LTD inquiries | 0.20 Hrs |
| 01/06/12 | SAK | [B600-] Analyze emails from C. Totman and M. Curran; update analysis chart | 0.20 Hrs |
| 01/09/12 | SAK | [B600-] Telephone conference with M. Curran re discovery issues (.2); instructions to T. Snow re same (.2) | 0.40 Hrs |
| 01/09/12 | TMS | [B600-] Conference with S. Kinsella and R. Zahralddin regarding discovery (.1); emails and conference with M. Curran regarding discovery and related follow-up (.2); emails to/from D. Greer regarding spreadsheets (.2); begin assembly of miscellaneous documents produced to be bates labeled (.3) | 0.80 Hrs |
| 01/10/12 | SAK | [B600-] Multiple email exchanges re outstanding discovery issues (.3); instructions to T. Snow re same (.1) | 0.40 Hrs |
| 01/11/12 | SAK | [B600-] Analyze emails from D. Greer re discovery issues | 0.20 Hrs |
| 01/11/12 | SAK | [B600-] Email from M. Curran and Debtors' counsel re discovery issues | 0.20 Hrs |
| 01/12/12 | SAK | [B600-] Research re potential litigation issues | 3.80 Hrs |
| 01/12/12 | SAK | [B600-] Email from M. Curran re documents received from C. Totman; revise analysis chart | 0.10 Hrs |
| 01/12/12 | SAK | [B600-] Analyze draft of letter to Debtors re discovery issues; comments to R. Zahralddin re same | 0.20 Hrs |
| 01/13/12 | SAK | [B600-] Analyze draft of letter to J. Kim regarding outstanding discovery; edit same | 0.20 Hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/13/12 | TMS | [B600-] Numerous emails regarding letter to J. Kim regarding recent document requests (.1); supplement letter to J. Kim regarding recent documents requests, incorporating D. Greer's comments (.2); conference with R. Zahrladdin regarding letter (.1); email to J. Kim forwarding letter regarding recent document requests (.1) | 0.50 Hrs |
| 01/13/12 | RXZ | [B600-] Analyze Nortel Networks, Inc., et al. v. Trustee of Nortel Networks UK Pension Plan; Board of the Pension Protection Fund, No. 11-1895, 2011 BL 328797 (3d Cir. Dec. 29, 2011) and related summary and forward to S. Kinsella | 0.20 Hrs |
| 01/18/12 | SAK | [B600-] Research re potential litigation issues | 3.10 Hrs |
| 01/19/12 | SAK | [B600-] Research re potential litigation issues | 2.20 Hrs |
| 01/20/12 | SAK | [B600-] Draft memorandum re potential litigation issues | 3.40 Hrs |
| 01/23/12 | SAK | [B600-] Telephone conference with M. Curran re negotiations with Debtors and related proposed terms | 0.30 Hrs |
| 01/23/12 | SAK | [B600-] Draft second memorandum re potential litigation issues | 2.70 Hrs |
| 01/23/12 | SAK | [B600-] Emails from R. Zahralddin re draft of litigation memos | 0.40 Hrs |
| 01/23/12 | SAK | [B600-] Email from R. Zahralddin re retiree issues; conference re same | 0.20 Hrs |
| 01/23/12 | SAK | [B600-] Email from Committee members re privilege issues | 0.10 Hrs |
| 01/23/12 | TMS | [B600-] Organization of discovery and bates labeling of miscellaneous documents | 1.30 Hrs |
| 01/24/12 | SAK | [B600-] Telephone conference with M. Hufford re LTD litigation issue | 0.20 Hrs |
| 01/24/12 | SAK | [B600-] Conference with R. Zahralddin re status of negotiations with Debtors | 0.20 Hrs |
| 01/24/12 | SAK | [B600-] Continue drafting litigation memos | 4.20 Hrs |
| 01/24/12 | SAK | [B600-] Instructions to T. Snow re discovery request follow up procedures; multiple emails re same | 0.40 Hrs |
| 01/24/12 | SAK | [B600-] Email from N. Faison; instructions to T. Snow re same and related discovery issues | 0.10 Hrs |
| 01/25/12 | SAK | [B600-] Continue drafting litigation memos | 2.30 Hrs |
| 01/25/12 | SAK | [B600-] Email from T. Runyan re discovery request; update analysis chart | 0.10 Hrs |
| 01/26/12 | SAK | [B600-] Continue work on litigation memorandum | 3.90 Hrs |
| 01/26/12 | SAK | [B600-] Analyze letter from L. Schweitzer re discovery issues and instructions from R. Zahralddin re preparing detailed response | 0.30 Hrs |
| 01/26/12 | SAK | [B600-] Draft response to Debtors' re discovery dispute | 1.80 Hrs |
| 01/26/12 | SAK | [B600-] Email to LTD participant re discovery request | 0.10 Hrs |
| 01/26/12 | SAK | [B600-] Email and conference with R. Zahralddin re drafts of litigation memos | 0.20 Hrs |
| 01/27/12 | SAK | [B600-] Revise letter response pursuant to internal comments | 0.50 Hrs |
| 01/27/12 | SAK | [B600-] Continue drafting/revision litigation memos | 1.90 Hrs |
| 01/27/12 | SAK | [B600-] Multiple emails from D. Greer and V. Bodnar re discovery dispute | 0.40 Hrs |
| 01/27/12 | SAK | [B600-] Revise response letter | 0.20 Hrs |
| 01/27/12 | SAK | [B600-] Email from M. Cullen re discovery requests and update analysis chart | 0.10 Hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/27/12 | SAK | [B600-] Emails from multiple LTD participants (Brown, David) and update analysis chart | 0.20 Hrs |
| 01/27/12 | SAK | [B600-] Email exchange with Committee re litigation issues | 0.20 Hrs |
| 01/27/12 | SAK | [B600-] Email exchange with Committee and professionals re negotiations with Debtors | 0.20 Hrs |
| 01/27/12 | TMS | [B600-] Emails with D. Greer regarding documentation of our request for information and review of file for same | 0.20 Hrs |
| 01/27/12 | TMS | [B600-] Emails with M. Curran regarding letter from L. Schweitzer | 0.10 Hrs |
| 01/27/12 | TMS | [B600-] Review letter to L. Schweitzer regarding response to proposal and final revisions (.1); meeting with S. Kinsella and R. Zahralddin regarding letter (.1); email letter to Committee professionals (.1) | 0.30 Hrs |
| 01/27/12 | RXZ | [B600-] Mutiple calls and e-mails regarding bad faith allegation in timing of meeting and missing data from document and data requests with Cleary (.6) , A&M and V. Bodnar (.7) and Retiree Committee (.5) | 1.80 Hrs |
| 01/27/12 | RXZ | [B600-] Multiple calls and e-mails regarding bad faith allegation in timing of meeting and missing data from document and data requests with committee | 0.70 Hrs |
| 01/30/12 | SAK | [B600-] Revise memorandum draft for Committee re potential litigation issues | 2.20 Hrs |
| 01/30/12 | SAK | [B600-] Telephone conference with D. Greer re potential litigation issues | 0.20 Hrs |
| 01/30/12 | SAK | [B600-] Telephone conference with with M. Curran re potential litigation issues | 0.50 Hrs |
| 01/30/12 | SAK | [B600-] Analyze benefit analysis prepared by financial advisors and email exchange re same | 0.20 Hrs |
| 01/30/12 | RXZ | [B600-] Detailed e-mails from committee members, analyze same and related record and prepare responses Debtors' position and related issues | 0.60 Hrs |
| 01/31/12 | SAK | [B600-] Telephone conferences with M. Curran re discovery issues | 0.10 Hrs |
| 01/31/12 | SAK | [B600-] Analyze discovery and instructions to T. Snow re same | 0.40 Hrs |
| 01/31/12 | SAK | [B600-] Research re additional 1114 issues | 0.50 Hrs |
| 01/31/12 | SAK | [B600-] Revise letter response to Debtors and instructions to T. Snow | 0.20 Hrs |
| 01/31/12 | SAK | [B600-] Email from T. Snow re Totman discovery; update analysis | 0.10 Hrs |
| 01/31/12 | SAK | [B600-] Email from V. Wilson re discovery; update analysis | 0.10 Hrs |
| 01/31/12 | TMS | [B600-] Supplement letter and email to L. Schweitzer regarding certain data and document requests | 0.20 Hrs |
| 01/31/12 | TMS | [B600-] Organization of discovery for NNI-MISC log | 0.50 Hrs |

|  | Totals | 50.20 Hrs | $20,599.50 |
|---|---|---|---|
|  | Litigation Totals | 50.20 Hrs | $20,599.50 |
|  | TOTAL LEGAL SERVICES |  | $62,379.50 |

**LEGAL SERVICES SUMMARY**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| McCloskey, Kristin A. | 0.60 Hrs | 225 /hr | $135.00 |
| Shaw, C. Liana | 11.90 Hrs | 225 /hr | $2,677.50 |

| | | | |
|---|---|---|---|
| Snow, Theresa M | 16.80 Hrs | 225 /hr | $3,780.00 |
| CURRAN, MARGARET S. | 19.50 Hrs | 275 /hr | $5,362.50 |
| Stemerman, Jonathan M. | 0.30 Hrs | 375 /hr | $112.50 |
| Kinsella, Shelley A. | 63.40 Hrs | 420 /hr | $26,628.00 |
| SIEDZIKOWSKI, Henry F. | 1.00 Hrs | 565 /hr | $565.00 |
| Zahralddin-Aravena, Rafael X. | 37.90 Hrs | 610 /hr | $23,119.00 |
| | 151.40 Hrs | | $62,379.50 |

**Reimbursement for out of pocket expenses**

COMPUTERIZED LEGAL RESEARCH

| | | |
|---|---|---|
| 01/30/12 | [] LEXISNEXIS (BB/HA/SC/DE)---INV #1112361286 DTD 12/31/11: LEGAL RESEARCH FOR THE PERIOD: DEC 01, 2011 - DEC 31, 2011 | 15.44 |
| 01/31/12 | [] WEST GROUP (BB/HA/SC/DE)--INV #824219478 DTD 01/01/12: WESTLAW LEGAL RESEARCH FOR THE PERIOD: DEC 01, 2011 - DEC 31, 2011 | 13.35 |

$28.79

COPYING

| | | |
|---|---|---|
| 01/19/12 | [] Device Cost | 33.50 |
| 01/19/12 | [] Device Cost | 35.40 |
| 01/23/12 | [] Device Cost | 4.90 |

$73.80

DELIVERY/COURIER SERVICE

| | | |
|---|---|---|
| 01/03/12 | [] RELIABLE WILMINGTON---INV #WL030858 DTD 12/20/11: PROFESSIONAL SERVICE PERIOD: 12/01/11-12/15/11: 40 HD ON 12/2/11 FOR RXZ | 300.00 |
| 01/03/12 | [] RELIABLE WILMINGTON---INV #WL030858 DTD 12/20/11: PROFESSIONAL SERVICE PERIOD: 12/01/11-12/15/11: 39 HD ON 12/6/11 FOR SAK | 292.50 |
| 01/03/12 | [] RELIABLE WILMINGTON---INV #WL030858 DTD 12/20/11: PROFESSIONAL SERVICE PERIOD: 12/01/11-12/15/11: 40 HD ON 12/13/11 FOR SAK | 300.00 |
| 01/03/12 | [] RELIABLE WILMINGTON---INV #WL030858 DTD 12/20/11: PROFESSIONAL SERVICE PERIOD: 12/01/11-12/15/11: 40 HD ON 12/13/11 FOR RXZ | 300.00 |
| 01/19/12 | [] RELIABLE WILMINGTON---INV #WL031144 DTD 01/04/12: PROFESSIONAL SERVICE PERIOD: 12/16 - 12/31/11: 41 HD ON 12/29/11 FOR SAK | 307.50 |

$1,500.00

OUTSIDE PROFESSIONAL SVCES

| Date | Description | Amount | Subtotal |
|---|---|---:|---:|
| 01/31/12 | [] KURTZMAN CARSON CONSULTANTS LLC---INV #US_KCC412980 DTD 01/13/12 PROFESSIONAL SERVICE FOR THE PERIOD: DEC 01 THRU DEC 31, 2011 | 2,005.46 | |
| | | | $2,005.46 |

**POSTAGE**

| Date | Description | Amount | Subtotal |
|---|---|---:|---:|
| 01/03/12 | [] RELIABLE WILMINGTON---INV #WL030858 DTD 12/20/11: PROFESSIONAL SERVICE PERIOD: 12/01/11-12/15/11: POSTAGE $1.46(X6) ON 12/13/11 FOR RXZ | 8.88 | |
| | | | $8.88 |

**POSTAGE**

| Date | Description | Amount | Subtotal |
|---|---|---:|---:|
| 01/12/12 | [] DAN DAVID---REIMBURSEMENT FROM DE CHECKING ACCOUNT - CHECK #1130 DTD 12/30/11 FOR MAILING & POSTAGE EXPENSES FROM 12/29/11 | 364.76 | |
| 01/19/12 | [] Postage | 176.78 | |
| | | | $541.54 |

**SECY OVERTIME**

| Date | Description | Amount | Subtotal |
|---|---|---:|---:|
| 01/16/12 | [] Secy O.T. by Theresa Snow on 01/03/12 | 0.00 | |
| 01/31/12 | [] Secy O.T. by Theresa Snow on 01/24/12 | 0.00 | |
| | | | $0.00 |

**TAXI**

| Date | Description | Amount | Subtotal |
|---|---|---:|---:|
| 01/12/12 | [] DIANA IRISH---REIMBURSEMENT FROM PETTY CASH FOR TAXI FARE FROM LAG TO HOTEL ON 12/22/11 | 63.60 | |
| | | | $63.60 |

**TELEPHONE**

| Date | Description | Amount | Subtotal |
|---|---|---:|---:|
| 01/20/12 | [] THE CONFERENCE GROUP, LLC---INV#133 - DEC 2011 DTD 01/01/12 DE CONFERENCE CALL FEES FOR THE PERIOD: 12/01-12/31/11 | 19.05 | |
| 01/20/12 | [] THE CONFERENCE GROUP, LLC---INV#133 - DEC 2011 DTD 01/01/12 DE CONFERENCE CALL FEES FOR THE PERIOD: 12/01-12/31/11 | 94.38 | |
| | | | $113.43 |

| | | |
|---|---:|---:|
| Total Reimbursement for out of pocket expenses | | $4,335.50 |
| TOTAL THIS BILL | | $66,715.00 |

**PREVIOUS BILLS OUTSTANDING**

| | | |
|---|---|---:|
| 105234 | 12/07/11 | 9,834.50 |
| 106159 | 01/19/12 | 50,257.39 |
| | | $60,091.89 |

Page 14

| | | GRAND TOTAL DUE | $126,806.89 |
|---|---|---|---|

**PREVIOUS BILLS OUTSTANDING**

| | | |
|---|---|---|
| 105234 | 12/07/11 | 9,834.50 |
| 106159 | 01/19/12 | 50,257.39 |
| | | $60,091.89 |

| | **TOTAL DUE** | **$126,806.89** |
|---|---|---|

## Task Billing Summary Page

Re: In re Nortel 09-10138(KG)

| | Current Bill |
|---|---|
| **Meetings of and Communications with Creditors** | |
| | $13,203.00 |
| Subtotals | $13,203.00 |
| **EG Fee Applications** | |
| | $2,253.00 |
| Subtotals | $2,253.00 |
| **Fee Objections EGS** | |
| | $42.00 |
| Subtotals | $42.00 |
| **Fee Applications and Invoices - Other** | |
| | $970.50 |
| Subtotals | $970.50 |
| **Fee Objections - Others** | |
| | $620.00 |
| Subtotals | $620.00 |
| **Business Operations** | |
| | $183.00 |
| Subtotals | $183.00 |
| **Employee Benefits/Pensions** | |
| | $22,689.00 |
| Research | $90.00 |
| Subtotals | $22,779.00 |
| **Court Hearings** | |
| | $1,729.50 |
| Subtotals | $1,729.50 |
| **Litigation** | |
| | $20,599.50 |
| Subtotals | $20,599.50 |
| Totals | $62,379.50 |

Amounts outstanding over 30 days are subject to 1 1/4% interest per month.
Payments received after prior posting may not be reflected.

**WE NOW ACCEPT PAYMENT BY CREDIT CARD. IF INTERESTED
PLEASE CONTACT PAT ROONEY AT (215) 977-1014***

In re: Nortel Networks, Inc, et al.

## Task Billing Summary Page

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138

|  | Previous Billed | Current Bill | Total |
|---|---:|---:|---:|
| Asset Disposition | $104.50 | $0.00 | $104.50 |
| Case Administration | $257.50 | $0.00 | $257.50 |
| Meetings of and Communications with Cred. | $362.00 | $13,203.00 | $13,565.00 |
| EG Retention | $14,056.00 | $0.00 | $14,056.00 |
| Employment & Retention Application Other | $9,113.00 | $0.00 | $9,113.00 |
| EG Fee Applications | $6,575.00 | $2,253.00 | $8,828.00 |
| EG Fee Objections | $1,643.50 | $42.00 | $1,685.50 |
| Fee Applications – Others | $3,491.00 | $970.50 | $4,461.50 |
| Fee Objections - Others | $0.00 | $620.00 | $620.00 |
| Non-Working Travel | $0.00 | $0.00 | $0.00 |
| Business Operations | $244.00 | $183.00 | $427.00 |
| Employee Benefits/Pensions | $63,176.50 | $22,689.00 | $85,865.50 |
| Claims Administration | $328.00 | $0.00 | $328.00 |
| Plan and Disclosure Statement | $1,057.00 | $0.00 | $1,057.00 |
| Court Hearings | $3,959.50 | $1,729.50 | $5,689.00 |
| Litigation | $41,089.50 | $20,599.50 | $61,689.00 |
| Labor Issues | $104.50 | $0.00 | $104.50 |
| Research | $0 | $90.00 | $90.00 |
| Total | $145,561.50 | $62,379.50 | $207,941.00 |