# EXHIBIT C

## SUMMARY OF EXPENSES FOR THE PERIOD
## DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011

| Expense Category | Total Expenses |
|---|---|
| Legal Research | $ 28.79 |
| Copying[1] | $ 73.80 |
| Delivery/Courier | $1,500.00 |
| Outside Professional Consultants | $2,005.46 |
| Postage | $ 541.54 |
| Taxi | $ 63.60 |
| Telephone | $ 113.43 |
| **TOTAL THIS BILL:** | **$4,335.50** |

---

[1] EG represents that its rate for duplication is $0.10 per page, consistent with the Local Rules and Guidelines. Detailed copy charges are listed in Exhibit B.

2