**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | **Case No. 09-10138 (KG)** |
| **Nortel Networks, Inc., *et al*.,** | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Related Docket No.  7183** |
| | | **Deadline for Responses to Objection:  Feb. 23, 2012** |
| | x | **Hearing Date:  March 8, 2012 at 10:00 a.m. (ET)** |

**RESPONSE TO DEBTORS' OBJECTION TO TWENTY-SECOND OMNIBUS
OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS
PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1
(NO LIABILITY CLAIMS, REDUCE AND ALLOW CLAIMS, REDUNDANT
CLAIM, WRONG DEBTOR CLAIMS AND NO-BASIS 503(B)(9) CLAIMS)**

**(Re:  Objection to Claim #5980 filed by Telefonica Internacional, S.A.U.)**

TELEFONICA INTERNACIONAL, S.A.U. ("**TISA**") by and through undersigned

counsel, pursuant to 11 U.S.C. § 502, Rule 3007, Fed. R. Bankr.P. and Local Rule 3007-1 of the

Local Rules of this Court, file this response ("**Response**") to the Debtors' Objection to Claim

#5980 filed by TISA against the bankruptcy estate of Nortel Networks (CALA) Inc., Case No.

09-12515(KG) ("**Nortel CALA**"), and in support thereof states as follows:

1.     On October 14, 2009, TISA timely filed a Proof of Claim against Nortel CALA's

bankruptcy estate in the amount of €1,675,000 (Euros), which is docketed as Claim No. 5980

("**Claim 5980**").  A copy of Claim 5980 is attached as Exhibit A.

2.     Claim 5980 is based upon unpaid commissions due to TISA pursuant to that

certain *Contrato de Mediacion* ("**Mediation Agreement**"), executed or about September 29,

2008.  A copy of the Mediation Agreement is attached to Claim 5980.

3.      Through various emails and telephone conversations during the period from approximately August 2011 through November 2011, the Debtors' representatives contacted TISA's undersigned counsel to obtain additional information and support for Claim 5980.  In response, TISA's undersigned counsel provided additional information and documentation to further support Claim 5980, including the *Contrato Marco Para Desarrolar el Servicio de Centralita Movil* ("**Services Agreement**") signed by Nortel CALA and TISA in December 2008. A copy of the Services Agreement is attached as Exhibit B.  The Services Agreement further evidences TISA's compliance with its obligations under the Mediation Agreement.

4.      On February 7, 2012, Nortel Networks, Inc. and certain of its affiliates, as debtors and debtors-in-possession in the above-styled jointly administered case (collectively, "**Debtors**") objected to TISA's Claim 5980 as part of *Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and Non-Basis 503(B)(9) Claims)* ("**Objection**") [ECF No. 7183].

5.      The Debtor lists Claim 5980 as a "No Liability Claim" on Exhibit A to the Objection and seeks to disallow the claim in its entirety for the following reasons:

> The Debtors have no liability on this claim as Telefonica did not perform its obligations under the contract from which the claim stems.  Specifically, Telefonica did not succeed in signing telecom operators in Brazil, Chile, Uruguay, El Salvador, Guatemala, Nicaragua, Panama, Venezuela, Colombia, and Ecuador to implement a telecom network with the Debtors.  Pursuant to section 2.3 of the contract and the Terecera clause of the contract attached to the Claim, agreements with the Operators were to be evidenced by signed adherence letters and provided to the Debtors by June 30, 2009; however the letters were never executed and as such the project was terminated under the terms of the contract.

Objection at Exhibit A, p. 4.

2

6.      The Debtors' basis for the Objection to Claim 5980 is unfounded.  TISA has complied with its obligations under the Mediation Agreement, timely filed Claim 5980, and otherwise satisfied its burden with respect to the allowance of Claim 5980.  Further, the Objection fails to allege sufficient allegations to disallow Claim 5980, and therefore, the Debtors' Objection to Claim 5980 should be denied.

7.      Nothing herein is intended to alter, limit or otherwise impair any and all rights, claims, interests and defenses TISA has with respect to Claim 5980, and TISA expressly reserves all such rights.  Further, TISA reserves the right to amend or otherwise supplement this Response as may be appropriate in connection with further litigation in respect of the Objection or otherwise.

8.      Finally, subject to the Court's approval, undersigned counsel for TISA will appear telephonically at the hearing scheduled for March 8, 2012 on the Objection.  To the extent the Court determines that an evidentiary hearing will be required on the Objection to Claim 5980, TISA respectfully requests that the Court reschedule the hearing as to Claim 5980 for a different date and time convenient to the Court and the parties so as to allow sufficient time for the parties to conduct discovery and for TISA's out-of-town counsel to make appropriate travel arrangements for such evidentiary hearing.

**WHEREEFORE**, TISA respectfully requests the Court that the Court enter an Order (a) denying the Debtor's Objection to Claim 5980, (b) allowing Claim 5980 as filed, (c) specially set a separate hearing as to the Debtors' Objection to Claim 5980 if an evidentiary hearing is required, and (d) granting such other relief as the Court may deem proper.

STEARNS  WEAVER  MILLER  WEISSLER  ALHADEFF  &  SITTERSON,  P.A.
MUSEUM TOWER, 150  WEST FLAGLER STREET, MIAMI, FLORIDA 33130 · TELEPHONE (305) 789-3200

Case No. 09-10138 (KG)

Dated: February 22, 2012.

Respectfully submitted,

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 789-3200
Facsimile:    (305) 789-3395

By: _/s/ Drew M. Dillworth_
        HAROLD D. MOOREFIELD, JR.
        Florida Bar No. 239291
        hmoorefield@stearnsweaver.com
        DREW M. DILLWORTH
        Florida Bar No.0167835
        ddillworth@stearnsweaver.com

ATTORNEYS FOR
TELEFONICA INTERNACIONAL, S.A.U.

4