Case No. 09-10138 (KG)

# **CERTIFICATE OF SERVICE**

I CERTIFY that on February 22, 2012, a true and correct copy of the foregoing was served as follows: (i) by transmission of Notice of Electronic Filing generated by CM/ECF to all parties registered to receive Notices of Electronic Filing in this case, and (ii) by Federal Express, Next Day Delivery to Debtors' counsel as follows:

>James L. Bromley, Esq.
>Lisa M. Schweitzer, Esq.
>CLEARY GOTTLIEB STEEN & HAMILTON LLP
>One Liberty Plaza
>New York, New York 10006
>
>Derek C. Abbott, Esq.
>Eric D. Schwartz, Esq.
>Ann C. Cordo, Esq.
>Chad A. Fights, Esq.
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, Delaware 19801
>
>Raymond H. Lemisch, Esq
>BENESCH, FRIEDLANDER,
>COMPLAN & ARONOFF LLP
>222 Delaware Avenue, Suite 801
>Wilmington, DE 19801

By: ___*/s/ Drew M. Dillworth*___
     DREW M. DILLWORTH

#1529557 v2

5