# EXHIBIT B

**(Part 1 of 3)**

# CONTRATO MARCO PARA DESARROLLAR EL SERVICIO DE CENTRALITA MÓVIL

En Madrid a once de diciembre de 2008, entre, por una parte TELEFONICA INTERNACIONAL S.A.U., representada por Don Cristian Aninat Salas, domiciliada en Ronda de la Comunicación s/n, Distrito C, Edificio Oeste 3, 28050 Madrid, en adelante e indistintamente denominado **"TELEFONICA"**, y por la otra, NORTEL NETWORKS (CALA) INC., representada por Don Fernando Valdivielso Delgado, domiciliada en 1500 Concord Terrace, Sunrise, Florida 33323, Estados Unidos de America, en adelante **"NORTEL"**, se ha convenido el siguiente Contrato. En adelante, TELEFÓNICA y NORTEL se podrán denominar conjuntamente "las Partes".

## CLÁUSULA PRIMERA: ANTECEDENTES.

**1.1)** TELEFONICA es la empresa del Grupo Telefónica con amplia experiencia en el mercado Latinoamérica, dedicada a la gestión de los activos del Grupo en Latinoamérica.

**1.2)** Entre las actividades principales que constituyen el objeto social de las compañías del Grupo TELEFONICA, se encuentra el de ofrecer servicios de telefonía móvil a través de sus empresas afiliadas ("Operadoras") nombradas en el **ANEXO I** a nivel local y de larga distancia nacional e internacional en los países de Latino América denominados en el **ANEXO I** (la "Región").

**1.3)** NORTEL es una empresa con amplia experiencia en el sector de las telecomunicaciones cuya actividad principal consiste en la fabricación, distribución y mantenimiento de equipos de telecomunicaciones.

**1.4)** Las Operadoras marcadas con asterisco detalladas en el **ANEXO I,** designaron en fecha 30 de septiembre de 2008 a NORTEL como el proveedor en exclusiva para el proyecto de Centralita Móvil, y en su virtud las Operadoras requerirán adquirir el uso de ciertos productos y los servicios relacionados de NORTEL y sus empresas afiliadas operando en la Región nombradas en el **ANEXO I** (el "Grupo Nortel") bajo ciertos criterios, los cuales serán materia de este Contrato.

**1.5)** Las Partes, por todo cuanto antecede, están interesadas en formalizar el presente Contrato Marco ("Contrato"), por el que el Grupo Nortel desplegará y pondrá a disposición de las Operadoras la infraestructura de red necesaria a fin de permitir a las Operadoras la comercialización, venta y explotación del Servicio de Centralita Móvil en la Región ("en adelante, el ó los "Servicio/s de Centralita Móvil"), y, en contraprestación, las Operadoras permitirán al Grupo Nortel participar en los resultados económicos (ingresos) derivados de dicha actividad empresarial de venta y explotación de los Servicios de Centralita Móvil en la Región, todo ello con arreglo y sujeción a las siguientes cláusulas:



**CLÁUSULA SEGUNDA: OBJETO Y ALCANCE DEL CONTRATO.**

**2.1)** Este Contrato tiene por objeto regular y establecer las condiciones, derechos, obligaciones, responsabilidades y demás estipulaciones bajo las cuales las Operadoras y el Grupo Nortel desarrollarán conjuntamente y compartirán los ingresos generados por los Servicios de Centralita Móvil **2.2)** Con el fin de permitir a las Operadoras la venta y explotación de los Servicios de Centralita Móvil, las Partes acuerdan que el Grupo Nortel realizará las siguientes aportaciones: **(1)** el Grupo Nortel implantará y pondrá a disposición de las Operadoras las máquinas o componentes fabricados por el Grupo Nortel (los "Equipos") descritos en el **ANEXO II**, así como las instrucciones legibles por los Equipos, sus componentes, datos, contenido audiovisual (tales como imágenes, texto, grabaciones o dibujos) y materiales licenciados relacionados, incluyendo todas las copias completas o parciales (el "Software") descritas en **ANEXO II** (en forma colectiva, los "Productos"); y **(2)** los Productos serán instalados por el Grupo Nortel en cada uno de los sitios en Argentina, Perú y México identificados en **ANEXO III** (los "Sitios de Instalación"); y **(3)** las Operadoras facilitarán en su calidad de operador de servicios de telefonía en la Región, los Sitios de Instalación, su infraestructura y sus concesiones, licencias, permisos o autorizaciones otorgadas por las autoridades gubernamentales en cada país necesarios bajo las leyes aplicables para operar los Productos y la red de telefonía.

**2.3)** NORTEL y TELEFÓNICA se comprometen a causar que (1) sus respectivas afiliadas u Operadoras, (según sea de aplicación) en los países de la Región en donde se encuentran los Sitios de Instalación (México, Perú y Argentina) firmen el Contrato de Adhesión en la forma del **ANEXO V** antes del 30 de Diciembre de 2.008, y (2) sus respectivas afiliadas u Operadoras (según sea de aplicación) en los otros países de la Región firmen el Contrato de Adhesión en la forma del **ANEXO V** dentro de los seis (6) meses siguientes a la firma de este Contrato (en adelante, de forma común el "Contrato de Adhesión").

**2.4)** El período de vigencia del Contrato comenzará en la fecha de la firma del mismo y finalizará transcurridos cuarenta y ocho (48) meses desde la fecha de la firma del último Contrato de Adhesión ("Plazo Contractual"). Una vez expirado el Plazo Contractual cesarán los derechos y obligaciones de las Partes, en particular, el derecho de participaciones del Grupo Nortel en los resultados económicos (ingresos) obtenidos por las Operadoras derivados de la venta y explotación de los Servicios de Centralita Móvil, salvo aquellos importes que a la fecha de expiración fueran adeudados al Grupo Nortel por las Operadoras según este Contrato, si los hubiere.

**2.5)** Cada parte aportará los recursos humanos, técnicos y financieros, entre otros, que sean adecuados a fin de dar cumplimiento a sus obligaciones contractuales, asumiendo sus propios gastos internos y externos, según se describen en esta Cláusula. Treinta (30) días después de la firma de este Contrato, cada parte nombrará a un empleado de su compañía como ***"Ejecutivo de Proyecto"***, que deberá reunir la experiencia profesional suficiente a fin de supervisar y coordinar la ejecución de este Contrato. El Ejecutivo de Proyecto designado por cada Parte, será un miembro del equipo de trabajo y además supervisará la cooperación de las Partes en dicho equipo y determinará los recursos específicos que aportará cada parte. Adicionalmente las partes designarán un número limitado de expertos (incluyendo expertos comerciales, finanzas y técnicos) que conformarán el equipo de trabajo para la ejecución del presente Contrato. Los Ejecutivos de Proyecto se reunirán regularmente y revisarán el Servicio de Centralita Móvil para

asegurarse que las metas y objetivos se estén cumpliendo y en caso de que no sea sí, recomendar las acciones que se requieran. Ambas Partes entrarán en un proceso de desarrollo y planificación de Productos y Servicios de Centralita Móvil.

**2.6)** Este Contrato no tiene la intención de crear una asociación ("*joint venture*"), sociedad, ó agencia. NORTEL y TELEFONICA son contratantes independientes para cualquier propósito en cualquier momento y ninguna de las Partes deberá actuar como agente de la otra, a menos que así sea designada en un contrato firmado y por separado. Ninguna parte deberá obligar o intentará obligar a la otra a celebrar algún contrato o a llevar a cabo alguna obligación salvo las contempladas por este Contrato. Ninguna de las Partes deberá representar que tiene el derecho de actuar en nombre de la otra. NORTEL y TELEFONICA son individualmente responsables de la supervisión, dirección, compensación y control de sus propios trabajadores y subcontratistas. NORTEL podrá contratar a subcontratistas seleccionados por NORTEL para ejecutar todo o parte de la implementación del Servicio. En caso de subcontratación se hace presente que NORTEL será responsable de los hechos de sus subcontratistas como si fueran los suyos propios.

**2.7)** Ninguna de las Partes tratará a sabiendas de contratar a empleados de la otra parte con los que tuvo contacto como consecuencia de la implementación del Servicio por un plazo de seis (6) meses desde la terminación de los mismos. Esto no impedirá que las Partes conduzcan búsquedas generalizadas de personal (y que contraten a los empleados que respondan a tales búsquedas), ya sea a través de firmas especializadas o de avisos en los medios, siempre que tales búsquedas no estén dirigidas específicamente a los empleados que implementen el proyecto.

**2.8)** Lo anterior, se efectuará bajo la responsabilidad de cada una de las Partes de los cargos y eventos necesarios para el fiel y debido cumplimiento de este Contrato según lo indicado en las cláusulas siguientes y en los Anexos del Contrato.

## CLÁUSULA TERCERA: DERECHOS Y OBLIGACIONES DE LAS PARTES.

**3.1) Obligaciones del Grupo Nortel.** El Grupo Nortel tendrá las siguientes obligaciones durante el Plazo Contractual: **(1)** entregar, instalar y poner en funcionamiento en los Sitios de Instalación y a disposición de las Operadoras, los Productos necesarios para prestar los Servicios de Centralita Móvil, todos de conformidad con lo establecido en el **ANEXO II**; y **(2)** otorgar a cada una de las Operadoras las licencias de derecho de uso del Software, conforme al acuerdo tipo de Licencia de Uso de Software que se adjunta al presente Contrato como su **ANEXO IV y IV BIS**; y **(3)** entrenar y transferir los conocimientos necesarios al personal de las Operadoras que permita la operación, y explotación de los Productos de acuerdo con este Contrato; y **(4)** reparar o reemplazar los Productos que presenten defectos; y **(5)** poner a disposición de las Operadoras el suministro de repuestos para los Productos conforme a lo establecido en el **ANEXO II**; y **(6)** asegurar por su propia cuenta los Productos hasta la fecha de entrega en los Sitios de Instalación contra riesgo de pérdida, así como el personal del Grupo Nortel y sus contratistas utilizado durante la prestación de los Servicios; y **(7)** expirado el Plazo Contractual, desinstalar los Productos del los Sitios de Instalación sin costo adicional para las Operadoras; y **(8)** cumplir con sus otras obligaciones establecidas en este Contrato y sus Anexos.

**3.2) Derechos del Grupo Nortel.** El Grupo Nortel tendrá los siguientes derechos durante el Plazo Contractual: **(1)** conservar todos los derechos de propiedad de los Productos que aporta y



que se utilicen para el desarrollo de los Servicios de Centralita Móvil; y **(2)** tener en todo momento libre acceso total y completo a los Sitios de Instalación para verificar el estado de operación de los Productos en el momento que lo requiera, previo cumplimiento de las normas de seguridad que estén establecidas por las Operadoras y le sean comunicadas al Grupo Nortel; y **(3)** poder realizar una (1) auditaría al año sobre los registros contables y e información de las Operadoras relacionada única y exclusivamente con este Contrato, previa notificación y preaviso de diez (10) días hábiles, siempre y cuando no se realice en horas que interfieran en la actividad de la Operadora, y bajo responsabilidad de tratar toda la información como confidencial; y **(4)** facturar y recibir de las Operadoras los importes correspondientes a los ingresos efectivamente recibidos por las Operadoras a sus clientes por la realización de los Servicios de Centralia Móvil a que tiene derecho el Grupo Nortel por su participación según este Contrato según la **CLÁUSULA CUARTA** del mismo.

A efectos de emitir las facturas, las Operadoras facilitarán al Grupo Nortel, dentro de los quince (15) primeros días de cada mes, un informe en el que se incluirán los siguientes datos: (a) El número de usuarios de los Servicios de Centralita Móvil correspondientes al mes inmediatamente anterior, y (b) El perfil de cada uno de dichos usuarios (básico, avanzado, gratuito, u otros), así como, la tarifa de servicio utilizada por las Operadoras para cada uno de tales usuarios, y (c) Los usuarios beneficiados con el Servicio de Centralita Móvil gratis conforme a lo establecido en la **Cláusula 4.3. (a)** siguiente.

Nortel emitirá sus facturas mensuales a las Operadoras por el importe neto facturado por las Operadoras a sus clientes, calculado conforme a la información facilitada mediante el informe mensual, descontando el cuatro porciento (4%) en concepto de "Reserva de Morosidad".

Nortel y las Operadoras de cada país de la Región regularizarán trimestralmente la facturación realizada por Nortel sobre la base de la tasa de morosidad real experimentada por las Operadoras durante el trimestre en curso (en adelante, la "Tasa Real de Morosidad").

En el supuesto que, la Tasa Real de Morosidad experimentada trimestralmente para cada Operadora fuera inferior al importe correspondiente a la Reserva de Morosidad descontada por la correspondiente Operadora durante cada trimestre, implicará que dicha Operadora abonará a Nortel la diferencia junto con la factura siguiente que se emita por parte de NORTEL.

Por el contrario en el supuesto que la Tasa Real de Morosidad experimentada por la Operadora correspondientes a cada trimestre fuera superior al importe relativo a la Reserva de Morosidad descontada durante ese trimestre, entonces Nortel emitirá una nota de crédito por la diferencia a favor de la Operadora, que deberá ser entregada junto con la siguiente factura que se emita por parte de NORTEL.

En el caso de que la Operadora hubiera recobrado algún moroso, lo pondrá en conocimiento de NORTEL en el plazo más breve posible y NORTEL tendrá en cuenta el importe recobrado al moroso en la siguiente factura que NORTEL emita.

**3.3) Obligaciones de las Operadoras.** Las Operadoras tendrá las siguientes obligaciones durante el Plazo Contractual: **(1)** proporcionar los Sitios de Instalación y su adecuación según las especificaciones ambientales, sin costo para el Grupo Nortel, donde los Productos serán instalados y puestos en funcionamiento; y **(2)** obtener y mantener vigente las Concesiones que

sean requeridas bajo las leyes aplicables para la operación de los Productos y el suministro de los Servicios de Centralita Móvil a sus usuarios; y **(3)** adquirir las Licencias de Software establecidos en y según la **Cláusula 4.2** y operar, y explotar los Productos que el Grupo Nortel suministrará a las Operadoras solamente para la prestación de los Servicios de Centralita Móvil objeto de este Contrato y bajo las normas y especificaciones e instrucciones establecidas por el Grupo Nortel; y **(4)** comercializar y vender los Servicios de Centralita Móvil con la diligencia de un buen empresario, y ser titular del Servicio, así como velar por su continuidad de conformidad con la Concesiones y leyes aplicables **(4) (bis)** Realizar en cada país actividades de promoción y mercadeo establecidas en el **ANEXO VIII** (Programa de Marketing de la Operadora), asignando y destinando para ello el presupuesto necesario para realizar tales actividades, e incurriendo en el coste de su realización; y **(5)** administrar los Servicios de Centralita Móvil, establecer las tarifas de acuerdo con las disposiciones aplicables, emitir y cobrar las facturas por dichos servicios a los usuarios; y **(6)** suministrar el personal técnico y administrativo para interrelacionarse con NORTEL y para las demás actividades que le correspondan a las Operadoras según este Contrato; y **(7)** atender a las directrices establecida por NORTEL respeto a sus derechos de propiedad sobre sus los Productos y brindar seguridad adecuada para proteger los Productos en los Sitios de Instalación contra uso incorrecto y tomar precauciones necesarias en el uso permitido de los Productos; y **(8)** asegurar por su propia cuenta los Productos aportados por NORTEL desde su entrega en el Sitio de Instalación hasta la terminación del Plazo Contractual contra el mal uso del personal de las Operadoras durante la prestación de los Servicios de Centralita Móvil; **(9)** vencido el Plazo Contractual, devolver los Equipos en la misma condición que fueron aportados excepto por el deterioro causado por uso y desgaste normales y brindar acceso a los Sitios de Instalación para que Nortel pueda efectuar la desinstalación de los mismos; y **(10)** informar al Grupo Nortel sobre el estado de ejecución del proyecto, rendir cuentas justificadas del resultado o resultados económico del mismo, y **(11)** cumplir con sus restantes obligaciones establecidas en el Contrato y sus Anexos.

**3.4) Derechos de las Operadoras.** Las Operadoras tendrán los siguientes derechos durante el Plazo Contractual: **(1)** Recibir el Servicio definido en el Contrato **(2)** poner en funcionamiento, y explotar los Productos aportados por NORTEL según los parámetros de este Contrato y sus Anexos; y **(3)** recibir asesoramiento parte del Grupo Nortel para la explotación y mantenimiento preventivo y correctivo de los Productos y prestación eficiente de los Servicios de Centralita Móvil; y **(4)** solicitar y recibir información comercial, técnica y de calidad relacionada a los Productos aportados por el Grupo Nortel en el desarrollo de este Contrato; y **(5)** solicitar la reparación o reemplazo de los Productos aportados por el Grupo Nortel con defectos; y **(6)** establecer los precios o tarifas a cobrar a los usuarios por los Servicios de Centralita Móvil; y **(7)** recibir los ingresos compartidos relacionados a los Servicios de Centralita Móvil y a los que tiene derecho por su participación en este Contrato.

**CLÁUSULA CUARTA: PARTICIPACIÓN EN RESULTADOS: INGRESOS COMPARTIDOS.**

**4.1)** En mérito de la prestación del Servicio (instalación y puesta en funcionamiento de los Productos conforme a lo establecido en la **Cláusula 3.1**, así como su mantenimiento y soporte técnico) el Grupo Nortel tendrá derecho durante el Plazo Contractual, a facturar y obtener el pago de las Operadoras de: **(a)** Un cargo fijo por cada Licencia de Software que componga el Servicio Centralita Móvil según la **Cláusula 4.2** siguiente; y **(b)** Una participación sobre los

Cargos Mensuales del Servicio Centralita Móvil, de acuerdo con los porcentajes establecidos en la **Cláusula 4.3** de este Contrato, por cualquier subscriptor (usuario) del Servicio de Centralita Móvil de las Operadoras durante cada mes de vigencia de dicho Servicio. Las Partes acuerdan que NORTEL ó el Grupo Nortel no tendrá ninguna responsabilidad económica o financiera sobre cualquier pérdida que pudiera generarse a consecuencia de los Servicios de Centralita Móvil siempre y cuando no fuera por causa imputable a la misma. La conversión de montos denominados en Dólares de Estados Unidos de América a cualquier moneda local será de acuerdo a la tasa cambiaria fijada según las leyes aplicables de cada país. La tasa cambiaria se fijará a la fecha de pago de la factura respectiva.

**4.2) Coste de Licencia de Software:**

**(a) Paquete Básico de Licencias:** Un "Paquete Básico de Licencias" consiste en el conjunto de Licencias de Software establecido en los **ANEXOS IV, ANEXO IV BIS** y **VI** del presente Contrato.

**4.3) Participación Sobre los Cargos Mensuales de Servicios de Centralita Móvil:**

**(a)** Las tarifas del Servicio Centralita Móvil serán fijadas por las Operadoras según las prácticas comerciales del país correspondiente, pero en todo caso se fijará durante el Plazo Contractual un monto mínimo de Tres Dólares de los Estados Unidos de América (US $3) por usuario por el Servicio de Centralita Móvil, salvo (i) las Operadoras podrán comercializar el Servicio de Centralita Móvil sin costo a sus usuarios nuevos que se inscriban al Servicio de Centralita Móvil durante cada mes siempre y cuando el número máximo para tal mes de usuarios nuevos inscritos con Servicio sin costo no exceda el veinte por ciento (20%) de todos sus usuarios nuevos inscritos en tal mes, y el período máximo de Servicio sin costo a dicho usuario nuevo no exceda seis (6) meses contados a partir de fecha que comienza el Servicio de Centralita Móvil para tal usuario nuevo, o (ii) modificación por mutuo acuerdo de las Partes.

**(b)** Después de la puesta en funcionamiento de los Productos, la participación del Grupo Nortel sobre los Cargos Mensuales de los Servicios de Centralita Móvil de las Operadoras será la siguiente: **(1)** *Cincuenta por ciento (50%);* **(2)** *Cuarenta por ciento (40%),* a partir de la fecha en que el total de la participación del Grupo Nortel sobre los Cargos Mensuales de los Servicios de Centralita Móvil, exceda Veintidós Millones Quinientos Mil Dólares USD (22,500,000) de forma acumulada respecto a todas las Operadoras dónde se preste el Servicio de Centralita Móvil, y **(3)** *Treinta por Ciento (30%),* a partir de la fecha en que el total de la participación del Grupo Nortel sobre los Cargos Mensuales de los Servicios de Centralita Móvil exceda de Cuarenta y Cinco Millones de Dólares USD (45,000,000) de forma acumulada respecto a todas las Operadoras dónde se preste el Servicio de Cetralita Móvil.

A los efectos de esta **CLÁUSULA CUARTA**, se define *"Cargo Mensual"* como "el importe neto de lo facturado que fue efectivamente ingresado por los usuarios o subscriptores de las Operadoras correspondiente a los Servicios de Centralita Móvil" de acuerdo a la **Cláusula 4.3(a)** anterior.

**(c) Facturación Mensual:** Al final de cada mes, cada empresa del Grupo Nortel emitirá un factura a la Operadora correspondiente por un monto equivalente al **(1)** número de usuarios habilitados en dicha empresa de las Operadoras para usar los Servicios de Centralita Móvil,



descontando el número de usuarios beneficiados con el servicio gratis establecido en el apartado **(a) de la Cláusula 4.3**, multiplicado por **(2)** el monto mínimo para los Cargos Mensuales de Servicios de Centralita Móvil establecido según la **Cláusula 4.3** de este Contrato, multiplicado por **(3)** la participación del Grupo Nortel establecida según la **Cláusula 4.3(b)** de este Contrato. Cada empresa de las Operadoras deberá pagar su factura emitida por la empresa del Grupo Nortel en moneda local dentro de los sesenta (60) días siguientes de la fecha de recepción de dicha factura.

**(d) Facturación Trimestral:** Al final de cada trimestre, cada empresa del Grupo Nortel emitirá un factura a la empresa de las Operadoras correspondiente por un monto equivalente al **(1)** número de usuarios habilitados en dicha empresa de las Operadoras para usar los Servicios de Centralita Móvil descontando el número de usuarios beneficiados con el servicio gratis establecido en el apartado **(a) de la Cláusula 4.3**, multiplicado por **(2)** la diferencia entre las tarifas vigentes establecidas por la Operadora y el monto mínimo para los Cargos Mensuales de Servicios de Centralita Móvil establecido según la **Cláusula 4.3** de este Contrato, multiplicado por **(3)** la participación del Grupo Nortel establecida según la **Cláusula 4.3(b)** de este Contrato. Cada empresa de las Operadoras deberá pagar su factura emitida por la empresa del Grupo Nortel en moneda local dentro de los sesenta (60) días siguientes de la fecha de recepción de dicha factura.

**4.4)** Los Productos deberán entregarse listos para funcionar por el Grupo Nortel según el Cronograma de Implementación incorporado en el **ANEXO II**, siempre y cuando cada Operadora cumpla con su obligación de firmar el Contrato de Adhesión dentro el periodo establecido en la **Cláusula 2.3** y cada Sitio de Instalación esté disponible según este Cronograma. Cualquier atraso causado por las Operadoras en el cumplimiento de lo indicado en este párrafo **(1)** producirá una prórroga en los plazos de cumplimiento de la obligación de entrega del Grupo Nortel y **(2)** una prórroga en el plazo inicial del Contrato por el mismo número de días de dicho retraso.

**4.5)** En caso de falta de pago en término, las Operadoras deberá pagar intereses a una tasa del cero con cinco por ciento (0.5%) mensual o a una tasa menor si dicha tasa de intereses no está legalmente permitida.



NORTEL tendrá derecho a ceder a terceros (entidades financieras, bancarias o de factoring) para descuento ó factoring, las facturas que se emitan por el Grupo Nortel conforme a este Contrato, siempre y cuando medie autorización previa expresa y por escrito por parte de TELEFÓNICA.

**4.6)** Para propósitos de este Contrato, "Impuestos" significa cualquier impuesto federal, estadual, provincial, local y/o extranjero, sobre los ingresos brutos, las ventas, el uso o los bienes muebles o inmuebles, al valor agregado, de sellos o aduana, y cualquier tasa, contribución, franquicia, retención, gravamen, cargos de inscripción y otros impuestos similares. Cada una de las Operadoras será responsable por cualquier Impuesto aplicado a los Servicios de Centralita Móvil que ella cobre a sus usuarios. Cada empresa del Grupo Nortel será responsable por los pagos de **(1)** impuestos sobre bienes muebles o activos con respecto a los Productos y materiales desde la fecha de su embarque por parte del Grupo Nortel, y **(2)** los derechos de aduana que sean aplicables, tasas de importación y cargas similares directamente a las autoridades gubernamentales apropiadas a fines de permitir la importación a tiempo de los Productos, **(3)**



cualquier Impuesto aplicado a su participación sobre los ingresos compartidos que son facturados a las Operadoras, **(4)** soportar cualquier retención a cuenta que fuere de aplicación por pago a no residente**, y (5)** el transporte de los productos y materiales.

**4.7)** Durante el Plazo Contractual, las Operadoras podrán participar en el programa de co-marketing del Grupo Nortel denominado "MARKETFORCE" que es un programa de mercadeo para el desarrollo de nuevos negocios. El programa pondrá a disposición fondos de mercadeo a definir con cada una de las Operadoras. El uso de los fondos queda a discreción del Grupo Nortel y no pueden ser usados como créditos o descuentos para compras de productos y/o servicios. Estos fondos de co-marketing no tienen valor cash y pueden ser usados solamente por el Grupo Nortel para la adquisición de servicios profesionales del Grupo Nortel o para la compra de servicios prestados por terceros. El uso de los fondos de co-marketing se destinarán al pago de servicios de consultoría, estudios de mercado, eventos con clientes, gastos de viaje y estadía a eventos del Grupo Nortel o de la industria de Telecomunicaciones, servicios de preparación de planes de negocios, equipos de demostración y/o planes de incentivos de ventas o materiales de promoción a discreción del Grupo Nortel y directamente relacionados con el lanzamiento de los Servicios Centralita Movil.

**CLÁUSULA QUINTA: PROPIEDAD SOBRE EQUIPOS Y DERECHOS DE USO SOBRE SOFTWARE.**

**5.1)** Los Productos aportados por el Grupo Nortel según este Contrato son de su propiedad y deberán mantenerse en todo momento libre de reclamaciones, gravámenes y procesos legales por parte de los acreedores de las Operadoras o de sus usuarios o personas que reclamen de las Operadoras. En el evento de ocurrir una acción que afecte la propiedad del Grupo Nortel de la cual llegue a tener conocimiento las Operadoras, comunicará la existencia de dicha acción oportunamente en el plazo más breve posible.

**5.2)** El Grupo Nortel acepta la responsabilidad de reemplazar cualquier Producto suministrado por ésta que sea dañado y/o destruido, excepto hasta el grado en que dicho daño o destrucción haya sido causado por actos u omisiones de las Operadoras. Las Operadoras acepta la responsabilidad de reemplazar o pagar cualquier Producto que se dañe o destruya cuando tal evento haya sido causado por acción u omisión propia.

**SOFTWARE:**

**5.3)** El Grupo Nortel se obliga a aportar, instalar ó poner a disposición las Operadoras el Software en la forma y plazos convenidos en este Contrato y sus Anexos. A los efectos de lo aquí establecido se entiende como Software (i) El denominado "Software Básico", que es aquel que Nortel deberá incorporar en los Equipos que se utilizarán por las Operadoras a fin de explotar los Servicios de Centralita Móvil, y (ii) El denominado "Software de Aplicación", que es aquel que Nortel pondrá a disposición de las Operadoras para su distribución y comercialialización a suscriptores o usuarios de los Servicios de Centralita Móvil, que instalarán en sus PCs ó equipos terminales.

**5.4)** NORTEL hace presente que a la fecha cuenta con las autorizaciones pertinentes que lo facultan para actuar como distribuidor autorizado de los fabricantes o desarrolladores del Software de terceros.



**5.5)** Sobre el Software Básico el Grupo Nortel concede a las Operadoras licencia de uso durante el Plazo Contractual de dicho Software Básico bajos los siguientes términos y condiciones (**ANEXO IV**): El Grupo Nortel concede a las Operadoras el derecho no exclusivo e intransferible (salvo a empresas del Grupo Telefónica, que podrá realizarse previa comunicación a NORTEL) para usar el Software en la medida de la activación o nivel de uso autorizado por este Contrato. En la medida en que el Software sea proporcionado para usar con equipos proporcionados por las Operadoras (*customer-furnished equipment* o "CFE") y contemplados en este Contrato, a las Operadoras se le otorga una licencia no exclusiva para usar el Software solamente en tal CFE. El Software contiene secretos industriales y las Operadoras se comprometen a tratarlo como Información Confidencial según este Contrato. Sobre el Software de Aplicación se pacta que el usuario final suscribirá por medios telemáticos y como parte del proceso de instalación de aquel en su PC (o equipo Terminal) una licencia de uso en los términos que constan en el **ANEXO IV BIS**. Las Operadoras se obligan a informar de los términos y condiones establecidos por NORTEL en **ANEXO IV BIS** a los suscriptores o usuarios.

**5.6)** Las Operadoras se abstendrán de: **(1)** usar, copiar, modificar, transferir, ceder o distribuir el Software, excepto por lo expresamente autorizado por NORTEL en el presente contrato; o **(2)** ensamblar en forma revertida (*reverse assemble*), compilar en forma revertida (*reverse compile*), revertir la ingeniería o de cualquier forma traducir el Software; **(3)** crear trabajos derivados o modificaciones a menos que tenga autorización expresa para ello; o **(4)** sublicenciar, alquilar o arrendar el Software.

**5.7)** Los licenciantes de la propiedad intelectual de NORTEL son beneficiarios de esta disposición. En caso de incumplimiento de la licencia por parte de las Operadoras o a terminación del Plazo Contractual, las Operadoras devolverá el Software inmediatamente al Grupo Nortel o enviará un certificado donde conste su destrucción.

**5.8)** El Grupo Nortel podrá solicitar en cualquier momento los niveles de activación o uso del Software por parte de las Operadoras.



**5.9)** Si las Operadoras resultara denunciado por infringir derechos de propiedad industrial o intelectual de terceros, con motivo de la instalación y uso de las Licencias de Software objeto de este Contrato, NORTEL indemnizará a la Operadora de acuerdo con los siguientes términos y condiciones. Si algún tercero sostiene que los Equipos o el Software aportados por el Grupo Nortel al Grupo Telefónica según este Contrato viola cualquier derecho de propiedad intelectual o industrial de dicho tercero, NORTEL defenderá a las Operadoras conforme a lo dispuesto en esta Cláusula, contra tal acusación a expensas de NORTEL y pagará todos los costos y daños que determine finalmente un juez o que sean acordados para arreglar el conflicto, siempre y cuando las Operadoras: **(1)** notifique por escrito de tal reclamo inmediatamente a NORTEL; y **(2)** permita a NORTEL controlar, y colaborar con NORTEL en la defensa y en cualquier negociación respectiva. Si tal reclamo se produjera o es probable que se produzca, NORTEL se compromete a garantizarle a las Operadoras el derecho de continuar usando los Equipos o el Software, a modificarlo, o reemplazarlo con otro equivalente. NORTEL no tendrá ninguna obligación de las reguladas en esta Cláusula frente a reclamos relativos a cualquier cosa, funcionalidad o modificación provista por las Operadoras en caso de haber sido aquellas incorporadas a los Equipos y/o el Software objeto de este Contrato, sin la autorización de NORTEL.

**5.10)** NORTEL, en nombre propio y de sus subcontratistas, se reserva todos los derechos de propiedad intelectual sobre: **(1)** todas la metodologías, diseños, detalles de ingeniería y otros datos relativos a los servicios prestados, y los diseños, documentación y otros trabajos preparados por Grupo Nortel y suministrados a las Operadoras, con la salvedad de aquellos que sean de dominio público, corresponden a prácticas o reglas generales de ingeniería, o aquellos que hubieran sido creados por ambas partes conforme a los términos en que esto último conste en un documento suscrito por los representantes de ambas partes; y **(2)** todos los trabajos originales, programas de computación y actualizaciones originales desarrolladas en el curso de la prestación de los servicios (excepto programas originales desarrollados por las Operadoras); y **(3)** descubrimientos, invenciones, patentes, *know-how* y técnicas, que surjan de los servicios, salvo para los productos creados o desarrollados por ambas partes conforme a los términos en que esto último conste en un documento suscrito por los representantes de ambas partes; y **(4)** cualquier producto (incluyendo software y equipos) desarrollado como resultado de los servicios, salvo para los productos creados o desarrollados por ambas partes conforme a los términos en que esto último conste en un documento suscrito por los representantes de ambas Partes.

## CLÁUSULA SEXTA: GARANTÍA TÉCNICA.

**6.1)** El Grupo Nortel garantiza la calidad y el buen funcionamiento de los Productos y los Servicios durante el Plazo Contractual de acuerdo con los términos y condiciones de esta Cláusula.

**6.2)** El Grupo Nortel garantiza que los Equipos: **(1)** estarán libres de defectos tanto en los materiales como en la fabricación;  y **(2)** que están de acuerdo sustancialmente con las especificaciones publicadas por el Grupo Nortel. Si los Equipos no funcionaran de acuerdo con esta garantía durante el Plazo Contractual, el Grupo Nortel determinará si: **(1)** los arreglará; o **(2)** los reemplazará con equipos substancialmente equivalentes a opción del Grupo Nortel y en coordinación con las Operadoras. En cualquiera de estos dos casos, el Grupo Nortel implementará los esfuerzos razonablemente necesarios para que dicha reparación o el reemplazo de los Equipos no ocasione una interrupción o suspensión del Servicio Centralita Móvil. Ello es sin perjuicio que las partes acuerden algo distinto.



**6.3)** El Grupo Nortel garantiza que cuando el Software es utilizado en el ámbito de operaciones especificado, se ajustará sustancialmente a sus especificaciones indicadas en este Contrato o publicadas por el Grupo Nortel. Si el Software no funcionara de acuerdo con esta garantía durante el Plazo Contractual, el Grupo Nortel **(1)** resolverá el problema; o **(2)** reemplazará el Software. En cualquiera de estos dos casos, el Grupo Nortel implementará los esfuerzos razonablemente necesarios para que dicha resolución del problema o el reemplazo del Software no ocasione una interrupción o suspensión del Servicio Centralita Móvil. Ello es sin perjuicio que las partes acuerden algo distinto.

**6.4)** El Grupo Nortel garantiza que los servicios de soporte y mantenimiento sobre los Productos que Nortel realizará al amparo del presente Contrato conforme a esta **Cláusula Sexta** se prestarán de manera profesional y esmerada. Si estos servicios de soporte y mantenimiento no son prestados de acuerdo con esta garantía y el Grupo Nortel fuese notificado por escrito de ello por las Operadoras, el Grupo Nortel corregirá dichos Servicios dentro del perído que las Partes establecen en el **ANEXO VII**  el Service Level Agreement ("SLA") que se acompaña la



presente, para el soporte y resolución de errores., o en su defecto, en el que acuerden mutuamente para cada caso.

**6.5)** El Grupo Nortel no provee garantía para: **(1)** fallas causadas por productos o equipos que no sean de aquellos proporcionados por NORTEL o el Grupo Nortel conforme a este Contrato y cuya utilización o instalación no hayan sido autorizados por el mismo; o **(2)** fallas de funcionamiento que tengan por causa directa, servicios o productos prestado o suministrados por alguien diferente a NORTEL o el Grupo Nortel que no haya sido autorizado por el mismo. La garantía dejará de tener efectos en caso que el mal uso de los Productos por la Operadora sea la causa determinante y directa del mal funcionamiento de los mismos, en caso fortuito o de fuerza mayor, o que aquellos se hubieren modificado por la Operadora sin contar con la autorización para dichos efectos por parte de NORTEL o el Grupo Nortel, o por no mantener un ambiente físico o de operaciones en el mismo estado en el cual los Productos han sido instalados por parte de NORTEL o el Grupo Nortel.

**CLÁUSULA SÉPTIMA: FUERZA MAYOR.** Las Partes quedarán exentas de responsabilidad por cualquier incumplimiento que se deba a casos de fuerza mayor. Serán considerados como casos de fuerza mayor, entre otros que sean de similar naturaleza, los siguientes: guerra, lockout, huelga legal o ilegal, naufragio o accidente aéreo, terremoto, inundación, otros actos de la naturaleza y, en general, todo acto ajeno a la voluntad de las Partes, que impida o demore el cumplimiento de las obligaciones pactadas, no obstante haber la parte afectada empleado la máxima diligencia. Si ocurrieran tales circunstancias descritas como de fuerza mayor, la parte afectada informará a la otra, sin demora y por escrito, la existencia del hecho, cómo tal hecho afectará el cumplimiento de este Contrato, y duración de lo mismo, procediendo de la misma manera para informar el término de tal hecho, y en ambos casos acompañando los documentos justificativos correspondientes. Tan pronto como los hechos constitutivos de fuerza mayor hubieran cesado en sus efectos, las Partes iniciarán o continuarán el cumplimiento de sus obligaciones afectadas. En caso que por causa de fuerza mayor, los plazos se atrasaren por un período que exceda los treinta (30) días, las Partes se reunirán para decidir, de común acuerdo, si debe finalizarse o no la ejecución de este Contrato. Si se decide mantener vigente el vínculo, se definirán las nuevas condiciones del mismo. En caso de una decisión de finiquitarlo, se levantará un Acta de Liquidación y se cancelarán las sumas de dinero que cada parte adeude a la otra, en un plazo no mayor de sesenta (60) días. Si no se llegara a acuerdo sobre la materia, las partes se seguirán rigiendo por este Contrato.

**CLÁUSULA OCTAVA: TERMINACIÓN DE CONTRATO Y EFECTOS.**

**8.1)** Por incumplimiento:

Si cualquiera de las Partes incumpliera de forma grave y culpable las obligaciones asumidas en virtud del presente Contrato y, siempre que tal incumplimiento no fuera sustancialmente subsanado dentro de los sesenta (60) días siguientes al de la fecha de notificación escrita remitida a la Parte incumplidora especificando tal incumplimiento, la Parte cumplidora podrá resolver el presente Contrato mediante comunicación escrita remitida a la Parte incumplidora. En esta comunicación se indicará la fecha efectiva de terminación del Contrato.



**8.2)** Por el transcurso del Plazo Contractual.

**8.3)** El Plazo Contractual podrá ser extendido a la fecha de su expiración mediante mutuo acuerdo escrito entre las Partes por períodos sucesivos adicionales de doce (12) meses de duración cada uno. Dicho acuerdo de extensión deberá ser suscrito con al menos tres (3) meses de antelación a la fecha de expiración del Plazo Contractual o de cualquiera de las extensiones sucesivas, si se produjeran.

**8.4)** El Plazo Contractual expirará en caso que el monto total de pagos cobrados por el Grupo Nortel según la **Cláusula Cuarta** de este Contrato por las Licencias de Software y por su participación en los Cargos Mensuales de Servicios de Centralita Móvil sea igual o superior a SETENTA Y CINCO MILLONES (75,000,000) DE USD.

**8.5)** El Plazo Contractual expirará si, transcurrido veinticuatro (24) meses después de la fecha de firma de este Contrato, el monto total de pagos cobrados por el Grupo Nortel según la **Cláusula Cuarta** de este Contrato por su participación en los Cargos Mensuales de Servicios de Centralita Móvil en total no excede UN MILLÓN Y MEDIO DE (1,500,000) DE USD.

**8.6)** Las Partes acuerdan que este Contrato podrá expirar y darse por terminado antes de expiración del Plazo Contractual mediante mutuo acuerdo escrito de las Partes, cuando sea conveniente para sus intereses.

**8.7)** Sin perjuicio de los derechos otorgados por este Contrato, cualquier parte puede rescindir este Contrato, con efecto inmediato, mediante aviso por escrito a la otra por ocurrencia de cualquiera de los siguientes eventos o condiciones: **(1)** si la otra parte solicita o consiente al nombramiento de, o a que tome posesión, un síndico, interventor judicial o liquidador para sí misma o para todos o una parte sustancial de sus bienes; o **(2)** si la otra parte efectúa una cesión general para beneficio de sus acreedores; o **(3)** si la otra parte inicia un proceso voluntario bajo cualquier ley de concursos o quiebras o bajo cualquier otra ley relacionada con la protección frente a los acreedores en general; o **(4)** si la otra parte deja de objetar de manera oportuna o apropiada, o acepta por escrito, cualquier petición presentada en su contra en un proceso involuntario bajo una ley de concursos o quiebras o bajo cualquier otra ley relacionada con la protección frente a los acreedores en general, o cualquier solicitud para el nombramiento de un síndico, interventor judicial o liquidador para sí misma o para todos o parte sustancial de sus bienes, o su liquidación, reorganización o disolución. 

**8.8)** Además, y sin perjuicio de los derechos otorgados por este Contrato, NORTEL puede rescindir el correspondiente Contrato de Adhesión, con efecto inmediato, mediante aviso por escrito a la Operadora correspondiente si: **(1)** cualquiera de las Operadoras no cumplen con los términos de pago, y dicho incumplimiento se prolongara por un periodo mayor a sesenta (60) días luego de haber recibido intimación por escrito; o **(2)** si la identidad de la Operadora, cambiara sustancialmente por la venta de su negocio, transferencia del control de su capital, por fusión o por cualquier otra causa.

**8.9)** Las obligaciones respectivas de las Partes bajo el Contrato que por su naturaleza deban continuar con posterioridad a la rescisión o vencimiento del mismo sobrevivirán dicha rescisión o vencimiento.



**8.10)** Llegada la fecha de expiración del Plazo Contractual o terminación del mismo, las Operadoras tendrán la opción de elegir entre las dos siguientes alternativas: ***(i)*** dar continuidad a los Servicios de Centralita Móvil adquiriendo la titularidad de los Productos aportados por NORTEL al amparo de este Contrato, ó, alternativamente, ***(ii)*** no dar continuidad a los Servicios de Centralita Móvil a través de los Productos de NORTEL, y por tanto, llevar a cabo una ordenada transición de los Servicios de Centralita Móvil a otras infraestructuras de telecomunicaciones distintas a las que conforman los Productos aportados por NORTEL al amparo de este Contrato, con la colaboración de buena fe de las Operadoras y de NORTEL. A tal fin, las Operadoras deberán comunicar a NORTEL con la mayor antelación posible: si deciden proceder conforme a la alternativa (i) ó (ii) anterior. En el supuesto por el que las Operadoras decidieran proceder conforme a la alternativa (i) anterior:

- Las Operadoras comprarán los Productos al Grupo NORTEL, transfiriendo el Grupo NORTEL a las Operadoras el título y el riesgo sobre los Equipos al precio que se cierre en Mesa de Compras del Grupo Telefónica, teniendo en cuenta los desembolsos efectuados por las Operadoras durante la vigencia del Contrato.

- Las Operadoras asumirán la plena responsabilidad sobre el mantenimiento y soporte de los Productos que hayan adquirido;

- Las Operadoras conforme a los términos y condiciones de este Contrato, podrán seguir utilizando o transferir a otras empresas del Grupo Telefónica de Latinoamérica, las Licencias de Software adquiridas para la prestación de los Servicios de Centralita Móvil y/o de servicios sobre los Productos, tales como: servicios considerados en la estrategia de Corporate IT; Servicios de VoiP para PYMES (soporte IAD´s, softphone o telefonía IP); Servicios Avanzados SIP para mercado Residencial - Linea VoiP sobre Banda Ancha (IAD, softphone o segunda línea IP); Servicios Avanzados SIP para IPTV, o cualquier otro servicio de NORTEL que sea compatible con su uso.

Si, por el contrario, las Operadoras decidieran proceder conforme a la alternativa (ii) anterior:

- El Grupo Nortel desmontará y desmantelará a su coste los Productos aportados para la realización del Servicio de Centralita Móvil en los países en los que se hubiera instalado las plataformas, debiendo las Operadoras facilitar al Grupo Nortel acceso a las instalaciones correspondientes y

- Las Operadoras devolverán el Software ó certificar su destrucción al Grupo Nortel por escrito;

- Las Partes trabajarán conjuntamente en un plan para realizar la migración o transición ordenada y rápida de los Servicios de Centralita Móvil a otras infraestructuras de telecomunicaciones. Si bien la responsabilidad sobre la migración o transición recaerá en las Operadoras, éstas podrán solicitar al Grupo Nortel que ejecute en todo ó en parte las tareas relativas a dicha migración o transición, previo acuerdo escrito sobre el precio u honorarios de los citados servicios, que se incluirá en el plan de migración o transición. Las



partes designarán una comité de seguimiento del plan de migración ó transició. Si el Plan de Transición requiere medios humanos o medios materiales extraordinarios (esto es, que excedan aquellos aportados por el Grupo Nortel al amparo del Contrato) las Operadoras abonarán las cantidades en exceso previo acuerdo escrito.

**CLÁUSULA NOVENA: CONFIDENCIALIDAD.** TISA, Las Operadoras y el Grupo Nortel se obligan mutua y recíprocamente durante y con posterioridad a la vigencia de este Contrato a tratar el mismo y toda la información manejada en relación al mismo, así como las informaciones que se faciliten mutuamente (sea por escrito, oralmente o por mera presencia) (en adelante la "Información Confidencial"), de forma estrictamente confidencial, utilizándola única y exclusivamente para los fines que se expresan en este Contrato y adoptando las medias de seguridad necesarias para que su contenido no se divulgue a terceros. La Parte que reciba Información Confidencial, la tratará como confidencial; no la usará excepto tal y como esté permitido bajo este Contrato y no la revelará a terceros sin consentimiento escrito previo de la Parte que la suministró. Asimismo, la Parte que reciba Información Confidencial protegerá dicha información del uso no autorizado o la revelación a tercero como mínimo, con el mismo grado de cuidado y diligencia que protege su propia información confidencial y nunca en un grado menor que debería tener en tal situación un ordenado comerciante. Las restricciones de esta Cláusula no se aplicarán a la información que: (1) fuera desarrollada sin uso alguno de Información Confidencial recibido de la otra Parte; (2) fuera comunicada a dicha Parte por un tercero que tuviera derecho a revelarla sin quiebra alguna de este Contrato o cualquier otro acuerdo; (3) fuera de conocimiento público al tiempo en que fue revelada por una Parte a la otra Parte o se convierte en pública sin que intervenga culpa alguna de la Parte que la recibió; (4) era ya conocida por la Parte que la recibe al tiempo de recibirla; o (5) es solicitada a una de las Partes por autoridad administrativa o judicial. Las Partes igualmente reconocen que son propietarias de la Información Confidencial de las que son informantes, a excepción de aquella que se materialice en y para la ejecución del presente Contrato, que pertenecerá en todo caso a la parte informante. Asimismo las Partes reconocen que de la entrega de la información Confidencial, y a excepción de lo antedicho, no se desprende derecho alguno, cesión o licencia, fuera de lo establecido en este Contrato. Finalizado el Contrato por la causa que fuera, la Parte receptora deberá devolver a la otra, o destruir, según criterio de la Parte informante, la Información Confidencial de que disponga. En todo caso, la Parte receptora deberá acreditar por escrito el cumplimiento de esta obligación. El incumplimiento por cualquiera de las Partes de esta Cláusula de Confidencialidad, facultará a la otra Parte para resolver el Contrato y además exigir los daños y perjuicios que se le hubiesen ocasionado. La obligación de confidencialidad permanecerá vigente durante toda la vigencia del presente Contrato y por un plazo de cinco (5) años desde la terminación del mismo.



**CLÁUSULA DÉCIMA: PUBLICIDAD.** Las Partes no podrán realizar publicidad alguna en medios masivos de comunicación, en la que se haga referencia de cualquier índole, que pueda relacionarse con este Contrato ni con el proyecto de Centralita Móvil que se deriva del mismo, sin la previa autorización por escrito de la otra parte.

**CLÁUSULA UNDÉCIMA – LIMITACIÓN DE RESPONSABILIDAD.** EN NINGÚN CASO LAS PARTES EXIMEN O LIMITAN LA RESPONSABILIDAD POR DAÑOS CAUSADOS A PERSONAS Ó A BIENES TANGIBLES DE LA OTRA PARTE, ASÍ COMO

POR DAÑOS OCASIONADOS COMO CONSECUENCIA DE LA VULNERACIÓN DE LOS DERECHOS DE PROPIEDAD INTELECTUAL (CLAÚSULAS 5) 3 A 5) 10) Y/O CONFIDENCIALIDAD (CLÁUSULA 9). SALVO POR LO ESTABLECIDO ANTERIORMENTE Y EN LOS CASOS DE DOLO O CULPA GRAVE, EN NINGÚN OTRO CASO, NINGUNA DE LAS PARTES (SUS AGENTES O PROVEEDORES) RESPONDERÁ FRENTE A LA OTRA POR DAÑOS QUE SEAN CALIFICADOS COMO DAÑOS INDIRECTOS, LUCRO CESANTE O PERJUICIOS (INCLUYENDO PÉRDIDA DE BENEFICIOS, GANANCIAS O AHORROS).

**CLÁUSULA DUODECIMA. LEGISLACION APLICABLE Y (ARBITRAJE) ARBITRAMIENTO.** Las Partes convienen expresamente que este Contrato se regirá por las leyes del Estado de Nueva York, Estados Unidos de America. Si, dentro de los treinta (30) días desde la fecha de cualquier notificación de una disputa de una parte a la otra, las partes son incapaces de resolver el asunto, entonces cualquiera de las partes puede iniciar un proceso de arbitraje obligatorio para resolver tal disputa mediante aviso por escrito a la otra. Cualquier disputa entre las partes que sea consecuencia de este Contrato será exclusivamente resuelta por arbitraje de Derecho conforme a las Reglas de Conciliación y Arbitraje de la Cámara Internacional de Comercio. Este proceso arbitral tendrá lugar en idioma español en Paris, Francia para lo cual se deberán nombrar previamente tres (3) árbitros según las reglas precitadas. La decisión de los árbitros será final y obligatoria para las partes y sus respectivos sucesores y cesionarios. La decisión y el fallo de los árbitros podrá homologarse ante cualquier tribunal de jurisdicción competente y dicho tribunal podrá ordenar la ejecución de tal fallo contra las partes y sus respectivos sucesores y cesionarios. LAS PARTES RENUNCIAN IRREVOCABLEMENTE A CUALQUIER DERECHO DE ACCEDER A UN JUICIO POR JURADOS EN CUALQUIER PROCEDIMIENTO LEGAL QUE PROVENGA DE, O ESTÉ RELACIONADO CON, ESTE CONTRATO O CON LAS TRANSACCIONES CONTEMPLADAS AQUÍ.



**CLAUSULA DECIMOTERCERA: CESION.** Salvo como expresamente permitido en este Contrato, cada parte se compromete a no ceder o de otro modo transferir este Contrato, ni sus derechos bajo el mismo, ni delegar sus obligaciones, sin el consentimiento previo por escrito de la otra parte, y cualquier intento de hacerlo no será válido.

**CLAUSULA DECIMOCUARTA: EXCLUSIVIDAD.** Durante el Plazo Contractual, las Operadoras no podrá suscribir acuerdo alguno con terceros respeto a la Región que resulte en una disminución en el nivel de ingresos compartidos que le corresponda a Nortel según este Contrato.

**CLAUSULA DECIMOQUINTA: DECLARACIONES DE LAS PARTES.** Los comparecientes en este instrumento por TELEFONICA y por NORTEL declaran y aseguran: **(1)** que sus respectivas representadas son sociedades legalmente constituidas y vigentes; y **(2)** que son ellos personas debidamente investidas por aquéllas para celebrar este Contrato; y **(3)** que, por consiguiente, este Contrato es plenamente eficaz y válido conforme a la legislación vigente. TELEFONICA declara y asegura que las Operadoras ha obtenido las Concesiones que le permiten legalmente operar todos o parte de los Productos y ofrecer los Servicios de Centralita Móvil a sus usuarios en la Región. Las Partes acuerdan que NORTEL no entregará ningún Producto ni proporcionará ningún Servicio en cualquier país de la Región a menos que las



Operadoras haya obtenido las Concesiones para el uso de tales Productos y/o ofrecer los Servicios de Centralita Móvil a sus usuarios. La exactitud de los hechos de que da cuenta la precedente declaración, es considerada una condición esencial y determinante para las Partes en la celebración de este Contrato, en caso de no ser efectiva, a petición de la parte interesada, la parte afectada deberá resolver el problema con la mayor brevedad a entera satisfacción de la parte interesada, sin perjuicio de los derechos que le confiere la legislación vigente.

**CLÁUSULA DECIMOSEXTA: NOTIFICACIONES.** Todas las notificaciones, comunicaciones o aprobaciones correspondientes a este Contrato deberán ser por escrito y entregadas en persona, vía facsímile, por carta certificada o por carta documento con aviso de notificación o "*courier*", dirigidas a las direcciones que se informan mas abajo, o a cualquier dirección diferente indicada previamente por las partes por escrito. Todas las comunicaciones sujetas a este Contrato se entenderán válidamente entregadas, cuando hayan sido entregadas conforme a lo señalado previamente. Si es para NORTEL: 1500 Concord Terrace, Sunrise, Florida 33323 U.S.A. Atención: General Counsel, Facsímile +1 (954) 851-8900. Si es para TELEFONICA: Ronda de la Comunicación s/n, Distrito C, Oeste 3, 28050 Madrid. Atención: General Counsel, Fax número: +34914836184.

**CLAUSULA DECIMOSÉPTIMA: PROVISIONES GENERALES.** En caso de que se consideren como no válidas o no obligatorias cualquiera de las disposiciones de este Contrato o cualquier parte de las mismas, el resto de este Contrato seguirá teniendo plena fuerza y vigencia. Los términos y condiciones de este Contrato constituyen el acuerdo completo entre TELEFONICA y NORTEL, y reemplazan cualquier propuesta o comunicación previos, tanto verbal como escrita, con respecto a la materia de este Contrato. En caso de conflicto entre este Contrato y sus Anexos, prevalecerán los términos y condiciones de este Contrato. Cualquier cambio a este Contrato se debe hacer por mutuo acuerdo de las partes y por escrito. Forman parte integrante e inseparable de este Contrato, para todos los efectos a que haya lugar, los siguientes Anexos al mismo, que se firman en este acto por los comparecientes: **ANEXO I -- LA REGION Y OPERADORAS; ANEXO II -- ANEXO TECNICO; ANEXO III – SITIOS DE INSTALACION; ANEXO IV y ANEXO IV BIS -- LICENCIA DE USO SOBRE SOFTWARE; ANEXO V -- CONTRATO DE ADHESIÓN; ANEXO VI -- DESCRIPCIÓN Y COSTES DE LICENCIAS DE SOFTWARE; ANEXO VII -- SERVICIOS DE MANTENIMIENTO Y SOPORTE DE LOS PRODUCTOS; ANEXO VIII – PLAN DE MARKETING.**

Este Contrato se firma en 2 (dos) ejemplares en idioma español, de un mismo tenor y fecha, quedando uno en poder de cada parte.

| | |
|---|---|
| **Telefónica Internacional, S.A.U** | **Nortel Networks CALA (Inc.)** |
| D. Cristian Aninat Salas | D. Fernando Valdivielso Delgado |

9.

## ANEXO I

## [1]LA REGIÓN Y OPERADORAS

| PAÍS | EMPRESA TELEFONICA | EMPRESA NORTEL |
|---|---|---|
| ARGENTINA | *Telefónica Moviles Argentina, S.A. | NORTEL NETWORKS DE ARGENTINA S.A. |
| BRAZIL | Vivo, S.A. | NORTEL NETWORKS TELECOMUNICA COES DO BRASIL LTD. |
| CHILE | *Telefónica Móviles Chile, S.A. | NORTEL NETWORKS CHILE S.A. |
| COLOMBIA | *Telefónica Móviles Colombia, S.A. | NORTEL NETWORKS DE COLOMBIA S.A. |
| ECUADOR | *Otecel, S.A. | NORTEL NETWORKS DEL ECUADOR S.A. |
| EL SALVADOR | *Telefónica Móviles el Salvador, S.A. | NORTEL NETWORKS (CALA) INC. |
| GUATEMALA | *Telefónica Móviles Guatemala, S.A. | NORTEL NETWORKS DE GUATEMALA LTDA. |
| MÉXICO | *Pegaso PCS, S.A de C.V. | NORTEL NETWORKS DE MEXICO S.A. DE |

[1] Las Empresas marcadas con asterisco firmaron la carta de designación el 30 de septiembre de 2008.

9.

| | | C.V. |
|---|---|---|
| NICARAGUA | *Telefónia Celular de Nicaragua, S.A. | NORTEL NETWORKS (CALA) INC. |
| PANAMÁ | *Telefónica Móviles Panamá, S.A. | NORTEL NETWORKS (CALA) INC. |
| PERÚ | *Telefónica Móviles, S.A. (Perú) | NORTEL NETWORKS PERÚ, S.A.C. |
| VENEZUELA | *Telcel, S.A. | NORTEL NETWORKS DE VENEZUELA C.A. |
| URUGUAY | *Telefónica Móviles del Uruguay, S.A. | NORTEL NETWORKS DEL URUGUAY S.A. |



**ANEXO II**

**ANEXO TECNICO**





>BUSINESS MADE **SIMPLE**

**PROYECTO CENTRALITA MÓVIL**

# *TLATAM*

## Notas de Ingeniería












## Información General del documento

| | |
|---|---|
| Nombre de Archivo: | Notas de Ingeniería Proyecto Centralita Movil V9.doc |
| Data de creación: | 28/11/2008 05:32:00 p.m. |
| Última modificación: | 15/12/2008 12:48:00 p.m. |
| Número de Páginas: | 37 |

**Nortel CONFIDENCIAL:** La información contenida en este documento es de propiedad de Nortel Networks. Excepto que sea especialmente autorizado por escrito por Nortel, el que detenga este documento deberá mantener las informaciones contenidas en el como confidenciales y deberá proteger las mismas, en su contenido total ó parcial, contra su diseminación para terceros.







# Índice

1. INTRODUCCIÓN....4

2. DESCRIPTIVO TÉCNICO DE LA SOLUCIÓN....5

2.1. SOLUCIÓN CENTRALITA MÓVIL EN ESPAÑA....5
2.2. SOLUCIÓN CENTRALITA MÓVIL PROPUESTA PARA TLATAM....8
2.2.1. Servicios Paquete Básico....11
2.2.2. Servicios Avanzados 1 – Operadora Móvil:....17
2.2.3. Servicios Avanzados 2 - Multimedia:....18
2.2.4. Servicios Opcionales....20

3. INGENIERÍA DE LA SOLUCIÓN PROPUESTA....22

3.1. PREMISAS DE PROYECTO....23
3.2. PREMISAS DE INTEGRACIÓN A SISTEMAS....28

4. CONSIDERACIONES GENERALES....30

ANEXO I - ESCENARIOS DE CONEXIÓN DEL SERVICIO CENTRALITA....32

CONEXIONES ENTRE LAS PLATAFORMAS NORTEL Y LAS REDES TELEFÓNICA....33
ADEMÁS DE LA CONECTIVIDAD IP ENTRE LAS PLATAFORMAS DE NORTEL Y LA RED DE TELEFÓNICA DEBE SER POSIBLE EL ACCESO DE USUARIOS À ESTAS PLATAFORMAS PARA TRAFICO SIP Y HTTP. PARA ESTO ES REQUERIDO PROTECCIÓN EN EL ACCESO DESDE LA RED IP DE ACCESO DE CADA PAÍS TANTO PARA LA SEÑALIZACIÓN SIP (POR MEDIO DE SBCS LOCALES) CUANTO PARA LOS ACCESOS WEB TIPO HTTP, WS (POR MEDIO DE FIREWALLS)....35
REQUISITOS DE ANCHO DE BANDA DE TRANSPORTE IP ENTRE LAS PLATAFORMAS NORTEL Y LA RED TELEFÓNICA....35
REQUISITOS DE CONEXIONES SIP CON LA RED DE ACCESO IP SESIONES SIP SIMULTÁNEAS POR SBC....36
REQUISITOS DE CONEXIONES TDM ENTRE LAS PLATAFORMAS DE NORTEL Y LA RED GSM....37



 

# 1. Introducción

Atendiendo la solicitud de Telefónica Latino Americana (TLATAM), Nortel ha preparado esta propuesta de implementación del servicio Centralita Móvil en Latín América, que incluye los diversos componentes necesarios para la implementación de este servicio para usuarios del servicio móvil de Telefónica en los países donde Telefónica tiene servicio móvil.

En los últimos años Nortel ha estado trabajando con el Grupo Telefónica en diversas actividades orientadas a la introducción de nuevas tecnologías para redes VoIP, las cuales incluyen la implementación de un SIP Server y una solución de Centrex IP de Nortel en la red de Telesp en Brasil, soluciones de Packet Trunking en Argentina (Movistar), México (TEMM), Brasil (Vivo) y Centroamérica (Movistar Guatemala y El Salvador), y una red híbrida TDM/NGN en Puerto Rico para soportar tráfico de larga distancia nacional e internacional en Puerto Rico y USA que en su total superan con creces los 100.000 puertos VoIP y mas recientemente con la implementación del servicio MS PSTN out para los países de Latín América.

Mediante esta propuesta Nortel quiere reafirmar su intención de ser un socio estratégico de Telefónica para la implementación y desarrollo de estas nuevas tecnologías en las redes de Telefónica en América Latina, colocando a disposición de Telefónica nuestra experiencia en la implementación de redes NGN y convergencia en la región y a nivel mundial.

La solución aquí propuesta ha sido proyectada de acuerdo con los requisitos y solicitudes detallados en los documentos de este concurso así como las informaciones relativas al proyecto técnico. Detalles sobre la solución propuesta serán descritos en otros capítulos de este documento incluyendo las informaciones de dimensionado. Las informaciones sobre precios están incluidas en la propuesta comercial.

La solución propuesta esta basada en la solución del servicio Centralita Móvil hoy implementada en la red de Movistar en España, añadiendo elementos adicionales para soportar funcionalidades hoy propuestas por elementos que no son de Nortel el la red de Movistar España, conforme estamos describiendo en los ítems siguientes de este documento.







# 2. Descriptivo Técnico de la Solución

La solución propuesta por Nortel para el servicio Centralita Móvil en TLATAM está basada en la solución implementada en España adaptada a las condiciones locales de las redes de las operadoras de Telefónica en Latín América. De esta forma se está proponiendo una solución fin a fin, con elementos adicionales apenas para las funcionalidades que no estén presentes en las redes de LATAM.

En los ítems siguientes se presentan la solución como está implementada hoy en España y la propuesta de implementación para TLATAM.

## 2.1. Solución Centralita Móvil en España

La solución Centralita Móvil ha sido lanzada comercialmente en España en una topología pre IMS utilizando una plataforma de red inteligente en la red GSM para suportar los mecanismos que permiten un número único entre el Terminal móvil y su "comunicador" (aplicación PC que permite al usuario un control simplificado de servicios suplementarios y acceso a servicios avanzados de red).









Según la definición de Telefónica, ""el Comunicador permitirá acceso a todos los servicios que Telefónica ofrece al usuario de empresa, constituyendo la "ventana" hacia todas las facilidades avanzadas en la red (presencia, mensajería, etc.)". El servicio del comunicador es denominado por Nortel "Mobile Converged Desktop" (MCD) y los elementos del servicio son el aparato móvil del usuario que tiene el servicio (MCD mobile) y la aplicación PC que facilita el control de las llamadas y el acceso a otros servicios de red (MCD PC Client).

Centralita Móvil
Concepto Básico del Servicio
Acceso banda ancha o banda estrecha IP
AS 5200
Cuando llas llamadas son recibidas en el aparato móvil una ventana aparece en el PC
El PC client puede ser usado para iniciar llamadas (click to call) y / ó controlar la llamada del móvil
Numero Móvil
Red Móvil
Llamadas recibidas para el móvil disparan la funcionalidad en el AS 5200 (por medio del servicio básico de direccionamiento IN)
El servicio básico móvil es usado
Acceso a facilidades multimedia usando un aparato móvil básico

En la figura siguiente se presenta la topología de la solución Centralita Móvil como se implementó en España.:

12/15/2008 Pág. 6 de 37






## Servicio Centralita Móvil
## Topología de la Implementación en España



La solución conforme presentado en la figura es compuesta de:

- Elementos usuales de la Red GSM de Telefónica: HLR, SMCS, MSCs;

- Plataforma de IN de la red GSM (SCP) – lógica de numero único;

- Red clase 4 (MGCs y MGs) – funciones de interoperabilidad entre red SIP y red TDM

- Servidor de Aplicación para el servicio Centralita Móvil (MCD) – lógica del servicio MCD y presencia del comunicador; AS5200;

- Servidor de presencia de la red GSM con interface con la red SIP – funciones de presencia entre los usuarios móviles y el comunicador;

Estos elementos conjuntamente implementan el servicio conforme está definido hoy en la red de España. Ya está disponible una configuración



 

equivalente a esta en el modelo IMS para una oferta de servicio donde el AS5200 actúa como un Application Server IMS sobre el core IMS de Ericsson (solución ya probada).

## 2.2. Solución  Centralita Móvil Propuesta para TLATAM

Para la implementación de este servicio en LATAM Nortel está proponiendo una topología semejante, pero con algunas diferencias en función de la topología de las redes existentes en LATAM, de la inexistencia de algunos elementos de red hoy implementados en España y de la implementación de algunos servicios ó funcionalidades requeridas por LATAM que no están implementadas en España.

De esta manera, algunas de las funciones hoy disponibles en elementos de red dedicados en la solución de España son incorporados en el AS5200 y algunas de las funciones son soportadas por el gateway de señalización Wireless Convergence Server (WCS), como presentado en la figura siguiente:











La solución conforme presentado en la figura es compuesta de:

- Elementos usuales de la Red GSM de Telefónica: HLR, SMCS, MSCs;
- Red NGN clase 4 de telefonía fija (MGCs y MGs) existente de Telefónica – funciones de interoperabilidad entre red SIP y red TDM
- Servidor de Aplicación AS5200 compuesto de:
  - Servidor de aplicación – lógica del servicio MCD;
  - Servidor de presencia integrado – *opcional (1)* - soporta las funciones de presencia con protocolo SIP entre el comunicador y usuarios móviles (con soporte del WCS);
  - Servidor de Unified Communication (UC) – *opcional (2)* - soporta la mensajería unificada para los usuarios del servicio Centralita Móvil;
  - Portal web del usuario (WP) – soporta las funcionalidades de agente personal de llamadas (web personal) para usuarios móviles;

*(1) – El uso del servidor de presencia integrado en el AS5200 es opcional. Se hay servidor de presencia con interfase SIP en la red de Telefónica donde el servicio es ofertado el AS5200 hará la suscripción de los usuarios centralita que tengan esta funcionalidad en el Servidor de Presencia (por el método SIP Subscribe). En este caso la actualización de estado de presencia se hará con mensajes SIP Notify*

*(2) – El uso del servidor de Unified Communication (UC) del AS5200 es opcional. Se hay servidor de UC con interfase SIP el AS5200 se integrara a el por medio de ruta SIP*

- Gateway de Señalización WCS compuesto de:
  - Plataforma de IN para la red GSM (SCP) – lógica de numero único;
  - Gateway SMS-IM – *opcional (3)* - hace la conversión de IM a SMS y SMS a IM;
  - Gateway de presencia móvil – *opcional (4)* - captura la información de presencia en la red móvil con protocolos







CAP/MAP y actualiza en el servidor de presencia del AS5200 por protocolo SIP;

*(3) – El uso del gateway SMS-IM del WCS es opcional. Se hay servicio de web en la red de Telefónica donde el servicio es ofertado el software del comunicador podrá comunicarse directamente con el web SMS Server por interfase WS.*

*(4) – El uso de la funcionalidad de gateway de presencia movil en el WCS es opcional. Se hay servidor de presencia con interfaz SIP en la red de Telefónica donde el servicio es ofertado este servidor buscará las informaciones de presencia en la red GSM y no es necesario esta funcionalidad en el WCS.*

Estos elementos conjuntamente implementan el servicio conforme se propone implementar en LATAM. Aunque se ha propuesto esta solución fin la solución propuesta permite a cualquier instante que sea añadido algún elemento de red de la solución de España ó equivalente, así como la migración simplificada a una topología IMS para oferta de servicio donde el AS5200 actúa como un Application Server IMS sobre el core IMS de Ericsson (solución ya probada), como se está haciendo ahora mismo en España.

Además de las funcionalidades hoy disponibles en España, la solución propuesta añade funcionalidades de mensajería unificada y mensajería avanzada (IM-SMS) y funcionalidades de comunicación multimedia, colaboración, vídeo, jefe -secretaria, entre otras, conforme definido en los paquetes del cuadro abajo:



## 2.2.1. Servicios Paquete Básico

| | Servicios |
|---|---|
| Paquete Basico | Comunicador (PC Client)<br>Servicios Básicos de Voz<br>Iniciar llamadas<br>Aceptar / Declinar / Ignorar llamadas recibidas;<br>Transferir llamadas (transferencia ciega o con consulta);<br>Gestión de llamadas retenidas<br>Iniciar conferencias ad-hoc<br>Log de llamadas: recibidas, originadas, contestadas, perdidas;<br>Desvío de llamadas;<br>Caller ID<br>Planes de numeración privados<br>Planes de numeración Nacionales & Internacionales<br>Directorio Corporativo / Agenda personal<br>Agente Personal de Llamadas<br>Presencia<br>Mensajería Avanzada (IM-SMS) |
| Opcionales | Servicios Avanzados 1 – Operadora Móvil<br>Cola de Llamadas & Funcionalidad de Parking;<br>Jefe-Secretaria - Multiple Attendant<br>Servicios Avanzados 2 - Multimedia<br>Web Push<br>File Transfer<br>Web Collaboration<br>Ad-hoc Video Conferencing<br>White Board<br>Servicios Opcionales<br>Conferencia Meet-me Multimedia<br>Mensajería Unificada (por casilla) |

**Servicios de Voz:**

- Comunicador – Asistente Personal de llamadas e Servicios Multimedia
- Servicios Básicos - tratamiento básico de llamada que incluye las funcionalidades de:
    - Iniciar llamadas: numéricas, a partir de PAB y GAB, a partir de menús de contexto en ventanas de presencia/call logs/IM;
    - Aceptar / Declinar / Ignorar llamadas recibidas;
    - Transferir llamadas (transferencia ciega o con consulta);
    - Gestión de llamadas retenidas: transferir, iniciar conferencia o desconectar
    - Iniciar conferencias ad-hoc
    - Log de llamadas: recibidas, originadas, contestadas, perdidas;

