# EXHIBIT B

**(Part 2 of 3)**





- o Desvío de llamadas;

- o Caller ID

- Tratamiento de múltiples llamadas retenidas;

- Planes de numeración privados;

- Planes de numeración Nacionales & Internacionales;

En la propuesta los planes de numeración privados y públicos están incluidos en la solución pero pueden opcionalmente ser ofertados desde otra plataforma.

## Llamada Básica (Basic Call)
## Call logging: incoming and outgoing



> La aplicación en el PC (comunicador) permite al usuario un registro de llamadas (en el PC y en el servidor de red, definido por Telefonica) que incluye las llamadas entrantes (respondidas, perdidas) y salientes

> Cuando se utiliza el registro en el servidor el mismo puede ser accedido en el portal del usuario (web personal) desde cualquier PC con navegador web

> Tanto en el comunicador como en el portal web se puede importar el contacto en la agenda personal ó hacer llamada con doble click el numero





**Directorio Corporativo / Agenda personal:**

- Permite al usuario acceso rápido a directorios corporativos y personales desde su comunicador ó portal web personal







- Se puede importar datos para el directorio corporativo por LDAP

- Se puede importar datos para la agenda personal sincronizando a outlook ó con ficheros csv

## Directorio Corporativo / Agenda personal
## Propuesta TLATAM





MCD User
(A)

MCD Mobile   MCD PC Client





**Agente Personal de Llamadas:**

En la propuesta TLATAM se ha incluido el servicio de gestión personal de usuario en Portal Web de Usuario (Web personal) accesible desde el comunicador ó por navegador web.











La Web Personal permite al usuario acceder a las funcionalidades de:

- Agenda Personal y Corporativa;

- Histórico de llamadas;

- Configuración de Preferencias de Usuario;

- Filtros de Llamadas - *opcional (1)* - funcionalidad que permite al usuario definir reglas de enrutamiento de llamadas de destinadas a la centralita (filtros) con ring secuencial, ring simultáneo, etc;

- Acceso a buzón de voz y definición de preferencias tales como definición de notificaciones de nuevos mensajes: e-mail con ó sin fichero wav, SMS, definición de cual dirección de e-mail. Esta funcionalidad está disponible solamente en conjunto con el paquete avanzado 1- mensajería unificada);

(1)  El uso de los filtros de llamada es opcional. Si hubiera un servicio específico para el servicio gestor personal de Telefónica esta funcionalidad puede ser desactivada como AS5200 y prevalecera la funcionalidad del gestor personal







### Presencia:

La propuesta incluye la señalización de presencia ('contactos en línea") en la aplicación del comunicador que incluye:

- Presencia de otros usuarios de centralita móvil / comunicador

- Presencia de usuarios móviles sin servicio comunicador pero que tengan su indicación de presencia monitoreada por usuarios comunicador

La implementación del servicio de presencia de usuarios móviles sin comunicador depende de las características de la red móvil. Hay dos opciones:

- Solución utilizando triggers CAMEL – el modulo WCS actúa como SCP que captura las informaciones de status de los usuarios móviles regulares y envía notificaciones SIP al presence server interno del application server AS5200

- Solución sin utilizar triggers CAMEL – el modulo WCS busca en el HLR las informaciones de status simplificadas de los usuarios móviles regulares y envía notificaciones SIP al presence server interno del application server AS5200

La solución propuesta soporta las dos opciones. La implementación depende de las características de la red GSM de cada país y de la compatibilización con otros servicios implementados en la red GSM, objeto de definiciones conjuntas entre TLATAM y Nortel en la fase de implementación del proyecto.








## Mensajería Avanzada (IM-SMS)

La propuesta incluye la funcionalidad de integración IM-SMS que permite:

- Envío de mensajes SMS a usuarios móviles por medio del comunicador por la ventana de mensajería instantánea

- Recepción de mensajes SMS de usuarios móviles en el comunicador por la ventana de mensajería instantánea

- La integración se hace con el SMSC de la red GSM de Telefónica. Opcionalmente se puede integrar el comunicador con el servidor web de SMS utilizando Web Services.

 



### 2.2.2. **Servicios Avanzado 1 – Operadora Móvil:**

#### **Cola de Llamadas & Funcionalidad de Parking:**

La funcionalidad operadora móvil permite al usuario el tratamiento
avanzado de colas de llamadas:

- Un usuario puede parquear llamadas activas un su cola de llamadas
  ó en la cola de otro usuario (Call Park);

- El usuario es notificado sobre llamadas que han sido puestas en su
  cola, el entonces puede recuperarla y dejar activas (Call Retrieve);

- Llamadas en la cola reciben música en espera si así está
  aprovisionado

- Desde el comunicador el usuario puede mirar quién está en la cola y
  a cuanto tiempo.

- Puede incluir las funcionalidades de auto-park (cuando el usuario
  esta ocupado y define que la llamada va a la cola automáticamente)
  y auto retrieve (pone en estado activo por tiempo en la cola)







### Jefe-Secretaria - Multiple Attendant

La propuesta incluye en el paquete avanzado la funcionalidad de Jefe Secretaria controlado desde el AS5200. En ella un jefe puede tener su cola de llamadas compartida con su secretaria.



Se una llamada es parqueada en la cola de un usuario (jefe) que tiene una secretaria asociada el comunicador de la secretaria irá recibir una notificación. Las llamadas en las colas del jefe (ó múltiples jefes) será presentados en el comunicador de la secretaria asociada.

### 2.2.3. **Servicio Avanzado 2 - Multimedia:**

La propuesta incluye servicios multimedia y de colaboración:

- Web Push







- File Transfer
- Web Collaboration
- Ad-hoc Video Conferencing
- White Board









### 2.2.4. Servicios Opcionales

**Conferencia Meet-me Multimedia:**

Servicio de conferencia multimedia hospedado para clientes corporativos donde cada usuario tiene un puente de conferencia personal que permite la conexión de usuarios a partir da rede TDM ó IP y interfase web accediendo a los distintos servicios y funcionalidades.

El servicio de conferencia meet-me multimedia puede incluir:

- Audio - vía teléfono convencional (móvil, fijo) ó cliente VoIP en el PC

- Vídeo – vía PC y webcam por medio de cliente video en el PC

- IM / presencia - cliente en el PC ó comunicador

- Colaboración vía web (publicación de documentos, compartido de archivos)

El usuario tiene acceso a sus configuraciones por medio del portal web personal (agente personal), por lo cual puede hacer configuraciones básicas de preferencias. El AS5200 permite que se generen IPDRs con informaciones de las conferencias que pueden ser utilizados por un sistema de billing para generar tarificación ó estadísticas de control de uso.



**Mensajería Unificada (por casilla):**

La propuesta incluye en el paquete avanzado solución de mensajería unificada para los usuarios del servicio basado en media server del AS5200. Esta solución incluye:

- Interfaz de acceso al buzón de voz por medio de portal de voz accesible desde teléfono fijo tradicional, teléfono IP, teléfono móvil ó PC,

- Envío de notificaciones al comunicador sobre nuevos mensajes almacenados (indicativo en el comunicador),

- Notificaciones de recepción de mensajes de voz por medio de e-mail. El usuario puede elegir si quiere recibir ó no la notificación, la dirección e e-mail, si quiere solamente la notificación ó se quiere incluir el fichero wav con el mensaje,







- Recepción de Fax (desde cuenta de e-mail)



En la propuesta a TLATAM el AS5200 controla y conecta la llamada a un buzón de voz para usuarios centralita (con mensajería unificada). Opcionalmente se puede utilizar el buzón de voz de la red móvil (provisionable por usuario).







## 3.   Ingeniería de La Solución Propuesta

Nortel ha preparado el dimensionado de la solución para el servicio Centralita Móvil según las premisas de proyecto presentados en este el próximo ítem, considerando la implementación de 3 plataformas regionales para soporte al servicio situadas en México, Perú y Argentina y un portal web regional situado en uno de estos países. Cada una de la plataforma es compuesta de los siguientes elementos:

- Servidor de Aplicación Nortel AS5200;
- Servidor de Presencia integrado al AS5200;
- Aplicación de Mensajería Unificada (Unified Communication) integrado al AS5200 y su Media Server;
- Gateway de Señalización WCS (IM-SMS y GW de presencia);
- Plataforma IN WCS-SCP, integrado al WCS;



Cada plataforma irá soportar el tráfico del servicio Centralita Móvil de una región, conforme sugerido abajo:

- Plataforma 1 – Situada en México: soporte al servicio de Centralita Móvil para México y los países de Centro América
- Plataforma 2 – Situada en Perú: soporte al servicio de Centralita Móvil para Perú, Colombia, Venezuela, Ecuador y Chile
- Plataforma 3 – Situada en Argentina: soporte al servicio Centralita Móvil en Brasil, Argentina y Uruguay.
- La distribución final dependerá de los requisitos de latencia finalmente definidos.

Cada una de las plataformas ha sido configurada con los recursos de sistema (procesamiento, recursos de media Server, recursos de conexión a la red móvil) para una capacidad inicial de 20.000 usuarios y pueden expandirse hasta más de 200.000 usuarios añadiéndose tarjetas. La expansión será hecha de acuerdo con el crecimiento de usuarios (licencias) en cada país.

El dimensionado de los elementos de cada plataforma ha considerado las premisas de proyecto y los perfiles de tráfico definidos en el ítem 3.1 de este documento. Se consideró que el crecimiento de las plataformas para





soportar el crecimiento de licencias seguirá estas premisas de proyecto y perfiles de tráfico.

La implementación de otras plataformas en la región en debido a necesidades específicas ó de reglamentación no está considerada en esta propuesta y resultará en costos adicionales (set-up fee).

En la fase inicial de implementación del servicio en cada operadora Nortel trabajará en conjunto con Telefónica para definición de los ajustes necesarios en las plataformas locales y deberá proporcionar información detallada del servicio para permitir a Telefónica identificar las posibles inversiones en la plataforma de VPN existente en cada país para realizar la integración de CM. Estas informaciones pueden incluir, por ejemplo, protocolos de comunicación recomendados, funcionalidades requeridas, tipo de mensajes de intercambio, etc.

## 3.1.  Premisas de Proyecto

*El dimensionado y la configuración de los elementos de la solución han considerado las premisas de proyecto y los perfiles de tráfico presentados a seguir. Nortel adaptará el dimensionado de la plataforma para el crecimiento de usuarios conforme a las necesidades comerciales de los paquetes definidos segundo los perfiles de tráfico aquí considerados.*



### Premisas Generales:

- Aunque la solución soporte integración a redes móviles GSM y CDMA, por simplificación solo se han considerado redes GSM en la propuesta. Integración de redes CDMA será considerado un suministro adicional que no es objeto de esta propuesta. Ha sido considerada una red GSM por país;

- Se consideró que para conexión del AS5200 a la red TDM será utilizada la red NGN clase 4 de Telefónica existente en cada país.

- Para la implementación de la solución propuesta se ha considerado que las centrales MSC deben incluir la funcionalidad IN SSP y soportar triggers IN para permitir la implementación de número único entre MCD Mobile y MCD PC Client e Integración con presencia para usuarios móviles.

- Se consideró que para las funcionalidades de NAT y Firewall traversal e protección del core IP de Telefónica serán utilizados





equipos SBC existentes en la red NGN de cada país. Nortel no está incluyendo equipos SBC en la propuesta;

- La solución propuesta permite la Integración con directorios corporativos por medio de protocolo LDAP conforme modelo existente en España.

- La solución propuesta permitirá en versiones futuras de SW la integración con equipos PBX con protocolo CSTA por medio de elementos OBG/EBG, sin embargo esta funcionalidad no se ha incluido en el proyecto. Esta implementación depende de equipos OBG y EBG no incluidos en esta propuesta e tampoco esta incluido en este proyecto upgrade SW para soporte a esta funcionalidad;

- Se ha considerado la ampliación de equipos AS 5200 en los países donde Telefónica ya tiene estos equipos instalados (Perú). Para Argentina y México se ha considerado un AS5200 nuevo

- Para la funcionalidad de Mensajería Avanzada se necesita una conexión directa al SMS Center (SMSC) de cada operación con protocolo MAP. En la fase de inicial de implementación en cada país, con base en los datos de usuarios y topología acordada con Telefónica, Nortel definirá los detalles de los protocolos, estimaciones de tráfico y estándar de conexión necesarios.



- Las funcionalidades de control avanzado de media tales como "conferencia", "Jefe-Secretaria", "Parking" y "Cola de llamadas" según la topología propuestas son desarrolladas y controladas en el AS5200 por lo cual no se necesita ninguna funcionalidad a nivel de red GSM para realizar esto. Sin embargo, para que el control de estas funcionalidades sea posible es necesario que los flujos de señalización y media de las llamadas pasen por el AS5200 y la red IP y se necesita que la red NGN clase 4 de cada país soporte conexiones SIP según los estándares (RFCs SIP IETF).

- La oferta del servicio está basada en aplicación PC (Comunicador) que requiere PCs o Laptops con sistema operativo Windows. Las especificaciones mínimas y recomendadas para los PC siguen abajo:

  1. Configuraciones mínimas de hardware y sistema operativo (para sesiones sin video ó multimedia)

     - Procesador 550 MHz Pentium-III ó equivalente

     - Windows 98(SE), Windows NT 4.x con SP5, Windows 2000, Windows Server 2003, ó Windows XP





    o  Conexión de Datos a minimo  56 Kbps  (MODEM alambrico, inalambrico, conexión a red, etc…)

    o  Micrófono y tarjeta de sonido full duplex (opcional)

    o  48 MB de memoria RAM libre (este requisito es adicional a los requisitos de memoria del sistema operativo y otras aplicaciones instaladas)

    o  50 MB de espacio libre de disco duro

    o  Tarjeta gráfica VGA 640x480 @8bpp (256 colors)

    o  Ratón

    o  PC speakers internos ó externos conectados en la tarjeta de sonido

2. Configuraciones recomendadas de hardware y sistema operativo (para sesiones con ancho de banda de video mediada y sesiones de colaboración multimedia)

- Procesador Pentium-4 de 2.0 GHz (ó superior) ó equivalente.

- Windows XP, Windows 2000, Windows Server 2003, Windows 98(SE), ó Windows NT 4.x con SP5

    o  Conexión de MODEM 56 Kbps ó superior (Cable modem, DSL, 10base-T Ethernet)

    o  Conexión de internet banda ancha

    o  Micrófono y tarjeta de sonido full duplex (opcional)

    o  64 MB de memoria RAM libre (este requisito es adicional a los requisitos de memoria del sistema operativo y otras aplicaciones instaladas)

    o  50 MB de espacio libre de disco duro

    o  Tarjeta gráfica VGA 800x600 @16bpp (65,536

    o  Ratón

    o  PC speakers internos ó externos conectados en la tarjeta de sonido





**Premisas de Dimensionado:**

- Se consideró que 100% de los usuarios del servicio Centralita Móvil van a utilizar el paquete básico, 20% van a utilizar adicionalmente el paquete avanzado 1, 10% van a utilizar adicionalmente el paquete avanzado 2. No se ha incluido una penetración de usuarios para los servicios opcionales;

- Se consideró los siguientes perfiles de tráfico de sistema:

| CLIENT MAINTENANCE TRAFFIC | Site 1 |
|---|---|
| AS5200 Client Registrations /BH (#): | 0.042 |
| Converged Desktop Registrations /BH (#): | 0.042 |
| Wireless Client Registrations /BH (#): | 0.042 |
| Converged Mobility Registrations /BH (#): | 0.042 |
| Third Party Client Registrations /BH (#): | 0.042 |
| AS5200 Client Pings /BH (#): | 24 |
| Converged Mobility Pings /BH (#): | 40 |
| Third Party Client Pings /BH (#): | 40 |
| Calls Needing Portal Insertion (%): | 100 |
| Clients Behind Firewall (%): | 100 |

| SYSTEM ENGINEERING | Site 1 |
|---|---|
| Inbound Ratio (terminated at the client) (%): | 50 |
| Inbound IM Ratio (terminated at the client) (%): | 50 |
| Inbound Notification Ratio (terminated at the client) (%): | 50 |
| Inbound Presence Subscription Ratio (terminated at the client) (%): | 50 |
| Blocking Factor / GOS (P-value): | P01 |
| Session Manager Server Capacity Utilization (%): | 80 |

- Se consideró los siguientes perfiles de tráfico de llamadas:

| BASIC CALL PARAMETERS | |
|---|---|
| Calls /BH (#): | 3.00 |
| Average Call Hold Time (sec): | 180 |
| Intra-System Call (%): | 80 |
| Intra-Server Call (%): | 60 |
| Intra-Server Notificaiton (%): | 60 |
| Intra-Server Presence Subscription (%): | 60 |
| Personal Agent Click-2-Call (%): | 100 |
| Converged Desktop 2 Click-2-Call (%): | 100 |
| Converged Desktop 3 Click-2-Call (%): | 100 |
| Wireless Client Click-2-Call (%): | 100 |
| G.711 Calls (%): | 80 |
| G.729 Calls (%): | 20 |
| G.711 Packetization Time (milliseconds): | 20 |
| G.729 Packetization Time (milliseconds): | 20 |

- Se consideró los siguientes perfiles de tráfico de funcionalidades avanzadas:







## AS5200 ADVANCED FEATURES TAB

| PERSONAL AGENT | |
|---|---|
| Subscribers with PA Service  (%): | 100 |
| PA Routes to Multiple Destinations  (%): | 30 |
| Average Number of PA Legs  (#): | 2 |
| PA Gateway Calls /BH  (%): | 100 |
| PA Complex Calls w/ PRI /BH  (%): | 0 |

| PRESENCE | |
|---|---|
| Subscribers with Presence Service  (%): | 20 |
| Average Friends per Subscriber  (#): | 10 |
| Idle Capable Clients w/ Idle Presence Enabled  (%): | 10 |
| Times Client Goes Idle /BH  (#): | 4 |
| Manual Presence Changes /BH  (#): | 0.084 |
| Average # of Client Periodical Presence Subscription /BH (#) | 0.042 |
| Third Party Clients Supporting Presence  (%): | 0 |
| Converged Mobility Clients Supporting Presence  (%): | 20 |

| INSTANT MESSAGING (IM) | |
|---|---|
| Subscribers with IM Service  (%): | 20 |
| Average Subscriber IM's /BH  (#): | 3 |
| Third Party Clients Supporting IM  (%): | 0 |
| Converged Mobility Clients Supporting IM  (%): | 20 |

| COLLABORATION | |
|---|---|
| Subscribers with Collaboration Service  (%): | 10 |
| Client Collaboration Calls  (%): | 5 |
| Web Pushes per Session  (#): | 1 |
| Clipboard Transfers per Session  (#): | 1 |
| File Transfers per Session  (#): | 1 |
| Whiteboards per Session  (#): | 1 |

| VIDEO SERVICES | |
|---|---|
| Subscribers with Video Service  (%): | 10 |
| Video Calls /BH  (%): | 25 |
| On-Demand Video Calls  (%): | 5 |
| Third Party Clients Supporting Video  (%): | 0 |
| Converged Mobility Clients Supporting Video  (%): | 0 |

- Se consideró los siguientes perfiles de tráfico de media server:

 

| AD HOC CONFERENCING | |
|---|---|
| Subscribers with Ad Hoc Service  (%): | 100 |
| Ad Hoc Calls /BH  (%): | 1 |
| Ad Hoc Calls w/ Video Sessions  (%): | 0 |
| Third Party Clients Supporting Ad Hoc  (%): | 0 |
| Converged Mobility Clients Supporting Ad Hoc  (%): | 100 |
| Participants from PSTN in Ad Hoc Call  (%): | 100 |
| Average Ad Hoc Participants  (#): | 3 |
| Average Ad Hoc Call Hold Time  (min): | 15 |
| Media Redundancy Ratio  (%): | 0 |
| Blade/Server Redundancy Ratio  (%): | 100 |

| ANNOUNCEMENT / MUSIC ON HOLD (MoH) | |
|---|---|
| Calls with Announcement Treatment  (%): | 1 |
| Average Announcement Time  (sec): | 20 |
| Subscribers with MoH Service  (%): | 0 |
| Calls with Music on Hold Treatment  (%): | 0 |
| Average Music on Hold Time  (sec): | 10 |
| Media Redundancy Ratio  (%): | 20 |
| Blade/Server Redundancy Ratio  (%): | 100 |
| Is This an Announcement + Music on Hold Combination?: | Yes |

| UNIFIED COMMUNICATIONS | |
|---|---|
| Subscribers with UC Service  (%): | 20 |
| Incoming Forwards to Voice Message  (%): | 5 |
| Voice Message Retrievals /BH  (#): | 0.25 |
| Voice Message Retrievals From PSTN  (%): | 20 |
| Average Voice Message Time  (sec): | 40 |
| Average Mailbox Storage Size  (min): | 8 |
| Media Redundancy Ratio  (%): | 20 |
| Blade/Server Redundancy Ratio  (%): | 0 |
| Third Party Clients Supporting UC  (%): | 100 |
| Converged Mobility Clients Supporting UC  (%): | 100 |

Si hubiera modificaciones en las premisas actuales debido a cambios en la definición de los paquetes comerciales se analizará conjuntamente el impacto el proyecto.

## 3.2.  Premisas de Integración a Sistemas

Para el proyecto de las integraciones del servicio a los sistemas de Telefónica se han considerado las siguientes premisas:






- Portal web de Gestión Personal de Usuario: Se ha incluido un portal web de usuario de agente personal con la identidad visual de Telefónica en los idiomas Español y Portugués

- Interfase de Provisionamiento: se ha incluido una interface estándar de provisionamiento automático del servicio centralita móvil para conexión a los sistemas de provisionamiento de Telefónica por medio de una interfase abierta y formularios de provisionamiento estándar que serán acordados entre Telefónica y Nortel.

- Portal web de Provisionamiento: También se esta incluyendo un portal web de provisionamiento semi-automático para soporte simplificado al provisionamiento de usuarios cuando todavía no esté disponible la integración con herramientas de provisionamiento automático

- Tarificación: de manera análoga a como es ofrecido el servicio en España, se ha considerado que la tarificación del servicio (generación de CDRs) es hecha en la red móvil, por lo cual no se ha incluido integración de CDRs a mediadores de billetaje de cada país. El servidor AS5200 de Nortel generará IPDRs sin tratamiento de las llamadas que pasen por el AS5200 que pueden ser utilizados ante cualquier necesidad por parte de Telefónica.

- Según el funcionamiento del servicio CM en España existen prefijos especiales añadidos por el AS5200 en el destino de la llamada para fines de enrutamiento y tarificación. El prefijo CRA (prefijo de audio) indica que esta pata de la llamada va al aparato del usuario y no debe ser tarificada (CDR debe ser descartado). El prefijo CRD (prefijo de destino) indica que esta pata de la llamada va al destino que el usuario ha marcado en el comunicador y debe ser tarificada (el CDR debe ser considerado).

- La solución propuesta incluye las funcionalidades estándares del AS5200 para sincronización con directorios corporativos de aplicaciones comerciales (interfase LDAP). Integraciones con bases de datos de directorios corporativos por medio de interfase LDAP pueden ser implementadas con aplicaciones específicas pero no están incluidas en esta propuesta.







## 4. Consideraciones Generales

A continuación se describen algunos de los criterios y consideraciones generales utilizadas en la preparación de la presente solución. Otros supuestos han sido detallados en el cuerpo de este documento en las secciones particulares que describen el dimensionado e ingeniería de los distintos equipos definidos para este contrato:

- Toda la ingeniería y recomendaciones de equipos se han realizado basados en las premisas de proyecto presentadas en el ítem anterior. Cualquier variación respecto a esta información podría significar cambios al equipamiento provisto y por lo tanto podría traducirse en cargos adicionales para el cliente.

- Se asume como responsabilidad del cliente cualquier obra civil en relación a construcción de los sitios, preparación de los sitios y requerimientos de planta externa asociados a la instalación del equipamiento propuesto.



- Se asume como responsabilidad del cliente proveer los sitios con las condiciones ambientales adecuadas, de manera a permitir la instalación y correcta operación de los equipos.

- Se asume como responsabilidad del cliente proveer una solución de firewall, en el caso en que sea requerida.

- Se asume como responsabilidad del cliente proveer la Fuentes de corriente alterna requerida para cualquier equipo que lo requiera.

- No se contempla dentro de la presente oferta, la provisión, instalación o expansión de Planta de Energía, asumiéndose como responsabilidad del cliente la provisión de la misma.

- Se debe acordar entre Telefónica y Nortel la provisión de los servidores NTP (Network Time Protocol), que permiten la sincronización de la red.

- No se incluye dentro del alcance de los servicios, la remoción o desinstalación de cables y/o equipos.

- Se asume como responsabilidad del cliente proveer las facilidades de transmisión requeridas (SDH y/o DCN).







- Para garantizar el QoS del servicio Nortel recomienda que la red IP y la red de transporte garantice una óptima calidad de los parámetros de red. Los valores recomendados son:

    - Retrazo uni-direccional ("one-way delay") recomendable a 50-60 ms (máximo de 100 ms para señalización)

    - Retrazo uni-direccional ("one-way delay") para voz inferior a 150ms

    - "Jjitter" inferior a 20 ms

    - Pérdida de paquetes inferior a 1%

- Nortel será responsable por la instalación, provisionamiento y comisionamiento de los elementos conforme "Anexo descripción de servicios" de este contrato.

- Nortel designará un Project Manager para coordinar todas las actividades relacionadas a este proyecto.

- Los servicios cotizados no incluyes desinstalación de equipos existentes ni retiro de cables.

- Se asume que todos los servicios se desarrollarán durante días hábiles y la jornada normal de trabajo.

 

Conforme descrito anteriormente en este documento, Nortel ha preparado la solución para el servicio Centralita Móvil considerando la implementación de 3 plataformas regionales para soporte al servicio situadas en México, Perú y Argentina y un portal web regional situado en uno de estos países. Cada una de la plataforma, que serán denominadas genéricamente de "Plataformas Nortel", es compuesta de los siguientes elementos:

- **Application Server 5200 (AS5200)** – servidor de aplicaciones que opera en los modos pre-IMS y IMS que soporta la lógica del servicio IMS. El AS5200 también incorpora algunas funcionalidades de otras plataformas con respecto a la implementación en España hasta que ellas sean implementadas en TLATAM:

    o AS5200 Presence Server (PS) – servidor de presencia integrado que permite la información de presencia entre usuarios centralita y entre ellos y usuarios móviles sin centralita. Esta función será integrada a Servidor de presencia stand alone basado en SIP siempre cuando este está implementado en la red.

    o AS5200 Web Personal (WP) - Ofrece las funcionalidades de Gestor Personal básicas para usuarios centralita.

    o AS5200 Unified Communication (UC) – Solución de buzón de voz dedicada opcional para usuarios centralita. Ofrece funciones de integración a e-mail e servicios de fax cuando no se utiliza el buzón de voz de la red móvil ó otro buzón.

    o Media Server (MS) – media server del AS5200, denominado Meadia Application Server (MAS), que soporta funcionalidades de conferencia, anuncios, música en espera y otras facilidades de media.



- **Wireless Convergence Server (WCS)** – elemento que hace la integración de la red SIP con los protocolos de la red móvil (MAP, CAP) y actúa como plataforma de red inteligente, soportando los servicios de :

    o Gateway de Señalización WCS (IM-SMS y GW de presencia) – soporta las funcionalidades de presencia y integración SMS-IM

 

o Plataforma IN WCS-SCP, integrado al WCS – permite la integración de número único;

# Elementos de las Plataformas Nortel

 **Application Server 5200 (AS5200)**

 **Presence Server**

 **Web Personal**

 **Unified Communications Server**

 **Media Server**

 **Wireless Convergence Server (WCS)**

Cada plataforma irá soportar el tráfico del servicio Centralita Móvil de una región, conforme sugerido abajo:

- Plataforma 1 – Situada en México: soporte al servicio de Centralita Móvil para México y los países de Centro América
- Plataforma 2 – Situada en Perú: soporte al servicio de Centralita Móvil para Perú, Colombia, Venezuela, Ecuador y Chile
- Plataforma 3 – Situada en Argentina: soporte al servicio Centralita Móvil en Brasil, Argentina y Uruguay

## Conexiones entre las Plataformas Nortel y las Redes Telefónica

De manera a simplificar el transporte de información las conexiones entre las plataformas de Nortel y las distintas redes de Telefónica serán hechas en un medio de transporte IP. Estas conexiones se deben hacer sobre una red IP protegida transportando los siguientes tipos de tráfico:







o Señalización SIP – Entre el AS5200 y los MGCs de cada red de Telefónica para establecimiento de sesiones SIP (convertidas a ISUP en los MGCs) entre el AS5200 y la red GSM.

o Media RTP – Entre el media Server /UC servers del AS5200 y los MGs de cada red de Telefónica para establecimiento de conexiones de conferencia, conexiones de anuncios, música en espera ó acceso a mensajes de voz. Solamente estas conexiones necesitan ser transportadas por la red IP hasta las plataformas Nortel – las conexiones de voz sin estas funcionalidades quedan terminada en los MGs (loop) sin consumir banda en el transporte IP

o Señalización MAP/CAP – Entre el WCS y el STP de cada red de Telefónica que conecta con los distintos nodos de red GSM:

   o Servicio IM - SMS: WCS-SMSC (MAP)

   o Presencia: WCS-HLR (MAP), WCS-MSC (CAP)

   o Numero Único: WCS-MSC (CAP)

En la figura abajo es presentada la ínter conectividad entre las plataformas Nortel y las redes de Telefónica en un país indicando conexiones y protocolos.

## Centralita Móvil - Conectividad y Protocolos









Este escenario de conectividad deberá ser replicado para los distintos países conforme indicado en la figura abajo:

## Conectividad con Distintos Países



Además de la conectividad IP entre las plataformas de Nortel y la red de Telefónica debe ser posible el acceso de usuarios à estas plataformas para trafico SIP y HTTP. Para esto es requerido protección en el acceso desde la red IP de acceso de cada país tanto para la señalización SIP (por medio de SBCs locales) cuanto para los accesos web tipo HTTP, WS (por medio de firewalls).

## Requisitos de Ancho de Banda de Transporte IP entre las Plataformas Nortel y la Red Telefónica

El ancho de banda necesario en el transporte IP entre las plataformas de Nortel y la red de cada país depende de la cantidad de usuarios en cada país, de los servicios ofertados en los paquetes y la topología de red. En términos generales tenemos que:







o   Ancho de banda SIP depende de: Trafico por usuario, cantidad media
    de mensajes SIP por llamada y otros servicios SIP (registro periódico
    de usuarios SIP, cambios de estado de presencia, IMs), longitud
    media de los mensajes SIP.

o   Ancho de banda RTP depende de: cantidad de flujos RTP
    simultáneos (que depende de la penetración de cada facilidad de
    media server/UC – conferencia, música en espera - y el trafico medio
    por usuario), codec y tasa de paquetización utilizados

o   Ancho de banda MAP/CAP depende de: Trafico por usuario, cantidad
    media de mensajes MAP/CAP por llamada, longitud media de los
    mensajes CAP/MAP y payload SIGTRAN.

Nortel informará previamente à Telefónica el ancho de banda requerida
para el transporte IP entre las plataformas de Nortel y la red de cada país
con base en la cantidad de usuarios y servicios definida a cada fase del
proyecto.

También es necesario que Telefónica adecue las reglas de la red IP
(puertos y accesibilidad en la red IP) a las características del servicio
centralita.

## Requisitos de Conexiones SIP con la Red de Acceso
## IP Sesiones SIP Simultáneas por SBC

Además del transporte IP entre las plataformas de Nortel y la red de
Telefónica también es necesario que Telefónica haga las adecuaciones en
los Session Border Controller de cada país para soportar las conexiones
SIP adicionales del servicio centralita.

El número de conexiones SIP simultáneas depende del número de
usuarios por país y del tráfico por usuario. No habrá tratamiento de media
en el SBC, por la característica del servicio. También es necesario
considerar otros servicios SIP que consumen capacidad del SBC tales
como registro periódico de usuarios SIP, cambios de estado de presencia,
IMs y otros.

Nortel informará previamente à Telefónica la capacidad requerida para el
SBC para cada país con base en la cantidad de usuarios y servicios
definida a cada fase del proyecto.







También es necesario que Telefónica adecue las reglas de la red de acceso IP (puertos y accesibilidad en la red IP) a las características del servicio centralita.

## Requisitos de Conexiones TDM entre las Plataformas de Nortel y la Red GSM

Además del transporte IP entre las plataformas de Nortel y la red de Telefónica también es necesario que Telefónica haga las adecuaciones en las redes NGN de cada país para soportar las conexiones TDM adicionales del servicio centralita.

El número de conexiones TDM simultáneas depende del número de usuarios por país y del tráfico por usuario. Cada llamada de voz centralita requiere 2 troncales en la red NGN

Nortel informará previamente à Telefónica la capacidad requerida de troncales en la red NGN clase 4  para cada país con base en la cantidad de usuarios definida a cada fase del proyecto.

También es necesario que Telefónica adecue las tablas de enrutamiento de la red GSM a las características del servicio centralita (enrutamiento de los prefijos especiales del servicio).

FIN DEL DOCUMENTO



## ANEXO III

## SITIOS DE INSTALACIÓN

Los Sitios de Instalación de los Productos serán:

- Perú, en la central ubicada en la ciudad de Lima;

- Argentina, en la central ubicada en la ciudad de Buenos Aires, y

- México, en la central ubicada en la ciudad de México DF.

Requerimientos de las instalaciones:

• Se asume como responsabilidad del cliente (Operadora) cualquier obra civil en relación a construcción que sea necesaria en los Sitios, así como actividades de preparación de los Sitios y requerimientos de planta externa asociados a la instalación del equipamiento propuesto (Plataformas). 

• Se asume como responsabilidad del cliente (Operadora) proveer los Sitios con las condiciones ambientales adecuadas, de manera a permitir la instalación y correcta operación de los equipos (Plataformas).

• Se asume como responsabilidad del cliente (Operadora) proveer una solución de firewall, en el caso en que sea requerida.

• Se asume como responsabilidad del cliente (Operadora) proveer la Fuentes de corriente alterna requerida para cualquier equipo que lo requiera.

No se contempla la provisión, instalación o expansión de Planta de Energía, asumiéndose como responsabilidad del cliente (Operadora) la provisión de la misma.



## ANEXO IV

## LICENCIA DE USO SOBRE SOFTWARE BÁSICO

Nortel concede a las Operadoras una licencia personal, no exclusiva, no transferible y no sub-licenciable para internamente: (a) instalar y ejecutar una copia del Software únicamente: (i) en la medida de la activación o nivel de uso autorizados y únicamente para los fines establecidos en la Documentación; (ii) en el país a donde se despachó el Software; y (iii) con el Hardware específicamente designado y/o con determinados equipos proporcionados por la Operadoras correspondiente y autorizados por Nortel (*customer-furnished equipment*) (conjuntamente, el "Uso Licenciado"); (b) utilizar la Documentación asociada únicamente en soporte de dicho Uso Licenciado; y (c) hacer una copia sola del Software y de la Documentación asociada únicamente con fines de respaldo. La Operadora acuerda mantener registros exactos de la ubicación del Software y cualquier copia de respaldo. Nortel y/o sus proveedores (según sea el caso) retienen todos los derechos sobre el Software y la Documentación, incluyendo sus derivados y copias.

Excepto que esté expresamente autorizado de acuerdo con el Uso Licenciado, Operadora no deberá: (a) usar, copiar, adaptar, traducir, publicar, exhibir, sublicenciar, alquilar, arrendar, prestar, transferir o distribuir el Software, la Documentación o cualquier copia de los mismos; (b) mejorar, aumentar su valor, revisar, modificar o hacer cualquier derivado del Software, la Documentación o cualquier copia o parte de los mismos; y/o (c) fusionar, vincular, compilar o combinar el Software o cualquier parte o copia del mismo con cualquier otro software o artículo. Operadora no podrá ensamblar en forma revertida (*reverse assemble*), compilar en forma revertida (*reverse compile*), revertir la ingeniería o de cualquier forma traducir o decodificar el Software o cualquier copia o parte del mismo, ni cargar el Software en Internet, permitir su descarga de Internet o permitir el acceso de terceros al Software a través de Internet. La Operadora no destruirá, removerá o de otra forma alterará cualquier aviso sobre derechos de autor en el Software y la Documentación o cualquier copia de los mismos, y acuerda reproducir dichos avisos en cualquier copia que realice conforme a esta licencia. Los proveedores del Software o la Documentación (o cualquier parte de los mismos) de Nortel son beneficiarios de esta Cláusula. Operadora reconoce que el Software y la Documentación son y/o contienen secretos industriales y la Operadora se compromete a tratarlos como Información Confidencial de acuerdo con la Cláusula Novena del Contrato Marco. Nortel podrá auditar remotamente o por cualquier otro medio razonable los niveles de activación o uso del Software por parte de Operadora. Con respecto al Software de Terceros, la Operadora se compromete a cumplir con los términos y condiciones adicionales o diferentes o las restricciones establecidas por Nortel con respecto a dicho Software. 

Para propositos de esta licencia, (a) "Software" significa programas computacionales en forma de código de objeto o *firmware* cuyo dueño o licenciante es Nortel, su controlante, subsidiarias o filiales, y está sujeto a derechos de autor y licencia, pero en ningún caso es vendido. El Software consiste en instrucciones legibles por una máquina, sus componentes, datos, contenido audiovisual (tales como imágenes, texto, grabaciones o dibujos) y materiales licenciados relacionados, incluyendo todas las copias completas o parciales; (b) "Software de Terceros" significa cualquier software y/o hardware que no sea de Nortel pero que sea provisto a Operadora bajo el Contrato de Suministro; (c) la "Documentación" consiste de documentos en los cuales se describe con detalle la ingeniería, instalación, mantenimiento, reparación y operación de los Equipos y el Software.



## ANEXO IV BIS

## LICENCIA USUARIO FINAL

### Licencia de uso del Software de Aplicación para el Servicio Centralita Móvil

La distribución del SOFTWARE del Servicio Centralita Móvil contenido en este CD-R está sujeta a la aceptación por el Usuario de la presente licencia intransferible y no exclusiva que rige el uso del mismo. El hecho de descargar, instalar, copiar o utilizar el SOFTWARE, implica que usted acepta las condiciones de esta licencia, que le permiten utilizarlo en el dispositivo en el que se instala. Si no acepta las condiciones de esta licencia, no instale el SOFTWARE. Este SOFTWARE es propiedad de Nortel Networks Corporation ("Nortel") y se distribuye y comercializa por las Operadoras del Grupo TELEFÓNICA. Este SOFTWARE (incluidas Librerías de Desarrollo, imágenes, fotografías, animación, vídeo, audio, música, texto y otros elementos que puedan formar parte del mismo, así como cualquier copia del mismo y la documentación adjunta), está protegido por los pertinentes derechos de Propiedad Intelectual de conformidad con la legislación vigente y tratados internacionales relativos al derecho de Propiedad, y se pone a disposición del Usuario para utilizarlo únicamente de acuerdo con los términos y condiciones de esta licencia de SOFTWARE y del manual de utilización del Servicio Centralita Móvil. Queda terminantemente prohibido copiar, distribuir, traducir, utilizar técnicas de ingeniería inversa, descompilar, desmontar ni modificar el Software de ninguna forma. Se prohíbe el uso, reproducción o redistribución del SOFTWARE de manera no expresada en los términos de esta licencia de SOFTWARE. Asimismo, queda prohibida la transmisión del SOFTWARE a través de una red, por vía telefónica o electrónica sea cual fuere el medio utilizado. Queda prohibida asimismo la exportación del Software. Cualquiera de dichas acciones podrían constituir infracciones civiles y penales. Este SOFTWARE se suministra "tal cual", sin ninguna garantía que exceda más allá de cualquier garantía razonable de comercialización, adecuación para un uso específico y su correcto funcionamiento. En ningún caso se podrá considerar a Nortel y/o a las Operadoras del Grupo TELEFÓNICA responsables por ningún coste incurrido por la instalación o sustitución de este SOFTWARE o del Servicio Centralita Móvil, ni por la pérdida de beneficios, información o datos, ni por ningún otro daño aunque sea indirecto, fortuito o por causa mayor, ni por el lucro cesante derivado en cualquier forma de la venta, el uso o la no disponibilidad del uso del Servicio de Operadoras, incluso cuando se haya notificado a Operadoras la posibilidad de tales daños. Movistar, el logotipo de Movistar y el resto de los nombres y marcas o signos distintivos de los servicios y productos aquí mencionados son marcas comerciales o registradas del Grupo Telefónica. La ausencia de un nombre de producto o del logotipo en este SOFTWARE no constituye la renuncia de la marca comercial de Movistar o de cualquier derecho sobre la propiedad intelectual relacionada con el nombre o el logotipo. La licencia quedará automáticamente anulada si el Usuario no cumple las condiciones establecidas. En tal caso, el Usuario destruirá todas las copias del SOFTWARE y sus componentes. Quedan reservados todos los derechos no concedidos expresamente en virtud de esta licencia. Esta licencia se regirá por la legislación del país del Usuario y cualquier infracción a la misma podrá ser legalmente perseguida en dicho país.



## ANEXO V

## CONTRATO DE ADHESIÓN

[LUGAR Y FECHA],

Este Contrato de Adhesión (el "Contrato") se celebra entre [EMPRESA LOCAL TELEFÓNICA] ("Operadora"), una [sociedad anónima] válidamente constituida de según las leyes de [ ], debidamente representada por quien firma al pie del presente, por una parte, y [EMPRESA LOCAL NORTEL] ("NORTEL"), una sociedad válidamente constituida de conformidad con las leyes de [ ], debidamente representada por quien firma al pie del presente, por la otra parte, y establece las disposiciones en virtud de las cuales NORTEL y TELEFÓNICA se adhieren y participarán en el CONTRATO MARCO PARA DESARROLLAR EL PROYECTO CENTRALITA MÓVIL Y COMPARTIR INGRESOS de fecha Once de Diciembre del 2008 entre TELEFONICA INTERNACIONAL S.A.U. y NORTEL NETWORKS (CALA) INC. ("Contrato Centralita Móvil").

TELEFONICA y NORTEL acuerdan los siguientes términos y condiciones aplicarán al desarrollo del proyecto Centralita Móvil:

**PRIMERA:** La vigencia de este Contrato comenzará con la fecha de la firma del mismo.

**SEGUNDA:** Los términos y condiciones del Contrato Centralita Móvil serán aplicables a la Partes y regirán el desarrollo del proyecto Centralita Móvil en [País].



**TERCERA:** Las partes convienen expresamente que este Contrato de Adhesión se regirá por las leyes del Estado de Nueva York, Estados Unidos de América. Si, dentro de los treinta (30) días desde la fecha de cualquier notificación de una disputa de una parte a la otra, las partes son incapaces de resolver el asunto, entonces cualquiera de las partes puede iniciar un proceso de arbitraje obligatorio para resolver tal disputa mediante aviso por escrito a la otra. Cualquier disputa entre las partes que sea consecuencia de este Contrato será exclusivamente resuelta por arbitraje de Derecho conforme a las Reglas de Conciliación y Arbitraje de la Cámara Internacional de Comercio. Este proceso arbitral tendrá lugar en idioma español en la Ciudad Paris, Francia, para lo cual se deberán nombrar previamente tres (3) árbitros según las reglas precitadas. La decisión de los árbitros será final y obligatoria para las partes y sus respectivos sucesores y cesionarios. La decisión y el fallo de los árbitros podrá homologarse ante cualquier tribunal de jurisdicción competente y dicho tribunal podrá ordenar la ejecución de tal fallo contra las partes y sus respectivos sucesores y cesionarios. LAS PARTES RENUNCIAN IRREVOCABLEMENTE A CUALQUIER DERECHO DE ACCEDER A UN JUICIO POR JURADOS EN CUALQUIER PROCEDIMIENTO LEGAL QUE PROVENGA DE, O ESTÉ RELACIONADO CON, ESTE CONTRATO O CON LAS TRANSACCIONES CONTEMPLADAS AQUÍ.

**CUARTA:** Salvo como expresamente permitido en el Contrato Centralita Móvil, cada parte se compromete a no ceder o de otro modo transferir este Contrato de Adhesión, ni sus derechos bajo el mismo, ni delegar sus obligaciones, sin el consentimiento previo por escrito de la otra