# <u>EXHIBIT B</u>

**(Part 3 of 3)**

parte, y cualquier intento de hacerlo no será válido.

**QUINTA:** Los comparecientes en este instrumento por Operadora y por NORTEL declaran y aseguran: (1) que sus respectivas representadas son sociedades legalmente constituidas y vigentes; y (2) que son ellos personas debidamente investidos por aquéllas para celebrar este Contrato; y (3) que, por consiguiente, este Contrato es plenamente eficaz y válido conforme a la legislación vigente. Operadora declara y asegura que las Operadoras ha obtenido las Concesiones que le permiten legalmente operar todos o parte de los Productos y ofrecer los Servicios de Centralita Móvil a sus usuarios en la Región. Las Partes acuerdan que NORTEL no entregará ningún Producto ni proporcionará ningún Servicio en cualquier país de la Región a menos que las Operadoras haya obtenido las Concesiones para el uso de tales Productos y/o ofrecer los Servicios de Centralita Móvil a sus usuarios. La exactitud de los hechos de que da cuenta la precedente declaración, es considerada una condición esencial y determinante para las Partes en la celebración de este Contrato, en caso de no ser efectiva, a petición de la parte interesada, la parte afectada deberá resolver el problema con la mayor brevedad a entera satisfacción de la parte interesada, sin perjuicio de los derechos que le confiere la legislación vigente.

**SEXTA:** Todas las notificaciones, comunicaciones o aprobaciones correspondientes a este Contrato deberán ser por escrito y entregadas en persona, vía facsímile, por carta certificada o por carta documento con aviso de notificación o "courier", dirigidas a las direcciones que se informan mas abajo, o a cualquier dirección diferente indicada previamente por las partes por escrito. Todas las comunicaciones sujetas a este Contrato se entenderán válidamente entregadas, cuando hayan sido entregadas conforme a lo señalado previamente. Si es para NORTEL:
_____, Facsímile _____. Si es para Operadora:
_____, Facsímile _____.



**SÉPTIMA:** En caso de que se consideren como no válidas o no obligatorias cualquiera de las disposiciones de este Contrato o cualquier parte de las mismas, el resto de este Contrato seguirá teniendo plena fuerza y vigencia. Los términos y condiciones de este Contrato (incluyendo los términos y condiciones de Contrato Centralita Móvil) constituyen el acuerdo completo entre Operadora y NORTEL, y reemplazan cualquier propuesta o comunicación previos, tanto verbal como escrita, con respecto a la materia de este Contrato. En caso de conflicto entre este Contrato y cualquier Anexo, prevalecerán los términos y condiciones de este Contrato. Cualquier cambio a este Contrato se debe hacer por mutuo acuerdo de las partes y por escrito.

Este Contrato se firma en 2 (dos) ejemplares en idioma español, de un mismo tenor y fecha, quedando uno en poder de cada parte.


Operadora_____


NORTEL_____



# ANEXO VI

## DESCRIPCIÓN Y COSTES DE LICENCIAS DE SOFTWARE

Ref: RT-08-755-05 (10-12-2008)

| | | Precio de Lista (FCA) | Desc. 200K lineas | Precio telefónica para 200K (FCA) | Puertos por código | Cantidad para 1000 lineas | Precio total por 1000 lineas (FCA) | Precio equivalente por linea (FCA) |
|---|---|---|---|---|---|---|---|---|
| | **Comunicador Movil Paquete Básico (Pres & IM incluido)** | | | | | | | |
| IMSF0031 | Advanced voice | $3.400,00 | 70,00% | $1.020,00 | 100 | 10 | $10.200,00 | $10,20 |
| IMSF0030 | SIP registry | incluido en AV | | | | 10 | | |
| IMSF0041 | Mobile CD | incluido en AV | | | | 10 | | |
| NKRS0016 | PC client (comunicador) | $2.500,00 | 70,00% | $750,00 | 100 | 10 | $7.500,00 | $7,50 |
| NKRS0010 | Advance screening (P. Agent) | $1.750,00 | 70,00% | $525,00 | 100 | 10 | $0,00 | $0,00 |
| NKRS0028 | MCP License - 10 MCP Media Application Server G.711 Ad Hoc Conf. | $400,00 | 30,00% | $280,00 | 10 | 5 | $1.400,00 | $1,40 |
| WCS00009 | One number | | | $4,25 | 1 | 1000 | $4.250,00 | $4,25 |
| NKRS0012 | Presence | $1.500,00 | 70,00% | $450,00 | 100 | 10 | $4.500,00 | $4,50 |
| IMSF0032 | SIP Application Module-Basic Multimedi-100 Subscribers (IM) | $1.200,00 | 70,00% | $360,00 | 100 | 10 | $3.600,00 | $3,60 |
| | Mensajería Avanzada (IM<=>SMS) | | | $2,30 | 1 | 1000 | $2.300,00 | $2,30 |
| | **PRECIO TOTAL POR LINEA** | | | | | | | **$33,75** |
| | **Servicio Avanzado 1 - Operadora Movil** | | | | | | | |
| NKRS0024 | Assistant services | $1.500,00 | 70,00% | $450,00 | 100 | 10 | $4.500,00 | $4,50 |
| NKRS0082 | Call Park | $1.000,00 | 70,00% | $300,00 | 100 | 10 | $3.000,00 | $3,00 |
| NKRS0039/40 | Music on Hold - 10 ports | $136,00 | 30,00% | $95,20 | 10 | 5 | $476,00 | $0,48 |
| | **PRECIO TOTAL POR LINEA** | | | | | | | **$7,98** |




## Servicio Avanzado 2- Multimedia

| Código | Descripción | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IMSF0033 | SIP Application Module-Enhanced Multimedia-100 Subscribers Video & Web Collaboration | Includes | $1.000,00 | 70,00% | $300,00 | 100 | 5 | $1.500,00 | $1,50 |
| NKRS0030 | MCP License - 10 Video Ad hoc ports | | $1.000,00 | 30,00% | $700,00 | 10 | 5 | $3.500,00 | $3,50 |
| | **PRECIO TOTAL POR LÍNEA** | | | | | | | | **$5,00** |
| | **Servicios Opcionales** | | | | | | | | |
| | Mensajería Unificada (por casilla) | | | | $5,00 | 1 | 1000 | $5.000,00 | $5,00 |
| NKRS0034/35 | MCP License - 10 MCP Media Application Server G.729 Meet Me Conf. (NTVW01PB) | | $2.600,00 | 30,00% | $1.820,00 | 10 | 3 | $5.460,00 | $5,46 |
| NKRS0036 | MCP License - 10 Video Meet Me ports (NTVW01PC) | | $1.000,00 | 30,00% | $700,00 | 10 | 3 | $2.100,00 | $2,10 |
| NKRS0038/40 | MCP License - MCP Web Collaboration | | $7.500,00 | 30,00% | $5.250,00 | 10 | 1 | $5.250,00 | $5,25 |
| NKRS0045 | MCP License - MCP IM Chat Ports | | $1.000,00 | 30,00% | $700,00 | 10 | 3 | $2.100,00 | $2,10 |

El código IMSF0041 "Mobile CD" no se cobra al cobrarse IMSF0031 "Advanced voice"

Los descuentos de volumen has sido calculados en base a un pedido inicial mínimo de 160.000 líneas, en caso de reducción del número de líneas del pedido se revisarán los descuentos aplicados

Como descuento especial para este primer pedido de implantación del equipo, y sólo para estas primeras 160.000 líneas, no se cobrará el NKRS0010 "Advance screening (P. Agent)" en el paquete básico

Los descuentos son acumulativos desde su origen específicamente para el servicio Centralita Móvil en Telefónica Latinoamérica y no son retroactivos.




## ANEXO VII

### SERVICIOS DE SOPORTE Y MANTENIMIENTO DE LOS PRODUCTOS





>BUSINESS MADE **SIMPLE**

N**⊘**RTEL

Respuesta a la propuesta para:

# TISA

## Plan de soporte de Nortel (NSP)

Proyecto Centralita Móvil

Fecha: 13/Nov/2008

© Nortel. Todos los derechos reservados



# Índice

*1.0 Resumen ejecutivo*...................................................................................................................*3*

*1.1 Solución de servicios*.............................................................................................................. *3*

*Apéndice A*.........................................................................................................................................*5*

**Servicios de soporte técnico básico (GR5370000)** ......................................................................... **5**
  Servicio de asistencia técnica (NTS) ......................................................................................... 5
  Entregables de soporte técnico básico ....................................................................................... 7
  Responsabilidades del Grupo ..................................................................................................... 8
  Responsabilidades de las Operadoras ......................................................................................... 9
  Método de acceso .................................................................................................................... 11
  Suposiciones ........................................................................................................................... 12
  Excepciones ............................................................................................................................ 13
  Plazos ..................................................................................................................................... 14
  Subapéndice A – Resoluciones de casos del Grupo Nortel ........................................................ 15
  Subapéndice B – Clasificación de la gravedad del caso ............................................................ 15
  Subapéndice C – Soporte técnico para cargas de software  MD y EOL ..................................... 18
  Subapéndice D – Objetivos del contrato de nivel de servicio (SLA) .......................................... 19

*Apéndice B*.......................................................................................................................................*22*

**Reparación – Devolución e intercambio (10 day Return & Replace) (GR5332000)** ..................... **22**
  Responsabilidades de las Operadoras ....................................................................................... 22
  Suposiciones ........................................................................................................................... 23
  Método de acceso .................................................................................................................... 23
  Política de material en préstamo (global) ................................................................................. 26
  Excepciones ............................................................................................................................ 27

*Apéndice D* ......................................................................................................................................*30*

**Servicio plus de actualización de la versión de software (Software Release Service Plus) (GU5300000)**.... **30**
  Soporte técnico ....................................................................................................................... 31
  Derecho de uso de versiones de software (software de aplicación) ............................................. 31
  Entregables del servicio ........................................................................................................... 31
  Responsabilidades del Grupo Nortel ......................................................................................... 32
  Responsabilidades de las Operadoras ....................................................................................... 32
  Suposiciones ........................................................................................................................... 33
  Excepciones ............................................................................................................................ 33
  Notas aclaratorias ................................................................................................................... 34

*Apéndice E*.......................................................................................................................................*35*

**Servicios de soporte de CSAM**....................................................................................................... **35**





# 1.0 Resumen ejecutivo

## 1.1 Solución de servicios

*Planes de soporte de Nortel (NSP): Para una solución flexible de mantenimiento de los Productos suministrados por el Grupo Nortel que permita niveles de servicio confiables y mejorando el rendimiento de los Servicios de Centralita Móvil por las Operadoras.*

Los planes de soporte del Grupo Nortel ofrecen una solución de mantenimiento proactiva diseñada para alcanzar las metas de negocios de las Operadoras.

Los planes incluyen servicios como **Reparación**, **Soporte Técnico** y **Gestión de Contenido Correctivo (Corrective Content Management)**, así como servicios de **Suscripción de Software** (**Software Release Service Basic** y **Software Release Service Plus**), **Administración de Repuestos** (**Spares Management**) y/o **Administración en sitio de repuestos** (**Spares Management – On site**), para ayudar al buen funcionamiento de los Productos suministrados por el Grupo Nortel según este Contrato, de modo que sigan disponibles para manejar las aplicaciones y datos más críticos.



Los planes de soporte del Grupo Nortel contribuyen con el éxito de las Operadoras de las siguientes maneras:

• Realizando los ajustes pertinentes a los Productos, pues recibe las actualizaciones de las versiones de software más recientes.

• Elevando el nivel de satisfacción de los clientes de las Operadoras y estableciendo los factores necesarios para que éste no disminuya.

• Minimizando las molestias para los clientes de las Operadoras durante las interrupciones del servicio.

• Mejorando el rendimiento de los Productos.

• Identificando los problemas de capacidad de los Productos.



- Dando un uso eficiente a los gastos operativos y los recursos en las actividades más importantes.

- Ofreciendo servicios de restauración de NTS/GRS con el fin de maximizar el tiempo de calidad operativa de los Productos.

- Complementando al personal con recursos técnicos de primera.

Con un plan de soporte de Nortel, las Operadoras tendrán la garantía de que expertos del Grupo Nortel brindarán soporte para las operaciones de los Productos, de modo que las Operadoras podrán concentrar sus recursos en actividades que generen ingresos.

Los apéndices de este documento contienen descripciones detalladas de los servicios individuales que integran el plan de soporte de Nortel propuesto y también destacan las áreas de responsabilidad tanto para las Operadoras como para el Grupo Nortel.



# Apéndice A

## Servicios de soporte técnico básico (GR5370000)

El servicio de soporte técnico básico de Nortel incluye asistencia técnica remota y recuperación en caso de emergencia para problemas relacionados con la operación y mantenimiento de soluciones de las Operadoras proporcionadas por el Grupo Nortel. Los servicios de soporte técnico tienen dos niveles de servicio: servicio de asistencia técnica (NTS) y recuperación en caso de emergencia (ER). El servicio ER se ofrece para los problemas más graves, clasificados como E1 y E2. El NTS se ofrece para problemas menos graves, clasificados como críticos para el negocio, urgentes o no urgentes.

La organización de Soporte técnico de Nortel emplea iniciativas razonables en términos comerciales para ofrecer a las Operadoras asistencia remota relacionada con problemas de operación y mantenimiento de los Productos.



La organización de soporte técnico de Nortel responde llamadas las 24 horas del día de los siete (7) días de la semana. El servicio de recuperación en caso de emergencia está disponible las 24 horas del día de los siete (7) días de la semana.

El plan de soporte básico de Nortel incluye NTS durante horas hábiles normales. El NTS es proporcionado por los centros de asistencia técnica regional de Nortel para problemas críticos para el negocio, urgentes y no urgentes (véase el Subapéndice B). Nortel hace todo lo posible por asignar de inmediato un ingeniero para los problemas urgentes y no urgentes en horas hábiles normales.

Las horas hábiles de Nortel son de 8 a.m. a 5 p.m. tiempo local estándar (sólo para clientes de Norteamérica continental), de lunes a viernes, excluyendo los días feriados de Nortel.

Cuando se provee el NTS fuera de las horas hábiles normales, se factura según la tarifa por hora vigente. Estas tarifas están sujetas a cambios sin previo aviso. Se debe enviar una orden de compra a Nortel para facilitar la facturación del NTS prestado fuera de las horas hábiles normales.

## Servicio de asistencia técnica (NTS)

Esta actividad incluye:

➢ Diagnosticar problemas de rutina de los Productos.

➢ Localizar fallas con utilidades de diagnóstico.



NSP

➢ Ofrecer asesoría sobre cómo detectar y solucionar problemas relacionados con los Productos y la red de las Operadoras.

➢ Ofrecer asesoría sobre problemas que requieren la sustitución de los Productos..

*Nota: Nortel investigará el problema usando técnicas de investigación razonables para verificar que los productos cubiertos por el plan de soporte estén funcionando según las especificaciones. Si se encuentra que el problema fue provocado por productos no cubiertos por este plan de soporte, con autorización de las Operadoras, se continuará investigando el problema aplicando las tarifas vigentes de Nortel por tiempo y material más los gastos de traslado y alojamiento correspondientes. A solicitud del cliente, Nortel entregará los resultados de la investigación directamente a cualquier vendedor que haya completado las pruebas de interoperabilidad.*

➢ Analizar la información básica de seguimiento / registro / vaciado / medición operativa (OM).

➢ Realizar análisis de las causas de raíz de los incidentes de emergencia a juicio de Nortel.

➢ Identificar y solucionar los problemas a nivel de código.

➢ Soportar las pruebas y liberación de las correcciones del código.

➢ Proporcionar a las Operadoras actualizaciones regulares y continuas para el progreso del caso usando los medios acordados.

➢ Ofrecer resolución del caso y acordar el cierre del mismo.

Véase el Subapéndice A para conocer las resoluciones de caso de Nortel y el Subapéndice D para los objetivos del contrato de nivel de servicio (SLA).



En circunstancias extremas cuando falla el soporte telefónico, diagnóstico remoto y todos los demás recursos para el restablecimiento de la operación de los Productos, Nortel, a petición de la Operadora, y siempre y cuando determine que es necesario y adecuado soporte en el sitio, enviará a las instalaciones de la Operadora a un ingeniero de soporte técnico capacitado y calificado con el fin de facilitar el diagnóstico del Producto. Si Nortel diagnostica que el problema notificado fue provocado por motivos que no se pueden atribuir a Nortel, entonces Nortel facturará a la Operadora de acuerdo con las tarifas por tiempo y material vigentes, más gastos por traslado y alojamiento. No habrá cargos adicionales para la Operadora por el envío del técnico, si la Operadora cuenta con un contrato adicional con Nortel para la prestación de dichos servicios.

## Recuperación en caso de emergencia (ER)

La actividad de ER de Nortel está dirigida a emergencias calificadas como E1/E2, que se clasifican de acuerdo con las prioridades de caso de Nortel (véase el Subapéndice B). Esta actividad está disponible para el cliente las 24 horas del día de los siete días de la semana.
Nortel hace todo lo posible por asignar a un ingeniero al caso inmediatamente después de recibir la llamada. Una vez que ha sido asignado un ingeniero al caso, Nortel ofrece servicio continúo (24 horas al día, los siete días de la semana) según aplique, hasta que se restablezca el nivel de servicio a la operación previa al incidente.

A solicitud de la Operadora, el equipo de ER estará disponible para mantenerse en contacto constante con la Operadora a lo largo de esta actividad de resolución del caso.

Una vez que la Operadora acuerda que el servicio se ha restablecido de forma satisfactoria, el caso de E1/E2 se cierra y se abre un caso secundario E3/E4, en caso de que se requiera más investigación o resolución de otros problemas para las cargas soportadas solamente. Los casos de seguimiento E3 y E4 se tratan como casos urgentes y no urgentes, respectivamente. Si aplica, Nortel puede realizar un análisis de las causas de raíz del problema, cuyos resultados estarán disponibles para la Operadora.



NSP

En circunstancias extremas, cuando falla el soporte telefónico, diagnóstico remoto y todos los demás recursos para el restablecimiento de la operación del Producto, si la Operadora lo solicita y si Nortel determina que el soporte en el sitio es necesario y adecuado, enviará a las instalaciones de la Operadora a un ingeniero de soporte técnico capacitado y calificado con el fin de facilitar el diagnóstico de Nortel. Si Nortel determina que el problema notificado fue provocado por motivos que no se pueden atribuir a Nortel, entonces Nortel facturará al cliente de acuerdo con las tarifas por tiempo y material vigentes, más gastos por traslado y alojamiento. No habrá cargos adicionales para la Operadora por el envío del técnico, si la Operadora cuenta con un contrato adicional con Nortel para la prestación de dichos servicios.

## Entregables de soporte técnico básico

Este servicio ofrece los siguientes entregables clave:

➢ **Estado del caso:** Disponible llamando al Centro de atención telefónica de Nortel o mediante el sistema de seguimiento de casos de Nortel en el sitio Web de Nortel, http://www.nortel.com

➢ **Informe del análisis de la causa de raíz**: Si aplica, se debe entregar 30 días después de presentarse la indisponibilidad, sólo para las cargas soportadas (véase el Subapéndice D para conocer los objetivos de SLA).

➢ **Sistemas de boletines de aclaración:** Documento técnico con consejos para la Operadora a fin de que evite problemas en su red, según aplique. Los sistemas de boletines de aclaración se crearon para advertir a los clientes sobre los problemas de un sistema y/o correcciones / actualizaciones a sus sistemas. Los CB (boletines de aclaración) se emiten por una de las siguientes razones:



– Deficiencias en la documentación que pueden afectar el Servicio de Centralita Móvil.

– Una solución alterna para la deficiencia del algún Producto con el compromiso de preparar una reparación permanente. **Nota**: Cada CB debe tener un plan de cancelación o fecha de caducidad asignada.

– Puede consultar los CB en http://www.nortel.com

## Responsabilidades de Nortel

El Grupo Nortel será responsable de:

➢ Ofrecer acceso al Centro de atención telefónica de Nortel, que funciona como punto único de contacto para la recepción de todas las llamadas y consultas de soporte de las Operadoras. El Centro de atención telefónica está disponible las 24 horas del día, los 365 días del año. Las llamadas entrantes se pueden conectar a un sistema de distribución automática de llamadas (ACD) y pueden ser grabadas o monitoreadas por motivos de calidad. Después de seleccionar el grupo de soporte de productos apropiado mediante el código de enrutamiento exprés (ERC), el cliente simplemente ingresa la ID de sitio activada o PIN y de inmediato se transfiere a un ingeniero de soporte técnico que esté disponible. En donde no hay acceso gratuito, el cliente es responsable de cualquier cargo por facilidades de telecomunicación y/o cargos de larga distancia relacionados con el acceso al Centro de atención telefónica.

➢ Permitir acceso en los sitios de las Operadoras en Canadá, los Estados Unidos y Puerto Rico / islas Vírgenes de los Estados Unidos a las organizaciones de soporte técnico de Nortel, llamando al Centro de atención telefónica de Nortel al:

**1-800-4NORTEL** (1-800-466-7835) o (1-919-905-4210)

➢ Permitir el acceso al sistema de seguimiento de casos de Nortel a través de su sitio de Web, http://www.nortel.com, donde se tenga disponible a juicio de Nortel. Este sistema de seguimiento permite al cliente abrir y ver casos por medio del sitio Web. El cliente es responsable de cualquier cargo por facilidades de telecomunicación y/o cargos de larga distancia relacionados con el acceso al sitio de Web de Nortel. 

➢ Asignar un número único de referencia desde el sistema de seguimiento de casos cuando la Operadora notifica un problema y registrar la hora en que se recibió el informe. Nortel solicitará que la Operadora acepte el nivel de prioridad del caso de acuerdo con las pautas establecidas en el Subapéndice B.

➢ Brindar servicio de gestión de conocimiento y soporte en línea. La Operadora debe poder acceder al sitio de Web de Soporte a la Operadora (o la organización correspondiente) las 24 horas del día, los siete días de la semana y 365 días del año. El sitio de Web de Soporte a la Operadora actualmente es http://www.nortel.com. La Operadora tendrá a su disposición la información una vez que Nortel la distribuya para acceso público. La Operadora sabe y está de acuerdo en que el acceso al sitio de Web de Soporte a la Operadora puede estar condicionado al cumplimiento de la Operadora de todos los requisitos de seguridad de Nortel y/o de algunos otros términos, según considere necesario Nortel. Dependiendo del producto, información y/o herramientas disponibles para la Operadora, el sitio de Web puede incluir:

— Base de datos con soluciones para problemas.

— Revisión del estado de los problemas de Software conocidos.

— Estado de casos de problema.

— Foros de información en línea.

— Acceso a información técnica (sólo lectura) con la que la Operadora puede obtener informes de estado actuales.



NSP

# Responsabilidades de las Operadoras

Para iniciar o renovar un plan de servicios de soporte, la Operadora debe identificar los tipos de equipo, cantidades y niveles de versión de software aplicables. La información específica de las unidades de campo reemplazables (FRU) que se abarca en los servicios de reparación debe incluir códigos de producto, nivel de versión de hardware, número de serie, versión de software y verificación de la funcionalidad actual. Bajo pedido, Nortel puede ayudar a reunir información básica y de auditoria de la red, en cuyo caso aplican cargos adicionales.

La Operadora es responsable de usar y dar mantenimiento a los Productos de acuerdo con la documentación del Producto aplicable. Para ser candidato a recibir el servicio de soporte técnico, el Hardware y Software que quedarán cubiertos por dicho servicio deben estar en buenas condiciones operativas y con los niveles de revisión especificados por Nortel. La Operadora debe tomar todas las iniciativas que juzgue pertinentes para mantener actualizados el Hardware y Software con la versión soportada, de acuerdo con las políticas y procedimientos publicados de Nortel. Este mantenimiento se debe realizar de acuerdo con las políticas y procedimientos publicados por Nortel. Si la Operadora está usando una versión de software emitida antes de la versión mínima soportada en ese momento, la Operadora necesita actualizarlo a una de las versiones mínimas soportadas en ese momento, si desea tener derecho a cualquier reparación.

Si la Operadora solicita algún servicio que no está cubierto, Nortel realizará una cotización para prestar ese servicio o bien, facturará a la Operadora de acuerdo con las tarifas vigentes de Nortel por tiempo y material, más los gastos por traslado y alojamiento correspondientes.



Nortel espera que la Operadora agote sus procesos internos de localización de averías para solucionar el problema antes de ponerse en contacto con Nortel. Estas actividades operativas incluyen, pero no se limitan a:

➢ Realizar diariamente mantenimiento y operaciones de su red.

➢ Monitorear las alarmas de su red y de los Productos.

➢ Llevar a cabo diagnósticos de acuerdo con las instrucciones proporcionadas por Nortel y realizar acciones iniciales para la solución de problemas, incluyendo diagnóstico remoto.

➢ Operar y controlar el servicio de ayuda telefónica interno de la Operadora para registrar y mantener un registro de los informes de problemas, consultas, establecer las prioridades a los eventos y remitir los problemas a otro nivel de asistencia, si así lo requiere el grupo de soporte técnico de Nortel.

➢ Recopilar datos, si así lo indica Nortel.

La Operadora es responsable de proporcionar una descripción detallada del problema al presentar el caso.

En caso de que la Operadora no cumpla con los requisitos descritos en esta sección, Nortel informará a la Operadora. Por consiguiente, Nortel y la Operadora pueden acordar el servicio que se prestará según las tarifas vigentes por tiempo y material, más cualquier gasto por traslado y alojamiento correspondiente.

Como servicio adicional, Nortel puede ofrecer equipo adicional a solicitud de la Operadora para brindarle asistencia. Por consiguiente, Nortel y la Operadora pueden acordar el servicio que se prestará según las tarifas vigentes por tiempo y material, más cualquier gasto por traslado y alojamiento correspondiente.



La Operadora debe estar disponible para Nortel para ayudar al diagnóstico del problema en todos los casos notificados a la organización de Soporte técnico de Nortel. La Operadora debe designar al personal competente para que trabaje con los ingenieros de Nortel en las tareas de restablecimiento del nivel de servicio. Es posible que sea necesario que el personal de la Operadora ayude en el restablecimiento del nivel de servicio, según lo disponga Nortel. Los representantes de la Operadora deben tener autoridad para tomar las decisiones relacionadas con cualquier acción necesaria para solucionar el caso. Si el personal de la Operadora no puede mantener contacto constante durante la resolución de un caso clasificado como E1 o crítico para el negocio, Nortel se reserva el derecho de degradar la categoría de la asignación del caso.

Siempre que corresponda, todo el personal de Soporte a la Operadora responsable de operar y localizar fallas en los productos debe completar de forma satisfactoria los cursos de capacitación y certificación.

### Acceso remoto a la red de la Operadora

A fin de que las solicitudes de servicio de emergencia o de alta prioridad sean resueltas rápidamente, Nortel requiere que se establezca acceso remoto a la red de la Operadora. La Operadora debe disponer de dos niveles de comprobaciones de seguridad:

**Requisitos de seguridad a nivel de red:** La Operadora debe proporcionar acceso de alta velocidad (procesamiento de 1 MB / segundo o más) a Internet a través de al menos un gateway VPN Contivity de Nortel o un equivalente, con el tamaño y configuración apropiados para que el personal de Soporte técnico de Nortel tenga, de forma permanente, una cantidad mutuamente acordada de nombres de usuario y contraseñas.  Para otros servicios de Nortel (por ejemplo, grupos de ingeniería y software) se contará con otros nombres de usuario.  El gateway será el punto de acceso remoto principal a la red dla Operadora y debe ofrecer acceso sin restricciones con capacidad de control total, incluyendo tunelización dividida, redireccionamiento de la GUI, FTP, Telnet, X-Windows, etc., a todo el equipo proporcionado por Nortel en la red de la Operadora. Por motivos de redundancia, Nortel recomienda ampliamente que se instale un segundo gateway VPN que no se coloque adyacente al gateway primario (redundancia geográfica). 

**Requisitos de seguridad a nivel de nodo:** La Operadora debe proporcionar a Nortel un nombre de usuario y contraseña para acceso permanente a nivel de "root" (sin restricciones) para todos los elementos de red proporcionados por Nortel y las direcciones IP de nodo individuales de cada elemento de red. Es responsabilidad de la Operadora notificar a Nortel sobre cualquier cambio a la lista de IP de los nodos antes de implementar los cambios. En cumplimiento de los objetivos de registro del tiempo de restablecimiento del servicio establecidos en este documento, se entiende que este tiempo se mide y comienza a partir del momento en que el personal de Soporte técnico de Nortel puede acceder al nodo afectado en la red de la Operadora.

### Validación de acceso remoto

La configuración de la red de acceso remoto y la seguridad a nivel nodal deben ser validadas por Soporte técnico de Nortel para ayudar a garantizar que el acceso remoto a los elementos de red puede lograrse cinco minutos después del primer intento de conexión al sistema. La Operadora está de acuerdo en permitir a los equipos de Soporte técnico de Nortel, de forma periódica y aleatoria, el acceso a los elementos de red para validar la funcionalidad de acceso remoto, con el fin de asegurarse de que Nortel está en condiciones de satisfacer los requisitos de este contrato de nivel de soporte.

### Ubicación del gateway VPN

La Operadora está de acuerdo en configurar y mantener su LAN / WAN de red, routers, firewalls y otro equipo auxiliar de tal forma que se permita el acceso total y sin restricciones a todos los elementos de red de



NSP

Nortel. No se implementarán procedimientos de seguridad adicionales, puertos, protocolos o restricciones de permiso sin el consentimiento expreso de Soporte técnico de Nortel.

Si la Operadora de alguna forma impide la conectividad o provoca alguna demora para lograr la conectividad, Nortel quedará exento de la responsabilidad de resolver la falla por un periodo equivalente.

### Acceso remoto de Nortel

Nortel no se conectará a la red de la Operadora sin autorización previa. El único propósito de la conexión será ofrecer soporte técnico. Si los procedimientos de acceso para los enlaces de datos, incluyendo los procedimientos relacionados con la seguridad, requieren actividades no estándar de parte de Nortel o imponen costos adicionales para Nortel, entonces Nortel, si determina de forma razonable que es adecuado para dicha actividad o costos, puede facturar al cliente estos cargos adicionales de soporte técnico.

### Contrato de nivel de servicio sin acceso de alta velocidad

Los objetivos del SLA estipulados en el Subapéndice D no aplican si no está disponible el acceso de alta velocidad a la red de la Operadora.

## Método de acceso

Los clientes pueden acceder a la organización de Soporte técnico de Nortel por teléfono llamando al Centro de atención telefónica de Nortel, cuando esté disponible, o accediendo al sitio de Web de Nortel.



El Centro de atención telefónica de Nortel funciona como punto único de contacto para la recepción de todas las llamadas y consultas de soporte de los clientes. El Centro de atención telefónica está disponible las 24 horas del día, los 365 días del año. Las llamadas entrantes se pueden conectar a un sistema de distribución automática de llamadas (ACD) y pueden ser grabadas o monitoreadas por motivos de calidad. En donde no hay acceso gratuito, la Operadora es responsable de cualquier cargo por facilidades de telecomunicación y/o cargos de larga distancia relacionados con el acceso al Centro de atención telefónica.

### Números del Centro de atención telefónica:

Los sitios de la Operadora en **Puerto Rico** y las **Islas Vírgenes** podrán tener acceso a las organizaciones de Soporte técnico de Nortel llamando a:

Centro de atención telefónica de Nortel

**1-800-4NORTEL (1-800-466-7835)**

Los sitios de la Operadora en la región del **Caribe** (que no abarquen Puerto Rico ni las Islas Vírgenes) podrán tener acceso a las organizaciones de Soporte técnico de Nortel llamando a:

Centro de soporte al cliente de Nortel

**1-919-905-4210**



NSP

Los sitios de la Operadora en **México, Centroamérica, región andina y el Cono sur** podrán tener acceso a las organizaciones de Soporte técnico de Nortel llamando al Centro de atención telefónica de Nortel al:

**Tel: (52) 55 5480-2170, Fax. (52) 55 5480-2103**

**Localizador: SkyTel (52) 55 5227-7979**

**NIP: 5266667  / NIP "Reach Me": 52 5266667**

**Correo electrónico: nsc@nortel.com**

**Acceso con número local:**

**Guatemala: (502) 339-7599**

**Colombia:  (571) 521-4357**

**Perú: (511) 411-2205**

**Argentina: (5411) 4827-7765**

**Chile:  (562) 810-4597**

Los sitios de la Operadora en **Brasil** pueden acceder a las organizaciones de Soporte técnico de Nortel llamando al Centro de atención telefónica de NTS con el ingeniero en jefe localizado en Campinas – São Paulo

**Tel: 55-19-7057600 y/o 0 800 77 1 2827**

**Fax. 55-19-7057875**

**Por correo electrónico: ntsbr@nortel.com**

## Suposiciones

Las siguientes suposiciones rigen la prestación del servicio de soporte técnico básico:

➢ En el plan de soporte sólo se cubren productos identificados específicamente.

➢ Las obligaciones de Nortel con respecto al soporte que prestan están limitadas expresamente a los productos que no sean: (i) sometidos a esfuerzo mecánico anormal o a condiciones eléctricas o ambientales inusuales; (ii) objeto de mal uso, accidentes o desastres, incluyendo entre otros, incendios, inundaciones, agua, viento, relámpagos u otras catástrofes naturales; y (iii) alterados ni modificados, a menos de que sea autorizado por Nortel o éste mismo lo realice.

➢ La Operadora sólo puede notificar las indisponibilidades tipo E1 y E2 o casos críticos para el negocio, por teléfono.  Estas llamadas serán transferidas al equipo de recuperación en caso de emergencia de Nortel y



se manejarán tal y como se describe en la Sección Recuperación en caso de emergencia. Los casos críticos para el negocio, urgentes y no urgentes recibirán el tratamiento descrito en el Subapéndice B.

➢ Los clientes pueden acceder al Centro de atención telefónica de Nortel si desean remitir un caso a niveles más altos de gestión dentro de Nortel, si lo juzgan necesario.

➢ Cualquier cambio al enfoque de los requisitos del proyecto acordados, tendrá como resultado una orden de cambio de trabajo (JCO) con cargos adicionales por tiempo y material.

➢ Todos los productos similares dentro de la red deben estar cubiertos bajo los mismos niveles de servicio. Si la cantidad de productos proporcionados es incorrecta o la cantidad / configuración de los productos cambia durante el periodo de soporte, entonces el plan de servicios de soporte puede modificarse para reflejar dichos cambios.

➢ Todos los productos del mismo tipo tienen derecho a recibir el mismo nivel de soporte. Los servicios de garantía sólo tratan defectos de productos. Los productos bajo un plan de soporte están cubiertos por defectos y por otras irregularidades. Cuando se adquiere un producto, está bajo garantía y la Operadora tiene el mismo tipo de producto en la red bajo un plan de soporte, el producto bajo garantía se debe ascender al mismo nivel de soporte que los otros productos bajo el plan de soporte. El precio del plan de soporte se basa en la cobertura mejorada del plan de servicio de soporte. Para prestar los servicios de soporte, Nortel en cualquier momento puede inspeccionar un sitio bajo contrato mediante software, interrogaciones remotas u otros medios razonables que le permitan comparar el inventario en servicio del sitio contra el equipo contratado para confirmar el tamaño de la red de la Operadora y/o verificar el estado del software.



➢ De vez en cuando, Nortel evalúa los productos ofrecidos y soportados. La evaluación se basa en la tecnología, los desarrollos en el mercado, la implementación de productos y los requisitos de soporte y puede identificar ciertos productos que se discontinuarán. Nortel se reserva el derecho de modificar o terminar cualquier servicio de soporte adquirido por la Operadora para productos que se hayan discontinuado. De conformidad con las políticas vigentes de Nortel, es posible prorrogar el soporte continuo para cualquier producto discontinuado después de la fecha en que quedó discontinuado, según lo determine Nortel.

➢ Nortel mantendrá un registro de todas las llamadas, sin importar la clasificación potencial del caso.

➢ Para facilitar la facturación de los servicios que no se identifican de forma específica como parte de este servicio, Nortel debe recibir una orden de compra.

## Excepciones

A menos que se haya negociado de otra forma, el servicio de soporte técnico básico excluye lo siguiente:

➢ Análisis de las causas de origen, informes de fallas o mediciones de rendimiento / plazos de espera, *a menos que se contraten estos servicios de forma específica y/o se acuerde mutuamente entre Nortel y la Operadora.*

➢ Servicios de soporte para cualquier producto de Nortel adquirido de fuentes no autorizadas, a menos que dichos productos sean certificados por Nortel para calificar para los servicios de soporte. Los servicios de soporte cubren productos de Nortel adquiridos de Nortel o de un agente autorizado por Nortel. Además, Nortel no es responsable de soportar productos de otros vendedores que no están cubiertos por un



contrato de soporte. Incorporar correcciones de software a las versiones de software anteriores a las versiones de software con soporte. Nortel se reserva el derecho de incorporar correcciones de software a versiones de software futuras.

También están disponibles otros servicios de Nortel como diseño de RF y de la base de datos, entrega de parches, monitoreo, operación asistida, evaluaciones de capacidad y rendimiento, etc. Póngase en contacto con un representante de ventas de Nortel o conéctese al sitio de Web de Nortel, http://www.nortel.com si desea más detalles.

Si la Operadora solicita un servicio que no forma parte de este servicio de soporte técnico básico, ni está bajo control o responsabilidad de Nortel, entonces Nortel cobrará tarifas adicionales para realizar dichos servicios, en caso de que acuerde realizarlos.

Conforme se van agregando nuevas versiones a las cargas de software, el soporte para las versiones anteriores normalmente se va reduciendo y a la larga puede discontinuarse. Para el equipo que opera con una versión de software no soportada, el soporte técnico se puede limitar a ER, de acuerdo con las políticas de soporte de productos vigentes.

La Operadora reconoce que cualquier cuota aplicable relacionada con alguna actualización / mejora de hardware / software o cambios necesarios para aplicar cualquier recomendación o resolución propuesta por Nortel o para instalar o usar un parche de software, actualización o nueva versión, es adicional a las cuotas establecidas para este servicio de soporte técnico o cualquier precio contratado aplicable.

## Plazos



El plazo de espera (a partir de la recepción de una orden al punto en el que inicia la prestación del servicio) normalmente es de 45 días como mínimo, pero puede variar dependiendo de los siguientes factores:

➢ Número y tipo de elementos de red que se van a conectar.

➢ La capacidad de la Operadora para llenar las listas de comprobación de conectividad y para coordinarse con el acceso al firewall de Nortel.

## Subapéndice A – Resoluciones de casos de Nortel

| Resolución | Explicación |
|---|---|
| No imputable a Nortel | Problemas que son imputables al cliente / socio. |
| Hardware de Nortel | Problemas que originan un caso provocados por una deficiencia del hardware de Nortel. |
| Software de Nortel | Problemas que originan un caso provocados por una deficiencia del software de Nortel. |
| Documentación de Nortel | Problemas que originan un caso provocados por una deficiencia de la documentación de Nortel. |
| Administración de Nortel | Seguimiento de actividades no productivas (registro de tiempo, casos abiertos por error, derechos). |
| Otros casos imputables a Nortel | Problemas que originan un caso provocados por otras deficiencias de Nortel. |
| Imputables a otros | Problemas que están más allá del control de la Operadora o de Nortel. |
| Otros proyectos | Actividad productiva fuera del soporte normal contratado posterior al servicio. Nota: Asegúrese de que se sigan los requisitos de contabilidad de LC / regionales. |
| Evento programado | Se requiere un evento E1/E2 para resolver un problema de mantenimiento específico. |



## Subapéndice B – Clasificación de la gravedad del caso

Nortel asigna prioridades a los casos que corresponden con las clasificaciones de gravedad de la Operadora (TL9000) establecidas en la siguiente tabla. Independientemente de la definición de gravedad urgente de la Operadora del TL9000, Nortel emplea las siguientes definiciones adicionales de prioridad para los casos: E2, crítico para el negocio y urgente para poner más atención en ciertos tipos de problemas urgentes.

Si no queda claro qué nivel de gravedad aplica al problema de hardware / software notificado, entonces se debe usar la asignación de nivel de gravedad de Nortel; sin embargo, si un problema claramente pertenece a cierto nivel de gravedad que se define a continuación, entonces se aplica dicho nivel de gravedad.

| Clasificación de gravedad de TL9000 | Nivel de prioridad de caso de Nortel | Ejemplos |
|---|---|---|
| Crítico | | |
| | **E1**<br>Problemas que afectan gravemente las capacidades del servicio, capacidad / tráfico, facturación y | Indisponibilidad total o parcial del elemento de red.<br>Reducción de las capacidades o de la capacidad para manejar el tráfico, de modo que no se pueden manejar las cargas esperadas.<br>Falla que tiene como resultado la pérdida de |




NSP

| Clasificación de gravedad de TL9000 | Nivel de prioridad de caso de Nortel | Ejemplos |
|---|---|---|
| | mantenimiento, y requieren una acción correctiva inmediata sin importar la hora del día o el día de la semana. El problema se trabaja de forma continua hasta quedar solucionado. Se solicita asistencia al cliente durante este periodo. | enrutamiento dinámico, capacidad de conmutación o transporte. <br><br> Cualquier pérdida de capacidad de seguridad o emergencia (por ejemplo, llamadas de emergencia como 911 en Norteamérica). <br><br> Incapacidad para reiniciar el sistema. <br><br> Pérdida de capacidad de facturación / contabilidad. <br><br> Corrupción de las bases de datos de facturación o del sistema que requiere acciones correctivas que afectan al sistema. <br><br> Otros problemas que afectan gravemente el servicio, capacidad / tráfico, facturación y capacidades de mantenimiento o que Nortel y la Operadora los clasifican como críticos. |
| **Urgente** | | |
| | **E2** <br><br> Problemas que tienen como resultado una degradación potencial del servicio y/o indisponibilidad total. Situación seria que incluye la degradación del servicio en un entorno activo, pero lleva a una pérdida de redundancia total o parcial. | Pérdida de redundancia de funciones críticas (es decir, control, interfaz, potencia, enfriamiento). <br><br> Pérdida de capacidad de conmutación de protección. <br><br> Indisponibilidades cortas equivalentes a indisponibilidades del sistema o subsistema que no impactan el servicio de forma grave con una duración acumulada de más de dos minutos en un periodo de 24 horas o que se siguen repitiendo durante periodos más largos. <br><br> Reducción de la capacidad aprovisionada del 5% y por una duración acumulada de > 10 minutos por 24 horas. <br><br> Degradación repetida de DS1/E1 o tramos de velocidad más altos o conexiones. <br><br> Pérdida de la capacidad del sistema para realizar una reconfiguración automática del sistema. <br><br> Pérdida de acceso a las operaciones de mantenimiento o recuperación. <br><br> Cualquier pérdida de visibilidad funcional y/o capacidad de diagnóstico. <br><br> Pérdida de la capacidad del sistema para activar cualquier alarma necesaria crítica / urgente del sistema. <br><br> Pérdida total de acceso al aprovisionamiento. |
| | **Crítico para el negocio** <br><br> Problemas que tienen como resultado una degradación mayor del sistema o rendimiento del servicio que afecta la calidad del servicio o afecta de forma significativa el control del | La Operadora recibió una solución alterna, pero la situación todavía requiere atención constante debido a la naturaleza temporal de la solución alterna. <br><br> Problemas de aplicación / migración de software que controlan la introducción de nuevos servicios o funcionalidades. <br><br> Índices de errores de facturación que exceden las especificaciones. |



NSP

| Clasificación de gravedad de TL9000 | Nivel de prioridad de caso de Nortel | Ejemplos |
|---|---|---|
| | operador de la red o la efectividad operativa. Se degrada la red en general lo que tiene como resultado limitaciones severas para las operaciones o el producto de software de gestión de la red tiene una funcionalidad importante que no funciona correctamente sólo con una solución alterna.<br><br>Nortel requiere soporte continuo de la **Operadora** durante el periodo de **localización de averías** y resolución. | Corrupción de las bases de datos del sistema o facturación. |
| | **Urgente**<br>Problemas que tienen como resultado condiciones que afectan seriamente la operación del sistema, mantenimiento, administración, etc. y requieren atención inmediata. La urgencia es menor que en la situación crítica para el negocio debido a que afecta de forma menos inmediata o inminente el rendimiento del sistema, a los clientes y la operación e ingresos de la Operadora. | Degradación de cualquier función de medición de capacidad / tráfico.<br>Degradación de la visibilidad funcional y/o capacidad de diagnóstico.<br>Degradación del acceso a las operaciones de mantenimiento o recuperación.<br>Degradación de la capacidad del sistema para activar cualquier alarma necesaria crítica / urgente del sistema.<br>Pérdida de acceso para actividades administrativas de rutina.<br>Cualquier falla del sistema sin impacto inmediato directo.<br>Degradación intermitente de los servicios; pérdida parcial de acceso al aprovisionamiento.<br>Problemas de aplicación / migración del software que no impactan el servicio.<br>Reducción de cualquier función de medición de capacidad / tráfico.<br>Cualquier pérdida de visibilidad funcional y/o capacidad de diagnóstico.<br>Cualquier aumento significativo en los informes de problemas de la Operadora en relación con los productos.<br>Seguimiento de los problemas E1 de la Operadora.<br>Otros problemas que interrumpen o impiden actividades de rutina del sistema o problemas que Nortel y la Operadora consideran eventos urgentes. |
| **No urgente** | | |
| | **No urgente**<br>Problemas que no afectan | |



NSP

| Clasificación de gravedad de TL9000 | Nivel de prioridad de caso de Nortel | Ejemplos |
|---|---|---|
| | de forma significativa el funcionamiento del sistema y no afectan significativamente el servicio al cliente. Estos problemas se pueden tolerar durante el uso del sistema. | |

## Subapéndice C – Soporte técnico para cargas de software MD y EOL

### Ciclo vital de las cargas de software

Desde el punto de vista de Soporte técnico de Nortel, existen cinco categorías de cargas de software:

| Estado de la carga de software | Evento importante del ciclo de vida del software | Disponibilidad del software | Disponibilidad del soporte técnico |
|---|---|---|---|
| Carga de producción | Disponible para el público en general (GA) o preparado para canal (ChR) | Disponible | La carga de producción actualmente está disponible para el público en general (GA) o preparada para canal (ChR); soportada por NTS, ER y con parches, cuando es adecuado. |
| Carga activa | Activa | Sólo por pedido especial | La carga de software está activa. Soportada por NTS, ER y con parches, cuando es adecuado. |
| Carga inactiva | Inactiva | No disponible | La carga de software está inactiva. Soportada por NTS y ER. Consideración para los parches sólo para las indisponibilidades de emergencia de prioridad E1 y E2. |
| Carga retirada | Fabricación discontinuada (MD) | No disponible | La carga retirada está ya no se fabrica. Soportada por NTS y ER. La carga retirada no tiene parches. No está disponible el análisis de causa de raíz (RCA). |
| Fin de vida (EOL) | Fin de vida (EOL) | No disponible | La carga EOL ha llegado a la etapa en que el producto sale del mercado o al fin de vida (EOL) del ciclo y ya no recibe soporte. La carga EOL no está disponible. La carga EOL no tiene parches. El soporte de NTS y ER puede ser limitado. El soporte de ER en productos EOL no incluye el análisis de las causas de raíz (RCA). Los objetivos de SLA estipulados para los tiempos de respuesta de reparación no son aplicables para las cargas en EOL. La Operadora es responsable |



NSP

| Estado de la carga de software | Evento importante del ciclo de vida del software | Disponibilidad del software | Disponibilidad del soporte técnico |
|---|---|---|---|
| Carga de producción | Disponible para el público en general (GA) o preparado para canal (ChR) | Disponible | La carga de producción actualmente está disponible para el público en general (GA) o preparada para canal (ChR); soportada por NTS, ER y con parches, cuando es adecuado. |
| | | | de mantener partes de repuesto separadas adecuadas en el sitio, a menos que esté debidamente estipulado lo contrario en el contrato con Nortel. |

*Nota: Comuníquese con su representante de ventas para identificar la clasificación de sus cargas actuales.*

## Subapéndice D – Objetivos del contrato de nivel de servicio (SLA)

Nortel se esfuerza por alcanzar los objetivos de nivel de servicio para los tiempos de respuesta de reparación que son equivalentes o sobrepasan los estándares de la industria de TL 9000.



**Objetivos del contrato de nivel de servicio (SLA) durante el ciclo vital del producto**

| Tipo de carga | Recuperación de E1/E2 | Crítico para el negocio / urgente | No urgente |
|---|---|---|---|
| Carga de producción | SLA estándar | SLA estándar | SLA estándar |
| Carga activa | SLA estándar | SLA estándar | SLA estándar |
| Carga inactiva | SLA estándar | SLA estándar | SLA estándar |
| Carga retirada | SLA estándar | SLA estándar | SLA estándar |
| Fin de vida | Objetivos del SLA no soportados | Objetivos del SLA no soportados | Objetivos del SLA no soportados |

Los objetivos de nivel de servicio varían de acuerdo con el nivel de servicio adquirido por la Operadora.

NSP

**Objetivos del contrato de nivel de servicio (SLA) para el operador – Básico y Premium**

| Plan de soporte | Clasificación | Servicio | Respuesta | Recuperación | Resolución | Disponibilidad |
|---|---|---|---|---|---|---|
| Premium o básico | E1 | Recuperación en caso de emergencia | 95% en 10 minutos | Continua hasta que se recupera el 80% en 4 horas después de la notificación del incidente a Nortel | Seguimiento: Urgente (E3) | 24x7x365 |
| | E2 | Recuperación en caso de emergencia | 95% en 10 minutos | Continua hasta que se recupera el 90% en 12 horas después de la notificación del incidente a Nortel | Seguimiento: No urgente (E4) | 24x7x365 |
| | **Crítico para el negocio** | Servicio de asistencia técnica | 95% en 10 minutos | | 90% resuelto en 30 días calendario* | 24x7x365 (puede aplicar la cobertura de paginación) |
| | **Urgente** | Servicio de asistencia técnica | 95% en 1 hora | | 90% resuelto en 30 días calendario | Premium: 24x7x365 ** (puede aplicar la cobertura de paginación)<br><br>Básico: Horas hábiles normales ** |
| | **No urgente** | Servicio de asistencia técnica | 95% en 1 hora | | 90% resuelto en 30 días calendario | Premium: 24x7x365 ** (puede aplicar la cobertura de paginación)<br><br>Básico: Horas hábiles normales ** |



**Notas:**

\* Si el personal de la Operadora no está disponible para mantener contacto constante durante la resolución de un caso clasificado como E1, E2 o crítico para el negocio, Nortel se reserva el derecho de degradar la categoría de la asignación del caso.



** Nortel hace todo lo posible por asignar de inmediato un ingeniero para los problemas urgentes y no urgentes en horas hábiles normales. En casos específicos se puede ofrecer soporte fuera de horas hábiles por medio de localizador. El horario laboral de Nortel es de 8:00 AM a 5:00 PM horario local estándar, de lunes a viernes, excepto los días festivos de Nortel.



# Apéndice B

# Reparación – Devolución e intercambio (10 day Return & Replace) (GR5332000)

El servicio de devolución e intercambio, un servicio de reparación de Nortel, sustituye las unidades de campo reemplazables (FRU) defectuosas de Nortel por una FRU similar. Como parte de este servicio, Nortel empleará medidas comercialmente razonables para enviar una FRU de intercambio equivalente al cliente en los 10 días hábiles posteriores a la recepción de la FRU defectuosa.

Nortel registra y gestiona solicitudes para el servicio de devolución e intercambio durante días y horas hábiles normales según el calendario de Nortel en la región donde se está realizando el servicio.

Al recibir la solicitud de la Operadora y después de cualquier asistencia de diagnóstico, Nortel asigna un número de solicitud de partes, también conocido como número de autorización de devolución de material (RMA) a cada FRU que se va a sustituir y comunica al cliente el número de solicitud de la parte correspondiente. 

Después de la asignación de los números de solicitud de parte, y siempre y cuando Nortel tenga una FRU funcional equivalente en existencia, Nortel enviará la FRU equivalente en los siguientes 10 días hábiles a partir de la recepción de la FRU defectuosa. Cuando sea posible, Nortel hará el envío de la FRU desde sus instalaciones de logística regionales. Si no hay una FRU equivalente en existencia o si la FRU de intercambio se debe devolver físicamente a Nortel para su reparación debido a su tecnología o configuración, Nortel tomará medidas comercialmente razonables para acelerar el pedido de la Operadora.

## Responsabilidades de la Operadora

En relación con los servicios de reparación, es necesario que la Operadora:

➢ Pague todas las obligaciones, impuestos y otros cargos relacionados con la importación de la FRU de intercambio (o reparación) al país de destino.

➢ Hacer referencia a los números de solicitud de parte asignados específicamente por Nortel e incluir los formularios de informe de fallas de Nortel al devolver cualquier FRU.

➢ Seguir las instrucciones de empacado de Nortel (incluyendo precauciones contra la estática) cuando devuelva la unidad defectuosa.

➢ Poner en servicio la FRU de intercambio (o reparación).



NSP

***Nota:*** *Los costos por mano de obra en reparaciones y sustituciones en sitio no están incluidos en los servicios de reparación.*

## Suposiciones

La siguiente suposición rige la prestación de los servicios de reparación:

➢ Nortel pagará los gastos de envío de la FRU de intercambio (o reparación) al cliente usando un método y flete seleccionado por Nortel. Nortel es responsable de la pérdida o daños a la FRU mientras ésta se encuentre en su poder o en tránsito hacia el sitio de la Operadora. Nortel no ofrece garantía alguna sobre la hora de llegada de la FRU de intercambio (o reparación).

➢ A menos que se requiera por motivos operativos y se acuerde con Nortel lo contrario, la FRU de intercambio (o reparación) contendrá las versiones mínimas vigentes en cuanto a hardware, firmware y software, si Nortel las ha puesto a disposición del público en general (GA).

➢ Nortel garantiza que la FRU de reemplazo (o reparación) está libre de defectos de mano de obra y material que pueda atribuirse a Nortel durante un periodo de 90 días contados a partir de la fecha de embarque de la unidad de reemplazo (o reparación).

➢ Nortel se reserva el derecho de rechazar la devolución de cualquier FRU que no muestre claramente el número de solicitud de la parte específica (número de RMA).

➢ Como parte del servicio de reparación, Nortel supervisa que todas las tarjetas de circuito impreso con falla devueltas por la Operadora cumplan con el estándar NFF ("No Fault Found" --- no se encontró ninguna falla). El término NFF se refiere a una tarjeta que después de ser recibida por Nortel se prueba y se encuentra que cumple con las especificaciones aplicables de Nortel. Si Nortel comprueba que más del 25% de los equipos enviados a reparar durante un período de 3 meses no presentaron ninguna falla (son NFF), Nortel facturará al cliente el valor de la reparación (a precios de reparación por incidente) de estos equipos. Nortel medirá el volumen total de devoluciones de tarjetas de circuito impreso cada trimestre.

### Específico para el servicio de devolución e intercambio

Si, a juicio de Nortel, la FRU devuelta ha sido dañada por mal uso, accidente, modificaciones, un entorno físico u operativo no adecuado o mantenimiento no apropiado de la Operadora, entonces Nortel se pondrá en contacto con la Operadora para decidir las medidas que se tomarán. Algunas medidas posibles son las siguientes:

➢ Desechar la FRU devuelta defectuosa.

➢ Devolver la FRU defectuosa sin reparar al cliente, teniendo éste que sufragar los gastos incurridos.

➢ Sustituir la FRU defectuosa, en cuyo caso, Nortel facturará al cliente el costo total de sustitución de la unidad según la lista de precios actual de Nortel o cualquier precio contratado aplicable.

## Método de acceso

Siempre que sea posible, Nortel puede permitir al cliente consultar información respecto a este servicio, a través de su sitio de Web **www.nortel.com**.





NSP

A continuación se presenta la información de contacto para los servicios de devolución e intercambio:

**Número de Teléfono:**

Para realizar pedidos la Operadora ha de comunicarse con un Representante de Atención al Cliente de los Servicios Globales de Reparación y Servicios (GRDS), marcando los siguientes números telefónicos:

Pedidos telefónicos para clientes dentro de Brasil:

Horas de oficina (lunes a viernes desde las 8:00 a.m. hasta las 5:00 p.m. (Hora local)  Números telefónicos: (019) 3705-7957 ó 3705-7577

Después de horas de oficina: Soporte durante emergencias con pérdida de servicio o para contratos de soporte de 7x24x4 (fines de semana y días festivos locales) Teléfono celular (019) 9601-0348

Pedidos telefónicos para clientes dentro de México y Centroamérica:

Horas de oficina (lunes a viernes desde las 9:00 a.m. a 6:00 p.m. horario local)

Número telefónico: Fuera de México (5255) 5091-4839

Después de horas de oficina: Soporte durante emergencias con pérdida de servicio o para contratos de soporte de 7x24x4 (fines de semana y días festivos locales) Teléfono 5091-4839 Opción 1.

Pedidos telefónicos para el resto de Latinoamérica y Caribe (Oficina situada en Sunrise, Florida, EEUU):



Horas de oficina (lunes a viernes desde las 8:00 a.m. hasta las 5:00 p.m. horario del Este de los Estados Unidos) Número telefónico: 18004NORTEL ó al 919-905-4210 (Código Expreso de Enrutamiento 4045).

Después de horas de oficina: Soporte durante emergencias con pérdida de servicio o para contratos de soporte de 7x24x4 (fines de semana y días festivos locales) Número telefónico: 18004NORTEL ó al 919-905-4210 (Código Expreso de Enrutamiento 4045).

Pedidos telefónicos para clientes en Argentina y Uruguay:

Horas de oficina (lunes a viernes desde las 8:00 a.m. hasta las 5:00 p.m. horario del Este de los Estados Unidos) Número telefónico: (54-11) 5550-7222

Después de horas de oficina: Soporte durante emergencias con pérdida de servicio o para contratos de soporte de 7x24x4 (fines de semana y días festivos locales) Número telefónico: (54-11) 5550-7222 (presione 0 para asistencia inmediata)

**Números de Fax:**

### Brasil

### Hardware Support (Asistencia Técnica de Hardware)

### NORTEL do Brasil



NSP

Fax: (019) 3705-7551

### México

Hardware Support (Asistencia Técnica de Hardware)

NORTEL de México

Fax: (52-55) 5091-4834

### Resto de Latinoamérica y Caribe

Hardware Support Order Desk  (Centro de Pedidos de Asistencia Técnica de Hardware)

NORTEL Sunrise

Fax: (954) 851-8449

Correo electrónico:

### Brasil

paulagu@nortel.com

Con atención a: Representante de asistencia técnica de hardware



### México

caviedes@nortel.com

Con atención a: Representante de asistencia técnica de hardware

### Resto de Latinoamérica y Caribe

GRSD@nortel.com

Con atención a: Representante de asistencia técnica de hardware

Todas las unidades defectuosas deben enviarse a las siguientes direcciones:

### Clientes en Brasil

Nortel Telecomunicacoes do Brasil Comércio e Servicos Ltda.

Rodovia SP 340 s/n, Km 118,5



NSP

Barao Geraldo, Campinas – SP

13086-502, Brasil

CNPJ: 67.807.859/0003-4

Con atención a: Repair Dept. RR#


Clientes en México

NORTEL de México

Av. Centro Industrial No. 73-75

Col. Izcalli del Valle

Tultitlán Edo. Mex.

CP 54940

Con atención a: Repair Dep. RR#


Resto de Latinoamerica y Caribe:

Nortel CALA Global Repair Services

C/O Telmar

7710 North 30th Street

Tampa, FL 33610

EEUU



Con atención a: Dock #15  > Mr.  Gerry Seidelman  Tel.: 813-237-2020


# Política de material en préstamo (global)

El material en préstamo (MOL) se refiere a las partes defectuosas y piezas de intercambio no usadas que están en poder de la Operadora pero se deben devolver a Nortel a cambio de una parte funcional de intercambio. Este intercambio es la base de una operación de intercambio de hardware con envío anticipado. En lo que se refiere a esta política, estas partes se denominan "material MOL".

### Responsabilidades de la Operadora

Cuando los servicios de reparación incluyen la sustitución de hardware con envío anticipado, la Operadora está obligada a devolver el material MOL de inmediato después de recibir el producto de intercambio. El material MOL se debe devolver en condiciones tales que la reparación sea posible, de lo contrario, el material

NSP

será facturado al cliente. Para este fin, se requiere una PO con un monto por la unidad de la Operadora especificado en la lista de precios para que la Operadora cubra el material MOL.

## Responsabilidades de Nortel

Nortel designará la dirección "de envío" del material MOL. Nortel notificará al cliente si éste deberá pagar alguna cantidad después del envío de las unidades de intercambio. Nortel notificará al cliente si no se ha recibido el material MOL.

## Penalización por la devolución de material MOL dañado

El material MOL se debe devolver a las instalaciones de devolución de Nortel designadas, en condiciones tales que sean posibles su reparación. Si el material MOL no se recibe en dichas condiciones, entonces Nortel facturará la unidad enviada al precio de lista en la PO proporcionada por la Operadora.

Nota: Los representantes del Centro de atención telefónica de Nortel o los gerentes de ventas de Nortel de la Operadora pueden proporcionar el precio actual del producto, si es necesario.

## Penalización por la devolución de material MOL después de la fecha límite

Después del envío de la pieza de intercambio inicia un periodo de devolución de 30 días naturales. Nortel tiene el derecho de rechazar el material MOL defectuoso devuelto después de este periodo de devolución de 30 días naturales y facturar al cliente al precio de facturación por no devolución de la unidad enviada en la PO proporcionada por la Operadora.

**Nota**: Los clientes que contraten los servicios de gestión de partes de repuesto y gestión en sitio con partes de repuesto están obligados a devolver el material MOL en los siguientes cinco días hábiles después de la recepción de las piezas de intercambio enviadas.

Si la Operadora elige devolver el material MOL después de que se ha realizado la facturación por no devolución, entonces la Operadora debe informar a Nortel de su intención de devolver el material MOL. Cuando se devuelve el material MOL a Nortel después de la facturación, Nortel retiene un 15% para reposición de inventario del crédito disponible de la Operadora.

# Excepciones

Las siguientes exclusiones rigen la prestación de los servicios de reparación:

➢ Los servicios de reparación no incluyen el envío de emergencia de partes. En las situaciones de emergencia que requieren un envío al día siguiente, la Operadora puede solicitar el servicio de envío de emergencia de partes de Nortel.

    − El soporte de reparación de emergencia está disponible las 24 horas del día de los siete días de la semana.

    − El servicio de emergencia está sujeto a los términos y condiciones de dicho servicio y a cuotas adicionales, como se indica en la lista de precios de Nortel.

    − Como parte del servicio de envío de emergencia de partes, Nortel hará todo lo posible por enviar una FRU equivalente al día siguiente, sujeto siempre a que Nortel cuente con una FRU funcional equivalente en existencia.

    − La elección de la compañía fletadora y los gastos del flete son responsabilidad de la Operadora.

➢ Actualizaciones de hardware



➢ Cobertura para: (i) consumibles y suministros que se "desgastan" durante la operación normal del producto (como cintas de impresora, focos, fusibles, filtros, etc.), (ii) productos del fabricante del equipo original (OEM) / equipo del proveedor y equipo de otros proveedores de la Operadora no provisto por Nortel, (iii) planta de cables, (iv) hardware de red misceláneo provisto por Nortel (como monitores, impresoras, módems, etc.), (v) equipo de suministro de alimentación (como panel de fusibles, baterías, hardware misceláneo, armazones, cableado, etc.) y (vi) unidades principales del sistema (como bastidores, estantes, cajones, etc.).

➢ Si la unidad defectuosa es discontinuada, se procesa mediante el servicio de devolución y reparación (no devolución e intercambio). El tiempo de respuesta promedio por reparación para CALA son 60 días calendario después de la recepción de la unidad defectuosa en las instalaciones de reparación de Nortel designadas.

➢ Reparación o intercambio en el sitio y cualquier mano de obra relacionada o gastos por traslado y alojamiento.

Nortel no realiza análisis de causas de origen, informes de fallas o mediciones de rendimiento / plazos de espera.

Los servicios de soporte cubren productos de Nortel adquiridos de Nortel o de un agente autorizado por Nortel. Nortel no tiene obligación de proveer servicios de soporte para cualquier producto de Nortel adquirido de fuentes no autorizadas, a menos que dichos productos sean certificados por Nortel para calificar para los servicios de soporte. Además, Nortel no es responsable de soportar productos de otros vendedores no proporcionados por Nortel o sus agentes.

*Nota: El servicio de Nortel disponible puede certificar el equipo para que la cobertura de servicios de soporte incluya certificación de equipo óptico (A0504498), certificación del conmutador de nivel del sistema para DMS (A0851089), certificación de actualización del conmutador de múltiples servicios (A0844533) y certificación del router EDGE de servicios (A0506960). La certificación de Nortel del equipo comprado de fuentes no autorizadas o prestación de servicios de soporte para dicho equipo, no exime al cliente de ninguna obligación de pagar las cuotas de RTU aplicables pendientes.*

*Nota: En ciertos casos, no todos los productos se pueden reparar dentro de los plazos especificados. Los productos más antiguos, como los denominados "discontinuados de fábrica", tecnologías especiales y algunos otros casos, pueden entrar en el nivel de servicio de devolución y reparación (no intercambio). Cuando se entrega una notificación de producto discontinuado de fábrica como parte del ciclo de vida del producto, Nortel advierte a los clientes que el tiempo de respuesta de reparación puede extenderse, ya que Nortel no cuenta con instalaciones de producción en volumen para soportar la reparación. Durante el último período de compra, los clientes deben revisar su plan de partes de repuesto y eliminación gradual del producto para asegurarse de que cuentan con inventarios de partes de repuesto adecuados.*

## 3. SRS – P (Software Release Service Plus)



# Apéndice D

## Servicio plus de actualización de la versión de software (Software Release Service Plus) (GU5300000)

El servicio plus de actualización de la versión de software ofrece soporte técnico y derecho a versiones de software nuevas para ciertos productos de software de aplicación de Nortel, incluyendo los sistemas de gestión de redes Preside y Optivity y aplicaciones seleccionadas para productos de datos empresariales.

El mantenimiento del software es esencial para lograr y mantener indicadores de rendimiento y fiabilidad. El servicio plus de actualización de la de versión de software es un modo efectivo de mantener el software de aplicación en los niveles actuales y, al mismo tiempo, ofrecer acceso a los técnicos de soporte de software de Nortel en un intento por resolver problemas operativos del software.

***Nota:*** *La Operadora necesita mantener una licencia de software válida y de derecho de uso (RTU).*

Los beneficios clave del servicio plus de actualización de la versión de software son:



- **Administración de riesgos.** La parte de soporte técnico del servicio de actualización de la versión de software ofrece acceso inmediato a un equipo profesional altamente calificado y a técnicos de soporte de software. Este equipo tiene la experiencia, capacitación y recursos suficientes para facilitar la resolución de problemas en el tiempo más corto posible.

- **Control proactivo.** En caso de que se sospeche que el sistema de software está funcionando a un nivel menor al óptimo, el equipo de soporte técnico puede investigar y analizar el rendimiento del sistema a fin de identificar y solucionar problemas de cuellos de botella y confirmar que el software se utilice de la manera más eficaz posible.

- **Responsabilidad.** A menudo, los problemas y las consultas se pueden resolver con una llamada telefónica al equipo de soporte técnico. Aquellas situaciones que no se puedan resolver rápidamente se asignarán como casos y la Operadora recibirá un número de procesamiento de problema que se puede usar para monitorear el problema de manera electrónica (por medio de la página www.nortel.com) o a través de una llamada posterior al equipo de soporte técnico.

- **Servicio las 24 horas de los 7 días de la semana**. Los técnicos de soporte técnico se comprometen a colaborar con el personal de la Operadora a fin de resolver problemas críticos en horas no laborales. Los técnicos continuarán trabajando en la resolución del problema fuera de línea hasta que, por lo menos, se establezca una solución temporal. Cuando aplique, las soluciones temporales serán monitoreadas y se usará el sistema de asignación de número de problema para rastrear y solucionar el problema fundamental del sistema.



NSP

- **Eficiencia en gastos operativos**. Los gastos operativos se pueden planificar y controlar debido a que se ha asegurado la disponibilidad de soporte técnico y actualizaciones de software continuas según se requiera sin cargo alguno o la posibilidad de sobrepasar su presupuesto.

## Soporte técnico

El soporte técnico ofrece soporte remoto para problemas relacionados con el mantenimiento de los productos de Nortel. El servicio brinda una alternativa rentable para reclutar y capacitar personal de soporte de segundo nivel. Esto incluye dos niveles de servicio:

- Asistencia técnica (días laborales).
- Recuperación en caso de emergencia (24 horas de los 7 días de la semana).

Favor de consultar el Apéndice de Soporte técnico de este documento para obtener una descripción de este servicio.

## Derecho de uso de versiones de software (software de aplicación)

Al mejorar los sistemas para que operen en la versión de software más actual, la Operadora puede aprovechar las mejoras más recientes en software de Nortel con mejoras continuas en rendimiento y estabilidad. Además, debido a que los recursos de soporte se pueden ver limitados por versiones antiguas o discontinuadas, mantener software actual garantiza la continuidad del servicio y un soporte técnico óptimo.



## Entregables del servicio

La Operadora podrá acceder al sitio de Web del Servicio al cliente de Nortel mediante la página www.nortel.com las veinticuatro horas de los siete días de la semana para descargar versiones de software autorizadas y documentación.

Mientras el plan y el software cubierto estén vigentes, Nortel permitirá el acceso a:

- Versiones principales: La Operadora tiene derecho de uso de todas las versiones principales del software cubierto. Una versión principal puede ser instalada como resultado de una de las razones siguientes o de todas ellas: (i) cambios significativos de contenido; (ii) cambios de plataforma y/o arquitectura; o (iii) hardware nuevo o con cambios significativos, considerado motor de negocio importante. Dependiendo del producto de software, una versión principal puede incluir contenido de funcionalidad nuevo, mejoras de funcionalidad y/o soluciones a la última versión principal.

***Nota:*** *Una versión principal es aquella que Nortel identifica como versión principal de software.*

- Versiones secundarias: La Operadora tiene derecho de uso de todas las versiones secundarias del software cubierto. Una versión secundaria es una versión de mejora de software puesta a disposición por Nortel y que está diseñada para (i) corregir cualquier incumplimiento a las especificaciones de software aplicables



de Nortel y/o (ii) ofrecer una mejora de software que contenga funcionalidades adicionales, tal como lo determine Nortel.  Como se determine adecuado, dependiendo del producto de software, una versión secundaria de software puede contener software nuevo y/o funcionalidades de hardware nuevas asociadas o contenido correctivo nuevo (es decir, mejoras de software y mejoras de diseño) desde la última versión principal, tal como Nortel las publica.

- Documentación: La documentación de software asociada puede estar disponible e incluir boletines de productos de software, preguntas frecuentes (FAQ), sugerencias de instalación y sugerencias de localización de fallas.

**Nota:** *Las versiones de software que incluyen funcionalidades que incrementan las funcionalidades del producto de software están sujetas al cobro por parte de Nortel de cargos de licencia adicionales.*

Según se considere apropiado, la Operadora podrá acceder al sitio de Web de Servicio al cliente de Nortel mediante la página www.nortel.com las veinticuatro horas de los siete días de la semana a fin de descargar versiones de software autorizadas y documentación.

## Responsabilidades de Nortel

Nortel ofrece al cliente acceso a todas las versiones principales de software, todas las versiones secundarias de software y documentación, en cuanto Nortel las ponga a disposición del público en general.

El software se distribuirá por medio de descargas de la página www.nortel.com o los medios físicos especificados por Nortel. En el caso de los medios físicos, Nortel puede proporcionar una copia de cada versión de software y documentación asociada por cada centro de operación y mantenimiento principal de la Operadora.



## Responsabilidades de la Operadora

Las responsabilidades en relación con las actividades de asistencia técnica y recuperación en casos de emergencia se describieron previamente en la definición del servicio de soporte técnico. Además, las responsabilidades siguientes aplican al derecho a obtener versiones de software:

- Mantener un acuerdo de soporte con proveedores externos de la plataforma de hardware del sistema y sistemas operativos requeridos asociados con el producto de software de aplicación (por lo general, estaciones de trabajo SUN o HP).

**Nota:** *Cuando los técnicos de Nortel se encuentren trabajando en el diagnóstico de problemas relacionados con hardware o software de terceros, la Operadora no podrá acceder a las reparaciones o sustituciones de hardware / software crítico a menos que se celebre un contrato de soporte aplicable con el proveedor externo.*

- Confirmar que el hardware y software de terceros es compatible y está actualizado.

- Reconocer que el RTU de la Operadora para las versiones de software proporcionadas de conformidad con este servicio está sujeto a los términos de licencia de software del contrato de compra / otorgamiento de licencia aplicable, en virtud del cual la Operadora adquirió / puede usar sus productos de Nortel, así como los términos y condiciones asociados.

NSP

- Si la Operadora adquirió sus productos de un distribuidor autorizado de Nortel, reconocer que cualquier derecho del que pueda gozar para usar o distribuir las versiones de software está sujeto a los términos de otorgamiento de licencias de software de Nortel, de conformidad con los cuales Nortel otorgó al distribuidor sus derechos de distribución.

- Para iniciar o renovar la cobertura del servicio, la Operadora debe identificar los tipos de equipo, las cantidades y las versiones de software actuales. Bajo pedido, Nortel puede ayudar a reunir información básica y de auditoria de la red, en cuyo caso aplican cargos adicionales.

## Suposiciones

Las siguientes suposiciones rigen la prestación del servicio plus de actualización de la versión de software:

- Si una funcionalidad de software particular requiere el cobro de una tarifa de RTU separada (según se especifica en el programa de precios de ese producto), la Operadora no podrá usar esa funcionalidad hasta que se haya cubierto la tarifa de RTU. Sin embargo, cuando no se especifique la existencia de una tarifa de RTU separada para una funcionalidad ofrecida para una versión de software, la Operadora podrá usar esa funcionalidad sin cargo adicional.

- Al momento en que inicie el periodo de suscripción al servicio, la Operadora debe estar usando software de un nivel de versión / revisión clasificado por Nortel como disponible al público en general (GA). Si el software de la Operadora ha sido declarado "discontinuado de fábrica" (MD) o en el "fin de vida útil" (EOL), se cobrará un cargo adicional por la mejora a la versión GA actual.

- La Operadora recibirá las versiones de software únicamente para que las utilice en o con productos proporcionados por Nortel, de acuerdo con las especificaciones publicadas por Nortel. 

- Si las versiones de software nuevas requieren hardware de Nortel adicional o hardware y/o software de terceros, la Operadora tendrá que adquirirlo e instalarlo.

- Las mejoras de software aplican únicamente a la funcionalidad básica adquirida.

- Las fechas propuestas para las versiones de software o fechas GA que se pudieran estipular en cualquier plan de registro (POR) de Nortel son aproximadas y de ninguna manera representan una obligación para Nortel.

- El programa de servicio de actualización de la versión de software se debe adquirir para cubrir todos los elementos de red similares en la red de la Operadora dentro del catálogo de productos. Por ejemplo, todo el software de gestión de redes de Nortel que se utilice con licencia en la red de la Operadora se debe cotizar y recibir soporte.

## Excepciones

Las excepciones en relación con las actividades de asistencia técnica y recuperación en casos de emergencia se describieron previamente en la definición del servicio de soporte técnico. Además, las excepciones siguientes aplican al servicio de actualización de la versión de software:

- Este servicio no incluye mano de obra para cargar software.

*Nota: Los servicios de Nortel de migración de mejoras de software (A0917396), configuración e integración del gestor de elementos / estación de trabajo de la Operadora (A0917105) e instalación de Preside Optical Management (A0523034) facilitan la instalación de versiones de software nuevas. Cuando los clientes elijan uno de estos servicios, los diseñadores de software de Nortel planearán y llevarán a cabo todo el proceso de mejora. El servicio se puede prestar de manera remota o presencial.*

* Este servicio no cubre software operativo, que es software necesario para operar un elemento de red. Por lo general, el software operativo principal se aloja en el elemento de red que opera, aunque los archivos relacionados se pueden localizar en otro dispositivo de red. El servicio plus de actualización de la versión de software está dirigido solamente a software de gestión de red especificado y otros productos de software de aplicación.

*Nota: Para las versiones de software operativo nuevas, Nortel ofrece el servicio básico de actualización de la versión de software (GW5300000) para los productos seleccionados. Dependiendo del producto en particular, este servicio puede estar disponible de forma independiente o en combinación con el servicio de soporte técnico de productos dentro del programa de servicios de soporte de Nortel.*

* Nortel no es responsable de soportar plataformas de hardware de terceros en las que resida el software de aplicación y el software del sistema operativo relacionado.

## Notas aclaratorias

* El código de orden para el servicio Plus de actualización de la versión de software es GU5300000 (A0895539). El paquete de servicios combina el servicio de cesión de derechos de software con soporte técnico.

* Para el servicio de cesión de derechos de uso de la versión de software, Nortel se reserva el derecho de cobrar ciertos servicios de soporte durante el periodo de servicio aplicable para problemas que se considere deriven de fuentes distintas a los productos cubiertos en el servicio plus de actualización de la versión de software. Éstos incluyen pero no se limitan a (a) problemas con equipo no provisto por Nortel y (b) asistencia para la conectividad de la red de datos.



* El presente documento puede sufrir modificaciones una vez definido el modelo de operación regional de este servicio.



# Apéndice E

## Servicios de soporte de CSAM

Como parte de este NSP y en un esfuerzo por maximizar los beneficios para la Operadora y mejorar la experiencia de Nortel, el CSAM designado por CSAM proporcionará a **LA OPERADORA,** sin costo alguno, los servicios de soporte siguientes:

- Manejo de relaciones de servicio al cliente.

- Primer punto de contacto para las transferencias a otro nivel de asistencia en relación con servicio, soporte y operaciones, y resolución de problemas.

- Manejo de notificaciones y comunicaciones del ciclo de vida del producto para la Operadora a fin de asegurar que conozca y minimice el impacto en la capacidad de soporte y servicio de la red.

- Revisiones operativas periódicas con la Operadora con mediciones de servicio y soporte.

- Administración, rastreo y actualización oportuna de los sistemas de observación de la Operadora para aclarar asuntos posteriores a la prestación del servicio. 

- Coordinación en tiempo real de los servicios de soporte técnico de Nortel en caso de desastres naturales, con el objetivo de maximizar la supervivencia de la red de la Operadora.

- Coordinación de la comunicación en tiempo real entre el ER / NTS de Nortel y la Operadora durante las llamadas destinadas a solucionar indisponibilidades / degradaciones del servicio, a fin de facilitar las iniciativas de recuperación, minimizar los tiempos de resolución y manejar las expectativas de la Operadora a nivel tanto técnico como ejecutivo.

- Asegurarse de responder a los mejores intereses de la Operadora de manera apropiada cuando Nortel intente determinar la causa de raíz de indisponibilidades y degradaciones de servicio; asimismo, facilitar la difusión de las lecciones aprendidas en la resolución de casos mediante los equipos de soporte de Nortel y la Operadora a fin de prevenir que vuelvan a ocurrir sin necesidad alguna.

- Asegurarse de entregar los resultados estándar del plan de garantía y soporte del producto, de conformidad con el contrato.

- Asegurar que se brinde soporte técnico, mejoras de software y servicios de reparación en virtud de los compromisos contractuales, incluyendo los servicios de gestión de partes de repuesto.

- Colaboración con el NTS de Nortel y el área de diseño de productos para garantizar que los casos cumplan con los estándares RQMS o con el contrato celebrado.

- Revisión de casos de soporte técnico de manera periódica (quincenal o mensualmente).

- Control de solicitudes de funcionalidades (RFF) a través del área de Gestión, venta y diseño de líneas de productos de Nortel, a fin de ofrecer soluciones adecuadas para mejorar la experiencia de Nortel de principio a fin.





## ANEXO VIII

### PLAN DE MARKETING

Las Operadoras llevarán a cabo las siguientes actividades de marketing y las que en su caso acuerden con Nortel.

➢ Capacitación técnica y comercial a las Fuerzas de Ventas (Directas e Indirectas) de los segmentos Pymes y Empresas encargadas de promocionar el conocimiento y la venta del servicio en los clientes de dichos segmentos.

➢ Proporcionar material descriptivo del servicio (Sales Tool Kit, folletería, brochures, etc) que permita a las Fuerzas de Ventas facilitar la comercialización de los servicios de Centralita Móvil.

➢ Analizar el mercado potencial a ofrecer el servicio, segmentarlo y desarrollar la mejor oferta que satisfaga las necesidades de cada uno.

➢ Efectuar rondas de negocios con clientes y con la prensa local, notificando las ventajas, funcionalidades e innovación de los servicios de Centralita Móvil.

➢ Publicitar el servicio en medios locales (prensa, radio, etc), para dar conocimiento del lanzamiento y la innovación de los servicios de Centralita Móvil, logrando incentivar la demanda correspondiente del servicio para ser comercializado.

➢ Realizar actividades en conjunto con el Grupo Nortel que permita incentivar la venta del servicio en cada mercado local que se lance el Servicio de Centralita Móvil.

