

**KELLY**
SERVICES

'12 FEB 21 AM 9:55

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

February 10, 2012

United States Bankruptcy Court
　　for the District of Delaware
Attn: Clerk
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

RE: Nortel Networks Inc. – Twenty Second Omnibus Objection, Case # 09-10138   KG

Dear Clerk,

Please let this notice serve as Kelly Service's response, objecting to the debtor's objection to our claim in the amount of $377,229.87. Please find enclosed a statement of charges to support this outstanding balance. Invoice copies are available upon request.

Thank you,

Rhonda Holaway

cc: Cleary Gottlieb Steen & Hamilton LLP
　　Attn: James Bromley, Lisa Schweitzer
　　One Liberty Plaza
　　New York, NY 10006

999 WEST BIG BEAVER • TROY, MICHIGAN 48084-4782
TELEPHONE (248) 362-4444



**Nortel Networks**
13700 International Place
Richmond, BC V6V 2X8

12/30/09

#4659970 & #4659963

| Branch | Invoice # | Collection | Document | Consol Inv | Entry Type | Invoice Date | Item Balance | Orig Item Amt | Cur |
|---|---|---|---|---|---|---|---|---|---|
| 7630 | 0100354009 | 69 | | 738702 | IN | 1/5/2009 | 213.86 | 213.86 | CAD |
| 7630 | 0100355709 | 69 | | 738702 | IN | 1/5/2009 | 641.42 | 641.42 | CAD |
| 7630 | 0100356509 | 69 | | 738702 | IN | 1/5/2009 | 180.40 | 180.40 | CAD |
| 7630 | 0100357309 | 69 | | 738702 | IN | 1/5/2009 | 420.93 | 420.93 | CAD |
| 7630 | 0100358109 | 69 | | 738702 | IN | 1/5/2009 | 641.42 | 641.42 | CAD |
| 7630 | 0100359909 | 69 | | 738702 | IN | 1/5/2009 | 521.16 | 521.16 | CAD |
| 7630 | 0100360709 | 69 | | 738702 | IN | 1/5/2009 | 1,350.05 | 1,350.05 | CAD |
| 7630 | 0100361509 | 69 | | 738702 | IN | 1/5/2009 | 541.20 | 541.20 | CAD |
| 7630 | 0100362309 | 69 | | 738702 | IN | 1/5/2009 | 591.32 | 591.32 | CAD |
| 7630 | 0100363109 | 69 | | 738702 | IN | 1/5/2009 | 411.43 | 411.43 | CAD |
| 7630 | 0200630209 | 69 | | 754681 | IN | 1/12/2009 | 1,050.00 | 1,050.00 | CAD |
| 7630 | 0200632809 | 69 | | 754681 | IN | 1/12/2009 | 1,500.28 | 1,500.28 | CAD |
| 7630 | 0200633609 | 69 | | 754681 | IN | 1/12/2009 | 787.50 | 787.50 | CAD |
| 7630 | 0200634409 | 69 | | 754681 | IN | 1/12/2009 | 393.75 | 393.75 | CAD |
| 7630 | 0200635109 | 69 | | 754681 | IN | 1/12/2009 | 767.81 | 767.81 | CAD |
| 7630 | 0200636909 | 69 | | 754681 | IN | 1/12/2009 | 787.50 | 787.50 | CAD |
| 7630 | 0200637709 | 69 | | 754681 | IN | 1/12/2009 | 1,678.89 | 1,678.89 | CAD |
| 7630 | 0200638509 | 69 | | 754681 | IN | 1/12/2009 | 620.16 | 620.16 | CAD |
| 7630 | 0200639309 | 69 | | 754681 | IN | 1/12/2009 | 777.66 | 777.66 | CAD |
| 7630 | 0200640109 | 69 | | 754681 | IN | 1/12/2009 | 947.36 | 947.36 | CAD |
| 7630 | 0300088209 | 69 | 5200892708 | 754681 | CR | 1/15/2009 | -255.94 | -255.94 | CAD |
| 7630 | 0400002209 | 69 | 0100354009 | 754681 | CR | 1/22/2009 | -3.86 | -3.86 | CAD |
| 7630 | 0400004809 | 69 | 0100355709 | 754681 | CR | 1/22/2009 | -11.42 | -11.42 | CAD |
| 7630 | 0400006309 | 69 | 0100356509 | 754681 | CR | 1/22/2009 | -3.21 | -3.21 | CAD |
| 7630 | 0400008909 | 69 | 0100357309 | 754681 | CR | 1/22/2009 | -7.49 | -7.49 | CAD |
| 7630 | 0400010509 | 69 | 0100358109 | 754681 | CR | 1/22/2009 | -11.42 | -11.42 | CAD |
| 7630 | 0400012109 | 69 | 0100359909 | 754681 | CR | 1/22/2009 | -9.28 | -9.28 | CAD |
| 7630 | 0400014709 | 69 | 0100360709 | 754681 | CR | 1/22/2009 | -23.52 | -23.52 | CAD |
| 7630 | 0400016209 | 69 | 0100361509 | 754681 | CR | 1/22/2009 | -9.64 | -9.64 | CAD |
| 7630 | 0400018809 | 69 | 0100362309 | 754681 | CR | 1/22/2009 | -10.53 | -10.53 | CAD |
| 7630 | 0400020409 | 69 | 0100363109 | 754681 | CR | 1/22/2009 | -7.22 | -7.22 | CAD |
| 7630 | 0500422109 | 69 | | 754681 | IN | 1/30/2009 | 378.95 | 378.95 | CAD |
| 7630 | 0500426209 | 69 | | 754681 | IN | 1/30/2009 | 315.00 | 315.00 | CAD |
| 7630 | 0500430409 | 69 | | 754681 | IN | 1/30/2009 | 315.00 | 315.00 | CAD |
| 7630 | 0500434609 | 69 | | 754681 | IN | 1/30/2009 | 663.26 | 663.26 | CAD |
| 7630 | 0500438709 | 69 | | 754681 | IN | 1/30/2009 | 315.00 | 315.00 | CAD |
| 7630 | 0500442909 | 69 | | 754681 | IN | 1/30/2009 | 315.00 | 315.00 | CAD |



**KELLY SERVICES**

Nortel Networks
13700 International Place
Richmond, BC V6V 2X8

12/30/09

#4659970 & #4659963

| Branch | Invoice # | Collection | Document | Consol Inv | Entry Type | Invoice Date | Item Balance | Orig Item Amt | Cur |
|---|---|---|---|---|---|---|---|---|---|
| 7630 | 0500446009 | 69 | | 754681 | IN | 1/30/2009 | 78.75 | 78.75 | CAD |
| 7630 | 0500450209 | 69 | | 754681 | IN | 1/30/2009 | 315.00 | 315.00 | CAD |
| 7630 | 0500454409 | 69 | | 754681 | IN | 1/30/2009 | 520.94 | 520.94 | CAD |
| 7630 | 0500462709 | 69 | | 754681 | IN | 1/30/2009 | 420.00 | 420.00 | CAD |
| 7630 | 4000675108 | 69 | | 701799 | IN | 10/6/2008 | 1,050.00 | 1,050.00 | CAD |
| 7630 | 4000678508 | 69 | | 701799 | IN | 10/6/2008 | 1,597.05 | 1,597.05 | CAD |
| 7630 | 4000679308 | 69 | | 701799 | IN | 10/6/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4000680108 | 69 | | 701799 | IN | 10/6/2008 | 462.66 | 462.66 | CAD |
| 7630 | 4000681908 | 69 | | 701799 | IN | 10/6/2008 | 600.47 | 600.47 | CAD |
| 7630 | 4000682708 | 69 | | 701799 | IN | 10/6/2008 | 630.00 | 630.00 | CAD |
| 7630 | 4000683508 | 69 | | 701799 | IN | 10/6/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4000684308 | 69 | | 701799 | IN | 10/6/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4000685008 | 69 | | 701799 | IN | 10/6/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4000686808 | 69 | | 701799 | IN | 10/6/2008 | 1,658.16 | 1,658.16 | CAD |
| 7630 | 4000687608 | 69 | | 701799 | IN | 10/6/2008 | 777.66 | 777.66 | CAD |
| 7630 | 4000688408 | 69 | | 701799 | IN | 10/6/2008 | 777.66 | 777.66 | CAD |
| 7630 | 4000689208 | 69 | | 701799 | IN | 10/6/2008 | 777.66 | 777.66 | CAD |
| 7630 | 4100539808 | 69 | | 701799 | IN | 10/13/2008 | 945.00 | 945.00 | CAD |
| 7630 | 4100542208 | 69 | | 701799 | IN | 10/13/2008 | 1,638.00 | 1,638.00 | CAD |
| 7630 | 4100543008 | 69 | | 701799 | IN | 10/13/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4100544808 | 69 | | 701799 | IN | 10/13/2008 | 492.19 | 492.19 | CAD |
| 7630 | 4100545508 | 69 | | 701799 | IN | 10/13/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4100546308 | 69 | | 701799 | IN | 10/13/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4100547108 | 69 | | 701799 | IN | 10/13/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4100548908 | 69 | | 701799 | IN | 10/13/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4100549708 | 69 | | 701799 | IN | 10/13/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4100550508 | 69 | | 701799 | IN | 10/13/2008 | 1,678.89 | 1,678.89 | CAD |
| 7630 | 4100551308 | 69 | | 701799 | IN | 10/13/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4100552108 | 69 | | 701799 | IN | 10/13/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4100553908 | 69 | | 701799 | IN | 10/13/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4200601508 | 69 | | 701799 | IN | 10/20/2008 | 866.25 | 866.25 | CAD |
| 7630 | 4200604908 | 69 | | 701799 | IN | 10/20/2008 | 1,371.83 | 1,371.83 | CAD |
| 7630 | 4200605608 | 69 | | 701799 | IN | 10/20/2008 | 630.00 | 630.00 | CAD |
| 7630 | 4200606408 | 69 | | 701799 | IN | 10/20/2008 | 226.41 | 226.41 | CAD |
| 7630 | 4200607208 | 69 | | 701799 | IN | 10/20/2008 | 630.00 | 630.00 | CAD |
| 7630 | 4200608008 | 69 | | 701799 | IN | 10/20/2008 | 630.00 | 630.00 | CAD |
| 7630 | 4200609808 | 69 | | 701799 | IN | 10/20/2008 | 630.00 | 630.00 | CAD |


**KELLY SERVICES**

Nortel Networks
13700 International Place
Richmond, BC V6V 2X8

12/30/09

#4659970 & #4659963

| Branch | Invoice # | Collection | Document | Consol Inv | Entry Type | Invoice Date | Item Balance | Orig Item Amt | Cur |
|---|---|---|---|---|---|---|---|---|---|
| 7630 | 4200610608 | 69 | | 701799 | IN | 10/20/2008 | 630.00 | 630.00 | CAD |
| 7630 | 4200611408 | 69 | | 701799 | IN | 10/20/2008 | 630.00 | 630.00 | CAD |
| 7630 | 4200612208 | 69 | | 701799 | IN | 10/20/2008 | 1,326.53 | 1,326.53 | CAD |
| 7630 | 4200613008 | 69 | | 701799 | IN | 10/20/2008 | 630.00 | 630.00 | CAD |
| 7630 | 4200614808 | 69 | | 701799 | IN | 10/20/2008 | 275.63 | 275.63 | CAD |
| 7630 | 4200615508 | 69 | | 701799 | IN | 10/20/2008 | 630.00 | 630.00 | CAD |
| 7630 | 4301423208 | 69 | | 701799 | IN | 10/27/2008 | 295.31 | 295.31 | CAD |
| 7630 | 4301424008 | 69 | | 701799 | IN | 10/27/2008 | 1,050.00 | 1,050.00 | CAD |
| 7630 | 4301427308 | 69 | | 701799 | IN | 10/27/2008 | 1,638.00 | 1,638.00 | CAD |
| 7630 | 4301428108 | 69 | | 701799 | IN | 10/27/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4301429908 | 69 | | 701799 | IN | 10/27/2008 | 393.75 | 393.75 | CAD |
| 7630 | 4301430708 | 69 | | 701799 | IN | 10/27/2008 | 757.97 | 757.97 | CAD |
| 7630 | 4301431508 | 69 | | 701799 | IN | 10/27/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4301432308 | 69 | | 701799 | IN | 10/27/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4301433108 | 69 | | 701799 | IN | 10/27/2008 | 767.81 | 767.81 | CAD |
| 7630 | 4301434908 | 69 | | 701799 | IN | 10/27/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4301435608 | 69 | | 701799 | IN | 10/27/2008 | 1,658.16 | 1,658.16 | CAD |
| 7630 | 4301436408 | 69 | | 701799 | IN | 10/27/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4301437208 | 69 | | 701799 | IN | 10/27/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4400797908 | 69 | | 701799 | IN | 11/3/2008 | 1,050.00 | 1,050.00 | CAD |
| 7630 | 4400800108 | 69 | | 701799 | IN | 11/3/2008 | 1,638.00 | 1,638.00 | CAD |
| 7630 | 4400801908 | 69 | | 701799 | IN | 11/3/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4400802708 | 69 | | 701799 | IN | 11/3/2008 | 403.60 | 403.60 | CAD |
| 7630 | 4400803508 | 69 | | 701799 | IN | 11/3/2008 | 718.60 | 718.60 | CAD |
| 7630 | 4400804308 | 69 | | 701799 | IN | 11/3/2008 | 659.54 | 659.54 | CAD |
| 7630 | 4400805008 | 69 | | 701799 | IN | 11/3/2008 | 472.50 | 472.50 | CAD |
| 7630 | 4400806808 | 69 | | 701799 | IN | 11/3/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4400807608 | 69 | | 701799 | IN | 11/3/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4400808408 | 69 | | 701799 | IN | 11/3/2008 | 1,658.16 | 1,658.16 | CAD |
| 7630 | 4400809208 | 69 | | 701799 | IN | 11/3/2008 | 777.66 | 777.66 | CAD |
| 7630 | 4400810008 | 69 | | 701799 | IN | 11/3/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4500686308 | 69 | | 718403 | IN | 11/10/2008 | 1,076.25 | 1,076.25 | CAD |
| 7630 | 4500689708 | 69 | | 718403 | IN | 11/10/2008 | 1,638.00 | 1,638.00 | CAD |
| 7630 | 4500690508 | 69 | | 718403 | IN | 11/10/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4500691308 | 69 | | 718403 | IN | 11/10/2008 | 442.97 | 442.97 | CAD |
| 7630 | 4500692108 | 69 | | 718403 | IN | 11/10/2008 | 807.19 | 807.19 | CAD |
| 7630 | 4500693908 | 69 | | 718403 | IN | 11/10/2008 | 698.91 | 698.91 | CAD |



Nortel Networks
13700 International Place
Richmond, BC V6V 2X8

12/30/09

#4659970 & #4659963

| Branch | Invoice # | Collection | Document | Consol Inv | Entry Type | Invoice Date | Item Balance | Orig Item Amt | Cur |
|---|---|---|---|---|---|---|---|---|---|
| 7630 | 4500694708 | 69 | | 718403 | IN | 11/10/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4500695408 | 69 | | 718403 | IN | 11/10/2008 | 630.00 | 630.00 | CAD |
| 7630 | 4500696208 | 69 | | 718403 | IN | 11/10/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4500697008 | 69 | | 718403 | IN | 11/10/2008 | 994.90 | 994.90 | CAD |
| 7630 | 4500698808 | 69 | | 718403 | IN | 11/10/2008 | 472.50 | 472.50 | CAD |
| 7630 | 4500699608 | 69 | | 718403 | IN | 11/10/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4500700208 | 69 | | 718403 | IN | 11/10/2008 | 728.44 | 728.44 | CAD |
| 7630 | 4600670608 | 69 | | 718403 | IN | 11/17/2008 | 1,050.00 | 1,050.00 | CAD |
| 7630 | 4600673008 | 69 | | 718403 | IN | 11/17/2008 | 1,638.00 | 1,638.00 | CAD |
| 7630 | 4600674808 | 69 | | 718403 | IN | 11/17/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4600675508 | 69 | | 718403 | IN | 11/17/2008 | 393.75 | 393.75 | CAD |
| 7630 | 4600676308 | 69 | | 718403 | IN | 11/17/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4600677108 | 69 | | 718403 | IN | 11/17/2008 | 807.19 | 807.19 | CAD |
| 7630 | 4600678908 | 69 | | 718403 | IN | 11/17/2008 | 821.95 | 821.95 | CAD |
| 7630 | 4600679708 | 69 | | 718403 | IN | 11/17/2008 | 807.19 | 807.19 | CAD |
| 7630 | 4600680508 | 69 | | 718403 | IN | 11/17/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4600681308 | 69 | | 718403 | IN | 11/17/2008 | 1,658.16 | 1,658.16 | CAD |
| 7630 | 4600682108 | 69 | | 718403 | IN | 11/17/2008 | 787.51 | 787.51 | CAD |
| 7630 | 4600683908 | 69 | | 718403 | IN | 11/17/2008 | 630.00 | 630.00 | CAD |
| 7630 | 4600684708 | 69 | | 718403 | IN | 11/17/2008 | 590.63 | 590.63 | CAD |
| 7630 | 4600685408 | 69 | | 718403 | IN | 11/17/2008 | 947.36 | 947.36 | CAD |
| 7630 | 4700612708 | 69 | 4200601508 | 718403 | CR | 11/25/2008 | -866.25 | -866.25 | CAD |
| 7630 | 4700613508 | 69 | 4200601508 | 718403 | IN | 11/25/2008 | 669.38 | 669.38 | CAD |
| 7630 | 4701133308 | 69 | | 718403 | IN | 11/24/2008 | 1,050.00 | 1,050.00 | CAD |
| 7630 | 4701136608 | 69 | | 718403 | IN | 11/24/2008 | 1,638.00 | 1,638.00 | CAD |
| 7630 | 4701137408 | 69 | | 718403 | IN | 11/24/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4701138208 | 69 | | 718403 | IN | 11/24/2008 | 393.75 | 393.75 | CAD |
| 7630 | 4701139008 | 69 | | 718403 | IN | 11/24/2008 | 610.31 | 610.31 | CAD |
| 7630 | 4701140808 | 69 | | 718403 | IN | 11/24/2008 | 748.13 | 748.13 | CAD |
| 7630 | 4701141608 | 69 | | 718403 | IN | 11/24/2008 | 679.22 | 679.22 | CAD |
| 7630 | 4701142408 | 69 | | 718403 | IN | 11/24/2008 | 472.50 | 472.50 | CAD |
| 7630 | 4701143208 | 69 | | 718403 | IN | 11/24/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4701144008 | 69 | | 718403 | IN | 11/24/2008 | 1,658.16 | 1,658.16 | CAD |
| 7630 | 4701145708 | 69 | | 718403 | IN | 11/24/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4701146508 | 69 | | 718403 | IN | 11/24/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4701147308 | 69 | | 718403 | IN | 11/24/2008 | 482.35 | 482.35 | CAD |
| 7630 | 4801308008 | 69 | | 718403 | IN | 12/1/2008 | 1,063.13 | 1,063.13 | CAD |



**KELLY SERVICES**

Nortel Networks
13700 International Place
Richmond, BC V6V 2X8

12/30/09

#4659970 & #4659963

| Branch | Invoice # | Collection | Document | Consol Inv | Entry Type | Invoice Date | Item Balance | Orig Item Amt | Cur |
|---|---|---|---|---|---|---|---|---|---|
| 7630 | 4801310608 | 69 | | 718403 | IN | 12/1/2008 | 1,638.00 | 1,638.00 | CAD |
| 7630 | 4801311408 | 69 | | 718403 | IN | 12/1/2008 | 767.81 | 767.81 | CAD |
| 7630 | 4801312208 | 69 | | 718403 | IN | 12/1/2008 | 561.10 | 561.10 | CAD |
| 7630 | 4801313008 | 69 | | 718403 | IN | 12/1/2008 | 659.54 | 659.54 | CAD |
| 7630 | 4801314808 | 69 | | 718403 | IN | 12/1/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4801315508 | 69 | | 718403 | IN | 12/1/2008 | 826.88 | 826.88 | CAD |
| 7630 | 4801316308 | 69 | | 718403 | IN | 12/1/2008 | 1,678.89 | 1,678.89 | CAD |
| 7630 | 4801317108 | 69 | | 718403 | IN | 12/1/2008 | 910.56 | 910.56 | CAD |
| 7630 | 4801318908 | 69 | | 718403 | IN | 12/1/2008 | 954.86 | 954.86 | CAD |
| 7630 | 4801319708 | 69 | | 718403 | IN | 12/1/2008 | 404.21 | 404.21 | CAD |
| 7630 | 4900277708 | 69 | | 738702 | IN | 12/8/2008 | 72.18 | 72.18 | CAD |
| 7630 | 4900632308 | 69 | | 738702 | IN | 12/8/2008 | 1,050.00 | 1,050.00 | CAD |
| 7630 | 4900634908 | 69 | | 738702 | IN | 12/8/2008 | 1,638.00 | 1,638.00 | CAD |
| 7630 | 4900635608 | 69 | | 738702 | IN | 12/8/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4900636408 | 69 | | 738702 | IN | 12/8/2008 | 374.06 | 374.06 | CAD |
| 7630 | 4900637208 | 69 | | 738702 | IN | 12/8/2008 | 836.72 | 836.72 | CAD |
| 7630 | 4900638008 | 69 | | 738702 | IN | 12/8/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4900639808 | 69 | | 738702 | IN | 12/8/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4900640608 | 69 | | 738702 | IN | 12/8/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4900641408 | 69 | | 738702 | IN | 12/8/2008 | 1,658.16 | 1,658.16 | CAD |
| 7630 | 4900642208 | 69 | | 738702 | IN | 12/8/2008 | 748.13 | 748.13 | CAD |
| 7630 | 4900643008 | 69 | | 738702 | IN | 12/8/2008 | 787.50 | 787.50 | CAD |
| 7630 | 4900644808 | 69 | | 738702 | IN | 12/8/2008 | 378.95 | 378.95 | CAD |
| 7630 | 5000852308 | 69 | | 738702 | IN | 12/15/2008 | 1,050.00 | 1,050.00 | CAD |
| 7630 | 5000854908 | 69 | | 738702 | IN | 12/15/2008 | 1,638.00 | 1,638.00 | CAD |
| 7630 | 5000855608 | 69 | | 738702 | IN | 12/15/2008 | 787.50 | 787.50 | CAD |
| 7630 | 5000856408 | 69 | | 738702 | IN | 12/15/2008 | 305.16 | 305.16 | CAD |
| 7630 | 5000857208 | 69 | | 738702 | IN | 12/15/2008 | 689.06 | 689.06 | CAD |
| 7630 | 5000858008 | 69 | | 738702 | IN | 12/15/2008 | 787.50 | 787.50 | CAD |
| 7630 | 5000859808 | 69 | | 738702 | IN | 12/15/2008 | 787.50 | 787.50 | CAD |
| 7630 | 5000860608 | 69 | | 738702 | IN | 12/15/2008 | 787.50 | 787.50 | CAD |
| 7630 | 5000861408 | 69 | | 738702 | IN | 12/15/2008 | 1,658.16 | 1,658.16 | CAD |
| 7630 | 5000862208 | 69 | | 738702 | IN | 12/15/2008 | 787.50 | 787.50 | CAD |
| 7630 | 5000863008 | 69 | | 738702 | IN | 12/15/2008 | 787.50 | 787.50 | CAD |
| 7630 | 5000864808 | 69 | | 738702 | IN | 12/15/2008 | 947.36 | 947.36 | CAD |
| 7630 | 5100681508 | 69 | | 738702 | IN | 12/22/2008 | 1,050.00 | 1,050.00 | CAD |
| 7630 | 5100683108 | 69 | | 738702 | IN | 12/22/2008 | 1,924.65 | 1,924.65 | CAD |



Nortel Networks
13700 International Place
Richmond, BC  V6V 2X8

12/30/09

#4659970 & #4659963

| Branch | Invoice # | Collection | Document | Consol Inv | Entry Type | Invoice Date | Item Balance | Orig Item Amt | Cur |
|---|---|---|---|---|---|---|---|---|---|
| 7630 | 5100684908 | 69 | | 738702 | IN | 12/22/2008 | 1,176.39 | 1,176.39 | CAD |
| 7630 | 5100685608 | 69 | | 738702 | IN | 12/22/2008 | 344.54 | 344.54 | CAD |
| 7630 | 5100686408 | 69 | | 738702 | IN | 12/22/2008 | 797.35 | 797.35 | CAD |
| 7630 | 5100687208 | 69 | | 738702 | IN | 12/22/2008 | 630.00 | 630.00 | CAD |
| 7630 | 5100688008 | 69 | | 738702 | IN | 12/22/2008 | 1,309.30 | 1,309.30 | CAD |
| 7630 | 5100689808 | 69 | | 738702 | IN | 12/22/2008 | 787.50 | 787.50 | CAD |
| 7630 | 5100690608 | 69 | | 738702 | IN | 12/22/2008 | 2,694.51 | 2,694.51 | CAD |
| 7630 | 5100691408 | 69 | | 738702 | IN | 12/22/2008 | 1,043.47 | 1,043.47 | CAD |
| 7630 | 5100692208 | 69 | | 738702 | IN | 12/22/2008 | 1,043.47 | 1,043.47 | CAD |
| 7630 | 5100693008 | 69 | | 738702 | IN | 12/22/2008 | 947.36 | 947.36 | CAD |
| 7630 | 5200884408 | 69 | | 738702 | IN | 12/29/2008 | 420.00 | 420.00 | CAD |
| 7630 | 5200886908 | 69 | | 738702 | IN | 12/29/2008 | 327.60 | 327.60 | CAD |
| 7630 | 5200887708 | 69 | | 738702 | IN | 12/29/2008 | 649.69 | 649.69 | CAD |
| 7630 | 5200888508 | 69 | | 738702 | IN | 12/29/2008 | 177.19 | 177.19 | CAD |
| 7630 | 5200889308 | 69 | | 738702 | IN | 12/29/2008 | 315.00 | 315.00 | CAD |
| 7630 | 5200890108 | 69 | | 738702 | IN | 12/29/2008 | 423.29 | 423.29 | CAD |
| 7630 | 5200891908 | 69 | | 738702 | IN | 12/29/2008 | 344.54 | 344.54 | CAD |
| 7630 | 5200892708 | 69 | | 738702 | IN | 12/29/2008 | 315.00 | 315.00 | CAD |
| 7630 | 5200893508 | 69 | | 738702 | IN | 12/29/2008 | 1,699.61 | 1,699.61 | CAD |
| 7630 | 5200894308 | 69 | | 738702 | IN | 12/29/2008 | 374.06 | 374.06 | CAD |
| 7630 | 5200895008 | 69 | | 738702 | IN | 12/29/2008 | 511.88 | 511.88 | CAD |
| 7630 | 5200896808 | 69 | | 738702 | IN | 12/29/2008 | 656.84 | 656.84 | CAD |
| 7634 | 0100364909 | 69 | | 738702 | IN | 1/5/2009 | 1,248.24 | 1,248.24 | CAD |
| 7634 | 0100365609 | 69 | | 738702 | IN | 1/5/2009 | 924.00 | 924.00 | CAD |
| 7634 | 0100366409 | 69 | | 738702 | IN | 1/5/2009 | 1,073.52 | 1,073.52 | CAD |
| 7634 | 0100367209 | 69 | | 738702 | IN | 1/5/2009 | 1,134.00 | 1,134.00 | CAD |
| 7634 | 0100368009 | 69 | | 738702 | IN | 1/5/2009 | 302.40 | 302.40 | CAD |
| 7634 | 0100369809 | 69 | | 738702 | IN | 1/5/2009 | 289.80 | 289.80 | CAD |
| 7634 | 0100370609 | 69 | | 738702 | IN | 1/5/2009 | 1,310.82 | 1,310.82 | CAD |
| 7634 | 0100371409 | 69 | | 738702 | IN | 1/5/2009 | 1,894.20 | 1,894.20 | CAD |
| 7634 | 0100372209 | 69 | | 738702 | IN | 1/5/2009 | 1,651.45 | 1,651.45 | CAD |
| 7634 | 0100373009 | 69 | | 738702 | IN | 1/5/2009 | 518.00 | 518.00 | CAD |
| 7630 | 0200631009 | 69 | | 754681 | IN | 1/12/2009 | 801.78 | 801.78 | CAD |
| 7634 | 0200641909 | 69 | | 754681 | IN | 1/12/2009 | 1,241.63 | 1,241.63 | CAD |
| 7634 | 0200642709 | 69 | | 754681 | IN | 1/12/2009 | 1,201.00 | 1,201.00 | CAD |
| 7634 | 0200643509 | 69 | | 754681 | IN | 1/12/2009 | 1,134.00 | 1,134.00 | CAD |
| 7634 | 0200644309 | 69 | | 754681 | IN | 1/12/2009 | 1,008.00 | 1,008.00 | CAD |



Nortel Networks
13700 International Place
Richmond, BC V6V 2X8

12/30/09

#4659970 & #4659963

| Branch | Invoice # | Collection | Document | Consol Inv | Entry Type | Invoice Date | Item Balance | Orig Item Amt | Cur |
|---|---|---|---|---|---|---|---|---|---|
| 7634 | 0200645009 | 69 | | 754681 | IN | 1/12/2009 | 1,092.00 | 1,092.00 | CAD |
| 7634 | 0200646809 | 69 | | 754681 | IN | 1/12/2009 | 1,008.00 | 1,008.00 | CAD |
| 7634 | 0200647609 | 69 | | 754681 | IN | 1/12/2009 | 1,441.90 | 1,441.90 | CAD |
| 7634 | 0200648409 | 69 | | 754681 | IN | 1/12/2009 | 2,281.65 | 2,281.65 | CAD |
| 7634 | 0200649209 | 69 | | 754681 | IN | 1/12/2009 | 1,522.50 | 1,522.50 | CAD |
| 7630 | 0400072509 | 69 | 0200631009 | 754681 | CR | 1/22/2009 | -14.28 | -14.28 | CAD |
| 7634 | 0500389209 | 69 | | 754681 | IN | 1/30/2009 | 947.10 | 947.10 | CAD |
| 7634 | 0500390009 | 69 | | 754681 | IN | 1/30/2009 | 609.00 | 609.00 | CAD |
| 7634 | 0500394209 | 69 | | 754681 | IN | 1/30/2009 | 524.33 | 524.33 | CAD |
| 7634 | 0500398309 | 69 | | 754681 | IN | 1/30/2009 | 403.20 | 403.20 | CAD |
| 7634 | 0500402309 | 69 | | 754681 | IN | 1/30/2009 | 436.80 | 436.80 | CAD |
| 7634 | 0500406409 | 69 | | 754681 | IN | 1/30/2009 | 352.80 | 352.80 | CAD |
| 7634 | 0500410609 | 69 | | 754681 | IN | 1/30/2009 | 623.70 | 623.70 | CAD |
| 7634 | 0500414809 | 69 | | 754681 | IN | 1/30/2009 | 496.50 | 496.50 | CAD |
| 7634 | 0500418909 | 69 | | 754681 | IN | 1/30/2009 | 450.45 | 450.45 | CAD |
| 7630 | 0500458509 | 69 | | 754681 | IN | 1/30/2009 | 315.00 | 315.00 | CAD |
| 7634 | 1500315509 | 69 | 5100705208 | 841183 | CR | 4/14/2009 | -2,392.14 | -2,392.14 | CAD |
| 7630 | 2408408907 | 69 | | | IN | 6/18/2007 | 259.40 | 259.40 | CAD |
| 7630 | 4000676908 | 69 | | 701799 | IN | 10/6/2008 | 892.50 | 892.50 | CAD |
| 7630 | 4000677708 | 69 | | 701799 | IN | 10/6/2008 | 630.00 | 630.00 | CAD |
| 7634 | 4000691808 | 69 | | 701799 | IN | 10/6/2008 | 1,560.30 | 1,560.30 | CAD |
| 7634 | 4000692608 | 69 | | 701799 | IN | 10/6/2008 | 924.00 | 924.00 | CAD |
| 7634 | 4000693408 | 69 | | 701799 | IN | 10/6/2008 | 1,744.47 | 1,744.47 | CAD |
| 7634 | 4000694208 | 69 | | 701799 | IN | 10/6/2008 | 1,438.76 | 1,438.76 | CAD |
| 7634 | 4000695908 | 69 | | 701799 | IN | 10/6/2008 | 781.20 | 781.20 | CAD |
| 7634 | 4000696708 | 69 | | 701799 | IN | 10/6/2008 | 1,173.90 | 1,173.90 | CAD |
| 7634 | 4000697508 | 69 | | 701799 | IN | 10/6/2008 | 1,008.00 | 1,008.00 | CAD |
| 7634 | 4000698308 | 69 | | 701799 | IN | 10/6/2008 | 1,310.82 | 1,310.82 | CAD |
| 7634 | 4000699108 | 69 | | 701799 | IN | 10/6/2008 | 2,346.23 | 2,346.23 | CAD |
| 7634 | 4000700708 | 69 | | 701799 | IN | 10/6/2008 | 1,339.80 | 1,339.80 | CAD |
| 7630 | 4100540608 | 69 | | 701799 | IN | 10/13/2008 | 1,160.25 | 1,160.25 | CAD |
| 7630 | 4100541408 | 69 | | 701799 | IN | 10/13/2008 | 630.00 | 630.00 | CAD |
| 7634 | 4100555408 | 69 | | 701799 | IN | 10/13/2008 | 1,981.58 | 1,981.58 | CAD |
| 7634 | 4100556208 | 69 | | 701799 | IN | 10/13/2008 | 1,136.52 | 1,136.52 | CAD |
| 7634 | 4100557008 | 69 | | 701799 | IN | 10/13/2008 | 1,140.62 | 1,140.62 | CAD |
| 7634 | 4100558808 | 69 | | 701799 | IN | 10/13/2008 | 1,906.54 | 1,906.54 | CAD |
| 7634 | 4100559608 | 69 | | 701799 | IN | 10/13/2008 | 957.60 | 957.60 | CAD |


**KELLY SERVICES**

Nortel Networks
13700 International Place
Richmond, BC V6V 2X8

12/30/09

#4659970 & #4659963

| Branch | Invoice # | Collection | Document | Consol Inv | Entry Type | Invoice Date | Item Balance | Orig Item Amt | Cur |
|---|---|---|---|---|---|---|---|---|---|
| 7634 | 4100560408 | 69 | | 701799 | IN | 10/13/2008 | 1,173.90 | 1,173.90 | CAD |
| 7634 | 4100561208 | 69 | | 701799 | IN | 10/13/2008 | 819.00 | 819.00 | CAD |
| 7634 | 4100562008 | 69 | | 701799 | IN | 10/13/2008 | 2,449.70 | 2,449.70 | CAD |
| 7634 | 4100563808 | 69 | | 701799 | IN | 10/13/2008 | 3,217.99 | 3,217.99 | CAD |
| 7634 | 4100564608 | 69 | | 701799 | IN | 10/13/2008 | 1,568.18 | 1,568.18 | CAD |
| 7630 | 4200602308 | 69 | | 701799 | IN | 10/20/2008 | 714.00 | 714.00 | CAD |
| 7630 | 4200603108 | 69 | | 701799 | IN | 10/20/2008 | 472.50 | 472.50 | CAD |
| 7634 | 4200618908 | 69 | | 701799 | IN | 10/20/2008 | 998.59 | 998.59 | CAD |
| 7634 | 4200619708 | 69 | | 701799 | IN | 10/20/2008 | 739.20 | 739.20 | CAD |
| 7634 | 4200620508 | 69 | | 701799 | IN | 10/20/2008 | 858.82 | 858.82 | CAD |
| 7634 | 4200621308 | 69 | | 701799 | IN | 10/20/2008 | 907.20 | 907.20 | CAD |
| 7634 | 4200622108 | 69 | | 701799 | IN | 10/20/2008 | 730.80 | 730.80 | CAD |
| 7634 | 4200623908 | 69 | | 701799 | IN | 10/20/2008 | 900.90 | 900.90 | CAD |
| 7634 | 4200624708 | 69 | | 701799 | IN | 10/20/2008 | 856.80 | 856.80 | CAD |
| 7634 | 4200625408 | 69 | | 701799 | IN | 10/20/2008 | 1,048.66 | 1,048.66 | CAD |
| 7634 | 4200626208 | 69 | | 701799 | IN | 10/20/2008 | 1,722.00 | 1,722.00 | CAD |
| 7634 | 4200627008 | 69 | | 701799 | IN | 10/20/2008 | 1,233.23 | 1,233.23 | CAD |
| 7630 | 4301425708 | 69 | | 701799 | IN | 10/27/2008 | 1,050.00 | 1,050.00 | CAD |
| 7630 | 4301426508 | 69 | | 701799 | IN | 10/27/2008 | 630.00 | 630.00 | CAD |
| 7634 | 4301440608 | 69 | | 701799 | IN | 10/27/2008 | 1,560.30 | 1,560.30 | CAD |
| 7634 | 4301441408 | 69 | | 701799 | IN | 10/27/2008 | 1,136.52 | 1,136.52 | CAD |
| 7634 | 4301442208 | 69 | | 701799 | IN | 10/27/2008 | 1,073.52 | 1,073.52 | CAD |
| 7634 | 4301443008 | 69 | | 701799 | IN | 10/27/2008 | 1,417.50 | 1,417.50 | CAD |
| 7634 | 4301444808 | 69 | | 701799 | IN | 10/27/2008 | 957.60 | 957.60 | CAD |
| 7634 | 4301445508 | 69 | | 701799 | IN | 10/27/2008 | 1,119.30 | 1,119.30 | CAD |
| 7634 | 4301446308 | 69 | | 701799 | IN | 10/27/2008 | 1,184.40 | 1,184.40 | CAD |
| 7634 | 4301447108 | 69 | | 701799 | IN | 10/27/2008 | 1,638.55 | 1,638.55 | CAD |
| 7634 | 4301448908 | 69 | | 701799 | IN | 10/27/2008 | 1,722.00 | 1,722.00 | CAD |
| 7634 | 4301449708 | 69 | | 701799 | IN | 10/27/2008 | 1,362.64 | 1,362.64 | CAD |
| 7630 | 4400798708 | 69 | | 701799 | IN | 11/3/2008 | 840.00 | 840.00 | CAD |
| 7630 | 4400799508 | 69 | | 701799 | IN | 11/3/2008 | 748.13 | 748.13 | CAD |
| 7634 | 4400813408 | 69 | | 701799 | IN | 11/3/2008 | 1,248.24 | 1,248.24 | CAD |
| 7634 | 4400814208 | 69 | | 701799 | IN | 11/3/2008 | 935.55 | 935.55 | CAD |
| 7634 | 4400815908 | 69 | | 701799 | IN | 11/3/2008 | 1,073.52 | 1,073.52 | CAD |
| 7634 | 4400816708 | 69 | | 701799 | IN | 11/3/2008 | 1,134.00 | 1,134.00 | CAD |
| 7634 | 4400817508 | 69 | | 701799 | IN | 11/3/2008 | 793.80 | 793.80 | CAD |
| 7634 | 4400818308 | 69 | | 701799 | IN | 11/3/2008 | 1,092.00 | 1,092.00 | CAD |



**KELLY SERVICES**

Nortel Networks
13700 International Place
Richmond, BC V6V 2X8

12/30/09

#4659970 & #4659963

| Branch | Invoice # | Collection | Document | Consol Inv | Entry Type | Invoice Date | Item Balance | Orig Item Amt | Cur |
|---|---|---|---|---|---|---|---|---|---|
| 7634 | 4400819108 | 69 | | 701799 | IN | 11/3/2008 | 1,008.00 | 1,008.00 | CAD |
| 7634 | 4400820908 | 69 | | 701799 | IN | 11/3/2008 | 2,031.83 | 2,031.83 | CAD |
| 7634 | 4400821708 | 69 | | 701799 | IN | 11/3/2008 | 1,894.20 | 1,894.20 | CAD |
| 7634 | 4400822508 | 69 | | 701799 | IN | 11/3/2008 | 1,339.80 | 1,339.80 | CAD |
| 7630 | 4500687108 | 69 | | 718403 | IN | 11/10/2008 | 840.00 | 840.00 | CAD |
| 7630 | 4500688908 | 69 | | 718403 | IN | 11/10/2008 | 787.50 | 787.50 | CAD |
| 7634 | 4500702808 | 69 | | 718403 | IN | 11/10/2008 | 1,248.24 | 1,248.24 | CAD |
| 7634 | 4500703608 | 69 | | 718403 | IN | 11/10/2008 | 889.35 | 889.35 | CAD |
| 7634 | 4500704408 | 69 | | 718403 | IN | 11/10/2008 | 858.82 | 858.82 | CAD |
| 7634 | 4500705108 | 69 | | 718403 | IN | 11/10/2008 | 1,134.00 | 1,134.00 | CAD |
| 7634 | 4500706908 | 69 | | 718403 | IN | 11/10/2008 | 945.00 | 945.00 | CAD |
| 7634 | 4500707708 | 69 | | 718403 | IN | 11/10/2008 | 1,092.00 | 1,092.00 | CAD |
| 7634 | 4500708508 | 69 | | 718403 | IN | 11/10/2008 | 932.40 | 932.40 | CAD |
| 7634 | 4500709308 | 69 | | 718403 | IN | 11/10/2008 | 1,310.82 | 1,310.82 | CAD |
| 7634 | 4500710108 | 69 | | 718403 | IN | 11/10/2008 | 1,722.00 | 1,722.00 | CAD |
| 7634 | 4500711908 | 69 | | 718403 | IN | 11/10/2008 | 1,476.83 | 1,476.83 | CAD |
| 7630 | 4600671408 | 69 | | 718403 | IN | 11/17/2008 | 903.00 | 903.00 | CAD |
| 7630 | 4600672208 | 69 | | 718403 | IN | 11/17/2008 | 787.50 | 787.50 | CAD |
| 7634 | 4600688808 | 69 | | 718403 | IN | 11/17/2008 | 1,607.11 | 1,607.11 | CAD |
| 7634 | 4600689608 | 69 | | 718403 | IN | 11/17/2008 | 1,460.03 | 1,460.03 | CAD |
| 7634 | 4600690408 | 69 | | 718403 | IN | 11/17/2008 | 1,008.00 | 1,008.00 | CAD |
| 7634 | 4600691208 | 69 | | 718403 | IN | 11/17/2008 | 1,092.00 | 1,092.00 | CAD |
| 7634 | 4600692008 | 69 | | 718403 | IN | 11/17/2008 | 982.80 | 982.80 | CAD |
| 7634 | 4600693808 | 69 | | 718403 | IN | 11/17/2008 | 1,409.13 | 1,409.13 | CAD |
| 7634 | 4600694608 | 69 | | 718403 | IN | 11/17/2008 | 2,798.25 | 2,798.25 | CAD |
| 7634 | 4600695308 | 69 | | 718403 | IN | 11/17/2008 | 1,591.01 | 1,591.01 | CAD |
| 7630 | 4701134108 | 69 | | 718403 | IN | 11/24/2008 | 504.00 | 504.00 | CAD |
| 7630 | 4701135808 | 69 | | 718403 | IN | 11/24/2008 | 787.50 | 787.50 | CAD |
| 7634 | 4701149908 | 69 | | 718403 | IN | 11/24/2008 | 1,248.24 | 1,248.24 | CAD |
| 7634 | 4701150708 | 69 | | 718403 | IN | 11/24/2008 | 924.00 | 924.00 | CAD |
| 7634 | 4701151508 | 69 | | 718403 | IN | 11/24/2008 | 1,060.10 | 1,060.10 | CAD |
| 7634 | 4701152308 | 69 | | 718403 | IN | 11/24/2008 | 1,134.00 | 1,134.00 | CAD |
| 7634 | 4701153108 | 69 | | 718403 | IN | 11/24/2008 | 957.60 | 957.60 | CAD |
| 7634 | 4701154908 | 69 | | 718403 | IN | 11/24/2008 | 1,092.00 | 1,092.00 | CAD |
| 7634 | 4701155608 | 69 | | 718403 | IN | 11/24/2008 | 945.00 | 945.00 | CAD |
| 7634 | 4701156408 | 69 | | 718403 | IN | 11/24/2008 | 1,310.82 | 1,310.82 | CAD |
| 7634 | 4701157208 | 69 | | 718403 | IN | 11/24/2008 | 2,281.65 | 2,281.65 | CAD |



Nortel Networks
13700 International Place
Richmond, BC V6V 2X8

12/30/09

#4659970 & #4659963

| Branch | Invoice # | Collection | Document | Consol Inv | Entry Type | Invoice Date | Item Balance | Orig Item Amt | Cur |
|---|---|---|---|---|---|---|---|---|---|
| 7634 | 4701158008 | 69 | | 718403 | IN | 11/24/2008 | 1,499.66 | 1,499.66 | CAD |
| 7630 | 4801309808 | 69 | | 718403 | IN | 12/1/2008 | 787.50 | 787.50 | CAD |
| 7634 | 4801322108 | 69 | | 718403 | IN | 12/1/2008 | 1,201.43 | 1,201.43 | CAD |
| 7634 | 4801323908 | 69 | | 718403 | IN | 12/1/2008 | 877.80 | 877.80 | CAD |
| 7634 | 4801324708 | 69 | | 718403 | IN | 12/1/2008 | 1,073.52 | 1,073.52 | CAD |
| 7634 | 4801325408 | 69 | | 718403 | IN | 12/1/2008 | 1,134.00 | 1,134.00 | CAD |
| 7634 | 4801326208 | 69 | | 718403 | IN | 12/1/2008 | 982.80 | 982.80 | CAD |
| 7634 | 4801327008 | 69 | | 718403 | IN | 12/1/2008 | 1,092.00 | 1,092.00 | CAD |
| 7634 | 4801328808 | 69 | | 718403 | IN | 12/1/2008 | 1,146.60 | 1,146.60 | CAD |
| 7634 | 4801329608 | 69 | | 718403 | IN | 12/1/2008 | 1,310.82 | 1,310.82 | CAD |
| 7634 | 4801330408 | 69 | | 718403 | IN | 12/1/2008 | 2,249.36 | 2,249.36 | CAD |
| 7634 | 4801331208 | 69 | | 718403 | IN | 12/1/2008 | 1,499.66 | 1,499.66 | CAD |
| 7630 | 4900633108 | 69 | | 738702 | IN | 12/8/2008 | 630.00 | 630.00 | CAD |
| 7634 | 4900647108 | 69 | | 738702 | IN | 12/8/2008 | 2,192.22 | 2,192.22 | CAD |
| 7634 | 4900648908 | 69 | | 738702 | IN | 12/8/2008 | 1,556.94 | 1,556.94 | CAD |
| 7634 | 4900649708 | 69 | | 738702 | IN | 12/8/2008 | 1,462.67 | 1,462.67 | CAD |
| 7634 | 4900650508 | 69 | | 738702 | IN | 12/8/2008 | 1,991.59 | 1,991.59 | CAD |
| 7634 | 4900651308 | 69 | | 738702 | IN | 12/8/2008 | 995.40 | 995.40 | CAD |
| 7634 | 4900652108 | 69 | | 738702 | IN | 12/8/2008 | 1,064.70 | 1,064.70 | CAD |
| 7634 | 4900653908 | 69 | | 738702 | IN | 12/8/2008 | 995.40 | 995.40 | CAD |
| 7634 | 4900654708 | 69 | | 738702 | IN | 12/8/2008 | 1,310.82 | 1,310.82 | CAD |
| 7634 | 4900655408 | 69 | | 738702 | IN | 12/8/2008 | 2,572.24 | 2,572.24 | CAD |
| 7634 | 4900656208 | 69 | | 738702 | IN | 12/8/2008 | 1,522.50 | 1,522.50 | CAD |
| 7630 | 5000853108 | 69 | | 738702 | IN | 12/15/2008 | 787.50 | 787.50 | CAD |
| 7634 | 5000867108 | 69 | | 738702 | IN | 12/15/2008 | 2,051.79 | 2,051.79 | CAD |
| 7634 | 5000868908 | 69 | | 738702 | IN | 12/15/2008 | 1,556.94 | 1,556.94 | CAD |
| 7634 | 5000869708 | 69 | | 738702 | IN | 12/15/2008 | 1,261.39 | 1,261.39 | CAD |
| 7634 | 5000870508 | 69 | | 738702 | IN | 12/15/2008 | 1,864.01 | 1,864.01 | CAD |
| 7634 | 5000871308 | 69 | | 738702 | IN | 12/15/2008 | 806.40 | 806.40 | CAD |
| 7634 | 5000872108 | 69 | | 738702 | IN | 12/15/2008 | 1,092.00 | 1,092.00 | CAD |
| 7634 | 5000873908 | 69 | | 738702 | IN | 12/15/2008 | 831.60 | 831.60 | CAD |
| 7634 | 5000874708 | 69 | | 738702 | IN | 12/15/2008 | 1,310.82 | 1,310.82 | CAD |
| 7634 | 5000875408 | 69 | | 738702 | IN | 12/15/2008 | 2,281.65 | 2,281.65 | CAD |
| 7634 | 5000876208 | 69 | | 738702 | IN | 12/15/2008 | 1,499.66 | 1,499.66 | CAD |
| 7630 | 5100682308 | 69 | | 738702 | IN | 12/22/2008 | 895.79 | 895.79 | CAD |
| 7634 | 5100695508 | 69 | | 738702 | IN | 12/22/2008 | 2,051.79 | 2,051.79 | CAD |
| 7634 | 5100696308 | 69 | | 738702 | IN | 12/22/2008 | 1,451.84 | 1,451.84 | CAD |

999 WEST BIG BEAVER • TROY, MICHIGAN 48084-4782
TELEPHONE (248) 362-4444



# KELLY
## SERVICES

Nortel Networks
13700 International Place
Richmond, BC V6V 2X8

12/30/09

#4659970 & #4659963

| Branch | Invoice # | Collection | Document | Consol Inv | Entry Type | Invoice Date | Item Balance | Orig Item Amt | Cur |
|---|---|---|---|---|---|---|---|---|---|
| 7634 | 5100697108 | 69 | | 738702 | IN | 12/22/2008 | 1,663.96 | 1,663.96 | CAD |
| 7634 | 5100698908 | 69 | | 738702 | IN | 12/22/2008 | 1,864.01 | 1,864.01 | CAD |
| 7634 | 5100699708 | 69 | | 738702 | IN | 12/22/2008 | 1,108.80 | 1,108.80 | CAD |
| 7634 | 5100700308 | 69 | | 738702 | IN | 12/22/2008 | 1,303.58 | 1,303.58 | CAD |
| 7634 | 5100701108 | 69 | | 738702 | IN | 12/22/2008 | 1,278.90 | 1,278.90 | CAD |
| 7634 | 5100702908 | 69 | | 738702 | IN | 12/22/2008 | 2,031.83 | 2,031.83 | CAD |
| 7634 | 5100703708 | 69 | | 738702 | IN | 12/22/2008 | 3,185.70 | 3,185.70 | CAD |
| 7634 | 5100704508 | 69 | | 738702 | IN | 12/22/2008 | 1,796.55 | 1,796.55 | CAD |
| 7634 | 5100705208 | 69 | | 738702 | IN | 12/22/2008 | 4,501.36 | 4,501.36 | CAD |
| 7634 | 5200421508 | 69 | | 738702 | IN | 12/27/2008 | 100.00 | 100.00 | CAD |
| 7634 | 5200423108 | 69 | | 738702 | IN | 12/27/2008 | 675.97 | 675.97 | CAD |
| 7630 | 5200885108 | 69 | | 738702 | IN | 12/29/2008 | 315.00 | 315.00 | CAD |
| 7634 | 5200898408 | 69 | | 738702 | IN | 12/29/2008 | 1,248.24 | 1,248.24 | CAD |
| 7634 | 5200899208 | 69 | | 738702 | IN | 12/29/2008 | 693.00 | 693.00 | CAD |
| 7634 | 5200900808 | 69 | | 738702 | IN | 12/29/2008 | 805.14 | 805.14 | CAD |
| 7634 | 5200901608 | 69 | | 738702 | IN | 12/29/2008 | 850.50 | 850.50 | CAD |
| 7634 | 5200902408 | 69 | | 738702 | IN | 12/29/2008 | 655.20 | 655.20 | CAD |
| 7634 | 5200903208 | 69 | | 738702 | IN | 12/29/2008 | 491.40 | 491.40 | CAD |
| 7634 | 5200904008 | 69 | | 738702 | IN | 12/29/2008 | 781.20 | 781.20 | CAD |
| 7634 | 5200905708 | 69 | | 738702 | IN | 12/29/2008 | 983.12 | 983.12 | CAD |
| 7634 | 5200906508 | 69 | | 738702 | IN | 12/29/2008 | 1,894.20 | 1,894.20 | CAD |
| 7634 | 5200907308 | 69 | | 738702 | IN | 12/29/2008 | 1,339.80 | 1,339.80 | CAD |

**377,229.87**

