# EXHIBIT A

| United States Bankruptcy Court | District of ___Delaware___ | **PROOF OF CLAIM** |
|---|---|---|

| Name of Debtor | Case Number |
|---|---|
| PERIPHONICS CORP    *Nortel* | 09-10138KG |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. sec. 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Long Island Lighting Company dba LIPA

Name and Address Where Notices Should Be Sent

Elisa M. Pugliese, Esq.
175 E. Old Country Road
Hicksville, NY 11801

Telephone No. 516-545-5345

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space Is For Court Use Only

Account or other number by which creditor identifies debtor: 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-2

Check box ☐ replaces ☐ amends a previously filed claim, dated: _____
if this claim

**1. BASIS FOR CLAIM**
☐ Goods sold
☑ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other:

☐ Retiree benefits as defined in 11 U.S.C. sec. 1114(a)
☐ Wages, salaries, and compansation (Fill out below)
Last four digits of SS#:        0
Unpaid compensation for s
from        to

**2. Date debt was incurred:** 1/14/2009     **3. If court judgement, date obtained:**

| 4. Total Amount of Claim at Time Case Filed: | $81,915.51 (Unsecured) | $0.00 (Secured) | $0.00 (Priority) | $81,915.51 (Total) |
|---|---|---|---|---|

If all or part of your claim is secured or entitled to priority, also complete Item 5 and below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Chech this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other
Value of Collateral: $0.00
Amount of arrearage and other charges at the time case filed included in secured claim, if any $ $0.00
**6. Unsecured Nonpriority Claim $** $81,915.51
☑ Check this box if: a) there is no collateral or lein securing your claim, or b) your claim exceeds the value of the property securing it, or of c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim.
Amount entitled to priority. $ $0.00
Specufy the priority of the claim.
☐ Wages, salaries, or commisions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier--11 U.S.C. sec. 507(a)(3)
☐ Contributions to an employee benefit plan--11 U.S.C. sec. 507(a)(4)
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use--11 U.S.C. sec. 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. sec. 507(a)(7)
☐ Taxes or penalties of governmental units--11 U.S.C. sec. 507(a)(8)
☐ Other--Specify applicable paragraph of 11 USC sec 507(a)
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all pay... this proof of claim.
**9. Supporting Documents:** Atta... orders, invoices, itemized stateme... agreements, and evidence of perf... not available, explain. If document
**10. Date Stamped Copy:** To receive... addressed envelope and copy of this proof of claim.

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)     0000000504

...se of making
...urchase
...ecurity
the documents are

This Space Is For Court Use Only

| Date 2-24-09 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Suzanne Brienza, Collection Operations Supervisor |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. sec. 152 and sec. 3571.

# STATEMENT OF ENERGY CHARGES

*For additional information contact:*

_____        _____

Your Customer Representative                Telephone Number

```
        AOCO      DATE=02/20/09   ,TIME=  9:52 A.M.

  PERIPHONICS CORP      ::                    01-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-25
4000           VETERANS          HWY         BOHEMIA        NY  11716
MAIL: 15 PARK DR                 MELVILLE      NY  11747

             DEPOSIT    AMT DUE    CURRENT     30 DAY     60 DAY     90 DAY   TOT ARREARS
               00     81915.51   15873.02   30988.90   35053.59        .00   66042.49
                                                   #BUDGETS BILLED    BB/BAL
CASH-DTE  TE    CASH-AMT  *   BB/AMT  BILL-TOTAL  BILL-DTE  ELEC-AMT-RD    GAS-AMT-RD
02-10-09  96     990.64   *             14882.38  01-14-09   14882.38 F
01-06-09  96     525.80   *             30463.10  12-31-08   30463.10 S
11-25-08  11   35042.06-  *             35053.59  12-02-08   35053.59 S
10-21-08  11   42363.22-  *             35042.06  10-31-08   35042.06 S
09-24-08  11   47186.67-  *             42363.22  10-01-08   42363.22 S
08-25-08  11   58101.69-  *             47186.67  09-03-08   47186.67 S
08-06-08  11   40240.30-  *             58101.69  08-04-08   58101.69 S
07-01-08  11   35471.19-  *             40240.30  07-01-08   40240.30 S
05-28-08  11   39378.54-  *             35471.19  06-06-08   35471.19 S
04-22-08  11   29385.69-  *             39378.54  05-07-08   39378.54 S
03-25-08  11   35243.41-  *             29385.69  04-02-08   29385.69 S
02-26-08  11   27569.42-  *             35243.41  03-05-08   35243.41 S
01-23-08  11   27825.59-  *             27569.42  01-30-08   27569.42 S
12-21-07  11   32471.63-  *             27825.59  01-03-08   27825.59 S
                                                                  MOR  SCNS
        CSH2  *
```