# EXHIBIT B

PERIPHONICS CORP                                01-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-25
4000            VETERANS        HWY       BOHEMIA    NY 11716
MAIL: 15 PARK DR                MELVILLE   NY 11747

```
          BAL DUE    AMT DUE   CURRENT    30 DAY    60 DAY    90 DAY   TOT ARREARS
             00     81915.51      .00        .00       .00       .00          .00
                                                  #BUDGETS BILLED    BB/BAL
CASH-DTE TE    CASH-AMT *  BB/AMT BILL-TOTAL BILL-DTE   ELEC-AMT-RD      GAS-AMT-RD
02-10-09 96      990.64  *          14882.38 01-14-09   14882.38 F
01-06-09 96      525.80  *          30463.10 12-31-08   30463.10 S
11-25-08 11    35042.06- *          35053.59 12-02-08   35053.59 S
10-21-08 11    42363.22- *          35042.06 10-31-08   35042.06 S
09-24-08 11    47186.67- *          42363.22 10-01-08   42363.22 S
08-25-08 11    58101.69- *          47186.67 09-03-08   47186.67 S
08-06-08 11    40240.30- *          58101.69 08-04-08   58101.69 S
07-01-08 11    35471.19- *          40240.30 07-01-08   40240.30 S
05-28-08 11    39378.54- *          35471.19 06-06-08   35471.19 S
04-22-08 11    29385.69- *          39378.54 05-07-08   39378.54 S
03-25-08 11    35243.41- *          29385.69 04-02-08   29385.69 S
02-26-08 11    27569.42- *          35243.41 03-05-08   35243.41 S
01-23-08 11    27825.59- *          27569.42 01-30-08   27569.42 S
12-21-07 11    32471.63- *          27825.59 01-03-08   27825.59 S
                                             CHG OFF # 090248059   MOR SCNS
          CSH2  *
```

```
PERIPHONICS CORP                          01-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-25
4000            VETERANS      HWY    BOHEMIA   NY 11716
MAIL: 15 PARK DR              MELVILLE    NY 11747

          BAL DUE   AMT DUE   CURRENT   30 DAY   60 DAY   90 DAY   TOT ARREARS
             00    81915.51      .00      .00      .00      .00        .00
                                        #BUDGETS BILLED    BB/BAL
CASH-DTE TE    CASH-AMT *  BB/AMT BILL-TOTAL BILL-DTE E   285      G
12-21-07 11   32471.63- *         27825.59 01-03-08  27825.59 S
11-28-07 11   33148.06- *         32471.63 12-04-07  32471.63 S
10-30-07 11   33632.78- *         33148.06 10-31-07  33148.06 S
10-04-07 11   51421.53- *         33632.78 10-01-07  33632.78 S
08-29-07 11   42213.84- *         51421.53 09-06-07  51421.53 S
07-24-07 11   44147.90- *         42213.84 08-01-07  42213.84 S
06-26-07 11   33758.21- *         44147.90 07-02-07  44147.90 S
06-04-07 11   29019.87- *         33758.21 06-01-07  33758.21 S
04-24-07 11   29746.96- *         29019.87 05-01-07  29019.87 S
03-27-07 11   25817.67- *         29746.96 04-02-07  29746.96 S
02-28-07 11   27445.08- *         25817.67 02-28-07  25817.67 S
01-31-07 11   30578.57- *         27445.08 01-31-07  27445.08 S
12-27-06 11   26914.95- *         30578.57 01-02-07  30578.57 S
11-29-06 11   22747.82- *         26914.95 12-01-06  26914.95 S
                                           CHG OFF # 090248059  MOR SCNS
              CSH2 *
```

```
PERIPHONICS CORP                              01-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-25
4000           VETERANS        HWY      BOHEMIA     NY 11716
MAIL: 15 PARK DR               MELVILLE    NY 11747

         BAL DUE    AMT DUE    CURRENT    30 DAY    60 DAY    90 DAY    TOT ARREARS
            00      81915.51      .00        .00       .00       .00         .00
                                               #BUDGETS BILLED     BB/BAL
CASH-DTE  TE    CASH-AMT  *   BB/AMT BILL-TOTAL BILL-DTE E    285        G        *
11-29-06  11   22747.82-  *          26914.95 12-01-06  26914.95 S
10-25-06  11   27682.62-  *          22747.82 11-01-06  22747.82 S
10-03-06  11   36783.18-  *          27682.62 10-02-06  27682.62 S
10-03-06  11   31864.68-  *
07-18-06  11   30306.82-  *
06-21-06  11   22076.28-  *
05-16-06  11   25655.84-  *
04-21-06  11   24714.72-  *
03-14-06  11   20171.01-  *
03-10-06  65      19.29-  *
02-15-06  11   23762.60-  *
01-19-06  11   23030.18-  *
12-20-05  11   30630.58-  *
11-21-05  11   26577.84-  *

              CSH2  *

                                          CHG OFF # 090248059   MOR SCNS
```

```
PERIPHONICS CORP                          01-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-25
4000            VETERANS    HWY      BOHEMIA      NY 11716
MAIL: 15 PARK DR            MELVILLE   NY 11747

         BAL DUE   AMT DUE  CURRENT  30 DAY   60 DAY   90 DAY  TOT ARREARS
            00    81915.51     .00      .00      .00      .00       .00
                                           #BUDGETS BILLED   BB/BAL
CASH-DTE  TE    CASH-AMT *  BB/AMT BILL-TOTAL BILL-DTE E   285      G
11-21-05  11   26577.84- *
11-21-05  11       6.45- *
10-18-05  11   33577.88- *
09-21-05  11   33791.84- *
08-16-05  11   33407.28- *
07-19-05  11   27819.49- *
06-28-05  11   23525.17- *
05-19-05  11   18270.20- *
04-12-05  11   19398.31- *
03-23-05  11   22036.19- *
03-08-05  67      66.61- *
```

            *

                              CHG OFF # 090248059 LAST SCN