## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2012, a true and correct copy of the foregoing RESPONSE OF LONG ISLAND LIGHTING COMPANY d/b/a LIPA IN OPPOSITION TO THE DEBTOR'S TWENTY-SECOND OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM was served by regular mail delivery on:

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
*Counsel for Debtors*
One Liberty Plaza
New York, New York 10006
Attn: James L. Bromley and Lisa M. Schweitzer

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
*Counsel for Debtors*
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19899-1347
Attn: Derek C. Abbott

                                                          */s/ John D. Demmy*
                                                          John D. Demmy

02/22/2012 SL1 1134307v1 000000.00000