IN THE UNITED STATES BANKRUPTCY COURT FOR
THE STATE OF DELAWARE

FILED
2012 FEB 22  AM 11: 19

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                       )
                                             )
NORTHERN TELECOM         )     Case No. 09-10151
INTERNATIONAL,                  )
                                             )     Chapter 11
                                             )
                                             )
    Debtor.                             )

### WITHDRAWAL OF CLAIM OF THE OKLAHOMA TAX COMMISSION

The State of Oklahoma, ex rel. Oklahoma Tax Commission ("OTC"), hereby withdraws its proof of claim filed on March 9, 2009, in the total amount of $100.00 for the reason that additional information has been provided.

Respectfully submitted,

OKLAHOMA TAX COMMISSION

_____
Julie M. Ezell, OBA #21168
Assistant General Counsel
Oklahoma Tax Commission
120 N. Robinson, Suite 2000W
Oklahoma City, OK  73102-7471
Tel: (405)319-8550
Fax: (405)602-0165