## CERTIFICATE OF MAILING

Further, I certify that on February 16, 2012 a true and correct copy of the Withdrawal of Claim was mailed via U.S. Mail, first class, postage prepaid and properly addressed to the following at the address shown:

Northern Telecom International
220 Athens Way, Ste. 300
Nashville, TN 37228

Derek C. Abbott
1201 N. Market Street
Wilmington, DE 19899
Attorney for Debtor

_____
Julie M. Ezell