```
                    IN THE UNITED STATES BANKRUPTCY COURT
                      FOR THE DISTRICT OF DELAWARE

IN RE:                         )    Case No. 09-10138/
                               )            10-53065(KG)
                               )
NORTEL NETWORKS, INC.,         )    Chapter 11
        et al.,                )
                               )    Jointly Administered
                               )
                               )    Courtroom 3
                               )    824 Market Street
           Debtors.            )    Wilmington, Delaware
                               )
                               )    February 21, 2012
                               )    1:00 p.m.

                      TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE KEVIN GROSS
                  UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Debtors:          Morris, Nichols, Arsht & Tunnell
                          BY: DEREK ABBOTT, ESQ.
                          BY: ANN CORDO, ESQ.
                          1201 North Market Street
                          18th Floor
                          Wilmington, DE 19899-1347
                          (302) 351-9459


                          Cleary, Gottlieb, Steen & Hamilton
                          BY: JAMES BROMLEY, ESQ.
                          One Liberty Plaza
                          New York, NY 10006
                          (212) 225-2629

ECRO:                     GINGER MACE

Transcription Service:    DIAZ DATA SERVICES
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)


For the Committee:          Akin Gump Strauss Hauer & Feld, LLP
                            BY: DAVID BOTTER, ESQ.
                            BY: FRED S. HODARA, ESQ.
                            BY: BRAD KAHN, ESQ.
                            BY: ABID QURESHI, ESQ.
                            BY: SARAH SCHULTZ, ESQ.
                            One Bryant Park
                            New York, NY 10036
                            (212) 872-1000


                            Richards Layton & Finger
                            BY: CHRIS SAMIS, ESQ.
                            One Rodney Square
                            920 North King Street
                            Wilmington, DE  19801
                            (302) 651-7531

For E&Y, Canadian           Allen & Overy, LLP
Monitor & Canadian          BY: DAN GUYDER, ESQ.
Debtors:                    1221 Avenue of the Americas
                            New York, NY 10020
                            (212) 610-7300


                            Buchanan Ingersoll & Rooney, PC
                            BY; MARY CALOWAY, ESQ.
                            1105 N. Market St., Ste. 1900
                            Wilmington, DE  19801-1054
                            (302) 552-4214

For Bondholder Group:       Milbank Tweed Hadley McCloy
                            BY: THOMAS KRELLER, ESQ.
                            601 S. Figueroa St., 30th. Fl.
                            Los Angeles, CA 90017
                            (213) 892-4463


For Defendant(s)            Herbert Smith
Alan Bloom:                 BY: CATHERINE EMANUEL, ESQ.
                            (302) 571-6710

APPEARANCES:
(Continued)

For Joint                  Hughes Hubbard & Reed, LLP
Administrators:            BY: DEREK ADLER, ESQ.
                          One Battery Park Plaza
                          New York, NY 10004-1482
                          (212) 837-6000

                          Young Conaway Stargatt & Taylor
                          BY: EDWIN HARRON, ESQ.
                          Rodney Square
                          1000 North King Street
                          Wilmington, DE 19801
                          (302) 571-6703

For DLA Piper:            DLA Piper US, LLP
                          BY: SELINDA A. MELNIK, ESQ.
                          (212) 649-9596

1

1   WILMINGTON, DELAWARE, TUESDAY, FEBRUARY 21, 2012 1:01 P.M.

2           THE COURT:  Good afternoon everyone.  Judge Gross

3   is on the phone now and I do have a roster of all of you who

4   are on the telephone, and if you would just make certain to

5   introduce yourself for the record when you speak.

6           MR. ABBOTT:  Thank you, Your Honor.  Derek

7   Abbott, here for the debtors.

8           THE COURT:  Yes, Mr. Abbott?

9           MR. ABBOTT:  Good --

10          THE COURT:  Good afternoon.

11          MR. ABBOTT:  -- afternoon, I guess, and thank you

12  for finding a few minutes to squeeze us in.  I think Mr.

13  Bromley would like to address the Court very briefly

14  regarding the status of the contested matters in the

15  preliminary injunction hearing tomorrow.

16          THE COURT:  Very well.  Thank you.  Mr. Bromley,

17  good afternoon to you.

18          MR. BROMLEY:  Good afternoon, Your Honor.  How

19  are you today?

20          THE COURT:  Very well, thank you; and you?

21          MR. BROMLEY:  Very good.

22          THE COURT:  Good.

23          MR. BROMLEY:  You had a good holiday weekend?

24          THE COURT: Yes.

25          MR. BROMLEY:  We wanted to get back to you very

1  quickly to let you know that we have been working diligently

2  with our counterparts at the Herbert Smith and Hughes

3  Hubbard firms, and I believe that we have reached an

4  agreement with respect to the Production of Documents in the

5  redacted form.

6                THE COURT:  Okay.

7                MR. BROMLEY:  And we have been exchanging those

8  proposed redactions over the past several days, and we did

9  have a long conference call last week as we indicated we

10  would.  So where we are, I think, is that we are content on

11  the basis of the redacted documents to listing of the TRO,

12  and I've been talking with Mr. Adler this morning.  We

13  understand that the Joint Administrators will then produce

14  the documents in the redacted form to the TPR no later than

15  Friday of this week.

16                In terms of the process going forward, as you may

17  recall, Your Honor, when we spoke last week, there were

18  statements made that the TPR has the right to object to the

19  production of the redacted documents and to go back to the

20  Court in the U.K. to seek a determination that documents and

21  redactions are not appropriate.  It is certainly our hope

22  that the TPR will not do that, and that, on the basis of the

23  representations that are made by the Joint Administrators,

24  that the materials are privileged and they have a bona fide

25  basis for asserting that privilege.  But nevertheless, there

1    is some risk that the TPR could come back and ask for relief

2    from the U.K. Court.

3              For that reason, Your Honor, we are -- we'd like

4    to -- while we're happy to have the TRO lifted at this

5    point, we'd rather not have the adversary proceeding

6    dismissed.  We'd like to see how this plays out because if

7    the TPR does seek to go back to the U.K. Court, we'd want to

8    have this Court available to hear the issue, which is that,

9    ultimately, we believe the documents and those redactions

10   are property of the U.S. State, and therefore, should be

11   subject to your jurisdiction on a determination of

12   privilege.  We certainly hope that that will not be

13   necessary, and frankly, suspect it won't be.  But we do want

14   to be careful in that regard.  So, at this point, we would

15   be content to have the TRO lifted, but to leave the

16   adversary proceeding outstanding, and extend the time for an

17   answer so that we can see what happens in the U.K.

18             Mr. Adler and I had a conversation just a little

19   while ago in which he did represent that both the Herbert

20   Smith firm and the Hughes Hubbard firm would provide us with

21   prompt notice in the event that the TPR sought to go back to

22   the U.K. Court for determination on the redaction.  So if

23   Mr. Adler can just confirm that, and then I think from, at

24   least our perspective, we'd be done.

25             THE COURT:  All right.  Have you finished, Mr.

1    Bromley?  I'm sorry.

2              MR. BROMLEY:  Yes I have, Your Honor.

3              THE COURT:  Okay.  Mr. Adler, it's your turn.

4              MR. ADLER:  Yes.  Hi, Your Honor.

5              THE COURT:  Good afternoon.

6              MR. ADLER:  Derek Adler for the Joint

7    Administrators.  Yes, you know, we agree that the issue has

8    been resolved and there is no need for the preliminary

9    injunction hearing tomorrow.  There is a problem with

10   scheduling, which is that the TRO currently, I think, lasts

11   through Thursday by its terms of -- but actually, the

12   extension of time that the pension regulator had agreed to

13   expired on Thursday.  So there's a -- we need to have the

14   TRO lifted here before Thursday in order to allow Herbert

15   Smith to produce the documents on the timetable that's been

16   agreed over in England, the redacted documents.

17             The position with the English proceedings, after

18   production of these materials, is as follows:  The Joint

19   Administrators had made an application for directions to the

20   English Court under the existing insolvency proceeding over

21   there.  So there was no new proceeding commenced in order to

22   address this issue of what documents should be produced.

23   That application was concluded when the Court in England

24   entered an Order directing the Joint Administrators to

25   produce the documents within 14 days.  That resolved that

1  particular controversy.  The Judge, in his Order, did give

2  leave to make a further application; meaning that if the

3  pension regulator feels that documents have been improperly

4  withheld on grounds of privilege, they're free to seek to

5  have this particular controversy re-listed, as they say over

6  there, which is effectively a new motion, a new application,

7  under the egis of the bankruptcy proceeding over there -- I

8  should say insolvency, and that's something that would have

9  to be done on notice.  There's a minimum of three days'

10 notice that would have to be given for that, but in fact, in

11 a proceeding like this where there really wouldn't be any

12 particular urgency, it's likely to be a situation where it

13 would take many weeks to get back on to the Court's schedule

14 for any further hearing or proceedings on this.

15         So the position, as of now, and after the

16 documents are produced on Thursday, is that there is no live

17 controversy in England about this.  If it were going to come

18 back to life again, it would have to be done on notice, and

19 I do confirm that we and Herbert Smith will give notice to

20 the U.S. Debtor, to Mr. Bromley, that if there is any

21 further litigation about this matter, if the pension

22 regulator does seek to challenge the position that was taken

23 with respect to the redactions that were submitted.

24         I will say also that, on our side, we don't

25 believe that there will be any further controversy about

1    this.  We believe that the pension regulator will accept the

2    representation and the bona fide belief that Herbert Smith

3    has now formed that the redacted information is legitimately

4    privileged under the principles of U.K. law.  So with that,

5    it seems to us that this controversy has gone away and

6    there's no longer anything justiciable that should require

7    the keeping alive of an adversary proceeding here.  If the

8    adversary proceeding here is to stay on the docket, we would

9    need to make a motion to dismiss that on various grounds,

10   including the justiciability issue, international extension,

11   comedy, jurisdictional issues, forum non conveniens, a host

12   of other things that arise in a pretty complicated situation

13   where the U.S. Debtor is seeking to address privilege issues

14   that are already before the Court in England in an English

15   administrative context under English law and so on.

16           So our suggestion to Mr. Bromley was that this

17   should be dismissed without prejudice.  The adversary

18   proceeding should be dismissed without prejudice.

19   Obviously, they've prepared the Complaint and the other

20   papers.  They can re-file that at short notice if they feel

21   they need to do so in relation to any further action that

22   may happen in England.  Otherwise, the clock would be

23   ticking on our time to respond to the Complaint in the

24   adversary proceeding.  We have no idea how long this would

25   go on for.  You know, when is it that people would feel

1  comfortable that this was gone?  It doesn't seem to us that

2  it's appropriate to keep an adversary proceeding on the

3  books in these circumstances.

4        THE COURT:  Let me ask just two questions.  The

5  first is I want to make sure, because I believe at the

6  beginning of the call, Mr. Bromley indicated that the

7  production was going to be by Friday of this week, and is it

8  Thursday, in fact, Mr. Adler?

9        MR. ADLER:  Yes, that's right.  I had -- there

10  was some confusion on our side, maybe it was my problem.

11  But I had thought we had until Friday to produce and I had

12  said that to Mr. Bromley earlier in a call.  I've since

13  clarified that the production has to be by Thursday.  So we

14  do need relief from the TRO in order to allow production to

15  take place on Thursday.

16        THE COURT:  All right.  And would the parties

17  like me just to prepare a simple Order to that effect?

18        MR. BROMLEY:  Yes, Your Honor.  This is James

19  Bromley from Cleary Gottlieb.  We can certainly do that.

20        THE COURT:  Oh, okay.  You'll do that?  All

21  right.  That's fine.  And secondly, why can't -- this is

22  really addressed to Mr. Adler.  Why couldn't I just stay the

23  adversary proceeding pending further Order of the Court, and

24  that would include any necessity of responding to the

25  Complaint?

1          MR. ADLER:  Well, you know, for the record, we

2     object to the jurisdiction over the existence of the

3     adversary proceeding.  But beyond that, I suppose, you know,

4     having noted our objection, I suppose the effect of that is

5     the same as, you know, without prejudice.  I'm not sure --

6     dismiss it without prejudice.  I'm not sure what is going to

7     happen to that adversary proceeding in due course.  It does

8     seem to us that they're in the same position if they can

9     simply re-file it if they need to and then, you know, none

10    of us have this live adversary proceeding on our minds.

11         THE COURT:  Mr. Bromley, any response to that?

12         MR. BROMLEY:  Yes, Your Honor, James Bromley, for

13    Cleary Gottlieb, on behalf of the debtors.  I guess the one

14    question that is in my mind is that we do have a production

15    that will happen Thursday or Friday of this week.  The only

16    concern that really remains is that the TPR will not

17    challenge the redactions.  Presumably what we're talking

18    about in terms of staying the existing action would be a

19    very short period of time until the TPR could confirm that

20    they are not going to challenge those redactions.  So my

21    view would be that the appropriate thing to do would be to

22    stay the existing adversary proceeding.  We would eliminate

23    the need, for the time being, for any motions to be made,

24    and ask the Joint Administrators to get a statement from the

25    TPRs that they are not going to challenge the redaction.  If

1 that happens, then I think that the rationale for having

2 this adversary proceeding is removed, and we're not talking

3 about some indefinite period of time.  One would hope that

4 we should be able to get that answer within a week or so.

5          THE COURT:  Well, I think that, certainly, it

6 doesn't really make sense to dismiss the adversary while, to

7 some extent, the possibility of further challenge by the

8 TPRs exists.  It sounds like it will be, you know, a fairly

9 brief period of time, one, two, maybe even three weeks, but

10 I don't think that that is such a lengthy amount of time

11 that we ought to dismiss the adversary proceeding.  But

12 clearly, it should be stayed and no answer, or response, I

13 should say, to the Complaint required pending further Order

14 of the Court or something -- yes, further Order of the

15 Court.  And if you don't mind preparing an Order to that

16 effect as well, I will sign that Order.

17          MR. BROMLEY:  Very good, Your Honor.  We will do

18 so.

19          THE COURT:  All right.

20          MR. BROMLEY:  I'll circulate it to Mr. Adler as

21 well.

22          THE COURT:  Okay.

23          MR. ADLER:  I'm sorry, Your Honor.  Your Honor,

24 may I proceed?  This is Derek Adler for the Joint

25 Administrators?

1          THE COURT:  Sure.

2          MR. ADLER:  Just clarification on one point.  I

3    mean there is no technical deadline.  In fact, there's no

4    procedure for the pension regulator to respond here.  The

5    Order of the Court, similar to your Order, is just open-

6    ended.  It says if the pension regulator ever forms the view

7    that they have an issue with this, they can come back and

8    make a further application to that Court.  So, you know,

9    there's no particular reason why Herbert Smith or the Joint

10   Administrators have any ability to compel the pension

11   regulator to state what its position is.  There's no

12   procedure or, you know, there's no context for them to do

13   that, and I would expect that if they were asked to do that,

14   they would react the way I think any of us would react is

15   that -- which is that, you know, maybe they don't feel

16   inclined to make such a challenge now, but they don't see

17   why they have to waive their right to do so at some point if

18   they consider it in their interest to do so.

19          So what I would suggest is that the stay that

20   you're talking about entering the -- and the expectation

21   that the proceeding will be dismissed automatically in, say,

22   a month if nothing further happens, if there's no

23   application made in England.  If the U.S. Debtor is not

24   informed by us that any application has been made, then the

25   case will be dismissed.

1           THE COURT:  Does that work for you, Mr. Bromley,

2    if we stay it for a month with a subsequent dismissal?

3           MR. BROMLEY:  Well, Your Honor, I guess -- I

4    don't disagree with Mr. Adler that the process that is being

5    suggested would require that the Joint Administrators

6    actually pick up the phone and ask the question of the TPR,

7    and I suggest that that would be the appropriate way to

8    proceed, that they actually do so, and ask for a response

9    from the TPR in writing.  Otherwise, I'm just concerned if

10   we put a 30-day timeline on that they will just wait until

11   the 31st day to move in London, and we'll be back where we

12   are today.  We're not talking about -- just the fact that

13   we've been able, over the past week, to look at this --

14   these documents in detail and come to an understanding on

15   redactions is, I think, an indication of the difficulty one

16   might have of actually looking at this issue.  And we've

17   dealt with the TPR directly on a number of occasions.  They

18   seem to be reasonable people, and I suspect if the question

19   is asked of them, they may say that we are not going to

20   challenge the assertion of privilege, but we think that that

21   question should be asked of them.

22           THE COURT:  It sounds like the Joint

23   Administrators are going to be reluctant to do that.

24           MR. ADLER:  This is Mr. Adler.  You know, I speak

25   without having been the person who's been dealing directly

1   with the pension regulator, and I honestly don't have a

2   sense of the dynamics of how appropriate it would be to ask

3   that, you know, whether that's something that we'd be happy

4   to do or not.  I just don't know.  But you do have to think

5   about what their various responses may be.  If they say they

6   decline to provide a letter, what happens then?  Or if they

7   provide a letter that says we reviewed it and we reserve our

8   rights, what do you do then?  We're just left in limbo

9   again, which is why I would suggest that there be a

10  dismissal without prejudice after some reasonable period of

11  time.

12          MR. BROMLEY:  Your Honor, may I make a

13  suggestion, which is that what we do is, instead of saying

14  there's an automatic dismissal in 30 days we set a status

15  conference for one of our omnibus hearing days so we can

16  address it at that point?

17          THE COURT:  I think that makes sense.  And at

18  that time, Mr. Adler would be free, if he wishes, to renew

19  his request for the dismissal without prejudice.  The

20  debtors would be free to request a continuance -- a

21  continuation of the stay.  And we'll address it at that

22  point when we, I think, hopefully, we'll have a little more

23  definitive information.  But today, it's unclear and this

24  was an adversary action that was very recently filed and I

25  don't see the need or -- I just don't see the need to rush

1    to have it dismissed even without prejudice while the threat

2    remains, if you will.  So, at least from the debtors'

3    viewpoint, there is this continuing risk of harm and let's

4    do that.  Let's continue it -- let's have the stay in effect

5    pending further Order of the Court with a status conference

6    to follow probably I guess some time in March, whenever our

7    next omnibus date is.  And Mr. Adler, you'll be free to

8    participate if that's your only issue at the time.  You'll

9    certainly be free to participate by telephone.

10            MR. ADLER:  This is Mr. Adler.  That's sensible,

11   Your Honor, and we will discuss on our side what and how the

12   best way would be to try to get guidance from the pension

13   regulator.  My understanding is that we're not being ordered

14   to write them a letter or do anything.

15            THE COURT:  Oh, no.  I'm not ordering that.  I

16   think that they have to do what they think makes the most

17   sense from their standpoint.  I would imagine though there

18   is some process that they employ, perhaps even an informal

19   one, where they discuss the production or something like

20   that, and maybe the matter can be pursued in those -- in

21   that context.

22            MR. ADLER:  Very good.  We'll see what we can do.

23            THE COURT:  Okay.  All right.  Well listen, I

24   appreciate everyone's efforts here and, hopefully, this will

25   be the end of the matter.  If not, I stand available to you,

1   you know, on a moment's notice.

2              COUNSEL:  Thank you very much, Your Honor.

3              THE COURT:  All right, everyone.  Good day.  I'll

4   miss you all tomorrow but I'll find something to do.

5              COUNSEL:  Thank you, Your Honor.

6              THE COURT:  All right, everybody, goodbye now.

7         (Whereupon, at 1:20 p.m., the hearing was adjourned.)

8                        CERTIFICATION

9         I certify that the foregoing is a correct

10  transcript from the electronic sound recording of the

11  proceedings in the above-entitled matter.

12

13
14  _____     21 February 2012
15  Tammy Kelly, Transcriber                    Date
16

17

18

19

20

21

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**30-day**(1) 14:10

**abbott**(1) 1:25  4:6  4:7  4:8  4:9  4:11
**abid**(1) 2:9
**ability**(1) 13:10
**able**(2) 12:4  14:13
**about**(8) 8:17  8:21  8:25  11:18  12:3  13:20  14:12  15:5

**aboveentitled**  (1) 17:11
**accept**(1) 9:1
**action**(3) 9:21  11:18  15:24
**actually**(4) 7:11  14:6  14:8  14:16
**address**(5) 4:13  7:22  9:13  15:16  15:21
**addressed**(1) 10:22
**adjourned**(1) 17:7
**adler**(24) 3:6  5:12  6:18  6:23  7:3  7:4  7:6  7:6  10:8  10:9  10:22  11:1  12:20  12:23  12:24  13:24  14:14  14:24  14:24  15:18  16:7  16:10  16:10  16:22

**administered**(1) 1:9
**administrativ**(1) 9:15
**administrators**(11) 3:6  5:13  5:23  7:7  7:19  7:24  11:24  12:25  13:10  14:5  14:23

**adversary**(16) 6:5  6:16  9:7  9:8  9:17  9:24  10:2  10:23  11:3  11:7  11:10  11:22  12:2  12:6  12:11  15:24

**after**(3) 7:17  8:15  15:10
**afternoon**(6) 4:2  4:10  4:11  4:17  4:18  7:5
**again**(2) 8:18  15:9
**ago**(1) 6:19
**agree**(1) 7:7
**agreed**(2) 7:13  7:16
**agreement**(1) 5:4
**akin**(1) 2:5
**alan**(1) 2:41
**alive**(1) 9:7
**all**(9) 4:3  6:25  10:16  10:20  12:19  16:23  17:3  17:4  17:6

**allen**(1) 2:22
**allow**(2) 7:14  10:14
**already**(1) 9:14
**also**(1) 8:24
**americas**(1) 2:24
**amount**(1) 12:10
**and**(62) 4:3  4:4  4:11  4:20  5:2  5:3  5:7  5:8  5:12  5:19  5:20  5:22  5:24  6:1  6:9  6:10  6:13  6:16  6:18  6:20  6:23  7:8  8:8  8:15  8:18  8:19  9:2  9:5  9:15  9:19  10:7  10:11  10:16  10:21  10:23  11:9  11:24  12:2  12:12  12:15  13:7  13:13  13:20  14:6  14:7  14:8  14:11  14:14  14:16  14:18  15:1  15:7  15:17  15:21  15:23  15:24  16:3  16:7  16:11  16:11  16:20  16:24

**angeles**(1) 2:37
**ann**(1) 1:26
**answer**(3) 6:17  12:4  12:12
**any**(11) 8:11  8:14  8:20  8:25  9:21  10:24  11:11  11:23  13:10  13:14  13:24

**anything**(2) 9:6  16:14
**application**(7) 7:19  7:23  8:2  8:6  13:8  13:23  13:24

**appreciate**(1) 16:24
**appropriate**(5) 5:21  10:2  11:21  14:7  15:2
**are**(16) 4:4  4:19  5:9  5:10  5:21  5:23  5:24  6:3  6:10  8:16  9:14  11:20  11:25  14:12  14:19  14:23

**arise**(1) 9:12
**arsht**(1) 1:24
**ask**(6) 6:1  10:4  11:24  14:6  14:8  15:2
**asked**(3) 13:13  14:19  14:21
**asserting**(1) 5:25

**assertion**(1) 14:20
**automatic**(1) 15:14
**automatically**(1) 13:21
**available**(2) 6:8  16:25
**avenue**(1) 2:24
**away**(1) 9:5
**back**(9) 4:25  5:19  6:1  6:7  6:21  8:13  8:18  13:7  14:11

**bankruptcy**(3) 1:1  1:20  8:7
**basis**(3) 5:11  5:22  5:25
**battery**(1) 3:7
**because**(2) 6:6  10:5
**been**(10) 5:1  5:7  5:12  7:8  7:15  8:3  13:24  14:13  14:25  14:25

**before**(3) 1:19  7:14  9:14
**beginning**(1) 10:6
**behalf**(1) 11:13
**being**(3) 11:23  14:4  16:13
**belief**(1) 9:2
**believe**(5) 5:3  6:9  8:25  9:1  10:5
**best**(1) 16:12
**beyond**(1) 11:3
**bloom**(1) 2:41
**bona**(2) 5:24  9:2
**bondholder**(1) 2:34
**books**(1) 10:3
**both**(1) 6:19
**botter**(1) 2:6
**brad**(1) 2:8
**brief**(1) 12:9
**briefly**(1) 4:13
**bromley**(24) 1:33  4:13  4:16  4:18  4:21  4:23  4:25  5:7  7:1  7:2  8:20  9:16  10:6  10:12  10:18  10:19  11:11  11:12  11:12  12:17  12:20  14:1  14:3  15:12
**bryant**(1) 2:11
**buchanan**(1) 2:28
**but**(14) 5:25  6:13  6:15  7:11  8:10  10:11  11:3  12:9  12:13  13:16  14:20  15:4  15:23  17:4
**call**(3) 5:9  10:6  10:12
**caloway**(1) 2:29
**can**(9) 6:17  6:23  9:20  10:19  11:8  13:7  15:15  16:20  16:22

**canadian**(2) 2:22  2:23
**can't**(1) 10:21
**careful**(1) 6:14
**case**(2) 1:4  13:25
**catherine**(1) 2:41
**certain**(1) 4:4
**certainly**(5) 5:21  6:12  10:19  12:5  16:9
**certification**(1) 17:8
**certify**(1) 17:9
**chapter**(1) 1:7
**chris**(1) 2:16
**circulate**(1) 12:20
**circumstance**(1) 10:3
**clarification**(1) 13:2
**clarified**(1) 10:13
**clearly**(1) 12:12
**cleary**(3) 1:32  10:19  11:13
**clock**(1) 9:22
**come**(4) 6:1  8:17  13:7  14:14
**comedy**(1) 9:11
**comfortable**(1) 10:1
**commenced**(1) 7:21
**committee**(1) 2:5
**compel**(1) 13:10
**complain**(4) 9:19  9:23  10:25  12:13
**complicated**(1) 9:12
**conaway**(1) 3:11
**concern**(1) 11:16

**concerned**(1) 14:9
**concluded**(1) 7:23
**conference**(3) 5:9  15:15  16:5
**confirm**(3) 6:23  8:19  11:19
**confusion**(1) 10:10
**consider**(1) 13:18
**content**(2) 5:10  6:15
**contested**(1) 4:14
**context**(3) 9:15  13:12  16:21
**continuance**(1) 15:20
**continuation**(1) 15:21
**continue**(1) 16:4
**continued**(2) 2:2  3:3
**continuing**(1) 16:3
**controversy**(5) 8:1  8:5  8:17  8:25  9:5
**conveniens**(1) 9:11
**conversation**(1) 6:18
**cordo**(1) 1:26
**correct**(1) 17:9
**could**(2) 6:1  11:19
**couldn't**(1) 10:22
**counsel**(2) 17:2  17:5
**counterparts**(1) 5:2
**course**(1) 11:7
**court**(42) 1:1  4:2  4:8  4:10  4:13  4:16  4:20  4:22  4:24  5:6  5:20  6:2  6:7  6:8  6:22  6:25  7:3  7:5  7:20  7:23  9:14  10:4  10:16  10:20  10:23  11:11  12:5  12:14  12:15  12:19  12:22  13:1  13:5  13:8  14:1  14:22  15:17  16:5  16:15  16:23  17:3  17:6

**courtroom**(1) 1:11
**court's**(1) 8:13
**currently**(1) 7:10
**dan**(1) 2:23
**data**(1) 1:40
**date**(2) 16:7  17:15
**david**(1) 2:6
**day**(2) 1:17  15:14
**days**(4) 5:8  7:25  15:14  15:15
**days'**(1) 8:9
**deadline**(1) 13:3
**dealing**(1) 14:25
**dealt**(1) 14:17
**debtor**(3) 8:20  9:13  13:23
**debtors**(6) 1:13  1:24  2:24  4:7  11:13  15:20
**debtors'**(1) 16:2
**decline**(1) 15:6
**defendant(s**(1) 2:40
**definitive**(1) 15:23
**delaware**(3) 1:2  1:13  4:1
**derek**(5) 1:25  3:6  4:6  7:6  12:24
**detail**(1) 14:14
**determination**(3) 5:20  6:11  6:22
**diaz**(1) 1:40
**did**(3) 5:8  6:19  8:1
**difficulty**(1) 14:15
**diligently**(1) 5:1
**directing**(1) 7:24
**directions**(1) 7:19
**directly**(2) 14:17  14:25
**disagree**(1) 14:4
**discuss**(2) 16:11  16:19
**dismiss**(4) 9:9  11:6  12:6  12:11
**dismissal**(4) 14:2  15:10  15:14  15:19
**dismissed**(6) 6:6  9:17  9:18  13:21  13:25  16:1

**district**(1) 1:2
**dla**(2) 3:18  3:18
**docket**(1) 9:8
**documents**(13) 5:4  5:11  5:14  5:19  5:20  6:9  7:15  7:16  7:22  7:25  8:3  8:16  14:14
**does**(4) 6:7  8:22  11:7  14:1
**doesn't**(2) 10:1  12:6
**done**(3) 6:24  8:9  8:18

**don't**(10) 8:24  12:10  12:15  13:15  13:16  14:4  15:1  15:4  15:25  15:25

**due**(1) 11:7
**dynamics**(1) 15:2
**e.**  (1) 2:22
**earlier**(1) 10:12
**ecro**(1) 1:38
**edwin**(1) 3:12
**effect**(4) 10:17  11:4  12:16  16:4
**effectively**(1) 8:6
**efforts**(1) 16:24
**egis**(1) 8:7
**electronic**(1) 1:47  17:10
**eliminate**(1) 11:22
**emanuel**(1) 2:41
**employ**(1) 16:18
**end**(1) 16:25
**ended**(1) 13:6
**england**(6) 7:16  7:23  8:17  9:14  9:22  13:23
**english**(4) 7:17  7:20  9:14  9:15
**entered**(1) 7:24
**entering**(1) 13:20
**esq**(16) 1:25  1:26  1:33  2:6  2:7  2:8  2:9  2:10  2:16  2:23  2:29  2:35  2:41  3:6  3:12  3:19

**even**(3) 12:9  16:1  16:18
**event**(1) 6:21
**ever**(1) 13:6
**everybody**(1) 17:6
**everyone**(2) 4:2  17:3
**everyone's**(1) 16:24
**exchanging**(1) 5:7
**existence**(1) 11:2
**existing**(3) 7:20  11:18  11:22
**exists**(1) 12:8
**expect**(1) 13:13
**expectation**(1) 13:20
**expired**(1) 7:13
**extend**(1) 6:16
**extension**(2) 7:12  9:10
**extent**(1) 12:7
**fact**(4) 8:10  10:8  13:3  14:12
**fairly**(1) 12:8
**february**(3) 1:15  4:1  17:14
**feel**(3) 9:20  9:25  13:15
**feels**(1) 8:3
**feld**(1) 2:5
**few**(1) 4:12
**fide**(2) 5:24  9:2
**figueroa**(1) 2:36
**filed**(1) 15:24
**find**(1) 17:4
**finding**(1) 4:12
**fine**(1) 10:21
**finger**(1) 2:15
**finished**(1) 6:25
**firm**(2) 6:20  6:20
**firms**(1) 5:3
**first**(1) 10:5
**floor**(1) 1:28
**follow**(1) 16:6
**follows**(1) 7:18
**for**(35) 1:2  1:24  2:5  2:22  2:34  2:40  3:5  3:18  4:5  4:7  4:12  5:25  6:1  6:3  6:16  6:22  7:6  7:8  7:9  8:10  8:14  9:25  11:1  11:12  11:23  11:23  12:1  12:24  13:12  14:1  14:2  14:8  15:15  15:19

**foregoing**(1) 17:9
**form**(2) 5:5  5:14
**formed**(1) 9:3
**forms**(1) 13:6
**forum**(1) 9:11
**forward**(1) 5:16
**frankly**(1) 6:13
**fred**(1) 2:7
**free**(5) 8:4  15:18  15:20  16:7  16:9
**friday**(4) 5:15  10:7  10:11  11:15

| Word | Page:Line |
| --- | --- |

from(10) 6:2 6:23 10:14 10:19 11:24 14:9 16:2 16:12 16:17 17:10

further(12) 8:2 8:14 8:21 8:25 9:21 10:23 12:7 12:13 12:14 13:18 13:22 16:5

get(5) 4:25 8:13 11:24 12:4 16:12
ginger(1) 1:38
give(3) 8:1 8:19
given(1) 8:10
going(8) 5:16 8:17 10:7 11:6 11:20 11:25 14:19 14:23

gone(2) 5:9 10:1
good(12) 4:2 4:9 4:10 4:17 4:18 4:21 4:22 4:23 7:5 12:17 16:22 17:3

goodbye(1) 17:6
gottlieb(3) 1:32 10:19 11:13
gross(2) 1:19 4:2
grounds(2) 8:4 9:9
group(1) 2:34
guess(4) 4:11 11:13 14:3 16:6
guidance(1) 16:12
gump(1) 2:5
guyder(1) 2:23

had(4) 4:23 6:18 7:12 7:19 10:9 10:11 10:11 10:11

hadley(1) 2:34
hamilton(1) 1:32
happen(3) 9:22 11:7 11:15
happens(4) 6:17 12:1 13:22 15:6
happy(2) 6:4 15:3
harm(1) 16:3
harrisburg(1) 1:42
harron(1) 3:12
has(6) 5:18 7:7 9:3 9:5 10:13 13:24
hauer(1) 2:5
have(31) 4:3 5:1 5:3 5:7 5:9 5:24 6:4 6:5 6:8 6:15 6:25 7:2 7:13 8:3 8:5 8:8 8:10 8:18 9:24 10:1 10:14 11:14 13:7 13:10 13:17 14:16 15:1 15:4 15:22 16:1 16:4 16:16

having(3) 11:4 12:1 14:25
hear(1) 6:8
hearing(5) 4:15 7:9 8:14 15:15 17:7
here(7) 2:40 5:2 6:19 7:14 8:19 9:2
here(6) 4:7 7:14 9:7 9:8 13:4 16:24
his(2) 8:1 15:19
hodara(1) 2:7
holiday(1) 4:23
honestly(1) 15:1
honor(16) 4:6 4:18 5:17 6:3 7:2 7:4 10:18 11:12 12:17 12:23 12:23 14:3 15:12 16:17:2 17:5

honorable(1) 1:19
hope(3) 5:21 6:12 12:3
hopefully(2) 15:22 16:24
host(1) 9:11
how(5) 4:18 6:6 9:24 15:2 16:11
hubbard(3) 3:5 5:3 6:20
hughes(3) 3:5 5:2 6:20
idea(1) 9:24
imagine(1) 16:17
improperly(1) 8:3
inc(1) 1:7
inclined(1) 13:16
include(1) 10:24
including(1) 9:10
indefinite(1) 12:3
indicated(2) 5:9 10:6
indication(1) 14:15
informal(1) 16:18
information(2) 9:3 15:23
informed(1) 13:24
ingersoll(1) 2:28
injunction(2) 4:15 7:9

insolvency(2) 7:20 8:8
instead(1) 5:13
interest(1) 13:18
international(1) 9:10
introduce(1) 4:5
issue(7) 6:8 7:7 7:22 9:10 13:7 14:16 16:8
issues(2) 9:11 9:13
its(2) 7:11 13:11
it's(4) 7:3 8:12 10:2 15:23
i'll(3) 12:20 17:3 17:4
i'm(6) 7:1 11:5 11:6 12:23 14:9 16:15
i've(2) 5:12 10:12

james(1) 1:33 10:18 11:12
joint(11) 3:5 5:13 5:23 7:6 7:18 7:24 11:24 12:24 13:9 14:5 14:22

jointly(1) 1:9
judge(3) 1:20 4:2 8:1
jurisdiction(2) 6:11 11:2
jurisdictional(1) 9:11
just(14) 4:4 6:18 6:23 10:4 10:17 10:22 13:2 13:5 14:9 14:10 14:12 15:4 15:8 15:25

justiciability(1) 9:10
justiciable(1) 9:6
kahn(1) 2:8
keep(1) 10:2
keeping(1) 9:7
kelly(1) 17:15
kevin(1) 1:19
king(2) 1:28 3:14
know(15) 5:1 7:7 9:25 11:1 11:3 11:5 11:9 12:8 13:8 13:12 13:15 14:24 15:3 15:4 17:1

kreller(1) 2:35
last(2) 5:9 5:17
lasts(1) 7:10
later(1) 5:14
law(2) 9:4 9:15
layton(1) 2:15
least(2) 6:24 16:2
leave(2) 6:15 8:2
left(1) 15:8
legitimately(1) 9:3
lengthy(1) 12:10
let(2) 5:1 10:4
letter(3) 15:6 15:7 16:14
let's(3) 16:3 16:4 16:4
liberty(1) 1:34
life(1) 8:18
lifted(3) 6:4 6:15 7:14
like(8) 4:13 6:3 6:6 8:11 10:17 12:8 14:22 16:19

likely(1) 8:12
limbo(1) 15:8
listen(1) 16:23
listing(1) 5:11
litigation(1) 8:21
little(2) 6:18 15:22
live(2) 8:16 11:10
llp(4) 2:5 2:22 3:5 3:18
london(1) 14:11
long(2) 5:9 9:24
longer(1) 9:6
look(1) 14:13
looking(1) 14:16
los(1) 2:37
mace(1) 1:38
made(6) 5:18 5:23 7:19 11:23 13:23 13:24
make(4) 8:4 8:2 9:9 10:5 12:6 13:8 13:16 15:12

makes(2) 15:17 16:16
many(1) 8:13
march(1) 16:6
market(3) 1:12 1:27 2:30
mary(1) 2:29
materials(2) 5:24 7:18

matter(4) 8:21 16:20 16:25 17:11
matters(1) 4:14
may(6) 5:16 9:22 12:24 14:19 15:5 15:22
maybe(4) 10:10 12:9 13:15 16:20
mccloy(1) 2:34
mean(1) 13:3
meaning(1) 8:2
melnik(1) 3:19
might(1) 14:16
milbank(1) 2:34
mind(2) 11:14 12:15
minds(1) 11:10
minimum(1) 8:9
minutes(1) 4:12
miss(1) 17:4
moment's(1) 17:1
monitor(1) 2:23
month(2) 13:22 14:2
more(1) 15:22
morning(1) 5:12
morris(1) 1:24
most(1) 16:16
motion(2) 8:6 9:9
motions(1) 11:23
move(1) 14:11
much(1) 17:2

necessary(1) 6:13
necessity(1) 10:24
need(9) 7:8 7:13 9:9 9:21 10:14 11:9 11:23 15:25 15:25

networks(1) 1:7
nevertheless(1) 5:25
new(7) 1:35 2:12 2:25 3:8 7:21 8:6 8:6
next(1) 16:7
nichols(1) 1:24
non(1) 9:11
none(1) 11:9
nortel(1) 1:7
north(3) 1:27 2:18 3:14
not(17) 5:21 5:22 6:5 6:12 11:5 11:6 11:16 11:20 11:25 12:2 13:23 14:12 14:19 15:4 16:13 16:15 16:25

noted(1) 11:4
nothing(1) 13:22
notice(7) 6:21 8:9 8:10 8:18 8:19 9:20 9:19
now(5) 4:3 8:15 9:3 13:16 17:6
number(1) 14:17

object(2) 5:18 11:2
objection(1) 11:4
obviously(1) 9:19
occasions(1) 14:17
okay(5) 5:6 7:3 10:20 12:22 16:23
omnibus(2) 15:15 16:7
one(11) 1:34 2:11 2:17 7:1 11:13 12:2 12:9 13:2 14:15 15:15 16:19

only(2) 11:15 16:8
open(1) 13:5
order(14) 7:14 7:21 7:24 8:1 10:14 10:17 10:23 12:13 12:14 12:15 12:16 13:5 13:5 16:5

ordered(1) 16:13
ordering(1) 16:15
other(2) 9:12 9:19
otherwise(2) 9:22 14:9
ought(1) 12:11
our(13) 5:2 5:21 6:24 8:24 9:16 9:23 10:10 11:4 11:10 15:7 15:15 16:6 16:11

out(1) 6:6
outstanding(1) 6:16
over(7) 5:8 7:16 7:20 8:5 8:7 11:2 14:13
overy(1) 2:22
p.m(3) 1:16 4:1 17:7
papers(1) 9:20
park(2) 2:11 3:7
participate(2) 16:8 16:9

particular(4) 8:1 8:5 8:12 13:9
parties(1) 10:16
past(2) 5:8 14:13
pending(3) 10:23 12:13 16:5
pennsylvania(1) 1:42
pension(9) 7:12 8:3 8:21 9:1 13:4 13:6 13:10 15:1 16:12

people(2) 9:25 14:18
perhaps(1) 8:5
period(4) 11:19 12:3 12:9 15:10
person(1) 14:25
perspective(1) 6:24
phone(2) 4:3 14:6
pick(1) 14:6
piper(2) 3:18 3:18
place(1) 10:15
plays(1) 6:6
plaza(2) 1:34 3:7
point(6) 6:5 6:14 13:2 13:17 15:16 15:22
position(5) 7:17 8:15 8:22 11:8 13:11
possibility(1) 12:7
ppearances(3) 1:22 2:1 3:2
prejudice(7) 9:17 9:18 11:5 11:6 15:10 15:19 16:1

preliminary(2) 4:15 7:8
prepare(1) 10:17
prepared(1) 9:19
preparing(1) 12:15
presumably(1) 11:17
pretty(1) 9:12
principles(1) 9:4
privilege(5) 5:25 6:12 8:4 9:13 14:20
privileged(2) 5:24 9:4
probably(1) 16:6
problem(2) 7:9 10:10
procedure(2) 13:4 13:12
proceed(2) 12:24 14:8
proceeding(19) 6:5 6:16 7:20 7:21 8:7 8:11 9:7 9:8 9:18 9:24 10:2 10:23 11:3 11:7 11:10 11:12 12:2 12:11 13:21

proceedings(5) 1:18 1:47 7:17 8:14 17:11
process(3) 5:16 14:4 16:18
produce(4) 5:13 7:15 7:25 10:11
produced(1) 1:48 7:22 8:16
production(8) 5:4 5:19 7:18 10:7 10:13 10:14 11:14 16:19

prompt(1) 6:21
property(1) 6:10
proposed(1) 5:8
provide(3) 6:20 15:6 15:7
pursued(1) 16:20
put(1) 14:10
question(4) 11:14 14:6 14:18 14:21
questions(1) 10:4
quickly(1) 5:1
qureshi(1) 2:29
rather(1) 6:5
rationale(1) 12:1
re-file(2) 9:20 11:9
re-listed(1) 8:5
reached(1) 5:3
react(2) 13:14 13:14
really(4) 8:11 10:22 11:16 12:6
reason(2) 6:3 13:9
reasonable(2) 14:18 15:10
recall(1) 5:17
recently(1) 15:24
record(2) 4:5 11:1
recorded(1) 1:47
recording(2) 1:47 17:10
redacted(6) 5:5 5:11 5:14 5:19 7:16 9:3
redaction(1) 6:22 11:25
redactions(7) 5:8 5:21 6:9 8:23 1:17 11:20 14:15

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| reed(1) 3:5 | | sounds(2) 12:8 14:22 | | the(223) 1:1 1:2 1:19 1:24 2:5 2:24 4:2 | | today(3) 4:19 14:12 15:23 | |
| regard(1) 6:14 | | speak(2) 4:5 14:24 | | 4:3 4:4 4:5 4:7 4:8 4:10 4:13 4:14 4:14 | | tomorrow(3) 4:15 7:9 17:4 | |
| regarding(1) 4:14 | | spoke(1) 5:17 | | 4:14 4:16 4:20 4:22 4:24 5:2 5:4 5:4 5:6 | | tpr(11) 5:14 5:18 5:22 6:1 6:7 6:21 11:16 | |
| regulator(9) 7:12 8:3 8:22 9:1 13:4 13:6 | | square(2) 2:17 3:13 | | 5:8 5:11 5:11 5:11 5:13 5:14 5:14 5:14 | | 11:19 14:6 14:9 14:17 | |
| 13:11 15:1 16:13 | | squeeze(1) 4:12 | | 5:16 5:18 5:18 5:18 5:19 5:19 5:20 5:22 | | | |
| | | stand(1) 16:25 | | 5:22 5:22 5:23 5:24 6:1 6:2 6:4 6:5 6:7 | | tprs(2) 11:25 12:8 | |
| relation(1) 9:21 | | standpoint(1) 16:17 | | 6:7 6:8 6:9 6:10 6:15 6:15 6:16 6:17 6:17 | | transcriber(1) 17:15 | |
| relief(2) 6:1 10:14 | | stargatt(1) 3:11 | | 6:20 6:21 6:21 6:22 6:22 6:25 7:3 7:5 | | transcript(3) 1:18 1:48 17:10 | |
| reluctant(1) 14:23 | | state(2) 6:10 13:11 | | 7:6 7:7 7:8 7:10 7:11 7:12 7:13 7:15 7:16 | | transcription(1) 1:40 1:48 | |
| remains(2) 11:16 16:2 | | statement(1) 11:24 | | 7:16 7:17 7:17 7:18 7:19 7:20 7:23 7:24 | | tro(6) 5:11 6:4 6:15 7:10 7:14 10:14 | |
| removed(1) 12:2 | | statements(1) 5:18 | | 7:25 8:1 8:2 8:7 8:7 8:13 8:15 8:15 8:20 | | try(1) 16:12 | |
| renew(1) 15:18 | | states(2) 1:1 1:20 | | 8:21 8:22 8:23 9:1 9:1 9:2 9:4 9:4 9:7 | | tuesday(1) 4:1 | |
| represent(1) 6:19 | | status(3) 4:14 15:14 16:5 | | 9:7 9:8 9:10 9:13 9:14 9:17 9:19 9:19 | | tunnell(1) 1:24 | |
| representation(1) 9:2 | | stay(7) 9:8 10:22 11:22 13:19 14:2 15:21 | | 9:22 9:23 9:23 10:2 10:4 10:4 10:5 10:6 | | turn(1) 7:3 | |
| representation(1) 5:23 | | 16:4 | | 10:6 10:13 10:14 10:16 10:16 10:20 10:22 | | tweed(1) 2:34 | |
| request(2) 15:19 15:20 | | | | 10:23 10:24 11:1 11:2 11:2 11:2 11:4 | | two(2) 10:4 12:9 | |
| require(2) 9:6 14:5 | | stayed(1) 12:12 | | 11:5 11:8 11:11 11:13 11:13 11:15 11:16 | | u.k(6) 5:20 6:2 6:7 6:17 6:22 9:4 | |
| required(1) 12:13 | | staying(1) 11:18 | | 11:17 11:18 11:19 11:21 11:22 11:23 | | u.s(4) 6:10 8:20 9:13 13:23 | |
| reserve(1) 15:7 | | ste(1) 2:30 | | 11:23 11:24 11:25 12:1 12:5 12:6 12:6 | | ultimately(1) 6:9 | |
| resolved(2) 7:8 7:25 | | steen(1) 1:32 | | 12:7 12:7 12:11 12:14 12:14 12:14 12:19 | | unclear(1) 15:23 | |
| respect(2) 2:5 4:8 | | strauss(1) 2:5 | | 12:22 12:24 13:1 13:4 13:4 13:4 13:5 | | under(4) 7:20 8:7 9:4 9:15 | |
| respond(2) 9:23 13:4 | | street(5) 1:12 1:27 1:41 2:18 3:14 | | 13:6 13:9 13:10 13:14 13:19 13:20 13:20 | | understand(1) 5:13 | |
| responding(1) 10:24 | | subject(1) 6:11 | | 13:21 13:23 13:24 14:1 14:4 14:4 14:6 | | understanding(2) 14:14 16:13 | |
| response(3) 11:11 12:12 14:8 | | submitted(1) 8:23 | | 14:6 14:6 14:7 14:8 14:11 14:12 14:13 | | united(2) 1:1 1:20 | |
| responses(1) 15:5 | | subsequent(1) 14:2 | | 14:15 14:17 14:18 14:20 14:22 14:22 | | until(3) 10:11 11:19 14:10 | |
| reviewed(1) 15:7 | | such(2) 12:10 13:16 | | 14:25 15:1 15:2 15:17 15:19 15:19 15:21 | | urgency(1) 8:12 | |
| richards(1) 2:15 | | suggest(3) 13:19 14:7 15:9 | | 15:25 15:25 16:1 16:2 16:4 16:5 16:8 | | various(2) 9:9 15:5 | |
| right(10) 5:18 6:25 10:9 10:16 10:21 | | suggested(1) 14:5 | | 16:11 16:12 16:15 16:16 16:16 16:20 | | very(10) 4:13 4:16 4:20 4:21 4:25 11:19 | |
| 12:19 13:17 16:23 17:3 17:6 | | suggestion(2) 9:16 15:13 | | 16:23 16:25 16:25 17:3 17:6 17:7 17:9 | | 12:17 15:24 16:22 17:2 | |
| | | suppose(2) 11:3 11:4 | | 17:10 17:10 17:11 | | | |
| rights(1) 15:8 | | sure(4) 10:5 11:5 11:6 13:1 | | | | view(2) 11:21 13:6 | |
| risk(2) 6:1 16:3 | | suspect(2) 6:13 14:18 | | their(4) 13:17 13:18 15:5 16:17 | | viewpoint(1) 16:3 | |
| rodney(2) 2:17 3:13 | | take(2) 8:13 10:15 | | them(4) 13:12 14:19 14:21 16:14 | | wait(1) 14:10 | |
| rooney(1) 2:28 | | taken(1) 8:22 | | then(7) 5:13 6:23 11:9 12:1 13:24 15:6 | | waive(1) 13:17 | |
| roster(1) 4:3 | | talking(5) 5:12 11:17 12:2 13:20 14:12 | | 15:8 | | want(3) 6:7 6:13 10:5 | |
| rush(1) 15:25 | | tammy(1) 17:15 | | | | wanted(1) 4:25 | |
| | | taylor(1) 3:11 | | there(17) 5:17 5:25 7:8 7:9 7:21 7:21 8:6 | | was(11) 7:21 7:23 8:22 9:16 10:1 10:7 | |
| said(1) 10:12 | | technical(1) 13:3 | | 8:7 8:11 8:16 8:20 8:25 10:9 13:3 15:9 | | 10:10 10:10 15:24 15:24 17:7 | |
| same(2) 11:5 11:8 | | telephone(2) 4:4 16:9 | | 16:3 16:10 17 | | | |
| samis(1) 2:16 | | terms(3) 5:16 7:11 11:18 | | | | way(3) 13:14 14:7 16:12 | |
| sarah(1) 2:10 | | than(1) 5:14 | | therefore(1) 6:10 | | week(7) 5:9 5:15 5:17 10:7 11:15 12:4 | |
| say(7) 8:5 8:8 8:24 12:13 13:21 14:19 | | thank(6) 4:6 4:11 4:16 4:20 17:2 17:5 | | there's(9) 7:13 8:9 9:6 13:3 13:9 13:11 | | 14:13 | |
| saying(1) 15:13 | | 5:22 5:22 5:22 5:23 5:24 5:25 6:1 6:3 6:7 | | 13:12 13:22 15:14 | | | |
| says(2) 13:6 15:7 | | 7:10 7:12 7:23 7:25 7:25 8:2 8:2 6:23 7:7 | | | | weekend(1) 4:23 | |
| schedule(1) 8:13 | | 8:10 8:16 8:19 8:20 8:22 8:23 8:24 8:25 | | these(3) 7:18 10:3 14:14 | | weeks(2) 8:13 12:9 | |
| scheduling(1) 7:10 | | 9:1 9:2 9:3 9:4 9:5 9:6 9:9 9:9 9:12 9:14 | | they(28) 5:24 8:5 9:20 9:20 9:21 11:8 | | well(8) 4:16 4:20 11:1 12:5 12:16 12:21 | |
| schultz(1) 2:10 | | 9:16 9:20 9:21 9:25 10:1 10:1 10:6 10:12 | | 11:9 11:20 11:25 13:7 13:7 13:13 13:14 | | 14:3 16:23 | |
| schuylkill(1) 1:41 | | 10:13 10:17 10:19 10:20 10:24 11:3 11:4 | | 13:15 13:16 13:17 13:18 14:8 14:10 14:11 | | | |
| secondly(1) 10:21 | | 11:7 11:8 11:11 11:14 11:14 11:15 11:16 | | 14:19 15:5 15:5 15:6 16:16 16:16 16:18 | | were(4) 5:17 8:17 8:23 13:13 | |
| see(6) 6:6 6:17 13:16 15:25 15:25 16:22 | | 11:16 11:19 11:21 11:25 12:1 12:1 12:3 | | 16:19 | | we'd(2) 6:3 6:5 6:6 6:7 6:24 15:3 | |
| seek(4) 5:20 6:7 8:4 8:22 | | 12:4 12:5 12:10 12:10 12:11 12:11 12:16 | | they're(2) 8:4 11:8 | | we'll(4) 14:11 15:21 15:22 16:22 | |
| seeking(1) 9:13 | | 13:7 13:8 13:13 13:13 13:13 13:15 13:15 | | they've(1) 9:19 | | we're(6) 6:4 11:17 12:2 12:4 14:12 15:8 16:13 | |
| seem(3) 10:1 11:8 14:18 | | 13:19 13:19 13:21 13:24 14:1 14:4 14:4 | | thing(1) 11:21 | | we've(2) 14:13 14:16 | |
| seems(1) 9:5 | | 14:5 14:7 14:7 14:8 14:10 14:12 14:19 | | things(1) 9:12 | | what(13) 6:17 7:22 11:6 11:17 13:11 | |
| selinda(1) 3:19 | | 14:20 14:20 14:23 14:23 15:3 15:7 15:9 | | think(15) 4:12 5:10 6:23 7:10 12:1 12:5 | | 13:19 15:5 15:6 15:8 15:13 16:11 16:16 | |
| sense(4) 12:6 15:2 15:17 16:17 | | 15:13 15:16 15:17 15:18 15:21 15:24 16:1 | | 12:16 12:16 16:16 | | 16:22 | |
| sensible(1) 16:10 | | 16:13 16:15 16:16 16:16 16:18 16:20 16:21 17: | | this(32) 5:12 5:15 6:4 6:6 6:8 6:14 7:22 | | when(5) 4:5 5:17 7:23 9:25 15:22 | |
| service(2) 1:40 1:48 | | | | 8:5 8:11 8:14 8:17 8:21 9:1 9:5 9:16 9:2 | | whenever(1) 16:6 | |
| services(1) 1:40 | | that's(7) 7:15 8:8 10:9 10:21 15:3 16:8 | | 10:1 10:7 10:18 10:21 11:10 11:15 12:2 | | where(6) 5:10 8:11 8:12 9:13 14:11 16:19 | |
| set(1) 15:14 | | 16:10 | | 12:24 13:7 14:13 14:16 14:24 15:15 16:3 | | whereupon(1) 17:7 | |
| several(1) 15:8 | | | | 16:10 16:24 | | whether(1) 15:3 | |
| short(1) 9:20 11:19 | | | | | | which(7) 6:8 6:19 7:10 8:6 13:15 15:9 | |
| should(10) 6:10 7:22 8:8 9:6 9:17 9:18 | | | | thomas(1) 2:35 | | 15:13 | |
| 12:4 12:12 13:12 14:21 14:21 | | | | those(4) 5:7 6:9 11:20 16:20 | | | |
| | | | | though(1) 16:17 | | while(4) 6:4 6:19 12:6 16:1 | |
| side(3) 8:24 10:10 16:11 | | | | thought(1) 10:11 | | who(1) 4:3 | |
| sign(1) 12:16 | | | | threat(1) 16:1 | | who's(1) 14:25 | |
| similar(1) 13:5 | | | | three(2) 8:9 12:9 | | why(5) 5:10 10:22 13:9 13:17 15:9 | |
| simple(1) 10:17 | | | | through(1) 7:11 | | will(18) 5:13 5:22 6:12 8:19 8:24 8:25 9:1 | |
| simply(1) 11:9 | | | | thursday(8) 7:11 7:13 7:14 8:16 10:8 | | 11:15 11:16 12:8 12:16 12:17 13:21 13:25 | |
| since(1) 10:12 | | | | 10:13 10:15 11:15 | | 14:10 16:2 16:11 16:24 | |
| situation(2) 8:12 9:12 | | | | | | | |
| smith(7) 2:40 5:2 6:20 7:15 8:19 9:2 13:9 | | | | ticking(1) 9:23 | | wilmington(6) 1:13 1:29 2:19 2:31 3:15 | |
| some(8) 6:1 10:10 12:3 12:7 13:17 15:10 | | | | time(12) 6:16 7:12 9:23 11:19 11:23 12:3 | | 3:9 4:3 | |
| 16:6 16:18 | | | | 12:9 12:10 15:11 15:18 16:6 16:8 | | wishes(1) 15:18 | |
| | | | | | | with(14) 5:2 5:4 5:12 6:20 7:9 7:17 8:23 | |
| something(5) 8:8 12:14 15:3 16:19 17:4 | | | | timeline(1) 14:10 | | 9:4 13:7 14:2 14:4 14:4 14:17 15:1 16:5 | |
| sorry(2) 7:1 12:23 | | | | timetable(1) 7:15 | | | |
| sought(1) 6:21 | | | | | | withheld(1) 8:4 | |
| sound(2) 1:47 17:10 | | | | | | within(2) 7:25 12:4 | |

| Word | Page:Line |
|---|---|

**without**(8) 9:17  9:18  11:5  11:6  14:25
15:10  15:19  16:1

**won't**(1) 6:13
**work**(1) 14:1
**working**(1) 5:1
**would**(32) 4:4  4:13  5:10  6:14  6:20  8:8
8:10  8:13  8:18  9:8  9:22  9:24  9:25  10:16
10:24  11:18  11:21  11:21  11:22  12:3  13:13
13:14  13:14  13:19  14:5  14:7  15:2  15:9
15:18  15:20  16:12  16:17

**wouldn't**(1) 8:11
**write**(1) 16:14
**writing**(1) 14:9
**www.diazdata.com**(1) 1:44
**yes**(9) 4:8  4:24  7:2  7:4  7:7  10:9  10:18
11:12  12:14

**york**(4) 1:35  2:12  2:25  3:8
**you**(37) 4:3  4:4  4:5  4:6  4:11  4:16  4:17
4:19  4:20  4:20  4:23  4:25  5:1  5:16  6:25
7:7  9:25  11:1  11:3  11:5  11:9  12:8  12:15
13:8  13:12  13:15  14:1  14:24  15:3  15:4
15:8  16:2  16:25  17:1  17:2  17:4  17:5

**young**(1) 3:11
**your**(20) 4:6  4:18  5:17  6:3  6:11  7:2  7:3
7:4  10:18  11:12  12:17  12:23  12:23  13:5
14:3  15:12  16:8  16:11  17:2  17:5

**yourself**(1) 4:5
**you'll**(3) 10:20  16:7  16:8
**you're**(1) 13:20