
**EXHIBIT B**

10753004_2|TorDocs



**Fraser Milner Casgrain LLP**
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada M5K 0A1

MAIN 416 863 4511
FAX 416 863 4592

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 2878874**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| Date | Matter Number | Lawyer |
|---|---|---|
| December 31, 2011 | 538462-000001 | Michael Wunder |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | | |
|---|---|---|
| Professional Fees | $ | 42,858.75 |
| Disbursements | | 423.69 |
| **Total Amount Due** | **$** | **43,282.44** CDN |

FRASER MILNER CASGRAIN LLP

Per: _____
Michael Wunder

---

**Payment Options:**

**Cheques:**
Cheques payable to Fraser Milner Casgrain LLP and mailed to the above noted address.

**Wire Transfer:**
Bank of Montreal
1st Canadian Place, Toronto, ON
Swift Code: BOFMCAM2
Bank ID: 001 Transit: 00022
CAD Funds Bank Account: 0004-324

**Internet Banking:**
Accepted at most financial institutions. Your payee is Fraser Milner Casgrain and your account number is 538462. Please email us at acctrecedm@fmc-law.com referencing invoice number and payment amount.

**Credit Card:**
Payments are accepted via telephone, email or fax. We accept American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____ Amount: _____
Cardholder Name: _____
Signature: _____

Please email us at Toronto.Accounting@fmc-law.com referencing invoice number and payment amount.
Payment due on receipt. Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days.

MONTRÉAL    OTTAWA    TORONTO    EDMONTON    CALGARY    VANCOUVER                fmc-law.com

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2878874  
Page 2 of 12  
Matter # 538462-000001

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 01-Nov-11 | RSK | 0007 | Participated on advisor status call to prepare for Committee meeting. | 0.5 |
| 01-Nov-11 | MJW | 0024 | Review draft agreements with respect to proposed transaction and related Canadian court approval order. | 1.2 |
| 01-Nov-11 | MJW | 0031 | Office conference with R. Jacobs with respect to form of Canadian approval order. | 0.2 |
| 01-Nov-11 | MJW | 0031 | Review Canadian court endorsements and orders with respect to Canadian IT sales process, and analyze issues with respect to court order for proposed transaction. | 0.6 |
| 01-Nov-11 | MJW | 0007 | Attend on Committee advisor call to prepare for Committee meeting. | 0.5 |
| 01-Nov-11 | RCJ | 0002 | Participate in UCC professionals' call. | 0.5 |
| 01-Nov-11 | RCJ | 0029 | Analyze allocation issues in preparation for mediation. | 0.9 |
| 01-Nov-11 | RCJ | 0029 | E-mail correspondence with Akin Gump regarding allocation mediation. | 0.2 |
| 01-Nov-11 | RCJ | 0012 | E-mail correspondence with Akin Gump regarding IBM claim settlement. | 0.2 |
| 01-Nov-11 | RCJ | 0012 | E-mail correspondence with Akin Gump and Capstone regarding Flex settlement. | 0.2 |
| 01-Nov-11 | RCJ | 0024 | Review and comment on draft Canadian court order. | 0.2 |
| 01-Nov-11 | RCJ | 0024 | E-mail correspondence with Akin Gump regarding sale side letter and allocation issues for proposed transaction. | 0.4 |
| 03-Nov-11 | MMP | 0019 | Review court materials regarding the Canadian Monitor's proposal to distribute additional assets of the Nortel Canadian employee health and welfare trust. | 0.8 |
| 03-Nov-11 | MMP | 0019 | Discussion with M. Wunder regarding the Canadian Monitor's proposal for interim distribution of assets from Nortel Canada's employee health and welfare trust. | 0.1 |
| 03-Nov-11 | MMP | 0019 | Email correspondence to M. Wunder regarding for an interim distribution of assets from the Nortel Canada employee health and welfare trust. | 0.3 |
| 03-Nov-11 | RSK | 0024 | Review of correspondence regarding Canadian court order for proposed transaction. | 0.2 |
| 03-Nov-11 | RSK | 0031 | Review of Monitor's motion record regarding interim distribution from HWT. | 0.3 |
| 03-Nov-11 | MJW | 0031 | Correspondence and calls with NNI's Canadian counsel with respect to upcoming Canadian court hearings and related Canadian case issues. | 0.3 |

MONTRÉAL    OTTAWA    TORONTO    EDMONTON    CALGARY    VANCOUVER                 fmc-law.com

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2878874  
Page 3 of 12  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 03-Nov-11 | MJW | 0031 | Review and analyze draft court order with respect to amendments to Canadian employee claims procedure, including review of original Canadian employee claims procedure order. | 0.9 |
| 03-Nov-11 | MJW | 0031 | Review and analyze Canadian motion record with respect to partial distribution from Nortel Canada HWT. | 0.8 |
| 03-Nov-11 | MJW | 0019 | Conference with M. Picard with respect to issues relating to HWT partial distribution motion. | 0.3 |
| 03-Nov-11 | MJW | 0031 | Report to Akin Gump with respect to Canadian HWT partial distribution motion and analyze Canadian court endorsements with draft order. | 0.4 |
| 03-Nov-11 | MJW | 0031 | Report to Akin Gump with respect to proposed Canadian approval order. | 0.2 |
| 03-Nov-11 | MJW | 0024 | Review inter-company agreement with respect to asset dispositions. | 0.3 |
| 03-Nov-11 | MJW | 0003 | Prepare September, 2011 fee account. | 0.6 |
| 03-Nov-11 | RCJ | 0019 | Review motion record regarding interim HWT distribution. | 0.3 |
| 03-Nov-11 | RCJ | 0019 | Review e-mail memo from M. Picard regarding HWT interim distribution. | 0.2 |
| 03-Nov-11 | MJD | 0019 | Reviewing 5th Interim Distribution of Health and Welfare Trust motion materials. | 0.3 |
| 04-Nov-11 | RSK | 0031 | Review of Motion Record of Monitor regarding amendments to Compensation Claims process. | 0.3 |
| 04-Nov-11 | MJW | 0031 | Call with NNI's Canadian counsel with respect to HWT partial distribution hearing. | 0.2 |
| 04-Nov-11 | MJW | 0031 | Review and analyze motion record with respect to Canadian employee claims order amendments. | 0.6 |
| 04-Nov-11 | MJW | 0031 | Review Monitor's report regarding Canadian employee claims order, and analysis regarding health and welfare trust payments. | 0.8 |
| 04-Nov-11 | MJW | 0031 | Call with NNI's Canadian counsel with respect to Canadian court hearings. | 0.2 |
| 04-Nov-11 | RCJ | 0031 | E-mail correspondence with S. Bomhof (Torys) regarding draft court order. | 0.2 |
| 04-Nov-11 | RCJ | 0031 | Office conference with M. Wunder regarding comments on Canadian court order. | 0.3 |
| 05-Nov-11 | MMP | 0019 | Reviewed Canadian Compensation Claims Procedure Order and Compensation Claims Methodology Order. | 0.8 |
| 05-Nov-11 | MMP | 0019 | Email correspondence to M. Wunder regarding interim distribution from the Nortel Canada employee health and welfare trust. | 0.3 |
| 05-Nov-11 | MMP | 0019 | Telephone discussion with M. Wunder regarding the November 8, 2011 proposed court order with respect to | 0.1 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2878874  
Page 4 of 12  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | interim distribution from the Nortel Canada employee health and welfare trust. | |
| 06-Nov-11 | MMP | 0019 | Review court motion material regarding the Canadian Monitor's proposal to amend the employee compensation claims procedures. | 0.8 |
| 06-Nov-11 | RSK | 0031 | Review of summary of motion to amend Compensation Claims Procedure Order and related emails. | 0.2 |
| 06-Nov-11 | MJW | 0031 | Review of Canadian motion record with respect to Canadian employee claims amending order, and analyze including proposed amending order. | 0.6 |
| 06-Nov-11 | MJW | 0031 | Report to Akin Gump with respect to Canadian motion for amendment to employee claims procedure order. | 0.4 |
| 06-Nov-11 | MJW | 0029 | Correspondence with Akin Gump with respect to inter-company information exchange issues. | 0.3 |
| 07-Nov-11 | MMP | 0031 | Reviewed the motion materials served by counsel to the Monitor regarding application by the Monitor to amend the October 6, 2011 Canadian Employees Compensation Claims Procedure Order. | 1.4 |
| 07-Nov-11 | MMP | 0019 | Discussion with M. Wunder regarding Canadian motion to amend the Canadian Employees Claims Procedure Order. | 0.2 |
| 07-Nov-11 | MMP | 0019 | Review material to prepare for motion to amend the Canadian Employees Compensation Claims Order. | 0.1 |
| 07-Nov-11 | MJW | 0031 | Calls with Goodmans and NNI's Canadian counsel with respect to Canadian court hearing for amendments to Canadian employee claims procedure order and HWT partial distribution. | 0.4 |
| 07-Nov-11 | MJW | 0031 | Review Monitor's report with respect to amendment to Canadian employee claims procedure order. | 0.3 |
| 07-Nov-11 | MJW | 0003 | Prepare September, 2011 fee application. | 0.8 |
| 08-Nov-11 | RSK | 0012 | Review of CCAA claims schedule. | 0.2 |
| 08-Nov-11 | RSK | 0031 | Review of CAnadian court endorsements regarding HWT interim distribution and compensation claims process. | 0.2 |
| 08-Nov-11 | MJW | 0025 | Travel to and from Canadian court hearing. | 0.5 |
| 08-Nov-11 | MJW | 0008 | Attend to Canadian court hearing for amendment to Canadian employee claims procedure order and partial HWT distribution. | 0.6 |
| 08-Nov-11 | MJW | 0029 | Review inter-company claims material and analyze Canadian issues. | 0.8 |
| 08-Nov-11 | MJW | 0031 | Correspondence with Akin Gump with respect to Canadian case issues. | 0.4 |
| 08-Nov-11 | MJW | 0031 | Receive and review issued Canadian court orders and endorsements and forward same to Akin Gump with report regarding Canadian court hearing. | 0.2 |

| FRASER MILNER CASGRAIN LLP | | | | INVOICE 2878874 |
|---|---|---|---|---|
| The Official Committee of Unsecured Creditors | | | | Page 5 of 12 |
| Re: Nortel Networks Inc., et al. | | | | Matter # 538462-000001 |

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 08-Nov-11 | RCJ | 0031 | Office conference with M. Wunder regarding Canadian proceeding creditor representation issues. | 0.2 |
| 08-Nov-11 | RCJ | 0031 | Telephone call with D. Botter and M. Wunder regarding Canadian proceeding creditor representation issues. | 0.3 |
| 08-Nov-11 | RCJ | 0031 | Telephone call with NNI's Canadian counsel regarding Canadian proceeding creditor representation issues. | 0.2 |
| 09-Nov-11 | RSK | 0024 | Review of correspondence regarding negotiations of form of court order for proposed transaction. | 0.1 |
| 09-Nov-11 | RSK | 0029 | Review of Capstone report on inter-company issues. | 0.1 |
| 09-Nov-11 | MJW | 0017 | Call with NNI's Canadian counsel with respect to Chartis litigation. | 0.3 |
| 09-Nov-11 | MJW | 0007 | Attend on Committee advisor call to discuss case status. | 0.4 |
| 09-Nov-11 | MJW | 0012 | Review and analyze draft settlement agreement with respect to claims. | 0.6 |
| 09-Nov-11 | MJW | 0031 | Review draft Canadian court order with respect to proposed transaction and prepare mark-up without comments for UCC. | 0.4 |
| 09-Nov-11 | MJW | 0031 | Email correspondence regarding draft Canadian court order. | 0.2 |
| 09-Nov-11 | RCJ | 0007 | Participate in UCC professionals' call. | 0.4 |
| 09-Nov-11 | RCJ | 0031 | Review and comment on draft Canadian court order. | 0.3 |
| 09-Nov-11 | RCJ | 0031 | Review comments from Canadian counsel on draft Canadian court order. | 0.2 |
| 09-Nov-11 | RCJ | 0031 | E-mail correspondence with Akin Gump and Torys teams regarding comments on draft Canadian court order. | 0.3 |
| 10-Nov-11 | RSK | 0024 | Review of further email correspondence regarding proceeds from sale transaction address. | 0.2 |
| 10-Nov-11 | RSK | 0031 | Office conference with Michael Wunder regarding Ernst & Young/RSM merger and issues. | 0.2 |
| 10-Nov-11 | MJW | 0007 | Preparation for Committee call including review of Capstone reports. | 0.3 |
| 10-Nov-11 | MJW | 0007 | Attend on Committee call. | 0.4 |
| 10-Nov-11 | MJW | 0012 | Review correspondence and revised draft of agreement with respect to settlement of claims. | 0.4 |
| 10-Nov-11 | MJW | 0031 | Correspondence with Akin Gump and FMC with respect to proposed transaction and forms of court orders, and correspondence with NNI's Canadian counsel regarding same. | 0.3 |
| 10-Nov-11 | MJW | 0031 | Call with NNI's Canadian counsel with respect to Canadian creditor representation issues. | 0.2 |
| 10-Nov-11 | RCJ | 0007 | Participate in UCC weekly call. | 0.4 |
| 10-Nov-11 | RCJ | 0031 | E-mail correspondence with Akin Gump regarding draft Canadian court order. | 0.2 |
| 10-Nov-11 | RCJ | 0012 | Review and provide comments on draft Flextronics settlement. | 0.6 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2878874  
Page 6 of 12  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 10-Nov-11 | RCJ | 0012 | E-mail correspondence with B. Kahn and J. Hyland regarding Flextronics settlement. | 0.2 |
| 11-Nov-11 | RSK | 0031 | Review of draft Canadian court order for proposed transaction. | 0.2 |
| 11-Nov-11 | MJW | 0003 | Preparation of October, 2011 fee account. | 1.2 |
| 11-Nov-11 | MJW | 0031 | Calls with NNI's Canadian counsel and Akin Gump with respect to Canadian creditor group representation issues. | 0.4 |
| 11-Nov-11 | MJW | 0012 | Review updated draft form of creditor claim settlement agreement. | 0.2 |
| 14-Nov-11 | RCJ | 0024 | E-mail correspondence with Akin Gump team regarding draft Canadian court order. | 0.2 |
| 15-Nov-11 | RSK | 0007 | Participated on Committee advisor status call. | 0.7 |
| 15-Nov-11 | RSK | 0031 | Review of correspondence regarding Ernst & Young/RSM merger and protection of confidential information. | 0.2 |
| 15-Nov-11 | RSK | 0031 | Review of email correspondence regarding draft Canadian court order. | 0.2 |
| 15-Nov-11 | MJW | 0007 | Attend on Committee advisor call to prepare for Committee meeting. | 0.9 |
| 15-Nov-11 | MJW | 0003 | Prepare September, 2011 fee application. | 0.8 |
| 15-Nov-11 | MJW | 0024 | Correspondence with Akin Gump with respect to Canadian proposed sale transaction and related Canadian sale order. | 0.2 |
| 15-Nov-11 | MJW | 0031 | Review correspondence from Canadian counsel for NNI and Monitor with respect to draft Canadian court order with respect to proposed transaction. | 0.2 |
| 15-Nov-11 | RCJ | 0007 | Participate in UCC professionals' call. | 0.9 |
| 15-Nov-11 | RCJ | 0031 | E-mail correspondence with Torys and Norton Rose teams regarding draft Canadian court order. | 0.2 |
| 16-Nov-11 | RSK | 0007 | Participated on Committee call. | 0.5 |
| 16-Nov-11 | MJW | 0007 | Attend on Committee call. | 0.5 |
| 16-Nov-11 | RCJ | 0007 | Participate in UCC weekly call. | 0.4 |
| 16-Nov-11 | RCJ | 0031 | Review e-mail correspondence from C. Armstrong (Goodmans) regarding draft Canadian court order. | 0.1 |
| 17-Nov-11 | RSK | 0031 | Review of revised IP address vesting order. | 0.2 |
| 17-Nov-11 | MJW | 0003 | Prepare October, 2011 fee account. | 1.4 |
| 17-Nov-11 | MJW | 0031 | Review revised draft Canadian court order for proposed transaction with comments from Canadian counsel for Monitor. | 0.2 |
| 17-Nov-11 | MJW | 0031 | Reporting to Akin Gump regarding draft court order for proposed transaction. | 0.2 |
| 17-Nov-11 | RCJ | 0012 | Review and comment on draft IBM claim stipulation. | 0.6 |
| 18-Nov-11 | RSK | 0031 | Review of ethical wall material regarding Ernst & Young / RSM merger. | 0.4 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2878874  
Page 7 of 12  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 18-Nov-11 | MJW | 0031 | Email correspondence with Akin Gump and FMC with respect to Canadian court order for proposed transaction. | 0.3 |
| 18-Nov-11 | RCJ | 0012 | E-mail correspondence with Akin Gump regarding IBM claims settlement. | 0.2 |
| 21-Nov-11 | RSK | 0031 | Review of emails regarding Ernst & Young / RSM ethical screen terms. | 0.3 |
| 21-Nov-11 | RSK | 0031 | Review drafts of Canadian court order and email correspondence regarding negotiations. | 0.3 |
| 21-Nov-11 | MJW | 0031 | Email correspondence with Akin Gump with respect to Canadian CCAA proceeding creditor group representation issues. | 0.3 |
| 21-Nov-11 | MJW | 0031 | Call with NNI's Canadian counsel with respect to Canadian estate representation issues. | 0.2 |
| 21-Nov-11 | MJW | 0031 | Review revised draft Canadian court order from NNI's Canadian counsel. | 0.2 |
| 21-Nov-11 | RCJ | 0031 | E-mail correspondence with Akin Gump regarding Canadian estate creditor representation issues. | 0.1 |
| 21-Nov-11 | RCJ | 0031 | Telephone call to J. Carfagnini regarding Canadian estate creditor representation issues. | 0.1 |
| 22-Nov-11 | MJW | 0031 | Correspondence with Akin Gump and FMC with respect to revised draft offer for proposed transaction. | 0.2 |
| 22-Nov-11 | MJW | 0031 | Attend on conference call with NNI's counsel and counsel for Monitor with respect to negotiations relating to court orders for proposed transaction and report to Akin Gump regarding same. | 0.3 |
| 22-Nov-11 | MJW | 0031 | Review and analyze revised draft of Canadian court order from Canadian counsel for Monitor. | 0.2 |
| 22-Nov-11 | MJW | 0017 | Review U.S. motion material with respect to SNMP Research and analyze Canadian recognition issues. | 0.4 |
| 22-Nov-11 | MJW | 0031 | Correspondence with NNI's Canadian counsel with respect to Canadian recognition motion. | 0.2 |
| 23-Nov-11 | MJW | 0003 | Complete October, 2011 fee application. | 1.4 |
| 23-Nov-11 | MJW | 0003 | Prepare quarterly fee application and forward same to U.S. counsel for filing. | 0.5 |
| 23-Nov-11 | RCJ | 0012 | Review revised draft IBM claims settlement. | 0.4 |
| 23-Nov-11 | RCJ | 0012 | E-mail correspondence with Akin Gump regarding IBM settlement. | 0.2 |
| 25-Nov-11 | MJW | 0031 | Correspondence and calls with Canadian counsel for NNI, Monitor with respect to draft vesting order relating to proposed transaction. | 0.4 |
| 25-Nov-11 | MJW | 0031 | Review and analyze revised draft form of Canadian court order for proposed transaction. | 0.3 |
| 28-Nov-11 | RSK | 0031 | Review of revised draft Canadian court order and related | 0.2 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2878874  
Page 8 of 12  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | email correspondence. | |
| 28-Nov-11 | MJW | 0031 | Correspondence and telephone calls with Canadian counsel for Monitor, Cleary and Akin Gump with respect to Canadian court order for proposed transaction, and review revised draft form of draft order. | 0.6 |
| 28-Nov-11 | RCJ | 0012 | Review comments on presentation to Committee regarding IBM settlement. | 0.3 |
| 28-Nov-11 | RCJ | 0012 | E-mail correspondence with Akin Gump and Capstone teams regarding IBM settlement. | 0.2 |
| 29-Nov-11 | RCJ | 0031 | E-mail correspondence with NNI's Canadian counsel regarding draft Canadian court order. | 0.1 |
| 30-Nov-11 | RSK | 0007 | Participated on advisor status call. | 0.8 |
| 30-Nov-11 | RSK | 0012 | Review of IBM Claim Settlement summary. | 0.2 |
| 30-Nov-11 | MJW | 0029 | Attend on status call with NNI, Cleary and Committee advisors, including allocation issues. | 1.0 |
| 30-Nov-11 | MJW | 0007 | Attend on Committee professionals call in preparation for in-person meeting with Committee. | 0.9 |
| 30-Nov-11 | RCJ | 0029 | Participate on call with US Debtors (Cleary team; John Ray; Chilmark) and UCC advisors. | 0.6 |
| 30-Nov-11 | RCJ | 0029 | Participate in call with bondholder advisors, principals, NNI and UCC advisors. | 0.8 |
| 30-Nov-11 | RCJ | 0007 | Participate on UCC professionals' call. | 1.0 |
| 30-Nov-11 | RCJ | 0024 | E-mail correspondence with NNI's U.S. and Canadian counsel regarding IP Canadian court. | 0.2 |
| 30-Nov-11 | RCJ | 0012 | Review revised draft Flextronics claims settlement. | 0.3 |
| 30-Nov-11 | RCJ | 0029 | Review draft summary regarding inter-estate allocation. | 0.7 |
| | | | **Total** | **56.9** |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2878874  
Page 9 of 12  
Matter # 538462-000001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Mark Dunsmuir | Associate | Pensions/Benefits | Ontario - 2006 | 0.3 | $450.00 | $ 135.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 4.9 | $775.00 | $ 3,797.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 30.5 | $775.00 | $ 23,637.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 14.5 | $675.00 | $ 9,787.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 6.7 | $850.00 | $ 5,695.00 |
| | | | | | | |
| TOTAL | | | | 56.9 | CDN. | $ 43,052.50 |
| | Less: Non-Working Travel Time Discount (50% of $387.50) | | | | | -$193.75 |
| TOTAL | | | | 56.9 | CDN. | $42,858.75 |

**TOTAL PROFESSIONAL FEES**　　　　　　　　　　　　　　　　　$　43,052.50  
Less: Non-Working Travel Time Discount (50% of $387.50)　　　　　(193.75)  
**NET PROFESSIONAL FEES**　　　　　　　　　　　　　　　　　　$　42,858.75

**NON-TAXABLE DISBURSEMENTS**  
　Binding Books / Documents　　　　　　　　　　　$　　7.40  
　Long Distance Telephone Calls　　　　　　　　　　　88.88  
　Photocopy & Printing Charges　　　　　　　　　　　304.40  
　Taxi Charges　　　　　　　　　　　　　　　　　　　23.01  
**TOTAL NON-TAXABLE DISBURSEMENTS**　　　　$　423.69

**TOTAL DISBURSEMENTS**　　　　　　　　　　　　　　　　　　　423.69

**TOTAL AMOUNT DUE**　　　　　　　　　　　　　　　　　$　43,282.44　CDN.

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2878874  
Page 10 of 12  
Matter # 538462-000001

**TIME SUMMARY BY TASK CODE:**

| Code | Task Description | Hours | Fees |
|---|---|---|---|
| 0002 | General Case Administration | 0.5 | 337.50 |
| 0003 | FMC Fee Application/Monthly Billing Reports | 8.0 | 5,192.50 |
| 0007 | Creditors Committee Meetings | 9.5 | 7,240.00 |
| 0008 | Court Hearings | 0.6 | 465.00 |
| 0012 | General Claims Analysis/Claims Objections | 5.0 | 3,565.00 |
| 0017 | General Adversary Proceedings | 0.7 | 542.50 |
| 0019 | Labor Issues/Employee Benefits | 4.6 | 3,417.50 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 3.2 | 2,417.50 |
| 0025 | Travel | 0.5 | 387.50 |
| 0029 | Intercompany Analysis | 5.4 | 3,872.50 |
| 0031 | Canadian Proceedings/Matters | 20.2 | 15,615.00 |
|  | Total | 58.2 | $43,052.50 |
|  | Less: Non-Working Travel Time Discount (50% $387.50) |  | (193.75) |
|  | Total | 242.0 | $42,858.75 |

**TOTAL PROFESSIONAL FEES**      $   43,052.50  
Less: Non-Working Travel Time Discount (50% of $387.50)      (193.75)  
**NET PROFESSIONAL FEES**      $   42,858.75

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2878874
Page 11 of 12
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 01-Nov-11 | Laser Copy;TAYLOR, Laura | 53.00 | 5.30 |
| 01-Nov-11 | Laser Copy;NELSON M | 89.00 | 8.90 |
| 01-Nov-11 | Laser Copy;jacobsr | 33.00 | 3.30 |
| 01-Nov-11 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 0.51 |
| 02-Nov-11 | Laser Copy;jacobsr | 18.00 | 1.80 |
| 03-Nov-11 | Laser Copy;YING C | 126.00 | 12.60 |
| 03-Nov-11 | Laser Copy;jacobsr | 24.00 | 2.40 |
| 03-Nov-11 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 0.51 |
| 03-Nov-11 | Laser Copy;NELSON M | 275.00 | 27.50 |
| 04-Nov-11 | Laser Copy;NELSON M | 16.00 | 1.60 |
| 04-Nov-11 | Laser Copy;DamaniA | 100.00 | 10.00 |
| 04-Nov-11 | Laser Copy;YING C | 83.00 | 8.30 |
| 04-Nov-11 | Laser Copy;jacobsr | 46.00 | 4.60 |
| 04-Nov-11 | Cerlox | 1.00 | 2.00 |
| 04-Nov-11 | Tabs / Cerlox / Clear Cover | 1.00 | 5.40 |
| 07-Nov-11 | Laser Copy;NELSON M | 44.00 | 4.40 |
| 07-Nov-11 | Laser Copy;jacobsr | 24.00 | 2.40 |
| 08-Nov-11 | Laser Copy;NELSON M | 71.00 | 7.10 |
| 08-Nov-11 | Taxi from King St. to Eglinton Ave. for M. Wunder on Sept. 22/11; 2011-9-22 | 1.00 | 23.01 |
| 09-Nov-11 | Laser Copy;NELSON M | 26.00 | 2.60 |
| 09-Nov-11 | Laser Copy;jacobsr | 24.00 | 2.40 |
| 10-Nov-11 | Laser Copy;NELSON M | 210.00 | 21.00 |
| 10-Nov-11 | Laser Printing | 30.00 | 10.50 |
| 10-Nov-11 | Laser Copy;jacobsr | 37.00 | 3.70 |
| 11-Nov-11 | Laser Copy;jacobsr | 57.00 | 5.70 |
| 11-Nov-11 | Telephone;19175447922;New YorkNY;4715 | 1.00 | 0.51 |
| 11-Nov-11 | Laser Copy;NELSON M | 77.00 | 7.70 |
| 14-Nov-11 | Laser Copy;NELSON M | 73.00 | 7.30 |
| 14-Nov-11 | Laser Copy;jacobsr | 5.00 | 0.50 |
| 15-Nov-11 | Laser Copy;NELSON M | 189.00 | 18.90 |
| 15-Nov-11 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 0.51 |
| 15-Nov-11 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 1.53 |
| 15-Nov-11 | Laser Copy;jacobsr | 78.00 | 7.80 |
| 16-Nov-11 | Laser Copy;KUKULOWI | 17.00 | 1.70 |
| 16-Nov-11 | Bell Conferencing/R Jacobs/Inv. 107775253 | 1.00 | 76.64 |
| 16-Nov-11 | Laser Copy;NELSON M | 27.00 | 2.70 |
| 17-Nov-11 | Laser Copy;jacobsr | 105.00 | 10.50 |
| 18-Nov-11 | Laser Copy;NELSON M | 28.00 | 2.80 |
| 21-Nov-11 | Laser Copy;NELSON M | 285.00 | 28.50 |
| 21-Nov-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 21-Nov-11 | Telephone;12122455000;New YorkNY;4715 | 1.00 | 3.06 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2878874
Page 12 of 12
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 22-Nov-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 22-Nov-11 | Laser Copy;jacobsr | 23.00 | 2.30 |
| 22-Nov-11 | Laser Copy;NELSON M | 145.00 | 14.50 |
| 22-Nov-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 23-Nov-11 | Laser Copy;jacobsr | 6.00 | 0.60 |
| 23-Nov-11 | Telephone;13026514699;WilmingtDE; 4715 | 1.00 | 0.51 |
| 23-Nov-11 | Telephone;13026517699;WilmingtDE; 4715 | 1.00 | 0.51 |
| 23-Nov-11 | Laser Copy;NELSON M | 64.00 | 6.40 |
| 25-Nov-11 | Laser Copy;NELSON M | 16.00 | 1.60 |
| 28-Nov-11 | Laser Copy;jacobsr | 31.00 | 3.10 |
| 28-Nov-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 1.53 |
| 28-Nov-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 28-Nov-11 | Laser Copy;NELSON M | 54.00 | 5.40 |
| 29-Nov-11 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 0.51 |
| 29-Nov-11 | Laser Copy;NELSON M | 26.00 | 2.60 |
| 29-Nov-11 | Laser Copy;jacobsr | 42.00 | 4.20 |
| 29-Nov-11 | Laser Copy;MCDONALA | 123.00 | 12.30 |
| 30-Nov-11 | Laser Copy;jacobsr | 39.00 | 3.90 |
| 30-Nov-11 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 0.51 |
| 30-Nov-11 | Laser Copy;NELSON M | 130.00 | 13.00 |
| | **TOTAL NON-TAXABLE DISBURSEMENTS** | **CDN** | **$ 423.69** |