**EXHIBIT C**

## DISBURSEMENT SUMMARY
## NOVEMBER 1 TO NOVEMBER 30, 2011
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>
| | |
|---|---|
| Binding Books / Documents | $ 7.40 |
| Long Distance Telephone Calls | $ 88.88 |
| Photocopy & Printing Charges | $ 304.40 |
| Taxi Charges | $ 23.01 |
| Total Non-Taxable Disbursements | **$423.69 CDN.** |

10752678_1|TorDocs