**EXHIBIT D**

10753004_2|TorDocs

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2878874  
Page 11 of 12  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---|---|
| 01-Nov-11 | Laser Copy;TAYLOR, Laura | 53.00 | 5.30 |
| 01-Nov-11 | Laser Copy;NELSON M | 89.00 | 8.90 |
| 01-Nov-11 | Laser Copy;jacobsr | 33.00 | 3.30 |
| 01-Nov-11 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 0.51 |
| 02-Nov-11 | Laser Copy;jacobsr | 18.00 | 1.80 |
| 03-Nov-11 | Laser Copy;YING C | 126.00 | 12.60 |
| 03-Nov-11 | Laser Copy;jacobsr | 24.00 | 2.40 |
| 03-Nov-11 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 0.51 |
| 03-Nov-11 | Laser Copy;NELSON M | 275.00 | 27.50 |
| 04-Nov-11 | Laser Copy;NELSON M | 16.00 | 1.60 |
| 04-Nov-11 | Laser Copy;DamaniA | 100.00 | 10.00 |
| 04-Nov-11 | Laser Copy;YING C | 83.00 | 8.30 |
| 04-Nov-11 | Laser Copy;jacobsr | 46.00 | 4.60 |
| 04-Nov-11 | Cerlox | 1.00 | 2.00 |
| 04-Nov-11 | Tabs / Cerlox / Clear Cover | 1.00 | 5.40 |
| 07-Nov-11 | Laser Copy;NELSON M | 44.00 | 4.40 |
| 07-Nov-11 | Laser Copy;jacobsr | 24.00 | 2.40 |
| 08-Nov-11 | Laser Copy;NELSON M | 71.00 | 7.10 |
| 08-Nov-11 | Taxi from King St. to Eglinton Ave. for M. Wunder on Sept. 22/11; 2011-9-22 | 1.00 | 23.01 |
| 09-Nov-11 | Laser Copy;NELSON M | 26.00 | 2.60 |
| 09-Nov-11 | Laser Copy;jacobsr | 24.00 | 2.40 |
| 10-Nov-11 | Laser Copy;NELSON M | 210.00 | 21.00 |
| 10-Nov-11 | Laser Printing | 30.00 | 10.50 |
| 10-Nov-11 | Laser Copy;jacobsr | 37.00 | 3.70 |
| 11-Nov-11 | Laser Copy;jacobsr | 57.00 | 5.70 |
| 11-Nov-11 | Telephone;19175447922;New YorkNY;4715 | 1.00 | 0.51 |
| 11-Nov-11 | Laser Copy;NELSON M | 77.00 | 7.70 |
| 14-Nov-11 | Laser Copy;NELSON M | 73.00 | 7.30 |
| 14-Nov-11 | Laser Copy;jacobsr | 5.00 | 0.50 |
| 15-Nov-11 | Laser Copy;NELSON M | 189.00 | 18.90 |
| 15-Nov-11 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 0.51 |
| 15-Nov-11 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 1.53 |
| 15-Nov-11 | Laser Copy;jacobsr | 78.00 | 7.80 |
| 16-Nov-11 | Laser Copy;KUKULOWI | 17.00 | 1.70 |
| 16-Nov-11 | Bell Conferencing/R Jacobs/Inv. 107775253 | 1.00 | 76.64 |
| 16-Nov-11 | Laser Copy;NELSON M | 27.00 | 2.70 |
| 17-Nov-11 | Laser Copy;jacobsr | 105.00 | 10.50 |
| 18-Nov-11 | Laser Copy;NELSON M | 28.00 | 2.80 |
| 21-Nov-11 | Laser Copy;NELSON M | 285.00 | 28.50 |
| 21-Nov-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 21-Nov-11 | Telephone;12122455000;New YorkNY;4715 | 1.00 | 3.06 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2878874  
Page 12 of 12  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 22-Nov-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 22-Nov-11 | Laser Copy;jacobsr | 23.00 | 2.30 |
| 22-Nov-11 | Laser Copy;NELSON M | 145.00 | 14.50 |
| 22-Nov-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 23-Nov-11 | Laser Copy;jacobsr | 6.00 | 0.60 |
| 23-Nov-11 | Telephone;13026514699;WilmingtDE; 4715 | 1.00 | 0.51 |
| 23-Nov-11 | Telephone;13026517699;WilmingtDE; 4715 | 1.00 | 0.51 |
| 23-Nov-11 | Laser Copy;NELSON M | 64.00 | 6.40 |
| 25-Nov-11 | Laser Copy;NELSON M | 16.00 | 1.60 |
| 28-Nov-11 | Laser Copy;jacobsr | 31.00 | 3.10 |
| 28-Nov-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 1.53 |
| 28-Nov-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 28-Nov-11 | Laser Copy;NELSON M | 54.00 | 5.40 |
| 29-Nov-11 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 0.51 |
| 29-Nov-11 | Laser Copy;NELSON M | 26.00 | 2.60 |
| 29-Nov-11 | Laser Copy;jacobsr | 42.00 | 4.20 |
| 29-Nov-11 | Laser Copy;MCDONALA | 123.00 | 12.30 |
| 30-Nov-11 | Laser Copy;jacobsr | 39.00 | 3.90 |
| 30-Nov-11 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 0.51 |
| 30-Nov-11 | Laser Copy;NELSON M | 130.00 | 13.00 |
| | **TOTAL NON-TAXABLE DISBURSEMENTS** | CDN | $ 423.69 |