# EXHIBIT E

10753004_2|TorDocs

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Mark Dunsmuir | Associate | Pensions/Benefits | Ontario - 2006 | 0.3 | $450.00 | $135.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 4.9 | $775.00 | $3,797.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 30.5 | $775.00 | $23,637.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 14.5 | $675.00 | $9,787.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 6.7 | $850.00 | $5,695.00 |
|  |  |  |  |  |  |  |
| TOTAL |  |  |  | 56.9 | CDN. | $43,052.50 |
|  | Less: Non-Working Travel Time Discount (50% of $387.50) |  |  |  |  | -$193.75 |
| TOTAL |  |  |  | 56.9 | CDN. | $42,858.75 |

10752678_1|TorDocs