## EXHIBIT A

# EXHIBIT A

### COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

January 1, 2012 through January 31, 2012

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Case Administration | 1.4 | $364.00 |
| Employee Matters | 0.5 | $437.50 |
| Fee and Employment Applications | 13.3 | $5,979.50 |
| Analysis of Canadian Law | 50.7 | $33,982.50 |
| Intercompany Analysis | 35.5 | $32,361.00 |
| Canadian CCAA Proceedings/Matters | 45.7 | $35,472.50 |
| Canadian Sec. 18.6 Proceedings/Matters | 1.8 | $1,458.00 |
| Litigation | 1.8 | $549.00 |
| **TOTAL** | 150.7 | $110,604.00 |

13310582.1

CASE ADMINISTRATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Ralph | Dianne | 04/01/2012 | Review of court docket (.1); forward update to attorneys (.1) | 0.2 | 52.00 | 10979403 |
| Ralph | Dianne | 10/01/2012 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 10987098 |
| Ralph | Dianne | 17/01/2012 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 10997259 |
| Ralph | Dianne | 03/01/2012 | Review of court docket (.1); court calendar objection deadlines (.1); email to A. Bauer, W. Gray T. DeMarinis and S. Bomhof regarding same (0.1); | 0.3 | 78.00 | 11002199 |
| Ralph | Dianne | 27/01/2012 | Review of court docket (.1); file pleadings to Inventorys (.2) | 0.3 | 78.00 | 11024987 |
| Ralph | Dianne | 25/01/2012 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11029758 |

EMPLOYEE MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 23/01/2012 | Conference regarding retention issues (.4); Reporting to debtor and counsel (.1) | 0.5 | 437.50 | 11010637 |

FEE AND EMPLOYMENT APPLICATIONS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 03/01/2012 | Review monthly fee application | 0.8 | 700.00 | 10980141 |
| Gray | William | 18/01/2012 | Work on fee application | 0.5 | 437.50 | 11002528 |
| Gray | William | 25/01/2012 | Work on fee application (.9); Review monthly fee application for filing (.3) | 1.2 | 1,050.00 | 11010546 |
| Gray | William | 27/01/2012 | Review and finalize monthly fee application for filing | 1.6 | 1,400.00 | 11020969 |
| Ralph | Dianne | 18/01/2012 | Review of December time entries (1.3); conference with W. Gray regarding same (.2) | 1.5 | 390.00 | 11001045 |
| Ralph | Dianne | 20/01/2012 | Review of revised December time entries | 1.7 | 442.00 | 11001619 |
| Ralph | Dianne | 04/01/2012 | Telephone conference with J. Brentnall regarding filed fee application (.2); email to J. Brentnall regarding same (.1) | 0.3 | 78.00 | 11002852 |
| Ralph | Dianne | 19/01/2012 | Revise December time entries (.6); email to J. Wong regarding same (.1) | 0.7 | 182.00 | 11003091 |
| Ralph | Dianne | 11/01/2012 | Receipt and review of December time entries and expenses | 0.6 | 156.00 | 11004130 |
| Ralph | Dianne | 17/01/2012 | Review of December time entries | 0.7 | 182.00 | 11004491 |
| Ralph | Dianne | 23/01/2012 | Review of revised December time entries | 0.2 | 52.00 | 11004967 |
| Ralph | Dianne | 27/01/2012 | Revisions to December time entries (.7); emails to J. Wong regarding same (.2); finalize fee application (.2); email to A. Cordo regarding finalized fee application (.3) | 1.4 | 364.00 | 11024430 |
| Ralph | Dianne | 25/01/2012 | Telephone conference with L. Simpson regarding updates to A. Gray December time entries (.2); Emails to L. Simpson regarding same (.1) | 0.3 | 78.00 | 11024841 |
| Ralph | Dianne | 26/01/2012 | Emails to J. Brentnall regarding filed fee applications | 0.2 | 52.00 | 11030325 |
| Ralph | Dianne | 26/01/2012 | Email to S. Bomhof regarding December time entries (.1); update and review of December fee application (1.5) | 1.6 | 416.00 | 11030548 |

LITIGATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Davis | Kathleen | 26/01/2012 | Reviewed indictment of Frank Dunn in the criminal proceedings; | 0.8 | 244.00 | 11011163 |
| Davis | Kathleen | 31/01/2012 | Reviewed indictment papers; | 1.0 | 305.00 | 11016048 |

ANALYSIS OF CANADIAN LAW

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 09/01/2012 | review of Canadian law on judicial mediation; | 0.4 | 324.00 | 10984669 |
| Bomhof | Scott A. | 19/01/2012 | research regarding Canadian legal issues; | 1.0 | 810.00 | 11003122 |
| Bomhof | Scott A. | 24/01/2012 | research regarding Canadian legal issues; | 1.3 | 1,053.00 | 11007637 |
| Bomhof | Scott A. | 25/01/2012 | reviewing mediation brief questions from Cleary and research regarding Canadian law aspects; | 1.5 | 1,215.00 | 11008525 |
| Bomhof | Scott A. | 26/01/2012 | research regarding Canadian legal issues and telephone call with Cleary to discuss same; | 2.5 | 2,025.00 | 11010514 |
| Bomhof | Scott A. | 27/01/2012 | research regarding Canadian legal issues (regarding mediation brief questions) and discussing same with Cleary Gottlieb; | 2.5 | 2,025.00 | 11014736 |
| Bomhof | Scott A. | 28/01/2012 | research regarding Canadian legal issues (regarding mediation brief research); | 1.2 | 972.00 | 11015875 |
| Bomhof | Scott A. | 30/01/2012 | research regarding Canadian legal issues (regarding mediation brief research); | 2.0 | 1,620.00 | 11018076 |
| Bomhof | Scott A. | 31/01/2012 | Research regarding Canadian legal issues (regarding mediation brief research); | 1.6 | 1,296.00 | 11020204 |
| Gray | Andrew | 04/01/2012 | meeting to discuss legal research (0.5); correspondence regarding motions in CCAA proceeding (0.5); | 1.0 | 710.00 | 10979050 |
| Gray | Andrew | 06/01/2012 | drafting email on research conducted on Canadian legal issues (0.4); reviewing cases and textbooks (2.0); | 2.4 | 1,704.00 | 10982360 |
| Gray | Andrew | 25/01/2012 | reviewing and discussing Canadian legal research and Canadian legal proceedings; | 0.7 | 497.00 | 11009831 |
| Gray | Andrew | 26/01/2012 | reviewing research on indemnity and related issues; | 0.9 | 639.00 | 11015904 |
| Atkey | Matthew | 25/01/2012 | reviewing correspondence from Cleary re requested summary of Canadian law (0.1); meeting with Andrew Gray and Scott Bomhof re questions posed by Cleary re Canadian legal issue (0.8); communications with Jeremy Opolsky of Cleary (0.2); | 1.1 | 550.00 | 11009293 |
| Atkey | Matthew | 26/01/2012 | conference call with Scott Bomhof and Cleary re memorandum addressing questions of Canadian law relating to rights of surety against a principal debtor (0.8); research and drafting of memorandum addressing same (2.8); | 3.6 | 1,800.00 | 11014460 |
| Atkey | Matthew | 27/01/2012 | further research and drafting of memo re application of Canadian law with respect to rights of a surety against the principal debtor; | 3.7 | 1,850.00 | 11014562 |
| Wall | Kevin | 03/01/2012 | meeting with Andrew Gray to discuss research tasks (.3); researching and drafting email memo for Andrew Gray re: distributions in Canadian bankruptcy law (1.2); | 1.5 | 457.50 | 10979111 |
| Wall | Kevin | 04/01/2012 | researching and drafting email memo for Andrew Gray re: distributions in Canadian bankruptcy law; | 6.9 | 2,104.50 | 10979687 |
| Wall | Kevin | 05/01/2012 | drafting email memo for Andrew Gray re: mediation brief questions; | 3.0 | 915.00 | 10980159 |
| Wall | Kevin | 06/01/2012 | noting-up case law re: distribution of trust funds in bankruptcy context; | 0.1 | 30.50 | 10980882 |
| Estey | Wilfred M. | 09/01/2012 | exchange of e-mails with Scott Bomhof re Canadian legal issues (0.3); engaged in | 2.6 | 2,535.00 | 10989048 |

ANALYSIS OF CANADIAN LAW

ANALYSIS OF CANADIAN LAW

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Estey | Wilfred M. | 10/01/2012 | research re same (2.3); drafting and revising an e-mail to Scott Bomhof re Canadian legal issues (1.3); engaged briefly in research (0.3); | 1.6 | 1,560.00 | 10989063 |
| DeMarnis | Tony | 11/01/2012 | consideration of Canadian legal issues relating to mediation; | 1.5 | 1,462.50 | 10988226 |
| DeMarnis | Tony | 20/01/2012 | analysis of Canadian legal issues relating to claims and inter-company matters; | 2.0 | 1,950.00 | 11004219 |
| DeMarnis | Tony | 24/01/2012 | consideration of Canadian legal issue regarding inter-company matters; | 1.4 | 1,365.00 | 11007820 |
| DeMarinis | Tony | 25/01/2012 | review of Canadian legal issues relating to claims and inter-company matters; | 1.5 | 1,462.50 | 11008935 |
| Gray | William | 06/01/2012 | Review Claims Research memo | 1.2 | 1,050.00 | 10996508 |

ANALYSIS OF CANADIAN LAW

NTERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 09/01/2012 | participate in status call with Cleary and Avidity Partners (1.0); participate in status call with Cleary, Avidity Partners, ad hoc bondholders committee and UCC and advisors (.6); | 1.6 | 1,296.00 | 10984153 |
| Bomhof | Scott A. | 20/01/2012 | reviewing noteholder claim issues; | 1.5 | 1,215.00 | 11003280 |
| DeMarinis | Tony | 03/01/2012 | review EMEA claims decision in U.S. and assess impact of same on inter-company matters; | 1.4 | 1,365.00 | 10977455 |
| DeMarinis | Tony | 05/01/2012 | emails regarding Canadian legal issues; | 0.3 | 292.50 | 10980462 |
| DeMarinis | Tony | 06/01/2012 | review of legal issues and arguments regarding inter-company allocations and stakeholders' issues; | 2.0 | 1,950.00 | 10982539 |
| DeMarinis | Tony | 09/01/2012 | emails and discussion with Scott Bomhof et. al. on inter-company matters (0.4); review and consideration of related information and materials (1.3); | 1.7 | 1,657.50 | 10984427 |
| DeMarinis | Tony | 10/01/2012 | consideration of issues relating to EMEA claims against U.S. and Canadian estates; | 2.2 | 2,145.00 | 10986043 |
| DeMarinis | Tony | 23/01/2012 | consideration of issues and arguments to mediation process; | 2.3 | 2,242.50 | 11004860 |
| DeMarinis | Tony | 26/01/2012 | review of materials in connection with mediation initiative; | 1.4 | 1,365.00 | 11010644 |
| DeMarinis | Tony | 30/01/2012 | review draft mediation materials and related legal issues; | 2.0 | 1,950.00 | 11017014 |
| DeMarinis | Tony | 31/01/2012 | consideration of arguments relating to inter-company allocation mediation; | 1.7 | 1,657.50 | 11017974 |
| Gray | William | 03/01/2012 | Review Canadian legal issues | 2.6 | 2,275.00 | 10980819 |
| Gray | William | 06/01/2012 | Work on Canadian legal and related intercompany claim issues | 1.6 | 1,400.00 | 10987481 |
| Gray | William | 09/01/2012 | Review retiree benefits decision (.7); Review status of cross-border claims in that regard (0.7); | 1.4 | 1,225.00 | 10991190 |
| Gray | William | 18/01/2012 | Work on Claims Research | 1.7 | 1,487.50 | 11001095 |
| Gray | William | 17/01/2012 | Work on bond trading issues and intercompany claims | 2.6 | 2,275.00 | 11001810 |
| Gray | William | 19/01/2012 | Review legal issues regarding Claims Research | 1.5 | 1,312.50 | 11004166 |
| Gray | William | 23/01/2012 | Work on Canadian legal issue (.8); Work on competing intercompany claims on bond holder issues (1.4) | 2.2 | 1,925.00 | 11010680 |
| Gray | William | 31/01/2012 | Review mediation brief | 3.8 | 3,325.00 | 11020739 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 09/01/2012 | review letter from S. Dewart and follow up on claims filed under insurance motion; | 0.5 | 405.00 | 10985133 |
| Bomhof | Scott A. | 10/01/2012 | reviewing e-mail exchanges regarding cross-examinations on insurance motion (.3); discussing mediation issues with A. Gray (.5); | 0.8 | 648.00 | 10987816 |
| Bomhof | Scott A. | 11/01/2012 | reviewing order in criminal trial and report to Cleary regarding same; | 0.4 | 324.00 | 10987925 |
| Bomhof | Scott A. | 12/01/2012 | reviewing issues related to Monitor's obligation to approve settlements and discussing same with C. Armstrong (.5); reviewing notice of examination regarding insurance issue (.3); | 0.8 | 648.00 | 10993556 |
| Bomhof | Scott A. | 13/01/2012 | Review letter regarding Insurance claims and review draft settlement proposal (0.6); review mediation materials (0.5); | 1.1 | 891.00 | 10993850 |
| Bomhof | Scott A. | 16/01/2012 | Exchange messages with Cleary and call to S. Dewart regarding insurance motion; | 0.3 | 243.00 | 10996550 |
| Bomhof | Scott A. | 17/01/2012 | Attend weekly status call with Cleary and J. Ray (1.0); review issues related to criminal proceedings and report to Cleary (0.4); discuss insurance issues with A. Merskey. (0.2); | 1.6 | 1,296.00 | 10996579 |
| Bomhof | Scott A. | 18/01/2012 | participate in status call with Cleary, J. Ray, Aiken and FMC (1.0); telephone call with M. Gottlieb regarding EMEA motion for discovery (.4); reviewing issues related to settlement of cross-border claims under claims resolution order (1.0); | 2.4 | 1,944.00 | 10999796 |
| Bomhof | Scott A. | 19/01/2012 | attend telephone call with J. Ray and Cleary to discuss CCAA claims issues (1.1); telephone call with C. Armstrong regarding residual IT asset sale issues (.2); | 1.3 | 1,053.00 | 11001462 |
| Bomhof | Scott A. | 23/01/2012 | participate in status call with J. Ray and Cleary (1.0); participate in status call with UCC and advisors (.8); telephone call with S. Fenton regarding Nortel criminal trial and follow up report to Cleary Gottlieb (1.5); | 3.3 | 2,673.00 | 11005576 |
| Bomhof | Scott A. | 24/01/2012 | telephone call with S. Dewart regarding insurance motion and reviewing letter to counsel for EMEA debtors (.4); reviewing bondholder issues (1.0); | 1.4 | 1,134.00 | 11006525 |
| Bomhof | Scott A. | 25/01/2012 | telephone call with Cleary and follow up call to S. Dewart (.8); reviewing e-mail from Goodmans regarding EMEA motion and discussing same with Cleary (.4); | 1.2 | 972.00 | 11008694 |
| Bomhof | Scott A. | 26/01/2012 | reviewing proofs of claim filed by Note Trustees (.9); revising language regarding Canadian claims process and discussing same with R. Ecklerod/Clearys (1.1); telephone call with Cleary and exchange messages with S. Dewart regarding insurance motion (.5); | 2.5 | 2,025.00 | 11010675 |
| Bomhof | Scott A. | 27/01/2012 | exchange messages with S. Dewart and A. Merskey regarding scheduling of insurance motion and cross-examination; | 1.0 | 810.00 | 11014542 |
| Bomhof | Scott A. | 30/01/2012 | meeting with E. Bussigel and attending | 4.0 | 3,240.00 | 11018838 |

CANADIAN CCAA PROCEEDINGS/MATTERS

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 31/01/2012 | cross-examination regarding insurance motion (2.0); attending weekly status call with Cleary, Chilmark and J. Roy (1.0); attending weekly status call with UCC and advisors (1.0); Follow up on insurance motion with S. Dewart and A. Merskey; | 0.5 | 405.00 | 11020416 |
| Gray | Andrew | 09/01/2012 | conference call with counsel regarding procedural matters and upcoming motions (1.0); reviewing background materials related to same (1.8); | 2.8 | 1,988.00 | 10984607 |
| Gray | Andrew | 10/01/2012 | communications regarding upcoming proceedings and related legal issues (0.5); reviewing court materials (0.3); | 0.8 | 568.00 | 10986658 |
| Gray | Andrew | 11/01/2012 | preparations regarding upcoming court proceedings and correspondence regarding same; | 1.2 | 852.00 | 10987515 |
| Gray | Andrew | 13/01/2012 | reviewing materials relating to CCAA proceedings; | 1.3 | 923.00 | 10990930 |
| Gray | Andrew | 16/01/2012 | preparing motion materials for recognition motion (4.1); email correspondence regarding CCAA proceedings (0.5); | 4.6 | 3,266.00 | 10994495 |
| Gray | Andrew | 17/01/2012 | preparing court materials (1.2); correspondence regarding Canadian court processes (.6); | 1.8 | 1,278.00 | 10996636 |
| Gray | Andrew | 18/01/2012 | preparing and serving motion record (0.7); telephone conference regarding CCAA proceedings (1.0); reviewing court materials (1.0); | 2.7 | 1,917.00 | 10999723 |
| Gray | Andrew | 23/01/2012 | preparing for motion (0.5); telephone conferences regarding upcoming and ongoing Nortel proceedings (2.0); | 2.5 | 1,775.00 | 11004785 |
| Gray | Andrew | 24/01/2012 | preparing for and attending court to obtain recognition orders (1.5); reviewing court materials (0.3); | 1.8 | 1,278.00 | 11006343 |
| Gray | Andrew | 27/01/2012 | e-mail communication and office conference regarding upcoming court proceedings and related preliminary steps; | 0.4 | 284.00 | 11016498 |
| DeMarinis | Tony | 04/01/2012 | review Canadian brief and monitor's reports; | 0.7 | 682.50 | 10979795 |
| DeMarinis | Tony | 19/01/2012 | consideration of Canadian and cross-over claims and related issues; | 2.0 | 1,950.00 | 11001520 |

CANADIAN SEC.18.6 PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 19/01/2012 | reviewing motion records for recognition of sealing order and Flextronics settlement approval order; | 0.8 | 648.00 | 11002216 |
| Bomhof | Scott A. | 23/01/2012 | reviewing materials for January 24, 2012 motions for recognition of sealing order and Flextronics settlement; | 0.6 | 486.00 | 11005947 |
| Bomhof | Scott A. | 24/01/2012 | reviewing recognition order for Flextronics settlement order and sealing order; | 0.4 | 324.00 | 11006833 |