## EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

January 1, 2012 through January 31, 2012

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Computer Research | Quicklaw / Westlaw | $1,678.50 |
| Duplicating/Printing | 1,496 pgs @ .10 per pg | $149.60 |
| Miscellaneous | Binders | $8.15 |
| Courier | | $28.08 |
| Taxi & Travel | | - |
| Meals | | - |
| Library Costs | | - |
| Court Searches | LEXIS/NEXIS | $10.00 |
| Word Processing | | - |
| Telephone | Long Distance | $1.87 |
| **Grand Total Expenses** | | **$1,876.20** |

13310582.1

**Date**

| | | |
|---|---:|---|
| 26/01/2012 | 0.10 | Telephone Call 17199550541 - Colorado Springs, CO -Time: 17:31 - Dur: 1.65 |
| 26/01/2012 | 1.77 | Telephone Call 17199550541 - Colorado Springs, CO -Time: 17:34 - Dur: 35.55 |
| | 1.87 | |
| | | |
| 09/01/2012 | 3.10 | Copies |
| 10/01/2012 | 0.50 | Copies |
| 18/01/2012 | 20.50 | Copies |
| 24/01/2012 | 8.00 | Copies |
| 30/01/2012 | 0.40 | Copies |
| | 32.50 | |
| | | |
| 03/01/2012 | 0.30 | Laser Printing |
| 03/01/2012 | 0.50 | Laser Printing |
| 04/01/2012 | 5.80 | Laser Printing |
| 05/01/2012 | 1.30 | Laser Printing |
| 09/01/2012 | 0.20 | Laser Printing |
| 09/01/2012 | 4.40 | Laser Printing |
| 09/01/2012 | 5.60 | Laser Printing |
| 10/01/2012 | 0.30 | Laser Printing |
| 10/01/2012 | 0.20 | Laser Printing |
| 12/01/2012 | 0.40 | Laser Printing |
| 13/01/2012 | 11.10 | Laser Printing |
| 16/01/2012 | 4.80 | Laser Printing |
| 16/01/2012 | 8.90 | Laser Printing |
| 17/01/2012 | 0.60 | Laser Printing |
| 18/01/2012 | 1.30 | Laser Printing |
| 18/01/2012 | 0.40 | Laser Printing |
| 19/01/2012 | 11.00 | Laser Printing |
| 23/01/2012 | 2.00 | Laser Printing |
| 24/01/2012 | 0.20 | Laser Printing |
| 25/01/2012 | 0.20 | Laser Printing |
| 25/01/2012 | 0.10 | Laser Printing |
| 26/01/2012 | 0.80 | Laser Printing |
| 26/01/2012 | 2.90 | Laser Printing |
| 27/01/2012 | 0.50 | Laser Printing |
| 27/01/2012 | 2.60 | Laser Printing |
| 30/01/2012 | 25.00 | Laser Printing |
| 30/01/2012 | 4.00 | Laser Printing |
| 31/01/2012 | 3.90 | Laser Printing |
| 31/01/2012 | 4.50 | Laser Printing |
| 31/01/2012 | 3.90 | Laser Printing |
| 11/01/2012 | 0.20 | Laser Printing |
| 11/01/2012 | 0.50 | Laser Printing |
| 11/01/2012 | 1.00 | Laser Printing |
| 17/01/2012 | 0.20 | Laser Printing |
| 17/01/2012 | 0.20 | Laser Printing |
| 20/01/2012 | 1.00 | Laser Printing |
| 20/01/2012 | 0.10 | Laser Printing |
| 25/01/2012 | 0.50 | Laser Printing |
| 26/01/2012 | 0.10 | Laser Printing |
| 27/01/2012 | 1.10 | Laser Printing |
| 27/01/2012 | 0.30 | Laser Printing |
| 27/01/2012 | 1.40 | Laser Printing |
| 27/01/2012 | 1.10 | Laser Printing |

| Date | Amount | Description |
|---|---|---|
| 27/01/2012 | 0.20 | Laser Printing |
| 27/01/2012 | 0.10 | Laser Printing |
| 27/01/2012 | 0.10 | Laser Printing |
| 27/01/2012 | 0.20 | Laser Printing |
| 27/01/2012 | 1.10 | Laser Printing |
| | 117.10 | |
| 23/01/2012 | 5.90 | Binding Charges |
| 23/01/2012 | 2.25 | Exhibit Tabs |
| | 8.15 | |
| 13/01/2012 | 23.44 | Courier ONE LIBERTY PLAZA,CLEARY GOTTLIEB ; |
| 19/01/2012 | 4.64 | Courier 130 Queen St W,Ontario Superior Court of Just, |
| | 28.08 | |
| 04/01/2012 | 5.41 | On Line Research Charges -WestlaweCarswell Excl. |
| 04/01/2012 | 208.45 | On Line Research Charges - Quicklaw |
| 26/01/2012 | 300.89 | On Line Research Charges - Quicklaw |
| 27/01/2012 | 206.49 | On Line Research Charges - Quicklaw |
| 30/01/2012 | 314.67 | On Line Research Charges - Quicklaw |
| 04/01/2012 | 281.22 | On Line Research Charges -WestlaweCarswell Incl. |
| 05/01/2012 | 199.61 | On Line Research Charges -WestlaweCarswell Incl. |
| 05/01/2012 | 138.65 | On Line Research Charges -WestlaweCarswell Incl. |
| 06/01/2012 | 23.11 | On Line Research Charges -WestlaweCarswell Incl. |
| | 1,678.50 | |
| 19/01/2012 | 10.00 | Computerized Court Searches - - VENDOR:LEXISNEXIS COURTLINK |

**Grand Total  $ 1,876.20**