# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/6/2012 | Employee claims call with T. Britt of Cleary and R. Boris of Nortel. | 1.00 | 420 | 420.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/9/2012 | Call with T. Britt of Cleary regarding employee claims. | 0.60 | 420 | 252.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/12/2012 | Call with T. Britt of Cleary and R. Boris of Nortel regarding employee claims. | 1.00 | 420 | 420.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/12/2012 | Call with R. Boris of Nortel regarding employee claims database. | 0.50 | 420 | 210.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/17/2012 | Weekly trade claims call with R. Boris of Nortel and J. Croft of Cleary. | 0.50 | 420 | 210.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/19/2012 | Call with T. Britt of Cleary to review objection exhibit strategy. | 1.00 | 420 | 420.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/19/2012 | Call with R. Boris of Nortel and M. Cilia of RLKS to discuss omnibus objection. | 0.60 | 420 | 252.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/19/2012 | Call with B. Hunt of Epiq and M. Cilia of RLKS to discuss schedule information. | 0.50 | 420 | 210.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/19/2012 | Weekly employee claims call with M. Alcock of Cleary and M. Cilia of RLKS. | 1.00 | 420 | 420.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/20/2012 | Employee claims follow up call with T. Britt of Cleary and M. Cilia of RLKS. | 0.80 | 420 | 336.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/20/2012 | Call with T. Britt of Cleary regarding claim objection process. | 0.50 | 420 | 210.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/23/2012 | Call with A. Tsai of Epiq regarding omnibus objection exhibits. | 0.50 | 420 | 210.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/24/2012 | Call with D. Culver of MNAT regarding preference matters. | 0.50 | 420 | 210.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/24/2012 | Call with T. Britt of Cleary regarding claim objection exhibits. | 0.60 | 420 | 252.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/25/2012 | Prepared materials for meeting with M. Cilia of RLKS to discuss workstreams, contacts and timeline. | 2.00 | 420 | 840.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/25/2012 | Meeting with M. Cilia of RLKS to discuss workstreams, contacts, and timeline as well as review certain case files. | 2.00 | 420 | 840.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/25/2012 | Meeting with M. Cilia of RLKS to discuss workstreams, contacts, and timeline as well as review certain case files. | 2.00 | 420 | 840.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/26/2012 | Call with A. Tsai of Epiq regarding claim objection exhibits. | 0.50 | 420 | 210.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 1/31/2012 | Call with J. Sherrett of Cleary regarding preference matters. | 0.60 | 420 | 252.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/9/2012 | Updated case status analysis per request of A. Stout of Nortel. | 1.70 | 420 | 714.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/9/2012 | Reviewed financials provided by A. Stout of Nortel for case status. | 1.80 | 420 | 756.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/16/2012 | Provided updated case status information to R. Eckenrod of Cleary. | 0.60 | 420 | 252.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/16/2012 | Reviewed case status information and provided comments to A. Tsai of Epiq. | 1.20 | 420 | 504.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/18/2012 | Provided R. Boris of Nortel with claims objection motions database. | 0.60 | 420 | 252.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/18/2012 | Provided R. Eckenrod of Cleary with case status exhibits and comments. | 1.10 | 420 | 462.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/19/2012 | Reviewed case status information with Huron director and updated comments. | 1.00 | 420 | 420.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/19/2012 | Corresponded with A. Tsai of Epiq regarding expected objection exhibits. | 0.50 | 420 | 210.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/19/2012 | Reviewed claim objection language and provided comments to T. Britt of Cleary. | 0.40 | 420 | 168.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/20/2012 | Provided omnibus objection exhibit details to A. Tsai of Epiq. | 1.60 | 420 | 672.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/20/2012 | Corresponded with T. Britt of Cleary regarding objection exhibits. | 0.40 | 420 | 168.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/20/2012 | Reviewed objection exhibit information and language and provided comments to Epiq and Cleary. | 2.00 | 420 | 840.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/23/2012 | Reviewed omnibus objection exhibit language and had follow up call with T. Britt of Cleary. | 1.30 | 420 | 546.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/24/2012 | Corresponded with A. Tsai of Epiq and T. Britt of Cleary regarding objection exhibits. | 1.10 | 420 | 462.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/24/2012 | Reviewed and updated claim objection comments. | 0.70 | 420 | 294.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/25/2012 | Reviewed claim objection comments and issues provided by T. Britt of Cleary. | 1.50 | 420 | 630.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/26/2012 | Updated objection exhibits and provided changes to A. Tsai of Epiq. | 1.00 | 420 | 420.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/30/2012 | Reviewed and updated the claim objection exhibits. | 0.90 | 420 | 378.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 1/11/2012 | Updated schedule information and provided to A. Tsai of Epiq. | 2.10 | 420 | 882.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Coley P. Brown | 1/30/2012 | Reviewed schedule information per request of L. Bagarella of Cleary. | 1.40 | 420 | 588.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | James Lukenda | 1/23/2012 | Nortel-discuss additional case status details with Huron manager. | 0.10 | 725 | 72.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Matthew J. Fisher | 1/19/2012 | Reviewed drafts of contingency plan documents and discussed comments with team. | 1.70 | 565 | 960.50 |
| 6 | Retention and Fee Applications | Coley P. Brown | 1/6/2012 | Corresponded with M. DeCarli regarding filing CNO. | 0.20 | 420 | 84.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 1/11/2012 | Corresponded with M. DeCarli of MNAT regarding fee application documents. | 0.30 | 420 | 126.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 1/11/2012 | Reviewed and updated the monthly fee application documents | 2.30 | 420 | 966.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 1/11/2012 | Reviewed and updated the monthly fee application exhibits and provided final version to A. Cordo of MNAT. | 1.40 | 420 | 588.00 |
| 11 | Asset Sale & Disposition Support | Jason D. Kirshner | 1/13/2012 | Review of counsel-provided contract list. Creation of unique vendor list based on the same. | 1.50 | 250 | 375.00 |
| 11 | Asset Sale & Disposition Support | Michael Scannella | 1/13/2012 | Discussion with Huron analyst related to contract review request. Review of source files and summaries regarding the same. | 0.50 | 350 | 175.00 |
| 11 | Asset Sale & Disposition Support | Michael Scannella | 1/13/2012 | Review of 365 contracts related to contract review request. | 1.50 | 350 | 525.00 |
| 11 | Asset Sale & Disposition Support | Michael Scannella | 1/13/2012 | Review of non-365 contracts related to contract review request. Update to results and distribution to L. Lipner (Cleary). | 1.80 | 350 | 630.00 |
| 11 | Asset Sale & Disposition Support | Michael Scannella | 1/18/2012 | Discussion with L. Lipner (Cleary) regarding contract review exercise. | 0.30 | 350 | 105.00 |
| 11 | Asset Sale & Disposition Support | Michael Scannella | 1/18/2012 | Review of files available for contract review exercise related to additional sales. | 0.90 | 350 | 315.00 |
| 11 | Asset Sale & Disposition Support | Michael Scannella | 1/19/2012 | Review of Ciena contract databases per request of L. Lipner (Cleary). | 2.10 | 350 | 735.00 |
| 11 | Asset Sale & Disposition Support | Michael Scannella | 1/19/2012 | Review of Genband contracts database per request of L. Lipner (Cleary). | 1.30 | 350 | 455.00 |
| 11 | Asset Sale & Disposition Support | Michael Scannella | 1/19/2012 | Create comprehensive list of all contract matches and incorporate into contract review workbook. | 0.90 | 350 | 315.00 |
| 11 | Asset Sale & Disposition Support | Michael Scannella | 1/20/2012 | Quality review of contract exercise and submission to L. Lipner (Cleary). | 0.70 | 350 | 245.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 1/6/2012 | Updated preference summary with settlement information. | 0.60 | 420 | 252.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 1/6/2012 | Corresponded with J. Galvin and J. Sherrett of Cleary regarding preference settlement information. | 1.30 | 420 | 546.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 1/9/2012 | Updated preference ordinary course and new value analysis per request of J. Sherrett of Cleary. | 1.20 | 420 | 504.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 1/13/2012 | Reviewed and updated ordinary course preference analysis per request from J. Sherrett of Cleary. | 1.00 | 420 | 420.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 1/13/2012 | Updated Nortel preference summary with settlement information. | 0.90 | 420 | 378.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 1/16/2012 | Corresponded with J. Sherrett and S. McCoy of Cleary regarding preference settlements. | 0.40 | 420 | 168.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 1/16/2012 | Updated outstanding preference items per request of R. Boris of Nortel. | 0.90 | 420 | 378.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 1/16/2012 | Corresponded with A. Wortham of Nortel regarding preference settlements. | 0.40 | 420 | 168.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 1/20/2012 | Updated preference ordinary course defense per request of K. Sidhu of Cleary. | 0.90 | 420 | 378.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 1/23/2012 | Corresponded with A. Wortham and T. Perkinson of Nortel regarding preference settlements. | 0.60 | 420 | 252.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 1/23/2012 | Corresponded with J. Sherrett of Cleary regarding preference settlement information. | 0.40 | 420 | 168.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 1/23/2012 | Corresponded with M. Cook of Nortel regarding preference payment support. | 0.40 | 420 | 168.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 1/24/2012 | Corresponded with J. Lloyd of Nortel regarding preference settlements. | 1.10 | 420 | 462.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 1/24/2012 | Corresponded with N. Abulurach and J. Lloyd regarding preference settlements. | 0.60 | 420 | 252.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 1/24/2012 | Reviewed and updated ordinary course and new value defense analysis per request of J. Sherrett of Cleary. | 1.30 | 420 | 546.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 1/26/2012 | Provided K. Sidhu of Cleary with discovery information for preference matter. | 0.70 | 420 | 294.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 1/26/2012 | Corresponded with J. Galvin of Cleary regarding preference matters. | 0.40 | 420 | 168.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 1/30/2012 | Corresponded with K. Sidhu of Cleary regarding preference matters. | 0.50 | 420 | 210.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 1/31/2012 | Corresponded with J. Lloyd and A. Wortham of Nortel regarding preference settlements. | 0.50 | 420 | 210.00 |
| 15 | Avoidance Action / Reclamation Analysis | Coley P. Brown | 1/31/2012 | Corresponded with K. Sidhu of Cleary regarding preference matters. | 0.30 | 420 | 126.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/6/2012 | Updated employee claims analysis and circulated to the working group. | 2.90 | 420 | 1,218.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/9/2012 | Investigated employee claims support per request of R. Boris of Nortel. | 1.30 | 420 | 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/9/2012 | Corresponded with R. Lydecker of RLKS regarding employee claims methodology. | 0.50 | 420 | 210.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/10/2012 | Updated employee claims analysis per request of T. Britt of Cleary. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/11/2012 | Updated employee claims database per request from R. Boris of Nortel. | 0.40 | 420 | 168.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/11/2012 | Updated employee claims analysis per request from T. Britt of Cleary. | 2.70 | 420 | 1,134.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/12/2012 | Reviewed and updated employee claim analysis per request from T. Britt of Cleary. | 1.30 | 420 | 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/12/2012 | Documented employee claims assertions and updated claims analysis. | 2.00 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/12/2012 | Reviewed and updated employee claims analysis per request from M. Alcock of Cleary. | 2.00 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/12/2012 | Reviewed and updated employee claims analysis with information provided by J. Davison of Nortel | 1.20 | 420 | 504.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/13/2012 | Updated employee claims database per request from Cleary. | 1.00 | 420 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/18/2012 | Reviewed employee claims analysis provided by R. Boris of Nortel and provided comments. | 1.40 | 420 | 588.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/18/2012 | Updated employee claims analysis and requested information from L. Lee of Nortel. | 1.10 | 420 | 462.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/19/2012 | Requested updated claims database from R. Boris of Nortel for employee claims analysis. | 1.00 | 420 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/19/2012 | Provided employee claims agenda items to T. Britt of Cleary. | 0.40 | 420 | 168.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/19/2012 | Updated employee claims analysis and provided to working group for call. | 2.00 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/19/2012 | Provided list of employees for certain information to L. Lee of Nortel. | 0.70 | 420 | 294.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/19/2012 | Updated employee claims analysis per request of T. Britt of Cleary and circulated to working group. | 2.50 | 420 | 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/19/2012 | Corresponded with J. Uziel of Cleary regarding employee claims summary. | 0.90 | 420 | 378.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/20/2012 | Reviewed and updated employee claims analysis and timeline per discussions with Cleary, Epiq and RLKS. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/23/2012 | Reviewed and updated employee claims analysis per request of M. Cilia of RLKS. | 2.10 | 420 | 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/23/2012 | Updated employee claims summary per request of T. Britt of Cleary. | 1.60 | 420 | 672.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/23/2012 | Reviewed and updated employee claims assertion summary per request of J. Uziel of Cleary. | 1.10 | 420 | 462.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/24/2012 | Corresponded with D. Ray of Nortel regarding employee claims position. | 0.80 | 420 | 336.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/24/2012 | Investigated unsecured claims information per request of R. Boris of Nortel. | 0.40 | 420 | 168.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/24/2012 | Updated employee claims analysis per request of T. Britt of Cleary. | 1.20 | 420 | 504.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/24/2012 | Reconciled employee claims analysis provided by J. Graffam of Nortel. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/25/2012 | Corresponded with R. Boris of Nortel regarding claims information. | 0.50 | 420 | 210.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/26/2012 | Updated employee claims analysis and provided numbers to L. Bagarella of Cleary. | 2.40 | 420 | 1,008.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/26/2012 | Updated employee claims analysis with status information. | 1.20 | 420 | 504.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/26/2012 | Updated employee claims analysis and provided to L. Bagarella of Cleary. | 1.40 | 420 | 588.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/26/2012 | Corresponded with T. Britt of Cleary regarding employee claims agenda. | 0.40 | 420 | 168.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/30/2012 | Reviewed employee claims per request of L. Bagarella of Cleary. | 1.30 | 420 | 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/30/2012 | Corresponded with M. Cilia of RLKS regarding employee claims. | 0.30 | 420 | 126.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/30/2012 | Reviewed and updated unliquidated employee claims analysis for T. Britt of Cleary. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/30/2012 | Reviewed employee claims analysis and provided comments to T. Britt of Cleary. | 0.70 | 420 | 294.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/30/2012 | Requested employee claims information from R. Boris of Nortel. | 0.60 | 420 | 252.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/31/2012 | Corresponded with T. Britt of Cleary regarding employee claim matters. | 0.70 | 420 | 294.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/31/2012 | Provided B. Hunt of Epiq with employee claim schedule information. | 1.00 | 420 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/31/2012 | Reviewed and updated employee claims analysis with status information. | 2.40 | 420 | 1,008.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/31/2012 | Reconciled employee claims analysis and updated certain items. | 2.50 | 420 | 1,050.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 1/23/2012 | Nortel-conference with Huron manager to discuss employee claim process and status. | 0.40 | 725 | 290.00 |
| 25 | Case Administration | James Lukenda | 1/31/2012 | Nortel-update correspondence, status articles. | 0.50 | 725 | 362.50 |