# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

| Date | Professional | Cost Type | Description | Amount |
|------|-------------|-----------|-------------|-------:|
| 1/19/2012 | Corporate Accounts Payable | Conferencing (Audio, Video, Web, CATV) | Conferencing (Audio, Video, Web, CATV) - GLOBAL CROSSING TELECOMMUNICATIONS INC | 19.89 |
| 1/24/2012 | Coley P. Brown | Ground Transportation | Cab ride from office to residence after working late on Nortel matters.: Cab: Office / Residence | 20.00 |
| 1/11/2012 | Coley P. Brown | Meals | Dinner at Select Cut for Coley Brown (1 person) while working late on Nortel matters.: Select Cut: Chicago | 41.64 |
| 1/24/2012 | Coley P. Brown | Meals | Dinner at Sushi Mura for Coley Brown (1 person) while working late on Nortel matters.: Sushi Mura: Chicago | 39.18 |
| 1/26/2012 | Coley P. Brown | Meals | Dinner at Lou Malnatis for Coley Brown (1 person) while working late on Nortel matters.: Lou Malnatis: Chicago | 26.55 |