# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**January 1, 2012 - January 31, 2012**

### Summary of Services Rendered by Project

| Project Code | Nature of Services | January 2012 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 67.5 |
| 2 | Business Operations / General Corporate / Real Estate | 2.0 |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | 3.5 |
| 5 | Meetings with Debtor's Counsel | 5.0 |
| 6 | Committee Matters and Creditor Meetings | 21.0 |
| 7 | Claims Administration and Analysis | 50.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | 1.0 |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 163.0 |
| 15 | Travel | 57.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **370.0** |

### Summary of Services Rendered by Professional

| Name | January 2012 Hours |
|---|---|
| Matthew Rosenberg, Member | 114.0 |
| Michael Kennedy, Member | 191.0 |
| Aaron Taylor, Vice President | - |
| Rolando Capinpin, Jr., Vice President | 65.0 |
| **TOTAL** | **370.0** |

**Nortel Networks, Inc**
January 1, 2012 - January 31, 2012 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | January 2012 Hours | Code |
|---|---|---:|---:|
| 1/4/2012 | Calls and analysis re allocation, case management, claims and general business matters | 5.0 | 1 |
| 1/5/2012 | Calls and analysis re allocation, case management, claims and general business matters | 2.0 | 1 |
| 1/6/2012 | Calls and analysis re allocation, case management, claims and general business matters | 5.0 | 1 |
| 1/8/2012 | Review materials re meetings | 3.0 | 6 |
| 1/9/2012 | Calls and analysis re allocation, and claims, weekly call w/ company and creditors | 5.0 | 6 |
| 1/9/2012 | Travel to NYC | 5.0 | 15 |
| 1/10/2012 | Meetings w/ Debtor, creditors and counsel re claims, case management, allocation and general business matters | 10.0 | 7 |
| 1/11/2012 | Meetings and analysis re claims, case management, allocation | 8.0 | 14 |
| 1/11/2012 | Return travel to Chicago | 4.0 | 15 |
| 1/12/2012 | Calls and analysis re allocation and claims | 6.0 | 14 |
| 1/13/2012 | Review materials re claims and allocation | 2.0 | 14 |
| 1/17/2012 | Calls and analysis re claims and allocation; case management | 5.0 | 14 |
| 1/18/2012 | Calls and analysis re claims, case management and allocation; creditr call | 5.0 | 14 |
| 1/19/2012 | Calls and analysis re claims, case management and allocation | 6.0 | 14 |
| 1/20/2012 | Calls and analysis re claims, case management and allocation | 4.0 | 14 |
| 1/22/2012 | Review materials re allocation and mediation | 2.0 | 14 |
| 1/23/2012 | Calls and analysis re mediation, claims, allocation and case management; creditor calls | 6.0 | 1 |
| 1/24/2012 | Travel to NYC | 5.0 | 15 |
| 1/24/2012 | Meetings w/ debtor and counsel re mediation, allocation and claims | 8.0 | 14 |
| 1/25/2012 | Meetings w/ debtor and counsel re case management and allocation | 5.0 | 14 |
| 1/26/2012 | Calls and analysis re allocation and case management | 3.0 | 14 |
| 1/27/2012 | Return travel to Chicago | 4.0 | 15 |
| 1/30/2012 | Calls and analysis re mediation | 2.0 | 14 |
| 1/31/2012 | Calls and analysis re mediation | 4.0 | 14 |
| | **January 2012 Total** | **114.0** | |

**Nortel Networks, Inc**
January 1, 2012 - January 31, 2012 Time Detail
Chilmark Partners, LLC
Michael Kennedy, Member

| Date | Description of Work | January 2012 Hours | Code |
|---|---|---|---|
| 1/3/2012 | Prepare and review analysis re allocation, mediation and financial data | 8.0 | 14 |
| 1/3/2012 | Call w/ J Ray re: case management | 1.0 | 7 |
| 1/3/2012 | Call w/ Capstone | 1.0 | 6 |
| 1/4/2012 | Review Mexico and non-filed entity material | 3.0 | 1 |
| 1/4/2012 | Review US cash update and operations review | 2.0 | 1 |
| 1/4/2012 | Calls w/ J Ray and Cleary | 2.0 | 7 |
| 1/4/2012 | Review US subsidairy materials | 2.0 | 1 |
| 1/5/2012 | Review and prepare summary of cash forecast and updates | 3.0 | 1 |
| 1/5/2012 | Calls w/ Nortel management re: intercompany acounting | 1.0 | 1 |
| 1/5/2012 | Call with UCC advisor (J Hyland) | 1.0 | 6 |
| 1/5/2012 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 14 |
| 1/6/2012 | Calls w/ J Ray re case management | 1.0 | 7 |
| 1/6/2012 | Prepare and review analysis re allocation, mediation and financial data | 2.0 | 14 |
| 1/6/2012 | Review analysis provided by RB and communication re: changes to analysis | 2.0 | 2 |
| 1/9/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 1/9/2012 | Call with UCC advisors | 1.0 | 6 |
| 1/9/2012 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 14 |
| 1/9/2012 | Travel to NYC | 5.0 | 15 |
| 1/10/2012 | Meetings w/ Debtor, creditors and counsel re claims, case management, allocation and general business matters | 10.0 | 7 |
| 1/11/2012 | Meetings and analysis re claims, case management, allocation | 8.0 | 14 |
| 1/11/2012 | Return travel to Chicago | 4.0 | 15 |
| 1/12/2012 | Call w/ Nortel management re: reporting requests | 1.0 | 1 |
| 1/12/2012 | Calls w/ creditor re: analysis and public documents | 2.0 | 6 |
| 1/12/2012 | Prepare and review analysis re allocation, mediation and financial data | 4.0 | 14 |
| 1/13/2012 | Communications w/ Cleary and management re: Raleigh trip | 2.0 | 1 |
| 1/16/2012 | Prepare and review analysis re allocation, mediation and financial data | 3.0 | 14 |
| 1/17/2012 | Call w/ Nortel management | 1.0 | 1 |
| 1/17/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 1/17/2012 | Prepare and review analysis re allocation, mediation and financial data | 2.0 | 14 |
| 1/17/2012 | Review Mexico and non-filed entity material | 3.0 | 1 |
| 1/17/2012 | Travel to Raleigh | 4.0 | 15 |
| 1/18/2012 | Meetings witn Nortel management | 8.0 | 1 |
| 1/18/2012 | Call with UCC advisors | 1.0 | 6 |
| 1/19/2012 | Meetings witn Nortel management | 5.0 | 1 |
| 1/19/2012 | Calls w/ J Ray and Cleary re: intercompany claims | 2.0 | 7 |
| 1/19/2012 | Communications and calls with Cleary re: analysis for mediation | 2.0 | 14 |
| 1/19/2012 | Call with UCC advisor (J Hyland) | 1.0 | 6 |
| 1/20/2012 | Review and prepare analysis for mediation | 3.0 | 14 |
| 1/20/2012 | Travel to Chicago | 5.0 | 15 |
| 1/22/2012 | Review and prepare analysis for mediation | 7.0 | 14 |
| 1/23/2012 | Review and prepare analysis for mediation, including communications with Cleary | 10.0 | 14 |
| 1/24/2012 | Travel to NYC | 5.0 | 15 |
| 1/24/2012 | Meetings w/ Debtor and counsel re: claims, case management, allocation and general business matters | 8.0 | 14 |
| 1/25/2012 | Meetings w/ debtor and counsel re case management and allocation | 5.0 | 14 |
| 1/25/2012 | Review analysis of ARA entity financial position | 1.0 | 1 |
| 1/25/2012 | Review Mexico and non-filed entity material | 3.0 | 1 |
| 1/26/2012 | Prepare material for meeting with Debtor and counsel | 2.0 | 14 |
| 1/26/2012 | Meetings w/ Debtor and counsel re: claims, case management, allocation and general business matters | 7.0 | 14 |
| 1/27/2012 | Return travel to Chicago | 4.0 | 15 |
| 1/27/2012 | Review and prepare analysis for mediation | 4.0 | 14 |

| Date | Description | Hours | |
|---|---|---|---|
| 1/30/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 1/30/2012 | Review material re: intercompany claims and UK Pension Parties | 3.0 | 7 |
| 1/30/2012 | Prepare material for call with UCC advisors | 3.0 | 6 |
| 1/31/2012 | Review material re: intercompany claims and UK Pension Parties | 3.0 | 7 |
| 1/31/2012 | Prepare and review analysis re allocation, mediation and financial data | 2.0 | 14 |
| 1/31/2012 | Call w/ UCC advisors (Capstone) | 3.0 | 6 |
| 1/31/2012 | Review Mexico and non-filed entity material | 3.0 | 1 |
| | **January 2012 Total** | **191.0** | |

**Nortel Networks, Inc**
January 1, 2012 - January 31, 2012 Time Detail
Chilmark Partners, LLC
Rolando Capinpin, Jr., Vice President

| Date | Description of Work | January 2012 Hours | Code |
|---|---|---:|---:|
| 1/6/2012 | Review case background & mediation filings | 2.0 | 14 |
| 1/9/2012 | Review case background & mediation filings | 14.0 | 14 |
| 1/9/2012 | Travel to New York | 3.0 | 15 |
| 1/10/2012 | Meetings w/ Debtor, creditors and counsel re claims, case management, allocation and general business matters | 10.0 | 7 |
| 1/11/2012 | Meetings and analysis re claims, case management, allocation | 8.0 | 7 |
| 1/11/2012 | Return travel to Chicago | 3.0 | 15 |
| 1/16/2012 | Call w/ Nortel management | 1.0 | 9 |
| 1/17/2012 | Preparation of analysis re: historical R&D | 2.5 | 4 |
| 1/17/2012 | Travel to Raleigh | 3.0 | 15 |
| 1/18/2012 | Meetings witn Nortel management | 8.0 | 1 |
| 1/19/2012 | Meetings witn Nortel management | 3.5 | 1 |
| 1/19/2012 | Return travel to Chicago | 3.0 | 15 |
| 1/21/2012 | Review case background & mediation filings | 2.0 | 14 |
| 1/23/2012 | Review case background & mediation filings | 1.0 | 14 |
| 1/24/2012 | Preparation of analysis re: historical financial results | 1.0 | 4 |
| | **January 2012 Total** | **65.0** | |