# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

January 1, 2012 through January 31, 2012

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Matt Rosenberg | 1/9/12-1/11/12 | Flight to New York, NY (Airpass) | $ 962.33 |
| Matt Rosenberg | 1/9/12-1/11/12 | Hotel (two nights) | $ 1,147.50 |
| Matt Rosenberg | 1/9/12-1/11/12 | Ground transportation | $ 158.00 |
| Matt Rosenberg | 1/9/12-1/11/12 | Meals | $ 250.00 |
| Mike Kennedy | 1/9/12-1/11/12 | Flight to New York, NY | $ 703.60 |
| Mike Kennedy | 1/9/12-1/11/12 | Hotel (two nights) | $ 1,039.76 |
| Mike Kennedy | 1/9/12-1/11/12 | Ground transportation | $ 128.00 |
| Mike Kennedy | 1/9/12-1/11/12 | Meals | $ 20.00 |
| Rolando Capinpin | 1/9/12-1/11/112 | Flight to New York, NY | $ 423.60 |
| Rolando Capinpin | 1/9/12-1/11/112 | Hotel (two nights) | $ 1,039.76 |
| Rolando Capinpin | 1/9/12-1/11/112 | Ground transportation | $ 128.00 |
| Rolando Capinpin | 1/9/12-1/11/112 | Meals | $ 74.75 |
| Mike Kennedy | 1/17/12-1/20/12 | Flight to Raleigh, NC | $ 355.80 |
| Mike Kennedy | 1/17/12-1/20/12 | Hotel (two nights) | $ 1,153.24 |
| Mike Kennedy | 1/17/12-1/20/12 | Ground transportation | $ 234.98 |
| Mike Kennedy | 1/17/12-1/20/12 | Meals | $ 213.45 |
| Matt Rosenberg | 1/24/12-1/27/12 | Flight to New York, NY (Airpass) | $ 894.29 |
| Matt Rosenberg | 1/24/12-1/27/12 | Hotel (three nights) | $ 1,002.96 |
| Matt Rosenberg | 1/24/12-1/27/12 | Ground transportation | $ - |
| Matt Rosenberg | 1/24/12-1/27/12 | Meals | $ - |
| Mike Kennedy | 1/24/12-1/27/12 | Flight to New York, NY | $ 377.30 |
| Mike Kennedy | 1/24/12-1/27/12 | Hotel (three nights) | $ 779.82 |
| Mike Kennedy | 1/24/12-1/27/12 | Ground transportation | $ 129.00 |
| Mike Kennedy | 1/24/12-1/27/12 | Meals | $ 87.31 |
| Chilmark | various | Conference calls | $ 18.85 |
| **Total Expenses** | | | **$11,322.30** |