# EXHIBIT A

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Group, LLC
November 1 - November 30, 2011

TOTAL HOURS:          163.8

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| D. Greer | 11/1/11 | 0.8 | 1 | Telephone call with R. Winters re info for Cleary |
| D. Greer | 11/1/11 | 0.6 | 1 | Telephone call with Cleary (Kim +) + Moore + Daniele + R. Winters re info details + follow-up inclusion of actuaries |
| R. Winters | 11/1/11 | 0.8 | 1 | Telephone call with Doug Greer re info for Cleary |
| R. Winters | 11/1/11 | 0.6 | 1 | Telephone call with Jane Kim + Doug Greer + Brian Moore re further detailed info |
| V. Bodnar | 11/1/11 | 0.1 | 1 | Call with R. Winters to discuss data collection |
| R. Winters | 11/2/11 | 0.3 | 1 | Review Kim e-mail with new data |
| V. Bodnar | 11/7/11 | 0.2 | 1 | Revise summary of data needs |
| D. Greer | 11/9/11 | 0.9 | 1 | Finalize information request list update and status report |
| D. Greer | 11/9/11 | 0.2 | 1 | Email exchange with N. Berger and R. Zahralddin regarding information request update and status report |
| D. Greer | 11/10/11 | 0.7 | 1 | Telephone call with R. Winters re TSS inquiry about presentation to Retiree Medical Committee + LTD doc |
| R. Winters | 11/10/11 | 0.7 | 1 | Telephone call with Doug Greer re TSS inquiry to document + LTD doc |
| R. Winters | 11/28/11 | 0.9 | 1 | Telephone call with Neil Berger + Brian Moore + Doug Greer + Vince Bodnar re data from Cleary/Mercer + prep for Committee call |
| R. Winters | 11/30/11 | 0.3 | 1 | Review Greer emails re information required |
| D. Greer | 11/1/11 | 0.5 | 2 | Review information received from Cleary |
| V. Bodnar | 11/3/11 | 1.0 | 2 | Review information collected |
| D. Greer | 11/7/11 | 0.2 | 2 | Review individual liability summary file received from R. Zahralddin |
| D. Greer | 11/7/11 | 0.2 | 2 | Information management and analysis |
| D. Greer | 11/8/11 | 2.4 | 2 | Review and assess information provided by the Debtor |
| D. Greer | 11/9/11 | 0.5 | 2 | Analysis of income replacement costs/liabilities for LTD Participants |
| D. Greer | 11/9/11 | 1.1 | 2 | Review various files + discussion with R. Winters regarding interpretation + proposed mini-deliverable |
| D. Greer | 11/9/11 | 1.1 | 2 | Reconcile / match names in retiree medical participants data provided as of 7/1/11 and 9/28/11. |
| D. Greer | 11/9/11 | 1.4 | 2 | Add life/ltc elections data into 7/1//11 dataset provided by Mercer |
| R. Winters | 11/9/11 | 1.1 | 2 | Review various files + discussion with Greer regarding interpretation + proposed mini-deliverable |
| D. Greer | 11/20/11 | 0.5 | 2 | Organize information received from Clearly, EG and TSS |
| D. Greer | 11/21/11 | 0.4 | 2 | Review benefit confirmation statements for LTD Participants |
| D. Greer | 11/23/11 | 3.3 | 2 | LTD information review and analysis |
| D. Greer | 11/23/11 | 2.1 | 2 | LTD information review and analysis; update information request list. |
| D. Greer | 11/27/11 | 1.3 | 2 | Detailed review of "retiree additional data file9.28.11.xls" including reconciliations to other datasets. Update information request list accordingly. |
| D. Greer | 11/27/11 | 0.4 | 2 | Detailed review of "Nortel retiree list 9.28.11)" including reconciliations to other datasets. Update information request list accordingly. |
| D. Greer | 11/27/11 | 2.1 | 2 | Detailed review of "July 1 Census Retirees" including reconciliations to other datasets. Update information request list accordingly. |
| D. Greer | 11/27/11 | 0.6 | 2 | Review "Nortel PWP - 07 01 2011 report FINAL" |
| D. Greer | 11/27/11 | 1.3 | 2 | Detailed review of "Final 2011 Retiree Rates SAP Format.xls" including reconciliations to other datasets. Update information request list accordingly. |
| D. Greer | 11/27/11 | 0.8 | 2 | Detailed review of "2011 Expanded Retiree Rate Sheets.xls" including reconciliations to other datasets. Update information request list accordingly. |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of
Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Group, LLC
November 1 - November 30, 2011

| D. Greer | 11/28/11 | 1.5 | 2 | Detailed review of "Final 2011 Active Pricing Template.xls" including reconciliations to other datasets.  Update information request list accordingly. |
|---|---|---|---|---|
| D. Greer | 11/28/11 | 0.2 | 2 | Detailed review of "Retiree Participants (dates_dependents)V2.xlsx" and related updates to information request list. |
| D. Greer | 11/28/11 | 0.5 | 2 | Detailed review of "Q211 Slide 08 - PRB.xls" and related updates to information request list. |
| D. Greer | 11/28/11 | 1.0 | 2 | Review of "Nortel PWP_Individual Output to Cleary.xls" and revisions to information request list. |
| D. Greer | 11/28/11 | 3.1 | 2 | LTD information review and analysis; update information request list. |
| D. Greer | 11/30/11 | 0.2 | 2 | Review documents sent by M. Curran |
| D. Greer | 11/8/11 | 0.3 | 3 | Review retiree medical actuarial report as of 12/31/10 |
| R. Winters | 11/8/11 | 0.3 | 3 | Review Debtor actuarial data |
| R. Winters | 11/11/11 | 0.1 | 3 | Review Bodnar email re high-level LTC analysis; send note to Berger |
| D. Greer | 11/9/11 | 1.5 | 5 | Segregate and summarize numbers of retiree medical participants and their associated liabilities by groups based on defining characteristics. |
| D. Greer | 11/17/11 | 1.0 | 5 | Meeting with V. Bodnar and W. Fugazy re: modeling of liabilities |
| D. Greer | 11/17/11 | 0.5 | 5 | Meeting with W. Fugazy re: modeling of liabilities |
| D. Greer | 11/17/11 | 0.4 | 5 | Locate and provide information necessary for modeling to W. Fugazy with appropriate explanations |
| V. Bodnar | 11/17/11 | 1.0 | 5 | Meeting with D. Greer and W. Fugazy to discuss model structure |
| W. Fugazy | 11/17/11 | 1.0 | 5 | Meeting with V. Bodnar and D. Greer re: modeling of liabilities |
| W. Fugazy | 11/17/11 | 0.5 | 5 | Meeting with D. Greer re: modeling of liabilities |
| R. Winters | 11/18/11 | 0.4 | 5 | Meeting with Doug Greer to discuss approach to modeling of liabilities. |
| D. Greer | 11/21/11 | 0.5 | 5 | Organization of inputs for valuation model |
| D. Greer | 11/21/11 | 0.2 | 5 | Discuss inputs for valuation model with W. Fugazy |
| W. Fugazy | 11/21/11 | 0.2 | 5 | Discuss inputs for valuation model with D. Greer |
| D. Greer | 11/22/11 | 0.4 | 5 | Meeting with R. Winters to discuss approach to modeling of liabilities |
| D. Greer | 11/22/11 | 1.5 | 5 | Working session with W. Fugazy re: data inputs and modeling for LTD liabilities |
| R. Winters | 11/22/11 | 0.4 | 5 | Meeting with D. Greer to discuss approach to modeling of liabilities. |
| W. Fugazy | 11/22/11 | 1.5 | 5 | Working session with D. Greer re: data inputs and modeling for LTD liabilities |
| W. Fugazy | 11/27/11 | 2.0 | 5 | Transpose data from US Benefits Confirmation Part 1 into excel |
| W. Fugazy | 11/27/11 | 2.0 | 5 | Transpose data from US Benefits Confirmation Part 2 into excel |
| D. Greer | 11/28/11 | 0.5 | 5 | Call with W. Fugazy re: status of re: data inputs and modeling for LTD liabilities |
| W. Fugazy | 11/28/11 | 1.7 | 5 | Transpose data from US Benefits Confirmation Part 3 into excel |
| W. Fugazy | 11/28/11 | 0.5 | 5 | Call with D. Greer re: status of re: data inputs and modeling for LTD liabilities |
| W. Fugazy | 11/28/11 | 2.2 | 5 | Transpose data from US Benefits Confirmation Part 4 into excel |
| D. Greer | 11/30/11 | 0.2 | 5 | Review of reconciliation analysis provided by W. Fugazy |
| D. Greer | 11/30/11 | 1.2 | 5 | Working session (2 meetings) with W. Fugazy re: data inputs and modeling for LTD liabilities |
| W. Fugazy | 11/30/11 | 1.2 | 5 | Working session (2 meetings) with D. Greer re: data inputs and modeling for LTD liabilities |
| W. Fugazy | 11/30/11 | 1.8 | 5 | Clean up transposition of Confirmation data in excel |
| R. Winters | 11/7/11 | 0.1 | 6 | Review Greer analytics on LTD Committee |
| V. Bodnar | 11/16/11 | 0.9 | 7 | Call with Retirement Committee and professionals |
| D. Greer | 11/1/11 | 0.3 | 8 | Call with R. Winters |
| R. Winters | 11/1/11 | 0.3 | 8 | Call with D. Greer |
| R. Winters | 11/1/11 | 0.1 | 8 | Telephone call with Vince Bodnar re long-term care component of obligation |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez and Marsal Healthcare Industry Group, LLC**
November 1 - November 30, 2011

| | | | | |
|---|---|---|---|---|
| D. Greer | 11/4/11 | 0.1 | 8 | Telephone call with R. Winters re coordination of message to TSS + Cleary |
| R. Winters | 11/4/11 | 0.1 | 8 | Telephone call with Doug Greer re coordination of message to TSS + Cleary |
| D. Greer | 11/7/11 | 0.5 | 8 | Call with Mercer and other professionals |
| V. Bodnar | 11/7/11 | 0.5 | 8 | Call with Mercer and other professionals |
| D. Greer | 11/9/11 | 0.4 | 8 | Telephone call with R. Winters and TSS to discuss follow up action items from the Retiree Medical Committee call |
| D. Greer | 11/9/11 | 0.3 | 8 | Call with V. Bodnar to discuss LTC benefits and related calculation methodology |
| R. Winters | 11/9/11 | 0.4 | 8 | Review call with Greer + Berger + Moore |
| V. Bodnar | 11/9/11 | 0.3 | 8 | Call with D. Greer |
| V. Bodnar | 11/9/11 | 0.5 | 8 | Call with A&M regarding status |
| D. Greer | 11/10/11 | 0.3 | 8 | Telephone call with R. Winters for LTC + LTD SPD |
| R. Winters | 11/10/11 | 1.0 | 8 | Conf call with Neil Berger + Doug Greer re data analysis for Committee + presentation |
| R. Winters | 11/10/11 | 0.1 | 8 | Telephone call with Neil Berger re analysis of tables |
| R. Winters | 11/10/11 | 0.3 | 8 | Telephone call with Doug Greer re LTC + LTD SPD |
| R. Winters | 11/10/11 | 0.3 | 8 | Telephone call with Margaret Curran re LTD SPD |
| D. Greer | 11/11/11 | 0.1 | 8 | Telephone call with R.Winters for scheduling for call with Cleary |
| R. Winters | 11/11/11 | 0.1 | 8 | Telephone call with Doug Greer re scheduling for call with Cleary |
| D. Greer | 11/14/11 | 0.1 | 8 | Telephone call with R. Winters re follow-up from Committee call |
| R. Winters | 11/14/11 | 0.1 | 8 | Telephone call with Doug Greer re follow-up from Committee call |
| D. Greer | 11/15/11 | 0.2 | 8 | Telephone call with R. Winters re: Mercer call |
| D. Greer | 11/15/11 | 1.0 | 8 | Telephone call with R. Winters (full participation), N. Berger, B. Moore and V. Bodnar (partial participation) re: status of information flow and retiree committee call |
| D. Greer | 11/15/11 | 0.9 | 8 | Call with R. Winters re: retiree committee call and workplan going forward |
| R. Winters | 11/15/11 | 0.9 | 8 | Call with Greer re: retiree committee call and workplan going fwd |
| R. Winters | 11/15/11 | 1.0 | 8 | Telephone call with D. Greer (full participation), N. Berger, B. Moore and V. Bodnar (partial participation) re: status of information flow and retiree committee call |
| R. Winters | 11/15/11 | 0.2 | 8 | Telephone call with Greer re: Mercer call |
| R. Winters | 11/15/11 | 0.2 | 8 | Telephone call with Doug Greer re call with Committee member |
| V. Bodnar | 11/15/11 | 0.7 | 8 | Call with D. Greer & R. Winters re call with Mercer |
| V. Bodnar | 11/15/11 | 1.1 | 8 | Call with Mercer and other professionals |
| D. Greer | 11/16/11 | 0.3 | 8 | Call with R. Winters re follow up from Retiree Committee Call |
| D. Greer | 11/16/11 | 0.2 | 8 | Call with R Winters and TSS |
| R. Winters | 11/16/11 | 0.3 | 8 | Follow-up with Greer |
| R. Winters | 11/16/11 | 0.2 | 8 | Follow up call; continued with Berger + Moore |
| D. Greer | 11/17/11 | 0.5 | 8 | Meeting with V. Bodnar, W. Fugazy and M. Curran (participated by phone) regarding LTD benefits |
| V. Bodnar | 11/17/11 | 0.5 | 8 | Call with M. Curran and (in person) D. Greer and W. Fugazy regarding LTD benefits |
| W. Fugazy | 11/17/11 | 0.5 | 8 | Meeting with V. Bodnar, D. Greer and M. Curran (participated by phone) regarding LTD benefits |
| R. Winters | 11/18/11 | 0.5 | 8 | General status update call with D. Greer and N. Alvarez. |
| V. Bodnar | 11/18/11 | 0.3 | 8 | Call with A&M regarding retiree medical benefits |
| D. Greer | 11/21/11 | 0.4 | 8 | Call with M. Curran re: summary of benefits for LTD Participants |
| D. Greer | 11/21/11 | 0.1 | 8 | Coordinate schedules for call with V. Bodnar and M. Curran |
| D. Greer | 11/21/11 | 0.7 | 8 | Call with M. Curran and V. Bodnar re: LTD medical benefits |
| D. Greer | 11/21/11 | 0.1 | 8 | Discuss use of benefit confirmation statements with W. Fugazy |
| V. Bodnar | 11/21/11 | 0.7 | 8 | Call with M. Curran regarding LTD benefits |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of
Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Group, LLC
November 1 - November 30, 2011

| | | | | |
|---|---|---|---|---|
| W. Fugazy | 11/21/11 | 0.1 | 8 | Discuss use of benefit confirmation statements with D. Greer |
| D. Greer | 11/22/11 | 0.5 | 8 | General status update call with R. Winters and N. Alvarez |
| N. Alvarez | 11/22/11 | 0.5 | 8 | General status update call with R. Winters and D. Greer |
| R. Winters | 11/22/11 | 0.5 | 8 | General status update call with D. Greer and N. Alvarez. |
| D. Greer | 11/28/11 | 1.5 | 8 | Call with V. Bodnar re: information received and follow up requests |
| D. Greer | 11/28/11 | 0.9 | 8 | 2 telephone calls with R. Winters re plan for call with TSS re data from Cleary/Mercer |
| D. Greer | 11/28/11 | 0.9 | 8 | Call re: status of information and follow up requirements with B. Moore, N. Berger, R. Winters and V. Bodnar |
| R. Winters | 11/28/11 | 0.9 | 8 | Telephone calls with Doug Greer re plan for call with TSS re data from Cleary/Mercer |
| V. Bodnar | 11/28/11 | 1.5 | 8 | Call with D. Greer regarding data issues |
| V. Bodnar | 11/28/11 | 0.9 | 8 | Call with A&M and legal team regarding data issues |
| D. Greer | 11/29/11 | 0.2 | 8 | Call with R. Winters re: case |
| D. Greer | 11/29/11 | 0.2 | 8 | Call with R. Winters re: Nortel case status |
| R. Winters | 11/29/11 | 0.2 | 8 | Call with Greer re: Nortel case status |
| D. Greer | 11/30/11 | 0.3 | 8 | Retiree Committee follow up call with R. Winters and W. Fugazy |
| D. Greer | 11/30/11 | 1.3 | 8 | Call with M. Curran re: information received and required |
| R. Winters | 11/30/11 | 0.3 | 8 | Telephone call with Doug Greer re review of Committee call |
| W. Fugazy | 11/30/11 | 0.3 | 8 | Retiree Committee follow up call with R. Winters and D. Greer |
| D. Greer | 11/1/11 | 0.2 | 10 | Email exchange with R. Zahralddin re: information sought from Cleary & Mercer |
| D. Greer | 11/1/11 | 0.1 | 10 | Email re: missing information to TSS |
| D. Greer | 11/4/11 | 0.1 | 10 | Email exchange with B. Moore re: timing of our information review |
| D. Greer | 11/5/11 | 0.1 | 10 | Email exchanges with R. Winters re: availability for Committee call |
| R. Winters | 11/5/11 | 0.1 | 10 | Emails from Greer re scheduling for LTD Committee |
| R. Winters | 11/6/11 | 0.1 | 10 | Review various scheduling emails for calls with Committees; subcontractor agreement |
| D. Greer | 11/10/11 | 0.2 | 10 | Email(s) to V. Bodnar re: presentation to Retiree Medical Committee |
| D. Greer | 11/10/11 | 0.1 | 10 | Review email traffic from LTD Committee members |
| R. Winters | 11/10/11 | 0.1 | 10 | Review and respond to email re LTD deliverable |
| R. Winters | 11/11/11 | 0.1 | 10 | Review Curran e-mail re LTD pension overlap with medical coverage |
| R. Winters | 11/11/11 | 0.1 | 10 | Review Gallagher email re strategy + Greer inquiry |
| D. Greer | 11/13/11 | 0.1 | 10 | Email exchange with R. Winters |
| R. Winters | 11/14/11 | 0.1 | 10 | Email exchange with RXZ re Committee discussion and explanation E-mails regarding contact with Zalokar |
| R. Winters | 11/19/11 | 0.2 | 10 | Review e-mails from Moore with additional infor from Cleary |
| R. Winters | 11/23/11 | 0.1 | 10 | Review RXZA email re admin matters |
| R. Winters | 11/23/11 | 0.1 | 10 | Review Moore inquire re Committee call |
| R. Winters | 11/24/11 | 0.1 | 10 | Corr re update call re data |
| D. Greer | 11/28/11 | 0.2 | 10 | Draft status summary email in advance of call with retiree committee counsel |
| D. Greer | 11/29/11 | 0.3 | 10 | Email response to inquiry from R. Winters re: Retiree draft information request list; email draft list to other Retiree Committee professionals. |
| R. Winters | 11/29/11 | 0.1 | 10 | emails from Greer re information cataloging |
| D. Greer | 11/30/11 | 0.2 | 10 | Various emails with B. Moore, V. Bodnar, M. Daniele and others re: scheduling for Retiree Committee professionals call and meeting with Debtor |
| V. Bodnar | 11/30/11 | 0.3 | 10 | Review and respond to miscellaneous emails |
| R. Winters | 11/1/11 | 0.2 | 11 | Call with Moore + Berger re Committee call 11/2 |
| R. Winters | 11/2/11 | 0.2 | 11 | Telephone call with Moore re planning for 11/8 meeting |
| B. Whyte | 11/3/11 | 0.4 | 11 | Brief with Ron Winters re upcoming meeting with Cleary |
| R. Winters | 11/3/11 | 0.1 | 11 | Brief Whyte re upcoming meeting with Cleary |
| B. Whyte | 11/4/11 | 0.2 | 11 | Call with Al Togut Re: Upcoming Committees/ DIP Meeting |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Group, LLC
November 1 - November 30, 2011

| R. Winters | 11/4/11 | 0.1 | 11 | Telephone call with Brian Moore re meeting on 11/8 |
|---|---|---|---|---|
| B. Whyte | 11/5/11 | 0.5 | 11 | Call and Emails with Nick Alvarez Re: Upcoming Committees/ DIP Meeting |
| D. Greer | 11/6/11 | 0.8 | 11 | Call with R. Winters re LTD committee call, meeting of professionals, and preparation therefor |
| D. Greer | 11/6/11 | 0.8 | 11 | Analysis for LTD committee call |
| D. Greer | 11/6/11 | 0.3 | 11 | Analysis for professionals meeting |
| R. Winters | 11/6/11 | 0.8 | 11 | Call with Greer re LTD committee call, meeting of professionals, and preparation therefor |
| D. Greer | 11/7/11 | 2.2 | 11 | Analysis for LTD committee call |
| D. Greer | 11/7/11 | 0.7 | 11 | Preparation for professionals meeting |
| D. Greer | 11/7/11 | 0.4 | 11 | Call with R. Winters in advance of LTD Committee call |
| D. Greer | 11/7/11 | 1.5 | 11 | Telephone call with LTD Committee re reconciling participants + value before and after retirement; various Committee member inquiries; coordination with Counsel re meeting with Debtor + Cleary on 11/8/11 |
| D. Greer | 11/7/11 | 0.6 | 11 | Telephone call with R. Winters re follow-up items from calls during day + prep for meeting with Debtor |
| R. Winters | 11/7/11 | 0.4 | 11 | Telephone call with Doug Greer re plan for call with LTD Committee |
| R. Winters | 11/7/11 | 1.5 | 11 | Telephone call with LTD Committee re reconciling participants + value before and after retirement; various Committee member inquiries; coordination with Counsel re meeting with Debtor + Cleary on 11/8/11. |
| R. Winters | 11/7/11 | 0.2 | 11 | Telephone call with Neil Berger re plan for meeting with Cleary + Debtor |
| R. Winters | 11/7/11 | 0.6 | 11 | Telephone call with Doug Greer re follow-up items from calls during day + prep for meeting with Debtor |
| D. Greer | 11/8/11 | 0.5 | 11 | Meeting to prepare for professionals meeting (with R. Winters and N. Alvarez) |
| D. Greer | 11/8/11 | 0.8 | 11 | Preparation for professionals meeting |
| D. Greer | 11/8/11 | 2.2 | 11 | Professionals' meeting with Cleary, TSS, EG and R. Winters and N. Alvarez |
| D. Greer | 11/8/11 | 0.3 | 11 | Call with N. Berger and R. Winters in preparation for Retiree Committee call |
| N. Alvarez | 11/8/11 | 2.0 | 11 | Professionals' meeting with Cleary, TSS, EG and R. Winters and D. Greer |
| N. Alvarez | 11/8/11 | 0.5 | 11 | Meeting to prepare for professionals meeting (with R. Winters and N. Alvarez) |
| N. Alvarez | 11/8/11 | 1.1 | 11 | Meeting with Al Togut to debrief on meeting with Cleary and Debtor as well as discuss go forward next steps |
| R. Winters | 11/8/11 | 0.1 | 11 | Telephone call with Scott Ratner re prep for meeting with Debtor |
| R. Winters | 11/8/11 | 0.5 | 11 | Meeting with Greer + Alvarez to prepare for Cleary/Debtor meeting |
| R. Winters | 11/8/11 | 2.2 | 11 | Meeting with Debtor + Cleary + post-meeting review with TSS and EG |
| R. Winters | 11/8/11 | 0.3 | 11 | Call with Berger re prep for Wed call |
| D. Greer | 11/9/11 | 0.5 | 11 | Telephone call with V. Bodnar and R. Winters in preparation for Retiree Committee call |
| D. Greer | 11/9/11 | 0.8 | 11 | Retiree Medical Committee call |
| N. Alvarez | 11/9/11 | 0.8 | 11 | Nortel Retiree Medical Committee Weekly Call with TSS, R. Winters and D. Greer |
| R. Winters | 11/9/11 | 0.5 | 11 | Call with Greer + Bodnar; prep for Committee call |
| R. Winters | 11/9/11 | 0.8 | 11 | Conference call with Retiree Committee |
| D. Greer | 11/10/11 | 1.0 | 11 | Call with R. Winters and N. Berger re: data, analysis and presentation for Retiree Medical Committee |
| D. Greer | 11/10/11 | 0.6 | 11 | Call with N. Berger, S. Moore and R. Winters regarding Retiree Medical Committee call. |
| R. Winters | 11/10/11 | 0.6 | 11 | Call with N. Berger, S. Moore and D. Greer regarding Retiree Medical Committee call. |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Group, LLC
November 1 - November 30, 2011

| | | | | |
|---|---|---|---|---|
| D. Greer | 11/14/11 | 0.5 | 11 | Preparation for LTD Committee call |
| D. Greer | 11/14/11 | 1.7 | 11 | Conf call with LTD Committee re case strategy + review of FAS 112 obligations |
| R. Winters | 11/14/11 | 1.8 | 11 | Conf call with LTD Committee re case strategy + review of FAS 112 obligations |
| D. Greer | 11/15/11 | 0.9 | 11 | Preparation for call with Mercer and Cleary, including cursory review of information received from Cleary (via TSS and EG) earlier in the day |
| D. Greer | 11/15/11 | 1.1 | 11 | Call with Cleary, Mercer, TSS, Elliott Greenleaf, V. Bodnar and others re: information request status and outstanding questions. |
| D. Greer | 11/15/11 | 0.6 | 11 | Call with N. Berger, R. Winters, B. Moore and J. Zalokar re: LTC/Life benefit liabilities. |
| R. Winters | 11/15/11 | 0.6 | 11 | Call with N. Berger, D. Greer, B. Moore and J. Zalokar re: LTC/Life benefit liabilities. |
| R. Winters | 11/15/11 | 0.1 | 11 | Telephone call with Neil Berger re prep for Zalokar call |
| R. Winters | 11/15/11 | 0.1 | 11 | Telephone call with John Zalokar re LTC benefits |
| D. Greer | 11/16/11 | 0.1 | 11 | Retiree committee pre-call with R. Winters |
| D. Greer | 11/16/11 | 0.9 | 11 | Retiree Committee call |
| D. Greer | 11/16/11 | 0.5 | 11 | Call with Daniel David re: LTD benefits and liability calculations |
| R. Winters | 11/16/11 | 0.3 | 11 | Review materials for Committee call |
| R. Winters | 11/16/11 | 0.1 | 11 | Committee prep call with Greer |
| R. Winters | 11/16/11 | 0.9 | 11 | Call with Committee; review data and case progress and strategy |
| D. Greer | 11/30/11 | 0.4 | 11 | Pre-call with R. Winters and W. Fugazy in preparation for Retiree Committee call |
| D. Greer | 11/30/11 | 0.5 | 11 | Retiree Committee call |
| N. Alvarez | 11/30/11 | 0.5 | 11 | Retiree Committee call |
| R. Winters | 11/30/11 | 0.4 | 11 | Telephone call with Doug Greer re prep for Committee call |
| R. Winters | 11/30/11 | 0.5 | 11 | Call with Committee re case status and A&M analytics |
| W. Fugazy | 11/30/11 | 0.4 | 11 | Pre-call with R. Winters and D. Greer in preparation for Retiree Committee call |
| W. Fugazy | 11/30/11 | 0.5 | 11 | Retiree Committee call |
| D. Greer | 11/1/11 | 0.3 | 12 | Follow-up telephone call with R. Winters re Committee deliverable |
| R. Winters | 11/1/11 | 0.3 | 12 | Follow-up telephone call with Doug Greer re Committee deliverable |
| D. Greer | 11/9/11 | 0.6 | 12 | Develop histogram illustrating age distribution of retiree medical participants as of 7/1/11 |
| D. Greer | 11/9/11 | 2.4 | 12 | Draft presentation for Retiree Medical Committee |
| D. Greer | 11/10/11 | 2.3 | 12 | Draft presentation for Retiree Medical Committee |
| D. Greer | 11/10/11 | 0.2 | 12 | Call with W. Fugazy re: presentation for LTD Committee |
| D. Greer | 11/10/11 | 1.9 | 12 | Preparation of presentation for LTD Committee |
| D. Greer | 11/10/11 | 0.4 | 12 | Revise Retiree Medical Committee presentation as per discussion with R. Winters and N. Berger |
| D. Greer | 11/10/11 | 0.5 | 12 | Revise Retiree Medical Committee presentation as per comments from R. Winters |
| D. Greer | 11/10/11 | 0.8 | 12 | Call with R. Winters re presentation materials for Retiree Committee |
| R. Winters | 11/10/11 | 0.8 | 12 | Telephone call with Doug Greer re presentation materials for Retiree Committee |
| W. Fugazy | 11/10/11 | 0.2 | 12 | Call with D. Greer re: presentation for LTD committee |
| D. Greer | 11/11/11 | 0.4 | 12 | Finalize Retiree Medical Committee presentation materials |
| D. Greer | 11/11/11 | 0.2 | 12 | Call with R. Winters re: Retiree Committee presentation materials |
| R. Winters | 11/11/11 | 0.1 | 12 | Revisions sent to Greer re Retiree Committee deliverable |
| R. Winters | 11/11/11 | 0.6 | 12 | Conference call with Berger + Moore + Greer re Committee presentation materials |
| R. Winters | 11/11/11 | 0.2 | 12 | Call with Greer re: committee presentations materials |
| D. Greer | 11/30/11 | 4.5 | 12 | LTD committee follow up questions and analysis |
| R. Winters | 11/2/11 | 0.1 | 15 | email corr with Moore re joint cooperation agreement |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of
Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Group, LLC
November 1 - November 30, 2011

| | | | | |
|---|---|---|---|---|
| R. Winters | 11/3/11 | 0.3 | 15 | Calls, emails with Bodnar and Greer on administrative coordination; emails from RXZ |
| R. Winters | 11/3/11 | 0.2 | 15 | Draft, review and respond to emails from Moore, Greer, Bodnar re scheduling |
| B. Whyte | 11/4/11 | 0.3 | 15 | Email Correspondences Re: Staffing |
| B. Whyte | 11/6/11 | 0.2 | 15 | Telephone call with Ron Winters re case management |
| N. Alvarez | 11/6/11 | 0.1 | 15 | Telephone call with Ron Winters and Bettina Whyte re case management + briefing |
| N. Alvarez | 11/6/11 | 0.8 | 15 | Telephone call with Ron Winters re case management + briefing |
| R. Winters | 11/6/11 | 0.2 | 15 | Telephone call with Bettina Whyte re case management |
| R. Winters | 11/6/11 | 0.8 | 15 | Telephone call with Nick Alvarez re case management + briefing |
| N. Alvarez | 11/9/11 | 0.1 | 15 | Call with R. Winters re case management |
| R. Winters | 11/9/11 | 0.1 | 15 | Telephone call with Nick Alvarez re case management |
| R. Winters | 11/13/11 | 0.1 | 15 | Emails re admin matters, response to Committee member inquiry |
| D. Greer | 11/14/11 | 0.3 | 15 | Telephone call with R. Winters re case management + pending call with LTD Committee |
| D. Greer | 11/14/11 | 1.5 | 15 | Preparation of first monthly interim fee application |
| R. Winters | 11/14/11 | 0.3 | 15 | Telephone call with Doug Greer re case management + pending call with LTD Committee |
| D. Greer | 11/15/11 | 2.0 | 15 | Preparation of first monthly interim fee application |
| R. Winters | 11/15/11 | 0.1 | 15 | Review emails re case admin matters |
| R. Winters | 11/17/11 | 0.2 | 15 | Review and execute subcontractor Agreement |
| D. Greer | 11/18/11 | 0.3 | 15 | Telephone call with R. Winters re Fee Statement + update on Bodnar meeting |
| D. Greer | 11/18/11 | 0.3 | 15 | Telephone call with R. Winters re fee statement |
| R. Winters | 11/18/11 | 0.3 | 15 | Telephone call with Doug Greer re Fee Statement + update on Bodnar meeting |
| R. Winters | 11/18/11 | 0.3 | 15 | Telephone call with Doug Greer re fee statement |
| R. Winters | 11/18/11 | 0.8 | 15 | Email discussion + review of drafts, execution of fee statement |
| R. Winters | 11/20/11 | 0.1 | 15 | Review corr with TSS re fee statements |
| D. Greer | 11/21/11 | 0.2 | 15 | Telephone call with R. Winters re current work plan |
| R. Winters | 11/21/11 | 0.2 | 15 | Telephone call with Doug Greer re current work plan |
| R. Winters | 11/21/11 | 0.1 | 15 | Review papers to be filed |
| D. Greer | 11/28/11 | 0.2 | 15 | Review LTD counsel's motion to increase fee cap |
| D. Greer | 11/29/11 | 0.4 | 15 | Review and respond to emails from McCarter & English re: fee application process. |
| D. Greer | 11/29/11 | 0.3 | 15 | Complete wire authorization form and send to McCarter & English. |
| R. Winters | 11/29/11 | 0.2 | 15 | correspondence re fee statements |