# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2011 through November 30, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Expenses[10] |  | $0.00 |

---

[10] Does not include all expenses incurred during the period. The balance of any expenses will be included in a future fee application.

2725046.2