# EXHIBIT A

2725046.2

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Group, LLC
December 1, 2011 - December 31, 2011

TOTAL HOURS:   94.9

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| D. Greer | 12/1/11 | 1.2 | 1 | Telephone call with B. Moore + M. Daniele + R. Winters re information requirements |
| R. Winters | 12/1/11 | 1.2 | 1 | Telephone call with Brian Moore + Mark Daniele + Doug Greer re information requirements. |
| D. Greer | 12/5/11 | 1.0 | 1 | Finalize Retiree information request based on feedback from V. Bodnar and M. Daniele |
| D. Greer | 12/5/11 | 0.5 | 1 | Meeting with W. Fugazy re: missing data and follow up requests related to LTD Participants |
| W. Fugazy | 12/5/11 | 0.5 | 1 | Meeting with D. Greer in re missing data for LTD |
| D. Greer | 12/6/11 | 0.9 | 1 | Call with M. Curran re: information received and outstanding |
| D. Greer | 12/6/11 | 0.8 | 1 | 2 meetings with W. Fugazy re: missing data and follow up requests related to LTD Participants |
| D. Greer | 12/6/11 | 2.0 | 1 | Finalize LTD information request based on call with M. Curran and input from W. Fugazy |
| R. Winters | 12/6/11 | 0.1 | 1 | Review various emails information pending |
| W. Fugazy | 12/6/11 | 0.8 | 1 | Meetings with D. Greer in re missing data and follow up requests |
| R. Winters | 12/16/11 | 0.3 | 1 | Review response communication from Greer and provide comment |
| R. Winters | 12/22/11 | 0.2 | 1 | Review Cleary email re additional info |
| R. Winters | 12/22/11 | 0.1 | 1 | Review email history regarding new Mercer / Nortel info (Greer + Moore) |
| R. Winters | 12/23/11 | 0.3 | 1 | Correspondence with Greer re info from Cleary and inconsistencies |
| R. Winters | 12/26/11 | 0.1 | 1 | Review TSS and Greer responses to Cleary |
| D. Greer | 12/1/11 | 0.3 | 2 | Review and comment on information sent via email by M. Curran |
| R. Winters | 12/13/11 | 0.1 | 2 | Corr with Berger re data observations |
| D. Greer | 12/14/11 | 0.1 | 2 | Review email from J. Kim in response to retiree and LTD requests |
| D. Greer | 12/21/11 | 1.0 | 2 | Review memo from M. Danielle |
| D. Greer | 12/22/11 | 0.1 | 2 | Review email from M. Fleming and forward body of email (excluding attachments) to counsel |
| D. Greer | 12/22/11 | 0.9 | 2 | Analyze and summarize data received from Cleary regarding the $27 million adjustment to the FAS106 liability between 12/31/10 and 7/1/11 |
| D. Greer | 12/22/11 | 0.1 | 2 | Review LTD Committee call minutes |
| D. Greer | 12/23/11 | 2.1 | 2 | Review responses re: data requests from Cleary and revert with questions |
| R. Winters | 12/2/11 | 0.1 | 4 | Review Greer email to Bodnar re accounting treatment of liability |
| W. Fugazy | 12/1/11 | 2.3 | 5 | Clean up transposition of Confirmation data in excel |
| W. Fugazy | 12/1/11 | 1.1 | 5 | Align data from the various publications to determine population differences |
| D. Greer | 12/13/11 | 0.5 | 5 | Prepare list of benefits for LTD participants for review by counsel |
| D. Greer | 12/13/11 | 1.0 | 5 | Prepare list of benefits for Retiree participants for review by counsel |
| D. Greer | 12/13/11 | 0.8 | 5 | Call with W. Fugazy re: Mercer call and the development of comprehensive dataset |
| W. Fugazy | 12/13/11 | 0.8 | 5 | Discussion with D. Greer re Mercer call and dataset development |
| D. Greer | 12/14/11 | 1.5 | 5 | Working session with W. Fugazy re: development of comprehensive dataset for modeling of LTD actuarial liability |
| W. Fugazy | 12/14/11 | 1.5 | 5 | Working session with D. Greer in re development of dataset for modeling LTD liability |
| D. Greer | 12/15/11 | 1.8 | 5 | Working session with W. Fugazy re: development of comprehensive dataset for modeling of Retiree actuarial liability |
| D. Greer | 12/15/11 | 1.4 | 5 | Development of age-out schedule for LTD participants in response to request from M. Curran |
| W. Fugazy | 12/15/11 | 1.8 | 5 | Working session with D. Greer in re development of dataset for modeling Retiree liability |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Group, LLC
December 1, 2011 - December 31, 2011

| Name | Date | Hours | Code | Description |
|---|---|---|---|---|
| D. Greer | 12/16/11 | 1.6 | 5 | Development of age-out schedule for LTD participants in response to request from M. Curran |
| D. Greer | 12/16/11 | 1.2 | 5 | Development of age-out schedule for LTD participants in response to request from M. Curran (continued) |
| W. Fugazy | 12/23/11 | 1.1 | 5 | Codifying medical options and coverage levels for dataset |
| W. Fugazy | 12/24/11 | 0.5 | 5 | Vlookups for dataset |
| W. Fugazy | 12/26/11 | 0.5 | 5 | Adding life elections and Nortel comments to retiree dataset; e-mail to Greer regarding dataset progress |
| D. Greer | 12/27/11 | 0.5 | 5 | Review draft work product from W. Fugazy |
| W. Fugazy | 12/27/11 | 0.6 | 5 | Retiree dataset cleanup |
| W. Fugazy | 12/27/11 | 1.0 | 5 | Retiree dataset cleanup |
| W. Fugazy | 12/28/11 | 2.0 | 5 | Retiree dataset cleanup |
| W. Fugazy | 12/28/11 | 1.6 | 5 | Add subsidy amounts to retiree dataset and their components |
| D. Greer | 12/30/11 | 0.7 | 5 | Review analysis produced by W. Fugazy re: Retiree benefits |
| D. Greer | 12/30/11 | 0.9 | 5 | Call with W. Fugazy re: data for actuarial model for Retiree H&W benefits |
| D. Greer | 12/30/11 | 0.5 | 5 | Call with V. Bodnar and W. Fugazy re: data for actuarial model for Retiree H&W benefits |
| D. Greer | 12/30/11 | 0.5 | 5 | Telephone calls with R. Winters re production of actuarial materials |
| R. Winters | 12/30/11 | 0.5 | 5 | Telephone calls with Doug Greer re production of actuarial materials |
| V. Bodnar | 12/30/11 | 0.5 | 5 | Call w/ D. Greer and W. Fugazy |
| W. Fugazy | 12/30/11 | 0.9 | 5 | Discuss retiree dataset with D. Greer |
| W. Fugazy | 12/30/11 | 0.7 | 5 | Changes to dataset and e-mail to Vince Bodnar, Doug Greer, and Ron Winters |
| R. Winters | 12/1/11 | 0.1 | 8 | Review emails from Kim, Moore, Greer re establishing meeting with Mercer, Nortel |
| D. Greer | 12/5/11 | 0.3 | 8 | Call with B. Moore re: timing of mtg with debtor and open items |
| D. Greer | 12/5/11 | 0.2 | 8 | Call with V. Bodnar re: information requests |
| V. Bodnar | 12/5/11 | 0.2 | 8 | Call with D. Greer |
| D. Greer | 12/6/11 | 0.1 | 8 | Call with B. Moore re: timing of mtg with debtor and open items |
| D. Greer | 12/6/11 | 0.2 | 8 | Call with B. Moore re: timing of mtg with debtor and open items |
| D. Greer | 12/7/11 | 0.8 | 8 | Call with V. Bodnar re: approach to actuarial modeling |
| D. Greer | 12/7/11 | 0.1 | 8 | Telephone call with R. Winters re follow-up from morning Conference call with Committee |
| R. Winters | 12/7/11 | 0.1 | 8 | Telephone call with DOUG GREER re follow-up from morning Conference call with Committee |
| V. Bodnar | 12/7/11 | 0.8 | 8 | Call with D. Greer |
| D. Greer | 12/10/11 | 0.3 | 8 | Telephone call to discuss inquiry from N. Berger with R. Winters |
| R. Winters | 12/10/11 | 0.3 | 8 | Telephone call to discuss inquiry from N. Berger with D. Greer |
| D. Greer | 12/12/11 | 0.2 | 8 | Call with N. Berger re: follow up from Mercer call |
| D. Greer | 12/12/11 | 0.3 | 8 | Call with R. Zahralddin re: follow up from Mercer call |
| D. Greer | 12/12/11 | 0.7 | 8 | Call with R. Winters re: outcome of call with Mercer and required follow up items |
| R. Winters | 12/12/11 | 0.7 | 8 | Telephone call with Doug Greer re download of call with Cleary |
| V. Bodnar | 12/12/11 | 0.4 | 8 | Meeting with D. Greer. Follow-up on Mercer call |
| D. Greer | 12/13/11 | 1.2 | 8 | Review and edit text of email from B. Moore summarizing the Mercer call on 12/12 |
| D. Greer | 12/13/11 | 0.3 | 8 | Prepare summary of Mercer call as it relates to LTD questions |
| D. Greer | 12/14/11 | 0.3 | 8 | Follow up to retiree committee call with R. Winters and W. Fugazy |
| D. Greer | 12/14/11 | 2.0 | 8 | Call with R. Winters, R. Zahralddin, M. Curran and others regarding LTD Committee call and ongoing communications with the Debtor |
| R. Winters | 12/14/11 | 0.3 | 8 | Telephone call with Doug Greer re Committee Conference call follow-up |
| W. Fugazy | 12/14/11 | 0.2 | 8 | Follow up retiree committee call with D. Greer and R. Winters |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Group, LLC
December 1, 2011 - December 31, 2011

| Name | Date | Hours | Code | Description |
|---|---|---|---|---|
| D. Greer | 12/21/11 | 0.5 | 8 | Retiree Committee follow-up call with R. Winters and (partial participation) N. Berger and B. Moore |
| D. Greer | 12/21/11 | 0.1 | 8 | Retiree Committee post-call with R. Winters |
| R. Winters | 12/21/11 | 0.1 | 8 | Retiree Committee post-call with Greer |
| R. Winters | 12/21/11 | 0.5 | 8 | Retiree Committee follow-up call with D. Greer and (partial participation) N. Berger and B. Moore |
| R. Winters | 12/21/11 | 1.0 | 8 | Meeting with Berger re possible approaches with Debtors |
| D. Greer | 12/22/11 | 0.6 | 8 | Call with W. Fugazy re: retiree dataset |
| D. Greer | 12/22/11 | 0.7 | 8 | Call with P. Killian re: retiree benefits |
| W. Fugazy | 12/22/11 | 0.6 | 8 | Call with D. Greer in re retiree dataset |
| D. Greer | 12/27/11 | 1.1 | 8 | Call with W. Fugazy to discuss data for retiree liability analysis |
| W. Fugazy | 12/27/11 | 1.1 | 8 | Discuss retiree dataset with D. Greer |
| V. Bodnar | 12/30/11 | 0.6 | 8 | Call w/ attorneys and other professionals re: retiree committee |
| W. Fugazy | 12/30/11 | 0.5 | 8 | Discuss retiree dataset with Doug Greer and Vince Bodnar |
| D. Greer | 12/2/11 | 0.2 | 10 | Respond to inquiries re: scheduling of meetings with other professionals |
| D. Greer | 12/2/11 | 0.1 | 10 | Email inquiry re: life insurance liabilities to V. Bodnar |
| V. Bodnar | 12/2/11 | 0.3 | 10 | Emails about RDS plan costs |
| D. Greer | 12/4/11 | 0.1 | 10 | Respond to email inquiry from M. Curran |
| D. Greer | 12/5/11 | 0.1 | 10 | Follow up email from call with B. Moore |
| D. Greer | 12/5/11 | 0.1 | 10 | Review and respond to email inquiry from M. Danielle |
| V. Bodnar | 12/5/11 | 0.2 | 10 | Review emails |
| D. Greer | 12/6/11 | 0.1 | 10 | Email to M. Curran and others re: follow up data request |
| D. Greer | 12/8/11 | 0.1 | 10 | Email exchange re: purpose of conference call on 12/12 |
| R. Winters | 12/9/11 | 0.2 | 10 | Review Berger inquiry re Schweitzer perspective |
| D. Greer | 12/10/11 | 0.4 | 10 | Email response to inquiry from N. Berger |
| R. Winters | 12/10/11 | 0.4 | 10 | Review emails from Berger + provide suggestions via email to Greer |
| R. Winters | 12/11/11 | 0.1 | 10 | Review emails re proposed Berger response to Cleary |
| R. Winters | 12/12/11 | 0.1 | 10 | Emails from Committee members re pending meeting |
| V. Bodnar | 12/12/11 | 0.3 | 10 | Review B. Moore's email summary of call with Mercer |
| D. Greer | 12/13/11 | 0.1 | 10 | Draft email with summary talking points for R. Winters |
| V. Bodnar | 12/13/11 | 0.2 | 10 | Review emails summarizing plan benefits |
| D. Greer | 12/14/11 | 0.1 | 10 | Email question re: covered benefits to N. Berger |
| D. Greer | 12/14/11 | 0.1 | 10 | Email inquiry re: LTD Committee call to R. Zahralddin |
| D. Greer | 12/14/11 | 0.1 | 10 | Revise list of benefits for LTD participants per discussion with counsel and redistribute to counsel |
| R. Winters | 12/14/11 | 0.3 | 10 | Review emails for Cleary, TSS and EL, A&M |
| R. Winters | 12/14/11 | 0.1 | 10 | Review correspondence re LTD data + Greer email to Berger re info update from Debtor |
| V. Bodnar | 12/14/11 | 0.5 | 10 | Review emails |
| R. Winters | 12/16/11 | 0.1 | 10 | Email exchange with Greer re Daniele memo |
| D. Greer | 12/20/11 | 0.2 | 10 | Email V. Bodnar re: Retiree Committee call and timing of actuarial analysis |
| R. Winters | 12/20/11 | 0.2 | 10 | Review incoming emails from TSS and EG |
| D. Greer | 12/22/11 | 0.2 | 10 | Review email from P. Killian re: retiree benefits |
| R. Winters | 12/23/11 | 0.1 | 10 | Review EG email re constituent communications |
| D. Greer | 12/26/11 | 0.5 | 10 | Respond to emails from R. Winters re: Cleary questions |
| D. Greer | 12/1/11 | 0.1 | 11 | Email exchange with LTD Committee professionals re: timing of meeting with Debtor |
| D. Greer | 12/6/11 | 0.4 | 11 | Discussion with R. Winters re: LTD info request, followed by Retiree Committee pre-call with N. Berger and R. Winters. |
| R. Winters | 12/6/11 | 0.4 | 11 | Discussion with D. Greer re: LTD info request, followed by Retiree Committee pre-call with N. Berger and D. Greer |
| D. Greer | 12/7/11 | 0.1 | 11 | Prep call with R. Winters before Retiree Committee call |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Group, LLC
December 1, 2011 - December 31, 2011

| Name | Date | Hours | Code | Description |
|---|---|---|---|---|
| D. Greer | 12/7/11 | 0.3 | 11 | Retiree Committee call |
| N. Alvarez | 12/7/11 | 0.2 | 11 | Preparation for Retiree Committee call |
| N. Alvarez | 12/7/11 | 0.3 | 11 | Retiree Committee call |
| R. Winters | 12/7/11 | 0.1 | 11 | Prep call with Doug Greer before Retiree Committee call. |
| R. Winters | 12/7/11 | 0.3 | 11 | Retiree Committee call |
| R. Winters | 12/8/11 | 0.1 | 11 | Review Greer emails re upcoming call with Nortel + Cleary + Mercer; + Moore response |
| R. Winters | 12/11/11 | 0.1 | 11 | Email exchange with Greer re Monday call logistics |
| D. Greer | 12/12/11 | 0.3 | 11 | Call with R. Winters re Cleary call issues. |
| D. Greer | 12/12/11 | 0.2 | 11 | Call with B. Moore to coordinate before call with Mercer |
| D. Greer | 12/12/11 | 0.1 | 11 | Call with R. Zahralddin to coordinate before call with Mercer |
| D. Greer | 12/12/11 | 1.7 | 11 | Call with representatives from Mercer, Cleary, Togut and Elliott Greenleaf (with V. Bodnar in person) |
| D. Greer | 12/12/11 | 0.4 | 11 | Meeting with V. Bodnar re: follow up from Mercer call |
| R. Winters | 12/12/11 | 0.3 | 11 | Telephone call with Doug Greer re Cleary call issues. |
| V. Bodnar | 12/12/11 | 1.7 | 11 | Call with Mercer and other professionals |
| D. Greer | 12/13/11 | 0.7 | 11 | Call with R. Winters re: Retiree Committee call on Wed |
| D. Greer | 12/13/11 | 0.5 | 11 | Call with N. Berger and R. Winters re: Retiree committee call |
| R. Winters | 12/13/11 | 0.7 | 11 | Telephone calls with Doug Greer re planning for Committee call + next steps + analysis of earlier Nortel Conference call |
| R. Winters | 12/13/11 | 0.5 | 11 | Conference call with Doug Greer + Neil Berger re prep for Committee Conference call |
| R. Winters | 12/13/11 | 0.5 | 11 | Conference call with Committee re data issues + next steps + Nortel position |
| D. Greer | 12/14/11 | 0.5 | 11 | Retiree Committee call |
| D. Greer | 12/14/11 | 0.4 | 11 | Draft follow up points / questions for LTD committee that reflect info received on call with Mercer |
| D. Greer | 12/14/11 | 0.6 | 11 | Draft discussion points for call with LTD Committee and circulate via email to LTD Committee professionals for review |
| R. Winters | 12/14/11 | 2.0 | 11 | Call with D. Greer, R. Zahralddin, M. Curran and others regarding LTD Committee call and ongoing communications with the Debtor |
| W. Fugazy | 12/14/11 | 0.5 | 11 | Retiree committee call |
| D. Greer | 12/16/11 | 1.3 | 11 | LTD Committee call |
| R. Winters | 12/16/11 | 1.2 | 11 | Call with LTD Committee to review case progress and information required to evaluate Nortel cost estimates (1:20) |
| V. Bodnar | 12/16/11 | 1.3 | 11 | Call with LTD committee and advisors |
| R. Winters | 12/18/11 | 0.6 | 11 | Conference call series with Doug Greer + Neil Berger re prep for Committee call |
| D. Greer | 12/20/11 | 0.6 | 11 | Conference call with R. Winters and N. Berger re prep for Committee call |
| D. Greer | 12/21/11 | 0.1 | 11 | Call with R. Winters in preparation for Retiree Committee call |
| D. Greer | 12/21/11 | 0.5 | 11 | Retiree Committee call |
| R. Winters | 12/21/11 | 0.1 | 11 | Retiree pre-call with D. Greer |
| R. Winters | 12/21/11 | 0.5 | 11 | Retiree Committee call |
| R. Winters | 12/27/11 | 0.1 | 11 | Planning email re prep for Committee call |
| D. Greer | 12/30/11 | 0.2 | 11 | Prep call with R. Winters preceding call with Retiree Committee professionals |
| D. Greer | 12/30/11 | 0.6 | 11 | Conference call with Daniele + Brian Moore + Neil Berger + R. Winters + Vince Bodnar prep for Committee call January 3 |
| R. Winters | 12/30/11 | 0.2 | 11 | Prep call with Doug Greer preceding call with Committee professionals |
| R. Winters | 12/30/11 | 0.6 | 11 | Conference call with Daniele + Brian Moore + Neil Berger + Doug Greer + Vince Bodnar prep for Committee call January 3 |
| D. Greer | 12/10/11 | 0.8 | 14 | Research re: inquiry from N. Berger |
| D. Greer | 12/11/11 | 0.4 | 14 | Research and respond to email inquiry from N. Berger |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Group, LLC
December 1, 2011 - December 31, 2011

| | | | | |
|---|---|---|---|---|
| R. Winters | 12/2/11 | 0.1 | 15 | Emails from Greer, Moore, EL re scheduling |
| D. Greer | 12/5/11 | 0.5 | 15 | Preparation of monthly fee application |
| D. Greer | 12/8/11 | 1.1 | 15 | Preparation of first quarterly fee application |
| R. Winters | 12/8/11 | 0.2 | 15 | Review Greer emails to counsels re fee statements |
| R. Winters | 12/9/11 | 0.1 | 15 | Review e-mail from Greer and Taylor re fee statements |
| D. Greer | 12/13/11 | 0.3 | 15 | Preparation of time diaries and quarterly fee application |
| R. Winters | 12/16/11 | 0.3 | 15 | Telephone call with Neil Berger re common interests agreement, case progress, Committee communications |
| D. Greer | 12/22/11 | 0.1 | 15 | Email exchange with R. Winters re: project admin |
| D. Greer | 12/12/11 | 0.9 | 16 | Unproductive travel time to drive from Morristown NJ to Yardley PA (roundtrip) for meeting with V. Bodnar (2.7 hours, less 0.8 hrs of telephone calls while driving = 1.9 hours unproductive. Billed 1/2 time i.e. 0.9 hours) |