# EXHIBIT B

### EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

December 1, 2011 through December 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Expenses[10] | | $0.00 |

---

[10] Does not include all expenses incurred during the period.  The balance of any expenses will be included in a future fee application.