# EXHIBIT A

2725046.2

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Group, LLC
January 1, 2012 - January 31, 2012

TOTAL HOURS:     202.8

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| D. Greer | 1/4/12 | 0.5 | 1 | Review and assess Cleary response to LTD committee data request |
| D. Greer | 1/5/12 | 2.6 | 1 | Review and validate Cleary responses to LTD committee data requests; prepare status update summary for LTD Committee's counsel |
| D. Greer | 1/5/12 | 0.1 | 1 | Modify retiree data request status report per comments from B. Moore |
| D. Greer | 1/9/12 | 1.3 | 1 | Revise information request status to reflect information received |
| D. Greer | 1/9/12 | 0.6 | 1 | Draft follow up data request email and circulate to LTD Committee's professionals |
| R. Winters | 1/10/12 | 0.4 | 1 | Telephone call with Doug Greer re LTD Committee missing data |
| W. Fugazy | 1/10/12 | 0.5 | 1 | Reviewing/updating time journal |
| D. Greer | 1/11/12 | 0.8 | 1 | Draft follow up response to Nortel / Cleary re: critical data for LTD committee |
| R. Winters | 1/16/12 | 0.1 | 1 | Review email from Moore re additional info |
| D. Greer | 1/27/12 | 0.8 | 1 | Draft response to Cleary's letter re: requests for seriatim data for LTD medical costs |
| D. Greer | 1/4/12 | 0.8 | 2 | Modify comments on data request status per discussion with B. Moore |
| N. Alvarez | 1/19/12 | 0.5 | 2 | Review of debtor proposal |
| N. Alvarez | 1/20/12 | 1.0 | 2 | Review of debtor proposal |
| R. Winters | 1/20/12 | 0.4 | 2 | Review corr from Cleary |
| R. Winters | 1/21/12 | 0.2 | 2 | Review Cleary letter to LTD Committee counsel |
| R. Winters | 1/25/12 | 0.3 | 2 | Review case study table developed by Moore |
| R. Winters | 1/26/12 | 0.2 | 2 | Review Cleary letter to EG |
| D. Greer | 1/27/12 | 0.3 | 2 | Review and provide comments on EG's letter to Cleary |
| V. Bodnar | 1/27/12 | 0.3 | 2 | Review letter from opposing counsel re data availability |
| V. Bodnar | 1/30/12 | 0.1 | 2 | Review response to Cleary letter |
| V. Bodnar | 1/30/12 | 0.1 | 2 | Review summary prepped by A&M |
| D. Greer | 1/8/12 | 0.4 | 3 | Review MetLife LTD insurance policy and related documents |
| R. Winters | 1/9/12 | 0.4 | 3 | Call with D. Greer re: process for modeling of actuarial liability |
| R. Winters | 1/9/12 | 0.4 | 3 | Call with N. Berger and D. Greer re: process and timing for calculation of actuarial liability |
| R. Winters | 1/9/12 | 0.3 | 3 | Review various updates from Greer re actuarial review |
| V. Bodnar | 1/10/12 | 2.3 | 3 | Review projection model |
| V. Bodnar | 1/11/12 | 2.1 | 3 | Review projection model |
| R. Winters | 1/12/12 | 0.5 | 3 | Telephone call with Doug Greer re call with Berger on actuarial matters |
| R. Winters | 1/12/12 | 0.1 | 3 | Telephone call with Neil Berger re review of actuarial work + conclusions. |
| D. Greer | 1/16/12 | 0.2 | 3 | Review schedule of Nortel subsidies for medical benefits for grandfathered employees |
| R. Winters | 1/17/12 | 0.6 | 3 | Call with Retiree Committee professionals re: actuarial analysis |
| V. Bodnar | 1/17/12 | 0.5 | 3 | Review projection model |
| V. Bodnar | 1/17/12 | 0.6 | 3 | Review projection model |
| R. Winters | 1/18/12 | 0.2 | 3 | Email to Greer + Bodnar re analysis of actuarial stats (independent) |
| V. Bodnar | 1/18/12 | 0.5 | 3 | Review modeling of LTD activities |
| V. Bodnar | 1/18/12 | 0.2 | 3 | Review projection model |
| R. Winters | 1/25/12 | 0.2 | 3 | Telephone call with Vince Bodnar re run-out calculation |
| D. Greer | 1/27/12 | 1.2 | 3 | Locate and review historical information requests re: seriatim data for LTD medical costs. |
| M. Congedo | 1/24/12 | 2.1 | 4 | Review TSS - Survey Memo Milestones 11812 document received from B. Moore |
| M. Congedo | 1/24/12 | 3.8 | 4 | Research and review case studies identified by B. Moore in his email of 1/24 |
| M. Congedo | 1/25/12 | 2.4 | 4 | Research comparable case studies for VEBA settlements |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Group, LLC
January 1, 2012 - January 31, 2012

| Name | Date | Hours | Code | Description |
|---|---|---|---|---|
| M. Congedo | 1/26/12 | 1.8 | 4 | Review case studies for relevant information for comparative table |
| M. Congedo | 1/27/12 | 3.4 | 4 | Review case studies for relevant information for comparative table |
| D. Greer | 1/3/12 | 2.5 | 5 | Review and assess data received for calculation of liability for retirees |
| D. Greer | 1/3/12 | 0.2 | 5 | Review NNI MOR |
| D. Greer | 1/4/12 | 0.3 | 5 | Review LTD dataset compiled by W. Fugazy |
| W. Fugazy | 1/4/12 | 0.4 | 5 | Update LTD dataset |
| D. Greer | 1/5/12 | 0.5 | 5 | Assess impact of information provided in McCarter memo on retiree liability |
| D. Greer | 1/5/12 | 0.8 | 5 | Review 2005 retiree medical SPD |
| D. Greer | 1/8/12 | 0.5 | 5 | Review Postemployment Benefit Valuation Report for the Fiscal Year Ending June 30, 2011 |
| V. Bodnar | 1/8/12 | 3.0 | 5 | Retiree model |
| D. Greer | 1/9/12 | 3.3 | 5 | Review data forwarded by T. Snow in response to LTD requests |
| D. Greer | 1/9/12 | 2.1 | 5 | Clean up and validate data imported from to Excel from confirmation of benefits statements |
| V. Bodnar | 1/9/12 | 1.7 | 5 | Review projection model |
| V. Bodnar | 1/9/12 | 0.5 | 5 | Retiree model |
| W. Fugazy | 1/9/12 | 0.4 | 5 | Review data to add to retiree dataset |
| W. Fugazy | 1/9/12 | 0.7 | 5 | Add data Life/LTC benefit amount |
| W. Fugazy | 1/9/12 | 0.4 | 5 | Add data Life/LTC benefit amount; e-mail to VB, RW, and DG. |
| D. Greer | 1/10/12 | 0.3 | 5 | Review draft calculation of actuarial liability for medical benefits for retirees; respond to question from V. Bodnar via email |
| V. Bodnar | 1/10/12 | 0.2 | 5 | Retiree model |
| V. Bodnar | 1/10/12 | 0.2 | 5 | Retiree model |
| V. Bodnar | 1/10/12 | 0.5 | 5 | Retiree model |
| V. Bodnar | 1/11/12 | 0.7 | 5 | Retiree model |
| V. Bodnar | 1/11/12 | 0.5 | 5 | Retiree model |
| V. Bodnar | 1/12/12 | 0.6 | 5 | Review mortality calculation |
| V. Bodnar | 1/12/12 | 0.5 | 5 | Review of RP - 2000 mortality tables with scalars |
| W. Fugazy | 1/12/12 | 1.0 | 5 | Reconcile discrepancies in retiree dataset productions |
| D. Greer | 1/13/12 | 2.0 | 5 | Compilation and QC of LTD dataset |
| V. Bodnar | 1/13/12 | 1.1 | 5 | Review projection model |
| W. Fugazy | 1/13/12 | 0.2 | 5 | Compare dataset from Mercer with dataset to VB |
| W. Fugazy | 1/13/12 | 1.5 | 5 | Produce summary overview of dataset discrepancies |
| D. Greer | 1/15/12 | 4.9 | 5 | Reconciliation of retiree population and plan elections in different datasets |
| D. Greer | 1/16/12 | 2.3 | 5 | Compare, supplement and reconcile retiree life / ltc benefit elections and related information utilized by Mercer in its analysis with other datasets provided by Nortel |
| D. Greer | 1/16/12 | 1.3 | 5 | Correct data in the person-by-person liability buildup provided by Mercer to reflect updated information provided in subsequent communications from Nortel |
| D. Greer | 1/16/12 | 2.1 | 5 | Compare, supplement and reconcile retiree medical benefit elections and related information between Mercer's liability calculations and other datasets provided by Nortel |
| D. Greer | 1/16/12 | 1.5 | 5 | Prepare tables and written explanations for changes in assumptions between datasets |
| V. Bodnar | 1/16/12 | 0.5 | 5 | Retiree model |
| V. Bodnar | 1/16/12 | 1.6 | 5 | Review projection model |
| V. Bodnar | 1/17/12 | 7.1 | 5 | Retiree model revisions. Input new dataset |
| V. Bodnar | 1/18/12 | 2.0 | 5 | Assembly of seriatim output |
| D. Greer | 1/22/12 | 2.5 | 5 | Preparation of LTD data for actuarial analysis |
| M. Congedo | 1/25/12 | 3.3 | 5 | Compile results of case study research and develop table comparing case studies to proposed Nortel settlement |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Group, LLC
January 1, 2012 - January 31, 2012

| Name | Date | Hours | Code | Description |
|---|---|---|---|---|
| D. Greer | 1/26/12 | 2.5 | 5 | Preparation of LTD analysis |
| M. Congedo | 1/26/12 | 2.2 | 5 | Update table comparing case studies to proposed settlement |
| V. Bodnar | 1/26/12 | 0.5 | 5 | Runoff of $25M calculation |
| M. Congedo | 1/27/12 | 1.2 | 5 | Update table comparing case studies to proposed settlement |
| V. Bodnar | 1/27/12 | 0.5 | 5 | Alternative calc requested by Togut |
| M. Congedo | 1/30/12 | 0.4 | 5 | Update table comparing case studies with new study |
| D. Greer | 1/31/12 | 0.6 | 5 | Review draft analysis developed by W. Fugazy |
| D. Greer | 1/31/12 | 1.7 | 5 | Meet with W. Fugazy to discuss retiree committee analysis |
| W. Fugazy | 1/31/12 | 1.7 | 5 | Revisions to dataset re DOB and coverage level |
| W. Fugazy | 1/31/12 | 1.7 | 5 | Working session with D. Greer to verify assumptions and ensure V. Bodnar's output data were correctly assimilated |
| D. Greer | 1/30/12 | 0.1 | 7 | Email to W. Mann regarding her benefit elections |
| D. Greer | 1/30/12 | 0.3 | 7 | Review chart provided by D. David and draft follow up email to LTD Committee professionals re: AD&D benefits |
| D. Greer | 1/30/12 | 0.3 | 7 | Email information re: W. Mann's benefit elections to her for confirmation |
| D. Greer | 1/30/12 | 0.4 | 7 | Email responses to questions from LTD Committee members |
| D. Greer | 1/3/12 | 0.9 | 8 | Call with R. Winters re: status of Retiree committee analysis and options |
| R. Winters | 1/3/12 | 0.9 | 8 | Call with D. Greer re: status of Retiree committee analysis and options |
| D. Greer | 1/4/12 | 0.3 | 8 | Call with R. Winters re: letter to Debtor |
| D. Greer | 1/4/12 | 0.3 | 8 | Call with B. Moore regarding letter to Debtor |
| D. Greer | 1/4/12 | 0.2 | 8 | Telephone call with R. Winters re correspondence for Cleary |
| D. Greer | 1/4/12 | 0.6 | 8 | Call with W. Fugazy re; LTD dataset and analysis |
| R. Winters | 1/4/12 | 0.1 | 8 | Telephone call with Doug Greer + Neil Berger; review of Committee call |
| R. Winters | 1/4/12 | 0.2 | 8 | Telephone call with Doug Greer re correspondence for Cleary |
| R. Winters | 1/4/12 | 0.2 | 8 | Review draft letter to Cleary (Greer) |
| W. Fugazy | 1/4/12 | 0.6 | 8 | Telephone call to discuss retiree dataset with Doug Greer |
| W. Fugazy | 1/4/12 | 0.7 | 8 | Discuss LTD dataset with Doug Greer |
| D. Greer | 1/7/12 | 0.1 | 8 | Call with V. Bodnar re: analysis of actuarial liability for retirees |
| D. Greer | 1/7/12 | 0.5 | 8 | Call with R. Winters re production of actuarial materials |
| R. Winters | 1/7/12 | 0.5 | 8 | Telephone calls with Doug Greer re production of actuarial materials |
| D. Greer | 1/9/12 | 0.4 | 8 | Call with R. Winters re: process for modeling of actuarial liability |
| D. Greer | 1/9/12 | 0.4 | 8 | Call with N. Berger and R. Winters re: process and timing for calculation of actuarial liability |
| D. Greer | 1/9/12 | 0.6 | 8 | Call with W. Fugazy re: Retiree dataset |
| D. Greer | 1/9/12 | 0.2 | 8 | Call with W. Fugazy re: information in Retiree dataset |
| D. Greer | 1/9/12 | 0.3 | 8 | Call with V. Bodnar re: LTD data response and requirements |
| V. Bodnar | 1/9/12 | 0.3 | 8 | Call with D. Greer regarding LTD data |
| W. Fugazy | 1/9/12 | 0.6 | 8 | Call to discuss case progress and required changes to retiree dataset with DG |
| W. Fugazy | 1/9/12 | 0.2 | 8 | Call with DG in re information in Retiree dataset |
| D. Greer | 1/10/12 | 0.4 | 8 | Telephone call with R. Winters re LTD Committee missing data |
| D. Greer | 1/10/12 | 0.1 | 8 | Call with M. Curran re: LTD data requirements |
| D. Greer | 1/10/12 | 0.1 | 8 | Email and voicemail exchange with R. Winters re: availability for call with LTD Committee's professionals |
| D. Greer | 1/10/12 | 0.9 | 8 | Call with W. Fugazy and representatives from Elliott Greenleaf re: LTD data requests |
| D. Greer | 1/11/12 | 0.9 | 8 | Call with R. Winters re: preliminary analysis from V. Bodnar and other issues |
| D. Greer | 1/11/12 | 0.5 | 8 | Call with W. Fugazy re: reconciliation of retiree dataset |
| R. Winters | 1/11/12 | 0.9 | 8 | Call with D. Greer re preliminary analysis from V. Bodnar and other issues |
| W. Fugazy | 1/11/12 | 0.5 | 8 | Discuss evaluation of population discrepancies in retiree dataset productions with D. Greer |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Group, LLC
January 1, 2012 - January 31, 2012

| Name | Date | Hours | Code | Description |
|---|---|---|---|---|
| D. Greer | 1/12/12 | 0.5 | 8 | Telephone call with R. Winters re call with Berger on actuarial matters |
| D. Greer | 1/12/12 | 0.6 | 8 | Call with W. Fugazy re: reconciliation of retiree dataset |
| W. Fugazy | 1/12/12 | 0.6 | 8 | Telephone call with D. Greer to discuss reconciliation of retiree dataset |
| D. Greer | 1/13/12 | 0.2 | 8 | Telephone call with R. Winters re LTD Committee call + message to Rafael Zahralddin |
| D. Greer | 1/13/12 | 0.1 | 8 | Call with R. Zahralddin re: scheduling a follow up call with Cleary |
| R. Winters | 1/13/12 | 0.9 | 8 | Conference call with Doug Greer + Vince Bodnar + later adding Neil Berger + Brian Moore re actuarial analysis + presentation to Committee |
| R. Winters | 1/13/12 | 0.2 | 8 | Telephone call with Doug Greer re LTD Committee call + message to Rafael Zahralddin |
| V. Bodnar | 1/13/12 | 0.6 | 8 | Call with Neil |
| V. Bodnar | 1/13/12 | 0.2 | 8 | Call with D. Greer and R. Winters |
| W. Fugazy | 1/13/12 | 0.2 | 8 | Pre-Call with D. Greer, V. Bodnar, and R. Winters |
| W. Fugazy | 1/13/12 | 0.2 | 8 | Talk with D. Greer about overview of dataset discrepancies |
| D. Greer | 1/16/12 | 0.2 | 8 | LTD Committee follow-up call with R. Winters |
| R. Winters | 1/16/12 | 0.2 | 8 | LTD Committee follow up call with Greer |
| D. Greer | 1/17/12 | 0.1 | 8 | Telephone call with R.Winters re prep for call with TSS + Vince Bodnar |
| R. Winters | 1/17/12 | 0.1 | 8 | Telephone call with Doug Greer; prep for call with TSS + Vince Bodnar |
| R. Winters | 1/17/12 | 0.9 | 8 | Conference call with Doug Greer + Vince Bodnar + Neil Berger + Brian Moore re prelim review of actuarial findings + plan for call with Committee |
| V. Bodnar | 1/17/12 | 0.6 | 8 | Second call with A&M and Togut |
| V. Bodnar | 1/17/12 | 0.8 | 8 | Call with A&M and Togut |
| D. Greer | 1/18/12 | 0.1 | 8 | Call with V. Bodnar re: Retiree dataset and actuarial analysis |
| D. Greer | 1/18/12 | 0.1 | 8 | Call with R. Winters in preparation for Retiree Committee call |
| D. Greer | 1/18/12 | 1.0 | 8 | Follow up call to Retiree Committee call with R. Winters (with partial participation from N. Berger) |
| R. Winters | 1/18/12 | 1.0 | 8 | Follow up call (after Retiree Committee call) with Greer (with partial participation from N. Berger) |
| D. Greer | 1/19/12 | 0.4 | 8 | Conference call; follow-up to Mercer/Cleary call with Brian Moore + R. Winters + Vince Bodnar |
| D. Greer | 1/19/12 | 0.2 | 8 | Call with W. Fugazy re: update on call with Mercer and follow up work required for LTD Committee analysis and Retiree Committee analysis |
| R. Winters | 1/19/12 | 0.2 | 8 | Call with Greer to prepare for call with Mercer |
| R. Winters | 1/19/12 | 0.6 | 8 | Conference call with Cleary + Mercer + Moore, Doug Greer + Vince Bodnar re earlier data reconciliation issues |
| R. Winters | 1/19/12 | 0.4 | 8 | Conference call; follow-up to Mercer/Cleary call with Brian Moore + Doug Greer + Vince Bodnar |
| V. Bodnar | 1/19/12 | 0.4 | 8 | Call with Togut re Mercer call |
| V. Bodnar | 1/19/12 | 0.6 | 8 | Call with Mercer re data |
| W. Fugazy | 1/19/12 | 0.2 | 8 | Call with D. Greer re: update on call with Mercer and follow up work required for LTD Committee analysis and Retiree Committee analysis |
| D. Greer | 1/20/12 | 0.3 | 8 | Telephone call with R. Winters re review of Debtor proposal |
| D. Greer | 1/20/12 | 0.3 | 8 | Telephone call with R. Winters re review of Debtor proposal and professional call |
| D. Greer | 1/20/12 | 0.2 | 8 | Follow-up telephone call with R. Winters re pending deliverables |
| R. Winters | 1/20/12 | 0.3 | 8 | Telephone call with Doug Greer re review of Debtor proposal |
| R. Winters | 1/20/12 | 0.3 | 8 | Telephone call with Neil Berger re professional call regarding Nortel proposal |
| R. Winters | 1/20/12 | 0.3 | 8 | Telephone call with Doug Greer re review of Debtor proposal and professional call |
| R. Winters | 1/20/12 | 0.2 | 8 | Follow-up telephone call with Doug Greer re pending deliverables |
| R. Winters | 1/20/12 | 0.4 | 8 | Follow-up telephone call with Neil Berger re Committee call |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez and Marsal Healthcare Industry Group, LLC
January 1, 2012 - January 31, 2012

| | | | | |
|---|---|---|---|---|
| V. Bodnar | 1/20/12 | 0.4 | 8 | Nortel call re proposal |
| R. Winters | 1/21/12 | 0.6 | 8 | Telephone call with Mark Daniele re alternative plans re VEBA administration |
| R. Winters | 1/21/12 | 1.3 | 8 | Develop of summary of proposal draft |
| R. Winters | 1/23/12 | 0.4 | 8 | Conference call with Rafael Zahralddin + Curran + Kinsella re Committee call. |
| M. Congedo | 1/24/12 | 0.7 | 8 | Conference call with B. Moore, N. Berger, R. Winters re discuss comparative study on retiree payouts vs actuarial cost of retiree benefits |
| M. Congedo | 1/24/12 | 0.1 | 8 | Call with R. Winters to discuss next steps re payout study |