# **EXHIBIT A**

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | February 21, 2012<br>Invoice 400202<br>Page 2<br>Client #  732310<br><br>Matter # 165839 |

For services through January 31, 2012
relating to  Case Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/10/12 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.30 hrs. | 205.00 | $61.50 |
| 01/10/12 | Review email from B. Witters re: revised critical dates calendar (.1); Review same (.1) | | | | |
| Associate | Drew G. Sloan | | 0.20 hrs. | 375.00 | $75.00 |
| 01/11/12 | Call to T. McLaughlin re: status of case and timing of payment of general unsecured claims | | | | |
| Associate | Christopher M. Samis | | 0.30 hrs. | 375.00 | $112.50 |
| 01/17/12 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.30 hrs. | 205.00 | $61.50 |
| 01/17/12 | Review email from B. Witters re: revised critical dates calendar (.1); Review same (.1) | | | | |
| Associate | Drew G. Sloan | | 0.20 hrs. | 375.00 | $75.00 |
| 01/23/12 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.30 hrs. | 205.00 | $61.50 |
| 01/23/12 | Review email from B. Witters re: revised draft critical dates calendar (.1); Review same (.1) | | | | |
| Associate | Drew G. Sloan | | 0.20 hrs. | 375.00 | $75.00 |
| 01/27/12 | Attention to calendaring upcoming critical dates | | | | |
| Associate | Christopher M. Samis | | 0.20 hrs. | 375.00 | $75.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

February 21, 2012  
Invoice 400202  
Page 3  
Client #  732310  

Matter #  165839  

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/30/12 | | Email to B. Kahn re: Committee professional pre-call | | | |
| Associate | | Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |
| 01/30/12 | | Review email from B. Witters re: revised draft critical dates calendar (.1); Review revised draft of same (.1) | | | |
| Associate | | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |

Total Fees for Professional Services                $709.50

**TOTAL DUE FOR THIS INVOICE**                **$709.50**
BALANCE BROUGHT FORWARD                $1,059.20

**TOTAL DUE FOR THIS MATTER**                **$1,768.70**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

February 21, 2012  
Invoice 400202  
Page 4  
Client # 732310  

Matter # 165839  

For services through January 31, 2012  
relating to Claims Administration  

| Date | Description | Role | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/26/12 | Review order resolving Corre claim and motion regarding same (.6); Review motion seeking further modifications to local rules regarding claims objections (.8); Call to S. Scaruzzi re: inquiry on status of EMEA claims opinion (.2); Meet with M. Terranova re: approaching chambers for inquiry on status of EMEA claims opinion (.3); Call from F. Hodara re: inquiry on status of EMEA claims opinion (.2); Email to B. Kahn re: status of EMEA claims opinion (.1) | Associate | Christopher M. Samis | 2.20 hrs. | 375.00 | $825.00 |
| 01/30/12 | Call from F. Hodara and D. Botter re: inquiry regarding status of EMEA claims opinion (.3); Call from D. Abbott re: conversation with chambers on timing of EMEA claims opinion (.2); Call from F. Hodara re: conversation with D. Abbott on conversation with chambers on timing of EMEA claims opinion (.2) | Associate | Christopher M. Samis | 0.70 hrs. | 375.00 | $262.50 |

Total Fees for Professional Services     $1,087.50

TOTAL DUE FOR THIS INVOICE     **$1,087.50**  
BALANCE BROUGHT FORWARD     $265.20  

**TOTAL DUE FOR THIS MATTER**     $1,352.70

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY  10036 | February 21, 2012<br>Invoice 400202<br>Page 5<br>Client #  732310<br>Matter #  165839 |

For services through January 31, 2012
relating to  Court Hearings

| | | | | |
|---|---|---|---|---|
| 01/06/12 | Retrieve and circulate 1/10/12 agenda (.1); Retrieve and circulate amended 1/10/12 agenda (.1) | | | |
| Paralegal | Ann Jerominski | 0.20 hrs. | 205.00 | $41.00 |
| | | | | |
| 01/06/12 | Review agenda for 1/10/12 hearing | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| | | | | |
| 01/06/12 | Review agenda re: 1/10/12 hearing (.1); Review email from A. Jerominski re: same (.1); Review amended agenda canceling same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| | | | | |
| 01/20/12 | Retrieve and review re: 1/24/12 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: 1/24/12 amended agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| | | | | |
| 01/20/12 | Review agenda re: 1/24/12 hearing (.2); Review email from B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |

|   |   |
|---|---|
| Total Fees for Professional Services | $423.00 |

|   |   |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$423.00** |
| BALANCE BROUGHT FORWARD | $1,757.60 |
| **TOTAL DUE FOR THIS MATTER** | **$2,180.60** |

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY 10036 | February 21, 2012<br>Invoice 400202<br>Page 6<br>Client # 732310<br>Matter # 165839 |

For services through January 31, 2012
relating to Litigation/Adversary Proceedings

| | | | | | |
|---|---|---|---|---|---|
| 01/03/12 | Meet with A. Irgens re: assigning research on Committee right to intervene in adversary proceeding (.2); Review recent Committee motions to intervene in adversary proceedings on database for recent case law related to same (.6); Review research on Committee intervention in adversary proceedings (1.3); Email to L. Beckerman re: research on Committee intervention in adversary proceedings and strategy regarding instant intervention in deferred compensation adversary proceeding (.2); Emails to A. Irgens re: assigning research on Committee right to intervene in adversary proceeding and questions regarding results of same (.4) | | | | |
| Associate | Christopher M. Samis | 2.70 hrs. | 375.00 | | $1,012.50 |
| 01/12/12 | Retrieve re: third circuit UK appellants petition for panel rehearing (.1); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | | $41.00 |
| 01/24/12 | Retrieve re: third circuit UK order (.1); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | | $41.00 |
| 01/24/12 | Email to B. Witters re: circulation of Third Circuit order denying en banc appeal in U.K. Pension appeal | | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 375.00 | | $37.50 |

| | |
|---|---|
| Total Fees for Professional Services | $1,132.00 |
| **TOTAL DUE FOR THIS INVOICE** | $1,132.00 |
| BALANCE BROUGHT FORWARD | $2,500.40 |
| **TOTAL DUE FOR THIS MATTER** | $3,632.40 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 21, 2012  
Invoice 400202  
Page 7  

Client #  732310  

Matter # 165839  

For services through January 31, 2012  
relating to RLF Fee Applications

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/13/12 | Prepare cno re: RLF November fee application (.2); Finalize and file cno re: same (.2) | | | | | |
| | | Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 01/13/12 | Review email from B. Witters re: filing certificate of no objection re: RLF monthly fee application (.1); Email to B. Witters and C. Samis re: same (.1); Review and execute same (.1) | | | | | |
| | | Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 01/17/12 | Review December RLF bill memo | | | | | |
| | | Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 01/17/12 | Review December 2011 bill memos re: RLF monthly fee application (.3); Discussion with B. Witters re: comments to same (.1) | | | | | |
| | | Associate | Drew G. Sloan | 0.40 hrs. | 375.00 | $150.00 |
| 01/25/12 | Review and revise RLF December fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | | |
| | | Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| 01/25/12 | Review and execute RLF monthly fee application (.3); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service f same (.1) | | | | | |
| | | Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |

Total Fees for Professional Services  $798.50

TOTAL DUE FOR THIS INVOICE  **$798.50**  
BALANCE BROUGHT FORWARD  $1,182.00

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 21, 2012
Invoice 400202
Page 8
Client #  732310

Matter #  165839

---

**TOTAL DUE FOR THIS MATTER**                                                    $1,980.50

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

February 21, 2012  
Invoice 400202  
Page 9  

Client # 732310  

Matter # 165839  

For services through January 31, 2012  
relating to Fee Applications of Others  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/10/12 | Prepare cno re: Ashurst November fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 01/10/12 | Review email from B. Witters re: filing certificate of no objection re: Ashurst monthly fee application (.1); Review and execute same (.1); Review email from B. Kahn re: same (.1) | | | | |
| | Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 01/11/12 | Attention to e-mail re: Akin Gump November fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| | Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| 01/11/12 | Review email from B. Kahn re: Akin Gump monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | | |
| | Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |
| 01/13/12 | Attention to e-mail re: Capstone November fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2) | | | | |
| | Paralegal | Barbara J. Witters | 0.70 hrs. | 205.00 | $143.50 |
| 01/13/12 | Finalize and file Capstone 34th fee application for November 2011 (.2); Coordinate service of same (.1) | | | | |
| | Paralegal | Rebecca V. Speaker | 0.30 hrs. | 205.00 | $61.50 |
| 01/24/12 | Update fee status chart (.5); Attention to e-mail from B. Kahn re: Ashurst December fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| | Paralegal | Barbara J. Witters | 1.50 hrs. | 205.00 | $307.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 21, 2012  
Invoice 400202  
Page 10  
Client #  732310

Matter #  165839

| Date | Description | | | Amount |
|---|---|---|---|---|
| 01/24/12 | Review email from B. Kahn re: Ashurst monthly fee application for filing (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $1,287.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,287.00** |
| BALANCE BROUGHT FORWARD | $3,218.40 |
| **TOTAL DUE FOR THIS MATTER** | **$4,505.40** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 21, 2012  
Invoice 400202  
Page 11  
Client #  732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---:|---:|---:|
| Ann Jerominski | 0.20 | 205.00 | 41.00 |
| Barbara J. Witters | 7.00 | 205.00 | 1,435.00 |
| Christopher M. Samis | 6.50 | 375.00 | 2,437.50 |
| Drew G. Sloan | 3.90 | 375.00 | 1,462.50 |
| Rebecca V. Speaker | 0.30 | 205.00 | 61.50 |
| TOTAL | 17.90 | $303.77 | 5,437.50 |

**TOTAL DUE FOR THIS INVOICE**                                                              **$5,882.32**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310