# **EXHIBIT B**



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

February 21, 2012
Invoice 400202

Page 1
Client # 732310
Matter # 165839

For disbursements incurred through January 31, 2012
relating to Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Document Retrieval | $41.68 |
| Lexis/Westlaw | $179.94 |
| Long distance telephone charges | $11.12 |
| Messenger and delivery service | $36.80 |
| Photocopying/Printing | $144.20 |
| 1,099 @ $.10/pg. / 343 @ $.10/pg. | |
| Postage | $31.08 |

| | |
|---|---:|
| Other Charges | $444.82 |
| **TOTAL DUE FOR THIS INVOICE** | **$444.82** |
| BALANCE BROUGHT FORWARD | $416.69 |
| **TOTAL DUE FOR THIS MATTER** | **$861.51** |

■ ■ ■

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 21, 2012  
Invoice 400202  
Page 12  
Client #  732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc  
Matter: Nortel - Representation of Creditors Committee  
Case Administration  
Claims Administration  
Court Hearings  
Litigation/Adversary Proceedings  
RLF Fee Applications  
Fee Applications of Others

| Date | Description | | | Summary Phrase |
|---|---|---|---|---|
| 01/03/12 | Lexis | | | LEXIS |
| | | Amount = | $22.75 | |
| 01/03/12 | PACER | | | DOCRETRI |
| | | Amount = | $7.60 | |
| 01/03/12 | Printing | | | DUP.10CC |
| | | Amount = | $1.60 | |
| 01/03/12 | Westlaw | | | LEXIS |
| | | Amount = | $157.19 | |
| 01/06/12 | PACER | | | DOCRETRI |
| | | Amount = | $2.80 | |
| 01/09/12 | PACER | | | DOCRETRI |
| | | Amount = | $11.84 | |
| 01/10/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 01/10/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 01/10/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 01/10/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 01/11/12 | Photocopies | | | DUP.10CC |
| | | Amount = | $33.50 | |
| 01/11/12 | 14798564542 Long Distance | | | LD |
| | | Amount = | $8.34 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

February 21, 2012  
Invoice 400202  
Page 13  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 01/11/12 | Messenger and delivery | | MESS |
| | Amount = | $12.00 | |
| 01/11/12 | Postage | | POST |
| | Amount = | $9.24 | |
| 01/11/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/11/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/11/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/11/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 01/11/12 | Printing | | DUP.10CC |
| | Amount = | $3.20 | |
| 01/11/12 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 01/11/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 01/11/12 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 01/11/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/11/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 01/11/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/11/12 | Printing | | DUP.10CC |
| | Amount = | $5.20 | |
| 01/12/12 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 01/13/12 | Photocopies | | DUP.10CC |
| | Amount = | $31.70 | |
| 01/13/12 | Messenger and delivery | | MESS |
| | Amount = | $12.00 | |
| 01/13/12 | Postage | | POST |
| | Amount = | $7.44 | |
| 01/13/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 21, 2012
Invoice 400202
Page 14
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 01/13/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 01/13/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/13/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 01/13/12 | Printing | | DUP.10CC |
| | Amount = | $4.40 | |
| 01/13/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/13/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/13/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/13/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/13/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 01/13/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/13/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/17/12 | 14238178927 Long Distance | | LD |
| | Amount = | $1.39 | |
| 01/17/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/18/12 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 01/20/12 | PACER | | DOCRETRI |
| | Amount = | $10.40 | |
| 01/20/12 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 01/23/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/23/12 | Printing | | DUP.10CC |
| | Amount = | $1.90 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

February 21, 2012  
Invoice 400202  
Page 15  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 01/23/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/24/12 | Photocopies | | DUP.10CC |
| | Amount = | $21.00 | |
| 01/24/12 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 01/24/12 | PACER | | DOCRETRI |
| | Amount = | $0.64 | |
| 01/24/12 | PACER | | DOCRETRI |
| | Amount = | $8.40 | |
| 01/24/12 | Postage | | POST |
| | Amount = | $6.90 | |
| 01/24/12 | Printing | | DUP.10CC |
| | Amount = | $3.60 | |
| 01/24/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/24/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/24/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/24/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 01/24/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/24/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/24/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/24/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/25/12 | Photocopies | | DUP.10CC |
| | Amount = | $23.70 | |
| 01/25/12 | Postage | | POST |
| | Amount = | $7.50 | |
| 01/25/12 | Printing | | DUP.10CC |
| | Amount = | $2.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 21, 2012  
Invoice 400202  
Page 16  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 01/25/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 01/25/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/25/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/25/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/30/12 | 12128728040 Long Distance | | LD |
| | Amount = | $1.39 | |
| 01/30/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/30/12 | Printing | | DUP.10CC |
| | Amount = | $1.40 | |

TOTALS FOR   732310         Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $444.82