**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **23 February 2012**      Our Ref: **GDB/CCN01.00001**

Invoice No.: **324174**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** |  |  |  |
| **To our professional fees** (NT) | 0.00 | 0.00 | 17,562.50 |
| For the period to 31 January 2012. |  |  |  |
| (Please see attached). |  |  |  |
| Document Production (NT) | 0.00 | 0.00 | 45.00 |
| **Disbursements:** (NT) |  |  |  |
| Fares and Incidental Expenses | 0.00 | 0.00 | 152.43 |
|  | 0.00 |  | 17,759.93 |
|  |  | VAT | 0.00 |
|  |  | Total | 17,759.93 |
|  |  | **Balance Due** | **17,759.93** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 324174 when settling this invoice

**Payment Terms:** 21 days

**Legal services are 100% foreign source**

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP or an affiliated undertaking has an office in each of the places listed below.

ABU DHABI  BRUSSELS  DUBAI  FRANKFURT  HONG KONG  LONDON  MADRID  MILAN
MUNICH  NEW YORK  PARIS  ROME  SINGAPORE  STOCKHOLM  TOKYO  WASHINGTON DC



The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/01/2012

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 2.40 | 1,656.00 | (C0007) |
| | | 1.00 | 690.00 | (C0019) |
| | | 0.90 | 621.00 | (C0031) |
| | | 4.30 | 2,967.00 | |
| Partner: | Steven Hull | 1.10 | 726.00 | (C0019) |
| | | 1.10 | 726.00 | |
| Partner: | Angela Pearson | 0.70 | 462.00 | (C0012) |
| | | 0.20 | 132.00 | (C0019) |
| | | 1.10 | 726.00 | (C0031) |
| | | 2.00 | 1,320.00 | |
| Counsel: | Marcus Fink | 1.10 | 638.00 | (C0019) |
| | | 1.10 | 638.00 | |
| Associate | Antonia Croke | 2.20 | 935.00 | (C0007) |
| | | 1.00 | 425.00 | (C0012) |
| | | 5.90 | 2,507.50 | (C0019) |
| | | 7.10 | 3,017.50 | (C0031) |
| | | 16.20 | 6,885.00 | |
| Junior Associate | Lindsey Roberts | 5.70 | 1,653.00 | (C0003) |
| | | 1.40 | 406.00 | (C0007) |
| | | 0.60 | 174.00 | (C0012) |
| | | 1.10 | 319.00 | (C0019) |
| | | 2.60 | 754.00 | (C0031) |
| | | 11.40 | 3,306.00 | |
| Trainee: | Tim Cant | 3.00 | 555.00 | (C0007) |
| | | 2.10 | 388.50 | (C0012) |
| | | 2.70 | 499.50 | (C0019) |
| | | 1.50 | 277.50 | (C0031) |
| | | 9.30 | 1,720.50 | |
| | **Total** | **45.40** | **17,562.50** | |

The Official Unsecured Creditors Committee for Nortel Networks Inc

Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/01/2012

**Matter: CCN01.00001 – BANKRUPTCY**

**C0003**        **Ashurst Fee Application/Monthly Billing Reports**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 5.70 | 290.00 | 1,653.00 |
| | | | Total | **1,653.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/01/2012 | Lindsey Roberts | LETT | Email re: fee estimates for December | 0.10 | 290.00 | 29.00 |
| 04/01/2012 | Lindsey Roberts | LETT | Emails re: Monthly fee application | 0.20 | 290.00 | 58.00 |
| 12/01/2012 | Lindsey Roberts | LETT | Monthly Fee application | 0.10 | 290.00 | 29.00 |
| 17/01/2012 | Lindsey Roberts | MISC | Monthly fee application | 0.90 | 290.00 | 261.00 |
| 23/01/2012 | Lindsey Roberts | MISC | Monthly fee application | 2.10 | 290.00 | 609.00 |
| 24/01/2012 | Lindsey Roberts | MISC | Monthly fee application | 2.30 | 290.00 | 667.00 |
| | | | | | | 1,653.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0007**</u>        <u>**Creditors Committee Meetings**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 2.40 | 690.00 | 1,656.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 2.20 | 425.00 | 935.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.40 | 290.00 | 406.00 |
| **Trainee** | | | | |
| TCANT | Tim Cant | 3.00 | 185.00 | 555.00 |
| | | | Total | **3,552.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/01/2012 | Giles Boothman | ATTD | Weekly UCC call | 0.50 | 690.00 | 345.00 |
| 04/01/2012 | Lindsey Roberts | PHON | Weekly UCC call | 0.60 | 290.00 | 174.00 |
| 04/01/2012 | Tim Cant | ATTD | Weekly UCC call + review of various emails | 0.90 | 185.00 | 166.50 |
| 12/01/2012 | Antonia Croke | ATTD | Weekly UCC call | 0.80 | 425.00 | 340.00 |
| 12/01/2012 | Giles Boothman | ATTD | Weekly UCC call | 0.60 | 690.00 | 414.00 |
| 12/01/2012 | Tim Cant | ATTD | Weekly UCC call | 0.80 | 185.00 | 148.00 |
| 20/01/2012 | Antonia Croke | PHON | Attend UCC call | 0.50 | 425.00 | 212.50 |
| 20/01/2012 | Giles Boothman | ATTD | Weekly UCC call | 0.50 | 690.00 | 345.00 |
| 20/01/2012 | Tim Cant | ATTD | Weekly UCC call | 0.50 | 185.00 | 92.50 |
| 26/01/2012 | Antonia Croke | PHON | Weekly UCC call | 0.90 | 425.00 | 382.50 |
| 26/01/2012 | Giles Boothman | ATTD | Weekly UCC call | 0.80 | 690.00 | 552.00 |
| 26/01/2012 | Lindsey Roberts | PHON | Weekly UCC call | 0.80 | 290.00 | 232.00 |
| 26/01/2012 | Tim Cant | ATTD | Weekly UCC call | 0.80 | 185.00 | 148.00 |
| | | | | | | 3,552.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0012**</u>     <u>**General Claims Analysis/Claims Objections**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.70 | 660.00 | 462.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 1.00 | 425.00 | 425.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 0.60 | 290.00 | 174.00 |
| **Trainee** | | | | |
| TCANT | Tim Cant | 2.10 | 185.00 | 388.50 |
| | | | Total | **1,449.50** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/2012 | Antonia Croke | READ | Consider update with TCANT and LROBER | 0.30 | 425.00 | 127.50 |
| 11/01/2012 | Lindsey Roberts | INTD | INTD with ACROKE + review of emails | 0.50 | 290.00 | 145.00 |
| 12/01/2012 | Tim Cant | READ | Considering allocation methodology, CCC's. | 0.80 | 185.00 | 148.00 |
| 19/01/2012 | Angela Pearson | READ | Review emails | 0.20 | 660.00 | 132.00 |
| 19/01/2012 | Angela Pearson | INTD | Discussion - ACROKE | 0.20 | 660.00 | 132.00 |
| 19/01/2012 | Lindsey Roberts | INTD | INTD with ACROKE | 0.10 | 290.00 | 29.00 |
| 20/01/2012 | Antonia Croke | LETT | Emails re: Winkler J DVD | 0.30 | 425.00 | 127.50 |
| 20/01/2012 | Angela Pearson | READ | Review emails | 0.30 | 660.00 | 158.00 |
| 23/01/2012 | Antonia Croke | READ | Consider email re: Winkler J DVD meeting | 0.10 | 425.00 | 42.50 |
| 26/01/2012 | Antonia Croke | LETT | Emails re: Nortel UK hearing; confer TCANT re: same | 0.30 | 425.00 | 127.50 |
| 26/01/2012 | Tim Cant | ATTD | Interim Court Hearing | 1.30 | 185.00 | 240.50 |
| | | | | | | **1,449.50** |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0019**      **Labor Issues/Employee Benefits**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.20 | 660.00 | 132.00 |
| GDB | Giles Boothman | 1.00 | 690.00 | 690.00 |
| SEH | Steven Hull | 1.10 | 660.00 | 726.00 |
| **Counsel** | | | | |
| MDF | Marcus Fink | 1.10 | 580.00 | 638.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 5.90 | 425.00 | 2,507.50 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.10 | 290.00 | 319.00 |
| **Trainee** | | | | |
| TCANT | Tim Cant | 2.70 | 185.00 | 499.50 |
| | | | Total | **5,512.00** |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0019**</u>    <u>**Labor Issues/Employee Benefits**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/01/2012 | Steven Hull | LETT | Review Lisa Beckerman e-mail and review attached third circuit UK pension opinion and comments from Brad Kahn and commentary and reply to Lisa Beckerman | 0.50 | 660.00 | 330.00 |
| 03/01/2012 | Angela Pearson | LETT | Email to Lisa Beckman | 0.20 | 660.00 | 132.00 |
| 03/01/2012 | Marcus Fink | LETT | Reviewing L Beckermann email re court findings on appeal by pension parties (UK) against stay on claims. Review case report and consider same | 1.10 | 580.00 | 638.00 |
| 03/01/2012 | Steven Hull | READ | Review Lisa Beckerman email regarding third circuit UK pension opinion; review emails with Lisa Beckerman regarding same and review email correspondence with Angela Pearson and Giles Boothman regarding same | 0.60 | 660.00 | 396.00 |
| 04/01/2012 | Giles Boothman | READ | Read emails and third circuit decision and internal update | 1.00 | 690.00 | 690.00 |
| 06/01/2012 | Tim Cant | READ | Considering Third Circuit Opinion | 1.50 | 185.00 | 277.50 |
| 10/01/2012 | Lindsey Roberts | READ | Review of emails + documents re third circuit opinion | 1.10 | 290.00 | 319.00 |
| 12/01/2012 | Antonia Croke | READ | Consider email re: Third Circuit | 0.20 | 425.00 | 85.00 |
| 13/01/2012 | Tim Cant | READ | Considering UK Pension Parties, submission for re-hearing 3rd Circuit Judgment | 0.70 | 185.00 | 129.50 |
| 13/01/2012 | Tim Cant | LETT | Emails re Third Circuit Judgment | 0.10 | 185.00 | 18.50 |
| 16/01/2012 | Antonia Croke | READ | Consider emails re: Third Circuit appeal | 0.30 | 425.00 | 127.50 |
| 17/01/2012 | Antonia Croke | READ | Consider Third Circuit Appeal Judgment | 1.30 | 425.00 | 552.50 |
| 17/01/2012 | Tim Cant | MISC | Considering 3rd Circuit Stay files. | 0.40 | 185.00 | 74.00 |
| 19/01/2012 | Antonia Croke | READ | Consider material re: New York Third Circuit stay of pension parties and appeal | 2.30 | 425.00 | 977.50 |
| 20/01/2012 | Antonia Croke | READ | Consider material in relation to NYC Third Circuit Stay Application | 1.80 | 425.00 | 765.00 |

5,512.00

**Matter: CCN01.00001 – BANKRUPTCY**

**C0031**  **European Proceedings/Matters**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 1.10 | 660.00 | 726.00 |
| GDB | Giles Boothman | 0.90 | 690.00 | 621.00 |
| **Associate** | | | | |
| ACROKE | Antonia Croke | 7.10 | 425.00 | 3,017.50 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 2.60 | 290.00 | 754.00 |
| **Trainee** | | | | |
| TCANT | Tim Cant | 1.50 | 185.00 | 277.50 |
| | | | Total | **5,396.00** |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>C0031</u>    <u>European Proceedings/Matters</u>

|  |  |  | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/01/2012 | Angela Pearson | READ | Review emails | 0.30 | 660.00 | 198.00 |
| 03/01/2012 | Lindsey Roberts | MISC | Emails re: professional call | 0.30 | 290.00 | 87.00 |
| 04/01/2012 | Antonia Croke | LETT | Emails re: calls, fees and updates | 0.40 | 425.00 | 170.00 |
| 04/01/2012 | Angela Pearson | READ | Review emails | 0.20 | 660.00 | 132.00 |
| 04/01/2012 | Angela Pearson | INTD | Emails to Giles Boothman | 0.20 | 660.00 | 132.00 |
| 04/01/2012 | Angela Pearson | INTD | INTD - LROBER | 0.20 | 660.00 | 132.00 |
| 04/01/2012 | Lindsey Roberts | INTD | INTD with TCANT re: UCC call | 0.10 | 290.00 | 29.00 |
| 04/01/2012 | Lindsey Roberts | READ | Review of file note re: UCC call | 0.30 | 290.00 | 87.00 |
| 04/01/2012 | Tim Cant | ATTD | Drafting minutes on the Unsecured Creditors Committee Call | 0.60 | 185.00 | 111.00 |
| 05/01/2012 | Lindsey Roberts | READ | Amends to file note of UCC call | 0.40 | 290.00 | 116.00 |
| 09/01/2012 | Antonia Croke | LETT | Emails re: update | 0.10 | 425.00 | 42.50 |
| 10/01/2012 | Antonia Croke | READ | Consider note of UCC call | 0.40 | 425.00 | 170.00 |
| 10/01/2012 | Antonia Croke | LETT | Emails re: prof call | 0.20 | 425.00 | 85.00 |
| 11/01/2012 | Antonia Croke | READ | Consider prof call agenda | 0.10 | 425.00 | 42.50 |
| 11/01/2012 | Antonia Croke | READ | Consider UCC agenda | 0.10 | 425.00 | 42.50 |
| 11/01/2012 | Antonia Croke | ATTD | Attending prof call, emails re: same and UCC | 1.00 | 425.00 | 425.00 |
| 11/01/2012 | Giles Boothman | ATTD | Professionals call | 0.40 | 690.00 | 276.00 |
| 11/01/2012 | Tim Cant | ATTD | Professionals call | 0.40 | 185.00 | 74.00 |
| 12/01/2012 | Angela Pearson | READ | Review email | 0.20 | 660.00 | 132.00 |
| 17/01/2012 | Antonia Croke | INTD | Confer LROBER re: billing query | 0.20 | 425.00 | 85.00 |
| 18/01/2012 | Antonia Croke | LETT | Email re: Professionals call | 0.10 | 425.00 | 42.50 |
| 19/01/2012 | Antonia Croke | LETT | Emails re: professionals call | 0.20 | 425.00 | 85.00 |
| 19/01/2012 | Antonia Croke | INTD | Confer LROBER/TCANT re: professionals call | 0.20 | 425.00 | 85.00 |
| 19/01/2012 | Lindsey Roberts | ATTD | Weekly professionals' call | 0.50 | 290.00 | 145.00 |
| 20/01/2012 | Antonia Croke | READ | Consider Capstone reports and agenda for UCC call | 0.90 | 425.00 | 382.50 |
| 20/01/2012 | Antonia Croke | LETT | Emails re: UCC call | 0.10 | 425.00 | 42.50 |
| 24/01/2012 | Antonia Croke | LETT | Email re: Prof call | 0.20 | 425.00 | 85.00 |
| 24/01/2012 | Antonia Croke | READ | Consider final fee applicaiton and emails re: same | 0.60 | 425.00 | 255.00 |
| 25/01/2012 | Antonia Croke | LETT | Emails re: Professionals call | 0.30 | 425.00 | 127.50 |
| 25/01/2012 | Antonia Croke | ATTD | Attend Nortel's professionals' call | 1.10 | 425.00 | 467.50 |
| 25/01/2012 | Giles Boothman | ATTD | Professionals call | 0.50 | 690.00 | 345.00 |
| 25/01/2012 | Lindsey Roberts | PHON | Professionals call | 1.00 | 290.00 | 290.00 |
| 25/01/2012 | Tim Cant | ATTD | Nortel professionals call (only part) | 0.30 | 185.00 | 55.50 |
| 25/01/2012 | Tim Cant | LETT | Considering attachments to Nortel Call | 0.20 | 185.00 | 37.00 |
| 26/01/2012 | Antonia Croke | READ | Consider Agenda and Capstone materials for UCC call; and emails re: same | 0.60 | 425.00 | 255.00 |
| 31/01/2012 | Antonia Croke | LETT | Email re: Professionals call | 0.30 | 425.00 | 127.50 |

|  |  |  |  |  |  | 5,396.00 |
|---|---|---|---|---|---|---|