Exhibit C

**DISBURSEMENT SUMMARY**
**JANUARY 01, 2012 THROUGH JANUARY 31, 2012**

| | |
|---|---:|
| Document Production | £45.00 |
| Meals | £44.46 |
| Travel – Ground Transportation | £107.97 |
| **TOTAL** | **£197.43** |