Exhibit D

## Disbursements Detailed Breakdown

**Document Production**                                                                                          45.00

### Fares, Courier Charges and Incidental Expenses (Meals)

| | | |
|---|---|---|
| 14/12/2011 | VENDOR: Conference Room Catering INVOICE#: 12 18 12 2011 DATE: 05/01/2012 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Dec 14 2011 | 7.65 |
| 15/12/2011 | VENDOR: Conference Room Catering INVOICE#: 12 18 12 2011 DATE: 05/01/2012 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Dec 15 2011 | 11.95 |
| 16/11/2011 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXNOV11 DATE: 24/11/2011 Expenses @ ROSAS LONDON. (Hanbury Street Investments Ltd) 16/11/2011 ACROKE /LROBER Dinner . | 10.26 |
| 16/12/2011 | VENDOR: Conference Room Catering INVOICE#: 12 18 12 2011 DATE: 05/01/2012 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Dec 16 2011 | 6.60 |
| 19/12/2011 | VENDOR: Conference Room Catering INVOICE#: 19 25 12 2011 DATE: 05/01/2012 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Dec 19 2011 | 8.00 |

### Fares, Courier Charges and Incidental Expenses (Taxis)

| | | |
|---|---|---|
| 20/12/2011 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 143610; DATE: 20/12/2011 - Taxi 19/12/11- Ashurst to SE1 to N1 (Ref: 21068774) | 36.78 |
| 21/01/2012 | VENDOR: BruCar Ltd; INVOICE#: BR/100900; DATE: 21/01/2012 - Taxi 19/01/12- EC2A to SW4 (Ref: 1004458) | 29.57 |
| 22/12/2011 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 143616; DATE: 22/12/2011 - Taxi 21/12/11- Appold to N1 (ref: 21074846) | 41.62 |

                                                                                                                197.43