Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD JANUARY 01, 2012 THROUGH JANUARY 31, 2012

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 11 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £690 | 4.30 | 2,967.00 |
| Steven Hull | Partner for 15 years; Admitted in 1989 in England and Wales; Employment, Incentives and Pensions Group, London | £660 | 1.10 | 726.00 |
| Angela Pearson | Partner for 6 years; Admitted in 1991 in England and Wales; Litigation Group, London | £660 | 2.00 | 1,320.00 |
| Marcus Fink | Counsel for 2 years; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £580 | 1.10 | 638.00 |
| Antonia Croke | Associate for 5 years; Admitted in 2007 in New South Wales, Australia; Litigation Group, London | £425 | 16.20 | 6,885.00 |
| Lindsey Roberts | Associate for 1 year; Admitted in 2011 in England and Wales; Litigation Group, London | £290 | 11.40 | 3,306.00 |
| Tim Cant | Trainee Solicitor; Litigation Group, London | £185 | 9.30 | 1,720.50 |
| TOTAL | | | 45.40 | 17,562.50 |

## COMPENSATION BY PROJECT CATEGORY
## JANUARY 01, 2012 THROUGH JANUARY 31, 2012

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 5.70 | 1,653.00 |
| Creditors Committee Meetings | 9.00 | 3,552.00 |
| General Claims Analysis | 4.40 | 1,449.50 |
| Labor Issues / Employee Benefits | 13.10 | 5,512.00 |
| European Proceedings / Matters | 13.20 | 5,396.00 |
| **TOTAL** | **45.40** | **17,562.50** |