# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
---------------------------------------------------------x
                                          :
                                          :    Chapter 11
In re:                                    :
                                          :    Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹            :
                                          :    Jointly Administered
                          Debtors.        :
                                          :    Related Docket Nos. 7256, 7257 and 7258
---------------------------------------------------------x
```

**ORDER GRANTING SECOND QUARTERLY FEE APPLICATION OF ALVAREZ &**
**MARSAL HEALTHCARE INDUSTRY GROUP, LLC**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF**
**RETIRED EMPLOYEES AND THE OFFICIAL COMMITTEE OF LONG-TERM**
**DISABILITY PARTICIPANTS OF NORTEL NETWORKS INC., et al, AND ITS**
**AFFILIATED DEBTORS FOR THE PERIOD**
**NOVEMBER 1, 2011 THROUGH JANUARY 31, 2012**

Upon consideration of the Second Quarterly Fee Application Request (the "Request") of

Alvarez & Marsal Healthcare Industry Group, LLC ("A&M"), Financial Advisor to The Official

Committee of Retired Employees and The Official Committee of Long-Term Disability

Participants, for the period from November 1, 2011 through and including January 31, 2012; and

upon consideration of the monthly fee applications subject to the Request (the "Fee

Applications"); the Court having reviewed the Request and the Fee Applications; and finding

that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and

determining that proper and adequate notice has been given and that no other or further notice is

necessary; thereon; and good and sufficient cause appearing therefor,

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

IT IS HEREBY ORDERED that:

1.      The Request is GRANTED.

2.      A&M is allowed compensation and reimbursement of expenses for the period and in the amounts set forth in its Request, subject to the filing of a final fee application by A&M.

3.      The Debtor is authorized and directed to disburse to A&M payment in the amount of the difference between (a) 100% of the total fees and expenses set forth in the Fee Application and (b) the actual interim payments received by A&M for fees and expenses under the Fee Applications, as set forth in the Request.

4.      The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5.      This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6.      This Order shall be effective immediately upon entry.


Dated: _____, 2012
       Wilmington, DE

                                        _____
                                        The Honorable Kevin Gross
                                        Chief Untied States Bankruptcy Judge