# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| MANISTIQUE PAPERS, INC., | Case No. 11-12562 (KJC) |
| Debtor.[1] | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 28, 2012 AT 11:00 A.M. (EASTERN TIME)[2]

### ADJOURNED/WITHDRAWN/RESOLVED MATTERS

1.  Debtor's Motion for Entry of an Order: (I) (A) Establishing Bidding Procedures in Connection with Sale of Substantially All of the Assets of the Debtor, Including Certain Bidding Incentives, (B) Approving the Form and Manner of Notices, (C) Setting a Sale of Substantially All of the Assets of the Debtor Free and Clear of Liens, Claims and Encumbrances to the Successful Bidder; and (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases (D.I. 233, Filed 11/21/11).

    <u>Objection Deadline</u>:  December 6, 2011 at 4:00 p.m. (ET).

    <u>Responses Received</u>:

    (a) Limited Objection of Niagara Logistics, Inc. and Finesse, Inc. to Debtor's Motion for Entry of an Order: (I) (A) Establishing Bidding Procedures in Connection with Sale of Substantially All of the Assets of the Debtor, Including Certain Bidding Incentives, (B) Approving the Form and Manner of Notices, (C) Setting a Sale of Substantially All of the Assets of the Debtor Free and Clear of Liens, Claims and Encumbrances to the Successful Bidder; and (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases (D.I. 254, Filed 12/1/11);

    (b) Limited Objection of U.S. Energy Services, Inc. to Debtor's Motion for Entry of an Order: (I) (A) Establishing Bidding Procedures in Connection with Sale of Substantially All of the Assets of the Debtor, Including Certain Bidding Incentives, (B) Approving the Form and Manner of Notices, (C) Setting a Sale of Substantially All of the Assets of the Debtor Free and Clear of Liens, Claims and Encumbrances to

---

[1] The Debtor's federal tax identification number is 65-1290950. The Debtor's mailing address and corporate headquarters is 453 South Mackinac Avenue, Manistique, MI 49854-1399.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

(c)     the Successful Bidder; and (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases (D.I. 256, Filed 12/6/11);

(c)     Airgas North Central, Inc's Limited Objection to the Notice of (I) Debtor's Request for Authority to Assume, Assign and Sell Certain Executory Contracts and Unexpired Leases and (II) Debtor's Proposed Cure Amounts (D.I. 339, filed 2/6/12);

(d)     Michigan Department of Environmental Quality's Limited Objection to the Debtor's Motion for Entry of an Order Approving the Sale of Substantially All of the Assets of the Debtor Free and Clear of Liens, Claims and Encumbrances to the Successful Bidder (D.I. 347, Filed 2/15/12); and

(e)     Metso Paper USA, Inc.'s Limited Objection to the Notice of (I) Debtor's Request for Authority to Assume, Assign and Sell Certain Executory Contracts and Unexpired Leases and (II) Debtor's Proposed Cure Amounts (D.I. 353, Filed 2/21/11).

Related Pleadings:

(a)     Certification of Counsel Regarding (I) Revised Proposed Order (A) Establishing Bidding Procedures in Connection with Sale of Substantially All of the Assets of the Debtor, Including Certain Bidding Incentives, (B) Approving the Form and Manner of Notices, (C) Setting a Sale Hearing, and (D) Granting Related Relief and (II) Related Revised Bid Procedures and Notices (D.I. 276, Filed 12/13/11);

(b)     Order (A) Establishing Bidding Procedures in Connection with Sale of Substantially All of the Assets of the Debtor, Including Certain Bidding Incentives, (B) Approving the Form and Manner of Notices, (C) Setting a Sale Hearing, and (D) Granting Related Relief (D.I. 280, Entered 12/13/11); and

(c)     Order Amending Bid Procedures Order to Reschedule (I) the Stalking Horse Hearing Date and (II) the Stalking Horse Bid Deadline (D.I. 327, Entered 1/24/12).

Status: The hearing on the approval of a stalking horse purchaser has been adjourned to the hearing scheduled for March 22, 2012 at 11:00 a.m. (ET). The hearing on the sale has been adjourned to the hearing scheduled for April 11, 2012 at 3:00 p.m. (ET).

2.     Motion for Entry of an Order, Pursuant to Fed. R. Bankr. P. 2004 and Del. Bankr. L. R. 2004-1, Directing Remark Paper Company, Inc., DDFKD Investments, LP, Donald Kramer, and Dennis Kramer to Produce Documents and to Appear for Deposition Upon Oral Examination (D.I. 314, Filed 1/12/12).

Objection Deadline: January 19, 2012 at 4:00 p.m. (ET).

Responses Received: None at this time.

Related Pleadings:

    (a)    Notice of Withdrawal without Prejudice (D.I. 365, Filed 2/24/12).

Status: This matter has been withdrawn.

## FEE APPLICATIONS

3. First Quarterly Fee Hearing Applications.

   Related Pleading:

   (a)    See Exhibit A

   Objection Deadline:   N/A

   Responses Received:  None.

   Status:  This matter is going forward.

## PRETRIAL CONFERENCE

4. Pretrial Conference in the Adversary Proceeding (See Exhibit B, hereto).

   Related Pleadings:  None.

   Status: A pretrial scheduling conference is going forward in the adversary proceeding listed on Exhibit B hereto.

Dated: February 24, 2012
      Wilmington, DE                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                            */s/ Matthew B. Harvey*
                                            Eric D. Schwartz (No. 3134)
                                            Daniel B. Butz (No. 4227)
                                            Matthew B. Harvey (No. 5186)
                                            1201 North Market Street, 18th Floor
                                            P.O. Box 1347
                                            Wilmington, DE  19899-1347
                                            Telephone:  (302) 658-9200
                                            Facsimile:  (302) 658-3989

                                            and

                                            Timothy F. Nixon
                                            Carla O. Andres
                                            GODFREY & KAHN, S.C.
                                            333 Main Street, Suite 600

P.O. Box 13067
Green Bay, WI 54307-3067
Telephone: (920) 436-7687
Facsimile: (920) 436-7988

*Counsel for Debtor and Debtor in Possession*

5737129.1