<u>**EXHIBIT A**</u>

**Manistique Papers, Inc. Case No. 11-12562 (KJC)**

**Summary of Fees and Expenses for the Period
From August 12, 2011 through October 31, 2011, unless otherwise specified**

**Hearing: February 28, 2012 at 11:00 a.m. (Eastern Time)**

**<u>Ashby & Geddes, P.A.</u>**

A.      First Interim Fee Application of Ashby & Geddes, P.A. for the Period of August 23, 2011 Through October 31, 2011 (D.I. 284, Filed 12/15/11).

       1.      First Monthly Application of Ashby & Geddes, P.A., as Delaware Counsel to the Official Committee of Unsecured Creditors of Manistique Papers, Inc., for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of August 23, 2011 Through September 30, 2011 (D.I. 212, Filed 10/28/11);

       2.      Amended First Monthly Application of Ashby & Geddes, P.A., as Delaware Counsel to the Official Committee of Unsecured Creditors of Manistique Papers, Inc., for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of August 23, 2011 Through September 30, 2011 (D.I. 242, Filed 11/23/11);

       3.      C.N.O.

       4.      Second Monthly Application of Ashby & Geddes, P.A., as Delaware Counsel to the Official Committee of Unsecured Creditors of Manistique Papers, Inc., for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of October 1, 2011 Through October 31, 2011 (D.I. 252, Filed 11/30/11); and

       5.      Certification of No Objection Regarding Second Monthly Application of Ashby & Geddes, P.A., as Delaware Counsel to the Official Committee of Unsecured Creditors of Manistique Papers, Inc., for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of October 1, 2011 Through October 31, 2011 (D.I. 295, Filed 12/22/11).

**<u>Godfrey & Kahn, S.C.</u>**

B.      First Quarterly Fee Application Request of Godfrey & Kahn, S.C. as Counsel to Debtor and Debtor In Possession, for the Period August 12, 2011 Through October 31, 2011 (D.I. 298, Filed 12/23/11).

1. First Monthly Application of Godfrey & Kahn, S.C., as Counsel to Debtor and Debtor In Possession, for Allowance of Interim Compensation and for Interim Reimbursement of all Actual and Necessary Expenses Incurred for the Period August 12, 2011 Through August 31, 2011 (D.I. 172, Filed 10/5/11);

2. Certification of No Objection Regarding Docket No. 172 (D.I. 211, Filed 10/28/11);

3. Second Monthly Application of Godfrey & Kahn, S.C., as Counsel to Debtor and Debtor In Possession, for Allowance of Interim Compensation and for Interim Reimbursement of all Actual and Necessary Expenses Incurred for the Period September 1, 2011 Through September 30, 2011 (D.I. 214, Filed 10.31.11);

4. Certification of No Objection Regarding Docket No. 214 (D.I. 243, Filed 11/23/11);

5. Third Monthly Application of Godfrey & Kahn, S.C., as Counsel to Debtor and Debtor In Possession, for Allowance of Interim Compensation and for Interim Reimbursement of all Actual and Necessary Expenses Incurred for the Period October 1, 2011 Through October 31, 2011 (D.I. 239, Filed 11/23/11); and

6. Certification of No Objection regarding Docket NO. 239 (D.I. 294, Filed 12/21/11).

**J.H. Cohn LLP**

C. First Interim Application of J.H. Cohn LLP for the Period from September 7, 2011 Through October 31, 2011 (D.I. 285, Filed 12/5/11).

1. First Monthly Application of J.H. Cohn LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors to the Official Committee of Unsecured Creditors for the Period from September 7, 2011, Through October 31, 2011 (D.I. 272, Filed 12/12/11); and

2. Certification of No Objection Regarding First Monthly Application of J.H. Cohn LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors to the Official Committee of Unsecured Creditors for the Period from September 7, 2011, Through October 31, 2011 (D.I. 311, Filed 1/5/12).

**Lowenstein Sandler PC**

D. First Interim Fee Application of Lowenstein Sandler PC for the Period of August 23, 2011 Through October 31, 2011 (D.I. 286, Filed 12/15/11).

1. First Monthly Application of Lowenstein Sandler PC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel for the Official Committee of Unsecured Creditors for the Period of August 23, 2011 Through September 30, 2011 (D.I. 216, Filed 11/1/11);

2. Certification of No Objection Regarding First Monthly Application of Lowenstein Sandler PC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel for the Official Committee of Unsecured Creditors for the Period of August 23, 2011 Through September 30, 2011 (D.I. 249, Filed 11/28/11);

3. Second Monthly Application of Lowenstein Sandler PC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel for the Official Committee of Unsecured Creditors for the Period of October 1, 2011 Through October 31, 2011 (D.I. 271, Filed 12/12/11); and

4. Certification of No Objection Regarding Second Monthly Application of Lowenstein Sandler PC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel for the Official Committee of Unsecured Creditors for the Period of October 1, 2011 Through October 31, 2011 (D.I. 310, Filed 1/5/12).

**Morris, Nichols, Arsht & Tunnell LLP**

E. First Quarterly Fee Application Request of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel to Debtor and Debtor In Possession, for the Period August 12, 2011 Through October 31, 2011 (D.I. 290, Filed 12/19/11).

1. First Monthly Application of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel to Debtor and Debtor In Possession, for Allowance of Interim Compensation and for Interim Reimbursement of all Actual and Necessary Expenses Incurred for the Period August 12, 2011 Through August 31, 2011 (D.I. 155, Filed 9/26/11);

2. Certificate of No Objection Regarding Docket No. 155 (D.I. 198, Filed 10/19/11);

3. Second Monthly Application of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel to Debtor and Debtor In Possession, for Allowance of Interim Compensation and for Interim Reimbursement of all Actual and Necessary Expenses Incurred for the Period September 1, 2011 Through September 30, 2011 (D.I. 210, Filed 10/28/11);

4. Certificate of No Objection Regarding Docket No. 210 (D.I. 236, Filed 11/23/11);

5. Third Monthly Application of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Bankruptcy Co-Counsel to Debtor and Debtor In Possession, for Allowance of Interim Compensation and for Interim Reimbursement of all Actual and Necessary Expenses Incurred for the Period October 1, 2011 Through October 31, 2011 (D.I. 227, Filed 11/16/11); and

6. Certificate of No Objection Regarding Docket No. 227 (D.I. 266, Filed 12/9/11).