## **EXHIBIT B**

| Manistique Papers, Inc. v. Remark Paper Company, Inc. | 12-50052 (KJC) |