

# JMOCK & Co., SRL

SONET TRANSPORT, GSM/CDMA CELL SITE INSTALLATION, COMMISSIONING INTEGRATION

To All.

We herby comply with the requirements of our claim against Nortel Networks Cala Inc. against Services Perform in our contract period.

Name of Debtor: Nortel Networks Cala Inc
Case Number: 2846
Claimant: JMOCK & Co. SA

In objection of Exhibit B of the Reduce and Allow Claims, we here supply to all involving parties our records of invoices and purchase orders of the amount that still remains unsatisfied by the Debtor.

C/ Julio César Martínez No. 15-A • Jardines de Alma Rosa • Tel. Ofic.: 809-593-9778 • Fax: 809-699-0429 • Cel.: 809-440-1215
E-mail: julio_mock@jmock.com • Santo Domingo Este, Rep. Dom.

## JMOCK & CO. SA
## Customer Open Balance
### All Transactions

| Type | Date | Num | P. O. # | Due Date | Project Name | Amount |
|------|------|-----|---------|----------|--------------|--------|
| **Nortel Networks (CALA)** | | | | | | |
| Invoice | 10/3/2008 | 418 | 432004627 | 12/2/2008 | Server to install | 850.00 |
| Invoice | 1/27/2009 | 421 | 432005901 | 3/28/2009 | NI Service of BSC/TCU | 5,300.00 |
| Invoice | 1/27/2009 | 422 | 432005520 | 3/28/2009 | Expansion GWC WIndtelecom | 650.00 |
| Invoice | 6/17/2009 | 436 | 4320500648/DOC-080244-00 | 8/16/2009 | I&C BSC  Santigo Host Trilcgy | 36,022.00 |
| Invoice | 6/19/2009 | 437 | 4320061946/CALA D340467 | 8/18/2009 | I&C BSC Exp at San Isidro JV | 16,700.00 |
| Invoice | 7/7/2009 | 438 | 4320057625 | 9/5/2009 | 3 MERS8600 systems in 3 cities | 11,076.00 |
| Invoice | 1/26/2010 | 451 | 432091693 | 2/12/2010 | Trilogy CEMS Migration | 1,650.00 |
| Invoice | 2/24/2010 | 452 | 432077167 | 4/25/2010 | USP cable | 250.00 |
| Invoice | 4/26/2010 | 453 | 432096092 | 6/25/2010 | BSC 5 IN Degraded | 1,250.00 |
| Invoice | 4/29/2010 | 456 | 432077167 | 6/28/2010 | USP Inst. for Tricom | 3,858.00 |
| **Total Nortel Networks (CALA)** | | | | | | 77,606.00 |
| **TOTAL** | | | | | | 77,606.00 |



# JMOCK & Co., SRL

SONET TRANSPORT, GSM/CDMA CELL SITE INSTALLATION, COMMISSIONING INTEGRATION

## Invoice

| Date | Invoice No. |
|------|-------------|
| 1/27/2009 | 421 |

### Customer:

Nortel Network (CALA)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

### Attention to:

Project Manager:
Climaco Camerano
011-57-314-357-6115
Ravindran Balakisnan

| P. O | Terms | Due Date | Location | Project Name | Supplier No |
|------|-------|----------|----------|--------------|-------------|
| 4320051901 | Net 60 | 3/28/2009 | Trilogy/VIVA | NI Service of BSC/TCU | 391276 |

| ITEM | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|------|-------------|-----|------------|--------|
| NI BSC/TCU & ... | Network Integration service of 2 BSC/TCU at Santo Domingo site for Trilogy/VIVA | 1 | 5,300.00 | 5,300.00 |

High Quality Service is Our pride

| | |
|---|---|
| Sub-Total | $5,300.00 |
| Tax (ITBIS) (16.0%) | $0.00 |
| Total US$ | $5,300.00 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 1-809-593-9778 | 1-809-699-0429 | jmock@codetel.net.do | www.jmock.com |

C/ Julio César Martínez No. 15-A • Jardines de Alma Rosa • Tel. Ofic.: 809-593-9778 • Fax: 809-699-0429 • Cel.: 809-440-1215
E-mail: julio_mock@jmock.com • Santo Domingo Este, Rep. Dom.



# NØRTEL

| | | | Purchase Order No.<br>4320051901 | Order Date: 22/Aug/2008<br>Last Change Date: 22/Aug/2008 | Page 2  of 3 |
|---|---|---|---|---|---|
| | | Supplier Contact: | | | Supplier No:<br>391276 |

Ship to:

NN
Nortel
1500 CONCORD TERRACE
SUNRISE FL  33323-2808

Bill to:

Nortel Networks Incorporated (0313 / 2002)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Qty | UOM | Part Number/<br>Supplier Part Number | Description | Buyer:<br>Claudio Guzman Mar | | Telephone No: 5255626859 |
|---|---|---|---|---|---|---|
| | | | | Delivery Date | Last Change<br>Date | Fax:<br>UnitPrice |

Item Number/Carrier Name:

Incoterms:
DDU

Payment Terms:
Net 70 Days

J Mock & Co SA
No.15A Jardines De Alma Rosa
DOM- SANTO DOMINGO

```
PO header text:
Quote 2008094
COM # : DOC-080244-00      D335541

VENDOR: JULIO MOCK
CUSTOMER: TRILOGY
100% Q3/08

Requested by: RAVINDRAN BALAKISNAN
******************************************
ALL INVOICES REFERENCING TO THIS PURCHASE ORDER WHETHER FOR SERVICES OR GOODS MUST BE SUBMITTED NO LATER THAN 30
DAYS AFTER SUCH SERVICES OR GOODS HAVE BEEN PERFORMED OR DELIVERED.

IN CASE OF ANY DELAY RELATED TO THE MATERIAL OR SERVICE DELIVERY, THE SUPPLIER WILL PAY 1% OF THE TOTAL AMOUNT OF
THIS PURCHASE ORDER FOR EACH DAY OF DELAY UNTIL THE PENALTY REACHES 1% OF THE TOTAL AMOUNT OF THE ORDER. NORTEL MAY
DEDUCT THE VALUE OF THE PENALTY FROM ANY PAYMENTS DUE AND PAYABLE TO SUPPLIER EVEN IF THE DELAY IS NOT RELATED TO
THE OUTSTANDING PAYMENTS.

PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT

NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL BE HELD
FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT.

IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER NUMBER
AND THE ASSOCIATED PURCHASE ORDER LINE ITEM THAT IS BEING INVOICED FOR.

THIS PURCHASE ORDER IS GOVERNED BY THE TERMS AND CONDITIONS OF THE MASTER SERVICE AGREEMENT REFERENCED HEREIN.
```

| | Page Total | USD |
|---|---|---|
| | | 0.00 |

Nortel Networks (CALA) Inc
Corporation System
1200 South Pine Island Road
Plantation, FL 33324-4413

Claudio Guzman Mar
BUYER

Claudio Guzman Martinez
PURCHASING MANAGER



| Purchase Order No. | Order Date: 22/Aug/2008 | Page 3 of 3 |
|---|---|---|
| 4320051901 | Last Change Date: 22/Aug/2008 | Supplier No: 391276 |

**Supplier Contact:**

**Ship to:**
NN
Nortel
1500 CONCORD TERRACE
SUNRISE FL 33323-2808

**Bill to:**
Nortel Networks Incorporated (0313 / 2002)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Supplier/Carrier Name:
J Mock & Co SA
No.15A Jardines De Alma Rosa
DOM- SANTO DOMINGO

| | | | | Incoterms: DDU | | Payment Terms: Net 70 Days | Buyer: Claudio Guzman Mar | Telephone No: 5255282888559 Fax: |

| Item | Qty | UOM | Part Number/ Supplier Part Number | Description | Delivery Date | Last Change Date | Unit Price | Extended Total |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | PU | | Delivery Priority Flag:00 2 BCS/TCU & MGW Integration | 21/Aug/2008 | 22/Aug/2008 | 5,300.00 | 5,300.00 |

This item covers the following services:
2 BCS/TCU & MGW Integration
1 EA     5,300.00     5,300.00
BUDGET AUTHORIZATION
100000047208 00
100000047209 00
QUOTATION

THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES DOLLARS,TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.

The following documents belong to this item:

Acknowledgement date _____     Supplier Signature _____

THE SUPPLIER IS RESPONSIBLE TO ENSURE THAT THIS ORDER IS FILLED TO THE CURRENT SPECIFICATION INCLUDING ANY DRAWINGS & NPS (NORTEL NETWORKS PROCUREMENT SPECIFICATIONS) APPLICABLE TO ANY NORTEL NETWORKS PART NUMBERS ORDERED. IF THERE IS ANY UNCERTAINTY, SUPPLY MANAGEMENT IS TO BE CONSULTED.

| | | |
|---|---|---|
| Page Total | USD | 5,300.00 |
| Total Amount | USD | 5,300.00 |

rtel Networks (CALA) Inc
Corporation System
00 South Pine Island Road
antation, FL 33324-4413
A.

Claudio Guzman Mar
BUYER

Claudio Guzman Martinez
PURCHASING MANAGER

2:01 PM
02/21/12
Accrual Basis

**JMOCK & CO. SA**
**Customer Open Balance**
All Transactions

| Type | Date | Num | P. O. # | Due Date | Project Name | Amount |
|---|---|---|---|---|---|---|
| **Nortel Networks (CALA)** | | | | | | |
| Invoice | 10/3/2008 | 418 | 4320046227 | 12/2/2008 | Server to install | 850.00 |
| Invoice | 1/27/2009 | 421 | 4320051901 | 3/28/2009 | NI Service of BSC/TCU | 5,300.00 |
| Invoice | 1/27/2009 | 422 | 4320059520 | 3/28/2009 | Expansion GWC Windtelecom | 650.00 |
| Invoice | 6/17/2009 | 436 | 4320050648/DOC-080244-00 | 8/16/2009 | I&C BSC  Santigo Host Trilogy | 36,022.00 |
| Invoice | 6/17/2009 | 437 | 4320061946/CALA D340467 | 8/16/2009 | I&C BSC Exp at San Isidro JV | 16,700.00 |
| Invoice | 6/19/2009 | 438 | 4320057625 | 9/5/2009 | 3 MERS8600 systems in 3 cities | 11,076.00 |
| Invoice | 7/7/2009 | 438 | 4320057625 | 9/5/2009 | 3. MERS8600 systems in 3 cities | 1,650.00 |
| Invoice | 1/26/2010 | 451 | 4320091693 | 2/12/2010 | Trilogy CEMS Migration | 250.00 |
| Invoice | 2/24/2010 | 452 | 4320077187 | 4/25/2010 | USP cable | 1,250.00 |
| **Invoice** | **4/26/2010** | **453** | **4320096092** | **6/25/2010** | **BSC 5 N Degraded** | **3,858.00** |
| Invoice | 4/29/2010 | 456 | 4320077187 | 6/28/2010 | USP Inst. for Tricom | 77,606.00 |
| **Total Nortel Networks (CALA)** | | | | | | **77,606.00** |
| **TOTAL** | | | | | | **77,606.00** |



# JMOCK & Co., SRL

SONET TRANSPORT, GSM/CDMA CELL SITE INSTALLATION, COMMISSIONING INTEGRATION

## Invoice

| Date | Invoice No. |
|------|-------------|
| 4/26/2010 | 453 |

**Customer:**

Nortel Network (CALA)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Attention to:**

GSM Network Integration Team Leader
Dan Mccormick
Office: ESN 442-6364 (internal)
(972) 362-6364 (External)
Cell: (850) 602-1432

| P. O | Terms | Due Date | Location | Project Name | Supplier No |
|------|-------|----------|----------|--------------|-------------|
| 4320096092 | Net 60 | 6/25/2010 | Dan Mccormick | BSC 5 IN Degraded | 391276 |

| ITEM | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|------|-------------|-----|------------|--------|
| BSC Check | GSM TAS for Trilogy DR to check the following:<br>-------------------------------------<br>- Check all the fans on the BSC 5 physically and see if they are working.<br>- Check on the top-right corner of the BSC cabinet if you see any light regarding to an alarm (yellow lamp)<br>- Check the alarm light on top-right corner of the BSC by switching off one of the SIM boards and switch it on back then do it for second one on IN. You must see an alarm light ON while one of the SIM board switched off. Never switch off both SIM same time in same self.<br>- Check from OMC-R if the BSC IN is still in degraded mode or not. If the BSC IN in degraded mode then follow below step: | 1 | 1,250.00 | 1,250.00 |

High Quality Service is Our pride

| | |
|---|---|
| Sub-Total | $1,250.00 |
| Tax (ITBIS) () | $0.00 |
| Total US$ | $1,250.00 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 1-809-593-9778 | 1-809-699-0429 | jmock@codetel.net.do | www.jmock.com |

C/ Julio César Martínez No. 15-A • Jardines de Alma Rosa • Tel. Ofic.: 809-593-9778 • Fax: 809-699-0429 • Cel.: 809-440-1215
E-mail: julio_mock@jmock.com • Santo Domingo Este, Rep. Dom.

# NØRTEL

## Purchase Order

| | |
|---|---|
| Purchase Order No: 4320060092 | Order Date: 13.04.2010 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 13.04.2010 |
| | Page 1 of 6 |
| Supplier Contact: Julio Mock | Supplier No: 391276 |
| | Contract No: |

**Supplier:**
J Mock & Co SA
No 15A Jardines De Alma Rosa
DOM- SANTO DOMINGO
Telephone No: 809 593 9778
Fax No: 809 699 0429

**Ship to:**
NN
Nortel
4008 E. CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
USA NC 27709-0000

**Bill to:**
Nortel Networks Incorporated (0313 / 2002)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| | |
|---|---|
| Buyer: Victor Mata Ruiz | Telephone No: 5252626488 |
| | Fax: |

| Item No. | Carrier Number/Carrier Name: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Qty | UOM | Part No | Incoterms: DDU | Description | Payment Terms: Net 70 Days | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |

**Header text**
PO MUST NOT EXCEED $1,260.00 USD

COM# DOC-0802060-00
CALA PO D340468

REFERENCE IN QUOTE NUMBER 2011 FOR PRICING ONLY.

**Terms of delivery**
PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT
NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL
BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT.
IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER
NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM, QUANTITY, DESCRIPTION AND PRICE THAT IS BEING INVOICED
FOR AS DISPLAYED ON THE FACE OF THIS PURCHASE ORDER.
NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME IN THE EVENT THAT NORTEL, IN ITS SOLE
DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS
PURCHASE ORDER.
THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS
HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.)
WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.

| | | |
|---|---|---|
| Page Total | USD | 0.00 |

**BUYER**
Victor Mata Ruiz

Nortel Networks (CALA) Inc
CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324-4413
USA

# NØRTEL

## Purchase Order

Purchase Order No: 4320090092
This number must appear on all invoices, packages, packing slips and customs forms.

| Order Date: | 13.04.2010 |
| Last Change Date: | 13.04.2010 | Page 2 of 6 |

Supplier:

J Mock & Co SA
No 15A Jardines De Alma Rosa
DOM- SANTO DOMINGO
Telephone No: 809 593 9778
Fax No: 809 699 0429

Ship to:

NN
Nortel
4008 E. CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
USA NC   27709-0000

Supplier Contact:
    Julio Mock

| Supplier No: | 391276 |
| Contract No: | |

Bill to:

Nortel Networks Incorporated (0313 / 2002)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Buyer:
Victor Mata Ruiz

Telephone No: 5252626488
Fax:

| Item No. | Qty | UOM | Part No | Description | Payment Terms: Net 70 Days | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Carrier Number/Carrier Name: | | Incoterms: DDU | | | | | |

**Other contractual stipulations**
A. R Bloom, S J Harris, C J W Hill and A Hudson were appointed Joint Administrators of Nortel Networks SA on 14 January 2009 by the High Court in England. The Joint Administrators act as agents of the company and without personal liability.

The company was placed into French liquidation judiciaire on 28 May 2009. The business and assets of the company that are in France, including the continued trading of the company, are and have been under the control of an administrateur judiciaire since 28 May 2009.

| 00010 | 1.000 | LOT | | Start Date : 07.04.2010<br>End Date : 30.04.2010<br><br>GSM TAS for Trilogy RD - J. Mock & C | | 07.04.2010 | 1,260.00 | T5 | 0.00 | 1,260.00 |

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms & Conditions unless specified by Nortel.

| | Page Total | | USD | | 1,260.00 |
| | Tax Amount<br>Total Amount | | USD<br>USD | | 0.00<br>1,260.00 |

*Victor Mata Ruiz*
BUYER

2:01 PM

02/21/12

Accrual Basis

# JMOCK & CO. SA
## Customer Open Balance
### All Transactions

| Type | Date | Num | P. O. # | Due Date | Project Name | Amount |
|------|------|-----|---------|----------|--------------|--------|
| **Nortel Networks (CALA)** | | | | | | |
| Invoice | 10/3/2008 | 418 | 432004627 | 12/2/2008 | Server to install | 850.00 |
| Invoice | 1/27/2009 | 421 | 432005190l | 3/28/2009 | NI Service of BSC/TCU | 5,300.00 |
| **Invoice** | 1/27/2009 | 422 | 432005920 | 3/28/2009 | Expansion GWC Windtelecom | 690.00 |
| Invoice | 6/17/2009 | 436 | 4320050048/DOC-080244-00 | 8/16/2009 | I&C BSC  Santigo Host Trilogy | 36,022.00 |
| Invoice | 6/17/2009 | 436 | 4320050048/DOC-080244-00 | 8/18/2009 | I&C BSC Exp at San Isidro JV | 16,700.00 |
| Invoice | 6/19/2009 | 437 | 4320061946/CALA D340467 | 9/5/2009 | 3 MERS8600 systems in 3 cities | 11,076.00 |
| Invoice | 7/7/2009 | 438 | 4320057625 | 2/12/2010 | Trilogy CEMS Migration | 1,650.00 |
| Invoice | 1/26/2010 | 451 | 432091693 | 4/25/2010 | USP cable | 250.00 |
| Invoice | 2/24/2010 | 452 | 4320077167 | 6/25/2010 | BSC 5 IN Degraded | 1,250.00 |
| Invoice | 4/26/2010 | 453 | 432009092 | 6/28/2010 | USP Inst. for Tricom | 3,858.00 |
| Invoice | 4/29/2010 | 456 | 4320077167 | | | 77,606.00 |
| **Total Nortel Networks (CALA)** | | | | | | 77,606.00 |
| **TOTAL** | | | | | | 77,606.00 |



# JMOCK & Co., SRL

SONET TRANSPORT, GSM/CDMA CELL SITE INSTALLATION, COMMISSIONING INTEGRATION

## Invoice

| Date | Invoice No. |
|---|---|
| 1/27/2009 | 422 |

**Customer:**

Nortel Network (CALA)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Attention to:**

JMOCK & Co. (BM5322)
3508 NW 114th Avenue
Doral FL 33178
USA
Doral, Florida 33178 USA

| P. O | Terms | Due Date | Location | Project Name | Supplier No |
|---|---|---|---|---|---|
| 4320059520 | Net 60 | 3/28/2009 | Dominican ReP | Expansion GWC Windtelecom | 391276 |

| ITEM | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| Exp GWC | Installation UTP/RJ45 cable and commissiong of the 2 cards MGW | 1 | 650.00 | 650.00 |

High Quality Service is Our pride

| | |
|---|---|
| Sub-Total | $650.00 |
| Tax (ITBIS) (16.0%) | $0.00 |
| Total US$ | $650.00 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 1-809-593-9778 | 1-809-699-0429 | jmock@codetel.net.do | www.jmock.com |

C/ Julio César Martínez No. 15-A • Jardines de Alma Rosa • Tel. Ofic.: 809-593-9778 • Fax: 809-699-0429 • Cel.: 809-440-1215
E-mail: julio_mock@jmock.com • Santo Domingo Este, Rep. Dom.



N✪RTEL

J Mock & Co SA
No 15A Jardines De Alma Rosa
DOM- SANTO DOMINGO

Ship to:

NN
Nortel
1500 CONCORD TERRACE
SUNRISE FL  33323-2808

Bill to:

Nortel Networks Incorporated (0313 / 2002)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| | Purchase Order No. | Order Date: 29/Oct/2008 | Page 2  of 3 |
|---|---|---|---|
| Supplier Contact: | 4320059520 | Last Change Date: 30/Oct/2008 | |
| | | | Supplier No: 391276 |

| Qty | UOM | Part Number/ Supplier Part Number | Description | Delivery Date | Last Change Date | Unit Price | Extended Total |
|---|---|---|---|---|---|---|---|

mfeNumber/Carrier Name:     Incoterms:     Payment Terms:     Buyer:     Telephone No: 52526268659
                            DDU            Net 70 Days     Claudio Guzman Mar     Fax:

Quote : 2008|100
COM # : DOC-080259-01

VENDOR: JULIO MOCK
CUSTOMER: WIND TEL
100% Q4/08

Requested by: YVAN BROCHU
**************************************************************

                                          D341728

PO header text:

ALL INVOICES REFERENCING TO THIS PURCHASE ORDER WHETHER FOR SERVICES OR GOODS MUST BE SUBMITTED NO LATER THAN 30
DAYS AFTER SUCH SERVICES OR GOODS HAVE BEEN PERFORMED OR DELIVERED.

IN CASE OF ANY DELAY RELATED TO THE MATERIAL OR SERVICE DELIVERY, THE SUPPLIER WILL PAY 1% OF THE TOTAL AMOUNT OF
THIS PURCHASE ORDER FOR EACH DAY OF DELAY UNTIL THE PENALTY REACHES 1% OF THE TOTAL AMOUNT OF THE ORDER. NORTEL MAY
DEDUCT THE VALUE OF THE PENALTY FROM ANY PAYMENTS DUE AND PAYABLE TO SUPPLIER EVEN IF THE DELAY IS NOT RELATED TO
THE OUTSTANDING PAYMENTS.

PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT

NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL BE HELD
FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT.

IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER NUMBER
AND THE ASSOCIATED PURCHASE ORDER LINE ITEM THAT IS BEING INVOICED FOR.

THIS PURCHASE ORDER IS GOVERNED BY THE TERMS AND CONDITIONS OF THE MASTER SERVICE AGREEMENT REFERENCED HEREIN.

| | Page Total | USD |
|---|---|---|
| | | 0.00 |

Claudio Guzman Mar
BUYER

Claudio Guzman Martinez
PURCHASING MANAGER

rtel Networks (CALA) Inc
Corporation System
00 South Pine Island Road
antation, FL 33324-4413
A



# N⌀RTEL

| | Purchase Order No. 432005959520 | Order Date: 29/Oct/2008 Last Change Date: 30/Oct/2008 | Page 3 of 3 |
|---|---|---|---|
| Supplier Contact: | | | Supplier No. 391276 |

**Ship to:**
NN
Nortel
1500 CONCORD TERRACE
SUNRISE FL 33323-2808

**Bill to:**
Nortel Networks Incorporated (0313 / 2002)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| | | | Payment Terms: Net 70 Days | Buyer: Claudio Guzman Mar | | Telephone No: 5252626859 Fax: | |
|---|---|---|---|---|---|---|---|

J Mock & Co SA
No 15A Jardines De Alma Rosa
DOM- SANTO DOMINGO

| Line Number/Carrier Name: | | | Incoterms: DDU | | | | |
|---|---|---|---|---|---|---|---|
| Qty | UOM | Part Number/ Supplier Part Number | Description | Delivery Date | Last Change Date | UnitPrice | Extended Total |
| 1 | PU | | Delivery Priority Flag:00 | | | | |
| | | | I&C GWC AND CABLES | 23/Oct/2008 | 30/Oct/2008 | 650.00 | 650.00 |

**This item covers the following services:**

I&C GWC AND CABLES
1 EA    650.00    650.00

BUDGET AUTHORIZATION
0400056144 00
0400056145 00
0400056145 00
VARIATION

Acknowledgement date
Rel 5.0 - 10/04 - Add Text to bottom of every PO

_____
Supplier Signature

THE SUPPLIER IS RESPONSIBLE TO ENSURE THAT THIS ORDER IS FILLED TO THE CURRENT SPECIFICATION INCLUDING ANY DRAWINGS
& NPS (NORTEL NETWORKS PROCUREMENT SPECIFICATIONS) APPLICABLE TO ANY NORTEL NETWORKS PART NUMBERS ORDERED. IF THERE
IS ANY UNCERTAINTY, SUPPLY MANAGEMENT IS TO BE CONSULTED.

THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE
BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE
HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.

| | Page Total | 650.00 USD | 650.00 |
|---|---|---|---|
| | Total Amount | USD | 650.00 |

rtel Networks (CALA) Inc
Corporation System
) South Pine Island Road
Station, FL 33324-4413

Claudio Guzman Mar
**BUYER**

Claudio Guzman Martinez
**PURCHASING MANAGER**

2:01 PM
02/21/12
Accrual Basis

# JMOCK & CO. SA
## Customer Open Balance
### All Transactions

| Type | Date | Num | P. O. # | Due Date | Project Name | Amount |
|---|---|---|---|---|---|---|
| **Nortel Networks (CALA)** | | | | | | |
| Invoice | 10/3/2008 | 418 | 432004627 | 12/2/2008 | Server to install | 850.00 |
| Invoice | 1/27/2009 | 421 | 432005190 | 3/28/2009 | NI Service of BSC/TCU | 5,300.00 |
| Invoice | 1/27/2009 | 422 | 432005920 | 3/28/2009 | Expansion GWC Windtelecom | 650.00 |
| Invoice | 6/17/2009 | 436 | 4320050048/DOC-080244-00 | 8/16/2009 | I&C BSC  Santigo Host Trilogy | 36,022.00 |
| Invoice | 6/17/2009 | 437 | 432006194/6/CALA D340467 | 8/18/2009 | I&C BSC Exp at San Isidro JV | 16,700.00 |
| Invoice | 6/19/2009 | 438 | 4320057625 | 9/5/2009 | 3 MERS8600 systems in 3 cities | 11,076.00 |
| Invoice | 7/7/2009 | 451 | 4320091693 | 9/5/2009 | Trilogy CEMS Migration | 1,650.00 |
| Invoice | 1/26/2010 | 452 | 4320077167 | 2/12/2010 | USP cable | 250.00 |
| Invoice | 2/24/2010 | 453 | 4320096092 | 4/25/2010 | BSC 5 N Degraded | 1,250.00 |
| Invoice | 4/26/2010 | 456 | 4320077167 | 6/25/2010 | USP Inst. for Tricom | 3,858.00 |
| Invoice | 4/29/2010 | | | 6/28/2010 | | 77,606.00 |
| **Total Nortel Networks (CALA)** | | | | | | 77,606.00 |
| **TOTAL** | | | | | | 77,606.00 |

 

# JMOCK & Co., SRL

SONET TRANSPORT, GSM/CDMA CELL SITE INSTALLATION, COMMISSIONING INTEGRATION

## Invoice

| Date | Invoice No. |
|---|---|
| 6/17/2009 | 436 |

**Customer:**

Nortel Network (CALA)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Attention to:**

Project Manager:
Climaco Camerano
011-57-314-357-6115

| P. O | Terms | Due Date | Location | Project Name | Supplier No |
|---|---|---|---|---|---|
| 4320050648/DOC-080244-00 | Net 60 | 8/16/2009 | Dominican ReP | I&C BSC Santigo Host Trilogy | 391276 |

| ITEM | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| I&C BTS Exp | I&C BSC Expansion Santiago Host for Trology | | 36,022.00 | 36,022.00 |

High Quality Service is Our pride

| | |
|---|---|
| Sub-Total | $36,022.00 |
| Tax (ITBIS) (16.0%) | $0.00 |
| **Total US$** | $36,022.00 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 1-809-593-9778 | 1-809-699-0429 | jmock@codetel.net.do | www.jmock.com |

C/ Julio César Martínez No. 15-A • Jardines de Alma Rosa • Tel. Ofic.: 809-593-9778 • Fax: 809-699-0429 • Cel.: 809-440-1215
E-mail: julio_mock@jmock.com • Santo Domingo Este, Rep. Dom.



# NØRTEL

| Purchase Order No. 4320050648 | Order Date: 11/Aug/2008 Last Change Date: 24/Aug/2009 | Page 1  of 5 |
|---|---|---|

**Supplier Contact:**

| Supplier No: 391276 |
|---|

**Supplier/Carrier Name:**

J Mock & Co SA
No 15A Jardines De Alma Rosa
DOM- SANTO DOMINGO

**Ship to:**  Please See Delivery Address at Line Item

**Bill to:**
Nortel Networks Incorporated (0313 / 2002)
Attention: Accounts Payable
P. O. Box 280510
Nashville, TN 37228

| Incoterms: DDU | Payment Terms: Net 70 Days | Buyer: Claudio Guzman Mar | Telephone No: 52552626859 Fax: |
|---|---|---|---|

| Qty | UOM | Part Number/ Supplier Part Number | Description | Delivery Date | Last Change Date | Unit Price | Extended Total |
|---|---|---|---|---|---|---|---|

This Purchase Order (P.O.) is subject to the terms and conditions in the contract between Nortel Networks and your organization. If there is not an applicable contract, this P.O. is subject to the Nortel Networks standard P.O. terms & conditions that may be downloaded from the following url:
http://www.nortel.com/prd/regional_purchase_order/index.html

Material grouping code and Site ID: 0323304

| | Page Total | USD | 0.00 |
|---|---|---|---|

Claudio Guzman Mar
**BUYER**

Claudio Guzman Martinez
**PURCHASING MANAGER**

tel Networks (CALA) Inc
Corporation System
0 South Pine Island Road
antation, FL 33324-4413



**N🌀RTEL**

| Purchase Order No. | Order Date: 11/Aug/2008 | Page 2 of 5 |
|---|---|---|
| 432005064 8 | Last Change Date: 24/Aug/2009 | |

| Supplier Contact: | | Supplier No.<br>391276 |
|---|---|---|

Supplier:

J Mock & Co SA
No 15A Jardines De Alma Rosa
DOM- SANTO DOMINGO

Ship to:   Please See Delivery Address at Line Item

Bill to:    Nortel Networks Incorporated (0313 / 2002)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Qty | UOM | Part Number/Carrier Name:<br>Incoterms:<br>DDU | | Payment Terms:<br>Net 70 Days | |
|---|---|---|---|---|---|
| | | Part Number<br>Supplier Part Number | Description | Delivery Date | Last Change Date |

Buyer:
Claudio Guzman Mar

Telephone No: 5252626 8659
Fax:

| | | | | | | UnitPrice | Extended Total |
|---|---|---|---|---|---|---|---|

**PO header text :**
This is the first extension
QUOTE 2008098
COM # : DOC-080244-00

VENDOR: JULIO MOCK
CUSTOMER: TRILOGY
100% Q4/08

| | | line 30 | SAME CALA PO | | | | |
|---|---|---|---|---|---|---|---|

COM #: DOC-080244-00    D335539

Requested by: PAUL BIENVENUE
*********************************************

VENDOR: JMOCK
CUSTOMER: TRILOGY
100% Q3
RFQ 6345 / QUOT # 2008090
REQUESTOR: PAUL BIENVENUE

COM#:    D335539

100% Q4/08    D335539

***********************************************
****************THIS PURCHASE ORDER WHETHER FOR SERVICES OR GOODS MUST BE SUBMITTED NO LATER THAN 30
ALL INVOICES REFERENCING TO THIS PURCHASE ORDER WHETHER FOR SERVICES OR GOODS MUST BE SUBMITTED NO LATER THAN 30
DAYS AFTER SUCH SERVICES OR GOODS HAVE BEEN PERFORMED OR DELIVERED.

IN CASE OF ANY DELAY RELATED TO THE MATERIAL OR SERVICE DELIVERY, THE SUPPLIER WILL PAY 1% OF THE TOTAL AMOUNT OF
THIS PURCHASE ORDER FOR EACH DAY OF DELAY UNTIL THE PENALTY REACHES 15% OF THE TOTAL AMOUNT OF THE ORDER, NORTEL MAY
DEDUCT THE VALUE OF THE PENALTY FROM ANY PAYMENTS DUE AND PAYABLE TO SUPPLIER EVEN IF THE DELAY IS NOT RELATED TO
THE OUTSTANDING PAYMENTS.

| Page Total | | | | | USD | 0.00 |
|---|---|---|---|---|---|---|

Claudio Guzman Mar
**BUYER**

Claudio Guzman Martinez
**PURCHASING MANAGER**

Nortel Networks (CALA) Inc
Corporation System
200 South Pine Island Road
Plantation, FL 33324-4413



# NORTEL

| Purchase Order No. 4320050648 | Order Date: 11/Aug/2008 Last Change Date: 24/Aug/2009 | Page 3 of 5 |
|---|---|---|

| Supplier Contact: | | Supplier No. 391276 |

**Ship to:**   Please See Delivery Address at Line Item

**Bill to:**
Nortel Networks Incorporated (0313 / 2002)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Buyer: Claudio Guzman Mar | Telephone No: 5252626859 Fax: |
|---|---|

**Supplier/Carrier Name:**   J Mock & Co SA
No.15A Jardines De Alma Rosa
DOM- SANTO DOMINGO

| Qty | UOM | Part Number/ Supplier Part Number | Description | Delivery Date | Last Change Date | UnitPrice | Extended Total |
|---|---|---|---|---|---|---|---|

**Incoterms:** DDU

**Payment Terms:** Net 70 Days

| 1 | PU | | Delivery Priority Flag:00 | 07/17/2008 | 24/Aug/2009 | 16,887.00 | 16,887.00 |

L&C 2BSCs,2TCUs, 1OME6500, 1PCUSN, 1S 1OME6500, 1PCUSN, 1S

The company was placed into French liquidation judiciaire on 28 May 2009. The business and assets of the company that are in France, including the continued trading of the company, are and have been under the control of an administrateur judiciaire since 28 May 2009.

Other contractual stipulations:
A R Bloom, S J Harris, C J W Hill and A Hudson were appointed Joint Administrators of Nortel Networks SA on 14 January 2009 by the High Court in England. The Joint Administrators act as agents of the company and without personal liability.

THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS,TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.

THIS PURCHASE ORDER IS GOVERNED BY THE TERMS AND CONDITIONS OF THE MASTER SERVICE AGREEMENT REFERENCED HEREIN.

IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM THAT IS BEING INVOICED FOR.

NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT.

PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT

| | | | Page Total | | | | 16,887.00 |

**Buyer**
Claudio Guzman Mar

Claudio Guzman Martinez
**PURCHASING MANAGER**

rtel Networks (CALA) Inc
Corporation System
0 South Pine Island Road
antation, FL 33324-4413



N☯RTEL

ier:  J Mock & Co SA
      No 15A Jardines De Alma Rosa
      DOM- SANTO DOMINGO

| | Purchase Order No. 4320050648 | Order Date: 11/Aug/2008 Last Change Date: 24/Aug/2009 | Page 4 of 5 |
|---|---|---|---|
| | Supplier Contact: | | Supplier No: 391276 |

Ship to:    Please See Delivery Address at Line Item

Bill to:    Nortel Networks Incorporated (0313 / 2002)
            Attention: Accounts Payable
            P.O. Box 280510
            Nashville, TN 37228

| Line Number/Carrier Name: | | | Incoterms: DDU | | Payment Terms: Net 70 Days | Buyer: Claudio Guzman Mar | | Telephone No: 5255626858559 Fax: | |
|---|---|---|---|---|---|---|---|---|---|
| Qty | UOM | Part Number/ Supplier Part Number | | Description | | Delivery Date | Last Change Date | UnitPrice | Extended Total |
| 1 | EA | NN Nortel 1500 CONCORD TERRACE SUNRISE FL 33323-2808 I&C 2BSCs,2TCUs, 1OMB66500, 1PCUSN, 1SGSN 16,887.00 | | Please deliver to: | | | | | |
| 1 | PU | NN Nortel 1500 CONCORD TERRACE SUNRISE FL 33323-2808 Delivery Priority Flag:00 I&C 2USPs (STP), 2BCSs, 2TCUs, 2OM350 16,887.00 | | Please deliver to: | | 07/17/2008 | 24/Aug/2009 | 11,935.00 | 11,935.00 |

e item covers the following services:

| | | | | Page Total | | | | USD | 11,935.00 |
|---|---|---|---|---|---|---|---|---|---|

Claudio Guzman Mar
BUYER

Claudio Guzman Martinez
PURCHASING MANAGER

rtel Networks (CALA) Inc
Corporation System
00 South Pine Island Road
antation, FL 33324-4413
4,

# NORTEL

| Purchase Order No. 4320050648 | Order Date: 11/Aug/2008 Last Change Date: 24/Aug/2009 | Page 5 of 5 |
|---|---|---|
| Supplier Contact: | | Supplier No: 391276 |

Supplier:
J Mock & Co SA
No 15A Jardines De Alma Rosa
DOM- SANTO DOMINGO

Ship to:    Please See Delivery Address at Line Item

Bill to:    Nortel Networks Incorporated  (0313 / 2002)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | Incoterms: DDU | Payment Terms: Net 70 Days | | Buyer: Claudio Guzman Mar | | Telephone No: 52552828859 Fax: | |
|---|---|---|---|---|---|---|---|---|
| Qty | UOM | Part Number/ Supplier Part Number | Description | | Delivery Date | Last Change Date | Unit Price | Extended Total |

**e item covers the following services:**
I&C 2USPs (STP), 2BCSs, 2TCUs, 20M3500..
1 EA    11,935.00    11,935.00

following documents belong to this item:
1000004397800
BUDGET AUTHORIZATION
1000004397900
VPCC
1000004398000
QUOTATION

| 30 | 1 | PU | INTEGRADE OPTICAL TO TCU | 10/07/2008 | 24/Aug/2009 | 7,200.00 | 7,200.00 |

**Delivery Priority Flag:00**

Please deliver to:

NN
Nortel
1500 CONCORD TERRACE
SUNRISE FL 33323-2808

**e item covers the following services:**
INTEGRADE OPTICAL TO TCU
1 EA    7,200.00    7,200.00

_____ Supplier Signature _____

Acknowledgement date

| | | | | | Page Total | | USD | 7,200.00 |
| | | | | | Total Amount | | USD | 36,022.00 |

Claudio Guzman Mar
BUYER

Claudio Guzman Martinez
PURCHASING MANAGER

rtel Networks (CALA) Inc
Corporation System
00 South Pine Island Road
antation, FL 33324-4413

## JMOCK & CO. SA
## Customer Open Balance
### All Transactions

| Type | Date | Num | P. O. # | Due Date | Project Name | Amount |
|---|---|---|---|---|---|---|
| **Nortel Networks (CALA)** | | | | | | |
| Invoice | 10/3/2008 | 418 | 432004627 | 12/2/2008 | Server to install | 850.00 |
| Invoice | 1/27/2009 | 421 | 432005901 | 3/28/2009 | NI Service of BSC/TCU | 5,300.00 |
| Invoice | 1/27/2009 | 422 | 432005520 | 3/28/2009 | Expansion GWC Windtelecom | 650.00 |
| Invoice | 6/17/2009 | 436 | 432005048/DOC-080244-00 | 8/16/2009 | I&C BSC  Santigo Host Trilogy | 36,022.00 |
| Invoice | 6/17/2009 | 437 | 432005048/DOC-080244-00 | 8/16/2009 | I&C BSC Exp at San Isidro JV | 16,700.00 |
| **Invoice** | **8/19/2009** | 438 | 432006948/CALA D340467 | 8/18/2009 | 3 MERS8600 systems in 3 cities | 11,076.00 |
| Invoice | 7/17/2009 | 438 | 432005762 | 9/5/2009 | Trilogy CEMS Migration | 1,650.00 |
| Invoice | 1/26/2010 | 451 | 432091693 | 2/12/2010 | | 250.00 |
| Invoice | 2/24/2010 | 452 | 432077167 | 4/25/2010 | USP cable | 250.00 |
| Invoice | 4/26/2010 | 453 | 432096092 | 6/25/2010 | BSC 5 IN Degraded | 1,250.00 |
| Invoice | 4/29/2010 | 456 | 432077167 | 6/28/2010 | USP Inst. for Tricom | 3,858.00 |
| **Total Nortel Networks (CALA)** | | | | | | 77,606.00 |
| **TOTAL** | | | | | | 77,606.00 |



# JMOCK & Co., SRL

SONET TRANSPORT, GSM/CDMA CELL SITE INSTALLATION, COMMISSIONING INTEGRATION

## Invoice

| Date | Invoice No. |
|---|---|
| 6/19/2009 | 437 |

**Customer:**

Nortel Network (CALA)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Attention to:**

Project Manager:
Climaco Camerano
011-57-314-357-6115

| P. O | Terms | Due Date | Location | Project Name | Supplier No |
|---|---|---|---|---|---|
| 4320061946/CALA D340467 | Net 60 | 8/18/2009 | Dominican ReP | I&C BSC Exp at San Isidro JV | 391276 |

| ITEM | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| I&C BCS | I&C BSC Exp. at Julio verne & S.I | | 16,700.00 | 16,700.00 |

High Quality Service is Our pride

| | |
|---|---|
| Sub-Total | $16,700.00 |
| Tax (ITBIS) (16.0%) | $0.00 |
| **Total US$** | $16,700.00 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 1-809-593-9778 | 1-809-699-0429 | jmock@codetel.net.do | www.jmock.com |



**N⊘RTEL**

| Purchase Order No. 4320061946 | Page 2 of 8 |
| Order Date: 21/Nov/2008  Last Change Date: 21/Jul/2009 | |

Supplier Contact:

Supplier No: 391276

Ship to:    Please See Delivery Address at Line Item

Bill to:
Nortel Networks Incorporated (0313 / 2002)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Buyer:
Claudio Guzman Mar

Telephone No: 5252628659
Fax:

ier:
J Mock & Co SA
No 15A Jardines De Alma Rosa
DOM- SANTO DOMINGO

rtel Networks (CALA) Inc
Corporation System
00 South Pine Island Road
antation, FL 33324-4413
A

Itemnumber/Carrier Name:

Incoterms:
DDU

Payment Terms:
Net 70 Days

| Qty | UOM | Part Number/ Supplier Part Number | Description | Delivery Date | Last Change Date | UnitPrice | Extended Total |
|---|---|---|---|---|---|---|---|
| | | | **header text:** This is the First extension QUOTES 2009020; 2009022 and DOC-080260-01D340467 Customer:Trilogy Vendor:Jmock | | | | |
| | | | Requested by Paul Bienvenue Q3 ***************************************************** QUOTE: 2008102 COM # : DOC-080260-01 | | | | |
| | | | VENDOR: J MOCK CUSTOMER: TRILOGY 100% Q4/08 | D340467 | | | |
| | | | Requested by: PAUL BIENVENUE ***************************************************** ALL INVOICES REFERENCING TO THIS PURCHASE ORDER WHETHER FOR SERVICES OR GOODS MUST BE SUBMITTED NO LATER THAN 30 DAYS AFTER SUCH SERVICES OR GOODS HAVE BEEN PERFORMED OR DELIVERED. | lines 20, 30, 40 and 50 2008105 | SAME CALA PO | | |
| | | | IN CASE OF ANY DELAY RELATED TO THE MATERIAL OR SERVICE DELIVERY, THE SUPPLIER WILL PAY 1% OF THE TOTAL AMOUNT OF THIS PURCHASE ORDER FOR EACH DAY OF DELAY UNTIL THE PENALTY REACHES 15% OF THE TOTAL AMOUNT OF THE ORDER, NORTEL MAY DEDUCT THE VALUE OF THE PENALTY FROM ANY PAYMENTS DUE AND PAYABLE TO SUPPLIER EVEN IF THE DELAY IS NOT RELATED TO THE OUTSTANDING PAYMENTS. | | | | |

| | Page Total | | USD | 0.00 |

Claudio Guzman Mar
BUYER

Carlos De Sousa
PURCHASING MANAGER



# N⊘RTEL

| Purchase Order No. 4320061946 | Order Date: 21/Nov/2008 | Page 3 of 8 |
|---|---|---|
| | Last Change Date: 21/Jul/2009 | |
| Supplier Contact: | | Supplier No. 391276 |

**Ship to:** Please See Delivery Address at Line Item

**Bill to:** Nortel Networks Incorporated (0313 / 2002)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Supplier Name:**

J Mock & Co SA
No 15A Jardines De Alma Rosa
DOM- SANTO DOMINGO

| | | Incoterms: DDU | | Payment Terms: Net 70 Days | Buyer: Claudio Guzman Mar | | Telephone No: 52526268559 Fax: |
|---|---|---|---|---|---|---|---|
| Qty | UOM | Part Number/ Supplier Part Number | Description | | Delivery Date | Last Change Date | UnitPrice | Extended Total |

**PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT**

NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT.

IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM THAT IS BEING INVOICED FOR.

THIS PURCHASE ORDER IS GOVERNED BY THE TERMS AND CONDITIONS OF THE MASTER SERVICE AGREEMENT REFERENCED HEREIN.

THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.

**Other contractual stipulations:**
A R Bloom, S J Harris, C J W Hill and A Hudson were appointed Joint Administrators of Nortel Networks SA on 14 January 2009 by the High Court in England. The Joint Administrators act as agents of the company and without personal liability.

The company was placed into French liquidation judiciaire on 28 May 2009. The business and assets of the company that are in France, including the continued trading of the company, are and have been under the control of an administrateur judiciaire since 28 May 2009.

| 1 | PU | | Delivery Priority Flag:00 INSTALLATION 2 BSCs AND 2 TCUs | 11/21/2008 | 22/Nov/2008 | 16,700.00 | 16,700.00 |

| | Page Total | USD | 16,700.00 |

Claudio Guzman Mar
**BUYER**

Carlos De Sousa
**PURCHASING MANAGER**

2:01 PM
02/21/12
Accrual Basis

**JMOCK & CO. SA**
**Customer Open Balance**
**All Transactions**

| Type | Date | Num | P. O. # | Due Date | Project Name | Amount |
|------|------|-----|---------|----------|--------------|--------|
| **Nortel Networks (CALA)** | | | | | | |
| Invoice | 10/3/2008 | 418 | 4320046227 | 12/2/2008 | Server to install | 850.00 |
| Invoice | 1/27/2009 | 421 | 4320051901 | 3/28/2009 | NI Service of BSC/TCU | 5,300.00 |
| Invoice | 1/27/2009 | 422 | 4320059520 | 3/28/2009 | Expansion GWC Windtelecom | 650.00 |
| Invoice | 6/17/2009 | 436 | 4320050648/DOC-080244-00 | 8/16/2009 | I&C BSC  Santigo Host Trilogy | 36,022.00 |
| Invoice | 6/19/2009 | 437 | 4320061946/CALA D340467 | 8/18/2009 | I&C BSC Exp at San Isidro JV | 16,700.00 |
| Invoice | 7/7/2009 | 438 | 4320057625 | 9/5/2009 | 3 MERS8600 systems in 3 cities | 11,076.00 |
| Invoice | 1/26/2010 | 451 | 4320091693 | 2/12/2010 | Trilogy CEMS Migration | 1,650.00 |
| Invoice | 2/24/2010 | 452 | 4320077167 | 4/25/2010 | USP cable | 250.00 |
| Invoice | 4/26/2010 | 453 | 4320096092 | 6/25/2010 | BSC 5 IN Degraded | 1,250.00 |
| Invoice | 4/29/2010 | 456 | 4320077167 | 6/28/2010 | USP Inst. for Tricom | 3,858.00 |
| **Total Nortel Networks (CALA)** | | | | | | 77,606.00 |
| **TOTAL** | | | | | | 77,606.00 |



# JMOCK & Co., SRL

SONET TRANSPORT, GSM/CDMA CELL SITE INSTALLATION, COMMISSIONING INTEGRATION

## Invoice

| Date | Invoice No. |
|------|-------------|
| 10/3/2008 | 418 |

**Customer:**

Nortel Network (CALA)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Attention to:**

JMOCK & Co. (BM5322)
3508 NW 114th Avenue
Doral FL 33178
USA

| P. O | Terms | Due Date | Location | Project Name | Supplier No |
|------|-------|----------|----------|--------------|-------------|
| 4320046227 | Net 60 | 12/2/2008 | RD | Server to install | 391276 |

| ITEM | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|------|-------------|-----|------------|--------|
| Inst. Server HPcc3... | Two server to install in a existing frame phsical install only; no commissioning DOR-081318-00 | 2 | 425.00 | 850.00 |

High Quality Service is Our pride

| | |
|---|---|
| Sub-Total | $850.00 |
| Tax (ITBIS) (16.0%) | $0.00 |
| **Total US$** | $850.00 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 1-809-593-9778 | 1-809-699-0429 | jmock@codetel.net.do | www.jmock.com |



**N⊘RTEL**

ier: J Mock & Co SA
No 15A Jardines De Alma Rosa
DOM- SANTO DOMINGO

| | | Purchase Order No. 4320046227 | Order Date: 03/Jul/2008 Last Change Date: 03/Jul/2008 | Page 1  of 3 |
|---|---|---|---|---|
| | Supplier Contact: | | | Supplier No: 391276 |

Ship to:
NN
Nortel
1500 CONCORD TERRACE
SUNRISE FL  33323-2808

Bill to:
Nortel Networks Incorporated (0313 / 2002)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| nle Number/Carrier Name: | | | Incoterms: DDU | Payment Terms: Net 70 Days | Buyer: Claudio Guzman Mar | | Telephone No: 5255262685659 | |
|---|---|---|---|---|---|---|---|---|
| Qty | UOM | Part Number/ Supplier Part Number | Description | Delivery Date | Last Change Date | Unit Price | Extended Total |

This Purchase order is subject to the Nortel Networks Standard PO
Terms & Conditions. If the Standard PO Terms & Conditions are not
currently on file, immediately contact the buyer identified herein.

Material grouping code and Site ID: 5062793

| | | | | Page Total | | | USD | 0.00 |
|---|---|---|---|---|---|---|---|---|

:tel Networks (CALA) Inc
Corporation System
0 South Pine Island Road
station, FL 33324-4413

Claudio Guzman Mar
**BUYER**

Claudio Guzman Martinez
**PURCHASING MANAGER**



**N**∅**RTEL**

| | | | | Purchase Order No. 4320046227 | Order Date: 03/Jul/2008 Last Change Date: 03/Jul/2008 | Page 2 of 3 |
|---|---|---|---|---|---|---|
| | | | | Supplier Contact: | | Supplier No: 391276 |

ier:
J Mock & Co SA
No 15A Jardines De Alma Rosa
DOM- SANTO DOMINGO

Ship to:
NN
Nortel
1500 CONCORD TERRACE
SUNRISE FL 33323-2808

Bill to:
Nortel Networks Incorporated (0313 / 2002)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| ie Number/Carrier Name: | | | Incoterms: DDU | | Payment Terms: Net 70 Days | Buyer: Claudio Guzman Mar | | Telephone No: 5252626858559 Fax: | |
|---|---|---|---|---|---|---|---|---|---|
| Qty | UOM | Part Number/ Supplier Part Number | | Description | | Delivery Date | Last Change Date | UnitPrice | Extended Total |

**po header text:**
Customer: Codetel
COM# DOR-081318-00
D# 337957
Requestor: Paul Bienvenue
Deployment: Caribbean
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
ALL INVOICES REFERENCING TO THIS PURCHASE ORDER WHETHER FOR SERVICES OR GOODS MUST BE SUBMITTED NO LATER THAN 30 DAYS AFTER SUCH SERVICES OR GOODS HAVE BEEN PERFORMED OR DELIVERED.

IN CASE OF ANY DELAY RELATED TO THE MATERIAL OR SERVICE DELIVERY, THE SUPPLIER WILL PAY 1% OF THE TOTAL AMOUNT OF THIS PURCHASE ORDER FOR EACH DAY OF DELAY UNTIL THE PENALTY REACHES 15% OF THE TOTAL AMOUNT OF THE ORDER. NORTEL MAY DEDUCT THE VALUE OF THE PENALTY FROM ANY PAYMENTS DUE AND PAYABLE TO SUPPLIER EVEN IF THE DELAY IS NOT RELATED TO THE OUTSTANDING PAYMENTS.

PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT

NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT.

IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM THAT IS BEING INVOICED FOR.

THIS PURCHASE ORDER IS GOVERNED BY THE TERMS AND CONDITIONS OF THE MASTER SERVICE AGREEMENT REFERENCED HEREIN.

THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE

| | Page Total | USD |
|---|---|---|
| | | 0.00 |

Claudio Guzman Mar
**BUYER**

Claudio Guzman Martinez
**PURCHASING MANAGER**

:tel Networks (CALA) Inc
corporation System
)0 South Pine Island Road
utation, FL 33324-4413



# NORTEL

| Purchase Order No. 4320046227 | Order Date: 03/Jul/2008 Last Change Date: 03/Jul/2008 | Page 3 of 3 |
|---|---|---|

| Supplier Contact: | | Supplier No: 3912276 |
|---|---|---|

Ship to:

NN
Nortel
1500 CONCORD TERRACE
SUNRISE FL 33323-2808

Bill to:

Nortel Networks Incorporated (0313 / 2002)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Buyer: Claudio Guzman Mar | | Telephone No: 52552626859 Fax: |
|---|---|---|

| Payment Terms: Net 70 Days | | |
|---|---|---|

| Line-Number/Carrier Name: | | Incoterms: DDU |
|---|---|---|

**Seller:** J Mock & Co SA
No 15A Jardines De Alma Rosa
DOM- SANTO DOMINGO

| Line Number/Carrier Name: | Qty | UOM | Part Number/ Supplier Part Number | Description | Delivery Date | Last Change Date | Unit/Price | Extended Total |
|---|---|---|---|---|---|---|---|---|
| 100 | 1 | PU | | Delivery Priority Flag:00 | 02/Jul/2008 | 03/Jul/2008 | 850.00 | 850.00 |
| | | | | Installation of 2 Servers | | | | |

**HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.**

**a item covers the following services:**
Installation of 2 Servers
2 EA    850.00    850.00
following documents belong to this item:
100 000041766 00
100 000041766 00
VPCC
100 000041767 00
Quote
100 000041768 00
BA-Form

Acknowledgement date _____    Supplier Signature _____

THE SUPPLIER IS RESPONSIBLE TO ENSURE THAT THIS ORDER IS FILLED TO THE CURRENT SPECIFICATION INCLUDING ANY DRAWINGS
& NPS (NORTEL NETWORKS PROCUREMENT SPECIFICATIONS) APPLICABLE TO ANY NORTEL NETWORKS PART NUMBERS ORDERED. IF THERE
IS ANY UNCERTAINTY, SUPPLY MANAGEMENT IS TO BE CONSULTED.

| | Page Total | | USD | 850.00 |
|---|---|---|---|---|
| | Total Amount | | USD | 850.00 |

rtel Networks (CALA) Inc
Corporation System
00 South Pine Island Road
antation, FL 33324-4413

Claudio Guzman Mar
BUYER

Claudio Guzman Martinez
PURCHASING MANAGER

# JMOCK & CO. SA
## Customer Open Balance
### All Transactions

| Type | Date | Num | P. O. # | Due Date | Project Name | Amount |
|---|---|---|---|---|---|---|
| **Nortel Networks (CALA)** | | | | | | |
| Invoice | 10/3/2008 | 418 | 4320046227 | 12/2/2008 | Server to install | 850.00 |
| Invoice | 1/27/2009 | 421 | 4320051901 | 3/28/2009 | NI Service of BSC/TCU | 5,300.00 |
| Invoice | 1/27/2009 | 422 | 4320059520 | 3/28/2009 | Expansion GWC Windtelecom | 650.00 |
| Invoice | 6/17/2009 | 436 | 4320050448/DOC-080244-00 | 8/16/2009 | I&C BSC  Santigo Host Trilogy | 36,022.00 |
| Invoice | 6/19/2009 | 437 | 4320061946/CALA D340467 | 8/18/2009 | I&C BSC Exp at San Isidro JV | 16,700.00 |
| **Invoice** | **7/7/2009** | **438** | **4320067625** | **9/5/2009** | **3 MERS8600 systems in 3 cities** | **11,076.00** |
| Invoice | 1/26/2010 | 451 | 4320091693 | 2/12/2010 | Trilogy CEMS Migration | 1,650.00 |
| Invoice | 2/24/2010 | 452 | 4320077167 | 4/25/2010 | USP cable | 250.00 |
| Invoice | 4/26/2010 | 453 | 4320096092 | 6/25/2010 | BSC 5 IN Degraded | 1,250.00 |
| Invoice | 4/29/2010 | 456 | 432077167 | 6/28/2010 | USP Inst. for Tricom | 3,858.00 |
| **Total Nortel Networks (CALA)** | | | | | | **77,606.00** |
| **TOTAL** | | | | | | **77,606.00** |



# JMOCK & Co., SRL

SONET TRANSPORT, GSM/CDMA CELL SITE INSTALLATION, COMMISSIONING INTEGRATION

## Invoice

| Date | Invoice No. |
|------|-------------|
| 7/7/2009 | 438 |

**Customer:**

Nortel Network (CALA)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Attention to:**

Project Manager:
Climaco Camerano
011-57-314-357-6115

| P. O | Terms | Due Date | Location | Project Name | Supplier No |
|------|-------|----------|----------|--------------|-------------|
| 43200057625 | Net 60 | 9/5/2009 | Dominican Rep | 3 MERS8600 systems in 3 cities | 391276 |

| ITEM | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|------|-------------|-----|-----------|--------|
| I&C | I&C 3 MERS systems e/w MESU and ANDA, in 3 Cities (Santo Domingo, Santiago ans San Isidro) | | 11,076.00 | 11,076.00 |

High Quality Service is Our pride

| | |
|---|---|
| Sub-Total | $11,076.00 |
| Tax (ITBIS) (16.0%) | $0.00 |
| **Total US$** | 11,076.00 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 1-809-593-9778 | 1-809-699-0429 | jmock@codetel.net.do | www.jmock.com |

C/ Julio César Martínez No. 15-A • Jardines de Alma Rosa • Tel. Ofic.: 809-593-9778 • Fax: 809-699-0429 • Cel.: 809-440-1215
E-mail: julio_mock@jmock.com • Santo Domingo Este, Rep. Dom.



# NØRTEL

| | Purchase Order No. 4320057625 | Order Date: 10/Oct/2008<br>Last Change Date: 06/Apr/2009 | Page 2 of 5 |
|---|---|---|---|
| | Supplier Contact: | | Supplier No: 391276 |

**Seller:**
J Mock & Co SA
No 15A Jardines De Alma Rosa
DOM- SANTO DOMINGO

**Ship to:** Please See Delivery Address at Line Item

**Bill to:** Nortel Networks Incorporated (0313 / 2002)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Supplier Name: | | Incoterms: DDU | Payment Terms: Net 70 Days | Buyer: Claudio Guzman Mar | | Telephone No: 5252626286559 Fax: | |
|---|---|---|---|---|---|---|---|

| Qty | UOM | Part Number/<br>Supplier Part Number | Description | Delivery Date | Last Change Date | Unit Price | Extended Total |
|---|---|---|---|---|---|---|---|
| 1 | | DOC-080281-00 D341814 | SAME CALA PO | | | USD | |

**Order Header text:**
This is the First extension line 20
COM #: DOC-080281-00   D341814

VENDOR: JULIO MOCK
CUSTOMER: TRILOGY
100% 02/09

Requested by: PAUL BIENVENUE
*********************************************************
QUOTE: 2008099
COM #: DOC-080281-00

VENDOR: JULIO MOCK
CUSTOMER: TRILOGY   D341814
100% 04/08

Requested by: PAUL BIENVENUE
*********************************************************
ALL INVOICES REFERENCING TO THIS PURCHASE ORDER WHETHER FOR SERVICES OR GOODS MUST BE SUBMITTED NO LATER THAN 30
DAYS AFTER SUCH SERVICES OR GOODS HAVE BEEN PERFORMED OR DELIVERED.

IN CASE OF ANY DELAY RELATED TO THE MATERIAL OR SERVICE DELIVERY THE SUPPLIER WILL PAY 1% OF THE TOTAL AMOUNT OF
THIS PURCHASE ORDER FOR EACH DAY OF DELAY UNTIL THE PENALTY REACHES 15% OF THE TOTAL AMOUNT OF THE ORDER, NORTEL MAY
DEDUCT THE VALUE OF THE PENALTY FROM ANY PAYMENTS DUE AND PAYABLE TO SUPPLIER EVEN IF THE DELAY IS NOT RELATED TO
THE OUTSTANDING PAYMENTS.

| | | | | Page Total | | | 0.00 |
|---|---|---|---|---|---|---|---|

Claudio Guzman Mar
**BUYER**

Carlos De Sousa
**PURCHASING MANAGER**

Nortel Networks (CALA) Inc
Corporation System
600 South Pine Island Road
Plantation, FL 33324-4413



# N⊘RTEL

| Purchase Order No. 4320057625 | Order Date: 10/Oct/2008 Last Change Date: 06/Apr/2009 | Page 3 of 5 |
|---|---|---|
| Supplier Contact: | | Supplier No: 391276 |

Ship to:    Please See Delivery Address at Line Item

Bill to:    Nortel Networks Incorporated (0313 / 2002)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Buyer:
Claudio Guzman Mar

Telephone No: 52526268659
Fax:

J Mock & Co SA
No 15A Jardines De Alma Rosa
DOM- SANTO DOMINGO

| Line Number/Carrier Name: | | Incoterms: DDU | | Payment Terms: Net 70 Days | | | |
|---|---|---|---|---|---|---|---|
| Qty | UOM | Part Number/ Supplier Part Number | Description | Delivery Date | Last Change Date | UnitPrice | Extended Total |
| 1 | PU | NN Nortel 1500 CONCORD TERRACE SUNRISE FL 33323-2008 | Delivery Priority Flag:00  Please deliver to:  3 MERS SYSTEM IN 3 CITIES | 10/11/2008 | 10/Oct/2008 | 8,150.00 | 8,150.00 |

PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT

NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT.

IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM THAT IS BEING INVOICED FOR.

THIS PURCHASE ORDER IS GOVERNED BY THE TERMS AND CONDITIONS OF THE MASTER SERVICE AGREEMENT REFERENCED HEREIN.

THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.

| | Page Total | | USD | 8,150.00 |
|---|---|---|---|---|

| Claudio Guzman Mar BUYER | Carlos De Sousa PURCHASING MANAGER |
|---|---|

rtel Networks (CALA) Inc
Corporation System
00 South Pine Island Road
antation, FL 33324-4413
4

Case 09-10138 MFW   Doc 7269   Filed 02/23/12   Page 34 of 47



**NORTEL**

ler: J Mock & Co SA
No 15A Jardines De Alma Rosa
DOM- SANTO DOMINGO

| Purchase Order No. 4320057625 | Order Date: 10/Oct/2008 | Page 4 of 5 |
| | Last Change Date: 06/Apr/2009 | |
| Supplier Contact: | | Supplier No. 391276 |

Ship to:   Please See Delivery Address at Line Item

Bill to:   Nortel Networks Incorporated (0313 / 2002)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Item | Qty | UOM | Part Number / Supplier Part Number | Description | Delivery Date | Last Change Date | Unit Price | Extended Total |
|---|---|---|---|---|---|---|---|---|
| | | | Payment Terms: Net 70 Days | | Buyer: Claudio Guzman Mar | | Telephone No: 5252628559 Fax: | |

This item covers the following services:

Incoterms: DDU

| 3 | 1 | PU | | 3 MEBS SYSTEM IN 3 CITIES | 04/04/2009 | 06/Apr/2009 | 2,926.80 | 2,926.80 |

100000543303 00   8,150.00   8,150.00
BUDGET AUTHORIZATION
100000543304 00
QUOTATION

following documents belong to this item:
1 EA

Delivery Priority Flag:00

Week troubleshoot with engineering

Please deliver to:

NN
Nortel
1500 CONCORD TERRACE
SUNRISE FL 33323-2808

| | | | | | Page Total | | USD | 2,926.80 |

Claudio Guzman Mar
**BUYER**

Carlos De Sousa
**PURCHASING MANAGER**

rtel Networks (CALA) Inc
Corporation System
00 South Pine Island Road
antation, FL 33324-4413



# N🌐RTEL

| Purchase Order No. 4320057625 | | Page 5 of 5 |
|---|---|---|
| Order Date: 10/Oct/2008 | Last Change Date: 06/Apr/2009 | |
| Supplier Contact: | | Supplier No: 391276 |

Ship to: Please See Delivery Address at Line Item

Bill to:
Nortel Networks Incorporated (0313 / 2002)
Attention:Accounts Payable
P.O. Box 280510
Nashville, TN 37228

ier: J Mock & Co SA
No 15A Jardines De Alma Rosa
DOM- SANTO DOMINGO

| Buyer: Claudio Guzman Mar | | Telephone No: 5252626659 |
|---|---|---|
| | | Fax: |

| Qty | UOM | Part Number/ Supplier Part Number | Description | Delivery Date | Last Change Date | UnitPrice | Extended Total |
|---|---|---|---|---|---|---|---|
| 1 | EA | 2,926.80 | Week troubleshoot with engineering 2,926.80 | | | | |

Incoterms:
DDU

Payment Terms:
Net 70 Days

## This item covers the following services:

Acknowledgement date
EN Rel 5.0 - 10/04

Supplier Signature
- Add Text to bottom of every PO

THE SUPPLIER IS RESPONSIBLE TO ENSURE THAT THIS ORDER IS FILLED TO THE CURRENT SPECIFICATION INCLUDING ANY DRAWINGS
& NPS (NORTEL NETWORKS PROCUREMENT SPECIFICATIONS) APPLICABLE TO ANY NORTEL NETWORKS PART NUMBERS ORDERED. IF THERE
IS ANY UNCERTAINTY, SUPPLY MANAGEMENT IS TO BE CONSULTED.

| | Page Total | USD | 0.00 |
|---|---|---|---|
| | Total Amount | USD | 11,076.80 |

rtel Networks (CALA), Inc
Corporation System
00 South Pine Island Road
antation, FL 33324-4413

Claudio Guzman Mar
BUYER

Carlos De Sousa
PURCHASING MANAGER

# JMOCK & CO. SA
## Customer Open Balance
### All Transactions

| Type | Date | Num | P. O. # | Due Date | Project Name | Amount |
|---|---|---|---|---|---|---|
| **Nortel Networks (CALA)** | | | | | | |
| Invoice | 10/3/2008 | 418 | 432004B227 | 12/2/2008 | Server to install | 850.00 |
| Invoice | 1/27/2009 | 421 | 432005B901 | 3/28/2009 | NI Service of BSC/TCU | 5,300.00 |
| Invoice | 1/27/2009 | 422 | 432005B520 | 3/28/2009 | Expansion GWC Windtelecom | 650.00 |
| Invoice | 6/17/2009 | 436 | 432005064B/DOC-080244-00 | 8/16/2009 | I&C BSC  Santigo Host Trilogy | 36,022.00 |
| Invoice | 6/19/2009 | 437 | 43200619461/CALA D340467 | 8/18/2009 | I&C BSC Exp at San Isidro JV | 16,700.00 |
| Invoice | 7/17/2009 | 438 | 432000577625 | 9/5/2009 | 3 MERS6600 systems in 3 cities | 11,076.00 |
| Invoice | 1/26/2010 | 451 | 432008I693 | 2/12/2010 | Trilogy CEMS Migration | 1,650.00 |
| Invoice | 1/26/2010 | 452 | 432007167 | 4/25/2010 | USP cable | 250.00 |
| Invoice | 2/24/2010 | 452 | 432007167 | 4/25/2010 | USP cable | 1,250.00 |
| Invoice | 4/26/2010 | 453 | 432008092 | 6/25/2010 | BSC 5 IN Degraded | 3,858.00 |
| Invoice | 4/29/2010 | 456 | 432007167 | 6/28/2010 | USP Inst. for Tricom | 77,606.00 |
| **Total Nortel Networks (CALA)** | | | | | | 77,606.00 |
| **TOTAL** | | | | | | 77,606.00 |

C/ Julio César Martínez No. 15-A · Jardines de Alma Rosa · Tel. Ofic.: 809-593-9778 · Fax: 809-699-0429 · Cel.: 809-440-1215



# JMOCK & Co., SRL

SONET TRANSPORT, GSM/CDMA CELL SITE INSTALLATION, COMMISSIONING INTERGRATION

## Invoice

| Date | Invoice No. |
|---|---|
| 1/26/2010 | 451 |

**Attention to:**

Keith Seamans
Deployment Coordinator
Ericsson Business Unit CDMA Mobile Servic
Phone 419-589-8211 ESN 454 8211
Mobile 419-564-0511

**Customer:**

Nortel Network (CALA)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| P. O | Terms | Due Date | Location | Project Name | Supplier No |
|---|---|---|---|---|---|
| 4320016693 | Net 60 | 09 | 2/12/2010 | Dominican Rep | Trilogy CEMS Migration | 391276 |

| ITEM | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| Inst. | Physical Inst. of CEMS frame equipped with the NETRA 450 SUN Servers at Julie Verne site | 1 | 1,650.00 | 1,650.00 |
| | PLEASE MAKE THE WIRE TRANSFER FUND AS FOLLOW: | | | |
| | CORRESPONDENT BANK: | | | |
| | --- Bank of America | | | |
| | ---5875 NW 163 RD Street 2ND, Floor, | | | |
| | ---Hialeah, Florida 33014 | | | |
| | ---ABA: 026009593 | | | |
| | ---Swift BOFAUS3M | | | |
| | BENEFICIARY: | | | |
| | ---Bank BHD, S. A. | | | |
| | ---Luis F. Thomen EQS, Winston Churchill, DN | | | |
| | ---Dominican Republic | | | |
| | ---BCBHDOSD | | | |
| | Account No. 1901533475 | | | |
| | ---To Credit to: customer name: JMOCK, account No.010061-001-1 | | | |

High Quality Service is Our pride

| Sub-Total | $1,650.00 |
|---|---|
| Tax (ITBIS) (16.0%) | $0.00 |
| **Total US$** | **$1,650.00** |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 1-809-593-9778 | 1-809-699-0429 | jmock@codetel.net.do | www.jmock.com |

# ERICSSON ≋

| | Purchase Order No.<br>4320091693 | Order Date: 25/Jan/2010<br>Last Change Date: 25/Jan/2010 | Page 1  of 5 |
|---|---|---|---|
| Supplier Contact: | | | Supplier No:<br>391276 |

**Ship to:**
NN
Nortel
1500 CONCORD TERRACE
SUNRISE FL  33323-2808

**Bill to:**
Ericsson Inc. (8001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN  37228  USA

er  J Mock & Co SA
No 15A Jardines De Alma Rosa
DOM- SANTO DOMINGO

ner Number/Carrier Name:

| Qty | UOM | Part Number/<br>Supplier Part Number | Incoterms:<br>FOB Free On Board<br>Description | Payment Terms:<br>Net 70 Days | Buyer:<br>Adrian Villagomez<br>Delivery Date | Telephone No: 5252626268724<br>Fax:<br>Last Change<br>Date | UnitPrice | Extended Total |
|---|---|---|---|---|---|---|---|---|

This Purchase Order (P.O.) is subject to the terms and conditions in the contract between Nortel Networks and your
organization. If there is not an applicable contract, this P.O. is subject to the Nortel Networks standard P.O.
terms & conditions that may be downloaded from the following url:
http://www.nortel.com/prd/regional_purchase_order/index.html

Material grouping code and Site ID: 5095201

| | Page Total | USD | 0.00 |
|---|---|---|---|

Adrian Villagomez
BUYER

Carlos De Sousa
PURCHASING MANAGER

csson Inc.
0 Legacy Drive
no, TX 75024-3607

# ERICSSON ≡

| | | | Purchase Order No. 4320091693 | Order Date: 25/Jan/2010 Last Change Date: 25/Jan/2010 | Page 2 of 5 |
|---|---|---|---|---|---|
| | | | Supplier Contact: | | Supplier No: 391276 |

Ship to:
NN
Nortel
1500 CONCORD TERRACE
SUNRISE FL 33323-2808

Bill to:
Ericsson Inc. (8001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228    USA

J Mock & Co SA
No 15A Jardines De Alma Rosa
DOM- SANTO DOMINGO

| Qty | UOM | Part Number/ FOB Free On Board | Description | Delivery Date | Last Change Date | Unit Price | Extended Total |
|---|---|---|---|---|---|---|---|

Incoterms: FOB Free On Board
Payment Terms: Net 70 Days
Buyer: Adrian Villagomez
Telephone No: 5255286268724
Fax:

PO header text:
Customer is Trilogy
Vendor is Jmock
Requester - Tim Urbanski

CEMs and memory upgrade

DOM-080295
D352993

********************************************************************
ALL INVOICES REFERENCING TO THIS PURCHASE ORDER WHETHER FOR SERVICES OR GOODS MUST BE SUBMITTED NO LATER THAN 30
DAYS AFTER SUCH SERVICES OR GOODS HAVE BEEN PERFORMED OR DELIVERED.

IN CASE OF ANY DELAY RELATED TO THE MATERIAL OR SERVICE DELIVERY, THE SUPPLIER WILL PAY 1% OF THE TOTAL AMOUNT OF
THIS PURCHASE ORDER FOR EACH DAY OF DELAY UNTIL THE PENALTY REACHES 15% OF THE TOTAL AMOUNT OF THE ORDER. NORTEL MAY
DEDUCT THE VALUE OF THE PENALTY FROM ANY PAYMENTS DUE AND PAYABLE TO SUPPLIER EVEN IF THE DELAY IS NOT RELATED TO
THE OUTSTANDING PAYMENTS.

PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT

NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL BE HELD
FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT.

IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER NUMBER
AND THE ASSOCIATED PURCHASE ORDER LINE ITEM THAT IS BEING INVOICED FOR.

| | Page Total | | USD |
|---|---|---|---|
| | | | 0.00 |

Adrian Villagomez
BUYER

Carlos De Sousa
PURCHASING MANAGER

...cson Inc.
00 Legacy Drive
no, TX 75024-3607

# ERICSSON ≡

| Purchase Order No. 4320091693 | Order Date: 25/Jan/2010 Last Change Date: 25/Jan/2010 | Page 3  of 5 |
|---|---|---|
| Supplier Contact: | | Supplier No: 391276 |

...lier:

J Mock & Co SA
No 15A Jardines De Alma Rosa
DOM- SANTO DOMINGO

Ship to:

NN
Nortel
1500 CONCORD TERRACE
SUNRISE FL  33323-2808

Bill to:

Ericsson Inc. (8001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN  37228  USA

| ...rier Number/Carrier Name: | | | Incoterms: FOB Free On Board | Payment Terms: Net 70 Days | | Buyer: Adrian Villagomez | | Telephone No: 5255526268724 Fax: |
|---|---|---|---|---|---|---|---|---|

| Qty | UOM | Part Number/ Supplier Part Number | Description | | Delivery Date | Last Change Date | Unit/Price | Extended Total |
|---|---|---|---|---|---|---|---|---|
| THIS | PURCHASE | ORDER IS GOVERNED BY THE TERMS AND CONDITIONS OF THE MASTER SERVICE AGREEMENT REFERENCED HEREIN. | | | | | | |
| THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS.  THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION.  ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS,TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. | | | | | | | | |
| | | | | | Page Total | | USD | 0.00 |

Adrian Villagomez
BUYER

...csson Inc.
...0 Legacy Drive
...no, TX 75024-3607

Carlos De Sousa
PURCHASING MANAGER

# ERICSSON

| Purchase Order No. 4320091693 | Order Date: 25/Jan/2010 Last Change Date: 25/Jan/2010 | Page 4 of 5 |
|---|---|---|
| Supplier Contact: | | Supplier No: 391276 |

J Mock & Co SA
No 15A Jardines De Alma Rosa
DOM- SANTO DOMINGO

Ship to:
NN
Nortel
1500 CONCORD TERRACE
SUNRISE FL   33323-2808

Bill to:
Ericsson Inc. (8001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN   37228   USA

| Payment Terms: Net 70 Days | Buyer: Adrian Villagomez | Telephone No: 52552626872 4 Fax: |
|---|---|---|

| Qty | UOM | Part Number/ Supplier Part Number | Incoterms: FOB Free On Board | Description | Delivery Date | Last Change Date | Unit Price | Extended Total |
|---|---|---|---|---|---|---|---|---|
| | | | | **Other contractual stipulations:** | | | | |
| | | | | Customer is Trilogy | | | | |
| | | | | Vendor is Jmock | | | | |
| | | | | Requester - Tim Urbanski | | | | |
| | | | | CBMs and memory upgrade | | | | |
| | | | | DOM-080295 | | | | |
| | | | | D352993 | | | | |
| | | | | ********************************************** | | | | |
| | | | | ALL INVOICES REFERENCING TO THIS PURCHASE ORDER WHETHER FOR SERVICES OR GOODS MUST BE SUBMITTED NO LATER THAN 30 DAYS AFTER SUCH SERVICES OR GOODS HAVE BEEN PERFORMED OR DELIVERED. | | | | |
| | | | | IN CASE OF ANY DELAY RELATED TO THE MATERIAL OR SERVICE DELIVERY, THE SUPPLIER WILL PAY 1% OF THE TOTAL AMOUNT OF THIS PURCHASE ORDER FOR EACH DAY OF DELAY UNTIL THE PENALTY REACHES 15% OF THE TOTAL AMOUNT OF THE ORDER. NORTEL MAY DEDUCT THE VALUE OF THE PENALTY FROM ANY PAYMENTS DUE AND PAYABLE TO SUPPLIER EVEN IF THE DELAY IS NOT RELATED TO THE OUTSTANDING PAYMENTS. | | | | |
| | | | | PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT | | | | |
| | | | | NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT. | | | | |
| | | | | IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM THAT IS BEING INVOICED FOR. | | | | |
| | | | | | | Page Total | USD | 0.00 |

Adrian Villagomez
BUYER

Carlos De Sousa
PURCHASING MANAGER

...icsson Inc.
...00 Legacy Drive
...ano, TX 75024-3607

# ERICSSON ≡

| | | | | | Purchase Order No.<br>4320091693 | Order Date: 25/Jan/2010<br>Last Change Date: 25/Jan/2010 | Page 5 of 5 |
|---|---|---|---|---|---|---|---|

Supplier Contact:

Telephone No: 52526268724

Supplier No:<br>391276

Ship to:

NN<br>Nortel<br>1500 CONCORD TERRACE<br>SUNRISE FL 33323-2808

Bill to:

Ericsson Inc. (8001)<br>Attention: Accounts Payable<br>P.O. Box 280510<br>Nashville, TN 37228   USA

Supplier/Carrier Name:

J Mock & Co SA<br>No 15A Jardines De Alma Rosa<br>DOM- SANTO DOMINGO

| Qty | UOM | Part Number/<br>Supplier Part Number | Description | Buyer:<br>Adrian Villagomez | Fax: |
|---|---|---|---|---|---|

Incoterms:<br>FOB Free On Board

Payment Terms:<br>Net 70 Days

| Qty | UOM | Part Number/<br>Supplier Part Number | Description | Delivery Date | Last Change<br>Date | UnitPrice | Extended Total |
|---|---|---|---|---|---|---|---|
| 1 | PU | Jmock_Trilogy_CEMS Migration_Urbanski | Delivery Priority Flag:00 | 11/Dec/2009 | 25/Jan/2010 | 1,650.00 | 1,650.00 |

THIS PURCHASE ORDER IS GOVERNED BY THE TERMS AND CONDITIONS OF THE MASTER SERVICE AGREEMENT REFERENCED HEREIN.
THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE
BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES DOLLARS, TERMS, ETC.) WILL NOT BE
HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.

Jmock_Trilogy_CEMS Migration_Urbanski<br>1,650.00
1 EA          1,650.00
7116 CDMA CEMs memory Upgd

1000091362_00
CT0009135330
CT Budget_DOM-080295_D352993_12.11.09.xl
VP-C for RFQ

**e item covers the following services:**

**following documents belong to this item:**

| | | | | Page Total | | USD | 1,650.00 |
|---|---|---|---|---|---|---|---|
| | | | | Total Amount | | USD | 1,650.00 |

knowledgement date _____

Supplier Signature _____

Adrian Villagomez<br>BUYER

Carlos De Sousa<br>PURCHASING MANAGER

icson Inc.<br>00 Legacy Drive<br>ano, TX 75024-3607<br>A.

**JMOCK & CO. SA**
**Customer Open Balance**
All Transactions

| Type | Date | Num | P. O. # | Due Date | Project Name | Amount |
|---|---|---|---|---|---|---|
| **Nortel Networks (CALA)** | | | | | | |
| Invoice | 10/3/2008 | 418 | 432004627 | 12/2/2008 | Server to install | 850.00 |
| Invoice | 1/27/2009 | 421 | 432005190 | 3/28/2009 | NI Service of BSC/TCU | 5,300.00 |
| Invoice | 1/27/2009 | 422 | 432005952 | 3/28/2009 | Expansion GWC Windtelecom | 650.00 |
| Invoice | 6/17/2009 | 436 | 432005064B/DOC-080244-00 | 8/16/2009 | I&C BSC Santigo Host Trilogy | 36,022.00 |
| Invoice | 6/19/2009 | 437 | 432006194B/CALA D340467 | 8/18/2009 | I&C BSC Exp at San Isidro JV | 16,700.00 |
| Invoice | 7/7/2009 | 438 | 432005762S | 9/5/2009 | 3 MERS8600 systems in 3 cities | 11,076.00 |
| Invoice | 1/26/2010 | 451 | 432009169S | 2/12/2010 | Trilogy CEMS Migration | 1,650.00 |
| Invoice | 2/24/2010 | 452 | 43200771S7 | 4/25/2010 | USP cable | 250.00 |
| Invoice | 4/26/2010 | 453 | 432009609S | 6/25/2010 | BSC 5 IN Degraded | 1,250.00 |
| **Invoice** | **4/29/2010** | **456** | **43200771S7** | **6/28/2010** | **USP inst. for Tricom** | **3,858.00** |
| **Total Nortel Networks (CALA)** | | | | | | **77,606.00** |
| **TOTAL** | | | | | | **77,606.00** |

2:01 PM
02/21/12
Accrual Basis

**JMOCK & CO. SA**
**Customer Open Balance**
**All Transactions**

| Type | Date | Num | P. O. # | Due Date | Project Name | Amount |
|------|------|-----|---------|----------|--------------|--------|
| **Nortel Networks (CALA)** | | | | | | |
| Invoice | 10/3/2008 | 418 | 4320046227 | 12/2/2008 | Server to install | 850.00 |
| Invoice | 1/27/2009 | 421 | 4320051901 | 3/28/2009 | NI Service of BSC/TCU | 5,300.00 |
| Invoice | 1/27/2009 | 422 | 4320059520 | 3/28/2009 | Expansion GWC Windtelecom | 650.00 |
| Invoice | 6/17/2009 | 436 | 4320050648/DOC-080244-00 | 8/16/2009 | I&C BSC  Santigo Host Trilogy | 36,022.00 |
| Invoice | 6/19/2009 | 437 | 4320061946/CALA D340467 | 8/18/2009 | I&C BSC Exp at San Isidro JV | 16,700.00 |
| Invoice | 7/7/2009 | 438 | 4320057625 | 9/5/2009 | 3 MERS8600 systems in 3 cities | 11,076.00 |
| Invoice | 1/26/2010 | 451 | 4320091693 | 2/12/2010 | Trilogy CEMS Migration | 1,650.00 |
| **Invoice** | **2/24/2010** | **452** | **4320077167** | **4/25/2010** | **USP cable** | **250.00** |
| Invoice | 4/26/2010 | 453 | 4320096092 | 6/25/2010 | BSC 5 IN Degraded | 1,250.00 |
| Invoice | 4/29/2010 | 456 | 4320077167 | 6/28/2010 | USP Inst. for Tricom | 3,858.00 |
| **Total Nortel Networks (CALA)** | | | | | | 77,606.00 |
| **TOTAL** | | | | | | 77,606.00 |

Page 1



# JMOCK & Co., SRL

SONET TRANSPORT, GSM/CDMA CELL SITE INSTALLATION, COMMISSIONING INTEGRATION

## Invoice

| Date | Invoice No. |
|------|-------------|
| 2/24/2010 | 452 |

### Customer:

Nortel Network (CALA)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

### Attention to:

Project Manager:
Ruben Ortiz
Tel: +52 55 2625-1195 (ESN 470)
Tel: +(52 1) 55 2095 7957
Tel: +(55 11) 2899 2557 (ESN 688)

| P. O | Terms | Due Date | Location | Project Name | Supplier No |
|------|-------|----------|----------|--------------|-------------|
| 4320077167 | Net 60 | 4/25/2010 | Ruben | USP cable | 391276 |

| ITEM | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|------|-------------|-----|------------|--------|
| USP Cable Repl | Replacement UPS cable at Virella site in Santiago city<br><br>PLEASE MAKE THE WIRE TRANSFER FUND AS FOLLOW:<br>CORRESPONDENT BANK:<br>--- Bank of America<br>---5875 NW 163 RD Street 2ND. Floor.<br>---Hialeah, Florida 33014<br>---ABA: 026009593<br>---Swift: BOFAUS3M<br>BENEFICIARY:<br>---Bank BHD, S. A.<br>---Luis F. Thomén EQS. Winston Churchill. DN<br>---Dominican Republic<br>---BCBHDOSD<br>---Account No. 1901533475<br>---To Credit to: customer name: JMOCK, account No.0100961-001-1 | | 250.00 | 250.00 |

High Quality Service is Our pride

| Sub-Total | $250.00 |
|-----------|---------|
| Tax (ITBIS) (16.0%) | $0.00 |
| **Total US$** | $250.00 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 1-809-593-9778 | 1-809-699-0429 | jmock@codetel.net.do | www.jmock.com |

C/ Julio César Martínez No. 15-A • Jardines de Alma Rosa • Tel. Ofic.: 809-593-9778 • Fax: 809-699-0429 • Cel.: 809-440-1215
E-mail: julio_mock@jmock.com • Santo Domingo Este, Rep. Dom.



# JMOCK & Co., SRL

SONET TRANSPORT, GSM/CDMA CELL SITE INSTALLATION, COMMISSIONING INTEGRATION

## Invoice

| Date | Invoice No. |
|------|-------------|
| 4/29/2010 | 456 |

**Customer:**

Nortel Network (CALA)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Attention to:**

Project Manager:
Ruben Ortiz
Tel: +52 55 2625-1195 (ESN 470)
Tel: +(52 1) 55 2095 7957
Tel: +(55 11) 2899 2557 (ESN 688)

| P. O | Terms | Due Date | Location | Project Name | Supplier No |
|------|-------|----------|----------|--------------|-------------|
| 4320077167 | Net 60 | 6/28/2010 | Dom. Rep | USP Inst. for Tricom | 391276 |

| ITEM | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|------|-------------|-----|------------|--------|
| Labor B3 | M Cabral and J Rodriguez  Installation  jobs of USP Tricom LDV y Virella  site, in Santiago city, including living& traveling expenses. Field supervision by Victor Galicias | 1 | 3,858.00 | 3,858.00 |

High Quality Service is Our pride

| | |
|---|---|
| Sub-Total | $3,858.00 |
| Tax (ITBIS) (16.0%) | $0.00 |
| Total US$ | $3,858.00 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 1-809-593-9778 | 1-809-699-0429 | jmock@codetel.net.do | www.jmock.com |

C/ Julio César Martínez No. 15-A • Jardines de Alma Rosa • Tel. Ofic.: 809-593-9778 • Fax: 809-699-0429 • Cel.: 809-440-1215
E-mail: julio_mock@jmock.com • Santo Domingo Este, Rep. Dom.

## Julio Mock

**From:** Adrian Villagomez [adrianvi@nortel.com]
**Sent:** Tuesday, February 23, 2010 12:54 PM
**To:** jmock@codetel.net.do; Julio_Mock@jmock.com
**Cc:** Ruben Ortiz
**Subject:** PO 4320077167

Hola Julio,

Por solicitud de Ruben Ortiz se hizo una extension a la orden de compra 4320077167 por la cantidad de 3858 USD, lamentablemente por un error del sistema no puedo obtener la orden de compra en formato PDF,  solo te quiero comentar que puedes iniciar los trabajos que han sido solicitados y que puedes proceder a enviar la factura con este numero de orden de compra como referencia.

Tan pronto el error del sistema quede resuelto te envio la orden en formato PDF para tus records. Quedo de tus comentarios.



Saludos

**Adrian Villagomez**
**Supplier Facing Prime**
**N O R T E L**
Bus (5255) 2626-8724 (ESN 470)
email adrianvi@nortel.com

1