IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**RE: D.I. 7266** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that on February 24, 2012, the undersigned counsel to Manistique Papers, Inc., inadvertently filed a Notice of Agenda of Matters Scheduled for Hearing on February 28, 2012 at 11:00 a.m. (Eastern Time) ("Agenda") in the above-captioned cases.

　　　　　　PLEASE TAKE FURTHER NOTICE that the undersigned counsel hereby withdraws the Agenda.

Dated: February 24, 2012
　　　　Wilmington, Delaware　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　　　*/s/ Matthew B. Harvey*
　　　　　　　　　　　　　　　　　　Eric D. Schwartz (No. 3134)
　　　　　　　　　　　　　　　　　　Daniel B. Butz (No. 4227)
　　　　　　　　　　　　　　　　　　Matthew B. Harvey (No. 5186)
　　　　　　　　　　　　　　　　　　1201 North Market Street, 18th Floor
　　　　　　　　　　　　　　　　　　Wilmington, DE  19899-1347
　　　　　　　　　　　　　　　　　　Telephone:  (302) 658-9200
　　　　　　　　　　　　　　　　　　Facsimile:  (302) 658-3989

　　　　　　　　　　　　　　　　　　*Co-Counsel for Manistique Papers, Inc.*

5773894

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.