**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

2012 FEB 24  PM 12: 10

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

```
-------------------------------------------------X
                                                 :
In re                                            :   Chapter 11
                                                 :
Nortel Networks Inc., et al.,¹                   :   Case No. 09-10138 (KG)
                                                 :
                    Debtors.                     :   Jointly Administered
                                                 :
-------------------------------------------------X
```

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Timothy Snyder hereby withdraws with prejudice his proof of claim filed in the above-captioned cases, which has been listed on the Debtors' claim registry as Proof of Claim No. 6733.

Dated: Allenhurst, New Jersey
_April 20_ 2011

Timothy Snyder

By: Robert Fernicola, Esquire
Escandon, Fernicola, Anderson & Covelli, LLP
414 Corlies Avenue
Allenhurst, NJ 07711-1033
Tel. (732) 280-0500

Counsel for Timothy Snyder

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.