# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  :  Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                       :  Case No. 09-10138 (KG)
:
         Debtors.                 :  Jointly Administered
:
                                           :  Hearing Date: March 22, 2012 at 10:00 a.m. (ET)
---------------------------------------------------------X

## FIFTH QUARTERLY FEE APPLICATION REQUEST OF TORYS LLP, AS SPECIAL CANADIAN COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD NOVEMBER 1, 2011 THROUGH JANUARY 31, 2012

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Torys LLP ("Torys") hereby submits its Fifth Quarterly Fee Application Request (the "Request") for the period November 1, 2011 through and including January 31, 2012[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications for November [D.I. 7047], December [D.I. 7142], and January [D.I. 7251] contain detailed listings of Torys' requested fees and expenses for the Application Period.

13335065.1

Torys seeks approval for the following fee applications that were filed for the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date [Docket No.] | Amount of Fees Requested / Allowed (80%) | Amount of Expenses Requested / Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 12/29/11 [D.I. 7047] | 11/1/11 – 11/30/11 | $157,042.00 | $2,097.89 | 1/20/12 – [D.I. 7116] | $125,633.60 | $2,097.89 | $31,408.40 |
| 1/27/12 [D.I. 7142] | 12/1/11 – 12/31/11 | $162,468.50 | $2,969.02 | 2/20/12 – [D.I. 7229] | $129,974.80 | $2,969.02 | $32,493.70 |
| 2/22/12 [D.I. 7251] | 1/1/12 – 1/31/12 | $110,604.00 | $1,876.20 | Pending | $88,483.20 | $1,876.20 | $22,120.80 |
| **TOTAL** | | **$430,114.50** | **$6,943.11** | | **$344,091.60** | **$6,943.11** | **$86,022.90** |

In accordance with the Monthly Compensation Order, Torys seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Torys respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Torys such other and further relief as is just and proper.

Dated: February 24, 2012
New York, New York

TORYS LLP

 /s/ William F. Gray, Jr.
William F. Gray, Jr.
Alison D. Bauer
1114 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 880-6000
Facsimile:  (212) 682-0200

*Special Canadian Counsel for the Debtors and Debtors in Possession*

13335065.1

2

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2011 through January 31, 2012

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Scott A. Bomhof | Partner/Bankruptcy | $786.36 | 241.1 | $190,313.50 |
| Andrew Gray | Partner/Litigation | $680.37 | 72.9 | $49,599.00 |
| Wilfred M. Estey | Partner/Corporate | $975.00 | 18.6 | $18,135.00 |
| Mitch Frazer | Partner/Corporate | $760.00 | 2.3 | $1,748.00 |
| Tony DeMarinis | Partner/Bankruptcy | $975.00 | 67.9 | $66,202.50 |
| William Gray | Partner/Bankruptcy | $860.82 | 53.6 | $46,140.00 |
| Alison D. Bauer | Partner/Bankruptcy | $700.00 | 0.2 | $140.00 |
| Timothy Martin | Associate/Bankruptcy | $485.00 | 14.5 | $7,032.50 |
| Matthew Atkey | Associate/Corporate | $462.35 | 34.0 | 15,720.00 |
| Kathleen Davis | Articling Student | $305.00 | 1.8 | $549.00 |
| Dianne Ralph | Paralegal | $254.31 | 24.6 | $6,256.00 |
| David Outerbridge | Counsel/Litigation | $710.00 | 3.4 | $2,414.00 |
| Kevin Wall | Articling Student | $296.38 | 83.3 | $24,688.50 |
| Clare Mauro | Paralegal | $345.00 | 2.7 | $931.50 |
| Michael B. Hoffman | Paralegal | $350.00 | 0.7 | $245.00 |
| **Total** | | | 621.6 | $430,114.50 |
| **GRAND TOTAL:** | $430,114.50 | | | |
| **BLENDED RATE:** | $691.95 | | | |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

13335065.1

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2011 through January 31, 2012

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Case Administration | 5.9 | $1,489.00 |
| Fee and Employment Applications | 38.1 | $18,081.00 |
| Analysis of Canadian Law | 286.4 | $177,441.00 |
| Intercompany Analysis | 96.1 | $81,302.00 |
| Employee Matters | 0.5 | $437.50 |
| Canadian CCAA Proceedings/Matters | 181.2 | $143,501.50 |
| Canadian Sec. 18.6 Proceedings/Matters | 6.5 | $5,147.50 |
| Litigation | 5.3 | $2,204.50 |
| U.S. Proceedings/Matters | 1.6 | $510.50 |
| **TOTAL** | 621.6 | $430,114.50 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2011 through January 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Meals | | $33.23 |
| Computer Research | Westlaw/Quicklaw | $5,845.82 |
| Duplicating/Printing | In Office | $721.45 |
| Travel | | - |
| | | |
| Library Costs | West Payment Center | $165.22 |
| Court Searches | LEXIS/NEXIS and PACER | $147.44 |
| Process Server | | - |
| Word Processing | | - |
| Courier | | $28.08 |
| Telephone | | $1.87 |
| **GRAND TOTAL EXPENSES** | | **$6,943.11** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]