# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** | **RLKS Executive Solutions LLC**

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | **1/3/2012** | **1/31/2011** |
| **Enter Billing Rate/Hr:** | **450.00** | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 199.00 | $450.00 | $89,550.00 |
| 2 | Facility Document Inventory & Evacuation Review | 9.00 | $450.00 | $4,050.00 |
| 3 | Human Resources - Employee Related Projects | 204.90 | $450.00 | $92,205.00 |
| 4 | Fee Apps | 9.00 | $450.00 | $4,050.00 |
| 5 | Non-working travel | 122.40 | $225.00 | $27,540.00 |
| 6 | Claims Administration | 233.20 | $450.00 | $104,940.00 |
| 7 | Tax/Finance Matters and Budget Projects | 29.40 | $450.00 | $13,230.00 |
| 8 | Misc Debtor Issues and Communications | 1.80 | $450.00 | $810.00 |
| | **Hours/Billing Amount for Period:** | **808.70** | | **$336,375.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/3/2012 | Correspondence received, reviewed, responded re NNI MOR for NNI Website | Kathryn Schultea | 1 | 0.5 |
| 1/3/2012 | Correspondence received, reviewed, responded re payroll application review/issues | Kathryn Schultea | 1 | 2.8 |
| 1/3/2012 | Infrastructure access issues for HRIS data / application handbook reviews / e-mail updates | Brandon Bangerter | 1 | 2.5 |
| 1/4/2012 | Conference Call re: Calltrax environment update | Brandon Bangerter | 1 | 1.0 |
| 1/4/2012 | Infrastructure access issues for HRIS data / application handbook reviews / e-mail updates | Brandon Bangerter | 1 | 2.5 |
| 1/5/2012 | MATDB server access and configuration, app installation overview, handbook review, e-mail | Brandon Bangerter | 1 | 4.0 |
| 1/6/2012 | Correspondence received, reviewed, responded re Data Retention Testing | Kathryn Schultea | 1 | 2.3 |
| 1/6/2012 | Conference Calls re: End state infrastructure Unix requirements | Brandon Bangerter | 1 | 1.0 |
| 1/6/2012 | App handbook reviews, vault updates, e-mail updates | Brandon Bangerter | 1 | 2.0 |
| 1/9/2012 | MATDB queries and configuration / infrastructure accessibility / handbook reviews / e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 1/9/2012 | Conference Call re: Data loaded to NNI websites | Brandon Bangerter | 1 | 1.0 |
| 1/10/2012 | ADP accessibility for HR project / server infrastructure reconfiguration for project / e-mail updates | Brandon Bangerter | 1 | 4.5 |
| 1/10/2012 | Conference Calls re: ADP HR Project / US Resco status meeting | Brandon Bangerter | 1 | 1.5 |
| 1/11/2012 | Correspondence received, reviewed, responded re data retention matters | Kathryn Schultea | 1 | 1.8 |
| 1/11/2012 | HR Infrastructure requirements, ADP infrastructure preparations / virtual machines for consultants | Brandon Bangerter | 1 | 5.0 |
| 1/11/2012 | Conference Calls re: ADP Consultants for HR ADP Project / EMB Client Installations | Brandon Bangerter | 1 | 2.0 |
| 1/11/2012 | EMB config files, MATDB reviews, e-mail updates | Brandon Bangerter | 1 | 2.0 |
| 1/12/2012 | Conference Call re: US Residual Company | Kathryn Schultea | 1 | 1.3 |
| 1/12/2012 | Correspondence received, reviewed, responded re Team Update on HR Projects, Claims, IT | Kathryn Schultea | 1 | 2.8 |
| 1/12/2012 | Correspondence received, reviewed, responded re Data sharing | Kathryn Schultea | 1 | 1.2 |
| 1/12/2012 | ADP installation, configuration, and setup of servers, virtual machines, walkthrough with consultants | Brandon Bangerter | 1 | 6.0 |
| 1/12/2012 | Conference Calls re: Benefit Plans within ADP / Working session with ADP Consultants | Brandon Bangerter | 1 | 3.0 |
| 1/12/2012 | MATDB queries and configuration / e-mail updates | Brandon Bangerter | 1 | 1.0 |
| 1/13/2012 | Correspondence received, reviewed, responded re Website | Kathryn Schultea | 1 | 0.5 |
| 1/13/2012 | Correspondence received, reviewed, responded re NNI Infrastructure | Kathryn Schultea | 1 | 2.3 |
| 1/13/2012 | Conference Calls re: EV5 Databases, DBA tasks / Working session with ADP Consultants | Brandon Bangerter | 1 | 2.5 |
| 1/13/2012 | ADP installation, configuration, and setup of servers, virtual machines, walkthrough with consultants | Brandon Bangerter | 1 | 4.0 |
| 1/13/2012 | MATDB queries, installation, and configuration / e-mail updates | Brandon Bangerter | 1 | 1.5 |
| 1/15/2012 | App Handbook updates, e-mail udpates | Brandon Bangerter | 1 | 1.0 |
| 1/16/2012 | Conference Calls re: ADP working session / US Payroll Overview | Brandon Bangerter | 1 | 3.5 |
| 1/16/2012 | Infrastructure access issues / IDA access / IDA, Accuimage application handbook review, e-mail | Brandon Bangerter | 1 | 1.5 |
| 1/17/2012 | RTP Meetings re: HR Reporting, Finance and Payroll overview | Brandon Bangerter | 1 | 5.0 |
| 1/17/2012 | Security updates to servers, applications / Application Handbook reviews / e-mail updates | Brandon Bangerter | 1 | 4.0 |
| 1/18/2012 | RTP Meetings re: Claims transition and conversion / MATDB transition, working session | Brandon Bangerter | 1 | 6.5 |
| 1/18/2012 | Infrastructure access issues / IDA access / ADP Project Share / Claims access | Brandon Bangerter | 1 | 2.5 |
| 1/19/2012 | RTP Meetings re: Claims transition and conversion / Nortel DR Application update | Brandon Bangerter | 1 | 4.0 |
| 1/19/2012 | EMB / MATDB updates, ADP project discussion, e-mail updates | Brandon Bangerter | 1 | 1.5 |
| 1/20/2012 | Correspondence received, reviewed, responded re data retention issues | Kathryn Schultea | 1 | 2.5 |
| 1/20/2012 | Conference Calls re: IDA Knowledge Transfer / ADP Project call | Brandon Bangerter | 1 | 2.5 |
| 1/20/2012 | EMB Client Installation and configuration, ADP configuration for HR Team, e-mail updates, discussions | Brandon Bangerter | 1 | 5.0 |
| 1/21/2012 | EMB Client Installation and configuration / BOXI Claims configuration / e-mail updates | Brandon Bangerter | 1 | 3.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/22/2012 | BOXI Claims environment configuration / e-mail updates | Brandon Bangerter | 1 | 2.0 |
| 1/23/2012 | ADP Working Session, SAP BW KT, BOXI Environment calls, emails and discussions | Raj Perubhatla | 1 | 4.0 |
| 1/23/2012 | Conference Calls re: ADP working session / BOXI Environment for Claims / SAP BW KT Session | Brandon Bangerter | 1 | 3.0 |
| 1/23/2012 | New BOXI environment configuration and creation of users / EMB setup and config for users | Brandon Bangerter | 1 | 6.0 |
| 1/23/2012 | MATDB overview, usage / SAP BW access / App handbook reviews / e-mail updates | Brandon Bangerter | 1 | 3.0 |
| 1/24/2012 | Correspondence received, reviewed, responded re NNI Infrastructure | Kathryn Schultea | 1 | 0.5 |
| 1/24/2012 | Conference Calls re: IDA Knowledge Transfer / ADP Project call / PC backup solutions | Brandon Bangerter | 1 | 3.5 |
| 1/24/2012 | BOXI Client configuration and rights to new reports / hardware review status | Brandon Bangerter | 1 | 5.5 |
| 1/24/2012 | IDA documentation review and compliance / e-mail updates | Brandon Bangerter | 1 | 2.0 |
| 1/25/2012 | Conference call re: IT Projects Update | Kathryn Schultea | 1 | 2.0 |
| 1/25/2012 | Correspondence received, reviewed, responded re NNI Infrastructure | Kathryn Schultea | 1 | 2.0 |
| 1/25/2012 | IDA KT, PC Backup, HRIS ADP Project, Claims calls, emails and discussions | Raj Perubhatla | 1 | 5.0 |
| 1/25/2012 | Conference Calls re: HR Interfaces session / SAP BW knowledge transfer / PC Hardware mtg | Brandon Bangerter | 1 | 3.5 |
| 1/25/2012 | BOXI Client configuration and rights to new reports / hardware review status / e-mai updates | Brandon Bangerter | 1 | 5.5 |
| 1/26/2012 | Claims Addesses to ADP; NNI End State Infrastructure Calls, emails, discussions | Raj Perubhatla | 1 | 3.0 |
| 1/26/2012 | Conference Calls re: END state architecture / Ring Fence Environment | Brandon Bangerter | 1 | 1.0 |
| 1/26/2012 | IDA documentation review and testing / e-mail updates / QDRO Checklist Doc Searches | Brandon Bangerter | 1 | 4.0 |
| 1/26/2012 | BOXI Config changes / user testing, updates / EMB Backup solution implementation and testing | Brandon Bangerter | 1 | 3.0 |
| 1/27/2012 | Conference Call re: HRIS ADP Project / Infrastructure updates | Brandon Bangerter | 1 | 1.0 |
| 1/27/2012 | Infrastructure access rights / Share creation and testing / e-mail updates | Brandon Bangerter | 1 | 2.0 |
| 1/27/2012 | BOXI Designer installation, configuration, and testing user access / Backup and restore schedules | Brandon Bangerter | 1 | 5.0 |
| 1/28/2012 | EMB Backups configuration, testing / e-mail updates | Brandon Bangerter | 1 | 1.0 |
| 1/30/2012 | ADP, Software license calls, emails and discussions | Raj Perubhatla | 1 | 2.0 |
| 1/30/2012 | Conference Calls re: ADP working session / Software Licenses for NNI | Brandon Bangerter | 1 | 1.5 |
| 1/30/2012 | BOXI updates for BI Catalog universe/report, Sage access, e-mail updates, NNI Vault verifications | Brandon Bangerter | 1 | 6.5 |
| 1/31/2012 | Server Backup, SQL Server DBA KT, ADP Project Go-live schedule calls, emails and discussions | Raj Perubhatla | 1 | 3.5 |
| 1/31/2012 | Conference Calls re: NNI servers backups/reboots, Sage Overview, BW Database, HR Schedule review | Brandon Bangerter | 1 | 3.0 |
| 1/31/2012 | BOXI environment cleanup of rights/access, EBP/MATDB review, IDA / EMB documentation, e-mail upd. | Brandon Bangerter | 1 | 6.0 |
| 1/4/2012 | Correspondence received, reviewed, responded re HR Documentation | Kathryn Schultea | 2 | 3.0 |
| 1/19/2012 | Nortel - On-Site at RTP document review for year-end exits | Kathryn Schultea | 2 | 6.0 |
| 1/3/2012 | EMB Upgrade, emails, discussions | Raj Perubhatla | 3 | 3.0 |
| 1/4/2012 | Onsite at Nortel re: Human Resources Operations | Kathryn Schultea | 3 | 9.0 |
| 1/4/2012 | EMB Upgrade, emails, discussions, CALLTrax Call, Nortel ADP SOW Call, ADP Project Prep | Raj Perubhatla | 3 | 4.5 |
| 1/5/2012 | Onsite at Nortel re: Human Resources Operations | Kathryn Schultea | 3 | 9.0 |
| 1/5/2012 | EMB Upgrade, emails, discussions, ADP EV5 Project preparation for engagement | Raj Perubhatla | 3 | 4.0 |
| 1/6/2012 | Correspondence received, reviewed, responded re committee information | Kathryn Schultea | 3 | 1.5 |
| 1/6/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 1.0 |
| 1/6/2012 | Unix Security Solution Call; ADP Consulting engagement; emails and discussions | Raj Perubhatla | 3 | 4.0 |
| 1/9/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 1.5 |
| 1/9/2012 | Correspondence received, reviewed, responded re Nortel Benefits and various Plans | Kathryn Schultea | 3 | 3.8 |
| 1/9/2012 | Address Data Analysis Calls and data management; ADP Consulting engagement; EMB; emails and discussions | Raj Perubhatla | 3 | 4.0 |
| 1/10/2012 | Conference Call re: HR Matters | Kathryn Schultea | 3 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/10/2012 | ADP EV5 Project call, BI-Weekly Status mtg, emails and discussions | Raj Perubhatla | 3 | 5.0 |
| 1/11/2012 | Correspondence received, reviewed, responded re HR Matters (various plan matters) | Kathryn Schultea | 3 | 4.8 |
| 1/11/2012 | ADP EV5 Project, EMB Client, environment setup for ADP Consultants, emails and discussions | Raj Perubhatla | 3 | 9.0 |
| 1/12/2012 | Conference Call re: HR matters and committee work | Kathryn Schultea | 3 | 2.5 |
| 1/12/2012 | Correspondence received, reviewed, responded re benefits | Kathryn Schultea | 3 | 2.3 |
| 1/12/2012 | Benefit Interfaces, ADP Foundation table mapping calls, emails and discussions | Raj Perubhatla | 3 | 8.0 |
| 1/13/2012 | Conference Call re: Retiree Follow-up | Kathryn Schultea | 3 | 1.3 |
| 1/13/2012 | Conference Call re: Project Plan Discussion | Kathryn Schultea | 3 | 2.0 |
| 1/13/2012 | EV5 Databases, EV5 Employee data mapping, SABRIX App Migration calls, emails and discussions | Raj Perubhatla | 3 | 8.5 |
| 1/16/2012 | Conference Call re: HR Matter Follow-up | Kathryn Schultea | 3 | 0.8 |
| 1/16/2012 | Correspondence received, reviewed, responded re Hewitt Discussion | Kathryn Schultea | 3 | 3.5 |
| 1/16/2012 | Correspondence received, reviewed, responded re Nortel Discussion | Kathryn Schultea | 3 | 3.0 |
| 1/16/2012 | ADP Working Session for Conversion mapping and US Payroll Server Calls, emails, discussions | Raj Perubhatla | 3 | 4.5 |
| 1/17/2012 | Nortel - On-Site at RTP for HR and Acct. Reviews | Kathryn Schultea | 3 | 8.0 |
| 1/17/2012 | HR Reporting requirements meetings, emails, discussions in RTP | Raj Perubhatla | 3 | 9.0 |
| 1/18/2012 | Nortel - On-Site at RTP for HR and Acct. Reviews | Kathryn Schultea | 3 | 8.0 |
| 1/20/2012 | Conference call re: ADP Project | Kathryn Schultea | 3 | 1.5 |
| 1/20/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 1.5 |
| 1/20/2012 | Correspondence received, reviewed, responded re Nortel Claims and Census Data | Kathryn Schultea | 3 | 3.0 |
| 1/20/2012 | IDA KT, ADP Project Status Calls | Raj Perubhatla | 3 | 3.0 |
| 1/23/2012 | Conference call re: HR Matters | Kathryn Schultea | 3 | 1.5 |
| 1/23/2012 | Conference call w/Mercer | Kathryn Schultea | 3 | 1.5 |
| 1/23/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 1.0 |
| 1/23/2012 | Correspondence received, reviewed, responded re Retiree/LTD Committee | Kathryn Schultea | 3 | 1.5 |
| 1/23/2012 | Correspondence received, reviewed, responded re Nortel Benefits | Kathryn Schultea | 3 | 1.0 |
| 1/23/2012 | Correspondence received, reviewed, responded re Nortel HR Transition | Kathryn Schultea | 3 | 0.5 |
| 1/24/2012 | Conference calls re: HR Matters (various benefits and plans) | Kathryn Schultea | 3 | 1.8 |
| 1/24/2012 | Correspondence received, reviewed, responded re Nortel HR Transition | Kathryn Schultea | 3 | 1.3 |
| 1/24/2012 | Correspondence received, reviewed, responded re Nortel Term Project | Kathryn Schultea | 3 | 0.5 |
| 1/24/2012 | Correspondence received, reviewed, responded re ADP Nortel | Kathryn Schultea | 3 | 1.2 |
| 1/24/2012 | Correspondence received, reviewed, responded re Nortel Benefits | Kathryn Schultea | 3 | 0.6 |
| 1/25/2012 | Conference call re: HR Plans and Data re same | Kathryn Schultea | 3 | 1.0 |
| 1/25/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 2.3 |
| 1/26/2012 | Conference call re: HR Transition Project | Kathryn Schultea | 3 | 0.6 |
| 1/26/2012 | Correspondence received, reviewed, responded re HR Transition Project | Kathryn Schultea | 3 | 1.0 |
| 1/26/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 2.3 |
| 1/26/2012 | Correspondence received, reviewed, responded re employee benefits and plans | Kathryn Schultea | 3 | 3.3 |
| 1/27/2012 | Correspondence received, reviewed, responded re employee benefits and plans | Kathryn Schultea | 3 | 2.8 |
| 1/27/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 3.5 |
| 1/27/2012 | Correspondence received, reviewed, responded re Nortel Emails | Kathryn Schultea | 3 | 0.7 |
| 1/27/2012 | ADP Status Calls, Project Discussions and emails | Raj Perubhatla | 3 | 3.0 |
| 1/28/2012 | Develop the ADP Reporting environment in Oracle, BODI, HPUX and Business Objects | Raj Perubhatla | 3 | 10.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/29/2012 | Develop the ADP Reporting environment in Oracle, BODI, HPUX and Business Objects | Raj Perubhatla | 3 | 8.0 |
| 1/30/2012 | Develop the ADP Reporting environment in Oracle, BODI, HPUX and Business Objects | Raj Perubhatla | 3 | 10.0 |
| 1/31/2012 | Started the ADP Interfaces Framework development | Raj Perubhatla | 3 | 8.5 |
| 1/29/2012 | December Fee App work | Raj Perubhatla | 4 | 4.0 |
| 1/31/2012 | Monthly Fee Application Work | Kathryn Schultea | 4 | 5.0 |
| 1/3/2012 | Non-Working travel to Raleigh From Houston | Kathryn Schultea | 5 | 4.5 |
| 1/6/2012 | Non-Working travel from Raleigh to Houston | Kathryn Schultea | 5 | 4.5 |
| 1/9/2012 | Non-Working travel from Houston to NYC - Cleary Offices | Kathryn Schultea | 5 | 5.5 |
| 1/9/2012 | Travel to NY for budget/claims meeting | Richard Lydecker | 5 | 8.8 |
| 1/9/2012 | Non-Working travel from Houston to New York | Mary Cilia | 5 | 6.5 |
| 1/11/2012 | Non-Working travel from NYC to Houston | Kathryn Schultea | 5 | 4.5 |
| 1/11/2012 | Travel return | Richard Lydecker | 5 | 8.0 |
| 1/11/2012 | Non-Working Travel from New York to Houston | Mary Cilia | 5 | 5.5 |
| 1/16/2012 | Non-Working travel from Houston to Raleigh | Kathryn Schultea | 5 | 4.5 |
| 1/16/2012 | Non Working Travel from Houston to RTP | Raj Perubhatla | 5 | 5.5 |
| 1/16/2012 | Non Working Travel from Houston to RTP | Brandon Bangerter | 5 | 5.5 |
| 1/17/2012 | Travel to NC for claims meetings | Richard Lydecker | 5 | 7.0 |
| 1/17/2012 | Non-Working travel from Houston to Raleigh | Mary Cilia | 5 | 6.5 |
| 1/18/2012 | Travel return | Richard Lydecker | 5 | 7.0 |
| 1/19/2012 | Non-Working travel from Raleigh to Houston | Kathryn Schultea | 5 | 4.5 |
| 1/19/2012 | Non Working Travel from RTP to Houston | Raj Perubhatla | 5 | 5.5 |
| 1/19/2012 | Non Working Travel from RTP to Houston | Brandon Bangerter | 5 | 5.5 |
| 1/24/2012 | Non-Working travel from Houston to Chicago | Mary Cilia | 5 | 5.0 |
| 1/27/2012 | Non-Working travel from Chicago to Houston | Mary Cilia | 5 | 5.3 |
| 1/29/2012 | Non-Working travel from Houston to NYC for Nortel Mtgs | Kathryn Schultea | 5 | 5.5 |
| 1/30/2012 | Travel to NY for claims meeting | Richard Lydecker | 5 | 7.3 |
| 1/6/2012 | Claims call | Richard Lydecker | 6 | 1.3 |
| 1/10/2012 | Meeting on transitioning of claims management | Mary Cilia | 6 | 8.5 |
| 1/11/2012 | Review of employee claims database | Mary Cilia | 6 | 1.3 |
| 1/12/2012 | Claims planning | Richard Lydecker | 6 | 0.5 |
| 1/12/2012 | Employee claims call | Richard Lydecker | 6 | 1.0 |
| 1/12/2012 | Conference Call re: Employee Claims Status | Mary Cilia | 6 | 0.8 |
| 1/13/2012 | Correspondence received, reviewed, responded re Claims Access Database | Kathryn Schultea | 6 | 1.7 |
| 1/13/2012 | Review agenda for claims meeting in NC | Richard Lydecker | 6 | 0.3 |
| 1/13/2012 | Review of data and preparation of agenda for meeting in Raleigh - re: transition of claims management | Mary Cilia | 6 | 4.3 |
| 1/14/2012 | Analyze US Estate Claims Infrastructure and MS Access Databases | Raj Perubhatla | 6 | 4.0 |
| 1/15/2012 | Analyze US Estate Claims Infrastructure and MS Access Databases | Raj Perubhatla | 6 | 4.0 |
| 1/16/2012 | Analyze US Estate Claims Infrastructure and MS Access Databases | Raj Perubhatla | 6 | 1.0 |
| 1/16/2012 | Review of claims data in preparation for meeting in Raleigh - re:  transition of claims management | Mary Cilia | 6 | 4.5 |
| 1/18/2012 | Claims meeting | Richard Lydecker | 6 | 4.0 |
| 1/18/2012 | Claims Meetings and discussions in RTP | Raj Perubhatla | 6 | 9.0 |
| 1/18/2012 | Meeting - Claims management transition and upcoming omnibus objection planning | Mary Cilia | 6 | 8.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/19/2012 | Claims calls--various | Richard Lydecker | 6 | 1.0 |
| 1/19/2012 | Employee claims call | Richard Lydecker | 6 | 1.5 |
| 1/19/2012 | Claims Database Design, and other discussions | Raj Perubhatla | 6 | 5.0 |
| 1/19/2012 | Meeting - Claims database move and reporting needs | Mary Cilia | 6 | 3.0 |
| 1/19/2012 | Review of data and conference calls - re: transition of employee claims | Mary Cilia | 6 | 4.0 |
| 1/19/2012 | Conference Call re: Employee Claims Status | Mary Cilia | 6 | 1.3 |
| 1/19/2012 | Follow up research and e-mails regarding employee claims status meeting | Mary Cilia | 6 | 2.3 |
| 1/20/2012 | Conference call re: Employee Claims Resolution | Kathryn Schultea | 6 | 0.8 |
| 1/20/2012 | Claims e-mail TB | Richard Lydecker | 6 | 0.5 |
| 1/20/2012 | Claims stafffing discussion | Richard Lydecker | 6 | 0.5 |
| 1/20/2012 | Call re claims objection process Cleary | Richard Lydecker | 6 | 0.5 |
| 1/20/2012 | Migrate Claims database to Oracle in Ring Fence Server | Raj Perubhatla | 6 | 8.0 |
| 1/20/2012 | Non-Working travel from Raleigh to Houston | Mary Cilia | 6 | 5.3 |
| 1/20/2012 | Conference Call re: Claims Procedural Motion | Mary Cilia | 6 | 0.8 |
| 1/20/2012 | Correspondence received, reviewed and responded re: Claims resolution | Mary Cilia | 6 | 2.3 |
| 1/21/2012 | Migrate Claims database to Oracle in Ring Fence Server | Raj Perubhatla | 6 | 10.0 |
| 1/22/2012 | Migrate Claims database to Oracle in Ring Fence Server | Raj Perubhatla | 6 | 10.0 |
| 1/23/2012 | Conference call re: Claims Discussion | Kathryn Schultea | 6 | 1.0 |
| 1/23/2012 | Review of documents and preparation of agenda for 1/31 claims meeting in NY | Mary Cilia | 6 | 4.3 |
| 1/23/2012 | Review and Comments on Draft Motion for Relief under local rule 3007-1 | Mary Cilia | 6 | 1.1 |
| 1/23/2012 | Conference Call re: Boxi Environment | Mary Cilia | 6 | 1.0 |
| 1/24/2012 | Correspondence received, reviewed, responded re Employee Claims | Kathryn Schultea | 6 | 1.5 |
| 1/24/2012 | Motion on local rules | Richard Lydecker | 6 | 1.0 |
| 1/24/2012 | Draft agenda for NY meeting on claims | Richard Lydecker | 6 | 1.0 |
| 1/24/2012 | Migrate Claims database to Oracle | Raj Perubhatla | 6 | 7.0 |
| 1/24/2012 | Conference Call and follow up re: Cross Border Trade Claims | Mary Cilia | 6 | 1.3 |
| 1/25/2012 | Planning and preparation for NY meeting | Richard Lydecker | 6 | 1.5 |
| 1/25/2012 | Employee claims call | Richard Lydecker | 6 | 1.2 |
| 1/25/2012 | Migrate Claims database to Oracle in Ring Fence Server | Raj Perubhatla | 6 | 6.0 |
| 1/25/2012 | Preparation, Meeting and Follow Up with Huron re: Employee Claims | Mary Cilia | 6 | 10.3 |
| 1/26/2012 | Correspondence received, reviewed, responded re Nortel Employee Claims | Kathryn Schultea | 6 | 2.0 |
| 1/26/2012 | Claims discussions and preparation for NY meeting | Richard Lydecker | 6 | 2.0 |
| 1/26/2012 | Develop the Oracle Load routines for loading EPIQ Data into Oracle Claims Database | Raj Perubhatla | 6 | 8.0 |
| 1/26/2012 | Conference call, review of claims and preparation for 1/31 claims meeting in NY | Mary Cilia | 6 | 4.3 |
| 1/27/2012 | Correspondence received, reviewed, responded re Nortel Employee Claims | Kathryn Schultea | 6 | 1.8 |
| 1/27/2012 | Discuss claims MC/KS | Richard Lydecker | 6 | 1.0 |
| 1/27/2012 | E-mail JR re claims slides and explanation | Richard Lydecker | 6 | 0.7 |
| 1/27/2012 | EPIQ Loads into Claims Oracle Database | Raj Perubhatla | 6 | 7.0 |
| 1/27/2012 | Review of claims and preparation for 1/31 claims meeting in NY | Mary Cilia | 6 | 3.3 |
| 1/28/2012 | Correspondence received, reviewed and responded re: 1/31 Employee Claims Meeting | Mary Cilia | 6 | 1.8 |
| 1/29/2012 | Non-Working travel from Houston to New York | Mary Cilia | 6 | 6.8 |
| 1/29/2012 | Correspondence received, reviewed and responded re: 1/31 Employee Claims Meeting | Mary Cilia | 6 | 0.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-8) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/30/2012 | Onsite at Cleary Offices - Claims Update and HR related meetings | Kathryn Schultea | 6 | 7.0 |
| 1/30/2012 | Correspondence received, reviewed, responded re Claims Mtg. Preparation | Kathryn Schultea | 6 | 1.0 |
| 1/30/2012 | Review of claims and preparation for 1/31 claims meeting in NY | Mary Cilia | 6 | 9.0 |
| 1/30/2012 | Correspondence received, reviewed and responded re: 1/31 Employee Claims Meeting | Mary Cilia | 6 | 0.5 |
| 1/31/2012 | Onsite at Cleary Offices - Claims Update | Kathryn Schultea | 6 | 8.5 |
| 1/31/2012 | Claims meeting | Richard Lydecker | 6 | 8.5 |
| 1/31/2012 | Preparation for and Attendance of Claims Meeting in NY | Mary Cilia | 6 | 9.5 |
| 1/6/2012 | EY tax status call | Richard Lydecker | 7 | 0.8 |
| 1/10/2012 | Onsite at Cleary Offices - Nortel Budget Review and Claims | Kathryn Schultea | 7 | 9.0 |
| 1/10/2012 | Budget/claims meeting in NY | Richard Lydecker | 7 | 9.0 |
| 1/11/2012 | Call AG; EY; JR re consolidated return | Richard Lydecker | 7 | 0.8 |
| 1/12/2012 | Correspondence received, reviewed, responded re EY Update on Employee Tax Research | Kathryn Schultea | 7 | 1.5 |
| 1/12/2012 | Call Mcrae re AG call | Richard Lydecker | 7 | 0.5 |
| 1/13/2012 | Coordinate schedule with AB | Richard Lydecker | 7 | 0.3 |
| 1/13/2012 | EY tax status call | Richard Lydecker | 7 | 0.8 |
| 1/18/2012 | Tax meeting | Richard Lydecker | 7 | 3.0 |
| 1/20/2012 | Tax e-mail JR | Richard Lydecker | 7 | 0.3 |
| 1/20/2012 | Tax e-mail DA | Richard Lydecker | 7 | 0.3 |
| 1/20/2012 | Nortel/Cleary/EY tax call | Richard Lydecker | 7 | 1.0 |
| 1/20/2012 | Tax e-mail JR | Richard Lydecker | 7 | 0.5 |
| 1/24/2012 | JS of EY re out-of-scope fee | Richard Lydecker | 7 | 0.3 |
| 1/27/2012 | EY out-of-scope motion | Richard Lydecker | 7 | 0.8 |
| 1/30/2012 | Conference call re:  E&Y | Kathryn Schultea | 7 | 0.5 |
| 1/9/2012 | Conference call re: Weekly Touch Point | Kathryn Schultea | 8 | 0.5 |
| 1/23/2012 | Conference call re: Weekly Touch Point | Kathryn Schultea | 8 | 0.3 |
| 1/26/2012 | Conference call re:  US Residual Company - Biweekly  Mtg. | Kathryn Schultea | 8 | 1.0 |