# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**January 1, 2012 through January 31, 2012**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $  22,279.15 |
| Travel – Lodging | | 12,903.84 |
| Travel – Transportation | | 4,592.07 |
| Travel – Meals | | 2,262.07 |
| Office Expenses | | - |
| TOTAL | | $  42,037.13 |
| | | |

# Nortel Expense Report

**PERIOD:** January 1, 2012 through January 31, 2012

| Date | Description | Air | Hotel | Meals | Transportation | Professional |
|---|---|---|---|---|---|---|
| 1/3/12 - 1/6/12 | Travel Houston/Raleigh | $ 1,522.00 | $ 706.95 | $ 48.01 | $ 371.87 | Kathryn Schultea |
| 1/9/12 - 1/11/12 | Travel Houston/New York | $ 2,143.00 | $ 1,350.74 | $ 163.57 | $ 244.00 | Richard Lydecker |
| 1/9/12 - 1/11/12 | Travel Houston/New York | $ 2,043.90 | $ 1,097.14 | $ - | $ 168.00 | Mary Cilia |
| 1/9/12 - 1/11/12 | Travel Houston/New York | $ 2,143.90 | $ 1,097.14 | $ - | $ 327.40 | Kathryn Schultea |
| 1/16/12 - 1/19/12 | Travel Houston/Raleigh | $ 1,528.10 | $ 774.60 | $ 77.00 | $ 180.00 | Raj Perubhatla |
| 1/16/12 - 1/19/12 | Travel Houston/Raleigh | $ 1,479.10 | $ 774.60 | $ 41.18 | $ 265.55 | Brandon Bangerter |
| 1/16/12 - 1/19/12 | Travel Houston/Raleigh | $ 1,356.90 | $ 706.95 | $ 733.28 | $ 558.02 | Kathryn Schultea |
| 1/17/12 - 1/18/12 | Travel Houston/Raleigh | $ 1,522.10 | $ 258.20 | $ 80.00 | $ 298.50 | Richard Lydecker |
| 1/17/12 - 1/20/12 | Travel Houston/Raleigh | $ 1,644.10 | $ 774.60 | $ 73.08 | $ 170.00 | Mary Cilia |
| 1/24/12 - 1/27/12 | Travel Houston/Chicago | $ 1,274.10 | $ 850.46 | $ 462.43 | $ 475.54 | Mary Cilia |
| 1/29/12 - 2/2/12 | Travel Houston/New York/Raleigh | $ 2,371.90 | $ 1,989.22 | $ 209.38 | $ 586.19 | Mary Cilia |
| 1/29/12 - 1/31/12 | Travel Houston/New York | $ 1,185.95 | $ 1,014.53 | $ 374.14 | $ 348.70 | Kathryn Schultea |
| 1/30/12 - 2/1/12 | Travel Houston/New York | $ 2,064.10 | $ 1,508.71 | | $ 598.30 | Richard Lydecker |
| | | $ 22,279.15 | $ 12,903.84 | $ 2,262.07 | $ 4,592.07 | |