# EXHIBIT A

## COMPENSATION BY PROFESSIONAL

All Matters

AUGUST 1, 2011 THROUGH JANUARY 31, 2012

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Terence Gilroy | Associate (2006) | 580/610 | 1.9 | 1,135.00 |
| Mary Glennon | Paralegal | 255 | 2.4 | 612.00 |
| Ruth Sheopaul | Case Clerk | 185/195 | 4.1 | 794.50 |
| **Total** | | | 8.4 | 2,541.50 |
| **Grand Total:** $2,541.50 | | | | |
| **Blended Rate:** $302.56 | | | | |

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 02/17/12                           PROFORMA NO.         912595
02205-00016                                            BATCH NO.            709497
                                                       THROUGH DATE:      01/31/12

NORTEL NETWORKS LIMITED
RESERVES RELEASE

            Currency:  US DOLLARS
================================================================================
```

## Timecard Detail

| Date | Timekeeper | Hours | Amount | Index # |
|---|---|---|---|---|
| 11/09/11 | 13325 Glennon, Mary M. | .30 | 76.50 | 31396924 |
| | Task: Reviewed and filed legal files. | | | |
| 11/09/11 | 13325 Glennon, Mary M. | .40 | 102.00 | 31396925 |
| | Task: Reviewed and filed legal files. | | | |
| 11/22/11 | 13325 Glennon, Mary M. | .20 | 51.00 | 31464044 |
| | Task: Updated Legal file. | | | |
| 10/07/11 | 20891 Sheopaul, Ruth | .30 | 58.50 | 31254098 |
| | Task: Reviewed papers and made docket and calendar entries in Law Manager in NORTEL NETWORKS - 05-MDL-1659. | | | |
| 10/07/11 | 20891 Sheopaul, Ruth | .30 | 58.50 | 31254102 |
| | Task: Reviewed papers and made docket and calendar entries in Law Manager in WALSH vs. NORTEL. | | | |
| 11/08/11 | 20891 Sheopaul, Ruth | .30 | 58.50 | 31384958 |
| | Task: Reviewed papers and made docket and calendar entries in Law Manager in WALSH vs. NORTEL - 05-2344-LAP. | | | |
| 11/08/11 | 20891 Sheopaul, Ruth | .30 | 58.50 | 31384959 |
| | Task: Reviewed papers and made docket and calendar entries in Law Manager in NORTEL NETWORKS - 05-md-1659-LAP. | | | |
| 11/16/11 | 20891 Sheopaul, Ruth | .30 | 58.50 | 31420015 |
| | Task: Reviewed papers and made docket and calendar entries in Law Manager in NORTEL NETWORKS (Transferred Actions). | | | |
| 11/16/11 | 20891 Sheopaul, Ruth | .30 | 58.50 | 31420021 |
| | Task: Reviewed papers and made docket and calendar entries in Law Manager in WALSH vs. NORTEL. | | | |

```
            TOTAL HOURS:                          2.70
            TOTAL FEES:                                    580.50
```

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 02/17/12                     PROFORMA NO.      912596
02205-00018                                       BATCH NO.         709497
                                                  THROUGH DATE: 01/31/12

**NORTEL NETWORKS LIMITED**
**MARCH 2004 ERISA ACTION**

           Currency:  US DOLLARS

==============================================================================

                              Timecard Detail

| Date | Timekeeper | Hours | Amount | Index # |
|---|---|---|---|---|
| 09/13/11 | 13325 Glennon, Mary M. | .50 | 127.50 | 31163347 |
| Task: | Organized boxes to be sent to storage; updated legal files. | | | |
| 08/12/11 | 20891 Sheopaul, Ruth | .50 | 92.50 | 31015620 |
| Task: | Reviewed papers and made docket and calendar entries in Law Manager. | | | |
| | TOTAL HOURS: | 1.00 | | |
| | TOTAL FEES: | | 220.00 | |

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 02/17/12                      PROFORMA NO.      912598
02205-00021                                       BATCH NO.         709497
                                                  THROUGH DATE:   01/31/12
NORTEL NETWORKS LIMITED
INVESTIGATIONS

          Currency:  US DOLLARS
===========================================================================

                            Timecard Detail

 Date      Timekeeper                                  Hours    Amount   Index #

 09/13/11 13325 Glennon, Mary M.                         .60    153.00 31163346
    Task:       Organized boxes to be sent to storage; updated
                files.

 10/06/11 13325 Glennon, Mary M.                         .30     76.50 31248658
    Task:       Reviewed court Alert filings; filed legal
                filings.

 11/22/11 13325 Glennon, Mary M.                         .10     25.50 31464043
    Task:       Updated legal file.

 08/29/11 16476 Gilroy, Terence P.                       .80    464.00 31084999
    Task:       Prepared ninth interim and quarterly fee
                applications (.8).

 09/21/11 16476 Gilroy, Terence P.                      1.10    671.00 31185160
    Task:       Prepared for and attended via teleconference
                fee hearing before J. Gross; reviewed fee
                application in connection with same.

 10/07/11 20891 Sheopaul, Ruth                           .50     97.50 31254101
    Task:       Reviewed papers and made docket and calendar
                entries in Law Manager.

 11/08/11 20891 Sheopaul, Ruth                           .30     58.50 31384960
    Task:       Reviewed papers and made docket and calendar
                entries in Law Manager in UNITED STATES S.E.C.
                V. DUNN, ET. AL.

 11/16/11 20891 Sheopaul, Ruth                           .30     58.50 31420020
    Task:       Reviewed papers and made docket and calendar
                entries in Law Manager.

 11/22/11 20891 Sheopaul, Ruth                           .30     58.50 31446488
    Task:       Reviewed papers and made docket and calendar
                entries in Law Manager.

 01/26/12 20891 Sheopaul, Ruth                           .40     78.00 31701405
    Task:       Reviewed papers and made docket and calendar
                entries in Law Manager.

              TOTAL HOURS:                              4.70
```

Page (7) 39

## SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 02/17/12                    PROFORMA NO.         912598
02205-00021                                     BATCH NO.            709497
                                                THROUGH DATE: 01/31/12
```

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

        Currency:  US DOLLARS
===============================================================================
Date     Timekeeper                                Hours     Amount   Index #
              TOTAL FEES:                                  1,741.00