# EXHIBIT B

## EXPENSE SUMMARY

All Matters

AUGUST 1, 2011 THROUGH JANUARY 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Duplicating | In House | $0.0 |
| Electronic Docket Information | Court Alert | $793.98 |
| Electronic Docket Information | Pacer | $29.25 |
| Electronic Docket Information | E-Law | $426.72 |
| Computer Research | ALM Media | $923.10 |
| **Total Expenses:** | | $2,173.05 |

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 02/17/12                    PROFORMA NO.         912595
02205-00016                                     BATCH NO.            709497
                                                THROUGH DATE:      01/31/12
```

**NORTEL NETWORKS LIMITED**
**RESERVES RELEASE**

                Currency:  US DOLLARS
=================================================================================

## Costcard Detail

```
           Cost
Date       Code   Charged By                                    Amount    Index #    Voucher

08/01/11   INF    06262 Baskin, Stuart                           30.48   26872627   31580267
                  Other Information Services - - VENDOR: E-LAW,
                  LLC
                  Bank ID: CITBKNY4 Check Number: 762848

08/01/11   INF    06262 Baskin, Stuart                           30.48   26913297   31585718
                  Other Information Services - - VENDOR: E-LAW,
                  LLC
                  Bank ID: CITBKNY4 Check Number: 763600

08/31/11   INF    06262 Baskin, Stuart                          112.68   26915484   31585996
                  Other Information Services - - VENDOR:
                  COURTALERT.COM, INC.
                  Bank ID: CITBKNY4 Check Number: 763543

08/31/11   INF    06262 Baskin, Stuart                          232.32   26919842   31586888
                  Other Information Services - - VENDOR: ALM
                  Bank ID: CITBKNY4 Check Number: 764209

09/30/11   INF    06262 Baskin, Stuart                           30.48   26952607   31591914
                  Other Information Services - - VENDOR: E-LAW,
                  LLC
                  Bank ID: CITBKNY4 Check Number: 764183

09/30/11   INF    06262 Baskin, Stuart                          212.16   26956041   31592507
                  Other Information Services - - VENDOR: ALM
                  Bank ID: CITBKNY4 Check Number: 765191

09/30/11   INF    06262 Baskin, Stuart                          107.79   26968888   31594081
                  Other Information Services - - VENDOR:
                  COURTALERT.COM, INC.
                  Bank ID: CITBKNY4 Check Number: 764448

10/31/11   INF    06262 Baskin, Stuart                          105.62   26990544   31597080
                  Other Information Services - - VENDOR:
                  COURTALERT.COM, INC.
                  Bank ID: CITBKNY4 Check Number: 764755

10/31/11   INF    06262 Baskin, Stuart                          212.16   27007225   31599369
                  Other Information Services - - VENDOR: ALM
                  Bank ID: CITBKNY4 Check Number: 765576
```

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 02/17/12                      PROFORMA NO.       912595
02205-00016                                       BATCH NO.          709497
                                                  THROUGH DATE:    01/31/12
```

**NORTEL NETWORKS LIMITED**
**RESERVES RELEASE**
            Currency:  US DOLLARS
==============================================================================

```
             Cost
   Date      Code    Charged By                                  Amount   Index #    Voucher


 11/08/11    INF     08288 Wiener, Ira E.                         30.48  26990242   31597045
                     Other Information Services - - VENDOR: E-LAW,
                     LLC
                     Bank ID: CITBKNY4 Check Number: 764909

 11/30/11    INF     06262 Baskin, Stuart                         30.48  27038354   31603964
                     Other Information Services - - VENDOR: E-LAW,
                     LLC
                     Bank ID: CITBKNY4 Check Number: 765528

 11/30/11    INF     06262 Baskin, Stuart                        212.16  27049417   31605752
                     Other Information Services - - VENDOR: ALM
                     Bank ID: CITBKNY4 Check Number: 765925

 12/14/11    INF     06262 Baskin, Stuart                        113.23  27047234   31605315
                     Other Information Services - - VENDOR:
                     COURTALERT.COM, INC.
                     Bank ID: CITBKNY4 Check Number: 765750

 12/31/11    INF     06262 Baskin, Stuart                         30.48  27086470   31612121
                     Other Information Services - - VENDOR: E-LAW,
                     LLC
                     Bank ID: CITBKNY4 Check Number: 766533

 01/04/12    INF     06262 Baskin, Stuart                         12.50  27108020   31616017
                     Other Information Services - - VENDOR: PACER
                     SERVICE CENTER   PACER COST REALLOCATION REPORT.
                     OCTOBER - DECEMBER 2011.
                     Bank ID: CITBKNY4 Check Number: 766857

 01/05/12    INF     06262 Baskin, Stuart                         30.48  27113315   31616828
                     Other Information Services - - VENDOR: E-LAW,
                     LLC
                     Bank ID: CITBKNY4 Check Number: 767079


             TOTAL                                             1,533.98
```

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 02/17/12                    PROFORMA NO.       912596
02205-00018                                     BATCH NO.          709497
                                                THROUGH DATE: 01/31/12
```

**NORTEL NETWORKS LIMITED**
**MARCH 2004 ERISA ACTION**

Currency:  US DOLLARS
================================================================================

## Costcard Detail

```
        Cost
Date    Code   Charged By                                    Amount    Index #    Voucher

08/31/11 INF   06262 Baskin, Stuart                           53.62   26915485   31585996
               Other Information Services - - VENDOR:
               COURTALERT.COM, INC.
               Bank ID: CITBKNY4 Check Number: 763543

10/04/11 INF   06262 Baskin, Stuart                            6.50   26975132   31595404
               Other Information Services - - VENDOR: PACER
               SERVICE CENTER
               Bank ID: CITBKNY4 Check Number: 764500


               TOTAL                                          60.12
```

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 02/17/12                          PROFORMA NO.         912597
02205-00020                                           BATCH NO.            709497
                                                      THROUGH DATE: 01/31/12
```

**NORTEL NETWORKS LIMITED**
**EPICON LITIGATION**

            Currency:   US DOLLARS
================================================================================

                                Costcard Detail

```
          Cost
Date      Code    Charged By                                    Amount    Index #     Voucher

08/01/11  INF     06262 Baskin, Stuart                            15.24   26872628    31580267
                  Other Information Services - - VENDOR: E-LAW,
                  LLC
                  Bank ID: CITBKNY4 Check Number: 762848

08/01/11  INF     06262 Baskin, Stuart                            15.24   26913298    31585718
                  Other Information Services - - VENDOR: E-LAW,
                  LLC
                  Bank ID: CITBKNY4 Check Number: 763600

08/31/11  INF     06262 Baskin, Stuart                            37.56   26915486    31585996
                  Other Information Services - - VENDOR:
                  COURTALERT.COM, INC.
                  Bank ID: CITBKNY4 Check Number: 763543

08/31/11  INF     06262 Baskin, Stuart                            14.52   26919843    31586888
                  Other Information Services - - VENDOR: ALM
                  Bank ID: CITBKNY4 Check Number: 764209

09/30/11  INF     06262 Baskin, Stuart                            15.24   26952608    31591914
                  Other Information Services - - VENDOR: E-LAW,
                  LLC
                  Bank ID: CITBKNY4 Check Number: 764183

09/30/11  INF     06262 Baskin, Stuart                            13.26   26956042    31592507
                  Other Information Services - - VENDOR: ALM
                  Bank ID: CITBKNY4 Check Number: 765191

09/30/11  INF     06262 Baskin, Stuart                            35.93   26968889    31594081
                  Other Information Services - - VENDOR:
                  COURTALERT.COM, INC.
                  Bank ID: CITBKNY4 Check Number: 764448

10/31/11  INF     06262 Baskin, Stuart                            34.30   26990545    31597080
                  Other Information Services - - VENDOR:
                  COURTALERT.COM, INC.
                  Bank ID: CITBKNY4 Check Number: 764755

10/31/11  INF     06262 Baskin, Stuart                            13.26   27007226    31599369
                  Other Information Services - - VENDOR: ALM
                  Bank ID: CITBKNY4 Check Number: 765576
```

## SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 02/17/12                    PROFORMA NO.        912597
02205-00020                                     BATCH NO.           709497
                                                THROUGH DATE:     01/31/12
```

**NORTEL NETWORKS LIMITED**
**EPICON LITIGATION**
          Currency:  US DOLLARS
==============================================================================

```
            Cost
  Date      Code    Charged By                           Amount   Index #   Voucher

11/08/11    INF     08288 Wiener, Ira E.                  15.24  26990243  31597045
                    Other Information Services - - VENDOR: E-LAW,
                    LLC
                    Bank ID: CITBKNY4 Check Number: 764909

11/30/11    INF     06262 Baskin, Stuart                  15.24  27038355  31603964
                    Other Information Services - - VENDOR: E-LAW,
                    LLC
                    Bank ID: CITBKNY4 Check Number: 765528

11/30/11    INF     06262 Baskin, Stuart                  13.26  27049418  31605752
                    Other Information Services - - VENDOR: ALM
                    Bank ID: CITBKNY4 Check Number: 765925

12/14/11    INF     06262 Baskin, Stuart                  35.93  27047235  31605315
                    Other Information Services - - VENDOR:
                    COURTALERT.COM, INC.
                    Bank ID: CITBKNY4 Check Number: 765750

12/31/11    INF     06262 Baskin, Stuart                  15.24  27086471  31612121
                    Other Information Services - - VENDOR: E-LAW,
                    LLC
                    Bank ID: CITBKNY4 Check Number: 766533

01/05/12    INF     06262 Baskin, Stuart                  15.24  27113316  31616828
                    Other Information Services - - VENDOR: E-LAW,
                    LLC
                    Bank ID: CITBKNY4 Check Number: 767079


                    TOTAL                                304.70
```

## SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 02/17/12                          PROFORMA NO.       912598
02205-00021                                           BATCH NO.          709497
                                                      THROUGH DATE: 01/31/12
```

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

Currency:  US DOLLARS
================================================================================

### Costcard Detail

```
         Cost
Date     Code   Charged By                                    Amount   Index #    Voucher

08/01/11 INF    06262 Baskin, Stuart                           15.24  26872629   31580267
                Other Information Services - - VENDOR: E-LAW,
                LLC
                Bank ID: CITBKNY4 Check Number: 762848

08/01/11 INF    06262 Baskin, Stuart                           15.24  26913299   31585718
                Other Information Services - - VENDOR: E-LAW,
                LLC
                Bank ID: CITBKNY4 Check Number: 763600

08/31/11 INF    06262 Baskin, Stuart                           37.56  26915487   31585996
                Other Information Services - - VENDOR:
                COURTALERT.COM, INC.
                Bank ID: CITBKNY4 Check Number: 763543

09/30/11 INF    06262 Baskin, Stuart                           15.24  26952609   31591914
                Other Information Services - - VENDOR: E-LAW,
                LLC
                Bank ID: CITBKNY4 Check Number: 764183

09/30/11 INF    06262 Baskin, Stuart                           35.93  26968890   31594081
                Other Information Services - - VENDOR:
                COURTALERT.COM, INC.
                Bank ID: CITBKNY4 Check Number: 764448

10/04/11 INF    06262 Baskin, Stuart                           10.25  26975133   31595404
                Other Information Services - - VENDOR: PACER
                SERVICE CENTER
                Bank ID: CITBKNY4 Check Number: 764500

10/31/11 INF    06262 Baskin, Stuart                           39.74  26990546   31597080
                Other Information Services - - VENDOR:
                COURTALERT.COM, INC.
                Bank ID: CITBKNY4 Check Number: 764755

11/08/11 INF    08288 Wiener, Ira E.                           15.24  26990244   31597045
                Other Information Services - - VENDOR: E-LAW,
                LLC
                Bank ID: CITBKNY4 Check Number: 764909

11/30/11 INF    06262 Baskin, Stuart                           15.24  27038356   31603964
```

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 02/17/12            PROFORMA NO.         912598
02205-00021                             BATCH NO.            709497
                                        **THROUGH DATE: 01/31/12**

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**
          Currency:  US DOLLARS
================================================================================
          Cost
  Date    Code   Charged By                                     Amount   Index #   Voucher
                 Other Information Services - - VENDOR: E-LAW,
                 LLC
                 Bank ID: CITBKNY4 Check Number: 765528

12/14/11  INF    06262 Baskin, Stuart                            44.09  27047236  31605315
                 Other Information Services - - VENDOR:
                 COURTALERT.COM, INC.
                 Bank ID: CITBKNY4 Check Number: 765750

12/31/11  INF    06262 Baskin, Stuart                            15.24  27086472  31612121
                 Other Information Services - - VENDOR: E-LAW,
                 LLC
                 Bank ID: CITBKNY4 Check Number: 766533

01/05/12  INF    06262 Baskin, Stuart                            15.24  27113317  31616828
                 Other Information Services - - VENDOR: E-LAW,
                 LLC
                 Bank ID: CITBKNY4 Check Number: 767079


          TOTAL                                                 274.25