**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                                                    :
*In re*                                             :        Chapter 11
                                                    :
Nortel Networks Inc., *et al.,* [3]                 :        Case No. 09-10138 (KG)
                                                    :
                         Debtors.                   :        Jointly Administered
                                                    :
---------------------------------------------------------X    **Objections Due:  March 19, 2012 at 4:00 p.m. (ET)**

**ORDER GRANTING TENTH QUARTERLY FEE APPLICATION**
**REQUEST OF SHEARMAN & STERLING LLP, AS NON-ORDINARY COURSE**
**PROFESSIONAL SPECIAL LITIGATION COUNSEL TO**
**DEBTORS AND DEBTORS-IN-POSSESSION FOR**
**THE PERIOD AUGUST 1, 2011 THROUGH JANUARY 31, 2012**

Upon consideration of the Tenth Quarterly Fee Application Request (the "Request") of Shearman & Sterling LLP ("Shearman & Sterling "), Non-ordinary Course Professional Special Litigation Counsel for the above captioned debtors and debtors-in-possession (the "Debtors") for the period from August 1, 2011 through and including January 31, 2012; and upon consideration of the interim fee application subject to the Request (the "Fee Application"); the Court having reviewed the Request and the Fee Application; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[3] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

IT IS HEREBY ORDERED that:

1.   The Request is GRANTED.

2.   Shearman & Sterling is allowed compensation and reimbursement of expenses for the period and in the amounts set forth in its Request, subject to the filing of a final fee application by Shearman & Sterling.

3.   The Debtor is authorized and directed to disburse to Shearman & Sterling payment in the amount of the difference between (a) 100% of the total fees and expenses set forth in the Fee Application and (b) the actual interim payments received by Shearman & Sterling for fees and expenses under the Fee Application, as set forth in the Request.

4.   The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5.   This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6.   This Order shall be effective immediately upon entry.

Dated: _____, 2012

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE