IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> Nortel Networks Inc. et al.,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 09-10138 (KG) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Hearing Date: March 22, 2012 at 10.00 a.m.** |

### NOTICE OF TWELFTH INTERIM FEE APPLICATION REQUEST

Name of Applicant: Ashurst LLP

Authorized to Provide
Professional Services to: Official Committee of Unsecured Creditors

Date of Retention: March 5, 2009, (nunc pro tunc to January 30, 2009)

Period for which compensation
and reimbursement is sought: November 01, 2011 through January 31, 2012[2]

Amount of Compensation sought as
actual, reasonable and necessary: £140,100.50 (US$222,759.79)[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: £7,011.64 (US$11,148.51)[4]

This is (a)n: _X_ interim ____ final application
Summary of Fee Applications for Compensation Period:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Ashurst LLP's November 2011, December 2011, and January 2012 monthly fee applications are incorporated herein by reference.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £ US$1.59 as published by Bloomberg.com on the date of the application.

[4] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £ US$1.59 as published by Bloomberg.com on the date of the application.

22424863.01

|  |  | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees (80%)** | **Expenses (100%)** | **Fees (20%)** |
| Date Filed: 12/16/11 Docket No. 7001 | 11/01/11 – 11/30/11 | £60,613.50 | £4,994.66 | £48,490.80 | £4,994.66 | £12,122.70 |
| Date Filed: 01/24/12 Docket No. 7127 | 12/01/11 – 12/31/11 | £61,924.50 | £1,819.55 | £49,539.60 | £1,819.55 | £12,384.90 |
| Date Filed: 02/23/12 Docket No. 7260 | 01/01/12 – 01/31/12 | £17,562.50 | £197.43 | Pending Obj deadline 03/15/12 £14,050.00 | Pending Obj deadline 03/15/12 £197.43 | £3,512.50 |
| **TOTALS:** |  | £140,100.50 | £7,011.64 | £112,080.40[5] | £7,011.64[6] | £28,020.10 |

Summary of any Objections to Fee Applications: None.

Dated: February 27, 2012
    London, United Kingdom

_____
**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone: +44 (0)20 7638 1111
Facsimile: +44 (0)20 7638 1112

European Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[5] The total amount reflected in this column including amounts pending approval.

[6] The total amount reflected in this column including amounts pending approval.

2