**Nortel Networks Corporation**
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 1/1/2012 through 1/31/2012

| Professional | Position | 2011 Billing Rate | Billing Rate Effective 1/1/12 | Hours | Fees |
|---|---|---|---|---|---|
| C. Kearns | Executive Director | $760 | $795 | 15.60 | $12,402.00 |
| J. Borow | Executive Director | $760 | $795 | 62.20 | $49,449.00 |
| J. Hyland | Executive Director | $595 | $610 | 173.40 | $105,774.00 |
| T. Morilla | Director | $310 | $360 | 152.10 | $54,756.00 |
| M. Haverkamp | Paraprofessional | $120 | $120 | 4.30 | $516.00 |
| **For the Period 1/1/2012 through 1/31/2012** | | | | **407.60** | **$222,897.00** |