**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 1/1/2012 through 1/31/2012**

| Task Code | Hours | Fees |
|---|---:|---:|
| 01. Asset Acquisition/Disposition | 66.80 | $38,268.00 |
| 05. Professional Retention/Fee Application Preparation | 20.80 | $10,074.00 |
| 07. Interaction/Mtgs w/ Debtors/Counsel | 13.10 | $9,193.50 |
| 08. Interaction/Mtgs w Creditors | 36.60 | $26,507.00 |
| 09. Employee Issues/KEIP | 44.70 | $21,499.00 |
| 10. Recovery/SubCon/Lien Analysis | 61.90 | $29,103.50 |
| 11. Claim Analysis/Accounting | 51.10 | $25,639.50 |
| 13. Intercompany Transactions/Bal | 6.20 | $3,232.00 |
| 17. Analysis of Historical Results | 21.80 | $13,272.50 |
| 18. Operating and Other Reports | 37.20 | $21,686.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 8.50 | $3,160.00 |
| 20. Projections/Business Plan/Other | 29.30 | $15,147.00 |
| 26. Tax Issues | 6.50 | $4,224.00 |
| 33. Intellectual Property | 3.10 | $1,891.00 |
| **For the Period 1/1/2012 through 1/31/2012** | **407.60** | **$222,897.00** |