# Nortel Networks Corporation
## Capstone Advisory Group, LLC
## Exhibit C: Detailed Time Descriptions
## For the Period 1/1/2012 through 1/31/2012

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 1/3/2012 | C. Kearns | 0.40 | Reviewed latest allocation scenarios. |
| 1/3/2012 | J. Hyland | 0.60 | Participated in call with M. Kennedy re: proceeds mediation. |
| 1/3/2012 | J. Hyland | 1.20 | Followed-up on M. Kennedy call. |
| 1/3/2012 | J. Hyland | 2.80 | Reviewed allocation analyses. |
| 1/5/2012 | J. Hyland | 0.10 | Conducted call with M. Kennedy re: proceeds allocation. |
| 1/5/2012 | J. Hyland | 2.60 | Analyzed mediation statement. |
| 1/5/2012 | J. Hyland | 2.90 | Reviewed prior mediation statements. |
| 1/9/2012 | J. Hyland | 1.70 | Continued reviewing mediation statements for reporting. |
| 1/9/2012 | J. Hyland | 2.90 | Reviewed mediation statements for reporting. |
| 1/10/2012 | C. Kearns | 0.50 | Discussed with counsel issues re: retention of possible testifying experts. |
| 1/10/2012 | J. Hyland | 1.50 | Reviewed proceeds allocation summary. |
| 1/11/2012 | J. Hyland | 2.00 | Reviewed proceeds allocation analyses. |
| 1/11/2012 | J. Hyland | 2.30 | Reviewed mediation statement summary. |
| 1/12/2012 | J. Hyland | 0.40 | Conducted calls with B. Kahn re: proceeds allocation summary. |
| 1/12/2012 | C. Kearns | 0.50 | Reviewed draft summary of mediation position and discuss with counsel. |
| 1/12/2012 | J. Hyland | 2.70 | Continued reviewing proceeds allocation summary and assumptions. |
| 1/12/2012 | J. Hyland | 2.90 | Reviewed proceeds allocation summary and assumptions. |
| 1/20/2012 | J. Hyland | 2.40 | Analyzed portion of mediation statement. |
| 1/23/2012 | C. Kearns | 0.40 | Updated allocation analysis. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/23/2012 | T. Morilla | 1.60 | Reviewed and analyzed the 4th Estate settlement documents. |
| 1/23/2012 | T. Morilla | 2.10 | Reviewed previous mediation documents and mediation strategies. |
| 1/23/2012 | J. Hyland | 2.20 | Analyzed financial information for mediation statement. |
| 1/24/2012 | J. Hyland | 0.40 | Conducted call with M. Kennedy re: mediation statement. |
| 1/24/2012 | J. Hyland | 2.00 | Reviewed proceeds allocation calculations. |
| 1/25/2012 | J. Hyland | 0.50 | Conducted call with A. Bifield re: 4th Estate. |
| 1/25/2012 | T. Morilla | 1.30 | Continued to review and analyze the 4th Estate settlement documents. |
| 1/25/2012 | J. Hyland | 2.90 | Reviewed proceeds allocation assumptions. |
| 1/25/2012 | J. Hyland | 2.90 | Analyzed 4th Estate schedules and agreement. |
| 1/26/2012 | J. Hyland | 2.00 | Reviewed the 4th Estate settlement documentation and related calculations. |
| 1/26/2012 | T. Morilla | 2.40 | Reviewed and analyzed the estate-owned assets. |
| 1/27/2012 | C. Kearns | 0.20 | Analyzed status of Fourth Estate draft settlement. |
| 1/27/2012 | J. Hyland | 0.50 | Participated in call with Cleary and counsel re: 4th Estate. |
| 1/27/2012 | T. Morilla | 2.20 | Continued to review the estate-owned assets. |
| 1/27/2012 | J. Hyland | 2.50 | Reviewed proceeds allocation calculations from issues list. |
| 1/27/2012 | J. Hyland | 2.80 | Reviewed proceeds allocation issues list. |
| 1/31/2012 | J. Hyland | 1.00 | Participated in call with M. Kennedy re: assets and liabilities schedules. |
| 1/31/2012 | T. Morilla | 1.80 | Reviewed and analyzed the estate-owned assets. |
| 1/31/2012 | J. Hyland | 2.10 | Reviewed assets and liabilities schedules. |
| 1/31/2012 | J. Hyland | 2.60 | Reviewed mediation statements. |
| Subtotal | | 66.80 | |
| **05. Professional Retention/Fee Application Preparation** | | | |
| 1/3/2012 | J. Hyland | 0.90 | Prepared supplemental declaration disclosure. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/4/2012 | M. Haverkamp | 0.80 | Prepared November 2011 fee application. |
| 1/5/2012 | M. Haverkamp | 1.00 | Prepared November 2011 fee application. |
| 1/10/2012 | J. Hyland | 1.30 | Reviewed fee application. |
| 1/12/2012 | J. Hyland | 0.50 | Reviewed final November fee application. |
| 1/13/2012 | C. Kearns | 0.50 | Analyzed issues re: supplemental affidavit. |
| 1/13/2012 | M. Haverkamp | 2.50 | Prepared December 2011 fee application. |
| 1/17/2012 | J. Hyland | 1.70 | Revised affidavit. |
| 1/20/2012 | J. Hyland | 1.00 | Reviewed Affidavit revisions. |
| 1/23/2012 | J. Hyland | 1.10 | Revised supplemental disclosure and discussed with counsel. |
| 1/25/2012 | J. Hyland | 0.10 | Conducted call with J. Sturm re: supplemental affidavit. |
| 1/25/2012 | J. Borow | 1.10 | Reviewed issues pertaining to supplemental declaration for Capstone. |
| 1/25/2012 | T. Morilla | 1.20 | Continued working on the December fee application. |
| 1/25/2012 | T. Morilla | 2.90 | Worked on the December fee application. |
| 1/26/2012 | J. Hyland | 0.80 | Finalized supplemental disclosure for filing. |
| 1/26/2012 | J. Borow | 1.20 | Reviewed issues pertaining to supplemental declaration for Capstone. |
| 1/30/2012 | J. Hyland | 1.90 | Reviewed fee application. |
| 1/31/2012 | J. Hyland | 0.10 | Conducted call with J. Sturm re: supplemental disclosure. |
| 1/31/2012 | J. Hyland | 0.20 | Finalized supplemental disclosure. |
| Subtotal | | 20.80 | |

**07. Interaction/Mtgs w/ Debtors/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/3/2012 | J. Hyland | 0.50 | Conducted call with A. Bifield re: Corporate Group matters. |
| 1/9/2012 | C. Kearns | 0.50 | Participated in status call with J. Ray, CGSH, counsel and Milbank. |
| 1/9/2012 | J. Borow | 1.20 | Prepared for (0.7) and participated (0.5) in meeting with Debtor re: status of mediation and other topics. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/10/2012 | J. Hyland | 1.10 | Participated in call with J. Ray, L. Schweitzer, M. Fleming, FTI, and counsel re: retirees and LTD. |
| 1/10/2012 | J. Borow | 1.70 | Prepared for, attended, and participated in meeting with Debtor and professionals re: operating performance of Debtors. |
| 1/10/2012 | J. Hyland | 4.00 | Participated in a portion of the call with J. Ray, T. Ross, NNI personnel, and FTI re: NNI financial reporting and AIP. |
| 1/18/2012 | J. Hyland | 0.50 | Participated on call with J. Bromley, J. Ray, D. Botter, M. Wunder, and S. Kukulowicz re: weekly status discussion. |
| 1/19/2012 | J. Hyland | 0.50 | Conducted call with M. Kennedy re: mediation statement. |
| 1/23/2012 | C. Kearns | 0.50 | Participated in status call with the U.S. Debtors. |
| 1/30/2012 | C. Kearns | 0.80 | Participated in status call with Debtor and related follow-up with counsel. |
| 1/31/2012 | C. Kearns | 1.80 | Prepared for and met with counsel, FTI, CGSH, Milbank and counsel to French liquidator. |
| Subtotal | | 13.10 | |
| **08. Interaction/Mtgs w/ Creditors** | | | |
| 1/3/2012 | J. Hyland | 0.80 | Participated in weekly status call with UCC professionals. |
| 1/3/2012 | C. Kearns | 0.80 | Participated in status call with UCC professionals and related preparation. |
| 1/4/2012 | C. Kearns | 0.50 | Responded to inbound inquiries from creditors. |
| 1/4/2012 | C. Kearns | 0.80 | Participated on UCC call to discuss recent developments re: UK pension claims and related matters. |
| 1/4/2012 | J. Borow | 2.30 | Prepared for (1.5) and participated in (0.8) meeting with UCC and professionals to the Committee. |
| 1/5/2012 | C. Kearns | 0.40 | Responded to inbound calls from creditors. |
| 1/5/2012 | J. Borow | 1.60 | Participated in discussions with various creditors and other parties of interest re: status of matter. |
| 1/6/2012 | J. Borow | 1.20 | Participated in discussions with various creditors and other parties of interest re: status of matter. |
| 1/9/2012 | J. Hyland | 0.20 | Conducted call with B. Kahn re: mediation statements and UCC reporting. |
| 1/9/2012 | J. Hyland | 0.80 | Prepared for (0.3) and participated in (0.5) call with J. Bromley, counsel, Chilmark, J. Ray, Fraser, Milbank (for a portion of the call), and other Canadian counsel (for a portion of the call) re: update discussion. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/9/2012 | J. Borow | 2.30 | Participated in discussions with various creditors and other parties of interest re: status of matter. |
| 1/11/2012 | J. Hyland | 0.50 | Participated in weekly status call with UCC professionals. |
| 1/12/2012 | C. Kearns | 0.60 | Participated in discussion of issues with counsel. |
| 1/12/2012 | J. Hyland | 0.70 | Prepared for UCC meeting. |
| 1/12/2012 | C. Kearns | 0.70 | Participated on telephone UCC meeting. |
| 1/12/2012 | J. Hyland | 0.70 | Participated in UCC call with UCC professionals. |
| 1/18/2012 | J. Hyland | 0.20 | Conducted call with S. Kukulowicz re: former Canadian management. |
| 1/19/2012 | J. Hyland | 0.40 | Participated in weekly status call with UCC professionals. |
| 1/19/2012 | J. Hyland | 0.40 | Conducted calls with J. Sturm re: UCC reports. |
| 1/20/2012 | C. Kearns | 0.40 | Participated in status discussion with counsel. |
| 1/20/2012 | J. Hyland | 0.40 | Participated in call with counsel re: UCC meeting following matters. |
| 1/20/2012 | J. Hyland | 0.50 | Participated in weekly UCC meeting with UCC professionals. |
| 1/20/2012 | C. Kearns | 0.50 | Participated in weekly UCC call. |
| 1/20/2012 | J. Hyland | 2.60 | Prepared for UCC meeting. |
| 1/20/2012 | J. Borow | 2.60 | Participated in discussions with various creditors and other parties of interest re: status of matter. |
| 1/23/2012 | J. Hyland | 1.30 | Participated in portion of call with UCC, counsel and Fraser. |
| 1/23/2012 | J. Borow | 1.50 | Reviewed and discussed mediation issues with other professional in the matter. |
| 1/23/2012 | C. Kearns | 2.20 | Prepared for (0.7) and participated in (1.5) UCC meeting re: mediation related preparation and follow up with counsel. |
| 1/25/2012 | C. Kearns | 0.80 | Participated in call with UCC professionals re: status. |
| 1/25/2012 | J. Hyland | 1.10 | Participated in weekly status call with UCC advisors. |
| 1/25/2012 | J. Hyland | 2.10 | Prepared for UCC meeting. |
| 1/26/2012 | C. Kearns | 0.50 | Participated in portion of weekly UCC call. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/26/2012 | J. Hyland | 0.80 | Participated in UCC call with UCC professionals. |
| 1/26/2012 | J. Borow | 1.10 | Participated in discussions with various creditors and other parties of interest re: status of matter. |
| 1/27/2012 | J. Borow | 1.80 | Participated in discussions with various creditors and other parties of interest re: status of matter. |
| 1/30/2012 | J. Hyland | 0.20 | Interacted with a creditor. |
| 1/31/2012 | J. Hyland | 0.30 | Participated in discussion with a creditor. |
| Subtotal | | 36.60 | |

**09. Employee Issues/KEIP**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/4/2012 | J. Borow | 0.80 | Reviewed current employee compensation issues in the US. |
| 1/6/2012 | T. Morilla | 2.80 | Reviewed and analyzed LTD issues. |
| 1/10/2012 | J. Borow | 2.40 | Prepared for attended and participated in meeting with Debtor and professionals re: employee incentive plans and compensation. |
| 1/11/2012 | T. Morilla | 1.50 | Continued to review the employee incentive program results. |
| 1/11/2012 | T. Morilla | 1.80 | Reviewed the employee incentive program results. |
| 1/13/2012 | T. Morilla | 1.90 | Prepared charts for the employee incentive program presentation. |
| 1/13/2012 | T. Morilla | 2.30 | Continued preparing employee incentive results presentation. |
| 1/13/2012 | T. Morilla | 2.90 | Began preparing the employee incentive results presentation. |
| 1/16/2012 | J. Hyland | 1.30 | Reviewed NBS AIP report for UCC. |
| 1/16/2012 | T. Morilla | 1.50 | Continued to review the projected payouts for the employee incentive programs. |
| 1/16/2012 | T. Morilla | 2.20 | Reviewed previous employee incentive presentations. |
| 1/16/2012 | T. Morilla | 2.70 | Continued to revise the employee incentive program results presentation based on comments. |
| 1/17/2012 | J. Borow | 1.40 | Reviewed and analyzed proposed year end incentive payments to employees. |
| 1/17/2012 | J. Hyland | 2.70 | Reviewed NBS AIP and NSIP report. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/17/2012 | T. Morilla | 2.80 | Made additional changes to the employee incentive program results presentation based on comments. |
| 1/17/2012 | J. Hyland | 2.90 | Reviewed NBS AIP and NSIP information from the Debtors. |
| 1/18/2012 | T. Morilla | 1.00 | Continued to review open questions on the employee incentive program. |
| 1/18/2012 | T. Morilla | 1.00 | Continued to edit the employee incentive program results presentation. |
| 1/18/2012 | J. Hyland | 1.20 | Reviewed revised AIP and NSIP report. |
| 1/18/2012 | T. Morilla | 1.80 | Reviewed questions and responses on the employee incentive program. |
| 1/18/2012 | J. Borow | 2.60 | Reviewed and analyzed proposed year end incentive payments to employees. |
| 1/19/2012 | T. Morilla | 1.00 | Prepared employee incentive program talking points. |
| 1/19/2012 | T. Morilla | 1.20 | Revised the employee incentive program presentation based on comments. |
| 1/24/2012 | J. Hyland | 1.00 | Reviewed retirement and LTD related information. |
| Subtotal | | 44.70 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/3/2012 | J. Borow | 1.60 | Reviewed issues relating to various recovery analyses. |
| 1/3/2012 | T. Morilla | 2.30 | Performed additional scenario analyses on recovery results. |
| 1/5/2012 | T. Morilla | 2.40 | Continued to review the disputed items list. |
| 1/5/2012 | T. Morilla | 2.70 | Reviewed disputed items list and the effects on recoveries. |
| 1/6/2012 | J. Borow | 2.60 | Reviewed and analyzed recovery analyses. |
| 1/6/2012 | T. Morilla | 2.60 | Continued to review and analyze recovery scenarios. |
| 1/10/2012 | T. Morilla | 1.20 | Continued to run additional scenarios in the recovery model. |
| 1/10/2012 | T. Morilla | 2.80 | Continued preparing the recovery analysis comparison document. |
| 1/10/2012 | T. Morilla | 2.90 | Created recovery analysis comparison document. |
| 1/11/2012 | T. Morilla | 1.00 | Continued reviewing the recovery analyses document. |
| 1/11/2012 | T. Morilla | 2.30 | Continued to revise the recovery comparison document. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/12/2012 | T. Morilla | 1.50 | Reviewed and analyzed the proposal comparison document for recoveries. |
| 1/12/2012 | T. Morilla | 1.80 | Revised the proposal comparison documents based on comments. |
| 1/12/2012 | T. Morilla | 1.90 | Reviewed and analyzed the proposal comparison document for allocation metrics. |
| 1/12/2012 | T. Morilla | 1.90 | Continued to revise the recovery model based on comments. |
| 1/12/2012 | T. Morilla | 2.10 | Incorporated additional changes to the recovery analyses document. |
| 1/13/2012 | J. Borow | 0.40 | Continued reviewing recovery scenarios and potential presentations to mediator. |
| 1/13/2012 | J. Borow | 2.90 | Reviewed recovery scenarios and potential presentations to mediator. |
| 1/16/2012 | J. Borow | 1.40 | Reviewed various recovery scenarios and related assumptions, criteria and results. |
| 1/17/2012 | J. Borow | 2.40 | Reviewed various recovery scenarios and related assumptions, criteria and results. |
| 1/17/2012 | T. Morilla | 2.70 | Continued to review recovery scenarios. |
| 1/20/2012 | T. Morilla | 2.80 | Continued to review recovery scenarios. |
| 1/24/2012 | T. Morilla | 1.90 | Continued to review recovery model assumptions. |
| 1/24/2012 | T. Morilla | 2.70 | Reviewed and analyzed recovery model assumptions. |
| 1/25/2012 | T. Morilla | 1.90 | Continued to review and analyze the mediation documents and strategies. |
| 1/26/2012 | T. Morilla | 1.80 | Reviewed and analyzed the simplified recovery model. |
| 1/27/2012 | J. Borow | 2.20 | Reviewed issues pertaining to recovery analyses. |
| 1/27/2012 | T. Morilla | 2.30 | Continued to review the recovery model. |
| 1/31/2012 | J. Borow | 1.20 | Reviewed recovery scenarios and issues relating to mediation. |
| 1/31/2012 | J. Hyland | 1.70 | Analyzed recovery scenario. |
| Subtotal | | 61.90 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/3/2012 | J. Borow | 1.40 | Reviewed cross-border claims and related issues. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/3/2012 | T. Morilla | 2.40 | Continued to review claim calculations. |
| 1/4/2012 | J. Hyland | 0.50 | Conducted call with R. Marcus re: claimant details. |
| 1/4/2012 | J. Borow | 0.80 | Reviewed potential employee claims and LTD claims. |
| 1/4/2012 | T. Morilla | 1.90 | Reviewed and updated claims schedules. |
| 1/4/2012 | J. Hyland | 2.00 | Continued reviewing NNI claims. |
| 1/4/2012 | T. Morilla | 2.10 | Continued to update the claims schedules. |
| 1/4/2012 | T. Morilla | 2.60 | Updated claim schedules. |
| 1/4/2012 | J. Hyland | 2.80 | Continued reviewing NNI claims. |
| 1/4/2012 | J. Hyland | 2.90 | Analyzed NNI claims. |
| 1/5/2012 | J. Borow | 1.50 | Reviewed cross-border claims and related issues. |
| 1/9/2012 | T. Morilla | 2.50 | Reviewed and analyzed the Canadian claims. |
| 1/9/2012 | T. Morilla | 2.50 | Continued to review the cross-border claims. |
| 1/9/2012 | T. Morilla | 2.60 | Reviewed and analyzed the cross-border claims. |
| 1/10/2012 | T. Morilla | 1.20 | Reviewed and analyzed the cross-border claims. |
| 1/10/2012 | J. Borow | 2.20 | Prepared for, attended, and participated in meeting with Debtor and professionals re: employee claims and related issues. |
| 1/10/2012 | J. Borow | 2.60 | Prepared for, attended, and participated in meeting with Debtor and professionals re: cross-border claims and related issues. |
| 1/16/2012 | J. Borow | 1.50 | Reviewed updated cross border claims information. |
| 1/16/2012 | T. Morilla | 1.80 | Continued to review the cross-border claims. |
| 1/18/2012 | T. Morilla | 1.30 | Continued to review the Canadian claims. |
| 1/19/2012 | T. Morilla | 2.10 | Prepared UCC talking points for the cross-border claims. |
| 1/19/2012 | J. Hyland | 2.30 | Summarized cross-border claims for UCC. |
| 1/23/2012 | T. Morilla | 2.80 | Reviewed U.S. and Canadian third-party claims. |
| 1/24/2012 | J. Hyland | 0.90 | Reviewed stipulation and related information for Avnet. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/26/2012 | T. Morilla | 0.20 | Reviewed letter from U.S. Debtor to the LTD Committee. |
| 1/26/2012 | T. Morilla | 2.10 | Continued to review the U.S. and Canadian claims. |
| 1/27/2012 | C. Kearns | 0.10 | Analyzed status of issues re: 1114 committee. |
| 1/31/2012 | T. Morilla | 1.50 | Reviewed and analyzed the estate claims. |
| Subtotal | | 51.10 | |

**13. Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/24/2012 | T. Morilla | 2.20 | Reviewed and analyzed the restructuring manager's reports. |
| 1/26/2012 | J. Hyland | 1.40 | Analyzed working capital requirements in the APAC restructuring manager's report. |
| 1/26/2012 | J. Hyland | 2.60 | Analyzed APAC restructuring manager's reports. |
| Subtotal | | 6.20 | |

**17. Analysis of Historical Results**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/11/2012 | J. Borow | 1.60 | Reviewed historical operating results. |
| 1/12/2012 | J. Hyland | 2.00 | Prepared financial result summary for UCC. |
| 1/13/2012 | J. Hyland | 2.40 | Continued analyzing the 2011 actual results. |
| 1/13/2012 | J. Hyland | 2.70 | Analyzed 2011 actual results against budget. |
| 1/16/2012 | J. Hyland | 1.40 | Continued preparing NBS 2011 actual to budget report for UCC. |
| 1/16/2012 | J. Hyland | 2.80 | Analyzed NBS 2012 budget. |
| 1/16/2012 | J. Hyland | 2.90 | Prepared NBS 2011 actual to budget report for UCC. |
| 1/17/2012 | J. Hyland | 2.80 | Continued preparing NBS 2011 actual to budget report for UCC. |
| 1/20/2012 | J. Borow | 1.10 | Reviewed year-end financial information for U.S. estates. |
| 1/30/2012 | T. Morilla | 2.10 | Reviewed and analyzed the 3Q 11 10-Q. |
| Subtotal | | 21.80 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/3/2012 | J. Hyland | 2.10 | Reviewed reports for UCC. |
| 1/4/2012 | T. Morilla | 0.30 | Reviewed the Canadian Debtors' organizational structure. |
| 1/5/2012 | J. Borow | 1.90 | Reviewed monitor's report. |
| 1/6/2012 | C. Kearns | 0.30 | Analyzed status of wind-down activities. |
| 1/9/2012 | J. Borow | 1.10 | Reviewed historical information re: Canadian entities and related monitor report. |
| 1/9/2012 | J. Hyland | 2.50 | Analyzed reporting for UCC. |
| 1/10/2012 | J. Hyland | 0.50 | Reviewed documents for NNI financial and AIP meeting. |
| 1/11/2012 | J. Hyland | 1.40 | Summarized NNL operational status. |
| 1/18/2012 | T. Morilla | 0.60 | Reviewed and analyzed the 2011 professional fees for the U.S. Debtors. |
| 1/18/2012 | J. Hyland | 1.10 | Conducted calls with counsel re: UCC reporting. |
| 1/18/2012 | J. Hyland | 2.00 | Prepared UCC reporting topics. |
| 1/18/2012 | J. Hyland | 2.80 | Continued reviewing UCC reporting. |
| 1/18/2012 | J. Hyland | 2.90 | Reviewed UCC reporting. |
| 1/19/2012 | J. Borow | 1.10 | Reviewed current financial information of the Canadian estate. |
| 1/19/2012 | J. Hyland | 1.90 | Prepared discussion points for UCC meeting. |
| 1/19/2012 | T. Morilla | 2.10 | Reviewed and analyzed the UCC reports. |
| 1/19/2012 | J. Borow | 2.80 | Reviewed current financial information of the U.S. estate. |
| 1/25/2012 | J. Hyland | 0.10 | Conducted call with B. Kahn re: UCC reporting. |
| 1/25/2012 | C. Kearns | 0.20 | Reviewed draft report to UCC re: professional fees. |
| 1/25/2012 | J. Hyland | 0.40 | Conducted call with A. Rohan re: market pricing. |
| 1/25/2012 | T. Morilla | 1.40 | Reviewed the professional fees report. |
| 1/30/2012 | J. Hyland | 2.60 | Reviewed UCC reporting. |
| 1/31/2012 | T. Morilla | 2.30 | Continued to prepare the professional fee summary. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/31/2012 | T. Morilla | 2.80 | Prepared professional fee summary. |
| Subtotal | | 37.20 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/3/2012 | T. Morilla | 1.20 | Continued to review current U.S. cash. |
| 1/4/2012 | T. Morilla | 0.30 | Reviewed December 30 cash balances. |
| 1/10/2012 | T. Morilla | 0.40 | Reviewed the January 6th cash flash. |
| 1/13/2012 | T. Morilla | 0.70 | Reviewed the U.S. Debtors' cash flash at 12/30/11. |
| 1/13/2012 | T. Morilla | 0.90 | Reviewed the U.S. Debtors' cash flash at 1/6/12. |
| 1/17/2012 | T. Morilla | 0.30 | Reviewed and analyzed the 1/13 cash flash. |
| 1/20/2012 | T. Morilla | 1.00 | Reviewed the 1/13/12 U.S. Debtors' cash flash. |
| 1/23/2012 | J. Hyland | 0.40 | Reviewed cash balances. |
| 1/24/2012 | T. Morilla | 0.30 | Reviewed the January 20th cash flash. |
| 1/24/2012 | T. Morilla | 1.20 | Reviewed and analyzed the U.S. cash balances. |
| 1/30/2012 | T. Morilla | 1.80 | Reviewed and analyzed the U.S. and Canadian liquidity. |
| Subtotal | | 8.50 | |

**20. Projections/Business Plan/Other**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/10/2012 | T. Morilla | 1.90 | Reviewed and analyzed the U.S. Debtors' 2012 budget. |
| 1/11/2012 | T. Morilla | 2.80 | Continued to review the U.S. Debtors' financial budget. |
| 1/13/2012 | J. Hyland | 2.90 | Analyzed 2012 budget. |
| 1/16/2012 | J. Hyland | 2.00 | Prepared NBS 2012 budget report for UCC. |
| 1/18/2012 | T. Morilla | 2.50 | Reviewed and provided comments on the U.S. budget report. |
| 1/19/2012 | C. Kearns | 0.40 | Reviewed draft report for UCC re: budget. |
| 1/19/2012 | T. Morilla | 1.90 | Reviewed the U.S. Debtors' budget report. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/19/2012 | J. Hyland | 2.00 | Finalized 2011 and 2012 budget report. |
| 1/19/2012 | J. Hyland | 2.70 | Revised 2011 and 2012 budget report. |
| 1/23/2012 | J. Hyland | 1.30 | Prepared summary of forecasted professional fees for the UCC. |
| 1/23/2012 | J. Hyland | 1.50 | Analyzed forecasted professional fees. |
| 1/23/2012 | J. Hyland | 2.00 | Prepared report for UCC on forecasted professional fees. |
| 1/24/2012 | J. Hyland | 0.50 | Conducted call with T. Ross re: NNI budget. |
| 1/24/2012 | J. Hyland | 2.80 | Revised UCC report. |
| 1/30/2012 | T. Morilla | 2.10 | Continued to review the U.S. financial budget. |
| Subtotal | | 29.30 | |
| **26. Tax Issues** | | | |
| 1/5/2012 | J. Hyland | 0.20 | Conducted call with K. Rowe re: U.S. taxes and E&Y. |
| 1/5/2012 | J. Hyland | 1.30 | Analyzed tax matters. |
| 1/9/2012 | J. Hyland | 0.20 | Conducted call with K. Rowe re: taxes. |
| 1/10/2012 | J. Hyland | 0.10 | Conducted call with K. Rowe re: taxes and upcoming tax call. |
| 1/11/2012 | J. Hyland | 0.40 | Conducted call with K. Rowe re: U.S. taxes and NNI tax call. |
| 1/11/2012 | J. Hyland | 0.60 | Participated in call with E&Y Tax, K. Rowe, and J. Ray re: U.S. taxes. |
| 1/11/2012 | J. Hyland | 1.90 | Reviewed federal tax matters. |
| 1/18/2012 | C. Kearns | 0.30 | Analyzed update re: tax analysis. |
| 1/19/2012 | J. Hyland | 0.40 | Conducted call with K. Rowe re: U.S. taxes. |
| 1/23/2012 | J. Borow | 1.10 | Reviewed NOL information and other tax related issues. |
| Subtotal | | 6.50 | |
| **33. Intellectual Property** | | | |
| 1/26/2012 | J. Hyland | 0.20 | Conducted calls with A. Rohan re: IPA. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/26/2012 | J. Hyland | 0.30 | Participated in call with A. Rohan and S. Hamilton re: IPA. |
| 1/26/2012 | J. Hyland | 2.00 | Reviewed IPA status reports. |
| 1/27/2012 | J. Hyland | 0.30 | Participated in call with S. Hamilton and A. Rohan re: IPA. |
| 1/27/2012 | J. Hyland | 0.30 | Conducted call with A. Rohan re: IPA. |
| Subtotal | | 3.10 | |
| **Total Hours** | | **407.60** | |