**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 1/1/2012 through 1/31/2012**

| Date | Professional | Description | Amount |
|---|---|---|---|
| Auto Rental/Taxi | | | |
| 1/7/2012 | CAG Direct | Taxi in NY. | $96.70 |
| 1/7/2012 | CAG Direct | Taxi in NY. | $86.50 |
| **Subtotal - Auto Rental/Taxi** | | | **$183.20** |
| Telecom | | | |
| 1/8/2012 | CAG Direct | Telecommunication charges for Nortel. | $468.74 |
| **Subtotal - Telecom** | | | **$468.74** |
| **For the Period 1/1/2012 through 1/31/2012** | | | **$651.94** |