# SCHEDULE A
## THIRTY-THIRD INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
   **ERISA Litigation - Post Bankruptcy**

| DATE | ATTY | HRS | DESCRIPTION OF SERVICES RENDERED |
|---|---|---|---|
| L120 Analysis/Strategy | | | |
| 10/05/11 | JMS | .2 | Review notice filing by MDL ERISA plaintiffs regarding bankruptcy orders |
| | | SUB TOTAL | 85.00 |
| L160 Settlement/Non-Binding ADR | | | |
| 11/01/11 | RET | .3 | Communications with Peter Bisio and Lexecon regarding settlement-related issues |
| 11/01/11 | RET | .2 | Communications with Natalie Kossak regarding IFS's analysis |
| 11/01/11 | RET | .3 | Communications with plaintiffs' counsel regarding class information that needs to be transmitted to the settlement administrator |
| 11/01/11 | RET | .3 | Communications with Lexecon regarding releasing the SSNs to Hewitt so it can transmit the remaining class information to the settlement administrator |
| 11/01/11 | RET | 1.1 | Prepare information for IFS |
| 11/03/11 | RET | .8 | Prepare information for IFS |
| 11/03/11 | RET | .2 | Communications with Lexecon regarding participant data issues |
| 11/03/11 | RET | .7 | Work on settlement notice and participant data issues |
| 11/03/11 | RET | .4 | Review spreadsheets from Lexecon of the individuals who held the Nortel Stock Fund at any point in time during the period for which we have data from MetLife and Hewitt |
| 11/03/11 | RET | .2 | Communications with Jason Delong regarding participant data issues |
| 11/03/11 | RET | .2 | Communications with Daniel Ray regarding participant data issues |
| 11/03/11 | RET | .2 | Further communications with Daniel Ray regarding participant data issues |
| 11/08/11 | RET | .2 | Communications with Jason Delong from Hewitt regarding status of participant data |
| 11/08/11 | RET | .2 | Communications with Hewitt regarding spreadsheets of participants |
| 11/08/11 | RET | .3 | Communications with Anna Ventresca regarding final fairness hearing |

1

| Date | Code | Hours | Description |
|---|---|---|---|
| 11/08/11 | RET | .2 | Communications with Daniel Ray regarding status of participant data |
| 11/09/11 | RET | .4 | Communications with Hewitt regarding questions about spreadsheets of participants from Hewitt |
| 11/09/11 | RET | .4 | Review spreadsheets of participants from Hewitt |
| 11/09/11 | RET | .3 | Communications with plaintiffs' counsel regarding questions about spreadsheets of participants from Hewitt |
| 11/09/11 | RET | .2 | Further communications with Hewitt regarding questions about spreadsheets of participants from Hewitt |
| 11/11/11 | RET | .3 | Communications with plaintiffs' counsel regarding questions about spreadsheets of participants from Hewitt |
| 11/11/11 | RET | .2 | Communications with plaintiffs' counsel regarding information from Laurel Van Allen regarding participants from Metlife portion of the class period |
| 11/15/11 | RET | .3 | Prepare for call with plaintiffs' counsel regarding questions about participant lists for notice of settlement |
| 11/15/11 | RET | .2 | Communications with Ken Hashimoto regarding background information needed from IFS |
| 11/15/11 | RET | .1 | Communications with James Stovall regarding background information needed from IFS |
| 11/15/11 | RET | .2 | Communications with plaintiffs' counsel regarding questions about spreadsheets of participants from Hewitt |
| 11/15/11 | RET | .4 | Review updated spreadsheets of participants from Hewitt |
| 11/15/11 | RET | .2 | Communications with Natalie Kossak regarding background information needed for settlement |
| 11/15/11 | RET | .2 | Communications with Laurel Van Allen regarding questions about spreadsheets of participants from Hewitt |
| 11/15/11 | RET | .3 | Communications with plaintiffs' counsel regarding updated spreadsheets of participants from Hewitt |
| 11/15/11 | RET | .3 | Call with plaintiffs' counsel regarding questions about participant lists for notice of settlement |
| 11/15/11 | RET | .3 | Communications with Laurel Van Allen Metlife portion of the class period |
| 11/20/11 | RET | .3 | Communications with Laurel Van Allen regarding Metlife portion of the class period |
| 11/20/11 | RET | .4 | Review information from Laurel Van Allen regarding participants from Metlife portion of the class period |
| 11/21/11 | RET | .3 | Communications with plaintiffs' counsel regarding participant data issues |
| 11/22/11 | RET | .3 | Communications with plaintiffs' counsel regarding updated participant data from Lexecon |
| 11/22/11 | RET | .3 | Teleconference with Natalie Kossak regarding regarding SEC Fair Fund settlement |

| | | |
|---|---|---|
| 11/22/11 RET .4 | Review updated participant data from Lexecon |
| 11/22/11 RET .6 | Review information from Natalie Kossack regarding claims SEC "fair fund |
| 11/28/11 RET .3 | Communications with Ken Hashimoto regarding information requested by IFS |
| 11/29/11 RET 2.5 | Teleconference with IFS and its counsel regarding background of ERISA litigation and settlement |
| 11/29/11 RET .9 | Prepare for meeting with IFS regarding background of ERISA litigation and settlement |

        SUB TOTAL     8,200.00

L190 Other Case Assessment, Devel. & Adm

10/05/11 JMS   .3    Work on locating privilege logs for Peter Bisio

        SUB TOTAL     127.50

L240 Dispositive Motions

10/05/11 JMS   .2    Review motion to dismiss certain defendants

        SUB TOTAL     85.00

TOTAL SERVICES               8,497.50

TOTAL HOURS:               17.1
FEE GRAND TOTAL:        $8,497.50
NORTEL'S 50% TOTAL:     $4,248.75

**NORTEL NETWORKS-ERISA Litigation**
  **ERISA Litigation - Post Bankruptcy – Non-Insurance**

DATE ATTY    HRS        DESCRIPTION OF SERVICES RENDERED

L120 Analysis/Strategy

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 11/01/11 | RET | .20 | Communications with Annie Cordo regarding Eleventh Quarterly Fee Hearing |
| 11/01/11 | RET | .20 | Communications with Jason Stein and Rhonda James regarding Eleventh Quarterly Fee Hearing |
| 11/11/11 | RET | .30 | Review 30th interim fee application and exhibits |
| 11/11/11 | RET | .30 | Review 31st interim fee application and exhibits |
| 11/11/11 | JMS | .70 | Edit 31st interim fee application and exhibits |
| 11/11/11 | JMS | .60 | Edit 30th interim fee application and exhibits |
| 11/17/11 | RET | .30 | Review 32nd interim fee application and exhibits |
| 11/18/11 | RET | .40 | Communications with Annie Cordo, Jason Stein, and Rhonda James regarding issues related to 32nd interim fee application |
| 11/21/11 | JMS | 1.00 | Edit 11th quarterly fee application and 32nd interim application |
| 11/21/11 | JMS | .20 | Communications with Annie Cordo regarding revised 32nd fee application and 11th quarterly fee application |
| 11/22/11 | RET | .30 | Communications with Annie Cordo regarding revised 32nd fee application and 11th quarterly fee application |
| 11/22/11 | RET | .30 | Review revised quarterly fee application |
| 11/22/11 | RET | .30 | Review 11th quarterly fee application |
| 11/22/11 | JMS | .30 | Communications with Annie Cordo regarding revised 32nd fee application and 11th quarterly fee application |
| 11/22/11 | JMS | .30 | Edit 11th quarterly fee application |

                SUB TOTAL    2,879.25

L160 Settlement/Non-Binding ADR

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 11/01/11 | RWJ | .10 | Follow up on obtaining invoices for fee application |
| 11/01/11 | RWJ | .10 | Review order from court and calculate and docket hearing and filing deadlines |
| 11/03/11 | RWJ | .30 | Draft exhibit B to thirty-first interim fee application |
| 11/03/11 | RWJ | 1.20 | Finalize thirtieth interim fee application |
| 11/03/11 | RWJ | 2.10 | Draft thirty-first interim fee application |
| 11/03/11 | RWJ | .70 | Draft exhibit A to thirty-first interim fee application |
| 11/09/11 | RWJ | .10 | Follow up on obtaining invoices for fee application |

4

| | | |
|---|---|---|
| 11/11/11 RWJ .50 | | Finalize thirtieth and thirty-first interim fee applications for filing with court |
| 11/11/11 RWJ .20 | | Forward thirtieth and thirty-first interim fee applications to Annie Cordo and email correspondence to and from Annie Cordo regarding filing |
| 11/14/11 RWJ .10 | | Follow up on obtaining invoices for fee application |
| 11/15/11 RWJ .10 | | Follow up on obtaining invoices for fee application |
| 11/16/11 RWJ 1.40 | | Draft thirty-second interim fee application |
| 11/16/11 RWJ .40 | | Draft exhibit B to thirty-second interim fee application |
| 11/16/11 RWJ .80 | | Draft exhibit A to thirty-second interim fee application |
| 11/17/11 RWJ 3.60 | | Draft eleventh quarterly fee application |
| 11/17/11 RWJ .40 | | Revise and edit fee application documents and forward to Jason Stein |
| 11/18/11 RWJ .20 | | Teleconference with Annie Cordo regarding revisions to fee bill |
| 11/18/11 RWJ .30 | | Communicate with Ann Cordo regarding interim fee bill and exhibits to |
| 11/18/11 RWJ .60 | | Revisions to fee application |
| 11/18/11 RWJ .20 | | Various e-mail and telephone communications regarding revisions to interim fee bill |
| 11/21/11 RWJ 1.20 | | Revise and edit interim and quarterly fee applications to ensure entries posted to correct invoices |
| | SUB TOTAL | 2,409.00 |

L190 Other Case Assessment, Devel. & Adm

| | | |
|---|---|---|
| 10/07/11 RWJ .90 | | Prepare Exhibit A to thirtieth interim fee application |
| 11/01/11 JMS .20 | | Communicate with Annie Cordo regarding fee application |
| 11/18/11 JMS .20 | | Communicate with Annie Cordo regarding fee application |

TOTAL SERVICES            $5,623.75

TOTAL HOURS:            21.6
FEE GRAND TOTAL:        $5,623.75

4828-7040-5134, v. 1.

5