# SCHEDULE B

### EXPENSE SUMMARY

### NORTEL/CHUBB

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2011 through November 30, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
|  |  | $0.00 | $0.00 |
| **Grand Total Expenses** |  | $0.00 | $0.00 |

**\*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.**

### TOTAL EXPENSES DUE:  $0.00

---

### NORTEL NETWORKS – NON-INSURANCE

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2011 through November 30, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
|  |  |  |
|  |  |  |
| **Grand Total Expenses** |  | **$0.00** |

### TOTAL EXPENSES DUE:  $0.00

4814-4516-0206, v.  1