# SCHEDULE A
## THIRTY-FOURTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
  **ERISA Litigation - Post Bankruptcy**

DATE ATTY     HRS         DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 12/02/11 | RET | .30 | Further communications with Ruth Jenkins regarding SEC "fair fund" |
| 12/02/11 | RET | .30 | Communications with Ruth Jenkins regarding SEC "fair fund" |
| 12/02/11 | RET | .30 | Communications with Shannon Barrett and Natalie Kossak regarding release language |
| 12/05/11 | RET | .20 | Communications with Ruth Jenkins regarding fair fund settlement |
| 12/07/11 | RET | .30 | Call with Natalie Kossak and Shannon Barrett regarding intent of release language |
| 12/07/11 | RET | .20 | Communications with Natalie Kossak and Shannon Barrett regarding objection from Randy Contine to settlement |
| 12/07/11 | RET | .40 | Call with James Stovall and Ken Hashimoto regarding IFS's questions regarding intent of release language |
| 12/07/11 | RET | .20 | Review objection from Randy Contine to settlement |
| 12/07/11 | RET | .30 | Communications with James Stovall and Ken Hashimoto regarding IFS's questions regarding intent of release language |
| 12/07/11 | RET | .30 | Communications with Natalie Kossak and Shannon Barrett regarding proposed language with respect to release |
| 12/07/11 | RET | .30 | Prepare for call with James Stovall and Ken Hashimoto regarding IFS's questions regarding intent of release language |
| 12/07/11 | JMS7 | .10 | Review letter from Randy Contine re filing objections regarding settlement |
| 12/09/11 | JMS7 | .40 | Communicate with plaintiffs' counsel, Lynn Sarko, concerning affidavits of certain defendants for settlement |
| 12/09/11 | JMS7 | .60 | Review files and my notes to communicate with plaintiffs' counsel, Lynn Sarko, concerning affidavits of certain defendants for settlement |
| 12/16/11 | RET | .20 | Communications with Peter Bisio regarding finality of bankruptcy orders and timing of objections to settlement |
| 12/16/11 | RET | .20 | Communications with Jennifer Palmer regarding independent fiduciary's request regarding any other ERISA litigation pending against Nortel |
| 12/16/11 | RET | .20 | Call with independent fiduciary regarding request related to release language in settlement agreement |

1

| | | | |
|---|---|---|---|
| 12/16/11 | RET | .20 | Communications with plaintiff's counsel regarding independent fiduciary's request regarding Chubb policy |
| 12/16/11 | RET | .20 | Communications with Alan Merksey and Jennifer Palmer regarding finality of bankruptcy orders |
| 12/16/11 | RET | .40 | Communications with independent fiduciary, Ken Hashimoto, and James Stovall clarifying scope release language in settlement agreement |
| 12/16/11 | RET | .30 | Evaluating request of independent fiduciary related to release language in settlement agreement |
| 12/19/11 | RET | .20 | Communications with Jennifer Palmer regarding information requested by independent fiduciary |
| 12/19/11 | RET | .10 | Communications with Jennifer Palmer regarding independent fiduciary's request regarding any other ERISA litigation pending against Nortel |
| 12/20/11 | RET | .20 | Communications with Natalie Kossak regarding other ERISA litigation against Nortel |
| 12/20/11 | JMS7 | .20 | Review Notice of Filing of 76th, 77th, and 78th Report of The Monitor of The Canadian Nortel |
| 12/21/11 | RET | .20 | Communications with Peter Bisio regarding finality of bankruptcy approval orders |
| 12/21/11 | RET | .20 | Communications with Alan Merskey regarding finality of bankruptcy approval order |
| 12/21/11 | JMS7 | .20 | Review Notice of Filing of Transcripts and Deadlines and Notice of Filing of Order of the Canadian Proceedings |
| 12/22/11 | RET | .20 | Communications with plaintiffs' counsel regarding final approval papers |
| 12/23/11 | RET | .70 | Review draft of memorandum in support of named plaintiffs' motion for class certification and final approval of settlement |
| 12/23/11 | RET | .30 | Communications with plaintiffs' counsel regarding objection by Randy Contine, former class representative |
| 12/23/11 | JMS7 | .20 | Review 79th Report of The Monitor of The Canadian Nortel Companies |
| 12/28/11 | RET | .30 | Review of declaration of C. David Briley with exhibits attached to Plaintiffs Motion for Attorney Fees and Expenses and Case Contribution Compensation |
| 12/28/11 | RET | .30 | Review of declaration of Debra Clark-Weintraub with exhibits attached to Plaintiffs Motion for Attorney Fees and Expenses and Case Contribution Compensation |
| 12/28/11 | RET | .30 | Review of declaration of Brian J. Robbins with exhibits attached to Plaintiffs Motion for Attorney Fees and Expenses and Case Contribution Compensation |
| 12/28/11 | RET | .30 | Review of declaration of Kenneth A. Elan with exhibits attached to Plaintiffs Motion for Attorney Fees and Expenses and Case Contribution Compensation |

| | | | |
|---|---|---|---|
| 12/28/11 | RET | .30 | Review of declaration of George Barrett with exhibits attached to Plaintiffs Motion for Attorney Fees and Expenses and Case Contribution Compensation |
| 12/28/11 | RET | .30 | Review of declaration of Paul Kent Bramlett with exhibits attached to Plaintiffs Motion for Attorney Fees and Expenses and Case Contribution Compensation |
| 12/28/11 | RET | .30 | Review of declaration of Kurt B. Olsen with exhibits attached to Plaintiffs Motion for Attorney Fees and Expenses and Case Contribution Compensation |
| 12/28/11 | RET | .30 | Review of declaration of Robert A. Izard with exhibits attached to Plaintiffs Motion for Attorney Fees and Expenses and Case Contribution Compensation |
| 12/28/11 | RET | .30 | Review affidavit of James G. Stranch, III with exhibits attached to Motion for Attorney Fees and Expenses and Case Contribution Compensation with First Motion for Settlement Certification of Settlement Class and Final Approval of Settlement |
| 12/28/11 | RET | .30 | Review declaration of Todd Collins with exhibits attached to Plaintiffs Motion for Attorney Fees and Expenses and Case Contribution Compensation |
| 12/28/11 | RET | .30 | Review declaration of of Lynn L. Sarko and exhibits attached to Plaintiffs Motion for Attorney Fees and Expenses and Case Contribution Compensation |
| 12/28/11 | RET | .30 | Review of affidavit of Edward J. Sincavage with exhibits attached to Plaintiffs Motion for Attorney Fees and Expenses and Case Contribution Compensation |
| 12/29/11 | RET | .20 | Communications with Natalie Kossak regarding objection to settlement |
| 12/29/11 | RET | .20 | Communications with Gerry Neenan regarding final fairness hearing |
| 12/29/11 | JMS7 | .20 | Review filed objection to class settlement |
| 12/29/11 | JMS7 | .50 | Brief review of assorted motions for attorneys' fees by plaintiffs' counsel |
| 12/29/11 | JMS7 | .30 | Review court notices concerning motions for certification of settlement |

       SUB TOTAL  6,597.50

### L210 Pleadings

| | | | |
|---|---|---|---|
| 12/29/11 | RET | .20 | Review of objection to settlement filed by Debbie Barnes |

       SUB TOTAL   100.00

### L260 Class Action Certification & Notice

| | | | |
|---|---|---|---|
| 12/23/11 | RET | .40 | Review draft of memorandum in support of named plaintiffs' motion for attorneys' fees and expenses and case contribution compensation |
| 12/23/11 | RET | .30 | Review draft of proposed order of final judgment and dismissal |

       SUB TOTAL   350.00

| | |
|---|---|
| TOTAL SERVICES | 7,047.50 |
| TOTAL HOURS: | 14.5 |
| FEE GRAND TOTAL: | $7,047.50 |
| NORTEL'S 50% TOTAL: | $3,523.75 |

**NORTEL NETWORKS-ERISA Litigation**
  **ERISA Litigation - Post Bankruptcy – Non-Insurance**

TOTAL SERVICES           $0.00

TOTAL HOURS:             0.00
FEE GRAND TOTAL:         $0.00

4826-1068-5966, v. 1