# SCHEDULE B

**EXPENSE SUMMARY**

**NORTEL/CHUBB**
Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

December 1, 2011 to December 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---:|---:|
| Travel | Southwest | $477.90 | $238.95 |
| **Grand Total Expenses** | | **$477.90** | **$238.95** |

**\*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.**

**TOTAL EXPENSES DUE: $0.00**

---

**NORTEL NETWORKS – NON-INSURANCE**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

December 1, 2011 to December 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| | | |
| | | |
| **Grand Total Expenses** | | **$0.00** |

**TOTAL EXPENSES DUE: $0.00**

4842-4915-7646, v. 1