**EXHIBIT B**



**FMC —LAW—**

Fraser Milner Casgrain LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada M5K 0A1

MAIN 416 863 4511
FAX  416 863 4592

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 2884604**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| Date | Matter Number | Lawyer |
|---|---|---|
| January 31, 2012 | 538462-000001 | Michael Wunder |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | |
|---|---|
| Professional Fees | $ 79,892.50 |
| Disbursements | 838.29 |
| **Total Amount Due** | **$ 80,730.79 CAD** |

**FRASER MILNER CASGRAIN LLP**

Per: _____
Michael Wunder

---

**Payment Options:**

**Cheques:**
Cheques payable to Fraser Milner Casgrain LLP and mailed to the above noted address.

**Wire Transfer:**
Bank of Montreal
1st Canadian Place, Toronto, ON
Swift Code: BOFMCAM2
Bank ID: 001 Transit: 00022
CAD Funds Bank Account : 0004-324

**Internet Banking:**
Accepted at most financial institutions. Your payee is Fraser Milner Casgrain and your account number is 538462. Please email us at acctrecedm@fmc-law.com referencing invoice number and payment amount.

**Credit Card:**
Payments are accepted via telephone, email or fax. We accept American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____ Amount: _____
Cardholder Name: _____
Signature: _____

Please email us at Toronto.Accounting@fmc-law.com referencing invoice number and payment amount.
Payment due on receipt. Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days.

MONTREAL    OTTAWA    TORONTO    EDMONTON    CALGARY    VANCOUVER                fmc-law.com

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2884604  
Page 2 of 12  
Matter # 538462-000001

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 01-Dec-11 | RSK | 0007 | Review of material regarding allocation theories and considered Canadian issues. | 0.9 |
| 01-Dec-11 | RSK | 0007 | Review material for mediator, Mr. Justice Winkler and his advisor, Randy Bennett regarding Committee presentation. | 0.3 |
| 01-Dec-11 | MJW | 0007 | Attend on Committee call. | 0.6 |
| 01-Dec-11 | MJW | 0029 | Review and analyze presentation material with respect to allocation analysis including Canadian law summary. | 1.2 |
| 01-Dec-11 | MJW | 0029 | Analyze Canadian case law with respect to allocation resolution issues. | 1.4 |
| 01-Dec-11 | MJW | 0029 | Prepare summary with respect to allocation theories and Canadian law. | 0.8 |
| 01-Dec-11 | MJW | 0031 | Review material with respect to court appointed mediator and legal advisor to prepare for meeting with Committee. | 0.4 |
| 01-Dec-11 | RCJ | 0029 | Review and comment on presentation materials regarding allocation theories. | 0.8 |
| 01-Dec-11 | RCJ | 0029 | Preparation work for mediation. | 0.7 |
| 01-Dec-11 | MIP | 0018 | Corresponding with Kevin Rowe and Michael Wunder regarding Canadian tax issues. | 0.4 |
| 01-Dec-11 | MIP | 0018 | Corresponding with Kevin Rowe, Michael Wunder and Ryan Jacobs regarding Canadian tax issues. | 0.7 |
| 02-Dec-11 | RSK | 0031 | Review of Canadian motion record of EMEA debtors for document production and discovery issues regarding Canadian claims. | 0.7 |
| 02-Dec-11 | RSK | 0029 | Review of correspondence from bondholder regarding allocation issues. | 0.2 |
| 02-Dec-11 | RSK | 0012 | Review of email correspondence and related material from Akin Gump regarding cross-border claims and issue of improperly filed claims. | 0.4 |
| 02-Dec-11 | RSK | 0007 | Preparation for Committee in-person meeting and Canadian presentation. | 0.5 |
| 02-Dec-11 | MJW | 0031 | Review Canadian motion record filed by Canadian counsel for UK Joint Administrators with respect to discovery issues relating to EMEA claims against Canadian debtors. | 1.2 |
| 02-Dec-11 | MJW | 0017 | Review litigation material with respect to Chartis litigation including legal briefs for Canadian debtors, and Canadian officers and directors, Nortel Canada affidavit and various correspondence. | 1.6 |
| 02-Dec-11 | MJW | 0017 | Call with Canadian counsel for NNI with respect to Canadian | 0.2 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2884604  
Page 3 of 12  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | litigation issues. | |
| 02-Dec-11 | MJW | 0012 | Correspondence with Akin Gump and Committee advisors with respect to cross-border claims analysis. | 0.2 |
| 02-Dec-11 | MJW | 0018 | Confer with M. Peters regarding Canadian tax issues. | 0.2 |
| 02-Dec-11 | RCJ | 0017 | Review EMEA motion record regarding discovery and document production. | 0.8 |
| 02-Dec-11 | RCJ | 0017 | E-mail correspondence with Akin Gump and FMC teams regarding EMEA discovery motion. | 0.2 |
| 02-Dec-11 | RCJ | 0012 | Analysis of cross border claims. | 0.7 |
| 02-Dec-11 | RCJ | 0012 | Analysis of bond claim issues and Canadian considerations. | 0.8 |
| 02-Dec-11 | RCJ | 0029 | Analysis of bondholder recovery analysis. | 0.7 |
| 02-Dec-11 | MIP | 0018 | Office conference with M. Wunder regarding Canadian tax issues and presentation to Committee. | 0.2 |
| 05-Dec-11 | RSK | 0031 | Conducted due diligence on mediator (Warren Winkler) and counsel (Randy Bennett), and prepare presentation to Committee regarding mediation issues. | 1.6 |
| 05-Dec-11 | RSK | 0031 | Review of email correspondence, and office conference with Michael Wunder regarding Canadian creditor group representation issues. | 0.3 |
| 05-Dec-11 | RSK | 0031 | Review of emails regarding Canadian chambers conference regarding EMEA claims discovery motion. | 0.2 |
| 05-Dec-11 | RSK | 0007 | Prepare for presentation for Committee meeting. | 0.2 |
| 05-Dec-11 | RSK | 0031 | Review of summary of Chartis insurance litigation. | 0.2 |
| 05-Dec-11 | MJW | 0017 | Prepare and forward report to Akin Gump with respect to Canadian matters relating to Chartis litigation. | 0.8 |
| 05-Dec-11 | MJW | 0007 | Prepare for presentation of Canadian issues at meeting with Committee. | 0.6 |
| 05-Dec-11 | MJW | 0012 | Correspondence with Akin Gump with respect to cross-border claims issues and reconciliation. | 0.2 |
| 05-Dec-11 | MJW | 0018 | Call with M. Peters and K. Rowe with respect to Canadian tax issues. | 0.3 |
| 05-Dec-11 | MIP | 0031 | Corresponding with Kevin Rowe and Michael Wunder regarding Canadian tax issues. | 0.3 |
| 06-Dec-11 | RSK | 0025 | Travelled to New York for professional advisor meeting and Committee in-person meeting. | 3.9 |
| 06-Dec-11 | RSK | 0007 | Continue preparation of presentation to Committee. | 1.8 |
| 06-Dec-11 | RSK | 0029 | Review of updated outline of mediation brief. | 0.3 |
| 06-Dec-11 | RSK | 0007 | Review of presentation materials for Committee meeting. | 0.6 |
| 06-Dec-11 | RSK | 0031 | Review of motion record from Nortel Canada regarding extension of CCAA stay. | 0.3 |
| 06-Dec-11 | RSK | 0024 | Review of Jefferies update on proposed sale transactions. | 0.2 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2884604  
Page 4 of 12  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 06-Dec-11 | RSK | 0031 | Review of emails from FMC and Akin Gump regarding EMEA claims discovery motion. | 0.2 |
| 06-Dec-11 | MJW | 0007 | Preparation meeting with Committee advisors to discuss case status and prepare for meeting with Committee. | 0.7 |
| 06-Dec-11 | MJW | 0024 | Review report from Jefferies with respect to proposed sale transaction and analyze Canadian issues. | 0.3 |
| 06-Dec-11 | RCJ | 0031 | E-mail correspondence with FMC team regarding issues related to Canadian creditor group representation issues. | 0.3 |
| 06-Dec-11 | RCJ | 0007 | Preparation work for presentation on Canadian legal issues for Committee. | 0.9 |
| 06-Dec-11 | RCJ | 0007 | Review and revise presentation materials for Committee. | 0.6 |
| 07-Dec-11 | RSK | 0007 | Attended Committee meeting in person. | 4.5 |
| 07-Dec-11 | RSK | 0031 | Review of emails and discussion with Akin Gump regarding Canadian chambers conference relating to EMEA claims in Canada and discovery issues. | 0.3 |
| 07-Dec-11 | RSK | 0031 | Review of email from Michael Wunder regarding stay extension motion. | 0.1 |
| 07-Dec-11 | RSK | 0025 | Return travel to Toronto after Committee meeting. | 4.0 |
| 07-Dec-11 | MJW | 0007 | Prepare presentation to Committee with respect to Canadian issues for in-person meeting. | 0.5 |
| 07-Dec-11 | MJW | 0031 | Review Canadian motion record for CCAA stay extension and 2012 employee retention, including Nortel Canada affidavit. | 1.3 |
| 07-Dec-11 | MJW | 0031 | Prepare and forward report to Committee advisors with respect to Canadian court hearing for CCAA stay extension and related matters. | 0.7 |
| 07-Dec-11 | MJW | 0031 | Review Canadian Monitor's report with respect to stay extension and other matters. | 0.8 |
| 08-Dec-11 | RSK | 0008 | Review of EMEA motion record and attended Canadian court hearing regarding scheduling for discovery. | 2.2 |
| 08-Dec-11 | RSK | 0031 | Prepare report to Committee regarding Canadian chambers appointment. | 0.2 |
| 08-Dec-11 | RSK | 0029 | Review of emails and documents for allocation theories and assess precedent settlement documents for applicability to Nortel. | 1.1 |
| 08-Dec-11 | RSK | 0031 | Exchanged emails with Akin Gump et al regarding EMEA discovery motion. | 0.3 |
| 08-Dec-11 | MJW | 0012 | Confer with FMC team with respect to Canadian court hearing and Canadian motion for discovery relating to EMEA claims against Canadian estate. | 0.3 |
| 08-Dec-11 | RCJ | 0031 | Review EMEA Canadian discovery motion record in preparation for Canadian chambers appointment. | 0.9 |
| 08-Dec-11 | RCJ | 0018 | Attend Canadian chambers appointment regarding EMEA discovery motion. | 0.8 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2884604
Page 5 of 12
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 08-Dec-11 | RCJ | 0031 | E-mail memo update to Akin Gump team regarding EMEA discovery chambers appointment. | 0.2 |
| 09-Dec-11 | RSK | 0031 | Review of Monitor's report in support of CCAA stay extension and 2012 retention plan. | 1.1 |
| 09-Dec-11 | RSK | 0029 | Review of correspondence from Akin Gump regarding appointee by certain bondholders to appear at allocation mediation. | 0.2 |
| 09-Dec-11 | RSK | 0031 | Review of email from Akin Gump regarding CCAA stay extension motion and potential opposition. | 0.1 |
| 09-Dec-11 | RSK | 0031 | Conference call with Akin Gump regarding CCAA stay extension issues. | 0.3 |
| 09-Dec-11 | MJW | 0029 | Inter-company claims analysis. | 1.2 |
| 09-Dec-11 | MJW | 0031 | Correspondence with Committee advisors with respect to Canadian proceeding and CCAA stay extension issues. | 0.3 |
| 09-Dec-11 | MJW | 0031 | Attend on conference call with FMC and Akin Gump teams with respect to Canadian stay extension issues. | 0.8 |
| 09-Dec-11 | MJW | 0006 | Review correspondence from Committee advisors with respect to retention of advisor by creditor group. | 0.2 |
| 09-Dec-11 | MJW | 0012 | Review emails regarding creditor recovery issues, including review of settlement documents from other multi-debtor cases. | 1.3 |
| 12-Dec-11 | RSK | 0031 | Telephone attendance with bondholders' Canadian counsel regarding opposition to CCAA stay extension. | 0.4 |
| 12-Dec-11 | RSK | 0031 | Conference call with Akin Gump and representatives of U.S. Debtors regarding stay extension hearing. | 0.7 |
| 12-Dec-11 | RSK | 0031 | Further review of Monitor's report to prepare for Canadian court hearing. | 0.6 |
| 12-Dec-11 | RSK | 0031 | Telephone attendance with NNI's Canadian regarding CCAA stay extension hearing. | 0.2 |
| 12-Dec-11 | MJW | 0031 | Call with Canadian counsel for bondholder group with respect to CCAA stay extension issues. | 0.4 |
| 12-Dec-11 | MJW | 0029 | Attend on status call with U.S. counsel for NNI, John Ray and Committee advisor group, including discussion regarding inter-company allocation issues. | 0.7 |
| 12-Dec-11 | MJW | 0031 | Review Monitor's report in support of CCAA stay extension. | 0.6 |
| 12-Dec-11 | MJW | 0031 | Call with Capstone to discuss CCAA stay extension issues and financial reporting for requested stay extension period. | 0.3 |
| 12-Dec-11 | RCJ | 0012 | Preparation work for meeting with bondholder and UCC advisors. | 0.9 |
| 12-Dec-11 | RCJ | 0012 | E-mail correspondence with Akin Gump and FMC teams regarding analysis of bond claims. | 0.7 |
| 13-Dec-11 | RSK | 0029 | Conference call/meeting with bondholder and noteholder advisors, and UCC advisors. | 2.2 |

Case 09-10138-MFW    Doc 7283-3    Filed 02/28/12    Page 7 of 13

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2884604
Page 6 of 12
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 13-Dec-11 | RSK | 0031 | Review of information from Capstone regarding employee retention plan proposed by Monitor. | 0.2 |
| 13-Dec-11 | RSK | 0029 | Review of bondholder recovery models. | 0.2 |
| 13-Dec-11 | MJW | 0019 | Correspondence with Capstone with respect to CCAA stay extension issues and Nortel Canada 2012 employee retention program. | 0.3 |
| 13-Dec-11 | MJW | 0029 | Review financial allocation analysis received from creditor. | 0.3 |
| 13-Dec-11 | MJW | 0029 | Attending by phone with NNI/UCC advisors and bondholder regarding case status and allocation issues. | 1.8 |
| 13-Dec-11 | MJW | 0031 | Review Canadian CCAA stay extension motion record. | 0.5 |
| 13-Dec-11 | RCJ | 0012 | Participate (telephonically) in meeting with Akin Gump, Cleary, Torys and bondholder teams. | 1.2 |
| 13-Dec-11 | RCJ | 0012 | Review claim sensitivity analysis. | 0.9 |
| 13-Dec-11 | RCJ | 0031 | Preparation work for hearing on CCAA stay extension hearing. | 0.2 |
| 13-Dec-11 | RCJ | 0031 | Telephone conference with Akin Gump and Cleary teams regarding strategy on CCAA stay extension. | 0.3 |
| 14-Dec-11 | RSK | 0031 | Attended court hearing regarding CCAA extension of stay of proceedings and collateral relief. | 1.5 |
| 14-Dec-11 | RSK | 0031 | Review of emails from Akin Gump regarding Canadian hearing and timing for mediation. | 0.2 |
| 14-Dec-11 | RSK | 0031 | Conference call with Akin, NNI, Ad Hocs and counsel regarding litigation strategies. | 2.5 |
| 14-Dec-11 | MJW | 0029 | Call with Akin Gump, Cleary, J. Ray and bondholder advisors with respect to allocation issues and resolution strategies. | 2.4 |
| 14-Dec-11 | MJW | 0008 | Attend to U.S. court hearing (by telephone). | 0.4 |
| 14-Dec-11 | MJW | 0031 | Correspondence with Committee advisors regarding Canadian court hearing for CCAA stay extension. | 0.2 |
| 14-Dec-11 | RCJ | 0008 | Attend Canadian chambers conference regarding stay extension and EMEA discovery. | 1.5 |
| 14-Dec-11 | RCJ | 0029 | Call with Cleary, Akin Gump and bond advisors regarding allocation issues. | 1.5 |
| 14-Dec-11 | RCJ | 0029 | Analysis of allocation issues and strategies. | 2.6 |
| 15-Dec-11 | RSK | 0007 | Participated in Committee advisor call to prepare for Committee meeting. | 0.5 |
| 15-Dec-11 | RSK | 0031 | Participated on call with Akin Gump regarding litigation strategies. | 0.9 |
| 15-Dec-11 | RSK | 0024 | Review of Jefferies report for proposed sale. | 0.3 |
| 15-Dec-11 | MJW | 0029 | Analyze allocation strategies and claims analysis. | 1.2 |
| 15-Dec-11 | MJW | 0024 | Review Jefferies report regarding proposed transaction. | 0.2 |
| 15-Dec-11 | MJW | 0007 | Attend on Committee advisor status call. | 0.5 |
| 15-Dec-11 | RCJ | 0007 | Attend professionals call in preparation for Committee | 0.5 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2884604
Page 7 of 12
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | meeting. | |
| 15-Dec-11 | ARN | 0012 | Research regarding Canadian law on permitted claims. | 0.4 |
| 16-Dec-11 | RSK | 0007 | Participated on Committee call. | 1.2 |
| 16-Dec-11 | RSK | 0031 | Review of Nortel motion record regarding Global Settlement and release agreement between Nortel and Flextronics. | 0.5 |
| 16-Dec-11 | MJW | 0007 | Attend on Committee call with Committee advisors. | 1.2 |
| 16-Dec-11 | MJW | 0031 | Review issued Canadian court order endorsement with respect to CCAA stay extension and report to Akin Gump regarding same. | 0.2 |
| 16-Dec-11 | MJW | 0012 | Review and analyze Canadian motion record with respect to Flextronics settlement transaction. | 0.6 |
| 16-Dec-11 | MJW | 0007 | Analysis of allocation issues and bond claims. | 1.1 |
| 16-Dec-11 | RCJ | 0007 | Attend Committee call. | 1.2 |
| 16-Dec-11 | RCJ | 0012 | Analysis of bond claim sensitivities. | 0.9 |
| 16-Dec-11 | RCJ | 0029 | Research regarding allocation issues. | 2.7 |
| 19-Dec-11 | RSK | 0031 | Review of Monitor's report regarding Flextronics settlement. | 0.4 |
| 19-Dec-11 | MJW | 0031 | Review Monitor's report with respect to Flextronics settlement and report to Akin Gump regarding Canadian court hearing issues. | 0.4 |
| 19-Dec-11 | RCJ | 0031 | Review Monitor's report and Canadian motion material regarding Flextronics settlement. | 0.8 |
| 19-Dec-11 | RCJ | 0012 | Analyze bond claim resolution issues. | 1.8 |
| 20-Dec-11 | RSK | 0002 | Review of emails regarding status and cancellation of Nortel committee call. | 0.2 |
| 20-Dec-11 | RCJ | 0007 | E-mail correspondence with Akin Gump team regarding Committee call. | 0.1 |
| 20-Dec-11 | RCJ | 0012 | Review Canadian court materials regarding Flextronics settlement. | 0.6 |
| 20-Dec-11 | RCJ | 0012 | Research allocation issues, and Canadian law applicability. | 1.2 |
| 21-Dec-11 | RSK | 0031 | Review of correspondence between counsel for Nortel, Monitor and EMEA debtors regarding scheduling for EMEA discovery motion. | 0.2 |
| 21-Dec-11 | RSK | 0032 | Review of Akin Gump summary regarding Flextronics settlement. | 0.2 |
| 21-Dec-11 | MJW | 0031 | Correspondence with Canadian counsel for NNI with respect to Canadian court hearing schedule (re: EMEA claims discovery issues). | 0.2 |
| 21-Dec-11 | MJW | 0012 | Research regarding Canadian claims issues. | 0.7 |
| 21-Dec-11 | RCJ | 0031 | Confer with M. Wunder regarding Flextronics Canadian court hearing. | 0.1 |
| 22-Dec-11 | MJW | 0012 | Correspondence and calls with Akin Gump with respect to Flextronics settlement agreement and Canadian court hearing. | 0.3 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2884604  
Page 8 of 12  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 22-Dec-11 | MJW | 0031 | Office conference with J. Dietrich with respect to attendance at Canadian court hearing. | 0.1 |
| 22-Dec-11 | MJW | 0012 | Review summary of claims settlements. | 0.2 |
| 22-Dec-11 | RCJ | 0012 | E-mail correspondence with Akin Gump regarding claim issues. | 0.1 |
| 22-Dec-11 | JOD | 0031 | Office conference with M. Wunder and review motion record and related material to prepare for Canadian court hearing. | 0.6 |
| 23-Dec-11 | RSK | 0031 | Review of issued Canadian court order and endorsement regarding Flextronics settlement. | 0.2 |
| 23-Dec-11 | RSK | 0031 | Review of email correspondence regarding timing for EMEA discovery motion. | 0.1 |
| 23-Dec-11 | MJW | 0008 | Conference with J. Dietrich with respect to Canadian court hearing for approval of Flextronics summary agreement. | 0.1 |
| 23-Dec-11 | MJW | 0031 | Review Canadian court order and endorsement with respect to Flextronics settlement, and report to Committee advisors. | 0.2 |
| 23-Dec-11 | JOD | 0008 | Attendance at Canadian Court for motion to approve Flextronics settlement. | 1.9 |
| 29-Dec-11 | RSK | 0032 | Review of US Third Circuit opinion on UK Pension parties being subject to stay and related emails from Akin. | 0.4 |
| 29-Dec-11 | MJW | 0016 | Review and analyze court decision with respect to UK Joint Administrator appeal of stay of proceedings. | 0.6 |
| 29-Dec-11 | MJW | 0016 | Correspondence with Committee advisor group with respect to U.S. court decision (re: stay of proceedings). | 0.2 |
| 29-Dec-11 | RCJ | 0016 | Analyze Third Circuit decision regarding chapter 11 stay of proceedings. | 0.8 |
| | | | **Total** | **108.5** |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2884604
Page 9 of 12
Matter # 538462-000001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Alexandra North | Associate | Financial Restructuring | Ontario - 2009 | 0.4 | $350.00 | $140.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 2.5 | $550.00 | $1,375.00 |
| Matthew Peters | Partner | Taxation | Ontario - 2002 | 1.6 | $600.00 | $960.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 34.0 | $775.00 | $26,350.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 29.0 | $675.00 | $19,575.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 41.0 | $850.00 | $34,850.00 |
| TOTAL | | | | 108.5 | CDN. | $83,250.00 |
| | Less: Non-Working Travel Time Discount (50% of $6,715.00) | | | | | ($3,357.50) |
| TOTAL | | | | 108.5 | CDN. | $79,892.50 |

**TOTAL PROFESSIONAL FEES**                                            $   83,250.00
Less: Non-Working Travel Time Discount (50% of $6,715.00)                  (3,357.50)
**NET PROFESSIONAL FEES**                                              $   79,892.50

**NON-TAXABLE DISBURSEMENTS**
  Binding Books / Documents                           $     35.80
  Cellular Phones                                           75.74
  Long Distance Telephone Calls                             10.20
  Photocopy & Printing Charges                             679.55
  Taxi Charges                                              37.00
**TOTAL NON-TAXABLE DISBURSEMENTS**                    $    838.29

**TOTAL DISBURSEMENTS**                                                       838.29

**TOTAL AMOUNT DUE**                                                   $   80,730.79 CDN.

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2884604
Page 10 of 12
Matter # 538462-000001

## TIME SUMMARY BY TASK CODE:

| Code | Task Description | Hours | Fees |
|---|---|---|---|
| 0002 | General Case Administration | 0.2 | 170.00 |
| 0006 | Retention of Professionals | 0.2 | 155.00 |
| 0007 | Creditors Committee Meetings | 18.5 | 14,845.00 |
| 0008 | Court Hearings | 6.6 | 4,652.50 |
| 0012 | General Claims Analysis/Claims Objections | 14.4 | 10,040.00 |
| 0016 | Lift Stay Litigation | 1.6 | 1,160.00 |
| 0017 | General Adversary Proceedings | 3.6 | 2,690.00 |
| 0018 | Tax Issues | 2.6 | 1,707.50 |
| 0019 | Labor Issues/Employee Benefits | 0.3 | 232.50 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 1.0 | 812.50 |
| 0025 | Travel | 7.9 | 6,715.00 |
| 0029 | Intercompany Analysis | 24.2 | 18,170.00 |
| 0031 | Canadian Proceedings/Matters | 26.8 | 21,390.00 |
| 0032 | U.S. Proceedings/Matters | 0.6 | 510.00 |
| | **Total** | 108.5 | $83,250.00 |
| | **Less: Non-Working Travel Time Discount (50% of $6,715.00)** | | (3,357.50) |
| | **Total** | 108.5 | $79,892.50 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2884604  
Page 11 of 12  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 30-Nov-11 | Beck Taxi/Inv 1721-035/Ryan Jacobs Nov 1/11 | 1.00 | 37.00 |
| 01-Dec-11 | Laser Copy;jacobsr | 62.00 | 6.20 |
| 01-Dec-11 | Laser Copy;NELSON M | 200.00 | 20.00 |
| 01-Dec-11 | Laser Copy;KUKULOWI | 30.00 | 3.00 |
| 02-Dec-11 | Laser Copy;jacobsr | 36.00 | 3.60 |
| 02-Dec-11 | Laser Copy;DamaniA | 181.00 | 18.10 |
| 02-Dec-11 | Tabs / Cerlox | 1.00 | 6.20 |
| 02-Dec-11 | Laser Copy;NELSON M | 83.00 | 8.30 |
| 02-Dec-11 | Color Laser Printing | 1.00 | 0.35 |
| 02-Dec-11 | Telephone;12128721000;New YorkNY;4715 | 1.00 | 0.51 |
| 02-Dec-11 | Laser Copy;KUKULOWI | 47.00 | 4.70 |
| 05-Dec-11 | Laser Copy;TAYLOR, Laura | 5.00 | 0.50 |
| 05-Dec-11 | Laser Copy;MCDONALS | 19.00 | 1.90 |
| 05-Dec-11 | Laser Copy;jacobsr | 68.00 | 6.80 |
| 06-Dec-11 | Laser Copy;NELSON M | 32.00 | 3.20 |
| 06-Dec-11 | Photocopy;DuldulaoF | 1.00 | 0.10 |
| 06-Dec-11 | Tabs / Cerlox / Clear Cover | 1.00 | 3.60 |
| 06-Dec-11 | Laser Copy;DuldulaoF | 53.00 | 5.30 |
| 06-Dec-11 | Laser Copy;MCDONALS | 1.00 | 0.10 |
| 07-Dec-11 | Laser Copy;MCDONALS | 2.00 | 0.20 |
| 07-Dec-11 | Laser Copy;NELSON M | 282.00 | 28.20 |
| 08-Dec-11 | Laser Copy;Erandio, N. | 4,002.00 | 400.20 |
| 08-Dec-11 | Laser Copy;KUKULOWI | 105.00 | 10.50 |
| 08-Dec-11 | Laser Copy;NELSON M | 291.00 | 29.10 |
| 08-Dec-11 | Tabs / Cerlox / Clear Cover | 1.00 | 22.20 |
| 08-Dec-11 | Laser Copy;jacobsr | 13.00 | 1.30 |
| 09-Dec-11 | Laser Copy;KUKULOWI | 142.00 | 14.20 |
| 09-Dec-11 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 12-Dec-11 | Laser Copy;NELSON M | 165.00 | 16.50 |
| 13-Dec-11 | Laser Copy;KUKULOWI | 50.00 | 5.00 |
| 13-Dec-11 | Laser Copy;NELSON M | 18.00 | 1.80 |
| 14-Dec-11 | Laser Copy;NELSON M | 25.00 | 2.50 |
| 14-Dec-11 | Laser Copy;MacFarlaneA | 10.00 | 1.00 |
| 15-Dec-11 | Laser Copy;jacobsr | 24.00 | 2.40 |
| 15-Dec-11 | Laser Copy;NELSON M | 39.00 | 3.90 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2884604  
Page 12 of 12  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 16-Dec-11 | Laser Copy;NELSON M | 38.00 | 3.80 |
| 16-Dec-11 | Laser Copy;KUKULOWI | 12.00 | 1.20 |
| 16-Dec-11 | Laser Copy;Erandio, N. | 46.00 | 4.60 |
| 16-Dec-11 | Tabs / Cerlox / Clear Cover | 1.00 | 3.80 |
| 16-Dec-11 | Laser Copy;jacobsr | 71.00 | 7.10 |
| 19-Dec-11 | Laser Copy;jacobsr | 58.00 | 5.80 |
| 19-Dec-11 | Laser Copy;NELSON M | 177.00 | 17.70 |
| 20-Dec-11 | Laser Copy;jacobsr | 57.00 | 5.70 |
| 20-Dec-11 | Telephone;12128721008;New YorkNY;4715 | 1.00 | 2.55 |
| 21-Dec-11 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 21-Dec-11 | Laser Copy;jacobsr | 180.00 | 18.00 |
| 22-Dec-11 | Laser Copy;jacobsr | 27.00 | 2.70 |
| 22-Dec-11 | Telephone;12128728049;New YorkNY;4715 | 1.00 | 5.10 |
| 22-Dec-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 22-Dec-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 1.53 |
| 22-Dec-11 | Long distance calls for M. Wunder Oct. 24 to Nov. 18/11; 2011-10-24 | 1.00 | 75.74 |
| 22-Dec-11 | Laser Copy;NELSON M | 8.00 | 0.80 |
| 23-Dec-11 | Laser Copy;jacobsr | 85.00 | 8.50 |
| 23-Dec-11 | Laser Copy;NELSON M | 2.00 | 0.20 |
| 27-Dec-11 | Laser Copy;jacobsr | 16.00 | 1.60 |
| 28-Dec-11 | Laser Copy;jacobsr | 1.00 | 0.10 |
| 29-Dec-11 | Laser Copy;jacobsr | 22.00 | 2.20 |
| | **TOTAL NON-TAXABLE DISBURSEMENTS** | | $ 838.29 |