**EXHIBIT C**

**DISBURSEMENT SUMMARY**
**DECEMBER 1 TO DECEMBER 31, 2011**
**(All Amounts in Canadian Dollars)**

Non-Taxable Disbursements

| | |
|---|---|
| Binding Books / Documents | $    35.80 |
| Cellular Phones | $    75.74 |
| Long Distance Telephone Calls | $    10.20 |
| Photocopy & Printing Charges | $  679.55 |
| Taxi Charges | $    37.00 |
| Total Non-Taxable Disbursements | **$   838.29 CDN.** |