**EXHIBIT D**

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2884604  
Page 11 of 12  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 30-Nov-11 | Beck Taxi/Inv 1721-035/Ryan Jacobs Nov 1/11 | 1.00 | 37.00 |
| 01-Dec-11 | Laser Copy;jacobsr | 62.00 | 6.20 |
| 01-Dec-11 | Laser Copy;NELSON M | 200.00 | 20.00 |
| 01-Dec-11 | Laser Copy;KUKULOWI | 30.00 | 3.00 |
| 02-Dec-11 | Laser Copy;jacobsr | 36.00 | 3.60 |
| 02-Dec-11 | Laser Copy;DamaniA | 181.00 | 18.10 |
| 02-Dec-11 | Tabs / Cerlox | 1.00 | 6.20 |
| 02-Dec-11 | Laser Copy;NELSON M | 83.00 | 8.30 |
| 02-Dec-11 | Color Laser Printing | 1.00 | 0.35 |
| 02-Dec-11 | Telephone;12128721000;New YorkNY;4715 | 1.00 | 0.51 |
| 02-Dec-11 | Laser Copy;KUKULOWI | 47.00 | 4.70 |
| 05-Dec-11 | Laser Copy;TAYLOR, Laura | 5.00 | 0.50 |
| 05-Dec-11 | Laser Copy;MCDONALS | 19.00 | 1.90 |
| 05-Dec-11 | Laser Copy;jacobsr | 68.00 | 6.80 |
| 06-Dec-11 | Laser Copy;NELSON M | 32.00 | 3.20 |
| 06-Dec-11 | Photocopy;DuldulaoF | 1.00 | 0.10 |
| 06-Dec-11 | Tabs / Cerlox / Clear Cover | 1.00 | 3.60 |
| 06-Dec-11 | Laser Copy;DuldulaoF | 53.00 | 5.30 |
| 06-Dec-11 | Laser Copy;MCDONALS | 1.00 | 0.10 |
| 07-Dec-11 | Laser Copy;MCDONALS | 2.00 | 0.20 |
| 07-Dec-11 | Laser Copy;NELSON M | 282.00 | 28.20 |
| 08-Dec-11 | Laser Copy;Erandio, N. | 4,002.00 | 400.20 |
| 08-Dec-11 | Laser Copy;KUKULOWI | 105.00 | 10.50 |
| 08-Dec-11 | Laser Copy;NELSON M | 291.00 | 29.10 |
| 08-Dec-11 | Tabs / Cerlox / Clear Cover | 1.00 | 22.20 |
| 08-Dec-11 | Laser Copy;jacobsr | 13.00 | 1.30 |
| 09-Dec-11 | Laser Copy;KUKULOWI | 142.00 | 14.20 |
| 09-Dec-11 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 12-Dec-11 | Laser Copy;NELSON M | 165.00 | 16.50 |
| 13-Dec-11 | Laser Copy;KUKULOWI | 50.00 | 5.00 |
| 13-Dec-11 | Laser Copy;NELSON M | 18.00 | 1.80 |
| 14-Dec-11 | Laser Copy;NELSON M | 25.00 | 2.50 |
| 14-Dec-11 | Laser Copy;MacFarlaneA | 10.00 | 1.00 |
| 15-Dec-11 | Laser Copy;jacobsr | 24.00 | 2.40 |
| 15-Dec-11 | Laser Copy;NELSON M | 39.00 | 3.90 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2884604  
Page 12 of 12  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 16-Dec-11 | Laser Copy;NELSON M | 38.00 | 3.80 |
| 16-Dec-11 | Laser Copy;KUKULOWI | 12.00 | 1.20 |
| 16-Dec-11 | Laser Copy;Erandio, N. | 46.00 | 4.60 |
| 16-Dec-11 | Tabs / Cerlox / Clear Cover | 1.00 | 3.80 |
| 16-Dec-11 | Laser Copy;jacobsr | 71.00 | 7.10 |
| 19-Dec-11 | Laser Copy;jacobsr | 58.00 | 5.80 |
| 19-Dec-11 | Laser Copy;NELSON M | 177.00 | 17.70 |
| 20-Dec-11 | Laser Copy;jacobsr | 57.00 | 5.70 |
| 20-Dec-11 | Telephone;12128721008;New YorkNY;4715 | 1.00 | 2.55 |
| 21-Dec-11 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 21-Dec-11 | Laser Copy;jacobsr | 180.00 | 18.00 |
| 22-Dec-11 | Laser Copy;jacobsr | 27.00 | 2.70 |
| 22-Dec-11 | Telephone;12128728049;New YorkNY;4715 | 1.00 | 5.10 |
| 22-Dec-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 22-Dec-11 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 1.53 |
| 22-Dec-11 | Long distance calls for M. Wunder Oct. 24 to Nov. 18/11; 2011-10-24 | 1.00 | 75.74 |
| 22-Dec-11 | Laser Copy;NELSON M | 8.00 | 0.80 |
| 23-Dec-11 | Laser Copy;jacobsr | 85.00 | 8.50 |
| 23-Dec-11 | Laser Copy;NELSON M | 2.00 | 0.20 |
| 27-Dec-11 | Laser Copy;jacobsr | 16.00 | 1.60 |
| 28-Dec-11 | Laser Copy;jacobsr | 1.00 | 0.10 |
| 29-Dec-11 | Laser Copy;jacobsr | 22.00 | 2.20 |
|  | **TOTAL NON-TAXABLE DISBURSEMENTS** |  | $ 838.29 |