# EXHIBIT E

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Alexandra North | Associate | Financial Restructuring | Ontario - 2009 | 0.4 | $350.00 | $140.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 2.5 | $550.00 | $1,375.00 |
| Matthew Peters | Partner | Taxation | Ontario - 2002 | 1.6 | $600.00 | $960.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 34.0 | $775.00 | $26,350.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 29.0 | $675.00 | $19,575.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 41.0 | $850.00 | $34,850.00 |
| | | | | | | |
| TOTAL | | | | 108.5 | CDN. | $83,250.00 |
| | Less: Non-Working Travel Time Discount (50% of $6,715.00) | | | | | -$3,357.50 |
| TOTAL | | | | 108.5 | CDN. | $79,892.50 |

10933453_1|TorDocs