## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Hearing Date: March 22, 2012 at 10:00 a.m.** |

### NOTICE OF TWELFTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                                   Richards, Layton & Finger, P.A.

Authorized to Provide
Professional Services to:                            Official Committee of Unsecured Creditors

Date of Retention:                                   March 19, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:                         November 1, 2011 through January 31, 2012[2]

Amount of Compensation sought as
actual, reasonable and necessary:                    $26,652.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:                 $2,710.94

This is (a)n: __X__ interim        _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Richards, Layton & Finger, P.A.'s November 2011, December 2011 and January 2012 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
|---|---|---|---|---|---|---|
| Date Filed: 12/22/11 Docket No. 7019 | 11/1/11 - 11/30/11 | $12,571.00 | $1,849.43 | $10,056.80 | $1,849.43 | $2,514.20 |
| Date Filed: 1/25/12 Docket No. 7135 | 12/1/11 - 12/31/11 | $8,644.00 | $416.69 | $6,915.20 | $416.69 | $1,728.80 |
| Date Filed: 2/23/12 Docket No. 7259 | 1/1/12 - 1/31/12 | $5,437.50 | $444.82 | Pending obj. deadline 3/14/12 $4,350.00 | Pending obj. deadline 3/14/12 $444.82 | $1,087.50 |
| **TOTALS:** | | $26,652.50 | $2,710.94 | $21,322.00[3] | $2,710.94[4] | $5,330.50 |

Summary of any Objections to Fee Applications: None.

Dated: February 28, 2012
      Wilmington, Delaware

/s/ Drew G. Sloan

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Counsel to the Official Committee of Unsecured
Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.

RLF1 5854860v. 1