B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re  Nortel Networks Inc                    ,                Case No. 09-10138

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CRT Special Investments LLC | CRT Capital Group LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Joseph E Sarachek 262 Harbor Drive
  Stamford, CT 06902

Court Claim # (if known): _____
Amount of Claim:    $6,203.41
Date Claim Filed: _____

Phone: 203-548-8062
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Joseph E Sarachek              Date: 02/28/2012
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CRT Capital Group LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to CRT Special Investments LLC ("Assignee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Nortel Network Inc., et al., (the "Debtor"), the debtor in Case No. 09-10138 ("Case") pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 27th day of February, 2012.

CRT CAPITAL GROUP LLC

By: _____

Name: Michael Santangelo

Title: Authorized Signatory


CRT SPECIAL INVESTMENTS LLC

By: _____

Name: Michael Santangelo

Title: Authorized Signatory

In re  NORTEL NETWORKS INC.                                          Case No. 09-10138
                            Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> DIDIER WERKOFF <br> 421 HERSHNER DRIVE <br> LOS GATOS, CA 95032 | | | DEFERRED COMPENSATION | | X | | $82,793.49 |
| ACCOUNT NO. 430596 <br> DIETZ & ASSOCIATES <br> 100 NORTH CENTRAL EXPRESSWAY <br> RICHARDSON, TX 75080 | X | | TRADE PAYABLE | | | | $194.85 |
| ACCOUNT NO. 432571 <br> DIETZ & ASSOCIATES <br> 100 NORTH CENTRAL EXPRESSWAY <br> RICHARDSON, TX 75080 | X | | TRADE PAYABLE | | | | $6,008.56 |
| ACCOUNT NO. 23673 <br> DIGI KEY CORP <br> PO BOX 250 <br> THIEF RIVER FALLS, MN 56701-0250 | | | TRADE PAYABLE | | | | $2,984.35 |
| ACCOUNT NO. 47284 <br> DIGI KEY CORP <br> 701 BROOKS AVENUE SOUTH <br> THIEF RIVER FALLS, MN 56701-0677 | | | TRADE PAYABLE | | | | $1,026.74 |
| ACCOUNT NO. <br> DIGITAL HEARING SERVICES <br> 2231 E MILLBROOK RD <br> SUITE 21 <br> RALEIGH, NC 27604 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. 319219 <br> DIGITAL LIGHTWAVE <br> 5775 RIO VISTA DRIVE <br> CLEARWATER, FL 33760-3137 | | | TRADE PAYABLE | | | | $23,635.55 |
| ACCOUNT NO. <br> DION JOANNOU <br> 2839 NE 24TH PLACE <br> FORT LAUDERDALE, FL 33305 | | | UK INLAND TAX REVENUE RELATED CLAIM | X | X | X | UNKNOWN |
| ACCOUNT NO. <br> DION JOANNOU <br> 2839 NE 24TH PLACE <br> FORT LAUDER, FL 33305 | | | SEVERANCE | | | | $69,500.00 |
| ACCOUNT NO. 450018 <br> DIRECT MESSENGER SERVICE <br> 5802 BLUEJACKET <br> SHAWNEE MISSION, KS 66203 | | | TRADE PAYABLE | X | X | X | UNKNOWN |

Sheet no. 82 of 527 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal    $186,143.54