# Exhibit A

# SCHEDULE A
## THIRTY-FIFTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
  **ERISA Litigation - Post Bankruptcy**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L160 Settlement/Non-Binding ADR

| Date | Atty | Hrs | Description of Services Rendered |
|---|---|---|---|
| 1/03/12 | RET | .3 | Review IFS determination, communications with defense team regarding same |
| 1/03/12 | JMS | .2 | Review Order giving effect to claims procedures |
| 1/03/12 | JMS | .1 | Review notice of electronic settlement |
| 1/03/12 | JMS | .2 | Review order granting SNCP limited relief |
| 1/09/12 | RET | .2 | Communications with plaintiffs' counsel regarding Debbie Barnes objection to settlement |
| 1/09/12 | RET | .4 | Compare Debbie Barnes bankruptcy claim to her objection to settlement |
| 1/09/12 | RET | .2 | Communications with Jennifer Palmer regarding claims filed against NNI by individuals that make allegations similar to those in the ERISA class action |
| 1/09/12 | RET | .2 | Teleconference with plaintiffs' counsel regarding Debbie Barnes objection to settlement |
| 1/10/12 | RET | .2 | Further communications with Hewitt regarding status of Rick Holland |
| 1/10/12 | RET | .3 | Review proposed final order that addresses the two class member objections |
| 1/10/12 | RET | .2 | Review of class members list to determine whether employees who are making bankruptcy claims are class members |
| 1/10/12 | RET | .2 | Communications with Jennifer Palmer regarding whether certain former employees who are making bankruptcy claims are class members |
| 1/10/12 | RET | .2 | Further communications with plaintiffs' counsel regarding objection from Rick Holland |
| 1/10/12 | RET | .3 | Review objection from Rick Holland |

| | | | |
|---|---|---|---|
| 1/10/12 | RET | .3 | Communications with Hewitt regarding status of Rick Holland |
| 1/10/12 | RET | .3 | Communications with plaintiff's counsel regarding proposed final order that addresses the two class member objections |
| 1/10/12 | RET | .3 | Communications with plaintiffs' counsel regarding objection from Rick Holland |
| 1/10/12 | RET | .2 | Communications with Daniel Ray regarding status of Rick Holland |
| 1/10/12 | JMS | .1 | Review plaintiffs' response to settlement objection |
| 1/10/12 | JMS | .1 | Review Rick Holland's proof of eligibility for settlement |
| 1/13/12 | RET | .3 | Communications with Hewitt and Daniel Ray regarding results of final fairness hearing |
| 1/13/12 | RET | .4 | Communications with Laurel Van Allen regarding results of final fairness hearing |
| 1/13/12 | RET | .2 | Communications with Peter Bisio, Alan Merskey, and Jennifer Palmer regarding results of final fairness hearing |
| 1/17/12 | RET | .2 | Communications with Lexecon regarding status of assignment with Chubb |
| 1/17/12 | RET | .3 | Communications with Peter Bisio and Lexecon regarding status of assignment with Chubb |
| 1/18/12 | RET | .3 | Review current draft of assignment between Chubb and Lexecon |
| 1/18/12 | RET | .4 | Prepare for call with Daniel Ray and Hewitt regarding issues related to certain class members |
| 1/18/12 | RET | .7 | Call with Daniel Ray and Hewitt regarding issues related to certain class members |
| 1/19/12 | RET | .2 | Communications with Hewitt regarding status of Rick Holland |
| 1/19/12 | RET | .1 | Review executed assignment from Lexecon |
| 1/20/12 | RET | .2 | Communications with Laurel Van Allen regarding transfer of data to settlement administrator |
| 1/23/12 | RET | .3 | Communications with Dan Ray regarding status of Rick Holland |

| | | | |
|---|---|---|---|
| 1/23/12 RET | .3 | Communications with Laurel Van Allen regarding transfer of participant data to settlement administrator | |
| 1/23/12 RET | .3 | Communications with plaintiffs' counsel regarding transfer of participant data to settlement administrator | |
| 1/26/12 RET | .2 | Communications with Jennifer Palmer regarding date order approving settlement will become final | |
| 1/26/12 RET | .3 | Communications with plaintiffs' counsel regarding transmission of participant data | |
| | | SUB TOTAL | 4,547.50 |

L190 Other Case Assessment, Devel. & Adm

| | | | |
|---|---|---|---|
| 1/19/12 JMS | .1 | Review court notices of entry of judgment | |
| | | SUB TOTAL | 42.50 |

L210 Pleadings

| | | | |
|---|---|---|---|
| 1/10/12 RET | .3 | Review plaintiffs' response to Objection of Debbie Barnes | |
| 1/23/12 RET | .3 | Communications with Anna Vestresca regarding court's approval of settlement | |
| 1/23/12 RET | .3 | Communications with Jennifer Palmer regarding entry of judgment and date judgment becomes final | |
| 1/23/12 RET | .3 | Review entry of judgment and calculating date judgment becomes final | |
| | | SUB TOTAL | 600.00 |

L230 Court Mandated Conferences

| | | | |
|---|---|---|---|
| 1/11/12 RET | 1.4 | Prepare for final fairness hearing | |
| 1/11/12 RET | 4.0 | Return travel to New Orleans from Fairness Hearing | |
| 1/11/12 RET | 1.9 | Attend final fairness hearing | |
| | | SUB TOTAL | 3,650.00 |

L260 Class Action Certification & Notice

| | | | |
|---|---|---|---|
| 1/10/12 RET | 4.0 | Travel to Nashville for final fairness hearing | |
| 1/13/12 RET | .3 | Review Order of Final Judgment and Dismissal | |
| 1/13/12 JMS | .2 | Review Order of Final Judgment and Dismissal | |

1/13/12 JMS   .1     Review minute entry from settlement hearing

1/23/12 RET   .3     Communications with Ken Hashimoto regarding Order of Final Judgment and Dismissal

                                                                          SUB TOTAL     2,427.50

| | |
|---|---|
| TOTAL SERVICES | $11,267.50 |
| TOTAL HOURS: | 22.7 |
| FEE GRAND TOTAL: | $11,267.50 |
| NORTEL'S 50% TOTAL: | $5,633.75 |

**NORTEL NETWORKS-ERISA Litigation**
  **ERISA Litigation - Post Bankruptcy – Non-Insurance**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L120 Analysis/Strategy

| | | | |
|---|---|---|---|
| 12/05/11 | JMS | .20 | Communications with Annie Cordo regarding Eleventh Quarterly Fee Hearing |
| 12/06/11 | RET | .20 | Communications with Annie Cordo regarding Eleventh Quarterly Fee Hearing |
| 12/06/11 | JMS | .20 | Communications with Annie Cordo regarding Eleventh Quarterly Fee Hearing |
| 12/13/11 | RET | .30 | Prepare for Eleventh Quarterly Fee Hearing |
| 12/13/11 | RET | .20 | Communications with Annie Cordo regarding Eleventh Quarterly Fee Hearing |
| 12/14/11 | RET | .20 | Review Eleventh Omnibus Fee Order |
| 12/14/11 | RET | .20 | Communications with Annie Cordo regarding next quarterly fee hearing |
| 12/21/11 | RET | .40 | Review Notice of Filing of 76th, 77th, and 78th Report of the Monitor |
| 12/21/11 | RET | .40 | Review Notice of Filing of Transcripts and Deadlines, Notice of Filing of Order of the Canadian Proceedings |
| 12/23/11 | RET | .20 | Review Notice of Filing of 78th Report of the Monitor |
| 01/03/12 | RET | .40 | Review Certificate of No Objection, Notice of Filing of Electronic Settlement Order and Endorsement, Order Enforcing the Order Granting Limited Relief To SNMP Research |

                                SUB TOTAL         1,562.00

L160 Settlement/Non-Binding ADR

| | | | |
|---|---|---|---|
| 12/07/11 | RWJ | .10 | Review e-mail from Annie Cordo regarding objections to Omnibus Fee Order and docket deadline |
| 12/07/11 | RWJ | .10 | Review information on fee hearing and docket deadlines |
| 12/09/11 | RET | .30 | Communications with plaintiffs' counsel regarding representation that the net worth of certain defendants |
| 12/13/11 | RWJ | .10 | Follow up with Annie Cordo to confirm whether attendance is required at telephonic hearing |

|  |  | SUB TOTAL | 214.50 |
|---|---|---|---|

L190 Other Case Assessment, Devel. & Adm

| 11/17/11 | JMS | 1.10 | Revise thirty-second interim fee application and its exhibits |
| 11/18/11 | JMS | .20 | Review draft quarterly fee application for edits |
| 11/18/11 | JMS | .70 | Work on fees application |
| 12/13/11 | JMS | .10 | Communication with Annie Cordo regarding Nortel Eleventh Quarterly Fee Hearing |
| 12/14/11 | JMS | .20 | Communication with Annie Cordo regarding Eleventh Omnibus Fee Order |
| 1/17/12 | RWJ | .80 | Prepare exhibit A to thirty-third fee application |
| 1/17/12 | RWJ. | 30 | Prepare exhibit B to thirty-third fee application |
| 1/18/12 | RWJ | .90 | Prepare exhibit A to thirty-fourth fee application |
| 1/18/12 | RWJ | 1.70 | Draft thirty-third fee application |
| 1/23/12 | RWJ | .10 | Review notices on fee hearing and application deadlines and docket |
| 1/31/12 | RWJ | .70 | Being preparation of thirty-fourth fee application |
| 1/31/12 | RWJ | .30 | Prepare exhibit B to thirty-fourth fee application |

|  |  | SUB TOTAL | 1,867.25 |
|---|---|---|---|

L210 Pleadings

| 12/06/11 | RET | .50 | Review Notice of Hearing and Motion for order giving Effect in US to Orders of Ontario Court Approving Compensation Claims Procedures |
| 12/06/11 | JMS | .50 | Review Notice of Hearing and Motion for order giving Effect in US to Orders of Ontario Court Approving Compensation Claims Procedures |

|  |  | SUB TOTAL | 508.75 |
|---|---|---|---|

TOTAL SERVICES $4,152.50

TOTAL HOURS: 11.60

FEE GRAND TOTAL: $4,152.50

4828-4420-8654, v.  1