# Exhibit B

# SCHEDULE B

**EXPENSE SUMMARY**

**NORTEL/CHUBB**
Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

January 1, 2012 through January 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
| Travel - Accommodations – Fairness Hearing | | $356.07 | $178.04 |
| Travel – Car fare – Fairness Hearing | | $160.08 | $80.04 |
| Travel - Parking – Fairness Hearing | | $32.00 | $16.00 |
| Travel - Meals – Fairness Hearing | | $11.45 | $5.72 |
| **Grand Total Expenses** | | **$559.60** | **$279.80** |

**\*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.**

**TOTAL EXPENSES DUE:  $279.80**

---

**NORTEL NETWORKS – NON-INSURANCE**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

January 1, 2012 through January 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
|  |  |  |
|  |  |  |
| **Grand Total Expenses** |  | **$0.00** |

**TOTAL EXPENSES DUE:  $0.00**