# Exhibit B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

January 1, 2012 through January 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Consulting/Professional Services | | $90.00 |
| Photos/Art/ Spec Duplicating | | 6,926.49 |
| Travel | | 875.00 |
| Meals | | 100.57 |
| Messenger Service | | 153.00 |
| Courier/Delivery Service | | 3,200.63 |
| In House Duplicating | | 504.60 |
| Postage | | 24.88 |
| Facsimile | | 1,961.00 |
| Pacer | | 13.44 |
| **Grand Total Expenses** | | **$13,849.61** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 933420 | 01/31/12 | B | 90.00 | Consulting/Professional Services - PHILLIPS, GOLDMAN & SPENCE, P.A.` PROFESSIONAL FEES FOR THE PERIOD ENDING 01/31/2012 RE: CASE NO. 09-10138 | 509 | 203 | 185972 |
| 923911 | 01/03/12 | B | 2,563.56 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY PRINT/ INCLUDES STUFFING AND METERING, ENVELOPE, POSTAGE, AND HAND DELIVERY | 510 | 904 | 185094 |
| 923798 | 01/09/12 | B | 498.20 | Photos/Art/Spec Duplicating-Out of Office - IKON OFFICE SOLUTIONS` ENVELOPES, BANKRUPTCY MAILOUTS & HAND DELIVERIES - 01/09/2012 | 510 | 684 | 185058 |
| 926093 | 01/12/12 | B | 188.28 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 01/12/2012 | 510 | 684 | 185241 |
| 926092 | 01/13/12 | B | 656.37 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 01/13/2012 | 510 | 684 | 185240 |
| 926692 | 01/19/12 | B | 1,177.47 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 01/19/2012 | 510 | 900 | 185309 |
| 928929 | 01/20/12 | B | 491.46 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 01/24/2012 | 510 | 000 | 185457 |
| 928928 | 01/24/12 | B | 303.75 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 01/24/2012 | 510 | 684 | 185456 |
| 928930 | 01/24/12 | B | 721.55 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 01/24/2012 | 510 | 684 | 185458 |
| 928927 | 01/27/12 | B | 325.85 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 01/27/2012 | 510 | 684 | 185455 |
| 928393 | 01/31/12 | B | 280.00 | Travel - UNIGLOBE RED CARPET TRAVEL` A. CORDO - AMTRAK; WILMINGTON TO NY - 01/31/2012 | 511 | 904 | 185441 |
| 928395 | 01/31/12 | B | 280.00 | Travel - UNIGLOBE RED CARPET TRAVEL` D/ CULVER - AMTRAK; WILMINGTON TO NY - 01/31/2012 | 511 | 203 | 185441 |
| 928394 | 01/31/12 | B | 280.00 | Travel - UNIGLOBE RED CARPET TRAVEL` D. ABBOTT - AMTRAK; WILMINGTON TO NY - 01/31/2012 | 511 | 322 | 185441 |
| 928926 | 01/31/12 | B | 35.00 | Travel - DEREK C. ABBOTT` REIMBURSEMENT OF PARKING & TAXI EXPENSES FROM TRIP TO NY TO ATTEND CLEARY MEETING - 01/31/2012 | 511 | 322 | 185454 |
| 928925 | 01/31/12 | B | 100.57 | Meals - DEREK C. ABBOTT` REIMBURSEMENT OF MEAL EXPENSES FROM TRIP TO N TO ATTEND CLEARY MEETING - 01/31/2012 | 512 Y | 322 | 185454 |
| 925688 | 01/04/12 | B | 3.00 | Messenger Service | 513S | 684 | |
| 925714 | 01/05/12 | B | 6.00 | Messenger Service | 513S | 684 | |
| 925730 | 01/06/12 | B | 3.00 | Messenger Service | 513S | 684 | |
| 925731 | 01/06/12 | B | 9.00 | Messenger Service | 513S | 684 | |
| 925743 | 01/06/12 | B | 3.00 | Messenger Service | 513S | 684 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 02/28/12 16:21:49

Case 09-10138-MFW    Doc 7289-3    Filed 02/28/12    Page 3 of 9

PROFORMA  290143  AS OF 01/31/12

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 925747 | 01/06/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 925789 | 01/10/12 | B | 3.00 | Messenger Service | 513S | 684 | |
| 925823 | 01/12/12 | B | 3.00 | Messenger Service | 513S | 684 | |
| 925824 | 01/12/12 | B | 3.00 | Messenger Service | 513S | 684 | |
| 925817 | 01/12/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 925871 | 01/17/12 | B | 21.00 | Messenger Service | 513S | 594 | |
| 928745 | 01/19/12 | B | 3.00 | Messenger Service | 513S | 684 | |
| 928741 | 01/19/12 | B | 12.00 | Messenger Service | 513S | 684 | |
| 928744 | 01/19/12 | B | 3.00 | Messenger Service | 513S | 684 | |
| 928764 | 01/20/12 | B | 3.00 | Messenger Service | 513S | 684 | |
| 928769 | 01/20/12 | B | 3.00 | Messenger Service | 513S | 684 | |
| 928773 | 01/20/12 | B | 6.00 | Messenger Service | 513S | 684 | |
| 928776 | 01/20/12 | B | 3.00 | Messenger Service | 513S | 684 | |
| 928777 | 01/20/12 | B | 6.00 | Messenger Service | 513S | 684 | |
| 928753 | 01/20/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 928792 | 01/23/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 928805 | 01/23/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 928780 | 01/23/12 | B | 3.00 | Messenger Service | 513S | 684 | |
| 928794 | 01/23/12 | B | 3.00 | Messenger Service | 513S | 684 | |
| 928795 | 01/23/12 | B | 21.00 | Messenger Service | 513S | 684 | |
| 928818 | 01/24/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 928831 | 01/24/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 928839 | 01/24/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 928847 | 01/25/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 928848 | 01/25/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 928923 | 01/30/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 924392 | 01/05/12 | B | 7.50 | Courier/Delivery Service | 514 | 000 | 185113 |
| 924527 | 01/06/12 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 185155 |
| 924388 | 01/06/12 | B | 32.43 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 185112 |
| 924372 | 01/06/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185111 |
| 924373 | 01/06/12 | B | 17.11 | Courier/Delivery Service | 514 | 322 | 185111 |
| 924374 | 01/06/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185111 |
| 924375 | 01/06/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185111 |
| 924376 | 01/06/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185111 |
| 924377 | 01/06/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185111 |
| 932982 | 01/07/12 | B | 34.80 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 01/07/2012 | 514 | 000 | 185894 |
| 928014 | 01/17/12 | B | 55.20 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 185398 |

```
Nortel Networks, Inc.                                                           PROFORMA   290143              AS OF 01/31/12                      INVOICE#  ******
63989-DIP
DATE: 02/28/12 16:21:49
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 926821 | 01/19/12 | B | 51.65 | Courier/Delivery Service | 514 | 322 | 185323 |
| 926217 | 01/19/12 | B | 19.20 | Courier/Delivery Service | 514 | 322 | 185261 |
| 926218 | 01/19/12 | B | 10.81 | Courier/Delivery Service | 514 | 322 | 185261 |
| 926219 | 01/19/12 | B | 17.14 | Courier/Delivery Service | 514 | 322 | 185261 |
| 926650 | 01/20/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185293 |
| 926651 | 01/20/12 | B | 15.67 | Courier/Delivery Service | 514 | 322 | 185293 |
| 926652 | 01/20/12 | B | 18.03 | Courier/Delivery Service | 514 | 322 | 185293 |
| 926822 | 01/20/12 | B | 32.43 | Courier/Delivery Service | 514 | 322 | 185323 |
| 926659 | 01/20/12 | B | 17.11 | Courier/Delivery Service | 514 | 322 | 185293 |
| 926660 | 01/20/12 | B | 21.93 | Courier/Delivery Service | 514 | 322 | 185293 |
| 926661 | 01/20/12 | B | 23.84 | Courier/Delivery Service | 514 | 322 | 185293 |
| 926662 | 01/20/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185293 |
| 926663 | 01/20/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185293 |
| 926664 | 01/20/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185293 |
| 926653 | 01/20/12 | B | 18.03 | Courier/Delivery Service | 514 | 322 | 185293 |
| 926654 | 01/20/12 | B | 21.81 | Courier/Delivery Service | 514 | 322 | 185293 |
| 926655 | 01/20/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185293 |
| 926656 | 01/20/12 | B | 21.93 | Courier/Delivery Service | 514 | 322 | 185293 |
| 926657 | 01/20/12 | B | 21.81 | Courier/Delivery Service | 514 | 322 | 185293 |
| 926658 | 01/20/12 | B | 21.81 | Courier/Delivery Service | 514 | 322 | 185293 |
| 926665 | 01/20/12 | B | 18.03 | Courier/Delivery Service | 514 | 322 | 185293 |
| 926666 | 01/20/12 | B | 18.03 | Courier/Delivery Service | 514 | 322 | 185293 |
| 926667 | 01/20/12 | B | 18.03 | Courier/Delivery Service | 514 | 322 | 185293 |
| 926820 | 01/20/12 | B | 51.65 | Courier/Delivery Service | 514 | 322 | 185323 |
| 926649 | 01/20/12 | B | 52.58 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 185292 |
| 932997 | 01/21/12 | B | 34.80 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 01/21/2012 | 514 | 904 | 185894 |
| 929538 | 01/23/12 | B | 41.40 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 185558 |
| 928519 | 01/25/12 | B | 45.40 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 185445 |
| 927983 | 01/25/12 | B | 32.43 | Courier/Delivery Service | 514 | 322 | 185382 |
| 927984 | 01/25/12 | B | 42.85 | Courier/Delivery Service | 514 | 322 | 185382 |
| 927965 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927966 | 01/25/12 | B | 14.64 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927967 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927980 | 01/25/12 | B | 32.43 | Courier/Delivery Service | 514 | 322 | 185382 |
| 927981 | 01/25/12 | B | 32.43 | Courier/Delivery Service | 514 | 322 | 185382 |
| 927982 | 01/25/12 | B | 32.43 | Courier/Delivery Service | 514 | 322 | 185382 |
| 927959 | 01/25/12 | B | 18.42 | Courier/Delivery Service | 514 | 322 | 185381 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 927960 | 01/25/12 | B | 20.75 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927961 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927962 | 01/25/12 | B | 14.64 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927963 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927964 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927953 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927954 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927955 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927956 | 01/25/12 | B | 18.42 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927957 | 01/25/12 | B | 14.64 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927958 | 01/25/12 | B | 20.75 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927947 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927948 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927949 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927950 | 01/25/12 | B | 20.45 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927951 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927952 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927941 | 01/25/12 | B | 18.42 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927942 | 01/25/12 | B | 14.64 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927943 | 01/25/12 | B | 17.11 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927944 | 01/25/12 | B | 20.45 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927945 | 01/25/12 | B | 20.75 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927946 | 01/25/12 | B | 17.11 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927935 | 01/25/12 | B | 20.75 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927936 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927937 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927938 | 01/25/12 | B | 18.54 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927939 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927940 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927929 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927930 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927931 | 01/25/12 | B | 20.75 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927932 | 01/25/12 | B | 18.42 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927933 | 01/25/12 | B | 18.42 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927934 | 01/25/12 | B | 18.54 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927923 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927924 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927925 | 01/25/12 | B | 18.42 | Courier/Delivery Service | 514 | 322 | 185381 |

```
Nortel Networks, Inc.                        PROFORMA   290143        AS OF 01/31/12              INVOICE# ******
63989-DIP
DATE: 02/28/12 16:21:49
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 927926 | 01/25/12 | B | 14.64 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927927 | 01/25/12 | B | 20.75 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927928 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927917 | 01/25/12 | B | 18.42 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927918 | 01/25/12 | B | 18.42 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927919 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927920 | 01/25/12 | B | 18.54 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927921 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927922 | 01/25/12 | B | 18.54 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927911 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927912 | 01/25/12 | B | 18.54 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927913 | 01/25/12 | B | 18.54 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927914 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927915 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927916 | 01/25/12 | B | 18.54 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927905 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927906 | 01/25/12 | B | 20.75 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927907 | 01/25/12 | B | 18.42 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927908 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927909 | 01/25/12 | B | 18.42 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927910 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927899 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927900 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927901 | 01/25/12 | B | 18.42 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927902 | 01/25/12 | B | 20.75 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927903 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927904 | 01/25/12 | B | 14.64 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927893 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927894 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927895 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927896 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927897 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927898 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927887 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927888 | 01/25/12 | B | 18.54 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927889 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927890 | 01/25/12 | B | 20.45 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927891 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 927892 | 01/25/12 | B | 17.11 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927881 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927882 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927883 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927884 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927885 | 01/25/12 | B | 18.42 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927886 | 01/25/12 | B | 18.42 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927875 | 01/25/12 | B | 18.54 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927876 | 01/25/12 | B | 18.54 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927877 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927878 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927879 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927880 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927869 | 01/25/12 | B | 18.42 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927870 | 01/25/12 | B | 20.75 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927871 | 01/25/12 | B | 18.42 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927872 | 01/25/12 | B | 17.11 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927873 | 01/25/12 | B | 20.75 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927874 | 01/25/12 | B | 20.75 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927863 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927864 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927865 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927866 | 01/25/12 | B | 18.54 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927867 | 01/25/12 | B | 17.11 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927868 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927857 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927858 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927859 | 01/25/12 | B | 20.75 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927860 | 01/25/12 | B | 20.75 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927861 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927862 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927851 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927852 | 01/25/12 | B | 14.64 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927853 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927854 | 01/25/12 | B | 17.11 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927855 | 01/25/12 | B | 14.64 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927856 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927845 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 02/28/12 16:21:49

Case 09-10138-MFW    Doc 7289-3    Filed 02/28/12    Page 8 of 9

PROFORMA  290143    AS OF 01/31/12

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 927846 | 01/25/12 | B | 12.28 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927847 | 01/25/12 | B | 20.75 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927848 | 01/25/12 | B | 20.45 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927849 | 01/25/12 | B | 18.42 | Courier/Delivery Service | 514 | 322 | 185381 |
| 927850 | 01/25/12 | B | 18.42 | Courier/Delivery Service | 514 | 322 | 185381 |
| 933000 | 01/25/12 | B | 177.50 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 01/25/2012 | 514 | 904 | 185894 |
| 933001 | 01/25/12 | B | 71.00 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 01/25/2012 | 514 | 904 | 185894 |
| 931800 | 01/31/12 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 185689 |
| 920319 | 01/03/12 | B | 25.60 | In-House Duplicating | 519 | 605 | |
| 920318 | 01/03/12 | B | 6.80 | In-House Duplicating | 519 | 594 | |
| 923021 | 01/06/12 | B | 16.20 | In-House Duplicating | 519 | 684 | |
| 923022 | 01/06/12 | B | 6.30 | In-House Duplicating | 519 | 684 | |
| 923956 | 01/10/12 | B | 115.10 | In-House Duplicating | 519 | 684 | |
| 924154 | 01/12/12 | B | 11.60 | In-House Duplicating | 519 | 684 | |
| 924654 | 01/17/12 | B | 9.60 | In-House Duplicating | 519 | 684 | |
| 925939 | 01/20/12 | B | 74.30 | In-House Duplicating | 519 | 684 | |
| 925940 | 01/20/12 | B | 1.20 | In-House Duplicating | 519 | 684 | |
| 926133 | 01/23/12 | B | 11.70 | In-House Duplicating | 519 | 684 | |
| 926545 | 01/24/12 | B | 0.20 | In-House Duplicating | 519 | 554 | |
| 926546 | 01/24/12 | B | 5.60 | In-House Duplicating | 519 | 554 | |
| 927729 | 01/27/12 | B | 12.80 | In-House Duplicating | 519 | 623 | |
| 928977 | 01/31/12 | B | 18.40 | In-House Duplicating | 519 | 605 | |
| 928978 | 01/31/12 | B | 92.70 | In-House Duplicating | 519 | 605 | |
| 925453 | 01/07/12 | B | 2.64 | Postage | 520 | 684 | |
| 925461 | 01/10/12 | B | 10.40 | Postage | 520 | 684 | |
| 925465 | 01/12/12 | B | 3.76 | Postage | 520 | 684 | |
| 923575 | 01/03/12 | B | 8.08 | Postage - DIGITAL LEGAL SERVICES LLC` POSTAGE - 01/03/2012 | 520H | 594 | 184998 |
| 923796 | 01/06/12 | B | 769.50 | Facsimile - DIGITAL LEGAL SERVICES LLC` BROADCAST FAX - 01/06/2012 | 522H | 684 | 185056 |
| 923797 | 01/06/12 | B | 22.75 | Facsimile - DIGITAL LEGAL SERVICES LLC` BROADCAST FAX - 01/06/2012 | 522H | 684 | 185057 |
| 926704 | 01/20/12 | B | 121.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` BROADCAST FAX - 01/20/2012 | 522H | 684 | 185321 |
| 927995 | 01/20/12 | B | 1,047.75 | Facsimile - IKON OFFICE SOLUTIONS` BROADCAST FAX - 01/20/2012 | 522H | 900 | 185386 |
| 933696 | 01/31/12 | B | 13.44 | Pacer charges for the month of January | 529 | 000 | |
| 920320 | 01/03/12 | B | 2.65 | In-House Printing - black & white | 541 | 605 | |

```
Nortel Networks, Inc.                       PROFORMA  290143         As of 01/31/12                    INVOICE# ******
63989-DIP
DATE: 02/28/12 16:21:49
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 920200 | 01/03/12 | B | 7.10 | In-House Printing - black & white | 541 | 594 | |
| 923023 | 01/06/12 | B | 4.20 | In-House Printing - black & white | 541 | 684 | |
| 923640 | 01/09/12 | B | 4.40 | In-House Printing - black & white | 541 | 684 | |
| 923957 | 01/10/12 | B | 13.35 | In-House Printing - black & white | 541 | 684 | |
| 924155 | 01/12/12 | B | 1.25 | In-House Printing - black & white | 541 | 684 | |
| 925068 | 01/18/12 | B | 4.90 | In-House Printing - black & white | 541 | 684 | |
| 925361 | 01/19/12 | B | 2.80 | In-House Printing - black & white | 541 | 684 | |
| 925941 | 01/20/12 | B | 4.25 | In-House Printing - black & white | 541 | 684 | |
| 926134 | 01/23/12 | B | 15.30 | In-House Printing - black & white | 541 | 684 | |
| 926720 | 01/25/12 | B | 1.30 | In-House Printing - black & white | 541 | 684 | |
| 928280 | 01/30/12 | B | 12.75 | In-House Printing - black & white | 541 | 203 | |
| 928979 | 01/31/12 | B | 14.90 | In-House Printing - black & white | 541 | 605 | |
| 928438 | 01/31/12 | B | 7.35 | In-House Printing - black & white | 541 | 322 | |

13,849.61