## **CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Thirty-Seventh Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2012 Through January 31, 2012** was caused to be made on February 28, 2012, in the manner indicated upon the entities identified below:

Date: February 28, 2012  
Wilmington, DE

　　　　　　　　　　*/s/ Ann C. Cordo*　　　　  
Ann C. Cordo (No. 4817

**VIA HAND DELIVERY**

Thomas P. Tinker, Esq.  
Office of the U.S. Trustee  
844 King Street  
Suite 2207, Lockbox 35  
Wilmington, DE 19801-3519  
(Trustee)

Mark D. Collins, Esq.  
Christopher M. Samis, Esq.  
Richards Layton & Finger  
One Rodney Square  
920 N King St  
Wilmington, DE 19801  
(Counsel for Official Committee  
Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Nortel Networks, Inc.  
Attn: Accounts Payable  
P.O. Box 13010  
RTP, NC 27709  
(Debtor)

Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
New York, NY 10036  
(Counsel for Official Committee  
Of Unsecured Creditors)

4089920.2