IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>                Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) Hearing Date: Mar. 22, 2012 at 10:00 a.m. (ET)<br>) |

## NOTICE OF TWELFTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                      Capstone Advisory Group, LLC

Authorized to Provide
Professional Services to:                Official Committee of Unsecured Creditors

Date of Retention:                     March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:        November 1, 2011 through January 31, 2012[2]

Amount of Compensation sought as
actual, reasonable and necessary:      $718,050.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:    $9,165.63

This is (a)n: _X_ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC's November and December 2011 and January 2012 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed: 1/13/12 Docket No. 7095 | 11/1/11 to 11/30/11 | $264,604.00 | $4,214.72 | $211,683.20 | $4,214.72 | $52,920.80 |
| Date Filed: 2/8/2012 Docket No. 7189 | 12/1/11 to 12/31/11 | $230,549.00 | $4,298.97 | Pending Obj. Deadline $184,439.20 | Pending Obj. Deadline $4,298.97 | $46,109.80 |
| Date Filed: 2/27/2012 Docket No. 7279 | 1/1/12 to 1/31/12 | $222,897.00 | $651.94 | Pending Obj. Deadline $178,317.60 | Pending Obj. Deadline $651.94 | $44,579.40 |
| TOTALS: | | $718,050.00 | $9,165.63 | $574,440.00 | $9,165.63 | $143,610.00 |

Summary of any Objections to Fee Applications: None.

## SUMMARY OF PROFESSIONAL HOURLY RATES
## REFLECTING CHANGES EFFECTIVE JANUARY 1, 2012

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate 2011 | Hourly Billing Rate Effective 1/1/12 |
|---|---|---|---|
| Chris Kearns | Executive Director, Member | $760 | $795 |
| Jay Borow | Executive Director, Member | $760 | $795 |
| Jeffrey Hyland | Executive Director | $595 | $610 |
| Timothy Morilla | Director | $310 | $360 |
| Meagan Haverkamp | Paraprofessional | $120 | $120 |

Dated: February 28, 2012
      New York, NY

*/s/ Jay Borow*
Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP
104 West 40th Street
16th floor
New York, NY  10018
Telephone: (212) 782-1411
Facsimile: (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*