# EXHIBIT B



NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX  75082

| | |
|---|---|
| Invoice Number | 1409608 |
| Invoice Date | 02/24/12 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/12 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 8.10 | $6,755.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 14.20 | $7,581.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 2.40 | $1,407.50 |
| 0006 | Retention of Professionals | 10.30 | $6,605.00 |
| 0007 | Creditors Committee Meetings | 83.20 | $61,297.00 |
| 0008 | Court Hearings | 0.80 | $840.00 |
| 0012 | General Claims Analysis/Claims Objections | 11.80 | $7,235.50 |
| 0014 | Canadian Proceedings/Matters | 0.70 | $690.00 |
| 0018 | Tax Issues | 94.10 | $54,520.50 |
| 0019 | Labor Issues/Employee Benefits | 68.20 | $47,899.50 |
| 0028 | Non-Debtor Affiliates | 0.20 | $210.00 |
| 0029 | Intercompany Analysis | 55.40 | $40,770.50 |
| 0031 | European Proceedings/Matters | 0.70 | $735.00 |
| 0032 | Intellectual Property | 3.30 | $2,722.50 |
| | TOTAL | 353.40 | $239,269.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1409608

Page 2  
February 24, 2012

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 01/04/12 | FSH | 0002 | Respond to call of creditor. | 0.10 |
| 01/04/12 | BMK | 0002 | Participate in call with J. Bromley and L. Schweitzer re: case status (0.5); follow up with Akin team re: same (0.2) | 0.70 |
| 01/14/12 | SLB | 0002 | Corr. w/ R. Jacobs re: scheduling | 0.20 |
| 01/17/12 | DHB | 0002 | Office conference with F. Hodara re Ray call and bondholder confi. | 0.20 |
| 01/18/12 | DHB | 0002 | Prepare for and attend Ray call (.5); office conference with F. Hodara as follow-up (.2). | 0.70 |
| 01/23/12 | FSH | 0002 | Conf. call with NNI re pending issues. | 0.50 |
| 01/23/12 | DHB | 0002 | Email communications re employee procedural motion. | 0.10 |
| 01/23/12 | BMK | 0002 | Participate in update call with the Debtors | 0.50 |
| 01/23/12 | SLB | 0002 | Attention to administrative case matters. | 0.30 |
| 01/24/12 | BMK | 0002 | Respond to creditor inquiry | 0.30 |
| 01/24/12 | SLB | 0002 | Attention to administrative case matters. | 0.20 |
| 01/25/12 | DHB | 0002 | Telephone calls with creditors re status (.2) (.2). | 0.40 |
| 01/27/12 | FSH | 0002 | Communicate with Debtors re pending items. | 0.10 |
| 01/30/12 | SLS | 0002 | Participate in call with UCC and Company representatives regarding case status (.5). | 0.50 |
| 01/30/12 | FSH | 0002 | Weekly call with NNI (.5). Meet with Jefferies re pending case issues (.7). | 1.20 |
| 01/30/12 | DHB | 0002 | Prepare for Ray call (.1) and attend same (.5); follow-up with F. Hodara and C. Samis (.2); follow-up re same (.2); meet with Jefferies team re case direction (.5); emails re Ray follow-up (.1). | 1.60 |
| 01/30/12 | BMK | 0002 | Participate in update call with Debtors | 0.50 |
| 01/03/12 | SLS | 0003 | Review Nortel invoice. | 1.40 |
| 01/04/12 | PJS | 0003 | Review and prepare documents re fee application. | 2.40 |
| 01/05/12 | SLS | 0003 | Review monthly fee application (.5); communication with B. Kahn regarding same (.1) | 0.60 |
| 01/05/12 | BMK | 0003 | Draft November fee application | 1.10 |
| 01/06/12 | BMK | 0003 | Draft/edit November fee app | 0.90 |
| 01/09/12 | FSH | 0003 | Work on monthly fee app. | 0.50 |
| 01/09/12 | BMK | 0003 | Emails with F. Hodara re: fee issues | 0.30 |
| 01/10/12 | FSH | 0003 | Work on monthly fee apps. | 0.30 |
| 01/10/12 | BMK | 0003 | Finalize November fee app for filing (1.1); conf with F. Hodara re: fee issues (0.2); review December invoice (1.7) | 3.00 |
| 01/19/12 | SLS | 0003 | Review monthly fee statement (.5). | 0.50 |
| 01/25/12 | PJS | 0003 | Prepare documents re fee application. | 2.40 |
| 01/30/12 | BMK | 0003 | Draft December fee application | 0.80 |
| 01/03/12 | BMK | 0004 | Attention to UCC professional fee issues | 0.20 |
| 01/19/12 | JYS | 0004 | Review of projected professional fees to wind down (0.8); correspondence with S. Schultz re same (0.3). | 1.10 |
| 01/24/12 | BMK | 0004 | Review of professional fee budget document (0.4); emails with J. Hyland re: same (0.2) | 0.60 |
| 01/25/12 | BMK | 0004 | Review and comment on summary of professional fee budget (0.4); tc with J. Hyland re: same (0.1) | 0.50 |
| 01/03/12 | BMK | 0006 | Draft Borow declaration re: Capstone retention disclosure | 0.50 |
| 01/04/12 | BMK | 0006 | Review and comment on Capstone supplemental declaration | 0.60 |
| 01/17/12 | JYS | 0006 | Review Capstone supplemental declaration (1.0); correspondence with S. Schultz re same (0.2). | 1.20 |
| 01/18/12 | JYS | 0006 | Correspondence with S. Schultz re Capstone supplemental declaration (0.3). | 0.30 |
| 01/20/12 | SLS | 0006 | Review supplemental Capstone declaration (.9); communication to J. Sturm regarding same (.1); review revised supplemental Capstone declaration (.1) | 1.10 |
| 01/20/12 | JYS | 0006 | Review Capstone Supplemental declaration (0.4); correspondence with S. Schultz and J. Hyland re same (0.3); t/c with J. Hyland re same (0.2). | 0.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1409608

Page 3  
February 24, 2012

| Date | Tkpr | Task | | Hours |
|------|------|------|---|------|
| 01/23/12 | BMK | 0006 | Review Capstone supplemental declaration (0.2); conf with J. Sturm re: same (0.2); tc with J. Sturm and Capstone re: same (0.3); tc with J. Sturm and S. Schultz re: same (0.1) | 0.80 |
| 01/23/12 | JYS | 0006 | T/cs and correspondence with Capstone re supplemental declaration (0.7); t/cs with B. Kahn and S. Schultz re same (0.3). | 1.00 |
| 01/24/12 | SBK | 0006 | Emails to/from Botter, Hodara and Rowe re retention matter. | 0.90 |
| 01/24/12 | JYS | 0006 | Correspondence with S. Schultz re Capstone supplemental declaration (0.3); review professionals confi (0.3). | 0.70 |
| 01/25/12 | JYS | 0006 | T/c with S. Schultz re Capstone Supplemental Disclosure (0.2); t/c with J. Hyland re same (0.4). | 0.60 |
| 01/26/12 | FSH | 0006 | Confer with B. Kahn re updates 2014 declaration. | 0.20 |
| 01/26/12 | BMK | 0006 | Conf and emails with F. Hodara re: supplemental declaration issues | 0.30 |
| 01/27/12 | BMK | 0006 | Review final Capstone supplemental declaration | 0.20 |
| 01/27/12 | JYS | 0006 | T/c with J. Croft re Capstone supplemental declaration (0.2); correspondence with Cleary and Akin Gump team re same (0.3). | 0.50 |
| 01/30/12 | JYS | 0006 | Corr w. S. Schultz re Capstone supplemental declaration | 0.20 |
| 01/31/12 | JYS | 0006 | T/C and corr w. J. Hyland re Capstone supplemental declaration | 0.30 |
| 01/03/12 | LGB | 0007 | Participate in Nortel Professionals' call (0.8); follow up w/Akin team (0.2); Email Kahn re agenda re same (0.1). | 1.10 |
| 01/03/12 | FSH | 0007 | Review materials for upcoming Committee meeting (.3). Meet with working group re pending matters (.8); follow up to same (.4). | 1.50 |
| 01/03/12 | FSH | 0007 | Confer with Committee member re pending items and follow up. | 0.20 |
| 01/03/12 | AQ | 0007 | Professionals' pre-call. | 0.80 |
| 01/03/12 | DHB | 0007 | Email communications re agenda and review of same (.2); professionals pre-call (.8) and follow-up with AG team (.2); email communications re BNY issues (.1). | 1.30 |
| 01/03/12 | BMK | 0007 | Draft agenda (0.2); participate in professionals' call (0.8); follow up with Akin team (0.2). | 1.20 |
| 01/03/12 | KMR | 0007 | Attended professionals' meeting (0.8); follow up to same (0.4). | 1.20 |
| 01/03/12 | JYS | 0007 | Professionals' Call (0.8); follow up with Akin Gump team (0.3). | 1.10 |
| 01/03/12 | JPR | 0007 | Professionals' call in advance of committee call (0.8); follow up to same (0.2). | 1.00 |
| 01/04/12 | LGB | 0007 | Attend Nortel Committee call (0.6); prepare for same (0.2). | 0.80 |
| 01/04/12 | FSH | 0007 | Prep for Committee meeting (.2). Attend same (.6). | 0.80 |
| 01/04/12 | AQ | 0007 | Attend Committee call. | 0.60 |
| 01/04/12 | DHB | 0007 | Prepare for (.4) and attend (.6) Committee call and follow-up. | 1.00 |
| 01/04/12 | BMK | 0007 | Prepare for committee call (0.3); participate in committee call (0.6) | 0.90 |
| 01/04/12 | KMR | 0007 | Attended creditors committee meeting. | 0.60 |
| 01/04/12 | JYS | 0007 | Attend Committee Call. | 0.60 |
| 01/04/12 | GDB | 0007 | Attend UCC Call (0.6); follow up to same (0.1). | 0.70 |
| 01/04/12 | SLB | 0007 | Prepare materials for (.1) and attend (.6) Committee Call. | 0.70 |
| 01/05/12 | SLB | 0007 | Coordinate scheduling of upcoming Committee Calls | 0.30 |
| 01/09/12 | SLB | 0007 | Prepare minutes of Committee Call. | 0.20 |
| 01/10/12 | FSH | 0007 | Review info for Committee presentations. | 0.20 |
| 01/10/12 | BMK | 0007 | Prepare for upcoming committee call (0.2); draft agenda for same (0.1) | 0.30 |
| 01/11/12 | SLS | 0007 | Participate in UCC professionals' pre-call (.4). | 0.40 |
| 01/11/12 | FSH | 0007 | Call of working group re all pending issues. | 0.40 |
| 01/11/12 | DHB | 0007 | Review agenda (.2) and attend professionals' pre-call (.4). | 0.60 |
| 01/11/12 | BMK | 0007 | Draft agenda (0.1); prepare for professionals' call (0.1); participate in professionals' call (0.4); send agenda email to UCC (0.1) | 0.70 |
| 01/11/12 | KMR | 0007 | Attended professionals' meeting (.4); follow up to same (.1). | 0.50 |
| 01/11/12 | JYS | 0007 | Attend Professionals' Precall. | 0.40 |
| 01/11/12 | GDB | 0007 | Emails re professionals' call and UCC call (0.2). | 0.20 |
| 01/12/12 | SLS | 0007 | Participate in UCC call (.6); prepare for same (.1). | 0.70 |
| 01/12/12 | LGB | 0007 | Participate on Committee call (portion). | 0.40 |
| 01/12/12 | FSH | 0007 | Prep for Committee call (.3). Attend same (.6). | 0.90 |
| 01/12/12 | AQ | 0007 | Attend Committee call. | 0.60 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 01/12/12 | DHB | 0007 | Prepare for (.2) and attend (.6) Committee call and follow-up (.2). | 1.00 |
| 01/12/12 | BMK | 0007 | Prepare for committee call (0.1); participate in committee call (0.6); follow-up with F. Hodara and C. Kearns (0.4) | 1.10 |
| 01/12/12 | KMR | 0007 | Attended committee meeting (.6) and follow up meetings (.2). | 0.80 |
| 01/12/12 | JYS | 0007 | Attend Committee Call (partial attendance). | 0.40 |
| 01/12/12 | GDB | 0007 | Attend UCC call (0.6) Emails re UCC call (0.1). | 0.70 |
| 01/12/12 | SLB | 0007 | Attend Committee Call (.6); follow up to same (.2); coordinate scheduling of upcoming calls (.3); confer w/ B. Kahn re: same (.2) | 1.30 |
| 01/17/12 | JYS | 0007 | Correspondence with Akin Gump team, Capstone and Jefferies re scheduling professionals' precall (0.4); correspondence with J. Hyland re Capstone presentations for same (0.3). | 0.70 |
| 01/18/12 | JYS | 0007 | Prep for professionals' precall (0.4); review Capstone Committee Call reports (1.3). | 1.70 |
| 01/18/12 | GDB | 0007 | Emails re professionals' call. | 0.10 |
| 01/18/12 | SLB | 0007 | Corr. w/ J. Sturm re: re: Committee call (.2); coordinate logistics for screening of Winkler screening (.6); corr. w/ team re: same (.2); coordinate scheduling of upcoming meetings (.3) | 1.30 |
| 01/19/12 | SLS | 0007 | Review Capstone reports for UCC meeting (.8); participate in professionals' call (.5). | 1.30 |
| 01/19/12 | FSH | 0007 | Confer with J. Sturm re agenda (.1). Attend meeting of advisors (.5). | 0.60 |
| 01/19/12 | KMR | 0007 | Attended creditors committee meeting (.5); follow up to same (.1). | 0.60 |
| 01/19/12 | JYS | 0007 | Attend Professionals' Call (0.5); prep for same (0.3); review Capstone presentations re same (1.1); t/c with S. Schultz and J. Hyland re same (0.3). | 2.20 |
| 01/19/12 | GDB | 0007 | Attend professionals' call (portion). | 0.30 |
| 01/19/12 | SLB | 0007 | Prepare materials for Committee Call (.2); confer w/ J. Sturm re: same (.2); coordinate scheduling of same (.2) | 0.60 |
| 01/20/12 | SLS | 0007 | Participate in UCC call (.5); participate in follow-up call (.4) | 0.90 |
| 01/20/12 | FSH | 0007 | Prep for Committee meeting (.2). Attend same (.5). Meet with working group re pending issues (.4). Arrangements for upcoming meetings (.4). | 1.50 |
| 01/20/12 | AQ | 0007 | Attend Committee call. | 0.50 |
| 01/20/12 | DHB | 0007 | Prepare for (.3) and attend Committee call and follow-up (.5). | 0.80 |
| 01/20/12 | JYS | 0007 | Attend Committee Call (0.5); prep for same (0.3); follow up with Professionals (0.7). | 1.50 |
| 01/20/12 | GDB | 0007 | Emails and reviewing materials for UCC call (0.3) | 0.30 |
| 01/20/12 | SLB | 0007 | Prepare materials for (.4) and attend (.5) Committee Call; coordinate scheduling of Winkler DVD presentation (.4); confer w/ F. Hodara re: same (.1); corr. w/ B. Kahn re: same (.1); corr. w/ Ashurst re: same (.1); corr. w/ Committee members re: same (.2); prepare correspondence to Committee re: logistics of same (.2); corr. w/ F. Hodara & J. Sturm re: same (.2); confer w/ J. Sturm re: same (.1) | 2.30 |
| 01/22/12 | SLB | 0007 | Corr. w/ J. Sturm re: Justice Winkler DVD presentation (.2); corr. w/ client re: same (.1) | 0.30 |
| 01/23/12 | SLS | 0007 | Participate in UCC call (1.9) | 1.90 |
| 01/23/12 | FSH | 0007 | Final preparations for in-person Committee meeting (.1). Attend same (1.9). Follow-up (.2). | 2.20 |
| 01/23/12 | AQ | 0007 | Committee meeting re mediation issues. | 1.90 |
| 01/23/12 | DHB | 0007 | Prepare for and participate in Committee meeting. | 1.90 |
| 01/23/12 | KMR | 0007 | Attended Winkler program and follow-up discussions. | 1.90 |
| 01/23/12 | GDB | 0007 | Emails re mediation presentation (0.2) Call re mediation presentation (1.9) | 2.10 |
| 01/23/12 | SLB | 0007 | Prepare for (1.0) and attend (1.9) Committee meeting. | 2.90 |
| 01/25/12 | SLS | 0007 | Participate in professionals' precall (1.2). | 1.20 |
| 01/25/12 | LGB | 0007 | Participate on professionals' call (portion) (0.5). | 0.50 |
| 01/25/12 | FSH | 0007 | Meet with working group re same (1.2). | 1.20 |
| 01/25/12 | AQ | 0007 | Professionals' call (1.2); follow up to same (.2). | 1.40 |
| 01/25/12 | DHB | 0007 | Professionals' call (1.2) and follow-up (.2). | 1.40 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 01/25/12 | SBK | 0007 | Attend meeting/call w/Committee professionals (1.20); Emails to/from Kahn re same (.10). | 1.20 |
| 01/25/12 | BMK | 0007 | Draft/edit committee call agenda (0.2); emails with F. Hodara and S. Schultz re: same (0.1); participate in professionals' call (1.2); email agenda and materials to committee (0.1) | 1.60 |
| 01/25/12 | KMR | 0007 | Attended professionals' meeting. | 1.20 |
| 01/25/12 | JYS | 0007 | Attend Professionals' pre-call (1.2); follow up to same (.1). | 1.30 |
| 01/25/12 | GDB | 0007 | Attend Professionals' call (portion) (0.9). | 0.90 |
| 01/26/12 | SLS | 0007 | Participate in UCC call (.8). | 0.80 |
| 01/26/12 | LGB | 0007 | Participate on Committee call (0.8). | 0.80 |
| 01/26/12 | FSH | 0007 | Prep for Committee call (.2). Attend same (.8). | 1.00 |
| 01/26/12 | DHB | 0007 | Prepare for (.6) and attend (.8) Committee call and follow-up re same. | 1.40 |
| 01/26/12 | BMK | 0007 | Prepare for committee call (0.2); participate in committee call (0.8); follow up with Akin and Capstone teams re: same (0.3) | 1.30 |
| 01/26/12 | KMR | 0007 | Attended creditors committee meeting. | 0.80 |
| 01/26/12 | JYS | 0007 | Committee Call (0.8); follow up with Committee professionals (0.4). | 1.20 |
| 01/26/12 | GDB | 0007 | Emails re UCC call (0.1) Attend UCC call (0.8) | 0.90 |
| 01/26/12 | SLB | 0007 | Prepare materials for (.2); and attend (.8) Committee call; coordinate scheduling of upcoming calls (.2). | 1.20 |
| 01/26/12 | JPR | 0007 | Attend Committee call (.8); post call conf. with Akin and Capstone (.4). | 1.20 |
| 01/31/12 | GDB | 0007 | Emails re professionals' call. | 0.20 |
| 01/17/12 | FSH | 0008 | Review misc. pleadings for upcoming hearings. | 0.30 |
| 01/20/12 | FSH | 0008 | Review misc. pleadings, court agenda. | 0.30 |
| 01/24/12 | FSH | 0008 | Review misc. pleadings for upcoming hearings. | 0.20 |
| 01/03/12 | BMK | 0012 | Edit/review bond claim memo (2.6); tc with E. Bussigel re: Bell claim settlement (0.2); analysis of marshalling issues (0.8) | 3.60 |
| 01/03/12 | SLB | 0012 | Confer w/ B. Kahn re: Bond Claims Memo (.2); review & revise the same (.8); conduct research in connection w/ same (.3). | 1.30 |
| 01/04/12 | BMK | 0012 | Edit bond claim memo (2.8); review revised schedules from Capstone re: same (0.6); emails and tc with T. Morilla re: same (0.2) | 3.60 |
| 01/04/12 | SLB | 0012 | Confer w/ B. Kahn re: Bond Claim Memo (.1); review & revise the same (.4). | 0.50 |
| 01/19/12 | JYS | 0012 | Review Avnet settlement (0.3); correspondence with Akin Gump team re same (0.2). | 0.50 |
| 01/20/12 | FSH | 0012 | Work on claims analysis. | 1.00 |
| 01/20/12 | SLB | 0012 | Corr. w/ F. Hodara re: bond claims analysis (.1); prepare blackline of same (.1) | 0.20 |
| 01/23/12 | LGB | 0012 | Review motion re: employee claims objection procedures (.2); Review email from Kahn (.1); Respond to same (.1). | 0.40 |
| 01/23/12 | BMK | 0012 | Review employee claims procedural motion draft | 0.50 |
| 01/26/12 | FSH | 0012 | Confer with Chilmark re creditor claims. | 0.20 |
| 01/18/12 | FSH | 0014 | Examine updated NNL claims and other info (.3). Communicate with Frasers re discovery issues (.1). | 0.40 |
| 01/18/12 | JYS | 0014 | Review report re Nortel Canadian fraud litigation (0.2). | 0.10 |
| 01/20/12 | FSH | 0014 | Examine update re Canadian litigation. | 0.10 |
| 01/23/12 | FSH | 0014 | Review Canadian motions. | 0.10 |
| 01/03/12 | ASK | 0018 | Research and draft memorandum re tax issues. | 4.60 |
| 01/04/12 | KMR | 0018 | Work on tax analysis with N. Tang (1.2); work on memo re: same (2.0); discussion with F. Hodara, D. Botter and B. Kahn re: EY issues (0.2). | 3.40 |
| 01/04/12 | ASK | 0018 | Research and draft memorandum re tax issues. | 9.20 |
| 01/05/12 | KMR | 0018 | Discussion with J. Hyland re: the NNI tax information (0.3); discussion with A. Krotman re: NNI issues and memo (0.3); call to A. Beakey of EY (0.8). | 1.40 |
| 01/05/12 | ASK | 0018 | Research and draft memorandum re tax issues. | 8.30 |
| 01/06/12 | FSH | 0018 | Confer with K. Rowe re tax diligence. | 0.10 |
| 01/06/12 | DHB | 0018 | Email communications re outstanding tax issues. | 0.20 |
| 01/06/12 | KMR | 0018 | Continued work on memo on tax issues in bankruptcy (0.7); reviewed | 1.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1409608

Page 6  
February 24, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | issues relating to NNI (0.8). | |
| 01/06/12 | ASK | 0018 | Research and draft memorandum re tax issues in bankruptcy. | 5.20 |
| 01/09/12 | KMR | 0018 | Reviewed bankruptcy tax issues (1.2); follow up call with Hyland re: tax issues (0.2); work on draft memo outlining tax issues in the bankruptcy court (2.2). | 3.80 |
| 01/09/12 | ASK | 0018 | Research and draft memorandum re procedural options for resolving outstanding tax disputes. | 3.40 |
| 01/10/12 | FSH | 0018 | Review tax issues and confer with K. Rowe re same. | 0.30 |
| 01/10/12 | KMR | 0018 | Work on memo on procedural options relating to tax issues (2.5); drafted email summarizing EMEA and various NNI tax issues (0.8). | 3.30 |
| 01/10/12 | ASK | 0018 | Research and draft memorandum re procedural options for resolving outstanding tax disputes (.4); discuss same with K. Rowe (.1). | 0.50 |
| 01/11/12 | FSH | 0018 | Communications with K. Rowe re tax issues. | 0.10 |
| 01/11/12 | KMR | 0018 | Continued review of tax issues in preparation for EY call (1.7); discussions with A. Beakey of EY (0.3); conference call with EY and others re: tax issues (0.7); follow up call with J. Hyland (0.3); work on memo re: procedural issues (0.7) | 3.70 |
| 01/11/12 | ASK | 0018 | Research and draft memorandum re procedural options for resolving outstanding tax disputes (6.3); discuss same with K. Rowe (.3). | 6.60 |
| 01/12/12 | KMR | 0018 | Continued work on memo on bankruptcy procedural options relating to tax issues (1.2). | 1.20 |
| 01/12/12 | ASK | 0018 | Research and draft memorandum re procedural options for resolving outstanding tax disputes (.4); discuss same with K. Rowe (.3). | 0.70 |
| 01/13/12 | KMR | 0018 | Discussions with A. Krotman (.2) and work on memo (.2) re: analysis of procedural issues relating to tax. | 0.40 |
| 01/13/12 | ASK | 0018 | Research and draft memorandum re procedural options for resolving outstanding tax disputes (4.5); discuss same with K. Rowe (.2). | 4.70 |
| 01/16/12 | KMR | 0018 | Work on memo re: tax issues and procedural options. | 2.50 |
| 01/17/12 | KMR | 0018 | Reviewed EY/ Cleary tax modeling and main tax issues (1.50); meet with Jim Scott and Andy Beakey of EY (1.4). | 2.90 |
| 01/18/12 | FSH | 0018 | Examine tax update. | 0.10 |
| 01/18/12 | KMR | 0018 | Drafted email to group re: meeting with EY. | 0.80 |
| 01/19/12 | KMR | 0018 | Continued review of draft memo re: tax matters and other procedural issues (0.8); discussion with J. Hyland and J. Borow re: EY meeting (0.3). | 1.10 |
| 01/23/12 | KMR | 0018 | Discussion with A. Krotman re: memo on tax matters and other procedural options. | 0.40 |
| 01/23/12 | ASK | 0018 | Research and draft memorandum re procedural options for resolving outstanding tax disputes (5.5); discuss same with K. Rowe (.4). | 5.90 |
| 01/24/12 | KMR | 0018 | Work on memo re: tax issues and related procedural issues. | 4.00 |
| 01/25/12 | KMR | 0018 | Continued work on memo on tax procedural issues (2.5); email with FMC re: transfer pricing (0.4). | 2.90 |
| 01/25/12 | ASK | 0018 | Research and draft memorandum re procedural options for resolving outstanding tax disputes. | 1.60 |
| 01/26/12 | KMR | 0018 | Work on memo re: tax matters (2.3); discussion with A. Krotman re: same (.2). | 2.50 |
| 01/26/12 | ASK | 0018 | Research and draft memorandum re procedural options for resolving outstanding tax disputes. | 2.30 |
| 01/27/12 | KMR | 0018 | Work on memo on tax law in the bankruptcy courts. | 2.80 |
| 01/27/12 | ASK | 0018 | Research and draft memorandum re procedural options for resolving outstanding tax disputes. | 0.70 |
| 01/31/12 | DHB | 0018 | Review tax jurisdiction memo and consider issues related thereto. | 1.00 |
| 01/01/12 | NT | 0019 | Research pension liability. | 7.20 |
| 01/02/12 | LGB | 0019 | Email Hull, Pearson, Fink re Third Circuit decision (0.1). | 0.10 |
| 01/02/12 | DHB | 0019 | Re-read 3rd Circuit opinion and consider allocation implications. | 0.60 |
| 01/03/12 | LGB | 0019 | Review email from Millett re UK pension press inquiry (0.1); Respond to same (0.2); Review email from Holnes re same (0.1); Respond to | 0.80 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1409608

Page 7  
February 24, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | same (0.1); T/c with Samis re removal (0.1); Review email from Samis re same (0.1); Review email from Lehrman re press inquiry (0.1). | |
| 01/03/12 | FSH | 0019 | Analyze aspects of appellate ruling (.3). Confer with DB re same (.1). Review misc. pleadings (.1). | 0.50 |
| 01/03/12 | DZV | 0019 | Conference with A. Lilling regarding complaint relating to deferred compensation plan (1.1); follow-up work regarding issues raised in complaint (1.6). | 2.70 |
| 01/03/12 | ASL | 0019 | Confer with D. Vira re: complaint (1.1); review memoranda re: top hat (.6). | 1.70 |
| 01/03/12 | NT | 0019 | Research pension issues. | 1.90 |
| 01/04/12 | LGB | 0019 | Email Lerman/ Kurlekar re cert. petition (0.1); Review response to same (0.1); Respond to same (0.1); Review email from Kurlekar re petition for rehearing (0.1); Respond to same (0.1). | 0.50 |
| 01/04/12 | DZV | 0019 | Review case law relating to deferred compensation plan complaint. | 2.20 |
| 01/04/12 | NJP | 0019 | Researching controlled group liability under ERISA (1.0); conferring with N. Tang (.3). | 1.30 |
| 01/04/12 | GDB | 0019 | Reviewing material for UK Pension decision. | 1.80 |
| 01/04/12 | NT | 0019 | Research joint and several pension liability (2.4); discuss with Nyron Persaud re same (.3). | 2.70 |
| 01/05/12 | LGB | 0019 | Review email from Millett re decision (0.1); Respond to same (0.1); Review email from Kleming re meeting (0.1); Respond to same (0.1); T/c with Kim re deferred comp litigation (0.2). | 0.60 |
| 01/06/12 | LGB | 0019 | Review memo re deferred comp. litigation (0.4); Email Kim re cases re same (0.1); Review email from Fleming re meeting (0.1); Email Fleming re same (0.1); Review email from Holmes re 3rd circuit decision (0.1); Respond to same (0.1); Email Cowie, Barow, Hyland re 1/10 meeting (0.1); Review email from Baow re same (0.1); Respond to same (0.1); Email Fleming re same; (0.1); T/c with Simonetti re SOL issues re top hat plan (0.1). | 1.40 |
| 01/06/12 | BES | 0019 | Review of deferred compensation matters. | 0.40 |
| 01/06/12 | DZV | 0019 | Research and review law in deferred compensation cases (3.3); conference with A. Lilling regarding same (0.6); telephone conference with A. Lilling and L. Beckerman regarding same (0.4); review pleadings in other cases regarding possible defenses (1.0). | 5.30 |
| 01/06/12 | SAF | 0019 | Research - Articles on statute of limitations re: ERISA. | 1.20 |
| 01/06/12 | ASL | 0019 | ERISA research (3.0); confer with associate re: same (.6). | 3.60 |
| 01/07/12 | LGB | 0019 | Review email from Hyland re meeting on 1/10 (0.1); Respond to same (0.1); Email Fleming re same (0.1); Review response to same (0.1). | 0.40 |
| 01/09/12 | BES | 0019 | Review of issues re retiree and ltd committees. | 2.10 |
| 01/09/12 | DZV | 0019 | Conference with B. Simonetti and A. Lilling regarding deferred compensation claims (0.4); prepare summary of issues (1.6); conference with A. Lilling regarding summary (0.2); revise accordingly and circulate to B. Simonetti and A. Lilling (0.4); follow-up review of deferred compensation plan cases relating to complaint (1.4). | 4.00 |
| 01/09/12 | SAF | 0019 | Research Erisa issues. | 0.60 |
| 01/09/12 | ASL | 0019 | Confer with B. Simonetti re: deferred compensation (.4); confer with D. Vira (.4); ERISA research (1.8); review memo from associate (.7). | 3.30 |
| 01/10/12 | LGB | 0019 | Attend meeting with Capstone, Chilmark, FTI, Milbank, Cleary, John Ray and Simonetti re: 1114 process (1.5); t/c with Simonetti re: meeting (.1); email Simonetti re: same (.1); email Hodara/Kahn/Botter re: same (.1). | 1.80 |
| 01/10/12 | BES | 0019 | Review of matters relating to LTD and retiree committee (3.8); meeting re same (1.5). | 5.30 |
| 01/10/12 | DHB | 0019 | Email communications re 1114 meeting and offers. | 0.40 |
| 01/10/12 | BMK | 0019 | Conf with L. Beckerman re: employee issue meeting (0.1); review email from L. Beckerman re: same (0.1) | 0.20 |
| 01/11/12 | FSH | 0019 | Review info re 1114 proposal and follow-up. | 0.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1409608

Page 8  
February 24, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 01/11/12 | BES | 0019 | Review of retiree proposals to committee. | 1.10 |
| 01/12/12 | LGB | 0019 | Review rehearing petition (.1); review Millett email re: same (.1); review email from Lerman re: petition for rehearing (.1); email Sturm re: same (.1). | 0.40 |
| 01/12/12 | BES | 0019 | Review of issues re LTD and retiree committee. | 0.50 |
| 01/12/12 | DHB | 0019 | Email communications re 3rd Circuit pleadings and begin review of same. | 0.40 |
| 01/12/12 | LRL | 0019 | Review petition for rehearing (.3); prepare summary of same (.5). | 0.80 |
| 01/12/12 | JYS | 0019 | Review petition for rehearing of Nortel 3d circuit appeal (0.3). | 0.30 |
| 01/13/12 | LGB | 0019 | Review email from Sturm repetition re: rehearing (.1) Respond to same (.1) email Matz re: LTD/1114 Committee term sheets (.1) T/c with Delano re: same (.2) email Fleming, Kim, Schwartz re: LTD/1114 termsheet markups (.1); Review 1114 claims issue (.5) | 1.10 |
| 01/13/12 | FSH | 0019 | Follow-up re 3rd Circuit summary. | 0.10 |
| 01/13/12 | BES | 0019 | Review of issues re LTD and retiree committee. | 0.60 |
| 01/13/12 | JYS | 0019 | Correspondence with Akin Gump team re petition for rehearing summary (0.3); correspondence with Committee re same (0.1). | 0.40 |
| 01/13/12 | GDB | 0019 | Emails re UK appeal (0.1) | 0.10 |
| 01/17/12 | LGB | 0019 | Review redline of LTD and Retiree term sheets (0.3); Email Simonetti re same (0.1); Email Fleming re same (0.1). | 0.50 |
| 01/17/12 | BES | 0019 | Review of issues re LTD and retiree committee. | 0.70 |
| 01/18/12 | BES | 0019 | Review of issues re LTD and retiree committee. | 0.30 |
| 01/18/12 | JYS | 0019 | Correspondence with D. Botter re UK pension decisions (0.2). | 0.20 |
| 01/20/12 | LGB | 0019 | Review mandate issued (.2); Review email from Hodara re same (.1); Respond to same (.1); Review email from Lerman re same (.1); Respond to same (.1). | 0.60 |
| 01/20/12 | LRL | 0019 | Review and respond to emails re mandate. | 0.20 |
| 01/20/12 | SLB | 0019 | Pull and review 3d Cir. mandate & opinion in pension appeal (.2); corr. w/ team re: same (.2) | 0.40 |
| 01/23/12 | FSH | 0019 | Analyze procedural motion issue and communications with BK and LB re same. | 0.20 |
| 01/24/12 | LGB | 0019 | Review document re rehearing en banc denied (0.1); Email Hodara re same (0.1); Review email from Millett re same (0.1). | 0.30 |
| 01/24/12 | FSH | 0019 | Communications with working group re denial of en bacn hearing. | 0.10 |
| 01/25/12 | FSH | 0019 | Communicate with P. Millet re pension appeal. | 0.10 |
| 01/26/12 | LGB | 0019 | Review letter to LTD committee (0.1); Review email from Hyland re same (0.1); Respond to same (0.1); Email Fleming re same (0.1); T/c with Kim re deferred comp. litigation (0.1). | 0.50 |
| 01/26/12 | ASL | 0019 | Review term sheets for settlement proposals (1.2); review Cleary correspondence (0.4). | 1.60 |
| 01/26/12 | JYS | 0019 | Review UK Pension issues in related cases (0.9). | 0.90 |
| 01/27/12 | LGB | 0019 | Review email from Botter re retirees (0.1); Review email from Fleming re meeting with 1114 committee/ LTD committee (0.1). | 0.20 |
| 01/27/12 | DHB | 0019 | Review status of retiree and LTD committee discussions and correspondence and emails re same. | 0.40 |
| 01/30/12 | LGB | 0019 | Review email from Ed Pillman re status of case/ retiree distributions (0.1); Respond to same (0.1). | 0.20 |
| 01/30/12 | FSH | 0019 | Follow-up re LTD Committee issues and review corr. re same. | 0.20 |
| 01/08/12 | FSH | 0028 | Review Nortel Japan, fourth estate issues. | 0.20 |
| 01/03/12 | FSH | 0029 | Review Capstone allocation info. | 0.10 |
| 01/03/12 | AQ | 0029 | Team meeting re outstanding allocation research projects. | 0.30 |
| 01/03/12 | AQ | 0029 | Emails re transfer pricing experts. | 0.20 |
| 01/03/12 | DHB | 0029 | Office conferences with team re allocation next steps (.2); emails re same (.2); consider allocation methodology issues (.3); email communications re potential experts (.1). | 0.80 |
| 01/03/12 | KMR | 0029 | Reviewed issues relating to inter company transactions within the NNI group (0.7); continued research re: same (1.2); reviewed materials on | 2.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1409608

Page 9  
February 24, 2012

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| | | | transfer pricing experts (0.5). | |
| 01/03/12 | JYS | 0029 | Revising memo re intercompany issue (2.6). | 2.60 |
| 01/04/12 | FSH | 0029 | Confer with working group re next steps and analyze allocation issues (.6). Call with Cleary re same (.7). | 1.30 |
| 01/04/12 | AQ | 0029 | Conference call with Cleary re mediation brief. | 0.40 |
| 01/04/12 | AQ | 0029 | Confer with D. Botter regarding potential experts (.2); Research re potential experts (.6). | 0.80 |
| 01/04/12 | DHB | 0029 | Telephone call with J. Bromley and L. Schweitzer re allocation next steps and follow-up with F. Hodara and B. Kahn re same (.8); office conferences with A. Qureshi re next steps and experts (.1) (.3). | 1.20 |
| 01/04/12 | JPR | 0029 | Research re: intercompany issue. | 4.60 |
| 01/05/12 | FSH | 0029 | TC RJ re mediation (.1). Conf. call w/Cleary and Milbank re same (.7). Follow up with Frasers (.2). Confer with AQ re experts (.2). Communications re mediation (.3). | 1.50 |
| 01/05/12 | DHB | 0029 | Conference call re bondholder participation issues and follow-up (.7); email correspondence re mediator (.1); follow-up emails re same and next steps (.2). | 1.00 |
| 01/05/12 | BMK | 0029 | Review of allocation mediation issues | 0.90 |
| 01/05/12 | LWL | 0029 | Research background of potential expert witnesses. | 3.40 |
| 01/05/12 | SAF | 0029 | Research - Background information on potential experts. | 4.20 |
| 01/06/12 | FSH | 0029 | Attention to mediation issue and communications re same (.2). Confer with J. Rubin re research (.1). | 0.30 |
| 01/09/12 | FSH | 0029 | Call with NNI and Ad Hocs re mediation and related issues (.8). Review materials in connection with same (.3). Confer with DB (.1). Communicate with Frasers (.1). | 1.30 |
| 01/09/12 | AQ | 0029 | Research regarding potential expert. | 0.70 |
| 01/09/12 | AQ | 0029 | Confer with Capstone regarding mediation statement. | 0.40 |
| 01/09/12 | DHB | 0029 | Call re allocation next steps with bonds and Debtors (.5); office conference with A. Qureshi re experts (.1); email communications re mediator issues (.1). | 0.70 |
| 01/09/12 | BMK | 0029 | Emails with A. Qureshi re: mediation preparation (0.1); tc with J. Hyland re: same (0.3) | 0.40 |
| 01/09/12 | KMR | 0029 | Participated in conference call with J. ray and others re: various issues (0.8). | 0.40 |
| 01/10/12 | SLS | 0029 | Review allocation related memo (0.7). | 0.70 |
| 01/10/12 | KMR | 0029 | Discussions with A. Qureshi re: transfer pricing expert, review of cv's and reference call (0.7); discussion with A. Beakey of EY and follow up email (0.3); discussion with J. Hyland (0.1). | 1.10 |
| 01/11/12 | SLS | 0029 | Review allocation memo (1.5); communication with J. Sturm regarding same (.2). | 1.70 |
| 01/11/12 | AQ | 0029 | Attend meeting with Debtors' regarding mediation. | 1.40 |
| 01/11/12 | AQ | 0029 | Prepare for meeting with Debtors' regarding mediation preparation. | 0.80 |
| 01/11/12 | BMK | 0029 | Emails with Capstone re: mediation exhibit | 0.30 |
| 01/11/12 | JYS | 0029 | Correspondence with S. Schultz re intercompany issue (0.6). | 0.60 |
| 01/12/12 | FSH | 0029 | Meet with AQ, Capstone re experts, related issues (.5). Outline allocation issues (.2). | 0.70 |
| 01/12/12 | BMK | 0029 | Review and comment on potential mediation exhibit (0.8); tc's with Capstone re: same (0.5); conf with A. Qureshi re: same (0.1) | 1.40 |
| 01/12/12 | KMR | 0029 | Discussions with A. Krotman (.3); reviewed transfer pricing issues relating to the tax models (0.5). | 0.80 |
| 01/17/12 | FSH | 0029 | Communications re mediation and related info and issues. | 0.60 |
| 01/18/12 | FSH | 0029 | Communications with Frasers re allocation issues (.1). Confer with S. Brauner re same (.1). Confer with DB re pending items (.2). | 0.40 |
| 01/19/12 | FSH | 0029 | Communicate with French office holder re meeting (.1). Communicate with working group re same (.1). | 0.20 |
| 01/23/12 | FSH | 0029 | Communicate with Cleary re mediation (.1). Communicate with Milbank (.1). | 0.20 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 01/23/12 | AQ | 0029 | Research re potential experts. | 0.60 |
| 01/23/12 | BMK | 0029 | Attend videoconference with committee advisors and members re: mediator and process (1.8); tc with R. Jacobs re: same (0.2) | 2.00 |
| 01/24/12 | FSH | 0029 | Communications with Milbank re next steps. | 0.10 |
| 01/24/12 | BMK | 0029 | Analysis of allocation issues | 0.30 |
| 01/25/12 | FSH | 0029 | Analyze mediation issues (.8). | 0.80 |
| 01/26/12 | FSH | 0029 | Call with RLF re mediation (.2). Confer with working group re same (.3). | 0.50 |
| 01/26/12 | FSH | 0029 | Review issues for call with Ad Hoc Bondholder reps and participate in same. | 1.00 |
| 01/26/12 | FSH | 0029 | Review Fourth Estate doc and issues. | 0.20 |
| 01/26/12 | DHB | 0029 | Office conferences with F. Hodara and conference call with Ad Hoc professionals re next steps (.2) (.8). | 1.00 |
| 01/26/12 | BMK | 0029 | Review and analyze draft fourth estate agreement (0.9); emails with R. Eckenrod re: same (0.1); emails with J. Hyland re: same (0.2) | 1.20 |
| 01/27/12 | SLS | 0029 | Participate in call regarding 4th estate distributions (.5) | 0.50 |
| 01/27/12 | FSH | 0029 | Participate in Fourth Estate call. | 0.50 |
| 01/27/12 | BMK | 0029 | Participate in call with Cleary, F. Hodara, S. Schultz and J.Hyland re: fourth estate settlement | 0.50 |
| 01/30/12 | FSH | 0029 | Confer with DB re mediation (.1). Call with C. Kearns re same (.1). Call with RLF re same (.1). Further communications with working group re same (.2). Further TC RLF and follow up (.4). | 0.90 |
| 01/31/12 | FSH | 0029 | TC C. Kearns re valuation issues (.2). Meet with French office holder and follow up (2.7). | 2.90 |
| 01/31/12 | DHB | 0029 | Meet with Debtors, Ad Hoc and French re allocation discussions (portion). | 1.60 |
| 01/09/12 | FSH | 0031 | Examine EMEA tax analysis. | 0.20 |
| 01/26/12 | FSH | 0031 | Analyze UK claim issue. | 0.50 |
| 01/10/12 | AQ | 0032 | Research regarding IP issues related to mediation. | 2.80 |
| 01/11/12 | AQ | 0032 | Confer with Capstone regarding IP issues. | 0.50 |
| | | | Total Hours | 353.40 |