# EXHIBIT C

**DISBURSEMENT SUMMARY**
**JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

| | |
|---|---|
| Computerized Research, Corporate Service Fees & PACER Charges | $5,171.39 |
| Conference Call /Telephone/Video Conferencing | $3,630.16 |
| Duplicating | $37.50 |
| Meals/Committee Meeting Expenses | $1,044.43 |
| Travel Expenses – Ground Transportation | $462.65 |
| **TOTAL** | **$10,346.13** |

102854621 v1