# EXHIBIT D



**Akin Gump**
Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX  75082

| | |
|---|---:|
| Invoice Number | 1409608 |
| Invoice Date | 02/24/12 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/12:

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---:|
| 01/01/12 | Meals (100%) Dinner -- Work on Sunday on Client Matter; Niya Tang; Dinner - - Work on Holiday on Client Mat; Mussel Pot Receipt | $27.00 |
| 01/03/12 | Computerized Legal Research - Westlaw User: BRAUNER,SARA Date: 1/3/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $69.12 |
| 01/03/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 681513 DATE: 1/6/2012  Vendor: Executive Royal Voucher #: 310095 Date: 01/03/2012 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 310095 Date: 01/03/2012 Name: Brad Kahn | $26.93 |
| 01/03/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1087116 DATE: 1/8/2012  Sturm Joshua - Abigaels on Broadway - 01/03/2012 | $32.15 |
| 01/04/12 | Computerized Legal Research - Westlaw User: RUBIN,JASON Date: 1/4/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $981.25 |
| 01/04/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1087116 DATE: 1/8/2012 Catering Akin Gump - Mendy's Kosher Restaurant - 01/04/2012 | $30.08 |

| Date | Description | Amount |
|---|---|---|
| 01/04/12 | Computerized Legal Research - Other Document Retrieval in Various Courts - 10/1/11 to 12/31/11<br>VENDOR: PACER SERVICE CENTER; INVOICE#: AG0054-Q42011; DATE: 1/4/2012 - Account ID AG0054 | $199.76 |
| 01/04/12 | Computerized Legal Research - Other In Federal Courts - Billing Period: 10/1/11-12/31/11<br>VENDOR: PACER SERVICE CENTER; INVOICE#: AG1801-Q42011; DATE: 1/4/2012 - Account ID AG1801 | $13.68 |
| 01/05/12 | Computerized Legal Research - Westlaw User: RUBIN,JASON Date: 1/5/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $197.10 |
| 01/05/12 | Computerized Legal Research - Lexis Service: NEXIS SERVICE; Employee: FENER  SCOTT; Charge Type: DOCUMENT PRINTING; Quantity: 88.0 | $1,188.00 |
| 01/05/12 | Computerized Legal Research - Lexis Service: NEXIS SERVICE; Employee: FENER  SCOTT; Charge Type: SEARCHES; Quantity: 1.0 | $61.20 |
| 01/05/12 | Computerized Legal Research - Lexis Service: PREMIUM NEWS SERVICE; Employee: FENER  SCOTT; Charge Type: DOCUMENT PRINTING; Quantity: 62.0 | $837.00 |
| 01/05/12 | Computerized Legal Research - Lexis Service: PREMIUM NEWS SERVICE; Employee: FENER  SCOTT; Charge Type: SEARCHES; Quantity: 2.0 | $405.00 |
| 01/05/12 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 01001-01001-12; DATE: 1/5/2012 | $3,630.16 |
| 01/05/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1134595 DATE: 1/25/2012<br>Vendor: Dial Car Voucher #: DLA3493385 Date: 01/05/2012 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3493385 Date: 01/05/2012 Name: Abid Qureshi | $89.57 |
| 01/06/12 | Computerized Legal Research - Westlaw User: VIRA,DAN Date: 1/6/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $86.18 |
| 01/06/12 | Meals (100%)  1/3/12   P Sanchez - Professionals meeting working meal (8 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800170; DATE: 1/6/2012 | $87.10 |
| 01/06/12 | Meals (100%)  1/4/12   P Sanchez - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: | $358.47 |

| Date | Description | Amount |
|---|---|---|
| 01/11/12 | 2033800170; DATE: 1/6/2012 Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1088652 DATE: 1/15/2012 Catering Akin Gump - Mendy's Kosher Restaurant - 01/11/2012 | $30.08 |
| 01/11/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 681932 DATE: 1/19/2012 Vendor: Executive Royal Voucher #: 358048 Date: 01/11/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 358048 Date: 01/11/2012 Name: Lisa Beckerman | $67.99 |
| 01/11/12 | Travel - Ground Transportation Cab ride from 1 Liberty Plaza to 1 Bryant Park from client meeting.; NYC Taxi Cab Receipt | $14.40 |
| 01/11/12 | Travel - Ground Transportation Cab ride from One Bryant Park to 1 Liverty Plaza for meeting.; NYC Taxi Cab Receipt | $19.40 |
| 01/12/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1088652 DATE: 1/15/2012 Krotman Adam - FreeFoods NYC - 01/12/2012 | $25.93 |
| 01/13/12 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: BECKERMAN LISA; Charge Type: SEARCHES; Quantity: 1.0 | $131.40 |
| 01/13/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: COMBINED SEARCH COMPONENT; Quantity: 4.0 | $453.60 |
| 01/13/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 01/13/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: SEARCHES; Quantity: 4.0 | $534.60 |
| 01/13/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 681932 DATE: 1/19/2012 Vendor: Executive Royal Voucher #: 313270 Date: 01/13/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 313270 Date: 01/13/2012 Name: Lisa Beckerman | $67.99 |
| 01/13/12 | Meals (100%) 1/9/12 B Kahn - Conf. with Debtors working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: | $60.75 |

| Date | Description | Amount |
|---|---|---|
| 01/13/12 | Meals (100%) 1/11/12  P Sanchez - Professionals call working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800171; DATE: 1/13/2012 | $34.40 |
| 01/13/12 | Meals (100%) 1/12/12  S Brauner - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800171; DATE: 1/13/2012 | $358.47 |
| 01/14/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 681932 DATE: 1/19/2012  Vendor: Executive Royal Voucher #: 316052 Date: 01/14/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 316052 Date: 01/14/2012 Name: Lisa Beckerman | $108.38 |
| 01/19/12 | Duplication - In House  Photocopy - Brauner, Sara, NY, 375 page(s) | $37.50 |
| 01/19/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 682141 DATE: 1/26/2012  Vendor: Executive Royal Voucher #: 310364 Date: 01/19/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 310364 Date: 01/19/2012 Name: Lisa Beckerman | $67.99 |

Current Expenses $10,346.13