# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## JANUARY 1, 2012 THROUGH JANUARY 31, 2012

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2011 Hourly Billing Rate | 2012 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 13 years; Admitted in 1989; Financial Restructuring Department | $975 | $995 | 13.40 | $13,333.00 |
| David H. Botter | Partner for 11 years; Admitted in 1990; Financial Restructuring Department | $900 | $975 | 21.70 | $21,157.50 |
| Fred S. Hodara | Partner for 23 years; Admitted in 1982; Financial Restructuring Department | $990 | $1,050 | 32.40 | $34,020.00 |
| Stephen B. Kuhn | Partner for 12 years; Admitted in 1991; Corporate Department | $790 | $825 | 2.10 | $1,732.50 |
| L. Rachael Lerman | Partner for 8 years; Admitted in 1997; Litigation Department | $620 | $645 | 1.00 | $645.00 |
| Abid Qureshi | Partner for 5 years; Admitted in 1995; Financial Restructuring Department | $790 | $825 | 14.70 | $12,127.50 |
| Sarah Link Schultz | Partner for 3 years; Admitted in 2001; Financial Restructuring Department | $700 | $775 | 14.20 | $11,005.00 |
| Bruce E. Simonetti | Partner for 8 years; Admitted in 1995; Tax Department | $795 | $810 | 11.00 | $8,910.00 |
| Austin S. Lilling | Senior Counsel for 2 years; Admitted n 2001; Tax Department | $610 | $625 | 10.20 | $6,375.00 |
| Kevin M. Rowe | Senior Counsel for 12 years; Admitted in 1985; Tax Department | $690 | $705 | 50.90 | $35,884.50 |
| Jason P. Rubin | Counsel for 1 year; Admitted in 2005; Financial Restructuring Department | $560 | $600 | 6.80 | $4,080.00 |

102854621 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2011 Hourly Billing Rate | 2012 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| Graeme D. Bell | International Law Advisor for 4 years; Admitted in 2003; Financial Restructuring Department | $600 | $630 | 8.30 | $5,229.00 |
| Sara L. Brauner | Associate for 2 years; Admitted in 2011; Financial Restructuring Department | $360 | $425 | 14.20 | $6,035.00 |
| Brad M. Kahn | Associate for 5 years; Admitted in 2008; Financial Restructuring Department | $510 | $575 | 33.80 | $19,435.00 |
| Adam S. Krotman | Associate for 3 years; Admitted in 2010; Tax Department | $400 | $475 | 53.70 | $25,507.50 |
| Nyron J. Persaud | Associate for 5 years' Admitted in 2008; Tax Department | $510 | $575 | 1.30 | $747.50 |
| Joshua Y. Sturm | Associate for 6 years; Admitted in 2007; Financial Restructuring Department | $550 | $600 | 23.50 | $14,100.00 |
| Niya Tang | Associate for 4 years; Admitted in 2009; Tax Department | $510 | $575 | 11.80 | $6,785.00 |
| Daniel Z. Vira | Associate for 12 years; Admitted in 1993; Tax Department | $615 | $630 | 14.20 | $8,946.00 |
| Peter J. Sprofera | Legal Assistant for 36 years; Financial Restructuring Department | $265 | $270 | 4.80 | $1,296.00 |
| Scott A. Fener | Librarian for 5 years | $190 | $195 | 6.00 | $1,170.00 |
| Leslie W. Lanphear | Librarian for 16 years | $215 | $220 | 3.40 | $748.00 |

Total Amount of Fees:     $239,269.00
Total Number of Hours:    353.40
Blended Hourly Rate:      $677.05

102854621 v1