# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 22, 2012 at 10:00 a.m. (ET)** |

## NOTICE OF TWELFTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                           Akin Gump Strauss Hauer & Feld LLP

Authorized to Provide
Professional Services to:                    Official Committee of Unsecured Creditors

Date of Retention:                           March 5, 2009, *Nunc Pro Tunc* to January 22, 2009

Period for which compensation
and reimbursement is sought:                 November 1, 2011 through January 31, 2012[2]

Amount of Compensation sought as
actual, reasonable and necessary:            $723,803.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:         $43,457.29

This is (a)n: _X_ interim    ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's November and December 2011 and January 2012 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 1/11/12 Docket No. 7086 | 11/1/11 – 11/30/11 | $233,453.50 | $27,620.69 | $186,762.80 | $27,620.69 | $46,690.70 |
| Date Filed: 2/7/12 Docket No. 7181 | 12/1/11 – 12/31/11 | $251,080.50 | $5,490.47 | Pending Obj deadline $200,864.40 | Pending Obj deadline $5,490.47 | $50,216.10 |
| Date Filed: 2/28/12 Docket No. 7291 | 1/1/12 – 1/31/12 | $239,269.00 | $10,346.13 | Pending Obj deadline $191,415.20 | Pending Obj deadline $10,346.13 | $47,853.80 |
| TOTALS: | | $723,803.00 | $43,457.29 | $579,042.40[3] | $43,457.29[4] | $144,760.60 |

Summary of any Objections to Fee Applications: None.

Dated: February 29, 2012
      New York, New York

*[signature]*

Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.