# EXHIBIT A

# 702442



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000121 / Wanland  

**Proforma Generation Date:** 02/28/12 15:59

**Fees and Disbursements Through 11/30/11**  
**Last Date Billed 12/15/11 (Through 09/30/11)**  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185

| | | |
|---|---|---|
| **Total Fees This Proforma** | $7,366.50 | |
| **Total Disbursements This Proforma** | 0.00 | |
| **TOTAL THIS PROFORMA** | $7,380.74 | |

| | |
|---|---|
| **Unallocated Cash** | $0.00 |
| **Trust Balance** | $0.00 |

**Address:** Nortel Accounts Payable  
P.O. Box 280510  
Nashville, TN  37728

| | |
|---|---|
| **YTD Fees Billed** | $0.00 |
| **YTD Disb Billed** | $0.00 |
| **LTD Fees Billed** | $92,466.00 |
| **LTD Disb Billed** | $1,093.64 |
| **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9589519 | 11/10/11 | Lopez, T. | Correspondence with Mses. Parseghian and Kramer re teleconference to discuss status of settlement finalization (0.10); review and analyze documents received from Ms. Parseghian re settlement agreement and Canadian approval of same (2.00). | 2.10 | $1,228.50 |
| 9589607 | 11/11/11 | Lopez, T. | Review documentation re negotiations leading up to settlement in principle and research memo in preparation for revising settlement agreement and drafting joint motion for preliminary approval. | 2.00 | $1,170.00 |
| 9613528 | 11/14/11 | Kramer, B. | Discussion and call with Mses. Parseghian and | 0.60 | $378.00 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | Lopez to discuss status and next steps toward completing settlement agreement. | | |
| 9584058 | 11/14/11 | Lopez, T. | Telephone conference with Mses. Parseghian and Kramer re status of settlement agreement and joint motion. | 0.50 | $292.50 |
| 9619704 | 11/15/11 | Lopez, T. | Review research memoranda in preparation for revising settlement agreement and drafting joint motion for preliminary approval of class settlement. | 1.00 | $585.00 |
| 9619864 | 11/17/11 | Lopez, T. | Correspondence with Ms. Parseghian re additional files to review in preparation for revising settlement agreement and joint preliminary approval motion. | 0.10 | $58.50 |
| 9620088 | 11/18/11 | Lopez, T. | Correspondence with Ms. Parseghian re conference call with Ms. Palmer of Cleary. | 0.10 | $58.50 |
| 9641727 | 11/21/11 | Lopez, T. | Review prior discovery and pleadings and prior research memo re pertinent legal issues affecting settlement agreement and motion for preliminary approval. | 1.90 | $1,111.50 |
| 9641825 | 11/22/11 | Lopez, T. | Correspondence from Ms. Parseghian re conference call with Ms. Palmer re settlement agreement and motion for preliminary approval. | 0.10 | $58.50 |
| 9628186 | 11/28/11 | Lopez, T. | Review and analyze case files received from Ms. Parseghian in preparation for conference call with Ms. Palmer on November 29 and for revising settlement agreement and drafting joint motion for preliminary approval. | 1.70 | $994.50 |
| 9639593 | 11/29/11 | Kramer, B. | Participate in call re strategy for proceeding toward obtaining bankruptcy court approval and division of settlement between Canadian and US entities and effects of same. | 0.60 | $378.00 |
| 9644199 | 11/29/11 | Lopez, T. | Plan and prepare for conference call with Ms. Palmer, including reviewing current draft of settlement agreement and memos re Canadian vs. | 1.80 | $1,053.00 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | U.S. split of liability and related bankruptcy issues (1.2); telephone conference with Mses. Palmer, Parseghian and Kramer (0.6). | | |
| | | | **Professional Services Total** | **12.50** | **$7,366.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 003330 | Counsel | Lopez, T. | $585.00 | 11.30 | $6,610.50 |
| 001275 | Partner | Kramer, B. | $630.00 | 1.20 | $756.00 |
| | | | **Fees Value** | **12.50** | **$7,366.50** |

PROFORMA

# 702444



## BILLABLE PROFORMA

**Billing Attorney:** 001835 / Matthew Cheney  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000189 / Fee/Employment Application - US

**Proforma Generation Date:** 02/28/12 16:02

**Fees and Disbursements Through 11/30/11**  
**Last Date Billed** 12/15/11 (Through 10/31/11)  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185

| | |
|---|---|
| **Total Fees This Proforma** | $2,867.00 |
| **Total Disbursements This Proforma** | 0.00 |
| **TOTAL THIS PROFORMA** | $2,867.00 |

| | |
|---|---|
| **Unallocated Cash** | $0.00 |
| **Trust Balance** | $0.00 |

**Address:** Jeanine L. Daniluk  
Dept. 0381  
Nortel Networks  
195 The West Mall  
Toronto, Ontario  
Canada, M9C 5K1

| | |
|---|---|
| **YTD Fees Billed** | $0.00 |
| **YTD Disb Billed** | $0.00 |
| **LTD Fees Billed** | $110,131.50 |
| **LTD Disb Billed** | $307.30 |
| **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9574411 | 11/04/11 | Cheney, M | Review and revise pro formas. | 0.90 | $535.50 |
| 9592036 | 11/09/11 | Cheney, M | Review email from A Cordo re fee hearing date. | 0.10 | $59.50 |
| 9592088 | 11/10/11 | Cheney, M | Conference with O Perales re fee statements and pro formas. | 0.10 | $59.50 |
| 9597217 | 11/14/11 | Perales, O. | Prepare 32nd Interim Fee Application for August 2011. | 0.50 | $112.50 |
| 9622174 | 11/15/11 | Cheney, M | Review and revise draft statements. | 0.50 | $297.50 |
| 9622176 | 11/15/11 | Cheney, M | Conference with Mr. Perales re revisions to fee statements and application. | 0.20 | $119.00 |
| 9597219 | 11/15/11 | Perales, O. | Prepare 33rd Interim Fee Application for September 2011 (0.50); prepare 34th Interim Fee Application for October 2011 (0.50). | 1.00 | $225.00 |

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9597222 | 11/16/11 | Perales, O. | Prepare Eleventh Quarterly Application and Order Approving Fees for August 2011 through October 2011 fee statements. | 0.40 | $90.00 |
| 9622300 | 11/17/11 | Cheney, M | Forward fee statements and quarterly application to Ms. Cordo for filing and service. | 0.20 | $119.00 |
| 9622281 | 11/17/11 | Cheney, M | Review and revise on August fee statement. | 0.30 | $178.50 |
| 9622284 | 11/17/11 | Cheney, M | Review and revise September fee statement. | 0.40 | $238.00 |
| 9622287 | 11/17/11 | Cheney, M | Review and revise October fee statement. | 0.40 | $238.00 |
| 9622288 | 11/17/11 | Cheney, M | Review and revise exhibits for October fee statement. | 0.30 | $178.50 |
| 9622290 | 11/17/11 | Cheney, M | Review and revise quarterly fee application. | 0.30 | $178.50 |
| 9622292 | 11/17/11 | Cheney, M | Review and revise proposed order for fee application. | 0.10 | $59.50 |
| 9622297 | 11/17/11 | Cheney, M | Finalize and sign fee statements and quarterly application. | 0.30 | $178.50 |
| | | | **Professional Services Total** | **6.00** | **$2,867.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Partner | Cheney, M | $595.00 | 4.10 | $2,439.50 |
| 002444 | Specialist | Perales, O. | $225.00 | 1.90 | $427.50 |
| | | | **Fees Value** | **6.00** | **$2,867.00** |