# EXHIBIT A

# 702445



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000121 / Wanland  

**Proforma Generation Date:** 02/28/12 16:03  

**Fees and Disbursements Through 12/31/11**  
**Last Date Billed 12/15/11 (Through 09/30/11)**  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185  

| | | | | |
|---|---|---|---|---|
| **Total Fees This Proforma** | $409.50 | | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 17.67 | | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $427.17 | | | |
| **Address:** Nortel Accounts Payable | | | **YTD Fees Billed** | $0.00 |
| P.O. Box 280510 | | | **YTD Disb Billed** | $0.00 |
| Nashville, TN 37728 | | | | |
| | | | **LTD Fees Billed** | $92,466.00 |
| | | | **LTD Disb Billed** | $1,093.64 |
| | | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9671750 | 12/05/11 | Lopez, T. | Correspondence from Ms. Parseghian re follow up with Ms. Palmer of Cleary firm re Canadian bankruptcy estate (0.10); correspondence to Mses.Parseghian and Kramer re who bears class settlement administrative costs (0.20). | 0.30 | $175.50 |
| 9708320 | 12/14/11 | Lopez, T. | Correspondence from Ms. Parseghian re class administration costs. | 0.20 | $117.00 |
| 9753920 | 12/29/11 | Lopez, T. | Correspondence from Ms. Parseghian re notes of open issues re settlement agreement and class settlement motion. | 0.20 | $117.00 |
| | | | **Professional Services Total** | **0.70** | **$409.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 003330 | Counsel | Lopez, T. | $585.00 | 0.70 | $409.50 |
| | | | **Fees Value** | **0.70** | **$409.50** |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 6153190 | 12/20/11 | 359526 | 0140 | 1459890 | 001425 | Long Distance Telephone - - VENDOR: AT&T TeleConference Services | $17.67 |
| | | | | | | **Total Disbursements** | **$17.67** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0140 | Long Distance Telephone | $17.67 |
| | **Total Disbursements** | **$17.67** |

- 2 -

# 702446



## BILLABLE PROFORMA

**Billing Attorney:  000302 / James J. Regan**
**Client:  105185 / Nortel Networks Corp**
**Matter:  105185.0000126 / Linex v. Nortel et al.**

**Proforma Generation Date:  02/28/12 16:03**

**Fees and Disbursements Through 12/31/11**
**Last Date Billed 12/15/11 (Through 10/31/11)**
**Bill Cycle:  M**
**Matter Open Date:  Jan 14, 2009**
**Proforma Joint Group # 105185**

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $147.00 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $147.00 | | |
| **Address:** Nortel Networks | | **YTD Fees Billed** | $0.00 |
| Attn: Accounts Payable | | **YTD Disb Billed** | $0.00 |
| Post Office Box 280510 | | | |
| Nashville, TN  37728 | | **LTD Fees Billed** | $47,371.00 |
| | | **LTD Disb Billed** | $38.49 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| **Index** | **Date** | **Timekeeper Name** | **Description of Professional Services** | **Hours** | **Value of Time** |
|---|---|---|---|---|---|
| 9646309 | 12/01/11 | Supko, M. | Review recent pleadings from Linex litigation (0.1); correspondence with Ms. Palmer re status of settlement negotiations (0.1). | 0.20 | $147.00 |
| | | | **Professional Services Total** | **0.20** | **$147.00** |

## Professional Services Summary

| **ID** | **Title** | **Timekeeper Name** | **Rate** | **Hours** | **Value** |
|---|---|---|---|---|---|
| 001474 | Partner | Supko, M. | $735.00 | 0.20 | $147.00 |
| | | | **Fees Value** | **0.20** | **$147.00** |

**702447**



## BILLABLE PROFORMA

**Billing Attorney:** 001835 / Matthew Cheney  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000189 / Fee/Employment Application - US  

**Proforma Generation Date:** 02/28/12 16:04

**Fees and Disbursements Through 12/31/11**  
**Last Date Billed** 12/15/11 (Through 10/31/11)  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $1,368.50 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $1,368.50 | | |

**Address:** Jeanine L. Daniluk  
Dept. 0381  
Nortel Networks  
195 The West Mall  
Toronto, Ontario  
Canada, M9C 5K1

| | |
|---|---|
| **YTD Fees Billed** | $0.00 |
| **YTD Disb Billed** | $0.00 |
| **LTD Fees Billed** | $110,131.50 |
| **LTD Disb Billed** | $307.30 |
| **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9679160 | 12/03/11 | Cheney, M | Review and revise pro formas. | 0.60 | $357.00 |
| 9679217 | 12/07/11 | Cheney, M | Review proposed fee order from Ms. Cordo. | 0.20 | $119.00 |
| 9709862 | 12/12/11 | Cheney, M | Prepare for fee hearing. | 0.80 | $476.00 |
| 9709913 | 12/13/11 | Cheney, M | Review email from Ms. Cordo re fee hearing cancelled. | 0.10 | $59.50 |
| 9709938 | 12/14/11 | Cheney, M | Review and revise pro formas. | 0.40 | $238.00 |
| 9709940 | 12/14/11 | Cheney, M | Attention to fee order and converting pro formas into invoices. | 0.20 | $119.00 |
| | | | **Professional Services Total** | **2.30** | **$1,368.50** |

- 2 -

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---:|---:|---:|
| 001835 | Partner | Cheney, M | $595.00 | 2.30 | $1,368.50 |
|  |  |  | **Fees Value** | **2.30** | **$1,368.50** |

