# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

December 1, 2011 Through December 31, 2011

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Telephone Calls | Long Distance Telephone -AT&T TeleConference Services | $17.67 |
| **TOTAL** | | **$17.67** |

vi

**702445**



## BILLABLE PROFORMA

**Billing Attorney:  000302 / James J. Regan**
**Client:  105185 / Nortel Networks Corp**
**Matter:  105185.0000121 / Wanland**

**Proforma Generation Date:  02/28/12 16:03**

**Fees and Disbursements Through 12/31/11**
**Last Date Billed 12/15/11 (Through 09/30/11)**
**Bill Cycle:  M**
**Matter Open Date:  Jan 14, 2009**
**Proforma Joint Group # 105185**

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursement Description | Amount |
|---|---|---|---|---|---|---|---|
| 6153190 | 12/20/11 | 359526 | 0140 | 1459890 | 001425 | Long Distance Telephone - - VENDOR: AT&T TeleConference Services | $17.67 |
| | | | | | | **Total Disbursements** | **$17.67** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0140 | Long Distance Telephone | $17.67 |
| | **Total Disbursements** | **$17.67** |