# EXHIBIT B



Fraser Milner Casgrain LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada M5K 0A1

MAIN  416 863 4511
FAX   416 863 4592

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 2894433**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| Date | Matter Number | Lawyer |
|---|---|---|
| February 29, 2012 | 538462-000001 | Michael Wunder |

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| | | |
|---|---|---|
| Professional Fees | $ | 48,935.00 |
| Disbursements | | 2,127.81 |
| **Total Amount Due** | **$** | **51,062.81**  CDN. |

FRASER MILNER CASGRAIN LLP

Per: _____
       Michael Wunder

---

**Payment Options:**

**Cheques:**
Cheques payable to Fraser Milner Casgrain LLP and mailed to the above noted address.

**Wire Transfer:**
Bank of Montreal
1st Canadian Place, Toronto, ON
Swift Code: BOFMCAM2
Bank ID: 001 Transit: 00022
CAD Funds Bank Account : 0004-324

**Internet Banking:**
Accepted at most financial institutions.  Your payee is Fraser Milner Casgrain and your account number is 538462.  Please email us at acctrecedm@fmc-law.com referencing invoice number and payment amount.

**Credit Card:**
Payments are accepted via telephone, email or fax.  We accept American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____ Amount: _____
Cardholder Name: _____
Signature: _____

Please email us at Toronto.Accounting@fmc-law.com referencing invoice number and payment amount.
Payment due on receipt.  Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days.

MONTRÉAL    OTTAWA    TORONTO    EDMONTON    CALGARY    VANCOUVER            fmc-law.com

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2894433  
Page 2 of 9  
Matter # 538462-000001

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 03-Jan-12 | RSK | 0007 | Participated in Committee advisor call to prep for Committee meeting. | 0.8 |
| 03-Jan-12 | MJW | 0007 | Attend on Committee advisor call to prepare for Committee meeting. | 0.8 |
| 03-Jan-12 | RCJ | 0007 | Participate in UCC professionals' call in preparation for 1/4 Committee call. | 0.8 |
| 03-Jan-12 | RCJ | 0017 | Review 3rd Circuit decision regarding stay. | 0.4 |
| 04-Jan-12 | RSK | 0007 | Participated on Committee call. | 0.7 |
| 04-Jan-12 | RSK | 0031 | Review of emails regarding mediation and Mr. Justice Winkler. | 0.3 |
| 04-Jan-12 | MJW | 0007 | Attend on Committee call. | 0.8 |
| 04-Jan-12 | RCJ | 0007 | Participate in Committee call. | 0.8 |
| 04-Jan-12 | RCJ | 0029 | E-mail correspondence with Akin Gump team regarding mediation. | 0.2 |
| 04-Jan-12 | RCJ | 0029 | E-mail correspondence regarding Mr. Justice Winkler and mediation issues. | 0.2 |
| 04-Jan-12 | RCJ | 0029 | Telephone call with bondholder regarding mediation process. | 0.2 |
| 05-Jan-12 | RSK | 0029 | Exchanged emails regarding mediation due diligence. | 0.2 |
| 05-Jan-12 | RSK | 0029 | Office conference with Ryan Jacobs and telephone attendance with Fred Hodara regarding mediation issues. | 0.3 |
| 05-Jan-12 | MJW | 0029 | Prepare for allocation mediation and email correspondence with Akin Gump regarding mediation issues including due diligence regarding mediator. | 0.8 |
| 05-Jan-12 | RCJ | 0029 | E-mail correspondence with Akin Gump and FMC teams regarding mediation preparation. | 0.3 |
| 05-Jan-12 | RCJ | 0029 | Preparation work for mediation. | 1.1 |
| 05-Jan-12 | RCJ | 0029 | Office conference with S. Kukulowicz regarding bondholder rep issue regarding mediation. | 0.2 |
| 06-Jan-12 | RSK | 0031 | Review of emails regarding mediation due diligence. | 0.3 |
| 06-Jan-12 | MJW | 0029 | Correspondence with Akin Gump and UCC advisors with respect to mediation preparation. | 0.4 |
| 06-Jan-12 | MJW | 0003 | Review and prepare November, 2011 fee account and analyze time entries. | 1.3 |
| 06-Jan-12 | MJW | 0012 | Analysis of Canadian claims and related Canadian legal issues. | 2.2 |
| 06-Jan-12 | RCJ | 0029 | E-mail correspondence with Akin Gump team regarding mediation preparation. | 0.5 |
| 06-Jan-12 | RCJ | 0029 | Preparation work for mediation. | 1.2 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2894433  
Page 3 of 9  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 06-Jan-12 | RCJ | 0012 | Analysis of bond claim issues. | 1.1 |
| 06-Jan-12 | RCJ | 0029 | Participate in all hands call with Debtor and UCC advisors regarding allocation issues. | 0.9 |
| 06-Jan-12 | RCJ | 0012 | Analysis of claim resolution issues. | 2.3 |
| 09-Jan-12 | MMP | 0019 | Telephone conversation with bondholder regarding employee benefit issues. | 0.7 |
| 09-Jan-12 | MJW | 0029 | Attend on conference call with J. Ray, Cleary and Committee advisor with respect to allocation mediation issues. | 0.9 |
| 09-Jan-12 | MJW | 0012 | Analysis of Canadian legal issues regarding claims including inter-company issues. | 1.8 |
| 09-Jan-12 | RCJ | 0029 | Participate in conference call regarding mediation issues with counsel for U.S. Debtors, UCC and Ad Hoc bond group. | 0.9 |
| 09-Jan-12 | RCJ | 0029 | Analysis of mediation issues. | 0.3 |
| 09-Jan-12 | RCJ | 0012 | Consider bond claim issues. | 1.1 |
| 09-Jan-12 | RCJ | 0029 | E-mail correspondence with Akin Gump team regarding Winkler and mediation. | 0.3 |
| 11-Jan-12 | MJW | 0007 | Attend on Nortel Committee advisor professional call to prepare for Committee meeting. | 0.4 |
| 12-Jan-12 | RSK | 0031 | Review of FMC emails regarding mediation presentation and due diligence regarding allocation mediation. | 0.7 |
| 12-Jan-12 | MJW | 0007 | Attend on Committee call. | 0.6 |
| 12-Jan-12 | MJW | 0007 | Prepare for allocation mediation including due diligence regarding mediator, and review claims analysis. | 2.7 |
| 13-Jan-12 | RSK | 0032 | Review of Akin Gump update on UK Pension Party filing petition for rehearing of Third Circuit decision. | 0.1 |
| 16-Jan-12 | MJW | 0029 | Prepare for FMC/Akin Gump allocation mediation prep session and correspondence to Akin Gump regarding same. | 0.6 |
| 16-Jan-12 | MJW | 0029 | Analysis of inter-company claims issues and allocations in connection with mediation preparation. | 1.7 |
| 17-Jan-12 | RSK | 0007 | Review of emails from Akin and Cleary regarding allocation issues. | 0.2 |
| 17-Jan-12 | RSK | 0002 | Review of press reports on fraud trial involving former Nortel executives. | 0.2 |
| 18-Jan-12 | RSK | 0029 | Participated in weekly call between UCC advisors and NNI/Cleary regarding allocation issues. | 0.5 |
| 18-Jan-12 | RSK | 0002 | Exchanged emails and telephone attendance with Capstone regarding criminal trial of former Nortel executives. | 0.3 |
| 18-Jan-12 | RSK | 0031 | Review of correspondence from Torys regarding timing of EMEA claims discovery. | 0.2 |
| 18-Jan-12 | RSK | 0031 | Review of correspondence from Goodmans regarding status of EMEA motion and cross-examinations. | 0.2 |
| 18-Jan-12 | MJW | 0029 | Attend on status call with J. Ray and Cleary and Committee | 0.5 |

| | | | | |
|---|---|---|---|---|
| FRASER MILNER CASGRAIN LLP | | | | INVOICE 2894433 |
| The Official Committee of Unsecured Creditors | | | | Page 4 of 9 |
| Re: Nortel Networks Inc., et al. | | | | Matter # 538462-000001 |

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | advisors with respect to allocation mediation and related issues. | |
| 18-Jan-12 | MJW | 0031 | Correspondence with Committee advisors with respect to Canadian discovery motion for EMEA claims against Canadian estate. | 0.3 |
| 18-Jan-12 | MJW | 0012 | Review cross-border claims analysis and updated information. | 0.8 |
| 18-Jan-12 | MJW | 0012 | Correspondence with Committee advisors with respect to claims analysis and updates. | 0.2 |
| 18-Jan-12 | RCJ | 0012 | Review and analysis of cross border claims. | 1.3 |
| 18-Jan-12 | RCJ | 0029 | Analysis of allocation settlement issues. | 1.8 |
| 19-Jan-12 | RSK | 0031 | Review of motion record from NNI for recognition in Canada of U.S. orders regarding SNMP proceedings and Flextronics Settlement. | 0.5 |
| 19-Jan-12 | RSK | 0012 | Review of CCAA claims schedules (updated) and related emails. | 0.2 |
| 19-Jan-12 | RSK | 0007 | Participated on Committee advisor call. | 0.6 |
| 19-Jan-12 | MJW | 0007 | Attend on Committee advisor call to prepare for Committee meeting. | 0.5 |
| 19-Jan-12 | MJW | 0007 | Review material to prepare for Committee call including Nortel budget and corporate material. | 0.3 |
| 19-Jan-12 | MJW | 0031 | Review Canadian recognition motion filed by NNI's Canadian counsel with respect to SNMP and Flextronics settlement, and report to Akin Gump regarding same. | 0.5 |
| 20-Jan-12 | RSK | 0002 | Review of Capstone reports regarding Nortel budget and incentive plans. | 0.2 |
| 20-Jan-12 | RSK | 0031 | Preparation for presentation of Canadian litigation issues for Committee meeting. | 0.3 |
| 20-Jan-12 | RSK | 0007 | Participated on Committee call. | 0.5 |
| 20-Jan-12 | RSK | 0002 | Review of email from Capstone regarding Nortel criminal trial and related CCAA case issues. | 0.1 |
| 20-Jan-12 | MJW | 0012 | Review and analysis of EMEA claim issues and Canadian estate claims. | 1.2 |
| 23-Jan-12 | RSK | 0031 | Prepare for and attend session with Committee advisors and Committee members to prepare for allocation mediation. | 2.0 |
| 23-Jan-12 | MJW | 0029 | Prepare for mediation prep session UCC advisors. | 0.6 |
| 23-Jan-12 | MJW | 0029 | Attend on status call with Cleary, D. Ray and UCC advisors including allocation discussions. | 0.5 |
| 23-Jan-12 | MJW | 0029 | UCC advisor allocation mediation prep session. | 1.8 |
| 23-Jan-12 | MJW | 0012 | Review documents relating to fourth estate settlement and analyze proposed changes and Canadian issues. | 0.8 |
| 23-Jan-12 | RCJ | 0007 | Participate in Committee meeting (video conference) regarding mediation issues. | 1.7 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2894433  
Page 5 of 9  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 23-Jan-12 | RCJ | 0029 | Review 4th estate settlement agreement. | 0.8 |
| 23-Jan-12 | RCJ | 0029 | Attend video conference meeting with Committee. | 1.1 |
| 23-Jan-12 | RCJ | 0029 | Continue allocation analysis. | 1.7 |
| 24-Jan-12 | RSK | 0031 | Review of recognition orders and endorsement. | 0.2 |
| 24-Jan-12 | MJW | 0008 | Attend to Canadian court hearing for recognition of U.S. court orders. | 0.8 |
| 24-Jan-12 | MJW | 0031 | Review issued Canadian court order and report to Akin Gump regarding orders and court hearing. | 0.2 |
| 25-Jan-12 | RSK | 0031 | Review of emails from Goodmans re EMEA discovery motion and Whiteoak cross-examination. | 0.2 |
| 25-Jan-12 | RSK | 0031 | Office conference with Michael Wunder regarding timing of mediation. | 0.2 |
| 25-Jan-12 | MJW | 0029 | Conference with FMC team with respect to allocation mediation issues. | 0.3 |
| 25-Jan-12 | MJW | 0012 | Analysis of claims with respect to prepare for allocation mediation. | 0.9 |
| 25-Jan-12 | MJW | 0007 | Attend on call with Committee to discuss case status, and to prepare for Committee call including allocation mediation | 0.7 |
| 25-Jan-12 | RCJ | 0012 | Continue review of cross-border claims. | 1.1 |
| 25-Jan-12 | MIP | 0031 | Review and analyze transfer pricing cases and correspond with Akin Gump regarding same. | 2.1 |
| 25-Jan-12 | LJT | 0031 | Researching Canadian case law and subsequent appeal decisions. | 0.5 |
| 26-Jan-12 | RSK | 0007 | Participated on Committee call. | 0.7 |
| 26-Jan-12 | MJW | 0007 | Prepare for Committee call including discussion with respect to allocation mediator and mediation issues. | 0.3 |
| 26-Jan-12 | MJW | 0007 | Prepare for Committee call including discussion with respect to allocation mediator and mediation issues. | 0.3 |
| 26-Jan-12 | MJW | 0007 | Attend on Committee call. | 0.8 |
| 30-Jan-12 | RSK | 0032 | Review of emails from Committee advisors regarding communications with U.S. court and decision regarding EMEA claims. | 0.2 |
| 30-Jan-12 | MJW | 0029 | Status call with J. Ray, Cleary and Committee advisors, including discussion of allocation issues. | 0.5 |
| 30-Jan-12 | MJW | 0017 | Call with NNI's Canadian counsel with respect to Chartis insurance policy litigation. | 0.2 |
| 30-Jan-12 | MJW | 0017 | Review and analyze documents regarding Chartis litigation. | 1.3 |
| | | | **Total** | **65.8** |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2894433  
Page 6 of 9  
Matter # 538462-000001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Lisa Telebar | Student | Students | | 0.5 | $215.00 | $107.50 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 0.7 | $775.00 | $542.50 |
| Matthew Peters | Partner | Taxation | Ontario - 2002 | 2.1 | $600.00 | $1,260.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 29.3 | $775.00 | $22,707.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 22.3 | $675.00 | $15,052.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 10.9 | $850.00 | $9,265.00 |
| | | | | | | |
| TOTAL | | | | 65.8 | CDN. | $48,935.00 |

**TOTAL PROFESSIONAL FEES** $ 48,935.00

**NON-TAXABLE DISBURSEMENTS**
    Airfare/Travel      $ 1,031.04  
    Accommodations      584.35  
    Ground Transportation (Taxi Charges/Courier)      277.25  
    Long Distance Telephone Calls      44.31  
    Meals & Beverages      75.06  
    Photocopy & Printing Charges      115.80  
**TOTAL NON-TAXABLE DISBURSEMENTS**      $ 2,127.81

**TOTAL DISBURSEMENTS**      2,127.81

**TOTAL AMOUNT DUE**      $ 51,062.81 CDN.

MONTRÉAL   OTTAWA   TORONTO   EDMONTON   CALGARY   VANCOUVER       fmc-law.com

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2894433
Page 7 of 9
Matter # 538462-000001

## TIME SUMMARY BY TASK CODE:

| Code | Task Description | Hours | Fees |
|---|---|---|---|
| 0002 | General Case Administration | 0.8 | 680.00 |
| 0003 | FMC Fee Application/Monthly Billing Reports | 1.3 | 1,007.50 |
| 0007 | Creditors Committee Meetings | 15.0 | 11,557.50 |
| 0008 | Court Hearings | 0.8 | 620.00 |
| 0012 | General Claims Analysis/Claims Objections | 15.0 | 10,950.00 |
| 0017 | General Adversary Proceedings | 1.9 | 1,432.50 |
| 0019 | Labor Issues/Employee Benefits | 0.7 | 542.50 |
| 0029 | Intercompany Analysis | 21.3 | 15,412.50 |
| 0031 | Canadian Proceedings/Matters | 8.7 | 6,477.50 |
| 0032 | U.S. Proceedings/Matters | 0.3 | 255.00 |
| | Total | 65.8 | $48,935.00 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2894433
Page 8 of 9
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---|---|
| 02-Jan-12 | Telephone;12125541515;New YorkNY;4715 | 1.00 | 1.02 |
| 04-Jan-12 | Laser Copy;jacobsr | 21.00 | 2.10 |
| 04-Jan-12 | Laser Copy;NELSON M | 13.00 | 1.30 |
| 05-Jan-12 | Laser Copy;jacobsr | 19.00 | 1.90 |
| 06-Jan-12 | Laser Copy;NELSON M | 25.00 | 2.50 |
| 10-Jan-12 | Telephone;12128721008;New YorkNY;4715 | 1.00 | 0.51 |
| 10-Jan-12 | Telephone;12128721096;New YorkNY;4715 | 1.00 | 0.51 |
| 11-Jan-12 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 11-Jan-12 | Laser Copy;jacobsr | 2.00 | 0.20 |
| 11-Jan-12 | Return Airfare to NY - for S. Kukulowicz from Dec. 6 - 7, 2011; 2011-12-6 | 1.00 | 1,031.04 |
| 11-Jan-12 | Meal at New York airport while traveling on Dec. 7/11 for S. Kukulowicz; 2011-12-7 | 1.00 | 6.16 |
| 11-Jan-12 | Taxi to Toronto Airport for S. Kukulowicz on Dec. 6/11; 2011-12-6 | 1.00 | 59.77 |
| 11-Jan-12 | Taxi from Toronto Airport for S. Kukulowicz on Dec. 7/11; 2011-12-7 | 1.00 | 73.90 |
| 11-Jan-12 | Taxi in NY for S. Kukulowicz on Dec. 7/11; 2011-12-7 | 1.00 | 38.11 |
| 11-Jan-12 | Hotel charges - Le Parker Meridien NY for S. Kukulowicz on Dec. 6/11; 2011-12-7 | 1.00 | 584.35 |
| 11-Jan-12 | Taxi charges in NY - see VISA statement for S. Kukulowicz on Dec. 7/11; 2011-12-7 | 1.00 | 45.42 |
| 12-Jan-12 | Laser Copy;jacobsr | 175.00 | 17.50 |
| 12-Jan-12 | Taxi from King St. to Eglinton for M. Wunder on Jan. 5/12; 2012-1-5 | 1.00 | 22.12 |
| 12-Jan-12 | Laser Copy;NELSON M | 45.00 | 4.50 |
| 13-Jan-12 | Laser Copy;NELSON M | 32.00 | 3.20 |
| 13-Jan-12 | Laser Copy;jacobsr | 89.00 | 8.90 |
| 16-Jan-12 | FedEx delivery Sender: FRASER MILNER CASGRAIN Invoice/Airbill: 100519831/793120355289 Recipient: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 25.55 |
| 16-Jan-12 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 0.51 |
| 18-Jan-12 | Laser Copy;NELSON M | 157.00 | 15.70 |
| 18-Jan-12 | Telephone;13125887101;Chicago IL;4740 | 1.00 | 1.08 |
| 19-Jan-12 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 20-Jan-12 | Laser Copy;NELSON M | 163.00 | 16.30 |
| 20-Jan-12 | Laser Copy;jacobsr | 8.00 | 0.80 |
| 20-Jan-12 | Laser Copy;KUKULOWI | 6.00 | 0.60 |
| 23-Jan-12 | Laser Copy;jacobsr | 8.00 | 0.80 |
| 24-Jan-12 | Taxi from King St. to Court for M. Wunder on Jan. 24/12; 2012-1-24 | 1.00 | 6.19 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2894433  
Page 9 of 9  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 24-Jan-12 | Taxi from Court to King St. for M. Wunder on Jan. 24/12; 2012-1-24 | 1.00 | 6.19 |
| 25-Jan-12 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 26-Jan-12 | Laser Copy;Erandio, N. | 299.00 | 29.90 |
| 26-Jan-12 | Laser Copy;NELSON M | 87.00 | 8.70 |
| 27-Jan-12 | Working lunch for Kukulowicz/Jacobs/Wunder - Maxim /M Wunder-Jan 23/12/Inv. 206535 | 1.00 | 50.50 |
| 27-Jan-12 | Working dinner at Burrito Bandidos for R. Jacobs on Sept. 26/11; 2011-9-26 | 1.00 | 18.40 |
| 30-Jan-12 | Telephone;19175447922;New YorkNY;4715 | 1.00 | 0.51 |
| 30-Jan-12 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 3.06 |
| 30-Jan-12 | Long distance charges for M. Wunder on Nov. 18 to Dec. 9/11; 2011-11-18 | 1.00 | 37.11 |
|  | **TOTAL** | CDN. | $2,127.81 |