**EXHIBIT C**

10977149_3|TorDocs

## DISBURSEMENT SUMMARY
## JANUARY 1 TO JANUARY 31, 2012
### (All Amounts in Canadian Dollars)

| Non-Taxable Disbursements | |
|---|---|
| Airfare/Travel | $1,031.04 |
| Accommodations | $ 584.35 |
| Ground Transportation (Taxi Charges/Courier) | $ 277.25 |
| Long Distance Telephone Calls | $ 44.31 |
| Meals & Beverages | $ 75.06 |
| Photocopy & Printing Charges | $ 115.80 |
| Total Non-Taxable Disbursements | **$2,127.81 CDN.** |

10976820_1|TorDocs