**EXHIBIT D**

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2894433  
Page 8 of 9  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---|---|
| 02-Jan-12 | Telephone;12125541515;New YorkNY;4715 | 1.00 | 1.02 |
| 04-Jan-12 | Laser Copy;jacobsr | 21.00 | 2.10 |
| 04-Jan-12 | Laser Copy;NELSON M | 13.00 | 1.30 |
| 05-Jan-12 | Laser Copy;jacobsr | 19.00 | 1.90 |
| 06-Jan-12 | Laser Copy;NELSON M | 25.00 | 2.50 |
| 10-Jan-12 | Telephone;12128721008;New YorkNY;4715 | 1.00 | 0.51 |
| 10-Jan-12 | Telephone;12128721096;New YorkNY;4715 | 1.00 | 0.51 |
| 11-Jan-12 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 11-Jan-12 | Laser Copy;jacobsr | 2.00 | 0.20 |
| 11-Jan-12 | Return Airfare to NY - for S. Kukulowicz from Dec. 6 - 7, 2011; 2011-12-6 | 1.00 | 1,031.04 |
| 11-Jan-12 | Meal at New York airport while traveling on Dec. 7/11 for S. Kukulowicz; 2011-12-7 | 1.00 | 6.16 |
| 11-Jan-12 | Taxi to Toronto Airport for S. Kukulowicz on Dec. 6/11; 2011-12-6 | 1.00 | 59.77 |
| 11-Jan-12 | Taxi from Toronto Airport for S. Kukulowicz on Dec. 7/11; 2011-12-7 | 1.00 | 73.90 |
| 11-Jan-12 | Taxi in NY for S. Kukulowicz on Dec. 7/11; 2011-12-7 | 1.00 | 38.11 |
| 11-Jan-12 | Hotel charges - Le Parker Meridien NY for S. Kukulowicz on Dec. 6/11; 2011-12-7 | 1.00 | 584.35 |
| 11-Jan-12 | Taxi charges in NY - see VISA statement for S. Kukulowicz on Dec. 7/11; 2011-12-7 | 1.00 | 45.42 |
| 12-Jan-12 | Laser Copy;jacobsr | 175.00 | 17.50 |
| 12-Jan-12 | Taxi from King St. to Eglinton for M. Wunder on Jan. 5/12; 2012-1-5 | 1.00 | 22.12 |
| 12-Jan-12 | Laser Copy;NELSON M | 45.00 | 4.50 |
| 13-Jan-12 | Laser Copy;NELSON M | 32.00 | 3.20 |
| 13-Jan-12 | Laser Copy;jacobsr | 89.00 | 8.90 |
| 16-Jan-12 | FedEx delivery Sender: FRASER MILNER CASGRAIN Invoice/Airbill: 100519831/793120355289 Recipient: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 25.55 |
| 16-Jan-12 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 0.51 |
| 18-Jan-12 | Laser Copy;NELSON M | 157.00 | 15.70 |
| 18-Jan-12 | Telephone;13125887101;Chicago IL;4740 | 1.00 | 1.08 |
| 19-Jan-12 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 20-Jan-12 | Laser Copy;NELSON M | 163.00 | 16.30 |
| 20-Jan-12 | Laser Copy;jacobsr | 8.00 | 0.80 |
| 20-Jan-12 | Laser Copy;KUKULOWI | 6.00 | 0.60 |
| 23-Jan-12 | Laser Copy;jacobsr | 8.00 | 0.80 |
| 24-Jan-12 | Taxi from King St. to Court for M. Wunder on Jan. 24/12; 2012-1-24 | 1.00 | 6.19 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2894433
Page 9 of 9
Matter # 538462-000001

| Date | Description | Qty | Amt |
| --- | --- | --- | --- |
| 24-Jan-12 | Taxi from Court to King St. for M. Wunder on Jan. 24/12; 2012-1-24 | 1.00 | 6.19 |
| 25-Jan-12 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 26-Jan-12 | Laser Copy;Erandio, N. | 299.00 | 29.90 |
| 26-Jan-12 | Laser Copy;NELSON M | 87.00 | 8.70 |
| 27-Jan-12 | Working lunch for Kukulowicz/Jacobs/Wunder - Maxim /M Wunder- Jan 23/12/Inv. 206535 | 1.00 | 50.50 |
| 27-Jan-12 | Working dinner at Burrito Bandidos for R. Jacobs on Sept. 26/11; 2011-9-26 | 1.00 | 18.40 |
| 30-Jan-12 | Telephone;19175447922;New YorkNY;4715 | 1.00 | 0.51 |
| 30-Jan-12 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 3.06 |
| 30-Jan-12 | Long distance charges for M. Wunder on Nov. 18 to Dec. 9/11; 2011-11-18 | 1.00 | 37.11 |
| | TOTAL | CDN. | $2,127.81 |