**EXHIBIT E**

## SUMMARY OF LAWYERS AND PARALEGALS RENDERING SERVICES DURING THE PERIOD JANUARY 1, 2012 THROUGH JANUARY 31, 2012
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Lisa Telebar | Student | Students | | 0.5 | $215.00 | $107.50 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 0.7 | $775.00 | $542.50 |
| Matthew Peters | Partner | Taxation | Ontario - 2002 | 2.1 | $600.00 | $1,260.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 29.3 | $775.00 | $22,707.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 22.3 | $675.00 | $15,052.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 10.9 | $850.00 | $9,265.00 |
| | | | | | | |
| TOTAL | | | | 65.8 | CDN. | $48,935.00 |