# EXHIBIT A

# 702449



## BILLABLE PROFORMA

**Billing Attorney:** 000302 / James J. Regan  
**Client:** 105185 / Nortel Networks Corp  
**Matter:** 105185.0000126 / Linex v. Nortel et al.

**Proforma Generation Date:** 02/28/12 17:33

**Fees and Disbursements Through 01/31/12**  
**Last Date Billed** 12/15/11 (Through 10/31/11)  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group #** 105185

| | | | | |
|---|---|---|---|---|
| **Total Fees This Proforma** | $156.00 | | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $156.00 | | | |
| **Address:** Nortel Networks | | | **YTD Fees Billed** | $0.00 |
| Attn: Accounts Payable | | | **YTD Disb Billed** | $0.00 |
| Post Office Box 280510 | | | | |
| Nashville, TN 37728 | | | **LTD Fees Billed** | $47,371.00 |
| | | | **LTD Disb Billed** | $38.49 |
| | | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9829592 | 01/31/12 | Supko, M. | Review prior settlement correspondence (0.1); prepare email to Mr. Hartmann re last settlement communication (0.1). | 0.20 | $156.00 |
| | | | **Professional Services Total** | **0.20** | **$156.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001474 | Partner | Supko, M. | $780.00 | 0.20 | $156.00 |
| | | | **Fees Value** | **0.20** | **$156.00** |

# 702450



## BILLABLE PROFORMA

**Billing Attorney:  001003 / Kris D. Meade**
**Client:  105185 / Nortel Networks Corp**
**Matter:  105185.0000160 / AAP Preparation**

**Proforma Generation Date:  02/28/12 17:33**

**Fees and Disbursements Through 01/31/12**
**Last Date Billed 12/15/11 (Through 09/30/11)**
**Bill Cycle:  M**
**Matter Open Date:  Jan 14, 2009**
**Proforma Joint Group # 105185**

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $932.85 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $932.85 | | |
| **Address:** Jeanine L. Daniluk | | **YTD Fees Billed** | $0.00 |
| Dept. 0381 | | **YTD Disb Billed** | $0.00 |
| Nortel Networks | | | |
| 195 The West Mall | | **LTD Fees Billed** | $118,054.30 |
| Toronto, Ontario | | **LTD Disb Billed** | $105.33 |
| Canada M9C 5K1 | | | |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9762979 | 01/09/12 | Meade, K. | Review of email from Ms. Graffam re contacting OFCCP re status of NNI (0.1); conference with Ms. Springer re same, re discussions of same from August and September 2011, and re next steps (0.3); email to Ms. Graffam re same and re recommendations (0.2). | 0.60 | $318.60 |
| 9843001 | 01/09/12 | Springer, R. | Review prior correspondence (0.2); confer with Mr. Meade regarding letter to government about Nortel's government contractor status (0.1). | 0.30 | $136.35 |
| 9776601 | 01/12/12 | Meade, K. | Telephone conference with Ms. Graffam re status of Nortel's operations, current services being performed for third party, and finalizing | 0.30 | $159.30 |

- 1 -

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | letter to the OFCCP re status of NNI. | | |
| 9776607 | 01/13/12 | Meade, K. | Review of OFCCP website to identify correct recipient of NNI letter re status (0.3); email to Ms. Graffam re recommendations re same and re confirmation that we believe NNI is no longer a federal contractor or subcontractor (0.3). | 0.60 | $318.60 |
| | | | **Professional Services Total** | **1.80** | **$932.85** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001220 | Counsel | Springer, R. | $454.50 | 0.30 | $136.35 |
| 001003 | Partner | Meade, K. | $531.00 | 1.50 | $796.50 |
| | | | **Fees Value** | **1.80** | **$932.85** |

# 702451



## BILLABLE PROFORMA

**Billing Attorney:** 001835 / Matthew Cheney
**Client:** 105185 / Nortel Networks Corp
**Matter:** 105185.0000189 / Fee/Employment Application - US

**Proforma Generation Date:** 02/28/12 16:07

**Fees and Disbursements Through** 01/31/12
**Last Date Billed** 12/15/11 (Through 10/31/11)
**Bill Cycle:** M
**Matter Open Date:** Jan 14, 2009
**Proforma Joint Group #** 105185

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $500.00 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | 0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $500.00 | | |
| **Address:** Jeanine L. Daniluk | | **YTD Fees Billed** | $0.00 |
| Dept. 0381 | | **YTD Disb Billed** | $0.00 |
| Nortel Networks | | | |
| 195 The West Mall | | **LTD Fees Billed** | $110,131.50 |
| Toronto, Ontario | | **LTD Disb Billed** | $307.30 |
| Canada, M9C 5K1 | | | |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 9797580 | 01/18/12 | Cheney, M | Review and revise pro formas for fee statements. | 0.80 | $500.00 |
| | | | **Professional Services Total** | **0.80** | **$500.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Partner | Cheney, M | $625.00 | 0.80 | $500.00 |
| | | | **Fees Value** | **0.80** | **$500.00** |

- 1 -