Exhibit A

**Jefferies** ⬛
Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022
*INVOICE*

Invoice Number: 8545
Invoice Date: 11/29/2011
Reference #: NOR25000IB
Terms: Immediate

Official Committee of Unsecured Creditors of
Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Attention:  Tim Burling, Flextronics Corporation
            Committee Chairman

Re:      Investment Banking Services

**For services rendered in accordance with our engagement letter dated February 01, 2009**

| | |
|---|---:|
| *Monthly Fee:* | |
| November 2011 | $200,000.00 |
| (Less 20% Holdback) | ($40,000.00) |
| **Total Fee:** | $160,000.00 |
| | |
| *Expenses:* | |
| Legal | $2,330.06 |
| Transportation - Ground | $40.00 |
| **Total Out-of-Pocket Expenses:** | $2,370.06 |

| TOTAL DUE | $162,370.06 |
|---|---|

**Payment Details**

<u>Wire Instructions</u>
Bank of New York
ABA #021000018
A/C: Jefferies & Company, Inc.
A/C: #890-065-2772

<u>Check Payment Instructions</u>
Jefferies & Company, Inc.
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

Reference:      NOR25000IB_8545 Nortel

11