# Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
November 1, 2011 – November 30, 2011
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Legal | $2,330.06 |
| Transportation – Ground | $40.00 |
| Total | $2,370.06 |

14

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| CROSS & SIMON, LLC | LEGAL | Expense Distribution | 10/20/2011 | $1,464.30 |
| CROSS & SIMON, LLC | LEGAL | Expense Distribution | 9/21/2011 | $865.76 |
| PATRICK T. MORROW | Transportation - Ground | Overtime Taxi - Office to Home | 11/21/2011 | $40.00 |
| Total : | | | | $2,370.06 |