Exhibit C

## Jefferies & Company, Inc.
Summary of Hours Worked
November 1, 2011 - November 30, 2011

| Name | Position | Hours Worked |
|---|---|---:|
| Leon Szlezinger | Managing Director, Recapitalization and Restructuring Group | 16.8 |
| Alex Rohan | Senior Vice President, Recapitalization and Restructuring Group | 27.0 |
| Rory Keenan | Senior Vice President, Recapitalization and Restructuring Group | 20.8 |
| Robby Tennenbaum | Associate, Recapitalization and Restructuring Group | 17.3 |
| Bhoomica Reddy | Associate, Recapitalization and Restructuring Group | 16.8 |
| | **Total** | **98.5** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Analyst / Paralegal |

Jefferies & Company, Inc.
November 2011

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Leon Szlezinger* | | | |
| Leon Szlezinger | 11/1/2011 | 1.00 | Attend professionals call; committee member discussions |
| Leon Szlezinger | 11/8/2011 | 1.50 | Review counsel correspondence; review related documents |
| Leon Szlezinger | 11/9/2011 | 1.00 | Receive update on status and professionals call |
| Leon Szlezinger | 11/9/2011 | 1.25 | Review court documents and internal documents |
| Leon Szlezinger | 11/10/2011 | 2.50 | Attend weekly UCC call; internal discussions re: same and case related issues |
| Leon Szlezinger | 11/15/2011 | 1.00 | Receive update on status and professionals call |
| Leon Szlezinger | 11/16/2011 | 2.00 | Attend ucc call and review agenda and related items; internal discussions re: same |
| Leon Szlezinger | 11/20/2011 | 0.50 | Review correspondence re: case status/updates |
| Leon Szlezinger | 11/27/2011 | 1.25 | Discussions regarding airpace; review research |
| Leon Szlezinger | 11/28/2011 | 2.25 | Intracommittee discussions; review committee documents |
| Leon Szlezinger | 11/28/2011 | 2.50 | Internal discussions; Review correspondence re: case status/updates; Receive update |
| **November 2011 Summary Hours for Leon Szlezinger** | | **16.75** | |
| *Alex Rohan* | | | |
| Alex Rohan | 11/1/2011 | 1.00 | Review agenda and prepare for professionals call; attend call and internal discussions |
| Alex Rohan | 11/7/2011 | 3.00 | IP address research and document review; Committee subgroup discussions |
| Alex Rohan | 11/7/2011 | 1.00 | Review correspondence and case updates |
| Alex Rohan | 11/9/2011 | 2.50 | Participate in professionals call; review correspondence an agenda, re: same; internal correspondence and research case issues |
| Alex Rohan | 11/10/2011 | 3.50 | Prepare for and participate in UCC call; review agenda, correspondence and related materials; call with E&Y re airspace issues; correspondence with counsel re: same |
| Alex Rohan | 11/11/2011 | 3.00 | Prepare for and participate in airspace call; correspond with counsel and advisors re: preparation and recap |
| Alex Rohan | 11/14/2011 | 2.50 | Review airspace correspondence and review documents from previous circulations; internal correspondence re: same; review counsel correspondence re court update |
| Alex Rohan | 11/15/2011 | 1.50 | Review agenda and prepare for professionals call; attend call |
| Alex Rohan | 11/16/2011 | 1.50 | Prepare for and participate in UCC call; review case updates and correspondence |
| Alex Rohan | 11/17/2011 | 3.00 | Internal discussions; committee subgroup discussions |
| Alex Rohan | 11/23/2011 | 2.50 | Airspace and IP address research |
| Alex Rohan | 11/28/2011 | 2.00 | Internal discussions; Review correspondence re: case status/updates |
| **November 2011 Summary Hours for Alex Rohan** | | **27.00** | |
| *Rory Keenan* | | | |
| Rory Keenan | 11/1/2011 | 1.00 | Review agenda and prepare for professionals call; attend call |
| Rory Keenan | 11/9/2011 | 2.00 | Review agenda and prepare for professionals call; attend call |
| Rory Keenan | 11/10/2011 | 2.50 | Prepare for and participate in UCC call; review case updates and correspondence |
| Rory Keenan | 11/11/2011 | 4.00 | Prepare for and participate in airspace call; correspond with counsel and advisors re: preparation and recap; attend call |
| Rory Keenan | 11/14/2011 | 2.50 | Review airspace correspondence and review documents from previous circulations; internal correspondence re: same; review counsel correspondence re court update |
| Rory Keenan | 11/15/2011 | 1.50 | Review agenda and prepare for professionals call; attend call |
| Rory Keenan | 11/16/2011 | 1.50 | Prepare for and participate in UCC call; review case updates and correspondence |
| Rory Keenan | 11/17/2011 | 2.25 | Internal discussions; IP address materials review |
| Rory Keenan | 11/25/2011 | 1.00 | Review airspace documents |
| Rory Keenan | 11/28/2011 | 2.50 | Internal discussions; committee subgroup discussions |
| **November 2011 Summary Hours for Rory Keenan** | | **20.75** | |
| *Robby Tennenbaum* | | | |
| Robby Tennenbaum | 11/1/2011 | 2.00 | Attend professionals call; prepare for same; review correspondence |
| Robby Tennenbaum | 11/7/2011 | 2.00 | Prepare airspace documents |
| Robby Tennenbaum | 11/9/2011 | 2.75 | Attend professionals call; bond pricing update, airspace research |
| Robby Tennenbaum | 11/10/2011 | 1.50 | Attend professionals call; prepare for same |
| Robby Tennenbaum | 11/13/2011 | 0.50 | Review legal correspondence |
| Robby Tennenbaum | 11/15/2011 | 1.00 | Attend professionals call |
| Robby Tennenbaum | 11/16/2011 | 1.50 | Attend committee call; review internal correspondence |
| Robby Tennenbaum | 11/17/2011 | 2.50 | Internal discussions; IP address research |
| Robby Tennenbaum | 11/25/2011 | 1.50 | Update airspace documents; bond pricing update |
| Robby Tennenbaum | 11/28/2011 | 2.00 | Internal discussions; Review correspondence re: case status/updates |
| **November 2011 Summary Hours for Robby Tennenbaum** | | **17.25** | |
| *Bhoomica Reddy* | | | |
| Bhoomica Reddy | 11/1/2011 | 1.25 | Attend professionals call; prepare for same |
| Bhoomica Reddy | 11/7/2011 | 1.25 | Prepare airspace documents; review internal documents |
| Bhoomica Reddy | 11/9/2011 | 1.75 | Attend professionals call; review agenda and document |
| Bhoomica Reddy | 11/10/2011 | 1.25 | Attend committee call; review legal correspondence |
| Bhoomica Reddy | 11/15/2011 | 2.75 | Attend professionals call; prepare and review court documents |
| Bhoomica Reddy | 11/16/2011 | 1.75 | Attend committee call; review committee correspondence |
| Bhoomica Reddy | 11/16/2011 | 1.50 | IP address research |
| Bhoomica Reddy | 11/17/2011 | 1.50 | Internal discussions; review internal documents |
| Bhoomica Reddy | 11/27/2011 | 1.75 | Update and review airspace update; review bond pricing update |
| Bhoomica Reddy | 11/28/2011 | 2.00 | Internal discussions, receive update on airpace documents |
| **November 2011 Summary Hours for Bhoomica Reddy** | | **16.75** | |