## VERIFICATION

says:

Alexander V. Rohan, after being duly sworn according to law, deposes and

a)   I am a professional with the applicant firm, Jefferies & Company, Inc.

b)   I am familiar with the work performed on behalf of the Committee by the professionals and paraprofessionals in the firm.

c)   I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such rule and Interim Compensation Procedures Order.

Dated: February 29, 2012

JEFFERIES & CO., INC.

By:

Alexander V. Rohan
Senior Vice President
520 Madison Avenue, 7th Floor
New York, NY  10022
(212) 707-6476

Financial Advisor to the Official
Committee of Unsecured Creditors

18