## CERTIFICATE OF SERVICE

I, Kevin S. Mann, hereby certify that on this 29th day of February, 2012, I caused true and correct copies of the *Thirty-Fourth Monthly Fee Application of Jefferies & Company, Inc., for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period of November 1, 2011 Through November 30, 2011* to be served on the following parties as indicated:

**BY HAND DELIVERY**
Patrick Tinker, Esq.
U.S. Trustee
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**BY HAND DELIVERY**
Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**BY HAND DELIVERY**
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

**BY FIRST CLASS MAIL**
Anna Ventresca
Nortel Networks, Inc.
195 The West Mall
Toronto, ON M9C 5K1
CANADA

**BY FIRST CLASS MAIL**
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

**BY FIRST CLASS MAIL**
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Field LLP
One Bryant Park
New York, NY 10036

_____
Kevin S. Mann (No. 4576)