## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc. et al.,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: March 22, 2012 at 10:00 a.m.** |

### NOTICE OF TWELFTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                                      Fraser Milner Casgrain LLP

Authorized to Provide
Professional Services to:                            Official Committee of Unsecured Creditors

Date of Retention:                                      March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:                     November 1, 2011 through January 31, 2012[2]

Amount of Compensation sought as
actual, reasonable and necessary:              CDN. $171,686.25 Equivalent to USD $171,960.95[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:          CDN. $3,389.79 Equivalent to USD $3,395.21[3]

This is (a)n: __X__ interim         ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Fraser Milner Casgrain LLP's November, 2011, December, 2011 and January, 2012 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate as of close of business on February 27, 2012 was CDN. $1.00 : U.S. $1.0016

Summary of Fee Applications for Compensation Period:

| | | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 2/22/12 Docket No. 7250 | 11/1/11 - 11/30/11 | $42,858.75 | $423.69 | $34,287.00 Pending Obj. Deadline March 13, 2012 | $423.69 Pending Obj. Deadline March 13, 2012 | $8,571.75 |
| Date Filed: 2/28/12 Docket No. 7283 | 12/1/11 - 12/31/11 | $79,892.50 | $838.29 | $63,914.00 Pending Obj. Deadline March 19, 2012 | $838.29 Pending Obj. Deadline March 19, 2012 | $15,978.50 |
| Date Filed: 2/29/12 Docket No. 7299 | 1/1/12 - 1/31/12 | $48,935.00 | $2,127.81 | $39,148.00 Pending Obj. Deadline March 21, 2012 | $2,127.81 Pending Obj. Deadline March 21, 2012 | $9,787.00 |
| **TOTALS:** | All amounts in CDN.$ | $171,686.25 | $3,389.79 | $137,349.00 | $3,389.79 | $34,337.25 |

Summary of any Objections to Fee Applications:  None.

Dated: February 29, 2012
       Toronto, Ontario

Michael J. Wunder
FRASER MILNER CASGRAIN, LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, Ontario  M5K 0A1
(416) 863-4511
Canadian Counsel to the Official Committee of
Unsecured Creditors Of Nortel Networks Inc., *et al.*