# Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
December 1, 2011 – December 31, 2011
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Meals | $72.33 |
| Transportation – Ground | $20.00 |
| Total | $92.33 |

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| RORY KEENAN | Meals | Overtime Meal | 11/17/2011 | $24.26 |
| ROBBY TENNENBAUM | Meals | Overtime Meal | 12/6/2011 | $23.97 |
| RORY KEENAN | Meals | Overtime Meal | 12/7/2011 | $24.10 |
| BHOOMICA REDDY | Transportation - Ground | Overtime Taxi - Office to Home | 12/11/2011 | $20.00 |
| Total : | | | | $92.33 |