Exhibit C

## Jefferies & Company, Inc.
Summary of Hours Worked
December 1, 2011 - December 31, 2011

| Name | Position | Hours Worked |
|---|---|---|
| Leon Szlezinger | Managing Director, Recapitalization and Restructuring Group | 17.3 |
| Alex Rohan | Senior Vice President, Recapitalization and Restructuring Group | 17.5 |
| Rory Keenan | Senior Vice President, Recapitalization and Restructuring Group | 27.0 |
| Robby Tennenbaum | Associate, Recapitalization and Restructuring Group | 19.3 |
| Jaspinder Kanwal | Analyst, Recapitalization and Restructuring Group | 16.0 |
| | **Total** | **97.0** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Analyst / Paralegal |

Jefferies & Company, Inc.
December 2011

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Leon Szlezinger* | | | |
| Leon Szlezinger | 12/1/2011 | 1.50 | Attend UCC call; prepare for same; internal discussions |
| Leon Szlezinger | 12/4/2011 | 2.25 | Review committee documents; review internal documents |
| Leon Szlezinger | 12/5/2011 | 2.00 | Review correspondence re: case status/updates; internal discussions |
| Leon Szlezinger | 12/6/2011 | 2.00 | Attend prep call for UCC Meeting |
| Leon Szlezinger | 12/7/2011 | 1.75 | Receive update on UCC committee meeting and review committee documents |
| Leon Szlezinger | 12/12/2011 | 1.75 | Internal discussions; review and revise internal documents |
| Leon Szlezinger | 12/13/2011 | 1.75 | Internal discussions re: case update; review internal documents |
| Leon Szlezinger | 12/15/2011 | 1.50 | Attend professionals call and prepare for same |
| Leon Szlezinger | 12/16/2011 | 1.50 | Attend UCC call; prepare for same; internal discussions |
| Leon Szlezinger | 12/20/2011 | 1.25 | Review correspondence; review internal documents |
| December 2011 Summary Hours for Leon Szlezinger | | 17.25 | |
| *Alex Rohan* | | | |
| Alex Rohan | 12/1/2011 | 1.50 | Prepare for and participate in UCC call; review case updates and correspondence |
| Alex Rohan | 12/5/2011 | 2.00 | Review correspondence re: case status/updates; internal discussions |
| Alex Rohan | 12/6/2011 | 2.00 | Attend prep call for UCC Meeting |
| Alex Rohan | 12/7/2011 | 3.00 | Attend UCC meeting; prepare for same |
| Alex Rohan | 12/11/2011 | 0.50 | Review case correspondence |
| Alex Rohan | 12/12/2011 | 1.00 | Review correspondence re: case and related articles of interest |
| Alex Rohan | 12/13/2011 | 2.00 | Internal discussions re: allocation and airspace |
| Alex Rohan | 12/13/2011 | 0.50 | Internal discussions re: case update |
| Alex Rohan | 12/15/2011 | 3.00 | Prepare for and participate in airspace call and professionals call; review correspondence re: same; internal discussions; receive update on airspace status |
| Alex Rohan | 12/16/2011 | 2.00 | Prepare for and participate in UCC call; review case updates and correspondence |
| December 2011 Summary Hours for Alex Rohan | | 17.50 | |
| *Rory Keenan* | | | |
| Rory Keenan | 12/1/2011 | 1.50 | Prepare for and participate in UCC call; review case updates and correspondence |
| Rory Keenan | 12/5/2011 | 2.00 | Review correspondence re: case status/updates; internal discussions |
| Rory Keenan | 12/6/2011 | 2.50 | Prepare bond pricing presentation |
| Rory Keenan | 12/6/2011 | 2.00 | Attend prep call for UCC Meeting |
| Rory Keenan | 12/6/2011 | 2.50 | Prepare materials for Project Airspace reporting. Review reporting documents re: same |
| Rory Keenan | 12/7/2011 | 1.50 | Review bond pricing presentation |
| Rory Keenan | 12/7/2011 | 3.00 | Attend UCC meeting |
| Rory Keenan | 12/12/2011 | 2.00 | Research comparable sales transactions re: asset sales |
| Rory Keenan | 12/13/2011 | 0.50 | Internal discussions re: case update |
| Rory Keenan | 12/14/2011 | 5.00 | Prepare Airspace and bond pricing presentation; Research comparable sales transactions re: asset sales |
| Rory Keenan | 12/15/2011 | 3.00 | Prepare for and participate in airspace call and professionals call; review correspondence re: same; internal discussions; receive update on airspace status |
| Rory Keenan | 12/16/2011 | 1.50 | Prepare for and participate in UCC call, review case updates and correspondence |
| December 2011 Summary Hours for Rory Keenan | | 27.00 | |
| *Robby Tennenbaum* | | | |
| Robby Tennenbaum | 12/1/2011 | 1.25 | Attend committee call; review agenda items |
| Robby Tennenbaum | 12/5/2011 | 1.75 | Internal discussions; review legal correspondence |
| Robby Tennenbaum | 12/6/2011 | 2.50 | Prepare bond pricing presentation |
| Robby Tennenbaum | 12/6/2011 | 2.00 | Attend prep call for UCC Meeting |
| Robby Tennenbaum | 12/7/2011 | 3.00 | Attend UCC meeting |
| Robby Tennenbaum | 12/13/2011 | 0.50 | Internal discussions re: case update |
| Robby Tennenbaum | 12/14/2011 | 3.00 | Prepare Airspace and bond pricing presentation |
| Robby Tennenbaum | 12/15/2011 | 1.00 | Attend professionals call |
| Robby Tennenbaum | 12/15/2011 | 2.50 | Prepare and review court documents |
| Robby Tennenbaum | 12/16/2011 | 1.75 | Attend committee call; review correspondence |
| December 2011 Summary Hours for Robby Tennenbaum | | 19.25 | |
| *Jaspinder Kanwal* | | | |
| Jaspinder Kanwal | 12/1/2011 | 1.75 | Attend professionals call; review internal documents |
| Jaspinder Kanwal | 12/1/2011 | 2.00 | IP address research; internal discussions |
| Jaspinder Kanwal | 12/5/2011 | 1.50 | Internal discussions; review legal correspondences |
| Jaspinder Kanwal | 12/6/2011 | 2.50 | Prepare bond pricing presentation |
| Jaspinder Kanwal | 12/14/2011 | 3.00 | Prepare Airspace and bond pricing presentation |
| Jaspinder Kanwal | 12/15/2011 | 1.50 | Attend professionals call; review internal correspondence |
| Jaspinder Kanwal | 12/15/2011 | 2.00 | Prepare court documents |
| Jaspinder Kanwal | 12/16/2011 | 1.75 | Attend committee call; review committee documents |
| December 2011 Summary Hours for Jaspinder Kanwal | | 16.00 | |

17