Exhibit B

Jefferies & Company, Inc.
Breakdown of Expenses
January 1, 2012 – January 30, 2012
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Legal | $929.46 |
| Transportation – Ground | $10.00 |
| Total | $939.46 |

13

| BANKER | CATEGORY | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|---|
| CROSS & SIMON, LLC | LEGAL | Expense Distribution | 1/20/2012 | $929.46 |
| ALEXANDER V ROHAN | Transportation - Ground | Overtime Taxi - Office to Home | 12/7/2011 | $10.00 |
| **Total :** | | | | **$939.46** |