Exhibit C

## Jefferies & Company, Inc.
Summary of Hours Worked
January 1, 2012 - January 30, 2012

| Name | Position | Hours Worked |
|---|---|---|
| Leon Szlezinger | Managing Director, Recapitalization and Restructuring Group | 15.3 |
| Alex Rohan | Senior Vice President, Recapitalization and Restructuring Group | 19.3 |
| Rory Keenan | Senior Vice President, Recapitalization and Restructuring Group | 28.5 |
| Robby Tennenbaum | Associate, Recapitalization and Restructuring Group | 21.8 |
| Jaspinder Kanwal | Analyst, Recapitalization and Restructuring Group | 17.0 |
| | **Total** | **101.8** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Analyst / Paralegal |

Jefferies & Company, Inc.
January 2012

| Banker | Date | Hours | Description |
|---|---|---|---|
| *Leon Szlezinger* | | | |
| Leon Szlezinger | 1/3/2012 | 1.50 | Attend professionals call and prepare for same |
| Leon Szlezinger | 1/4/2012 | 2.00 | Attend weekly UCC call; internal discussions re: same and case related issues |
| Leon Szlezinger | 1/11/2012 | 1.50 | Attend professionals call; |
| Leon Szlezinger | 1/12/2012 | 1.50 | Attend UCC call; prepare for same; internal discussions |
| Leon Szlezinger | 1/19/2012 | 1.00 | Attend professionals call |
| Leon Szlezinger | 1/20/2012 | 1.25 | Attend weekly UCC call; review legal correspondence |
| Leon Szlezinger | 1/25/2012 | 2.25 | Attend professionals call; prepare for same; review committee documents |
| Leon Szlezinger | 1/26/2012 | 2.50 | Attend weekly UCC call; review internal and committee correspondence; receive update |
| Leon Szlezinger | 1/29/2012 | 1.75 | Review correspondence re: case status/updates; internal discussions re: case status and strategy |
| **January 2012 Summary Hours for Leon Szlezinger** | | **15.25** | |
| *Alex Rohan* | | | |
| Alex Rohan | 1/2/2012 | 1.75 | Review Airspace documents; internal discussions |
| Alex Rohan | 1/3/2012 | 1.50 | Attend professionals call and prepare for same |
| Alex Rohan | 1/4/2012 | 2.00 | Attend weekly UCC call; internal discussions re: same and case related issues |
| Alex Rohan | 1/11/2012 | 2.00 | Prepare for and participate in professionals call; review correspondence re: same; internal discussions |
| Alex Rohan | 1/12/2012 | 1.50 | Attend UCC call, prepare for same; internal discussions |
| Alex Rohan | 1/19/2012 | 2.50 | Participate in professionals call; review correspondence and agenda, re: same |
| Alex Rohan | 1/20/2012 | 3.00 | Prepare for and participate in UCC call; review agenda, correspondence and related materials; |
| Alex Rohan | 1/25/2012 | 2.50 | Participate in professionals call; review correspondence an agenda, re: same; internal correspondence and research case issues |
| Alex Rohan | 1/26/2012 | 1.50 | Prepare for and participate in UCC call |
| Alex Rohan | 1/30/2012 | 1.00 | Internal discussions re: case status and strategy |
| **January 2012 Summary Hours for Alex Rohan** | | **19.25** | |
| *Rory Keenan* | | | |
| Rory Keenan | 1/3/2012 | 1.50 | Attend professionals call and prepare for same |
| Rory Keenan | 1/4/2012 | 2.00 | Attend weekly UCC call; internal discussions re: same and case related issues |
| Rory Keenan | 1/11/2012 | 3.00 | Prepare for and participate in airspace call and professionals call; review correspondence re: same; internal discussions; receive update on airspace status |
| Rory Keenan | 1/12/2012 | 1.50 | Attend UCC call; prepare for same; internal discussions |
| Rory Keenan | 1/13/2012 | 1.50 | Review airpace documents |
| Rory Keenan | 1/19/2012 | 2.50 | Participate in professionals call; review correspondence an agenda, re: same; internal correspondence and research case issues |
| Rory Keenan | 1/20/2012 | 3.50 | Prepare for and participate in UCC call; review agenda, correspondence and related materials; call with E&Y re airspace issues; correspondence with counsel re: same |
| Rory Keenan | 1/23/2012 | 3.00 | Attend professionals meeting |
| Rory Keenan | 1/25/2012 | 2.50 | Participate in professionals call; review correspondence an agenda, re: same; internal correspondence and research case issues |
| Rory Keenan | 1/26/2012 | 3.50 | Prepare for and participate in UCC call; review agenda, correspondence and related materials; call with E&Y re airspace issues; correspondence with counsel re: same |
| Rory Keenan | 1/29/2012 | 3.00 | Prepare presentation on IP address sale update for 2/1 call |
| Rory Keenan | 1/30/2012 | 1.00 | Internal discussions re: case status and strategy |
| **January 2012 Summary Hours for Rory Keenan** | | **28.50** | |
| *Robby Tennenbaum* | | | |
| Robby Tennenbaum | 1/3/2012 | 1.00 | Attend professionals call |
| Robby Tennenbaum | 1/4/2012 | 1.75 | Attend weekly UCC call; internal discussions; review airpace materials |
| Robby Tennenbaum | 1/10/2012 | 2.00 | Update bond pricing documents; airspace research |
| Robby Tennenbaum | 1/11/2012 | 1.25 | Attend professionals call; update internal documents |
| Robby Tennenbaum | 1/12/2012 | 3.00 | Attend UCC call; internal discussions, update airpace documents |
| Robby Tennenbaum | 1/19/2012 | 1.00 | Attend professionals call |
| Robby Tennenbaum | 1/20/2012 | 1.25 | Attend weekly UCC call; prepare for same |
| Robby Tennenbaum | 1/23/2012 | 3.00 | Attend professionals meeting |
| Robby Tennenbaum | 1/25/2012 | 1.00 | Attend professionals call |
| Robby Tennenbaum | 1/26/2012 | 1.50 | Attend weekly UCC call; review correspondence |
| Robby Tennenbaum | 1/28/2012 | 2.00 | IP address research |
| Robby Tennenbaum | 1/29/2012 | 3.00 | Prepare presentation on IP address sale update for 2/1 call |
| **January 2012 Summary Hours for Robby Tennenbaum** | | **21.75** | |
| *Jaspinder Kanwal* | | | |
| Jaspinder Kanwal | 1/3/2012 | 1.25 | Attend professionals call; review committee documents |
| Jaspinder Kanwal | 1/4/2012 | 1.75 | Attend weekly UCC call; internal discussions |
| Jaspinder Kanwal | 1/11/2012 | 2.50 | Update airspace documents for new research/information |
| Jaspinder Kanwal | 1/11/2012 | 2.50 | Attend professionals call; update bond pricing |
| Jaspinder Kanwal | 1/12/2012 | 1.25 | Attend UCC call; review legal correspondence |
| Jaspinder Kanwal | 1/19/2012 | 1.00 | Attend professionals call |
| Jaspinder Kanwal | 1/20/2012 | 1.00 | Attend weekly UCC call |
| Jaspinder Kanwal | 1/25/2012 | 1.75 | Attend professionals call; prepare for same; review committee documents |
| Jaspinder Kanwal | 1/26/2012 | 1.00 | Attend weekly UCC call |
| Jaspinder Kanwal | 1/29/2012 | 3.00 | Prepare presentation on IP address sale update for 2/1 call |
| **January 2012 Summary Hours for Jaspinder Kanwal** | | **17.00** | |

17