IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Nortel Networks Inc., et al.,[1] <br><br>            Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 09-10138 (KG) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) |

### NOTICE OF ELEVENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:               Jefferies & Company, Inc.

Authorized to Provide
Professional Services to:        Official Committee of Unsecured Creditors

Date of Retention:               March 5, 2009, *Nunc Pro Tunc* to February 1, 2009

Period for which compensation
and reimbursement is sought:     November 1, 2011 through January 31, 2011[2]

Amount of Compensation sought as
actual, reasonable and necessary: $600,000.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: $3,401.85

This is (a)n: _X_ interim  ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Jefferies & Company, Inc. November 2011, December 2011 and January 2012 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| | | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 2/29/12 | 11/1/11 – 11/30/11 | $200,000.00 | $2,370.06 | Pending Obj Deadline 3/29/12 $160,000.00 | Pending Obj Deadline 3/29/12 $2,370.06 | $40,000.00 |
| Date Filed: 2/29/12 | 12/1/11 - 12/31/11 | $200,000.00 | $92.33 | Pending Obj Deadline 3/29/12 $160,000.00 | Pending Obj Deadline 3/29/12 $92.33 | $40,000.00 |
| Date Filed: 2/29/12 | 1/1/12 - 1/31/12 | $200,000.00 | $939.46 | Pending Obj Deadline 3/29/12 $160,000.00 | Pending Obj Deadline 3/29/12 $939.46 | $40,000.00 |
| TOTALS: | | $600,000.00 | $3,401.85 | $480,000.00[3] | $3,401.85[4] | $120,000.00 |

---

[3] The total amount reflected in this column including amounts pending approval.

[4] The total amount reflected in this column including amounts pending approval.

2

Summary of any Objections to Fee Applications: None.

Dated: February 29, 2012
New York, New York

                                      Alexander V. Rohan
                                      Senior Vice President
                                    520 Madison Avenue, 7th Floor
                                    New York, NY 10022
                                    (212) 707-6476

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*