IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
: **Hearing Date: March 22, 2012 at 10:00 am**
:
------------------------------------------------------------X

**TWELFTH QUARTERLY FEE APPLICATION REQUEST OF
CLEARY GOTTLIEB STEEN & HAMILTON LLP,
AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD NOVEMBER 1, 2011 THROUGH JANUARY 31, 2012**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its Twelfth Quarterly Fee Application Request (the "Request") for the period November 1, 2011 through and including January 31, 2012 (the "Application Period").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications for November 2011 [D.I. 7082], December 2011 [D.I. 7145] and January 2012 [D.I. 7262] contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

Cleary Gottlieb seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By App. | Total Fees Requested | Total Expenses Requested in Fee App. | Certificate of No Objection Filing Date [Docket No.] | Total Expenses Requested in CNO | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees and Expenses Sought |
|---|---|---|---|---|---|---|---|---|
| 1/10/2012 [D.I. 7082] | 11/1/11 – 11/30/11 | $1,900,718.00 | $61,672.25 | 2/3/2012 [D.I. 7155] | $61,672.25 | $1,520,574.40 | $61,672.25 | $380,143.60 |
| 1/31/2012 [D.I. 7145] | 12/1/11 – 12/31/11 | 1,918,815.75 | 35,151.11 | 2/23/2012 [D.I. 7255] | 35,151.11 | 1,535,052.60 | 35,151.11 | 383,763.15 |
| 2/23/2012 [D.I. 7262] | 1/1/12 – 1/31/12 | 2,143,255.50 | 38,556.35 | Pending | 38,556.35 | 1,714,604.40 | 38,556.35 | 428,651.10 |
| TOTAL | | $5,962,789.25 | $135,379.71 | | $135,379.71 | $4,770,231.40 | $135,379.71 | $1,192,557.85 |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim approval of the full amount of fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order attached hereto as <u>Exhibit A</u> and grant Cleary Gottlieb such other and further relief as is just and proper.

Dated: February 29, 2012  
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____  
James L. Bromley  
Lisa M. Schweitzer  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

# CUMULATIVE COMPENSATION SUMMARY
# BY PROFESSIONAL FOR APPLICATION PERIOD[3]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2011 through January 31, 2012

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| JUSTIN CAVANAGH | Temp. Attorney | $180.00 / 190.00 | 513.30 | $93,638.00 |
| TEMPORARY PARALEGAL | Temp. Paralegal | 230.00 / 245.00 | 496.60 | 119,366.00 |
| AARON BLOCH | Temp. Attorney | 180.00 / 190.00 | 380.90 | 70,009.00 |
| TAMARA J. BRITT | Associate | 540.00 / 565.00 | 362.60 | 198,929.00 |
| JANE KIM | Associate | 680.00 / 710.00 | 346.20 | 238,932.00 |
| MEGAN J. FLEMING | Associate | 630.00 / 660.00 | 342.00 | 219,081.00 |
| JOAN KIM | Paralegal | 245.00 / 255.00 | 320.10 | 79,505.50 |
| VIVIAN GAYED | Temp. Attorney | 180.00 | 306.30 | 55,134.00 |
| EMILY A. BUSSIGEL | Associate | 540.00 / 565.00 | 296.90 | 162,988.50 |
| RUSSELL D. ECKENROD | Associate | 595.00 / 630.00 | 296.65 | 180,248.25 |
| ERICA KLIPPER | Associate | 395.00 / 415.00 | 288.30 | 116,466.50 |
| KARA HAILEY | Senior Attorney – Corporate, Bankruptcy | 750.00 / 840.00 | 278.60 | 216,366.00 |
| JESSICA L. UZIEL | Associate | 395.00 / 415.00 | 272.40 | 109,282.00 |
| JAMES L. BROMLEY | Partner – Bankruptcy, Litigation | 1,040.00 / 1,095.00 | 260.10 | 276,136.00 |
| INNA ROZENBERG | Senior Attorney – Litigation | 750.00 / 840.00 | 253.80 | 199,917.00 |
| JEREMY OPOLSKY | Associate | 470.00 / 490.00 | 247.80 | 118,702.00 |
| ROBIN BAIK | Associate | 630.00 / 660.00 | 226.50 | 144,024.00 |
| JESSICA ROLL | Paralegal | 245.00 / 255.00 | 225.30 | 55,946.50 |
| LOUIS LIPNER | Associate | 595.00 / 630.00 | 221.90 | 134,428.00 |
| LISA M. SCHWEITZER | Partner – Litigation, Bankruptcy | 990.00 / 1,040.00 | 220.30 | 222,842.00 |
| LAUREN L. PEACOCK | Associate | 670.00 / 700.00 | 208.20 | 142,323.00 |
| JAMES CROFT | Associate | 630.00 / 660.00 | 203.70 | 130,884.00 |
| RONALD J. COLEMAN | Associate | 395.00 / 415.00 | 196.50 | 78,943.50 |
| LAURA BAGARELLA | Associate | 540.00 / 565.00 | 189.30 | 104,477.00 |
| DANIEL ILAN | Counsel – Intellectual Property | 750.00 / 790.00 | 189.30 | 144,547.00 |

---

[3]   Arranged in descending order according to Total Billed Hours.

[4]   Due to changes in billing rates to reflect certain timekeeper adjustments, more than one Hourly Billing Rate for a given professional may be shown.

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| JULIA ROZENBLIT | Associate | 470.00 / 490.00 | 155.30 | 73,933.00 |
| JESSE D.H. SHERRETT | Associate | 470.00 / 490.00 | 149.30 | 71,059.00 |
| NEIL P. FORREST | Senior Attorney – Litigation | 805.00 / 840.00 | 139.60 | 114,516.50 |
| ZOE E. SHEA | Associate | 395.00 / 415.00 | 128.90 | 51,805.50 |
| CHARLENE FORDE | Temp. Attorney | 180.00 | 128.00 | 23,040.00 |
| SAMUEL L. RAYMOND | Associate | 395.00 / 415.00 | 126.50 | 50,929.50 |
| ROBERT J. RYAN | Associate | 470.00 / 490.00 | 118.10 | 56,317.00 |
| JENNIFER E. PHILBRICK | Associate | 540.00 / 565.00 | 113.60 | 62,329.00 |
| ANTHONY R. CERCEO | Associate | 540.00 / 565.00 | 111.90 | 61,823.50 |
| JAMIE R. GALVIN | Associate | 470.00 / 490.00 | 108.70 | 51,543.00 |
| LEAH LAPORTE MALONE | Associate | 595.00 / 630.00 | 107.40 | 65,240.00 |
| KERRIN T. KLEIN | Associate | 540.00 / 565.00 | 105.50 | 58,042.50 |
| CRAIG M. FISCHER | Associate | 470.00 / 490.00 | 96.80 | 46,138.00 |
| KATHLEEN M. O'NEILL | Associate | 660.00 / 690.00 | 96.00 | 65,289.00 |
| LUKE BAREFOOT | Associate | 680.00 / 710.00 | 91.60 | 63,308.00 |
| DEBORAH M. BUELL | Partner – Litigation | 1,040.00 | 91.50 | 95,160.00 |
| BRYAN G. FAUBUS | Associate | 470.00 / 490.00 | 89.10 | 42,471.00 |
| JODI ERICKSON | Associate | 340.00 / 355.00 | 88.50 | 30,403.50 |
| KAMAL SIDHU | Associate | 470.00 / 490.00 | 76.70 | 36,563.00 |
| CAROL WHATLEY | Assistant Managing Clerk | 140.00 / 150.00 | 75.70 | 10,807.00 |
| DAVID H. HERRINGTON | Counsel – Litigation | 870.00 / 905.00 | 75.20 | 66,439.00 |
| REBECCA REEB | Associate | 540.00 / 565.00 | 69.40 | 37,981.00 |
| ALEXANDER WU | Associate | 470.00 / 490.00 | 68.40 | 32,370.00 |
| PETER O'KEEFE | Paralegal | 295.00 / 310.00 | 67.40 | 20,162.00 |
| MARTIN N. KOSTOV | Associate | 470.00 / 490.00 | 66.20 | 31,882.00 |
| HOWARD S. ZELBO | Partner – Litigation | 1,040.00 / 1,095.00 | 63.70 | 67,414.00 |
| CRAIG B. BROD | Partner – Corporate | 1,040.00 / 1,095.00 | 62.80 | 66,835.50 |
| MARY E. ALCOCK | Counsel – Employee Benefits | 870.00 | 59.70 | 52,765.00 |
| WIILLIAM GULOTTA | Temp. Attorney | 180.00 | 59.50 | 10,710.00 |
| JOANNA PAK | Paralegal | 220.00 / 230.00 | 58.00 | 13,095.00 |
| MATTHEW M. KARLAN | Associate | 395.00 | 57.40 | 22,673.00 |
| MARIO MENDOLARO | Associate | 660.00 / 690.00 | 56.40 | 37,539.00 |
| JULIET A. DRAKE | Associate | 680.00 / 710.00 | 55.20 | 37,800.00 |
| WILLIAM L. MCRAE | Partner – Tax | 990.00 / 1,055.00 | 52.60 | 53,224.50 |
| JENNIFER M. PALMER | Associate | 660.00 / 690.00 | 49.70 | 33,750.00 |
| BRENDAN H. GIBBON | Associate | 670.00 / 700.00 | 48.10 | 32,707.00 |
| VICTORIA S. BELYAVSKY | Associate | 470.00 / 490.00 | 47.50 | 22,909.00 |
| JASON RYLANDER | Associate | 340.00 | 46.50 | 15,810.00 |
| SCOTT D. MCCOY | Associate | 660.00 / 690.00 | 46.30 | 30,981.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| SU CHEUNG | Assistant Managing Clerk | 140.00 / 150.00 | 45.60 | 6,459.00 |
| IAN E. SCOTT | Associate | 490.00 | 45.50 | 22,295.00 |
| LUKE STREATFEILD | Associate | 810.00 | 43.10 | 34,911.00 |
| SHANNON DELAHAYE | Associate | 595.00 / 630.00 | 42.90 | 25,868.50 |
| JON ZIMMERMANN | Trainee Solicitor | 345.00 | 42.00 | 14,490.00 |
| DAPHNEY FRANCOIS | Associate | 540.00 / 565.00 | 40.30 | 22,284.50 |
| JEFFREY A. ROSENTHAL | Partner – Litigation | 1,020.00 / 1,085.00 | 40.00 | 42,412.00 |
| JACQUELINE MOESSNER | Associate | 660.00 / 690.00 | 39.60 | 26,379.00 |
| MARK NADEAU | Associate | 540.00 / 565.00 | 39.40 | 21,641.00 |
| EMILY WEISS | Associate | 540.00 / 565.00 | 38.90 | 21,333.50 |
| MATTHEW J. VANEK | Associate | 630.00 / 660.00 | 38.70 | 24,657.00 |
| JEFFREY PENN | Associate | 630.00 | 37.80 | 23,814.00 |
| BUNDY CHUNG | Paralegal | 295.00 | 32.00 | 9,440.00 |
| NORA ABULARACH | Associate | 670.00 / 700.00 | 31.50 | 21,327.00 |
| JOSEPH LANZKRON | Associate | 540.00 / 565.00 | 31.50 | 17,162.50 |
| ANTONIA CAREW-WATTS | Associate | 540.00 | 29.70 | 16,038.00 |
| ANNE LIEBERMAN | Associate | 395.00 | 22.90 | 9,045.50 |
| CATALINA CADAVID | Paralegal | 220.00 / 230.00 | 22.30 | 4,968.00 |
| JULIE BERGER | Paralegal | 230.00 | 19.70 | 4,531.00 |
| MEE-JUNG JANG | Associate | 565.00 | 19.50 | 11,017.50 |
| JESSICA KALLSTROM-SCHRECKENGOST | Associate | 470.00 | 18.00 | 8,460.00 |
| DAVID OLIWENSTEIN | Associate | 595.00 / 630.00 | 16.70 | 10,178.00 |
| COREY M. GOODMAN | Associate | 630.00 / 660.00 | 16.10 | 10,458.00 |
| BRITTANY J. SCHOEPP | Associate | 395.00 | 15.50 | 6,122.50 |
| PAUL D. MARQUARDT | Partner – M&A, Corporate | 1,010.00 / 1,065.00 | 15.00 | 15,535.00 |
| BRITTANY TAYLOR | Paralegal | 245.00 | 15.00 | 3,675.00 |
| ANNA KOGAN | Associate | 540.00 / 565.00 | 14.80 | 8,127.00 |
| EVAN J. LEITCH | Associate | 670.00 | 14.00 | 9,380.00 |
| EDITH AUPETIT | Associate | 380.00 | 13.80 | 5,244.00 |
| KIMBERLY BROWN BLACKLOW | Partner – Real Estate | 1,010.00 / 1,075.00 | 13.50 | 14,025.00 |
| TONIA CUMMINGS-GORDON | Practice Support Specialist | 225.00 | 13.10 | 2,947.50 |
| CORY ESKENAZI | Practice Support Manager | 275.00 | 13.00 | 3,575.00 |
| AUDE DUPUIS | Associate | 660.00 | 12.30 | 8,118.00 |
| JOHN CORNELIUS | Associate | 565.00 | 12.30 | 6,949.50 |
| MAGNUS JONES | Associate | 480.00 | 9.50 | 4,560.00 |
| TIAN GAO | Associate | 470.00 | 7.70 | 3,619.00 |
| ZACHARY KOLKIN | Associate | 630.00 | 7.60 | 4,788.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| ANDREW J. UNGBERG | Associate | 470.00 | 7.60 | 3,572.00 |
| DAVID L. SUGERMAN | Partner – Corporate | 1,095.00 | 7.50 | 8,212.50 |
| JUSTIN BROWN | Assistant Managing Clerk | 140.00 | 7.40 | 1,036.00 |
| SANDRA FLOW | Partner – Corporate | 1,010.00 | 6.60 | 6,666.00 |
| JENNIFER MONIZ | Paralegal | 245.00 | 6.50 | 1,592.50 |
| MATTHEW G. GURGEL | Associate | 540.00 | 5.40 | 2,916.00 |
| VINI LASHAY | Practice Support Specialist | 265.00 | 5.20 | 1,378.00 |
| CHRISTOPHER THOMPSON | Assistant Managing Clerk | 320.00 | 5.00 | 700.00 |
| **TOTAL HOURS:** | | | 11,434.25 | |
| **GRAND TOTAL:** | | | | **$5,962,789.25** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY
## FOR APPLICATION PERIOD

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2011 through October 31, 2011

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Dispositions | 61.80 | $ 36,383.00 |
| Case Administration | 4,186.95 | 2,453,621.75 |
| Claims Administration and Objections | 3,014.20 | 1,355,068.00 |
| M&A Advice | 18.70 | 13,181.00 |
| Employee Matters | 2,668.50 | 1,251,757.00 |
| Customer Issues | 11.20 | 7,218.00 |
| Supplier Issues | 91.20 | 55,131.00 |
| Plan of Reorganization & Disclosure Statement | 131.80 | 67,149.50 |
| Tax | 214.30 | 133,953.00 |
| Intellectual Property | 236.60 | 152,572.50 |
| Regulatory | 38.50 | 28,335.00 |
| Chapter 15 | 1.60 | 857.00 |
| Fee and Employment Applications | 420.60 | 191,909.00 |
| Litigation | 179.30 | 117,951.00 |
| Real Estate | 159.00 | 97,702.50 |
| **TOTAL** | **11,434.25** | **$ 5,962,789.25** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# CUMULATIVE EXPENSE SUMMARY
# FOR APPLICATION PERIOD

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2011 through October 31, 2011

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $ 3,364.16 |
| Travel – Transportation | | 3,280.94 |
| Travel – Lodging | | 12,018.99 |
| Travel – Meals | | 914.54 |
| Mailing and Shipping Charges | | 3,642.33 |
| Scanning Charges (at $0.10/page) | | 421.80 |
| Duplicating Charges (at $0.10/page) | | 12,882.80 |
| Color Duplicating Charges (at $0.65/page) | | 6,123.65 |
| Facsimile Charges (at $1.00/page) | | 150.00 |
| Legal Research | Lexis | 12,198.75 |
| | Westlaw | 20,175.99 |
| | PACER | 7,500.56 |
| Late Work – Meals | | 5,115.99 |
| Late Work – Transportation | | 24,376.22 |
| Conference Meals | | 8,963.86 |
| Other Charges | | 14,249.13 |
| **Grand Total Expenses** | | **$ 135,379.71** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]