**Exhibit A**

The Fourth Amendment to the Statement of Work



Ernst & Young LLP
Suite 500
4130 ParkLake Avenue
Raleigh, NC 27612-4462

Tel: +1 919 981 2800
Fax: +1 919 981 2997
www.ey.com

February 21, 2012

Mr. Timothy Ross
CFO – Finance Operations and Corporate Secretary
Nortel Networks, Inc.
Nortel Networks India International Inc. and Nortel Ventures LLC
2221 Lakeside Boulevard
Richardson, Texas 75082-4305

Dear Tim:

This letter is the 4th amendment (the "4th Amendment") to the Statement of Work dated March 1, 2011 for tax operations outsourcing and other variable services (as amended, the "SOW") entered into pursuant to the Master Tax Services Agreement dated March 1, 2011 between Nortel Networks Inc. ("NNI"), its U.S. debtor affiliates listed in Appendix A of the SOW, Nortel Networks India International Inc., and Nortel Ventures LLC (collectively, "you", the "Client", the "Company," or "Nortel") and Ernst & Young LLP ("EY") for the provision of certain tax services to the Client (the "Agreement"). Pursuant to this 4th Amendment, the parties agree to the following modifications in the Scope of Services.

**ADDITIONAL SERVICES**

As of February 8, 2012 and contingent upon this 4th Amendment taking effect pursuant to the Bankruptcy Court Order entered on July 22, 2011 (the "Order"), modifying the Agreement, EY will provide the Client with the Services described herein. This 4th Amendment will define additional Services not covered by the SOW as originally executed or in prior amendments thereto and which would otherwise fall into the category of "Out-of-Scope Services".

The Services described herein (as well as any other Services covered by the SOW) may be modified from time to time by mutual written consent of the parties in accordance with the Order.

The Out-of-Scope Services described in this 4th Amendment are, notwithstanding use of the term "will" in the descriptions set forth below, subject to written approval by the Company (which may be by e-mail) prior to proceeding. Any such approval shall also state a range of the estimated fees to be incurred. All such approved Services are hereinafter referred to as "Additional Services."



**9100 Relief**

EY will provide the following tax advisory Services to Client:

1. Prepare and file a ruling request with the Internal Revenue Service (the "IRS") on behalf of Nortel Altsystems, Inc.

2. The request will be so structured, such that, if the ruling is granted Nortel Altsystems, Inc. will be granted an extension of time to elect its 2008 net operating loss as an "applicable net operating loss" pursuant to I.R.C. § 172(b)(1)(H).

Our performance of this engagement will include working with appropriate Client personnel in developing an understanding of the issues.

Description of the IRS Ruling Process

The IRS ruling process is divided into three phases: *Preparation, IRS Consideration,* and *Implementation*. These phases are described in more detail below.

*Phase 1 - Preparation.*

During this phase, appropriate EY personnel will prepare a ruling request and any other required documents to be submitted to the IRS. Working with you, we will develop the relevant facts and arguments to support the ruling request, using the standards provided in the regulations as guidance. We will prepare the ruling as well as any affidavits or checklists that may be required. We expect this phase to be completed within two to three weeks after all pertinent facts, documents, and signed affidavits are made available to us. At the end of this phase, we will submit the ruling and other documents to you for review and signature. This phase will conclude upon filing the ruling request with the IRS National Office.

*Phase 2 - IRS Consideration.*

During this phase, the IRS will consider the ruling request. We will follow up with the IRS on a regular, periodic basis to determine the status of the ruling request and will respond to all IRS questions that may arise during their consideration of the ruling request. All additional correspondence with the IRS will be provided to you for review before submission to the IRS. Based on our past experience, the receipt of any IRS ruling letter will take approximately 3 months after the ruling request is filed. Also, based on our past experience, the IRS has traditionally been willing to grant relief rulings in this type of situation. However, the timing and the granting of any relief ruling is subject to the IRS's sole discretion.



*Phase 3 – Implementation*

During this phase, if a 9100 relief ruling is obtained, we will amend the Nortel Altsystems, Inc. consolidated Federal income tax return for the calendar year 2008 to elect the net operating loss as an "applicable net operating loss" pursuant to I.R.C. § 172(b)(1)(H).

The Internal Revenue Code, related IRS guidance, and professional standards require that tax advisors advise clients regarding their penalty exposure with respect to the advice they render and the disclosures that may avoid such penalties. Our tax opinions, memoranda, and similar documents will address disclosures we believe are appropriate to comply with applicable taxpayer and tax advisor/return preparer obligations, including our views as to the level of support for the positions addressed therein in a manner designed to facilitate compliance with tax return disclosure requirements.

**Foreign Bank Account Reporting**

EY will assist Nortel with Report of Foreign Bank and Financial Accounts, Form TD F 90-22.1 (the FBAR Form) filings for account ownership and signature authority related to foreign bank accounts for calendar year 2011. EY's process will entail the following:

*Consultation*

1. Answering questions and providing guidance with respect to the technical interpretations of the FBAR Form and related instructions and regulations;

2. Assisting in developing communications to employees concerning their FBAR filing responsibilities, including filing instructions, FAQs and other items Nortel deems necessary; and

3. Assisting in capturing and cleansing the data needed to produce the FBAR Forms.

*Corporate Form Production 2011*

1. Working with Nortel to determine how to present the information on the FBAR Form and any necessary statements based on criteria determined by Nortel;

2. Populating the relevant parts of the FBAR Form with information provided by Nortel; and

3. Delivering the FBAR Form to Nortel in PDF format.



During the course of our work, we anticipate that we may encounter fact patterns that are not clearly addressed by the applicable regulations. In such circumstances, we will discuss the technical analysis with you and document any decisions made, and may seek informal guidance from the IRS. If Nortel decides the pursuit of a formal ruling is appropriate, a fee estimate will be provided prior to engaging in such process.

## FEES RELATED TO ADDITIONAL SERVICES

With respect to the Additional Services covered by this 4rd Amendment and set forth in this Section I, Client shall pay EY's fees and reimburse EY for reasonable expenses incurred in connection with such additional Services, subject to and in accordance with Bankruptcy Court approval.

The fees for such Additional Services will be billed on a monthly basis using the rates set forth in the SOW (as applicable to the EY Variable Services) and listed below (which may be adjusted annually to reflect the adjustments to the cost of living index):

| Professional | Rate per Hour |
|---|---|
| Partner | $640 |
| Executive Director | $545 |
| Senior Manager | $540 |
| Manager | $430 |
| Senior | $300 |
| Staff | $170 |

You shall also pay any value-added taxes (VAT), sales taxes, and other indirect taxes incurred in connection with the delivery of such additional Services, including any such taxes and related administrative costs that result from billing arrangements specifically requested by you.

This letter does not modify any portion of the SOW or Agreement not specifically addressed herein, and all other provisions of the SOW and Agreement are applicable hereto.

We appreciate the opportunity to be of continued service to you. If you have any questions regarding the matters discussed in this letter, please contact James E. Scott at (919) 981-2886.

Nortel Networks, Inc.

A member firm of Ernst & Young Global Limited



Please indicate your acceptance of the above arrangements by signing and returning the enclosed copy of this letter.

Very truly yours,

*Ernst & Young LLP*

Nortel Networks Inc. and its U.S. debtor affiliates listed in Appendix A of the SOW
Nortel Networks India International Inc.
Nortel Ventures LLC

By: _____    2/21/12
    Mr. Timothy Ross
    CFO- Finance Operations and Corporate Secretary    Date

Nortel Networks, Inc.

A member firm of Ernst & Young Global Limited