# CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of the Fourth Amendment to the Statement of Work Entered Into Pursuant to the Tax Services Agreement with Ernst & Young LLP** was caused to be made on February 29, 2012, in the manner indicated upon the entities identified on the attached service list.

Date:   February 29, 2012

*/s/ Ann C. Cordo*
Ann C. Cordo (No. 4817)

5784552.1

5784552.1