# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X

In re

Nortel Networks Inc., *et al.*,[1]

                               Debtors.

-----------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**Hearing Date: March 22, 2012 at 10:00 a.m**

## TWELFTH QUARTERLY FEE APPLICATION REQUEST OF JACKSON LEWIS LLP AS COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD NOVEMBER 1, 2011 THROUGH JANUARY 31, 2012

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Jackson Lewis LLP ("Jackson Lewis") hereby submits its Twelfth Quarterly Fee Application Request (the "Request") for the period November 1, 2011 through and including January 31, 2012, (the "Application Period")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Jackson Lewis seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| Filed: 02/27/2012 D.I. [7280] | 11/01/11 – 1/30/11 | 9,872.50 | 0.00 | Pending | 7,898.00 | 0.00 | 1,974.50 |
| Filed: 02/27/2012 D.I. [7281] | 12/01/11 – 12/31/11 | 3,523.75 | 238.95 | Pending | 2,819.00 | 238.95 | 704.75 |
| Filed: 02/28/2012 D.I. [7288] | 01/01/12 – 01/31/12 | 9,786.25 | 279.80 | Pending | 7,829.00 | 279.80 | 1,957.25 |
| TOTAL | | $23, 182.50 | $518.75 | | $18,546.00 | $518.75 | $4,636.50 |

In accordance with the Compensation Order, Jackson Lewis seeks quarterly approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Jackson Lewis respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Jackson Lewis such other and further relief as is just and proper.

Dated: February 29, 2012
      New Orleans, LA

**JACKSON LEWIS LLP**

By: _____

René E. Thorne
Jason M. Stein
Susanne Veters
650 Poydras, Suite 1900
New Orleans, LA  70130
Telephone:  (504) 208-1755
Facsimile:  (504) 208-1759

Attorneys for Defendants Nortel Networks Corp. in *In re
Nortel Networks Corporation ERISA Litigation,* Middle
District of Tennessee, No. 3:03-MDL-1537

4114878.1

## COMPENSATION BY PROFESSIONAL

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))
Split Bill – Nortel Networks/Chubb Insurance
November 1, 2011 through January 31, 2012

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation | Nortel's 50% of Total Compensation* |
|---|---|---|---|---|---|
| René E. Thorne | Partner/ERISA | 500.00 | 49.8 | 24,900.00 | 12,450.00 |
| Jason M. Stein | Partner/ERISA | 425.00 | 4.5 | 1,912.50 | 956.25 |
| **Total** | | | **54.3** | **$26,812.50** | **$13,406.25** |
| **GRAND TOTAL DUE FROM NORTEL: $13,406.25** | | | | | |
| **BLENDED RATE:**          $493.78 | | | | | |

**\*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.**

_____

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))
Nortel Networks Only – Non Insurance
November 1, 2011 through January 31, 2012

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| René E. Thorne | Partner/ERISA | 550.00 | 5.9 | 3,245.00 |
| Jason M. Stein | Partner/ERISA | 467.50 | 6.7 | 3,132.25 |
| Rhonda W. James | Paralegal | 165.00 | 20.6 | 3,399.00 |
| **Total** | | | **33.2** | **$9,776.25** |
| **GRAND TOTAL:** | **$$19,552.50** | | | |
| **BLENDED RATE:** | **$294.46** | | | |

**COMPENSATION BY PROJECT CATEGORY**
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG)
**Split Bill – Nortel Networks/Chubb Insurance**
November 1, 2011 through January 31, 2012

| Project Category | Total Hours | Total Fees | Nortel's 50% of Total Compensation |
|---|---|---|---|
| Other Case Assessment, Devel. & Adm. | .4 | 170.00 | 85.00 |
| Pleadings | 1.4 | 700.00 | 350.00 |
| Settlement/Non-Binding ADR | 39.2 | 19,345.00 | 9,672.50 |
| Court Mandated Conferences | 7.3 | 3,650.00 | 1,825.00 |
| Dispositive Motions | .2 | 85.00 | 42.50 |
| Analysis/Strategy | .2 | 85.00 | 42.50 |
| Class Actions Certification and Notice | 5.6 | 2,777.50 | 1,388.75 |
| **TOTAL** | **54.3** | **$26,812.5** | **$13,406.25** |

**\*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.**

---

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))
**Nortel Networks Only – Non Insurance**
November 1, 2011 through January 31, 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Analysis/Strategy | 8.6 | 4,441.25 |
| Other Case Assessment, Devel. & Adm. | 8.4 | 2,202.75 |
| Settlement/Non-Binding ADR | 15.2 | 2,623.50 |
| Pleadings | 1.0 | 508.75 |
| **TOTAL** | **33.2** | **$9,776.25** |

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))
November 1, 2011 through January 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
| Travel - Accommodations – Fairness Hearing | | $356.07 | $178.04 |
| Travel – Car fare – Fairness Hearing | | $160.08 | $65.04 |
| Travel - Parking – Fairness Hearing | | $32.00 | $16.00 |
| Travel - Meals – Fairness Hearing | | $11.45 | $5.72 |
| Travel – Airfare | | $477.90 | 238.95 |
| **Grand Total** | | **$1037.50** | **$503.75** |

**\*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))
**Nortel Networks Only – Non Insurance**
November 1, 2011 through January 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Grand Total:** | | **$0.00** |