## EXHIBIT A

Nortel Networks Inc., *et al.*
Punter Southall LLC

November 1, 2011 Through January 31, 2012

### Summary of Services Rendered by Project

| Project | Project Description | Nov 2011 – Jan 2012 |
|---|---|---|
| 1 | Pension Advisory | 12.25 |
| 2 | Fee Applications | 2.00 |
| TOTAL | | **14.25** |

### Summary of Services Rendered by Professional

| Name | Nov 2011 – Jan 2012 |
|---|---|
| Richard Jones (Principal – London) | 3.25 |
| James Saunders (Principal – London) | 4.00 |
| Lorant Porkolab (Associate Director – London) | 5.00 |
| Ryan McGlothlin (Managing Director – Boston) | 2.00 |
| TOTAL | **14.25** |

Punter Southall LLC
Time Detail
November 1, 2011 through January 31, 2012

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 11/25/2011 | Internal Discussions / Emails | 0.50 | 1 | RJ |
| 12/14/2011 | Internal Discussions / Emails | 1.00 | 1 | RJ |
| 12/16/2011 | Internal Discussions / Emails | 0.25 | 1 | RJ |
| 1/5/2012 | Internal Discussions / Emails | 1.50 | 1 | RJ |
| 1/9/2012 | Document Review | 0.50 | 1 | JS |
| 1/10/2012 | Document Review | 0.25 | 1 | JS |
| 1/11/2012 | Conference Calls/Document Review | 1.50 | 1 | LP |
| 1/11/2012 | Conference Calls/Document Review | 0.75 | 1 | JS |
| 1/12/2012 | Conference Calls/Document Review | 1.00 | 1 | LP |
| 1/13/2012 | Conference Calls/Document Review | 0.25 | 1 | LP |
| 1/13/2012 | Conference Calls/Document Review | 0.25 | 1 | JS |
| 1/20/2012 | Conference Calls/Document Review | 0.25 | 1 | LP |
| 1/20/2012 | Conference Calls/Document Review | 0.25 | 1 | JS |
| 1/30/2012 | Conference Calls/Document Review | 1.00 | 1 | LP |
| 1/31/2012 | Conference Calls/Document Review | 1.00 | 1 | LP |
| 1/31/2012 | Conference Calls/Document Review | 2.00 | 1 | JS |

| | Total Activity 1 | 12.3 | | |
|---|---|---|---|---|

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 11/13/2011 | Preparation of filings | 2.0 | 2 | RDM |
| | Total Activity 2 | 2.0 | | |

| | Total Activity 1 & 2 | 14.25 | | |
|---|---|---|---|---|