**CERTIFICATE OF SERVICE**

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claim by and Between Nortel Networks Inc. and Opnext Subsystems, Inc. and Opnext, Inc.** was caused to be made on March 1, 2012, in the manner indicated upon the individual identified below and on the attached service list.

Date: March 1, 2012             */s/ Chad A. Fights*
Wilmington, DE                  Chad A. Fights (No. 5006)

**Via First Class Mail**

Melinda C. Franek
Jude Gorman
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022

**Via Hand Delivery**

Michael Lastowski
Duane Morris, LLP
222 Delaware Ave., Suite 1600
Wilmington, DE 19801

4174225

4174225