**CERTIFICATE OF SERVICE**

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claim No. 1461 Filed by the Sobrato Organization** was caused to be made on March 1, 2012, in the manner indicated upon the individual identified below and on the attached service list.

| | |
|---|---|
| Date: March 1, 2012<br>Wilmington, DE | */s/ Chad A. Fights*<br>Chad A. Fights (No. 5006) |

**Via First Class Mail**

Marcia Gerston
Trepel Greenfield Sullivan & Draa LLP
55 S. Market Street
Suite 1500
San Jose, CA 95113

5785874

5785874