**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
*In re*                                                                     :     Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                           :     Case No. 09-10138 (KG)
:
                       Debtors.              :     Jointly Administered
:
:     **Hearing Date: March 22, 2012 at 10:00 a.m. (ET)**
:
---------------------------------------------------------X

**SEVENTH QUARTERLY FEE APPLICATION REQUEST OF RLKS EXECUTIVE SOLUTIONS LLC, AS CONSULTANS TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD NOVEMBER 1, 2011 THROUGH JANUARY 31, 2012**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), RLKS Executive Solutions LLC ("RLKS") hereby submits its Seventh Quarterly Fee Application Request (the "Request") for the period November 1, 2011 through and including January 31, 2012[2] (the "Application Period")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly application Docket Item No. 7158,7179,7275 contain detailed listing of RLKS' requested fees and expenses for the Application Period.

RLKS seeks approval for the following fee application that was filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 02/06/12 D.I. 7158 | 11/1/11 – 11/30/11 | $174,802.50 | $14,085.77 | 02/29/12 D.I.7302 | $139,842.00 | $14,085.77 | $34,960.50 |
| 02/07/12 D.I. 7179 | 12/1/11 – 12/31/11 | $187,627.50 | $8,230.01 | 02/29/12 D.I.7303 | $150,102.00 | $8,230.01 | $37,525.50 |
| 02/27/12 D.I. 7275 | 01/1/12 – 01/31/12 | $336,375.00 | $42,037.13 | Pending | $269,100.00 | $42,037.13 | $67,275.00 |
| **TOTAL** | | **$698,805.00** | **$64,352.91** | | **$559,044.00** | **$64,352.91** | **$139,761.00** |

In accordance with the Monthly Compensation Order, RLKS seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, RLKS respectfully requests that the Court enter the order attached hereto as Exhibit A and grant RLKS such other and further relief as is just and proper.

Dated:  March 1, 2012                RLKS EXECUTIVE SOLUTIONS LLC


 _/s/ Kathryn Schultea_
Richard A. Lydecker
Kathryn Schultea
101 Westcott, #706
Houston, TX  77007
Telephone:  713-824-2905
Facsimile:  713-869-3102

2

**CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL**

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
| --- | --- | --- | --- | --- |
| Richard A. Lydecker | CEO / Bankruptcy Wind Down | 450 | 148.00 | $  51,930.00 |
| Kathryn Schultea | COO / Bankruptcy Wind Down | 450 | 519.60 | 214,965.00 |
| Raj Perubhatla | Sr. Director / Systems & Information | 450 | 525.50 | 229,050.00 |
| Mary Cilia | Sr. Director / Claims Administration | 450 | 129.70 | 51,885.00 |
| Brandon Bangerter | Director / Systems & Information | 450 | 352.00 | 150,975.00 |
| Total | | | **1,674.80** | **$ 698,805.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

3

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| NNI Document and eData Preservation Projects | 431.20 | $ 194,040.00 |
| Facility Document Inventory & Evacuation Review | 35.70 | 16,065.00 |
| Human Resources – Employee Related Projects | 610.50 | 274,725.00 |
| Fee Apps | 27.00 | 12,150.00 |
| Non-working travel | 243.80 | 54,855.00 |
| Claims Administration | 249.80 | 112,410.00 |
| Tax/Finance Matters and Budget Projects | 73.20 | 32,940.00 |
| Misc Debtor Issues and Communications | 3.60 | 1,620.00 |
| **TOTAL** | **1,674.80** | **$ 698,805.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Service Provide (if applicable) | Total Expenses |
|---|---|---:|
| Travel - Airline | | $36,532.95 |
| Travel - Lodging | | 16,849.32 |
| Travel – Meals | | 2,986.40 |
| Travel - Transportation | | 7,984.24 |
| Office Expense | | 0.00 |
| **Grand Total Expenses** | | **$ 64,352.91** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]