## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Seventh Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period November 1, 2011 Through January 31, 2012** was caused to be made on March 1, 2012, in the manner indicated upon the entities identified below:

Date:  March 1, 2012                              _/s/ Ann C. Cordo_
                                                  Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**                    **VIA FIRST CLASS MAIL**

Thomas P. Tinker, Esq.                   Nortel Networks, Inc.
Office of the U.S. Trustee               Attn: Accounts Payable
844 King Street                          P.O. Box 13010
Suite 2207, Lockbox 35                   RTP, NC 27709
Wilmington, DE  19801-3519               (Debtor)
(Trustee)

Mark D. Collins, Esq.                    Fred S.  Hodara, Esq.
Christopher M. Samis, Esq.               Akin Gump Strauss Hauer & Feld LLP
Richards Layton & Finger                 One Bryant Park
One Rodney Square                        New York, NY  10036
920 N King St                            (Counsel for Official Committee
Wilmington, DE  19801                    Of Unsecured Creditors)
(Counsel for Official Committee
Of Unsecured Creditors)

3762341.3