# EXHIBIT A

**Time Records**
**November 1, 2011 through January 31, 2012**

| Employee | Date | Hours | Actual | Description |
|----------|------|-------|--------|-------------|
| Balteanu  Cornel | 1-Nov-11 | 1.00 | $359.60 | Work on FAS 112 valuation. |
| Gonczol  Allen | 1-Nov-11 | 4.00 | $1,206.40 | Work on RDS. |
| Hardin  Don | 1-Nov-11 | 0.50 | $348.00 | Phone call with Cleary. |
| Lee  Eumene | 1-Nov-11 | 0.75 | $213.16 | Liabilities research. |
| Hardin  Don | 2-Nov-11 | 0.50 | $348.00 | Telephone call with Cleary |
| Smith  Doug | 2-Nov-11 | 0.50 | $327.70 | Review of materials and project status. |
| Smith  Doug | 3-Nov-11 | 1.00 | $655.40 | Project Management and review of H&B project information. |
| Farswani  Vikas | 4-Nov-11 | 1.50 | $539.40 | Prepare for and attend conference call with Cleary. |
| Gonczol  Allen | 4-Nov-11 | 0.75 | $226.20 | FAS 112 auditor meeting. |
| Hanson  Elizabeth | 4-Nov-11 | 1.50 | $913.50 | Conference call with Cleary (0.25); review and prepare for same (0.75); review 112 report (0.5). |
| Hanson  Elizabeth | 4-Nov-11 | 0.25 | $152.26 | Begin review of attestation report. |
| Hardin  Don | 4-Nov-11 | 0.50 | $348.00 | Research liability variance. |
| Hardin  Don | 4-Nov-11 | 0.75 | $522.00 | Phone call with Cleary. |
| Lee  Eumene | 4-Nov-11 | 0.25 | $71.06 | Valuation discussion with Vikas Farswani. |
| Smith  Doug | 4-Nov-11 | 0.50 | $327.70 | Project Management and review of H&B project information. |
| Chronister  Mark | 7-Nov-11 | 2.50 | $1,667.50 | Work on data questions from 1114 committees. |
| Farswani  Vikas | 7-Nov-11 | 1.50 | $539.40 | Prepare for conference call with Cleary (1.0); attend same (0.5). |
| Hanson  Elizabeth | 7-Nov-11 | 0.50 | $304.50 | Conference call with Cleary. |
| Hardin  Don | 7-Nov-11 | 0.50 | $348.00 | Conference call with Cleary, internal valuation team and committee financial advisors. |
| Smith  Doug | 7-Nov-11 | 1.50 | $983.10 | Review of materials to evaluate project status. |
| Farswani  Vikas | 8-Nov-11 | 0.75 | $269.70 | Perform claims cost analysis. |
| Smith  Doug | 8-Nov-11 | 1.00 | $655.40 | Review of materials to evaluate project status. |
| Smith  Doug | 9-Nov-11 | 1.50 | $983.10 | Review of materials to evaluate project status. |
| Chronister  Mark | 10-Nov-11 | 1.00 | $667.00 | Address data questions from 1114 committees. |
| Hardin  Don | 10-Nov-11 | 0.50 | $348.00 | Telephone conference with Cleary. |
| Chronister  Mark | 11-Nov-11 | 1.00 | $667.00 | Address data questions from 1114 committees. |
| Farswani  Vikas | 11-Nov-11 | 2.00 | $719.20 | Prepare for and attend conference call with Cleary. |
| Gonczol  Allen | 11-Nov-11 | 0.75 | $226.20 | Work on RDS. |
| Hanson  Elizabeth | 11-Nov-11 | 1.00 | $609.00 | Conference call with Cleary (0.25); attend to follow-up inquiries based upon same (0.75). |
| Hardin  Don | 11-Nov-11 | 0.50 | $348.00 | Follow up information for cleary 2010 |
| Hardin  Don | 11-Nov-11 | 0.50 | $348.00 | Telephone call with Vikas Farswani regarding project status. |
| Hardin  Don | 11-Nov-11 | 1.00 | $696.00 | Telephone call with Cleary. |
| Lee  Eumene | 11-Nov-11 | 0.50 | $142.10 | Prepare for conference call (0.25); discussion with Vikas Farswani regarding same (0.25). |
| Smith  Doug | 11-Nov-11 | 1.00 | $655.40 | Discussions with internal team about project progress. |
| Balteanu  Cornel | 14-Nov-11 | 1.75 | $629.30 | Work on FAS 112 issues. |
| Farswani  Vikas | 14-Nov-11 | 2.50 | $899.00 | Follow-up work on LTD assumptions and claims cost analysis in response to November 11 conference call. |
| Gonczol  Allen | 14-Nov-11 | 2.00 | $603.20 | Work on FAS 112 year end development of numbers. |

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Hanson  Elizabeth | 14-Nov-11 | 1.25 | $761.26 | Discuss requested data for Cleary (0.25); conference call with client for year-end disclosures (0.5); follow up with IBNR team (0.5). |
| Balteanu  Cornel | 15-Nov-11 | 0.25 | $89.90 | Work on FAS 112 issues. |
| Balteanu  Cornel | 15-Nov-11 | 1.75 | $629.30 | E-mail correspondence with Allen Gonzol and Betsy Hanson regarding review modifications to FAS 112 (0.25); findings discussions with Allen Gonczol regarding same (0.25); review modifications to FAS 112 (0.25); review COBRA rates check (0.5); review prior years information (0.5). |
| Bassett  Eric | 15-Nov-11 | 0.25 | $181.26 | Attend monthly financial discussions. |
| Chronister  Mark | 15-Nov-11 | 1.00 | $667.00 | Prepare for call with 1114 committee, Cleary and Alvarez regarding data questions (0.5); attend same (0.5). |
| Farswani  Vikas | 15-Nov-11 | 2.25 | $809.10 | Prepare for conference call with Cleary and Alvarez and committee (2.0); attend same (0.5). |
| Gontowski  Kevin | 15-Nov-11 | 0.50 | $284.20 | Attend call with Cleary, Alvarez and committee. |
| Hardin  Don | 15-Nov-11 | 0.75 | $522.00 | Phone call with Cleary and Alvarez. |
| Smith  Doug | 15-Nov-11 | 0.50 | $327.70 | Project Management and review of H&B project information. |
| Balteanu  Cornel | 16-Nov-11 | 3.50 | $1,258.60 | Work on FAS 112, including review of COBRA rates (1.0); calcuations regarding federal subsidy (1.0); revise valuations (0.75); and summarize exhibits (0.75). |
| Gonczol  Allen | 16-Nov-11 | 2.25 | $678.60 | Work on FAS 112 year end development of numbers. |
| Hardin  Don | 16-Nov-11 | 0.25 | $174.00 | Telephone call with Cleary and Nortel regarding reconciliation. |
| McLachlan  Anna | 16-Nov-11 | 1.75 | $1,015.00 | Analysis of the reconciliation of files of census for the curtailment project and delivered files. |
| Smith  Doug | 16-Nov-11 | 0.50 | $327.70 | Project Management and review of H&B project information. |
| Balteanu  Cornel | 17-Nov-11 | 1.75 | $629.30 | Work on FAS 112, including reviewing rates regarding COBRA rates (0.5); prepare revised report (1.0); research additional issues for same (0.25). |
| Gonczol  Allen | 17-Nov-11 | 1.25 | $377.00 | Work on FAS 112 year end development of numbers. |
| McLachlan  Anna | 17-Nov-11 | 1.50 | $870.00 | Review of the census files received for the curtailment to provide further data reconciliation analysis by individual. |
| Chronister  Mark | 18-Nov-11 | 1.00 | $667.00 | Prepare for and attend conference call with 1114 committees regarding data questions. |
| Gonczol  Allen | 18-Nov-11 | 1.00 | $301.60 | Work on FAS 112 year end development of numbers. |
| Smith  Doug | 18-Nov-11 | 0.75 | $491.56 | Review of materials to evaluate project status. |
| Gonczol  Allen | 21-Nov-11 | 3.25 | $980.20 | Work on FAS 112 year end development of numbers. |
| Mayer  Julie | 21-Nov-11 | 9.75 | $735.16 | Assistance by Mercer Washington Resource Group regarding discrete plan issues. |
| Smith  Doug | 22-Nov-11 | 0.50 | $327.70 | Discussions with internal team about project progress. |
| Gonczol  Allen | 23-Nov-11 | 4.00 | $1,206.40 | Work on FAS 112 year end development of numbers. |
| Gonczol  Allen | 28-Nov-11 | 1.50 | $452.40 | Work on FAS 112 year end development of numbers. |
| McLachlan  Anna | 28-Nov-11 | 3.25 | $1,885.00 | Reconciliation of the curtailment liabilities from the various censuses. |
| Smith  Doug | 28-Nov-11 | 1.00 | $655.40 | Prepare for meeting to discuss project status. |

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Ahmed Samina | 29-Nov-11 | 1.75 | $456.76 | Peer review of Nortel APBO project. |
| Gonczol Allen | 29-Nov-11 | 1.00 | $301.60 | Work on FAS 112 year end development of numbers. |
| McLachlan Anna | 29-Nov-11 | 6.50 | $3,770.00 | Reconciliation of census and liabilities for the curtailment study. |
| Smith Doug | 29-Nov-11 | 0.50 | $327.70 | Prepare for meeting to discuss project status. |
| Ahmed Samina | 30-Nov-11 | 0.75 | $195.76 | Additional strategy and planning regarding APBO project. |
| Balteanu Cornel | 30-Nov-11 | 0.25 | $89.90 | Work on FAS 112. |
| Gonczol Allen | 30-Nov-11 | 1.50 | $452.40 | Work on FAS 112 year end development of numbers. |
| Gontowski Kevin | 30-Nov-11 | 0.50 | $284.20 | Research PRM data. |
| Hanson Elizabeth | 30-Nov-11 | 0.25 | $152.26 | Follow-up conference with Don Hardin regarding open items. |
| McLachlan Anna | 30-Nov-11 | 1.50 | $870.00 | Attend to next steps on data reconciliation of census and liabilities for curtailment and discussed. |
| Balteanu Cornel | 1-Dec-11 | 3.25 | $1,168.70 | Work on FAS 112, including medical benefit comparison (0.75); waived versus non-waived analysis (1.25); research records with dentail only (1.0); and follow-up on valuation work (0.25). |
| Gonczol Allen | 1-Dec-11 | 1.50 | $452.40 | Analysis of data files for FAS 112 valuation. |
| Gontowski Kevin | 1-Dec-11 | 0.25 | $142.10 | Research PRM data. |
| McLachlan Anna | 1-Dec-11 | 0.75 | $435.00 | Data reconciliation for curtailment project. |
| Smith Doug | 1-Dec-11 | 0.50 | $327.70 | Project Management and review of H&B project information. |
| Ahmed Samina | 2-Dec-11 | 3.75 | $978.76 | Work on APBO Census. |
| Balteanu Cornel | 2-Dec-11 | 0.25 | $89.90 | Work on FAS 112. |
| Farswani Vikas | 2-Dec-11 | 0.75 | $269.70 | Review status of various project items. |
| Gontowski Kevin | 2-Dec-11 | 0.50 | $284.20 | Research PRM data. |
| Lee Eumene | 2-Dec-11 | 1.50 | $426.30 | Discussion with Vishal Shah and Kevin Gontowski regarding reconciliation of 7/1/2011 data statistics (0.5); work on same (1.0). |
| Mateer Peter | 2-Dec-11 | 2.25 | $756.90 | Summarize data files. |
| McLachlan Anna | 2-Dec-11 | 2.00 | $1,160.00 | Prepare for and attend meeting on data reconciliation of the curtailment project. |
| Smith Doug | 2-Dec-11 | 1.00 | $655.40 | Project Management and review of H&B project information. |
| Hughes Tammy | 4-Dec-11 | 1.50 | $1,017.90 | Review documentation and information regarding project status. |
| Ahmed Samina | 5-Dec-11 | 1.00 | $261.00 | Work on APBO analysis. |
| Balteanu Cornel | 5-Dec-11 | 1.25 | $449.50 | Work on FAS 112 (0.5); internal conference call regardin same (0.75). |
| Chronister Mark | 5-Dec-11 | 2.00 | $1,334.00 | Resolution of data questions for 1114 committees. |
| Farswani Vikas | 5-Dec-11 | 3.00 | $1,078.80 | Telephone conference with Eumene Lee (0.5); data verification based upon same (2.5). |
| Gonczol Allen | 5-Dec-11 | 3.00 | $904.80 | Telephone conference with client (0.5); perform COBRA calculations (2.5). |
| Gontowski Kevin | 5-Dec-11 | 0.50 | $284.20 | Research PRM data. |
| Hanson Elizabeth | 5-Dec-11 | 1.00 | $609.00 | Conference with Allen Gonczol (0.5); conference with Cornel Balteanu (0.5). |
| Hughes Tammy | 5-Dec-11 | 4.00 | $2,714.40 | Review documentation and information regarding project status. |

| Employee | Date | Hours | Actual | Description |
|----------|------|-------|--------|-------------|
| Lee  Eumene | 5-Dec-11 | 4.00 | $1,136.80 | Data reconciliation of Medical and Life insurance counts (3.0); additional questions from TS&S LLP (0.75); discussion with Vikas Farswani regarding same (0.25). |
| Mateer  Peter | 5-Dec-11 | 4.00 | $1,345.60 | Summarize data files. |
| McLachlan  Anna | 5-Dec-11 | 1.00 | $580.00 | Peer reviewed data reconciliation of the curtailment project. |
| Ahmed  Samina | 6-Dec-11 | 3.25 | $848.26 | Peer review of Nortel APBO project. |
| Chronister  Mark | 6-Dec-11 | 2.00 | $1,334.00 | Resolution of data questions for 1114 committees. |
| Farswani  Vikas | 6-Dec-11 | 1.00 | $359.60 | Data verification. |
| Gonczol  Allen | 6-Dec-11 | 2.50 | $754.00 | Telephone conference with client regarding project issues (0.25); review and revise data analyses based upon same (2.25). |
| Gontowski  Kevin | 6-Dec-11 | 0.50 | $284.20 | Research PRM data. |
| Hanson  Elizabeth | 6-Dec-11 | 1.00 | $609.00 | Conference with Allen Gonczol regarding project issues (0.5); conference with Cornel Balteanu regarding same (0.5). |
| Lee  Eumene | 6-Dec-11 | 1.00 | $284.20 | Data reconciliation of Medical and Life insurance counts (0.75);discussion with Vikas Farswani regarding same (0.25). |
| Smith  Doug | 6-Dec-11 | 1.50 | $983.10 | Review of materials to evaluate project status. |
| Gonczol  Allen | 7-Dec-11 | 3.00 | $904.80 | Edit and analyze FAS 112 data. |
| Smith  Doug | 7-Dec-11 | 0.50 | $327.70 | Review of materials to evaluate project status. |
| Ahmed  Samina | 8-Dec-11 | 0.50 | $130.50 | ABPO data analysis. |
| Balteanu  Cornel | 8-Dec-11 | 1.00 | $359.60 | Work on FAS 112, including follow-up on valuation work (0.5); and internal conference regarding same (0.5). |
| Farswani  Vikas | 8-Dec-11 | 1.25 | $449.50 | Data verification. |
| Gonczol  Allen | 8-Dec-11 | 3.50 | $1,055.60 | Edit and analyze FAS 112 data. |
| Hanson  Elizabeth | 8-Dec-11 | 0.50 | $304.50 | Conference with Allen Gonczol regarding project issues (0.25); conference with Cornel Balteanu regarding same (0.25). |
| Hardin  Don | 8-Dec-11 | 0.50 | $348.00 | Reviewing the committee's data request. |
| Hardin  Don | 8-Dec-11 | 0.50 | $348.00 | Phone call with Vikas Farswani regarding project status. |
| Lee  Eumene | 8-Dec-11 | 2.00 | $568.40 | Data reconciliation of Medical and Life insurance counts (1.0); additional questions from TS&S LLP (0.75); discussion with Vikas Farswani regarding same (0.25). |
| Balteanu  Cornel | 9-Dec-11 | 2.25 | $809.10 | Work on FAS 112, including researching open questions (2.0); and e-mail correspondence with internal working group regarding same (0.25). |
| Chronister  Mark | 9-Dec-11 | 2.00 | $1,334.00 | Resolution of data questions for 1114 committees. |
| Farswani  Vikas | 9-Dec-11 | 6.75 | $2,427.30 | Data verification and reconciliation (5.0); develop client-ready exhibits (1.25); provide explanation of codes (0.5). |
| Gonczol  Allen | 9-Dec-11 | 3.75 | $1,131.00 | Edit and analyze FAS 112 data. |
| Hardin  Don | 9-Dec-11 | 0.50 | $348.00 | Prepare for phone call with Cleary, John and Kathy (0.5); |
| Hardin  Don | 9-Dec-11 | 2.00 | $1,392.00 | Compile LTD reconciliation (2.0); |

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Hardin Don | 9-Dec-11 | 1.00 | $696.00 | Telephone conference with Cleary, John and Kathy (0.5); follow-up telephone conference with Mark Chronister (0.5). |
| Lee Eumene | 9-Dec-11 | 2.00 | $568.40 | Data reconciliation of Medical and Life insurance counts (1.5); additional questions from TS&S LLP (0.25); discussion with Vikas Farswani regarding same (0.25). |
| Millholland Davin | 9-Dec-11 | 0.25 | $75.40 | FAS 106 and 9/28 census file reconciliation. |
| Balteanu Cornel | 12-Dec-11 | 4.50 | $1,618.20 | Conference call with Cleary and Torgut regarding FAS 112 (1.0); research participant questions to answer open project questions (2.0); additional research to address project questions (1.0); multiple e-mail correspondence with Don Hardin regarding same (0.5). |
| Chronister Mark | 12-Dec-11 | 4.00 | $2,668.00 | Resolution of data questions for 1114 committees. |
| Farswani Vikas | 12-Dec-11 | 4.75 | $1,708.10 | Data verification and reconciliation (3.25); developing client-ready exhibits (1.5). |
| Gontowski Kevin | 12-Dec-11 | 2.00 | $1,136.80 | Research PRM data. |
| Hanson Elizabeth | 12-Dec-11 | 0.50 | $304.50 | Review data with Cornel Balteanu. |
| Hardin Don | 12-Dec-11 | 3.00 | $2,088.00 | Prepare for conference call with Cleary and committee (1.0); conference call with Cleary and committee (1.75); telephone conference with Vikas Farswani (0.25). |
| Lee Eumene | 12-Dec-11 | 1.00 | $284.20 | Discussions with TS&S and Cleary regarding data. |
| Smith Doug | 12-Dec-11 | 0.50 | $327.70 | Discussions with internal team about project progress. |
| Balteanu Cornel | 13-Dec-11 | 2.50 | $899.00 | Follow up research on FAS 112 issues regarding December 12 conference call (0.75); research records based upon same (0.75); conference with Allen Gonczol regarding same (0.5); e-mail correspondence to Don Hardin regarding same (0.5). |
| Chronister Mark | 13-Dec-11 | 1.00 | $667.00 | Resolution of data questions for 1114 committees. |
| Farswani Vikas | 13-Dec-11 | 3.00 | $1,078.80 | Research into data. |
| Smith Doug | 13-Dec-11 | 1.00 | $655.40 | Review of materials to evaluate project status. |
| Balteanu Cornel | 14-Dec-11 | 0.25 | $89.90 | Work on FAS 112. |
| Bassett Eric | 14-Dec-11 | 0.25 | $181.26 | Attend monthly financial discussions. |
| Chronister Mark | 14-Dec-11 | 1.50 | $1,000.50 | Resolution of data questions for 1114 committees. |
| Farswani Vikas | 14-Dec-11 | 2.25 | $809.10 | Research into data. |
| Gonczol Allen | 14-Dec-11 | 2.50 | $754.00 | Research data for open project issues. |
| Hardin Don | 14-Dec-11 | 1.00 | $696.00 | Research on data for the committees. |
| Balteanu Cornel | 15-Dec-11 | 1.50 | $539.40 | Work on FAS 112. |
| Chronister Mark | 15-Dec-11 | 2.00 | $1,334.00 | Resolution of data questions for 1114 committees. |
| Farswani Vikas | 15-Dec-11 | 3.50 | $1,258.60 | Research into data. |
| Hardin Don | 15-Dec-11 | 2.00 | $1,392.00 | Researching missing data on FAS 106 participants (0.5); phone call with Cleary and Nortel (1.5). |
| Smith Doug | 15-Dec-11 | 0.50 | $327.70 | Review of materials to evaluate project status. |
| Balteanu Cornel | 16-Dec-11 | 0.50 | $179.80 | Work on FAS 112. |
| Chronister Mark | 16-Dec-11 | 0.50 | $333.50 | Resolution of data questions for 1114 committees. |
| Farswani Vikas | 16-Dec-11 | 4.00 | $1,438.40 | Research into data. |
| Hardin Don | 16-Dec-11 | 4.00 | $2,784.00 | Draft responses to the retiree and LTD committee questions (2.0); gather and review materials to send to Cleary (2.0). |
| Hardin Don | 16-Dec-11 | 0.50 | $348.00 | Telephone call with Vikas Farswani. |

| Employee | Date | Hours | Actual | Description |
|----------|------|-------|--------|-------------|
| Balteanu  Cornel | 19-Dec-11 | 2.25 | $809.10 | Work on FAS 112, including checking valuation results (0.5); verifying individual liability sheets (0.5); revising discount rate changes (0.5); and updating exhibits based upon same (0.75). |
| Chronister  Mark | 19-Dec-11 | 1.00 | $667.00 | Coordinating 1114 data requests. |
| Gonczol  Allen | 19-Dec-11 | 2.25 | $678.60 | Review and revise data analyses. |
| Smith  Doug | 19-Dec-11 | 0.50 | $327.70 | Discussions with internal team about project progress. |
| Balteanu  Cornel | 20-Dec-11 | 1.75 | $629.30 | Work on FAS 112, including research regarding missing participants (0.75); revise individual liability sheets (0.75); and multiple e-mail correspondence with working group regarding same (0.25). |
| Farswani  Vikas | 20-Dec-11 | 1.00 | $359.60 | Research into project issues. |
| Hardin  Don | 20-Dec-11 | 2.00 | $1,392.00 | Review materials to answer client questions (1.25); address client questions based upon same (0.75). |
| Lee  Eumene | 20-Dec-11 | 1.00 | $284.20 | Address data issues (0.5); discussion with Vikas Farswani regarding same (0.5). |
| Smith  Doug | 20-Dec-11 | 0.50 | $327.70 | Discussions with internal team about project progress. |
| Balteanu  Cornel | 21-Dec-11 | 0.50 | $179.80 | E-mails with Don Hardin regarding FAS 112. |
| Mayer  Julie | 21-Dec-11 | 7.00 | $527.80 | Assistance by Mercer Washington Resource Group regarding discrete plan issues. |
| Balteanu  Cornel | 22-Dec-11 | 1.00 | $359.60 | Work on FAS 112. |
| Balteanu  Cornel | 22-Dec-11 | 2.50 | $899.00 | Review data and revise report exhibits based upon same (2.5). |
| Chronister  Mark | 22-Dec-11 | 2.00 | $1,334.00 | Coordinating 1114 data requests. |
| Hanson  Elizabeth | 22-Dec-11 | 2.00 | $1,218.00 | Review FAS 112 report. |
| Hardin  Don | 22-Dec-11 | 2.00 | $1,392.00 | Final data materials and questions. |
| Balteanu  Cornel | 23-Dec-11 | 0.75 | $269.70 | Work on FAS 112. |
| Chronister  Mark | 23-Dec-11 | 1.00 | $667.00 | Coordinating 1114 data requests. |
| Rubin  Israel | 23-Dec-11 | 1.00 | $533.60 | Review and revise draft report. |
| Lee  Eumene | 28-Dec-11 | 0.50 | $142.10 | Respond to PWP data requests. |
| Hughes  Tammy | 30-Dec-11 | 4.00 | $2,714.40 | Work on project plan and timeline issues. |
| Chronister  Mark | 3-Jan-12 | 0.50 | $348.00 | Responding to requests from 1114 committee advisors. |
| Farswani  Vikas | 3-Jan-12 | 0.75 | $269.70 | Research open project issues. |
| Lee  Eumene | 3-Jan-12 | 1.50 | $426.30 | Review of GF retiree contributions data. |
| Smith  Doug | 3-Jan-12 | 1.00 | $655.40 | Project Management and review of H&B project information. |
| Balteanu  Cornel | 4-Jan-12 | 0.25 | $94.26 | Work on FAS 112. |
| Chronister  Mark | 4-Jan-12 | 0.50 | $348.00 | Responding to requests from 1114 committee advisors. |
| Farswani  Vikas | 4-Jan-12 | 3.00 | $1,078.80 | Research open project issues. |
| Hanson  Elizabeth | 4-Jan-12 | 0.25 | $159.50 | Draft MSVP forms. |
| Hughes  Tammy | 4-Jan-12 | 2.50 | $1,696.50 | Work on project plan development. |
| Lee  Eumene | 4-Jan-12 | 1.00 | $284.20 | Prepare GF retiree contributions data. |
| Smith  Doug | 4-Jan-12 | 0.50 | $327.70 | Project Management and review of H&B project information. |
| Chronister  Mark | 5-Jan-12 | 0.50 | $348.00 | Responding to requests from 1114 committee advisors. |
| Hughes  Tammy | 5-Jan-12 | 0.75 | $508.96 | Work on project plan development. |
| Rubin  Israel | 5-Jan-12 | 0.25 | $145.00 | Review research results. |
| Smith  Doug | 5-Jan-12 | 0.50 | $327.70 | Review of materials and project status. |

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Farswani Vikas | 6-Jan-12 | 1.75 | $629.30 | Research into prior restructuring events and plan amendments. |
| Hughes Tammy | 6-Jan-12 | 0.25 | $169.66 | Work on project plan development. |
| Lee Eumene | 6-Jan-12 | 1.00 | $284.20 | Review of GF retiree contributions data. |
| Bassett Eric | 9-Jan-12 | 0.25 | $188.50 | Attend monthly financial discussions. |
| Fudacz Jim | 9-Jan-12 | 2.75 | $1,276.00 | Review project plan (0.5); attend kickoff meeting for project (0.5); review documents for same (1.75). |
| Chronister Mark | 10-Jan-12 | 0.50 | $348.00 | Finalizing liability updates and responding to requests from 1114 committee advisors. |
| Farswani Vikas | 10-Jan-12 | 3.50 | $1,258.60 | Research and preparation on O/S items for conference call (3.0); attend conference call (0.5). |
| Hughes Tammy | 10-Jan-12 | 0.25 | $169.66 | Work on project plan and conference call. |
| Chronister Mark | 11-Jan-12 | 0.75 | $522.00 | Finalizing liability updates and responding to requests from 1114 committee advisors. |
| Hardin Don | 11-Jan-12 | 2.00 | $1,450.00 | Working on exhibits requested by Cleary. |
| Hardin Don | 11-Jan-12 | 0.50 | $362.50 | Telephone call with Vikas Farswani. |
| Hughes Tammy | 11-Jan-12 | 0.25 | $169.66 | Work on project plan and conference call. |
| Smith Doug | 11-Jan-12 | 0.50 | $327.70 | Review of materials and project status. |
| Balteanu Cornel | 12-Jan-12 | 1.50 | $565.52 | Revise FAS 112 report and presentation (1.25); multiple e-mail correspondence with internal working group regarding same (0.25). |
| Chronister Mark | 12-Jan-12 | 1.50 | $1,044.00 | Finalizing liability updates and responding to requests from 1114 committee advisors. |
| Fudacz Jim | 12-Jan-12 | 0.50 | $232.00 | Review project status. |
| Hardin Don | 12-Jan-12 | 3.00 | $2,175.00 | Preparing updated liabilities. |
| Hughes Tammy | 12-Jan-12 | 0.25 | $169.66 | Work on project plan and conference call. |
| Chronister Mark | 13-Jan-12 | 1.50 | $1,044.00 | Finalizing liability updates and responding to requests from 1114 committee advisors. |
| Fudacz Jim | 13-Jan-12 | 1.75 | $812.00 | Review project data and analysis. |
| Hardin Don | 13-Jan-12 | 4.00 | $2,900.00 | Preparing follow-up materials at the request of counsel. |
| Hughes Tammy | 13-Jan-12 | 1.50 | $1,017.90 | Work on project plan (1.0);  conference call regarding same (0.5). |
| Smith Doug | 13-Jan-12 | 0.50 | $327.70 | Review of materials and project status. |
| Farswani Vikas | 17-Jan-12 | 2.25 | $809.10 | Research and analysis. |
| Fudacz Jim | 17-Jan-12 | 0.50 | $232.00 | Update project data. |
| Hardin Don | 17-Jan-12 | 3.00 | $2,175.00 | Updating the liabilities. |
| Millholland Davin | 17-Jan-12 | 1.00 | $319.00 | Review of Nortel settlement counts and APBOs. |
| Fudacz Jim | 18-Jan-12 | 0.50 | $232.00 | Address APBO project plan issues. |
| Hardin Don | 18-Jan-12 | 2.00 | $1,450.00 | Working on new cost slides. |
| Hardin Don | 19-Jan-12 | 1.00 | $725.02 | Phone call with Jane Kim (0.25); phone call with Cleary and retiree advisors (0.5); follow-up phone call with Vikas Farswani regarding same (0.25). |
| Farswani Vikas | 20-Jan-12 | 1.25 | $449.50 | Research and analysis. |
| Hardin Don | 20-Jan-12 | 1.00 | $725.00 | Follow-up work from Thursday's call. |
| Hughes Tammy | 20-Jan-12 | 1.50 | $1,017.90 | Reviewed communications materials. |
| Lee Eumene | 20-Jan-12 | 2.00 | $568.40 | Run liabilities (1.5); discussion with Vikas Farswani regarding same (0.5). |
| Fudacz Jim | 23-Jan-12 | 0.50 | $232.00 | Review employee communication issues. |
| Hardin Don | 23-Jan-12 | 1.00 | $725.00 | Working on new census data. |
| Hughes Tammy | 23-Jan-12 | 2.00 | $1,357.20 | Reviewed communications materials. |

| Employee | Date | Hours | Actual | Description |
|----------|------|-------|--------|-------------|
| Mayer  Julie | 23-Jan-12 | 9.75 | $735.16 | Assistance by Mercer Washington Resource Group regarding discrete plan issues. |
| Fudacz  Jim | 24-Jan-12 | 1.25 | $580.00 | Review and address employee communication issues. |
| Hughes  Tammy | 24-Jan-12 | 1.25 | $848.26 | Reviewed communications materials. |
| Lee  Eumene | 24-Jan-12 | 1.00 | $284.20 | Review updated data (0.75); conference with Vikas Farswani regarding same (0.25). |
| Smith  Doug | 24-Jan-12 | 1.00 | $783.00 | Project Management and review of H&B project information. |
| Lee  Eumene | 25-Jan-12 | 2.00 | $568.40 | Reviewandand address requests for updated data (2.0). |
| Farswani  Vikas | 26-Jan-12 | 2.25 | $809.10 | Research and analysis. |
| Hardin  Don | 26-Jan-12 | 0.50 | $362.50 | Phone call with Megan Feming. |
| Smith  Doug | 26-Jan-12 | 0.50 | $391.50 | Project Management and review of H&B project information. |
| Hughes  Tammy | 27-Jan-12 | 1.50 | $1,017.90 | Reviewed communications materials. |
| Smith  Doug | 27-Jan-12 | 0.50 | $391.50 | Project Management and review of H&B project information. |
| Hughes  Tammy | 30-Jan-12 | 0.50 | $339.30 | Review question and answer information. |
| Lee  Eumene | 30-Jan-12 | 0.50 | $142.10 | Review and address requests for updated data. |
| Smith  Doug | 30-Jan-12 | 0.50 | $391.50 | Discussions with internal team about project progress. |
| Farswani  Vikas | 31-Jan-12 | 1.25 | $449.50 | Provide FYE 12/31/2011 liability and SC (IO) to Don Hardin. |
| Hughes  Tammy | 31-Jan-12 | 0.50 | $339.30 | Review additional question and answer information. |
| Lee  Eumene | 31-Jan-12 | 1.00 | $284.20 | Review and address requests for updated data. |
| Smith  Doug | 31-Jan-12 | 0.50 | $391.50 | Review of materials and project status. |

**TOTAL    $169,170.30**