# EXHIBIT B

**Expenses**
**November 1, 2011 through January 31, 2012**

| Date | Amount | Description |
|---|---|---|
| 11/30/2011 | $2,132.40 | Administrative - Legal |
| 12/14/2011 | $20.00 | Meal - Working Late / Eumene Lee |
| 12/14/2011 | $19.00 | Meal - Working Late / Eumene Lee |
| 12/19/2011 | $9.44 | Travel - Mileage / Don Hardin |
| 12/19/2011 | $75.00 | Travel - Transportation / Tammy Hughes |
| 12/19/2011 | $159.30 | Airfare to Nashville / Tammy Hughes |
| 12/19/2011 | $5.25 | Travel - Meal / Tammy Hughes |
| 12/19/2011 | $23.00 | Travel - Meal / Tammy Hughes |
| 12/19/2011 | $44.40 | Travel - Transportation / Tammy Hughes |
| 12/20/2011 | $679.30 | Airfare to Nashville / Doug Smith |
| 12/20/2011 | $25.00 | Travel - Parking / Doug Smith |
| 12/20/2011 | $65.00 | Travel - Transportation / Doug Smith |
| 12/20/2011 | $65.00 | Travel - Transportation / Doug Smith |
| 12/20/2011 | $124.00 | Travel - Lodging / Doug Smith |
| 12/20/2011 | $40.19 | Travel - Lodging Taxes |
| 12/20/2011 | $83.21 | Travel - Meal / Doug Smith |
| 12/20/2011 | $2.46 | Travel - Meal / Doug Smith |
| 12/20/2011 | $20.10 | Travel - Meal / Doug Smith |
| 12/20/2011 | $5.64 | Travel - Meal / Doug Smith |
| 12/31/2011 | $77.40 | Administrative - Legal |

**Total:    $3,675.09**