# EXHIBIT A

2725046.2

Client: Nortel Networks Incorporated
Matter: L-175748 - Pensions
Schedule of time covering period from 1 November 2011 to 31 January 2012

Claims

| Date | Name | Hours | Agreed Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 02/11/2011 | Jared Oyston | 3.90 | 415.00 | 1,618.50 | Research re Cleary query re employment issues |
| 02/11/2011 | Jared Oyston | 0.70 | 415.00 | 290.50 | Reviewing query re employment issues |
| 03/11/2011 | Jared Oyston | 0.20 | 415.00 | 83.00 | Note to Cleary re employment issues |
| 07/11/2011 | Mark Blyth | 1.60 | 725.00 | 1,160.00 | Review various emails and letters re employment issues |
| 08/11/2011 | Mark Blyth | 2.90 | 725.00 | 2,102.50 | Prep for con call re advice on employment issues |
| 09/11/2011 | Mark Blyth | 0.70 | 725.00 | 507.50 | Note re employment issues |
| 09/11/2011 | Mark Blyth | 0.80 | 725.00 | 580.00 | Advice to Cleary re employment issues |
| 09/11/2011 | Mark Blyth | 1.70 | 725.00 | 1,232.50 | Draft document re employment issues |
| 10/11/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Email employment issues |
| 10/11/2011 | Mark Blyth | 2.30 | 725.00 | 1,667.50 | Document re employment issues - email to Cleary re same |
| 15/11/2011 | Mark Blyth | 0.60 | 725.00 | 435.00 | Letter re employment issues - discussion with Cleary re same |
| 15/11/2011 | Mark Blyth | 2.00 | 725.00 | 1,450.00 | Review document re employment issues and email same to Cleary |
| 17/11/2011 | Mark Blyth | 0.70 | 725.00 | 507.50 | Review draft document |
| 17/11/2011 | Mark Blyth | 1.10 | 725.00 | 797.50 | Review draft document and email to Cleary re same |
| 18/11/2011 | Mark Blyth | 0.40 | 725.00 | 290.00 | Review document - email Cleary re same |
| 29/11/2011 | Jared Oyston | 0.50 | 415.00 | 207.50 | Advice re employment issues |
| 29/11/2011 | Jared Oyston | 1.40 | 415.00 | 581.00 | Advice re employment issues |
| 30/11/2011 | Mark Blyth | 0.10 | 725.00 | 72.50 | Email re meeting/telecon Cleary |
| 30/11/2011 | Mark Blyth | 0.20 | 725.00 | 145.00 | Email Cleary re update on current issues |
| 05/12/2011 | Mark Blyth | 0.60 | 725.00 | 435.00 | Telecon Cleary re update |
| 08/12/2011 | Mark Blyth | 1.10 | 725.00 | 797.50 | Review corrsp - email Clearly re same |
| 16/12/2011 | Mark Blyth | 0.40 | 725.00 | 290.00 | Review correspondence |
| 19/12/2011 | Mark Blyth | 0.50 | 725.00 | 362.50 | Review documents - email Cleary re employment issues |
| 22/12/2011 | Mark Blyth | 0.20 | 725.00 | 145.00 | Review papers re employment issues |
| 30/12/2011 | Mark Blyth | 1.00 | 725.00 | 725.00 | Review document and email Cleary re same |
| 17/01/2012 | Mark Blyth | 2.00 | 725.00 | 1,450.00 | Review document - for Cleary - comments and email |
| 19/01/2012 | Mark Blyth | 0.30 | 725.00 | 217.50 | Review relevant emails and tel Cleary re same |
| 19/01/2012 | Mark Blyth | 0.70 | 725.00 | 507.50 | Review documents - advice to Cleary |
| 19/01/2012 | Mark Blyth | 0.80 | 725.00 | 580.00 | As per last entry and email to Cleary re same |
| 19/01/2012 | Mark Blyth | 0.50 | 725.00 | 362.50 | Telecon Cleary employment issues |
| 20/01/2012 | Mark Blyth | 0.20 | 725.00 | 145.00 | Email Cleary re employment issues |
| 25/01/2012 | Mark Blyth | 0.70 | 725.00 | 507.50 | Review documents and email Cleary re same |
| 26/01/2012 | Mark Blyth | 0.40 | 725.00 | 290.00 | Review documents |
| 27/01/2012 | Mark Blyth | 0.20 | 725.00 | 145.00 | Email Cleary re employment issues |
| 27/01/2012 | Mark Blyth | 0.50 | 725.00 | 362.50 | Prep for and telecon Cleary re employment issues |
| 27/01/2012 | Mark Blyth | 1.90 | 725.00 | 1,377.50 | Review draft document - email Cleary re same and prep for con call |

A14682059

**Client: Nortel Networks Incorporated**
**Matter: L-175748 - Pensions**
**Schedule of time covering period from 1 November 2011 to 31 January 2012**

| Date | Name | Hours | Agreed Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| 30/01/2012 | Mark Blyth | 0.20 | 725.00 | 145.00 | Review correspondence re employment issues |
| **Fee Applications** | | | | | |
| 23/11/2011 | Eva Balcells | 0.80 | 150.00 | 120.00 | Inserting USD equivalences for all GBP amounts quoted in the fee application form |
| 23/11/2011 | Jared Oyston | 0.30 | 415.00 | 124.50 | Finalising and sending fee application |
| 23/11/2011 | Jared Oyston | 1.90 | 415.00 | 788.50 | Preparing fee application |
| **Total** | | **37.10** | | **23,678.50** | |

A14682059