# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2011 Through January 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Meals | | £24.16 |
| **Grand Total Expenses** | | **£24.16** <br> **(US$38.50)** |

2725046.2

Client: Nortel Networks Incorporated
Matter: L-175748 - Pensions
Schedule of OSIs covering period from 1 November 2011 to 31 January 2012

## Other Service Item (OSI) Section

| Date | OSIS. Type | OSIS.Value | Description |
|---|---|---|---|
| 23/09/2011 | O055_MEALS_LATE_WK | 3.57 | 16/08 Late night meal |
| 23/09/2011 | O055_MEALS_LATE_WK | 2.91 | 15/08 Late night meal |
| 23/09/2011 | O055_MEALS_LATE_WK | 0.96 | 23/08 Late night meal |
| 23/09/2011 | O055_MEALS_LATE_WK | 1.62 | 15/08 Late night meal |
| 23/09/2011 | O055_MEALS_LATE_WK | 4.13 | 23/08 Late night meal |
| 23/09/2011 | O055_MEALS_LATE_WK | 4.10 | 24/08 Late night meal |
| 23/09/2011 | O055_MEALS_LATE_WK | 2.43 | 24/08 Late night meal |
| 30/12/2011 | O055_MEALS_LATE_WK | 4.44 | 02/11 Evening meal - working late |
| **Total** | | **24.16** | |

A14682059