## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 7329** |
| | ) | |

## NOTICE OF WITHDRAWAL OF SECOND QUARTERLY FEE APPLICATION OF ELLIOTT GREENLEAF, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS, FOR COMPENSATION AND SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2011 THROUGH JANUARY 31, 2012

PLEASE TAKE NOTICE that on March 1, 2012, counsel for the Official Committee of Long Term Disability Participants filed the Second Quarterly Application of Elliott Greenleaf, counsel to the Official Committee of Long Term Disability Participants, for Compensation and Reimbursement of Expenses for the Period November 1, 2011 through January 31, 2012 (the "Second Quarterly Application") (Docket No. 7329).

PLEASE TAKE FURTHER NOTICE that counsel for the Official Committee of Long Term Disability Participants, hereby withdraws the Second Quarterly Application without

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

prejudice, and will be filing a corrected Second Quarterly Application.

Dated:  March 1, 2012          **ELLIOTT GREENLEAF**

                                */s/ Shelley A. Kinsella*
                                Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
                                Shelley A. Kinsella (DE Bar No. 4023)
                                1105 North Market Street, Suite 1700
                                Wilmington, Delaware  19801
                                Telephone:  (302) 384-9400
                                Facsimile:  (302) 384-9399
                                Email:  rxza@elliottgreenleaf.com
                                Email:  sak@elliottgreenleaf.com

                                *Counsel for the Official Committee of Long Term Disability*
                                *Participants*