IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: Docket Nos. 6926, 7106 and 7243 |
| | ) **Objection Deadline: 3/15/2012 @ 4:00 PM** |
| | ) **Hearing Date: 3/22/2012 @ 10:30 AM** |

**NOTICE OF SECOND QUARTERLY FEE APPLICATION
OF ELLIOTT GREENLEAF, COUNSEL TO THE
OFFICIAL COMMITTEE OF LONG TERM DISABILITY
PARTICIPANTS, FOR COMPENSATION AND SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD NOVEMBER 1, 2011 THROUGH JANUARY 31, 2012**

| | |
|---|---|
| Name of Applicant: | Elliott Greenleaf |
| Authorized to provide professional services to: | Official Committee of Long Term Disability Participants |
| Date of retention: | *Nunc pro tunc* to August 2, 2011 |
| Period for which compensation and reimbursement is sought: | November 1, 2011 through January 31, 2012 |
| Total amount of fee compensation sought as actual, reasonable and necessary: | $150,716.50 |
| Total amount of expense reimbursement sought as actual, reasonable and necessary: | $18,728.38 |
| Total amount of fee compensation previously authorized for payment under the Administrative Order Pursuant to 11 U.S.C. §§ 105(A) and 331, Fed. R. Bankr. P. 2016 | |

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

and Del. Bankr. L.R. 2016-2 Establishing
Procedures for Interim Compensation
and Reimbursement of Fees and Expenses
for Professionals and Official Committee
Members (the "Interim Compensation
Order") (Docket No. 222) as actual,
reasonable and necessary:                                $70,669.60

Total amount of expenses previously
Authorized for reimbursement under the
Interim Compensation Order as actual,
reasonable and necessary:                                $14,392.88

Total amount of holdback fees sought:     $19,834.50

This is a(n) ___ Monthly         __X__ Interim Application        _____ Final Application

Summary of Fee Applications for Compensation Period:

| Fee Application Covered Dates, Date Filed, Doc. No. | Total Fee Request | Total Expense Request | Certificate of No Objection/ Certification of Counsel Filing Date, Doc. No. | Total Amount of Fees Approved to Date via Certificate of No Objection (80%) (Provided no objections are filed) | Total Amount of Expenses Approved to Date via Certificate of No Objection (100%) (Provided no objections are filed) | Amount of Holdback Fees |
|---|---|---|---|---|---|---|
| 8/2/2011- 8/31/2011 11/2/2011 Doc. No. 6708 | $59,704.50 | $457.80 | 11/2/2011 (Docket No. 6872) | $47,763.60 | $457.80 | $11,940.90 |
| 9/1/2011- 9/30/2011 11/2/2011 Doc. No. 6709 | $53,242.00 | $4,946.63 | 11/28/2011 (Docket No. 6875) | $42,593.60 | $4,946.63 | $10,648.40 |
| 10/1/2011- 10/31/2011 11/10/2011 Doc. No. TBF | $48,812.00 | $1,402.14 | 12/2/2011 (Docket No. 6902) | $39,049.60 | $1,402.14 | $9,762.40 |
| 11/1/2011- 11/30/2011 12/6/2011 Doc. | $49,172.50 | $3,299.99 | 12/29/2011 (Docket | $39,338.00 | $3,299.99 | $9,834.50 |

2

| No. 6926 | | | No. 7052) | | | |
|---|---|---|---|---|---|---|
| 12/1/2011-12/31/2011 1/19/2012 Doc. No. 7106 | $39,164.50 | $11,092.89 | 2/14/2012 (Docket No. 7212) | $31,331.60 | $2,927.70 | $11,092.89 |
| 1/1/2012-1/31/2012 2/22/2012 Doc. No. 7243 | $62,379.50 | $4,335.50 | 3/22/2012 (Docket No. TBD) | TBD | TBD | TBD |
| **Total:** | **$312,475.00** | **$25,534.95** | | **$200,076.40** | **$13,034.26** | **$53,279.09** |

PLEASE TAKE NOTICE that on March 1, 2012, Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants of the above-captioned debtors (the "Debtors") filed the attached Second Quarterly Fee Application of Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants, for Services Rendered and Reimbursement of Expenses for the Period of November 1, 2011 through January 31, 2012 (the "Interim Application").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Quarterly Application must be made in accordance with this Court's Interim Compensation Order, and (a) must be filed no later than **March 15, 2012 at 4:00 PM** (the "Objection Deadline"), and (b) be served upon and received by (i) the Debtors, Nortel Networks Inc., 220 Athens Way, Suite 300, Nashville, Tennessee 37228-1304 (Attention: Allen K. Stout); (ii) Counsel for the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esquire); (iii) Local Counsel for the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19899-1347 (Attention: Derek C. Abbott, Esquire); (iv) Counsel to the Official Committee of Unsecured Creditors, Richards, Layton & Finger, P.A. 920 N. King Street, One Rodney Square Wilmington, Delaware 19801 (Attention: Christopher M. Samis, Esquire and Drew M. Sloan, Esquire; (v) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attention: Thomas P. Tinker, Esquire); (vi) Counsel for the Official Committee of Long Term Disability Plan Participants, Elliott Greenleaf, 1105 North Market Street, Suite 1700, Wilmington, Delaware 19801 (Attention: Rafael X. Zahralddin- Aravena); (vii) Counsel for the Official Committee of Retirees, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119 (Attention Albert Togut, Esquire); and (viii) Local Counsel for the Official Committee of Retirees, McCarter & English LLP, Renaissance Centre, 405 North King Street, 8th Floor, Wilmington, Delaware 19801 (Attention: William F. Taylor, Esquire) (collectively, the "Notice Parties") no later than the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that a hearing on the Second Quarterly Application will be held on **March 22, 2012 at 10:30 AM** before the Honorable Kevin Gross, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

Dated: March 1, 2012  **ELLIOTT GREENLEAF**
Wilmington, Delaware

/s/ Shelley A. Kinsella
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

*Counsel for the Official Committee of Long Term Disability Participants*