# GROUP EXHIBIT C

**ERNST & YOUNG**

Ernst & Young LLP
200 Plaza Drive
Secaucus, NJ 07094

**INVOICE NUMBER: US0130516168**

November 4, 2011

**Nortel Networks**
**Corrine Chandler**
**Mobility Services International**
**409 Columbia Road, Suite 500**
**Hanover, MA 02339**

| PLEASE REMIT TO: |
| --- |
| Ernst & Young LLP |
| Pittsbg Ntnl Bnk - Pitt 640382 |
| P.O. Box 640382 |
| Pittsburgh, PA 15264-0382 |
| EIN: 34-6565596 |

BU: **US001**   CLIENT NUMBER: **60114064**

Billing for professional Human Capital expatriate Compliance services rendered in the month of January, 2011 in connection with the attached.

*Total Due*                                                                 $500

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# ERNST & YOUNG

Ernst & Young LLP
200 Plaza Drive
Secaucus, NJ 07094

**INVOICE NUMBER: US0130519209**

**November 10, 2011**

**Nortel Networks**
**Corrine Chandler**
**Mobility Services International**
**409 Columbia Road, Suite 500**
**Hanover, MA 02339**

**PLEASE REMIT TO:**

Ernst & Young LLP
Pittsbg Ntnl Bnk - Pitt 640382
P.O. Box 640382
Pittsburgh, PA 15264-0382

**EIN: 34-6565596**

BU: **US001**    CLIENT NUMBER: **60114064**

Billing for professional Human Capital expatriate Compliance services rendered in connection with the following:

| | |
|---|---:|
| Korea tax return | $1,530 |
| Korea tax reimbursement gross ups | 270 |
| Analysis of Korea filing obligation | 720 |
| **Total Due** | **$2,520** |

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# ERNST & YOUNG

Ernst & Young Han Young
3-8F Tae Young Bldg.
#10-2, Yeouido-dong
Youngdeungpo-gu, Seoul, Korea
Tel) +82-2-3787-6600  Fax) +82-2-783-5890

| | |
|---|---|
| Invoice No. : KR01000048055 | Attn: Nicole Schuck |
| Date : August 03, 2011 | Ernst & Young LLP |
| Engagement ID : 14426748 | 5 Times Square |
| | New York, 10036, United States |

| Description | Amount (KRW) |
|---|---|
| For services rendered to Nortel | |
| -2010 Korean annual tax return preparation for Melvin(Gene) Boyd | |
| KRW 1,700,000 | |
| -Calculation of current year tax reimbursement gross-ups as required under Korean domestic law for Melvin(Gene) Boyd | |
| KRW 300,000 | |
| -Analysis and determination of 2010 Korean annual tax return filing obligation for Paul House | |
| KRW 800,000 | |
| Charge code:15684841 | |
| "Confirmation that work was 100% performed in Korea" | |
| Fees | 2,800,000 |
| Net Amount | 2,800,000 |
| VAT | 0 |
| Total Amount | ₩ 2,800,000 |

**Remittance Bank Information**
Beneficiary: Ernst & Young Han Young
Bank & Branch Name: Korea Exchange Bank Yeoido Branch
Bank Address: #26-5, Yeouido-dong, Yeongdeungpo-gu, Seoul, 150879
Account Number: 06113126475
Swift Code: *KOEXKRSE*


US SOURCED INCOME 0%

*\* Please specify the invoice number KR01000048055 when you wire the invoice amount.*