## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11** |
| **NORTEL NETWORKS INC.,** *et al.,*[1] | : | |
| | : | **Case No. 09-10138 (KG)** |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND
### REQUEST REMOVAL FROM SERVICE LISTS

PLEASE TAKE NOTICE that Ashely M. Chan, Esquire of Hangley Aronchick Segal Pudlin & Schiller hereby withdraws her appearance as counsel for the City of Philadelphia in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that Ashely M. Chan, Esquire hereby requests that she be removed from all mailing and ECF notice lists.

Respectfully submitted,

Dated:  March 2, 2012

By: ___/s/ Ashely M. Chan_____
    Ashely M. Chan
    HANGLEY ARONCHICK SEGAL
    PUDLIN  & SCHILLER
    One Logan Square, 27th Floor
    Philadelphia, PA 19103
    (215) 568-6200 (phone)
    (215) 568-0300 (fax)
    e-mail: achan@hangley.com

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International In. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation  (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addressed for the Debtors can be found in the Debtors' petitions which are available at http://chapter11.epiqsystems.com/Nortel.

*Attorney for The City of Philadelphia*