# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: **Nortel Networks Inc., ET AL.,**                    Case No. **09-10138**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS II, LLC**<br>Name of Transferee | **FUTURE TELECOM INC**<br>Name of Transferor |

Name and Address where notices to transferee should be sent:

**SONAR CREDIT PARTNERS II, LLC**
**200 BUSINESS PARK DRIVE, SUITE 201**
**ARMONK, NY 10504**

Phone: **(914) 730-1005**
Last Four Digits of Acct #: **N/A**

Court Claim # (if known): N/A
Amount of Claim: **$2,208.30**
Date Claim Filed: N/A

Phone: **N/A**
Last Four Digits of Acct. #: **N/A**

Name and Address where transferee payments should be sent (if different from above):

Name and Current Address of Transferor:

FUTURE TELECOM INC
PO BOX 852728
MESQUITE, TX 75181

Phone: **N/A**
Last Four Digits of Acct #: **N/A**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By:  /s/Michael Goldberg                                 Date: **3/5/2012**
        Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court ("Bankruptcy Court")
      District of Delaware
      Attn: Clerk

AND TO:   Nortel Networks Inc.("Debtor"), Case No. 09-10138)

Schedule # (if known): 100497790

**FUTURE TELECOM INC**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **SONAR CREDIT PARTNERS II, LLC**
> 200 Business Park Drive
> Suite 201
> Armonk, NY 10504
> Attn: Michael Goldberg
> Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$2,208.30** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 28, 2012.

**ASSIGNOR:** Future Telecom

Signature: _____
Name: Donald Riggs
Title: President
Date: 2/28/12

**ASSIGNEE:** Sonar Credit Partners II, LLC
By: Sonar Asset Management Group, Inc.
Its Managing Member

Signature: _____
Name: Michael Goldberg
Title: President
Date: 3/5/12

Claim Question? Call: 646 282 2400    Technical Support Question? Call: 800 794 4430

Guest | Sign In

**NORTEL**

Nortel Networks Inc.

Change Client

Client Home | Claims | Docket | Key Documents

Home > Search Claims

Bookmark this Page

## Search Claims

Criteria

| Claim Number | Creditor Name | Scope |
|---|---|---|
| | Name Starts With | Claims and Schedules |

| Schedule Number | Amount | |
|---|---|---|
| 100497790 | Total Claim Value | Equals |

Docket Number     Claim Date Range
                  [ ] to [ ]

Debtor

Order By: Creditor Name                Results Per Page: 25

Reset  Search

Results
Expand All

[1] Page 1 of 1 - 01 total items

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| | 100497790 | FUTURE TELECOM INC<br>PO BOX 852728<br>MESQUITE, TX 75181<br><br>Debtor: 09-10138 Nortel Networks Inc. | Scheduled Unsecured: | $2,208.30<br>$2,208.30 | No Image |

[1] Page 1 of 1 - 01 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.

In re  NORTEL NETWORKS INC.   Case No. 09-10138
            Debtor                                             (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 392740 | | | | | | | |
| FURUKAWA AMERICA INC 200 WESTPARK DRIVE PEACHTREE CITY, GA 30269-1447 | | | TRADE PAYABLE | | | | $168,300.00 |
| ACCOUNT NO. | | | | | | | |
| FUSHIN YEN 3276 GREEN COURT PLANO, TX 75023 | | | RESTORATION PLAN | X | X | | UNKNOWN |
| ACCOUNT NO. 388078 | | | | | | | |
| FUTURE TELECOM INC PO BOX 852728 MESQUITE, TX 75181 | | | TRADE PAYABLE | | | | $2,208.30 |
| ACCOUNT NO. 467351 | | | | | | | |
| FUTURESIGHT PIER INC 335 APPLEBROOK DR CHAGRIN FALLS, OH 44022-2529 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. | | | | | | | |
| G MARK LANGFORD 5128 SKY LAKE DR PLANO, TX 75093 | | | RESTORATION PLAN | X | X | | UNKNOWN |
| ACCOUNT NO. | | | | | | | |
| GABRIAN DAHLSTROM 17338 187TH PL SE RENTON, WA 98058 | | | LTIP RESTORATION PLAN | X | X | | $2,633.17 |
| ACCOUNT NO. 454085 | | | | | | | |
| GAIL & RICE INC 21301 CIVIC CENTER DRIVE SOUTHFIELD, MI 48076 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. | | | | | | | |
| GAIL G ANDERSON D/B/A WILLARD T ANDERSON PROPERTIES ALBANY, NY 12205 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. 116044 | | | | | | | |
| GALASSO TRUCKING INC 2 GALASSO PLACE MASPETH, NY 11378 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. | | | | | | | |
| GAMBRO HEALTHCARE IN DEPT AT 4999 ATLANTA, GA 31192 | | | TRADE PAYABLE | X | X | X | UNKNOWN |

Sheet no. 116 of 527 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal  $173,141.47