# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*, [1] <br><br>　　　　　　　　Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks Inc. v. Asteelflash California, Inc. | Adv. Pro. No. 10-53166 |

## STATUS REPORT ON AVOIDANCE ACTIONS
## ASSIGNED TO THE HONORABLE KEVIN GROSS, CHIEF JUDGE

　　　　　　　In accordance with the Court's Chambers' Procedures and the Scheduling Order dated January 21, 2011 entered with respect to the above-captioned adversary proceeding, plaintiffs Nortel Networks Inc. and Nortel Networks (CALA), Inc., by and through their counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submits the following status report with respect to the above-captioned adversary proceedings.

　　　　　　　　　　　　　　　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP

　　　　　　　　　　　　　　　　　　James L. Bromley (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　Lisa M. Schweitzer (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　Neil P. Forrest (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　Nora K. Abularach (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　One Liberty Plaza
　　　　　　　　　　　　　　　　　　New York, New York 10006
　　　　　　　　　　　　　　　　　　Telephone:  (212) 225-2000
　　　　　　　　　　　　　　　　　　Facsimile:  (212) 225-3999

　　　　　　　　　　　　　　　　　　　　　　- and -

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Chad A. Fights*
                Donna L. Culver (No. 2983)
                Derek C. Abbott (No. 3376)
                Chad Fights (No. 5006)
                1201 North Market Street, 18th Floor
                P.O. Box 1347
                Wilmington, DE  19899-1347
                Telephone:  (302) 658-9200
                Facsimile:  (302) 425-4663

                *Counsel for the Debtors and*
                *Debtors in Possession*

Dated:  March 5, 2012
Wilmington, Delaware

## STATUS E

### RESOLVED/SETTLED:  MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
| --- | --- | --- |
| 10-53166 | Asteelflash California, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, a motion pursuant to Bankruptcy Rule 9019(b) will be filed in connection with this proposed settlement. |