**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------X
:
In re                                                                          :        Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                                   :        Case No. 09-10138 (KG)
:
      Debtors.                                                             :        Jointly Administered
:
-----------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 8, 2012 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**UNCONTESTED MATTERS GOING FORWARD**

1.   Debtors' Twenty-First Omnibus Objection (Substantive) to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Reclassify Claims) (D.I. 7182, Filed 2/7/12).

     Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for Hain Capital Holdings, LLC, Pangaia Partners, LLC and Terremark Worldwide to March 8, 2012 at 4:00 p.m. (ET).

     Response Received:

     (a)   Informal Response of Hain Capital Holdings, LLC Regarding Claim No. 3470;

     (b)   Informal Response of Pangaia Partners, LLC Regarding Claim No. 5355; and

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).    Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

    (c)    Informal Response of Terremark Worldwide Regarding Claim No. 3909.

Related Pleading:  None.

Status: The hearing on the Objections with respect to Claim No. 3470 held by Hain Capital Holdings, LLC, Claim No. 3909 filed by Terremark Worldwide, and Claim No. 5355 filed by Pangaia Partners, LLC are continued to the hearing scheduled for March 22, 2012 at 10:00 a.m. (ET).  The hearing on this matter is going forward with respect to all claims included in the objection to which a response was not received.  The Debtors intend to present a revised form of order at the hearing.

2. Debtors' Motion for Entry of an Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7185, Filed 2/7/12).

    Objection Deadline:  February 23, 2012 at 4:00 p.m. (ET).  Extended for ASM Capital, JMock & Co., S.A. and Terremark Worldwide to March 8, 2012 at 4:00 p.m. (ET).

    Response Received:

    (a)    Informal Response of ASM Capital Regarding Claim No. 7819;

    (b)    Informal Response of JMock & Co., S.A. Regarding Claim No. 2846; and

    (c)    Informal Response of Terremark Worldwide Regarding Claim No. 3909.

    Related Pleading:  None.

    Status: The hearing on the Motion with respect to Claim No. 2846 filed by JMock & Co., S.A., Claim No. 3909 filed by Terremark Worldwide, Claim No. 5326 filed by Barnes & Thornburg LLP, and Claim No. 7819 held by ASM Capital are continued to the hearing scheduled for March 22, 2012 at 10:00 a.m. (ET).  The hearing on this matter is going forward with respect to all claims included in the motion to which a response was not received.  The Debtors intend to present a revised form of order at the hearing.

**CONTESTED MATTER**

3. Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7183, Filed 2/7/12).

    Objection Deadline:  February 23, 2012 at 4:00 p.m. (ET).  Extended for ASM Capital, Pangaia Partners, LLC, Terremark Worldwide, United States Debt Recovery IIA, LLC, United States Debt Recovery V, LP, United States Debt Recovery VIII, LP and Xeta Technologies, Inc. to March 8, 2012 at 4:00 p.m. (ET).  Extended for Coface North

America Insurance Company, Jaco Electronics, Inc. and Monarch Master Funding LTD to April 4, 2012 at 4:00 p.m. (ET).

Response Received:

(a)   Dell Marketing, L.P.'s Response to Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7236, Filed 2/21/12);

(b)   Response to Debtors' Objection to Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims). Filed by Telefonica International, S.A.U. (D.I. 7244, Filed 2/22/12);

(c)   Response to Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims. Filed by Kelly Services (D.I. 7245, Filed 2/21/12);

(d)   Response of Long Island Lighting Company, d/b/a LIPA, in Opposition to the Debtor's Twenty-Second Omnibus Objection to Certain Proofs of Claim (D.I. 7246, Filed 2/22/12);

(e)   Barnes & Thornburg's Response to Debtors' Objection to Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7252, Filed 2/23/12);

(f)   Objection to Debtors Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims Filed by JMock & Co., S.A. (D.I. 7268, Filed 2/23/12);

(g)   Informal Response of ASM Capital Regarding Claim Nos. 5951 and 7819;

(h)   Informal Response of Coface North America Insurance Company, Jaco Electronics, Inc., and Monarch Master Funding LTD Regarding Claim Nos. 392, 6820, and 7076;

(i)   Informal Response of Pangaia Partners, LLC Regarding Claim No 5355;

(j) Informal Response of Terremark Worldwide Regarding Claim No. 3909;

(k) Informal Response of United States Debt Recovery IIA, LLC Regarding Claim No. 1472.01;

(l) Informal Response of United States Debt Recovery V, LP Regarding Claim No. 1472;

(m) Informal Response of United States Debt Recovery VIII, LP Regarding Claim No. 1472.03; and

(n) Informal Response of Xeta Technologies, Inc. Regarding Claim No. 7222.

Related Pleading:  None.

Status: The hearing has been adjourned with respect to response (b) above to the omnibus hearing scheduled in these cases for the April 2, 2012 at 10:00 a.m. (ET), with respect to response (h) above to the omnibus hearing scheduled in these cases for April 18, 2012 at 10:00 a.m. (ET), and with respect to responses (c), (d), (e), (f), (g), (i), (j), (k), (l), (m) and (n) above to the omnibus hearing scheduled in these cases for March 22, 2012 at 10:00 a.m. (ET).  The Objection has been resolved with respect to response (a) above.  The hearing on this matter will go forward with respect to all other claims included in the objection to which a response was not received.  The Debtors intend to present a revised form of order at the hearing.

Dated:  March 6, 2012
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-3505
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Chad A. Fights*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801

Telephone: (302) 658-9200
Facsimile: (302) 658-3989

- and -

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Raymond H. Lemisch, Esq. (No. 4204)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012

*Counsel for the Debtors
and Debtors-in-Possession*