# CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on March 8, 2012 at 10:00 a.m. (Eastern Time)** was caused to be made on March 6, 2012, in the manner indicated upon the parties identified below and on the attached service list.

Dated: March 6, 2012

                                                                              */s/ Chad A. Fights*
                                                                              Chad A. Fights (No. 5006)

**Via Fax**

Hain Capital Holdings, LLC
301 Route 17, 7TH Floor
ATTN: Ganna Liberchuk
Rutherford, NJ 07070
Fax: 201-896-6102

Pangaia Partners, LLC
Attn: Managing Partner
80 Route 4 East, Suite 290
Paramus, NJ 07652
Fax: 201-712-5540

Sabrina Steusand
Streusand, London & Ozburn, LLP
811 Barton Springs Rd.
Austin, TX 78704
Fax: 512-236-9904
(Counsel for Dell Marketing, L.P.)

Harold Moorefield
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON
150 West Flagler Street
Miami, Florida 33130
Fax: 305-789-3395
(Counsel for TELEFONICA INTERNACIONAL)

CULLEN AND DYKMAN LLP
Elisa M. Pugliese
177 Montague Street
Brooklyn, New York 11201
Fax: 718-935-1304
(Counsel for Long Island Lighting)

David M. Powlen
E. Rebecca Workman
BARNES & THORNBURG LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Fax: 302-888-0246

Deborah L. Thorne
Kevin C. Driscoll, Jr.
BARNES & THORNBURG
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606-2809
Fax: 312-759-5646

J Mock & Co SA
No 15A Jardines De Alma Rosa
Santo Domingo
Dominican Republic
Fax: 809-699-0429

3790723.15

**Via Overnight Mail**

Terremark Worldwide
Diane Katsulis
222 W. Las Colinas Blvd
Irving, TX 75039

ASM Capital
ATTN: ADAM MOSKOWITZ
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

Kelly Services
Rhonda Holaway
999 W Big Beaver
Troy, Michigan 48084

Coface North America Insurance Co.
Attn: Managing Partner
50 Millstone Rd.., BLDG. 100, STE 360
East Windsor, NJ 08520

Monarch Master Funding LTD
Attn: Managing Partner
535 Madison Ave.
New York, NY 10022

United States Debt Recovery IIA, LP
TRANSFEROR: US DEBT RECOVERY V, LP
Nathan E Jones
940 Southwood Blvd., Ste 101
Incline Village, NV 89451

United States Debt Recovery V, LP
TRANSFEROR: GN CLAIM SUB, LLC
Nathan E Jones
940 Southwood Blvd., Ste 101
Incline Village, NV 89451

Xeta Technologies, Inc.
Attn: Managing Partner
814 W. Tacoma St.
Broken Arrow, OK 74012