STEVEN RUFF

7469 ASJHLEY DRIVE

WARRENTON, VA 20187

THE OFFICE OF THE CLERK

THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

824 MARKET STREET,

WILMINGTON, DELAWARE 19801

3/1/2012

**SUBJECT:** CASE 09-10138 (KG)

IN ACCORDANCE TO NORTEL NETWORKS INC BANKRUPTCY PROCEDINGS, CASE 09-10138 (KG) RECENT FILING "NOTICE TO DEBTORS' TWENTY-FIFTH OMNIBUS OBJECT" PLEASE BE ADVISED THAT I HEREBY OBJECT.

**TITLE:** NOTICE OF DEBTORS' TWENTY-FIFTH OMNIBUS OBJCTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. §§ 502, FED. R. BANKR P. 3007 AND DEL. L. R. 3007-1 (MODIFY AND ALLOW CLAIMS, RECLASSIFY AND ALLOW CLAIMS, WRONG DEBTOR CLAIMS, REDUNDANT CLAIMS, AMENDED OR SUPERSEDED CLAIMS, AO-BASIS 503(B) (9) CLAIMS AND NO-BASIS PENSION CLAIMS)

**DEBTOR'S NAME:** NORTEL NETWORSKS INC.

**CASE NUMBER:** 09-10138 (KG)

**TITLE:** OBJECTION TO

**CLAIMANT NAME:** STEVEN RUFF

**CLAIM NUMBER:** 4410

**DESCRIPTION:** RECOVER LOSS OF FULLLY ENTITLED PENSION FROM NORTEL NETOKS INC.

**BASIS:** DEBTOR MANAGEMENT KNOWINGLY AND WILLFULLY FAILED TO CONTRIBUTE TO THE "NORTEL NETWORKS INC. PENSION SERVICE PLAN" FOR MANY YEARS. THIS UNACCEPTABLE PRACTICE LIMITED THE FULL GROWTH POTENTIAL OF THE "NORTEL NETWORKS INC. PENSION SERVICE PLAN". EMPLOYEES WERE NOT MADE AWARE OF THE UNDER FUNDED PENSION FUND UNTIL THE DEBETOR FILED FOR BANKRUPTCY. DEBTOR EXECTUTIVES FAILED IN TRUTHFUL REPORTING OF FINANCIAL DATA, TO NEW YORK STOCK EXCHANGE, RESUBMITTING DATA SEVERAL TIMES, ATTEMPTING TO CONCEAL ACTUAL DATA. THIS ILLEGAL ACT SUPPORTS THE FACT THAT THE DEBTORS EXECTUTIVES NOT ONLY DEFRAUDED IT'S EMPLOYEES BUT ALSO THE GENERAL PUBLIC AND INVESTMENTS EXCHANGES. NOT KNOWING THE TRUTH, THE EMPLOYEES OF THE DEBTOR WERE LOYAL AND HARD WORKING IN ACHIEVING THE GOALS AND FOLLOWING THE RULES SET FORTH BY THE DEBTOR, WHILE THE DEBTOR AND IT'S EXECUTIVES IGNORED THE SAME SSET OF RULES. NORTEL NETWORKS INC HAD FULL AND SOLE RESPONSIBILITY TO FULLY FUND THE "NORTEL NETWORKS INC. PENSION SERVICE PLAN".

**SUPPORTING DOCUMENTATION:** NO FURTHER DOCUMENTATION TO BE SUBMITTED AT THIS TIME.

**CLAIMANT CONTACT INFORMATION:**

STEVEN RUFF

7469 ASHLEY DRIVE

WARRENTON, VA 20187

TEL: 919-931-7255

FAX NUMBER: 703-227-8821

Respectfully,

*Steven Ruff*

STEVEN RUFF

CC: FILE