# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*, [1] <br><br>      Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks Inc. v. CMGRP, Inc. d/b/a Weber Shandwick | 10-55933 |
| Nortel Networks Inc., *et al.* v. McCann-Erickson Worldwide, Inc. | 10-55937 |
| Nortel Networks Inc. v. Sourcefire, Inc. | 10-55906 |
| Nortel Networks Inc. v. Sterling Mets, L.P., *et al.* | 10-55903 |
| Nortel Networks Inc. v. TTI Team Telecom International Inc. | 10-55888 |

## STATUS REPORT ON AVOIDANCE ACTIONS
## <u>ASSIGNED TO THE HONORABLE KEVIN GROSS, CHIEF JUDGE</u>

    In accordance with the Court's Chambers' Procedures and the Scheduling Order dated March 9, 2011 entered with respect to the above-captioned adversary proceedings, plaintiffs Nortel Networks Inc. and Nortel Networks (CALA), Inc., by and through its undersigned counsel, submit the following status report with respect to the above-captioned adversary proceedings.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: March 8, 2012
Wilmington, Delaware

                                                CLEARY GOTTLIEB STEEN & HAMILTON LLP[2]

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
Nora K. Abularach (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

                - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP[3]

  */s/ Chad A. Fights*
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Chad Fights (No. 5006)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

                - and –

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP[4]

  */s/ Jennifer E. Smith*
Raymond H. Lemisch, Esquire (No. 4204)
Jennifer R. Hoover, Esquire (No. 5111)
Jennifer E. Smith, Esquire (No. 5278)

---

[2]   Cleary Gottlieb Steen & Hamilton LLP is Debtors' counsel in each of the above-captioned cases except (i) Nortel Networks Inc., *et al.* v. McCann-Erickson Worldwide, Inc., *et al.*, Adv. Pro. No. 10-55937; and (ii) Nortel Networks Inc. v. CMGRP, Inc. d/b/a Weber Shandwick, Adv. Pro. No. 10-55933.

[3]   Morris, Nichols, Arsht & Tunnell LLP is Debtors' counsel in each of the above-captioned cases except Nortel Networks Inc. v. Sourcefire, Inc., Adv. Pro. No. 10-55906.

[4]   Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch") is Debtors' counsel in Nortel Networks Inc. v. Sourcefire, Inc., Adv. Pro. No. 10-55906. Benesch is also Debtors' counsel (as to certain defendants only, which defendants have subsequently been dismissed) as set forth in the amended complaint in Nortel Networks Inc., *et al.* v. McCann-Erickson Worldwide, Inc., *et al.,* Adv. Pro. No. 10-55937.

222 Delaware Avenue, Suite 801  
Wilmington, DE 19801-7005  
(302) 442-7010 (telephone)  
(302) 442-7012 (facsimile)  
rlemisch@beneschlaw.com  
jhoover@beneschlaw.com  
jsmith@beneschlaw.com

## STATUS A

## SERVICE NOT YET COMPLETED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS B

## SERVICE COMPLETE, ANSWER DUE

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS C

## MOTION OR APPLICATION FOR DEFAULT JUDGMENT FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS D

## NOTICE OR STIPULATION OF DISMISSAL FILED OR TO BE FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55906 | Sourcefire, Inc. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors are not required to file or serve advance notice of this settlement and may consummate this settlement without further notice or order of the Bankruptcy Court. A stipulation of dismissal was filed on March 7, 2012. |

## STATUS E

## RESOLVED/SETTLED:  MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55888 | TTI Team Telecom International Inc. | Parties have reached an agreement in principle to settle this matter.  Pursuant to the Settlement Procedures Order, the Debtors will provide the Notice Parties with notice of this proposed settlement. |
| 10-55933 | CMGRP, Inc. d/b/a Weber Shandwick | Parties have reached an agreement in principle to settle this matter.  Pursuant to the Settlement Procedures Order, the Debtors will provide the Notice Parties with notice of this proposed settlement. |

## STATUS F

## DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55937 | McCann-Erickson Worldwide, Inc., et al. | Discovery will be proceeding against McCann-Erickson Worldwide, Inc. in accordance with the Amended Scheduling Order dated December 7, 2011. An amended complaint adding additional defendants was filed on April 4, 2011 and a pre-trial conference adjourned with the consent of the Court with respect to those defendants pending service on all defendants. |
| 10-55903 | Sterling Mets, L.P., *et al.* | Discovery will be proceeding in accordance with the Amended Scheduling Order dated January 20, 2012.  Defendant's responses to Plaintiff's discovery requests due March 19, 2012. Plaintiff's responses to Defendants' discovery requests due March 19, 2012. |

## STATUS G

## NOTICE OF SELECTION OF MEDIATOR FILED

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS H

## READY FOR TRIAL

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS I

## DISPOSITIVE MOTION PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS J

## STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |

## STATUS K

## APPEAL PENDING

| Adversary No. | Defendant | Status |
|---|---|---|
| None. | | |