## CERTIFICATE OF SERVICE

I, Chad A. Fights, certify that I am not less than 18 years of age, and that service of the foregoing **Status Report of Avoidance Actions Assigned to the Honorable Kevin Gross, Chief Judge** was caused to be made on March 8, 2012, in the manner indicated upon the entities identified on the attached service list.

Date: March 8, 2012
Wilmington, Delaware

*/s/ Chad A. Fights*
Chad A. Fights (No. 5006)

4219743.1