IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks (CALA) Inc. et al v. Hewlett-Packard Company et al | Adv. Pro. No. 11-50207 |

### STATUS REPORT ON AVOIDANCE ACTIONS
### ASSIGNED TO THE HONORABLE KEVIN GROSS, CHIEF JUDGE

In accordance with the Court's Chambers' Procedures and the Scheduling Orders dated July 25, 2011 entered with respect to the above-captioned adversary proceedings, plaintiff, Nortel Networks Inc., by and through its counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submits the following status report.

Dated: March 8, 2012
Wilmington, Delaware

                               MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                               */s/ Chad A. Fights*
                               Donna L. Culver (No. 2983)
                               Derek C. Abbott (No. 3376)
                               Ann C. Cordo (No. 4817)
                               Chad A. Fights (No. 5006)
                               1201 North Market Street, 18th Floor
                               P.O. Box 1347
                               Wilmington, DE  19899-1347
                               Telephone:  (302) 658-9200
                               Facsimile:  (302) 425-4663

                               *Counsel for the Debtors and Debtors in Possession*

4472172.1

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**STATUS F**

**DISCOVERY UNDERWAY**

| **Adversary No.** | **Defendant** | **Status** |
|---|---|---|
| 11-50207 | Hewlett-Packard Company, et al. | Discovery proceeding in accordance with the Amended Scheduling Order dated November 8, 2011. |