# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 ) ) Case No.: 08-45664 ) ) Judge Kevin R. Huennekens ) |
| NORTEL NETWORKS INC., *et al.*, | ) **WITHDRAWAL OF PURPORTED TRANSFER** ) **OF CLAIM UNDER** |
| Debtors. | ) **BANKRUPTCY RULE 3001(E)(1)** ) |

**PLEASE TAKE NOTICE** that United States Debt Recovery X, LP hereby withdraws the purported transfer of claim of the petition unsecured claim of JOHN MWAURA, GID number 5076533 [DOCKET #6967] against the above captioned debtor in the amount of $16,900.92 filed by the debtor and all pre-petition unsecured claims of Transferor. Transferor remains a pre-petition creditor of the debtor.

The clerk of the court is authorized to change the address and holder of this claim from Transferee, USDR below, to that of the Transferor.

United States Debt Recovery X, LP
940 Southwood BL, Suite 101
Incline Village NV 89451

Signature: _____
Nathan E. Jones, Managing Director