IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 7345 and 7349 |

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT  )
                      ) ss.:
COUNTY OF HARTFORD    )

TIM CONKLIN, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as a Case Manager by Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095 and I am not a party to the above-captioned action.

2. On March 12, 2012, I caused to be served personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), samples of which are annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Tim Conklin
Tim Conklin

Sworn to before me this
12th day of March, 2012

/s/ Karen K. Dinsmore
Karen Dinsmore
Notary Public, State of Connecticut

KAREN K. DINSMORE
NOTARY PUBLIC
MY COMMISSION... NOV. 30, 2012

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:  **Corning Incorporated**
**Attn: Theresa Garvey**
**One Museum Way**
**Corning, NY 14831**

Your claim, in the amount of **$124,867.31** has been transferred, unless previously expunged by Court Order, to:

**TRC Master Fund LLC**
**Attn: Terrel Ross**
**336 Atlantic Avenue, Suite 302**
**East Rockaway, NY 11518**

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN: BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number #7345 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By    /s/ Tim Conklin
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 12, 2012

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:   **Sikdar, Asir**
**634 Coyuga Ct**
**San Jose, CA 95123**

Your claim, in the amount of **$28,044.14** has been transferred, unless previously expunged by Court Order, to:

**Fair Harbor Capital, LLC**
**Attn: Fredric Glass**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY 10023**

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN: BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number #7349 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By   /s/ Tim Conklin
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 12, 2012

**EXHIBIT B**

Cleary Gottlieb Steen & Hamilton LLP
Attn: James Bromley
One Liberty Plaza
New York, NY 10006

Sikdar, Asir
634 Coyuga Ct
San Jose, CA 95123

Fair Harbor Capital, LLC
Attn: Fredric Glass
Ansonia Finance Station
PO Box 237037
New York, NY 10023

Corning Incorporated
Attn: Theresa Garvey
One Museum Way
Corning, NY 14831

TRC Master Fund LLC
Attn: Terrel Ross
336 Atlantic Avenue, Suite 302
East Rockaway, NY 11518