# EXHIBIT A



**McCARTER & ENGLISH**
ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Electronic Payment Instructions
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

March 5, 2012
Invoice 7774024

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---|
| **TOTAL FEES**...................................................................................... | $27,894.00 |
| **TOTAL DISBURSEMENTS**................................................................. | 2,314.33 |
| **TOTAL DUE THIS INVOICE**............................................................... | $30,208.33 |
| **AMOUNT OUTSTANDING FROM PRIOR INVOICES** | $63,664.57 |
| **TOTAL AMOUNT DUE AS OF THIS INVOICE** | $93,872.90 |

Please include this page with your remittance. Thank you.



**McCARTER & ENGLISH**
ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Electronic Payment Instructions
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

Page 1
March 5, 2012
Invoice 7774024

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---:|
| **TOTAL FEES**........................................................................................ | $27,894.00 |
| **TOTAL DISBURSEMENTS**.................................................................. | 2,314.33 |
| **TOTAL DUE THIS INVOICE**............................................................... | $30,208.33 |
| **AMOUNT OUTSTANDING FROM PRIOR INVOICES** | $63,664.57 |
| **TOTAL AMOUNT DUE AS OF THIS INVOICE** | $93,872.90 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

Professional Services Recorded Through 02/29/2012

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 01/31/12 | EXAMINE AND ANALYZE NOTICE OF CHANGED OMNIBUS HEARING DATE FOR CASE AND UPDATE COUNSEL RE SAME. | 02718/WFT | 0.30 |
| 01/31/12 | CORRESPOND WITH THE DEBTOR RE TOGUT MONTHLY FEE ESTIMATES FOR BUDGETING PURPOSES. | 02718/WFT | 0.30 |
| 02/01/12 | REVIEW OF CLEARY'S RESPONSE TO REQUEST FOR MORE DOCUMENTATION; CONSIDERATION OF ISSUES WITH RESPECT TO THE NON-COMPLIANCE WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 02/01/12 | CONSIDERATIONS WITH RESPECT TO ELEMENTS FOR INCLUSION IN RETIREE VEBA SUMMARY TERM SHEET. | 03651/KAB | 1.50 |
| 02/02/12 | OFFICE CONFERENCE REGARDING ISSUES RELATED TO THE CASE LAW INVOLVING THE TERMINATION OF THE RETIREE MEDICAL BENEFITS. | 00952/MAD | 0.50 |
| 02/02/12 | REVIEW AND ANALYSIS OF CASE LAW AND MEMORANDUM ON RETIREE RECOURSE IF A BENEFIT PLAN IS TERMINATED OUTSIDE OF BANKRUPTCY. | 02718/WFT | 1.30 |
| 02/02/12 | DRAFT, REVISE AND PREPARE BASIC 5TH MONTHLY FEE APPLICATION OF MCCARTER AND ENGLISH. | 02718/WFT | 1.20 |
| 02/03/12 | CONTINUED REVIEW OF THE TERM SHEET PROVIDED BY NORTEL IN CONNECTION WITH THE UPCOMING MEETING AND PREPARATION FOR THE SAME; CONSIDERATION OF LEGAL ISSUES RELATED TO SAME. | 00952/MAD | 0.70 |
| 02/05/12 | FURTHER REVIEW OF THE "TERM SHEET" PREPARED BY CLEARY; CONSIDERATION OF LEGAL ISSUES REGARDING ALTERNATIVE RESPONSES; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE HEALTH CARE | 00952/MAD | 1.00 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | TAX CREDIT AND THE USE OF THE VEBA; REVIEW OF THE SHORTEN TIME FRAME TO SUBMIT CLAIMS UNDER THE CLEARY TERM SHEET; CONSIDERATION OF LEGAL ISSUES REGARDING THE TERMS OF THE SPD. | | |
| 02/06/12 | REVIEW AND REVISE FIRST DRAFT (WITH ALL BACK UP) FOR THE 5TH M&E FEE APPLICATION. | 02718/WFT | 1.50 |
| 02/06/12 | REVISE AND FINALIZE M&E 5TH FEE APPLICATION. | 02718/WFT | 0.50 |
| 02/06/12 | DRAFTING SUMMARY OF MATERIAL TERMS RELATING TO RETIREE MEDICAL VEBA AND CONSIDERATIONS REGARDING THE SAME. | 03651/KAB | 4.00 |
| 02/07/12 | CONSIDERATION OF STATUS OF VEBA TERMS AND DATA FROM A&M IN PREPARATION FOR UPCOMING CALL/MEETING. | 00952/MAD | 0.30 |
| 02/07/12 | EXAMINE AND ANALYZE, DRAFT, REVISE AND FINALIZE THE AMENDED 5TH MONTHLY FEE APPLICATION OF M&E AND APPROVE SAME. FOR FILING AN SERVICE. | 02718/WFT | 0.80 |
| 02/07/12 | REVISE AND ELECTRONICALLY FILE MCCARTER & ENGLISH FIFTH MONTHLY FEE APPLICATION; PREPARE SERVICE OF SAME; | 04990/JFS | 0.80 |
| 02/07/12 | PREPARE CERTIFICATE OF NO OBJECTION REGARDING MCCARTER & ENGLISH FOURTH MONTHLY FEE APPLICATION; | 04990/JFS | 0.40 |
| 02/07/12 | REVIEW DOCUMENTS PREVIOUSLY PRODUCED AND RELATED EMAILS; UPDATE INTERNAL INDEX OF PRIOR DOCUMENT PRODUCTIONS | 02949/JAS | 0.80 |
| 02/07/12 | RESEARCH TO OBTAIN INFORMATION ABOUT THE DELPHI SALARIED RETIREES ASSOCIATION BENEFIT TRUST AGREEMENT. | 00216/JJG | 0.30 |
| 02/08/12 | PARTICIPATING IN THE WEEKLY CALL WITH MEMBERS OF THE 1114 COMMITTEE DISCUSSING VARIOUS ISSUES RELATED TO THE UPCOMING MEETING AT CLEARY DISCUSSING ISSUES RELATED TO THE TERM SHEET; CONSIDERATION OF LEGAL ISSUES REGARDING QUESTIONS WITH RESPECT TO THE CLEARY | 00952/MAD | 0.70 |

121032 OFFICIAL COMMITTEE OF 1114 RETIREES
00001 NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | TERM SHEET AND THE ORIGINAL PROPOSAL BY AETNA. | | |
| 02/08/12 | REVIEW, REVISE AND FILING FOR FILING THE CNO PAPERS FOR THE M&E 4TH MONTHLY APPLICATION. | 02718/WFT | 0.30 |
| 02/08/12 | EXAMINE AND ANALYZE AGENDA FOR 2/9/12 HEARING AND CORRESPOND WITH COUNSEL RE ATTENDANCE AT SAME. | 02718/WFT | 0.30 |
| 02/08/12 | FURTHER DRAFTING OF SUMMARY OF MATERIAL TERMS FOR RETIREE MEDICAL VEBA. | 03651/KAB | 2.20 |
| 02/08/12 | REVISE AND ELECTRONICALLY FILE MCCARTER & ENGLISH CNO REGARDING FOURTH MONTHLY FEE APPLICATION; PREPARE SERVICE OF SAME; | 04990/JFS | 0.60 |
| 02/08/12 | CONFER WITH COUNSEL REGARDING FILING OF PROFESSIONALS FEE APPLICATIONS; | 04990/JFS | 0.20 |
| 02/08/12 | CONTINUE TO UPDATE INTERNAL INDEX OF PRIOR DOCUMENT PRODUCTIONS AND DOCS PROVIDED BY TOGUT FIRM; REVIEW E-FILES FOR EMAILS/LETTERS/MATERIALS RELATED TO PRIOR DOCUMENT PRODUCTIONS; EMAILS TO P. KILLIAN & JANE KIMBALL; PRINT-OUT ADDITIONAL DOCUMENTS PRODUCED FOR CASE FILES | 02949/JAS | 2.00 |
| 02/09/12 | REVIEW OF EMAIL COMMUNICATION FROM BRIAN MOORE REGARDING TOPICS AND QUESTIONS TO BE ADDRESSED AT THE UPCOMING MEETING OF THE RETIREES; CONSIDERATION OF ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 02/09/12 | CORRESPONDENCE TO AND FROM DEBTORS RE REVISED FEE APPLICATION PROCEDURES. | 02718/WFT | 0.30 |
| 02/09/12 | REVIEW, REVISE AND FINALIZE SECOND QUARTERLY APPLICATION OF M&E. | 02718/WFT | 0.50 |
| 02/09/12 | MANAGE AND RESEARCH MONTHLY AND QUARTERLY FEE APPLICATION DEADLINES IN ORDER TO ADVICE ALVEREZ AS TO TIMING ISSUES FOR FILING OF THESE MOTIONS (AS REQUESTED BY ALVEREZ). | 02718/WFT | 0.60 |

121032 OFFICIAL COMMITTEE OF 1114 RETIREES
00001 NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 02/09/12 | FURTHER DRAFTING OF SUMMARY OF MATERIAL TERMS FOR RETIREE MEDICAL VEBA, AND CONSIDERATIONS WITH RESPECT THERETO. | 03651/KAB | 1.60 |
| 02/09/12 | PREPARE MCCARTER & ENGLISH SECOND QUARTERLY FEE APPLICATION; | 04990/JFS | 0.80 |
| 02/09/12 | REVISE INTERNAL INDEX OF PRIOR DOCUMENT PRODUCTIONS AND DOCS PROVIDED BY TOGUT FIRM | 02949/JAS | 0.30 |
| 02/09/12 | FURTHER RESEARCH IN CONNECTION WITH THE DELPHI SALARIED RETIREES ASSOCIATION BENEFIT TRUST AGREEMENT; RESEARCH TO OBTAIN INFORMATION ABOUT THE STIPULATED AND AGREED ORDER BETWEEN DANA CORPORATION AND THE OFFICIAL COMMITTEE OF NON-UNION RETIREES. | 00216/JJG | 0.30 |
| 02/10/12 | REVISE AND ELECTRONICALLY FILE MCCARTER & ENGLISH SECOND QUARTERLY FEE APPLICATION; PREPARE SERVICE OF SAME; | 04990/JFS | 0.80 |
| 02/10/12 | FURTHER RESEARCH IN CONNECTION WITH THE STIPULATION AND AGREED ORDER BETWEEN DANA CORPORATION AND THE OFFICIAL COMMITTEE OF NON-UNION RETIREES. | 00216/JJG | 0.20 |
| 02/13/12 | COMMUNICATING WITH NEIL BERGER REGARDING THE TOPICS FOR THE UPCOMING MEETING; REVIEW OF THE SAME. | 00952/MAD | 0.50 |
| 02/13/12 | TELEPHONE CALL WITH RON WINTER REGARDING STRATEGIES IN CONNECTION WITH THE VEBA AND THE CALCULATION OF THE AMOUNT THAT WILL BE PROVIDED BY THE DEBTORS WITH RESPECT TO FUTURE RETIREE HEALTH INSURANCE COST; CONSIDERATION OF ISSUES RELATED TO SAME. | 00952/MAD | 0.30 |
| 02/13/12 | COMMUNICATING WITH BRIAN MOORE REGARDING THE UPCOMING RETIREE COMMITTEE MEETING; REVIEW OF THE STATUS OF THE VEBA TERM SHEET TO THE EXTENT A VEBA WILL BE USED IN CONNECTION WITH THE SETTLEMENT. | 00952/MAD | 0.50 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 02/13/12 | FURTHER DRAFTING OF VEBA TERM SHEET AND LEGAL RESEARCH IN CONNECTION THEREWITH. | 03651/KAB | 2.00 |
| 02/13/12 | LEGAL RESEARCH IN CONNECTION WITH THE HEALTH COVERAGE TAX CREDIT, AS IT APPLIES TO VEBAS. | 03651/KAB | 1.30 |
| 02/14/12 | PARTICIPATING IN A LENGTHY CONFERENCE CALL WITH NEIL BERGER, BRIAN MOORE AND RON WINTERS DISCUSSING VARIOUS ISSUES RELATED TO THE UPCOMING COMMITTEE MEETING AND STRATEGIES WITH RESPECT TO THE DISCUSSION REGARDING THE TERM SHEET WITH CLEARY IN THE UPCOMING WEEK. | 00952/MAD | 1.00 |
| 02/14/12 | CONFERRING WITH RON WINTERS REGARDING VEBA ADMINISTRATION RELATED ISSUES AND FORM OF STRUCTURE REGARDING THE VEBA. | 00952/MAD | 0.20 |
| 02/14/12 | CONFER WITH COUNSEL REGARDING DOCKET ENTRY AND TRANSCRIPT RELATED TO "HEARING HELD ON JANUARY 18, 2012" | 04990/JFS | 0.40 |
| 02/15/12 | PARTICIPATING IN THE CONFERENCE CALL WITH THE RETIREE COMMITTEE. | 00952/MAD | 0.70 |
| 02/15/12 | PARTICIPATING IN FOLLOW UP CONFERENCE CALL WITH NEIL BERGER, BRIAN MOORE, RON WINTERS DISCUSSING STRATEGY WITH RESPECT TO UPCOMING MEETING WITH THE DEBTOR; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE QUESTIONS RAISED BY THE COMMITTEE MEMBERS. | 00952/MAD | 0.50 |
| 02/16/12 | REVIEW OF EMAIL COMMUNICATION REGARDING WHETHER THE SETTLEMENT DOLLARS WOULD COVER ONLY THOSE WHO ARE CURRENTLY ELIGIBLE; REVIEW OF EMAIL COMMUNICATION FROM RON WINTERS REGARDING QUESTIONS WITH RESPECT TO THE NORTEL PRESENTATION; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.30 |
| 02/16/12 | REVIEW OF EMAIL COMMUNICATION FROM NEIL BERGER REGARDING WHETHER U.S. DISABLED FORMER EMPLOYEES WAS FUNDED BY A VEBA TRUST; REVIEW OF THE SUMMARY PLAN DESCRIPTION REGARDING THE VEBA; | 00952/MAD | 0.80 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
|  | CONFERRING WITH NEIL BERGER REGARDING THE SAME. |  |  |
| 02/16/12 | REVIEW OF EMAIL COMMUNICATION FROM BRIAN MOORE REGARDING BOTH THE ASSUMPTION USED IN THE OCTOBER 6TH AETNA PRESENTATION AND WHETHER SUCH COVERAGE UNDER THE AETNA PROPOSAL WOULD APPLY TO ALL EMPLOYEES OR JUST RETIREES; CONSIDERATION OF LEGAL ISSUES REGARDING THE SAME. | 00952/MAD | 0.50 |
| 02/16/12 | REVIEW OF EMAIL COMMUNICATION FROM NEIL BERGER REGARDING FORM OF LETTER TO LISA SCHWEITZER AT NORTEL; PREPARATION OF EMAIL COMMUNICATION WITH COMMENTS; CONFERRING WITH NEIL WITH RESPECT TO THE SAME. | 00952/MAD | 0.70 |
| 02/16/12 | EXAMINE AND ANALYZE TOGUT'S REVISED 4TH MONTHLY AND EDIT AND FINALIZE SAME FOR FILING. | 02718/WFT | 0.50 |
| 02/16/12 | REVIEW AND REVISE THE TOGUT 4TH MONTHLY CONCERNING PROBLEMS WITH THE DRAFT PROVIDED BY THE TOGUT FIRM. | 02718/WFT | 0.50 |
| 02/16/12 | REVIEWING TRUST DOCUMENTS TO DETERMINE WHETHER VEBA WAS ESTABLISHED; OFFICE CONSIDERATION REGARDING SAME. | 04872/PAK | 1.00 |
| 02/16/12 | REVISE AND ELECTRONICALLY FILE FOURTH MONTHLY FEE APPLICATIONS OF TOGUT SEGAL & SEGAL; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.60 |
| 02/16/12 | CONFER W/ P. KILLIAN ON UPDATED CHART OF CLEARY PRODUCED DOCUMENTS | 02949/JAS | 0.40 |
| 02/17/12 | REVIEW OF EMAIL COMMUNICATION FROM DOUG GREER FORWARDING A&M'S PRESENTATION TO THE NORTEL COMMITTEE REGARDING THE RETIREE BENEFIT LIABILITY (CONSISTING OF A COMPARISON OF THE A&M AND THE MERCER ESTIMATES) AND COMMENCE REVIEW OF THE SAME. | 00952/MAD | 0.80 |
| 02/17/12 | EXAMINE AND ANALYZE THE A&M SECOND MONTHLY FEE APPLICATION PROVIDED BY A&M | 02718/WFT | 0.30 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | FOR CONSIDERATION AND COMMENT. | | |
| 02/17/12 | EXAMINE AND ANALYZE THE A&M FOURTH MONTHLY FEE APPLICATION PROVIDED BY A&M FOR CONSIDERATION AND COMMENT. | 02718/WFT | 0.30 |
| 02/17/12 | CORRESPOND WITH A&M AND RETIREE AND LTD COMMITTEE COUNSEL ON THE VARIOUS A&M MONTHLY FEE APPLICATIONS. | 02718/WFT | 0.30 |
| 02/17/12 | FURTHER CORRESPONDENCE FROM A&M TO RETIREE AND LTD COMMITTEE COUNSEL ON THE VARIOUS A&M MONTHLY FEE APPLICATIONS. | 02718/WFT | 0.30 |
| 02/17/12 | CONTINUED AND FURTHER CORRESPONDENCE FROM RETIREE AND LTD COMMITTEE COUNSEL ON THE VARIOUS A&M MONTHLY FEE APPLICATIONS. | 02718/WFT | 0.30 |
| 02/17/12 | EXAMINE AND ANALYZE THE A&M THIRD MONTHLY FEE APPLICATION PROVIDED BY A&M FOR CONSIDERATION AND COMMENT. | 02718/WFT | 0.30 |
| 02/17/12 | PREPARE CNO REGARDING TSS FIRST QUARTERLY FEE APPLICATION; | 04990/JFS | 0.40 |
| 02/17/12 | PREPARE CNO REGARDING TSS SECOND MONTHLY FEE APPLICATION; | 04990/JFS | 0.40 |
| 02/17/12 | PREPARE CNO REGARDING TSS FIRST MONTHLY FEE APPLICATION; | 04990/JFS | 0.40 |
| 02/17/12 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING FOURTH MONTHLY FEE APPLICATIONS OF TOGUT SEGAL & SEGAL; | 04990/JFS | 0.30 |
| 02/17/12 | PREPARE CNO REGARDING TSS THIRD MONTHLY FEE APPLICATION; | 04990/JFS | 0.40 |
| 02/19/12 | REVIEW OF THE MERCER PROPOSAL AND THE QUESTIONS PRESENTED BY THE RETIREE COMMITTEE IN ANTICIPATION OF THE UPCOMING MEETING; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 1.00 |
| 02/20/12 | CONTINUED REVIEW OF THE AETNA PROPOSAL FROM THE OCTOBER 6TH MEETING; | 00952/MAD | 0.80 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
|  | CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. |  |  |
| 02/22/12 | REVIEW OF THE A&M REPORT REGARDING THE LIABILITY CALCULATIONS AND THE COMPARISON OF THE AETNA PROPOSAL AND THE NORTEL BENEFITS; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 1.00 |
| 02/22/12 | PARTICIPATING IN THE COMMITTEE MEETING DISCUSSING THE UPCOMING MEETING WITH CLEARY AND OTHER RELATED ISSUES. | 00952/MAD | 0.70 |
| 02/22/12 | REVIEW OF EMAIL COMMUNICATION FROM RON WINTERS REGARDING THE FEBRUARY 27TH MEETING TOPICS; CONSIDERATION OF ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 02/23/12 | CONFER WITH COUNSEL REGARDING CNOS FOR FEE APPLICATIONS; FORWARD DRAFTS OF SAME; | 04990/JFS | 0.40 |
| 02/24/12 | REVIEW OF EMAIL COMMUNICATION FROM NEIL BERGER REGARDING RESPONSES BY AETNA IN RESPONSE TO THE QUESTIONS RAISED BY THE 1114 COMMITTEE AND CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 02/24/12 | EXAMINE AND ANALYZE, FINALIZE AND APPROVE TSS 1ST QUARTERLY FEE APPLICATION CNO. | 02718/WFT | 0.30 |
| 02/24/12 | EXAMINE AND ANALYZE, FINALIZE AND APPROVE TSS 2ND MONTHLY FEE APPLICATION CNO. | 02718/WFT | 0.30 |
| 02/24/12 | EXAMINE AND ANALYZE, FINALIZE AND APPROVE TSS 3RD MONTHLY FEE APPLICATION CNO. | 02718/WFT | 0.30 |
| 02/24/12 | CORRESPOND WITH ALL COUNSEL ON POSSIBLE ISSUES WITH THE TSS 1ST QUARTERLY FEE APPLICATION CNO. | 02718/WFT | 0.30 |
| 02/24/12 | EXAMINE AND ANALYZE, FINALIZE AND APPROVE TSS 1ST MONTHLY FEE APPLICATION CNO. | 02718/WFT | 0.30 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
| --- | --- | --- | --- |
| 02/24/12 | REVISE AND ELECTRONICALLY FILE CNO REGARDING TSS FIRST MONTHLY FEE APPLICATION; PREPARE SERVICE OF SAME; | 04990/JFS | 0.30 |
| 02/24/12 | REVISE AND ELECTRONICALLY FILE CNO REGARDING TSS FIRST QUARTERLY FEE APPLICATION; PREPARE SERVICE OF SAME; | 04990/JFS | 0.30 |
| 02/24/12 | REVISE AND ELECTRONICALLY FILE CNO REGARDING TSS THIRD MONTHLY FEE APPLICATION; PREPARE SERVICE OF SAME; | 04990/JFS | 0.30 |
| 02/24/12 | REVISE AND ELECTRONICALLY FILE CNO REGARDING TSS SECOND MONTHLY FEE APPLICATION; PREPARE SERVICE OF SAME; | 04990/JFS | 0.40 |
| 02/25/12 | REVIEWING THE A&M PRESENTATION AND ANALYSIS AND ACTUARIAL REVIEWS, THE TOPICS FOR DISCUSSION AND AETNA'S RESPONSES TO INQUIRIES BY THE COMMITTEE IN PREPARATION FOR THE FEBRUARY 27TH MEETING WITH THE DEBTORS. | 00952/MAD | 2.50 |
| 02/27/12 | ATTENDING AND PARTICIPATING IN THE TERM SHEET DISCUSSION MEETING AT CLEARY GOTTLIEB. | 00952/MAD | 4.00 |
| 02/27/12 | PARTICIPATING IN POST-MEETING DISCUSSIONS REGARDING ACTION ITEMS. | 00952/MAD | 0.80 |
| 02/27/12 | ATTENDING AND PARTICIPATING IN PRE-MEETING WITH MEMBERS OF THE RETIREE COMMITTEE DISCUSSING TERM SHEET AND OTHER RELATED ISSUES. | 00952/MAD | 2.00 |
| 02/28/12 | CONFER WITH DEBTOR'S COUNSEL REGARDING KCC INVOICES AND TIME FRAME OF PAYMENT OF TSS FEE APPLICATIONS; | 04990/JFS | 0.60 |
| 02/29/12 | PARTICIPATING IN A CONFERENCE CALL WITH RON WINTER AND BRIAN MOORE DISCUSSING ISSUES RELATED TO THE ALTERNATIVE FORM OF BENEFIT PLAN TO PROVIDED MEDICAL, DENTAL, LIFE AND LTC. | 00952/MAD | 0.50 |
| 02/29/12 | REVIEW, REVISE AND FINALIZE CNO FOR M&E 5TH MONTHLY APPLICATION. | 02718/WFT | 0.30 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 02/29/12 | PREPARE CERTIFICATE OF NO OBJECTION REGARDING MCCARTER & ENGLISH FIFTH MONTHLY FEE APPLICATION; | 04990/JFS | 0.40 |
| 02/29/12 | CONFER WITH COUNSEL AND DEBTOR'S COUNSEL REGARDING RECENTLY FILED FEE APPLICATIONS AND ALL OPEN INVOICES FOR PROFESSIONALS; | 04990/JFS | 0.50 |
| | TOTAL HOURS: | | 65.40 |

TOTAL FEES.......................................................................... $27,894.00
TOTAL DISBURSEMENTS......................................................  2,314.33

TOTAL DUE THIS INVOICE ................................................... $30,208.33

AMOUNT OUTSTANDING FROM PRIOR INVOICES         $63,664.57

TOTAL AMOUNT DUE AS OF THIS INVOICE              $93,872.90

| | | | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 00952 | MARK A. DANIELE | PARTNER | 25.30 Hours @ | 525.00 | 13,282.50 |
| 02718 | WILLIAM F. TAYLOR, JR. | PARTNER | 12.50 Hours @ | 525.00 | 6,562.50 |
| 04872 | PATRICIA A. KILLIAN | ASSOCIATE | 1.00 Hours @ | 380.00 | 380.00 |
| 03651 | KEVIN A. BROWN | ASSOCIATE | 12.60 Hours @ | 385.00 | 4,851.00 |
| 02949 | JAMES A. SNEDEKER | PARALEGAL | 3.50 Hours @ | 175.00 | 612.50 |
| 04990 | JARED, F. SCHIERBAUM | PARALEGAL | 9.70 Hours @ | 215.00 | 2,085.50 |
| 00216 | JAMES J. GREENSTONE | RESRCH ANALYST | 0.80 Hours @ | 150.00 | 120.00 |
| **ATTORNEY TOTALS:** | | | **65.40** | | **27,894.00** |