# EXHIBIT B

Invoice 7774024

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DISBURSEMENTS | | VALUE |
|------|---------------|---|-------|
| 02/10/2012 | POSTAGE POSTAGE | 10.40 | |
| | **Total For: POSTAGE** | | **10.40** |
| 02/10/2012 | LIBRARY RESEARCH - PACER | 42.16 | |
| | **Total For: LIBRARY RESEARCH** | | **42.16** |
| 01/18/2012 | PAYMENT TO GARY DONAHEE (RETIREE COMMITTEE) FOR HIS TRAVEL EXPENSES TO COMMITTEE MEETING IN NYC. | 2,236.09 | |
| | **Total For: SERVICES** | | **2,236.09** |
| 01/18/2012 | DELIVERY TO GARY DONAHEE | 25.68 | |
| | **Total For: FEDERAL EXPRESS** | | **25.68** |

**TOTAL DISBURSEMENTS** ...............................................................   **$2,314.33**