**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
In re:                                            : Chapter 11
                                                  :
                                                  : Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                :
                                                  : Jointly Administered
            Debtors.                              :
                                                  : **Related Docket No. 7224**
---------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION REGARDING
THE FOURTH MONTHLY APPLICATION OF TOGUT, SEGAL &
SEGAL LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIRED
EMPLOYEES, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR
INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES
INCURRED FOR THE PERIOD DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011**

    I, William F. Taylor, Jr., of McCarter & English LLP, Delaware Counsel to The Official Committee of Retirees (the "Retiree Committee"), in the above-captioned case, hereby certify the following:

    1.    On February 16, 2012, the Retiree Committee filed the *Fourth Monthly Application of Togut, Segal & Segal LLP, as counsel to the Official Committee of Retired Employees, for an Allowance of Interim Compensation and Reimbursement of All Actual and Necessary Expenses for the period December 1, 2011 through December 31, 2011* [Docket No. 7224] (the "Application").

    2.    Pursuant to the Notice of Application, objections to the Application were to be filed and served by March 8, 2012 ("Objection Deadline"). The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to Rule 9013-1(j) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and General Chambers Procedures §

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ME1 13109602v.1

2(a)(v), undersigned counsel files this Certificate of No Objection to the Application following two business days after the Objection Deadline.

3. The Application requested allowance of fees in the amount of $138,304.00 and expenses in the amount of $935.88 pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals ("Interim Compensation Order") (Docket No. 222). The Application also requested payment of fees in the amount of $110,643.20 (80% of $138,304.00) and expenses in that amount of $935.88 pursuant to the Interim Compensation Order. As noted above no objections were received to the full amount of Togut, Segal & Segal LLP's fee and expense request.

Dated: March 12, 2012
Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (DE Bar I.D. #2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 Facsimile
wtaylor@mccarter.com

-and-

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(212) 594-5000
(212) 967-4258 Facsimile
neilberger@teamtogut.com

*Counsel to the Official Committee of Retirees*