chair John Chiang
member Betty T. Yee
member Ana J. Matosantos

State of California
**Franchise Tax Board**

March 2nd, 2012

To: Nortel Networks Inc Claims Agent Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

From: Duc Nguyen
Business Entity Bankruptcy, MS-345
Franchise Tax Board
PO BOX 2952
Sacramento, CA 95812-2952

Nortel Networks Inc's Claims Agent,

Please stamp and return copy of this Withdrawal of Proofs of Claims to us at your earliest convenience.

Should you have any questions, please feel free to contact me.

Thank you,

Duc Nguyen
BE Bankruptcy Advisor
916-845-4536

Section or Division MS A-345      tel 916.845.4750
PO Box 2952                        fax 916.843.6736
Sacramento CA 95812-2952           ftb.ca.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks, Inc., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## WITHDRAWAL OF PROOFS OF CLAIMS

The State of California, Franchise Tax Board ("FTB") hereby withdraws the following proofs of claim filed December 21, 2010, without prejudice, against the following debtors:

1. Nortel Networks, Inc., Claim Number 7529;

2. Alteon WebSystems, Inc., Claim Number 7530;

3. Sonoma Systems, Claim Number 7531;

4. Xros, Inc., Claim Number 7532; and

5. Northern Telecom International Inc., Claim Number 7533.

Dated: March 1, 2012

STATE OF CALIFORNIA FRANCHISE TAX BOARD

_/s/ Duc Nguyen_
Duc Nguyen
Special Programs Bureau
Bankruptcy Section – Mail Stop A-340
P.O. Box 2952, Sacramento, CA 95812-2952
Telephone: (916) 845-7561
Facsimile: (916) 845-9799

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks, Inc., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### WITHDRAWAL OF PROOFS OF CLAIMS

The State of California, Franchise Tax Board ("FTB") hereby withdraws the following proofs of claim filed December 21, 2010, without prejudice, against the following debtors:

1. Nortel Networks, Inc., Claim Number 7529;
2. Alteon WebSystems, Inc., Claim Number 7530;
3. Sonoma Systems, Claim Number 7531;
4. Xros, Inc., Claim Number 7532; and
5. Northern Telecom International Inc., Claim Number 7533.

Dated: March 1, 2012

STATE OF CALIFORNIA FRANCHISE TAX BOARD

_____
Duc Nguyen
Special Programs Bureau
Bankruptcy Section – Mail Stop A-340
P.O. Box 2952, Sacramento, CA 95812-2952
Telephone: (916) 845-7561
Facsimile: (916) 845-9799

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.