# Responses to Omnibus Objection

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------X
:           Chapter 11
*In re*                                        :           Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,                :           Jointly Administered
Debtors.                                       :
                                               :
------------------------------------------------X

Objection: Debtors' Twenty-Fourth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. §§ 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims and No-Basis 503(b)(9) Claims

Name of the Claimant:    Wang, Xin
Claim Number:            3235
Description:             Unpaid Severance.   Debtor: 09-10138 Nortel Networks Inc.

The claim (Number 3235) is entitled to priority treatment pursuant to section 507(a)(4) of the Bankruptcy Code.

Section 507(a)(4) grants a fourth priority to "unsecured claims ... earned within 180 days before the date of the filing of the petition ... for wages, salaries, or commissions, including vacation, severance, and sick leave pay earned by an individual"

Ms Xin Wang's employment with Nortel Networks Inc. was terminated at November 29, 2008, prior to January 14, 2009, the date on which Nortel Networks Inc. filed for Chapter 11 bankruptcy protection. The Debtor, Nortel Networks Inc., offered Ms Xin Wang severance based on her length of employment with the company. The severance payments are compensation for losses resulting from termination, Ms Xin Wang, the employee, earned all of the compensation at the time of termination, and the entire severance amount fell within the 180-day period. Therefore the claim (Number 3235) made by Ms Xin Wang is entitled to priority treatment pursuant to section 507(a)(4) of the Bankruptcy Code.

Supporting Documentation:   Release and Acknowledgement Agreement Between
                            Employee and Nortel Networks Inc.

Claimant's contact:
Name:      Xin Wang
Address:   139 Cornell Dr. Commack, NY 11725
Phone:     (631) 9810780          Fax:    (717) 9242033

RELEASE AND ACKNOWLEDGEMENT AGREEMENT
BETWEEN
EMPLOYEE
AND
NORTEL NETWORKS INC.

This Release and Acknowledgment Agreement ("Agreement") is made by and between the employee named in Section 1 below ("Employee") and Nortel Networks Inc., a Delaware Corporation ("NNI"). This Agreement is composed of three sections, I. Employee Data, II. Notice and III. Additional Terms and Conditions, and Attachment A, (collectively referred to as Agreement).

## I. EMPLOYEE DATA

| Notice Date: | Agreement Delivery Date: |
|---|---|
| Employee: **Xin Wang** | Employee Number: **5041278** |
| Continuous Service Date: **2001/01/02** | Severance Eligibility Date: **2001/01/02** |
| Employment Termination Date: **2008/11/29** | Severance Stop Date: **2009/02/21** |
| Employee Home Address:<br><br>139 CORNELL DR.<br>COMMACK<br>NY    11725 | Severance Period (for employees with at least 6 months of service): **12**<br>(Number of Weeks) to Commence Following Termination Date |
| HR Contact: **Nortel HR Shared Services**<br>**Mail Stop 570/02/0C2**<br>**PO Box 13010**<br>**4001 E. Chapel Hill-Nelson Hwy**<br>Research Triangle Park, NC  27709-3010<br>- 1-800-676-4636 | |

## II. NOTICE

### IMPORTANT NOTICE

Employee's employment is being terminated effective as of the Employment Termination Date specified above in Section I ("Termination Date"). Employee will be eligible for certain payments and/or benefits listed below in Section III (C) if Employee chooses to sign this Agreement and meets the eligibility requirements for those payments and/or benefits. If the Employee does not sign the Agreement and meets the eligibility requirements for those payments and/or benefits, certain benefits will be provided as described in Section III (D) of this Agreement. The benefits described in Section III (D), item 4 and items 8-17 will also be provided to an Employee who signs the Agreement and meets the eligibility requirements for those payments and/or benefits. The benefits described in Section III (D), items 5-7, will also be provided as described in those items to an Employee who signs the Agreement and meets the eligibility requirements for those payments and/or benefits, but elects at the end of this Agreement to "Terminate" the Group Life, AD&D and Health Benefits as described in Section III (C).