# EXHIBIT B

## Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                                                         :
In re                                                    :    Chapter 11
                                                         :    Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]                         :    Jointly Administered
                                                         :
                    Debtors                              :    Re: Docket No. _____
                                                         :
---------------------------------------------------------X

**ORDER APPROVING AN AMENDMENT TO TERMS OF RETENTION OF
JEFFERIES & COMPANY, INC. AS INVESTMENT BANKER TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") appointed in the Chapter 11 cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order (the "Order"), pursuant to sections 328(a) and 1103 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing an amendment to the terms of retention previously approved for Jefferies & Company, Inc. ("Jefferies") as investment banker to the Committee; this Court having reviewed (i) all prior retention applications filed by the Committee to date with respect to Jefferies and (ii) the Application; and it appearing that proper notice of the Application has been given, and that no other or further notice is necessary; and after due deliberation and sufficient cause appearing, it is hereby:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] All capitalized terms used but not otherwise defined herein shall have those meaning ascribed to them in the Application.

ORDERED that the Application has been granted in its entirety and in all respects; and it is further

ORDERED that Jefferies' compensation structure will be modified pursuant to the Application as follows:

(a) <u>Monthly Fee Amount</u>: Pursuant to the Expansion Order, Jefferies' monthly fee was reduced from $250,000 to $200,000 on and after February 1, 2010. As modified, Jefferies' monthly fee will (i) be reduced to $50,000 per month for the period beginning on January 1, 2012 and concluding on March 31, 2012 (the "<u>Initial Period</u>"), and (ii) be $150,000 per month thereafter.

(b) <u>Crediting Mechanism</u>: Pursuant to the Expansion Order, 50% of the monthly fees paid to Jefferies for services rendered on and after August 1, 2010 are credited against the transaction fee payable to Jefferies under the Engagement Letter. As modified, (i) during the Initial Period, Jefferies' monthly fees will not be credited against the transaction fee payable to Jefferies under the Engagement letter and (ii) thereafter, 50% of the monthly fees paid to Jefferies for services rendered will be credited against the transaction fee payable to Jefferies under the Engagement Letter.

ORDERED that effective as of the date of this Order, the retention and employment of Jefferies as financial advisor to the Committee shall continue, without interruption, pursuant to the terms of the Engagement Letter, as amended by the Application; and it is further

ORDERED that Jefferies shall continue to be compensated in accordance with the terms set forth in the Engagement Letter as amended by the Application, and pursuant to Bankruptcy Code sections 328(a), 331 and 1103 and such Bankruptcy Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court; and it is further

ORDERED that Jefferies is granted a continued waiver of the information requirements relating to compensation requests set forth in Local Rule 2016-2(d); and it is further

RLF1 5904429v. 1

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: April _____, 2012
Wilmington, Delaware

																	_____
																	HONORABLE KEVIN GROSS
																	CHIEF UNITED STATES BANKRUPTCY JUDGE