# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

February 1, 2012 through February 29, 2012

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date 2/1/2012  End Date 2/29/2012

**Enter Billing Rate/Hr:** 515.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | 18.2 | $515.00 | $9,373.00 |
| 2 | Reviewing operational management of transition services | 2.0 | $515.00 | $1,030.00 |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 163.8 | $515.00 | $84,357.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 14.7 | $515.00 | $7,570.50 |
| 5 | Fee Applications | 9.6 | $515.00 | $4,944.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 21.3 | $257.50 | $5,484.75 |
| | **Hours/Billing Amount for Period:** | **229.6** | | **$112,759.25** |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 2/1/2012 | Travelers agreement review and comment | 3 | 2.0 |
| 2/1/2012 | License fee update | 3 | 1.3 |
| 2/1/2012 | EMEA matters | 1 | 1.0 |
| 2/1/2012 | West Palm Beach site matters | 3 | 1.3 |
| 2/1/2012 | Cross-border claims | 1 | 1.0 |
| 2/1/2012 | Michigan tax matter | 3 | 1.0 |
| 2/1/2012 | Intercompany invoicing status | 3 | 1.5 |
| 2/1/2012 | Bondholder matter | 3 | 1.0 |
| 2/2/2012 | 4th estate settlement | 4 | 1.5 |
| 2/1/2012 | Real estate claims matters | 3 | 2.0 |
| 2/2/2012 | Bondholder communications | 4 | 1.0 |
| 2/2/2012 | Mediation conf agreements | 3 | 1.0 |
| 2/2/2012 | Richardson 7 | 3 | 2.0 |
| 2/2/2012 | Michigan tax issue | 3 | 1.0 |
| 2/2/2012 | Customs claims | 3 | 1.0 |
| 2/2/2012 | Misc administrative matters re expenses, cash position, budgets | 1 | 2.0 |
| 2/3/2012 | 21st and 22nd omnibus | 3 | 1.0 |
| 2/3/2012 | Retention matters | 3 | 1.0 |
| 2/3/2012 | Data retention | 3 | 2.8 |
| 2/3/2012 | Trade claims settlement | 3 | 2.0 |
| 2/3/2012 | Mediation matters | 3 | 2.0 |
| 2/3/2012 | Deferred comp matters | 3 | 2.0 |
| 2/3/2012 | Data retention | 3 | 2.0 |
| 2/6/2012 | West Palm Beach remediation | 3 | 2.0 |
| 2/6/2012 | Case management call | 3 | 1.0 |
| 2/6/2012 | Omnibus filing | 3 | 1.0 |
| 2/6/2012 | Richardson 7 matters | 3 | 1.0 |
| 2/6/2012 | Mediation matters | 3 | 2.0 |
| 2/6/2012 | Claims approvals | 3 | 1.7 |
| 2/7/2012 | Flight to NY for various meetings | 7 | 4.5 |
| 2/7/2012 | Richardson 7 matters | 3 | 1.0 |
| 2/7/2012 | Data retention | 3 | 1.0 |
| 2/7/2012 | TSA amendments and extension | 3 | 1.0 |
| 2/7/2012 | IP update | 3 | 1.0 |
| 2/7/2012 | Conference agreement for mediation | 3 | 2.0 |
| 2/7/2012 | Omnibus filing | 3 | 2.0 |
| 2/7/2012 | NNUK matters | 1 | 2.0 |
| 2/7/2012 | Employee retention matters | 3 | 1.0 |
| 2/7/2012 | Workforce plan and other admin updates | 3 | 1.0 |
| 2/8/2012 | Meetings with Cleary and bondholder rep re mediation | 4 | 4.0 |
| 2/8/2012 | Conference agreement with bondholder | 3 | 1.0 |
| 2/8/2012 | Japan share purchase | 3 | 1.0 |
| 2/8/2012 | Data retention | 3 | 1.0 |
| 2/8/2012 | Tax matters | 3 | 1.0 |
| 2/8/2012 | Richardson 7 | 3 | 1.0 |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 2/8/2012 | India matters | 3 | 1.0 |
| 2/8/2012 | Data retention | 3 | 1.0 |
| 2/8/2012 | Retiree matters | 3 | 1.0 |
| 2/8/2012 | Employee issues | 3 | 1.0 |
| 2/8/2012 | Monitor report re cross-border claims handling | 3 | 1.0 |
| 2/8/2012 | Non-debtor document issues | 1 | 3.0 |
| 2/9/2012 | WPB remediation | 3 | 1.0 |
| 2/9/2012 | Call with Cleary re Nun | 3 | 1.0 |
| 2/9/2012 | Subsidiary liquidations | 3 | 1.0 |
| 2/9/2012 | Cross-border claims | 3 | 1.0 |
| 2/9/2012 | Deferred comp matters | 3 | 1.0 |
| 2/9/2012 | Preference matters | 3 | 1.0 |
| 2/9/2012 | Claims approvals | 3 | 1.0 |
| 2/9/2012 | Prepare January fee application | 5 | 2.5 |
| 2/9/2012 | 4th estate and Japan | 3 | 2.0 |
| 2/10/2012 | AIP plans | 3 | 1.0 |
| 2/10/2012 | 4th estate settlement | 3 | 1.0 |
| 2/10/2012 | China agreements | 3 | 1.0 |
| 2/10/2012 | Conference agreement | 3 | 1.0 |
| 2/10/2012 | Non-debtor matters | 3 | 1.0 |
| 2/10/2012 | Subsidiary liquidations | 3 | 2.0 |
| 2/12/2012 | Prepare January fee application | 5 | 2.8 |
| 2/12/2012 | Conference agreement changes | 3 | 1.0 |
| 2/13/2012 | call with UCC | 4 | 1.0 |
| 2/13/2012 | Staff call | 3 | 1.0 |
| 2/13/2012 | Case management call | 3 | 1.0 |
| 2/13/2012 | Flight to NY for meetings | 7 | 4.5 |
| 2/13/2012 | AIP plans | 2 | 1.0 |
| 2/13/2012 | Asia service agreement | 1 | 0.5 |
| 2/13/2012 | Respond to bondholder call | 4 | 1.0 |
| 2/13/2012 | UK pension matter | 3 | 1.0 |
| 2/13/2012 | Cross-border claims | 1 | 1.0 |
| 2/13/2012 | Flight to née for meetings | 7 | 3.3 |
| 2/14/2012 | Meeting with bondholder | 4 | 3.0 |
| 2/14/2012 | UCC weekly call | 4 | 1.2 |
| 2/14/2012 | IT mater; discussions with staff and Cleary | 3 | 3.0 |
| 2/14/2012 | Deferred comp matters | 3 | 1.0 |
| 2/14/2012 | Claims matters | 3 | 1.3 |
| 2/14/2012 | LTD requests | 3 | 1.0 |
| 2/14/2012 | Mercer engagement | 3 | 1.0 |
| 2/14/2012 | EY engagement | 3 | 1.3 |
| 2/14/2012 | 4th amendment | 3 | 1.0 |
| 2/14/2012 | Data retention | 3 | 1.0 |
| 2/15/2012 | EY SOW | 3 | 2.0 |
| 2/15/2012 | SAP license | 3 | 1.0 |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 2/15/2012 | Data retention | 3 | 2.0 |
| 2/15/2012 | Preference actions | 3 | 1.0 |
| 2/15/2012 | DiamondWare matter | 3 | 1.0 |
| 2/15/2012 | State tax issues | 3 | 1.0 |
| 2/15/2012 | Cross-border claims | 1 | 2.0 |
| 2/15/2012 | Lease claim analysis | 3 | 1.0 |
| 2/15/2012 | Data retention | 3 | 1.0 |
| 2/15/2012 | US claims info | 3 | 1.0 |
| 2/16/2012 | State tax matters | 3 | 1.0 |
| 2/16/2012 | Employee retention matters | 3 | 1.0 |
| 2/16/2012 | SAP license | 3 | 0.3 |
| 2/16/2012 | Cross-border matters | 1 | 2.0 |
| 2/16/2012 | Stipulation related to several claims purchased | 3 | 1.0 |
| 2/16/2012 | IT matter; discussions with staff and Cleary | 3 | 3.0 |
| 2/16/2012 | Claims schedules; amendments | 3 | 3.0 |
| 2/17/2012 | Retiree matters | 3 | 2.0 |
| 2/17/2012 | Dubai matter | 3 | 0.3 |
| 2/17/2012 | IT matter; discussions with staff and Cleary | 3 | 2.0 |
| 2/17/2012 | Omni 23,24,25 | 3 | 4.0 |
| 2/17/2012 | Data retention | 3 | 2.0 |
| 2/20/2012 | EY SOW | 3 | 1.0 |
| 2/20/2012 | IT matters | 3 | 1.0 |
| 2/20/2012 | Glitnit claim | 3 | 0.3 |
| 2/20/2012 | G&A costs review | 3 | 0.3 |
| 2/20/2012 | EMEA matters | 1 | 1.0 |
| 2/21/2012 | Trade claims review | 3 | 2.0 |
| 2/21/2012 | IT matters | 3 | 0.3 |
| 2/21/2012 | Schedules amendment | 3 | 1.0 |
| 2/21/2012 | Call re Canada re IT matters | 3 | 1.0 |
| 2/21/2012 | Preferences | 3 | 0.7 |
| 2/21/2012 | Cross-border claims | 1 | 2.0 |
| 2/21/2012 | Data retention | 3 | 1.0 |
| 2/21/2012 | AIP plans and certain exec claims | 3 | 2.0 |
| 2/21/2012 | 4th amendment | 1 | 0.7 |
| 2/21/2012 | Settlement stips for review | 3 | 1.0 |
| 2/22/2012 | Miami stranded contract completion | 2 | 1.0 |
| 2/22/2012 | Retiree meeting preparation | 3 | 2.0 |
| 2/22/2012 | Trademark matter | 3 | 0.3 |
| 2/22/2012 | Call re cross-border claims | 3 | 2.0 |
| 2/22/2012 | Chartis stip | 3 | 0.3 |
| 2/22/2012 | Data retention | 3 | 1.0 |
| 2/22/2012 | Escrow status | 3 | 1.0 |
| 2/23/2012 | Retiree preparation call | 3 | 1.0 |
| 2/23/2012 | Lease stipulation | 3 | 0.3 |
| 2/23/2012 | Employee claims and cross-border | 3 | 1.0 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 2/23/2012 | Franchise tax matters | 3 | 1.0 |
| 2/23/2012 | Data request re retirees | 3 | 1.0 |
| 2/24/2012 | EMEA motion status | 3 | 0.3 |
| 2/24/2012 | Cross-border claims | 3 | 2.0 |
| 2/24/2012 | MOR | 3 | 1.0 |
| 2/24/2012 | 401 K termination | 3 | 1.0 |
| 2/24/2012 | Ltd matter | 3 | 0.3 |
| 2/24/2012 | Employee claims matters | 3 | 1.0 |
| 2/24/2012 | 4th estate settlement | 3 | 1.0 |
| 2/24/2012 | Buyer matter re escrows | 3 | 1.0 |
| 2/24/2012 | Data retention | 3 | 1.0 |
| 2/24/2012 | EY scope | 3 | 0.3 |
| 2/26/2012 | Flight to NY for meetings | 7 | 4.5 |
| 2/26/2012 | Prepare quarterly fee application | 5 | 2.0 |
| 2/26/2012 | Prep for cross-border discussions | 3 | 2.0 |
| 2/27/2012 | Meetings at Cleary re cross-border | 3 | 4.5 |
| 2/27/2012 | Meetings at Cleary re retiree and Ltd committee | 3 | 4.5 |
| 2/27/2012 | UCC call | 4 | 1.0 |
| 2/28/2012 | 4th estate settlement | 3 | 0.3 |
| 2/28/2012 | IT matters | 3 | 0.3 |
| 2/28/2012 | Meeting with Cleary re IT matter and call with Canada | 3 | 3.0 |
| 2/28/2012 | Prepare/file quarterly fee application | 5 | 2.3 |
| 2/29/2012 | Flight from NY meetings | 7 | 4.5 |
| 2/29/2012 | Call from bondholder; follow up with Cleary re mediation | 4 | 1.0 |