**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

February 1, 2012 through February 29, 2012

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $    1,864.26 |
| Travel – Lodging | | 3,029.65 |
| Travel – Meals | | 304.44 |
| Travel – Car Service | | 500.00 |
| Travel – Parking | | 117.00 |
| Office supplies, shipping, and other office related expenses | | 144.61 |
| PACER | | - |
| TOTAL | | $    5,959.96 |

# Nortel Expense Report

**PERIOD:** February 1, 2012 through February 29, 2012

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 1/30/2012 | New York Trip - Air | $ 602.80 | | | | | | |
| 1/30/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 1/30/2012 | New York Trip - Hotel | | $ 525.00 | | | | | |
| 1/30/2012 | New York Trip - Hotel tax | | $ 80.93 | | | | | |
| 1/30/2012 | New York Trip - Meal | | | $ 30.00 | | | | |
| 1/30/2012 | New York Trip - Meal | | | $ 80.00 | | | | |
| 1/30/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 1/31/2012 | New York Trip - Hotel | | $ 525.00 | | | | | |
| 1/31/2012 | New York Trip - Hotel tax | | $ 80.93 | | | | | |
| 1/31/2012 | New York Trip - Meal | | | $ 30.00 | | | | |
| 1/31/2012 | New York Trip - Meal | | | $ 80.00 | | | | |
| 2/1/2012 | New York Trip - Hotel | | $ 525.00 | | | | | |
| 2/1/2012 | New York Trip - Hotel tax | | $ 80.93 | | | | | |
| 2/1/2012 | New York Trip - Meal | | | $ 30.00 | | | | |
| 2/2/2012 | New York Trip - Return airfare | $ 342.40 | | | | | | |
| 2/2/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 2/2/2012 | New York Trip - Parking | | | | | $ 64.00 | | |
| 2/26/2012 | New York Trip - Air | $ 919.06 | | | | | | |
| 2/26/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 2/26/2012 | New York Trip - Hotel | | $ 525.00 | | | | | |
| 2/26/2012 | New York Trip - Hotel tax | | $ 80.93 | | | | | |
| 2/27/2012 | New York Trip - Hotel | | $ 525.00 | | | | | |
| 2/27/2012 | New York Trip - Hotel tax | | $ 80.93 | | | | | |
| 2/27/2012 | New York Trip - Meal | | | $ 54.44 | | | | |
| 2/28/2012 | New York Trip - Car service | | | | $ 100.00 | | | |

# Nortel Expense Report

**PERIOD:** February 1, 2012 through February 29, 2012

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 2/28/2012 | New York Trip - Parking | | | | | $ 53.00 | | |
| 2/29/2012 | Aircell | | | | | | $ 34.95 | |
| 2/29/2012 | WiFi | | | | | | $ 50.00 | |
| 2/29/2012 | Shipping | | | | | | $ 59.66 | |