IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 7353-7355** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                            ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 8, 2012, I caused to be served the:

   a. "Order Granting Debtors Twenty-First Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Reclassify Claims)," dated March 8, 2012 [Docket No. 7353], (the "21st Omni Order"),

   b. "Order Granting Debtors Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) (Claims)," dated March 8, 2012 [Docket No. 7354], (the "22nd Omni Order"), and

   c. "Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid," dated March 8, 2012 [Docket No. 7355], (the "Satisfaction Order"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

by causing true and correct copies of the:

i. 21st Omni Order, 22nd Omni Order and Satisfaction Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii. 21st Omni Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

iii. 22nd Omni Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C, and

iv. Satisfaction Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
15th day of March, 2012

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ACUSHNET COMPANY | ATTN: CREDIT DEPT TITLEIST & FOOTJOY, PO BOX 965 FAIRHAVEN MA 02719 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S. HODARA ESQ.; RYAN C. JACOBS ESQ. ONE BRYANT PARK NEW YORK NY 10036 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: SUSAN R. FUERTES, ESQ. 14910 ALDINE-WESTFIELD ROAD HOUSTON TX 77032 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN ESQ,LISA J.P. KRAIDIN. ESQ. 1221 AVENUE OF THE AMERICAS, 20TH FLOOR NEW YORK NY 10020 |
| AMPHENOL CORPORATION | ATTN: EDWARD C. WETMORE VP & GEN COUNSEL 358 HALL AVENUE WALLINGFORD CT 06492 |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GOIN CFO 420 SOUTH ORANGE AVENUE, 6TH FL ORLANDO FL 32801 |
| ARCHER & GREINER PC | ATTN: JOHN V. FIORELLA ESQ. 300 DELAWARE AVE, STE 1370 WILMINGTON DE 19801 |
| ARCHER & GREINER PC | ATTN: CHARLES J. BROWN III ESQ. 300 DELAWARE AVE, STE 1370 WILMINGTON DE 19801 |
| ARDENT LAW GROUP, P.C. | ATTN: HUBERT H. KUO ESQ. 2600 MICHELSON DRIVE, SUITE 1700 IRVINE CA 92612 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN ESQ.,FRANK N. WHITE ESQ. 171 17TH ST NW, STE 2100 ATLANTA GA 30363-1031 |
| ASHBY & GEDDES P.A. | ATTN: WILLIAM P BOWDEN ESQ 500 DELAWARE AVE, 8TH FL WILMINGTON DE 19801 |
| ASHBY & GEDDES P.A. | ATTN: RICARDO PALACIO ESQ. 500 DELAWARE AVE WILMINGTON DE 19801 |
| ASHBY & GEDDES, P.A. | GREGORY A. TAYLOR, ESQ.; BENJAMIN W. KEENAN 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 WILMINGTON DE 19899 |
| ASSISTANT ATTORNEY GENERAL | ATTN: LAURA L. MCCLOUD ESQ. P.O. BOX 20207 NASHVILLE TN 37202 |
| BAKER BOTTS L.L.P. | JUDITH W. ROSS, ESQ. COUNSEL TO GENBAND, INC. 2001 ROSS AVENUE DALLAS TX 75201 |
| BALLARD SPAHR | ATTN: TOBEY M. DALUZ ESQ.,LESLIE HEILMAN ESQ. 919 MARKET ST, 12TH FL WILMINGTON DE 19801 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L. POLLACK ESQ.,JEFFREY MEYERS ESQ. 51ST FL MELLON BANK CTR, 1735 MARKET ST PHILADELPHIA PA 19103 |
| BALLARD SPAHR LLP | ROBERT MCL. BOOTE, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 1735 MARKET STREET, 51ST FLOOR PHILADELPHIA PA 19103-7599 |
| BALLARD SPAHR, LLP | TOBEY M. DALUZ, ESQ.; DAVID T. MAY, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 919 N. MARKET STREET, 12TH FLOOR WILMINGTON DE 19801 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN ESQ. 155 FEDERAL ST, 9TH FL BOSTON MA 02110 |
| BAYARD P.A. | ATTN: CHARLENE D DAVIS ESQ,DANIEL A O'BRIEN ESQ 222 DELAWARE AVE, STE 900 WILMINGTON DE 19801 |
| BAYARD, P.A. | CHARLENE D. DAVIS, ESQ.; JUSTIN R. ALBERTO, ESQ. 222 DELAWARE AVENUE, SUITE 900 WILMINGTON DE 19899 |
| BELL MICROPRODUCTS INC | ATTN: DAVID L. URANGA 201 MONROE STREET, SUITE 300 MONTGOMERY AL 36104 |
| BIALSON BERGEN & SCHWAB | ATTN: LAWRENCE M. SCHWAB ESQ.,THOMAS M. GAA ESQ. PATRICK M. COSTELLO ESQ. 2600 EL CAMINO REAL, STE 300 PALO ALTO CA 94306 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATO,KEVIN G. COLLINS 800 N. KING STREET, FIRST FLOOR WILMINGTON DE 19801 |
| BIFFERATO LLC | IAN CONNOR BIFFERATO, ESQ.; MATTHEW DENN, ESQ; KEVIN G. COLLINS, ESQ. COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS 800 N. KING STREET, PLAZA LEVEL WILMINGTON DE 19801 |
| BIRCH HORTON BITTNER & CHEROT | ATTN: JAMES H. LISTER 1155 CONNECTICUT AVENUE NW SUITE 1200 WASHINGTON DC 20036 |
| BLANK ROME LLP | ATTN: MICHAEL DEBAECKE, ESQ. COUNSEL TO CABLE NEWS NETWORK, INC. 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| BOYLAN BROWN | ATTN: DEVIN LAWTON PALMER 2400 CHASE SQUARE ROCHESTER NY 14604 |
| BRACEWELL & GUILIANI LLP | ATTN: JENNIFER FELDSHER 1251 AVENUE OF THE AMERICAS 49TH FL NEW YORK NY 10020-1104 |
| BRACEWELL & GUILIANI LLP | ATTN: EVAN D. FLASCHEN,KATHERINE L. LINDSAY 225 ASYLUM STREET, SUITE 2600 HARTFORD CT 06103 |
| BROWN & CONNERY LLP | ATTN: DONALD K. LUDMAN ESQ. 6 NORTH BROAD ST, STE 1000 WOODBURY NJ 08096 |
| BROWN MCCAROLL LLP | ATTN: AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BROWN MCCARROLL LLP | KELL C. MERCER; AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX |

| Claim Name | Address Information |
|---|---|
| BROWN MCCARROLL LLP | 78701 |
| BROWN STONE NIMEROFF LLC | ATTN: JAMI B. NIMEROFF, ESQ. COUNSEL TO MICROSOFT CORPORATION 901 N. MARKET STREET, SUITE 1300 WILMINGTON DE 19801 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BRYAN CAVE LLP | ATTN: ERIC S. PREZANT ESQ. 161 N CLARK ST, STE 4300 CHICAGO IL 60601 |
| BRYAN CAVE LLP | ATTN: CULLEN K. KUHN ESQ. 211 N BROADWAY, STE 3600 ST. LOUIS MO 63102 |
| BUCHALTER NEMER | ATTN: SHAWN M. CHRISTIANSON ESQ. 55 SECOND STREET, 17TH FL SAN FRANCISCO CA 94105-3493 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: MARY F. CALOWAY ESQ.,P.J. DUHIG ESQ. 1105 NORTH MARKET STREET, SUITE 1900 WILMINGTON DE 19801-1228 |
| CHADBOURNE & PARKE LLP | ATTN: N. THODORE ZINK JR. ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| COLE SCHOTZ MEISEL FORMAN & LEONARD | ATTN: NORMAN L. PERNICK,SANJAY BHATNAGAR 500 DELAWARE AVE, SUITE 1410 WILMINGTON DE 19801 |
| COMMONWEALTH OF PENNSLYVANIA | CAROL E. MOMJIAN OFFICE OF THE ATTORNEY GENERAL 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| CONNOLLY BOVE | ATTN: JEFFREY S. WISLER ESQ.,MARC J. PHILLIPS ESQ. THE NEMOURS BUILDING, 1007 N ORANGE ST WILMINGTON DE 19801 |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | SAMUEL H. RUDMAN, ESQ.; DAVID A. ROSENFELD, ESQ. 58 SOUTH SERVICE ROAD, SUITE 200 MELVILLE NY 11747 |
| COWLES & THOMPSON, PC | ATTN: STEPHEN C. STAPLETON COUNSEL TO GTCI 901 MAIN STREET, SUITE 3900 DALLAS TX 75202 |
| CROSS & SIMON, LLC | CHRISTOPHER P. SIMON, ESQ. 913 NORTH MARKET STREET, 11TH FLOOR P.O. BOX 1380 WILMINGTON DE 19899-1380 |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J. REISMAN ESQ.,JAMES V. DREW ESQ. 101 PARK AVENUE NEW YORK NY 10178-0061 |
| DAVIS & KUELTHAU, S.C. | ATTN: RUSSELL S. LONG, ESQ. COUNSEL TO CORE BROOKFIELD LAKES, LLC 111 E. KILBOURN AVENUE, SUITE 1400 MILWAUKEE WI 53202 |
| DEWEY & LEBOEUF LLP | LAWRENCE E. MILLER 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6092 |
| DEWEY & LEBOEUF, LLP | MOSHIN N. KHAMBATI, ESQ. TWO PRUDENTIAL PLAZA 180 NORTH STETSON AVENUE, SUITE 3700 CHICAGO IL 60601-6710 |
| DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN ESQ.,DALE K. CATHELL ESQ. 6225 SMITH AVENUE BALTIMORE MD 21209 |
| DUANE MORRIS LLP | MICHAEL R. LASTOWSKI, ESQ.; SUMMER L. ROSS, ESQ. COUNSEL TO GENBAND INC. 222 DELAWARE AVENUE SUITE 1600 WILMINGTON DE 19801-1659 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| ELLIOTT GREENLEAF | ATTN: RAFAEL X. ZAHRALDDIN-ARAVENA; SHELLY A. KINSELLA COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS 1105 N. MARKET STREET, SUITE 1700 WILMINGTON DE 19801 |
| EMC CORPORATION | RONALD ROWLAND, ESQ. C/O RECEIVABLE MANAGEMENT SERVICES 307 INTERNATIONAL CIRCLE, SUITE 270 HUNT VALLEY MD 21094 |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN 151 O'CONNOR STREET OTTOWA ON K1A 1K3 CANADA |
| FLEXTRONICS INTERNATIONAL | ATTN: TERRY ZALE 305 INTERLOCKEN PKWY BROOMFIELD CO 80021 |
| FOSTER PEPPER PLLC | ATTN: CHRISTOPHER M. ALSTON ESQ. 1111 3RD AVE, STE 3400 SEATTLE WA 98101-3299 |
| FPL LAW DEPARTMENT | ATTN: RACHEL S. BUDKE ESQ. 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| FRANCHISE TAX | ATTN: SECRETARY OF STATE DIVISION OF CORPORATIONS P.O. BOX 7040 DOVER DE 19903 |
| FRASER MILNER CASGRAIN LLP | ATTN: MICHAEL J. WUNDER,R. SNAYNE KUKULOWICZ ALEX L. MACFARLANE 1 FIRST CANADIAN PLACE -FLOOR 42, 100 KING ST WEST TORONTO ON M5X 1B2 CANADA |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER ESQ.,DEVON J. EGGERT ESQ. 311 SOUTH WACKER DR, STE 3000 CHICAGO IL 60606 |
| FREEBORN & PETERS LLP | ATTN: DEVON J. EGGERT, ESQ. COUNSEL TO MERCER (US) INC. 311 SOUTH WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A. ROSENZWEIG ESQ. 666 5TH AVE NEW YORK NY 10103-3198 |

| Claim Name | Address Information |
|---|---|
| GIBBONS P.C. | ATTN: DAVID N. CRAPO ESQ. ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GIBSON DUNN | JANET WEISS, ESQ. COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS 200 PARK AVENUE NEW YORK NY 10166-0193 |
| GIBSON, DUNN & CRUTCHER LLP | 200 PARK AVENUE, 51ST FLOOR ATTN DAVID M FELDMAN, ESQ. MITCHELL A KARLAN, ESQ.; MATTHEW K KELSEY, ESQ. COUNSEL TO MICROSOFT CORPORATION NEW YORK NY 10166-0193 |
| GOODMANS LLP | ATTN: CHRIS ARMSTRONG 333 BAY STREET, SUITE 3400 TORONTO ON M5H 2S7 CANADA |
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J. HORVAY ESQ. 222 N LASALLE ST, STE 800 CHICAGO IL 60601 |
| GOWLING LAFLEUR HENDERSON | ATTN: JENNIFER STAM; DERRICK TAY 1 FIRST CANADIAN PLACE 100 KING STREET WEST, SUITE 1600 TORONTO ON M5X 1G5 CANADA |
| HAHN LOESER & PARKS LLP | ATTN: ALAN S. KOPIT ESQ.,CHRISTOPHER W. PEER ESQ. 200 PUBLIC SQUARE, STE 2800 CLEVELAND OH 44114 |
| HERBERT SMITH | ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREEET LONDON EC2A 2HS ENGLAND |
| HERMAN HERMAN KATZ & COTLAR | ATTN: SOREN E. GISLESON 820 O'KEEFE AVENUE NEW ORELANS LA 70113 |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V. DORAN ESQ. 28 STATE ST BOSTON MA 02109 |
| HITACHI COMMUNICATIONS TECHNOLOGIES LTD | MINORU INAYOSHI, GEN MGR. OMORI BELLPORT D BLDG., 26-3 MINAMI OI 6-CHROME SHINAGAWA-KU 140-0013 TOKYO JAPAN |
| HOLLAND & KNIGHT LLP | ATTN: ROD ANDRERSON ESQ.,NOEL R. BOEKE ESQ. P.O. BOX 1288 TAMPA FL 33601-1288 |
| HP COMPANY | ATTN: RAMONA NEAL ESQ. 11307 CHINDEN BLVD, MS 314 BOISE ID 83714 |
| HUGHES HUBBARD | MICHAEL LUSKIN; DEREK ADLER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| HUNTON & WILLIAMS | ATTN: LYNNETTE R. WARMAN 1445 ROSS AVE, ROUNTAIN PLACE STE 3700 DALLAS TX 75202-2799 |
| IBM CORP. LEGAL DEPT | ATTN: R. S. STAHEL 1503 LBJ FREEWAY, 3RD FL DALLAS TX 75234 |
| IBM CORPORATION | ATTN: BEVERLY H. SHIDELER BS8399 TWO LINCOLN CENTRE OAKBROOK TERRACE IL 60181 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| J. SCOTT DOUGLASS ESQ. | 909 FANNIN, STE 1800 HOUSTON TX 77010 |
| JD THOMPSON LAW | JUDY T. THOMPSON, ESQ. P.O. BOX 33127 CHARLOTTE NC 28233 |
| JONES DAY | ATTN: JEFFREY B. ELLMAN ESQ.,ROBBIN S. RAHMAN ESQ. 1420 PEACHTREE ST NE, STE 800 ATLANTA GA 30309 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: KENNETH E. NOBLE ESQ. 575 MADISON AVE NEW YORK NY 10022-2585 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: DUSTIN P. BRANCH ESQ. 2029 CENTURY PARK EAST, STE 2600 LOS ANGELES CA 90067-3012 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S. STEEL ESQ. 101 PARK AVENUE NEW YORK NY 10178 |
| KELLEY DRYE & WARREN LLP | KRISTIN S. ELLIOTT, ESQ. COUNSEL TO CYPRESS COMMUNICATIONS, INC.; TATA AMERICAN INTERNATIONAL CORP. 101 PARK AVENUE NEW YORK NY 10178 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T. ATTANASIO ESQ. 1999 AVENUE OF THE STARS, 39TH FL LOS ANGELES CA 90067-6049 |
| KLEHR HARRISON | ATTN: JOANNE B. WILLS ESQ. 919 MARKET ST, STE 1000 WILMINGTON DE 19801 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| L.A. COUNTY TREASURER & TAX COLLECTOR | P.O. BOX 54110 LOS ANGELES CA 90054-0110 |
| LANDIS RATH & COBB LLP | ADAM G. LANDIS, ESQ.; KERRI K. MUMFORD, ESQ.; J. LANDON ELLIS, ESQ. COUNSEL TO ASM CAPITAL III, L.P. 919 MARKET STREET, SUITE 1800 WILMINGTON DE 19801 |
| LATHAM & WATKINS LLP | ATTN: DAVID S. ALLINSON; THOMAS MALONE; ALEXANDRA CROSWELL 885 THIRD AVENUE, SUITE 100 NEW YORK NY 10022 |
| LATHAM & WATKINS LLP | ATTN: ROBERT J. ROSENBERG ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: MICHAEL J. RIELA ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: ZACHARY N. GOLDSTEIN ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHROP & GAGE LLP | ATTN: STEPHEN K. DEXTER ESQ. U.S. BANK TOWER 950 SEVENTEENTH STREET, SUITE 2400 DENVER CO 80202 |
| LEWIS AND ROCA LLP | ATTN: SCOTT K. BROWN ESQ. 40 NORTH CENTRAL AVE, STE 1900 PHOENIX AZ 85004 |

| Claim Name | Address Information |
|---|---|
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ. 2323 BRYAN STREET, STE 1600 DALLAS TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P. DILLMAN ESQ. P.O. BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G. AELVOET ESQ. TRAVIS BLDG SUITE 300, 711 NAVARRO SAN ANTONIO TX 78205 |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT A. D'AGOSTINO ESQ. 65 LIVINGSTON AVE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | JOHN SHERWOOD, ESQ.; IRA M. LEVEE, ESQ. 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| MAGNOZZI & KYE, LLP | ATTN: AMISH R. DOSHI, ESQ. COUNSEL TO ORACLE AMERICA, INC. 23 GREEN STREET, SUITE 302 HUNTINGTON NY 11743 |
| MALEK SCHIFFRIN LLP | JAVIER SCHIFFRIN, ESQ.; KEVIN MALEK, ESQ. COUSEL TO SOLUS ALTERNATIVE ASSET MANAGEMENT LP 340 MADISON AVENUE, 19TH FLOOR NEW YORK NY 10173-1922 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST, ESQ.; THOMAS M. VITALE, ESQ.; AMIT K. TREHAN, ESQ. 1675 BROADWAY NEW YORK NY 10019 |
| MAYER BROWN LLP | ATTN: MELISSA A. MICKEY 71 S. WACKER DRIVE CHICAGO IL 60604-1404 |
| MCCARTER & ENGLISH, LLP | ATTN: WILLIAM F. TAYLOR, JR., ESQ. RENAISSANCE CENTRE 405 NORTH KING STREET, 8TH FLOOR WILMINGTON DE 19801 |
| MCGUIREWOODS LLP | ATTN: JAMES E. VAN HORN 7 SAINT PAUL STREET SUITE 1000 BALTIMORE MD 21202 |
| MCGUIREWOODS LLP | ATTN: DAVID I. SWAN ESQ.,KENNETH M. MISKEN ESQ. 1750 TYSONS BLVD, STE 1800 MCLEAN VA 22102-4215 |
| MD DEPARTMENT OF LABOR LICENSING & REG. | OFFICE OF UNEMPLOYMENT INSURANCE CONTRIBUTIONS DIVISION 1100 N. EUTAW STREET, ROOM 401 SUITE 3000 BALTIMORE MD 21201 |
| MEYERS LAW GROUP P.C. | ATTN: MERLE C. MEYERS ESQ.,MICHELE THOMPSON ESQ. 44 MONTGOMERY STREET, STE 1010 SAN FRANCISCO CA 94104 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ. ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ. ONE CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS DUNNE ESQ. ONE CHASE MANHATTAN PLAZA NEW YORK NY 10005-1413 |
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L. MOREAU ESQ. P.O. BOX 475, BANKRUPTCY DIVISION JEFFERSON CITY MO 65105-0475 |
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN 535 MADISON AVE. NEW YORK NY 10022 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A. | ATTN: RACHEL B. MERSKY ESQ. 1201 N ORANGE ST, STE 400 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | ATTN: BRETT D. FALLON ESQ. 500 DELAWARE AVE, STE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | ATTN: CARL N. KUNZ ESQ.,MICHAEL J. CUSTER ESQ. 500 DELAWARE AVE, STE 1500 WILMINGTON DE 19801 |
| MOSES & SINGER LLP | ATTN: ALAN KOLOD,CHRISTOPHER CARUSO,KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| MUNICIPAL OPERATIONS | ATTN: MAX TAYLOR ASST. CITY ATTY. 201 W. COLFAX AVENUE, DEPT. 1207 DENVER CO 80202-5332 |
| NORTON ROSE | ATTN: TONY REYES ROYAL BANK PLAZA SOUTH TOWER 200 BAY ST., SUITE 3800 TORONTO ON M5J 2Z4 CANADA |
| NOSSAMAN LLP | ATTN: ROBERT S. MCWHORTER ESQ. 915 L ST, STE 1000 SACRAMENTO CA 95814 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: KEVIN CALLAHAN 844 KING STREET, SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801-3519 |
| OFFICE OF UNEMPLOYMENT INSURANCE | CONTRIBUTIONS DIVISION MD DEPT. OF LABOR LICENSING & REG. 1100 N. EUTAW STREET, ROOM 401 BALTIMORE MD 21201 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA JR ESQ,LAURA D METZGER ESQ WESTON T. EGUCHI ESQ. 666 FIFTH AVENUE NEW YORK NY 10103-0001 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A MERTZ, TAX AGENT READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A. MERTZ READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PA SENIOR DEPUTY ATTY GEN | ATTN: CAROL E. MOMJIAN ESQ. 21 S 12TH ST, 3RD FL PHILADELPHIA PA 19107-3603 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS 919 N. MARKET ST. 17TH FL. |

| Claim Name | Address Information |
|---|---|
| PACHULSKI STANG | WILMINGTON DE 19899-8705 |
| PARTRIDGE SNOW & HAHN LLP | ATTN: PATRICIA ANTONELLI COUNSEL TO ANNABELLE W. CAFFRY AND SUSANNAH LUND ANNABELLE W. CAFFRY 180 SOUTH MAIN STREET PROVIDENCE RI 02903 |
| PARTRIDGE SNOW & HAHN LLP | ATTN: LAUREN F. VERNI COUNSEL TO ANNABELLE W. CAFFRY AND SUSANNAH LUND 180 SOUTH MAIN STREET PROVIDENCE RI 02903 |
| PATTERSON HARKAVY | 225 E WORTHINGTON AVE STE 200 CHARLOTTE NC 282034886 |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ATTN: RICHARD CHESLEY COUNSEL TO IBM CORPORATION 191 N. WACKER DRIVE, 30TH FLOOR CHICAGO IL 60606 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK; MARILYN SOBEL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP | ROBERT E. WINTER 875 15TH STREET, NW WASHINGTON DC 20005 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL ESQ. STEPHEN D. SCHREIBER ESQ. 1200 K STREET NW WASHINGTON DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN: DAVID B STRATTON ESQ,LEIGH-ANNE M RAPORT ESQ 1313 MARKET ST, STE 5100 WILMINGTON DE 19801 |
| PEPPER HAMILTON LLP | ATTN: HENRY JAFFE ESQ. 1313 MARKET ST, STE 5100 WILMINGTON DE 19801 |
| PEPPER HAMILTON LLP | DAVID B. STRATTON, ESQ.; EVELYN J. MELTZER, ESQ. HERCULES PLAZA, SUITE 5100 1313 MARKET STREET PO BOX 1709 WILMINGTON DE 19899-1709 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA ESQ. 4025 WOODLAND PARK BLVD, STE 300 ARLINGTON TX 76013 |
| PINCKNEY, HARRIS & WEIDINGER, LLC | ATTN: DONNA L. HARRIS, ESQ.; KEVIN M. CAPUZZI, ESQ COUNSEL TO SOLUS ALTERNATIVE ASSET MANAGEMENT LP 1220 N. MARKET STREET, SUITE 950 WILMINGTON DE 19801 |
| POLSINELLI SHUGHART PC | ATTN: CHRISTOPHER A WARD ESQ,JUSTIN K EDELSON ESQ 222 DELAWARE AVENUE, STE 1101 WILMINGTON DE 19801 |
| POST & SCHELL P.C. | ATTN: BRIAN W. BISIGNANI ESQ. 17 N 2ND ST, 12TH FL HARRISBURG PA 17101-1601 |
| POYNER SPRUILL LLP | ATTN: SHANNON E. HOFF 301 S. COLLEGE STREET, SUITE 2300 CHARLOTTE NC 28202 |
| PRICKETT, JONES & ELLIOTT, P.A. | ATTN: BRUCE E. JAMESON, ESQ. 1310 KING STREET, BOX 1328 WILMINGTON DE 19899 |
| RAY QUINNEY & NEBEKER P.C. | ATTN: STEPHEN C. TINGEY, ESQ. 36 SOUTH STATE STREET, SUITE 1400 SALT LAKE CITY UT 84145-0385 |
| REED SMITH LLP | ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON DE 19801 |
| RICHARDS LAYTON & FINGER | ATTN: MARK D COLLINS ESQ,CHRISTOPHER M SAMIS ESQ ONE RODNEY SQUARE, 920 N KING ST WILMINGTON DE 19801 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSEPH E. SHICKICH JR. ESQ. 1001 4TH AVE, STE 4500 SEATTLE WA 98154-1192 |
| ROBINSON BRADSHAW & HINSON P.A. | ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ. 101 NORTH TRYON ST, STE 1900 CHARLOTTE NC 28246 |
| ROPES & GRAY LLP | ATTN: MARK I. BANE,ANNE H. PAK 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| ROPES & GRAY LLP | JAMES M. WILTON, ESQ.; PATRICIA I. CHEN, ESQ. PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SAUL EWING LLP | ATTN: JOYCE A. KUHNS 500 E. PRATT STREET, 8TH FLOOR BALTIMORE MD 21202 |
| SEC NY REGIONAL OFFICE | ATTN: ATTN:  NATHAN FUCHS 233 BROADWAY NEW YORK NY 10279 |
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH BANKRUPTCY DIV_STE 400 3 WORLD FINANCIAL CENTER NEW YORK NY 10281-1022 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19903 |
| SECRETARY OF TREASURY | P.O. BOX 7040 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: GEORGE S. CANELLOS, REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER, SUITE 400 NEW YORK NY 10281-1022 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQ,KIMBERLY K SMITH ESQ 30 ROCKEFELLER PLAZA, 24TH FL NEW YORK NY 10112 |

| Claim Name | Address Information |
| --- | --- |
| SIRLIN GALLOGLY & LESSER, P.C. | ATTN: DANA S. PLON ESQ. 123 SOUTH BROAD STREET, SUITE 2100 PHILADELPHIA PA 19109 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: SARAH E. PIERCE ONE RODNEY SQUARE, PO BOX 636 WILMINGTON DE 19899-0636 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN | LLP, ATTN: AMOS U. PRIESTER IV ESQ. ANNA B. OSTERHOUT ESQ. P.O. BOX 2611 RALEIGH NC 27602-2611 |
| SMITH KATZENSTEIN & FURLOW | ATTN: KATHLEEN M. MILLER ESQ. 800 DELAWARE AVE., 7TH FL WILMINGTON DE 19801 |
| SPECTRUM GROUP MANAGEMENT LLC | ATTN: DAVID D.R. BULLOCK 1250 BROADWAY, SUITE 810 NEW YORK NY 10001 |
| STATE OF MI DEPT OF TREASURY | ATTN: DEBORAH B. WALDMEIR ESQ. 3030 W GRAND BLVD. STE. 10-200 CADILLAC PLACE DETROIT MI 48202 |
| STEMPEL BENNETT CLAMAN & HOCHBERG P.C. | ATTN: EDMOND P. O'BRIEN ESQ. 675 THIRD AVE, 31ST FL NEW YORK NY 10017 |
| STEVENS & LEE P.C. | ATTN: MARIA APRILE SAWCZUK 1105 N MARKET ST, 7TH FL WILMINGTON DE 19801 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN ESQ. 901 N. MARKET STREET, SUITE 1300 WILMINGTON DE 19801 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER 78 ALEXANDER DRIVE, PO BOX 13445 TRIANGLE PARK NC 27709 |
| SWARTZ CAMPBELL LLC | ATTN: NICHOLAS SKILES ESQ. 300 DELAWARE AVENUE, SUITE 1410 WILMINGTON DE 19801 |
| THE INTECH GROUP INC. | ATTN: ERNIE HOLLING PRESIDENT 305 EXTON COMMONS EXTON PA 19341 |
| THE INTERPUBLIC GROUP OF COMPANIES | ATTN: NICHOLAS VIANNA 1114 AVENUE OF THE AMERICAS, 19TH FLOOR NEW YORK NY 10036 |
| TISHLER & WALK, LTD. | JEFFREY B. ROSE 200 S. WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| TOGUT, SEGAL & SEGAL LLP | ATTN: ALBERT TOGUT, ESQ.; NEIL BERGER, ESQ. ONE PENN PLAZA NEW YORK NY 10119 |
| TRAVELERS | ATTN: ATTN: CHANTEL PINNOCK 1 TOWER SQUARE, 5MN HARTFORD CT 06183-4044 |
| TW TELECOM INC. | ATTN: LINDA BOYLE 10475 PARK MEADOWS DR, STE 400 LITTLETON CO 80124 |
| U.S. DEPT OF JUSTICE CIVIL DIV | ATTN: SETH B. SHAPIRO ESQ. P.O. BOX 875, BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK P.O. BOX 500, M/S E8-108 BLUE BELL PA 19424 |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | ATTN: DAVID CAPOZZI, ACTING GENERAL COUNSEL 2000 L STREET NW, SUITE 200 WASHINGTON DC 20036 |
| US ATTORNEY'S OFFICE | DISTRICT OF DELAWARE 1007 N. ORANGE STREET WILMINGTON DE 19801 |
| VEDDER PRICE P.C. | ATTN: MICHAEL L. SCHEIN ESQ. 1633 BROADWAY, 47TH FL NEW YORK NY 10019 |
| VEDDER PRICE P.C. | COUNSEL TO MIKE ZAFIROVSKI ATTN: DOUGLAS J. LIPKE, ESQ.; ROBERT F. SIMON, ESQ 222 NORTH LASALLE STREET, SUITE 2600 CHICAGO IL 60601 |
| VONBRIESEN & ROPER S.C. | ATTN: RANDALL D. CROCKER ESQ. 411 E WISCONSIN AVE, STE 700 MILWAUKEE WI 53202 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | TIFFANY STRELOW COBB, ESQ. 52 EAST GAY STREET COLUMBUS OH 43215 |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: PHILIP MINDLIN, ESQ.; DOUGLAS K. MAYER, ESQ. BENJAMIN M. ROTH, ESQ.; GREGORY E. PESSIN, ESQ; BRIAN M. WALKER, ESQ. COUNSEL TO GOOGLE INC. AND RANGER INC. 51 WEST 52ND STREET NEW YORK NY 10019 |
| WEIR & PARTNERS LLP | JEFFREY S. CIANCIULLI, ESQ. COUNSEL TO ACME PACKET, INC. 824 MARKET STREET, SUITE 800 WILMINGTON DE 19801-4939 |
| WERB & SULLIVAN | ATTN: DUANE D. WERB ESQ. 300 DELAWARE AVE, 13TH FL WILMINGTON DE 19801 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN ESQ., JEREMY E. CRYSTAL ESQ. 787 7TH AVE NEW YORK NY 10019 |
| WILLKIE FARR & GALLAGHER LLP | MARC ABRAMS, ESQ.; BRIAN E. O'CONNOR, ESQ; SAMEER ADVANI, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | ATTN: MARK G. LEDWIN ESQ. 3 GANNETT DR WHITE PLAINS NY 10604 |
| WOLFF & SAMSON PC | ATTN: ROBERT E. NIES ESQ. THE OFFICES AT CRYSTAL LAKE ONE BOLAND DRIVE WEST ORANGE NJ 07052 |
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | STEVEN K. KORTANEK, ESQ.; MATTHEW P. WARD, ESQ. COUNSEL TO GOOGLE INC. AND RANGER INC. 222 DELAWARE AVENUE, SUITE 1501 WILMINGTON DE 19801 |
| XETA TECHNOLOGIES, INC. | C/O JOE M. FEARS, ESQ. BARBER & BARTZ 800 PARK CENTRE 525 SOUTH MAIN STREET TULSA OK 74103-4511 |
| YOUNG CONAWAY | ATTN: JAMES L. PATTON, EDWIN J. HARRON THE BRANDYWINE BLDG 17TH FL. 1000 WEST |

| Claim Name | Address Information |
|---|---|
| YOUNG CONAWAY | STREET WILMINGTON DE 19801 |

**Total Creditor count  199**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ARCHIVE AMERICA, INC | C/O CONTRACT ADMINISTRATION 3455 NW 54 STREET MIAMI FL 33142 |
| AT4 WIRELESS, S.A. | ATTN: MS. LAURA LUQUE CABEZAS PTA. C./SEVERO OCHOA 2 CAMPANILLAS MALAGA 29590 SPAIN |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CALLIDUS SOFTWARE INC 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AIRSPAN NETWORKS INC. ATTN: GANNA LIBERCHUK 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| INNOVATIONAL IP SOLUTIONS, LLC | DAVE DEUTSCHMAN 19328 89TH AVE NE BOTHELL WA 98011 |
| OFS FITEL, LLC | ATTN: JANA KAPLAN 2000 NORTHEAST EXPRESSWAY SUITE 2H 02 NORCROSS GA 30071 |
| PANGAIA PARTNERS, LLC | C/O FORMAN HOLT ELAIDES & RAVIN LLC 80 ROUTE 4 EAST, SUITE 290 PARAMUS NJ 07652 |
| PANGAIA PARTNERS, LLC | FORMAN HOLT ELAIDES & RAVIN LLC JOSEPH CERRA 80 ROUTE 4 EAST, SUITE 290 PARAMUS NJ 07652 |
| PARKER HANNIFIN CORPORATION | 6035 PARKLAND BLVD. CLEVELAND OH 44124 |
| PRO CONNECT TECHNOLOGY | 1700 CAPITOL AVE. PLANO TX 75074 |
| PRO CONNECT TECHNOLOGY | BRET L. BURDETTE 1700 CAPITOL AVE. PLANO TX 75074 |
| TERREMARK WORLDWIDE | C/O DIANE KATSULIS DIRECTOR OF LEGAL AFFAIRS 222 W. LAS COLINAS BLVD IRVING TX 75039 |
| TIME MATTERS GMBH | GUTENBERGSTR 6 NEU - ISENBURG 63263 GERMANY |
| WITLOCK GROUP, THE | 12820 WEST CREEK PKWY STE M HENRICO VA 23238-1111 |
| ZYXEL COMMUNICATIONS, INC. | 1130 N. MILLER ST. ANAHEIM CA 92806-2001 |

**Total Creditor count 15**

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| ACCELINK TECHNOLOGIES CO LTD | 88 YOUKEYUAN ROAD, HONGSHAN DISTRICT WUHAN 430074 CHINA |
| ACE AMERICAN INSURANCE COMPANY AND OTHER | C/O BAZELON LESS & FREEMAN, P.C. ATTN: CHRISTINA M. REGER, ESQ. 1515 MARKET STREET, SUITE 700 PHILADELPHIA PA 19102 |
| ACE AMERICAN INSURANCE COMPANY AND OTHER | CHRISTINA M. REGER, ESQUIRE BAZELON LESS & FELDMAN, P.C. SUITE 700, 1515 MARKET STREET PHILADELPHIA PA 19102 |
| ACE AMERICAN INSURANCE COMPANY AND OTHER | MEMBERS OF THE ACE GROUP OF COMPANIES 436 WALNUT STREET WA02J PHILADELPHIA PA 19106 |
| AEROFLEX | AEROFLEX WEINSCHEL 5305 SPECTRUM DRIVE FREDERICK MD 21703-7362 |
| ALLIANCE FOR TELECOMMUNICATION | INDUSTRY SOLUTIONS ATIS 1200 G STREET NW WASHINGTON DC 20005 |
| APPLIED DISCOVERY INC | 13427 NE 16TH STREET STE 200 BELLEVUE WA 98005 |
| AR GRAY & ASSOCIATES | 29 HANSEN BEACONSFIELD BEACONSFIELD QC H9W 5P4 CANADA |
| ARCHIVE AMERICA, INC | C/O CONTRACT ADMINISTRATION 3455 NW 54 STREET MIAMI FL 33142 |
| ARGO PARTNERS, INC. | TRANSFEROR: INFORMATION TODAY INC 12 WEST 37TH ST, 9TH FLOOR NEW YORK NY 10018 |
| ASM CAPITAL AS PURCHASER OF | TRANSLATIONS.COM 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL III, L.P. | TRANSFEROR: CALIFORNIA SOFTWARE LABORATO 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL III, L.P. | TRANSFEROR: NERA INC. C/O ASM CAPITAL 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL III, L.P. | TRANSFEROR: IAN MARTIN LIMITED AND IAN MARTIN TECHNOLOGY STAFFING INC 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL III, L.P. | TRANSFEROR: CARLSON MARKETING CANADA LTD 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: PRIMO MICROPHONES, INC. ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: ADEX CORPORATION ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: ACADEMIC BENCHMARKS ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, SUCCESSOR BY ASSIGNMENT TO | CARLSON MARKETING CANADA LTD. ATTN: ADAM MOSKOWITZ, MANAGING GEN PRTNR 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| AT4 WIRELESS, S.A. | ATTN: MS. LAURA LUQUE CABEZAS PTA. C./SEVERO OCHOA 2 CAMPANILLAS MALAGA 29590 SPAIN |
| AVENUE A RAZORFISH | 821 SECOND AVENUE SUITE 1800 SEATLE WA 98104 |
| AVENUE TC FUND, L.P. | TRANSFEROR: CLAIMS RECOVERY GROUP LLC ATTN: DAVID S. LEINWAND, ESQ. 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022 |
| AWARD SOLUTIONS, INC. | 2100 LAKESIDE BLVD, SUITE 300 RICHARDSON TX 75082 |
| BAKER, DONELSON, BEARMAN, CALDWELL & | BERKOWITZ, P.C. BLAIR B. EVANS 165 MADISON AVENUE, STE 2000 MEMPHIS TN 38103 |
| BARNES & THORNBURG LLP | ATTN: JENNIFER A. KIMBALL ONE N. WACKER DRIVE SUITE 4400 CHICAGO IL 60606 |
| BELL ALIANT REGIONAL COMMUNICATIONS, LTD | TRANSFEROR: INNOVATIA INC ATTN: EVAN J. KIPNES 1505 BARRINGTON STREET, 6 SOUTH HALIFAX NS B3J 2W3 CANADA |
| BORDEN LADNER GERVAIS LLP | WORLD EXCHANGE PLAZA STE 1100 100 QUEEN STREET CANADA ON K1P 1J9 CANADA |
| CADENCE DESIGN SYSTEMS INC | 2655 SEELY AVENUE BUILDING 5 ATTENTION: ROBERT GARCIA SAN JOSE CA 95134-1931 |
| CARLIN SYSTEMS INC | 31 FLOYDS RUN BOHEMIA NY 11716 |
| CARLIN SYSTEMS INC | 31 FLOYDS RUN BOHEMIA NY 11716-2155 |
| CBCI TELECOM | 1550 A LAPERRIERE AVE SUITE OTTAWA ON K1Z 7T2 CANADA |
| CHENMING | CHENMING USA INC 30631 SAN ANTONIO STREET HAYWARD CA 94544-7103 |
| CHILDS, MIKE & MARTINEZ, JEFFREY | 2644 MARSTON HTS COLORADO SPGS CO 80920-5115 |
| CHINA PATENT AGENT H.K. LTD. | 22/F, GREAT EAGLE CENTRE, 23 HARBOUR RD WANCHAI HONG KONG CHINA |
| CITY OF SANTA CLARA | BUSINESS LICENSE DIVISION 1500 WARBURTON AVENUE SANTA CLARA CA 95050 |
| CITY OF SUNRISE | PO BOX 31432 TAMPA FL 33631-3432 |
| COFACE NORTH AMERICA INSURANCE COMPANY | TRANSFEROR: JACO ELECTRONICS, INC 50 MILLSTONE RD., BLDG. 100, STE 360 EAST WINDSOR NJ 08520 |

| Claim Name | Address Information |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS | DEPARTMENT OF REVENUE PO BOX 9564 BOSTON MA 02114-9564 |
| COMTEL, S.A. | AVENIDA 4 SUR, NO. 30, BELLA VISTA APARTADO 0823-05880 PANAMA PANAMA |
| CONLEY ROSE, P.C. | ATTN: RODNEY B. CARROLL 5601 GRANITE PARKWAY, SUITE 750 PLANO TX 75024 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: MINDWAVE RESEARCH, INC ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: GENBAND USA LLC ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: UNITED STATES DEBT RECOVERY JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| CURATORS OF THE UNIVERSITY OF MISSOURI | 227 UNIVERSITY HALL COLUMBIA MO 65211 |
| DAGG, DAVID A. - PATENT ATTORNE | 44 CHAPIN RD NEWTON CENTRE MA 02459 |
| DATA GROUP OF COMPANIES | F/ K/ A RELIZON, INC. 80 AMBASSADOR DRIVE MISSISSAUGA ON L5T 2Y9 CANADA |
| DELL MARKETING, L.P. | 811 BARTON SPRINGS RD STE 811 AUSTIN TX 78704-1166 |
| DELTA PRODUCTS CORP | 4405 CUSHING PARKWAY FREMONT CA 94538-6475 |
| DESERT PALACE, INC., DBA CAESAR'S PALACE | HOTEL & CASINO ROBERT G. AISENSTEIN, ESQ. 2114 FOUNTAIN SPRINGS DRIVE HENDERSON NV 89074 |
| DEUTSCHE BANK SECURITIES, INC. | TRANSFEROR: WIPRO LIMITED ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DRAWBRIDGE SPECIAL OPP. FUND LTD. | TRANSFEROR: WISTRON CORPORATION C/O FORTRESS INVESTMENT GROUP 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP | TRANSFEROR: WISTRON CORPORATION C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| ECOMPANY STORE INC | ATTN: CHERYL FOLKNER, CONTROLLER P. O. BOX 1070 CHARLOTTE NC 28201-1070 |
| ELDORADO ACQUISITION THREE LLC | FKA TELCOVE,INC FKA ADELPHIA BUS. SOLUT. ATTN: KIM BARLETT 1025 ELDORADO BLVD. BROOMFIELD CO 80021 |
| FINNEGAN HENDERSON FARABOW GARRETT | 901 NEW YORK AVE NW WASHINGTON DC 20001-4413 |
| FONDATION DU CSSS DU SUD DE | LANAUDIERE 911 MONTEE DES PIONNIERS TERREBONNE QC J6V 2H2 CANADA |
| GREENBERG TURNER | 401 BAY STREET, SUITE 3000 TORONTO ON M5H 2Y4 CANADA |
| GUERIN & RODRIGUEZ LLP | 5 MT ROYAL AVE MARLBORO MA 01752 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CALLIDUS SOFTWARE INC 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LTD | TRANSFEROR: INDUSPAC RTP ATTN: GANNA LIBERCHUK 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HENDERSON ELECTRIC INC | 18427 W MCNICHOLS DETROIT MI 48219-4113 |
| HESCH, DR. MORITZ, ATTORNEY-AT-LAW | FRESHFIELDS BRUCKHAUS DERINGER ALSTERARKADEN 27 HOHE BLEICHEN 7 HAMBURG D-20354 GERMANY |
| HON HAI PRECISION INDUSTRY CO | 1688 RICHARD AVE SANTA CLARA CA 95050 |
| HYDRO OTTAWA | PO BOX 4483 STATION A TORONTO ON M5W 5Z1 CANADA |
| I AND C, S.A. | 22 CALLE 5-14, ZONA 14 GUATEMALA, CITY GUATEMALA |
| I AND C, S.A. | 25 CALLE 5-14, ZONA 14 GUATEMALA CITY GUATEMALA |
| INFORMA SUPPORT SERVICES, INC. | 101 ARTHUR ANDERSEN PARKWAY, SUITE 100 SARASOTA FL 34232 |
| INNOVATIONAL IP SOLUTIONS, LLC | DAVE DEUTSCHMAN 19328 89TH AVE NE BOTHELL WA 98011 |
| IPDIALOG, INC | 542 LAKESIDE DRIVE SUITE 7 SUNNYVALE CA 94085-4005 |
| IRON MOUNTAIN INFORMATION MANAGEMENT INC | JOSEPH P. CORRIGAN, ESQ. 754 ATLANTIC AVENUE, 10TH FLOOR BOSTON MA 02111 |
| IRON MOUNTAIN INFORMATION MANAGEMENT INC | JOSEPH P CORRIGAN, ESQ 745 ATLANTIC AVENUE 10TH FLOOR BOSTON MA 02111 |
| IRON MOUNTAIN INFORMATION MANAGEMENT INC | JOSEPH P CORRIGAN ESQ IRON MOUNTAIN INFORMATION MANAGEMENT INC 745 ATLANTIC AVENUE 10TH FLOOR BOSTON MA 02111 |
| J MOCK & CO SA | NO 15A JARDINES DE ALMA ROSA SANTO DOMINGO DOMINICAN REPUBLIC |
| KANATEK TECHNOLOGIES | KTI KANATEK TECHNOLOGIES INC 535 LEGGET DRIVE SUITE 400 KANATA ON K2K 3B8 CANADA |

| Claim Name | Address Information |
|---|---|
| KELLY TEMPORARY SERVICES LTD | 200 KENT STREET OTTAWA ON K2P 2J8 CANADA |
| KOLISCH HARTWELL, P.C. | 520 SW YAMHILL STREET, SUITE 200 PORTLAND OR 97204 |
| KUMARAN SYSTEMS INC | 701 EVANS AVENUE SUITE 509 TORONTO ON M9C 1A3 CANADA |
| LANGUAGE LINE SERVICES | 1 LOWER RAGSDALE DRIVE, BUILDING # 2 MONTEREY CA 93940 |
| LEXISNEXIS CANADA INC | 123 COMMERCE VALLEY DRIVE EAST SUITE 700 MARKHAM ON L3T 7W8 CANADA |
| LEXISNEXIS, A DIV OF REED ELSEVIER INC. | ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG OH 45342 |
| LONG ISLAND LIGHTING COMPANY DBA LIPA | ELISA M PUGLIESE, ESQ. 175 E. OLD COUNTRY ROAD HICKSVILLE NY 11801 |
| MCCAAN ERICKSON PUERTORICO | JOSE E. COLON SANTANA 315 COLL & TOSTE SAN JUAN PR 00918 PUERTO RICO |
| MEDIA5 CORPORATION | 4229 GARLOCK SHERBROOKE QC J1L2C8 CANADA |
| MONARCH MASTER FUNDING LTD | TRANSFEROR: RIVERSIDE CLAIMS LLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022 |
| MONARCH MASTER FUNDING LTD | C/O MONARCH ALTERNATIVE CAPITAL LP MICHAEL GILLIN 535 MADISON AVE, 26TH FLOOR NEW YORK NY 10022 |
| MUNCK CARTER LLP | 600 BANNER PLACE 12770 COIT ROAD DALLAS TX 75251 |
| NAPIER, SUSAN A | 406 BAKER DR WEST PALM BEACH FL 33409 |
| NATIONAL GRID | 300 ERIE BLVD WEST SYRACUSE NY 13202 |
| NATIONAL GRID-MASSACHUSETTS | PO BOX 1005 WOBURN MA 01807-0005 |
| NEARMUG | ATTN: JILL A. ADLER, CMP, CONFERENCE COORDINATOR 11 DOUGAL LANE EAST NORTHPORT NY 11731 |
| NFUSION GROUP, LLC | JAY H. ONG, ESQ. 401 CONGRESS AVE STE 3050 AUSTIN TX 78701-4506 |
| NFUSION GROUP, LLC | CARMENT HENDERSON, CONTROLLER 5000 PLAZA ON THE LAKE SUITE 200 AUSTIN TX 78746 |
| OCE IMAGISTICS INC | 7555 E. HAMPDEN AVE SUITE 200 DENVER CO 80231 |
| OFS FITEL, LLC | ATTN: JANA KAPLAN 2000 NORTHEAST EXPRESSWAY SUITE 2H 02 NORCROSS GA 30071 |
| PANGAIA PARTNERS, LLC | C/O FORMAN HOLT ELAIDES & RAVIN LLC 80 ROUTE 4 EAST, SUITE 290 PARAMUS NJ 07652 |
| PANGAIA PARTNERS, LLC | FORMAN HOLT ELAIDES & RAVIN LLC JOSEPH CERRA 80 ROUTE 4 EAST, SUITE 290 PARAMUS NJ 07652 |
| PARKER HANNIFIN CORPORATION | 6035 PARKLAND BLVD. CLEVELAND OH 44124 |
| PDX INC | 101 JIM WRIGHT FREEWAY SOUTH FORT WORTH TX 76108-2202 |
| PROCOM SERVICES | 2501 BLUE RIDGE ROAD, SUITE 250 RALEIGH NC 27607 |
| PROCOM SERVICES | 10670 NORTH CENTRAL EXPRESSWAY # 460 DALLAS TX 75231 |
| PROCOM SERVICES | PROCOM SERVICES 10670 NORTH CENTRAL EXPRESSWAY, #460 DALLAS TX 75231 |
| PROCOM SERVICES | 10670 NORTH CENTRAL EXPRESSWAY SUITE 460 DALLAS TX 75231 |
| PROGRESS SOFTWARE CORPORATION | 14 OAK PARK BEDFORD MA 01730 |
| PROGRESS SOFTWARE CORPORATION | FKA: IONA CORPORATION 14 OAK PARK DR BEDFORD MA 01730-1485 |
| PROVANTAGE CORP | 7249 WHIPPLE AVENUE NW NORTH CANTON OH 44720-7143 |
| RADIO FREQUENCY SYSTEMS | 200 PONDVIEW DR MERIDEN CT 06450 |
| REDAPT SYSTEMS, INC. | 12226 134TH CT NE BLDG D REDMOND WA 98052 |
| SCHACHTEL INC DBA CTP SOLUTIONS | 5236 COLODNY DRIVE SUITE 200 AGOURA HILLS CA 91301-2692 |
| SEDIN SA | PO BOX 6211 CH 1211 GENEVE 6 1211 SWITZERLAND |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE | BANKRUPTCY SECTION POST OFFICE BOX 6668 TALLAHASSEE FL 32314-6668 |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE | FREDERICK F. RUDZIK P.O. BOX 6668 TALLAHASSEE FL 32314-6668 |
| STORM TECHNOLOGY LTD | GALWAY BUSINESS PARK UPPER NEWCASTLE RD GALWAY IRELAND |
| SYBASE INC. | 561 VIRGINIA ROAD CONCORD MA 01742 |
| T-SYSTEMS NORTH AMERICA, INC. | P.O. BOX 13392 NEWARK NJ 07101-3392 |
| T-SYSTEMS NORTH AMERICA, INC. | PO BOX 3605 LISLE IL 60532-8605 |
| TEKNOWLOGIC DOMINICANA C POR A | AV. 27 DE FEBRERO, ESQ., ABRAHAM LINCOLN UNICENTRO PLAZA SUITE 25B SANTO DOMINGO DN 10127 DOMINICAN REPUBLIC |

| Claim Name | Address Information |
|---|---|
| TELEFONICA INTERNACIONAL, S.A.U. | C/O CONNIE GRAVER, PARALEGAL STEARNS WEAVER MILLER, ET AL 150 WEST FLAGLER STREET, SUITE 2200 MIAMI FL 33130 |
| TERREMARK WORLDWIDE | C/O DIANE KATSULIS DIRECTOR OF LEGAL AFFAIRS 222 W. LAS COLINAS BLVD IRVING TX 75039 |
| TIME:MATTERS | GUTENBERGSTRABE 6 NEU0ISENBURG 63263 GERMANY |
| TRIMBLE NAVIGATION | 510 DEGUIGNE DRIVE SUNNYVALE CA 94085 |
| TUV RHEINLAND | TUV RHEINLAND OF NORTH AMERICA PO BOX 33222 HARTFORD CT 06150-3222 |
| TUV RHEINLAND OF N.A INC. | 12 COMMERCE ROAD NEWTOWN CT 06470 |
| TUV RHEINLAND OF NORTH AMERICA | PO BOX 33222 HARTFORD CT 06150-3222 |
| TYCO ELECTRONICS CORP. | ATTN: GEORGE D NAGEL, JR. CREDIT DEPT 3826 2800 FULLING MILL ROAD MIDDLETOWN PA 17057 |
| ULINE | 2200 SOUTH LAKESIDE DR WAUKEGAN IL 60085-8361 |
| UNITED BUSINESS MEDIA LLC | DBA UBM TECHWEB, LIGHT READING/ HEAVEY READING P.O. BOX 9064 NEW YORK NY 10087-9064 |
| UNITED PARCEL SERVICE | P.O. BOX 2127 CRO HALIFAX NS B3J 3B7 CANADA |
| UNITED STATES DEBT RECOVERY V, LP | TRANSFEROR: VERIDAN CONNECTIONS 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY V, LP | TRANSFEROR: GN CLAIM SUB, LLC 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY VIII, LP | TRANSFEROR: US DEBT RECOVERY V, LP 940 SOUTHWOOD BLVD., SUITE 101 INCLINE VILLAGE NV 89451 |
| WAITT, DAVID | DAVID WAITT CONSULTING 21565 MARY ALICE WAY LOS GATOS CA 95033 |
| WIREWERKS | 10280 CHEMIN DE LA COTE-DE-LIESSE LACHINE QC H8T 1A3 CANADA |
| WIREWERKS INC | 10280 CHEMIN DE LA COTE-DE-LIESSE LACHINE QC H8T 1A3 CANADA |
| WISTRON CORPORATION | 21F, NO 88, SECTION 1, HSIN-TAI-WU ROAD, HSI-CHIH TAIPEI HSIEN 221 TAIWAN, R.O.C. |
| WISTRON CORPORATION | 21F, 88, SEC. 1, HSIN TAI WU RD., HSICHIH, TAIPEI LEGAL OFFICE HSIEN 221 TAIWAN, R.O.C. |
| WISTRON INFOCOMM TECHNOLOGY CORP | 21F, 88, SEC. 1, HSIN TAI WU RD HSICHIH TAIPEI HSIEN 221 TAIWAN R.O.C. |
| WORDEN MASTER FUND LP | TRANSFEROR: WISTRON CORPORATION C/O FORTRESS INVESTMENT 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| XETA TECHNOLOGIES, INC. | 814 W. TACOMA BROKEN ARROW OK 74012 |
| XETA TECHNOLOGIES, INC. | 1814 WEST TACOMA STREET BROKEN ARROW OK 74012-1406 |
| XETA TECHNOLOGIES, INC. | JOE M. FEARS BARBER & BARTZ, P.C. 525 SOUTH MAIN, # 800 TULSA OK 74103-4511 |
| XETA TECHNOLOGIES, INC. | C/O BARBER & BARTZ, INC. ATTN: JOE M. FEARS 525 S. MAIN, SUITE 800 TULSA OK 74153 |
| ZYXEL COMMUNICATIONS, INC. | 1130 N. MILLER ST. ANAHEIM CA 92806-2001 |

**Total Creditor count  142**

**EXHIBIT D**

# NORTEL
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ANDREW LLC | TY E. SHAFFER, ESQ. C/O ROBINSON, BRADSHAW & HINSON, PA 101 NORTH TRYON STREET, SUITE 1900 CHARLOTTE NC 28246 |
| ANDREW TELECOMMUNICATIONS PRODUCTS | TY E. SHAFFER, ESQ. C/O ROBINSON, BRADSHAW & HINSON, PA 101 NORTH TRYON STREET, SUITE 1900 CHARLOTTE NC 28246 |
| APPLIED DISCOVERY INC | 13427 NE 16TH STREET STE 200 BELLEVUE WA 98005 |
| ASM CAPITAL, SUCCESSOR BY ASSIGNMENT TO | CARLSON MARKETING CANADA LTD. ATTN: ADAM MOSKOWITZ, MANAGING GEN PRTNR 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| BARNES & THORNBURG LLP | ATTN: JENNIFER A. KIMBALL ONE N. WACKER DRIVE SUITE 4400 CHICAGO IL 60606 |
| DRAWBRIDGE SPECIAL OPP. FUND LTD. | TRANSFEROR: WISTRON CORPORATION C/O FORTRESS INVESTMENT GROUP 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP | TRANSFEROR: WISTRON CORPORATION C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| ECOMPANY STORE INC | ATTN: CHERYL FOLKNER, CONTROLLER P. O. BOX 1070 CHARLOTTE NC 28201-1070 |
| HESCH, DR. MORITZ, ATTORNEY-AT-LAW | FRESHFIELDS BRUCKHAUS DERINGER ALSTERARKADEN 27 HOHE BLEICHEN 7 HAMBURG D-20354 GERMANY |
| I AND C, S.A. | 25 CALLE 5-14, ZONA 14 GUATEMALA CITY GUATEMALA |
| J MOCK & CO SA | NO 15A JARDINES DE ALMA ROSA SANTO DOMINGO DOMINICAN REPUBLIC |
| MEDIA5 CORPORATION | 4229 GARLOCK SHERBROOKE QC J1L2C8 CANADA |
| OMNITEL COMMUNICATIONS | 608 E CONGRESS ST NORA SPRINGS IA 50458-8634 |
| PRIETO & CARRIZOSA SA | CRA 9 NO 74-08 OFIC 305 CONMUTADOR BOGOTA COLOMBIA |
| PROCOM SERVICES | 10670 NORTH CENTRAL EXPRESSWAY # 460 DALLAS TX 75231 |
| TERREMARK WORLDWIDE | C/O DIANE KATSULIS DIRECTOR OF LEGAL AFFAIRS 222 W. LAS COLINAS BLVD IRVING TX 75039 |
| TUV RHEINLAND OF N.A INC. | 12 COMMERCE ROAD NEWTOWN CT 06470 |
| TYCO ELECTRONICS CORP. | ATTN: GEORGE D NAGEL, JR. CREDIT DEPT 3826 2800 FULLING MILL ROAD MIDDLETOWN PA 17057 |
| WISTRON CORPORATION | 21F, NO 88, SECTION 1, HSIN-TAI-WU ROAD, HSI-CHIH TAIPEI HSIEN 221 TAIWAN, R.O.C. |
| WORDEN MASTER FUND LP | TRANSFEROR: WISTRON CORPORATION C/O FORTRESS INVESTMENT 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| ZYXEL COMMUNICATIONS, INC. | 1130 N. MILLER ST. ANAHEIM CA 92806-2001 |

**Total Creditor count  21**