## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] | ) |
| | ) |
| Debtors. | ) |
| | ) Re: Docket No. 7259 |
| | ) |

## CERTIFICATION OF NO OBJECTION REGARDING THIRTY-SIXTH MONTHLY APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 1, 2012 THROUGH JANUARY 31, 2012 [DOCKET NO. 7259] (NO ORDER REQUIRED)

The undersigned hereby certifies that he has received no answer, objection or any other responsive pleading with respect to the Thirty-Sixth Monthly Fee Application for Compensation and Reimbursement of Expenses (the "Application") of Richards, Layton & Finger, P.A. (the "Applicant") listed on Exhibit A attached hereto. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. The Application was filed with the Court on the date listed on Exhibit A.[2]

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have twenty (20) days after the date of service to object to the Application.

RLF1 5354369v. 1

Committee Members entered February 4, 2009 [Docket No. 222] (the "Interim Compensation Order"), the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certification of No Objection and without the need for entry of a Court order approving the Application.

Dated: March 16, 2012
      Wilmington, Delaware

                           Mark D. Collins (No. 2981)
                           Christopher M. Samis (No. 4909)
                           Drew G. Sloan (No. 5069)
                           RICHARDS, LAYTON & FINGER, P.A.
                           One Rodney Square
                           920 North King Street
                           Wilmington, Delaware  19801
                           Telephone:  (302) 651-7700
                           Facsimile:  (302) 651-7701

                           -and-

                           Fred S. Hodara, Esq.
                           Akin Gump Strauss Hauer & Feld LLP
                           One Bryant Park
                           New York, New York 10036
                           Telephone:  (212) 872-1000
                           Facsimile:  (212) 872-1002

                           Counsel to the Official Committee of Unsecured
                           Creditors of Nortel Networks Inc., *et al.*

RLF1 5354369v. 1

**EXHIBIT A**

**NORTEL NETWORKS INC.** *et al.*
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Richards, Layton & Finger, P.A. [Docket No. 7259] | 1/1/12 – 1/31/12 | $5,437.50 (Fees) $444.82 (Expenses) | $4,350.00 (Fees @ 80%) $444.82 (Expenses @ 100%) | 2/23/12 | 3/14/12 |