## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket No. 7257** |

## CERTIFICATE OF NO OBJECTION REGARDING THIRD MONTHLY APPLICATION OF ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES AND THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS OF NORTEL NETWORKS INC., *ET AL*, AND ITS AFFILIATED DEBTORS, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES FOR THE PERIOD DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011

The undersigned counsel hereby certifies that, as of the date hereof:

1.    She has received no answer, objection, or other responsive pleading to the Third Monthly Application of Alvarez & Marsal Healthcare Industry Group, LLC, as Financial Advisor to the Official Committee of Retired Employees and the Official Committee of Long Term Disability Participants of Nortel Networks Inc., *et al*, and its Affiliated Debtors, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period December 1, 2011 through December 31, 2011 (the "Application") (Docket No. 7257) filed on February 23, 2012.

---

[1]    The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2.      Pursuant to the Notice of Application, objections to the Application were to be filed and served by March 14, 2012 (the "Objection Deadline"). The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to Rule 9013-1(j) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and General Chambers Procedures § 2(a)(v), undersigned counsel files this Certificate of No Objection to the Application following two business days after the Objection Deadline.

3.      The Application requested allowance of fees in the amount of $46,267.50 and expenses in the amount of $0.00 pursuant to the Administrative Order Pursuant to 11 U.S.C. §§ 105(A) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (the "Interim Compensation Order") (Docket No. 222). The Application also requested payment of fees in the amount of $37,014.00 (80% of $46,267.50) and expenses in that amount of $0.00 pursuant to the Interim Compensation Order. As noted above no objections were received to the full amount of Alvarez & Marsal's fee and expense request.

Dated: March 16, 2012
      Wilmington, DE

**ELLIOTT GREENLEAF**

Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
1105 N. Market Street, Ste 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

*Counsel to the Official Committee of Long-Term Disability Participants*

WLM: 23028 v1