IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) **Objection Deadline: March 28, 2012 at 4:00 p.m.** |
| | ) **Hearing Date: April 4, 2012 at 10:00 a.m.** |

## NOTICE OF THE MOTION OF THE OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PARTICIPANTS FOR AN ORDER LIFTING OR, IN THE ALTERNATIVE, INCREASING THE LIMITS ON FEES FOR LTD COMMITTEE COUNSEL

TO: (i) the above-captioned Debtors; (ii) counsel to the Debtors, (iii) counsel to the Official Committee of Retired Employees; (iv) counsel to the Official Committee of Unsecured Creditors; (v) the Office of the United States Trustee for the District of Delaware; and (vi) all parties required to receive service under Del. Bankr. L.R. 2002-1(b) and Federal Rules of Bankruptcy Procedure 2002.

**PLEASE TAKE NOTICE** that the Official Committee of Long-Term Disability Participants ("LTD Committee") of the above captioned Debtors has filed a **Motion Of The Official Committee Of Long-Term Disability Participants For An Order Lifting Or, In The Alternative, Increasing The Limits On Fees For LTD Committee Counsel** (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion must be filed on or before **Wednesday, March 28, 2012 at 4:00 p.m. (prevailing Eastern Time)** with the United States Bankruptcy Court for the District of Delaware

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

(the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of any responses or objection upon the undersigned attorneys.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion, if necessary, shall be held before the Honorable Kevin Gross on **Wednesday, April 4, 2012 at 10:00 a.m. (prevailing Eastern Time)** at the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES OR OBJECTIONS ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, AN ORDER MAY BE ENTERED GRANTING THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

Dated: March 16, 2012
       Wilmington, Delaware

**ELLIOTT GREENLEAF**

/s/Rafael X. Zahralddin-Aravena
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
Jonathan M. Stemerman (DE Bar No. 4510)
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

*Counsel to the Official Committee of Long-Term Disability Participants*