IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |
| | ) **Re: Docket No. \_\_\_\_** |

### ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PARTICIPANTS FOR AN ORDER LIFTING OR, IN THE ALTERNATIVE, INCREASING THE LIMITS ON FEES FOR LTD COMMITTEE COUNSEL

Upon consideration of the *Motion of the Official Committee of Long-Term Disability Plan Participants for an Order Lifting, or in the Alternative, Increasing the Limits on Fees for LTD Committee Counsel* (the "Motion") and any responses thereto; and it appearing that sufficient notice of the Motion has been given; and in good cause having been shown, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Current Cap[2] shall lifted; and it is further

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] All capitalized terms not defined herein shall have the same meaning as set forth in the Motion.

ORDERED that nothing in this Order limits the ability of any party in interest to challenge the fee applications of the LTD Committee, pursuant to section 328 of the Bankruptcy Code.

Dated: _____, 2012
     Wilmington, Delaware

                                          HONORABLE KEVIN GROSS
                                          CHIEF UNITED STATES BANKRUPTCY JUDGE