# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:  In re: <u>Nortel Networks Inc.</u>     Case No. <u>09-10138</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>COGNIZANT US CORP</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>N/A</u><br>Amount of Claim:  USD<u>$78,120.00</u><br>Date Claim Filed: <u>N/A</u> |
| TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518 | Phone: <u>201-498-8826</u><br>Last four digits of Acct.#: <u>N/A</u><br><br>Name and Current Address of Transferor: |
| Phone: <u>516-255-1801</u><br>Last four digits of Acct#:  <u>N/A</u> | COGNIZANT US CORP<br>500 Frank W. Burr Blvd.<br>Teaneck, NJ 07666 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#:  <u>N/A</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>                                                       Date: <u>March 19, 2012</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:   United States Bankruptcy Court ("Bankruptcy Court")
      District of Delaware
      824 North Market Street, 3rd Floor
      Wilmington, DE 19801-3024
      Attention: Clerk

AND TO:   NORTEL NETWORKS INC.   ("Debtor")
          Case No. 09-10138

Claim # N/A

**COGNIZANT US CORP**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$78,120.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 15th DAY OF March, 2012.

**ASSIGNOR: COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION, (As listed by the Debtor in the Bankruptcy Proceeding as COGNIZANT US CORP)**

_____
(Signature)

Laurie Emmer
(Print Name)

Corporate Counsel
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

In re  NORTEL NETWORKS INC.                                              Case No.  09-10138
                             Debtor                                                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 452434 <br><br> CNG GLOBAL SERVICES INC <br> 6 ANTARES DRIVE PHASE 1 <br> OTTAWA, ON K2E 8A9 <br> CANADA | | | TRADE PAYABLE | | | | $22,898.00 |
| ACCOUNT NO. 368702 <br><br> COAMS INC <br> 175 W. JACKSON, SUITE 1750 <br> CHICAGO, IL 60604 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. 459954 <br><br> CODENOMICON LTD <br> 101 METRO DRIVE <br> SAN JOSE, CA 95110 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. 467802 <br><br> COGNIZANT US CORP <br> 500 GLENPOINTE CENTER <br> WEST TEANECK, NJ 07666-6804 | | | TRADE PAYABLE | | | | $78,120.00 |
| ACCOUNT NO. <br><br> COLIN DOHERTY <br> 11 LEONARD AVE, WEST NEWTON <br> BOSTON, MA 02465 | | | UK INLAND TAX REVENUE RELATED CLAIM | X | X | X | UNKNOWN |
| ACCOUNT NO. <br><br> COLISEUM TRANSFER INC <br> 2550 WEST TYVOLA ROAD <br> SUITE 150 <br> CHARLOTTE, NC 28217-4551 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. <br><br> COLLIERS DICKSON FLAKE PARTNERS INC <br> PO BOX 3546 <br> LITTLE ROCK, AR 72203 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. <br><br> COLON RECTAL ASC OF CTRL <br> 5100 W TAFT RD# 4A <br> LIVERPOOL, NY 13088 | | | TRADE PAYABLE | X | X | X | UNKNOWN |
| ACCOUNT NO. 459322 <br><br> COMBAT NETWORKS INC <br> 236 WESTBROOK ROAD <br> OTTAWA, ON K0A 1L0 <br> CANADA | | | TRADE PAYABLE | X | X | X | UNKNOWN |

Sheet no. 61 of 527 sheet(s) attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    $101,018.00