# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
In re                                                     :     Chapter 11
                                                          :
Nortel Networks Inc., *et al.*,[1]                        :     Case No. 09-10138 (KG)
                                                          :
      Debtors.                :     Jointly Administered
                                                          :
-----------------------------------------------------------X

| | |
|---|---|
| Nortel Networks Inc. v. BizSphere AG (f/k/a SVA-BizSphere AG) | Adv. Pro. No. 10-55918 |
| Nortel Networks Inc. v. Macadamian Technologies Inc. | Adv. Pro. No. 10-55915 |

## STATUS REPORT ON AVOIDANCE ACTIONS
## ASSIGNED TO THE HONORABLE KEVIN GROSS, CHIEF JUDGE

      In accordance with the Court's Chambers' Procedures and the Scheduling Order dated May 6, 2011, plaintiff Nortel Networks Inc., by and through its undersigned counsel, submits the following status report with respect to the above-captioned adversary proceedings.

                                      CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                      James L. Bromley (admitted *pro hac vice*)
                                      Lisa M. Schweitzer (admitted *pro hac vice*)
                                      Neil P. Forrest (admitted *pro hac vice*)
                                      Nora K. Abularach (admitted *pro hac vice*)
                                      One Liberty Plaza
                                      New York, New York 10006
                                      Telephone:  (212) 225-2000
                                      Facsimile:  (212) 225-3999

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

2

        - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Chad A. Fights*
Donna L. Culver (No. 2983)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and
Debtors in Possession*

Dated:  March 19, 2012
Wilmington, Delaware