## Exhibit B

| | |
|---|---|
| Nortel Networks Inc. v. AudioCodes, Inc. et al | 11-52298 |
| Nortel Networks Inc. v. Maritz Canada Inc. et al | 10-53187 |
| SNMP Research International, Inc. et al v. Nortel Networks Inc. et al | 11-53454 |