IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.*, | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | **Re Dkt Nos. 5970, 6022 and 6026** |

**ORDER GRANTING IN PART AND DENYING IN PART THE JOINT OBJECTIONS AND MOTIONS TO DISMISS CLAIMS OF NORTEL NETWORKS UK LIMITED, NORTEL NETWORKS (IRELAND) LIMITED AND NORTEL NETWORKS S.A.**

Upon the Joint Objection and Motion to Dismiss Claims of Nortel Networks UK Limited, Nortel Networks (Ireland) Limited and Nortel Networks S.A. [D.I. 5970, 6022 and 6026] (the "Objections") filed by Nortel Networks Inc., and certain of its affiliates, as debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") and the Official Committee of Unsecured Creditors (the Committee"), requesting an order pursuant to sections 105 and 502 of the Bankruptcy Code and Bankruptcy Rules 3001, 3002, 3003, 3007, 7012 and 9014, dismissing, disallowing and expunging with prejudice Claims Nos. 7774, 7784, 7785 and 7786 and, to the extent not superseded in their entirety, Claim Nos. 4923, 5089 and 5122 (the "Claims") upon the declarations and documents in support of the Objections; and after careful consideration of the Joint Administrators' Oppositions to the Objections and the supporting declarations and documents; and upon the record of these Chapter 11 proceedings and the related Chapter 15 proceedings pending before this Court under jointly administered case number 09-11972; and upon the record of the hearing on the Objections; and the Court having determined that consideration of the Objections is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and sufficient cause appearing therefor; for the reasons stated in the accompanying Opinion,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Objections are granted in part and denied in part as set forth in the attachment; and to the extent not clear from the attachment, the UK Pension Claims arising from the Financial Support Decision or Contribution Notice are dismissed.

2. The Court finds that application of Bankruptcy Rule 7012 to this contested matter provides the most efficient manner of resolving the Claims, and will materially progress not only the Objections but the resolution of the Debtors' proceedings more generally. The Court thus exercises its discretion to apply Bankruptcy Rule 7012 to the Claims, pursuant to Bankruptcy Rule 9014(c).

3. The rights and defenses of all parties with respect to claim number 1 in Claim Nos. 7774, 7784, 7785 and 7786 (and to the extent asserted therein, in Claim Nos. 4923, 5089 and 5122) are expressly reserved.

4. The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this order.

Dated: March 20, 2012

_____
KEVIN GROSS, U.S.B.J.

**Disposition of the Objections to and Motions to Dismiss the Amended Claims**

| Claim number | Disposition | Nature of claim | Factual predicate |
|---|---|---|---|
| **NNUK Claim** | | | |
| 2 | Granted | Breach of fiduciary duty | Transfer pricing |
| 3 | Granted | Breach of duty of care | Transfer pricing |
| 4 | Denied | Dishonest Assistance | Transfer pricing |
| 5 | Denied | Unlawful Means Conspiracy | Transfer pricing |
| 6 | Denied | Aiding and abetting breach of fiduciary duty | Transfer pricing |
| 7 | Denied | Civil Conspiracy | Transfer pricing |
| 8 | Granted | Breach of fiduciary duty | English loans |
| 9 | Granted | Breach of duty of care | English loans |
| 10 | Denied | Dishonest Assistance | English loans |
| 11 | Denied | Civil Conspiracy | English loans |
| 12 | Denied | Unlawful Means Conspiracy | English loans |
| 13 | Denied | Aiding and abetting breach of fiduciary duty | English loans |
| 14 | Denied | Unconscionable Receipt | English loans |
| 15 | Denied | Unjust enrichment | English loans |
| 16 | Granted | Breach of fiduciary duty | Project Swift |
| 17 | Granted | Breach of duty of care | Project Swift |
| 18 | Denied | Dishonest Assistance | Project Swift |
| 19 | Denied | Unlawful Means Conspiracy | Project Swift |
| 20 | Denied | Aiding and abetting breach of fiduciary duty | Project Swift |
| 21 | Denied | Civil Conspiracy | Project Swift |
| 22 | Denied | Unconscionable Receipt | Project Swift |
| 23 | Denied | Unjust enrichment | Project Swift |
| 24 | Denied | Implied Contract | Past business sales |
| 25 | Denied | Implied Term | Past business sales |
| 26 | Denied | Mistake | Past business sales |
| 27 | Denied | Transaction at Undervalue | Past business sales |
| 28 | Granted | Breach of fiduciary duty | Past business sales |
| 29 | Denied | Knowing Receipt | Past business sales |

| | NNUK Claim (cont'd) | | |
|---|---|---|---|
| Claim number | Disposition | Nature of claim | Factual predicate |
| 30 | Granted | Breach of duty of care | Past business sales |
| 31 | Denied | Aiding and abetting breach of fiduciary duty | Past business sales |
| 32 | Granted | Breach of fiduciary duty | Contingent tax liability |
| 33 | Granted | Breach of duty of care | Contingent tax liability |
| 34 | Denied | Aiding and abetting breach of fiduciary duty | Contingent tax liability |
| 35 | Denied | Dishonest Assistance | Contingent tax liability |

| | NNIR Claim | | |
|---|---|---|---|
| Claim number | Disposition | Nature of claim | Factual predicate |
| 2 | Granted | Breach of fiduciary duty | Transfer pricing |
| 3 | Granted | Breach of duty of care | Transfer pricing |
| 4 | Denied | Dishonest assistance | Transfer pricing |
| 5 | Denied | Conspiracy | Transfer pricing |
| 6 | Denied | Aiding and abetting breach of fiduciary duty | Transfer pricing |
| 7 | Denied | Civil conspiracy | Transfer pricing |
| 8 | Granted | Breach of fiduciary duty | Intercompany loans and dividends |
| 9 | Granted | Breach of duty of care | Intercompany loans and dividends |
| 10 | Denied | Dishonest assistance | Intercompany loans and dividends |
| 11 | Denied | Unconscionable receipt | Intercompany loans and dividends |
| 12 | Denied | Conspiracy | Intercompany loans and dividends |
| 13 | Denied | Aiding and abetting breach of fiduciary duty | Intercompany loans and dividends |

| **NNIR Claim (cont'd)** |
| --- | --- | --- | --- |
| **Claim number** | **Disposition** | **Nature of claim** | **Factual predicate** |
| 14 | Denied | Civil conspiracy | Intercompany loans and dividends |
| 15 | Denied | Unjust enrichment | Intercompany loans and dividends |
| 16 | Denied | Implied contract | Past business sales |
| 17 | Denied | Implied term | Past business sales |
| 18 | Granted | Breach of fiduciary duty | Past business sales |
| 19 | Granted | Breach of duty of care | Past business sales |
| 20 | Denied | Mistake | Past business sales |
| 21 | Denied | Unconscionable receipt | Past business sales |
| 22 | Denied | Transaction at undervalue / Fraudulent disposition | Past business sales |
| 23 | Denied | Aiding and abetting breach of fiduciary duty | Past business sales |
| 24 | Granted | Breach of fiduciary duty | Contingent tax liability |
| 25 | Granted | Breach of duty of care | Contingent tax liability |
| 26 | Denied | Dishonest assistance | Contingent tax liability |
| 27 | Denied | Aiding and abetting breach of fiduciary duty | Contingent tax liability |
| 28 | Granted | Contribution | Contingent FSD liability |
| 29 | Granted | Unjust enrichment and/or subrogation | Contingent FSD liability |
| 30 | Granted | Subrogation | Contingent FSD liability |
| 31 | Granted | Obligation to repay | Contingent FSD liability |

| **NNSA Claim** | | | |
| --- | --- | --- | --- |
| **Claim number** | **Disposition** | **Nature of claim** | **Factual predicate** |
| 2 | Granted | Mismanagement | Transfer pricing |
| 3 | Denied | Claim in tort | Transfer pricing |
| 4 | Denied | Aiding and abetting breach of fiduciary duty or tortious conduct | Transfer pricing |

| NNSA Claim (cont'd) |||| 
| Claim number | Disposition | Nature of claim | Factual predicate |
| --- | --- | --- | --- |
| 5 | Denied | Civil Conspiracy | Transfer pricing |
| 6 | Granted | Mismanagement | February 2008 repayment and Project Swift |
| 7 | Denied | Claim in tort | February 2008 repayment and Project Swift |
| 8 | Denied | Aiding and abetting breach of fiduciary duty or tortious conduct | February 2008 repayment and Project Swift |
| 9 | Denied | Civil Conspiracy | February 2008 repayment and Project Swift |
| 10 | Denied | Implied Contract | Past business sales |
| 11 | Denied | Implied Term | Past business sales |
| 12 | Denied | Mistake | Past business sales |
| 13 | Granted | Mismanagement | Past business sales |
| 14 | Denied | Claim in tort | Past business sales |
| 15 | Denied | Aiding and abetting breach of fiduciary duty or tortious conduct | Past business sales |
| 16 | Granted | Mismanagement | Contingent tax liability |
| 17 | Denied | Claim in tort | Contingent tax liability |
| 18 | Denied | Aiding and abetting | Contingent tax liability |
| 19 | Granted | Contribution | Contingent FSD Liability |
| 20 | Granted | Recoupment, contribution, and/or unjust enrichment | Contingent FSD Liability |
| 21 | Granted | Subrogation | Contingent FSD Liability |
| 22 | Granted | Obligation to repay | Contingent FSD Liability |