**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.* | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| | ) | |
| | ) | Re: D.I. 7402 |
| Debtors | ) | |
| | ) | |
| Nortel Networks Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 10-53177 |
| | ) | |
| v. | ) | Re: D.I. 49 |
| | ) | |
| Opnext Subsystems, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| Nortel Networks Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 11-52298 |
| | ) | |
| v. | ) | Re: D.I. 33 |
| | ) | |
| AudioCodes, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| Nortel Networks Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 10-53187 |
| | ) | |
| v. | ) | Re: D.I. 77 |
| | ) | |
| Maritz Canada Inc. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| SNMP Research International, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 11-53454 |

|  |  )  |  |
|---|---|---|
| v. | ) | Re: D.I. 39 |
|  | ) |  |
| Nortel Networks Inc. | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 20, 2012, a copy of **Notice of Agenda of Matters Scheduled for Hearing on March 22, 2012 at 10:00 a.m. (Eastern Time)** was served in the manner indicated on the persons identified on the attached service lists.

Dated: March 20, 2012　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　/s/ Chad A. Fights
　　　　　　　　　　　　　　　　Derek C. Abbott (No. 3376)
　　　　　　　　　　　　　　　　Eric D. Schwartz (No. 3134)
　　　　　　　　　　　　　　　　Ann C. Cordo (No. 4817)
　　　　　　　　　　　　　　　　Chad A. Fights (No. 5006)
　　　　　　　　　　　　　　　　1201 North Market Street
　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　Telephone: (302) 658-9200
　　　　　　　　　　　　　　　　Facsimile: (302) 658-3989

　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP
　　　　　　　　　　　　　　　　James L. Bromley (admitted pro hac vice)
　　　　　　　　　　　　　　　　Lisa M. Schweitzer (admitted pro hac vice)
　　　　　　　　　　　　　　　　Neil P. Forrest (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　One Liberty Plaza
　　　　　　　　　　　　　　　　New York, New York 10006
　　　　　　　　　　　　　　　　Telephone: (212) 225-2000
　　　　　　　　　　　　　　　　Facsimile: (212) 225-3999

　　　　　　　　　　　　　　　　Counsel for Nortel Networks Inc.

**Service List**

**Via Fax**

Hain Capital Holdings, LLC
301 Route 17, 7TH Floor
ATTN: Ganna Liberchuk
Rutherford, NJ 07070
Fax: 201-896-6102

Pangaia Partners, LLC
Attn: Managing Partner
80 Route 4 East, Suite 290
Paramus, NJ 07652
Fax: 201-712-5540

Harold Moorefield
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON
150 West Flagler Street
Miami, Florida 33130
Fax: 305-789-3395
(Counsel for TELEFONICA INTERNACIONAL)

CULLEN AND DYKMAN LLP
Elisa M. Pugliese
177 Montague Street
Brooklyn, New York 11201
Fax: 718-935-1304
(Counsel for Long Island Lighting)

David M. Powlen
E. Rebecca Workman
BARNES & THORNBURG LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Fax: 302-888-0246

Deborah L. Thorne
Kevin C. Driscoll, Jr.
BARNES & THORNBURG
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606-2809
Fax: 312-759-5646

J Mock & Co SA
No 15A Jardines De Alma Rosa
Santo Domingo
Dominican Republic
Fax: 809-699-0429

Karen M. Grivner
Thorp Reed & Armstrong, LLP
824 Market Street, Suite 710
Wilmington, DE 19801
Fax : 302-421-9439

Xin Wang
139 Cornell Dr.
Commack, NY 11725
Fax: 717-924-2033

**Via Overnight Mail**

Terremark Worldwide
Diane Katsulis
222 W. Las Colinas Blvd
Irving, TX 75039

Kelly Services
Rhonda Holaway
999 W Big Beaver
Troy, Michigan 48084

Coface North America Insurance Co.
Attn: Managing Partner
50 Millstone Rd.., BLDG. 100, STE 360
East Windsor, NJ 08520

ASM Capital
ATTN: ADAM MOSKOWITZ
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

Monarch Master Funding LTD
Attn: Managing Partner
535 Madison Ave.
New York, NY 10022

United States Debt Recovery IIA, LP
TRANSFEROR: US DEBT RECOVERY V, LP
Nathan E Jones
940 Southwood Blvd., Ste 101
Incline Village, NV 89451

United States Debt Recovery V, LP
TRANSFEROR: GN CLAIM SUB, LLC
Nathan E Jones
940 Southwood Blvd., Ste 101
Incline Village, NV 89451

Xeta Technologies, Inc.
Attn: Managing Partner
814 W. Tacoma St.
Broken Arrow, OK 74012

Lee Crapco Jr.
2975 Hunters Branch Road (130)
Fairfax, VA 22031

Steven Ruff
7469 Ashley Dr.
Warrenton, VA 20187