# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 2/1/2012 | Call with M. Cilia of RLKS and J. Davison of Nortel to discuss employee claims. | 1.50 | 420 | 630.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 2/2/2012 | Call with T. Britt, J. Uziel and L. Bagarella of Cleary to discuss omnibus objection. | 0.80 | 420 | 336.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 2/3/2012 | Call with M. Cilia of RKLS to discuss employee claim assertions. | 0.90 | 420 | 378.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 2/3/2012 | Call with B. Tuttle of Epiq and T. Britt of Cleary to discuss objection exhibits. | 0.50 | 420 | 210.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 2/6/2012 | Call with T. Britt of Cleary and M. Cilia of RKLS to discuss employee claims. | 1.00 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 2/7/2012 | Call with R. Boris of Nortel and J. Croft of Cleary to discuss trade payable claims. | 0.50 | 420 | 210.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 2/8/2012 | Call with R. Boris of Nortel and M. Cilia of RKLS to discuss employee claims database. | 0.70 | 420 | 294.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 2/9/2012 | Call with T. Britt of Cleary and M. Cilia of RLKS to discuss employee claims. | 1.00 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 2/13/2012 | Call with M. Cilia of RLKS to discuss employee claims. | 0.50 | 420 | 210.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 2/15/2012 | Call with R. Boris of Nortel regarding employee claims. | 0.50 | 420 | 210.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 2/16/2012 | Weekly employee claims call with T. Britt of Cleary and M. Cilia of RLKS. | 1.10 | 420 | 462.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 2/23/2012 | Weekly claims call with T. Britt of Cleary and M. Cilia of RLKS. | 1.00 | 420 | 420.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/3/2012 | Reviewed omnibus objection template and provided comments to T. Britt of Cleary. | 0.50 | 420 | 210.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/3/2012 | Prepared omnibus objection detail and provided to A. Tsai of Epiq for preparation of exhibits. | 2.30 | 420 | 966.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/7/2012 | Corresponded with T. Britt of Cleary regarding objection exhibits. | 0.40 | 420 | 168.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/7/2012 | Reconciled and prepared objection detail and provided to A. Tsai of Epiq. | 2.30 | 420 | 966.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/9/2012 | Updated claim objection exhibits per request of M. Cilia of RLKS. | 1.40 | 420 | 588.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/9/2012 | Corresponded with A. Tsai of Epiq regarding objection exhibits. | 0.60 | 420 | 252.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/13/2012 | Compiled Cleary's comments on the objection exhibits and sent to L. Bagarella of Cleary. | 2.50 | 420 | 1,050.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/13/2012 | Prepared omnibus objection exhibit detail and sent to A. Tsai of Epiq. | 1.40 | 420 | 588.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/14/2012 | Reviewed omnibus objection comments per request of T. Britt of Cleary. | 1.30 | 420 | 546.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/14/2012 | Reconciled and updated omnibus objection exhibits per request of Cleary. | 2.50 | 420 | 1,050.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/15/2012 | Reviewed the omnibus objection exhibits and provided comments to B. Tuttle of Epiq. | 1.90 | 420 | 798.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 2/1/2012 | Updated schedules database with information provided by A. Tsai of Epiq. | 2.50 | 420 | 1,050.00 |
| 5 | Disclosure Statement / Plan of Reorganization | Coley P. Brown | 2/1/2012 | Reconciled schedule information per request of R. Boris of Nortel. | 0.80 | 420 | 336.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 2/2/2012 | Investigated schedule information per request of T. Britt of Cleary. | 0.40 | 420 | 168.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 2/8/2012 | Updated schedule analysis per request of T. Britt of Cleary. | 2.40 | 420 | 1,008.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 2/8/2012 | Reconciled schedule analysis with employee claims information. | 2.50 | 420 | 1,050.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 2/13/2012 | Investigated schedule information for J. Croft of Cleary. | 0.70 | 420 | 294.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 2/13/2012 | Updated schedule analysis with information provided by D. Ray of Nortel. | 1.40 | 420 | 588.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 2/17/2012 | Investigated schedule information per request of L. Bagarella of Cleary. | 0.80 | 420 | 336.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 2/21/2012 | Reviewed schedule information provided by A. Tsai of Epiq. | 1.30 | 420 | 546.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 2/24/2012 | Updated schedule analysis and provided to A. Tsai of Epiq. | 2.50 | 420 | 1,050.00 |
| 5 | Court Hearings / Preparation | James Lukenda | 2/29/2012 | Nortel-conclusion on MOR review to Huron director. | 0.10 | 725 | 72.50 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | James Lukenda | 2/29/2012 | Nortel-MOR draft review. | 0.40 | 725 | 290.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 2/1/2012 | Provided fee and expense estimates to M. Cook of Nortel. | 0.40 | 420 | 168.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 2/3/2012 | Corresponded with M. DeCarli of MNAT regarding the CNO. | 0.30 | 420 | 126.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---:|---:|---:|
| 6 | Retention and Fee Applications | Coley P. Brown | 2/21/2012 | Updated monthly fee application exhibits and detail. | 1.50 | 420 | 630.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 2/21/2012 | Updated monthly fee application documents and invoices. | 1.70 | 420 | 714.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 2/21/2012 | Updated monthly fee application documents and sent to Huron managing director for review and signoff. | 0.60 | 420 | 252.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 2/22/2012 | Updated the monthly fee application documents and exhibits. | 1.10 | 420 | 462.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 2/24/2012 | Prepared and updated quarterly fee application documents and sent to Huron managing director for approval and A. Cordo of MNAT for filing. | 2.50 | 420 | 1,050.00 |
| 6 | Retention and Fee Applications | James Lukenda | 2/22/2012 | Nortel-review, approve, and sign-off monthly invoice. | 0.30 | 725 | 217.50 |
| 6 | Retention and Fee Applications | James Lukenda | 2/24/2012 | Nortel-review and sign-off quarterly application. | 0.20 | 725 | 145.00 |
| 11 | Asset Sale & Disposition Support | Michael Scannella | 2/16/2012 | Contract review per request of L. Lipner (Cleary). | 0.70 | 350 | 245.00 |
| 11 | Asset Sale & Disposition Support | Michael Scannella | 2/23/2012 | Contract review per request from J. Croft (Cleary). | 0.70 | 350 | 245.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 2/3/2012 | Corresponded with R. Mitchell of Nortel regarding preference settlements. | 0.50 | 420 | 210.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 2/6/2012 | Corresponded with A. Wortham and J. Lloyd of Nortel regarding preference settlements. | 0.30 | 420 | 126.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 2/6/2012 | Corresponded with Cleary regarding preference settlement information. | 0.80 | 420 | 336.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 2/6/2012 | Updated the ordinary course and new value preference defense per request of J. Galvin of Cleary. | 1.30 | 420 | 546.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 2/6/2012 | Investigated claim recon overlap for preference purposes per request of J. Sherrett of Cleary. | 1.40 | 420 | 588.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 2/6/2012 | Investigated preference information for J. Sherrett of Cleary. | 1.40 | 420 | 588.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 2/7/2012 | Compiled and prepared discovery information for J. Sherrett of Cleary. | 2.40 | 420 | 1,008.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 2/7/2012 | Corresponded with K. Sidhu and A. Wortham regarding preference settlements. | 0.40 | 420 | 168.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 2/8/2012 | Provided J. Sherrett of Cleary with preference discovery information. | 0.40 | 420 | 168.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 2/9/2012 | Corresponded with M. Cook of Nortel regarding preference discovery. | 0.80 | 420 | 336.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 2/13/2012 | Corresponded with J. Lloyd of Nortel regarding preference settlements. | 0.50 | 420 | 210.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 2/14/2012 | Updated preference summary and provided to L. Lipner of Cleary. | 1.20 | 420 | 504.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 2/15/2012 | Updated ordinary course and new value analysis per request of J. Sherrett of Cleary. | 0.80 | 420 | 336.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 2/16/2012 | Updated preference summary and corresponded with Nortel and Cleary regarding settlement status. | 2.30 | 420 | 966.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 2/17/2012 | Prepared preference analysis for L. Lipner of Cleary. | 0.60 | 420 | 252.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 2/17/2012 | Corresponded with J. Lloyd of Nortel and D. Culver of MNAT regarding preference settlements. | 0.80 | 420 | 336.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 2/22/2012 | Updated preference summary with settlement information from Cleary. | 1.10 | 420 | 462.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 2/24/2012 | Corresponded with Cleary and Nortel regarding preference settlement information. | 0.70 | 420 | 294.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 2/28/2012 | Worked with J. Sherrett of Cleary on certain preference items. | 1.10 | 420 | 462.00 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 2/22/2012 | Nortel-review updated analysis from Huron manager, communications, and inquiry | 0.40 | 725 | 290.00 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 2/29/2012 | Nortel-update avoidance action activity status, review communication from Huron manager | 0.30 | 725 | 217.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/1/2012 | Reconciled employee lists provided by M. Cilia of RLKS for employee claims. | 2.10 | 420 | 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/1/2012 | Updated employee claims analysis and provided to M. Cilia of RLKS for comments. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/1/2012 | Reconciled and updated employee claims database with schedule information. | 2.00 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/2/2012 | Updated employee claims analysis with HR information provided by M. Cilia of RKLS. | 1.40 | 420 | 588.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/2/2012 | Updated the employee claims analysis with assertion information. | 2.50 | 420 | 1,050.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/2/2012 | Reconciled the employee claim analysis to identify single assertion claims. | 2.50 | 420 | 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/2/2012 | Reviewed employee claims per request from M. Cilia of RKLS. | 0.40 | 420 | 168.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/3/2012 | Investigated predecessor claim names for employee claims. | 0.70 | 420 | 294.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/3/2012 | Reviewed email correspondence regarding employee claim review strategy. | 0.60 | 420 | 252.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/3/2012 | Updated employee claims analysis per request of T. Britt of Cleary. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/6/2012 | Worked with R. Boris of Nortel and B. Hunt of Epiq to obtain an updated claims report. | 1.30 | 420 | 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/6/2012 | Updated employee claims analysis per request of M. Cilia of RKLS. | 2.10 | 420 | 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/6/2012 | Updated employee claims analysis and provided information to A. Tsai of Epiq. | 1.20 | 420 | 504.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/7/2012 | Updated employee claims assertion analysis per request of J. Davison of Nortel. | 1.40 | 420 | 588.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/7/2012 | Reviewed newly filed employee claims to document assertions. | 2.50 | 420 | 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/7/2012 | Updated employee claims analysis and provided to T. Britt of Cleary. | 1.20 | 420 | 504.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/8/2012 | Reviewed employee claims and provided analysis to M. Cilia of RKLS. | 0.90 | 420 | 378.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/9/2012 | Requested employee claim information from D. Ray of Nortel. | 1.20 | 420 | 504.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/9/2012 | Updated employee claims analysis per request of M. Cilia of RLKS. | 1.20 | 420 | 504.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/13/2012 | Updated employee claims analysis per request of M. Cilia of RLKS. | 1.00 | 420 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/14/2012 | Reconciled and updated employee claims analysis. | 2.00 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/14/2012 | Reconciled and updated claims database with changes requested by Cleary. | 1.00 | 420 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/15/2012 | Updated employee claims analysis per request of Cleary. | 1.90 | 420 | 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/16/2012 | Updated various employee claims analyses and sent to M. Cilia of RLKS. | 0.90 | 420 | 378.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/17/2012 | Prepared claims analysis for B. Faubus of Cleary. | 1.30 | 420 | 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/21/2012 | Reviewed employee claims database with R. Boris of Nortel. | 0.50 | 420 | 210.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/21/2012 | Researched employee claims information for M. Cilia of RLKS. | 0.60 | 420 | 252.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/22/2012 | Investigated claim and schedule information for T. Britt of Cleary. | 0.90 | 420 | 378.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/23/2012 | Updated employee claims analysis and provided to the working team at Cleary. | 2.20 | 420 | 924.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/27/2012 | Updated employee claims analysis and provided to M. Cilia of Nortel. | 2.00 | 420 | 840.00 |
| 25 | Case Administration | James Lukenda | 2/21/2012 | Nortel-update file and correspondence. | 0.50 | 725 | 362.50 |