# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 2/1/2012 | Coley P. Brown | Ground Transportation | Cab ride from office to residence after working late on Nortel matters.: Cab: Office / Residence | 20.00 |
| 2/1/2012 | Coley P. Brown | Meals | Dinner at El Mariachi for Coley Brown (1 person) after working late on Nortel matters.: El Mariachi: Chicago | 38.37 |