# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
|  | Re: D.I. 7409 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 21, 2012, a copy of the **Order Approving the Stipulation Resolving Claim No. 1461 Filed by the Sobrato Organization** was served in the manner indicated upon the individual identified below and on the attached service list.

**Via First Class Mail**

Marcia Gerston
Trepel Greenfield Sullivan & Draa LLP
55 S Market St.; Suite 1500
San Jose, CA 95113

Dated: March 21, 2012
Wilmington, Delaware

                CLEARY GOTTLIEB STEEN & HAMILTON LLP
                James L. Bromley (admitted pro hac vice)
                Lisa M. Schweitzer (admitted pro hac vice)
                One Liberty Plaza
                New York, NY 10006
                Telephone: (212) 225-2000
                Facsimile: (212) 225-3999

                and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Chad A. Fights
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

4498739.14