# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.* | Case No. 09-10138 (KG) <br> Jointly Administered |
| | Re: D.I. 7410 |
| Debtors | |
| Nortel Networks Inc., | |
| Plaintiff, | Adv. Proc. No. 10-53177 |
| v. | Re: D.I. 51 |
| Opnext Subsystems, Inc. f/k/a StrataLight Communications, Inc. | |
| and | |
| Opnext, Inc., | |
| Defendant. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 21, 2012, a copy of **Order Approving the Stipulation of Settlement of Avoidance Claim by and Between Nortel Networks Inc. and Opnext Subsystems, Inc. and Opnext, Inc.** was served in the manner indicated on the persons identified on the attached service lists.

Dated: March 21, 2012  
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Chad A. Fights*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

and

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
Neil P. Forrest (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

Counsel for Nortel Networks Inc.

**Via First Class Mail**

Melinda Franek
Jude Gorman
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

**Via Hand Delivery**

Michael Lastowski
Duane Morris, LLP
222 Delaware Ave.
Wilmington, DE 19801