IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X
                                                      :
In re                                                 :   Chapter 11
                                                      :
Nortel Networks Inc., et al.,¹                        :   Case No. 09-10138 (KG)
                                                      :
         Debtors.                                     :   Jointly Administered
                                                      :
------------------------------------------------------X
```

### NOTICE OF AMENDED² AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 22, 2012 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**.  CourtCall has been made aware of this extended deadline.  CourtCall will not accept reservations after the extended deadline has passed without permission of chambers.  Please do not contact chambers prior to the expiration of the extended deadline.

### CONTINUED MATTER

1. Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4126, Filed 10/8/10).

    Objection Deadline:  October 25, 2010 at 4:00 p.m. (ET).  Extended for GE Fanuc to April 4, 2012 at 4:00 p.m. (ET).

    Remaining Responses Received:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] **Amended items appear in bold.**

(a) Response To Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims), Filed by Commonwealth of Virginia, Department of Taxation (D.I. 4187, Filed 10/22/10).

Related Pleadings:

(a) Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4256, Filed 11/8/10); and

(b) First Supplemental Order Granting Debtors' Fifteenth Omnibus Objection (Substantive) To Certain Claims (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claim, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 4403, Filed 11/23/10).

Status: The hearing with respect to the response filed by the Commonwealth of Virginia, Department of Taxation has been adjourned to the hearing scheduled for April 2, 2012 at 10:00 a.m. (ET). The hearing with respect to the Objection to Claim No. 7077 filed by GE Fanuc has been adjourned to the hearing scheduled for April 18, 2012 at 10:00 a.m. (ET).

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

2. Debtors' Twenty-Third Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims and No-Basis 503(b)(9) Claims) (D.I. 7232, Filed 2/21/12).

Objection Deadline: March 8, 2012 at 4:00 p.m. (ET)

Response Received: None.

Related Pleading:

(a) Certificate of No Objection (D.I. 7374, Filed 3/13/12); and

**(b) Order Granting Debtors' Twenty-Third Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims and No-Basis 503(b)(9) Claims) (D.I. 7408, Entered 3/20/12).**

**Status: An order has been entered regarding this matter.**

*Nortel Networks Inc. v. Opnext Subsystems, Inc. Adv. Proc. No. 10-53177*

3. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claim by and Between Nortel Networks Inc. and Opnext Subsystems, Inc. and Opnext, Inc. (Main Case D.I. 7317, Adv. Proc. Case D.I. 47, Filed 3/1/12).

    Objection Deadline: March 15, 2012 at 4:00 p.m. (ET)

    Response Received: None.

    Related Pleading:

    (a) Certificate of No Objection (Main Case D.I. 7399, Adv. Proc. Case D.I. 48, Filed 3/19/12); and

    **(b) Order Approving the Stipulation of Settlement of Avoidance Claim by and Between Nortel Networks Inc. and Opnext Subsystems, Inc. and Opnext, Inc. (Main Case D.I. 7410, Adv. Proc. Case D.I. 51, Entered 3/20/12).**

    **Status: An order has been entered regarding this matter.**

4. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claim No. 1461 Filed by the Sobrato Organization (D.I. 7320, Filed 3/1/12).

    Objection Deadline: March 15, 2012 at 4:00 p.m. (ET)

    Response Received: None.

    Related Pleading:

    (a) Certificate of No Objection (D.I. 7400, Filed 3/19/12); and

    **(b) Order Approving the Stipulation Resolving Claim No. 1461 Filed by the Sobrato Organization (D.I. 7409, Entered 3/20/12).**

    **Status: An order has been entered regarding this matter.**

**CONTESTED MATTERS GOING FORWARD**

5. Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce

    And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 3942, Filed 9/14/10).

    Objection Deadline:  October 7, 2010 at 4:00 p.m. (ET). Extended for Amphenol Corporation and its affiliates to May 22, 2012 at 4:00 p.m. (ET). Extended for the Debtors with respect to Response filed by Unisys Corporation to March 21, 2012 at 5:00 p.m. (ET).

    Remaining Response Received:

    (a)    Response Of Unisys Corporation To Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) Filed by Unisys Corporation (D.I. 4106, Filed 10/7/10).

    Related Pleading:

    (a)    Order Granting Debtors' Fourteenth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims, Satisfied Claims, Wrong Debtor Claims, No-Basis 503(b)(9) Claims And Misclassified 503(b)(9) Claims) (D.I. 4163, Filed 10/14/10).

    Status:  The hearing with respect to the Objections to Claim Nos. 5500, 5501, 5502, 5504, 5505 and 5506 filed by Amphenol Corporation and its affiliates has been adjourned to the hearing scheduled for June 6, 2012 at 10:00 a.m. (ET).  The response filed by Unisys Corporation has been resolved and the Debtors will submit the proposed form of supplemental order at the hearing.

6.    Debtors' Twenty-First Omnibus Objection (Substantive) to Claims Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Reclassify Claims) (D.I. 7182, Filed 2/7/12).

    Objection Deadline:  February 23, 2012 at 4:00 p.m. (ET).  Extended for Hain Capital Holdings, LLC, and Terremark Worldwide to April 4, 2012 at 4:00 p.m. (ET).

    Responses Received:

    (a)    Informal Response of Hain Capital Holdings, LLC Regarding Claim No. 3470;

    (b)    Informal Response of Pangaia Partners, LLC Regarding Claim No. 5355; and

    (c)    Informal Response of Terremark Worldwide Regarding Claim No. 3909.

    Related Pleading:  None.

Status: The hearing on the Objections with respect to Claim No. 3470 held by Hain Capital Holdings, LLC, and Claim No. 3909 filed by Terremark Worldwide has been adjourned to the hearing scheduled for April 18, 2012 at 10:00 a.m. (ET). The hearing on the Objection with respect to Claim No. 5355 filed by Pangaia Partners, LLC will go forward and the proposed form of supplemental order will be handed up at the hearing.

7. Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7183, Filed 2/7/12).

   Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for ASM Capital, regarding Claim No. 7819, Xeta Technologies, Inc., Coface North America Insurance Company, Jaco Electronics, Inc., Monarch Master Funding LTD, and Terremark Worldwide to April 4, 2012 at 4:00 p.m. (ET). Extended for the Debtors with respect to the Response filed by Barnes & Thornburg LLP to April 13, 2012 at 4:00 p.m. (ET). Extended for the Debtors with respect to the Response filed by Kelly Services to August 13, 2012 at 4:00 p.m. (ET).

   Remaining Responses Received:

   (a) Response to Debtors' Objection to Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims). Filed by Telefonica International, S.A.U. (D.I. 7244, Filed 2/22/12);

   (b) Response to Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims. Filed by Kelly Services (D.I. 7245, Filed 2/21/12);

   (c) Response of Long Island Lighting Company, d/b/a LIPA, in Opposition to the Debtor's Twenty-Second Omnibus Objection to Certain Proofs of Claim (D.I. 7246, Filed 2/22/12);

   (d) Barnes & Thornburg's Response to Debtors' Objection to Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7252, Filed 2/23/12);

   (e) Objection to Debtors Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1

(No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims Filed by JMock & Co., S.A. (D.I. 7268, Filed 2/23/12);

(f) Informal Response of ASM Capital Regarding Claim No. 5951;

(g) Informal Response of ASM Capital Regarding Claim No. 7819;

(h) Informal Response of Coface North America Insurance Company, Jaco Electronics, Inc., and Monarch Master Funding LTD Regarding Claim Nos. 392, 6820, and 7076;

(i) Informal Response of Pangaia Partners, LLC Regarding Claim No 5355;

(j) Informal Response of Terremark Worldwide Regarding Claim No. 3909;

(k) Informal Response of United States Debt Recovery IIA, LLC Regarding Claim No. 1472.01;

(l) Informal Response of United States Debt Recovery V, LP Regarding Claim No. 1472;

(m) Informal Response of United States Debt Recovery VIII, LP Regarding Claim No. 1472.03; and

(n) Informal Response of Xeta Technologies, Inc. Regarding Claim No. 7222.

Related Pleading: None.

Status: The hearing on the Objections has been adjourned with respect to response (a) above to the omnibus hearing scheduled in these cases for April 2, 2012 at 10:00 a.m. (ET) and with respect to responses (d), (g), (h), (j) and (n) above to the omnibus hearing scheduled in these cases for April 18, 2012 at 10:00 a.m. (ET). The hearing on the Objections has been adjourned with respect to response (b) above to the omnibus hearing scheduled in these cases for August 22, 2012 at 10:00 a.m. (ET). The hearing on the Objections with respect to responses (c), (e), (f), (i), (k), (l) and (m) above will go forward and the proposed form of supplemental order will be handed up at the hearing.

8. Debtors' Motion for Entry of an Order Authorizing the Claims Agent to Reflect Certain Claims that have been Satisfied as Paid (D.I. 7185, Filed 2/7/12).

Objection Deadline: February 23, 2012 at 4:00 p.m. (ET). Extended for ASM Capital and Terremark Worldwide to April 4, 2012 at 4:00 p.m. (ET).

Responses Received:

6

    (a)    Informal Response of ASM Capital Regarding Claim No. 7819;

    (b)    Informal Response of JMock & Co., S.A. Regarding Claim No. 2846; and

    (c)    Informal Response of Terremark Worldwide Regarding Claim No. 3909.

Related Pleading:  None.

Status: The hearing on the Motion with respect to Claim No. 3909 filed by Terremark Worldwide, Claim No. 5326 filed by Barnes & Thornburg LLP, and Claim No. 7819 held by ASM Capital has been adjourned to the omnibus hearing scheduled in these cases for April 18, 2012 at 10:00 a.m. (ET).  The hearing on the Motion with respect to Claim No. 2846 filed by JMock & Co., S.A. will go forward and the proposed form of supplemental order will be handed up at the hearing.

9. Debtors' Twenty-Fourth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims and No-Basis 503(b)(9) Claims) (D.I. 7233, Filed 2/21/12).

Objection Deadline: March 8, 2012 at 4:00 p.m. (ET)

Responses Received:

    (a)    Response to Debtors' Twenty-Fourth Omnibus Objection (Substantive) to Certain Claims (Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims and No-Basis 503(b)(9) Claims, Filed by Xin Wang (D.I. 7373, Filed 3/13/12).

Related Pleading:  None.

Status:  The hearing on this matter will go forward.

10. Debtors' Twenty-Fifth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims and No-Basis Pension Claims) (D.I. 7234, Filed 2/21/12).

Objection Deadline: March 8, 2012 at 4:00 p.m. (ET)

Responses Received:

    (a)    Objection to Debtors' Twenty-Fifth Omnibus Objection (Substantive) to Certain Claims (Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor

       Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims and No-Basis Pension Claims), Filed by Lee W. Crapco, Jr. (D.I. 7346, Filed 3/6/12);[3] and

(b)    Objection to Debtors' Twenty-Fifth Omnibus Objection (Substantive) to Certain Claims (Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims and No-Basis Pension Claims), Filed by Steven Ruff (D.I. 7347, Filed 3/6/12).

Related Pleading: None.

Status: The hearing on this matter will go forward.

## FEE APPLICATIONS

11.    Twelfth Quarterly Fee Hearing Applications.

Related Pleading:

(a)    See Exhibit A.

Objection Deadline: N/A.

Responses Received: None.

Status: This matter is going forward.

## PRETRIAL CONFERENCE

12.    Pretrial Conference in the Adversary Proceedings (See Exhibit B, hereto).

Status: The pretrial conference with regards to SNMP Research International, Inc. has been adjourned to the pretrial conference scheduled for April 18, 2012 at 10:00 a.m. (ET). The pretrial conference with regards to Maritz Canada Inc. has been adjourned to the pretrial conference scheduled for May 24, 2012 at 10:00 a.m. (ET). The pretrial scheduling conference with regards to AudioCodes, Inc. has been adjourned to a date to be determined.

## STATUS CONFERENCE

---

[3]    The Debtors have not included Claim No. 4119, filed by Mr. Crapco and the subject of Mr. Crapco's response, in the Court's hearing binder as Claim No. 4119 is not subject to the Debtors' Twenty-Fifth Omnibus Objection.

*Nortel Networks, Inc. v. Alan Robert Bloom, Christopher John Wilkinson Hill Adv. Pro. No. 12-50114*

13.     **Complaint for Declaratory and Injunctive Relief (Adv. Pro. D.I. 1, Filed 2/8/12).**

**Objection Deadline: N/A.**

**Responses Received: None.**

**Related Pleading:**

(a)     **US Debtors' Motion for a Temporary Restraining Order and Preliminary Injunction (Adv. Proc. D.I. 2, Filed 2/8/12);**

(b)     **Brief in Support of US Debtors' Motion for a Temporary Restraining Order and Preliminary Injunction (Adv. Pro. D.I. 3, Entered 2/9/12);**

(c)     **Temporary Restraining Order (Adv. Pro. D.I. 10, Entered 2/10/12); and**

(d)     **Order (Adv. Pro. D.I. 19, Entered 2/22/12).**

**Status:** The status conference on this matter will go forward.

Dated: March 21, 2012
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
    */s/ Chad A. Fights*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Chad A. Fights (No. 5006)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*