**Exhibit A**

**EXHIBIT A**

**Nortel Networks Inc, Bankruptcy Case No. 09-10138**

**Summary of Fees and Expenses for the Period
From November 1, 2011 through January 31, 2012, unless otherwise specified**

**Hearing: March 22, 2012 at 10:00 a.m. (Eastern Time)**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A.      Twelfth Interim Fee Application Request Of Akin Gump As Co-Counsel For The Official Committee Of Unsecured Creditors For The Period November 1, 2011 Through January 31, 2012 (D.I. 7296, Filed 2/29/12).

      1.      Thirty-Fourth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2011 Through November 30, 2011 (D.I. 7086, Filed 1/11/12);

      2.      Certification Of No Objection Regarding Thirty-Fourth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2011 Through November 30, 2011 (D.I. 7153, Filed 2/12/12);

      3.      Thirty-Fifth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2011 Through December 31, 2011 (D.I. 7181, Filed 2/7/12);

      4.      Certification Of No Objection Regarding Thirty-Fifth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2011 Through December 31, 2011 (D.I. 7300, Filed 2/29/12); and

      5.      Thirty-Sixth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2012 Through January 31, 2012 (D.I. 7291, Filed 2/28/12).

Alvarez & Marsal Healthcare Industry Group, LLC

B.     First Quarterly Fee Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period September 8, 2011 Through October 31, 2011 (D.I. 6984, Filed 12/14/11).

      1.     First Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period September 8, 2011 Through October 31, 2011 (D.I. 6825, Filed 11/21/11); and

      2.     Certification Of No Objection Regarding The First Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period September 8, 2011 Through October 31, 2011 (D.I. 6982, Filed 12/14/11).

C.     Second Quarterly Fee Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period November 1, 2011 Through January 31, 2012 (D.I. 7261, Filed 2/23/12).

      1.     Second Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period November 1, 2011 Through November 30, 2011 (D.I. 7256, Filed 2/23/12)

      2.     Certificate Of No Objection Regarding Second Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period November 1, 2011 Through November 30, 2011 (D.I. 7390, Filed 3/16/12);

      3.     Third Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et

al, And Its Affiliated Debtors For The Period December 1, 2011 Through December 31, 2011 (D.I. 7257, Filed 2/23/12);

4.       Certificate Of No Objection Regarding Third Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period December 1, 2011 Through December 31, 2011 (D.I. 7391, Filed 3/16/12)

5.       Fourth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period January 1, 2012 Through January 31, 2012 (D.I. 7258, Filed 2/23/12); and

6.       Certificate Of No Objection Regarding Fourth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period January 1, 2012 Through January 31, 2012 (D.I. 7392, Filed 3/16/12).

Ashurst LLP

D.       Twelfth Interim Fee Application Request Of Ashurst As European Counsel To The Official Committee Of Unsecured Creditors For The Period November 1, 2011 Through January 31, 2012 (D.I. 7278, Filed 2/27/12).

1.       Thirty-Fourth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2011 Through November 30, 2011 (D.I. 7001, Filed 12/16/11);

2.       Certification Of No Objection Regarding Thirty-Fourth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2011 Through November 30, 2011 (D.I. 7083, Filed 1/10/12);

3.       Thirty-Fifth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During

The Period From December 1, 2011 Through December 31, 2011 (D.I. 7127, Filed 1/24/12);

4.    Certification Of No Objection Regarding Thirty-Fifth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2011 Through December 31, 2011 (D.I. 7215, Filed 2/15/12); and

5.    Thirty-Sixth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2012 Through January 31, 2012 (D.I. 7260, Filed 2/23/12).

Benesch, Friedlander, Coplan & Aronoff, LLP

E.    Sixth Quarterly Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From November 1, 2011 Through January 31, 2012 (D.I. 7249, Filed 2/22/12).

1.    Fourteenth Interim Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From November 1, 2011 Through November 30, 2011 (D.I. 6969, Filed 12/13/12);

2.    Certification Of No Objection Regarding Docket No. 6969 (D.I. 7084, Filed 1/11/12);

3.    Fifteenth Interim Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From December 1, 2011 Through December 31, 2011 (D.I. 7144, Filed 1/31/12);

4.    Certification Of No Objection Regarding Docket No. 7144 (D.I. 72, Filed 2/24/21);

5.    Sixteenth Interim Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From January 1, 2012 Through January 31, 2012 (D.I. 7209, Filed 2/13/12); and

6.    Certification Of No Objection Regarding Docket No. 7209 (D.I. 7357, Filed 3/9/12).

Capstone Advisory Group, LLC

F.    Twelfth Interim Fee Application Request Of Capstone As Financial Advisor For The Official
      Committee Of Unsecured Creditors for the Period November 1, 2011 Through January 31,
      2012 (D.I. 7290, Filed 2/28/12).

        1.    Thirty-Fourth Monthly Application Of Capstone Advisory Group, LLC, Financial
              Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance
              Of Compensation And For Reimbursement Of Expenses For Services Rendered
              During The Period From November 1, 2011 Through November 30, 2011 (D.I. 7095,
              Filed 1/13/12);

        2.    Certification Of No Objection Regarding Thirty-Fourth Monthly Application Of
              Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of
              Unsecured Creditors, For Interim Allowance Of Compensation And For
              Reimbursement Of Expenses For Services Rendered During The Period From
              November 1, 2011 Through November 30, 2011 (D.I. 7161, Filed 2/6/12);

        3.    Thirty-Fifth Monthly Application Of Capstone Advisory Group, LLC, Financial
              Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance
              Of Compensation And For Reimbursement Of Expenses For Services Rendered
              During The Period From December 1, 2011 Through December 31, 2011 (D.I. 7189,
              Filed 2/8/12);

        4.    Certification of No Objection Regarding Thirty-Fifth Monthly Application Of
              Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of
              Unsecured Creditors, For Interim Allowance Of Compensation And For
              Reimbursement Of Expenses For Services Rendered During The Period From
              December 1, 2011 Through December 31, 2011 (D.I. 7328, Filed 3/1/12); and

        5.    Thirty-Sixth Monthly Application Of Capstone Advisory Group, LLC, Financial
              Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance
              Of Compensation And For Reimbursement Of Expenses For Services Rendered
              During The Period From January 1, 2012 Through January 31, 2012 (D.I. 7279, filed
              2/27/12).

Chilmark Partners LLC

G.    Eighth Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert
      To The Debtors And Debtors-In-Possession, For The Period November 1, 2011 Through
      January 31, 2012 (D.I. 7301, Filed 2/29/12 ).

        1.    Twenty-First Monthly Application Of Chilmark Partners, LLC, As Consulting Expert
              To The Debtors And Debtors-In-Possession, For Allowance Of Interim
              Compensation And For Interim Reimbursement Of All Actual And Necessary
              Expenses During The Period From November 1, 2011 Through November 30, 2011
              (D.I. 7125, Filed 1/23/12);

2.      Certificate Of No Objection Regarding Twenty-First Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From November 1, 2011 Through November 30, 2011 (D.I. 7217, Filed 2/15/12);

3.      Twenty-Second Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From December 1, 2011 Through December 31, 2011 (D.I. 7128, Filed 1/24/12);

4.      Certificate Of No Objection Regarding Twenty-Second Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From December 1, 2011 Through December 31, 2011 (D.I. 7218, Filed 2/15/12);

5.      Twenty-Third Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period January 1, 2012 Through January 31, 2012 (D.I. 7254, Filed 2/23/12); and

6.      Certificate Of No Objection Regarding Twenty-Third Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period January 1, 2012 Through January 31, 2012 (D.I. 7388, Filed 3/16/12).

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

H.      Twelfth Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period November 1, 2011 Through January 31, 2012 (D.I. 7311, Filed 2/29/12).

1.      Thirty-Fifth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2011 Through November 30, 2011 (D.I. 7082, Filed 1/10/12);

2.      Certificate Of No Objection Regarding Thirty-Fifth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim

Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2011 Through November 30, 2011 (D.I. 7155, Filed 2/3/12);

3.      Thirty-Sixth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2011 Through December 31, 2011 (D.I. 7145, Filed 1/31/12);

4.      Certificate Of No Objection Regarding Thirty-Sixth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2011 Through December 31, 2011  (D.I. 7255, Filed 2/23/12);

5.      Thirty-Seventh Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2012 Through January 31, 2012 (D.I. 7262, Filed 2/23/12); and

6.      Certificate Of No Objection Regarding Thirty-Seventh Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2012 Through January 31, 2012 (D.I. 7389, Filed 3/16/12).

Crowell & Moring LLP

I.      Twelfth Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel For Debtors And Debtors-In-Possession, For The Period November 1, 2011 Through January 31, 2012 (D.I. 7305, Filed 2/29/12).

1.      Thirty-Fifth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2011 Through November 30, 2011 (D.I. 7297, Filed 2/29/12);

2.      Thirty-Sixth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2011 Through December 31, 2011 (D.I. 7298, Filed 2/29/12); and

3.      Thirty-Seventh Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And

For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2012 Through January 31, 2012 (D.I. 7304, Filed 2/29/12 ).

Elliott Greenleaf

J.    Second Quarterly Fee Application Of Elliott Greenleaf, Co-Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period November 1, 2011 Through January 31, 2012 (D.I. 7331, Filed 3/1/12).

   1.    Fourth Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period November 1, 2011 Through November 30, 2011 (D.I. 6926, Filed 12/6/11);

   2.    Certification Of No Objection Regarding Fourth Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period November 1, 2011 Through November 30, 2011 (D.I. 7052, Filed 12/29/11);

   3.    Fifth Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term, Disability Participants, For Compensation And Reimbursement Of Expenses For The Period December 1, 2011 Through December 31, 2011 (D.I. 7106, Filed 1/19/12);

   4.    Certification Of No Objection Regarding Fifth Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term, Disability Participants, For Compensation And Reimbursement Of Expenses For The Period December 1, 2011 Through December 31, 2011 (D.I. 7212, Filed 2/14/12);

   5.    Sixth Monthly Application of Elliott Greenleaf, Counsel To The Official Committee Of Long Term, Disability Participants, For Compensation And Reimbursement Of Expenses For The Period January 1, 2012 Through January 31, 2012 (D.I. 7243, Filed 2/22/12); and

   6.    Certification Of No Objection Regarding Sixth Monthly Application of Elliott Greenleaf, Counsel To The Official Committee Of Long Term, Disability Participants, For Compensation And Reimbursement Of Expenses For The Period January 1, 2012 Through January 31, 2012 (D.I. 7384, Filed 3/15/12).

Ernst & Young LLP

K.    Twelfth Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of November 1, 2011 Through January 31, 2012 (D.I. 7333, Filed 3/1/12).

      1.      Fifteenth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of November 1, 2011 Through January 31, 2012 (D.I. 7332, Filed 3/1/12).

## Fraser Milner Casgrain LLP

L.      Twelfth Interim Fee Application Request Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors For The Period November 1, 2011 Through January 31, 2012 (D.I. 7307, Filed 2/29/12).

      1.      Thirty-Fourth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2011 Through November 30, 2011 (D.I. 7250, Filed 2/22/12);

      2.      Certification Of No Objection Regarding Thirty-Fourth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2011 Through November 30, 2011 (D.I. 7383, Filed 3/15/12);

      3.      Thirty-Fifth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2011 Through December 31, 2011 (D.I. 7283, Filed 2/28/12);

      4.      Thirty-Sixth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2012 Through January 31, 2012 (D.I. 7299, Filed 2/29/12).

## Huron Consulting Group

M.      Twelfth Quarterly Fee Application Request Of Huron Consulting Group As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period November 1, 2011 Through January 31, 2012 (D.I. 7273, Filed 2/24/12).

      1.      Thirty-Fourth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2011 Through November 30, 2011 (D.I. 7000, Filed 12/15/11);

2.     Certificate Of No Objection Regarding Thirty-Fourth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2011 Through November 30, 2011 (D.I. 7076, Filed 1/6/12);

3.     Thirty-Fifth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2011 Through December 31, 2011 (D.I. 7089, Filed 1/12/12);

4.     Certificate Of No Objection Regarding Thirty-Fifth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2011 Through December 31, 2011 (D.I. 7157, Filed 2/6/12);

5.     Thirty-Sixth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2012 Through January 31, 2012 (D.I. 7253, Filed 2/23/12); and

6.     Certificate Of No Objection Regarding Thirty-Sixth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2012 Through January 31, 2012 (D.I. 7387, Filed 3/16/12).

Jackson Lewis LLP

N.     Twelfth Quarterly Fee Application Request Of Jackson Lewis LLP As Counsel To Debtors And Debtors-In-Possession, The Period November 1, 2011 Through January 31, 2012 (D.I. 7313, Filed 2/29/12).

1.     Thirty-Third Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2011 Through November 30, 2011 (D.I. 7280, Field 2/27/12);

2.     Thirty-Fourth Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The

Period December 1, 2011 Through December 31, 2011 (D.I. 7281, Filed 2/27/12); and

5.      Thirty-Fifth Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2012 Through January 31, 2012 (D.I. 7288, Filed 2/28/12).

Jeffries & Company, Inc

O.      Eleventh Interim Application Of Jeffries As Investment Banker To The Official Committee Of Unsecured Creditors, For Compensation And Reimbursement Of Expenses For The Period November 1, 2011 Through January 31, 2012 (D.I. 7310, Filed 2/29/12).

1.      Thirty-Fourth Monthly Fee Application Of Jefferies & Company, Inc., For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors, For The Period November 1, 2011 Through November 30, 2011 (D.I. 7306, Filed 2/29/12);

2.      Thirty-Fifth Monthly Fee Application Of Jefferies & Company, Inc., For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors, For The Period December 1, 2011 Through December 31, 2011 (D.I. 7308, Filed 2/29/12); and

3.      Thirty-Sixth Monthly Fee Application Of Jefferies & Company, Inc., For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors, For The Period January 1, 2012 Through January 31, 2012 (D.I. 7309, Filed 2/29/12).

John Ray

P.      Ninth Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period November 1, 2011 Through January 31, 2012 (D.I. 7287, Filed 2/28/12).

1.      Twenty-Third Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2011 Through November 30, 2011 (D.I. 7012, Filed 12/19/11);

2.      Certificate Of No Objection Regarding Twenty-Third Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2011 Through November 30, 2011 (D.I. 7087, Filed 1/11/12);

3.      Thirty-Fourth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2011 Through December 31, 2011 (D.I. 7081, Filed 1/10/12);

4.      Certificate Of No Objection Regarding Thirty-Fourth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2011 Through December 31, 2011 (D.I. 7154, Filed 2/2/12);

5.      Thirty-Fifth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2012 Through January 31, 2012 (D.I. 7210, Filed 2/13/12); and

6.      Certificate Of No Objection Regarding Thirty-Fifth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2012 Through January 31, 2012 (D.I. 7348, Filed 3/7/12).

Linklaters LLP

Q.      Eighth Quarterly Fee Application Of Linklaters LLP, As U.K. Counsel For  Debtors And Debtors-In-Possession, For The Period November 1, 2011 Through January 31, 2012 (D.I. 7324, Filed 3/1/12).

1.      Ninth Monthly Application Of Linklaters LLP, As. U.K. Counsel, To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2011 Through January 31, 2012 (D.I. 7323, Filed 3/1/12).

McCarter & English LLP

R.      Second Quarterly  Fee Application of McCarter & English, LLP for Compensation for Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period November 1, 2011 Through January 31, 2012 (D.I. 7195, Filed 2/10/12).

1.      Third Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period November 1, 2011 Through November 30, 2011 (D.I. 6983, Filed 12/14/11);

2.      Certificate Of No Objection Regarding Third Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period November 1, 2011 Through November 30, 2011 (D.I. 7063, Filed 1/5/12);

3.      Fourth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period December 1, 2011 Through December 31, 2011 (D.I. 7098, Filed 1/17/12);

4.      Certificate Of No Objection Regarding Fourth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period December 1, 2011 Through December 31, 2011 (D.I. 7187, Filed 2/8/12);

5.      Fifth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period January 1, 2012 Through January 31, 2012 (D.I. 7173, Filed 2/7/12); and

6.      Certificate Of No Objection Regarding Fifth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period January 1, 2012 Through January 31, 2012 (D.I. 7316, Filed 3/1/12).

Mercer (US) Inc.

S.      Twelfth Quarterly Fee Application Request Of Mercer (US) Inc., As Compensation Specialist To The Debtors, For The Period Of November 1, 2011 Through January 31, 2012 (D.I. 7325, Filed 3/1/12).

1.      Twelfth Interim Application Of Mercer (US) Inc. As Compensation Specialist and Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of November 1, 2011 Through January 31, 2012 (D.I. 7324, Filed 3/1/12).

Morris, Nichols, Arsht & Tunnell LLP

T.      Twelfth Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period November 1, 2011 Through January 31, 2012 (D.I. 7295, Filed 2/29/12).

1.      Thirty-Fifth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All

Actual And Necessary Expenses Incurred For The Period November 1, 2011 Through November 30, 2011 (D.I. 7055, Filed 12/30/11);

2.    Certificate of No Objection Regarding Thirty-Fifth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2011 Through November 30, 2011 (D.I. 7124, Filed 1/23/12);

3.    Thirty-Sixth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2011 Through December 31, 2011 (D.I. 7123, Filed 1/23/12);

4.    Certificate Of No Objection Regarding Thirty-Sixth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2011 Through December 31, 2011 (D.I. 7216, Filed 2/15/12); and

5.    Thirty-Seventh Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2012 Through January 31, 2012 (D.I. 7289, Filed 2/28/12);

Punter Southall LLC

U.    Twelfth Quarterly Fee Application Request Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period November 1, 2011 Through January 31, 2012 (D.I. 7315, Filed 2/29/12).

1.    Thirteenth Monthly Application Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period  November 1, 2011 Through January 31, 2012 (D.I. 7314, Filed 2/29/12).

Richards, Layton & Finger, PA

V.    Twelfth Interim Fee Application Request Of Richards, Layton & Finger, PA As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From November 1, 2011 Through January 31, 2012 (D.I. 7284, Filed 2/28/12).

1.    Thirty-Fourth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of

Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From November 1, 2011 Through November 30, 2011 (D.I. 7019, Filed 12/22/11);

2.    Certification Of No Objection Regarding Thirty-Fourth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From November 1, 2011 Through November 30, 2011 (D.I. 7094, Filed 11/13/12);

3.    Thirty-Fifth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From December 1, 2011 Through December 31, 2011 (D.I. 7135, Filed 1/25/12);

4.    Certification Of No Objection Regarding Thirty-Fifth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From December 1, 2011 Through December 31, 2011 (D.I. 7223, Filed 2/16/12);

5.    Thirty-Sixth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From January 1,2 012 Through January 31, 2012 (D.I. 7259, Filed 2/23/12); and

6.    Certification Of No Objection Regarding Thirty-Sixth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From January 1,2 012 Through January 31, 2012 (D.I. 7286, Filed 3/16/12).

RLKS Executive Solutions, LLC

W.    Seventh Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period November 1, 2011 Through January 31, 2012 (D.I. 7321, Filed 3/1/12).

1.    Seventeenth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2011 Through November 30, 2011 (D.I. 7158, Filed 2/6/12);

2.    Certificate Of No Objection Regarding Seventeenth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-

Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2011 Through November 30, 2011 (D.I. 7302, Filed 2/29/12);

3.    Eighteenth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2011 Through December 31, 2011 (D.I. 7179, Filed 2/7/12);

4.    Certificate Of No Objection Regarding Eighteenth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2011 Through December 31, 2011 (D.I. 7303, Filed 2/29/12); and

5.    Nineteenth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2012 Through January 31, 2012 (D.I. 7275, Filed 2/27/12).

## Shearman & Sterling LLP

X.    Tenth Quarterly Application Request Of Shearman & Sterling LLP, As Non-Ordinary Professional Special Litigation Counsel To Debtors And Debtors-In-Possession, For The Period August 1, 2011 Through January 31, 2012 (D.I. 7277, Filed 2/27/12).

1.    Tenth Interim Application Of Shearman & Sterling LLP, As Non-Ordinary Course Professional Special Litigation Counsel, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2011 Through January 31, 2012 (D.I. 7276, Filed 2/27/12).

## Togut, Segal & Segal LLP

Y.    First Quarterly Fee Application Of Togut, Segal & Segal LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retired Employees For The Period August 22, 2011 Through October 31, 2011 (D.I. 7139, Filed 1/27/12).

A.    Certificate Of No Objection Regarding First Quarterly Fee Application Of Togut, Segal & Segal LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retired Employees For The Period August 22, 2011 Through October 31, 2011 (D.I. 7267, Filed 2/24/12).

1.      First Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 22, 2011 Through September 30, 2011 (D.I. 7136, Filed 1/27/12);

2.      Certificate Of No Objection Regarding The First Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 22, 2011 Through September 30, 2011 (D.I. 7263, Filed 2/24/12);

3.      Second Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2011 Through October 31, 2011 (D.I. 7137, Filed 1/27/12); and

4.      Certificate Of No Objection Regarding Second Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2011 Through October 31, 2011 (D.I. 7264, Filed 2/24/12).

Torys LLP

Z.      Fifth Quarterly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2011 Through January 31, 2012 (D.I. 7272, Filed 2/24/12).

1.      Eighth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2011 Through November 30, 2011 (D.I. 7047, Filed 12/29/11);

2.      Certificate Of No Objection Regarding Eighth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2011 Through November 30, 2011 (D.I. 7116, Filed 1/20/12);

3.      Ninth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2011 Through December 31, 2011 (D.I. 7142, Filed 1/27/12);

4.      Certificate Of No Objection Regarding Ninth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2011 Through December 31, 2011 (D.I. 7229, Filed 2/20/12);

5.      Tenth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2012 Through January 31, 2012 (D.I. 7251, Filed 2/22/12); and

6.      Certificate Of No Objection Regarding Tenth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2012 Through January 31, 2012 (D.I. 7382, Filed 3/15/12).