## Exhibit C

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[7] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Alvarez & Marsal Healthcare Industry Group, LLC | 9/8/2011-1/31/12 | $307,770.00 | $246,216.00 | $61,554.00 | 0 | $307,770.00 | 0 | $307,770.00 | $307,770.00 | $307,770.00 |
| Elliott Greenleaf | 11/1/11 – 1/31/12 | $150,716.50 | $120,573.20 | $30,143.30 | $18,728.38 | $169,444.88 | 0 | $169,444.88 | $338,009.95 | $338,009.95 |
| McCarter & English, LLP | 11/1/11 – 1/31/12 | $117,482.25 | $93,985.80 | $23,496.45 | $1,086.49 | $118,568.74 | 0 | $118,568.74 | $185,781.56 | $185,781.56 |
| Togut, Segal & Segal LLP | 8/22/11-10/31/11 | $875,651.50 | $700,521.20 | $175,130.30 | $4,677.21 | $880,328.71 | 0 | $880,328.71 | $880,328.71 | $880,328.71 |
| **TOTALS** | | $1,451,620.25 | $1,161,296.20 | $290,324.05 | $24,492.08 | $1,476,112.33 | $0 | $1,476,112.33 | $1,711,890.22 | $1,711,890.22 |

---

[7] Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or an admission by the referenced Applicant that such amounts were actually paid by the Debtors.