# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 15, 2012
Invoice 403060

Page 2

Client # 732310

Matter # 165839

For services through February 29, 2012

relating to  Case Administration

| 02/01/12 | Prepare for Committee professionals call (.2); Participate in Committee professionals call (1.3); Emails to F. Hodara re: participating in / strategy for all professionals / parties call on 2/2/12 (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.70 hrs. | 375.00 | $637.50 |
| 02/02/12 | Participate in 2/2/12 Committee call (1.0); Prepare for 2/2/12 Committee call (.2) | | | |
| Associate | Christopher M. Samis | 1.20 hrs. | 375.00 | $450.00 |
| 02/06/12 | Review docket (.1); Review and update critical dates (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |
| 02/09/12 | Prepare for 2/9/12 Committee professionals call (.3); Participate in 2/9/12 Committee professionals call (1.2) | | | |
| Associate | Christopher M. Samis | 1.50 hrs. | 375.00 | $562.50 |
| 02/10/12 | Emails to B. Kahn re: participating in 2/10/12 Committee call (.2); Participate in weekly Committee call (.9); Prepare for weekly Committee call (.2) | | | |
| Associate | Christopher M. Samis | 1.30 hrs. | 375.00 | $487.50 |
| 02/14/12 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 02/14/12 | Email to B. Kahn re: participating in Committee professional call on 2/14/12 | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |
| 02/14/12 | Review email from B. Witters re: revised draft critical dates calendar (.1); Review same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 15, 2012
Invoice 403060
Page 3

Client #  732310

Matter # 165839

---

| 02/15/12 | Review 80th monitor's report (.4); Participate in weekly committee professional call (.4); Prepare for weekly committee professional call (.3) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.10 hrs. | 375.00 | $412.50 |
| 02/16/12 | Prepare for 2/16/12 committee call (.3); Participate in 2/16/12 committee call (.5) | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 375.00 | $300.00 |
| 02/20/12 | Review docket (.1); Review and update critical dates (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |
| 02/22/12 | Maintain and organize original pleadings | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 205.00 | $102.50 |
| 02/28/12 | Email to B. Kahn re: participating in 2/29/12 committee professional call | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |
| 02/29/12 | Review and calendar upcoming critical dates (.2); Prepare for 2/29/12 Committee professionals call (.2); Participate in 2/2912 Committee professionals call (1.1); Email to F. Hodara, D. Botter and B. Kahn re: Judge Gross chambers procedures (.1) | | | |
| Associate | Christopher M. Samis | 1.60 hrs. | 375.00 | $600.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $3,846.00 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$3,846.00** |
| BALANCE BROUGHT FORWARD | $1,040.70 |
| **TOTAL DUE FOR THIS MATTER** | **$4,886.70** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 15, 2012
Invoice 403060
Page 4

Client #  732310

Matter #  165839

For services through February 29, 2012
relating to  Creditor Inquiries

| 02/29/12 | Call with creditor re: unsecured recovery | | | |
|----------|-------------------------------------------|-----------|--------|---------|
| Associate | Drew G. Sloan | 0.10 hrs. | 375.00 | $37.50 |

|  |  |
|--|--|
| Total Fees for Professional Services | $37.50 |

| | |
|--|--|
| TOTAL DUE FOR THIS INVOICE | **$37.50** |
| BALANCE BROUGHT FORWARD | $13.60 |
| **TOTAL DUE FOR THIS MATTER** | **$51.10** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 15, 2012
Invoice 403060
Page 5

Client #  732310

Matter #  165839

For services through February 29, 2012
relating to  Claims Administration

| | | | | |
|---|---|---|---|---|
| 02/07/12 | Review 21st omnibus objection to claims (.4); Review 22nd omnibus objection to claims (.4); Emails to F. Hodara re: addressing EMEA claims opinion at 2/23 omnibus (.2) | | | |
| Associate | Christopher M. Samis | 1.00 hrs. | 375.00 | $375.00 |
| 02/09/12 | Review chambers procedures for justification for contacting KG chambers on status of EMEA claims opinion | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 375.00 | $112.50 |
| 02/15/12 | Call from D. Henner re: status of distributions to unsecured creditors / case | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 375.00 | $112.50 |
| 02/28/12 | Review Barnes and Thornburg  response to claims objection (.2); Review Dell response to claims objection (.2); Review JMock response to claims objection (.2); Review Kelly Services response to claims objection (.2); Review LIPA response to claims objection (.2); Review TISA response to claims objection (.2) | | | |
| Associate | Christopher M. Samis | 1.20 hrs. | 375.00 | $450.00 |

Total Fees for Professional Services     $1,050.00

TOTAL DUE FOR THIS INVOICE     **$1,050.00**
BALANCE BROUGHT FORWARD     $1,216.70

**TOTAL DUE FOR THIS MATTER**     **$2,266.70**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 15, 2012
Invoice 403060
Page 6

Client #  732310

Matter #  165839

For services through February 29, 2012
relating to  Court Hearings

| | | | | |
|---|---|---|---|---|
| 02/07/12 | Retrieve re: 2/9/12 agenda (.1); Review re: same (.1); E-mail to distrbution re: same (.1); Retrieve re: 2/9/12 amended agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 205.00 | $102.50 |
| 02/07/12 | Review agenda re: 2/9/12 hearing (.1); Review emails (x2) from B. Witters re: same (.1); Review amended agenda cancelling hearing (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 02/08/12 | Discussion with C. Samis re: telephonic appearances for 2/9/12 (.1); Telephone call to Courtcall re: telephonic appearances for 2/9/12 emergency hearing for B. Kahn. F. Hodara, D. Botter and C. Samis (.4); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 205.00 | $123.00 |
| 02/08/12 | Review emails (x4) from B. Kahn re: dial in for emergency telephonic hearing (.1); Call with C. Samis re: same (.1); Discussion with R. Sinclair re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 02/08/12 | Set up C. Samis and F. Hodara for 2/8/12 telephonic hearing | | | |
| Paralegal | Robyn K. Sinclair | 0.10 hrs. | 205.00 | $20.50 |
| 02/10/12 | Circulate to distribution re: 2/8/12 and 2/9/12 telephonic hearing transcripts | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |
| 02/20/12 | Retrieve and review re: 2/23/12 agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |
| 02/20/12 | Review agenda for 2/23/12 hearing | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 15, 2012
Invoice 403060
Page 7
Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 02/20/12 | Review email from B. Witters agenda re: 2/23/12 hearing (.1); Review same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |
| | | | | |
| 02/21/12 | Telephone call to Courtcall re: 2/21/12 telephonic hearing for C. Samis, A. Qureshi, S. Schultz, B. Kahn, F. Hodara and D. Botter (.6); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 205.00 | $143.50 |
| | | | | |
| 02/21/12 | Call to B. Kahn re: scheduling of 1:00 p.m. hearing on 2/21/12 (.2); Email to B. Kahn re: scheduling of 1:00 p.m. hearing on 2/21/12 (.1); Email to B. Witters re: signing up additional telephonic appearances for 1:00 p.m. hearing on 2/21/12 (.1); Meet with B. Witters re: signing up telephonic appearances for 1:00 p.m. hearing on 2/21/12 (.1); Participate in 1:00 p.m. hearing on 2/21/12 (.6) | | | |
| Associate | Christopher M. Samis | 1.10 hrs. | 375.00 | $412.50 |
| | | | | |
| 02/22/12 | Circulate to distribution re: 2/21/12 telephonic hearing transcript | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |

Total Fees for Professional Services  $1,221.50

TOTAL DUE FOR THIS INVOICE  **$1,221.50**

BALANCE BROUGHT FORWARD  $935.80

**TOTAL DUE FOR THIS MATTER**  **$2,157.30**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 15, 2012
Invoice 403060
Page 8
Client # 732310

Matter # 165839

For services through February 29, 2012
relating to Litigation/Adversary Proceedings

| | | | | |
|---|---|---|---|---|
| 01/03/12 | Meeting with C. Samis re: 1109 research (.1); Review Delaware cases re: same (.6); Prepare string cite re: same (.3); Email correspondence and phone call with C. Samis re: same (.1); Review and revise string cite re: same (.2) | | | |
| Associate | Andrew C. Irgens | 1.30 hrs. | 325.00 | $422.50 |
| 02/08/12 | Attention to scheduling court call appearances for emergency U.K. Pension TRO hearing (.2); Attend emergency U.K. Pension TRO hearing (1.1); Email to B. Witters re: setting up appearances for emergency U.K. Pension TRO hearing (.2); Email to R. Sinclair re: setting up appearances for emergency U.K. Pension TRO hearing (.1); Email to F. Hodara re: dial-in for emergency U.K. Pension TRO hearing (.1); Call to CourtCall to set up emergency 2/9/12 U.K. Pension TRO hearing (.3); Emails to B. Kahn re: setting up emergency 2/9/12 U.K. Pension TRO hearing (.2) | | | |
| Associate | Christopher M. Samis | 2.20 hrs. | 375.00 | $825.00 |
| 02/09/12 | Review U.K. Pension TRO motion, brief and related documentation (1.3); Participate in further 2/9/12 U.K. Pension TRO hearing (.7) | | | |
| Associate | Christopher M. Samis | 2.00 hrs. | 375.00 | $750.00 |
| 02/10/12 | Review 2/9/12 U.K. Pension TRO hearing transcript (.5); Review 2/8/12 U.K. Pension TRO hearing transcript (.8) | | | |
| Associate | Christopher M. Samis | 1.30 hrs. | 375.00 | $487.50 |

Total Fees for Professional Services          $2,485.00

TOTAL DUE FOR THIS INVOICE                **$2,485.00**
BALANCE BROUGHT FORWARD                  $2,245.20

**TOTAL DUE FOR THIS MATTER**              **$4,730.20**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 15, 2012
Invoice 403060
Page 9
Client #  732310

Matter #  165839

For services through February 29, 2012

relating to  Retention of Others

| | | | | |
|---|---|---|---|---|
| 02/01/12 | Finalize and file re: supplemental declaration of J Borrow Capstone retention application (.2); Coordinate service re: same (.1); Prepare aos re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 205.00 | $102.50 |
| 02/01/12 | Review Capstone supplemental declaration in support of retention (.3); Email to J. Sturm re: filing and service of Captstone supplemental declaration in support of retention (.1); Email to B. Witters re: filing and service of Captstone supplemental declaration in support of retention (.1) | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 375.00 | $187.50 |
| 02/02/12 | Finalize and file aos re: supplemental declaration of J. Burrow of Capstone retention application | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |

Total Fees for Professional Services          $310.50

TOTAL DUE FOR THIS INVOICE          **$310.50**

BALANCE BROUGHT FORWARD          $123.20

**TOTAL DUE FOR THIS MATTER**          **$433.70**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 15, 2012
Invoice 403060
Page 10

Client #  732310

Matter # 165839

For services through February 29, 2012
relating to  RLF Fee Applications

| 02/02/12 | E-mail to L. Stevenson re: estimated January RLF fees and expenses (.1); E-mail to B. Kahn re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |
| 02/02/12 | Review email from B. Witters re: RLF estimated fees and expenses | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 375.00 | $37.50 |
| 02/14/12 | Review January 2012 bill memo | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 02/14/12 | Review January 2012 bill memos re: RLF monthly fee application | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 02/16/12 | Prepare cno re: RLF December fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 02/16/12 | Email to B. Witters re: receipt of objections to RL&F December 2011 fee application | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |
| 02/16/12 | Review email from B. Witters re: filing certificate of no objection re: RLF monthly fee application (.1); Review email from C. Samis re: same (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 02/20/12 | Prepare letter to accounts payable re: RLF December fee application and cno (.2); Coordinate to Nortel accounts payable re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 15, 2012
Invoice 403060

Page 11

Client #  732310

Matter #  165839

| | | | | |
|---|---|---|---|---|
| 02/23/12 | Review and revise RLF January fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Prepare RLF 12th interim fee application (.3); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.30 hrs. | 205.00 | $266.50 |
| 02/23/12 | Review and execute RLF monthly fee application (.3); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |
| 02/24/12 | Revise RLF 12th interim fee application | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 02/27/12 | E-mail to accounting RLF 12th interim fee application | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |
| 02/28/12 | Revise RLF 12th interim fee application (.1); Prepare cos re: same (.2); Finalize, file and cooridnate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 205.00 | $102.50 |
| 02/28/12 | Review and execute RLF interim fee application (.2); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |

Total Fees for Professional Services          $1,317.50

TOTAL DUE FOR THIS INVOICE                        **$1,317.50**

BALANCE BROUGHT FORWARD                        $1,209.30

**TOTAL DUE FOR THIS MATTER**                     **$2,526.80**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 15, 2012
Invoice 403060
Page 12

Client #  732310

Matter #  165839

---

For services through February 29, 2012

relating to  Fee Applications of Others

| 02/01/12 | Update fee status chart (.4); Update various fee applications Debtor contact information (.3) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 205.00 | $143.50 |
| | | | | |
| 02/02/12 | Prepare cno re: Akin Gump November fee application (.2); Finalize and file cno re: same (.2); Update fee status chart (1.0) | | | |
| Paralegal | Barbara J. Witters | 1.40 hrs. | 205.00 | $287.00 |
| | | | | |
| 02/02/12 | Review email from B. Witters re: filing certificate of no objection re: Akin Gump monthly fee application (.1); Review email from B. Kahn re: same (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| | | | | |
| 02/06/12 | Prepare cno re: Capstone November fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| | | | | |
| 02/06/12 | Review email from B. Witters re: filing certificate of no objection re: Capstone monthly fee application (.1); Review email from B. Kahn re: same (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| | | | | |
| 02/07/12 | Attention to e-mail re: Akin Gump December fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| | | | | |
| 02/07/12 | Review email from B. Kahn re: filing of Akin Gump monthly fee application (.1); Review email from B. Kahn re: same (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.60 hrs. | 375.00 | $225.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 15, 2012
Invoice 403060
Page 13

Client #  732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 02/08/12 | Attention to e-mail re: Capstone December fee application (.1); Retrieve and assemble re: same (.2); Prepare notice of fee application re: same (.2); Prepare cos re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 205.00 | $143.50 |
| 02/08/12 | Review, revise and finalize 35th monthly fee application of Captstone | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 375.00 | $112.50 |
| 02/08/12 | Review email from B. Kahn re: filing of Capstone monthly fee application (.1); Review emails (x2) from B. Witters re: same (.1); Email to B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 02/08/12 | Provide paralegal support for after-hours filing (.4); Efile 35th monthly fee application of Capstone Advisory Group (.2); Coordinate service of same (.1) | | | |
| Paralegal | Jamie E. Schairer | 0.70 hrs. | 205.00 | $143.50 |
| 02/14/12 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 02/15/12 | Prepare cno re: Ashurst December fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 02/15/12 | Review email from B. Witters re: filing certificate of no objection re: Ashurst monthly fee application (.1); Review email from B. Kahn re: same (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 02/20/12 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |
| 02/22/12 | Attention to e-mail from M. Wunder re: Fraser Milner November fee application (.1); Retrieve and prepare re: same (.2); Prepare notice of fee application re: same (.2); Prepare cos re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 205.00 | $143.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 15, 2012
Invoice 403060
Page 14

Client # 732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 02/22/12 | Review, revise and finalize 34th monthly fee application of Fraser Milner | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 02/22/12 | Review email from M. Wunder re: filing of Fraser Milner monthly fee application (.1); Email to B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |
| 02/22/12 | Assist with preparation for after-hours filing (.3); Revise notice re: Fraser Milner November fee application (.1); Efile same (.2); Coordinate service of same (.2); Circulate same to M. Wunder (.1) | | | |
| Paralegal | Jamie E. Schairer | 0.90 hrs. | 205.00 | $184.50 |
| 02/23/12 | Attention to e-mail re: Ashurst January fee application (.1); Retrieve and prepare re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| 02/23/12 | Review email from B. Kahn re: Ashurst monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |
| 02/27/12 | Attention to e-mail re: Ashurst 12th interim fee application (.1); Retrieve and review re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Capstone January fee application (.1); Retrieve and assemble re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 205.00 | $307.50 |
| 02/27/12 | Review Capstone monthly fee application (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1); Review Ashurst interim fee application (.1); Discussion with B. Witters re: filing and service of same (.1); Review email from M. Wunder re: Fraser Milner monthly fee application (.1); Email to B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.80 hrs. | 375.00 | $300.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 15, 2012
Invoice 403060
Page 15
Client # 732310

Matter # 165839

---

| 02/28/12 | Attention to e-mail re: Fraser Milner December fee application (.1); Retrieve and assemble re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to M. Wunder re: confirmation of filing of same (.1); Attention to e-mail re: Capstone 12th interim fee application (.1); Retrieve re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Akin Gump January fee application (.1); Retrieve and assemble re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 2.70 hrs. | 205.00 | $553.50 |
| 02/28/12 | Discussion with C. Samis re: filing of Fraser Milner monthly fee application (.1); Discussion with B. Witters re: same (.1); Review email from M. Wunder re: same (.1); Review application re: same (.2); Review and execute notice re: same (.1); Email to M. Wunder re: same (.1); Review email from B. Kahn re: Capstone interim fee application (.1); Review same (.1); Discussion with B. Witters re: filing and service of same (.1); Review email from B. Kahn re: Akin Gump monthly fee application for filing (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 1.50 hrs. | 375.00 | $562.50 |
| 02/29/12 | Prepare cno re: Akin Gump December fee application (.2); Finalize and file cno re: same (.2); Attention to e-mail re: Akin Gump 12th interim fee application (.1); Retrieve re: same (.1); Prepare cos re: same (.2); Attention to e-mail re: Fraser Milner January fee application (.1); Retrieve and assemble re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to M. Wunder re: confirmation of same (.1); Attention to e-mail re: Fraser Milner 12th interim fee application (.1); Retrieve re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); E-mail to M. Wunder re: confirmation of same (.1) | | | |
| Paralegal | Barbara J. Witters | 2.60 hrs. | 205.00 | $533.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 15, 2012
Invoice 403060
Page 16

Client #  732310

Matter #  165839

---

| | | | | |
|---|---|---|---|---|
| 02/29/12 | Review email from B. Witters re: filing certificate of no objection re: Akin Gump monthly fee application (.1); Review email from B. Kahn re: same (.1); Review and execute same (.1); Review email from B. Kahn re: Akin Gump interim fee application (.1); Review same (.1); Discussion with B. Witters re: filing and service  of same (.1); Discussion with B. Witters re: filing of Fraser Milner fee applications (.1); Review email from B. Witters re: same (.1); Review emails (x3) from M. Wunder re: same (.1); Review Fraser Milner monthly fee application (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1); Review Fraser Milner interim fee application (.1) | | | |
| Associate | Drew G. Sloan | 1.40 hrs. | 375.00 | $525.00 |

Total Fees for Professional Services          $5,628.50

TOTAL DUE FOR THIS INVOICE          **$5,628.50**
BALANCE BROUGHT FORWARD          $2,537.40

**TOTAL DUE FOR THIS MATTER**          **$8,165.90**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 15, 2012
Invoice 403060
Page 17
Client #  732310

## Summary of Hours

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Andrew C. Irgens | 1.30 | 325.00 | 422.50 |
| Barbara J. Witters | 21.10 | 205.00 | 4,325.50 |
| Christopher M. Samis | 20.00 | 375.00 | 7,500.00 |
| Drew G. Sloan | 8.80 | 375.00 | 3,300.00 |
| Jamie E. Schairer | 1.60 | 205.00 | 328.00 |
| Robyn K. Sinclair | 0.10 | 205.00 | 20.50 |
| TOTAL | 52.90 | $300.50 | 15,896.50 |

**TOTAL DUE FOR THIS INVOICE**                    **$17,177.69**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310