# **EXHIBIT B**



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

March 15, 2012
Invoice 403060

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through February 29, 2012
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Court Reporter Services | $83.70 |
| Document Retrieval | $48.24 |
| Filing Fees | $208.00 |
| Long distance telephone charges | $11.12 |
| Messenger and delivery service | $317.30 |
| Overtime | n/c |
| Photocopying/Printing | $398.20 |
| 3,090 @ $.10 pg. / 892 @ $.10 pg. | |
| Postage | $214.63 |
| Other Charges | $1,281.19 |

| | |
|---|---:|
| **TOTAL DUE FOR THIS INVOICE** | **$1,281.19** |
| BALANCE BROUGHT FORWARD | $444.82 |
| **TOTAL DUE FOR THIS MATTER** | **$1,726.01** |

■ ■ ■

One Rodney Square  ■  920 North King Street  ■  Wilmington, DE 19801  ■  Phone: 302-651-7700  ■  Fax: 302-651-7701

www.rlf.com

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

March 15, 2012  
Invoice 403060  
Page 18  
Client #  732310  

<u>Client:</u>  Official Committee of the Board of Directors of Nortel Networks Inc  
Matter:  Nortel - Representation of Creditors Committee  
Case Administration  
Creditor Inquiries  
Claims Administration  
Court Hearings  
Litigation/Adversary Proceedings  
Retention of Others  
RLF Fee Applications  
Fee Applications of Others  

| Date | Description | | | Summary Phrase |
|---|---|---|---|---|
| 02/01/12 | Photocopies | | | DUP |
| | | Amount = | $74.40 | |
| 02/01/12 | 12128728121 Long Distance | | | LD |
| | | Amount = | $4.17 | |
| 02/01/12 | Messenger and delivery charges | | | MESS |
| | | Amount = | $141.90 | |
| 02/01/12 | Postage | | | POST |
| | | Amount = | $152.90 | |
| 02/01/12 | Postage | | | POST |
| | | Amount = | $5.83 | |
| 02/01/12 | Printing | | | DUP |
| | | Amount = | $0.30 | |
| 02/01/12 | Printing | | | DUP |
| | | Amount = | $3.90 | |
| 02/01/12 | Printing | | | DUP |
| | | Amount = | $0.20 | |
| 02/01/12 | Printing | | | DUP |
| | | Amount = | $1.90 | |
| 02/01/12 | Printing | | | DUP |
| | | Amount = | $1.90 | |
| 02/01/12 | Printing | | | DUP |
| | | Amount = | $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

March 15, 2012  
Invoice 403060  
Page 19  
Client #  732310

| Date | Description | | Status |
|---|---|---|---|
| 02/01/12 | Printing | | DUP |
| | | Amount = $0.10 | |
| 02/02/12 | PACER | | DOCRETRI |
| | | Amount = $4.80 | |
| 02/02/12 | Printing | | DUP |
| | | Amount = $0.10 | |
| 02/02/12 | Printing | | DUP |
| | | Amount = $0.30 | |
| 02/02/12 | Printing | | DUP |
| | | Amount = $0.10 | |
| 02/02/12 | Printing | | DUP |
| | | Amount = $0.10 | |
| 02/02/12 | Printing | | DUP |
| | | Amount = $0.10 | |
| 02/02/12 | Printing | | DUP |
| | | Amount = $0.20 | |
| 02/02/12 | Printing | | DUP |
| | | Amount = $0.90 | |
| 02/02/12 | Printing | | DUP |
| | | Amount = $0.10 | |
| 02/02/12 | Printing | | DUP |
| | | Amount = $0.10 | |
| 02/02/12 | Printing | | DUP |
| | | Amount = $0.30 | |
| 02/02/12 | Printing | | DUP |
| | | Amount = $0.10 | |
| 02/06/12 | PACER | | DOCRETRI |
| | | Amount = $4.24 | |
| 02/06/12 | Printing | | DUP |
| | | Amount = $0.30 | |
| 02/06/12 | Printing | | DUP |
| | | Amount = $0.10 | |
| 02/06/12 | Printing | | DUP |
| | | Amount = $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

March 15, 2012  
Invoice 403060  
Page 20  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 02/06/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/07/12 | Photocopies | | DUP |
| | Amount = | $32.00 | |
| 02/07/12 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 02/07/12 | Postage | | POST |
| | Amount = | $8.70 | |
| 02/07/12 | Printing | | DUP |
| | Amount = | $0.40 | |
| 02/07/12 | Printing | | DUP |
| | Amount = | $0.50 | |
| 02/07/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/07/12 | Printing | | DUP |
| | Amount = | $0.20 | |
| 02/07/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/07/12 | Printing | | DUP |
| | Amount = | $0.60 | |
| 02/07/12 | Printing | | DUP |
| | Amount = | $0.20 | |
| 02/07/12 | Printing | | DUP |
| | Amount = | $3.20 | |
| 02/07/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/07/12 | Printing | | DUP |
| | Amount = | $1.20 | |
| 02/07/12 | Printing | | DUP |
| | Amount = | $1.40 | |
| 02/07/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/07/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/07/12 | Printing | | DUP |
| | Amount = | $0.40 | |
| 02/07/12 | Printing | | DUP |
| | Amount = | $0.70 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

March 15, 2012  
Invoice 403060  
Page 21  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 02/07/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/07/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/07/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/08/12 | Photocopies | | DUP |
| | Amount = | $23.00 | |
| 02/08/12 | 12128728121 Long Distance | | LD |
| | Amount = | $2.78 | |
| 02/08/12 | Messenger and delivery | | MESS |
| | Amount = | $12.00 | |
| 02/08/12 | Postage | | POST |
| | Amount = | $6.90 | |
| 02/08/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/08/12 | Printing | | DUP |
| | Amount = | $0.40 | |
| 02/08/12 | Printing | | DUP |
| | Amount = | $4.10 | |
| 02/08/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/08/12 | Printing | | DUP |
| | Amount = | $0.20 | |
| 02/08/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/08/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/08/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/08/12 | Printing | | DUP |
| | Amount = | $0.20 | |
| 02/08/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/08/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/08/12 | Printing | | DUP |
| | Amount = | $0.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 15, 2012
Invoice 403060
Page 22
Client # 732310

| Date | Description | | Code |
|---|---|---|---|
| 02/08/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/08/12 | Printing | | DUP |
| | Amount = | $4.60 | |
| 02/10/12 | DIAZ DATA SERVICES: Transcript - 165839 | | CTRPT |
| | Amount = | $41.40 | |
| 02/10/12 | DIAZ DATA SERVICES: Transcript - 165839 | | CTRPT |
| | Amount = | $23.40 | |
| 02/10/12 | PACER | | DOCRETRI |
| | Amount = | $3.92 | |
| 02/14/12 | COURTCALL LLC: CCDA-05-1619 - 1/26 - 2/15 | | FLFEE |
| | Amount = | $81.00 | |
| 02/14/12 | COURTCALL LLC: CCDA-05-1619 - 1/26 - 2/15 | | FLFEE |
| | Amount = | $127.00 | |
| 02/14/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/14/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/14/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/15/12 | PACER | | DOCRETRI |
| | Amount = | $13.84 | |
| 02/15/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/15/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/15/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/16/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/16/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/16/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/20/12 | Postage | | POST |
| | Amount = | $2.50 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

March 15, 2012  
Invoice 403060  
Page 23  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 02/20/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/20/12 | Printing | | DUP |
| | Amount = | $0.20 | |
| 02/20/12 | Printing | | DUP |
| | Amount = | $4.60 | |
| 02/20/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/20/12 | Printing | | DUP |
| | Amount = | $2.10 | |
| 02/20/12 | Printing | | DUP |
| | Amount = | $0.20 | |
| 02/21/12 | 12128728121 Long Distance | | LD |
| | Amount = | $4.17 | |
| 02/21/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/22/12 | Photocopies | | DUP |
| | Amount = | $24.50 | |
| 02/22/12 | Messenger and delivery | | MESS |
| | Amount = | $12.00 | |
| 02/22/12 | Postage | | POST |
| | Amount = | $7.50 | |
| 02/22/12 | Printing | | DUP |
| | Amount = | $4.40 | |
| 02/22/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/22/12 | Printing | | DUP |
| | Amount = | $0.20 | |
| 02/22/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/22/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/22/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/22/12 | Printing | | DUP |
| | Amount = | $4.90 | |
| 02/23/12 | DIAZ DATA SERVICES: Transcript - 165839 | | CTRPT |
| | Amount = | $18.90 | |


Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

March 15, 2012  
Invoice 403060  
Page 24  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 02/23/12 | Photocopies | | DUP |
| | Amount = | $39.50 | |
| 02/23/12 | Messenger and delivery | | MESS |
| | Amount = | $63.30 | |
| 02/23/12 | Postage | | POST |
| | Amount = | $14.70 | |
| 02/23/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/23/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/23/12 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/23/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/23/12 | Printing | | DUP |
| | Amount = | $2.00 | |
| 02/23/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/23/12 | Printing | | DUP |
| | Amount = | $0.20 | |
| 02/23/12 | Printing | | DUP |
| | Amount = | $3.10 | |
| 02/23/12 | Printing | | DUP |
| | Amount = | $0.20 | |
| 02/23/12 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/24/12 | Printing | | DUP |
| | Amount = | $0.20 | |
| 02/27/12 | Photocopies | | DUP |
| | Amount = | $25.60 | |
| 02/27/12 | PARALEGAL OT THRU 2/29/12 | | OT |
| | Amount = | $0.00 | |
| 02/27/12 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 02/27/12 | Postage | | POST |
| | Amount = | $7.50 | |
| 02/27/12 | Printing | | DUP |
| | Amount = | $0.20 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

March 15, 2012  
Invoice 403060  
Page 25  
Client #  732310  

| Date | Description | Amount | Code |
|---|---|---|---|
| 02/27/12 | Printing | Amount = $4.00 | DUP |
| 02/27/12 | Printing | Amount = $0.20 | DUP |
| 02/27/12 | Printing | Amount = $0.30 | DUP |
| 02/27/12 | Printing | Amount = $0.20 | DUP |
| 02/27/12 | Printing | Amount = $0.10 | DUP |
| 02/27/12 | Printing | Amount = $0.10 | DUP |
| 02/27/12 | Printing | Amount = $0.10 | DUP |
| 02/27/12 | Printing | Amount = $0.10 | DUP |
| 02/28/12 | Photocopies | Amount = $61.50 | DUP |
| 02/28/12 | Messenger and delivery | Amount = $63.30 | MESS |
| 02/28/12 | PACER | Amount = $9.52 | DOCRETRI |
| 02/28/12 | PACER | Amount = $11.12 | DOCRETRI |
| 02/28/12 | Printing | Amount = $0.10 | DUP |
| 02/28/12 | Printing | Amount = $0.50 | DUP |
| 02/28/12 | Printing | Amount = $0.30 | DUP |
| 02/28/12 | Printing | Amount = $0.20 | DUP |
| 02/28/12 | Printing | Amount = $0.20 | DUP |
| 02/28/12 | Printing | Amount = $0.30 | DUP |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

March 15, 2012  
Invoice 403060  
Page 26  
Client #  732310  

| Date | Description | Amount | Code |
|---|---|---|---|
| 02/28/12 | Printing | Amount = $1.10 | DUP |
| 02/28/12 | Printing | Amount = $3.20 | DUP |
| 02/28/12 | Printing | Amount = $0.30 | DUP |
| 02/28/12 | Printing | Amount = $0.10 | DUP |
| 02/28/12 | Printing | Amount = $0.20 | DUP |
| 02/28/12 | Printing | Amount = $0.30 | DUP |
| 02/28/12 | Printing | Amount = $0.20 | DUP |
| 02/28/12 | Printing | Amount = $0.30 | DUP |
| 02/28/12 | Printing | Amount = $0.10 | DUP |
| 02/28/12 | Printing | Amount = $0.20 | DUP |
| 02/28/12 | Printing | Amount = $0.20 | DUP |
| 02/28/12 | Printing | Amount = $0.10 | DUP |
| 02/28/12 | Printing | Amount = $0.10 | DUP |
| 02/28/12 | Printing | Amount = $0.10 | DUP |
| 02/28/12 | Printing | Amount = $4.40 | DUP |
| 02/29/12 | Photocopies | Amount = $28.50 | DUP |
| 02/29/12 | Messenger and delivery | Amount = $12.00 | MESS |
| 02/29/12 | PACER | Amount = $0.80 | DOCRETRI |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

March 15, 2012  
Invoice 403060  
Page 27  
Client #  732310  

| Date | Description | Amount | Code |
|---|---|---|---|
| 02/29/12 | Postage | Amount = $8.10 | POST |
| 02/29/12 | Printing | Amount = $0.20 | DUP |
| 02/29/12 | Printing | Amount = $0.20 | DUP |
| 02/29/12 | Printing | Amount = $0.30 | DUP |
| 02/29/12 | Printing | Amount = $4.30 | DUP |
| 02/29/12 | Printing | Amount = $0.10 | DUP |
| 02/29/12 | Printing | Amount = $2.10 | DUP |
| 02/29/12 | Printing | Amount = $0.10 | DUP |
| 02/29/12 | Printing | Amount = $0.10 | DUP |
| 02/29/12 | Printing | Amount = $4.10 | DUP |
| 02/29/12 | Printing | Amount = $0.30 | DUP |
| 02/29/12 | Printing | Amount = $0.10 | DUP |
| 02/29/12 | Printing | Amount = $0.20 | DUP |
| 02/29/12 | Printing | Amount = $0.10 | DUP |

TOTALS FOR   732310        Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $1,281.19