## NOTICE OF CLAIMS PURCHASE AGREEMENT

[SELLER], a [state/nation of organization and type of entity], its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto **CORRE OPPORTUNITIES FUND, LP**, a Delaware limited partnership, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim(s) of Seller numbered [claim number(s)] in the principal amount of [amount of claim] (the "Claim") against [DEBTOR] (the "Debtor") together with interest, if any, in the bankruptcy proceedings in the United States Bankruptcy Court for the District of Delaware administered as Case Number [_____] (the "Proceedings"), or in any other court with jurisdiction over the Proceedings.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Notice of Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned, by their duly authorized representatives, have executed this Agreement dated the ___ day of April, 2010.

[SELLER]

WITNESS: _____     By: _____
Judy Hooper                              Jean Gay, Vice President
Manager, Customer Financial Services     Global Customer Financial Services
(Print Name and Title of Witness)        (Print Name and Title of Corporate Officer)

CORRE OPPORTUNITIES FUND, LP

WITNESS: _____     By: _____
Eric Soderlund, Partner                  John Barrett, Partner
(Print Name and Title of Witness)        (Print Name and Title of Corporate Officer)